UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>v.                                             )<br>)<br>WALTER A. FORBES and              )<br>E. KIRK SHELTON.                        )<br>)<br>_____ ) | No. 3:02CR264 (AWT)<br><br>September 27, 2004 |

**MOTION OF WALTER A. FORBES FOR EITHER (1) AN
ORDER REQUIRING THE GOVERNMENT TO CONFER
IMMUNITY ON STUART BELL OR (2) A MISSING
WITNESS INSTRUCTION RELATING TO STUART BELL
(Forbes Trial Motion No. 36) (FILED UNDER SEAL)**

Walter A. Forbes, through undersigned counsel, respectfully moves for either (i) an order requiring the government to confer immunity on Stuart Bell or (ii) a missing witness instruction relating to Stuart Bell. The grounds in support of this motion are set forth in the accompanying memorandum.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _/s/ Barry S. Simon / BMC_____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: September 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes for Either (1) An Order Requiring the Government to Confer Immunity on Stuart Bell or (2) a Missing Witness Instruction Relating to Stuart Bell (Forbes Trial Motion No. 36) (Filed under Seal) to be served on September 27, 2004 to the following:

<u>Via Hand Delivery</u>

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103


<u>Via Federal Express</u>

Thomas P. Puccio, Esq.
230 Park Ave.
Suite 301
New York, NY 10169

Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005


_Barry S. Simon/Rmc_
Barry S. Simon