UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES and<br>E. KIRK SHELTON. | No. 3:02CR264 (AWT)<br><br>October 4, 2004 |

**MOTION OF WALTER A. FORBES FOR AN ORDER
REQUIRING THE GOVERNMENT TO CONFER
IMMUNITY ON STUART BELL OR FACE THE
SANCTION OF DISMISSAL, OR STRIKING OF ALL
EVIDENCE AND ALLEGATIONS RELATING TO
ALLEGED UNLAWFUL CONDUCT BY MR. BELL
(Forbes Trial Motion No. 44) (FILED UNDER SEAL)**

Walter A. Forbes, through undersigned counsel, respectfully moves for an order requiring the government to confer immunity on Stuart Bell or face the sanction of dismissal, or the sanction of striking all evidence and allegations relating to alleged unlawful conduct by Mr. Bell.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _/s/ Brendan V. Sullivan, Jr._
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: October 4, 2004