# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
-------------------------
UNITED STATES OF AMERICA )
                         )
v.                       )   Criminal No. 3:02CR00264(AWT)
                         )
WALTER A. FORBES and     )
E. KIRK SHELTON          )
-------------------------
```

### RULING ON FORBES TRIAL MOTION NO. 48

**(Motion of Walter A. Forbes to Preclude Improper Closing Argument)**

The Motion of Walter A. Forbes to Preclude Improper Closing Argument (Doc. No. 1269) was DENIED on October 14, 2004. (See Tr. Vol. LXXIII, Page 14585.)

It is so ordered.

Dated this __1st__ day of November, 2004, at Hartford, Connecticut.

```
                          _____/s/_____
                          Alvin W. Thompson
                        United States District Judge
```