## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES, and | : | November 3, 2004 |
| E. KIRK SHELTON. | : | |
| | : | |

### MOTION OF DEFENDANT E. KIRK SHELTON TO ADOPT MOTION OF WALTER A. FORBES FOR A MISTRIAL (FORBES TRIAL MOTION NO. 51) AND MOTION OF WALTER A. FORBES TO SEAL PLEADINGS RELATING TO FORBES TRIAL MOTION NO. 51 (FORBES TRIAL MOTION NO. 52)

### (SHELTON MOTION NO. 63)

Defendant E. Kirk Shelton, through undersigned counsel, hereby moves pursuant to Local Rule 47(a) of Criminal Procedure[1] to adopt the following trial motions of Defendant Walter A. Forbes:

1. Motion Of Walter A. Forbes For A Mistrial, dated October 28, 2004 (Forbes Trial Motion No. 51), and

2. Motion Of Walter A. Forbes To Seal Pleadings Relating To Forbes Trial Motion No. 51, dated October 28, 2004 (Forbes Trial Motion No. 52).

---

[1] Local Rule 47(a) provides "Counsel may file a motion to adopt a motion previously filed by a codefendant in the same case by identifying the motion to be adopted by the name of the motion, the document number, the name of the codefendant who filed the motion and the date the motion was filed."

DATED: November 3, 2004

Respectfully submitted,

MILBANK, TWEED, HADLEY & McCLOY, LLP


By: _____
Scott A. Edelman (CT 25268)
Thomas A. Arena (CT 25269)
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

DAY, BERRY & HOWARD LLP
Stanley A. Twardy, Jr. (CT 05096)
Gary H. Collins (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT  06103
Tel.: (860) 275-0314
Fax: (860) 275-0343

Attorneys for Defendant E. Kirk Shelton

## <u>CERTIFICATION</u>

I hereby certify that on November 3, 2004, a copy of the foregoing was served on the following parties via hand-delivery:

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Marriott Residence Hotel
942 Main Street
Hartford, CT 06103

James T. Cowdery, Esq.
Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103

_____
Gary H. Collins