**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------
UNITED STATES OF AMERICA )
                         )
v.                       )     Criminal No. 3:02CR00264(AWT)
                         )
WALTER A. FORBES and     )
E. KIRK SHELTON          )
-------------------------
```

## RULING ON FORBES TRIAL MOTION NO. 51

**(Motion of Walter A. Forbes for a Mistrial)**

The Motion of Walter A. Forbes for a Mistrial (Doc. No. 1307) is hereby DENIED. Defendant Forbes' motion in substance raises arguments that have already been considered and rejected by the court, and his motion is being denied for substantially the reasons set forth by the government in its opposition. (See Gov't Opp. Mem. (Doc. No. 1317).)

It is so ordered.

Dated this 15th day of November, 2004, at Hartford, Connecticut.

                              /s/
                    Alvin W. Thompson
                 United States District Judge