## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Response of Defendant Walter A. Forbes to the Jury's December 29, 2004 Note to be delivered on January 3, 2005 to the following by hand delivery:

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, CT 06103

Thomas P. Puccio, Esq.
230 Park Ave.
Suite 301
New York, NY 10169

Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Marcie R. Ziegler