## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Reply of Defendant Walter A. Forbes to the Government's Response to the Jury's December 29, 2004 Note to be delivered on January 3, 2005 to the following via hand delivery:

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, CT 06103

Thomas P. Puccio, Esq.
230 Park Ave.
Suite 301
New York, NY 10169

Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Marcie R. Ziegler