AO 187 (Rev. 7/87) Exhibit and Witness List

O2CR264 gov't witness

United States District Court
District of Connecticut
FILED AT HARTFORD
January 4, 2005
Kevin F. Rowe, Clerk
By S. L. Smith
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF Connecticut

United States
V.
Walter A. Forbes,
and E. Kirk Shelton

GOVERNMENT ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:02CR264 (AWT)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alvin W. Thompson | Carney, McMahon, Schecter | Simon, Cary, Sullivan, Puccio, Arena |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/10/04 - 1/4/05 | Huntington, Thompson, Collard, Warner | Sandy Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/10/04 | | | Edward John Rosenwald Jr., New York, New York |
| 1 | | 5/11/04 | | | John Rosenwald resumes the stand |
| 2 | | 5/11/04 | | | Prof. Robert J. Sack, Charlottesville, Virginia   (Expert Witness) |
| 2 | | 5/12/04 | | | Professor Sack resumes the stand |
| 3 | | 5/13/04 | | | Steven Speaks, Trumbull, Connecticut |
| 3 | | 5/17/04 | | | Steven Speaks resumes the stand |
| 3 | | 5/18/04 | | | Steven Speaks resumes the stand |
| 3 | | 5/19/04 | | | Steven Speaks resumes the stand |
| 4 | | 5/19/04 | | | Michael Patrick Monaco, Bronxville, New York |
| 4 | | 5/20/04 | | | Michael Monaco resumes the stand |
| 4 | | 5/24/04 | | | Michael Monaco resumes the stand |
| 4 | | 5/25/04 | | | Michael Monaco resumes the stand |
| 4 | | 5/26/04 | | | Michael Monaco resumes the stand |
| 5 | | 5/26/04 | | | Anne Pember, Madison, Connecticut |
| 5 | | 5/27/04 | | | Anne Pember resumes the stand |
| 5 | | 6/1/04 | | | Anne Pember resumes the stand |
| 5 | | 6/2/04 | | | Anne Pember resumes the stand |
| 5 | | 6/3/04 | | | Anne Pember resumes the stand |
| 5 | | 6/7/04 | | | Anne Pember resumes the stand |
| 5 | | 6/8/04 | | | Anne Pember resumes the stand |
| 5 | | 6/9/04 | | | Anne Pember resumes the stand |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States | | vs. | Forbes/Shelton | CASE NO. 3:02CR264 (AWT) |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 6 | | 6/9/04 | | | Thomas Albright, Morristown, New Jersey |
| 7 | | 6/10/04 | | | Casper Sabatino, Sherman, Connecticut |
| 7 | | 6/14/04 | | | Casper Sabatino resumes the stand |
| 7 | | 6/15/04 | | | Casper Sabatino resumes the stand |
| 7 | | 6/16/04 | | | Casper Sabatino resumes the stand |
| 7 | | 6/17/04 | | | Casper Sabatino resumes the stand |
| 7 | | 6/21/04 | | | Casper Sabatino resumes the stand |
| 8 | | 6/21/04 | | | Janice Gail Davidson, Incline Village, Nevada |
| 8 | | 6/22/04 | | | Janice Davidson resumes the stand |
| 9 | | 6/22/04 | | | Robert Meyer Davidson, Incline Village, Nevada |
| 10 | | 6/23/04 | | | Norman Schonfeld, Morristown, New Jersey |
| 11 | | 6/23/04 | | | Scott Forbes, London, England |
| 11 | | 6/24/04 | | | Scott Forbes resumes the stand |
| 11 | | 6/28/04 | | | Scott Forbes resumes the stand |
| 12 | | 6/28/04 | | | Cosmo Corigliano, Old Saybrook, Connecticut |
| 12 | | 6/29/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 6/30/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/1/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/12/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/13/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/14/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/15/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/19/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/20/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/21/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/22/04 | | | Cosmo Corigliano resumes the stand |

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | | vs. | | Forbes/Shelton | CASE NO. 3:02CR264 (AWT) |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12 | | 7/26/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/27/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 7/29/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 8/2/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 8/3/04 | | | Cosmo Corigliano resumes the stand |
| 12 | | 8/4/04 | | | Cosmo Corigliano resumes the stand |
| 13 | | 8/4/04 | | | Kevin Kearney, Redding, Connecticut |
| 13 | | 8/5/04 | | | Kevin Kearney resumes the stand |
| 14 | | 8/16/04 | | | Coral Anne Sullivan, Wayland, Massachusetts |
| 15 | | 8/16/04 | | | Anthony Menchaca, Westport, Connecticut |
| 15 | | 8/17/04 | | | Anthony Menchaca resumes the stand |
| 16 | | 8/17/04 | | | James Rowan, West Simsbury, Connecticut |
| 17 | | 8/17/04 | | | Michael McCormack, Middlebury, Connecticut |
| 18 | | 8/17/04 | | | Vincent Paul Diamond, New York, New York |
| 19 | | 8/18/04 | | | Stephen Goot, Wallingford, Connecticut |
| 20 | | 8/18/04 | | | John Oller, New York, New York |
| 20 | | 8/19/04 | | | John Oller resumes the stand |
| 21 | | 8/23/04 | | | Jody Weiss, New York, New York |
| 22 | | 8/23/04 | | | Charles Pasfield, Long Island, New York |
| 23 | | 8/23/04 | | | James Vandervort, Robinsville, New Jersey |
| 24 | | 8/23/04 | | | Sandy Medina, Sterling, Virginia |
| 25 | | 8/23/04 | | | Brian Heckler, Evanston, Illinois   (Expert Witness) |
| 26 | | 8/24/04 | | | Peter Lewis, Austin, Texas |
| 20 | | 8/24/04 | | | John Oller recalled  (as a rebuttal witness) |