AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States

V.

Walter A. Forbes, and
E. Kirk Shelton

United States District Court
District of Connecticut
FILED AT HARTFORD
January 4, 2005
Kevin F. Rowe, Clerk
By S.L. Smith
Deputy Clerk

DEFENDANTS'
~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:02CR264 (AWT)

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Alvin W. Thompson | | | | Carney, McMahon, Schecter | Simon, Cary, Sullivan, Puccio, Arena |
| TRIAL DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |
| 5/10/04 - 1/4/05 | | | | Huntington, Thompson, Warner, Collard | Sandy Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/19/04 | Shelton |  | John Oller, New York, New York |
|  | 2 | 8/27/04 | Shelton |  | Roman L. Weil, Chicago, Illinois (out of the presence of the Jury) |
|  | 3 | 8/31/04 | Forbes |  | Philip Laskawy, Greenwich, Connecticut |
|  | 4 | 8/31/04 | Shelton |  | Christopher McLeod, Stamford, Connecticut |
|  | 4 | 9/1/04 | Shelton |  | Christoper McLeod resumes the stand |
|  | 5 | 9/1/04 | Shelton |  | Greg Danilow, New York, New York |
|  | 6 | 9/1/04 | Shelton |  | Simon James Wood, Pelham, New York |
|  | 7 | 9/1/04 | Shelton |  | Mark Rabinowitz, Ridgefield, Connecticut |
|  | 8 | 9/1/04 | Shelton |  | Kenneth Wilchfort, Wilton, Connecticut |
|  | 9 | 9/1/04 | Shelton |  | Joel Zychick, Amagansett, New York |
|  | 10 | 9/1/04 | Shelton |  | Kelly Eaton Green, San Antonio, Texas |
|  | 2 | 9/2/04 | Shelton |  | Roman L. Weil, Chicago, Illinois (Expert Witness) |
|  | 11 | 9/2/04 | Shelton |  | David Paul Stenhouse, Seattle, Washington (Expert Witness) |
|  | 12 | 9/2/04 | Shelton |  | Charles Ainsworth, Old Greenwich, Connecticut |
|  | 13 | 9/2/04 | Shelton |  | Paul Weissman, Closter, New Jersey |
|  | 14 | 9/2/04 | Shelton |  | Ronald Davis, Edwards, Colorado |
|  | 13 | 9/2/04 | Forbes |  | Paul Weissman called by Mr. Forbes |
|  | 15 | 9/2/04 | Shelton |  | Jack Skydel, Mendham, New Jersey |
|  | 16 | 9/7/04 | Shelton |  | Amy Lipton, Greenwich, Connecticut |
|  | 17 | 9/7/04 | Shelton |  | Mark J. Gerber, Newtowne, Pennsylvania |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | United States | vs. | Forbes/Shelton | CASE NO. 3:02CR264 (AWT) |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 18 | 9/7/04 | Shelton | | E. Kirk Shelton, Darien, Connecticut |
| | 18 | 9/8/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/9/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/13/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/14/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/15/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 19 | 9/20/04 | Forbes | | Robert Tucker, Meadowbrook, New York |
| | 18 | 9/20/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/21/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/22/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/23/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 19 | 9/23/04 | Forbes | | Norman Wood, Salem, Connecticut |
| | 20 | 9/23/04 | Forbes | | James Andrew Kidney, Washington, D.C. |
| | 21 | 9/23/04 | Forbes | | Walter A. Forbes, New Canaan, Connecticut |
| | 22 | 9/27/04 | Forbes | | David Frohlich, Oakton, Virginia |
| | 21 | 9/27/04 | Forbes | | Walter Forbes resumes the stand |
| | 21 | 9/28/04 | Forbes | | Walter Forbes resumes the stand |
| | 21 | 9/29/04 | Forbes | | Walter Forbes resumes the stand |
| | 21 | 9/30/04 | Forbes | | Walter Forbes resumes the stand |
| | 23 | 9/30/04 | Forbes | | Jamie Fischer, Gurnee, Illinois |
| | 21 | 10/4/04 | Forbes | | Walter Forbes resumes the stand |