UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



United States District Court
District of Connecticut
FILED AT HARTFORD
January 4, 2005
Kevin F. Rowe, Clerk
By S. L. Smith
Deputy Clerk

**HONORABLE ALVIN W. THOMPSON**          **CRIM. NO. 3 : 02CR00264 (AWT)**

UNITED STATES OF AMERICA
*v.*
WALTER A. FORBES ET AL.

## GOVERNMENT'S EXHIBIT LIST

**Appearances:**

**JOHN CARNEY**
Special Attorney, U.S. Department of Justice

**JAMES MCMAHON**
Special Attorney, U.S. Department of Justice

**RICHARD J. SCHECHTER**
Special Attorney, U.S. Department of Justice

_All 2004_

### LIST OF EXHIBITS

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| **_Volume 1_** (ex. 1-100) | | | | |
| **Ex. 1** | Facsimile from Kirk Shelton to Vincent D'Agostino re: Miscellaneous "Inquiring minds want to know" dated 2/23/98 | ✓ | F | 8/23 limited purpose |
| **Ex. 2** | CUC International printout with handwritten figures dated 1/31/97 | | | |
| **Ex. 3** | Memorandum from Kirk Shelton to Cosmo Corigliano re: goals and objectives for 1996 with attachment (bates 700367-68) dated 4/19/95 | ✓ | F | 6/30 |
| _Ex. 3A_ | 4/17/95 Memo, Corigliano/K. Shelton | ✓ | F | 6/30 |
| **Ex. 4** | Facsimile to Shelton from Welton re: highly confidential spreadsheet on potential revenue (702458-60) dated 3/28/97 | | | |
| **Ex. 5** | Handwritten notes of CUC Board Meeting dated 4/9/97 | ✓ | F | 6/21 |
| **Ex. 5a** | Facsimile from Amy Lipton to Robert Tucker 5/17/97 | | | |
| **Ex. 5b** | Minutes 4/9/97 | | | |
| **Ex. 5c** | Minutes draft | | | |
| **Ex. 5d** | Facsimile with attachments from Stephen Greyser | | | |
| **Ex. 5e** | Letter from Jan Davidson to Robert Tucker re: less specific board minutes preferable | | | |
| **Ex. 5f** | Minutes draft | | | |
| **Ex. 5g** | Letter from Tucker to Jan Davidson 4/14/97 | | | |
| **Ex. 5h** | Letter from Jan Davidson to Tucker 4/22/97 | | | |

2

| Exhibit # | Description | Idx | Evid | |
|-----------|-------------|-----|------|---|
| **Ex. 5i** | Memorandum from Walter Forbes to Board Members 4/4/97 | | | |
| **Ex. 6** | Memorandum from Kirk Shelton to Stu, Chris, Jeff, Walter, Cosmo re: Kirk-Van Orsdel (KVI) dated 4/25/95 | | | |
| **Ex. 7** | Letter from Janice Davidson to Robert Tucker re: exact wording for motion dated 4/14/97 | ✓ | ID | 6/22 |
| **Ex. 8** | Forbes balance sheet (in thousands) stamped 407844-47 dated 8/21/97 | | ID only | 10/14 |
| **Ex. 8a** | Letter from Walter Forbes to Laura Davis 11/11/97 | | | |
| **Ex. 9** | Facsimile from Bob Davidson to Kirk Shelton and Walter Forbes with attachments dated 2/29/96 | ✓ | F | 6/22 |
| **Ex. 10** | Email from Kirk Shelton to Vincent D'Agostino re: Steve's visit ta CT dated 7/16/97 | ✓ | F | 8/23 limited purpose |
| **Ex. 11** | Memorandum from Henry Silverman to Kirk Shelton re: Cendant Organizational Charts dated 10/21/97 | admitted as G 616 on 7/13 | F 8/31 | |
| **Ex. 12** | Annual Performance Review from Kirk Shelton to Cosmo Corigliano dated 12/19/97 | admitted as G 652 on 7/13 | F 8/31 | |
| **Ex. 13** | Annual Performance Review from Kirk Shelton to Cosmo Corigliano dated 12/16/96 | ✓ | F | 7/12 |
| **Ex. 14** | Annual Performance Review from Kirk Shelton to Cosmo Corigliano dated 12/20/95 | ✓ | F | 6/30 |
| **Ex. 15** | Letter from Kirk Shelton to Steve Wiggins re: resume of Lawrence Wolper dated 2/6/98 | | | |
| **Ex. 16** | Memorandum from Kirk Shelton to Burnap, Corigliano, Davidson, Davidson, Donnelley, Forbes, Greyser, McLeod, Perfit, Rittereiser, Rumbough Jr., Williams re: Acquisition Updates dated 10/24/96 | | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 17 | Memorandum from Kirk Shelton to distribution re: HFS Merger dated 6/3/97 | ✓ | F | 7/13 |
| Ex. 18 | CUC International Budget Summary dated 1/31/98 | ✓ | F | 7/1 |
| Ex. 19 | Email from Shelton to Chris re: HFS Merger Charge/reserve dated 7/9/97 (defts' #30,071) | ✓ | F | 9/14 |
| Ex. 20 | Memorandum from Shelton to Henry, Walter re: follow up on Henry issues dated 8/13/97 | | | |
| Ex. 21 | Memorandum from Shelton to Schapelhouman re: Info dated 11/20/96 | | | |
| Ex. 22 | Sierra Meeting Notes dated 11/20/96 | | | |
| Ex. 23 | Memorandum from Shelton to Williams re: follow up dated 11/20/96 | | | |
| Ex. 24 | Memorandum from Shelton to Corigliano re: Exercise of stock options dated 10/27/97 | ✓ | F | 8/31 |
| Ex. 25 | Facsimile from Pember to Corigliano re: Q4 dated 1/21/98 | admitted as G 520 on 6/1 | | |
| Ex. 26 | Email from Pember to Shelton, Corigliano re: 4th Quarter the good news and the bad news dated 1/20/98 | | | |
| Ex. 27 | Email from Shelton to Pember re: Blow our own horn - I need to vent dated 1/15/98 | | | |
| Ex. 28 | Schedule of reserves to revenue and note that reserves are being managed to meet quarterly targets | | | |
| Ex. 29 | CUC/HFS merger related costs cushion balance 4/18/98 | | | |
| Ex. 30  Exh. 30B | The Essex Purchase Related Reserves- Operating Expenses  Essex Group Combined Statement of Operations | ✓ | F | 6/9 |
| Ex. 31 | Email from Pember to Corigliano re: audit stuff forwarded with attachments dated 4/1/98 | ✓ | F | 7/14 |
| Ex. 32 | Memorandum from Shelton to Coz, Walter, Amy re: beagle dated 4/3/96 | | | |

Exh. 30C    Essex Group Income Statement    ✓    F    6/9
Exh. 30D    Essex Group Income Statement    ✓    F    6/9
Exh. 30E    Essex Group Income Statement    ✓    F    6/9

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 33 | Letter from Shelton to Davidson re: responsibilities under employment agreement dated 4/18/96 | | |
| Ex. 34 | Summary Review Memorandum-The Essex Group E&Y dated 1/31/96 | | |
| Ex. 35 | Email from Pember to Speaks re: audit stuff dated 3/31/98 | | |
| Ex. 36 | Memorandum from Silverman to Monaco re: executive terminations dated 12/29/97 | | |
| Ex. 37 | Memorandum from Forbes to All Employees re CUC Securities dated 11/8/89 | ✓ | dee rcs. 8/31 F 10/4 limited purpose |
| Ex. 38 | Memorandum from Shelton to Avery, Davidson, D'Agostino, Fernandes, Keith, Menchaca, Nash, Sarkie, Williams re: Wall Street and the Press dated 11/19/96 | | |
| Ex. 39 | Facsimile from Healy to Forbes re:-financial reporting dated 3/5/98 | ✓ | ID 9/22 |
| Ex. 40 | Email from Shelton to 'Chris' re: HFS Merger Charge/reserve dated 7/9/97 | | |
| Ex. 41 | Consolidated Budget 1998 Adjustments HFS 1998 | | |
| Ex. 42 | CUC Comparative Income Statement 1998 | | |
| Ex. 43 | CUC Comparative Income Statement 1998 | | |
| Ex. 44 | Forbes Employee Expense Report dated 9/30/97 | | |
| Ex. 45 | Email from Speaks to Pember re audit stuff w/attachment dated 3/31/98 | | |
| Ex. 46 | Email from Hiznay to Staff, DJ Smith re 4th quarter rejects/charge backs | | |
| Ex. 47 | Cendant Membership Services- Journal Entries summary Worksheet | | |
| Ex. 48 | Handwritten Instructions on merger reserve entries | | |
| Ex. 49 | Smith Barney Analyst dated 3/17/97 | | |

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 50 | Merrill Lynch Buy Recommendation Analyst dated 12/3/96 | | | |
| Ex. 51 | Furman Selz Analyst Report dated 9/16/97 | | | |
| Ex. 52 | Hambract and Quist Research Network Analyst Report dated 12/3/97 | | | |
| Ex. 53 | Furman Selz Analyst Report dated 12/5/97 | | | |
| Ex. 54 | Morgan Stanley Dean Witter Analyst Report dated 9/11/97 | | | |
| Ex. 55 | Schedule"getting to know you" w/ handwritten figures dated 12/3/97 | ✓ | F | 6/30 |
| Ex. 56 | Memorandum from Shelton to Peterson re Exercise of Stock Options dated 4/13/98 | | | |
| Ex. 57 | The Essex Group Combined Financials for Fiscal Year Ending 1/31/97 | ✓ | F | 6/9 |
| Ex. 57a | Memorandum from Corigliano to distribution re: fiscal planning and budget timetable dated 9/22/95 | ✓ | F | 6/9 |
| Ex. 58 | Annual Revenue and Earning Summary 11/3/95 | ✓ | F | 6/30 |
| Ex. 58A | Annual Revenue and Earning Summary 9/13/95 | ✓ | F | 6/30 |
| Ex. 59 | Fort Worth Star Telegram Article 4/23/96 | | | |
| Ex. 59a | South Florida Business Journal Article 4/26/96 | | | |
| Ex. 60 | Cendant Membership Services Cosmo Memo | | | |
| Ex. 61 | Handwritten schedule re: Ideon Reserves undated | | | |
| Ex. 62 renumbered 3063 | CUC Reserve Consolidation with attached Spreadsheets (11pp.) dated 10/31/96 | | | |
| Ex. 62a | Sierra Davidson Merger Integration and restructuring fees schedule | | | |
| Ex. 62b | CUC Revenue and EBIT schedule | ✓ | F | 6/28/04. |
| Ex. 62c | Handwritten analysis | | | |
| Ex. 62d | Spreadsheet of differed revenue and marketing costs 1/29/97 | | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 62e** | Membership Cancellation Reserve Analysis | | |
| **Ex. 62f** | Handwritten Analysis of reallocation 1/6/97 | | |
| **Ex. 62g** | Handwritten Reserve Summary Analysis 12/9/96 | renumbered to 3064 7/1 | |
| **Ex. 62h** | Schedule of Sierra and Davidson Merger Integration and restructuring fees | | |
| **Ex. 62i** | Ideon reserve analysis spreadsheet 1/10/96 | | |
| **Ex. 62j** | Ideon reserve analysis spreadsheet 9/18/96 | | |
| **Ex. 63** | CUC -Ideon merger integration and restructuring fees w/ Sierra Davidson merger 10/31/96 1nd 7/31/96 | | |
| **Ex. 64** | Selected notes from 10Q 10/31/96 | | |
| **Ex. 65** | Bear Stearns Analyst Report dated 8/20/96 | | |
| **Ex. 66** | E&Y Reserve Restructuring Memo dated 12/31/97 | | |
| **Ex. 67** | Alex Brown Analyst Report dated 5/14/96 | ✓ | F    7/1 limited purpose |
| **Ex. 68** | Merrill Lynch Report on Ideon dated 4/23/96 | ✓ | F    7/1 " |
| **Ex. 69** | New York Times article dated 4/23/96 | | |
| **Ex. 70** | Memorandum re: Financial Reporting and Corporate Relations Database from Shelton to Distribution dated 3/5/98 | | |
| **Ex. 71** | Letter to Speaks from Shelton re: option 12/17/97 | | |
| **Ex. 72** | Letter from Shelton to Steven P. Speaks re: Stock options dated 3/2/98 | | |
| **Ex. 73** | Daily calendar dated 1/27/1997, 1/28/97 | | |
| **Ex. 74** | Letter from Forbes to Davis re: Pro forma balance sheet for WAF (JP Morgan) dated 11/11/97 | | |
| **Ex. 75** | Memo from Mark Piccolo to Marc Rubinus, Wilchfort, Wood, Botti re: Cosmo request for E&Y services provided to HFS business dated 9/11/97 | | |
| **Ex. 76** | CUC Board of Directors Minutes draft 4/9/97 | | |
| **Ex. 77** | CUC Board of Directors Minutes 4/9/97 | ✓ | F    6/21 |

| Exhibit # | Description | Id. | Evid |
|---|---|---|---|
| Ex. 78 | Memorandum from Shelton to Distribution re financial reporting and corporate relations database 3/5/98 | | |
| Ex. 79 | Memorandum from Shelton to Distribution re financial reporting and corporate relations database with attachment dated 3/5/98 | ✓ | F  9/22 |
| Ex. 80 | Facsimile from Michelle Healy to Scott Forbes re Kirk Shelton with handwriting dated 3/5/98 | | |
| Ex. 81 | Recommendations Memo with handwritten notes | | |
| Ex. 82 | Memorandum from Scott Forbes to file re: Justification, Cendant Restructuring Charge-Severance dated 3/23/98 | | |
| Ex. 83 | Memorandum from Silverman to Monaco re Executive Terminations dated 12/29/97 | | |
| Ex. 84 | Executive terminations from Silverman to Monaco dated 12/29/97 | | |
| Ex. 85 | CUC Check - Walter's Plane Reimbursement from CUC pay to the order of Walter Forbes in the amount of $596,881.00 dated 11/11/97 | | |
| Ex. 86 | Memorandum from Shelton to Silverman re updates dated 12/10/97 | ✓ | ID F  8/18 9/14 |
| Ex. 87 | Paine Webber Resource Management account for Walter Forbes dated 3/31/98 | | |
| Ex. 88 | Memorandum - severance package to Pember from Forbes dated 3/27/98 | | |
| Ex. 89 | Facsimile re CUC reserve reversals from Scott Forbes to Silverman and Monaco dated3/7/98 | | |
| Ex. 90 | Facsimile re financial summaries to Rittereiser from Silverman dated 3/27/98 | | |
| Ex. 91 | Memorandum re follow up on financial questions from Shelton to Silverman dated 1/13/98 | ✓ | F  9/20 |

| Exhibit # | Description | Id | Evid. | |
|---|---|---|---|---|
| **Ex. 92** | Memorandum re BCI Reinsurance from Shelton to Silverman dated 12/4/97 | ✓ | F | 9/20 |
| **Ex. 93** | Facsimile cover sheet with attachment from Scott Forbes to Henry Silverman and Monaco re previous days discussion dated 3/7/98 | | | |
| **Ex. 94** | USA Today article-re stock swap dated 5/28/97 | | | |
| **Ex. 95** | Handwritten notes 4/6 | | | |
| **Ex. 96** | Memorandum from Kathy Piro to Private Desk File re: Bob Sarkie dated 4/13/1998 | | | |
| **Ex. 97** | Memorandum from Monaco to Silverman re: Organizational Issues w/ attachment dated 2/23/1998 | | | |
| **Ex. 98** | Letter from Forbes to Rittereiser re: Recommended Bonus dated 12/11/1997 | | | |
| **Ex. 99** | Letter from Rittereiser to Forbes re: Incentive Awards dated 11/22/1996 | | | |
| **Ex. 100** | Memorandum from Forbes to Rittereiser re: Compensation dated 12/16/1997 | | | |
| ***Volume 2*** **(ex. 101-170x)** | | | | |
| **Ex. 101** | Organizational chart - 6/27/97 | | | |
| **Ex. 102** | World's Smartest Human letterhead -undated | | | |
| **Ex. 103** | Getting to know you schedule- 5/18/1995 | | | |
| **Ex. 104** | Getting to know you schedule - 5/18/1995 | ✓ | F | 6/30 |
| **Ex. 105** | Letter of representation to E&Y for 1/31/96 and 4/24/96 supplemental letter | | | |
| **Ex. 106** | Letter of representation to E&Y for 5/1/97 and 3/10/97 supplemental letter | | | |

| Exhibit # | Description | Id | Evid. |
|---|---|---|---|
| Ex. 107 | Spark Services 12/31/97 Income Statement and Balance Sheet | | |
| Ex. 108 | Letter of representation signed by former senior HFS officials | | |
| Ex. 109 | Handwritten notes re: negatives and positives | | |
| Ex. 110 | Confidential Memorandum from Forbes to Pember dated 4/2/1998 | | |
| Ex. 111 | Faxed from Friemour to Forbes cover sheet with messages- 3/9/1998 | ✓ | F   9/28 |
| Ex. 112 | Letter from Tucker to Lipton re: Board of Directors Minutes and draft memorandum re: Board of directors Minutes 4/21/97 dated 4/21/1997 | | |
| Ex. 113 | CUC - Board of Directors Minutes -draft dated 4/21/1997 | | |
| Ex. 114 | Reserves consolidation 10/31/1996 | ✓ | F   6/14 |
| Ex. 115 | Sparks Services Condensed Income Statement and balance sheet- 12/31/1997 | | |
| Ex. 116 | Selected pages of Cosmo Corigliano's Daily Calendar - 3/23/1998 and 10/8/97 | | |
| Ex. 117 | Memorandum from Forbes to All Stamford Employees re: Management Changes dated 12/31/1994 | | |
| Ex. 118 | Selected pages of March calender of Walter Forbes - 2/27 and 28/97 | | |
| Ex. 119 | WAF Itinerary - 2/28/1997 | | |
| Ex. 120 | Memorandum from Shelton to Distribution re: Strategy Meeting Follow-up dated 3/7/1997 | | |

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 121 | Memorandum from Walter Forbes to Monaco and Silverman re: Financial Consolidation dated 3/4/1998 | | | |
| Ex. 122 | Silverman and Walter Forbes Statement (beginning at page 3) 7/28/98 | | | |
| Ex. 123 | Letter from Forbes to Davies re: Pro forma balance sheet for WAF dated 11/11/1997 | | | |
| Ex. 124 | Letter from Cosmo Corigliano to Cendant re: Termination dated 4/17/1998 | ✓ | F | 7/12 |
| Ex. 125 | Letter from Shelton to Cendant Audit Committee re: Accounting irregularities dated 4/20/1998 | | | |
| Ex. 126 | Letter from Shelton to Forbes, Silverman re: Accounting irregularities dated 4/20/1998 | | | |
| Ex. 127 | Memorandum from Albright to Shelton re: FYE January 1996 dated 6/22/1995 *admitted as 402 on 6/9 | | | |
| Ex. 128 | Employment Agreement between CUC and Ann Pember dated 8/1/1996 | | | |
| Ex. 129 | Quarterly Earnings Schedules FYE 1/31/91 | ✓ | Full | 6/28/04 |
| Ex. 130 | Cooperation Agreement Steven Speaks dated 10/7/1998 | ✓ | ID | 5/17 |
| Ex. 131 | CUC Documents for business overview Domestic Controllers Meeting  dated 12/11/1997. | ✓ | F | 5/13 |
| Ex. 132 | Calendar 1998 - Budget Distribution from Speaks dated 12/30/97 | ✓ | F | 5/13 |
| Ex. 133 | CUC Comparative Income Statement | ✓ | F | 5/13 |
| Ex. 134 | CUC Comparative Income Statement for 1998 | ✓ | F | 5/13 |

limited purpose

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 135 | Speaks Affidavit dated 4/14/1998 | | | →limited purpose 5/13 |
| Ex. 136 | Handwritten reserve entry instructions | ✓ | F | 5/13 |
| Ex. 137 | CUC Journal Entries 82-173 | ✓ | F | 5/13 |
| Ex. 138 | CUC Balance Sheet Analysis dated 12/31/1997 | ✓ | F | 5/13 |
| Ex. 139 | CUC Account Journal Entry Summary | | | |
| Ex. 140 | Journal Entry Form dated 12/31/1997 | ✓ | F | 5/13. |
| Ex. 141 | Post Close Adjustment Reconciliation dated December 1997 | | | |
| Ex. 142 | CUC handwritten figures (fax) dated 1/20/1998 | | | |
| Ex. 143 | CUC handwritten figures (not faxed) | | | |
| Ex. 144 | CUC Journal Entries 10/97 to 12/97 - 10/31/1997 (33pp) | ✓ | F | 5/13 |
| Ex. 145 | Handwritten Journal Entry Forms - 11/30/98 | ✓ | F | 5/13 |
| Ex. 146 | Safeguard Services Journal Entry Edit Listing FYE 1997 | ✓ | F | 5/17 |
| Ex. 147 | Memorandum from Speaks to Pember re: Audit Stuff dated 3/31/1998 | | | |
| Ex. 148 | E-mail from Pember to Speaks re: Grids dated 3/11/98 | ✓ | ID | 5/13 |
| Ex. 149 | E-mail from Speaks to Corigliano, et al re: 1997 vs 1998 financials dated 4/9/98 | | | |
| Ex. 150 | Summary Budget printed 12/5/97 dated 1/31/1998 | ✓ | F | 5/12 |
| Ex. 151 | CUC Projection Model FYE 1998 | ✓ | F | 5/13 |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 152 | CUC Budget Calendar Summary of Revenue Allocation 1998 | | |
| Ex. 153 | Summary revenue budget calendar 1998 printed 4/1/98 | | |
| Ex .154 | Summary revenue budget calendar 1998- | | |
| Ex. 155 | E-mail from Hiznay to Staff re: 4th Quarter rejects/charge backs | | |
| Ex. 156 | E-mail from Pember to Speaks re: Bruce Tolle Review - other stuff dated 3/4/1998 | | |
| Ex. 157 | Journal Entry Form- 7/31/1997 | | |
| Ex. 158 | CUC Walter Forbes Expense Report -9/30/1997 | ✓ | F |
| Ex. 159 | Memorandum from Shelton to Distribution re: Financial Report and Corporate Relations Database dated 3/5/1998 | | |
| Ex. 160 | Consolidated Budget - 1998 faxed 3/7/98 | ✓ | F |
| Ex. 161 | Memorandum from Pember to Speaks re: Credit Line Goodwill 8/28/1997 | | |
| Ex. 162 | Journal Entry Summaries July 1997 | | |
| Ex. 163 | Memo to: distribution from: Speaks/Hiznay re: FY-'98 Budget 3/17/1997 | ✓ | F |
| Ex. 164 | Memorandum from Pember to Speaks re: Credit Line Goodwill dated 8/28/1997 | | |
| Ex. 165 | E-mail from Hiznay to Hilinski re: Audit cancel rates | | |

*Handwritten annotations at right:*
Ex. 158: 5/13 limited purpose
Ex. 160: 5/13
Ex. 163: 5/13

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 166 | E-mail from Sattler to Speaks re: Corporate Financials 4/1/1998 | ✓ | F | 5/19 |
| Ex. 167 | CUC - Business overview domestic controllers meeting - 12/11/1997 | | | |
| Ex. 168 | Journal entry forms P105-P113 - 11/30/1996 | | | |
| Ex. 169 | Spreadsheet Summary of allocations- 1998 | | | |
| Ex. 170a - x | 27 photo's | | | |
| Ex. 171 b | Video Tape - CNN Pinnacle Interview of Walter Forbes, CEO, CUC International to air March 2, 1996 | | | |
| Ex. 171c | Video Tape - CNN Pinnacle Interview of Walter Forbes, CEO, CUC International to air April 24,1994 | | | |
| Ex. 171d | Video Tape - CNBC The Money Wheel Interview of Walter Forbes September 19, 1995 | | | |
| Ex. 171e | Video Tape - CUC International Press Conference Video September 20, 1995 | | | |
| Ex. 171f | Video Tape - CNN-FN Who's In Charge Interview with Walter Forbes February 21, 1996 | | | |
| Ex. 171g | Video Tape - NBC PFN Interview of Walter Forbes, CEO, CUC International from San Francisco during the Robertson, Stephens and Co. Technology Conference | | | |
| *Volume 3* (ex. 172-196) | | | | |
| Ex. 172 | 1998 Calendar -Rosenwald | | | |
| Ex. 173 | January 1998 - Audit Committee Meeting | | | |

14

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 174 | 1/9/97 - From: Randy To: Henry Silverman and Michael Monaco re: Direct Marketing industry presentation (half of deck is gone) | | |
| Ex. 175 | Rosenwald's 1997 Calendar HFS 009100-009201 | | |
| Ex. 176 | Selected pages of Report Audit Committee  8/24/98 | | |
| Ex. 177 | Consolidated Budget - 1998 Adjustments | | |
| Ex. 178 | Minutes of Audit Committee Meeting- 4/14/98 | | |
| Ex. 179 | Handwritten Audit Committee Minutes- 4/14/98 | | |
| Ex. 180 | Minutes of Audit Committee Meeting- 4/16/98 | | |
| Ex. 181 | Distribution of Agenda of Audit Committee Meeting- 4/16/98 | | |
| Ex. 182 | Board of Directors Minutes -4/16/98 | | |
| Ex. 183 | Audit Committee Minutes- 4/20/98 | | |
| Ex. 184 | Audit Committee Outline -4/20/98 | | |
| Ex. 185 | Audit Committee Minutes- 4/27/98 | | |
| Ex. 186 | Audit Committee Minutes- 5/4/98 | | |
| Ex. 187 | Audit Committee Minutes- 5/11/98 | | |
| Ex. 188 | Bear Sterns Project Big Bank- 5/27/97 | | |
| Ex. 189 | Board of Directors Minutes- 7/28/98 | | |
| Ex. 190 | Carbon Overview: Project Big Bang - Selected portions | | |
| Ex. 191 | Willkie Farr & Gallagher Memorandum from Stephen Greiner to: Files re: Interview of John Rosenwald- 4/27/98 | | |
| Ex. 192 | Fax to Mickey Tarnopal-1/3 | | |
| Ex. 193 | Letter to Michael Tarnopal from Henry Silverman January 4, 1999 | | |
| Ex. 194 | Letter to Henry Silverman from: Mickey Tarnopal November 16, 1998. | | |

| Exhibit # | Description | Id | Evid. |
|---|---|---|---|
| Ex. 195 | Willkie Farr & Gallagher Memorandum from: John Oller to: files re: Kirk Shelton- 6/13/98 | | |
| Ex. 196 | Additional Conclusions of Audit Committee re: Investigation into Accounting Irregularities. | | |
| **_Volume 4_** **(ex. 197-290 )** | | | |
| Ex. 197 | Bears, Stearns & Co. - CUC Company Report- 5/2/97 | | |
| Ex. 198 | Bears, Stearns & Co. - CUC Company Report- 2/7/97 | | |
| Ex. 199 | Bears, Stearns & Co. - CUC Company Report- 8/20/96 | | |
| Ex. 200 | Bears, Stearns & Co. - CUC Company Report- 11/9/94 | | |
| Ex. 201 | Bears, Stearns & Co. - CUC Company Report- 7/14/94 | | |
| Ex. 202 | Morgan Stanley & Co., - CUC Company Report- 3/7/97 | | |
| Ex. 203 | S.G. Cowen - Company Directory Index Company Report- 6/1/98 | | |
| Ex. 204 | S.G. Cowen - Company Directory Index Company Report- 5/4/98 | | |
| Ex. 205 | Cowen Morning Call- 4/16/98 | | |
| Ex. 206 | Cowen & Co - Cendant discloses Accounting Irregularities- 4/6/98 | | |
| Ex. 207 | Cowen The Bottom Line- 4/13/98 | | |
| Ex. 208 | Cowen Internet Quarterly- 4/16/98 | | |
| Ex. 209 | Cowen & Co The Internet Observer- 4/3/98 | | |
| Ex. 210 | Company Directory- 4/1/98 | | |
| Ex. 211 | Cowen - The Bottom Line- 3/30/98 | | |
| Ex. 212 | Cowen - Morning Call- 3/24/98 | | |

| Exhibit # | Description | Id | Evid |
|-----------|-------------|----|----|
| Ex. 213 | Cowen & Co: $4.4 Billion Shopping Spree- 3/24/98 | | |
| Ex. 214 | Cowen & Co: Ups Bid for American Bankers- 3/17/98 | | |
| Ex. 215 | Cowen & Co - Company Directory- 3/2/98 | | |
| Ex. 216 | Cowen & Co -The Internet Observer -2/20/98 | | |
| Ex. 217 | Cowen & Co -Gets off to a Great Start- 2/5/98 | | |
| Ex. 218 | Cowen Morning Call- 2/5/98 | | |
| Ex. 219 | Company Directory Index Report- 2/2/98 | | |
| Ex. 220 | Morning Call -1/28/98 | | |
| Ex. 221 | Cowen - The Bottom Line- 1/26/98 | | |
| Ex. 222 | Cowen - The Bottom Line- 1/20/98 | | |
| Ex. 223 | Cowen & Co Internet Quarterly- 1/12/98 | | |
| Ex. 224 | The Internet Observer -1/5/98 | | |
| Ex. 225 | Company Directory Index Report- 1/1/98 | | |
| Ex. 226 | Cowen - The Bottom Line -12/29/97 | | |
| Ex. 227 | The Internet Observer- 12/18/97 | | |
| Ex. 228 | Second Annual Internet Conference -1/15-16, 1998 | | |
| Ex. 229 | The Internet Observer- 12/4/97 | | |
| Ex. 230 | CUC Delivers a Strong FQ3; -12/3/97 | | |
| Ex. 231 | Company Directory Index Report- 12/1/97 | | |
| Ex. 232 | Yahoo! In Deals with CUC- 10/21/97 | | |
| Ex. 233 | Cowen - The Bottom Line -10/20/97 | | |
| Ex. 234 | Cowen & Co Internet Quarterly- 10/13/97 | | |
| Ex. 235 | Cowen & Co Internet Quarterly- 7/14/97 | | |
| Ex. 236 | Cowen & Co-The Bottom Line- 6/23/97 | | |
| Ex. 237 | Cowen & Co America Online - 4/21/97 | | |

| Exhibit # | Description | Id. | Evid. |
|-----------|-------------|-----|-------|
| Ex. 238 | Cowen & Co America Online - 4/8/97 | | |
| Ex. 239 | Cowen & Co Internet Quarterly- 4/8/97 | | |
| Ex. 240 | Cowen & Co Internet In Sites- 3/11/97 | | |
| Ex. 241 | Cowen & Co The Bottom Line- 2/3/97 | | |
| Ex. 242 | Cowen & Co - An Internet Roadmap -1/28/97 | | |
| Ex. 243 | Cowen & Co - CUC International -1/27/97 | | |
| Ex. 244 | Cowen & Co - Perspectives  11/29/96 | | |
| Ex. 245 | Merrill Lynch Bulletin- 4/21/98 | | |
| Ex. 246 | Merrill Lynch Comment- 4/22/98 | | |
| Ex. 247 | Merrill Lynch Comment- 4/22/98 | | |
| Ex. 248 | Merrill Lynch Morning Notes Summary - Special Calls 4/28/98 | | |
| Ex. 249 | Merrill Lynch Bulletin- 4/28/98 | | |
| Ex. 250 | Merrill Lynch Comment - 4/29//98 | | |
| Ex. 251 | Merrill Lynch Bulletin - 5/5/98 | | |
| Ex. 252 | Merrill Lynch Bulletin - 5/6/98 | | |
| Ex. 253 | Merrill Lynch Bulletin - 5/15/98 | | |
| Ex. 254 | Merrill Lynch Bulletin - 5/15/98 | | |
| Ex. 255 | Merrill Lynch Comment -5/18/98 | | |
| Ex. 256 | Merrill Lynch Bulletin -5/19/98 | | |
| Ex. 257 | Merrill Lynch Bulletin- 5/19/98 | | |
| Ex. 258 | Merrill Lynch Comment- 5/29/98 | | |
| Ex. 259 | Merrill Lynch Comment- 5/29/98 | | |
| Ex. 260 | Merrill Lynch Bulletin- 6/18/98 | | |
| Ex. 261 | Merrill Lynch Bulletin -6/18/98 | | |
| Ex. 262 | Merrill Lynch Bulletin- 6/18/98 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 263 | Merrill Lynch Comment- 6/23/98 | | |
| Ex. 264 | Merrill Lynch Comment- 6/23/98 | | |
| Ex. 265 | Merrill Lynch Bulletin -4/16/98 | | |
| Ex. 266 | Merrill Lynch Bulletin- 4/9/98 | | |
| Ex. 267 | Merrill Lynch Comment -4/7/98 | | |
| Ex. 268 | Merrill Lynch Bulletin- 4/2/98 | | |
| Ex. 269 | Merrill Lynch Bulletin -2/9/98 | | |
| Ex. 270 | Merrill Lynch Comment- 1/13/98 | | |
| Ex. 271 | Merrill Lynch Bulletin -1/9/98 | | |
| Ex. 272 | Merrill Lynch Bulletin -1/7/98 | | |
| Ex. 273 | Merrill Lynch Bulletin -12/17/97 | | |
| Ex. 274 | Merrill Lynch Comment - 12/11/97 | | |
| Ex. 275 | Merrill Lynch Company Report - 12/9/97 | | |
| Ex. 276 | Merrill Lynch Comment - 12/9/97 | | |
| Ex. 277 | Merrill Lynch Comment - 12/2/97 | | |
| Ex. 278 | Merrill Lynch Comment - 12/1/97 | | |
| Ex. 279 | Merrill Lynch Bulletin - 11/26/97 | | |
| Ex. 280 | Merrill Lynch Comment - 11/25/97 | | |
| Ex. 281 | Merrill Lynch Comment - 11/25/97 | | |
| Ex. 282 | Merrill Lynch In Depth Report -11/21/97 | | |
| Ex. 283 | Merrill Lynch Bulletin-10/30/97 | | |
| Ex. 284 | Merrill Lynch Comment - 10/30/97 | | |
| Ex. 285 | Merrill Lynch Executive Summary - 10/30/97 | | |
| Ex. 286 | Merrill Lynch Comment - 10/30/97 | | |
| Ex. 287 | Merrill Lynch Company Report - 10/23/97 | | |

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 288 | Merrill Lynch Comment - 3/13/97 | ✓ | F 1/1 | limited purpose |
| Ex. 289 | Merrill Lynch Investments Highlights - 2/19/97 | | | |
| Ex. 290 | Merrill Lynch Buy Recommendation - 12/3/96 | ✓ | F 1/1 | limited purpose |
| **_Volume 5_** (ex. 291-352) | | | | |
| Ex. 291 | Merrill Lynch Buy Recommendation - 9/10/96 | | | |
| Ex. 292 | Merrill Lynch Company Report - 9/10/96 | | | |
| Ex. 293 | Merrill Lynch Buy Recommendation - 7/26/96 | | | |
| Ex. 294 | Merrill Lynch Buy Recommendation - 6/6/96 | | | |
| Ex. 295 | Merrill Lynch Buy Recommendation - 5/23/96 | | | |
| Ex. 296 | Merrill Lynch New Buy Recommendation - 4/23/96 | | | |
| Ex. 297 | Merrill Lynch CUC International - 4/11/96 | | | |
| Ex. 298 | Merrill Lynch Continue Report-3/21/96 | | | |
| Ex. 299 | Merrill Lynch Fourth Quarter Earnings Release-3/19/96 | | | |
| Ex. 300 | Merrill Lynch - CUC International-2/22/96 | | | |
| Ex. 301 | Merrill Lynch Retailing -1/12/96 | | | |
| Ex. 302 | Merrill Lynch Retailing - 11/29/95 | | | |
| Ex. 303 | Merrill Lynch CUC International - 10/19/95 | | | |
| Ex. 304 | Merrill Lynch Daily Research Analysis - 8/31/95 | | | |
| Ex. 305 | Merrill Lynch Daily Research Analysis - 6/29/95 | | | |
| Ex. 306 | Merrill Lynch Daily Research Analysis - 6/8/95 | | | |
| Ex. 307 | Merrill Lynch On Target Results - 6/1/1995 | | | |
| Ex. 308 | Merrill Lynch Daily Research Analysis - 5/31/95 | | | |
| Ex. 309 | Merrill Lynch CUC International-3/23/95 | | | |
| Ex. 310 | Merrill Lynch CFO to Resign - 12/14/94 | | | |

| Exhibit # | Description | Id* | Evid. |
|---|---|---|---|
| Ex. 311 | Merrill Lynch Company Report - 12/1/94 | | |
| Ex. 312 | Merrill Lynch Strong Third Quarter - 11/30/94 | | |
| Ex. 313 | Merrill Lynch Company Report - 9/13/94 | | |
| Ex. 314 | Merrill Lynch Company Report - 6/14/94 | | |
| Ex. 315 | Merrill Lynch Upbeat Investor Meeting - 6/8/94 | | |
| Ex. 316 | Merrill Lynch Results Exceed Expectations- 5/25/94 | | |
| Ex. 317 | Merrill Lynch Company Report - 5/19/94 | | |
| Ex. 318 | Merrill Lynch Company Report - 4/7/94 | | |
| Ex. 319 | Merrill Lynch Company Report - 12/7/93 | | |
| Ex. 320 | Merrill Lynch Company Report - 6/3/93 | | |
| Ex. 321 | Merrill Lynch Company Report - 3/30/93 | | |
| Ex. 322 | Solomon Smith Barney Company Report - 12/10/97 | | |
| Ex. 323 | Solomon Smith Barney Emerging Growth Stock - 9/10/97 | | |
| Ex. 324 | Solomon Smith Barney Emerging Growth Stocks- 8/20/97 | | |
| Ex. 325 | Solomon Smith Barney Emerging Growth Stocks - 4/23/97 | | |
| Ex. 326 | Solomon Smith Barney Emerging Growth Stocks- 3/17/97 | | |
| Ex. 327 | Solomon Smith Barney Company Report - 3/11/97 | | |
| Ex. 328 | Solomon Smith Barney Company Report - 3/5/97 | | |
| Ex. 329 | CUC Analysts' Opinion - 2/28/97 | | |
| Ex. 330 | Solomon Smith Barney Emerging Growth Stocks - 2/24/97 | | |
| Ex. 331 | Solomon Smith Barney Emerging Growth Stocks - 1/28/97 | | |
| Ex. 332 | CUC Analyst Opinion - 12/17/96 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 333 | CUC Analyst Opinion - 11/5/96 | | |
| Ex. 334 | Solomon Smith Barney Emerging Growth Stocks - 9/11/96 | | |
| Ex. 335 | Solomon Smith Barney Emerging Growth Stocks - 8/14/96 | | |
| Ex. 336 | Solomon Smith Barney Emerging Growth Stocks - 12/7/95 | | |
| Ex. 337 | Solomon Smith Barney Emerging Growth Stocks - 9/8/95 | | |
| Ex. 338 | Solomon Smith Barney Emerging Growth Stocks - 7/27/95 | | |
| Ex. 339 | Solomon Smith Barney Emerging Growth Stocks - 6/30/95 | | |
| Ex. 340 | Solomon Smith Barney Emerging Growth Stocks - 6/6/95 | | |
| Ex. 341 | Solomon Smith Barney Emerging Growth Stocks - 4/4/95 | | |
| Ex. 342 | Solomon Smith Barney Emerging Growth Stocks - 4/3/95 | | |
| Ex. 343 | Solomon Smith Barney Emerging Growth Stocks - 3/10/95 | | |
| Ex. 344 | Investext - CUC International Emerging Growth Stocks - 12/7/94 | | |
| Ex. 345 | Investext - CUC International Emerging Growth Stocks - 9/16/94 | | |
| Ex. 346 | Investext - CUC Company Report - 9/8/94 | | |
| Ex. 347 | Investext - CUC Emerging Growth Stocks - 12/8/93 | | |
| Ex. 348 | Investext - CUC International Company Report - 10/20/93 | | |
| Ex. 349 | Investext - Emerging Growth - 6/29/92 | | |
| Ex. 350 | Investext - Emerging Growth - 6/8/92 | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| **Ex. 351** | Investext - Emerging Growth - 4/9/92 | | |
| **Ex. 352** | Investext - CUC International Company Report 4/1/92 | | |
| **_Volume 6_** **(ex. 353-408)** | | | |
| **Ex. 353** | Spark Services Financial Overview, Domestic Controller's Meeting 12/11/97 | | |
| **Ex. 353a** | Spark Services Income Statement and Balance Sheet for Y/E 12/31/97 | | |
| **Ex. 353b** | Spark Services Income Statement and Balance Sheet for Y/E 12/31/97 | | |
| **Ex. 354** | Spark Services Transaction Detail by Account 12/97 | | |
| **Ex. 354a** | CUC Media - Transactions by Account 12/31/97 | | |
| **Ex. 354b** | CUC Media - Transactions by Account 12/31/97 | | |
| **Ex. 354c** | CUC Media - Transactions by Account 4/20/98 | | |
| **Ex. 355a** | Tango Communications Opening balance Sheet 3/14/97 | | |
| **Ex. 355b** | Tango Communications Opening Balance Sheet 3/14/97 | | |
| **Ex. 356** | Match.Com transactions by Account 4/30/98 | | |
| **Ex. 357** | Match. Com Opening Balance Sheet 9/26/97 | | |
| **Ex. 358** | Memorandum from Mary Sattler to Kevin Kearney re: Journal Entries - for Y/E 12/31/97 | | |
| **Ex. 359** | CUC Reserves Consolidation 10/31/96 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 360** | Email from J. Smith to K. Kearney re: reserves 7/17/95 | | |
| **Ex. 361** | Handwritten CUC Figures of Quarter Ending 10/31/95 | | |
| **Ex. 362** | Welcome Wagon Journal Entry Forms 122 and 129 | | |
| **Ex. 363** | Journal Entry Form re: Financial Adjustment 1/31/97 | ✓ | F  8/4 |
| **Ex. 364** | Journal Entry Form 126 | ✓ | F  8/4 |
| **Ex. 365** | Handwritten note re: Journal entry to be made | | |
| **Ex. 366** | Arthur Anderson facsimile from Carl Wright to Kevin Kearney 6/12/98 | | |
| **Ex. 367** | Memorandum from Kevin Kearney to Greg Guntey re: Plextel Stock Issuance & Accrual Basis Entries 2/14/97 | | |
| **Ex. 368** | Email from Corp: Pember to: Speaks & Pember re: Grids 3/11/97 | | |
| **Ex. 369** | Handwritten entry for quarter ended 7/31/95 | | |
| **Ex. 370** | Handwritten entries for quarter ended 4/30/95 | | |
| **Ex. 371** | Handwritten entries for quarter ended 10/31/96 | | |
| **Ex. 372** | Memorandum from Scott Forbes to Mike Monaco re: HFS/CUC Pre-Merger Activities 8/20/97 | | |
| **Ex. 373** | 12/11 Controllers' Meeting Agenda and attachments | ✓ | F  5/20 |
| **Ex. 374** | Facsimile from Scott Forbes to Anne Pember re: CUC quarterly result worksheet for 12/31/97 | | |
| **Ex. 375** | Facsimile from Anne Pember to Cosmo Corigliano and Kirk Shelton 1/21/98 | | |

24

| Exhibit # | Description | Ids | Evid |
|---|---|---|---|
| **Ex. 376** | Schedule faxed 2/2/98 Cendant Corp. CUC Corp. Segment Data with handwriting | ✓ | F | 6/23 |
| **Ex. 376a** | Facsimile containing segment data with handwritten notes 2/2/98 | | | |
| **Ex. 376b** | Schedule faxed 2/2/98 Cendant Corp. CUC Corp. Segment Data | ✓ | F | 6/23 |
| **Ex. 377** | Interoffice Memorandum from Mike Monaco to Henry Silverman re: Organizational Issues 2/23/98 | ✓ | dears ID only | 5/20 10/14 |
| **Ex. 378** | Cendant Organization Proposal | | | |
| **Ex. 379** | Facsimile from Scott Forbes to Henry Silverman/Mike Monaco re: Yesterday's discussion 3/7/98 | | | |
| **Ex. 380** | Facsimile from Scott Forbes to Henry Silverman/Mike Monaco re: reserve reversals 3/7/98 | ✓ | | |
| **Ex. 381** | Ideon usage schedule | | | |
| **Ex. 382** | Summary operating/non operating schedule 3/8/98 | ✓ | F | 7/14 |
| **Ex. 382a** | Summary operating/non operating schedule 3/10/98 | admitted as deft 1289 - 5/24 | | |
| **Ex. 383** | Memorandum from Scott Forbes to file re: Justification 3/23/98 | | | |
| **Ex. 384** | Schedule CMS Supplemental Financial Data Y/E 12/31/97 | | | |
| **Ex. 385** | Handwritten notes 4/13/98 | | | |
| **Ex. 386** | Memorandum from Scott Forbes to file re: CUC Issues - Anne Pember 2/27/98 | | | |

25