| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| **Ex. 840** | CUC News Release  3/21/95 | | |
| **Ex. 841** | CUC News Release  3/8/95 | | |
| **Ex. 842** | CUC News Release  2/14/95 | | |
| **Ex. 843** | CUC News Release  6/28/95 | | |
| **Ex. 844** | CUC News Release  8/9/95 | | |
| **Ex. 845** | CUC News Release  8/24/95 | | |
| **Ex. 846** | CUC News Release  8/29/95 | | |
| **Ex. 847** | CUC News Release  10/18/95 | | |
| **Ex. 848** | CUC News Release  9/18/95 | | |
| **Ex. 849** | CUC News Release  6/18/97 | | |
| **Ex. 850** | CUC News Release  1/11/96 | | |
| **Ex. 851** | CUC News Release  5/22/96 | | |
| **Ex. 852** | CUC News Release  9/26/96 | | |
| **Ex. 853** | CUC News Release  11/5/96 | | |
| **Ex. 854** | CUC News Release  3/19/96 | | |
| **Ex. 855** | CUC News Release  2/2/95 | | |
| **Ex. 856** | Memorandum re: Management Charge : 12/31/94 | | |
| **Ex. 856a** | Cendant News Release 12/13/94 | ✓ | F  6/29 |
| **Ex. 857** | Early 1998 Road Show Agenda and Power Point Presentation | | |
| **Volume 14** (ex. 900-1265) | | | |

51

| Exhibit # | Description | Id | Evid |  |
|---|---|---|---|---|
| Ex. 900 | HSB Employee's Retirement Trust Securities Voucher 2/3/98 - $168,112.50 | ✓ | F | 8/17 |
| Ex. 901 | HSB Lehman Bros. Client Statement - February 1, 1998 - February 28, 1998 | ✓ | F | 8/17 |
| Ex. 902 | HSB Lehman Bros. Confirm 2/3/98 - $168,112.50 | | | |
| Ex. 903 | Memorandum from Randy Paulson to Tarnopal, Rosenwald, Tishman re: Project Big Bang 1/27/97 | | | |
| Ex. 904 | Memorandum from Silverman to HFS Board of Directors re: CUC 1/28/97 | ID ONLY 5/1 | F 5/26 | |
| Ex. 905 | Letter from Silverman to W. Forbes re: following up Tishman relay 1/30/97 | | | |
| Ex. 906 | Letter to Silverman re: stock price performance graphs 4/30/97 | | | |
| Ex. 907 | Letter from Forbes to Silverman re: revised outline with enclosures 5/6/97 | | | |
| Ex. 908 | Letter from Randy Paulson to Silverman re: Carbon management 5/21/97 | | | |
| Ex. 909 | Facsimile from Silverman to Walter/Kirk re: "street" estimates 5/21/97 | ✓ | F | 4/14 |
| Ex. 910 | Memorandum from Shelton to Silverman with handwriting re: Insignia Financial 6/25/97 | | | |
| Ex. 911 | Memorandum from Shelton to Silverman re: Halmos Litigation 7/10/97 | | | |

| Exhibit # | Description | Id | Evid. |
|---|---|---|---|
| Ex. 912 | Memorandum from Shelton to Silverman/W. Forbes re: Cost Savings from Centralized purchasing 7/16/97 | | |
| Ex. 913 | Memorandum from Shelton to Silverman re: Consolidated Purchasing 7/17/97 | | |
| Ex. 914 | Memorandum from Shelton to Silverman re: CUC Senior Management Meeting 8/14/97 | | |
| Ex. 915 | Memorandum from Shelton to Silverman re: II Sale 8/21/97 | ✓ | F    8/31 |
| Ex. 916 | Memorandum from Forbes to Silverman re: Committee Members 8/27/97 | | |
| Ex. 917 | Memorandum from Shelton to Silverman re: Field Visits 8/28/97 | | |
| Ex. 918 | Memorandum from Scott Forbes to Monaco and Corigliano re: Corporate names change and restructuring costs 9/16/97 | | |
| Ex. 919 | Email from Menchaca to Burke, Haslinger re: visit with Kirk and Silverman 9/18/97 | | |
| Ex. 920 | Memorandum from Shelton to Silverman re: Options philosophy 9/23/97 | | |
| Ex. 921 | Fax from Scott Forbes to Silverman re: preferred alliances, etc. 9/29/97 | | |
| Ex. 922 | Memorandum from Katz to Distribution re: Activity Summary 10/9/97 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 923 | Letter from Scott Forbes to Walter Forbes<br>re: restructuring charge analysis<br>10/10/97 | | |
| Ex. 924 | Memorandum from Shelton to Silverman<br>re: Cendant Organization Charts<br>10/21/97 | | |
| Ex. 925 | Memorandum from Shelton from Silverman<br>re: Telecom<br>11/14/97 | | |
| Ex. 926 | Memorandum from Forbes, Silverman to All<br>Cendant Associates<br>re: Cendant Organization<br>12/2/97 | | |
| Ex. 927 | Memorandum from Shelton to Silverman<br>re: BCI Reinsurance<br>12/4/97 | | |
| Ex. 928 | Letter from W. Forbes to Silverman<br>re: vacancy of Ken Williams<br>12/10/97 | | |
| Ex. 929 | Memorandum from Shelton to Silverman<br>re: updates<br>12/10/97 | admitted as G86 on 9/14 | |
| Ex. 930 | Email from Fullmer to W. Forbes<br>re: It is starting<br>12/15/97 | | |
| Ex. 931 | Memorandum from Silverman to Monaco<br>re: Executive terminations<br>12/29/97 | | |
| Ex. 932 | Email from Lipton to W. Forbes<br>re: Agenda for January Meeting<br>1/5/98 | | |
| Ex. 933 | Memorandum from Shelton to W. Forbes, Silverman<br>re: Managing the Behemoth<br>1/8/98 | ✓ | F  9/14 limited purpose |

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 934 | Memorandum from W. Forbes to Silverman re: Items for Board Agenda 1/9/97 | | | |
| Ex. 935 | Memorandum from Shelton to Silverman re: Follow up to financial questions 1/13/98 | | | |
| Ex. 936 | Memorandum from Shelton to Silverman with Silverman's handwritten response re: Cendant Senior Management 1999 Bonus Plan 1/20/98 | ✓ | F | 9/21 |
| Ex. 937 | Memorandum from Shelton to Katz, Silverman re: WEX 1/28/98 | | | |
| Ex. 938 | Memorandum from Corigliano to Distribution re: NLP with Silverman's handwritten response and handwritten acquisition template sent to Senior Management 2/9/98 | | | |
| Ex. 939 | Memorandum from Shelton to Monaco, Silverman re: Essex performance shortfall 2/23/98 | ✓ | F | 8/31 |
| Ex. 940 | Facsimile from Scott Forbes to Silverman/Monaco re: reserve reversals 3/7/98 | | | |
| Ex. 941 | Memorandum from Shelton to Monaco/Silverman re: Essex Cost Reduction 3/12/98 | | | |
| Ex. 942 | Transcript re: 4/9/98 conference call | | | |
| Ex. 943 | Memorandum from W. Forbes to Silverman re: Open Issues with handwriting 4/10/98 | | | |
| Ex. 944 | Facsimile from Silverman to Walter re: severance arrangements 4/11/98 | | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 945 | Transcript<br>re: 4/15/98 conference call | | |
| Ex. 946 | Facsimile<br>re: Letter from Shelton to W. Forbes and Silverman<br>4/20/98 | | |
| Ex. 947 | Letter from James Buckman to Shelton<br>re: response to April 20th letter<br>4/23/98 | | |
| Ex. 948 | News Release<br>re: Cendant sends letter to shareholders<br>4/27/98 | | |
| Ex. 949 | Memorandum from W. Forbes to Silverman<br>re: Laura's departure with handwriting<br>5/6/98 | | |
| Ex. 950 | Memorandum from W. Forbes to Silverman<br>re: breakdown in communication<br>5/14/98 | | |
| Ex. 951 | Letter from W. Forbes to Silverman<br>re: Alliance Marketing road show<br>5/29/98 | | |
| Ex. 952 | Letter from Silverman to W. Forbes<br>re: personal interest<br>5/29/98 | | |
| Ex. 953 | Memorandum from Silverman to W. Forbes<br>re: Software<br>6/16/98 | | |
| Ex. 954 | Letter from Christopoul to W. Forbes<br>re: misunderstandings concerning June 11th letter<br>6/16/98 | | |
| Ex. 955 | Memorandum from Wendleken (AA) to David Stulb<br>re: Cendant Press Conference<br>7/14/98 | | |
| Ex. 956 | Transcript<br>re: 7/14/98 conference call | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 957 | Memorandum from Silverman to Cendant Board of Directors<br>re: Board's response to accounting irregularities 7/23/98 | | |
| Ex. 958 | Fax to W. Forbes (Hawaii) from HRS 3/16/98 | | |
| | **Intentionally left blank** | | |
| Ex. 1000 | HSB Employee's Retirement Trust Securities Voucher 2/11/98- $181,550. | ✓ | F   8/17 |
| Ex. 1001 | HSB Lehman Bros. Client Statement - February 1, 1998 - February 28, 1998 | | |
| Ex. 1002 | HSB Lehman Bros. Confirm 2/11/98 - $181,550 | | |
| | **Intentionally left blank** | | |
| Ex. 1005a | Board Meeting Notes 1/15/95 | | |
| Ex. 1006a | Board Meeting Notes 4/11/95 | | |
| Ex. 1007a | Board Meeting Notes 5/11/95 | | |
| Ex. 1008a | Board Meeting Notes 9/6-7/95 | | |
| Ex. 1009a | Board Meeting Notes by telephone 10/12/95 | | |
| Ex. 1010a | Board Meeting Notes 11/1/95 | | |
| Ex. 1011a | Board Meeting Notes 12/13/95 | | |
| Ex. 1012a | Board Meeting Notes 1/14-1/15/96 | | |
| Ex. 1013a | Board Meeting Notes 2/16/96 | | |
| Ex. 1014a | Board Meeting Notes 2/19/96 | | |
| Ex. 1015a | Board Meeting Notes 3/27/96 | | |
| Ex. 1016a | Board Meeting Notes 4/10/96 | | |
| Ex. 1016a1 | Compensation Committee Notes 4/10/96 | | |
| Ex. 1017a | Board Meeting Notes 9/10/96 | | |
| Ex. 1017b | Board Meeting Minutes 9/10/96 | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex.1018a | Board Meeting Notes 12/4/96 | | |
| Ex. 1018b | Board Meeting Minutes 12/4/96 | | |
| Ex.1019a | Board Meeting Notes 1/19/97 | | |
| Ex. 1019b | Board Meeting Minutes 1/19/97 | | |
| Ex. 1020b | Board Meeting Minutes (final)1/31/97 | | |
| Ex. 1021a | Board Meeting Notes 5/15/97 | | |
| Ex. 1021a1 | Board Meeting Notes 5/15/97 | | |
| Ex. 1021a2 | Board Meeting Notes 5/15/97 | | |
| Ex. 1021a3 | Board Meeting Minutes 5/15/97 | | |
| Ex. 1021b | Board Meeting Minutes 5/15/97 | | |
| Ex. 1022a | Board Meeting Notes 5/20/97 | | |
| Ex. 1022a1 | Board Meeting Notes 5/20/97 | | |
| Ex. 1023a | Compensation Committee Meeting Notes 5/27/97 | | |
| Ex. 1023a1 | Handwritten Board Meeting Notes 5/27/97 | | |
| Ex. 1024a | Board Meeting Notes 6/10/97 | | |
| Ex. 1024b | Board Meeting Minutes 6/10-11/97 | | |
| Ex. 1024c | Memorandum to Distribution from Corigliano re: Minutes from 6/10/97 Audit Committee Meeting | | |
| Ex. 1025a | Board Meeting Notes 8/6/97 | | |
| Ex.1025a1 | Handwritten Board Meeting Minutes 8/6/97 | | |
| Ex. 1025b | Board Meeting Minutes 8/6/97 | | |
| Ex. 1025c | Board Meeting Minutes (draft) 8/6/97 | | |
| Ex. 1026a | Board Meeting  Notes 9/9/97 | | |
| Ex. 1026b | Compensation Committee Resolution  9/9/97 | | |
| Ex. 1026c | Board Meeting Minutes (draft) 9/9/97 | | |
| Ex. 1027a | Board Meeting  Notes 12/1/97 | | |

| Exhibit # | Description | Id | Evid |
|-----------|-------------|----|----|
| Ex. 1027b | Board Meeting Minutes 12/1/97 | | |
| Ex. 1027b1 | Board Meeting Minutes - Rough Draft 12/1/97 | | |
| Ex. 1027c | Board Meeting Notes (draft) 12/1/95 | | |
| Ex. 1027c1 | Board Meeting Minutes - rough draft12/1/95 | | |
| Ex. 1027c2 | Board Meeting Minutes (draft) 12/1/97 | | |
| Ex. 1028a | Board Meeting Notes 12/15/97 | | |
| Ex. 1028a1 | Compensation Committee Meeting Notes 12/15/97 | | |
| Ex. 1029a | Executive Committee Meeting Notes 1/25/98 | | |
| Ex. 1030a | Board Meeting Notes 4/9/97 | | |
| Ex. 1030c | Compensation Committee Minutes (draft) 4/9/97 | | |
| Ex. 1030c1 | Compensation Committee Minutes (draft) 4/9/97 | | |
| Ex. 1030c2 | Greyser Board Minute (drafts) | | |
| Ex. 1030c3 | Board Meeting Minutes (draft) 4/29/97 | | |
| Ex. 1030c4 | Greyser Board Minutes (draft) | | |
| Ex. 1030c5 | Board Meeting Notes (draft) 4/28/97 | | |
| Ex. 1036a | Board Meeting Notes 3/7/97 | | |
| Ex. 1036b | Board Meeting Minutes - Draft 3/7/97 | | |
| Ex. 1036c | Fax from Tucker to Lipton forwarding Minutes 3/31/97 | | |
| Ex. 1036c1 | Fax from Tucker to Lipton forwarding Minutes 3/31/97 | | |
| Ex. 1036c2 | Fax from Tucker to Lipton with attached letter from Janice Davidson 3/26/97 | | |
| Ex. 1036c3 | Fax from Tucker to Lipton with attached letter from Janice Davidson | | |
| Ex. 1036c4 | Greyser response to memo to Board of Directors from Tucker re: Minutes 4/28/97 | | |

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 1036c5 | Fax from Tucker to Lipton with attached letter 3/26/97 | | | |
| Ex. 1036c6 | E&Y copy of Board Meeting Minutes faxed from Tucker to Capparelli | | | |
| Ex. 1036c7 | Board Meeting Minutes (draft) 3/7/97 | | | |
| Ex. 1036c8 | Board Meeting Minutes (draft) 3/7/97 | | | |
| Ex. 1036c9 | Letter from Tucker to Jan Davidson re: Minutes 3/7/97 | | | |
| Ex. 1036c10 | Letter from Davidson to Tucker re: 3/7/97 Board Meeting | | | |
| Ex. 1036c11 | Board Meeting Minutes of 3/7/97 (draft) | | | |
| Ex. 1036c12 | Fax from Lipton to Tucker re: Suggested Changes 4/1/97 | | | |
| | **Intentionally left blank** | | | |
| Ex. 1100 | HSB Employee's Retirement Trust Securities Voucher 2/13/98 - $181,029 | ✓ | F | 8\|17 |
| Ex. 1101 | HSB Lehman Bros Client Statement P/O - February 1- 28, 1998 | | | |
| Ex. 1102 | HSB Confirm 2/13/98 - $181,029 | | | |
| | **Intentionally left blank** | | | |
| Ex. 1200 | HSB Employee's Retirement Trust Securities Voucher 2/23/98 - $183, 112.50 | ✓ | F | 8\|17 |
| Ex. 1201 | HSB Transaction P/O and Confirmation - 2/1- 2/28/98 | ✓ | F | 8\|17 |
| | **Intentionally left blank** | | | |
| Ex. 1250A | HSB Transaction Report 6/11/98 through 9/17/98 | | | |
| Ex. 1250B | HSB Confirm 9/22/98 | | | |
| Ex. 1251 | Merrill Lynch Confirm Inquiry - 1/21/99 | | | |
| Ex. 1252 | Merrill Lynch Confirm Inquiry - 1/25/99 | | | |

| Exhibit # | Description | ...ld | Evid. | |
|---|---|---|---|---|
| | **Intentionally left blank** | | | |
| **Ex. 1260** | HSB Retirement Trust File (407939-407952) | | | |
| **Ex. 1261** | Selected Portions of 1997 Calendar | | | |
| **Ex. 1262** | Selected Portions of 1998 Calendar | | | |
| **Ex. 1263** | Draft of Professor Sack's Opinion, Concepts and Ideas 2/23/04 | | | |
| **Ex. 1264** | Professor Robert J. Sack's Expert Witness Summary 10/15/2003 | | | |
| **Ex. 1265** | Written Summary of Proposed Testimony of Robert Sack - 2/23/04 - Strikeouts Removed | | | |
| <u>Volume 15</u> **(ex. 1300 - 1332)** | **Intentionally left blank** | | | |
| **Ex. 1300** | S-4 Certified SEC Documents 8/28/97 | ✓ | F | 7/1 |
| **Ex. 1301** | S-4 Certified SEC Documents 6/21/96 | ✓ | F | 7/1 |
| **Ex. 1302** | S-4 Certified SEC Documents 6/28/96 | ✓ | F | 7/1 |
| **Ex. 1303** | S-4 Certified SEC Documents 6/21/96 | ✓ | F | 7/1 |
| **Ex. 1304** | 10-Q ~~Certified~~ SEC Documents 4/30/95 | ✓ | F | 6/10 |
| **Ex. 1305** | 10-Q ~~Certified~~ SEC Documents 7/31/95 | ✓ | F | 6/10 |
| **Ex. 1306** | 10-Q ~~Certified~~ SEC Documents 10/31/95 | ✓ | F | 6/10 |
| **Ex. 1307** | 10-K Certified SEC Documents 1/31/96 | ✓ | F | 7/1 |
| **Ex. 1308** | 10-Q ~~Certified~~ SEC Documents 4/30/96 | ✓ | F | 6/10 |
| **Ex. 1309** | 10-Q ~~Certified~~ SEC Documents 7/31/96 | ✓ | F | 6/10 |
| **Ex. 1310** | 10-Q ~~Certified~~ SEC Documents 10/31/96 | ✓ | F | 6/10 |
| **Ex. 1311** | 10-K Certified SEC Documents 1/31/97 | ✓ | F | 7/1 |
| **Ex. 1312** | 10-Q ~~Certified~~ SEC Documents 4/30/97 | ✓ | F | 6/10 |
| **Ex. 1313** | 10-Q ~~Certified~~ SEC Documents 7/31/97 | ✓ | F | 6/10 |

| Exhibit # | Description | Id | Evid | |
|---|---|---|---|---|
| Ex. 1314 | 10-Q ~~Certified~~ SEC Documents 10/31/97 | ✓ | F | 6/10 |
| Ex. 1315 | 10-K Certified SEC Documents 12/31/97 | ✓ | F | 7/1 |
| Ex. 1316 | Amended 10-K Certified SEC Documents 12/31/97 | ✓ | F | 7/1 |
| Ex. 1317 | Form 4 Certified SEC Document 8/9/96 | ✓ | F | 7/1 |
| Ex. 1318 | Form 4 Certified SEC Document 8/11/98 | ✓ | ID | 7/1 |
| Ex. 1319 | Form 4 Certified SEC Document 10/10/96 | ✓ | F | 7/1 |
| Ex. 1320 | Form 4 Certified SEC Document 11/12/96 | ✓ | F | 7/1 |
| Ex. 1321 | Form 4 Certified SEC Document 12/9/96 | ✓ | F | 7/1 |
| Ex. 1322 | Form 4 Certified SEC Document 1/3/97 | ✓ | F | 7/1 |
| Ex. 1323 | Form 4 Certified SEC Document 2/6/97 | ✓ | F | 7/1 |
| Ex. 1324 | Form 4 Certified SEC Document 2/10/97 | ✓ | F | 7/1 |
| Ex. 1325 | Form 4 Certified SEC Document 2/10/97 | ✓ | F | 7/1 |
| Ex. 1326 | Form 4 Certified SEC Document 3/10/97 | ✓ | F | 7/1 |
| Ex. 1327 | Form 4 Certified SEC Document 5/9/97 | ✓ | F | 7/1 |
| Ex. 1328 | 10K Certified SEC Document 12/31/97 | ✓ | ID | 7/1 |
| Ex. 1329 | Form 4 Certified SEC Document 1/9/98 | ✓ | ~~F ID~~ | 9/30 |
| Ex. 1330 | Form 4 Certified SEC Document 1/12/98 | ✓ | F | 7/1 |
| Ex. 1331 | Form 4 Certified SEC Document 4/10/98 | ✓ | F | 7/1 |
| Ex. 1332 | 8 K Certified SEC Document 8/28/98 | ✓ | ID | 7/1 |
| **Volume 16** (ex. 1400-1429) | **Intentionally left blank** | | | |
| Ex. 1400 | Bear Stearns Recommendation Follow Up 7/14/94 | ✓ | F-limited purpose 5/11 | |
| Ex. 1401 | Bear Stearns Recommendation Follow Up 11/9/94 | ✓ | F-limited purpose 5/11 | |
| Ex. 1402 | Bear Stearns Recommendation Follow Up 3/29/95 | ✓ | F limited purpose 5/11 | |
| Ex. 1403 | Bear Stearns Equity Research 5/31/95 | | | |
| Ex. 1404 | Bear Stearns Analyst Report 6/12/95 | | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 1405 | Bear Stearns Analyst Report  7/31/95 | | |
| Ex. 1406 | Bear Stearns-Recommendation- Follow Up 9/19/95 | ✓ | F |
| Ex. 1407 | Bear Stearns-Recommendation-Follow Up 2/1/96 | ✓ | F- limited purpose 5/11 |
| Ex. 1408 | Bear Stearns Equity Research 4/9/96 | | |
| Ex. 1409 | Bear Stearns Recommendation-Follow Up 5/24/96 | ✓ | F- limited purpose 5/11 |
| Ex. 1410 | Bear Stearns Recommendation-Follow Up 8/20/96 | | |
| Ex. 1411 | Bear Stearns Analyst Report 12/9/96 | | |
| Ex. 1412 | Bear Stearns Recommendation-Follow Up 2/7/97 | ✓ | F- limited purpose 5/11 |
| Ex. 1413 | Bear Stearns Equity Research 4/21/97 | | |
| Ex. 1414 | Bear Stearns Recommendation Follow Up 5/2/97 | | |
| Ex. 1415 | Bear Stearns Equity Research 5/28/97 | | |
| Ex. 1416 | Bear Stearns Equity Research 11/13/97 | | |
| Ex. 1417 | Facsimile of Bear Stearns Retail Speak 11/17/97 | | |
| Ex. 1418 | Bear Stearns Equity Research 12/3/97 | | |
| Ex. 1419 | Bear Stearns Retail Speak 12/9/97 | | |
| Ex. 1420 | Bear Stearns Equity Research 12/11/97 | | |
| Ex. 1421 | Bear Stearns Equity Research 1998 | | |
| Ex. 1422 | Bear Stearns Equity Research 1/28/98 | | |
| Ex. 1423 | Bear Stearns Equity Research 1/30/98 | | |
| Ex. 1424 | Bear Stearns Equity Research 2/5/98 | | |
| Ex. 1425 | Bear Stearns Equity Research 2/12/98 | | |
| Ex. 1426 | Bear Stearns Equity Research 2/17/98 | | |
| Ex. 1427 | Bear Stearns Equity Research 3/9/98 | | |
| Ex. 1428 | Bear Stearns Equity Research 3/10/98 | | |
| Ex. 1429 | Bear Stearns Equity Research 4/13/98 | | |

*(handwritten notes in right margin: "limited purpose 6/30" next to Ex. 1406)*

63

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| **Volume 17** (ex. 1500-Sab97g) | **Intentionally left blank** | | | |
| **Ex. 1500** | Letter to Rittereisser from W. Forbes w/attached chart re: Compensation 12/11/97 | ✓ | F | 9/29 |
| **Ex. 1501** | Letter to W. Forbes from Rittereisser re: Salary adjustments and cash bonus 11/22/96 | ✓ | F | 9/29 |
| **Ex. 1502** | Letter to W. Forbes from Rittereisser re: Compensation 2/16/96 | ✓ | F | 9/29 |
| **Ex. 1503** | CUC Release 3/27/89 | | | |
| **Ex. 1504** | CUC Release 3/28/90 | | | |
| **Ex. 1505** | CUC Release 3/30/88 | | | |
| **Ex. 1506** | CUC Release 11/29/95 | | | |
| **Ex. 1507** | CUC Release 4/1/91 | | | |
| **Ex. 1508** | Conservative Accounting Chart | | | |
| **Ex. 1509** | 1998 Rosenwald Calendar | | | |
| **Ex. 1510** | Letter from Scott Forbes to Walter Forbes re: restructuring charge analysis 10/10/97 | | | |
| **Ex. 1511** | Email from Kim Sanborn to Scott Forbes re: Corporate relations P&L | | | |
| **Ex. 1512** | E-Pub budget YE 12/31/98 | | | |
| **Ex. 1513** | Memorandum from Shelton to Stamford and Trumbull Employees re: Ann Pember 3/31/98 | ✓ | F | 9/22 |
| **Ex. 1514** | Letter from Monaco to Walter Forbes re: various monthly and quarterly reports 9/19/97 | | | |

| Exhibit # | Description | Id | Evid. | |
|---|---|---|---|---|
| Ex. 1515 | Letter from Silverman to HFS Incorporated BOD re:CUC 1/28/97 | | | |
| Ex. 1516 | Journal Entry Form 1247 | | | |
| Ex. 1517 | Journal Entry Form 1309 | | | |
| Ex. 1518 | Journal Entry Form 1276   same as 3053 | | | |
| Ex. 1519 | Journal Entry Form 1362 | | | |
| Ex. 1520 | Journal Entry Form 1332 | | | |
| Ex. 1521 | Journal Entry Form 1274 | | | |
| Ex. 1522 | CUC Membership Reserve 12/31/97 | | | |
| Ex.1523 | Email from Kevin Kearney to Anne Pember re: 3rd Quarter Merger Costs Reserve 1/29/97 | | | |
| Ex. 1524 | Minutes of Audit Committee Meeting 1/20/98 | | | |
| Ex. 1525 | Cendant News Release 7/14/98 | | | |
| Ex. 1526 | Cendant News Release 4/15/98 | | | |
| Ex. 1527 | CUC Tee Shirt | ✓ | F | 7/13 |
| Ex. 1528 | Monopoly Game | | | |
| Ex. 1529 | CUC Due Diligence Presentation - selected portion | ✓ | F | 5/19 |
| Ex. 1530 | Consolidated Budget 1998 Adjustments | ✓ | F | 7/14 |
| Ex. 1531 | Consolidated Budget 1998 Adjustments | ✓ | F | 7/14 |
| Ex. 1532 | Handwritten Notes - Negatives and Positives | | | |
| Ex. 1533 | Budget Calendar 1998 | | | |
| Ex. 1534 | Distribution List - Bull's Eye Report  4/29/97 | ✓ | F | 7/12 |

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 1535 | CUC Projection Model FYE 1/1998 and CompUCard Department Income Statement 11/13 | ✓ | F | 5/13 |
| Ex. 1536 | Money transfer documents (cdaa0066-69) | | | |
| Ex. 1537 | Salomon Smith Barney Portfolio Summary - Amy Lipton Account bate stamped 000023-39 | | | |
| Ex. 1538 | Reserve rollforward 12/31/97 | | | |
| Ex. 1539 | CUC Summary | ✓ | F | 7/12 |
| Ex. 1540 | FBI Report 1/13/99 | | | |
| Ex. 1541 | Summary of HFS Issues | | | |
| Ex. 1542 | Summary/Operating/non-operating schedules | ✓ | F | 7/19 |
| Ex. 1543 | Summary/Operating/non-operating schedules | | | |
| Ex. 1544 | Summary/Operating/non-operating schedules | ✓ | ID | 9/28 |
| Ex. 1545 | Cosmo Corigliano Proffer Letter 1/13/99 | | | |
| Ex. 1546 ✱ | Plea Agreement with Cosmo Corigliano 1/14/00 ✱ admitted as Δ 300 | ✓ | ID F | 7/14 7/19 |
| Ex. 1547 | Corigliano Wells Submission 5/11/00 | | | |
| Ex. 1548 | Corigliano's Smith Barney Account Summary 2/1-2/28/98 | | | |
| Ex. 1549 | Corigliano's Smith Barney Account Summary 3/1-3/31/98 | | | |
| Ex. 1550 | Amy Lipton's Smith Barney Account Summary 2/1-2/28/98 | | | |
| Ex. 1551 | Amy Lipton's Smith Barney Account Summary 3/1-3/31 | | | |
| Ex. 1552 | Pember Day Planner- 1998 | | | |
| | **Reserved for Blow Ups** | | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex.1650 | Picture | | |
| Ex. 1650 BU | Picture | | |
| Ex. 1651 | Sales, Revenue, Expense Chart | | |
| Ex. 1651 BU | Sales, Revenue, Expense Chart | | |
| Ex. 1652 BU | Picture- Part of Government Exhibit 634 | | |
| Ex. 1653 | "Reserved for Chart" | | |
| Ex. 1653 BU | "Reserved for Chart" | | |
| Ex. 1654 | "Reserved for Chart" | | |
| Ex. 1654 BU | "Reserved for Chart" | | |
| Ex. 1655 | "Reserved for Chart" | | |
| Ex. 1655 BU | "Reserved for Chart" | | |
| Ex. 1656 | "Reserved for Chart" | | |
| Ex. 1656 BU | "Reserved for Chart" | | |
| Ex. 1657 | "Reserved for Chart" | | |
| Ex. 1657 BU | "Reserved for Chart" | | |
| Ex. 1658 | "Reserved for Chart" | | |
| Ex. 1658 BU | "Reserved for Chart" | | |
| Ex. 1659 | "Reserved for Chart" | | |
| Ex. 1659 BU | "Reserved for Chart" | | |
| Ex. 1660 | "Reserved for Chart" | | |
| Ex. 1660 BU | "Reserved for Chart" | | |
| Ex. 1661 | "Reserved for Chart" | | |
| Ex. 1661 BU | "Reserved for Chart" | | |
| Ex. 1662 | "Reserved for Chart" | | |
| Ex. 1662 BU | "Reserved for Chart" | | |

| Exhibit # | Description | Id | Evid. | |
|-----------|-------------|-----|-------|---|
| **Volume 18** (ex. 1700-1747) | **Intentionally Left Blank** | | | |
| **Ex. 1700** | CUC Management Adjustments 2/27/96 | ✓ | F | 6/14 |
| **Ex. 1701** | Journal Entry Form P141 and P143 | ✓ | F | 6/14 |
| **Ex. 1702** | Welcome Wagon Purchase Reserve 1/31/96 | | | |
| **Ex. 1703** | Journal Entry 18b | | | |
| **Ex. 1704** | Journal Entry Form 110 | | | |
| **Ex. 1705** | Sierra Journal Entry Edit List 1997 | | | |
| **Ex. 1706** | Sierra Journal Entry Edit List1997 | | | |
| **Ex. 1707** | Entries 12/11/99 | | | |
| **Ex. 1708** | Entries | | | |
| **Ex. 1709** | Long Term Preferred Care Inc. Entries 1/31/98 | | | |
| **Ex. 1710** | Asset Writeoff - E-Pub  9/30/97 | | | |
| **Ex. 1711** | Journal Entry Form 119 | | | |
| **Ex. 1712** | Entertainment Publications Journal 1/19/98 | | | |
| **Ex. 1713** | Memo from Sandy Berry to Scott Forbes re: description of various balance sheet items and deferrals 4/20/98 | | | |
| **Ex. 1714** | Interoffice memorandum from Scott Forbes to file re: EPUB asset write offs 5/21/98 | | | |
| **Ex. 1715** | Berkeley Systems Journal Entries Edit Listing FY 1998 | | | |
| **Ex. 1716** | Email from Drake to Brian Foster re: j/e tax asset 1/15/98 | | | |
| **Ex. 1717** | CUC/HFS Merger Proxy 8/28/97 | ✓ | F | 8/23 |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 1718 | Wire transfer authorization<br>1/6/97 | | |
| Ex. 1719 | Email from Kearney to Pember<br>re: Third quarter merger costs reserves<br>12/3/96 | | |
| Ex. 1720 | Email from Kirk Shelton to Anne Pember<br>re: Thanks - Great job<br>2/4/98 | | |
| Ex. 1721 | Email from Steve Speaks to Anne Pember<br>re: More financial questions<br>10/15/97 | | |
| Ex. 1722 | Email from Anne Pember to John Fullmer<br>re: Life is over for me<br>10/15/97 | | |
| Ex. 1723 | Email from Kirk Shelton to Pember<br>re: Congratulations on promotion<br>7/9/97 | | |
| Ex. 1724 | Comp U Card Income Statement and Subsidiary Reporting Packages for 4/96 | | |
| Ex. 1725 | Summary of Entries at Divisions | | |
| Ex. 1726 | Email from Kirk Shelton to Ann Pember<br>re: Blow our own horn<br>1/15/98 | | |
| Ex. 1727 | Memorandums from Sattler to Various Subsidiaries<br>re: Journal Entries<br>4/6/98 | | |
| Ex. 1728 | Condensed Consolidated Balance Sheet | | |
| Ex. 1729 | Journal Entry Form P183 | | |
| Ex. 1730 | Safecard Services Balance Sheet<br>January 1997 | ✓ | F  5/17 |
| Ex. 1731 | CUC account description CMS Journal Entries P042-P051 | ✓ | F  5/13 |

69

| Exhibit # | Description | Id | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 1732 | Cendant Senior Management Report December 1997 | | | |
| Ex. 1733 | Cendant Business Plan | ✓ | F | 8/31 |
| Ex. 1734 | Annual Performance Review-Menchaca 2/23/98 by Shelton with Memorandum from Menchaca to Shelton re: Goals/Review | admitted as F | G389 on 8/17 | 8/31 |
| Ex. 1735 | Annual Performance Review-Fernandes by Shelton 1/30/98 | ✓ | F | 8/31 |
| Ex. 1736 | Facsimile from Monaco to Shelton CUC Quarterly Result Worksheet 1/21/98 | ✓ | F | 8/31 |
| Ex. 1737 | Cendant Membership Services Consolidating Budget 12/31/98 | ✓ | F | 8/31 |
| Ex. 1738 | Email from Menchaca to various people re: budget targets 10/10/97 | | | |
| Ex. 1739 | Email from Menchaca to Corigliano re: Fncl fcst 9/2/97 | | | |
| Ex. 1740 | Email from Pember to Corigliano re: Fncl fcst 9/4/97 | | | |
| Ex. 1741 | Email from Hancock to Pember; Speaks re: FYI, travel re-forecast for fy98 7/23/97 | | | |
| Ex. 1742 | Email from Menchaca to various people re: Thoughts on the forecast 7/29/97 | | | |
| Ex. 1743 | Email from Sabatino to Kearney re: Spark Services preliminary projections for 1998 10/1/97 | ✓ | F | 8/5 |
| Ex. 1744 | Consolidated Condensed Income Statement 7/31/93 | | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 1745 | Consolidated Condensed Income Statement 7/31/93 | | |
| Ex. 1746 | Consolidation Model CUC P&L Reconciliation 7/31/93 | | |
| Ex. 1747 | CUC Press Release 8/30/93 | | |
| **Volume 19 (ex.1748-1766.45)** | | | |
| Ex. 1748 | Balance Sheet and Income Statement 12/31/97 | | |
| Ex. 1749 | Consolidated Income Statement 12/31/97 | | |
| Ex. 1750 | Condensed Income Statement 1/31/97 | | |
| Ex. 1751 | Consolidated Condensed Income Statement 1/31/96 | | |
| Ex. 1752 | Membership Reserve Analysis 1/31/96 | | |
| Ex. 1753 | Membership Reserve 1/31/97 | | |
| Ex. 1754 | Membership Reserve 12/31/97 | | |
| Ex. 1755 | Membership Reserve calculation 1/31/97 | ✓ | F | 5/27 |
| Ex. 1756 | Selected Information from Pember personnel file | | |
| Ex. 1757 | Memorandum from Walter Forbes to Anne Pember re: Severance Package 3/27/98-4/2/98 | | |
| Ex. 1758 | Ideon, Summary 9/96-12/96 | ✓ | F | 5/26 |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 1759 | Anne Pember Plea Agreement<br>9/23/99 | ✓ | F |
| Ex. 1760 | Willkie Farr Interview Report<br>re: Kirk Shelton<br>6/13/98 | | |
| Ex. 1761 | Willkie Farr Follow up Interview<br>re: follow up interview with Kirk Shelton<br>7/24/98 | | |
| Ex. 1762 | Willkie Farr<br>re: third interview with Kirk Shelton<br>8/13/98 | | |
| Ex. 1763 | Willkie Farr<br>re: fourth interview with Kirk Shelton<br>8/20/98 | | |
| Ex. 1764 | Willkie Farr<br>re: interview of Walter Forbes<br>6/11/98 | | |
| Ex. 1765 - 1765.18 | Bloomberg Certification with attachment graphs<br>4/1/04 | | |
| Ex. 1766 | Business Wire Certification<br>4/2/04 | | |
| Ex. 1766.1 | Press Release<br>1/20/00 | | |
| Ex. 1766.2 | Press Release<br>3/1/00 | | |
| Ex. 1766.3 | Press Release<br>4/12/00 | | |
| Ex. 1766.4 | Press Release<br>3/6/00 | | |
| Ex. 1766.5 | Press Release<br>3/28/00 | | |

6/3

72

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 1766.6 | Press Release 4/10/00 | | |
| Ex. 1766.7 | Press Release 4/27/00 | | |
| Ex.1766.8 | Press Release 5/1/00 | | |
| Ex. 1766.9 | Press Release 5/1/00 | | |
| Ex. 1766.10 | Press Release 5/23/00 | | |
| Ex. 1766.11 | Press release 5/24/00 | | |
| Ex. 1766.12 | Press Release 5/31/00 | | |
| Ex. 1766.13 | Press Release 6/7/00 | | |
| Ex. 1766.14 | Press Release 6/7/00 | | |
| Ex. 1766.15 | Press Release 7/25/00 | | |
| Ex. 1766.16 | Press Release 8/23/00 | | |
| Ex. 1766.17 | Press Release 9/5/00 | | |
| Ex. 1766.18 | Press Release 9/26/00 | | |
| Ex. 1766.19 | Press Release 9/28/00 | | |
| Ex. 1766.20 | Press Release 11/13/00 | | |
| Ex. 1766.21 | Press Release 1/16/01 | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 1766.22 | Press Release 1/23/01 | | |
| Ex. 1766.23 | Press Release 1/30/01 | | |
| Ex. 1766.24 | Press Release 2/27/01 | | |
| Ex. 1766.25 | Press Release 3/22/01 | | |
| Ex. 1766.26 | Press Release 3/27/01 | | |
| Ex. 1766.27 | Press Release 4/9/01 | | |
| Ex. 1766.28 | Press Release 4/23/01 | | |
| Ex. 1766.29 | Press Release 6/12/01 | | |
| Ex. 1766.30 | Press Release 6/12/01 | | |
| Ex. 1766.31 | Press Release 7/31/01 | | |
| Ex. 1766.32 | Press Release 8/8/021 | | |
| Ex. 1766.33 | Press Release 8/13/02 | | |
| Ex. 1766.34 | Press Release 8/10/01 | | |
| Ex. 1766.35 | Press Release 9/24/01 | | |
| Ex. 1766.36 | Press Release 10/10/01 | | |
| Ex. 1766.37 | Press Release 11/7/01 | | |