| Exhibit # | Description | Id | Evid. |
|---|---|---|---|
| **Ex. 1766.38** | Press Release 11/14/01 | | |
| **Ex. 1766.39** | Press Release 1/22/02 | | |
| **Ex. 1766.40** | Press Release 1/30/02 | | |
| **Ex. 1766.41** | Press Release 1/28/02 | | |
| **Ex. 1766.42** | Press Release 2/13/02 | | |
| **Ex. 1766.43** | Press Release 4/10/02 | | |
| **Ex. 1766.44** | Press Release 4/25/02 | | |
| **Ex. 1766.45** | Press Release 12/9/02 | | |
| **Volume 20** <br><br> **(ex.1766.46 & 1766.47)** | | | |
| **Ex. 1766.46** | Press Release 11/2/98 | | |
| **Ex. 1766.47** | Press Release 3/17/98 | | |
| **Volume 21** <br> **(1767-1789)** | | | |
| **Ex. 1767** | EPUB Operating Projections | | |
| **Ex. 1768** | Entertainment Business Actuals-Oct.1997 | | |
| **Ex. 1769** | Entertainment Business Actuals w/ handwriting-Oct.1997 | | |
| **Ex. 1770** | Entertainment Business Actuals-Oct.1997 | | |

75

| Exhibit # | Description | Id. | Evid |
|---|---|---|---|
| Ex. 1771 | HFS Senior Management Report- Oct. 1997 | | |
| Ex. 1772 | Email from Sattler to Shelton re: 1998 Budget 3/27/98 | ✓ | F | 9/20 |
| Ex.1773 | Consolidated Condensed Income 4/30/96 | | |
| Ex. 1774 | CUC Annual 1/2/96 | ✓ | F | 6/30 |
| Ex. 1775 | Reserve Consolidation 1/31/96 | ✓ | F | 7/1 |
| Ex. 1776 | Reserve Consolidation 11/30/95 | ✓ | F | 7/1 |
| Ex. 1777 | CUC Annual Printed 2/9/96 | ✓ | F | 7/1 |
| Ex. 1778 | Earnings summary by division including reserves taken for YE 1/31/96 | | |
| Ex. 1779 | Memorandum w/ attached 1/98 Senior Management Report to Shelton, Corigliano, Pember from Sattler 3/4/98 | ✓ | F | 6/8 |
| EX. 1780 | Memorandum from Menchaca re: business update 3/18/98 | ✓ | F | 6/8 |
| Ex. 1781 | Consolidating Budget 12/31/98 | | |
| Ex. 1782 | Adjustments to January 1998 | | |
| Ex. 1783 | Income Statement 1/27/98 | ✓ | F | limited purpose 5/13 |
| Ex. 1784 1784-1 | Balance Sheet and Income Statement 12/31/97 Last page of Exh. 1784 | ✓ ✓ | F F | 5/13 5/13 |
| Ex. 1785 | Projection Model 1/1998 | | |

| Exhibit # | Description | Id | Evid |
|-----------|-------------|-----|------|
| **Ex. 1786** | Projections 1/31/95 | | |
| **Ex. 1787** | Projection Model 1/31/96 | | |
| **Ex. 1788** | Projection Model 1/31/97 | | |
| **Ex. 1789** | Projection Model 12/31/97 | | |
| **Volume 22** (ex. 1790-1799) | | | |
| **Ex. 1790** | Projection Model January 1998 | | |
| **Ex. 1791** | Projection Model January 1998 | | |
| **Ex. 1792** | EBIT Revenue Comparison 97-98 *(first page one page)* | ✓ | F   5/27 |
| **Ex. 1793** | Summary Income Statement 12/15/97 | | |
| **Ex. 1794** | GL Balance - January 1996 - Bank Reconciliations | | |
| **Ex. 1795** | GL Balance - January 1995 - Bank Reconciliations | | |
| **Ex. 1796** | GL Balance - January 1997 - Bank Reconciliations | | |
| **Ex. 1797** | GL Balance - December 1997 - Bank Reconciliations | | |
| **Ex. 1798** | Final Version-Essex Group1998 Operating Budget | | |
| **Ex. 1799** | CUC 1998 Budget by Segment 10/8/98 | | |
| **Volume 23** (ex.1800-1832b) | | | |
| **Ex. 1800** | Electronic Calendar 10/8/97 | | |
| **Ex. 1801** | CUC Budget 1998 dated 10/8/97 | | |
| **Ex. 1802** | CUC Budget Summary 1998 | | |
| **Ex. 1803** | Reconciliation -1998 | | |

Exh. 1792A - two page document, ID only -5/27

| Exhibit # | Description | Id | Evid. | |
|---|---|---|---|---|
| Ex. 1804 | Prepared Schedule re: 1998 budget | | | |
| Ex. 1805 | **Intentionally Left Blank** | | | |
| Ex. 1806 | Copy of Meeting Agenda with attached schedules | | | |
| Ex. 1807 | Prepared handwritten schedules 12/11/97 | | | |
| Ex. 1808 | Summary 1998 Budget | | | |
| Ex. 1809 | CUC Reconciliation -Net Income 12/15/97 | | | |
| Ex. 1810 | HFS Reconciliation- Net Income 1998 | | | |
| Ex. 1811 | Budget-Quarterly EPS | | | |
| Ex. 1812 | Dina Gunderson Affidavit 2/6/04 | | | |
| Ex. 1813 | New York Times Certification 2/2/04 | ✓ | F | 8/24 |
| Ex. 1813.1 | Press Release 4/23/96 | | | |
| Ex. 1814 | Letter from E&Y to Monaco re: client principal auditor relationship 1/22/98 | | | |
| Ex. 1815 | Minutes of Audit Committee Meeting 1/25/98 | ✓ | F | 5/20 |
| Ex. 1816 | Meeting Agenda 12/11/98 | ✓ | ID | |
| Ex. 1817 | Executive Committee Meeting Agenda 1/16/98 | ✓ | F | 5/20 |
| Ex. 1818 | Tentative Schedule 5/29/97 | ✓ | F | 5/26 |
| Ex. 1819 | Project Big Band Meeting 5/16/97 | ✓ | F | 5/19 |

| Exhibit # | Description | Id | Evid | |
|-----------|-------------|-----|------|---|
| Ex. 1820 | Business Radar Article and portions of Press Release with Statements from Silverman and W. Forbes 7/15/98 | | | |
| Ex. 1821 | Consolidated Income Statement Budget 1998 | | | |
| Ex. 1822 | 1998 Projection Model | | | |
| Ex. 1823 | Essex Group documents (cdaa31-0119 through cdaa31-00123) | | | |
| Ex. 1824 | Memorandum with attachments from Kirk Shelton to CUC Directors re: acquisitions 8/12/96 | ✓ | F | 6/21 |
| Ex. 1825  *1825a* | Letter from Robert Davidson to Robert Tucker re: review of 3/7/97 draft - *3/26/97*  *3/7/97 CUC Int'l. Board Meeting Minutes* | ✓ | F | 6/21 |
| Ex. 1826 | Email from Jan Davidson to W. Forbes re: CUC minutes 3/4/97 | | | |
| Ex. 1827 | Facsimile from Robert Tucker to Robert Davidson re: minutes 4/4/97 | | | |
| Ex. 1828 | Quit Claim Deed dated 6/8/98 From Walter and Caren Forbes to Caren Forbes for 362 Mill Creek Circle, Vail, CO, Lot 9, Block 1 | ✓ | F | 9/30 |
| Ex. 1829 | 9/24/91 Deed between Richard & Virginia Olson and Walter & Caren Forbes for lot 9, Block 1 Vail, CO for $3,500,000 | | | |
| Ex. 1830 | Warranty Deed dated 12/4/98 from Walter and Caren Forbes to Caren Forbes for 100 Ocean Rd, Apt 312, Vero Beach, FL | ✓ | F | 9/30 |
| Ex. 1830a | Warranty Deed dated 1/14/94 from Ontario Ltd. to Walter and Caren Forbes for 100 Ocean Rd, Apt 312, Vero Beach, FL | | | |

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 1831 | Warranty Deed dated 3/19/98 from Walter and Caren Forbes to Lee and Lois Miller for 636 Ocean Road, Vero Beach, FL | | | |
| Ex. 1832 | Quit Claim Deed dated 12/15/99 from Walter Forbes to Caren Forbes for 687 Smith Ridge Road, New Canaan, CT | ✓ | F | 9/30 |
| Ex. 1832a | Warranty Deed dated 12/1/97 from Joe and Hilppa Roby for 687 Smith Ridge Road, New Canaan, CT | | | |
| Ex. 1832b | New Canaan, CT property records for 687 Smith Ridge Road, New Canaan, CT | | | |
| Ex. 1833 *Ex. 1838* | Documents provided by Robert Tucker's attorney *11/11/97 Letter, W. Forbes/Davis* | ✓ | F | 10/14 |
| **Volume 24** (ex. 1900-2023) | **Intentionally left blank** | | | |
| **EX. 1900** | Comp-U-Card Press Release 12/1/83 | | | |
| Ex. 1901 | Comp-U-Card Press Release 11/29/84 | | | |
| Ex. 1902 | Comp-U-Card Press Release 4/2/85 | | | |
| Ex. 1903 | Comp-U-Card Press Release 9/3/86 | | | |
| Ex. 1904 | Comp-U-Card Press Release 12/3/86 | | | |
| Ex. 1905 | Comp-U-Card Press Release 6/2/87 | | | |
| Ex. 1906 | Comp-U-Card Press Release 12/1/87 | | | |
| Ex. 1907 | CUC Press Release 3/30/88 | | | |
| Ex. 1908 | CUC Press Release 5/31/88 | | | |
| Ex. 1909 | CUC Press Release 8/30/88 | | | |
| Ex. 1910 | CUC Press Release 11/30/88 | | | |
| Ex. 1911 | CUC Press Release 3/27/89 | ✓ | F | 9/29 |
| Ex. 1912 | CUC Press Release 8/29/89 | ✓ | F | 7/1 |
| Ex. 1913 | CUC Press Release 12/5/89 | ✓ | F | 6/29 |

| Exhibit | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 1914 | CUC Press Release 3/28/90 | | | |
| Ex. 1915 | CUC Press Release 5/30/90 | | | |
| Ex. 1916 | CUC Press Release 5/30/90 | | | |
| Ex. 1917 | CUC Press Release 11/29/90 | | | |
| Ex. 1918 | CUC Press Release 4/1/91 | ✓ | F | 9/28 |
| Ex. 1919 | CUC  Press Release 3/31/92 | ✓ | F | 9/28 |
| Ex. 1920 | CUC Press Release 9/2/92 | | | |
| Ex. 1921 | CUC Press Release 3/29/93 | ✓ | F | 6/29 |
| Ex. 1922 | CUC Press Release 9/8/94 | | | |
| Ex. 1923 | CUC Press Release 3/29/94 | ✓ | F | 6/29 |
| Ex. 1924 | CUC Press Release 12/5/94 | | | |
| Ex. 1925 | CUC Press Release 12/13/94 | | | |
| Ex. 1926 | CUC Press Release 2/2/95 | | | |
| Ex. 1927 | CUC Press Release 2/14/95 | | | |
| Ex. 1928 | CUC Press Release 3/8/95 | | | |
| Ex. 1929 | CUC Press Release 3/21/95 | | | |
| Ex. 1930 | CUC Press Release 5/31/95 | | | |
| Ex. 1931 | CUC Press Release 6/28/95 | | | |
| Ex. 1932 | CUC Press Release 8/9/95 | | | |
| Ex. 1933 | CUC Press Release 8/24/95 | | | |
| Ex. 1934 | CUC Press Release 8/29/95 | | | |
| Ex. 1935 | CUC Press Release 9/18/95 | | | |
| Ex. 1936 | CUC Press Release 10/18/95 | | | |
| Ex. 1937 | CUC Press Release 11/2/95 | | | |
| Ex. 1938 | CUC Press Release 11/29/95 | | | |

81

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|--|
| Ex. 1939 | CUC Press Release 1/11/96 | | | |
| Ex. 1940 | CUC Press Release 2/20/96 | | | |
| Ex. 1941 | CUC Press Release 3/19/96 | √ | F | 6/30 |
| Ex. 1942 | CUC Press Release 4/22/96 | | | |
| Ex. 1943 | CUC Press Release 5/22/96 | | | |
| Ex. 1944 | CUC Press Release 6/20/96 | | | |
| Ex. 1945 | CUC Press Release 7/24/96 | | | |
| Ex. 1946 | CUC Press Release 8/7/96 | | | |
| Ex. 1947 | CUC Press Release 9/4/96 | | | |
| Ex. 1948 | CUC Press Release 9/26/96 | | | |
| Ex. 1949 | CUC Press Release 10/7/96 | | | |
| Ex. 1950 | CUC Press Release 11/5/96 | | | |
| Ex. 1951 | CUC Press Release 11/12/96 | | | |
| Ex. 1952 | CUC Press Release 11/18/96 | | | |
| Ex. 1953 | CUC Press Release 12/2/96 | √ | F | 7/1 |
| Ex. 1954 | CUC Press Release 1/21/97 | | | |
| Ex. 1955 | CUC Press Release 1/31/97 | | | |
| Ex. 1956 | CUC Press Release 2/12/97 | | | |
| Ex. 1957 | CUC Press Release 3/11/97 | | | |
| Ex. 1958 | HFS/CUC Press Release 5/27/97 | √ | F | 9/30 |
| Ex. 1959 | HFS/CUC Press Release 5/27/97 | | | |
| Ex. 1960 | CUC Press Release 5/28/97 | | | |
| Ex. 1961 | AOL/CUC Press Release 6/10/97 | | | |
| Ex. 1962 | CUC Press Release 6/18/97 | | | |
| Ex. 1963 | HFS/CUC Press Release 7/14/97 | | | |

| Exhibit # | Description | Id | Evid. |
|---|---|---|---|
| Ex. 1964 | CUC Press Release 8/14/97 | | |
| Ex. 1965 | HFS/CUC Press Release 9/2/97 | | |
| Ex. 1966 | CUC Press Release 9/4/97 | | |
| Ex. 1967 | CUC Press Release 9/25/97 | | |
| Ex. 1968 | CUC Press Release 10/1/97 | | |
| Ex. 1969 | HFS/CUC Press Release 10/1/97 | | |
| Ex. 1970 | CUC Press Release 10/30/97 | | |
| Ex. 1971 | CUC Press Release 11/30/97 | | |
| Ex. 1972 | CUC Press Release 11/19/97 | | |
| Ex. 1973 | CUC Press Release 12/2/97 | | |
| Ex. 1974 | Cendant Press Release 12/18/97 | | |
| Ex. 1975 | Cendant Press Release 12/18/97 | | |
| Ex. 1976 | Cendant Press Release 2/4/98 | | |
| Ex. 1977 | Cendant Press Release 12/18/77 | | |
| Ex. 1978 | Cendant Press Release 12/7/99 | | |
| Ex. 1979 | 1998 Completed Meetings - December through April | | |
| Ex. 1979a-h | PowerPoint Presentation | | |
| Ex. 1980 | Cendant Press Release 4/9/98 | | |
| Ex. 1981 | Cendant Press Release 4/15/98 | | |
| Ex. 1982 | Cendant Press Release 4/15/98 | | |
| Ex. 1983 | Cendant Press Release 4/17/98 | | |
| Ex. 1984 | Cendant Press Release 4/27/98 | | |
| Ex. 1985 | Cendant Press Release 5/5/98 | | |
| Ex. 1986 | Cendant Press Release 5/5/98 | | |
| Ex. 1987 | Cendant Press Release 4/9/98 | | |

| Exhibit # | Description | Id | Evid |
|-----------|-------------|-----|------|
| Ex. 1988 | Cendant Press Release 5/18/98 | | |
| Ex. 1989 | Cendant Press Release 7/14/98 | | |
| Ex. 1990 | Cendant Press Release 5/18/98 | | |
| Ex. 1991 | Cendant Press Release 5/18/98 | | |
| Ex. 1992 | Cendant Press Release 7/28/98 | | |
| Ex. 1993 | Cendant Press Release 8/13/98 | | |
| Ex. 1994 | Cendant Press Release 8/12/98 | | |
| Ex. 1995 | Cendant Press Release 8/13/98 | | |
| Ex. 1996 | Cendant Press Release 7/28/98 | | |
| Ex. 1997 | Cendant Press Release 7/27/98 | | |
| Ex. 1998 | Cendant Press Release 7/27/98 | | |
| Ex. 1999 | Cendant Press Release 9/29/98 | | |
| Ex. 2000 | Cendant Press Release 9/29/98 | | |
| Ex. 2001 | Cendant Press Release 12/9/98 | | |
| Ex. 2002 | Cendant Press Release 12/15/98 | | |
| Ex. 2003 | Cendant Press Release 12/15/98 | | |
| Ex. 2004 | Cendant Press Release 11/20/98 | | |
| Ex. 2005 | Cendant Press Release 11/4/98 | | |
| Ex. 2006 | Cendant Press Release 11/4/98 | | |
| Ex. 2007 | Cendant Press Release 1/25/99 | | |
| Ex. 2008 | Cendant Press Release 1/7/99 | | |
| Ex. 2009 | E&Y Countersuit Draft 3/26/99 | | |
| Ex. 2010 | Bear Stearns report on Cendant | | |
| Ex. 2011 | Wall Street Journal article on Cendant 12/18/97 | | |
| Ex. 2012 | HFS PowerPoint presentation | | |

84

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 2013 | Cendant Press Release 3/18/99 | | |
| Ex. 2014 | Cendant Press Release 11/30/99 | | |
| Ex. 2015 | Cendant Press Release 10/8/99 | | |
| Ex. 2016 | Cendant Press Release 3/8/2000 | | |
| Ex. 2017 | Cendant Press Release 3/29/2000 | | |
| Ex. 2018 | Cendant Press Release 5/3/2000 | | |
| Ex. 2019 | Cendant Press Release 9/14/2000 | | |
| Ex. 2020 | Article on Cendant dated 6/14/2000 | | |
| Ex. 2021 | Cendant Press Release 8/15/2000 | | |
| Ex. 2022 | Cendant Press Release 6/15/2000 | | |
| Ex. 2023 | Cendant Press Release 6/19/2000 | | |
| **Volume 25** (ex. 2024-2033) | | | |
| Ex. 2024 | Corigliano's 1994 Calendar | | |
| Ex. 2025 | Corigliano's 1995 Calendar | | |
| Ex. 2026 | Corigliano's 1996 Calendar | | |
| Ex. 2027 | Corigliano's January through August 1997 calendar | | |
| Ex. 2028 | Corigliano's calendar for September 1997- April 1998 | | |
| Ex. 2029 | Corigliano's note book | √ | F  8/31 |
| Ex. 2030 | Handwritten notes of 4/29/98 conversation with John Fullmer | | |
| Ex. 2031 | Entertainment Publications presentation | | |
| Ex. 2032 | Handwritten notes of conversation with Kirk 4/14 | | |
| Ex. 2033 | Brian Heckler Index - Daubert Hearing | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| *Following indicated by reference only up to ex.2039a*<br><br>**Ex. 2034 (1)** | Initial white binder used by Heckler in his direct testimony, titled "Overview of Work Performed and Conclusions Reached" | | |
| **Ex. 2034 (2)** | "Testimony Workbook Binder 1 of 2" | | |
| **Ex. 2034 (3)** | "Testimony of Workbook Binder 2 0f 2" | | |
| **Ex. 2034 (4)** | Page 20 of Walter A. Forbes interview with Wilkie Farr & Gallagher | | |
| **Ex. 2034 (5)** | Statements made by Walter A. Forbes and Henry Silverman in a July 1998 Press Release | | |
| **Ex. 2034 (6a)** | KPMG's Project Cendant Binder Index | | |
| **Ex. 2034 (6b)** | KPMG's supporting work papers for the following bates range KPMG 00001-2896 | | |
| **Ex. 2034 (6c)** | KPMG supporting work papers for the following bates range KPMG 2897-5526 | | |
| **Ex. 2034 (6d)** | KPMG supporting work papers for the following bates range KPMG 5527-8026 | | |
| **Ex. 2034 (6e)** | KPMG supporting work papers for the following bates range KPMG 8027-11059 | | |
| **Ex. 2034 (6f)** | KPMG supporting work papers for the following bates range KPMG 11060-14598 | | |
| **Ex. 2034 (6g)** | KPMG supporting work papers for the following bates range KPMG 14599-17364 | | |
| **Ex. 2034 (6h)** | KPMG supporting work papers for the following bates range KPMG 17365-18995 | | |
| **Ex. 2034 (6i)** | KPMG supporting work papers for the following bates range KPMG 20001-21678 | | |
| **Ex. 2034 (6j)** | KPMG supporting work papers for the following bates range KPMG 21679-23485 | | |

86

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 2034 (6k) | KPMG supporting work papers for the following bates range KPMG 23486-25107 | | |
| Ex. 2034 (6l) | KPMG supporting work papers for the following bates range KPMG 25108-27780 | | |
| Ex. 2034 (6m) | KPMG supporting work papers for the following bates range KPMG 50001-51592 | | |
| Ex. 2034 (6n) | KPMG supporting work papers for the following bates range KPMG 51598-52558 | | |
| Ex. 2034 (6o) | KPMG supporting work papers for the following bates range KPMG 30001-32591 | | |
| Ex. 2034 (6p) | KPMG supporting work papers for the following bates range KPMG 32592-34709 | | |
| Ex. 2034 (6q) | KPMG supporting work papers for the following bates range KPMG 34710-36215 | | |
| Ex. 2034 (7) | Same as Gov't 1 but with Heckler's highlighting and notations | | |
| Ex. 2034 (8) | Same as Gov't 2 but with Heckler's highlighting and notations | | |
| Ex. 2034 (9) | Same as Gov't 3 but with Heckler's highlighting and notations | | |
| Ex. 2034 (18) | Excerpts from Cendant's 12/31/97 10-K/A ( Bates ranges, KPMG 01366-KPMG01369,KPMG 01373-01374,and 01419-01420) | | |
| Ex. 2034 (19) | Copy of Cosmo Corigliano's Information from KPMG's work papers beginning with bate stamp number KPMG 52285 through KPMG 52310 | | |
| Ex. 2034 (20a) | Excerpts from Montgomery's Auditing Twelfth Edition. Bates range Alix supp 191 through Alix supp 194 | | |
| Ex. 2034 (20b) | Excerpts from Montgomery's Auditing Twelfth Edition. Bates range Alix supp 176 through Alix supp 190 | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 2034 (20c) | Excerpts from Montgomery's Auditing Twelfth Edition. Bates range Alix supp 195 through Alix supp 222 | | |
| Ex. 2034 (21) | Spiral bound presentation prepared by Brian Heckler entitled"Overview of Professional Standards Applicable to Work Performed and Conclusions Reached | | |
| Ex. 2034 (22) | Excerpts from"Litigation Services Handbook,The Role of the Financial Expert" Third Edition by Roman L. Weil, Michael J. Wagner, and Peter B. Frank | | |
| Ex. 2035 | Figure 2 to the 8/18/03 Foundstone Analysis of the Shelton Laptop | | |
| Ex. 2036 | Appendix 2 to the 8/18/03 Foundstone Analysis of the Shelton Laptop | | |
| Ex. 2037 | Appendix 3 to the 8/18/03 Foundstone Analysis of the Shelton Laptop | | |
| Ex. 2038 | Final Judgement as to Defendant Cosmo Corigliano, Relief Defendant Agnes T. Corigliano, and Relief Defendant Mary Louise Scully 4/21/05 | | |
| Ex. 2039 | Thompson Financial Certification 4/15/04 | ✓ | F  7/12 |
| Ex. 2039a | CUC-Cendant Quarterly Earnings Performance Graph | ✓ | F  7/12 |
| See page 92 for 3000 series | | | |
| Ex. 9500 | Summary of Quarterly Adjustments  1/31/96 | ✓ | F  6/14 |
| | **Intentionally left blank** | | |
| Ex. 9510 | Press Release (3pp)  5/31/95 | ✓ | F  6/10 |
| Ex. 9511y | CUC - Consolidated Condensed Income Statement YTD 4/30/95 | | |
| Ex. 9512 | CUC - P&L Reconciliation  4/30/95 | ✓ | F  6/10 |
| Ex. 9520 | Press Release (4pp)  8/29/95 | ✓ | F  6/10 |

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| **Ex. 9521q** | CUC - Consolidated Condensed Income Statement : Quarter ending July 31, 1995 | | | |
| **Ex. 9521y** | CUC - Consolidated Condensed Income Statement : YTD July 31, 1995 | | | |
| **Ex. 9522** | CUC - P&L Reconciliation : 7/31/95 | ✓ | F | 6/10 |
| **Ex. 9530** | Press Release (4pp.) : 11/29/95 | ✓ | F | 6/10 |
| **Ex. 9531q** | CUC - Consolidated Condensed Income Statement : quarter ending 10/31/95 | | | |
| **Ex. 9531y** | CUC - Consolidated Condensed Income Statement : YTD 10/31/95 | | | |
| **Ex. 9532** | CUC - P&L Reconciliation : 10/31/95 | ✓ | F | 6/10 |
| **Ex. 9533** | CUC International Inc. Handwritten Entries : 10/31/95 - Quarter Ending (first two pages only) | ✓ | F | 6/10 |
| **Ex. 9540 cell** | CUC Consolidated Condensed Income Statement : Month ending 10/31/95 | | | |
| | **Intentionally left blank** | | | |
| **Ex. 9600** | Summary of Quarterly Adjustments  1/31/97 | ✓ | F | 6/14 |
| **Ex. 9610** | Press Release (3pp) : 5/22/96 | ✓ | F | 6/10 |
| **Ex. 9611q** | CUC - Consolidated Condensed Income Statement : Quarter Ending April 10, 1996 | | | |
| **Ex. 9611y** | CUC - Consolidated Condensed Income Statement YTD:  1/31/97 | | | |
| **Ex. 9612** | CUC - P&L Reconciliation : 4/30/96 | ✓ | F | 6/10 |
| **Ex. 9620** | Press Release (4pp) : 9/4/96 | ✓ | F | 6/10 |
| **Ex. 9621q** | CUC - Consolidated Condensed Income Statement : quarter ending July 31, 1996 | | | |
| **Ex. 9621y** | CUC - Consolidated Condensed Income Statement YTD:  7/31/96 | | | |
| **Ex. 9622** | CUC - P&L Reconciliation : 7/31/96 | ✓ | F | 6/10 |

Exh. 9533A - last four pages of 9533 - ID only 6/10

| Exhibit # | Description | Id | Evid | |
|---|---|---|---|---|
| Ex. 9627 cell | CUC - Consolidated Condensed Income Statement : 7/31/96 | | | |
| Ex. 9628 cell | Consolidated Condensed Income Statement : 8/31/96 | | | |
| Ex. 9630 | Press Release : 12/2/96 | ✓ | F | 6/10 |
| Ex. 9631q3 | CUC - Consolidated Condensed Income Statement for Quarter ending: October 31, 1996 | ✓ | F | 6/14 |
| Ex. 9631q2 | CUC - Consolidated Condensed Income Statement for Quarter ending: July 31, 1996 | | | |
| Ex. 9631q1 | CUC - Consolidated Condensed Income Statement for Quarter ending: April 30, 1996 | | | |
| Ex. 9632 | P&L Reconciliation : 10/31/96 | ✓ | F | 6/10 |
| | **Intentionally left blank** | | | |
| Ex. 9700 | Summary of quarterly adjustments  1/31/98 | ✓ | F | 6/10 |
| Ex. 9710 | Press Release (3pp) : 5/28/97 | ✓ | F | 6/10 |
| Ex. 9711q | CUC - Consolidated Condensed Income Statement : Quarter ending April 30, 1997 | | | |
| Ex. 9711y | CUC - Consolidated Condensed Income Statement : YTD April 30, 1997 | | | |
| Ex. 9712 | P&L Reconciliation for April 30, 1997 | ✓ | F | 6/10 |
| Ex. 9720 | Press Release (6pp) : 9/4/97 | ✓ | F | 6/10 |
| Ex. 9721y | CUC - Consolidated Condensed Income Statement : YTD July 31, 1997 | | | |
| Ex. 9721q | CUC - Consolidated Condensed Income Statement : quarter ending July 31, 1997 | | | |
| Ex. 9722 | P&L Reconciliation for period ending 7/31/97 | ✓ | F | 6/10 |
| Ex. 9723 | CUC - Quarterly Adjustments-Handwritten for  July 1997 | ✓ | F | 6/10 |
| Ex. 9727 cell | CUC - Subsidiary Consolidated Condensed Income for Month ending July 31, 1997 | | | |

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 9730 | Press Release (6pp) : 12/2/97 | ✓ | F | 6/10 |
| Ex. 9731yEY | CUC & Subsidiaries Consolidated Condensed Income Statement Year to date October 31, 1997 | | | |
| Ex. 9731qEY | CUC & Subsidiaries Consolidated Condensed Income Statement for Quarter Ending October 31, 1997 | | | |
| Ex. 9732 | P&L Reconciliation for Period Ending 10/31/97 | ✓ | F | 6/10 |
| Ex. 9733 | Handwritten Journal Entry for Quarter Ending 10/31/97 | ✓ | F | 6/14 |
| Ex. 9797 | Supplemental Financial Data regarding Topside Adjustments for YE 12/31/97  4/98 | | | |
| Ex. 9798aff | Casper Sabatino Affidavit  4/14/98 | | | |
| | **Intentionally left blank** | | | |
| Ex. Sab 95a | 1995 topside adjustment chart | | | |
| Ex. Sab 95b | 1995 EPS figure chart | | | |
| Ex. Sab 95c | Handwritten figures  April, July and October 1995 | | | |
| Ex. Sab 95d | Handwritten figures  April, July and October 1995 | | | |
| Ex. Sab 95e | Handwritten figures - QE 10/95 | | | |
| Ex. Sab 95f | Handwritten calculation | | | |
| Ex. Sab 95g | Summary Chart of Quarterly Adjustment-with Notes FY January 31, 1996 | | | |
| Ex. Sab 96a | 1996 Topside Adjustment Chart | | | |
| Ex. Sab 96b | 1996 EPS figures chart | | | |
| Ex. Sab 96c | Handwritten figures for April 1996 | | | |
| Ex. Sab 96d | Handwritten figures | | | |
| Ex. Sab 96e | Handwritten figures Comp U Card  10/96 | | | |
| Ex. Sab 96f | Handwritten figures-Quarter Ended  10/31/96 | | | |

91

| Exhibit # | Description | Id | Evid. |
|---|---|---|---|
| Ex. Sab 96g | Summary Chart of Quarterly Adjustments-w/notes FY January 31, 1997 | | |
| Ex. Sab 97a | 1997 Topside adjustment chart | | |
| Ex. Sab 97b | 1997 EPS figure-chart | | |
| Ex. Sab 97c | Handwritten Earnings Per Share figures | | |
| Ex. Sab 97d | Handwritten figures-Quarter Ended 7/31/97 | | |
| Ex. Sab 97e | CUC & Subsidiaries Consolidated Condensed Income Statement for Quarter ending July 31, 1997 | | |
| Ex. Sab 97f | CUC & Subsidiaries Consolidated Condensed Income Statement YTD July 31, 1997 | | |
| Ex. Sab 97g | Summary of Quarterly Adjustment Fiscal January 31, 1998. | | |
| | **Intentionally left blank** | | |
| **Volume 26 (Ex. 3000-22)** | | | |
| Ex. 3000 | Morgan Stanley Certification 4/23/04 | | |
| Ex. 3001 | Morgan Stanley Research Report 4/7/94 | | |
| Ex. 3002 | Morgan Stanley Research Report 9/8/94 | | |
| Ex. 3003 | Morgan Stanley Research Report 12/1/94 | | |
| Ex. 3004 | Morgan Stanley Research Report 10/12/95 | | |
| Ex. 3005 | Morgan Stanley Research Report 10/24/95 | | |
| Ex. 3006 | Morgan Stanley Research Report 3/7/97 | | |
| Ex. 3007 | Morgan Stanley Research Report 6/9/97 | | |
| Ex. 3008 | Morgan Stanley Research Briefing Note 6/12/97 | | |
| Ex. 3009 | Morgan Stanley Research Briefing Note 9/5/97 | | |
| Ex. 3010 | Morgan Stanley Research Report 9/11/97 | | |
| Ex. 3011 | Morgan Stanley Research Briefing Note 12/3/97 | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 3012 | Morgan Stanley Research Briefing Note 1/28/98 | | |
| Ex. 3013 | Morgan Stanley Research Briefing Note 2/5/98 | | |
| Ex. 3014 | Morgan Stanley Research Report 2/13/98 | | |
| Ex. 3015 | Morgan Stanley Research Briefing Note 4/16/98 | | |
| Ex. 3016 | Morgan Stanley Research Briefing Note 3/24/98 | | |
| Ex. 3017 | Morgan Stanley Research Report Briefing Note 5/7/98 | | |
| Ex. 3018 | New York Stock Exchange Certification 4/1/04 | | |
| Ex. 3019 | NYSE Trade and Quote CD's NYSE Closing Price List | | |
| Ex. 3019a | NYSE List | | |
| Ex. 3019b | Cendant v. DJIA Graph | | |
| Ex. 3020 | Memorandum from Cosmo Corigliano to files 3/11/98 | | |
| Ex. 3021 | SG Cowen Securities Corporation Certification 4/21/04 | | |
| Ex. 3022 | 1998 Budget CUC Reconciliation - By Business | ✓ | F  8/31 |
| Volume 27 (ex. 3023-3047) | | | |
| Ex. 3023 | Certification of Lehman Brothers Inc.- 4/23/04 re: ex. 901 | | |
| Ex. 3024 | Certification of Lehman Brothers Inc. - 4/23/04 re: ex. 902 | | |
| Ex. 3025 | Certification of Lehman Brother Inc. - 4/23/04 re: ex. 1001 | | |
| Ex. 3026 | Certification of Lehman Brothers Inc. - 4/23/04 re: ex. 1002 | | |
| Ex. 3027 | Certification of Lehman Brothers Inc. - 4/23/04 re: ex. 1101 | | |

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| **Ex. 3028** | Certification of Lehman Brothers Inc. - 4/23/04 re: ex. 1102 | ✓ | ID only | 5/13 |
| **Ex. 3029** 3029A | Certification of Ernst & Young - 4/30/04  10/31/96 _Consolidated Condensed Income Statement_ | id 5/13 ✓ | F | 6/10 |
| **Ex. 3030** | Consolidated Condensed Income Statement 4/30/95 | ✓ | F | 6/10 |
| **Ex. 3031** | Consolidated Condensed Income Statement 7/31/95 | | | |
| **Ex. 3032** | Consolidated Condensed Income Statement 7/31/95 | | | |
| **Ex. 3033** | Consolidated Condensed Income Statement 7/31/95 | ✓ | F | 6/10 |
| **Ex. 3034** | Consolidated Condensed Income Statement 7/31/95 | | | |
| **Ex. 3035** | Consolidated Condensed Income Statement 10/31/95 | | | |
| **Ex. 3036** | Consolidated Condensed Income Statement 10/31/95 | | | |
| **Ex. 3037** | Consolidated Condensed Income Statement 10/31/95 | ✓ | F | 6/10 |
| **Ex. 3038** | Consolidated Condensed Income Statement 10/31/95 | — | | |
| **Ex. 3039** | Consolidated Condensed Income Statement 1/31/97 | ✓ | F | 6/10 |
| **Ex. 3040** | Consolidated Condensed Income Statement 7/31/96 | ✓ | F | 6/10 |
| **Ex. 3041** | Consolidated Condensed Income Statement 10/31/96 | | | |
| **Ex. 3042** | Consolidated Condensed Income Statement 4/30/97 | ✓ | F | 5/13 |
| **Ex. 3043** | Consolidated Condensed Income Statement 4/30/97 | | | |
| **Ex. 3044** | Consolidated Condensed Income Statement 7/31/97 | ✓ | F | 5/13 |
| **Ex. 3045** | Consolidated Condensed Income Statement 7/31/97 | | | |
| **Ex. 3046** | Consolidated Condensed Income Statement 10/31/97 | ✓ | F | 5/13 |
| **Ex. 3047** | Consolidated Condensed Income Statement 10/31/97 | | | |
| **Ex. 3048** | Goldman, Sachs & Co. Certification 5/3/04 | | | |

includes 3038

94

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States                                          :

v.                                                     :    CASE NO. 3:02CR264 (AWT)

Forbes/Shelton                                         :


**GOVERNMENT'S EXHIBITS** - continuation page 95

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 3050 | 6/14 | F | 2/23/96 Handwritten note to Bill from Casper |
| 3052 | 6/8 | F | North American Outdoor Group - February 1998 Financial Reporting |
| 3053 | 6/8 | F | Consolidated Financial Statements, Cendant Membership Services, Inc., Years Ended 12/31/97, 1/31/97, and 1/31/96, with Report of Independent Auditors |
| 3054 | 8/3 | F | Mr. Corigliano's handwritten notes made during telephone conversation with Anne Pember on or about 4/13/98 |
| 3058 | 6/29 | F | Cendant Corporation Monthly Closing Share Prices (1990-1998) |
| 3059 | 6/29 | F | CUC Int'l./Cendant Monthly Closing Price   (chart) |
| 3063 | 7/1 | F | CUC Reserve Consolidation Spreadsheet - 10/31/96 |
| 3064 | 7/1 | F | Handwritten Reserve Summary Analysis - 12/9/96 |
| 3067 | 7/13 | F | 5/27/97 Employment Agreement of Cosmo Corigliano |

95

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 3070 | 7/14 | F | 3/19/96 Letter, W.Forbes, Shelton & Corigliano/Ernst & Young |
| 3073 | 8/4 | F | 3/3/98 Invoice for bug sweep |
| 3075 | 8/4 | F | Copy of check issued to EED Company dated 1/27/98 with invoice attached |
| 3079 | 8/3 | F | 5/3/04 Peoples Bank Loan Application |
| 3082 | 8/3 | F | List of dividend checks received by Cosmo Corigliano |
| 3101 | 8/23 | F | 3/10/98 Meeting Notes |
| 3102 | 8/23 | F | 3/19/98 Meeting Notes |
| 3106 | 8/23 | F | 5/13/93 New Purchase Recommendation (admitted for a limited purpose) |
| 3107 | 8/23 | F | 4/7/94 U.S. Investment Research (admitted for a limited purpose) |
| 3108 | 8/23 | F | 10/5/94 CUC Company Report (admitted for a limited purpose) |
| 3109 | 8/23 | F | 2/3/95 Rating Change (admitted for a limited purpose) |
| 3110 | 8/23 | F | 5/24/96 Bear Sterns Recommendation Follow-up (admitted for a limited purpose) |
| 3111 | 8/23 | F | 1996 Annual Report for CUC Int'l. |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 3112 | 8/23 | F | 3/23/95 Investment Highlights (admitted for a limited purpose) |
| 3113 | 8/23 | F | 9/7/95 Paine Webber Report (admitted for a limited purpose) |
| 5000 | 8/5 | F | Spark Services Domestic Controllers' Meeting Financial Overview 12/31/97 |
| 5001 | 8/5 | F | 12/31/97 Spark Services Condensed Income Statement |
| 5002 | 8/5 | F | 12/31/97 Spark Services Condensed Income Statement |
| 5003 | 8/5 | F | December 1997 Spark Services Transaction Detail by Account |
| 5005 | 8/5 | F | CUC Media LLC Transactions by Account as of 12/31/97 |
| 5007 | 8/5 | F | 3/14/97 Tango Communications Opening Balance Sheet |
| 5008 | 8/5 | F | 3/14/97 Tango Communications Opening Balance Sheet |
| 5009 | 8/5 | F | Match.com Transactions by Account as of 4/30/98 |
| 5010 | 8/5 | F | Match.com 9/26/97 Opening Balance Sheet |
| 9320 | 8/4 | F | 8/30/95 CUC Int'l. Press Release |
| 9321 | 8/4 | F | 7/31/93 Consolidated Condensed Income Statement |
| 9322 | 8/4 | F | 7/31/93 CUC P&L Reconciliation |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|-------------------------|----------|------------------------|
| 9500 - 9733 | | | see pages 88 through 91 of Government Exhibit List |
| 10,002 | 8/19 | F | 4/13/98 Memorandum, Shelton/Peterson |
| 10,112 | 10/14 | F | 1/14/98 Memorandum, Buckman/All Employees (admitted for a limited purpose) |
| 11,000 | 8/31 | F | 12/31/96 Fax, Allewaert/Distribution |
| 11,001 | 8/31 | F | CUC Software 1998 Fiscal Year Budget |
| 11,003 | 9/1 | F | 12/16/97 email, Shelton/McLeod |
| 20,244 | 9/30 | F | 7/28/98 Cendant Severance Agreement for Walter Forbes |
| 20,457 | 9/23 | F | Cendant Consolidated Budget - 1998 Adjustments |
| 20,458 | 9/21 | F | Cendant Corporation - 1998 Budget |
| 20,461 | 9/21 | F | Cendant Corporation Summary - 1998 Budget |
| 50,002 | 10/4 | F? | 7/28/98 Minutes of Cendant Special Board Meeting |

rev 10/25/04