United States District Court
FILED AT HARTFORD
January 4, 2005
Kevin F. Rowe, Clerk
Connecticut S. L. Smith
By
Deputy Clerk

# UNITED STATES DISTRICT COURT
### DISTRICT OF Connecticut

United States
V.
Walter A. Forbes, and E. Kirk Shelton

COURT EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:02CR264 (AWT)

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| Thompson | | Carney, McMahon, Schechter | | Simon, Cary, Sullivan, Puccio, Arena | |
| TRIAL DATE(S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| 5/10/04 - 1/4/05 | | Huntington, Thompson, Collard, Warner | | Smith | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/12/04 | x | | Note from Juror #8 |
| 2 | | " | x | | Note from Juror #2 |
| 3 | | 5/19/04 | x | | Note from Juror #2 |
| 4 | | " | x | | Note from Juror #7 |
| 5 | | 6/8/04 | x | | Note from Juror #3 |
| 6 | | 7/15/04 | x | | Note from Juror #13 |
| 7 | | 7/19/04 | x | | Submission re: Crimes & Fraud Evidence |
| 8 | | 7/20/04 | x | | Note from Juror #2 |
| 9 | | 7/26/04 | x | | Document placed under seal for in camera review (unsealed: Peoples Bank documents) |
| 10 | | 8/2/04 | x | | Note from Juror #5 |
| 11 | | 8/4/04 | x | | Note from Juror #2 |
| 12 | | 8/17/04 | x | | Note from Juror #2 |
| 13 | | 8/23/04 | x | | Note from Juror #13 |
| 14 | | 8/27/04 | x | | Copy of cover of textbook: Understanding the Law |
| 15 | | 9/2/04 | x | | Note from Juror #5 |
| 16 | | 9/8/04 | x | | Note from Juror #2 |
| 17 | | 9/14/04 | x | | List of defendants' exhibits admitted re: acquisitions section (limited purpose) |
| 18 | | 10/14/04 | x | | Draft of Jury Charge |
| 19 | | 10/19/04 | x | | Note from Juror #2 |
| 20 | | 10/26/04 | x | | Note from Juror #11 |
| 21 | | 11/1/04 | x | | Redacted Superceding Indictment |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| | United States | | vs. | Forbes/Shelton | CASE NO. 3:02CR264 (AWT) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 11/1/04 | x | | Submissions re: Proposed Curative Instruction |
| 23 | | 11/3/04 | x | | Verdict Form for Walter A. Forbes |
| 24 | | 11/3/04 | x | | Verdict Form for E. Kirk Shelton |
| 25 | | 11/4/04 | x | | Jury Charge |
| 26 | | 11/8/04 | x | | Note from the Jury |
| 27 | | 11/9/04 | x | | Note from Juror #15 |
| 28 | | 11/9/04 | x | | Note from the Jury |
| 29 | | 11/9/04 | x | | Note from the Jury |
| 30 | | 11/10/04 | x | | Note from the Jury |
| 31 | | 11/15/04 | x | | Note from the Jury |
| 32 | | 11/15/04 | x | | Note from the Jury |
| 33 | | 11/15/04 | x | | Note from the Alternate Jurors |
| 34 | | 11/16/04 | x | | Note from the Jury |
| 35 | | 11/16/04 | x | | Submission in response to Jury question (court exhibit #34) |
| 36 | | 11/18/04 | x | | Note from the Jury |
| 37 | | 11/18/04 | x | | Note from the Jury |
| 38 | | 11/23/04 | x | | Note from the Jury |
| 39 | | 11/23/04 | x | | Note from the Jury |
| 40 | | 11/24/04 | x | | Note from the Jury |
| 41 | | 11/24/04 | x | | Note from the Jury |
| 42 | | 11/30/04 | x | | Note from the Jury |
| 43 | | 12/2/04 | x | | Note from the Jury |
| 44 | | 12/5/04 | x | | Document placed under seal |
| 45 | | 12/13/04 | x | | Document placed under seal |
| 46 | | 12/13/04 | x | | Note from the Jury |
| 47 | | 12/13/04 | x | | Document placed under seal |

Page __2__ of __2__ Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| | United States | vs. | Forbes/Shelton | CASE NO. 3:02CR264 (AWT) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 48 | | 12/14/04 | x | | Document placed under seal |
| 49 | | 12/14/04 | x | | Document placed under seal |
| 50 | | 12/14/04 | x | | Note from the Jury |
| 51 | | 12/14/04 | x | | Note from the Jury |
| 52 | | 12/16/04 | x | | Note from the Jury |
| 53 | | 12/16/04 | x | | Note from the Jury |
| 53A | | 12/16/04 | x | | Note from the Jury |
| 54 | | 12/20/04 | x | | Document placed under seal |
| 55 | | 12/20/04 | x | | Note from the Jury |
| 56 | | 12/21/04 | x | | Note from the Jury |
| 57 | | 12/28/04 | x | | Note from the Jury |
| 58 | | 12/29/04 | x | | Note from the Jury |
| 59 | | 12/30/04 | x | | Note from the Jury |
| 60 | | 1/3/05 | x | | Note from the Jury |
| 61 | | 1/3/05 | x | | Note from the Jury |
| 62 | | 1/4/05 | x | | Supplemental Jury Charge (response to court exhibit #58) |
| 63 | | 1/4/05 | x | | Documents placed under seal |
| 64 | | 1/4/05 | x | | Note from the Jury |
| 65 | | 1/4/05 | x | | Note to the Jury |
| 66 | | 1/4/05 | x | | Note from the Jury |
| 67 | | 1/4/05 | x | | Note to the Jury |