UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COURT EXHIBIT 23 02CR264

```
-----------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :   Criminal No
                                   :   3:02CR264(AWT)
WALTER A. FORBES                   :
-----------------------------------x
```

United States District Court
District of Connecticut
FILED AT HARTFORD
January 4 2005
Kevin F. Rowe, Clerk
By S. L. Smith
Deputy Clerk

## VERDICT FORM WITH SPECIAL INTERROGATORIES

**SECTION I.**

1. As to the charge set forth in Count 1 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

    _____ Not Guilty          _____ Guilty

2. As to the charge set forth in Count 2 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

    _____ Not Guilty          _____ Guilty

3. As to the charge set forth in Count 3 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

    _____ Not Guilty          _____ Guilty

4. As to the charge set forth in Count 4 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

    _____ Not Guilty          _____ Guilty

5. As to the charge set forth in Count 5 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty          _____ Guilty

6. As to the charge set forth in Count 6 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty          _____ Guilty

7. As to the charge set forth in Count 7 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty          _____ Guilty

8. As to the charge set forth in Count 8 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty          _____ Guilty

9. As to the charge set forth in Count 9 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty          _____ Guilty

10. As to the charge set forth in Count 10 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty        _____ Guilty

11. As to the charge set forth in Count 11 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty        _____ Guilty

12. As to the charge set forth in Count 12 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty        _____ Guilty

13. As to the charge set forth in Count 13 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty        _____ Guilty

14. As to the charge set forth in Count 14 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty        _____ Guilty

15. As to the charge set forth in Count 15 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty          _____ Guilty

16. As to the charge set forth in Count 16 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

_____ Not Guilty          _____ Guilty

17. <u>Possible Special Interrogatories</u>

    A. **If you found the defendant not guilty on each of Counts 13, 14, 15, and 16, proceed to Section II.**

       **If you found the defendant guilty on one or more of Counts 13, 14, 15, and 16, proceed to subsection B.**

    B. For each of Counts 13 through 16 on which the defendant, Walter A. Forbes, is guilty, we the Jury unanimously find that the government has or has not proven beyond a reasonable doubt that Walter A. Forbes actually used material nonpublic information in deciding to make the trade that is the subject of that count, as follows:

Count 13:  \_\_\_\_\_ Not Proven     \_\_\_\_\_ Proven

Count 14:  \_\_\_\_\_ Not Proven     \_\_\_\_\_ Proven

Count 15:  \_\_\_\_\_ Not Proven     \_\_\_\_\_ Proven

Count 16:  \_\_\_\_\_ Not Proven     \_\_\_\_\_ Proven

**SECTION II.**

You have now completed your deliberations.  Please sign and date this form.

Dated at Hartford, Connecticut, on this ___4^Th___ day of ___JANUARY___ ~~2004~~ 2005 RFS at ___5:05___ a.m/(p.m)

_____
Foreperson