## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CASE NO. 3:02CV264 (AWT)** |
| **WALTER FORBES and** | : | |
| **E. KIRK SHELTON** | | |

## GOVERNMENT'S DEMONSTRATIVE EXHIBITS

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 3997 | 5/10 | ID only | Revenue<br>- <u>Expenses</u><br>Earnings before one-time charges<br>- <u>Merger costs</u><br>Earnings |
| 3998 | 5/10 | ID only | Revenue<br><u>- Expenses</u><br>Earnings (or Income) |
| 3999 | 5/10 | ID only | Revenue<br><u>- Expenses</u><br>Operating Income (I.B.O.T.C.)<br>Merger Costs (Merger Reserve)<br>Income |
| 4000 | 5/11 | ID only | <u>Forbes</u>　　<u>Shelton</u>　　<u>Corigliano</u><br>1.5 million　1.6 million　.4 million<br>$25　　　$25　　　$25<br>37.5 million　$40 mil　　$10 |
| 4001 | 5/11 | ID only | Balance Sheet - Reserve for Refunds<br>Assets　　　Liabilities<br>　　　　　Equity Stock |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4002 | 5/11 | ID only | Income Statement<br>Fees    -    Statement<br>Revenue<br>Sales<br>Expenses<br>Earnings from merger costs<br>Profit<br>Net Income<br>Net Earnings |
| 4003 | 5/11 | ID only | Cash Flow  Statement<br>Options   Investments   Finance - Loans/Stock Sales<br>    Change in Cash |
| 4004 | 5/11 | ID only | Audit Report/MD&A<br>Balance Sheet   Income Stmt   Cash Flows   Footnotes |
| 4005 | 5/11 | ID only | April '97 - Mid dle '98 |
| 4006 | 5/17 | ID only | Cendant/CUC Int'l./SafeCard |
| 4007 | 5/17 | ID only | March '98<br>Shelton<br>Corigliano<br>Menchaca<br>Pember<br>Speaks |
| 4008 | 5/17 | ID only | Shelton<br>Corigliano<br>Pember<br>Speaks |
| 4009 | 5/17 | ID only | '98 Budget<br>CUC Division      105 Million<br>Comp-U-Card     126 Million<br>CUI                   130 Million |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4010 | 5/17 | ID only | <u>1/9/98</u>      /    <u>1/28/98</u><br>38 million    /    134 million<br>53 million    /      85 million |
| 4011 | 5/17 | ID only | Immediate Revenue /deferred program |
| 4012 | 5/17 | ID only | $40.3 Million  -  20.7  -  19.6 |
| 4013 | 5/17 | ID only | 29990  NAOG  -  29305  NUMA  -  875,000 |
| 4014 | 5/17 | ID only | 3/4/98 email<br>3/5/98 |
| 4015 | 5/17 | ID only | 1.  Reverse 200M of merger reserves into revenue<br>2.  Asked for Scott Forbes help in reversal of 200 million |
| 4016 | 5/17 | ID only | 3.  January results better than planned - 50 only $20 million<br>    of the planned $25 million was reversed into revenue |
| 4017 | 5/17 | ID only | <u>Immediate Recognition</u><br>deferred recognition |
| 4018 | 5/17 | ID only | $41.1 million<br>  <u>  6.5      </u><br>  47.6 |
| 4019 | 6/8 | ID only | 10-Q        /        Consolidation<br>433 million /      433 million<br>267 million /      267 million<br>40.6 % CUC |
| 4020 | 6/8 | ID only | 3046        /      1535<br>175 million /      3 million<br>            172 million |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4021 | 6/8 | ID only | 21,924,000  -  CUC Pub |
| 4022 | 6/8 | ID only | 707 Summer Street   -   595 Summer |
| 4023 | 6/8 | ID only | <u>1996</u>   /   <u>1997</u>   /   <u>1998</u><br>NI   $283 (+30%)  $387(+25%) $478<br>EPS  $.70           $.89          $1.10 |
| 4024 | | | skip |
| 4025 | 5/27 | ID only | CUC/CFO - Controller<br>Controller/CompUCard<br>Controller/BCT<br>Controller/EPUB<br>Controller/NAOG |
| 4026 | 5/27 | ID only | 1/31/97 Comp-U-Card<br>Ideon Merger Reserve                $44,000,000<br>Commission Payable                     9,000,000<br>Membership Cancellation Reserve    <u>15,000,000</u><br>                                                     $68,000,000<br>Revenue Recognition                   $40,000,000 |
| 4027 | 6/9 | ID only | $  88,700,000<br>$  17,000,000<br>$105,700,000<br>   84,854,000<br>  ($20,846,000) |
| 4028 | 6/9 | ID only | 105,700,000<br>  84,854,000<br>556,398,000<br>$641,252,000   Operating Income |
| 4028A | 6/9 | ID only | 105,700,000   ÷   641252000 = .1648 x 100 = 16.48% |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4029 | 6/9 | ID only | $44,000,000<br>9,000,000<br>15,000,000<br>$68,000,000 |
| 4030 | 6/9 | ID only | 276,241,000<br>179,945,000<br>$456,186,000<br>$ 68,000,000<br>14.91% |
| 4031 | 6/9 | ID only | 68,000,000 ÷ 456,186,000   14.91 x 100  =  14,91% |
| 4032 | 6/9 | ID only | Not Agreed To - Existing Reserves  (drawn by Mr. Albright) |
| 4033 | 6/10 | ID only | Mr. Sabatino's Employment History |
| 4033A | 6/10 | ID only | Mr. Sabatino's Employment History (cont'd.) |
| 4033B | 6/10 | ID only | Mr. Sabatino's Employment History (cont'd.) |
| 4034 | 6/10 | ID only | Unsupported Topside Adjustment |
| 4035 | 6/10 | ID only | 176 Million   149 + 27 = 176 million |
| 4036 | 6/10 | ID only | Revenue 456,130   620,407 |
| 4037 | 6/10 | ID only | 1st Q = 4/30     2nd Q   7/31     3rd Q   10/31 |
| 4038 | 6/10 | ID only | Cheat Sheet |
| 4039 | 6/10 | ID only | 9512   9520   9530 |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4040 | 6/10 | ID only | 9512 - 274,448 - reduction 4 million<br>82,217   increase 2 million |
| 4041 | 6/10 | ID only | Revenue + 47,444,000 - Expenses - 14,700,000<br>+ 62,144,000   Press  114,034,000   #4  51,890,000 |
| 4042 | 6/10 | ID only | 137,498 - 88,155 P&L - 73,455 Consol. = 14,700 |
| 4043 | 6/10 | ID only | Revenue 105,000,000 - Expenses 18,000,000<br>292,002   296,098   401,098 |
| 4044 | 6/10 | ID only | - 18 + G&A 4 million - marktg 8 million - oper. 14 million |
| 4045 | 6/10 | ID only | 65,805   increase 2 million |
| 4046 | 6/10 | ID only | 48 million   4th Q   80 million   3rd Q   78 million   2nd Q<br>89 million   1st Q   295 million - 130 million = 165 million |
| 4047 | 6/14 | ID only | April 95<br>Revenue   + 4,500,000<br>Expenses   - 13,807,000<br>   Op. Ex.        - 10,011,000<br>   Marketing ex. -  3,905,000<br>   G&A        +    109,000<br>                 - 13,807,000<br>18,307,000 |
| 4048 | 6/14 | ID only | 55,429,000 |
| 4049 | 6/14 | ID only | July 95<br>Revenue   -  4,500,000<br>Expenses   - 17,493,000<br>              12,993,000<br>61,406,000 |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4050 | 6/14 | ID only | October 95<br>Revenue  -  15,833,000<br>Expenses  -  15,033,000<br> 290,054,000<br>-279,701,000<br>    10,833,000 |
| 4051 | 6/14 | ID only | October 95 Expenses<br>Operating     27,800,000<br>Marketing     4,400,000<br>G&A            3,300,000<br>decrease of  35,500,000<br>                  10,833,000<br>15,033,000<br>            46,333,000<br>            31,300,000 |
| 4052 | 6/14 | ID only | Marketing   154,176,000<br>                143,343,000<br>                  10,933,000<br>Operating     54,356,000<br>                  54,362,000<br>                        6,000 |
| 4053 | 6/14 | ID only | G&A  34,948,000<br>          35,687,000<br>               739,000 |
| 4054 | 6/14 | ID only | April 96 Revenue:  + 15,000,000<br>               Expenses  - 27,195,000<br>113,421<br>Op.  -  12,958,000<br>21,166,000<br>21,168,000 |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4055 | 6/14 | ID only | April 96 Expenses<br>Op.    -   12,956,000<br>Mark.  -   11,429,000<br>            47,334,000<br>G&A -    2,810,000<br>                13m124m000<br>        27,195,000 |
| 4056 | 6/14 | ID only | $78,660,000 |
| 4057 | 6/14 | ID only | 2nd Q   7/31/96<br>Revenue     + 16,700,000<br>Expenses    - 23,650,000<br>Revenue   203,066,000<br>              234,766,000<br>              31,700,000 |
| 4058 | 6/14 | ID only | Mark. 122,732,000<br>          90,228,000<br>          32,504,000<br>    -         75,000<br>    - 32,429,000 |
| 4059 | 6/14 | ID only | Operating<br> 67,336,000<br> 49,380,000<br>-17,956,000 |
| 4060 | 6/14 | ID only | G&A<br>29,861,000<br>29,401,000<br>     460,000<br> 50,845,000<br>-27,195,000<br> 23,650,000 |
| 4061 | 6/14 | ID only | 97,924,000 |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4062 | 6/14 | ID only | <u>October 96</u><br>Revenue  - 17,907,000<br>  13,793,000<br>  234,766,000<br>+166,884,000<br>  58,813,000<br>  342,837,000 |
| 4063 | 6/14 | ID only | - 73,157,000<br>  50,845,000<br>  22,312,000 |
| 4064 | 6/14 | ID only | Accounts Payable<br>  27,000,000<br>+ 50,000,000<br>  77,000,000 |
| 4065 | 6/14 | ID only | CASH    200,000,000<br>    - 75,000,000<br>    125,000,000 |
| 4066 | 6/22 | ID only | September 10, 1996<br>January 19, 1997<br>December 4, 1996<br>January 31, 1997<br>March 7, 1997<br>April 9, 1997 |
| 4067 | 6/28 | ID only | Mr. Corigliano's employment history |
| 4068 | 6/28 | ID only | Walter Forbes - CEO<br>Chris McLeod - Pres. CompUCard<br>Kirk Shelton - COO<br>Stu Bell - CFO<br>Cosmo C.<br>Casper Sabatino<br>Anne Pember |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4069 | 6/28 | ID only | Gov. 668    MCR   $3.2 mil cash   E&Y<br>Gov 667    MCR   $9 mil def. internal   no auditors |
| 4070 | 6/29 | ID only | 1991 Annual Report at Page 24<br>$28,775 + 4,629 - 16,481 = $49,885<br>Gov Ex. 665 $49,885 |
| 4071 | 6/29 | ID only | Dining v. Shopping |
| 4072 | 6/29 | ID only | Ex. 600 March Gross Profit $36 mil<br>Ex. 601 Feb Gross Profit $30 mil    -    $6 mil |
| 4073 | 6/29 | ID only | Dining - Ex. 600 Net Renewals $4 mil<br>               Ex. 601 $2.2 mil - $1.8 mil<br>Shopping Net Renewals - $4.2 mil   $6 mil |
| 4074 | 6/30 | ID only | Dec. 1994 CUC Billion $ Sales New York Stock Exchange<br>No MBA   No Public CFO Experience<br>No CFO Experience   Public Acc't 22 months<br>5 years exp manip F/S |
| 4075 | 6/30 | ID only | 1995 Forward Forbes - CEO<br>               Shelton - President<br>                    Corigliano - CFO<br>Essex - EPUB - FISI - BCI |
| 4076 | 7/1 | ID only | G Ex 1309 Software Merger Costs<br>10Q   7/31/96   $28.6 mil<br>G Ex 1310   10Q 10/31/96   $48.6 mil     $20 mil |
| 4077 | 7/1 | ID only | Ideon Merger Costs    Gov 68   $100 mil<br>                    Gov 1310 10/31/96   $127.2 mil<br>        increase – 27.2 mil |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4078 | 7/1 | ID only | 62b Cheat Sheet  $443,000,000  #18  337,000,000  106,000,000  Annual Report  447,000,000 |
| 4079 | 7/12 | ID only |          Shares    Lost Value<br>Corigliano   381,000   $ 2.7 mil<br>Forbes     1,500,000   $10.5 mil<br>Shelton    1,600,000   $11.2 mil |
| 4080 | 7/12 | ID only | 10/90 met   1/91 beat   4/91 beat   7/91 beat   10/91 beat<br>1/92 met   4/92 beat   7/92 beat   10/92 met   1/93 beat<br>4/93 met   7/93 met   10/93 met   1/94 beat |
| 4080A | 7/12 | ID only | continuation of #4080 |
| 4080B | 7/12 | ID only | continuation of #4080A |
| 4081 | 7/13 | ID only | Date/CEO/Pres-COO/CFO   (large blowup) |
| 4082 | 7/13 | ID only | CC/KS/WF - Salary, Bonus, Options |
| 4083 | 7/13 | ID only | 12/17/97 - Forbes, Shelton, Corigliano |
| 4084 | 7/14 | IDonly | Stock Sales - Cosmo Corigliano |
| 4085 | 7/14 | IDonly | Anne Pember Severance |
| 4086 | 8/3 | IDonly | Anti-Benefits |
| 4087 | 8/3 | ID only | 27.5 - 3 = $4.5M |
| 4088 | 8/3 | ID only | C. McLeod, T. Menchaca, T. Albright, A. Lipton |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4089 | 8/3 | ID only | with reserves - 68.5 cents |
| 4090 | 8/3 | ID only | 447,750 - 170,145 = 277,605 - 405,000 = 68.5 cents |
| 4091 | 8/3 | ID only | Auditors    Analysts   Lawyers   W.Forbes   K.Shelton |
| 4092 | 8/4 | ID only | CC, AP, TM, KS - CPAs |
| 4093 | 8/4 | ID only | CUC/Cendant '93-99 |
| 4094 | 8/4 | ID only | Walter Forbes   Bell   Corigliano   Sabatino   Kearney |
| 4095 | 8/4 | ID only | CUC - $815,000 |
| 4096 | 8/4 | ID only | Bell, Corigliano, Sabatino |
| 4097 | 8/4 | ID only | Stu Bell's Words:  Walter wants EPS to be (a certain number) |
| 4098 | 8/4 | ID only | Pre-CC CFO   Cosmo Corigliano's words:<br>1.  Stu wants EPS to be (a certain number)<br>2.  Walter wants EPS to be (a certain number) |
| 4099 | 8/4 | ID only | Post-CC CFO   Cosmo's words:<br>1.  Walter wants EPS to be (a certain number) |
| 4100 | 8/4 | ID only | Casper Sabatino's Words |
| 4101 | 8/4 | ID only | July 93 = 1.7 million<br>April 95 = 18.3 million |
| 4102 | 8/4 | ID only | 5,000,000 |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4103 | 8/4 | ID only | Sparks  1. Tango Communications<br>          2. Match.com<br>1997 Acquisitions |
| 4104 | 8/5 | ID only | Tango 5 million + 2 million<br>Match.com 5 million<br>TOTAL: 12 million - 9.5 million = 2.5 million |
| 4105 | 8/5 | ID only | 1/12/98, Revenue = 32.9 million<br>Net Profit = 13.9 million<br>1/19/98 Revenue = 42.4 million<br>Net Profit = 23.4 million |
| 4106 | 8/17 | ID only | Walter Forbes (Chairman/CEO)<br>Kirk Shelton (Pres/CUC)<br>Corigliano (CFO/CUC)<br>A Pember   Steve Speaks |
| 4107 | 8/17 | ID only | EX. #/DATE/# OF SHARES PURCHASED |
| 4108 | 8/17 | ID only | DATE OF SALE/# OF SHARES SOLD/PROCEEDS |
| 4109 | 8/17 | ID only | DATE OF SALE/# OF SHARES SOLD/PROCEEDS |
| 4110 | 9/21 | ID only | 1998 Budget - Comp U Card 105 Mill. - NUMA 17 Mill.<br>NAOG   14 mILL   ncci  6 Mill  Sparks  19 Mill. = 262 Mill |
| 4111 | 8/4 | ID only | (1) Old Numbers - HFS No Action   (2) Lay Low<br>(3) HS very upset   (4) Budget Shortfall   (5) No Use $165 M |
| 4112 | 8/31 | ID only | Late '94 - Fall 1995 - McLeod |
| 4113 | 8/31 | ID only | 1/1997   Shelton   Forbes   Chris McLeod<br>            Pres      CEO |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4114 | 8/31 | ID only | 2 - 1 - 96   Bear S. Earnings 30%     2-8-96   EBIT   13% |
| 4115 | 9/15 | ID only | NO CLUE, NO HINT, NO SUGGESTION, NO INDICATION     Corigliano/Pember hid fraud from Shelton |
| 4116 | 9/20 | ID only |        Salary   Bonus   Total Comp<br>'94    410K   410K     750<br>'95    450     450      850 |
| 4117 | 9/21 | ID only | CUC + X |
| 4118 | 9/21 | ID only | Merger Reserve |
| 4119 | 9/21 | ID only | Cancel Reserves<br>Return Reserves |
| 4120 | 9/21 | ID only | Middle '96, Late '96, Early '97 |
| 4121 | 9/21 | ID only | $28 Million Merger Reserve |
| 4122 | 9/22 | ID only | 107 Million |
| 4123 | 9/22 | ID only | Comp U Card   1-9-98 |
| 4124 | 9/22 | ID only | January '98<br>15 million   1-12-98 15 million   1-19-98 24.5 million |
| 4125 | 9/23 | ID only | 1987   Forbes   Ch & CEO<br>      /      \<br>   Bell      KS |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4126 | 9/23 | ID only | 12/94   Forbes   Ch & CEO<br>　　　　　/　　　　\<br>　　McLeod　　KS<br>　　　　　　　　\<br>　　　　　　　CC |
| 4127 | 9/23 | ID only | Forbes' Duties<br>Deal with Wall Street   1991-4/15/98<br>Significant Role in Investor Relations<br>Host Anayst<br>Analyst Reports |
| 4128 | 9/28 | ID only | Forbes understands |
| 4129 | 9/28 | ID only | Forbes' Compensation (1993-1998) |
| 4130 | 9/29 | ID only | 1997 CUC Board |
| 4131 | 9/30 | ID only | Labor Day - 1997 |
| 4132 | 9/30 | ID only | Approx $10 Million Stock Sales |
| 4133 | 9/30 | ID only | Severance $47 Million<br>   company won't sue unless convicted |
| 4134 | 10/18 | ID only | Pre-1995 Gov. Exhibits |
| 4135 | 10/18 | ID only | Ex 609　　　　Forbes<br>Ex 856a　　　　　\<br>Ex 3a　　　　　Shelton<br>Ex 3　　　　　　　\<br>　　　　　　Corigliano |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4136 | 10/18 | ID only | 5K<br>CS - June '99<br>Pember - Sept. '99<br>Corigliano - Jan. '00 |
| 4137 | 10/18 | ID only | Cheat Sheets<br>Ex 58<br>Ex 1777    Ex 62b<br>Ex 1774        Kind of disappeared<br>                        stop coming! |
| 4138 | 10/18 | ID only | Deep dark secret club            Auditors<br>CC  AP  CS<br>KK  SS  MS<br>WF  KS |
| 4139 | 10/18 | ID only | 1309        28.6<br>1310        <u>48.6</u><br>                20 |
| 4140 | 10/18 | ID only | 1813<br>68<br>D 397<br>G 1539 |
| 4141 | 10/18 | ID only | Neck red<br>Hand shake<br>Hand quivering<br>Lip quivering |
| 4142 | 10/18 | ID only | Gov 17<br>Gov 1529<br>Gov 493 |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4143 | 10/18 | ID only | <u>Saving Anne Pember</u><br>(1)  Shelton pushing back Monaco<br>(2)  Forbes lobbies Silverman<br>(3)  Columbus Day Meeting<br>(4)  Shelton's 10/21/97 Memo<br>(5)  $605 Severance |
| 4144 | 10/18 | ID only | (1)  Cendant Merger Reserve had Cushion<br>(2)  Rejects-in-Transit<br>(3)  Accrual deferral<br>(4)  Overstating Budget to HFS<br>(5)  1/1998 Comp U Card used reserves<br>(6)  20-25 Million<br>(7)  Academy Award<br>(8)  Sarkie's divisional #'s adjusted |
| 4145 | 10/19 | ID only | Count 1 Conspiracy      Ex 1311<br>                                        Ex 506<br>                                        Ex 519<br>_____<br>Count 2   =   Mail Fraud<br>                      Ex 390   Ex 9600<br>_____<br>Count 3   =   Mail Fraud   Ex 1717<br>                      Charles Pasfield<br>                      James Vandervort |
| 4146 | 10/19 | ID only | Count 4   =   Wire Fraud<br>                      Ex 376<br>                      Ex 376(b)<br>Conn - NJ      2/2/98<br>_____<br>Count 5   =   False SEC - 10-Q<br>   Gov Ex 1314   Ex 9700 |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4147 | 10/19 | ID only | Count 6   False SEC Filing<br>  Gov 1315        10-K<br>        Cosmo Corigliano<br>————————————<br>Counts 7-12   Securities Fraud<br>————————————<br>Ex 634   page 18<br>  James Rowan - Hartford Steam Boiler |
| 4148 | 10/19 | ID only | Counts 13-16   Insider Trading<br>————————————<br>Ex 433        Ex 434<br>Material Non-Public Information |
| 4149 | 10/19 | ID only | Ex 519   1/20/98 email |
| 4150 | 10/19 | ID only | March 6th 1998<br>Fraud Exploded<br>Oct. 1997 |
| 4151 | 10/19 | ID only | Ex 133, Ex 134, Ex 20458 vs Ex Demo 4110,<br>12/16/97, 268 million, 16 million, 107 million |
| 4152 | 10/19 | ID only | Ex 530<br>Forbes - merger reserves = very important to CUC<br>D&T "too conservative" |
| 4153 | 10/19 | ID only | Jan 1998 - Gov 160 |
| 4154 | 10/19 | ID only | *   Hyperion<br>*   Booked 20 million plug<br>*   Mid Feb. Menchaca talks to Shelton about 30 vs 10<br>    "He" (Shelton) will have the conversation |
| 4155 | 10/19 | ID only | End of February<br>  Merger Reserves     534 |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4156 | 10/19 | ID only | CC - Shelton speaking   $165m          Kirk Shelton<br>AP - Shelton speaking   reserves                v.<br>SS - Shelton speaking   reserves<br>SF - Shelton speaking   reserves          "I did not" |
| 4156-A | 10/19 | ID only | "Non-operating" items in 1997<br>E<br>A<br>R                         "Non Operating"<br>N   Merger Reserves              $165 million<br>I                              _____<br>N                    _____<br>G<br>S<br>_____<br>        96           97           98 |
| 4157 | 10/19 | ID only | 3/9<br>166     Reversed  16  M<br>         OK<br>     Interval   _3.8M_<br>            19.8M - 20M |
| 4158 | 10/19 | ID only | Stock Sales          10M<br>Severance          47M<br>   20,244<br>Vail  1828<br>Fla    1830<br>CT    1832 |
| 4159 | 11/1 | ID only | MASTER CRIMINALS vs. ORDINARY CONSPIRATORS |
| 4160 | 11/1 | ID only | WHO SELECTED AP and CC? |
| 4161 | 11/1 | ID only | BENEFITS and ANTI-BENEFITS |
| 4162 | 11/1 | ID only | Who has the power? |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4163 | 11/1 | ID only | Pember has no motive to implicate Shelton |
| 4164 | 11/1 | ID only | ARGUMENTS are not EVIDENCE |
| 4165 | 11/1 | ID only | PLANE  EXPENSES |
| 4166 | 11/1 | ID only | +  Fraud Mr. Puccio is talking about<br>+  Shifting defense<br>+  You get what you pay for<br>+  Follow directions |
| 4167 | 11/1 | ID only | Forbes<br>Shelton<br>Bell<br>Corigliano<br>Pember<br>Sabatino<br>Speaks<br>Kearney |
| 4168 | 11/1 | ID only | ROLES |
| 4169 | 11/1 | ID only | DEFENDANTS' TESTIMONY |
| 4170 | 11/1 | ID only | Ex 530<br>(The right question) |
| 4171 | 11/1 | ID only | STOCK SALES   4.5<br>4.1   OPTIONS<br>400,000<br>300,000<br>700,000 |
| 4172 | 11/1 | ID only | NON-OPERATING CONFUSION |

| Exh. No. | Date Offered (all 2004) | Admitted (all ID only) | Description of Exhibit |
|---|---|---|---|
| 4173 | 11/1 | ID only | INTERVAL COVER STORY |
|  |  |  |  |

Rev. 11/9/04