UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | **January 21, 2005** |
| | : | |
| **WALTER A. FORBES and** | : | |
| **E. KIRK SHELTON** | : | |

### MOTION OF THE UNITED STATES TO TRANSFER THE RETRIAL OF WALTER FORBES TO THE DISTRICT OF NEW JERSEY

      The United States, by its undersigned counsel, moves this Court for an order transferring this case to the District of New Jersey for the retrial of all charges against defendant Walter A. Forbes. The legal basis for this motion is set forth in the accompanying memorandum of law.

      Respectfully submitted,

      CHRISTOPHER J. CHRISTIE
      Special Attorney
      U.S. Department of Justice

      JOHN J. CARNEY
      JAMES MCMAHON
      RICHARD J. SCHECHTER
      NORMAN GROSS
      Special Attorneys
      970 Broad Street
      Newark, NJ 07102-2535
      (973) 645-6112

Dated: January 21, 2005
       Newark, New Jersey

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via overnight courier:

    Barry S. Simon, Esq.

    Scott Edelman, Esq.

      I declare under penalty of perjury that the foregoing is true and correct.

                                                        Norman Gross
                                                        U.S. Department of Justice

Dated:  January 21, 2005
        Camden, New Jersey