UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | January 21, 2005 |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

### AFFIRMATION OF ROSEMARY IANNACONE

(1) My name is Rosemary Iannacone, and I am the Administrative Officer for the United States Attorney's Office for the District of New Jersey ("USAODNJ").

(2) In that capacity, I have supervisory authority over the Fiscal Department of the USAODNJ, and am responsible for approving all operating expenditures of that Office. Additionally, I have current, first-hand knowledge of the Operating Budget of the USAODNJ.

(3) In particular, I was responsible for approving all expenses that were incurred by the USAODNJ solely by virtue of the fact that this case, <u>United States v. Walter Forbes and E. Kirk Shelton</u>, was transferred from the United States District Court for the District of New Jersey to the United States District Court for the District of Connecticut.

(4) The primary components of those expenses were for: (a) monthly apartment rentals in Hartford for the three Assistant United States Attorneys ("AUSAs") who were members of the trial team, and for the paralegal who assisted the trial team,

beginning several months before the start of the trial and ending at the conclusion of the trial, a period of twelve and one-half months; and (b) daily per diem payments to the three AUSAs and the paralegal for all days they worked outside of their assigned duty station in Newark.

    (5) Additionally, the USAODNJ incurred expenses it would not have had to pay had the case remained in New Jersey for: the salary of a clerical person to work in the USAODNJ's temporary office in Hartford; the rental of a copier; telephone service; transportation, hotel rentals, and per diem for Office employees other than the members of the trial team who occasionally traveled to Hartford; similar payments for support staff of the USAODNJ other than the assigned paralegal for the installation of computer equipment and other services; and the purchase of office furniture.

    (6) The approximate cost of all of the foregoing items is $251,000.00.

    (7) Additionally, another branch of the Department of Justice, the Executive Office of the United States Attorneys ("EOUSA") expended over $94,000.00 to rent the office space that was used by the prosecution team. That space was located in the Federal Building in Hartford, was rented from the General Services Administration, and is no longer available for use by the prosecution team. In the event of a retrial in Hartford,

EOUSA will again have to incur the cost of renting office space for the prosecution team, either from the General Services Administration or from another entity.

(8) EOUSA recently reduced the operating budget of the USAODNJ by 5.6% for the fiscal year ending September 30, 2005 from the previous year's budget. EOUSA previously reduced the payroll budget for the USAODNJ by 4.5% for the fiscal year ending September 30, 2004 from the prior year's budget.

Pursuant to 28 U.S.C. § 1746, I affirm under the penalty of perjury that the foregoing is true and correct.

_____<br>ROSEMARY IANNACONE

Executed at Newark, New Jersey
January 21, 2005