UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )      Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES and           )
E. KIRK SHELTON                )
-------------------------------
```

**NOTICE TO COUNSEL**

At the telephonic conference held on February 10, 2005, the court began by reviewing its expectations of counsel should counsel be contacted by any member of the jury, which was discharged on January 4, 2005. Subsequently, in response to a request by counsel for defendant Forbes, the court modified an earlier position taken by the court and stated that if counsel for any party is contacted by a juror, the court should be notified, and the court would then contact the juror to see if he or she would also be willing to talk to counsel for the other parties. (See Tr. 21005 at 11.) As the parties have previously been notified by chambers, the court has concluded, upon reflection, that such an approach is not appropriate, and that under the circumstances discussed the court should limit its involvement to such steps as are necessary to enforce the orders of the court and Local Rule of Civil Procedure 83.5, which is applicable in criminal proceedings. See D. Conn. L. Cr. R. 1(c).

It is so ordered

Dated this 14th day of February 2005, in Hartford, Connecticut.

```
                              /s/
                     Alvin W. Thompson
                United States District Court
```