UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | February 22, 2005 |
| | : | |
| **WALTER A. FORBES and** | : | |
| **E. KIRK SHELTON** | : | |

## AFFIRMATION OF CHRISTOPHER J. CHRISTIE

(1) My name is Christopher J. Christie, and I am the United States Attorney for the District of New Jersey ("USANJ").

(2) In that capacity, I have supervisory authority for ultimately approving all operating expenditures of the Office. Additionally, I have current, first-hand knowledge of the Operating Budget of the Office.

(3) In particular, I was responsible for approving all expenses that were incurred solely by virtue of the fact that this case, <u>United States v. Walter Forbes and E. Kirk Shelton</u>, was transferred from the United States District Court for the District of New Jersey to the United States District Court for the District of Connecticut.

(4) The primary components of those expenses were for: (a) monthly apartment rentals in Hartford for the three Assistant United States Attorneys ("AUSAs") who were members of the trial team, and for the paralegal who assisted the trial team, beginning several months before the start of the trial and ending at the conclusion of the trial, a period of twelve and one-half

months; and (b) daily per diem payments to the three AUSAs and the paralegal for all days they worked outside of their assigned duty station in Newark.

(5) Additionally, the Office incurred expenses it would not have had to pay had the case remained in New Jersey for: the salary of a clerical person to work in the temporary office in Hartford; the rental of a copier; telephone service; transportation, hotel rentals, and per diem for Office employees other than the members of the trial team who occasionally traveled to Hartford; similar payments for support staff of the USAODNJ other than the assigned paralegal for the installation of computer equipment and other services; and the purchase of office furniture.

(6) The incremental costs to the USAODNJ for those items were as follows:

Costs paid by NJUSAO:

| | |
|---|---|
| Housing: | $149,422 |
| Meals: | 38,119 |
| Temporary Support Staff: | 28,947 |
| Mileage (including parking and tolls): | 16,365 |
| Other Transportation (train/rental car): | 1,368 |
| Telephone Service (including installation): | 7,241 |
| Moving Costs: | 7,251 |

```
Equipment Rental (copier):      3,198

Total:                        $ 251,911
```

  (7) Additionally, another branch of the Department of Justice, the Executive Office of the United States Attorneys ("EOUSA") expended over $96,000.00 to rent the office space that was used by the prosecution team.  That space was located in the Federal Building in Hartford, was rented from the General Services Administration, and is no longer available for use by the prosecution team.  In the event of a retrial in Hartford, EOUSA will again have to incur the cost of renting office space for the prosecution team, either from the General Services Administration or from another entity.

  (8) The total expended by our office and EOUSA was $348,138 due to the transfer of this case from the District of New Jersey to the District of Connecticut.  We would anticipate at least the same expenditure for any retrial in Hartford Connecticut.

  Pursuant to 28 U.S.C. § 1746, I affirm under the penalty of perjury that the foregoing is true and correct.


            /s/ Christopher J. Christie
            CHRISTOPHER J. CHRISTIE

Executed at Newark, New Jersey
February 17, 2005