UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | February 22, 2005 |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

### AFFIRMATION OF MARK GERBER

(1)  My name is Mark Gerber, and I am a Special Agent of the Federal Bureau of Investigation who is one of the two FBI case agents assigned to the above-captioned case.  Special Agent John Pittman was the other assigned FBI agent.  United States Postal Inspection Service Agent Patricia Matthews was the investigator from that agency who was assigned to this case.

(2)  I am submitting this affirmation in response to the Court's order dated February 8, 2005, directing the Government to provide the Court with a general breakdown of the incremental costs to the FBI and USPIS for trying this case in Hartford, Connecticut rather than in the District of New Jersey.

(3) The incremental costs to the FBI and USPIS were as follows:

| | |
|---|---|
| Lodging: | $73,500 |
| Meals: | 26,700 |
| Other (travel and parking): | 3,400 |
| Total: | $103,600 |

Pursuant to 28 U.S.C. § 1746, I affirm under the penalty of perjury that the foregoing is true and correct.

                                          /s/ Mark Gerber
                                          MARK GERBER

Executed at Newark, New Jersey
February 18, 2005