**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA    )
                            )
v.                          )    Criminal No. 3:02CR00264(AWT)
                            )
WALTER A. FORBES            )
-------------------------------
```

## NOTICE OF IN CAMERA PROCEEDINGS

    For purposes of deciding the government's motion to continue the commencement of the retrial of defendant Forbes (Doc. No. 1443) the court conducted separate, <u>in camera</u> interviews of two of the three Assistant United States Attorneys who made up the core of the government's trial team; one interview was conducted on March 2, 2005 and the other on March 3, 2005.  Footnote 5 of the government's reply memorandum (Doc. No. 1474) contains all the detail the court deems necessary with respect to the third Assistant United States Attorney.

    It is so ordered.

    Dated this 3rd day of March 2005, in Hartford, Connecticut.

                                                        /s/
                                         Alvin W. Thompson
                                United States District Court