1475

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAR -3 ⊘ 10: 43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | March 2, 2005 |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

MOTION OF THE UNITED STATES FOR LEAVE TO
EXCEED PAGE LIMITATION OF LOCAL RULE 7(d)

The United States, through undersigned counsel, respectfully moves for leave to file its Supplemental Reply Memorandum in Support of the Motion to Transfer the Retrial of Walter Forbes to the District of New Jersey, which memorandum exceeds the page limitation in Local Civil Rule 7(d). The Government inadvertently filed that supplemental reply memorandum, which numbered 21 pages, without seeking leave of the Court. The Government was unable to fully respond to all of the arguments set forth in defendant Forbes' Opposition to the Government's transfer motion with a shorter submission, and believes that its supplemental reply memorandum will assist the Court in resolving the motion.

Respectfully submitted,

/s/ Norman Gross

NORMAN GROSS
Special Attorney
U.S. Department of Justice
Federal Bar No. 24933

GRANTED nunc pro tunc. It is so ordered.
Alvin W. Thompson, U.S.D.J.
3/18/05 Hartford, CT