UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | No. 3:02CR00264 (AWT) |
| v. : | March 2, 2005 |
| WALTER A. FORBES and : | |
| E. KIRK SHELTON : | |

### MOTION OF THE UNITED STATES FOR LEAVE TO EXCEED PAGE LIMITATION OF LOCAL RULE 7(d)

The United States, through undersigned counsel, respectfully moves for leave to file its Reply Memorandum in Support of the Motion to Continue the Retrial of Walter Forbes, which memorandum exceeds the page limitation in Local Civil Rule 7(d). The Government inadvertently filed that reply memorandum, which numbered 20 pages, without seeking leave of the Court. The Government was unable to fully respond to all of the arguments set forth in defendant Forbes' Opposition to the Government's continuance motion with a shorter submission, and believes that its reply memorandum will assist the Court in resolving the motion.

Respectfully submitted,

NORMAN GROSS
Special Attorney
U.S. Department of Justice
Federal Bar No. 24933

GRANTED, nunc pro tunc. It is so ordered.
Alvin W. Thompson, U.S.D.J.  Hartford, CT  3/18/05