# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02CR00264 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

U.S. v. Walter Forbes & E. Kirk Shelton

---

**Date:** 5/3/05

**Connecticut Federal Bar Number:** 24933

**Telephone Number:** 856-968-4930

**Fax Number:** 856-968-4917

**E-mail address:** norman.gross@usdoj.gov

**Signature:** /s/ Norman Gross

**Print Clearly or Type Name:** Norman Gross

**Address:**
U.S. Attorney's Office
401 Market Street, 4th Floor
Camden, NJ 08101

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Barry S. Simon, Esq.
Williams and Connelly
725 Twelfth Street, N.W.
Washington, D.C. 20005

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172

**Signature:** /s/ Norman Gross

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)