## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No. 3:02CR264 (AWT) |
| WALTER A. FORBES and ) | |
| E. KIRK SHELTON. ) | May 26, 2005 |
| ) | |

### NOTICE OF WITHDRAWAL OF MOTION OF WALTER A. FORBES FOR AN ORDER GOVERNING SUBPOENAS FOR THE RETRIAL

Defendant Walter A. Forbes, through undersigned counsel, hereby respectfully withdraws the Motion for an Order Governing Subpoenas for the Retrial, which sought an Order (1) making any trial subpoenas issued by Mr. Forbes for testimony in the retrial returnable upon 48 hours notice from his counsel absent application by the witness for more time upon a showing of undue hardship, as was done in the first trial, and (2) permitting any fees or mileage expenses paid to witnesses who were not called to testify (and who were not required to appear in Hartford) to be applied toward the fees and mileage expenses that are required to be delivered with the subpoenas for the retrial pursuant to Federal Rule of Criminal Procedure 17. No opposition has been filed to the Motion.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: May 26, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Notice of Withdrawal of Motion of Defendant Walter A. Forbes for an Order Governing Subpoenas for the Retrial to be served on May 26, 2005 to the following via FedEx:

Norman Gross, Esq.  
U.S. Attorney's Office  
    District of New Jersey  
401 Market Street  
Fourth Floor  
Camden, NJ 08101  

James J. Plaisted, Esq.  
Walder, Hayden & Brogar, P.A.  
5 Becker Farm Road  
Roseland, NJ 07068-1727  

Robert J. Fettweis, Esq.  
Tressler, Soderstrom, Maloney &  
    Priess  
744 Broad Street  
Newark, NJ 07102  

Richard F. Lawler, Esq.  
Winston & Strawn LLP  
200 Park Avenue  
New York, NY 10168-4193  

Terri A. Mazur, Esq.  
Mayer, Brown, Rowe & Maw LLP  
190 South LaSalle Street  
Chicago, IL 60603-3441  

Gary David, Esq.  
3487 Bar Hite Street  
Pasadena, CA 91107  

Steve Abramson  
Silver, Freedman & Taff, L.L.P.  
1700 Wisconsin Avenue, N.W.  
Washington, D.C. 20007  

_____  
Barry S. Simon