UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | May 26, 2005 |
| | : | |
| **WALTER A. FORBES and** | : | |
| **E. KIRK SHELTON** | : | |

**GOVERNMENT'S MOTION TO SEAL OPPOSITION TO SHELTON'S MOTION FOR INQUIRY INTO OUTSIDE INFLUENCE ON JUROR**

The United States, through undersigned counsel, hereby moves pursuant to Local Rule 57(b) of the District of Connecticut Rules of Criminal Procedure for an order sealing from public view the accompanying Opposition to Shelton's Motion for Inquiry Into Outside Influence on Juror. The Government's Opposition refers to personal and sensitive, non-public information relating to a juror.

In order to protect the juror's privacy, the United States requests that this Court order that the appended Opposition to defendant Kirk Shelton's Motion for Inquiry Into Outside Influence on Juror be filed under seal.

Respectfully submitted,

NORMAN GROSS
Special Attorney
U.S. Department of Justice
Federal Bar No. 24933