# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2005 MAY 27 A 10: 49 |
| v. ) | |
| ) | No. 3:02CR264(AWT) |
| WALTER A. FORBES and ) | |
| E. KIRK SHELTON. ) | May 26, 2005 |

**FILED** 2005 MAY 27 A 10: 49 DISTRICT COURT

## NOTICE OF WITHDRAWAL OF MOTION OF
## WALTER A. FORBES FOR AN ORDER
## GOVERNING SUBPOENAS FOR THE RETRIAL

Defendant Walter A. Forbes, through undersigned counsel, hereby respectfully withdraws the Motion for an Order Governing Subpoenas for the Retrial, which sought an Order (1) making any trial subpoenas issued by Mr. Forbes for testimony in the retrial returnable upon 48 hours notice from his counsel absent application by the witness for more time upon a showing of undue hardship, as was done in the first trial, and (2) permitting any fees or mileage expenses paid to witnesses who were not called to testify (and who were not required to appear in Hartford) to be applied toward the fees and mileage expenses that are required to be delivered with the subpoenas for the retrial pursuant to Federal Rule of Criminal Procedure 17. No opposition has been filed to the Motion.

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   5/27/05