UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | June 8, 2005 |
| | : | |
| WALTER A. FORBES | : | |

**MOTION OF THE UNITED STATES TO SET A BRIEFING SCHEDULE FOR PRE-TRIAL MOTIONS, INCLUDING MOTIONS IN LIMINE**

The United States, by its undersigned counsel, moves the Court to set a briefing schedule for pre-trial motions, including motions *in limine*. The grounds for this motion are set forth in the accompanying memorandum of law.

    Respectfully submitted,

    CHRISTOPHER J. CHRISTIE
    Special Attorney
    U.S. Department of Justice

    /s/ Norman Gross

By:  NORMAN GROSS
    Special Attorney
    U.S. Department of Justice
    Federal Bar No. 24933

Dated: June 8, 2005