**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | June 8, 2005 |
| | : | |
| **WALTER A. FORBES** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE UNITED STATES TO SET A BRIEFING SCHEDULE FOR PRE-TRIAL MOTIONS, INCLUDING MOTIONS IN LIMINE**

Jury selection for the retrial in the above-captioned case is currently scheduled to begin on September 15, 2005. In light of the extensive motion practice which has characterized this case to date, the Government requests that the Court establish a schedule for the filing of pre-trial motions.

Following the very extensive initial trial in this case, the parties are well aware of the bases for any pre-trial motions, including any motions *in limine* regarding evidentiary issues which might arise at retrial. In order to facilitate the Court's resolution of those matters, and to minimize the hectic mid-trial briefing and disposition of numerous motions that characterized the initial trial, the Government proposes that the parties be directed to file their motions *in limine*, and any other pre-trial motions, sufficiently in advance of the start of the retrial to permit the Court to rule on those motions before the retrial begins. Such pre-trial resolution of evidentiary matters will speed the presentation of the evidence, and lessen

the burden on the Court, the parties, and the jurors.  See <u>Jones v. Stotts</u>, 59 F.3d 143, 146 (10th Cir. 1995)(a motion *in limine* seeks guidance from the court regarding an evidentiary dispute in order to aid the parties in formulating trial strategy); <u>United States v. Evans</u>, 216 F.3d 80, 91-92 (D.C. Cir. 2000)(the Government should move *in limine* for a ruling from the district court regarding "incriminating evidence of uncertain admissibility" before the evidence is offered).  Pre-trial disposition of a motion *in limine* serves the important interest of efficiency, by focusing the energies of the Court and the parties on matters that can be resolved before trial, and preserving trial time for matters that can only be resolved then.

To accomplish this goal, the Government proposes that the Court adopt the following briefing schedule for such motions:

| | |
|---|---|
| Monday, July 18, 2005: | pre-trial motions due |
| Monday, August 22, 2005: | responses due |
| Wednesday, September 15, 2005: | reply briefs due |

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court set a briefing schedule as described above.

                                      Respectfully submitted,

                                      CHRISTOPHER J. CHRISTIE
                                      Special Attorney
                                      U.S. Department of Justice

                                      /s/ Norman Gross

                          By:  NORMAN GROSS
                                      Special Attorney
                                      U.S. Department of Justice
                                      Federal Bar No. 24933

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via fax and United States Mail:

    Barry S. Simon, Esq.

      I declare under penalty of perjury that the foregoing is true and correct.

                                          /s/ Norman Gross
                                          _____
                                          Norman Gross
                                          U.S. Department of Justice

Dated: June 8, 2005
       Camden, New Jersey