UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:02CR264 (AWT) |
| | ) |
| WALTER A. FORBES. | ) |

FILED

2005 JUN 30 P 12: 27

DISTRICT COURT
HARTFORD, CT.

## ORDER

It is on this  30th  day of  June , 2005 hereby ORDERED that:

1.  Mr. Forbes shall file, on or before July 15, 2005, all motions required to be filed before trial under Fed. R. Crim. P. 12(b)(3). To the extent Mr. Forbes seeks to renew previously filed motions, he may file a summary pleading that incorporates the previously filed motions by reference. The government shall file its opposition memoranda on or before August 12, 2005. To the extent the government seeks to rely upon previously filed opposition memoranda, it may file a summary pleading that incorporates the previously filed memoranda by reference. Mr. Forbes shall file his reply memoranda on or before August 26, 2005. To the extent Mr. Forbes seeks to rely upon previously filed reply memoranda, he may file a summary pleading that incorporates the previously filed memoranda by reference.

2.  The government shall file a motion in limine on or before July 18, 2005. Mr. Forbes shall file his opposition memorandum on or before August 22,

2005. The government shall file a reply memorandum on or before September 15, 2005.

3. The government shall supply Mr. Forbes with a revised witness list on or before July 31, 2005. The revised list shall contain an "A" category representing witnesses whom the government intends to call in its case-in-chief and a "B" category representing a realistic list of witnesses who may be called by the government in its case-in-chief.

4. The government has represented that it will use the same exhibit list that it used in the prior trial. The government shall supply Mr. Forbes, on or before August 15, 2005, with a list of any additional exhibits that the government intends to use in its case-in-chief at trial. The list shall clearly describe the additional exhibits and shall supply the bates ranges of the documents.

---

Alvin W. Thompson
United States District Judge

2