UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)  No. 3:02CR264 (AWT)<br>)  July 14, 2005<br>)<br>) |

**RENEWED MOTION OF DEFENDANT WALTER A. FORBES TO PRECLUDE THE GOVERNMENT FROM PRESENTING ITS PROPOSED EXPERT TESTIMONY BECAUSE IT DOES NOT SATISFY THE RELIABILITY REQUIREMENTS OF <u>DAUBERT</u> AND FEDERAL RULE OF EVIDENCE 702**
(<u>Forbes Retrial Motion *In Limine* No. 1</u>)

Defendant Walter A. Forbes, through undersigned counsel, respectfully renews his motion for an Order, pursuant to Fed. R. Evid. 702, <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579, 595 (1993), and the Sixth Amendment, precluding the government from presenting expert testimony at trial. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: July 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Renewed Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Its Proposed Expert Testimony Because It Does Not Satisfy the Reliability Requirements of <u>Daubert</u> and Federal Rule of Evidence 702 (Forbes Retrial Motion *In Limine* No. 1) to be sent on July 14, 2005 to the following via FedEx:

>Norman Gross, Esq.
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101

_____
Barry S. Simon