UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AWT) |
| v. ) | |
| ) | |
| WALTER A. FORBES ) | July 14, 2005 |
| ) | |

**RENEWED FED. R. CRIM. P. 12(b)(3)
MOTIONS OF DEFENDANT WALTER A. FORBES
(Forbes Retrial Motion No. 1)**

Pursuant to Fed. R. Crim. P. 12(b)(3) and the Court's June 30, 2005 Order, Walter A. Forbes, through undersigned counsel, hereby renews the following pretrial motions. Mr. Forbes incorporates each of the following motions and each of the motions' supporting memoranda in full by reference herein:

1. Motion to Dismiss the Superseding Indictment due to Grand Jury Bias (Forbes Pretrial Motion No.1) (filed 12/14/01) (and supporting memorandum);[1]

2. Motion to Dismiss the Superseding Indictment for Lack of Fair Notice and Lack of Willfulness as a Matter of Law (Forbes Pretrial Motion No. 2) (filed 12/14/01) (and supporting memorandum);

Oral Argument Not Necessary

---

[1] Forbes Pretrial Motion Nos. 1-8, 10-11, 15, and 18 were directed to the July 18, 2001 superseding indictment. Because the government has not dismissed that indictment, Mr. Forbes renews these motions in order to preserve his challenges to that indictment.

3. Motion to Dismiss Counts 3-5 for Failure to Charge a Mail or Wire Fraud Offense and Count 1 for Failure to Charge Legally Sufficient Mail and Wire Fraud Objects (Convergence Issue) (Forbes Pretrial Motion No. 3) (filed 12/14/01) (and supporting memorandum);

4. Motion to Dismiss Counts 3-5 for Failure to Charge a Mail or Wire Fraud Offense and Count 1 for Failure to Charge Legally Sufficient Mail and Wire Fraud Objects (Transfer of Money from Alleged Victims) (Forbes Pretrial Motion No. 4) (filed 12/14/01) (and supporting memorandum);

5. Motion to Dismiss Counts 3-5 on the Grounds that They Fail to State an Offense under 18 U.S.C. §§ 1341 or 1343 (Failure to Allege Materiality) (Forbes Pretrial Motion No. 5) (filed 12/14/01) (and supporting memorandum);

6. Motion to Dismiss Counts 2-5 on the Ground They Are Unconstitutionally Vague, in Violation of the Fifth and Sixth Amendments (Forbes Pretrial Motion No. 6) (filed 12/14/01) (and supporting memorandum);

7. Motion to Dismiss Counts 3 and 4 (Mail Fraud) of the Superseding Indictment for Failure to Allege a Mailing that Is in Furtherance of a Fraudulent Scheme (Forbes Pretrial Motion No. 7) (filed 12/14/01) (and supporting memorandum);

8. Motion to Dismiss Count 4 (Mail Fraud) Because the Mailing Alleged Was Required by Law (Forbes Pretrial Motion No. 8) (filed 12/14/01) (and supporting memorandum);

9. Motion to Dismiss Count 2 of the Superseding Indictment as Duplicitous (Forbes Pretrial Motion No. 10) (filed 12/14/01) (and supporting memorandum);

10. Motion for Records Regarding Instructions Given to the Grand Jury (Forbes Pretrial Motion No. 11) (filed 12/14/01) (and supporting memorandum);

11. Motion to Compel the Immediate Production of Brady/Giglio Material and for the In Camera Review of Witness Statements, Testimony and Interview Notes (Forbes Pretrial Motion No. 13) (filed 12/14/01) (and supporting memorandum). Mr. Forbes also incorporates herein the arguments made in the Motion of E. Kirk Shelton to Require the Government to Produce All Outstanding Brady and/or Giglio material (Shelton Pretrial Motion No. 19) (docket no. 310) (filed 6/30/03) and the memorandum filed in support of that motion (docket nos. 311-313, filed 6/30/03);

12. Motion to Compel Discovery Under Fed. R. Crim. P. 16(a)(1)(C) (Forbes Pretrial Motion No. 14) (filed 12/14/01) (and supporting memorandum);

13. Motion for a Bill of Particulars (Forbes Pretrial Motion No. 15) (filed 12/14/01) (and supporting memorandum);

14. Motion to Strike Paragraph 55 of the Indictment (Forbes Pretrial Motion No. 18) (filed 12/14/01) (and supporting memorandum);

15. Motion for Modification of Court's Oral Ruling Concerning Rule 16(b)(1)(C) (Forbes Pretrial Motion No. 20) (filed 1/11/02) (and supporting

memorandum);

16. Motion to Preclude the Government from Presenting Expert Testimony Due to Its Deliberate and Unjustifiable Violation of the Court's Scheduling Order (Forbes Pretrial Motion No. 21) (filed 11/14/02) (and supporting memorandum);

17. Motion for an Order Requiring the Government to Comply with Rule 13 of the Local Rules of the District of Connecticut (Forbes Pretrial Motion No. 22) (filed 11/14/02) (and supporting memorandum);

18. Motion for an Evidentiary Hearing to Identify the Source of the Government's Violation of Federal Rule of Criminal Procedure 6(e) and Possible Violation of Rule 13 of the Local Rules of the District of Connecticut, and to Show Cause Why the Offending Party Should Not be Held in Contempt of Court (Forbes Pretrial Motion No. 23) (filed 1/3/03) (and supporting memorandum);

19. Motion for Partial Reconsideration of Motion to Preclude the Government from Presenting Expert Testimony Due to its Deliberate and Unjustifiable Violation of the Court's Scheduling Order (Forbes Pretrial Motion No. 24) (filed 2/10/03) (and supporting memorandum);

20. Motion to Dismiss the Indictment Due to Grand Jury Bias (Forbes Pretrial Motion No. 25) (filed 4/25/03) (and supporting memorandum);

21. Motion to Dismiss the Indictment for Lack of Fair Notice and Lack of Willfulness as a Matter of Law (Forbes Pretrial Motion No. 26) (filed 4/25/03) (and supporting memorandum);

22. Motion to Dismiss Counts 2-4 for Failure to Charge a Mail or Wire Fraud Offense and Count 1 for Failure to Allege Legally-Sufficient Mail or Wire Fraud Objects (Forbes Pretrial Motion No. 27) (filed 4/25/03) (and supporting memorandum);

23. Motion to Dismiss Counts 2 and 3 for Failure to Allege a Mailing that is in Furtherance of a Fraudulent Scheme (Forbes Pretrial Motion No. 28) (filed 4/25/03) (and supporting memorandum);

24. Motion to Dismiss Counts 2-4 and 7-16 on the Ground that They Are Unconstitutionally Vague, in Violation of the Fifth and Sixth Amendments (Forbes Pretrial Motion No. 29) (filed 4/25/03) (and supporting memorandum);

25. Motion to Dismiss Counts 5 and 7-16 of the Indictment Based on Prosecutorial Vindictiveness (Forbes Pretrial Motion No. 30) (filed 4/25/03) (and supporting memorandum);

26. Motion for Disclosure of the Records of the Connecticut Grand Jury Proceedings Due to Probable Grand Jury Abuses, and to Dismiss the Indictment Should Those Records Reveal Any Such Abuses (Forbes Pretrial Motion No. 31) (filed 4/25/03) (and supporting memorandum);

27. Motion for Records Regarding the Instructions Given to the Grand Jury and to Dismiss the Indictment if Those Instructions Confirm that the Grand Jury Was Improperly Charged (Forbes Pretrial Motion No. 32) (filed 4/25/03) (and supporting memorandum);

28. Motion to Dismiss the Indictment Due to the Government's Improper and Pervasive Use of Grand Jury Subpoenas to Conduct Witness Interviews (Forbes Pretrial Motion No. 33) (filed 4/25/03) (and supporting memorandum);

29. Motion to Dismiss Counts 7-12 on the Ground that They Are Both Duplicitous and Multiplicitous (Forbes Pretrial Motion No. 34) (filed 4/25/03) (and supporting memorandum);

30. Motion to Compel Election Among Multiplicitous Counts 13 through 16 (Forbes Pretrial Motion No. 35) (filed 4/25/03) (and supporting memorandum);

31. Motion to Dismiss Count 3 (Mail Fraud) because the Mailing Alleged Was Required by Law (Forbes Pretrial Motion No. 36) (filed 4/25/03) (and supporting memorandum);

32. Motion for a Bill of Particulars (Forbes Pretrial Motion No. 38) (filed 4/25/03) (and supporting memorandum);

33. Motion to Strike Prejudicial Surplusage (Forbes Pretrial Motion No. 40) (filed 4/25/03) (and supporting memorandum);

34. Motion for Leave to File Additional Motions (Forbes Pretrial Motion No. 42) (filed 4/25/03) (and supporting memorandum);

35. Motion to Preclude the Government from Presenting Expert Testimony Due to Its Violation of This Court's Order That It Produce Expert Testimony Summaries in Compliance with Rule 16 and This Court's Standing Order on Pretrial Discovery On or Before December 16, 2002 (Forbes Pretrial Motion No. 48) (filed

6/27/03) (and supporting memorandum);

      36.    Motion to Preclude the Government from Presenting Expert Testimony Because It Does Not Satisfy the Reliability Requirements of <u>Daubert</u> and Federal Rule of Evidence 702 (Forbes Pretrial Motion No. 49) (filed 6/27/03) (and supporting memorandum);

      37.    Motion to Compel Discovery (Forbes Pretrial Motion No. 50) (filed 6/27/03) (and supporting memorandum);

      38.    Supplemental Motion to Compel Discovery (Forbes Pretrial Motion No. 59) (filed 2/17/04) (and supporting memorandum);

      39.    Supplemental Motion for Bill of Particulars (Forbes Pretrial Motion No. 60) (filed 2/17/04) (and supporting memorandum);

      40.    Motion to Modify Paragraph E of the Standing Order on Discovery to Allow Mr. Forbes to Produce His Exhibit List and Exhibits Following the Conclusion of the Government's Case-In-Chief at Trial (Forbes Pretrial Motion No. 61) (filed 3/1/04) (and supporting memorandum);

      41.    Motion for Clarification and Reconsideration of Order Denying Forbes Pretrial Motion No. 61 (Forbes Pretrial Motion No. 62) (filed 3/23/04) (and supporting memorandum);

      42.    Renewed Motion for a Bill of Particulars (Forbes Trial Motion No. 2) (filed 5/5/04) (and supporting memorandum).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Renewed Fed. R. Crim. P. 12(b)(3) Motions of Defendant Walter A. Forbes (Forbes Retrial Motion No. 1) to be served on July 14, 2005 to the following via FedEx:

      Norman Gross, Esq.
      U.S. Attorney's Office
      District of New Jersey
      401 Market Street
      Fourth Floor
      Camden, NJ 08101

      Michael Martinez, Esq.
      Craig Carpenito, Esq.
      U.S. Attorney's Office
      District of New Jersey
      970 Broad Street, Suite 700
      Newark, NJ  07102

_____
Barry S. Simon