UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>) | No. 3:02CR264 (AWT)<br><br>July 14, 2005 |

### MOTION OF DEFENDANT WALTER A. FORBES
### (1) FOR A BILL OF PARTICULARS AND (2) TO LIMIT THE EVIDENCE
### PRESENTED AT TRIAL TO THE CHARGES IN THE INDICTMENT
### (Forbes Retrial Motion No. 2)

Defendant Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his renewed motion (i) for a bill of particulars pursuant to Fed. R. Crim. P. 7(f) and (ii) to limit the evidence presented by the government at trial to the charges in the indictment. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

Oral Argument Requested                    - and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes (1) for a Bill of Particulars and (2) to Limit the Evidence Presented at Trial to the Charges in the Indictment (Forbes Retrial Motion No. 2) to be served on July 14, 2005 to the following via FedEx:

      Norman Gross, Esq.
      U.S. Attorney's Office
      District of New Jersey
      401 Market Street
      Fourth Floor
      Camden, NJ 08101

      Michael Martinez, Esq.
      Craig Carpenito, Esq.
      U.S. Attorney's Office
      District of New Jersey
      970 Broad Street, Suite 700
      Newark, NJ 07102

_____
Barry S. Simon