# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, )
)
v. )
) No. 3:02CR264 (AWT)
WALTER A. FORBES )
) July 14, 2005
)
)

## MOTION OF WALTER A. FORBES TO COMPEL DISCOVERY
### (Forbes Retrial Motion No. 3)

Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his motion to compel the government to comply with its obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963); <u>Giglio v. United States</u>, 405 U.S. 150 (1972); and Fed. R. Crim. P. 16.  The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

Oral Argument Requested

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## **CERTIFICATE OF SERVICE**

   I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Compel Discovery (Forbes Retrial Motion No. 3) to be served on July 14, 2005 to the following via FedEX:

       Norman Gross, Esq.
       U.S. Attorney's Office
       District of New Jersey
       401 Maret Street
       Fourth Floor
       Camden, NJ  08101

       Michael Martinez, Esq.
       Craig Carpenito, Esq.
       U.S. Attorney's Office
       District of New Jersey
       970 Broad Street, Suite 700
       Newark, NJ  07102

             _____
           Barry S. Simon