## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v.          )<br><br>WALTER A. FORBES.          ) | No. 3:02CR264 (AWT)<br>July 14, 2005 |

### MOTION OF WALTER A. FORBES TO OBTAIN A TRANSCRIPT OF THE COURT'S EX PARTE COMMUNICATIONS WITH GOVERNMENT COUNSEL
### (Forbes Retrial Motion No. 4)

On March 8, 2005, Mr. Forbes objected to the ex parte communications that occurred between government counsel and the Court concerning the government's Motion for a Continuance, and requested a copy of the transcript of those communications.  Mr. Forbes now respectfully renews his motion for a copy of that transcript.  The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:  _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

Oral Argument Not Necessary

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated:  July 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Obtain a Transcript of the Court's <u>Ex</u> <u>Parte</u> Communications with Government Counsel (Forbes Retrial Motion No. 4) to be sent on July 14, 2005 to the following via FedEx:

> Norman Gross, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ 08101

Barry S. Simon