UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | No. 3:02CR264 (AWT)<br>July 14, 2005 |

**MEMORANDUM IN SUPPORT OF MOTION OF
WALTER A. FORBES TO OBTAIN A TRANSCRIPT OF
THE COURT'S EX PARTE COMMUNICATIONS WITH
GOVERNMENT COUNSEL
(Forbes Retrial Motion No. 4)**

On the afternoon of Friday, March 4, 2005, counsel for Walter A. Forbes received notice that in connection with the government's Motion for a Continuance the Court had conducted in camera, ex parte interviews of Messrs. Carney and Schechter – both counsel of record for the government in this case. Mr. Forbes objected to the Court conducting ex parte communications with the government during the telephonic hearing on March 8, 2005, and requested a copy of the transcript of those proceedings. Tr. 3/8/05 at 8-9. The Court denied Mr. Forbes' request. Mr. Forbes respectfully hereby renews his objection to the Court's ex parte communications with government counsel, and formally moves for a copy of the transcript on the grounds that there was no justification for conducting the interviews ex parte. See, e.g., United States v. Abuhamra, 389 F.3d 309 (2d Cir. 2004); Robinson v. Cattaraugus County, 147 F.3d 153, 165 (2d Cir. 1998);

Penthouse Int'l, Ltd. v. Dominion Fed. Sav. & Loan Ass'n., 855 F.2d 963, 987 (2d Cir. 1988).

## CONCLUSION

For the foregoing reasons, Mr. Forbes respectfully objects to the ex parte communications that occurred between government counsel and the Court concerning the government's Motion for a Continuance, and moves this Court for an order that a transcript of the ex parte communications with Messrs. Carney and Schechter be made and produced to the defense.[1]

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP

By: _____
        Brendan V. Sullivan, Jr. (Bar No. ct17115)
        Barry S. Simon (Bar No. ct24159)

        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        (202) 434-5000 (phone)
        (202) 434-5029 (fax)
        bsimon@wc.com (e-mail)

        - and -

---

[1] Mr. Forbes reserves the right to make any additional motions that may be appropriate after having access to the transcript.

                         James T. Cowdery (Bar No. ct05103)
                         Thomas J. Murphy (Bar No. ct07959)
                         COWDERY, ECKER & MURPHY, L.L.C.
                         750 Main Street
                         Hartford, CT 06103-2703
                         (860) 278-5555 (phone)
                         (860) 249-0012 (fax)
                         tmurphy@cemlaw.com (e-mail)

                         Attorneys for Walter A. Forbes

Dated: July 14, 2005

3

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Memorandum in Support of Motion of Walter A. Forbes to Obtain a Transcript of the Court's <u>Ex</u> <u>Parte</u> Communications with Government Counsel (Forbes Retrial Motion No. 4) to be sent on July 14, 2005 to the following via FedEx:

>Norman Gross, Esq.
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101

_____
Barry S. Simon