UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | |
| WALTER A. FORBES ) | July 14, 2005 |
| ) | |

**MOTION OF WALTER A. FORBES TO RELEASE <u>GEANEY</u> FINDINGS**
<u>(Forbes Retrial Motion No. 5)</u>

Walter A. Forbes, through undersigned counsel, respectfully requests that the Court release to the parties under seal its findings under <u>United States v. Geaney</u>, 417 F.2d 1116 (2d Cir. 1969).

At the close of the government's case, the parties briefed the issue of the admissibility of certain evidence pursuant to Fed. R. Evid. 801(d)(2)(E). The Court made an oral finding under <u>Geaney</u>, but indicated that it would be making more detailed written findings. Tr. (07/14/05) at 10,805 ("We've got to handle this in a summary fashion because I will be writing something up."). Accordingly, Mr. Forbes requests that the Court release these findings to the parties under seal.

Oral Argument Not Necessary

- 2 -

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Release <u>Geaney</u> Findings (Forbes Retrial Motion No. 5) to be served on July 14, 2005 to the following via FedEX:

      Norman Gross, Esq.
      U.S. Attorney's Office
      District of New Jersey
      401 Maret Street
      Fourth Floor
      Camden, NJ 08101

      Michael Martinez, Esq.
      Craig Carpenito, Esq.
      U.S. Attorney's Office
      District of New Jersey
      970 Broad Street, Suite 700
      Newark, NJ 07102

_____
Barry S. Simon