UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**      :   No. 3:02CR00264 (AWT)
                                  :
                                  :
        v.                        :   JULY 18, 2005
                                  :
                                  :
                                  :
**WALTER A. FORBES and**          :


       **MOTION OF THE UNITED STATES FOR LEAVE TO EXCEED THE PAGE
          LIMITATION OF LOCAL RULE OF CIVIL PROCEDURE 7(d)**

   The United States, through undersigned counsel, respectfully moves for leave to file a memorandum in support of its motion *in limine* (Government Pre-Retrial Motion No. 1) that exceeds the page limitation in Local Rule of Civil Procedure Rule 7(d).

   The Government's motion *in limine* seeks rulings from the Court on six discrete, narrowly tailored issues.  For the convenience of the Court and the parties, the Government has filed a single motion and supporting memorandum addressing all of those issues, rather than separate motions and memoranda for each.  The defendants did not object when the Government employed the same practice with respect to the motion in limine that it filed in advance of the initial trial in this case.

Accordingly, the Government respectfully requests that the Court accept for filing the Government's memorandum as currently submitted with this motion.

>Respectfully submitted,
>
>CHRISTOPHER J. CHRISTIE
>Special Attorney
>U.S. Department of Justice
>
>Norman Gross/s
>
>By: NORMAN GROSS
>Special Attorney
>U.S. Department of Justice
>Federal Bar No. 24933

Dated: July 18, 2005
Camden, New Jersey

<u>CERTIFICATE OF SERVICE</u>

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and United States Mail:

Barry S. Simon, Esq.  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C.  20005-5901  
(202) 434-5005

                                      /s/ Lynda Powers  
                                      LYNDA POWERS  
                                      U.S. Department of Justice

Dated: July 18, 2005  
       Camden, New Jersey