# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States
v
Walter A. Forbes

**APPEARANCE**

CASE NUMBER: 3:02CR00264(AST)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Michael Martinez, Esq.
Craig Carpenito, Esq.
Special Attorneys
United States Department of Justice
970 Broad Street  Newark, New Jersey 07102

July 18, 2005
**Date**

*Signature*

Michael Martinez      Craig Carpenito
**Print Clearly or Type Name**

U.S. Attorney's Office
**Address**

970 Broad St., Newark, NJ 07102

**Connecticut Federal Bar Number**

(973) 645-2700
**Telephone Number**

(973) 297-2045
**Fax Number**

michael.martinez2@usdoj.gov, craig.carpenito@usdoj.gov
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Barry S. Simon, Esq.
Williams & Connolly, LLP
725 12th St., NW
Washington, DC
20005-5901
(202) 434-5005

Hon. Alvin S. Thompson
US District Court
District of Connecticut
450 Main Street
Hartford, CT 06103
(860) 240-3224

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001