UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | JULY 18, 2005 |
| | : | |
| | : | |
| WALTER A. FORBES and | : | |

**MOTION OF THE UNITED STATES FOR LEAVE TO EXCEED THE PAGE
LIMITATION OF LOCAL RULE OF CIVIL PROCEDURE 7(d)**

The United States, through undersigned counsel,
respectfully moves for leave to file a memorandum in support of
its motion *in limine* (Government Pre-Retrial Motion No. 1) that
exceeds the page limitation in Local Rule of Civil Procedure Rule
7(d).

The Government's motion *in limine* seeks rulings from
the Court on six discrete, narrowly tailored issues.  For the
convenience of the Court and the parties, the Government has
filed a single motion and supporting memorandum addressing all of
those issues, rather than separate motions and memoranda for
each.  The defendants did not object when the Government employed
the same practice with respect to the motion in limine that it
filed in advance of the initial trial in this case.

**GRANTED.   It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  7/20/05