UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | JULY 18, 2005 |
| | : | |
| **WALTER A. FORBES and** | : | |

**UNITED STATES MOTION TO IN LIMINE**

<u>**GOVERNMENT'S PRE-RETRIAL MOTION NO. 1**</u>

The United States moves *in limine* regarding various evidentiary and argument issues that will arise during the retrial of this case. The nature of those issues, and the grounds for the Government's positions, are set forth in the accompanying memorandum of law.

    Respectfully submitted,
    CHRISTOPHER J. CHRISTIE
    Special Attorney
    U.S. Department of Justice

    /s/ Norman Gross

    NORMAN GROSS
    MICHAEL MARTINEZ
    CRAIG CARPENITO
    Special Attorneys
    U.S. Department of Justice

Dated: July 18, 2005
Newark, New Jersey

Opposition Due August 22, 2005
Reply Due September 15, 2005