<u>CERTIFICATE OF SERVICE</u>

    The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and United States Mail:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005

    /s/ Lynda Powers
    LYNDA POWERS
    U.S. Department of Justice

Dated: July 18, 2005
      Camden, New Jersey