UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 3:02CR00264(AWT)
)
WALTER A. FORBES and )
E. KIRK SHELTON )

---

**NOTICE TO COUNSEL RE JUNE 17, 2005 TELEPHONIC CONFERENCE**

After obtaining background information from the Clerk's office, the court decided to make revisions to the draft of the letter discussed during the June 17, 2005 telephonic conference. (See Tr. at 10.) A copy of the letter is being filed under seal. Counsel for Mr. Shelton and for the government will be provided with copies.

It is so ordered.

Dated this 4th day of August 2005, in Hartford, Connecticut.

 Alvin W. Thompson
 United States District Court