```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA     :   No. 3:02CR00264 (AWT)
                             :
                             :
        v.                   :   August 12, 2005
                             :
                             :
                             :
WALTER A. FORBES             :
```

**GOVERNMENT'S OPPOSITION TO DEFENDANT WALTER A. FORBES' RENEWED
FED.R.CRIM.P. 12(B)(3) MOTIONS**

(Forbes Retrial Motion No. 1)

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U. S. Department of Justice
970 Broad Street, Room 700
Newark, New Jersey 07101
Tel: (973) 645-2700
Fax: (973) 645-2857

**ARGUMENT**

In a single pleading devoid of argument or citation to authority, Forbes purports to "renew" dozens of his previously filed pre-trial and trial motions. He provides no rationale for why this Court should reconsider its rulings on any of those motions. Given his failure to present any arguments in support of those motions other than the failed arguments he previously advanced and this Court previously rejected, Forbes evidently does not seek to have this Court actually reconsider its rulings, but has filed the instant motion for some other, undisclosed purpose.

What is apparent is that Forbes has not even attempted to meet his strenuous burden for obtaining actual reconsideration of any of the claims set forth in this roster of prior motions. Forbes declines to mention the strict standard of review for granting reconsideration. Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995)(party seeking reconsideration must meet a "strict burden"); accord United States v. Ocasio, 2005 WL 1489462, *2 (D.Conn., June 20, 2005); Thompson v. United States, 2005 WL 1278953, *1 (N.D.N.Y., May 27, 2005). Reconsideration motions do not provide a litigant with a second bite at the apple. See Sequa Corp. v. GBJ Corp., 156 F.3d 136, 144 (2d Cir. 1998). A reconsideration motion will be denied unless the "moving party can point to controlling decisions or data that the court overlooked -- matters, in other words, that might

reasonably be expected to alter the conclusion reached by the court." Id.; United States v. Fell, 372 F.Supp.2d 773, 780 (D.Vt. 2005). Thus, "the function of a motion for reconsideration is to present the court with an opportunity to correct 'manifest errors of law or fact or to consider newly discovered evidence.'" LoSacco v. City of Middletown, 822 F.Supp. 870, 876-77 (D.Conn. 1993), aff'd, 33 F.3d 50 (2d Cir. 1994), quoting Rothwell Cotton Co. v. Rosenthal & Co., 827 F.2d 246, 251 (7th Cir. 1987)). "[A] motion for reconsideration may not be used to plug gaps in an original argument or to argue in the alternative once a decision has been made." Lopez v. Smiley, 375 F.Supp.2d 19, 21-22 (D.Conn., June 24, 2005); Horsehead Resource Development Co., Inc. v. B.U.S. Environmental Services, Inc., 928 F.Supp. 287, 289 (S.D.N.Y. 1996) (internal citations and quotations omitted). As Forbes has undertaken to do none of the above, his "renewal" motion can be summarily rejected.

For the convenience of the Court, the following table identifies, to the extent that they are reflected on the docket, the Government's responses to the motions, and the Court's disposition of those motions, which Forbes seeks to "renew" in this submission:[1]

---

[1] Forbes' inclusion of certain pre-trial motions filed in the Unites States District Court for the District of New Jersey, which were directed to a prior indictment in this case issued by a grand jury sitting in Newark, New Jersey, before this case was
(continued...)

|  | Docket # of Defendant's Motion | Docket # of Government's Response | Docket # of Judge's Ruling |
|---|---|---|---|
| 1. Motion to Dismiss the Superseding Indictment due to Grand Jury Bias (Forbes Pretrial Motion No.1) (filed 12/14/01) | 33 |  |  |
| 2. Motion to Dismiss the Superseding Indictment for Lack of Fair Notice and Lack of Willfulness as a Matter of Law (Forbes Pretrial Motion No. 2) (filed 12/14/01) | 34 |  |  |
| 3. Motion to Dismiss Counts 3-5 for Failure to Charge a Mail or Wire Fraud Offense and Count 1 for Failure to Charge Legally Sufficient Mail and Wire Fraud Objects (Convergence Issue) (Forbes Pretrial Motion No. 3) (filed 12/14/01) | 57 or 58 |  |  |
| 4. Motion to Dismiss Counts 3-5 for Failure to Charge a Mail or Wire Fraud Offense and Count 1 for Failure to Charge Legally Sufficient Mail and Wire Fraud Objects (Transfer of Money from Alleged Victims) (Forbes Pretrial Motion No. 4) (filed 12/14/01) | 57 or 58 (see previous entry) |  |  |

---

[1](...continued)
transferred on the defendants' motion to this District, contradicts a "notice" that Forbes filed in this Court, captioned "Notice that certain pretrial motions do not need to be decided so long as government does not proceed under NJ Superceding Indictment." Docket No, 373, filed 8/11/03. The motions listed as items 1 through 15 in Forbes' present motion to "renew" his prior Rule 12(b)(3) motions were all filed in the District Court for the District of New Jersey and were effectively rendered moot when the Government superseded the New Jersey indictment with the indictment that was tried before this Court in 2004, and which will be retried before this Court in 2005.

| | | | |
|---|---|---|---|
| 5. Motion to Dismiss Counts 3-5 on the Grounds that They Fail to State an Offense under 18 U.S.C. §§ 1341 or 1343 (Failure to Allege Materiality) (Forbes Pretrial Motion No. 5) (filed 12/14/01) | 56 | | |
| 6. Motion to Dismiss Counts 2-5 on the Ground They Are Unconstitutionally Vague, in Violation of the Fifth and Sixth Amendments (Forbes Pretrial Motion No. 6) (filed 12/14/01) | 55 | | |
| 7. Motion to Dismiss Counts 3 and 4 (Mail Fraud) of the Superseding Indictment for Failure to Allege a Mailing that Is in Furtherance of a Fraudulent Scheme (Forbes Pretrial Motion No. 7) (filed 12/14/01) | 54 | | |
| 8. Motion to Dismiss Count 4 (Mail Fraud) Because the Mailing Alleged Was Required by Law (Forbes Pretrial Motion No. 8) (filed 12/14/01) | 53 | | |
| 9. Motion to Dismiss Count 2 of the Superseding Indictment as Duplicitous (Forbes Pretrial Motion No. 10) (filed 12/14/01) | 51 | | |
| 10. Motion for Records Regarding Instructions Given to the Grand Jury (Forbes Pretrial Motion No. 11) (filed 12/14/01) | 50 | | |

| | | | |
|---|---|---|---|
| 11.  Motion to Compel the Immediate Production of Brady/Giglio Material and for the In Camera Review of Witness Statements, Testimony and Interview Notes (Forbes Pretrial Motion No. 13) (filed 12/14/01)<br><br>Mr. Forbes also incorporates herein the arguments made in the Motion of E. Kirk Shelton to Require the Government to Produce All Outstanding Brady and/or Giglio material (**Shelton** Pretrial Motion No. 19) (docket no. 310) (filed 6/30/03)<br><br>and the memorandum filed in support of that motion (docket nos. 311-313, filed 6/30/03) | 40<br><br><br><br><br>310<br>Reply @ 386<br><br><br><br><br><br><br><br>311-313 | 359 | Hearing @ 409 |
| 12.  Motion to Compel Discovery Under Fed. R. Crim. P. 16(a)(1)(C) (Forbes Pretrial Motion No. 14) (filed 12/14/01) | 39 | | |
| 13.  Motion for a Bill of Particulars (Forbes Pretrial Motion No. 15) (filed 12/14/01) | 35 | | |
| 14.  Motion to Strike Paragraph 55 of the Indictment (Forbes Pretrial Motion No. 18) (filed 12/14/01) | 37 | | |
| 15.  Motion for Modification of Court's Oral Ruling Concerning Rule 16(b)(1)(C) (Forbes Pretrial Motion No. 20) (filed 1/11/02) | 41 | | |
| 16.  Motion to Preclude the Government from Presenting Expert Testimony Due to Its Deliberate and Unjustifiable Violation of the Court's Scheduling Order (Forbes Pretrial Motion No. 21) (filed 11/14/02) | 22 | 136358 | 83 (denied) |

| | | | |
|---|---|---|---|
| 17.  Motion for an Order Requiring the Government to Comply with Rule 13 of the Local Rules of the District of Connecticut (Forbes Pretrial Motion No. 22) (filed 11/14/02) | 20 | | 84 (denied) |
| 18.  Motion for an Evidentiary Hearing to Identify the Source of the Government's Violation of Federal Rule of Criminal Procedure 6(e) and Possible Violation of Rule 13 of the Local Rules of the District of Connecticut, and to Show Cause Why the Offending Party Should Not be Held in Contempt of Court (Forbes Pretrial Motion No. 23) (filed 1/3/03) | 74 Reply @ 110 | 77, 89 | Hearing @ 423 |
| 19.  Motion for Partial Reconsideration of Motion to Preclude the Government from Presenting Expert Testimony Due to its Deliberate and Unjustifiable Violation of the Court's Scheduling Order (Forbes Pretrial Motion No. 24) (filed 2/10/03) | 106 | | |
| 20.  Motion to Dismiss the Indictment Due to Grand Jury Bias (Forbes Pretrial Motion No. 25) (filed 4/25/03) | 208, 209 Reply @ 360 | 290 | Hearing @ 423  Oral ORDER denying motion dated 4/19/04 |
| 21.  Motion to Dismiss the Indictment for Lack of Fair Notice and Lack of Willfulness as a Matter of Law (Forbes Pretrial Motion No. 26) (filed 4/25/03) | 195, 196 Reply @ 364 | 291 | |
| 22.  Motion to Dismiss Counts 2-4 for Failure to Charge a Mail or Wire Fraud Offense and Count 1 for Failure to Allege Legally-Sufficient Mail or Wire Fraud Objects (Forbes Pretrial Motion No. 27) (filed 4/25/03) | 197, 198 | 293, 326 | Hearing @ 516  Oral ORDER denying motion dated 4/19/04 |

| | | | |
|---|---|---|---|
| 23.  Motion to Dismiss Counts 2 and 3 for Failure to Allege a Mailing that is in Furtherance of a Fraudulent Scheme (Forbes Pretrial Motion No. 28) (filed 4/25/03) | 199, 200 Reply @ 343 | 294 | Oral ORDER denying motion dated 4/19/04 |
| 24.  Motion to Dismiss Counts 2-4 and 7-16 on the Ground that They Are Unconstitutionally Vague, in Violation of the Fifth and Sixth Amendments (Forbes Pretrial Motion No. 29) (filed 4/25/03) | 201, 202 362 | 295 | Hearing @ 516<br><br>Oral ORDER denying motion dated 4/19/04 |
| 25.  Motion to Dismiss Counts 5 and 7-16 of the Indictment Based on Prosecutorial Vindictiveness (Forbes Pretrial Motion No. 30) (filed 4/25/03) | 203, 204 363 | 296 | Hearing @ 423<br><br>Oral ORDER denying motion dated 4/19/04 |
| 26.  Motion for Disclosure of the Records of the Connecticut Grand Jury Proceedings Due to Probable Grand Jury Abuses, and to Dismiss the Indictment Should Those Records Reveal Any Such Abuses (Forbes Pretrial Motion No. 31) (filed 4/25/03) | 206, 207 Reply @ 270 | 252 | Hearing @ 423<br><br>Oral ORDER denying motion dated 4/19/04 |
| 27.  Motion for Records Regarding the Instructions Given to the Grand Jury and to Dismiss the Indictment if Those Instructions Confirm that the Grand Jury Was Improperly Charged (Forbes Pretrial Motion No. 32) (filed 4/25/03) | 173, 174 Reply @ 377 | 297 | Hearing @ 423<br><br>Oral ORDER denying motion dated 4/19/04 |
| 28.  Motion to Dismiss the Indictment Due to the Government's Improper and Pervasive Use of Grand Jury Subpoenas to Conduct Witness Interviews (Forbes Pretrial Motion No. 33) (filed 4/25/03) | 175, 176 Reply @ 347 | 298 | Hearing @ 423 |

| | | | |
|---|---|---|---|
| 29. Motion to Dismiss Counts 7-12 on the Ground that They Are Both Duplicitous and Multiplicitous (Forbes Pretrial Motion No. 34) (filed 4/25/03) | 177, 178 | 299 | Hearing @ 516<br><br>Oral ORDER denying motion dated 4/19/04 |
| 30. Motion to Compel Election Among Multiplicitous Counts 13 through 16 (Forbes Pretrial Motion No. 35) (filed 4/25/03) | 179, 180<br>Reply @ 349 | 300 | Hearing @ 516<br><br>Oral ORDER denying motion dated 4/19/04 |
| 31. Motion to Dismiss Count 3 (Mail Fraud) because the Mailing Alleged Was Required by Law (Forbes Pretrial Motion No. 36) (filed 4/25/03) | 181, 182 | 301 | Oral ORDER denying motion dated 4/19/04 |
| 32. Motion for a Bill of Particulars (Forbes Pretrial Motion No. 38) (filed 4/25/03)<br><br>*see also Forbes Pretrial Motion No. 60 (item 39 on this table), Supplemental Motion for Bill of Particulars* | 185, 186<br>Reply @ 289<br>Supp. Motion @ 480<br>548, 551 | 253 | Hearing @ 408<br><br>Oral ORDER denying motion dated 4/19/04 |
| 33. Motion to Strike Prejudicial Surplusage (Forbes Pretrial Motion No. 40) (filed 4/25/03) | 189, 190<br>Reply @ 368 | 302 | |
| 34. Motion for Leave to File Additional Motions (Forbes Pretrial Motion No. 42) (filed 4/25/03) | 193, 194 | | |

| | | | |
|---|---|---|---|
| 35.  Motion to Preclude the Government from Presenting Expert Testimony Due to Its Violation of This Court's Order That It Produce Expert Testimony Summaries in Compliance with Rule 16 and This Court's Standing Order on Pretrial Discovery On or Before December 16. 2002 (Forbes Pretrial Motion No. 48) (filed 6/27/03) | 274, 275, 276 | 358 | Hearing @ 408<br><br>Oral ORDER denying motion dated 4/19/04 |
| 36.  Motion to Preclude the Government from Presenting Expert Testimony Because It Does Not Satisfy the Reliability Requirements of Daubert and Federal Rule of Evidence 702 (Forbes Pretrial Motion No. 49) (filed 6/27/03) | 274, 277, 278, 512, 525, 529-31, 535-38, 562-63, 602<br>*316, 485, 507 relate to government expert Prof. Robert Sack*<br>Reply @ 404<br>Hearing @ 409<br>Hearing @ 479<br>Hearing @ 482<br>Hearing @ 486 | 614 | Oral ORDER denying motion dated 4/13/04<br><br>Oral ORDER denying motion dated 4/19/04 |
| 37.  Motion to Compel Discovery (Forbes Pretrial Motion No. 50) (filed 6/27/03)<br><br>*see also Forbes Pretrial Motion No. 59 (item 38 on this table), Supplemental Motion to Compel Discovery* | 279, 280<br>Reply @ 391 | 359 | Hearing @ 409 |
| 38.  Supplemental Motion to Compel Discovery (Forbes Pretrial Motion No. 59) (filed 2/17/04)<br><br>*see also Forbes Pretrial Motion No. 50 (item 37 on this table), Motion to Compel Discovery* | 481 | 519 | Hearing @ 567 |
| 39.  Supplemental Motion for Bill of Particulars (Forbes Pretrial Motion No. 60) (filed 2/17/04)<br><br>*see also Forbes Pretrial Motion No. 38 (item 32 on this table), Motion for Bill of Particulars* | 480 | 520 | Hearing @ 567 |

| | | | |
|---|---|---|---|
| 40.  Motion to Modify Paragraph E of the Standing Order on Discovery to Allow Mr. Forbes to Produce His Exhibit List and Exhibits Following the Conclusion of the Government's Case-In-Chief at Trial (Forbes Pretrial Motion No. 61) (filed 3/1/04) | 508, 509<br><br>560-61 | | see Oral Order dated 3/18/04<br><br>Denied @ 558 |
| 41.  Motion for Clarification and Reconsideration of Order Denying Forbes Pretrial Motion No. 61 (Forbes Pretrial Motion No. 62) (filed 3/23/04) | 559 | | |
| 42.  Renewed Motion for a Bill of Particulars (Forbes Trial Motion No. 2) (filed 5/5/04) | 677, 678 | | |

**CONCLUSION**

Owing to Forbes' refusal to present any additional argument or authority in support of his "renewed" motions, those motions should be summarily denied.

                                          Respectfully submitted,

                                          CHRISTOPHER J. CHRISTIE
                                          Special Attorney
                                          U.S. Department of Justice

                                          /s/ Norman Gross

                                          NORMAN GROSS
                                          MICHAEL MARTINEZ
                                          CRAIG CARPENITO
                                          Special Attorneys
                                          U.S. Department of Justice

Dated: August 12, 2005
Newark, New Jersey

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and United States Mail:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005

                                      /s/ Lynda Powers
                                      LYNDA POWERS
                                      U.S. Department of Justice

Dated: August 12, 2005
       Camden, New Jersey