UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | August 12, 2005 |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WALTER A. FORBES' MOTION TO RELEASE <u>GEANEY</u> FINDINGS**

(Forbes Retrial Motion No. 5)

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U. S. Department of Justice
970 Broad Street, Room 700
Newark, New Jersey 07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Forbes requests that this Court release detailed <u>Geaney</u> findings to the parties under seal.  <u>See</u> <u>United States v. Geaney</u>, 417 F.2d 1116 (2d Cir. 1969).  As Forbes acknowledges, this Court previously considered the parties' briefs on this matter, and applied the applicable law to determine that the Government had satisfied its low burden for the admission of various testimony pursuant to Fed. R. Evid. 801(d)(2)(E).  <u>See</u> Government's <u>Geaney</u> Submission ("Supplemental Memorandum in Support of Motion to Permit Testimony Regarding Co-Conspirator Statements"), Docket No. 1102, filed August 25, 2004; Tr. 10805-07.

The Government takes no position with respect to this request, other than to note that this Court is not required to make such detailed findings.  <u>United States v. Robinson</u>, 390 F.3d 853, 881 n. 38 (6th Cir. 2004); <u>United States v. Maliszewski</u>, 161 F.3d 992, 1007 (6th Cir. 1998); <u>United States v. Roach</u>, 164 F.3d 403, 410 (8th Cir. 1998).

    Respectfully submitted,
    CHRISTOPHER J. CHRISTIE
    Special Attorney
    U.S. Department of Justice

    /s/ Norman Gross

    NORMAN GROSS
    MICHAEL MARTINEZ
    CRAIG CARPENITO
    Special Attorneys
    U.S. Department of Justice

Dated: August 12, 2005
Newark, New Jersey

<u>CERTIFICATE OF SERVICE</u>

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and United States Mail:

Barry S. Simon, Esq.  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C.  20005-5901  
(202) 434-5005

          /s/ Lynda Powers  
         LYNDA POWERS  
         U.S. Department of Justice

Dated: August 12, 2005  
      Camden, New Jersey