UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

### OMNIBUS RULING ON MOTIONS OF NON-PARTIES TO QUASH THE SEPTEMBER 28, 2004 SUBPOENA

The following motions of non-parties to quash the September 28, 2004 subpoena are hereby DENIED as moot:

1. Non-Party Jeffrey D. Smith, Esq.'s Motion to Quash the September 28, 2004 Subpoena (Doc. No. 1227).

2. Non-Party John H. Carley, Esq.'s Motion to Quash the September 28, 2004 Subpoena (Doc. No. 1228).

3. Non-Party DeCotiis, Fitzpatrick, Cole & Wisler LLP's Motion to Quash the September 28, 2004 Subpoena (Doc. No. 1229).

4. Non-Party Herbert J. Stern, Esq.'s Motion to Quash the September 28, 2004 Subpoena (Doc. No. 1230).

5. Non-Party James E. Buckman, Esq.'s Motion to Quash the September 28, 2004 Subpoena (Doc. No. 1231).

6. Non-Party Edward S. Nathan, Esq.'s Motion to Quash the September 28, 2004 Subpoena (Doc. No. 1232).

It is so ordered.

Dated this 16th day of August 2005, at Hartford, Connecticut.

```
                              _____/s/_____
                              Alvin W. Thompson
                              United States District Judge
```