UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 3:02 CR 264 (AWT) |
| v. ) | |
| ) | July 26, 2005 |
| WALTER A. FORBES and E. KIRK SHELTON, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules, Attorney Joel H. Thompson withdraws his appearance on behalf of the defendant, Ernst & Young, in the above-captioned matter.

Joel H. Thompson   ct24654

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Telephone 203-333-9441
Facsimile: 203-333-1489
Email: ssadin@znclaw.com

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 8/16/05