UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>WALTER A. FORBES   )<br>)<br>_____ ) | No. 3:02CR264 (AWT)<br><br>August 22, 2005 |

**MOTION OF DEFENDANT WALTER A. FORBES
TO MODIFY CONFIDENTIAL JUROR QUESTIONNAIRE
(Forbes' Retrial Motion No. 6)**

Walter A. Forbes, through undersigned counsel, respectfully moves to modify the Confidential Juror Questionnaire. Mr. Forbes' requested modifications and the grounds for those modifications are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (email)

-and-
James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)

Oral Argument Requested

COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(806) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Modify Confidential Juror Questionnaire (Forbes Retrial Motion No. 6) to be served on August 22, 2005 to the following via Federal Express:

      Norman Gross, Esq.
      U.S. Attorney's Office
      District of New Jersey
      401 Market Street
      Fourth Floor
      Camden, NJ 08101

      Michael Martinez, Esq.
      Craig Carpenito, Esq.
      U.S. Attorney's Office
      District of New Jersey
      970 Broad Street, Suite 700
      Newark, NJ 07102

_____
Barry S. Simon