UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AWT) |
| v. ) | |
| ) | |
| WALTER A. FORBES ) | August 26, 2005 |
| ) | |

**RENEWED REPLY MEMORANDA IN SUPPORT OF
RENEWED FED. R. CRIM. P. 12(b)(3)
MOTIONS OF DEFENDANT WALTER A. FORBES
(Forbes Retrial Motion No. 1)**

Pursuant to Fed. R. Crim. P. 12(b)(3) and the Court's June 30, 2005 Order, Walter A. Forbes, through undersigned counsel, hereby renews the reply memoranda previously filed by Mr. Forbes in support of his renewed pretrial motions. Mr. Forbes incorporates each of the reply memoranda in full by reference herein:

1. Reply Memorandum in Support of Motion to Preclude the Government from Presenting Expert Testimony Due to Its Deliberate and Unjustifiable Violation of the Court's Scheduling Order (Forbes Pretrial Motion No. 21) (filed March 5, 2003), Supplemental Memorandum (filed June 26, 2003), and Supplemental Reply Memorandum (filed Sept. 6, 2003);

2. Reply Memorandum in Support of Motion for an Order Requiring the Government to Comply with Rule13 of the Local Rules of the District of Connecticut (Forbes Pretrial Motion No. 22) (filed Feb. 13, 2003);

3. Reply Memorandum in Support of Motion for an Evidentiary Hearing to Identify the Source of the Government's Violation of Federal Rule of Criminal Procedure 6(e) and Possible Violation of Rule 13 of the Local Rules of the District of Connecticut, and to Show Cause Why the Offending Party Should Not be Held in Contempt of Court (Forbes Pretrial Motion No. 23) (filed Feb 13, 2003);

4. Reply Memorandum in Support of Motion for Partial Reconsideration of Motion to Preclude the Government from Presenting Expert Testimony Due to its Deliberate and Unjustifiable Violation of the Court's Scheduling Order (Forbes Pretrial Motion No. 24) (filed March 5, 2003);

5. Reply Memorandum in Support of Motion to Dismiss the Indictment Due to Grand Jury Bias (Forbes Pretrial Motion No. 25) (filed July 30, 2003);

6. Reply Memorandum in Support of Motion to Dismiss the Indictment for Lack of Fair Notice and Lack of Willfulness as a Matter of Law (Forbes Pretrial Motion No. 26) (filed July 30, 2003);

7. Reply Memorandum in Support of Motion to Dismiss Counts 2-4 for Failure to Charge a Mail or Wire Fraud Offense and Count 1 for Failure to Allege Legally-Sufficient Mail or Wire Fraud Objects (Forbes Pretrial Motion No. 27) (filed July 30, 2003);

8. Reply Memorandum in Support of Motion to Dismiss Counts 2 and 3 for Failure to Allege a Mailing that is in Furtherance of a Fraudulent Scheme (Forbes Pretrial Motion No. 28) (filed July 30, 2003);

9. Reply Memorandum in Support of Motion to Dismiss Counts 2-4 and 7-16 on the Ground that They Are Unconstitutionally Vague, in Violation of the Fifth and Sixth Amendments (Forbes Pretrial Motion No. 29) (filed July 30, 2003);

10. Reply Memorandum in Support of Motion to Dismiss Counts 5 and 7-16 of the Indictment Based on Prosecutorial Vindictiveness (Forbes Pretrial Motion No. 30) (filed July 30, 2003);

11. Reply Memorandum in Support of Motion for Disclosure of the Records of the Connecticut Grand Jury Proceedings Due to Probable Grand Jury Abuses, and to Dismiss the Indictment Should Those Records Reveal Any Such Abuses (Forbes Pretrial Motion No. 31) (filed June 24, 2003);

12. Reply Memorandum in Support of Motion for Records Regarding the Instructions Given to the Grand Jury and to Dismiss the Indictment if Those Instructions Confirm that the Grand Jury Was Improperly Charged (Forbes Pretrial Motion No. 32) (filed July 30, 2003);

13. Reply Memorandum in Support of Motion to Dismiss the Indictment Due to the Government's Improper and Pervasive Use of Grand Jury Subpoenas to Conduct Witness Interviews (Forbes Pretrial Motion No. 33) (filed July 30, 2003);

14. Reply Memorandum in Support of Motion to Dismiss Counts 7-12 on the Ground that They Are Both Duplicitous and Multiplicitous (Forbes Pretrial Motion No. 34) (filed July 30, 2003);

15.  Reply Memorandum in Support of Motion to Compel Election Among Multiplicitous Counts 13 through 16 (Forbes Pretrial Motion No. 35) (filed July 30, 2003);

16.  Reply Memorandum in Support of Motion for a Bill of Particulars (Forbes Pretrial Motion No. 38) (filed June 24, 2003);

17.  Reply Memorandum in Support of Motion to Strike Prejudicial Surplusage (Forbes Pretrial Motion No. 40) (filed July 30, 2003);

18.  Reply Memorandum in Support of Motion to Preclude the Government from Presenting Expert Testimony Due to Its Violation of This Court's Order That It Produce Expert Testimony Summaries in Compliance with Rule 16 and This Court's Standing Order on Pretrial Discovery On or Before December 16, 2002 (Forbes Pretrial Motion No. 48) (filed Sept. 6, 2003);

19.  Reply Memorandum in Support of Motion to Preclude the Government from Presenting Expert Testimony Because It Does Not Satisfy the Reliability Requirements of <u>Daubert</u> and Federal Rule of Evidence 702 (Forbes Pretrial Motion No. 49) (filed Sept. 27, 2003);

20.  Reply Memorandum in Support of Motion to Compel Discovery (Forbes Pretrial Motion No. 50) (filed Sept. 13, 2003);

21.  Reply Memorandum in Support of Supplemental Motion to Compel Discovery (Forbes Pretrial Motion No. 59) (filed March 20, 2004);

22.     Reply Memorandum in Support of Supplemental Motion for Bill of Particulars (Forbes Pretrial Motion No. 60) (filed March 20, 2004).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon  (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Renewed Reply Memoranda in Support of Renewed Fed. R. Crim. P. 12(b)(3) Motions of Defendant Walter A. Forbes (<u>Forbes Retrial Motion No. 1</u>) to be served on August 26, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

_____
Barry S. Simon