02-01-1994  16:P9   305-532-8890                    EJA DAVE CLERY                 PAGE  24

Walter A.  Forbes                                  INVOICE NO.: PRELIMINARY
c/o CUC International                               Inv. Date:
707 Summer St., PO BOX 10049                        Cust. No.:  1100
Stamford, CT 06904-2049

## SUMMARY OF CHARGES

Hawker 1000 - 530CS
4.25% Share
6/1/1995 - 6/31/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

                                     95.4      @      $4,855.30   $463,167.60

Federal Excise Tax                                                 $6,326.70

                                                      Total Amount Due  $509,493.73

Amount previously invoiced to Mr. Forbes for the 95.4  hours = $170,212.68

REMIT TO.    P.O. Box 369099   Columbus, OH 43235-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370160

22-21-1994  15:48   205-532-0990                 EJA DAVE CLERY                              PAGE 05

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.:  1100

## SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours alloted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

| | | | |
|---|---|---|---|
| 92.0 | $ | $8,884.00 | $817,328.00 |
| | | | $1,732.00 |
| | | Total Amount Due | $899,060.00 |

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO:   P.O. Box 389099   Columbus, OH 43236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1663 (WHW)

CEN 0370161

**CUC INTERNATIONAL**

## EMPLOYEE EXPENSE REPORT

| | | | TODAY'S DATE | PERIOD COVERED |
|---|---|---|---|---|
| EMPLOYEE | *Walter Forbes* | | / / | — |
| XCATION | *Corp* | | EMPLOYEE PHONE EXT. ( ) x | |
| DEPARTMENT | | | EMPLOYEE (ROLLER?) | |

| DATE | 1995 | 1996 | | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | | |
| BREAKFAST | | . | | | | | | | |
| LUNCH | | | | | | | | | |
| DINNER | | | | | | | | | |
| LODGING | | | | | | | | | |
| TIPS | | | | | | | | | |
| TELEPHONE | | | | | | | | | |
| PARKING | | | | | | | | | |
| TRANSPORTATION | | | | | | | | | |
| TAXI | | : | | | | | | | |
| MILEAGE | . | | | | | | | | |
| AUTO RENTAL | | | | | | | | | |
| MISC EXP | | | | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | | | | |
| TOTALS | 226.464 | 379,417 | | | | | | | |

MINUS ADVANCES FOR THE PERIOD

BALANCE TO BE REIMBURSED TO EMPLOYEE | 596,881

FOR INFORMATIONAL PURPOSES ONLY

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | *Salome she to give* | *Key in Cuc Business –* |
| | *for Atterby* | |
| | *of Charge to Merger Reserve* | |

**Certification:**    *HFS Merger costs*

I certify that this statement describes
actual and necessary business expenses
incurred by me while engaged in company
related business.

| ACCOUNT NO | DEPT CODE | AMOUNT | |
|---|---|---|---|
| 733333 | 0000 | $ 596,881 | PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT. |
| | | $ | |
| | | $ | |
| | | $ | |

| SIGNATURE OF EMPLOYEE | DATE | SIGNATURE OF DEPARTMENT VICE PRESIDENT | DATE |
|---|---|---|---|
| *[signature]* | 9/30/97 | *[signature]* | |

SEND WHITE COPY TO ACCOUNTING RETAIN YELLOW COPY

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370162

# EXHIBIT 4

To: Service Payables
　　2248

From: _____
Ext: _____

## BILL APPROVAL FORM

Each invoice# requires a separate Bill /

.) Check Made Out To: _____ *Walter Forbes*

.) Description: _____
_____ *Walter Forbes T&E* _____

Reserve clnge.

.) Amount to be paid: _____ 596,881.00

.) Approved By (Must have V.P. Signature):     Date:

_____ *see signature on T&E* _____
_____     _____
_____     _____
_____     _____

.) Please fill in all available information:

Client Code _____          Manual # _____
Invoice # _____ 009596          Inv. Date _____ 03197
P.O. # _____
G/L Account # _____ 33333-0000          Amount $ _____ 596,881.00

_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____

## Special Instructions!

_____
_____
_____
_____

If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting          • Yellow Copy for Your Records

201297

CUC INTERNATIONAL

**EMPLOYEE EXPENSE REPORT**

| | |
|---|---|
| TODAY'S DATE | / / |
| PERIOD COVERED | |

EMPLOYEE  *Walter Forbes*

LOCATION  *Corp*

DEPARTMENT

EMPLOYEE PHONE NUMBER ( )   x

EMPLOYEE NUMBER

| DATE | 1995 | 1996 | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | |
| BREAKFAST | | | | | | | |
| LUNCH | | | | | | | |

*Nancy*
*Put in T&E matter*
*Schedule then*
*Send through*
*payables.*
*Thks*
*St*

*Steve-*
*10/30- Needs to go to Merger*
*Reserve - (But note this in*
*the T&E file)*
*Chris - please make*
*a copy for me -*
*thanks*

| MISC. EXP. ENTERTAINMENT (DETAIL BELOW) | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTALS | 226,464 | 370,417 | | | | | |

| MINUS: ADVANCES FOR THE PERIOD | |
|---|---|
| BALANCE TO BE REIMBURSED TO EMPLOYEE | 596,881 |

**FOR INFORMATIONAL PURPOSES ONLY:**

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

**ENTERTAINMENT DETAIL**

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | *Balance due to plane* *fee attached* | *reg. for CUC business —* |
| | *To Charge to Merger Reserve* | |

**Certification:**

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

*HFS Merger Costs*

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 22333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

_____    9/30/97    _____    204298
SIGNATURE OF EMPLOYEE       DATE        SIGNATURE OF DEPARTMENT VICE PRESIDENT

ROBERT P. RITTEREISER
16 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

## VIA FACSIMILE

September 8, 1997

To:   Compensation Committee Members
      CUC International

Please see the attached material which will be discussed at the Compensation Committee meeting on Tuesday, September 9.

Sincerely,

*Bert*

attachment

cc:  Walter A. Forbes  (w/o attachment)
     Robert T. Tucker  (w/attachment)

204299



**CUC INTERNATIONAL**

September 8, 1997


Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit:

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments

204300

SEP 05 '97  01:55PM BUCK, STURMER & CO                                        P.2

# Buck, Sturmer & Co., P.C.

### CERTIFIED PUBLIC ACCOUNTANTS

521 FIFTH AVENUE, NEW YORK, NEW YORK 10175
(212) 687-7333
FAX (212) 986-1201

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD S. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENKERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

350 T. FRENO AVENUE, BOX 110
RYE, NEW YORK 10580
(914) 967-0677
FAX (914) 967-3488

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

*Note: See work performed on the Buck, Sturmer Schedules in the WAF Response Binder*

204301

'ALTER FORBES
,995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 16,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,408 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| ULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

204302

SEP 05 '97 01:55PM BUCK, STURMER & CO     P.4

WALTER FORBES
PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,588 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 728,461 | $ 358,064 | $ 370,417 |

204303

**Amount Due WAF**

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464. |
| 1996 amount not billed | | 370,417. |
| amount overflown 1995 & 1996 | | ~~448,651.~~ |
| | $ | ~~1,045,549.~~ |
| | | $ 576,881 |

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet

204304

*Buck, Stummer & Co., P.C.*

CERTIFIED PUBLIC ACCOUNTANTS

310 MADISON AVENUE, NEW YORK, NEW YORK 10017
(212) 687-7333
FAX (212) 986-1203

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD S. CARNOSIN, JR., C.P.A.
SUSAN TOWERS, C.P.A.
NORMAN A. BENNETT, C.P.A.
KEVIN P. BOLAND, C.P.A.

130 T. FRENO AVENUE, PO# 119
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3498

September 13, 1996

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Walter:

After our meeting on Monday, and pursuant to your request, I analyzed the cost of operating the planes on an hourly basis.

For each plane, there are fixed and variable costs. We have decided to allocate the fixed costs over the number of hours you are permitted to use a particular plane during the course of the year, based on your contractual arrangement with the company.

Since you own a one-sixteenth interest in the Hawker 1000, you can use the plane fifty hours a year. You have a one-eighth interest in the Gulfstream and that permits you to use that plane one hundred hours a year.

Costs are as follows:

| Item | Hawker 1000 (Total Annual Costs) | Gulfstream (Total Annual Costs) |
|---|---|---|
| Lease Cost, including tax | $111,036 | — |
| Management Fee | 56,856 | $174,000 |
| Depreciation @5% per annum | — | 175,000 |
| Interest on Loan - 7.5625% | — | 265,000 |
| Total Annual Fixed Cost | $167,892 | $614,000 |

*N.K: See worked performed in the WAF Response Binder*

204305

P. 3

*Buck, Shremer & Co., P.C.*

Mr. Walter Forbes
Page 2

| | | |
|---|---|---|
| Average Fixed hourly cost (50 hours a year) | $ 3,357 | |
| Average Fixed hourly cost (100 hours a year) | | $ 6,140 |
| Variable hourly cost (including excise tax) | 1,727 | 2,728 |
| Total Hourly Cost | $ 5,084 | $ 8,868 |

Walter, I hope this is helpful, but of course, if you have any questions, please do not hesitate to let me know.

All my best,

Sincerely yours,

Douglas Buck

cc: Robert Tucker

204306

2/01/1994  16:88    385-532-8898                    EJA DAVE CLERY                          PAGE  05
SEP. 5 1997 3:59AM    EXECUTIVE JET AVIA                            NO.??81  P  1.2

Walter A.  Forbes                               INVOICE NO.:  PRELIMINARY
c/o CUC International                            Inv. Date:
707 Summer St., PO BOX 10049                     Cust. No.:    1108
Stamford, CT 06904-2049


                         SUMMARY OF CHARGES


Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:


                                        92.0      @     $8,886.00    $817,328.00

Federal Excise Tax                                                    $1,732.80

                                        Total Amount Due  $899,060.00


Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40




              REMIT TO:   P.O. Box 389099   Columbus, OH 43236-9099


                                                        204307

/1994  16:08    305-532-0890
SEP  5 1995  9:53AM    EXECUTIVE JET AVIA          EJA DAVE CLERY                    PAGE  04
                                                                      No 3752   P  2.3

Walter A. Forbes                              INVOICE NO.: PRELIMINARY
c/o CUC International                         Inv. Date:
707 Summer St., PO BOX 10049                  Cust. No.:    1108
Stamford, CT 06904-2049


                              SUMMARY OF CHARGES


Hawker 1000 - 5300S
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:


                                    95.4    @    $4,855.00   $463,167.00

Federal Excise Tax                                            46,316.70
                                                            ============

                                          Total Amount Due  $509,483.70



Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68



                 REMIT TO:    P.O. Box 369099    Columbus, OH 43236-9099

                                                            204308

# EXHIBIT 5

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| TODAY'S DATE | PERIOD COVERED |
|---|---|
| / / | — |

EMPLOYEE: *Walter Forbes*
LOCATION: *Corp*
DEPARTMENT:

| EMPLOYEE PHONE # & EXT. | ( ) | x |
|---|---|---|

| EMPLOYEE VENDOR # | |
|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
| LOCATION | | | | | | | | |
| BREAKFAST | | | : | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC. EXP. | | | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

*Charge to the Mngr reserve*

| MINUS: ADVANCES FOR THE PERIOD | |
|---|---|
| BALANCE TO BE REIMBURSED TO EMPLOYEE | 596,881 |

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

### ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | *Balance due to close loss for CUC business —* | |
| | *fee attached* | |
| | *# Charge to Mngr Reserve* | |

## Certification:

I certify that this statement describes the actual and necessary business expenses incurred by me while engaged in company related business.

*[signature]*          9/30/97          *[signature]*

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

PB900001



September 8, 1997


Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit:

Here are the plane charges - as you would expect, our use of planes has accelerated with
our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate
plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments


PB900002

**Amount Due WAF**

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464. |
| 1996 amount not billed | : | 370,417. |
| amount overflown 1995 & 1996 | | ~~448,662.~~ |
| | $ | ~~1,045,543.~~ |

*1,596,881* (*signature*)

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to
Executive Jet

PB900003

*Buck, Sturmer & Co., P.C.*

CERTIFIED PUBLIC ACCOUNTANTS

821 FIFTH AVENUE, NEW YORK, NEW YORK 10175

(212) 697-7333

FAX (212) 868-1201

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD S. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENKERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

330 T. FRIEND AVENUE, BOX 119
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3439

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

PB900004

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

PB900005

WALTER FORBES
1996 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

PB900006

SEP  5 1997  9:53AM    EXECUTIVE JET AVIA

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.:    1108

## SUMMARY OF CHARGES

Hawker 1000 - 530QS
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) - 112.6
Hours flown for period 6/1/95 - 8/31/97 - 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

|  |  |  |  |
|---|---|---|---|
| 95.4 | @ | $4,855.00 | $463,167.00 |
| Federal Excise Tax | | | 46,316.70 |
| | | | ============ |
| | | Total Amount Due | $509,483.70 |

Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68

REMIT TO:    P.O. Box 369099   Columbus, OH 43236-9099

PB900007

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.:    1108

## SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) -174.9
Hours flown for period 12/6/95 - 8/31/97 -266.9

Hours overflown on contract -92.0

Excess hourly charge:

|  |  |  |  |
|---|---|---|---|
| 92.0 | @ | $8,884.00 | $817,328.00 |

Federal Excise Tax                                        81,732.80
                                                     ═══════════════
                                     Total Amount Due  $899,060.80

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.60

REMIT TO:    P.O. Box 369099   Columbus, OH 43236-9099

PB900008

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Memorandum in Support of Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Evidence, Cross-Examination, or Argument Concerning the Charging of Mr. Forbes' Airplane Expenses to the Cendant Merger Reserve (Forbes Retrial Motion *In Limine* No. 2), to be served on September 2, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Barry S. Simon