UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:02CR264 (AWT) |
| | ) | |
| WALTER A. FORBES | ) | September 2, 2005 |
| | ) | |

**MOTION OF DEFENDANT WALTER A. FORBES
TO PRECLUDE THE GOVERNMENT FROM PRESENTING
IMPROPER LAY OPINION TESTIMONY AT TRIAL
(Forbes Retrial Motion *In Limine* No. 3)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for an order precluding the government from presenting improper lay opinion testimony at trial. The grounds for this motion are set forth in the accompanying memorandum of points and authorities

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)

Oral Argument Requested

                        Cowdery, Ecker & Murphy, L.L.C.
                        750 Main Street
                        Hartford, CT 06103-2703
                        (860) 278-5555 (phone)
                        (860) 249-0012 (fax)
                        tmurphy@cemlaw.com (e-mail)

                        Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Preclude the Government From Presenting Improper Lay Opinion Testimony at Trial (Forbes Retrial Motion *In Limine* No. 3) to be sent on September 2, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07102

_____
Barry S. Simon