UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AWT) |
| v. ) | |
| ) | September 2, 2005 |
| WALTER A. FORBES ) | |

MOTION OF DEFENDANT WALTER A. FORBES
TO PRECLUDE THE GOVERNMENT FROM PRESENTING
EVIDENCE, CROSS-EXAMINATION, OR ARGUMENT CONCERNING
(1) MR. FORBES' JULY 1998 SEVERANCE AGREEMENT WITH
CENDANT; (2) THE VALUE OF MR. FORBES' SEVERANCE; (3) THE
JULY 28, 1998 CENDANT BOARD MEETING; OR (4) THE FINANCIAL
AND OTHER PRESSURES ON CENDANT IN JULY 1998
(Forbes Retrial Motion *In Limine* No. 4)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves *in limine* to preclude the government from presenting evidence, cross-examination, or argument concerning: (i) Mr. Forbes' July 1998 severance agreement with Cendant; (ii) the value of the severance Mr. Forbes received from Cendant; (iii) the July 28, 1998 Cendant Board meeting; or (iv) the financial and other pressures on Cendant in July 1998. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Evidence, Cross-Examination, or Argument Concerning (1) Mr. Forbes' July 1998 Severance Agreement With Cendant; (2) The Value Of Mr. Forbes' Severance; (3) The July 28, 1998 Cendant Board Meeting; Or (4) The Financial And Other Pressures On Cendant In July 1998 (Forbes Retrial Motion *In Limine* No. 4), to be served on September 2, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Barry S. Simon