# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 3:02CR264 (AWT) |
| v. | ) | |
| | ) | |
| | ) | September 2, 2005 |
| **WALTER A. FORBES** | ) | |
| | ) | |

### RENEWED MOTION OF DEFENDANT WALTER A. FORBES TO PRECLUDE THE GOVERNMENT FROM PRESENTING EVIDENCE, CROSS-EXAMINATION, OR ARGUMENT CONCERNING ASSET TRANSFERS
(Forbes Retrial Motion *In Limine* No. 5)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves *in limine*, pursuant to Fed. R. Evid. 401, 403, and 404(b), to preclude the government from presenting any evidence, cross-examination, or argument at the retrial concerning Mr. Forbes' transfers of certain assets to his wife. The grounds for this motion are set forth on pages 8-12 of Mr. Forbes' August 22, 2005 Memorandum in Opposition to the government's pretrial motion *in limine* (Government Retrial Motion No. 1) (Docket Entry # 1653) (incorporated herein by reference) and in the opening and reply memoranda filed in support of Mr. Forbes' Motion *in limine* No. 3 (filed April 21, 2004 & May 3, 2004, respectively) (Docket Entries # 631 & 668), which are also incorporated herein by reference.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

    - and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Renewed Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Evidence, Cross-Examination, or Argument Concerning Asset Transfers (Forbes Retrial Motion *In Limine* No. 5) to be served on September 2, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Barry S. Simon