UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)     No. 3:02CR264 (AWT)<br>)     September 2, 2005<br>)<br>) |

**MOTION OF DEFENDANT WALTER A. FORBES TO
PRECLUDE THE GOVERNMENT FROM INTRODUCING
ANALYSTS' REPORTS OR CONSENSUS DATA REPORTS
(Forbes Retrial Motion *In Limine* No. 6)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves to preclude the government from introducing in to evidence any analysts' reports or consensus data reports. Most of this material is irrelevant to the charges against Mr. Forbes, and all of it constitutes inadmissible hearsay. The bases for this motion are discussed in more detail in the accompanying memorandum.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

Oral Argument Requested

        James T. Cowdery (Bar No. ct05103)
        Thomas J. Murphy (Bar No. ct07959)
        COWDERY, ECKER & MURPHY, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

Dated: September 2, 2005    Attorneys for Walter A. Forbes

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Preclude the Government from Introducing Analysts' Reports or Consensus Data Reports (Forbes Retrial Motion *In Limine* No. 6) to be sent on September 2, 2005 to the following via FedEx and e-mail:

      Norman Gross, Esq.
      U.S. Attorney's Office
      District of New Jersey
      401 Market Street
      Fourth Floor
      Camden, NJ 08101

      Michael Martinez, Esq.
      Craig Carpenito, Esq.
      U.S. Attorney's Office
      District of New Jersey
      970 Broad Street, Suite 700
      Newark, NJ 07102

                                        Barry S. Simon