UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) v. ) ) WALTER A. FORBES. ) ) ) | No. 3:02CR264 (AWT) September 2, 2005 |

**MOTION OF DEFENDANT WALTER A. FORBES TO PRECLUDE THE GOVERNMENT FROM PRESENTING TESTIMONY REGARDING JAMES ROWAN'S EXPERIENCES WITH MERGER RESERVES AT THE HARTFORD STEAM BOILER COMPANY**
(**Forbes Retrial Motion *In Limine* No. 7**)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves to preclude the government from soliciting any testimony from Mr. James Rowan concerning the propriety of certain merger charges, or concerning experiences with merger reserves as an employee of the Hartford Steam Boiler Company ("HSB"). The government has not qualified Mr. Rowan as an expert in Generally Accepted Accounting Principals ("GAAP"), and his personal experiences with merger reserves at HSB bear absolutely no relevance to the charges against Mr. Forbes. The grounds in support of this motion are set forth in the accompanying memorandum.

Oral Argument Requested

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP

By: _____
        Brendan V. Sullivan, Jr. (Bar No. ct17115)
        Barry S. Simon (Bar No. ct24159)

        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        (202) 434-5000 (phone)
        (202) 434-5029 (fax)
        bsimon@wc.com (e-mail)

        - and -

        James T. Cowdery (Bar No. ct05103)
        Thomas J. Murphy (Bar No. ct07959)
        COWDERY, ECKER & MURPHY, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

        Attorneys for Walter A. Forbes

Dated: September 2, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Testimony Regarding James Rowan's Experiences with Merger Reserves at the Hartford Steam Boiler company (Forbes Retrial Motion *In Limine* No. 7) to be sent on September 2, 2005 to the following via e-mail and FedEx:

> Norman Gross, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ 08101
>
> Michael Martinez, Esq.
> Craig Carpenito, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ 07102

Barry S. Simon