UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:02CR264 (AWT) |
| | ) | |
| WALTER A. FORBES | ) | September 2, 2005 |
| | ) | |

**MOTION OF WALTER A. FORBES TO PRECLUDE
REFERENCES TO WHO WILL SENTENCE COSMO
CORIGLIANO, ANNE PEMBER AND CASPER SABATINO
(Forbes Retrial Motion *In Limine* No. 8)**

Walter A. Forbes, through undersigned counsel, respectfully moves for an order precluding references to who will sentence Cosmo Corigliano, Anne Pember and Casper Sabatino. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)

Oral Argument Requested

COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Preclude References to Who Will Sentence Cosmo Corigliano, Anne Pember and Casper Sabatino (Forbes Retrial Motion *In Limine* No. 8) to be sent on September 2, 2005 to the following via e-mail and FedEx:

>Norman Gross, Esq.
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>U.S. Attorney's Office
>District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ 07102

Barry S. Simon