UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.           )<br>)<br>WALTER A. FORBES          )<br>)<br>) | No. 3:02CR264 (AWT)<br><br>September 2, 2005 |

**MEMORANDUM IN SUPPORT OF MOTION OF WALTER A. FORBES TO PRECLUDE REFERENCES TO WHO WILL SENTENCE COSMO CORIGLIANO, ANNE PEMBER AND CASPER SABATINO**
(Forbes Retrial Motion *In Limine* No. 8)

Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his motion for an order precluding references to who will sentence Cosmo Corigliano, Anne Pember and Casper Sabatino.

ARGUMENT

During the first trial the government elicited testimony that the Honorable Alvin W. Thompson would be sentencing certain witnesses who had entered into plea agreements with the government. See, e.g., Tr. at 3626 ("Q. Do you have an understanding sitting here today who the sentencing judge is? A. Yes. Q. Who is that? A. Judge Thompson."). In addition, the government suggested, improperly, that Judge Thompson stood behind Mr. Corigliano's testimony as truthful because his plea agreement had not been revoked. See, e.g., Tr. at 9457 ("Q. And the last question: If the government

Oral Argument Requested

or the Court would believe that you lied, how does that affect your plea? A. It makes it null and void.").[1]

If the government wants to make the point that the sentencing judge determines whether to grant a downward departure and how far to depart, it can make that point by simply referring to the "sentencing judge" as opposed to "Judge Thompson." There is no reason to personalize the sentencing process. Testimony regarding what particular judge will sentence the cooperating witnesses is not relevant under Fed. R. Evid. 401 and any marginal relevance is far outweighed by the danger of unfair prejudice and confusion of the issues under Fed. R. Evid. 403. Cf. Tr. at 14589 (requesting "advance notice from the government if there will be any reference to the fact that certain government witnesses will be sentenced by the judge who presided over the trial"); Tr. at 16031-32 (striking reference in rebuttal closing argument to "Judge Thompson" as the sentencing judge); Tr. at 16044 ("MR. SCHECHTER: May I tell the jury that the evidence in this case indicates that the cooperators will be sentenced by the Court, Judge Thompson? THE COURT: I don't like my name to be used.").[2]

---

[1] The Court struck this testimony and provided a limiting instruction. See Tr. at 9499.

[2] Although the Second Circuit has held that it is not improper per se to reference the sentencing judge in summation, see United States v. Miller, 116 F.3d 641, 683 (2d Cir. 1997), that case does not address the separate question of whether the identity of the sentencing judge is relevant under Fed. R. Evid. 401 & 403.

## CONCLUSION

Accordingly, Mr. Forbes respectfully requests that the Court enter an order precluding references to who will sentence Cosmo Corigliano, Anne Pember and Casper Sabatino.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Memorandum in Support of Motion of Walter A. Forbes to Preclude References to Who Will Sentence Cosmo Corigliano, Anne Pember and Casper Sabatino (Forbes Retrial Motion *In Limine* No. 8) to be sent on September 2, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

_____
Barry S/ Simon