UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:02CR264 (AWT) |
| | ) | |
| WALTER A. FORBES | ) | September 2, 2005 |
| | ) | |

**MOTION OF WALTER A. FORBES TO PRECLUDE
REFERENCES TO HIM AS THE "CAPTAIN OF THE
SHIP" OR OTHER SIMILAR POSITIONS
(Forbes Retrial Motion *In Limine* No. 10)**

Walter A. Forbes, through undersigned counsel, respectfully moves for an order precluding references to him as the "Captain of the Ship," or other positions suggesting a standard of strict liability or negligence. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

Oral Argument Requested

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Preclude References to Him as the Captain of the Ship or Other Similar Positions (Forbes Retrial Motion *In Limine* No. 10) to be sent on September 2, 2005 to the following via e-mail and FedEx:

> Norman Gross, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ 08101
>
> Michael Martinez, Esq.
> Craig Carpenito, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ 07102

Barry S. Simon