UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>)<br>WALTER A. FORBES                    )<br>) | No. 3:02CR264 (AWT)<br><br>September 2, 2005 |

**MOTION OF DEFENDANT WALTER A. FORBES TO PRECLUDE THE GOVERNMENT FROM PRESENTING ANY EVIDENCE, CROSS-EXAMINATION OR ARGUMENT CONCERNING MR. SHELTON'S PURPORTED STATEMENT TO MR. CORIGLIANO CONCERNING HIS COMPUTER OR MR. CORIGLIANO'S DELETION OF ELECTRONIC FILES**
(Forbes Retrial Motion *In Limine* No. 11)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves *in limine,* pursuant to Fed. R. 401, 403, and 801, to preclude the government from presenting any evidence, cross-examination, or argument concerning either (i) Mr. Shelton's purported statement to Mr. Corigliano on or about April 15, 1998 that Mr. Corigliano might have to turn over his laptop computer or (ii) Mr. Corigliano's deletion of electronic files from his computer, purportedly at Mr. Shelton's direction, on or about April 15, 1998. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon  (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting any Evidence, Cross-Examination or Argument Concerning Mr. Shelton's Purported Statement to Mr. Corigliano Concerning his Computer or Mr. Corigliano's Deletion of Electronic Files (Forbes Retrial Motion *In Limine* No. 11), to be served on September 2, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Barry S. Simon