# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 3:02CR264 (AWT) |
| v. | ) ) ) |  |
| WALTER A. FORBES | ) ) ) ) | September 2, 2005 |

## MOTION OF DEFENDANT WALTER A. FORBES TO PRECLUDE THE ADMISSION OF ANY EVIDENCE, CROSS-EXAMINATION OR ARGUMENT CONCERNING THE <u>CENDANT</u> CLASS ACTION SETTLEMENT
## (<u>Forbes Retrial Motion *In Limine* No. 15</u>)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves *in limine,* pursuant to Fed. R. Evid. 401 and 403, to preclude the government from presenting any evidence, cross-examination, or argument at trial concerning the settlement of a civil class action arising from alleged fraud at CUC and Cendant. This evidence has no probative value with respect to any element of the charged offenses and its nonexistent probative value is "substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." Fed. R. Evid. 403.

The grounds for this motion are set forth in the Memorandum in Support of Mr. Forbes' Motion to Preclude the Government from Presenting Evidence Concerning the <u>Cendant</u> Class Action Settlement (Forbes Motion *in limine*

No. 2), filed April 2, 2004 (Docket Entry # 597). Mr. Forbes' previous motion *in limine* on this subject was denied as moot by the Court on May 10, 2004 (see Tr. 5) because the government represented that it would not elicit any information concerning the Cendant class action settlement in its case-in-chief. See Government Opp. to Forbes Motion *in Limine* Nos. 1 & 2 (filed April 23, 2004) (Docket Entry # 645) at 2.

>Respectfully submitted,
>
>WILLIAMS & CONNOLLY LLP
>
>By: _____
>     Brendan V. Sullivan, Jr. (Bar No. ct17115)
>     Barry S. Simon  (Bar No. ct24159)
>
>725 Twelfth Street, N.W.
>Washington, D.C. 20005
>(202) 434-5000 (phone)
>(202) 434-5029 (fax)
>bsimon@wc.com (e-mail)
>
>- and -
>
>James T. Cowdery (Bar No. ct05103)
>Thomas J. Murphy (Bar No. ct07959)
>Cowdery, Ecker & Murphy, L.L.C.
>750 Main Street
>Hartford, CT 06103-2703
>(860) 278-5555 (phone)
>(860) 249-0012 (fax)
>tmurphy@cemlaw.com (e-mail)
>
>Attorneys for Walter A. Forbes

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Evidence, Cross-Examination, or Argument Concerning the Cendant Class Action Settlement (Forbes Retrial Motion *In Limine* No. 15), to be served on September 2, 2005 to the following via e-mail and FedEx:

>Norman Gross, Esq.
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>U.S. Attorney's Office
>District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ  07102

_____
Barry S. Simon