UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>) | No. 3:02CR264 (AWT)<br><br>September 2, 2005 |

**RENEWED MOTION OF DEFENDANT WALTER A. FORBES
TO PRECLUDE ANY REFERENCE TO ENRON, TYCO,
WORLDCOM, OR ANY OTHER FINANCIAL SCANDAL
(Forbes Retrial Motion _In Limine_ No. 16)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully renews his motion *in limine*, pursuant to Fed. R. Evid. 401 and 403, to preclude the government from making any reference at trial to Enron, Tyco, Worldcom, or any other financial scandal. This evidence has no probative value with respect to any element of the charged offenses and its nonexistent probative value is "substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." Fed. R. Evid. 403.

The grounds for this motion are set forth in the Memorandum in Support of Defendant Walter A. Forbes To Preclude Any Reference To Enron, Tyco, Worldcom, or Any Other Financial Scandal (Forbes Motion *in Limine* No. 5) (filed April 23, 2004) (Docket Entry # 638). The Court denied Mr. Forbes' previous motion on this subject as moot on May 10, 2004 (Tr. 5) because the government represented

that it would not make any reference to such matters unless Mr. Forbes opened the door to such evidence. See Gov't Response to Forbes Motion in Limine Nos. 5-7 (filed May 3, 2004) (Docket Entry # 666) at 2.

      Respectfully submitted,

      WILLIAMS & CONNOLLY LLP

By: _____
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)


- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Renewed Motion of Defendant Walter A. Forbes to Preclude Any Reference to Enron, Tyco, Worldcom, or any Other Financial Scandal (Forbes Retrial Motion *In Limine* No. 16), to be served on September 2, 2005 to the following via e-mail and FedEx:

>Norman Gross, Esq.
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>U.S. Attorney's Office
>District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ 07102

_____
Barry S. Simon