# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AWT) |
| v. ) | |
| ) | |
| ) | September 2, 2005 |
| WALTER A. FORBES ) | |

## RENEWED MOTION OF DEFENDANT WALTER A. FORBES TO PRECLUDE THE ADMISSION OF ANY EVIDENCE OF, OR REFERENCE TO, THE CENDANT AUDIT COMMITTEE INVESTIGATION OR THE CENDANT AUDIT COMMITTEE REPORT
### (Forbes Retrial Motion *In Limine* No. 17)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves *in limine,* pursuant to Fed. R. Evid. 801 and 403, and the Confrontation Clause of the Sixth Amendment, to preclude the admission of any evidence of, or reference to, the Cendant Audit Committee Investigation or the Cendant Audit Committee Report at the retrial.

First, the Report and the related materials contain multiple layers of hearsay. They do not satisfy the business records exception to the hearsay rule because the Audit Committee investigation was expressly undertaken with the contemplation of litigation, and the Report and its supporting memoranda were

Oral Argument Requested

expressly declared to be work product prepared in anticipation of litigation.

Second, the Report is derived from witness interviews that are inadmissible under <u>Crawford v. Washington</u>, 541 U.S. 36 (2004), because they are testimonial in nature.  Third, the probative value of this evidence is "substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence."  Fed. R. Evid. 403.

The grounds for this motion are set forth in the Memorandum in Support of Mr. Forbes' Motion To Preclude the Admission of Any Evidence of, or Reference to, the Cendant Audit Committee Investigation or the Cendant Audit Committee Report (Forbes Motion *in Limine* No. 6) (filed April 23, 2004) (Docket Entry # 648) (incorporated herein in full by reference).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon  (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

2

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Renewed Motion of

Defendant Walter A. Forbes to Preclude the Admission of Any Evidence of, or

Reference to, The Cendant Audit Committee Investigation or The Cendant Audit

Committee Report (Forbes Retrial Motion *In Limine* No. 17), to be served on

September 2, 2005 to the following via e-mail and FedEx:

> Norman Gross, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ 08101
>
> Michael Martinez, Esq.
> Craig Carpenito, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ  07102

Barry S. Simon