UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AWT) |
| v. ) | |
| ) | September 2, 2005 |
| WALTER A. FORBES ) | |

MOTION OF DEFENDANT WALTER A. FORBES TO
(1) PRECLUDE THE GOVERNMENT FROM REFERRING TO
ROBERT TUCKER'S HANDWRITTEN NOTES AS BOARD "MINUTES"
AND (2) PRECLUDE THE GOVERNMENT FROM PRESENTING ANY
EVIDENCE, CROSS-EXAMINATION OR ARGUMENT CONCERNING
THE DIFFERENCES BETWEEN GX 5, GX 453, & GX 77
(<u>Forbes Retrial Motion *In Limine* No. 18</u>)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves *in limine* (i) to preclude the government from referring to Robert Tucker's handwritten notes of CUC Board meetings as "minutes" and (ii) to preclude the government from presenting any evidence, cross-examination, or argument concerning the differences between GX 5, GX 453, and/or GX 77. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon  (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to (1) Preclude the Government from Referring to Robert Tucker's Handwritten Notes as Board "Minutes" and (2) Preclude the Government from Presenting any Evidence, Cross-Examination or Argument Concerning the Differences Between GX 5, GX 453, & GX 77 (Forbes Retrial Motion *In Limine* No. 18), to be served on September 2, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Barry S. Simon