UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                )<br>)<br>WALTER A. FORBES                      )<br>) | No. 3:02CR264 (AWT)<br><br>September 2, 2005 |

**MOTION OF DEFENDANT WALTER A. FORBES TO
PRECLUDE THE ADMISSION OF ANY EVIDENCE
REGARDING CENDANT'S RESTATEMENT
(Forbes Retrial Motion *In Limine* No. 19)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves *in limine,* pursuant to Fed. R. Evid. 801, 401 and 403, and the Confrontation Clause of the Sixth Amendment, to preclude the government from presenting any evidence, cross-examination, or argument at trial concerning Cendant's Restatement. The Restatement is inadmissible hearsay, contains multiple levels of hearsay, and is inadmissible under Crawford v. Washington, 541 U.S. 36 (2004), because it is based on witness interviews that are testimonial in nature. In addition, the Restatement has no probative value with respect to any element of the charged offenses and its nonexistent probative value is "substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative

Oral Argument Requested

evidence." Fed. R. Evid. 403.

The grounds for this motion are set forth in the Memorandum in Support of Mr. Forbes' Motion to Preclude the Admission of Any Evidence Regarding Cendant's Restatement (Forbes Motion *in Limine* No. 7), filed April 23, 2004 (Docket Entry # 650) (incorporated herein in full by reference).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Preclude the Admission of Any Evidence Regarding Cendant's Restatement (Forbes Retrial Motion *In Limine* No. 19), to be served on September 2, 2005 to the following via e-mail and FedEx:

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Barry S. Simon