UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 3:02CR264 (AWT) |
| WALTER A. FORBES | ) ) ) ) | September 2, 2005 |

**MOTION OF WALTER A. FORBES TO SEAL PLEADINGS RELATING TO FORBES RETRIAL MOTION NO. 7 AND FORBES RETRIAL MOTION *IN LIMINE* NO. 9**

Walter A. Forbes, through undersigned counsel, respectfully moves the Court, consistent with the procedure followed in the first trial, to enter an order sealing Forbes Retrial Motion No. 7 (attached as Ex. A) and Forbes Retrial Motion *In Limine* No. 9 (attached as Ex. B), and all subsequent pleadings relating thereto.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)

Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Seal Pleadings Relating to Forbes Retrial Motion No. 7 and Forbes Retrial Motion *In Limine* No. 9 to be sent on September 2, 2005 to the following via e-mail and FedEx:

>Norman Gross, Esq.
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>U.S. Attorney's Office
>District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ 07102

_____
Barry S. Simon