UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>) | No. 3:02CR264 (AWT)<br><br>September 2, 2005<br>**(UNDER SEAL)** |

**MOTION OF WALTER A. FORBES TO PRECLUDE
REFERENCES TO STUART BELL AS HIS FRIEND OR
BUSINSS PARTNER**
<u>**(Forbes Retrial Motion *In Limine* No. 9) (FILED UNDER SEAL)**</u>

Walter A. Forbes, through undersigned counsel, respectfully moves for an order precluding references to Stuart Bell as his friend or business partner outside of CUC. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)

Oral Argument Requested

Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Preclude References to Stuart Bell as His Friend or Business Partner (Forbes Retrial Motion *In Limine* No. 9) (FILED UNDER SEAL) to be sent on September 2, 2005 to the following via e-mail and FedEx:

>Norman Gross, Esq.
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>U.S. Attorney's Office
>District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ 07102

_____
Barry S. Simon