UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | September 12, 2005 |
| | : | |
| WALTER A. FORBES | : | |

**NOTICE OF APPEARANCE OF SAMUEL M. FORSTEIN
AND KATHLEEN CODY AS COUNSEL FOR THE
SECURITIES AND EXCHANGE COMMISSION, THOMAS NEWKIRK,
JAMES KIDNEY, DAVID FROHLICH, SUSAN MARKEL,
ROGER PASZAMANT, AND MATTHEW GREINER**

Please enter the appearance of Samuel M. Forstein and Kathleen Cody of the Office of the General Counsel of the Securities and Exchange Commission ("SEC") as counsel for the SEC, Thomas Newkirk, James Kidney, David Frohlich, Susan Markel, Roger Paszamant, and Matthew Greiner.

Respectfully submitted,

*Kathleen Cody*
SAMUEL M. FORSTEIN
Assistant General Counsel

KATHLEEN CODY
Senior Counsel

Counsel for the SEC and its staff
100 F Street, N.E.
Washington, D.C. 20549-9612
Tel: (202) 551-5126 (Cody)
Fax: (202) 772-9263