UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| v. | : | September 13, 2005 |
| WALTER A. FORBES | : | |

### MOTION TO QUASH SIX SUBPOENAS SEEKING TESTIMONY FROM ENFORCEMENT STAFF OF THE SECURITIES AND EXCHANGE COMMISSION

The Securities and Exchange Commission ("SEC"), by its undersigned counsel, moves to quash subpoenas issued to five current and one former SEC enforcement staff members by defendant Forbes. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

*Kathleen Cody*
SAMUEL M. FORSTEIN
Assistant General Counsel

KATHLEEN CODY
Senior Counsel

Securities and Exchange Commission
100 F Street, N. E.
Washington, D.C. 20549-9612
Tel: (202) 551-5126
Fax: (202) 772-9263