UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| WALTER A. FORBES | : | |
| | : | |

## PROPOSED ORDER

Upon consideration of the Motion of the Securities and Exchange Commission ("SEC")

to Quash Six Subpoenas Seeking Testimony From SEC Enforcement Staff, any opposition or

reply thereto, and the entire record herein,

IT IS HEREBY ORDERED that the SEC's motion is granted and Defendant Forbes'

subpoenas seeking testimony from Thomas Newkirk, James Kidney, David Frohlich, Susan

Markel, Roger Paszamant, and Matthew Greiner are quashed in their entirety.

DATED: _____
          Hartford, Connecticut

_____
Alvin W. Thompson
United States District Judge