UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>) | No. 3:02CR264 (AWT)<br><br>September 14, 2005 |

MEMORANDUM IN SUPPORT OF
MOTION OF DEFENDANT WALTER A. FORBES TO DISMISS
INDICTMENTS PURSUANT TO SPEEDY TRIAL ACT
(Forbes Retrial Motion No. 8)

Defendant Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his motion to dismiss all pending indictments against him pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 & 3162.[1]

The Speedy Trial Act provides that a trial that takes place following a mistrial must commence within seventy days, not counting excludable time, from the date the action occasioning the retrial becomes final. See 18 U.S.C. § 3161(e). Here, the Court granted a mistrial with respect to Mr. Forbes on January 4, 2005, the date on which the act occasioning the retrial became final. Mr. Forbes' retrial did not commence within seventy days of that date.

---

[1] 18 U.S.C. § 3162(a)(2) provides that an indictment shall be dismissed on a motion of the defendant filed prior to trial if the defendant is not brought to trial within the time periods established by 18 U.S.C. § 3161.

The Court originally set a date of March 11, 2005 for the retrial. On March 7, 2005, over Mr. Forbes' objection, the Court granted the government's motion to continue the retrial until September 15, 2005. Mr. Forbes respectfully submits that the Court's decision was erroneous for the reasons set forth in the Opposition of Walter A. Forbes to Motion of the United States to Continue the Retrial (filed Feb. 24, 2005) (Docket Entry # 1472) (incorporated herein by reference) and the Memorandum of Walter A. Forbes in Support of Motion To Obtain a Transcript of the Court's *Ex Parte* Communications with Government Counsel (Forbes Retrial Motion No. 4) (filed July 15, 2005) (Docket Entry # 1609) (incorporated herein by reference).

The ends of justice did not require a six month continuance to accommodate new government counsel in this case. The government has estimated that its direct examination of its witnesses will take only fifteen trial days, and the retrial is estimated to take a total of three months. Mr. Carney, the former lead prosecutor for the government, remained employed by the government through approximately the end of June 2005. He joined the firm of Baker & Hostetler on or about July 7, 2005. See Exhibit 1 (firm press release). Had the retrial of Mr. Forbes commenced on March 11, 2005, it could have been completed by mid-June and Mr. Carney could have participated in the trial on behalf of the government. The same is true with respect to government trial counsel Richard Schechter, who appeared for the government throughout Mr. Shelton's sentencing hearings in July and early August 2005 and remained employed by the New Jersey U.S. Attorney's

Office through at least August 3, 2005 (a date on which he appeared before this Court on behalf of the government). In addition, prosecutor James McMahon continues to work for the U.S. government and appeared on the government's behalf during Mr. Shelton's sentencing hearings in July and early August 2005. Although Mr. McMahon now works at the Fraud Section of the United States Department of Justice, this case fits squarely within the Fraud Section's jurisdiction and Fraud Section attorneys are regularly assigned to try cases in districts throughout the country. Finally, prosecutors Norman Gross (who continues to work as an attorney of record on the case) and Kevin Walsh both remain employed by the New Jersey U.S. Attorney's Office and would have been available to assist in a retrial commencing in March 2005.

Because at least two of the members of the original trial team were available to try this case in March 2005, Mr. Forbes respectfully submits that this case did not qualify for an ends of justice exclusion under 18 U.S.C. § 3161(h). Accordingly, the Court should dismiss all of the pending indictments against Mr. Forbes pursuant to 18 U.S.C. § 3161(a) & (e) and 18 U.S.C. § 3162(a)(2).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No.ct17115)
Barry S. Simon  (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

1

# BAKER & HOSTETLER LLP
## COUNSELLORS AT LAW

PRINT

# NEWS & EVENTS

**News**

07/07/2005

Former DOJ Securities Fraud Chief, John J. Carney, Joins Baker & Hostetler

Adds Significant Experience to the Litigation Practice in New York

**Attorneys:**
John J. Carney

**Groups:**
Litigation

**Areas:**
Securities Litigation and Regulatory Enforcement,
Business Crimes and Corporate Investigations

**Former DOJ Securities Fraud Chief, John J. Carney, Joins Baker & Hostetler**
*Adds Significant Experience to the Litigation Practice in New York*

**New York, NY—July 7, 2005**—Baker & Hostetler LLP has announced that John J. Carney has joined the firm as a partner in its New York office, as a member of its Litigation Group. Prior to joining Baker & Hostetler, Mr. Carney, who is also a CPA, was Chief of the Securities and Health Care Fraud Unit, Criminal Division, of the Office of the United States Attorney for the District of New Jersey, where he was responsible for supervising the investigation and prosecution of numerous *Fortune* 500 companies and their officers for securities fraud and other corporate criminal offenses.

The addition of Mr. Carney to the New York office of Baker & Hostetler adds significant depth to an already strong securities litigation and business crimes practice. He joins a prominent team of partners in this office including George Stamboulidis, a former Chief of the Long Island Division of the United States Attorney Office for the Eastern District of New York, who now leads the Business Crimes and Corporate Investigations practice at Baker & Hostetler; Lauren Resnick, a former Section Chief and Assistant United States Attorney for the Eastern District of New York; and Marc Powers, a former New York SEC Branch Chief who now leads the Securities Litigation and Regulatory Enforcement practice at Baker & Hostetler.

At the U.S. Attorney's Office, Mr. Carney led the government's trial team in the $14 billion Cendant accounting and securities fraud case tried in federal district court in Connecticut. As Chief, he worked closely with the SEC, NYSE, NASD, CFTC, FBI, Postal Inspection Service, state securities regulators and other relevant agencies to oversee the implementation of the Sarbanes-Oxley Act of 2002 in the district, securing the country's first prosecution of a chief executive officer for violating the false financial statement certification provisions of the Act.

An experienced trial attorney specializing in complex financial disputes, Mr. Carney will focus on representing corporate and individual clients facing securities regulatory enforcement actions, related civil class action litigation and criminal corporate investigations. His previous experience trying securities cases for both the SEC and the U.S. Attorney's Office make him uniquely qualified to counsel clients on

securities related matters.

"John's substantial experience with federal securities laws, including more than five years as a member of the Justice Department's National Securities and Commodities Fraud Working Group, as well as the Securities and Exchange Commission's Mid-Atlantic Enforcement Group, will be invaluable as we advise clients in these types of matters," said Paul Eyre, the Partner-in-Charge of the New York office.

*Baker & Hostetler LLP is among the nation's 100 largest law firms with 600 attorneys serving clients throughout the world. The firm's four primary practice groups are Business; Employment and Labor; Litigation; and Tax, Personal Planning and Employee Benefits. Founded in 1916, Baker & Hostetler has ten offices, located in Cincinnati, Cleveland, Columbus, Costa Mesa, Denver, Houston, Los Angeles, New York, Orlando and Washington, D.C., in addition to affiliated firms in Brazil and Mexico. For more information, visit the firm's Web site at www.bakerlaw.com.*

CONTACT: Christine Gill, 216.861.7852, cgill@bakerlaw.com.

© 2005 Baker & Hostetler LLP. All Rights Reserved.

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Memorandum in Support of Motion of Defendant Walter A. Forbes to Dismiss Indictments Pursuant to Speedy Trial Act (Forbes Retrial Motion No. 8) to be served on September 14, 2005 to the following via e-mail and FedEx:

      Norman Gross, Esq.
      U.S. Attorney's Office
      District of New Jersey
      401 Market Street
      Fourth Floor
      Camden, NJ 08101

      Michael Martinez, Esq.
      Craig Carpenito, Esq.
      U.S. Attorney's Office
      District of New Jersey
      970 Broad Street, Suite 700
      Newark, NJ 07102

_____
Barry S. Simon