UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON, | : | |
| | : | |
| Defendants. | : | SEPTEMBER 16, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of CENDANT CORPORATION in the above-captioned action.

                              CENDANT CORPORATION


                              By  /S/ Robert E. Kaelin
                                  Robert E. Kaelin - ct11631
                                  rkaelin@murthalaw.com

                                  Murtha Cullina LLP
                                  CityPlace I - 185 Asylum Street
                                  Hartford, Connecticut  06103-3469
                                  Telephone:  (860) 240-6000
                                  Fax:  (860) 240-6150
                                  Its Attorneys

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on September 16, 2005 to:

Counsel For The U.S. Government

James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

Counsel For E. Kirk Shelton

Hope C. Seeley, Esq.
Hubert Santos, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT 06106

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172

Day, Berry & Howard LLP
Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
CityPlace 1, 185 Asylum Street
Hartford, CT 06103

MilBank, Tweed, Hadley & McCloy, LLP
Scott A. Edelman, Esq.
Thomas A. Arena, Esq.
1 Chase Manhattan Plaza
New York, NY 10005-1413

   /S/     Robert E. Kaelin
Robert E. Kaelin