UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | September 20, 2005 |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S MOTION TO SEAL PLEADINGS RELATING TO DEFENDANT WALTER A. FORBES' MOTION TO DISMISS INDICTMENTS PURSUANT TO SPEEDY TRIAL ACT**

For the reasons set forth in the Memorandum and Reply Memorandum in Support of the Government's Motion for a Continuance, Docket No. 1443, requesting that, if the Court elected to question any members of the Government's initial trial team in this case regarding the reasons for their unavailability to retry this case, it do so *in camera* and *ex parte*, the Government respectfully requests that the Court enter an order, sealing the Government's Opposition to Forbes' Motion to Dismiss Indictments Pursuant to the Speedy Trial Act, and any subsequent pleadings relating thereto.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

/s/ Norman Gross

NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U.S. Department of Justice

Dated: September 20, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

       The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and United States Mail:

Barry S. Simon, Esq.
Williams & Connolly LLP
Residence Inn
942 Main Street
Hartford, CT 06103

                                     /s/ Debra Elliott
                                     DEBRA ELLIOTT
                                     U.S. Department of Justice

Dated: September 20, 2005
       Hartford, Connecticut

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**       :   No. 3:02CR00264 (AWT)
                                   :
                                   :
         v.                        :
                                   :
                                   :
                                   :
**WALTER A. FORBES**               :

**Contents:** <u>Government's Opposition to Defendant Walter A. Forbes' Motion to Dismiss Indictments Pursuant to Speedy Trial Act</u>

**Judicial Officer:** <u>Honorable Alvin W. Thompson</u>

**Attorney:** <u>Norman Gross</u>

**Date Sealed:**

**Date Unsealed:**

    The Clerk of the Court is directed to seal the contents of his envelope until further order of the Court.

    SO ORDERED this_____ day of _____, 2005 at Hartford, Connecticut.