# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:02CR264 (AWT) |
| | ) | |
| WALTER A. FORBES | ) | September 21, 2005 |
| | ) | |

## MOTION OF DEFENDANT WALTER A. FORBES TO PRECLUDE THE GOVERNMENT FROM PRESENTING EXHIBITS DURING ITS OPENING STATEMENT
### (Forbes Retrial Motion *in Limine* No. 14)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves this Court to preclude the government from publishing exhibits during its opening statement. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

Oral Argument Requested

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Preclude the Government from Presenting Exhibits During Its Opening Statement (Forbes Retrial Motion *In Limine* No. 14) to be sent on September 21, 2005 to the following via e-mail and hand-delivery:

Norman Gross, Esq.
Michael Martinez, Esq.
Craig Carpenito, Esq.
United States Attorneys
The Federal Building
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT  06103


Barry S. Simon