UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>)<br>) | No. 3:02CR264 (AWT)<br><br>September 21, 2005 |

**MEMORANDUM IN SUPPORT OF MOTION TO PRECLUDE
THE GOVERNMENT FROM PRESENTING EXHIBITS
DURING ITS OPENING STATEMENT
(Forbes Retrial Motion *in Limine* No. 14)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his motion to preclude the government from publishing exhibits during its opening statement.

The Court granted this same motion before the first trial. See Tr. (05/05/04) at 14 ("Then I think the way at least I normally proceed is that such documents are not shown to the jury until they're admitted."). It is a fundamental principle of evidence that an exhibit should not be shown to a jury until and unless that exhibit is admitted into evidence upon a proper evidentiary foundation. Accordingly, the government should not be permitted to use exhibits in its opening statement, but instead should publish exhibits to the jury when and if such exhibits are properly admitted into evidence.

Oral Argument Requested

## **CONCLUSION**

For the foregoing reasons, Mr. Forbes respectfully requests that the Court preclude the government from publishing exhibits during its opening statement.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Memorandum in Support of Motion of Walter A. Forbes to Preclude the Government from Presenting Exhibits During Its Opening Statement (Forbes Retrial Motion *In Limine* No. 14) to be sent on September 21, 2005 to the following via e-mail and hand-delivery:

>Norman Gross, Esq.
>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>United States Attorneys
>The Federal Building
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT  06103

Barry S. Simon