UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>v.   )<br>)<br>WALTER A. FORBES   )<br>)<br>)   ) | No. 3:02CR264 (AWT)<br><br>September 22, 2005 |

### MOTION OF WALTER A. FORBES FOR PERMISSION TO EXAMINE MR. CORIGLIANO ON POLYGRAPH EXAMINATIONS
### (Forbes Retrial Motion *In Limine* No. 21)

Walter A. Forbes, through undersigned counsel, respectfully moves for an order permitting him to examine Mr. Corigliano about (i) his prior statements to the polygraph examiner(s) under Fed. R. Evid. 613(a); and (ii) his use of the alleged polygraph results to mislead the government under Fed. R. Evid. 608(b). In the alternative, Mr. Forbes requests an evidentiary hearing outside the presence of the jury to determine the facts and circumstances of the polygraph examinations. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes for Permission to Examine Mr. Corigliano on Polygraph Examinations (Forbes Retrial Motion *In Limine* No. 21), to be served on September 22, 2005 to the following via e-mail and hand-delivery:

>Norman Gross, Esq.
>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>United States Attorneys
>The Federal Building
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT  06103

Barry S. Simon