UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WALTER A. FORBES,<br>             Defendants. | Case No.: 3:02 CR 264 (AWT)<br><br>September 22, 2005 |

### ANNE M. PEMBER'S MOTION TO QUASH THE SIXTH AND SEVENTH RULE 17(c) SUBPOENAS OF DEFENDANT WALTER A. FORBES

Pursuant to Fed. R. Crim. P. 17(c), Anne M. Pember hereby moves for an order quashing the sixth and seventh subpoenas *duces tecum* served upon her by defendant Walter A. Forbes.

The grounds in support of this motion are set forth in the accompanying memorandum of law and its exhibits.

                                                    ANNE M. PEMBER

                                                    By: _/s/ Paul E. Reynolds_
                                                       Helen Gredd (ct24506)
                                                       Daniel E. Reynolds (ct24507)

| | |
|---|---|
| Alfred U. Pavlis (ct08603)<br>DALY & PAVLIS LLC<br>107 John Street<br>Southport, CT 06890<br>(203) 255-6700 | LANKLER SIFFERT & WOHL LLP<br>500 Fifth Avenue, 33rd Floor<br>New York, New York 10110<br>(212) 921-8399 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Quash the Sixth and Seventh Rule 17(c) Subpoenas of Defendant Walter A. Forbes was sent via Federal Express on this the 22nd day of September, 2005 to the counsel of record indicated below.

Daniel E. Reynolds

Barry S. Simon
Residence Inn
942 Main Street
Hartford, CT 06103

Barry S. Simon
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

Michael Martinez
Craig Carpenito
US Attorney's Office
970 Broad St. Suite 700
Newark, NJ 07102