AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

**DISTRICT OF** Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AWT)

TO:
Anne M. Pember
485 Warpass Road
Madison, CT 06443

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME |
| | September 19, 2005<br>9:30 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A -- attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE<br>(By) Deputy Clerk<br>*[signature]* | August 17, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY ANNE PEMBER

### DEFINITIONS AND INSTRUCTIONS

a. The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b. The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c. The term "You" shall mean the recipient of this subpoena, as well as the recipient's counsel, or anyone acting on recipient's behalf.

d. This subpoena does not require the re-production of documents previously produced to Mr. Forbes.

### DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All Quarterly Reports filed with the SEC since March 31, 2004.

2. Documents sufficient to identify any retainer for legal fees and expenses on deposit with the law firm of Lankler Siffert & Wohl LLP, or any predecessor in interest to that law firm.

3. Documents sufficient to identify all meetings or conversations between You and the government since June 9, 2004, including but not limited to calendars, billing records, invoices or receipts.

4. All communications between You and the Connecticut State Board of Accountancy, Office of the Secretary of State ("the Board"), from 4/15/1998 to the present, concerning the potential revocation of your Connecticut Certified Public Accountant Certificate, the Board's investigation of your conduct at CUC and Cendant, or any negotiation or settlement with the Board.

5. All documents describing or memorializing any benefits You have received or may receive as a result of providing information to the Government, cooperating with the Government, or testifying.

6.  All documents that You provided to or received from the Government concerning CUC International, Cendant or Walter A. Forbes.

7.  All documents describing or memorializing any communications between You and the Government concerning CUC International, Cendant or Walter A. Forbes.

8.  Documents sufficient to identify any legal fees paid on your behalf by Cendant Corporation for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

9.  Documents sufficient to identify any legal fees paid on your behalf by Cendant Corporation for services rendered since April 15, 1998.

10. Documents describing or memorializing any communications with the government since June 9, 2004 concerning your plea agreement, including but not limited to your potential sentence under the agreement, and the timing of your sentencing date.