LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MARGARET A. KEELEY
(202) 434-5137
mkeeley@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 14, 2005

Helen Gredd, Esq.
Lankler, Siffert & Wohl, LLP
500 Fifth Avenue
New York, NY 10110

      Re:    *United States v. Walter A. Forbes, No. 3:0-2CR264 (AWT)*

Dear Ms. Gredd:

      Pursuant to your agreement to accept service on behalf of your client, Anne M. Pember, enclosed please find a subpoena and a check for the appropriate witness and mileage fees.

      Please note that, as we have discussed, this subpoena calls for information sought through either a pre-trial subpoena, or a trial subpoena returnable during the first trial of Mr. Forbes. We understand that the Court previously quashed the subpoenas which included these (or similar) requests. We are serving new subpoenas because we wish to ensure that each of these subpoena demands is preserved with respect to the current trial.

      Should you have any questions or concerns regarding these subpoenas, please call me at (202) 997-0746.

      Williams & Connolly LLP

By: /s/ Margaret A. Keeley
Margaret A. Keeley
*Counsel for Walter A. Forbes*

Enclosures

AO 89 (Rev. 11/91) Subpoena In a Criminal Case

# United States District Court

DISTRICT OF __Connecticut__

| United States of America | SUBPOENA IN A |
|---|---|
| V. | CRIMINAL CASE |
| Walter A. Forbes | CASE NUMBER: 3:02CR00264 (AWT) |

TO:
Anne M. Pember
485 Warpass Road
Madison, CT 06443

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME |
| | September 23, 2005<br>9:30am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached Schedule A.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | |
| (By) Deputy Clerk<br>*[signature]* Angela Blue | September 13, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY ANNE PEMBER

## DEFINITIONS AND INSTRUCTIONS

a. The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b. The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c. The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

d. The term "You" shall mean the recipient of this subpoena, as well as the recipient's counsel, or anyone acting on recipient's behalf.

e. This subpoena calls only for documents created on or after April 15, 1998.

f. This subpoena does not require the re-production of documents previously produced to Mr. Forbes.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All documents describing or memorializing any benefits You have received or may receive as a result of providing information to the Government, cooperating with the Government, or testifying.

2. All documents that You provided to or received from the Government concerning CUC International, Cendant or Walter A. Forbes.

3. All documents describing or memorializing any communications between You and the Government concerning CUC International, Cendant or Walter A. Forbes.

4. Documents sufficient to identify all meetings or conversations between you and Cendant since April 15, 1998.

5. All documents relating to any request for assistance from Cendant to you.

6. All documents describing or memorializing any request for assistance from Cendant to you.

7. All documents relating to any assistance provided by you to Cendant.

8. All documents describing or memorializing any assistance provided by you to Cendant.

9. All documents relating to any request for factual information from Cendant to you.

10. All documents describing or memorializing any request for factual information from Cendant to you.

11. All documents relating to any factual information provided by you to Cendant.

12. All documents describing or memorializing factual information provided by you to Cendant.

13. All documents relating to any written agreements between you and the United States Attorney's Office.

14. All documents describing or memorializing any written agreements between you and the United States Attorney's Office.

15. All documents relating to any drafts of agreements between you and the United States Attorney's Office.

16. All documents describing or memorializing any drafts of agreements between you and the United States Attorney's Office.

17. All documents relating to the negotiation of any agreement between you and the United States Attorney's Office.

18. All documents describing or memorializing the negotiation of any agreement between you and the United States Attorney's Office.

19. All documents relating to the negotiation of any potential agreement between you and the United States Attorney's Office.

20. All documents describing or memorializing the negotiation of any potential agreement between you and the United States Attorney's Office.

21. All documents relating to any oral communications between you and the United States Attorney's Office regarding a plea or other agreement.

22. All documents describing or memorializing any oral communications between you and the government regarding a plea or other United States Attorney's Office.

23. All billing records concerning work performed on your behalf that were provided to Cendant Corporation.

24. Documents describing or memorializing negotiations, discussions or other communications between You and any representative of the United States Government, including the Securities and Exchange Commission, concerning any lawsuits commenced by the Securities and Exchange Commission against Your or any member of your immediate family.

25. Documents describing or memorializing negotiations, discussions or other communications between You and any representative of the United States Government, including the Securities and Exchange Commission, concerning the decision of the Securities and Exchange Commission to delay proceeding with any lawsuits commenced by the Securities and Exchange Commission against Your or any member of your immediate family.

26. Documents describing or memorializing negotiations, discussions or other communications between You and any representative of the United States Government, including the Securities and Exchange Commission, concerning a resolution of any lawsuits commenced by the Securities and Exchange Commission against Your or any member of your immediate family.