AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF     Connecticut

United States of America

v.

Walter A. Forbes and
E. Kirk Shelton

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AWT)

TO: Anne Pember
c/o Helen Gredd, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110-3398

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, CT 06103 | South Courtroom |
| | DATE AND TIME<br>June 1, 2004 |

☒ YOU ARE ALSO COMMANDED to bring with you the following documents or objects):

See attached schedule.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>[signature]<br>(By) Deputy Clerk [signature] | DATE<br>May 25, 2004 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Thomas P. Puccio, Law Offices of Thomas P. Puccio, 230 Park Avenue, Suite 301
New York, NY 10017 (212) 759-3300, Attorneys for Defendant E. Kirk Shelton

## SCHEDULE OF DOCUMENTS TO BE PRODUCED BY ANNE PEMBER

### DEFINITIONS AND INSTRUCTIONS

a. The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b. The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c. The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

d. The term "You" shall mean the recipient of this subpoena.

e. This subpoena calls only for documents created on or after April 15, 1998.

## DESCRIPTION OF DOCUMENTS TO BE PRODUCED

1. Documents evidencing or constituting negotiations, discussions or other communications between You (or your representative) and any representative of the United States regarding any plea or cooperation agreement involving You.

2. Documents evidencing or constituting negotiations, discussions or other communications between You (or your representative) and any representative of the United States, including but not limited to representatives of the Securities and Exchange Commission, concerning any lawsuits commenced by the Securities and Exchange Commission against You or any member of your immediate family, including but not limited to any documents relating to the decision of the Securities and Exchange Commission to delay proceeding with any such action, or any documents relating to any discussions regarding a resolution of such lawsuit.

3. Documents constituting any written statements by You that have been communicated directly or indirectly to one or more of the Government, the Securities and Exchange Commission or Cendant.