AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

### DISTRICT OF _____ Connecticut _____

United States of America

v.

Walter A. Forbes and
E. Kirk Shelton

## SUBPOENA IN A
## CRIMINAL CASE

CASE NUMBER:   3:02CR00264 (AWT)

TO:

Anne Pember
485 Warpass Road
Madison, CT 06443

[X]  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse 450 Main Street Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME April 5, 2004 9:30 a.m. |

[X]  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **KEVIN F. ROWE** | |
| (By) Deputy Clerk | March 19, 2004 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

| | |
|---|---|
| Barry S. Simon, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 (202) 434-5000, Attorneys for Defendant Walter A. Forbes | Thomas P. Puccio, Law Offices of Thomas Puccio 230 Park Avenue, Suite 301, New York, NY 10017 (212) 759-3300, Attorneys for Defendant E. Kirk Shelton |

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY ANNE PEMBER

## DEFINITIONS AND INSTRUCTIONS

a.  The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b.  The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c.  The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

d.  The term "You" shall mean the recipient of this subpoena, as well as the recipient's counsel, or anyone acting on recipient's behalf.

e.  This subpoena calls only for documents created on or after April 15, 1998.


## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1.  Documents sufficient to identify all meetings or conversations between you and the government since April 15, 1998.

2.  Documents sufficient to identify all meetings or conversations between you and Cendant since April 15, 1998.

3.  All documents relating to any request for assistance from Cendant to you.

4.  All documents describing or memorializing any request for assistance from Cendant to you.

5.  All documents relating to any assistance provided by you to Cendant.

6.  All documents describing or memorializing any assistance provided by you to Cendant.

7.  All documents relating to any request for factual information from Cendant to you.

8.  All documents describing or memorializing any request for factual information from Cendant to you.

9.  All documents relating to any factual information provided by you to Cendant.

10. All documents describing or memorializing factual information provided by you to Cendant.

11. All documents relating to any written agreements between you and the government.

12. All documents describing or memorializing any written agreements between you and the government.

13. All documents relating to any drafts of agreements between you and the government.

14. All documents describing or memorializing any drafts of agreements between you and the government.

15. All documents relating to the negotiation of any agreement between you and the government.

16. All documents describing or memorializing the negotiation of any agreement between you and the government.

17. All documents relating to the negotiation of any potential agreement between you and the government.

18. All documents describing or memorializing the negotiation of any potential agreement between you and the government.

19. All documents relating to any oral communications between you and the government regarding a plea or other agreement.

20. All documents describing or memorializing any oral communications between you and the government regarding a plea or other agreement.

21. All documents relating to any offers of assistance made by you to the government.

22. All documents describing or memorializing any offers of assistance made by you to the government.

23. All documents relating to any assistance, favorable treatment or benefits you requested from the government.

24. All documents describing or memorializing any assistance, favorable treatment or benefits you requested from the government.

25. All documents relating to the offer of any assistance, favorable treatment or benefits to you by the government.

26. All documents describing or memorializing the offer of any assistance, favorable treatment or benefits to you by the government.

27. All documents relating to the provision of any assistance, favorable treatments or benefits to you by the government.

28. All documents describing or memorializing the provision of any assistance, favorable treatments or benefits to you by the government.

29. All documents relating to any request for factual information from the government to you.

30. All documents describing or memorializing any request for factual information from the government to you.

31. All documents relating to any factual information provided by you to the government.

32. All documents describing or memorializing factual information provided by you to the government.