UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        Plaintiff,              CIVIL ACTION

v.                                   NO. 3:02 CR 264 (AWT)

WALTER A. FORBES

        Defendants.           September 23, 2005

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NON-PARTY JOHN H. CARLEY'S MOTION TO QUASH THE SUBPOENA SERVED BY DEFENDANT WALTER A. FORBES

      Non-Party John H. Carley, through the undersigned counsel, respectfully moves for an order quashing the September 13, 2005 subpoena served on him by defendant Walter A. Forbes.  The grounds for the motion are set forth in the accompanying Memorandum of Law.

**ORAL ARGUMENT NOT REQUESTED**

JOHN H. CARLEY


By: /s/ Robert E. Kaelin
   Francis J. Brady – ct04296
   Robert E. Kaelin – ct11631

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:   fbrady@murthalaw.com
         rkaelin@murthalaw.com

and

Saul B. Shapiro (SS-5506) – ct24714 (Visiting Attorney
Peter W. Tomlinson (PT-0669) – ct24714 (Visiting Attorney)
PATTERSON, BELKNAP, WEBB &
 TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
Email: sshapiro@pbwt.com
       pwtomlinson@pbwt.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was delivered by hand on September 23, 2005 to:

| Counsel For The U.S. Government | Counsel For Walter A. Forbes |
|---|---|
| Michael Martinez, Esq.<br>United States Attorney'sOffice<br>District of New Jersey<br>c/o  Federal Building<br>    450 Main Street, Rm. 320<br>    Hartford, CT 06103 | Barry Simon, Esq.<br>Williams & Connolly LLP<br>c/o  Residence Inn<br>    942 Main Street<br>    Hartford, CT  06103<br><br>James T. Cowdery, Esq.<br>Cowdery, Ecker & Murphy, LLC<br>750 Main Street<br>Hartford, CT 06103 |

                                                      /s/ Robert E. Kaelin_____
                                                    Robert E. Kaelin, Esq.