02/01/1994  16:PB    305-532-0890
SEP  5 1997  9.59AM    EXECUTIVE JET AVIA    EJA DAVE CLERY    No 3752    1  2 2    PAGE  84

Walter A.  Forbes                              INVOICE NO.: PRELIMINARY
c/o CUC International                           Inv. Date:
707 Summer St., PO BOX 10049                    Cust. No.:  1108
Stamford, CT 06904-2049

## SUMMARY OF CHARGES

Hawker 1000 - 5300S
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) - 112.6
Hours flown for period 6/1/95 - 8/31/97 - 208.0

Hours overflown on contract - 95.4

Excess hourly charge:

                                95.4        @      $4,855.00    $463,167.00

Federal Excise Tax                                              46,316.70
                                                                ==========
                                        Total Amount Due   $509,483.70


Amount previously invoiced to Mr  Forbes for the 95.4  hours = $170,212.68


REMIT TO.    P.O. Box 369099    Columbus, OH 43236-9099

CEN 0566089 JF1
CONFIDENTIAL

02/01/1994  16:08    305-532-8898
SEP  5 1997  3:58AM    EXECUTIVE JET AV.A        EJA DAVE CLERY                                    PAGE  05

Walter A.  Forbes                                 INVOICE NO.: PRELIMINARY
c/o CUC International                             Inv. Date;
707 Summer St., PO BOX 10049                      Cust. No.:   1108
Stamford, CT 06904-2049

### SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

|  |  |  |  |  |
|---|---|---|---|---|
|  | 92.0 | @ | $8,884.00 | $817,328.00 |
| Federal Excise Tax |  |  |  | 81,732.80 |
|  |  |  | Total Amount Due | $899,060.80 |

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO:    P.O. Box 369099    Columbus, OH #3236-9099

CEN 0566090 JF1
CONFIDENTIAL

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

TODAY'S DATE: / /

PERIOD COVERED: —

EMPLOYEE: Walter Forbes
LOCATION: Corp
DEPARTMENT:

EMPLOYEE PHONE # & EXT: ( )    X
EMPLOYEE VENDOR #

| DATE | 1995 | 1996 | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC EXP | | | | | | | | |
| ENTERTAINMENT (ETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

MINUS ADVANCES FOR THE PERIOD

BALANCE TO BE REIMBURSED TO EMPLOYEE    596,881

FOR INFORMATIONAL PURPOSES ONLY

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to private Airs for CUC Business — See Attachment | |
| | * Charge to Merger Reserve | |

## Certification:

HFS Merger Costs

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 23333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT

SIGNATURE OF EMPLOYEE          DATE 9/30/97

SIGNATURE OF DEPARTMENT VICE PRESIDENT          DATE

SEND WHITE COPY TO ACCOUNTING  RETAIN YELLOW COPY

CEN 0566091 JF1
CONFIDENTIAL

**6**



01-176-294411    CUC INTERNATIONAL, INC.    00189279

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 7417 | 309596 | | 10-31-97 | 596891.00 | .00 | 596891.00 |
| | | | T O T A L S | 596891.00 | .00 | 596891.00 |

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

**189279**

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK · HOLD UP TO A LIGHT TO VIEW

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

**189279** 50-827/213

| | DATE | CHECK NO. | NET AMOUNT |
|---|---|---|---|
| PAY | 11/11/97 | 00189279 | ****596,891.00 |

**E HUNDRED NINETY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND** NOT VALID AFTER 180 DAYS

TO THE
ORDER
OF

WALTER A FORBES
STAMFORD/CORPORATE

NON-NEGOTIABLE

⑆189279⑆ ⑈021309379⑈ 601⑆2⑆14810⑈    Gave to Beth 11/12/97

CEN 0602311 TR5
CONFIDENTIAL

To: Service Payables
Ext: 2248

From: _Nancy Accofora_
Ext: _2260_

## BILL APPROVAL FORM

Each invoice# requires a separate Bill Approval Form

1.) Check Made Out To: _Walter Forbes_
2.) Description: _____
   _Walter Forbes T&E_
   _____

3.) Amount to be paid: _596,881.00_
4.) Approved By (Must have V.P. Signature):        Date: _____
   _(see signature on T&E)_ _____ _____
   _____ _____
   _____ _____
   _____ _____

5.) Please fill in all available information:

   Client Code _294411_                  NOV 10
   Invoice # _009596_          Manual # _____
   P.O. # _____        Inv. Date _103197_
   G/L Account # _33333-0000_   Amount $ _596,881.00_
   _____
   _____              _____
   _____              _____
   _____              _____
   _____              _____
   _____              _____
   _____              _____
                               _____

**Special Instructions!**
_____
_____
_____
_____

_2214_   If you have questions, please call Service Payables at ext. 2248
          • White Copy To Accounting    • Yellow Copy for Your Records

CEN 0602312 TR5
CONFIDENTIAL

ROBERT T. TUCKER
ATTORNEY AT LAW

61 PURCHASE ST
RYE. N Y 10580

(914) 967-810:
FAX: (914) 967-816

September 10, 1997

**VIA FEDERAL EXPRESS**

Mr. Cosmo Corigliano
CUC International Inc.
707 Summer Street
Stamford. CT 06901

Dear Cosmo:

At its meeting of September 9. 1997, the Compensation Committee approved the payment/reimbursement of the airplane charges set forth on the attached schedule. The committee asked that I send you this letter with a request that this payment/reimbursement occur as promptly as possible.

Very truly yours,

Robert T. Tucker

RTT/kau

CEN 0602313 TR5
CONFIDENTIAL

**ROBERT P. RITTEREISER**
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

## VIA FACSIMILE

September 8, 1997

To:   Compensation Committee Members
      CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

*[signature]*

attachment

cc:  Walter A. Forbes (w/o attachment)
     Robert T. Tucker (w/attachment)

CEN 0602314 TR5
CONFIDENTIAL

 CUC INTERNATIONAL

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit

Here are the plane charges - as you would expect, our use of planes has accelerated with
our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate
plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments

CEN 0602315 TR5
CONFIDENTIAL

Amount Due WAF

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464. |
| 1996 amount not billed | | 370,417. |
| amount overflown 1995 & 1996 | | ~~448,662.~~ |
| | $ | ~~1,045,543.~~ |

*1 596,881*  (signature)

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet

CEN 0602316 TR5
CONFIDENTIAL

P.2

## Buck, Summer & Co., P.C.
### CERTIFIED PUBLIC ACCOUNTANTS
521 FIFTH AVENUE, NEW YORK, NEW YORK 10175
(212) 687-7333
FAX (212) 888-1201

DOUGLAS BUCK, C.P.A
RICHARD C. STURNER, C.P.A.
JORGE T. POBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD E. CARMOSIN, JR., C P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENKERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

350 T. FREND AVENUE, BOX 118
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3488

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CEN 0602317 TR5
CONFIDENTIAL

SEP 05 '97  01:59PM BUCK STURMER & CO                                    P.5

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|-------|-------------|---------------|-----------------------------------|------------------------|-------------------------|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,800 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

CEN 0602318 TR5
CONFIDENTIAL

WALTER FORBES
**96 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | — | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

CEN 0602319 TR5
CONFIDENTIAL

EJA DAVE CLERY                                                PAGE 04

Walter A. Forbes                              INVOICE NO.: PRELIMINARY
c/o CUC International                          Inv. Date:
707 Summer St., PO BOX 10049                   Cust. No.:   1108
Stamford, CT 06904-2049


## SUMMARY OF CHARGES

Hawker 1000 - 530QS
6.25% Share
6/1/1993 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) - 112.6
Hours flown for period 6/1/95 - 8/31/97 - 208.0

Hours overflown on contract = 95.4

Excess hourly charge:


                            95.4      @     $4,855.00   $463,167.00

Federal Excise Tax                                       46,316.70
                                                        ============

                                        Total Amount Due $509,483.70



Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68



REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099



CEN 0602320 TR5
CONFIDENTIAL

07/01/1994  15:00    305-532-2090                        EJA DAVE CLERY
SEP  1 1997  9:01AM    EXECUTIVE JET AVIA                                   PAGE  05
                                                                  NO.277   P. 2

Walter A. Forbes                                    INVOICE NO.: PRELIMINARY
c/o CUC International                               Inv. Date:
707 Summer St., PO BOX 10049                       Cust. No.:   1108
Stamford, CT 06904-2049

                          **SUMMARY OF CHARGES**

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:


                           92.0      @    $8,884.00   $817,328.00

Federal Excise Tax                                     81,732.80
                                                      ============

                                    Total Amount Due  $899,060.80


Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40


          REMIT TO:    P.O. Box 369099   Columbus, OH 43236-9099


CEN 0602321 TR5
CONFIDENTIAL

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| | | | TODAY'S DATE | PERIOD COVERED |
|---|---|---|---|---|
| EMPLOYEE | Walter Forbes | | / / | — |
| LOCATION | Corp | | | |
| DEPARTMENT | | | ( ) X | |

| DATE | 1995 | 1996 | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | |
| BREAKFAST | | | | | | | |
| LUNCH | | | | | | | |
| DINNER | | | | | | | |
| LODGING | | | | | | | |
| TIPS | | | | | | | |
| TELEPHONE | | | | | | | |
| PARKING | | | | | | | |
| TRANSPORTATION | | | | | | | |
| TAXI | | | | | | | |
| MILEAGE | | | | | | | |
| AUTO RENTAL | | | | | | | |
| MISC. EXP. | | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | |

MINUS: ADVANCES FOR THE PERIOD ( )

BALANCE TO BE REIMBURSED TO EMPLOYEE  596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to Cendant fee Merger | Acq. for CUC Business — |
| | * Charge to Merger Reserve | |

## Certification:

HFS Merger Costs

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 13333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

_____  9/30/97  _____  _____
SIGNATURE OF EMPLOYEE     DATE     SIGNATURE OF DEPARTMENT VICE PRESIDENT    DATE

SEND WHITE COPY TO ACCOUNTING. RETAIN YELLOW COPY

CEN 0602322 TR5
CONFIDENTIAL

7

| VOUCHER NUMBER | INVOICE NUMBER | P.O. PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01-136-294411 | | CUC INTERNATIONAL, INC. | | | 00189279 | |
| 17117 | 330534 | | 17-11-97 | 596891.00 | .00 | 596891.00 |
| | | | | | | |
| | | T O T A L S | | 596891.00 | .00 | 596891.00 |

CUC INTERNATIONAL INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

**189279**

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK - HOLD UP TO A LIGHT TO VIEW

CUC INTERNATIONAL INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

**189279**

| | DATE | CHECK NO | NET AMOUNT |
|---|---|---|---|
| PAY | 11/11/97 | 001P9279 | *000596,891.07 |

THE HUNDRED NINETY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND **NOT VALID AFTER 180 DAYS**

TO THE
ORDER
OF

WALTER A FORBES
STAMFORD/CORPORATE



NON NEGOTIABLE

⑆189279⑆ ⑉021309329⑉ 601⏦2⏦16810⏦  *Gave to Beth 11/12/97*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (DRH)    GEN 0024913

To: Service Payables                    From: _Nancy Acordon_
Ext: 2248                               Ext: _3260_

## BILL APPROVAL FORM

Each invoice# requires a separate Bill Approval Form

1.) Check Made Out To: _Walter Forbes_

2.) Description: _____

    _Walter Forbes T+E_

3.) Amount to be paid: _596,881.00_

4.) Approved By (Must have V.P. Signature)          Date:

    _( see signature on T+E )_          _____

    _____          _____

    _____          _____

    _____          _____

5.) Please fill in all available information:

    Client Code _294411_                    **NOV 10 1997**

    Invoice # _004596_                      Manual # _____

    P.O. # _____                  Inv. Date _____ _103197_

    G/L Account # _93333-0000_              Amount $ _596,881.00_

## Special Instructions!

_2 M24_      If you have questions, please call Service Payables at ext. 2248

    • White Copy To Accounting      • Yellow Copy for Your Records

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (AWT)          CEN 0024914

# ROBERT T. TUCKER

ATTORNEY AT LAW

61 PURCHASE ST
RYE, N Y 10580

(914) 967-8105
FAX (914) 967-8161

September 10, 1997

**VIA FEDERAL EXPRESS**

Mr. Cosmo Corigliano
CUC International Inc.
707 Summer Street
Stamford, CT 06901

Dear Cosmo:

At its meeting of September 9, 1997, the Compensation Committee approved the payment/reimbursement of the airplane charges set forth on the attached schedule. The committee asked that I send you this letter with a request that this payment/reimbursement occur as promptly as possible.

Very truly yours,

Robert T Tucker

RTT/kau

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (AWT)

CEN 0024915

**ROBERT P. RITTEREISER**
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

## VIA FACSIMILE

September 8, 1997

To:     Compensation Committee Members
        CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:  Walter A. Forbes  (w/o attachment)
     Robert T. Tucker  (w/attachment)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (NRB)         CEN 0024916





CUC INTERNATIONAL

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc
14 Wall Street
New York, NY 10005

Dear Rit

Here are the plane charges – as you would expect, our use of planes has accelerated with our new life

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call

Best regards,

Walter A. Forbes

WAF/bf

Attachments

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (DRD)                    CEN 0024917

Amount Due WAF

1995 amount not billed              $   226,464.
1996 amount not billed                  370,417.
amount overflown 1995 & 1996            ~~418,662.~~
                                    $ ~~1,045,543.~~
                                    $ 596,881   *[signature]*

*we "overflew" the planes 187 4 hours beyond my contract, these monies will go to Executive Jet

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 96-1664 (AHN)

CEN  0024918

SEP 05 '97  01:55PM BUCK, SUMMER & CO                               P.2

## Buck, Summer & Co., P.C.

CERTIFIED PUBLIC ACCOUNTANTS

63 FIFTH AVENUE, NEW YORK, NEW YORK 10176

(212) 867-7333
FAX (212) 868-1701

DOUGLAS BUCK, C.P.A.
4-C-ARD C. SUMMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD S. CARNOSIN, JR., C.P.A.
SUSAN SCHARF, C.P.A.
NORMAN A. BENNETT, C.P.A.
KEVIN P. BOLAND, C.P.A.

350 T. FREMO AVENUE, BOX 115
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3433

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996.
The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October,
November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (AWT)          CEN  0024919

SEP 05 '97  01-55PM BUCK STURMER & CO                                    P.3

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $5,084 | $85,411 | $39,154 | $46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 25,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $5,084 | $684,814 | $418,737 | $266,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $684,814 | $458,350 | $226,464 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WWE)

CEN  0024920

SEP 25 '97 01:56PM BUCK,STURMER & CO                                    P.4

WALTER FORBES
'''8 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,728 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 8.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (AWT)          CEN 0024921

02/01/1994 16:58    305-532-8098         EJA DAVE CLERY                    PAGE  84

Walter A.  Forbes                              INVOICE NO.: PRELIMINARY
c/o CUC International                           Inv. Date:
707 Summer St., PO BOX 10049                    Cust. No.:   1108
Stamford, CT 06904-2045

## SUMMARY OF CHARGES

Hawker 1000 - S300S
4.28% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) - 112.5
Hours flown for period 6/1/95 - 8/31/97 - 208.0

Hours overflown on contract - 95.4

Excess hourly charges:

                              95.4      @     $4,855.00   $463,167.00

        Federal Excise Tax                                  $6,316.70
                                                          =============
                                        Total Amount Due  $509,483.70

Amount previously invoiced to Mr. Forbes for the 95.4  hours - $170,213.68

            REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (AHN)                    CEN  0024922

02/01 1994  16:09   305-532-9690              EJA DAVE CLERY

SEP 5 1997 3.59AM     EXECUTIVE JET AVIA                                PAGE  05

Walter A. Forbes                                    INVOICE NO.: PRELIMINARY
c/o CUC International                                Inv. Date:
707 Summer St., PO BOX 10044                         Cust. No.:   1108
Stamford, CT 06904-7049

**SUMMARY OF CHARGES**

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours alloted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

                                    92.0      @      $8,884.00  $817,328.00

Federal Excise Tax                                              $1,732.90
                                                               ─────────────
                                        Total Amount Due  $899,060.90

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO:   P.O. Box 369093   Columbus, OH 43236-9093

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WWD)

CEN  0024923

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| | | |
|---|---|---|
| TODAY'S DATE | / / | |
| PERIOD COVERED | — | |

EMPLOYEE: *Walter Forbes*
LOCATION: *Corp*
DEPARTMENT:

EMPLOYEE PHONE # & EXT: ( )    X
EMPLOYEE / VENDOR #

| | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | |
| LOCATION | | | | | |
| BREAKFAST | | | | | |
| LUNCH | | | | | |
| DINNER | | | | | |
| LODGING | | | | | |
| TIPS | | | | | |
| TELEPHONE | | | | | |
| PARKING | | | | | |
| TRANSPORTATION | | | | | |
| TAXI | | | | | |
| MILEAGE | | | | | |
| AUTO RENTAL | | | | | |
| MISC. EXP | | | | | |
| ENTERTAINMENT (TAIL BELOW) | | | | | |
| TOTALS | 226,464 | 370,417 | | | |

MINUS: ADVANCES FOR THE PERIOD

**BALANCE TO BE REIMBURSED TO EMPLOYEE** 596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | *Balance due to expense* | *by in CUC Overseas* |
| | *(see attached)* | |
| | *& Charge to Merger Reserve* | |

## Certification:

*HFS Merger Costs*

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 23333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

SIGNATURE OF EMPLOYEE
DATE: 9/30/97
SIGNATURE OF DEPARTMENT VICE PRESIDENT
DATE

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

SEND WHITE COPY TO ACCOUNTING. RETAIN YELLOW COPY

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (MRK)

CEH 0024924

8

RECYCLED

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| | PERIOD COVERED |
|---|---|
| ___ / ___ | ___ |

EMPLOYEE  *Walter Forbes*

LOCATION  *Corp*

DEPARTMENT

| EMPLOYEE PHONE & EXT | ( ) | X |
|---|---|---|
| EMPLOYEE VENDOR # | | |

| DATE | 1995 | 1996 | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | |
| BREAKFAST | | | | | | | |
| LUNCH | | | | | | | |

*Nancy*
*Put on T&E Walter*
*Schedule then*
*Send through*
*Payables.*
*Thks*
*S*

*STEVE -*
*10/20 -*
*Needs to go to Merger*
*Reserve (But note this in*
*the WAF file)*
*Chris - please keep*
*a copy for the*
*file*

| MISC. EXP. ENTERTAINMENT (DETAIL BELOW) | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTALS | 226,464 | 370,417 | | | | | |

| | MINUS: ADVANCES FOR THE PERIOD | ( ) |
|---|---|---|
| | BALANCE TO BE REIMBURSED TO EMPLOYEE | 596,881 |

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | *Balance due to please his for CUC business* | |
| | *See attached* | |
| | *& Charge to Merger Reserve* | |

GOVERNMENT EXHIBIT

EX. 158

## Certification:

I certify that this statement describes *HFS Merger Costs*
actual and necessary business expenses
incurred by me while engaged in company
related business.

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 73333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

| SIGNATURE OF EMPLOYEE | 9/30/97 | SIGNATURE OF DEPARTMENT VICE PRESIDENT | 204298 |
|---|---|---|---|
| | DATE | | |

9



DEFENDANT'S
EXHIBIT

1651

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WHW)

CEN 0370150

Walter
Forbes
$T \not\in E$

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Chil Action No. 99-1664 (WHW)

CEN 0370151

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | 10-31-97 | 596891.00 | .00 | 596891.00 |

CUC INTERNATIONAL INC.
45 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

**189279**

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK - HOLD UP TO A LIGHT TO VIEW

CUC INTERNATIONAL INC.
45 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

**189279**

| | DATE | CHECK NO. | NET AMOUNT |
|---|---|---|---|
| PAY | 11/11/97 | 00189279 | $****596,891.00* |

FIVE HUNDRED NINETY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND NOT VALID AFTER 90 DAYS

TO THE
ORDER
OF

WALTER & FORBES
STAMFORD/CORPORATE

NON-NEGOTIABLE

⑈189279⑈ ⑆021309379⑆ 501-2-14810⑈   Gave to Beth 11/2/17

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370152

To: Service Payables                                From: _Nancy Jordan_
Ext: 2248                                           Ext: _3260_

## BILL APPROVAL FORM

Each invoice* requires a separate Bill Approval Form

1.) Check Made Out To: _Walter Forbes_

2.) Description: _____
_____ Walt- Forbes T&E _____

3.) Amount to be paid: _591,781.70_

4.) Approved By  Must have V.P. Signature _____  Date: _____
_(see signature on T&E)_

5.) Please fill in all available information:

Client Code _294411_                Manual # **NOV 10**
Invoice # _C09596_                  Inv. Date _____ 3,67
P.O. # _____
G.L. Account # _33333-0000_         Amount $ _591,781.00_

**Special Instructions!**

If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting      • Yellow Copy for Your Records

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370153