ROBERT P. RITTEREISER
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

**VIA FACSIMILE**

September 8, 1997

To: Compensation Committee Members
CUC International

Please see the attached material which will be discussed at the Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc: Walter A. Forbes (w/o attachment)
Robert T. Tucker (w/attachment)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)



September 8, 1997

Robert Rittereiser
Gruntal & Company Inc
14 Wall Street
New York, NY 10005

Dear Rit

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet

If you have any questions, please call

Best regards,

Walter A Forbes

WAF:bf

Attachments

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WHW)

CEN 0370155

**Amount Due WAF**

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464 |
| 1996 amount not billed | | 370,417 |
| amount overflown 1995 & 1996 | | ~~[illegible]~~ |
| | $ | ~~1,645,543~~ |
| | | 1,596,881 |

*we "[illegible]" the planes [illegible] hours beyond my contract. these monies will go to Executive Jet

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

Buck, Sturmer & Co., P.C.
CERTIFIED PUBLIC ACCOUNTANTS
[illegible] FIFTH AVENUE, NEW YORK, NEW YORK [illegible]
([illegible]) [illegible]-7333
FAX ([illegible]) [illegible]

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
GEORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD B. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENNERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

[illegible] FRIEND AVENUE, BOX [illegible]
RYE, NEW YORK [illegible]
(914) [illegible]-0677
FAX (914) [illegible]

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,984 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,881 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

WALTER FORBES
[illegible]6 PLANE CHARGES
[illegible]D USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.: 1108

SUMMARY OF CHARGES

Hawker 1000 - 530CS
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 - 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

| | | | |
|---|---|---|---|
| 95.4 | @ | $4,855.30 | $463,167.00 |
| Federal Excise Tax | | | $6,316.70 |
| | | Total Amount Due | $509,483.73 |

Amount previously invoiced to Mr. Forbes for the 95.4 hours - $170,212.68

REMIT TO. P.O. Box 369099 Columbus, OH 43236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.: 1108

**SUMMARY OF CHARGES**

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

| | | | |
|---|---|---|---|
| 92.0 | @ | $8,884.30 | $817,328.00 |
| Federal Excise Tax | | | $81,732.80 |
| | | Total Amount Due | $899,060.80 |

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO: P.O. Box 359099 Columbus, OH 43236-9099

CUC INTERNATIONAL

**EMPLOYEE EXPENSE REPORT**

TODAY'S DATE / /

PERIOD COVERED

EMPLOYEE Walter Forbes

LOCATION Corp

DEPARTMENT

EMPLOYEE PHONE # & EXT ( ) X

EMPLOYEE VENDOR #

| DATE | 1995 | 1996 | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC EXP | | | | | | | | |
| ENTERTAINMENT DETAIL BELOW | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

MINUS ADVANCES FOR THE PERIOD ( )

BALANCE TO BE REIMBURSED TO EMPLOYEE 596,881

FOR INFORMATIONAL PURPOSES ONLY

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Salome due to Cline | hrs in CUC business - |
| | Fee attached | |
| | | |
| | * Charge to Merger Reserve | |
| | | |

Certification: HFS Merger Costs

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 13333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

[signature] SIGNATURE OF EMPLOYEE — DATE 9/30/97 — [signature] SIGNATURE OF DEPARTMENT VICE PRESIDENT — DATE

SEND WHITE COPY TO ACCOUNTING RETAIN YELLOW COPY

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

10

203 965 5474 P.03/04 (14

CENDANT CORPORATION

CUC INTERNATIONAL

EMPLOYEE EXPENSE REPORT

TODAY'S DATE: / /

PERIOD COVERED: —

EMPLOYEE: Walter Forbes

LOCATION: Corp

DEPARTMENT:

EMPLOYEE PHONE # & EXT.: ( ) x

EMPLOYEE VENDOR #:

| | | | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | | | | |
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC. EXP. ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

MINUS: ADVANCES FOR THE PERIOD ( )

BALANCE TO BE REIMBURSED TO EMPLOYEE: 596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to plane | Arg for CUC Business |
| | fee attached | |
| | | |
| | * Charge to Merger Reserve | |
| | | |

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| HFS Merger Costs → 13333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

## Certification:

I certify that this statement describes the actual and necessary business expenses incurred by me while engaged in company related business.

SIGNATURE OF EMPLOYEE: [signature] DATE: 9/30/97

SIGNATURE OF DEPARTMENT VICE PRESIDENT: [signature] DATE:

CENDANT 0002234

11

Walter
Forbes
T&E

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CUC INTERNATIONAL, INC.

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | [illegible] | 596891.09 | .00 | 596891.09 |
| | | TOTALS | | 596891.09 | .00 | 596891.09 |

CUC INTERNATIONAL INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

189279

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK - HOLD UP TO A LIGHT TO VIEW

CUC INTERNATIONAL INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

189279 50-937/213

| DATE | CHECK NO. | NET AMOUNT |
|---|---|---|
| 11/11/97 | 00189279 | ****596,891.09 |

PAY

FIVE HUNDRED NINETY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND [illegible]

NOT VALID AFTER 180 DAYS

TO THE ORDER OF

WALTER A FORBES
STAMFORD/CORPORATE

NON-NEGOTIABLE

⑈189279⑈ ⑆021309379⑆ 601⑉2⑉14810⑈ Gave to Beth 11/12/97

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017388

To: Service Payables
Ext: 2248

From: [illegible]
Ext. [illegible]

## BILL APPROVAL FORM

Each invoice requires a separate Bill Approval Form

1.) Check Made Out To: [illegible]

2.) Description: [illegible] TLE

3.) Amount to be paid: 596.29.00

4.) Approved By (Must have V.P. Signature) Date:

[illegible]

5.) Please fill in all available information: NOV 10 1997

Client Code 294411
Invoice # 009596
P.O. #
G/L Account # 33333-0000

Manual #
Inv. Date [illegible] 13,97
Amount $ 596.29.00

**Special Instructions!**

If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting • Yellow Copy for Your Records

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017389

ROBERT P. RITTEREISER
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

**VIA FACSIMILE**

September 8, 1997

To: Compensation Committee Members
CUC International

Please see the attached material which will be discussed at the Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc: Walter A. Forbes (w/o attachment)
Robert T. Tucker (w/attachment)

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.



September 5 1997

Robert Rittereiser
Gruntal & Company Inc
14 Wall Street
New York, NY 10005

Dear Bob

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet

If you have any questions, please call

Best regards

Walter A Forbes

WAF bf

Attachments

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

Amount Due WAF

| | |
|---|---|
| [illegible] amount not billed | $ 226,464 |
| [illegible] amount not billed | 370,417 |
| amount overflown 1995 & [illegible] | ~~448,562~~ |
| | $ ~~1,045,443~~ |
| | $ 596,881 |

*We "overflew" the planes [illegible] hours beyond my contract. these monies will go to Executive Jet

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017392

[illegible] [illegible] BUCK, STURMER & CO [illegible]

Buck, Sturmer & Co., P.C.

CERTIFIED PUBLIC ACCOUNTANTS

[illegible] AVENUE, NEW YORK, NEW YORK [illegible]
[illegible]
FAX [illegible]

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE [illegible] ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD S. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENNERT, C.P.A.
KEVIN [illegible] BOLAND, C.P.A.

350 [illegible] AVENUE, BOX [illegible]
RYE, NEW YORK [illegible]
[illegible]
FAX [illegible]

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5.084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5.084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5.084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5.084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5.084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5.084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5.084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017394

WALTER FORBES
[illegible]8 PLANE CHARGES
[illegible]D USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,728 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,888 | 127,564 | 35,324 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 728,481 | $ 358,064 | $ 370,417 |

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.: 1108

**SUMMARY OF CHARGES**

Hawker 1000 - 530CS
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) - 112.6
Hours flown for period 6/1/95 - 8/31/97 - 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

| | | | | |
|---|---|---|---|---|
| | 95.4 | @ | $4,855.00 | $463,167.00 |
| Federal Excise Tax | | | | 46,316.70 |
| | | | Total Amount Due | $509,483.70 |

Amount previously invoiced to Mr. Forbes for the 95.4 hours - $170,212.68

REMIT TO. P.O. Box 369099 Columbus, OH 43236-9099

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

Walter A. Forbes
c/o CUC International.
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.: 1108

**SUMMARY OF CHARGES**

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

| | | | |
|---|---|---|---|
| 92.0 | @ | $8,894.30 | $817,328.30 |
| Federal Excise Tax | | | $1,732.30 |
| | | Total Amount Due | $889,060.80 |

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $255,274.40

REMIT TO: P.O. Box 369099 Columbus, OH 43236-9099

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CUC INTERNATIONAL

# EMPLOYEE EXPENSE REPORT

TODAY'S DATE

PERIOD COVERED

EMPLOYEE Walter Forbes

LOCATION SP

DEPARTMENT

EMPLOYEE PHONE # & EXT ( )

EMPLOYEE VENDOR #

| | | | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | | | | |
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC EXP | | | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

MINUS ADVANCES FOR THE PERIOD ( )

BALANCE TO BE REIMBURSED TO EMPLOYEE 596,881

FOR INFORMATIONAL PURPOSES ONLY

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Income due to Cross fee attorney | hrs in CUC business - |
| | * Charge to Merger Reserve | |

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| HFS Merger Costs → 23333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

## Certification:

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT

[signature] SIGNATURE OF EMPLOYEE — 9/30/97 DATE — [signature] SIGNATURE OF DEPARTMENT VICE PRESIDENT — DATE

SEND WHITE COPY TO ACCOUNTING RETAIN YELLOW COPY

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017398

12

T 20

To: Service Payables
Ext: 2248

From: Nancy Accardi
Ext: 3260

## BILL APPROVAL FORM

Each invoice# requires a separate Bill Approval Form

1.) Check Made Out To: Walter Forbes

2.) Description: Walter Forbes T&E

3.) Amount to be paid: 596,881.00

4.) Approved By (Must have V.P. Signature): (See Signature on T&E) Date:

5.) Please fill in all available information:

Client Code
Manual #
Invoice # 009596
Inv. Date 1/13/97
P.O. #
G/L Account # 13553-0000
Amount $ 596,881.00

**Special Instructions!**

If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting • Yellow Copy for Your Records

DEFENDANT'S EXHIBIT 1776

PENGAD 800-631-6989

CC000173.1

CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

TODAY'S DATE: / /

PERIOD COVERED: —

EMPLOYEE: Walter Forbes

LOCATION: Corp

DEPARTMENT:

EMPLOYEE PHONE # & EXT.: ( ) X

EMPLOYEE / VENDOR #:

| | | | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | | | | |
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| MISC. EXP. ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

Steve - 10/20 - needs to go to merger reserve - (Bld note this in the WAF file) Chris - please make a copy for the file

Nancy Put in THE walter Schedule then send through payables. Thxs Steve

MINUS: ADVANCES FOR THE PERIOD: ( )

BALANCE TO BE REIMBURSED TO EMPLOYEE: 596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to plane | hrs for CUC business - |
| | See attached | |
| | | |
| | * Charge to Merger Reserve | |
| | | |

**Certification:**

I certify that this statement describes the actual and necessary business expenses incurred by me while engaged in company related business.

HFS Merger Costs →

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 13333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

[signature] SIGNATURE OF EMPLOYEE — DATE 9/30/97 — [signature] SIGNATURE OF DEPARTMENT VICE PRESIDENT — DATE

CUCEER-1 (4/95)

SEND WHITE COPY TO ACCOUNTING RETAIN YELLOW COPY

CC000173.2

ROBERT T. TUCKER
ATTORNEY AT LAW

61 PURCHASE ST.
RYE, N.Y. 10580

(914) 967-8105
FAX: (914) 967-8161

September 10, 1997

VIA FEDERAL EXPRESS

Mr. Cosmo Corigliano
CUC International Inc.
707 Summer Street
Stamford, CT 06901

Dear Cosmo:

At its meeting of September 9, 1997, the Compensation Committee approved the payment/reimbursement of the airplane charges set forth on the attached schedule. The committee asked that I send you this letter with a request that this payment/reimbursement occur as promptly as possible.

Very truly yours,

Robert T. Tucker

RTT/kau

CC000173.3

ROBERT F. RITTEREISER
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

**VIA FACSIMILE**

September 8, 1997

To: Compensation Committee Members
CUC International

Please see the attached material which will be discussed at the Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc: Walter A. Forbes (w/o attachment)
Robert T. Tucker (w/attachment)

CC000173.4



707 Summer Street
P.O. Box 10049
Stamford, CT 06904-2049
203 324 9261

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit:

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments

SEP 05 '97 01:55PM BUCK, STURMER & CO P.2

Buck, Sturmer & Co., P.C.

CERTIFIED PUBLIC ACCOUNTANTS

521 FIFTH AVENUE, NEW YORK, NEW YORK 10175
(212) 687-7333
FAX (212) 949-1201

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD S. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENKERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

350 T. FREND AVENUE, BOX 110
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3438

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CC000173.6

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

WALTER FORBES
1996 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

CC000173.8

## Amount Due WAF

| | |
|---|---|
| 1995 amount not billed | $ 226,464. |
| 1996 amount not billed | 370,417. |
| amount overflown 1995 & 1996 | ~~448,662.~~ |
| | $ ~~1,045,543.~~ |
| | $ 596,881 OK [signature] |

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.: 1108

## SUMMARY OF CHARGES

Hawker 1000 - 530QS
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) - 112.6
Hours flown for period 6/1/95 - 8/31/97 - 208.0

Hours overflown on contract - 95.4

Excess hourly charge:

| | | | | |
|---|---|---|---|---|
| | 95.4 | @ | $4,855.00 | $463,167.00 |
| Federal Excise Tax | | | | 46,316.70 |
| | | | Total Amount Due | $509,483.70 |

Amount previously invoiced to Mr. Forbes for the 95.4 hours - $170,212.68

REMIT TO: P.O. Box 369099 Columbus, OH 43236-9099

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.: 1108

**SUMMARY OF CHARGES**

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

| | | | | |
|---|---|---|---|---|
| | 92.0 | @ | $8,884.00 | $817,328.00 |
| Federal Excise Tax | | | | 81,732.80 |
| | | | Total Amount Due | $899,060.80 |

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO: P.O. Box 369099 Columbus, OH 43236-9099

13

| | 1/31/97 | 12/31/97 | Total |
|---|---|---|---|
| Severence packages | 15,055 | 8,717 | 23,772 |
| Health and welfare on severence | | 2,615 | 2,615 |
| ✓ Software operation integration charges | | 5,000 | 5,000 |
| Professional fees | 25,283 | 8,405 | 33,688 |
| Closing/ consolidating facilities | 3,319 | 942 | 4,261 |
| ✓ Closing UBS | 4,245 | 2,000 | 6,245 |
| Integration charges : | | | |
| Small products elimination | | 213 | 213 |
| ✓ MIS costs-non salary | | 6,770 | 6,770 |
| ✓ MIS salary and consultants | | 1,289 | 1,289 |
| ✓ Credit line/ privacy guard | | 2,978 | 2,978 |
| ✓ Credit card registry/hotline | | 1,446 | 1,446 |
| Fee card | | 698 | 698 |
| ✓ NCCI phone and MIS support | | 428 | 428 |
| ✓ Lease commitments | | 9,189 | 9,189 |
| ✓ Software integration | | 3,261 | 3,261 |
| ✓ Credit card registry facility integration | | 7,199 | 7,199 |
| ✓ Business consolidations | 3,488 | | 3,488 |
| ✓ Operation integration costs | 27,014 | | 27,014 |
| ✓ Transitional -consultant costs | | 4,500 | 4,500 |
| Other | | 4,250 | 4,250 |
| Marketing commitments | 2,086 | 6,425 | 8,511 |
| Legal | | 18,608 | 18,608 |
| | 80,490 | 94,933 | 175,423 |

Note: Reclassified debits on balance sheet for $4.5 million in prepaid and other assets were written off as of 12/31/97.

175,423
4,500
179,923

1996 / 1997
Reserve Drawing - This page
Cash 91,444
P+L 83,068
TOTAL P+L 99,568
Page 2 22,500
Page 1 25,000
47,500
Sales 22,500
Cutoff 30,000
290,012

CENDANT 0000420

DEFENDANT'S EXHIBIT 1303