EXHIBIT 3

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MARGARET A. KEELEY
(202) 434-5137
mkeeley@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 14, 2005

Peter Tomlinson, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

Re:   United States v. Walter A. Forbes, No. 3:0-2CR264 (AWT)

Dear Mr. Tomlinson:

Pursuant to your agreement to accept service on behalf of your client Cendant Corporation, enclosed please find two subpoenas and checks for the appropriate witness and mileage fees.

Please note that one of these subpoenas calls for information sought through either a pre-trial subpoena, or a trial subpoena returnable during the first trial of Mr. Forbes. We understand that the Court previously quashed the subpoenas which included these (or similar) requests. We are serving new subpoenas because we wish to ensure that each of these subpoena demands is preserved with respect to the current trial.

With regard to our request for originals that you have previously represented Cendant cannot locate, a letter confirming that that remains true through the present will be sufficient. With regard to the new request for originals, please note that we are also sending this request to the government in the event they are in possession of the originals.

Should you have any questions or concerns regarding these subpoenas, please call me at (202) 997-0746.

Williams & Connolly LLP

By: /s/ Margaret A. Keeley
Margaret A. Keeley
Counsel for Walter A. Forbes

Enclosures