EXHIBIT 4

Case 3:02-cr-00264-AHN    Document 1736-7    Filed 09/23/2005    Page 1 of 4

# United States District Court

DISTRICT OF Connecticut

United States of America

v.

Walter A. Forbes and
E. Kirk Shelton

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AWT)

TO: Custodian of Records
Cendant Corporation
9 West 57th Street
New York, NY 10019

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME<br>June 21, 2004<br>9:30 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **KEVIN F. ROWE** | June 13, 2004 |
| (By) Deputy Clerk | |

OFFICE OF THE CLERK
U.S. District Court
U.S. Courthouse
450 Main Street
Hartford, Conn. 06103

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP, (202) 434-5000, Attorneys for Defendant Walter A. Forbes

Thomas Puccio, Law Offices of Thomas Puccio, 230 Park Avenue, Suite 301, New York, NY 10017 (212) 759-6600, Attorneys for Defendant E. Kirk Shelton

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE | |
| SERVED | DATE | PLACE | |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $_____ | |
| SERVED BY (PRINT NAME) | | TITLE | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                    Date                              Signature of Server

                                        _____
                                                   Address of Server

ADDITIONAL INFORMATION

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY CENDANT

## DEFINITIONS AND INSTRUCTIONS

a. The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b. The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

c. The term "CUC" shall include CUC International, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All e-mails sent or received by Henry Silverman, Michael Monaco, James Buckman, or Scott Forbes from March 6, 1998 through and including March 10, 1998 relating to Cendant.

2. Any e-mails regarding Cendant's actual or projected financial performance that were sent or received by Henry Silverman, Michael Monaco, James Buckman, or Scott Forbes from March 6, 1998 through and including March 10, 1998.

3. All e-mails sent by Scott Forbes to, or received by Scott Forbes from, any of the following people during the period between May 1, 1997 and April 15, 1998 concerning Cendant or CUC: (a) Cosmo Corigliano; (b) Anne Pember; (c) Casper Sabatino; (d) Steve Speaks; (e) Mary Sattler; or (f) Kevin Kearney.

4. All e-mails sent by Michael Monaco to, or received by Michael Monaco from, any of the following people during the period between May 1, 1997 and April 15, 1998 concerning Cendant or CUC: (a) Cosmo Corigliano; (b) Anne Pember; (c) Casper Sabatino; (d) Steve Speaks; (e) Mary Sattler; or (f) Kevin Kearney.