EXHIBIT 6

Case 3:02-cr-00264-AHN    Document 1736-9    Filed 09/23/2005    Page 1 of 4

## Patterson, Belknap, Webb & Tyler LLP

1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Fax (212) 336-2222

Christopher C. Angell
Douglas E. Barzelay
Susan F. Bloom
Henry P. Bubel
Laura E. Butzel
William F. Cavanaugh, Jr.
Lisa E. Cleary
Edward F. Cox
John Delli Venneri
Gregory L. Diskant
David W. Dykhouse
Philip R. Forlenza
Hugh J. Freund
Paul G. Gardephe
Eugene M. Gelernter
Alan Gettner
David M. Glaser
Antonia M. Grumbach
Erik Haas
Andrew L. Herz
Dana W. Hiscock
Scott Horton
Scott B. Howard
Karen C. Hunter
Kenneth J. King
Rochelle Korman
Robin Krause
Jeffrey E. LaGueux
Kim J. Landsman

Robert W. Lehrburger
Jeffrey I.D. Lewis
Robert P. LoBue
Ellen M. Martin
Maureen W. McCarthy
Thomas C. Morrison
Bernard F. O'Hare
Gloria C. Phares
Thomas W. Pippert
Herman H. Raspé
Robert M. Safron
Karla G. Sanchez
Kenneth L. Sankin
Peter J. Schaeffer
Andrew D. Schau
John E. Schmeltzer, III
John P. Schmitt
Rhonda E. Schwartz
Arthur D. Sederbaum
Karl E. Seib, Jr.
Saul B. Shapiro
Michael J. Timmons
Peter W. Tomlinson
Richard R. Upton
Frederick B. Warder III
William W. Weisner
John D. Winter
Stephen P. Younger
Steven A. Zalesin

Of Counsel

Harold R. Tyler

Anthony P. Coles
David F. Dobbins
George S. Frazza
Robert M. Pennoyer
Stephen W. Schwarz
Robert B. Shea
Ira T. Wender, P.C.

Direct Phone
(212) 336-2163

Email Address
sbshapiro@pbwt.com

June 18, 2004

**By Fax and FedEx**

Robert M. Cary, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, New York 10169

Re:   **U.S. v. Forbes & Shelton**

Dear Rob and Tom:

I write in response to the June 13, 2004 subpoena (the "Subpoena") that Walter Forbes and E. Kirk Shelton served on Cendant Corporation ("Cendant"). To begin, Cendant does not waive any of its objections to this latest subpoena, including but not limited to the subpoena's timeliness, its overbreadth, and its failure to satisfy all of the criteria of the United States v. Nixon, 418 U.S. 683 (1974).

Without waiving these or any other objections, we have the following responses to the four requests contained in the Subpoena:

Robert M. Cary, Esq.
Thomas P. Puccio, Esq.
June 18, 2004
Page 2

### Request No. 1

All e-mails sent or received by Henry Silverman, Michael Monaco, James Buckman, or Scott Forbes from March 6, 1998 through and including March 10, 1998 relating to Cendant.

### Response

Cendant objects to the phrase "relating to Cendant" as overbroad and vague. We have reviewed all e-mails for these witnesses for the requested time period and confirmed that Cendant has no relevant e-mails in its possession, custody, or control. Specifically, Cendant has no emails related to any of the subject matters covered by the requests in the first two subpoenas served on the company (as summarized in my February 24, 2004 letter to Rob).

### Request No. 2

Any e-mails regarding Cendant's actual or projected financial performance that were sent or received by Henry Silverman, Michael Monaco, James Buckman, or Scott Forbes from March 6, 1998 through and including March 10, 1998.

### Response

Cendant has no documents responsive to Request No. 2 of the Subpoena in its possession, custody, or control.

### Request Nos. 3 & 4

3. All e-mails sent by Scott Forbes to, or received by Scott Forbes from, any of the following people during the period between May 1, 1997 and April 15, 1998 concerning Cendant or CUC: (a) Cosmo Corigliano; (b) Anne Pember; (c) Casper Sabatino; (d) Steve Speaks; (e) Mary Sattler; or (f) Kevin Kearney.

4. All e-mails sent by Michael Monaco to, or received by Michael Monaco from, any of the following people during the period between May 1, 1997 and April 15, 1998 concerning Cendant or CUC: (a) Cosmo Corigliano; (b) Anne Pember; (c) Casper Sabatino; (d) Steve Speaks; (e) Mary Sattler; or (f) Kevin Kearney.

### Response

Cendant objects to the phrase "concerning Cendant or CUC" as overbroad and vague. We have reviewed all e-mails for these witnesses for the requested time period and have produced all relevant e-mails in Cendant's possession, custody, or control. Specifically, Cendant has produced all responsive e-mails related to any of the subject matters covered by the requests

1019804v1

Robert M. Cary, Esq.
Thomas P. Puccio, Esq.
June 18, 2004
Page 3

in the first two subpoenas served on the company (as summarized in my February 24, 2004 letter to Rob).

                                                Very truly yours,

                                                Saul B. Shapiro

cc:    James T. Cowdery, Esq. (by fax and FedEx)
        Stanley Twardy, Esq. (by fax and FedEx)

1019804v1