# United States District Court

DISTRICT OF Connecticut

USA v. Walter Forbes

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02CR264

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Martinez | Sullivan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| COURT 9/26/05 | Thompson | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/26/05 | ✓ | | E-mail chain |

*Filed at Hartford, Sept. 26, 2005, Kevin F. Rowe, Clerk, by S.L. Smith, Deputy Clerk*

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages