UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | September 27, 2005 |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT WALTER A. FORBES' RENEWED MOTION TO PRECLUDE THE GOVERNMENT FROM PRESENTING EVIDENCE, CROSS-EXAMINATION, OR ARGUMENT CONCERNING ASSET TRANSFERS**

(Forbes Retrial Motion *In Limine* No. 5)

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U. S. Department of Justice
Room 320
450 Main Street
Hartford, Connecticut 06103
Tel: (860) 240-3387
Fax: (860) 240-3391

**ARGUMENT**

Based solely on the arguments set forth on pages 8-12 of his August 22, 2005 Memorandum in Opposition to the Government's Pre-Retrial Motion *In Limine*, which he has incorporated by reference in his "renewed" motion *in limine*, Forbes seeks the exclusion of any evidence, cross-examination, or argument concerning his assert transfers.  For the reasons set forth at pages 3-6 of the "Government's Reply Memorandum in Support of its Pre-Retrial Motion *In Limine*," filed on September 16, 2005, Forbes' arguments should be rejected.

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that this Court deny Forbes' Pre-Retrial Motion *In Limine* No. 5.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

/s/ Norman Gross

NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U.S. Department of Justice

Dated: September 27, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

       The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.  
Williams & Connolly LLP  
Residence Inn  
942 Main Street  
Hartford, CT 06103

                                                 /s/ Debra Elliott  
                                                 DEBRA ELLIOTT  
                                                 U.S. Department of Justice

Dated: September 27, 2005  
       Hartford, Connecticut