UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | September 27, 2005 |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WALTER A. FORBES' MOTION TO SEAL PLEADINGS RELATING TO FORBES RETRIAL MOTION NO. 7 AND FORBES RETRIAL MOTION *IN LIMINE* NO. 9**

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U. S. Department of Justice
Room 320
450 Main Street
Hartford, Connecticut 06103
Tel: (860) 240-3387
Fax: (860) 240-3391

**RESPONSE**

The Government does not oppose Forbes' motion to enter an order sealing Forbes Retrial Motion No. 7 and Forbes Retrial Motion *In Limine* No. 9 and all subsequent pleadings relating thereto.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

/s/ Norman Gross

NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U.S. Department of Justice

Dated: September 27, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.
Williams & Connolly LLP
Residence Inn
942 Main Street
Hartford, CT 06103


      /s/ Debra Elliott
      DEBRA ELLIOTT
      U.S. Department of Justice

Dated: September 27, 2005
      Hartford, Connecticut