UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| | : | |
| v. | : | September 27, 2005 |
| | : | |
| | : | |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WALTER A. FORBES' MOTION TO PRECLUDE THE GOVERNMENT FROM PRESENTING ANY EVIDENCE, CROSS-EXAMINATION OR ARGUMENT CONCERNING MR. SHELTON'S PURPORTED STATEMENT TO MR. CORIGLIANO CONCERNING HIS COMPUTER OR MR. CORIGLIANO'S DELETION OF ELECTRONIC FILES**

(Forbes Retrial Motion *In Limine* No. 11)

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U. S. Department of Justice
Room 320
450 Main Street
Hartford, Connecticut 06103
Tel: (860) 240-3387
Fax: (860) 240-3391

**RESPONSE**

Forbes moves to exclude evidence that his co-conspirator Kirk Shelton implicitly warned Cosmo Corigliano to remove or destroy incriminating documents from Corigliano's computer, which occurred sometime after the fraud was publicly disclosed on April 15, 1998. The Government does not presently intend to present any such evidence in this case, which was properly admitted during the first trial as proof of Shelton's consciousness of guilt. Tr. 7552-53.

In the event that the Government believes that testimony elicited during the retrial by Forbes has opened the door to evidence about Shelton's conversation with Corigliano regarding the computer, the Government will seek a ruling from the Court before attempting to elicit that evidence.

>Respectfully submitted,
>
>CHRISTOPHER J. CHRISTIE
>Special Attorney
>U.S. Department of Justice
>
>/s/ Norman Gross
>
>NORMAN GROSS
>MICHAEL MARTINEZ
>CRAIG CARPENITO
>Special Attorneys
>U.S. Department of Justice

Dated: September 27, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.
Williams & Connolly LLP
Residence Inn
942 Main Street
Hartford, CT 06103


      /s/ Debra Elliott
      DEBRA ELLIOTT
      U.S. Department of Justice

Dated: September 27, 2005
      Hartford, Connecticut