UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | September 27, 2005 |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WALTER A. FORBES' MOTION TO PRECLUDE THE GOVERNMENT FROM PRESENTING EXHIBITS DURING ITS OPENING STATEMENT**

(Forbes Retrial Motion *In Limine* No. 14)

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U. S. Department of Justice
Room 320
450 Main Street
Hartford, Connecticut 06103
Tel: (860) 240-3387
Fax: (860) 240-3391

**RESPONSE**

Forbes asks this Court to enter an asymmetrical order, precluding the Government from presenting exhibits during its opening statement. Forbes declines to address whether the order should be reciprocal, <u>e.g.</u>, that the order should preclude the defense, as well as the Government, from presenting exhibits during its opening statement. The Government has no objection to an order precluding both parties from presenting exhibits during their respective opening statements, but would object to an order which only limits the Government in this regard.

    Respectfully submitted,

    CHRISTOPHER J. CHRISTIE
    Special Attorney
    U.S. Department of Justice

    /s/ Norman Gross

    NORMAN GROSS
    MICHAEL MARTINEZ
    CRAIG CARPENITO
    Special Attorneys
    U.S. Department of Justice

Dated: September 27, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.
Williams & Connolly LLP
Residence Inn
942 Main Street
Hartford, CT 06103

                                 /s/ Debra Elliott
                                DEBRA ELLIOTT
                                U.S. Department of Justice

Dated: September 27, 2005
       Hartford, Connecticut