UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | September 27, 2005 |
| | : | |
| WALTER A. FORBES | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT WALTER A. FORBES' MOTION TO PRECLUDE THE ADMISSION OF ANY EVIDENCE, CROSS-EXAMINATION OR ARGUMENT CONCERNING THE <u>CENDANT</u> CLASS ACTION SETTLEMENT

(Forbes Retrial Motion *In Limine* No. 15)

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U. S. Department of Justice
Room 320
450 Main Street
Hartford, Connecticut 06103
Tel: (860) 240-3387
Fax: (860) 240-3391

**RESPONSE**

Forbes again moves, as he did before the initial trial (Forbes' Motion *In Limine* No. 2, Docket No. 596, filed April 2, 2004), to preclude the Government from presenting any evidence regarding Cendant's settlement of the class action lawsuit brought against that company, which alleged violations of the federal securities laws based on the conduct that is at issue in this case. As the Government responded to Forbes' initial request to bar this evidence, the Government does not presently intend to elicit from any of its witnesses on direct examination in its case-in-chief any information about that settlement.

If Forbes opens the door to such evidence during his opening statement or while eliciting evidence, during either the Government's case or the defense case, however, evidence about the civil lawsuit may become admissible. See United States v. Magallanez, 408 F.3d 672, 678 (10th Cir. 2005)(a party who raises a subject in an opening statement opens the door to admission of evidence on that same subject by the opposing party). In the event that the Government concludes that Forbes has opened the door to such matters, the Government will not elicit any evidence or make any reference to those matters without prior authorization of the Court. Accordingly, this Court need not resolve Forbes' Retrial Motion *in Limine* No. 15 at this juncture.

```
                              Respectfully submitted,

                              CHRISTOPHER J. CHRISTIE
                              Special Attorney
                              U.S. Department of Justice

                              /s/ Norman Gross

                              NORMAN GROSS
                              MICHAEL MARTINEZ
                              CRAIG CARPENITO
                              Special Attorneys
                              U.S. Department of Justice


Dated: September 27, 2005
Hartford, Connecticut
```

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.
Williams & Connolly LLP
Residence Inn
942 Main Street
Hartford, CT 06103


                                      /s/ Debra Elliott
                                      DEBRA ELLIOTT
                                      U.S. Department of Justice

Dated: September 27, 2005
       Hartford, Connecticut