UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | September 27, 2005 |
| | : | |
| WALTER A. FORBES | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT WALTER A. FORBES' MOTION TO PRECLUDE ANY REFERENCE TO ENRON, TYCO, WORLDCOM, OR ANY OTHER FINANCIAL SCANDAL

(Forbes Retrial Motion *In Limine* No. 16)

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U. S. Department of Justice
Room 320
450 Main Street
Hartford, Connecticut 06103
Tel: (860) 240-3387
Fax: (860) 240-3391

**RESPONSE**

Forbes again moves, as he did before the first trial, to bar any reference during the retrial to other corporate financial scandals involving such companies as Enron, Tyco, or Worldcom. In response to Forbes' prior motion, the Government represented that it would make no reference to those matters, and it did not. The Government again acknowledges that it will not elicit any evidence or make any reference to other corporate financial scandals, unless Forbes elicits evidence or presents argument on those matters.

However, if Forbes opens the door to such evidence during his opening statement or while eliciting evidence, during either the Government's case or the defense case, evidence about those other corporate financial scandals may become admissible. See United States v. Magallanez, 408 F.3d 672, 678 (10th Cir. 2005)(a party who raises a subject in an opening statement opens the door to admission of evidence on that same subject by the opposing party). In the event that the Government concludes that Forbes has opened the door to such matters, the Government will not elicit any evidence or make any reference to those matters without prior authorization of the Court. Accordingly, this Court need not resolve Forbes' Retrial Motion in Limine No. 16 at this juncture.[1]

---

[1] The Government assumes that, by arguing that references to other corporate financial scandals are irrelevant to this case, Forbes himself will make no reference to the recent trial

                         Respectfully submitted,

                         CHRISTOPHER J. CHRISTIE
                         Special Attorney
                         U.S. Department of Justice

                         /s/ Norman Gross

                         NORMAN GROSS
                         MICHAEL MARTINEZ
                         CRAIG CARPENITO
                         Special Attorneys
                         U.S. Department of Justice

Dated: September 27, 2005
Hartford, Connecticut

---

of <u>United States v. Richard Scrushy</u>, the former chairman of the HealthSouth corporation, in which the jury returned verdicts of not guilty in June of this year. If Forbes intends to make reference to the Scrushy (or any other) case, the Government requests that he so inform the Court and the Government, so that the Government can take appropriate action.

CERTIFICATE OF SERVICE

       The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.  
Williams & Connolly LLP  
Residence Inn  
942 Main Street  
Hartford, CT 06103

                                        /s/ Debra Elliott  
                                        DEBRA ELLIOTT  
                                        U.S. Department of Justice

Dated: September 27, 2005  
       Hartford, Connecticut