UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA      :    No. 3:02CR00264 (AWT)
                              :
                              :
     v.                       :    September 27, 2005
                              :
                              :
                              :
WALTER A. FORBES              :



GOVERNMENT'S OPPOSITION TO DEFENDANT WALTER A. FORBES' MOTION TO
   PRECLUDE THE ADMISSION OF GOVERNMENT EXHIBITS 577 AND 578

              (Forbes Retrial Motion *In Limine* No. 20)



                                   CHRISTOPHER J. CHRISTIE
                                   NORMAN GROSS
                                   MICHAEL MARTINEZ
                                   CRAIG CARPENITO
                                   Special Attorneys
                                   U. S. Department of Justice
                                   Room 320
                                   450 Main Street
                                   Hartford, Connecticut 06103
                                   Tel: (860) 240-3387
                                   Fax: (860) 240-3391

**ARGUMENT**

Forbes moves to preclude the admission into evidence of his Harvard Business School transcript, because this case is about accounting fraud and Forbes took no accounting courses at Harvard.  Additionally, Forbes argues, any accounting knowledge he learned at Harvard is now obsolete in light of the intervening changes in the accounting rules, and would not have enabled him to understand the technical accounting manipulations carried out by the admitted members of the conspiracy.

This Court previously rejected these arguments when it granted the Government's motion *in limine* to admit Forbes' and Shelton's academic transcripts during the initial trial.  Docket No. 454, filed January 13, 2004; Tr. 10019-22; GX 577 (evidence admitted during initial trial).  Forbes has once again failed to acknowledge that he is seeking reconsideration of this Court's prior ruling on that issue, nor attempted to meet his stringent burden of demonstrating that this Court made a mistake when it previously admitted this evidence.  See Jordan (Bermuda) Investment Co., Ltd. v. Hunter Green Investments Ltd., 2003 WL 21263544, *3 (S.D.N.Y., June 2, 2003)(denying reconsideration where the moving party "failed to meet [the applicable] standard by neither pointing to controlling decisions or data that the court overlooked nor showing that reconsideration is necessary in order to correct a clear error or prevent manifest injustice") (internal punctuation and citations omitted).

In any event, this Court should again reject Forbes' arguments on the merits, for the reasons set forth at pp. 37-38 of the Government's "Memorandum in Support of Motion *in Limine* to Admit Certain Evidence (Government Motion No. 5)," Docket 455, filed January 13, 2004, and at pp. 37-39 of the Government's "Reply Brief of the United States in Support of Motion *in Limine* to Admit Certain Evidence, (Government Motion No. 5)" Docket No. 522, filed March 10, 2004, which arguments are incorporated herein by reference.  See also United States v. Zedner, 401 F.3d 36, 49-50 (2d Cir. 2005)(affirming the admission of evidence regarding the defendant's uncharged prior crimes under Fed. R. Evid. 404(b), which was relevant to prove his "financial sophistication [and] ability to execute complex schemes").

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that this Court deny Forbes' Pre-Retrial Motion *In Limine* No 20.

    Respectfully submitted,

    CHRISTOPHER J. CHRISTIE
    Special Attorney
    U.S. Department of Justice

    /s/ Norman Gross

    NORMAN GROSS
    MICHAEL MARTINEZ
    CRAIG CARPENITO
    Special Attorneys
    U.S. Department of Justice

Dated: September 27, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

       The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.  
Williams & Connolly LLP  
Residence Inn  
942 Main Street  
Hartford, CT 06103

                                        /s/ Debra Elliott  
                                        DEBRA ELLIOTT  
                                        U.S. Department of Justice

Dated: September 27, 2005  
       Hartford, Connecticut