UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) WALTER A. FORBES ) ) ) | No. 3:02CR264 (AWT) September 27, 2005 |

## MOTION OF WALTER A. FORBES TO SEAL
## PLEADINGS RELATING TO FORBES RETRIAL MOTION NO. 9
### (Forbes Retrial Motion No. 10)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing Forbes Retrial Motion No. 9 and all pleadings, memoranda, and exhibits relating to Forbes Retrial Motion No. 9. Forbes Retrial Motion No. 9 deals with information disclosed in juror questionnaires and other information concerning prospective jurors that should not be part of the public record. In addition, public disclosure of the information in Forbes Retrial Motion No. 9 would be extremely prejudicial to Mr. Forbes because the motion discusses prospective jurors who may serve on the jury in this case.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Seal Pleadings Relating to Forbes Retrial Motion No. 9 (Forbes Retrial Motion No. 10) to be sent on September 27, 2005 to the following: via email and hand-delivery:

**VIA HAND DELIVERY**
Michael Martinez, Esq.
Craig Carpenito, Esq.
United States Attorneys
The Federal Building
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

**VIA EMAIL**
Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Barry S. Simon