UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 3:02CR264 (AWT) |
| WALTER A. FORBES, | : September 23, 2005 |
| Defendant. | : |

---

**MOTION OF NON-PARTIES COSMO CORIGLIANO AND
KRAMER LEVIN NAFTALIS & FRANKEL LLP TO QUASH
RULE 17(C) SUBPOENAS AND FOR REMEDIAL RELIEF**

Non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, through undersigned counsel, hereby respectfully move for an order quashing the seventeen (17) Rule 17(c) subpoenas served by defendant Forbes, dated between August 17, 2005 and September 14, 2005, relating to Cosmo Corigliano. The grounds for the motion are fully set forth in the accompanying Memorandum of Law.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Gary P. Naftalis
Gary P. Naftalis (ct 24510)
Alan R. Friedman (ct 14926)
Eric A. Tirschwell (ct 25626)
J. Wells Dixon (ct 22932)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

-and-

**ORAL ARGUMENT REQUESTED**

KL3:2467518.1

JACOBS, GRUDBERG, BELT & DOW, P.C.

By: _____
Ira B. Grudberg (ct 00178)
350 Orange Street
New Haven, Connecticut  06511
(203) 772-3100

Attorneys for Cosmo Corigliano

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document, dated September 23, 2005, was served via facsimile and overnight mail this 23rd day of September, 2005 upon the following parties:

Michael Martinez, Esq.
Assistant United States Attorney
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Marriott Residence Hotel
942 Main Street
Hartford, CT 06103

James T. Cowdery, Esq.
Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103

_____
J. Wells Dixon