UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
            v.                    :  No. 3:02CR264 (AWT)
                                  :
WALTER A. FORBES,                 :  September 23, 2005
                                  :
                   Defendant.     :
---------------------------------------------------------x

## NOTICE OF MANUAL FILING

Please take notice that non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, through undersigned counsel, have manually filed Exhibits A through OO to their Memorandum of Law in Support of Motion to Quash Rule 17(c) Subpoenas and for Remedial Relief, dated September 23, 2005. These documents have not been filed electronically because the electronic size of the documents together exceeds 1.5 mb. The exhibits have been manually served on all parties.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary P. Naftalis (ct 24510)
Alan R. Friedman (ct 14926)
Eric A. Tirschwell (ct 25626)
J. Wells Dixon (ct 22932)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

-and-

KL3:2467638.1

JACOBS, GRUDBERG, BELT & DOW, P.C.


By: _____*Ira B. Grudberg*/af_____
Ira B. Grudberg (ct 00178)
350 Orange Street
New Haven, Connecticut 06511
(203) 772-3100

Attorneys for Cosmo Corigliano

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document, dated September 23, 2005, was served via facsimile and overnight mail this 23rd day of September, 2005 upon the following parties:

Michael Martinez, Esq.
Assistant United States Attorney
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Marriott Residence Hotel
942 Main Street
Hartford, CT 06103

James T. Cowdery, Esq.
Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103

_____
J. Wells Dixon

KL3:2467574.1