1756

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2005 SEP 27  P 1: 24 |
|  | ) | No. 3:02CR264 (AWT) |
| v. | ) | DISTRICT COURT |
|  | ) | HARTFORD, CT. |
| WALTER A. FORBES | ) | September 27, 2005 |
|  | ) |  |

MOTION OF WALTER A. FORBES TO SEAL
PLEADINGS RELATING TO FORBES RETRIAL MOTION NO. 9
(Forbes Retrial Motion No. 10)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing Forbes Retrial Motion No. 9 and all pleadings, memoranda, and exhibits relating to Forbes Retrial Motion No. 9. Forbes Retrial Motion No. 9 deals with information disclosed in juror questionnaires and other information concerning prospective jurors that should not be part of the public record. In addition, public disclosure of the information in Forbes Retrial Motion No. 9 would be extremely prejudicial to Mr. Forbes because the motion discusses prospective jurors who may serve on the jury in this case.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/27/05