UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:02CR264 (AWT) |
| WALTER A. FORBES, | : | September 23, 2005 |
| Defendant. | : | |

---

## MOTION OF NON-PARTIES COSMO CORIGLIANO AND KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR PERMISSION TO EXCEED PAGE LIMIT

Non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, through undersigned counsel, hereby respectfully request that the Court grant them permission to exceed the page limit provided by D. Conn. L. Civ. R. 7(a)(2) and file an overlength brief in support of their motion to quash the Rule 17(c) subpoenas served on them. Good cause exists for the Court to grant this motion as the approximately 54-page brief we are filing combines in one submission our motions to quash seventeen (17) separate Rule 17(c) subpoenas recently served by defendant Forbes' counsel, all seeking information relating to non-party witness Cosmo Corigliano. A single combined submission addressing all of these subpoenas will conserve the Court's resources and allow the Court and the litigants to address overlapping issues of fact in an organized and efficient manner.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary P. Naftalis (ct 24510)
Alan R. Friedman (ct 14926)
Eric A. Tirschwell (ct 25626)
J. Wells Dixon (ct 22932)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/27/05