UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 3:02CR00264 (AWT) |
| v. : | |
| : | September 28, 2005 |
| **WALTER A. FORBES** : | |

**GOVERNMENT'S MOTION TO STRIKE CERTAIN POTENTIAL JUROR FOR CAUSE**

      The United States respectfully moves to strike a certain potential juror for cause. The grounds for this motion are set forth in the accompanying Government's Response to Defendant Walter A. Forbes' Motion to Strike Certain Jurors and Government's Memorandum in Support of Motion to Strike Certain Potential Juror for Cause.

      Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

/s/ Norman Gross

By: NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, New Jersey  07102