1688

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2005 SEP -6  A 9:31 |
|  | ) | DISTRICT COURT |
| v. | ) | No. 3:02CR264 (AWT) HARTFORD, CT. |
|  | ) |  |
| WALTER A. FORBES | ) | September 2, 2005 |
|  | ) |  |

**MOTION OF WALTER A. FORBES TO SEAL PLEADINGS
RELATING TO FORBES RETRIAL MOTION NO. 7 AND
FORBES RETRIAL MOTION *IN LIMINE* NO. 9**

Walter A. Forbes, through undersigned counsel, respectfully moves the Court, consistent with the procedure followed in the first trial, to enter an order sealing Forbes Retrial Motion No. 7 (attached as Ex. A) and Forbes Retrial Motion *In Limine* No. 9 (attached as Ex. B), and all subsequent pleadings relating thereto.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

**GRANTED. It is so ordered.**

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)