UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- x
UNITED STATES OF AMERICA         :
                                 :
            v.                   :   No. 3:02CR264 (AWT)
                                 :
WALTER A. FORBES,                :   September 28, 2005
                                 :
                Defendant.       :
---------------------------------------------------------- x

## MOTION TO SET BRIEFING SCHEDULE

Pursuant to Local Rule 7, non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, through undersigned counsel, respectfully request that the Court set a briefing schedule for the opposition and reply briefs on the motion to quash and for other relief on behalf of Mr. Corigliano and Kramer Levin, served this past Friday, September 23, 2005. As the motion indicates, our opening brief addresses seventeen separate Corigliano-related Rule 17(c) subpoenas that counsel for Forbes recently served between mid-August and mid-September.

We request that the Court direct that Forbes' opposition memorandum be due no later than October 6th and our reply brief be due no later than October 19th, both to be served by electronic mail no later than the close of business (5:00 p.m.) on the respective dates. That would give each side just under two calendar weeks to address the many issues raised by the more than 250 demands in the seventeen new Rule 17(c) subpoenas and would have the motion fully briefed and ready for the Court's consideration by the third day of trial (which we now understand will commence, with opening statements, on October 17th).

In support of our request – and in particular our request for adequate time to file our reply – we note that (1) Forbes' counsel waited until the eve of the retrial to serve these seventeen new subpoenas, so that any scheduling issue is of their own making, and (2) Forbes' counsel failed to provide any basis for reconsideration of the vast majority of their

KL3:2468605.1

demands that call for categories of documents specifically ruled on – and for the most part quashed – during the 2004 trial, which means that our reply brief will be our first and only opportunity to respond to any new arguments they might make.

Over the past week we have attempted to negotiate a briefing schedule with counsel for Forbes, but regrettably have not been able to reach an agreement. Our last proposal to Forbes' counsel – for the October 6th and October 19th dates that we now ask the Court to order – was rejected and was met with a counter-proposal of October 7th for their opposition and October 14th for our reply, which would have given Forbes' counsel two full weeks to prepare their opposition and would have left us with essentially less than three business days for our reply (taking into account Columbus Day and Yom Kippur which starts at sundown on October 12th).*

Dated: New York, New York
       September 28, 2005

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary P. Naftalis (ct 24510)
Alan R. Friedman (ct 14926)
Eric A. Tirschwell (ct 25626)
J. Wells Dixon (ct 22932)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

-and-

---

* In a prior proposal – made before the Court had set October 17th as the date for opening statements – we had suggested Forbes file his opposition by October 5th to be followed by our reply by October 17th. Forbes rejected that proposal as well and suggested October 4th for their opposition and October 11th for our reply.

KL3:2468605.1

JACOBS, GRUDBERG, BELT & DOW, P.C.

By: /s/ Ira B. Grudberg
Ira B. Grudberg (ct 00178)
350 Orange Street
New Haven, Connecticut 06511
(203) 772-3100

Attorneys for Cosmo Corigliano

KL3:2468605.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document, dated September 28, 2005, was served via overnight mail this 28th day of September, 2005 upon the following parties:

Michael Martinez, Esq.
Assistant United States Attorney
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Marriott Residence Hotel
942 Main Street
Hartford, CT 06103

James T. Cowdery, Esq.
Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103

_____
J. Wells Dixon

KL3:2467574.1