## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 29, 2005, I caused to be served via federal express copies of (1) Motion of the SEC to Quash Two Subpoenas Seeking Testimony and Documents from the SEC's Records Custodian, (2) supporting memorandum with 3 exhibits, (3) proposed order, and (4) this certificate of service to:

>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>Abraham Ribicoff Federal Building
>450 Main Street, Room 320
>Hartford, CT 06103

>Meg Keeley, Esq.
>Williams & Connolly
>c/o Marriott Residence Inn
>942 Main Street
>Hartford, CT 06103

*Kathleen Cody*
Kathleen Cody

Dated: September 29, 2005
Washington, D.C.