UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| v. | : | |
| WALTER A. FORBES | : | |

### PROPOSED ORDER

Upon consideration of the Motion of the Securities and Exchange Commission ("SEC") to Quash Two Subpoenas Seeking Testimony and Document Production From the SEC's Records Custodian, any opposition or reply thereto, and the entire record herein,

IT IS HEREBY ORDERED that the SEC's motion is granted and Defendant Forbes' subpoenas seeking testimony and document production from the SEC's Records Custodian are quashed in their entirety.

DATED: _____     _____
       **Hartford, Connecticut**        **Alvin W. Thompson**
                                        **United States District Judge**