UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>WALTER A. FORBES,<br><br>          Defendant. | CASE NO.: 3:02 CR 264 (AWT) |

## NON-PARTY KEVIN T. KEARNEY'S MOTION TO QUASH THE RULE 17(c) SUBPOENA OF WALTER A. FORBES DATED AUGUST 17, 2005

Kevin T. Kearney respectfully moves this Court to quash the Rule 17(c) subpoena dated August 17, 2005 which was served upon Kevin T. Kearney by Walter A. Forbes. (Please see subpoena attached as Exhibit A). In support of his motion to quash, Mr. Kearney also respectfully moves this Court pursuant to Rule 47 of the Local Rules of Criminal Procedure, United States District Court, District of Connecticut to adopt and incorporate by reference Anne M. Pember's Motion to Quash the Sixth and Seventh Rule 17(c) Subpoenas of Defendant Walter A. Forbes and Memorandum of Law in support of said Motion dated September 22, 2005 and filed on September 23, 2005 and Cosmo Corigliano and Kramer Levin Naftalis & Frankel, LLP's Motion to Quash the Rule 17 (c) Subpoenas and for Remedial Relief and Memorandum of Law in support of said motion dated September 23, 2005.

The calls in the August 17, 2005 subpoena directed to Mr. Kearney are similar to the calls in Ms. Pember's sixth and seventh subpoenas addressed in Ms. Pember's Motion which Mr. Kearney incorporates by reference. Ms. Pember's sixth subpoena dated August 17, 2005 contains the same calls as Mr. Kearney's subpoena in Paragraphs two through seven. Paragraph one of Mr. Kearney's subpoena is the same as Paragraph three of Ms. Pember's subpoena except

that the date in Mr. Kearney's subpoena is April 15, 1998. Ms. Pember's seventh subpoena dated September 13, 2005 contains the same calls as Paragraphs three through five, twelve through twenty and thirty-one of Mr. Kearney's subpoena. Several of the calls contained in Ms. Pember's sixth and seventh subpoenas are duplicative. Paragraphs twenty-one through thirty of Mr. Kearney's subpoena were contained in Ms. Pember's March 19, 2004 subpoena that was previously quashed by this Court except to the extent that it sought calendar notations by Ms. Pember that reflected meetings with the Government or Cendant.[1]

Without waiving any objections and incorporating by reference the arguments made in Ms. Pember's Motion, the documents requested in Paragraphs eight through eleven of the August 17, 2005 subpoena directed to Kevin T. Kearney do not exist.

With respect to Paragraphs one through seven, twelve through twenty and thirty-one of the August 17, 2005 subpoena, Mr. Kearney incorporates by reference the arguments made in Ms. Pember's Motion.

For the reasons stated above, and for the reasons stated in Ms. Pember's Motion which Mr. Kearney incorporates by reference, and for the reasons offered in support by Ms. Pember in her previous motions to quash which Mr. Kearney previously adopted, Mr. Kearney's motion to quash the August 17, 2005 subpoena should be granted.

---

[1] See transcript reference in Pember's Memorandum of Law at page 2.

Respectfully submitted,

Tressler, Soderstrom, Maloney & Priess
Attorneys for KEVIN T. KEARNEY
744 Broad Street, Suite 1510
Newark, New Jersey 07102

By: _____
　　　ROBERT J. FETTWEIS

and

Richard C. Tynan (ct04235)
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Dated: September 29, 2005

EXHIBIT A

# United States District Court

DISTRICT OF _____ Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AWT)

TO:

Kevin T. Kearney
121 Peaceable Street
Redding, CT 06896

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME<br>September 19, 2005<br>9:30 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A – attached.

---

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**KEVIN F. ROWE**
(By) Deputy Clerk

/s/ Bonnie P. D'Onofrio

DATE
August 17, 2005

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY KEVIN KEARNEY

## DEFINITIONS AND INSTRUCTIONS

a. The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b. The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c. The term "You" shall mean the recipient of this subpoena, as well as the recipient's counsel, or anyone acting on recipient's behalf.

d. This subpoena does not require the re-production of documents previously produced to Mr. Forbes.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. Documents sufficient to identify all meetings or conversations between You and the government since April 15, 1998, including but not limited to calendars, billing records, invoices or receipts.

2. All communications between You and the Connecticut State Board of Accountancy, Office of the Secretary of State ("the Board"), from 4/15/1998 to the present, concerning the potential revocation of your Connecticut Certified Public Accountant Certificate, the Board's investigation of your conduct at CUC and Cendant, or your negotiation and settlement with the Board.

3. All documents describing or memorializing any benefits You have received or may receive as a result of providing information to the Government, cooperating with the Government, or testifying.

4. All documents that You provided to or received from the Government concerning CUC International, Cendant or Walter A. Forbes.

5. All documents describing or memorializing any communications between You and the Government concerning CUC International, Cendant or Walter A. Forbes.

6. Documents sufficient to identify any legal fees paid on your behalf by Cendant Corporation for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

7. Documents sufficient to identify any legal fees paid on your behalf by Cendant Corporation for services rendered since April 15, 1998.

8. Documents sufficient to identify any medications you have taken any time during the period April 15, 1998 through the present.

9. Documents sufficient to identify the time period in which you took any medications responsive to Request No. 8.

10. All documents describing or memorializing the receipt of any treatment for any psychological or psychiatric condition, regardless of whether the treatment was provided by a psychiatrist, psychologist, social worker, or other personnel.

11. All bills relating to the receipt of any treatment for any psychological or psychiatric condition, regardless of whether the treatment was provided by a psychiatrist, psychologist, social worker, or other personnel.

12. Documents sufficient to identify all meetings or conversations between you and Cendant since April 15, 1998.

13. All documents relating to any request for assistance from Cendant to you.

14. All documents describing or memorializing any request for assistance from Cendant to you.

15. All documents relating to any assistance provided by you to Cendant.

16. All documents describing or memorializing any assistance provided by you to Cendant.

17. All documents relating to any request for factual information from Cendant to you.

18. All documents describing or memorializing any request for factual information from Cendant to you.

19. All documents relating to any factual information provided by you to Cendant.

20. All documents describing or memorializing factual information provided by you to Cendant.

21. All documents relating to any written agreements between you and the government.

22. All documents describing or memorializing any written agreements between you and the government.

23. All documents relating to any drafts of agreements between you and the government.

24. All documents describing or memorializing any drafts of agreements between you and the government.

25. All documents relating to the negotiation of any agreement between you and the government.

26. All documents describing or memorializing the negotiation of any agreement between you and the government.

27. All documents relating to the negotiation of any potential agreement between you and the government.

28. All documents describing or memorializing the negotiation of any potential agreement between you and the government.

29. All documents relating to any oral communications between you and the government regarding a plea or other agreement.

30. All documents describing or memorializing any oral communications between you and the government regarding a plea or other agreement.

31. All billing records concerning work performed on your behalf that were provided to Cendant Corporation.