UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>WALTER A. FORBES,<br><br>            Defendant. | CASE NO.: 3:02 CR 264 (AWT) |

**NOTICE OF MOTION OF NON-PARTY KEVIN T. KEARNEY TO QUASH THE RULE 17(c) SUBPOENA SERVED UPON HIM DATED AUGUST 17, 2005**

NON-PARTY, KEVIN T. KEARNEY, through undersigned counsel, hereby respectfully moves for an Order quashing the Rule 17(c) subpoena served by Defendant, Walter A. Forbes, dated August 17, 2005.

Respectfully submitted,

Tressler, Soderstrom, Maloney & Priess
Attorneys for KEVIN T. KEARNEY
744 Broad Street, Suite 1510
Newark, New Jersey  07102

By:_____
    ROBERT J. FETTWEIS

and

Richard C. Tynan (ct04235)
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

15287