UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>WALTER A. FORBES,<br><br>            Defendant. | CASE NO.: 3:02 CR 264 (AWT) |

### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Quash the Rule 17(c) Subpoena of Walter A. Forbes dated August 17, 2005, was sent via Federal Express on this 29th day of September, 2005, to the counsel of record indicated below:

| | | |
|---|---|---|
| Barry S. Simon<br>Residence Inn<br>942 Main Street<br>Hartford, CT 06103 | Barry S. Simon<br>Williams & Connolly<br>725 12th Street, N.W.<br>Washington, D.C. 20005-5901 | Michael Martinez<br>Craig Carpenito<br>United States Attorneys Office<br>970 Broad Street – Suite 700<br>Newark, New Jersey 07102 |

_____
ROBERT J. FETTWEIS

15294