## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | |
| WALTER A. FORBES ) | September 30, 2005 |
| ) | |

### REPLY MEMORANDUM IN SUPPORT OF MOTION OF WALTER A. FORBES TO PRECLUDE REFERENCES TO WHO WILL SENTENCE COSMO CORIGLIANO, ANNE PEMBER AND CASPER SABATINO
#### (Forbes Retrial Motion *In Limine* No. 8)

Walter A. Forbes, through undersigned counsel, respectfully submits this reply memorandum in further support of his motion for an order precluding personalized references to Your Honor as the judge who will sentence Cosmo Corigliano, Anne Pember and Casper Sabatino.

### ARGUMENT

The Court should adhere to its prior ruling on this issue. The government can make all of the points it needs to make by simply referring to the "sentencing judge" as opposed to "Judge Thompson." The Court's prior ruling does not, as the government suggests, "depart from Second Circuit law." Opp'n at 1. The Court was well aware of United States v. Miller, 116 F.3d 641 (2d Cir. 1997), at the time it made its prior ruling. Indeed, it was the Court that called Miller to the parties' attention prior to closing arguments in the first trial. As Mr. Forbes noted in his opening brief, although Miller held that it is not improper per se to reference the sentencing

judge in summation, see id. at 683, that case does not address the separate

question of whether the identity of the sentencing judge is relevant evidence

under Fed. R. Evid. 401 & 403.[1]  It is not.

        The jury will likely understand that Mr. Corigliano testified in a

prior proceeding before Your Honor.  The jury will know that Mr. Corigliano

has not been sentenced or punished since giving that testimony.  If the

government informs the jury that "Judge Thompson" is the sentencing judge,

the jury may speculate, improperly, that Your Honor determined that Mr.

Corigliano testified truthfully in the prior proceeding or that Your Honor

determined not to punish him for his prior testimony.  Indeed, the

government's brief makes clear that its motive in personalizing the

sentencing process is to show that Your Honor will serve as a check to ensure

that Mr. Corigliano's testimony is truthful.  The government is entitled to

argue that the "sentencing judge," who will have complete access to the

transcripts of Mr. Corigliano's testimony, serves as a check in this regard.

But throwing Your Honor's name into the mix invites the jury to

misunderstand that the Court made credibility determinations regarding Mr.

Corigliano's prior testimony and will be making contemporaneous credibility

determinations as Mr. Corigliano testifies on the witness stand in this trial.

---

[1]    The government's statement that Miller recognized that "evidence that a cooperating witness knows that his sentence will be determined by the same judge who actually hears his testimony live and in person is relevant and admissible to establish a motive for the witness to testify truthfully," Opp'n at 3 (emphasis added), is incorrect.  The Court did not address relevance or admissibility, but only the issue of improper summation.

## CONCLUSION

Accordingly, Mr. Forbes respectfully requests that the Court enter an order precluding references to who will sentence Cosmo Corigliano, Anne Pember and Casper Sabatino.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Reply Memorandum in Support of Motion of Walter A. Forbes to Preclude References to Who Will Sentence Cosmo Corigliano, Anne Pember and Casper Sabatino to be sent on September 30, 2005 to the following via e-mail and FedEx:

> Norman Gross, AUSA
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ 08101
>
> Michael Martinez, AUSA
> Craig Carpenito, AUSA
> U.S. Department of Justice
> 450 Main Street, Room 320
> Hartford, CT 06103

Barry S. Simon