UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

                v.              Case No.: 3:02 CR 264 (AWT)

WALTER A. FORBES                October 3, 2005

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NON-PARTY CENDANT CORPORATION'S MOTION
TO JOIN IN THE REQUEST FOR REMEDIAL RELIEF**

       Non-Party Cendant Corporation, through the undersigned counsel, respectfully moves to join in the request of Cosmo Corigliano and Kramer Levin Naftalis and Frankel LLP for remedial relief relating to the subpoenas served by defendant Walter A. Forbes. The grounds for the requested relief are set forth in the accompanying memorandum of law.

                                 CENDANT CORPORATION

                                 By:/s/ Robert E. Kaelin
                                    Francis J. Brady – ct04296
                                    fbrady@murthalaw.com
                                  Robert E. Kaelin – ct11631
                                    rkaelin@murthalaw.com

                                Murtha Cullina LLP
                                CityPlace I – 185 Asylum Street
                                Hartford, Connecticut 06103-3469
                                Telephone: (860) 240-6000
                                Facsimile: (860) 240-6150

**ORAL ARGUMENT NOT REQUESTED**

*Visiting Attorneys*
Saul B. Shapiro (SS-5506) – ct24714
sshapiro@pbwt.com
Peter W. Tomlinson (PT-0669) – ct24714
pwtomlinson@pbwt.com

PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was delivered by hand on October 3, 2005 to:

Counsel For The U.S. Government

Michael Martinez, Esq.
United States Attorney'sOffice
District of New Jersey
c/o  Federal Building
    450 Main Street, Rm. 320
    Hartford, CT 06103

Counsel For Walter A. Forbes

Barry Simon, Esq.
Williams & Connolly LLP
c/o  Residence Inn
    942 Main Street
    Hartford, CT  06103

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103


          s/ Robert E. Kaelin
          Robert E. Kaelin, Esq.