UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | October 5, 2005 |
| WALTER A. FORBES. ) | |

**JOINT CONSENT MOTION TO REVISE BRIEFING SCHEDULE
FOR THE MOTION TO QUASH FILED BY COSMO CORIGLIANO
AND KRAMER LEVIN NAFTALIS & FRANKEL LLP, AND JOINED
BY FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

Walter A. Forbes, Kramer Levin Naftalis & Frankel LLP, Cosmo Corigliano and Fried, Frank, Harris, Shriver & Jacobson LLP hereby jointly move to revise the briefing schedule for the Motion to Quash filed by Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, and joined by Fried, Frank, Harris, Shriver & Jacobson LLP. In an effort to attempt to narrow the issues that will be submitted for the Court's consideration, counsel for Mr. Forbes and for Mr. Corigliano have agreed to an additional meet and confer that is scheduled for tomorrow, October 6, 2005. The modestly revised proposed briefing schedule below will allow that meet and confer to take place and for any agreements to be reflected in the papers:

| **Pleading** | **Due Date** |
|---|---|
| Opposition of Walter A. Forbes | Tuesday, October 11, 2005 |
| Reply of Kramer Levin & Cosmo Corigliano | Thursday, October 20, 2005 |
| Reply of Fried Frank | Thursday, October 20, 2005 |

Undersigned counsel hereby confirms that Kramer Levin Naftalis & Frankel LLP, Cosmo Corigliano and Fried, Frank, Harris, Shriver & Jacobson LLP join in this motion. The government has also agreed to the schedule proposed.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Margaret A. Keeley
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
Margaret A. Keeley (Bar No. ct25405)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: October 5, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Joint Consent Motion to Revise the Briefing Schedule Concerning the Motion to Quash filed by Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, and joined by Fried, Frank, Harris, Shriver & Jacobson LLP to be sent on October 5, 2005 to the following via e-mail and FedEx:

      Gary P. Naftalis, Esq.
      Eric A. Tirschwell, Esq.
      Kramer Levin Naftalis & Frankel LLP
      1177 Avenue of the Americas
      New York, NY 10036

      Andrew Gardner, Esq.
      Fried, Frank, Harris, Shriver & Jacobson LLP
      One New York Plaza
      New York, NY 10004

      Norman Gross, AUSA
      U.S. Attorney's Office
      District of New Jersey
      401 Market Street
      Fourth Floor
      Camden, NJ 08101

      Michael Martinez, AUSA
      Craig Carpenito, AUSA
      U.S. Department of Justice
      450 Main Street, Room 320
      Hartford, CT 06103

_____
Margaret A. Keeley