## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

————————————————— x

UNITED STATES OF AMERICA : 

                   : 

            v.            :   No. 3:02CR264 (AWT)

                   : 

WALTER A. FORBES, :   October 7, 2005

                   : 

               Defendant. : 

————————————————— x

## MOTION TO WITHDRAW AND SUBSTITUTE FILINGS

After further meeting and conferring with counsel for defendant Forbes, non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP have modified the request for remedial relief set forth in their September 23, 2005 memorandum of law in support of their motion to quash Rule 17(c) subpoenas. (Mr. Corigliano and Kramer Levin continue to assert, without modification, their arguments with respect to defendant Forbes' latest Rule 17(c) subpoenas.)

Accordingly, Mr. Corigliano and Kramer Levin respectfully request that the Court enter an order: (1) permitting them to withdraw their current memorandum of law, dated September 23, 2005; (2) permitting them to withdraw their current volume of exhibits DD through OO to that memorandum; (3) directing that the Clerk of Court: (a) remove the current memorandum and exhibit volume from the docket in this case; and (b) substitute in their place the amended memorandum of law and amended volume of exhibits DD through NN, dated October 7, 2005, which are being filed herewith.

Good cause exists for the Court to grant this motion on the ground that, to the extent that Mr. Corigliano and Kramer Levin have modified their pending request for remedial relief, the above procedure will narrow the issues presently before the Court. To that end, we have modified certain particulars in our request for remedial relief and made certain other related

conforming changes, as well as noting certain agreements reached during our further meet and

confer (as reflected in new footnotes 3 and 22).

Dated: New York, New York
       October 7, 2005

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
        Gary P. Naftalis (ct 24510)
        Alan R. Friedman (ct 14926)
        Eric A. Tirschwell (ct 25626)
        J. Wells Dixon (ct 22932)
        1177 Avenue of the Americas
        New York, New York 10036
        (212) 715-9100

-and-

JACOBS, GRUDBERG, BELT & DOW, P.C.

By: _____
        Ira B. Grudberg (ct 00178)
        350 Orange Street
        New Haven, Connecticut 06511
        (203) 772-3100

Attorneys for Cosmo Corigliano

KL3 2470144 2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document, dated

October 7, 2005, was served via e-mail and overnight mail this 7th day of October, 2005 upon

the following parties:

Michael Martinez, Esq.
Assistant United States Attorney
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Marriott Residence Hotel
942 Main Street
Hartford, CT 06103

James T. Cowdery, Esq.
Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103

J. Wells Dixon

KL3:2467574.1