UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AWT) |
| | : | |
| V. | : | October 6, 2005 |
| | : | |
| **WALTER A. FORBES** | : | |

**MOTION OF THE UNITED STATES FOR LEAVE TO EXCEED THE PAGE
LIMITATION OF LOCAL RULE OF CIVIL PROCEDURE 7(d)**

The United States respectfully moves for leave to file its Opposition to Forbes Retrial Motion in Limine No. 21 that exceeds by one page the twenty-page limitation in Local Rule of Civil Procedure Rule 7(d). Forbes' motion addresses an issue that was the subject of briefing and extensive argument during the first trial: the extent to which the defense would be permitted to cross-examine Cosmo Corigliano regarding polygraph examinations that he took in connection with this case.

The Government has attempted to keep its opposition as short as possible while: (1) describing the procedural history of this case that is pertinent to the present motion, including a description of the Court's prior ruling and explanations for that ruling; (2) addressing each of the arguments presented in Forbes' motion; and (3) discussing each of the pertinent cases cited in Forbes' memorandum of points and authorities in support of the motion. The Government was unable to reduce its brief from 21 to 20 pages and still accomplish each of those tasks.

Accordingly, the Government respectfully requests that the Court accept for filing the Government's memorandum as currently submitted with this motion.

    Respectfully submitted,

    CHRISTOPHER J. CHRISTIE
    Special Attorney
    U.S. Department of Justice

    Norman Gross/s

    By: NORMAN GROSS
    Special Attorney
    U.S. Department of Justice
    Federal Bar No. 24933

Dated: October 6, 2005
Hartford, Connecticut

<u>CERTIFICATE OF SERVICE</u>

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and United States Mail:

Barry S. Simon, Esq.  
Williams & Connolly LLP  
Residence Inn  
942 Main Street  
Hartford, CT 06103  
(860) 293-1581  
fax: (860) 293-1651  

    and  

Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C.  20005-5901  
(202) 434-5005  
fax (202) 434-5029  

                                                <u>/s/ Debra Elliott</u>  
                                                DEBRA ELLIOTT  
                                                U.S. Department of Justice  

Dated: October 6, 2005  
       Hartford, Connecticut