UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | October 5, 2005 |
| | : | |
| WALTER A. FORBES and | : | |

UNITED STATES MOTION TO *IN LIMINE*

GOVERNMENT'S PRE-RETRIAL MOTION NO. 2

The United States moves *in limine* regarding various evidentiary issues that will arise during the retrial of this case. The nature of those issues, and the grounds for the Government's positions, are set forth in the accompanying memorandum of law.

Respectfully submitted,
CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

/s/ Norman Gross

NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U.S. Department of Justice

Dated: October 5, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and fax:

The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and fax:

Barry S. Simon, Esq.
Williams & Connolly LLP
Residence Inn
942 Main Street
Hartford, CT 06103
(860) 293-1581
fax: (860) 293-1651

    and

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5005
fax (202) 434-5029

    /s/ Debra Elliott
DEBRA ELLIOTT
U.S. Department of Justice

Dated: October 5, 2005
      Hartford, Connecticut

15