UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 3:02CR00264 (AWT) |
| | : |
| v. | : October 6, 2005 |
| | : |
| WALTER A. FORBES | : |

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  10/11/05

**MOTION OF THE UNITED STATES FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL RULE OF CIVIL PROCEDURE 7(d)**

The United States respectfully moves for leave to file its Opposition to Forbes Retrial Motion in Limine No. 21 that exceeds by one page the twenty-page limitation in Local Rule of Civil Procedure Rule 7(d). Forbes' motion addresses an issue that was the subject of briefing and extensive argument during the first trial: the extent to which the defense would be permitted to cross-examine Cosmo Corigliano regarding polygraph examinations that he took in connection with this case.

The Government has attempted to keep its opposition as short as possible while: (1) describing the procedural history of this case that is pertinent to the present motion, including a description of the Court's prior ruling and explanations for that ruling; (2) addressing each of the arguments presented in Forbes' motion; and (3) discussing each of the pertinent cases cited in Forbes' memorandum of points and authorities in support of the motion. The Government was unable to reduce its brief from 21 to 20 pages and still accomplish each of those tasks.