UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

**<u>Ruling on Non-Parties Cosmo Corigliano and Kramer Levin
Naftalis & Frankel LLP Motion to Withdraw and Substitute Filings</u>**

Non-parties Cosmo Corigliano's and Kramer Levin Naftalis & Frankel LLP's Motion to Withdraw and Substitute Filings (Doc. No. 1798) is hereby GRANTED.  Mr. Corigliano and Kramer Levin shall be permitted to withdraw their current memorandum of law, dated September 23, and to withdraw their current volume of exhibits DD through OO to that memorandum.  The Clerk of the Court is directed to remove the current memorandum and exhibit volume from the docket in this case and substitute in their place the amended memorandum of law and amended volume of exhibits DD through NN, dated October 7, 2005.

It is so ordered.

Dated this 11th day of October 2005 at Hartford, Connecticut.

> /s/
> Alvin W. Thompson
> United States District Judge