**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
------------------------------
```

**ORDER RE COPIES OF CONFIDENTIAL JUROR QUESTIONNAIRES**

Subject to the exception provided for in the second sentence of this order, the parties in the above-captioned case are hereby ordered to destroy forthwith all copies of the Confidential Juror Questionnaires in their possession that were filled out by potential jurors. Each party is allowed to maintain one copy of the Confidential Juror Questionnaire for (a) each of the members of the jury panel placed into the expanded jury box on October 3, 2005 and (b) each of the three jurors excused for cause on April 30, 2005, until all proceedings related to this case have been completed.

It is so ordered.

Dated this 10th day of October 2005, at Hartford, Connecticut.

                                                  /s/
                                        Alvin W. Thompson
                             United States District Judge