**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------
UNITED STATES OF AMERICA )
                         )
v.                       )    Criminal No. 3:02CR00264(AWT)
                         )
WALTER A. FORBES         )
-------------------------
```

### RULING ON FORBES RETRIAL MOTION NO. 6

**(Motion of Walter A. Forbes to Modify Confidential Juror Questionnaire)**

The motion of defendant Walter A. Forbes to Modify Confidential Juror Questionnaire (Doc. No. 1651) was GRANTED in part and DENIED in part at a hearing on the record on September 2, 2005, as set forth below:

I.  Requested of Additional Questions

    A.  The request for a modification in the form of proposed additional Question No. 16A was granted.

    B.  The request for a modification in the form of proposed additional Question No. 16B was granted.

    C.  The request for a modification in the form of proposed additional Question No. 30A was denied.  This area is appropriately covered by the questions already in the questionnaire.  If defendant Forbes wishes to explore this area further, he can ask these questions at the time afforded him to ask questions of the panel as a whole.

D.   The request for a modification in the form of proposed additional Question No. 31A was granted.

E.   The request for a modification in the form of proposed additional Question No. 31B was granted, as modified during the conference with the parties.

F.   The request for a modification in the form of proposed additional Question No. 31C was granted.

G.   The request for a modification in the form of proposed additional Question No. 31D was denied for substantially the reasons set forth by the government in its memorandum in opposition (the "Opposition Memorandum" (Doc. No. 1659)).  In addition, the court does not view the proposed question as drafted calculated to determine whether an individual has a preconceived notion with respect to what chief officers know.

H.   The request for a modification in the form of proposed additional Question No. 33A was denied because this area is adequately covered by the questions already in the questionnaire. If defendant Forbes wishes to explore this area further, he can ask these questions at the time afforded him to ask questions of the panel as a whole.

I.   The request for a modification in the form of proposed additional Question No. 40A was denied because this area is adequately covered by the questions already in the questionnaire. If defendant Forbes wishes to explore this area further, he can

ask these questions at the time afforded him to ask questions of the panel as a whole.

    J.    The request for a modification in the form of proposed additional Question No. 41A was denied because it is adequately covered by the questions already in the questionnaire.  If defendant Forbes wishes to explore this area further, he can ask these questions at the time afforded him to ask questions of the panel as a whole.

    K.    The request for a modification in the form of proposed additional Question No. 46A was denied because it is adequately covered by the questions already in the questionnaire.  If defendant Forbes wishes to explore this area further, he can ask these questions at the time afforded him to ask questions of the panel as a whole.

    L.    The request for a modification in the form of proposed additional Question No. 46B was granted.

    M.    The request for a modification in the form of proposed additional Question No. 53A was granted, as modified during the conference with the parties.

    N.    The request for a modification in the form of proposed additional Question No. 73A was denied for substantially the reasons set forth by the government in the Opposition Memorandum.

II. <u>Proposed Revisions to Existing Questions</u>

    A.  The request for modification to Question No. 24 was denied, because in the court's experience, the question works well as currently worded.

    B.  The request for modifications to Questions Nos. 36 and 60 was denied, because in the court's experience, the questions work well as currently worded.

III. <u>Objection to Question No. 61</u>

    The objection to Question No. 61 was overruled for substantially the reasons set forth by the government in the Opposition Memorandum.

    It is so ordered.

    Dated this 10th day of October 2005, at Hartford, Connecticut.

                                            /s/
                                  Alvin W. Thompson
                       United States District Judge