# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------ x

UNITED STATES OF AMERICA        :
         :

        v.        :    No. 3:02CR264 (AWT)
         :

WALTER A. FORBES,        :    October 7, 2005
         :

        Defendant.    :

------------------------------------------------------ x

## NOTICE OF MANUAL FILING

Please take notice that non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, through undersigned counsel, have manually filed Amended Exhibits DD through NN to their Amended Memorandum of Law in Support of Motion to Quash Rule 17(c) Subpoenas and for Remedial Relief, dated October 7, 2005. These documents have not been filed electronically because the electronic size of the documents together exceeds 1.5 mb. The amended exhibits have been manually served on all parties.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
      Gary P. Naftalis (ct 24510)
      Alan R. Friedman (ct 14926)
      Eric A. Tirschwell (ct 25626)
      J. Wells Dixon (ct 22932)
      1177 Avenue of the Americas
      New York, New York 10036
      (212) 715-9100

-and-

JACOBS, GRUDBERG, BELT & DOW, P.C.


By: _____
        Ira B. Grudberg (ct 00178)
        350 Orange Street
        New Haven, Connecticut  06511
        (203) 772-3100

Attorneys for Cosmo Corigliano

KL3:2467638.2

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document, dated October 7, 2005, was served via e-mail and overnight mail this 7th day of October, 2005 upon the following parties:

Michael Martinez, Esq.
Assistant United States Attorney
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT  06103

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Marriott Residence Hotel
942 Main Street
Hartford, CT  06103

James T. Cowdery, Esq.
Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT  06103

J. Wells Dixon

KL3:2467574.1