UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )   Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

### RULING ON FORBES' RETRIAL MOTION NO. 9

**(Motion of Walter A. Forbes to Strike Certain Jurors
(1) For Cause and/or (2) Pursuant to the Jury Selection and
Service Act or this District's Jury Selection Plan)**

The Motion of Defendant Walter A. Forbes to Strike Certain Jurors (1) For Cause and/or (2) Pursuant to the Jury Selection and Service Act or this District's Jury Selection Plan (Doc. No. 1757) was GRANTED, in part, and DENIED, in part, for the reasons stated on the record on October 4, 2005.

It is so ordered.

Dated this 11th day of October 2005, at Hartford, Connecticut.

                                   /s/
                          Alvin W. Thompson
                    United States District Judge