UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES | )<br>)<br>)<br>)<br>)  No. 3:02CR264 (AWT)<br>)<br>)  October 7, 2005<br>)<br>) |

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO
PRECLUDE THE GOVERNMENT FROM PRESENTING
EXHIBITS DURING ITS OPENING STATEMENT
(Forbes Retrial Motion *in Limine* No. 14)**

Defendant Walter A. Forbes, through undersigned counsel, agrees that both parties should be precluded from publishing exhibits during opening statement.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street

Oral Argument Not Necessary

Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

**Attorneys for Walter A. Forbes**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Reply Memorandum in Support of Motion to Preclude the Government from Presenting Exhibits During its Opening Statement (Forbes Retrial Motion *In Limine* No. 14) to be sent to the following on October 7, 2005 via E-mail and on October 8, 2005 via Federal Express:

> Michael Martinez, Esq.
> Craig Carpenito, Esq.
> United States Attorneys
> The Federal Building
> U.S. Department of Justice
> 450 Main Street, Room 320
> Hartford, CT  06103
>
> Norman Gross, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ  08101

_____
Barry S. Simon