1792

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2005 OCT -6 A 9: 29 |
| ) | |
| v. ) | |
| ) | No. 3:02CR264 (AWT) |
| WALTER A. FORBES. ) | October 5, 2005 |
| ) | |

**JOINT CONSENT MOTION TO REVISE BRIEFING SCHEDULE
FOR THE MOTION TO QUASH FILED BY COSMO CORIGLIANO
AND KRAMER LEVIN NAFTALIS & FRANKEL LLP, AND JOINED
BY FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

Walter A. Forbes, Kramer Levin Naftalis & Frankel LLP, Cosmo Corigliano and Fried, Frank, Harris, Shriver & Jacobson LLP hereby jointly move to revise the briefing schedule for the Motion to Quash filed by Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, and joined by Fried, Frank, Harris, Shriver & Jacobson LLP.  In an effort to attempt to narrow the issues that will be submitted for the Court's consideration, counsel for Mr. Forbes and for Mr. Corigliano have agreed to an additional meet and confer that is scheduled for tomorrow, October 6, 2005.  The modestly revised proposed briefing schedule below will allow that meet and confer to take place and for any agreements to be reflected in the papers:

| Pleading | Due Date |
|---|---|
| Opposition of Walter A. Forbes | Tuesday, October 11, 2005 |
| Reply of Kramer Levin & Cosmo Corigliano | Thursday, October 20, 2005 |
| Reply of Fried Frank | Thursday, October 20, 2005 |

GRANTED.  It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  10/11/05