**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,    )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
WALTER A. FORBES             )
-------------------------------
```

### RULING ON GOVERNMENT'S RETRIAL MOTION NO. 2

**(Government's Motion to Strike Certain Potential Juror For Cause)**

The Government's Motion to Strike Certain Potential Juror For Cause (Doc. No. 1766) DENIED, for the reasons stated on the record on October 4, 2005.

It is so ordered.

Dated this 10th day of October 2005, at Hartford, Connecticut.

                              /s/
                      Alvin W. Thompson
                      United States District Judge