UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AWT) |
| | : | |
| V. | : | October 11, 2005 |
| | : | |
| **WALTER A. FORBES** | : | |

**MOTION OF THE UNITED STATES FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL RULE OF CIVIL PROCEDURE 7(d)**

The United States respectfully moves for leave to file a fourteen page reply memorandum in support of its "Motion for Leave to Dismiss with Prejudice Certain Counts of the Superseding Indictment Pursuant to Fed. R. Crim. P. 48(a) and to Submit a Redacted Indictment to the Jury" that exceeds the ten page limit for reply briefs in Local Rule of Civil Procedure Rule 7(d). The Government has written a reply brief which concisely but fully addresses each of the arguments set forth in Forbes' Response to the Government's motion.

                                            Respectfully submitted,
                                            CHRISTOPHER J. CHRISTIE
                                            Special Attorney
                                            U.S. Department of Justice


                                            By: NORMAN GROSS
                                            Special Attorney
                                            U.S. Department of Justice
                                            Federal Bar No. 24933

Dated: October 11, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and fax:

Barry S. Simon, Esq.
Williams & Connolly LLP
Residence Inn
942 Main Street
Hartford, CT 06103
(860) 293-1581
fax: (860) 293-1651

   and

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
fax (202) 434-5029

_____
LYNDA POWERS
U.S. Department of Justice

Dated: October 11, 2005
Hartford, Connecticut