UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | October 11, 2005 |
| WALTER A. FORBES. ) | |

**MOTION OF DEFENDANT WALTER A. FORBES
FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL
RULE 7(d)
(Forbes Retrial Motion No. 11)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for leave to file a Memorandum in Opposition to Motion of Non-Parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") to Quash Rule 17(c) Subpoenas and for Remedial Relief that exceeds the page limitation in Local Civil Rule 7(d) by 19 pages.[1]  It is necessary to exceed the page limitation because Mr. Corigliano and Kramer Levin filed a 52-page Amended Memorandum raising arguments which require a detailed response.

For the foregoing reasons, Mr. Forbes respectfully moves for leave to file an Opposition Memorandum in excess of the 40-page limit.

---

[1] Mr. Forbes is also submitting a supplemental memorandum 17 pages in length, which is being filed *ex parte* and under seal, that responds to Mr. Corigliano's and Kramer Levin's Motion to Quash, as well as to motions filed by Cendant, Anne Pember, Casper Sabatino, Kevin Kearney and Fried, Frank, Harris, Shriver & Jacobson LLP.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP


By: /s/ Brendan V. Sullivan
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: October 11, 2005

**CERTIFICATE OF SERVICE**

        I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Leave to Exceed the Page Limit of Local Rule 7(d) (Forbes Pretrial Motion No. 11) to be sent via e-mail and FedEx, on October 11, 2005 to the following:

        Gary P. Naftalis
        Eric A. Tirschwell
        Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
        New York, NY 10036

        Norman Gross, AUSA
        U.S. Attorney's Office
        District of New Jersey
        401 Market Street
        Fourth Floor
        Camden, NJ 08101

        Michael Martinez, AUSA
        Craig Carpenito, AUSA
        U.S. Department of Justice
        450 Main Street, Room 320
        Hartford, CT 06103

_____
Margaret A. Keeley