UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | October 11, 2005 |
| WALTER A. FORBES. ) | |

**MOTION FOR PERMISSION TO FILE THE ATTACHED
SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
MOTIONS TO QUASH RULE 17(C) SUBPOENAS FILED BY
COSMO CORIGLIANO, KRAMER LEVIN NAFTALIS & FRANKEL
LLP, ANNE PEMBER, CASPER SABATINO, KEVIN KEARNEY,
CENDANT AND FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP *EX PARTE* AND UNDER SEAL
(Forbes Retrial Motion No. 12)**

Mr. Forbes hereby moves for permission to file the attached Supplemental Memorandum in Opposition to Motions of non-parties Cosmo Corigliano, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"), Cendant Corporation, Anne Pember, Casper Sabatino and Kevin Kearney to Quash Rule 17(c) Subpoenas and for Remedial Relief *ex parte* and under seal. The grounds for this motion are set forth in the accompanying Memorandum.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Brendan V. Sullivan, Jr.
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: October 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion for Permission to File the Attached Supplemental Memorandum in Opposition to Motions of non-parties Cosmo Corigliano, Kramer Levin Naftalis & Frankel LLP, Fried, Frank, Harris, Shriver & Jacobson LLP, Cendant Corporation, Anne Pember, Casper Sabatino and Kevin Kearney to Quash Rule 17(c) Subpoenas and for Remedial Relief *Ex Parte* and Under Seal to be sent on October 11, 2005 to the following via e-mail and FedEx:

Gary P. Naftalis
Eric A. Tirschwell
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Helen Gredd, Esq.
Daniel E. Reynolds, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Ave.
New York, NY 10110

Edward J. Dauber, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center
Suite 600
Newark, NJ 07102-5311

Robert J. Fettweis, Esq.
Tressler, Soderstrom, Maloney &
  Priess
744 Broad Street
Suite 1510
Newark, NJ 07102

Andrew Gardner, Esq.
Fried, Frank, Harris, Shriver &
Jacobson LLP
One New York Plaza
New York, NY 10004

Saul B. Shapiro, Esq.
Peter W. Tomlinson, Esq.
Patterson, Belknap, Webb & Tyler
LLP
1133 Avenue of the Americas
New York, NY 10036

Norman Gross, AUSA
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, AUSA
Craig Carpenito, AUSA
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

/s/ Margaret A. Keeley
Margaret A. Keeley