UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | October 11, 2005 |
| WALTER A. FORBES. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR
PERMISSION TO FILE THE ATTACHED SUPPLEMENTAL
MEMORANDUM IN OPPOSITION TO MOTIONS TO QUASH
RULE 17(C) SUBPOENAS FILED BY COSMO CORIGLIANO,
KRAMER LEVIN NAFTALIS & FRANKEL LLP, ANNE
PEMBER, CASPER SABATINO, KEVIN KEARNEY, CENDANT
AND FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
*EX PARTE* AND UNDER SEAL
(Forbes Retrial Motion No. 12)**

In Opposition to Motions of non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"), Cendant Corporation, Anne Pember, Casper Sabatino and Kevin Kearney to Quash Rule 17(c) Subpoenas and for Remedial Relief, counsel seeks to submit the attached supplemental memorandum *ex parte* and under seal to describe more fully how the requested information is specific and relevant to his defense. Because the subpoenaed parties assert that Mr. Forbes is required to make some showing of specificity and relevance under *United States v. Nixon*, 418 U.S. 683, 700 (1974), the *ex parte* memorandum further expands on defense strategies, theories and investigation to support his argument that he is entitled to the information requested in the subpoenas. *Cf.* Fed. R. Evid. 17(b)

(providing an *ex parte* process for issuing subpoenas on behalf of indigent defendants). *See also United States v. Meriwether*, 486 F.2d 498, 506 (5th Cir. 1973) (*ex parte* rule for trial subpoenas "intended to shield the theory of [the] defense from the prosecutor's scrutiny"); *United States v. Tomison*, 969 F. Supp. 587, 595 (E.D. Cal. 1997) (Rule 17 "should be interpreted to provide for ex parte applications in situations . . . where the defendant seeks to serve a subpoena duces tecum for the pre-trial production of documents on a third party, and cannot make the required showing without revealing trial strategy"); *United States v. Beckford*, 964 F. Supp. 1010, 1027 (E.D. Va. 1997) ("Forcing any defendant to confront the choice between issuing a pre-trial subpoena duces tecum and disclosing his defense to the Government places an unconstitutional limitation on the defendant's right to compulsory process. . . . [T]he Sixth Amendment supplies justification for interpreting Rule 17(c) to permit *ex parte* procedures respecting the issuance of pre-trial subpoenas duces tecum [when] a defendant would be required to disclose trial strategy, witness identities or attorney work-product to the Government in his pre-issuance application."); *United States v. Reyes*, 162 F.R.D. 468, 470 (S.D.N.Y. 1995) (listing a variety of factors in favor of *ex parte* applications for pretrial Rule 17(c) subpoenas, including the fact that "a party may have to detail its trial strategy or witness list in order to convince a court that the subpoena satisfies the *Nixon* standards of specificity, relevance, and admissibility").

Any disclosure of Mr. Forbes' *ex parte* memorandum would reveal key information relating to the (1) defense investigation, (2) attorney work product, and

2

(3) trial strategy. Such disclosure would severely prejudice Mr. Forbes' right to a fair trial. U.S. Const. amend. V; *see also United States v. Agurs*, 427 U.S. 97, 107 (1976) ("[D]efendant's right to a fair trial [is] mandated by the Due Process Clause of the Fifth Amendment to the Constitution.").

## CONCLUSION

For the reasons stated herein, Mr. Forbes respectfully requests that the Court grant this motion for permission to file the attached *Ex Parte* Supplemental Memorandum in Opposition to Motions of non-parties Cosmo Corigliano, Kramer Levin, Fried Frank, Cendant Corporation, Anne Pember, Casper Sabatino and Kevin Kearney to Quash Rule 17(c) Subpoenas and for Remedial Relief *ex parte* and under seal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: *Brendan V. Sullivan*
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

                                      James T. Cowdery (Bar No. ct05103)
                                      Thomas J. Murphy (Bar No. ct07959)
                                      COWDERY, ECKER & MURPHY, L.L.C.
                                      750 Main Street
                                      Hartford, CT 06103-2703
                                      (860) 278-5555 (phone)
                                      (860) 249-0012 (fax)
                                      tmurphy@cemlaw.com (e-mail)

                                      Attorneys for Walter A. Forbes

Dated:  October 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Memorandum of Law in Support of Mr. Forbes' Motion for Permission to File the Attached Supplemental Memorandum in Opposition to Motions of non-parties Cosmo Corigliano, Kramer Levin Naftalis & Frankel LLP, Fried, Frank, Harris, Shriver & Jacobson LLP, Cendant Corporation, Anne Pember, Casper Sabatino and Kevin Kearney to Quash Rule 17(c) Subpoenas and for Remedial Relief *Ex Parte* and Under Seal to be sent on October 11, 2005 to the following via e-mail and FedEx:

Gary P. Naftalis
Eric A. Tirschwell
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Helen Gredd, Esq.
Daniel E. Reynolds, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Ave.
New York, NY 10110

Edward J. Dauber, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center
Suite 600
Newark, NJ 07102-5311

Robert J. Fettweis, Esq.
Tressler, Soderstrom, Maloney &
  Priess
744 Broad Street
Suite 1510
Newark, NJ 07102

Andrew Gardner, Esq.
Fried, Frank, Harris, Shriver &
Jacobson LLP
One New York Plaza
New York, NY 10004

Saul B. Shapiro, Esq.
Peter W. Tomlinson, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Norman Gross, AUSA
U.S. Attorney's Office
District of New Jersey
401 Market Street
Fourth Floor
Camden, NJ 08101

Michael Martinez, AUSA
Craig Carpenito, AUSA
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103


/s/ Margaret A. Keeley
Margaret A. Keeley