UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :   No. 3:02CR00264 (AWT)
                               :
                               :
         v.                    :   October 11, 2005
                               :
                               :
                               :
WALTER A. FORBES               :

MOTION OF THE UNITED STATES FOR LEAVE TO EXCEED THE PAGE
LIMITATION OF LOCAL RULE OF CIVIL PROCEDURE 7(d)

The United States respectfully moves for leave to file a fourteen page reply memorandum in support of its "Motion for Leave to Dismiss with Prejudice Certain Counts of the Superseding Indictment Pursuant to Fed. R. Crim. P. 48(a) and to Submit a Redacted Indictment to the Jury" that exceeds the ten page limit for reply briefs in Local Rule of Civil Procedure Rule 7(d). The Government has written a reply brief which concisely but fully addresses each of the arguments set forth in Forbes' Response to the Government's motion.

**GRANTED.  It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/12/05

Respectfully submitted,
CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

By: NORMAN GROSS
Special Attorney
U.S. Department of Justice
Federal Bar No. 24933

Dated: October 11, 2005
Hartford, Connecticut