UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WALTER A. FORBES. )<br>)<br>) | 2005 OCT 12 A 10: 26<br><br>No. 3:02CR264 (AWT)<br>October 11, 2005 |

### MOTION OF DEFENDANT WALTER A. FORBES
### FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL
### RULE 7(d)
### (Forbes Retrial Motion No. 11)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for leave to file a Memorandum in Opposition to Motion of Non-Parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") to Quash Rule 17(c) Subpoenas and for Remedial Relief that exceeds the page limitation in Local Civil Rule 7(d) by 19 pages.[1] It is necessary to exceed the page limitation because Mr. Corigliano and Kramer Levin filed a 52-page Amended Memorandum raising arguments which require a detailed response.

For the foregoing reasons, Mr. Forbes respectfully moves for leave to file an Opposition Memorandum in excess of the 40-page limit.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/12/05

---

[1] Mr. Forbes is also submitting a supplemental memorandum 17 pages in length, which is being filed *ex parte* and under seal, that responds to Mr. Corigliano's and Kramer Levin's Motion to Quash, as well as to motions filed by Cendant, Anne Pember, Casper Sabatino, Kevin Kearney and Fried, Frank, Harris, Shriver & Jacobson LLP.