## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------x
UNITED STATES                  :
                               :
V.                             :   CASE NO. 3:02CR00264(AWT)
                               :
WALTER A. FORBES               :
                               :
-------------------------------x
```

### ENDORSEMENT ORDER

The Clerk shall strike from the docket the letter motion to quash and join filed jointly by Agnes Corigliano and Fried, Frank, Harris, Shriver & Jacobson LLP (Doc. No. 1761).  Filing of letter motions is not the practice in this district.

It is so ordered.

Dated at Hartford, Connecticut this 11th day of October 2005.

_____
/s/
Alvin W. Thompson
United States District Judge
