UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
──────────────────────────────x
                               :
UNITED STATES OF AMERICA       :
                               :
              v.               :        No. 3:02CR264 (AWT)
                               :
WALTER A. FORBES,              :        October 12, 2005
                               :
              Defendant.       :
                               :
                               :
──────────────────────────────x
```

## MOTION OF NON-PARTIES AGNES CORIGLIANO AND FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
### TO QUASH SUBPOENAS SEEKING DOCUMENTS

Pursuant to D. Conn. L. Civ. R. 7(a), non-parties Agnes Corigliano and Fried, Frank,

Harris, Shriver & Jacobson LLP respectfully moves for an order quashing subpoenas dated

August 17, 2005 and August 23, 2005, served on them by counsel for defendant Walter A.

Forbes. The grounds for the motion are fully set forth in the accompanying memorandum of

law.

                              Respectfully submitted,

                              FRIED, FRANK, HARRIS, SHRIVER &
                              JACOBSON LLP

                              Andrew T. Gardner
                              One New York Plaza
                              New York, NY  10004-1980
                              Telephone: 212.859.8000

                              *Attorneys for Non-Parties Agnes Corigliano and*
                              *Fried, Frank, Harris, Shriver & Jacobson LLP*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing motion, dated October 12, 2005, was served via e-mail and overnight mail this 12th day of October, 2005, on the following:

Margaret Keeley, Esq. (MKeeley@wc.com)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Michael Martinez (michael.martinez2@usdoj.gov)
Assistant United States Attorney
United States Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Alan Friedman, Esq. (AFriedman@kramerlevin.com)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

By: _____