**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

———————————————————x
                       :

UNITED STATES OF AMERICA    :
                       :
          v.            :      No. 3:02CR264 (AWT)
                       :
WALTER A. FORBES,        :      October 12, 2005
                       :
         Defendant.    :
                       :
———————————————————x

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF**
**NON-PARTIES AGNES CORIGLIANO AND**
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
**TO QUASH SUBPOENAS SEEKING DOCUMENTS**

Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") represents Agnes Corigliano, the wife of government witness Cosmo Corigliano. We submit this motion in response to several subpoenas (the "Bank Subpoenas") recently served by counsel for Walter Forbes seeking credit card and other financial information as to Mrs. Corigliano, who is not a witness in this trial. We also submit this motion in connection with a subpoena served on Fried Frank seeking documents relating to the firm's representation of Mrs. Corigliano (the "Fried Frank Subpoena").

In regard to the Bank Subpoenas, Mrs. Corigliano joins in the motion filed on behalf of Mr. Corigliano (the "Kramer Levin Motion") seeking to quash the Bank Subpoenas (as well as seeking other relief) for the reasons set forth in that motion. Simply put, the Bank Subpoenas do not seek production of relevant, admissible evidence.[1]

In regard to the Fried Frank Subpoena (attached hereto as Exhibit D), it contains six calls for documents, and we respectfully move to quash the calls numbered 1, 2, and 3.[2] Call 1 seeks the production of the retainer agreement between Fried Frank and Mrs. Corigliano. As detailed in the Kramer Levin Motion at pages 19-21, this Court has repeatedly quashed subpoenas demanding production of any retainer agreements between Mr. Corigliano and Kramer Levin. For the same reasons (plus the additional fact that Mrs. Corigliano is not even a witness in this

---

[1] Specifically, the Bank Subpoenas were served on People's Bank, MBNA America Bank and Citibank, and are attached hereto as Exhibits A, B and C. By letter to the Court dated September 29, 2005, Fried Frank wrote to clarify that Mrs. Corigliano joins in the motion filed on September 23, 2005 by counsel for Mr. Corigliano with respect to all subpoenas issued to third-party banks (attached as Exhibits K-R to that motion), for the reasons set forth in that motion.

[2] For call 4, we have agreed with counsel for Mr. Forbes that we will update a September 22, 2004 memorandum that was provided during the first trial, and that this will be a sufficient response. We see no need to address the propriety of the calls numbered 5 and 6 because Fried Frank has no responsive documents. With respect to the calls numbered 1, 2 and 3, we do not address the extent to which any responsive documents might be protected from discovery by the attorney-client privilege or the work product doctrine because those calls should be quashed in their entirety.

case), any subpoena call seeking production of any retainer agreements between Mrs. Corigliano and Fried Frank must also be quashed.

Turning to the calls numbered 2 and 3, they are substantially identical to calls that this Court previously quashed in connection with a subpoena served upon Fried Frank during the first trial. *See* Ruling on Motion of Non-Parties Audrey Strauss and Fried, Frank, Harris, Shriver & Jacobson LLP to Quash Subpoenas Seeking Trial Testimony and Documents, dated September 24, 2004 (attached hereto as Exhibit E), at 2.[3]  Mr. Forbes' counsel has not advised us of any reason why that decision is not dispositive of the calls numbered 2 and 3.

For these reasons, we respectfully request that the Bank Subpoenas be quashed in their entirety and that the calls numbered 1, 2 and 3 in the Fried Frank Subpoena be quashed as well.

Dated: October 12, 2005          Respectfully submitted,
       New York, New York

                                 FRIED, FRANK, HARRIS, SHRIVER &
                                   JACOBSON LLP


                                 Andrew T. Gardner
                                 One New York Plaza
                                 New York, NY  10004-1980
                                 Telephone: 212.859.8000

                                 *Attorneys for Non-Parties Agnes Corigliano and*
                                 *Fried, Frank, Harris, Shriver & Jacobson LLP*

---

[3] For the Court's convenience, the subpoena served on Fried Frank by Mr. Forbes in 2004 is attached hereto as Exhibit F.

# EXHIBIT A

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

_____ DISTRICT OF _____ Connecticut

United States of America

v.

Walter A. Forbes

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 3:02CR00264 (AWT)

TO:

Custodian of Records
People's Bank
850 Main Street
Bridgeport, CT 06604

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME<br>September 19, 2005<br>9:30 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A – attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **KEVIN F. ROWE** | |
| (By) Deputy Clerk<br>*Daniel D'Andria* | August 17, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

## SCHEDULE OF DOCUMENTS TO BE
## PRODUCED BY PEOPLE'S BANK

### DEFINITIONS AND INSTRUCTIONS

a.   The term "document" shall include material existing in both electronic and non-electronic form.  When a document is stored electronically only, the electronic format shall be produced.

b.   This subpoena does not require the re-production of documents previously produced by People's Bank to Mr. Forbes in 2004.

### DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1.   All monthly statements for any People's Bank account in the name of, or for the benefit of, Cosmo Corigliano, regardless of whether the account is in his name individually, in his name jointly with another or others, or in trust, that reflects activity during the period April 1, 2004 through July 31, 2004. This request includes, but is not limited to, account statements, cancelled checks drawn upon this account, and all other documents evidencing deposits to or withdrawals from responsive accounts.

2.   All monthly statements for any People's Bank account in the name of, or for the benefit of, Agnes Corigliano, regardless of whether the account is in her name individually, in her name jointly with another or others, or in trust, that reflects activity during the period April 1, 2004 through July 31, 2004. This request includes, but is not limited to, account statements, cancelled checks drawn upon this account, and all other documents evidencing deposits to or withdrawals from responsive accounts.

3.   All monthly statements for any People's Bank account bearing the social security number 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 that reflects activity during the period April 1, 2004 through July 31, 2004.  This request includes, but is not limited to, account statements, cancelled checks drawn upon this account, and all other documents evidencing deposits to or withdrawals from responsive accounts.

4.   All monthly statements for any People's Bank account bearing the social security number 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 that reflects activity during the period April 1, 2004 through July 31, 2004.  This request includes, but is not limited to, account statements, cancelled checks drawn upon this account, and all other documents evidencing deposits to or withdrawals from responsive accounts.

5. All documents relating to any line of credit, consumer revolving loan, or other loan issued to Cosmo Corigliano or Agnes Corigliano which is secured in whole or in part by 38 Watrous Point Road or 36 Watrous Point Road, Old Saybrook, Connecticut, including but not limited to:
   a.   any appraisal done of the property;
   b.   any application for the line of credit or loan; and
   c.   any loan papers signed by Mr. or Mrs. Corigliano.

# EXHIBIT B

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

**DISTRICT OF** _____ Connecticut

United States of America

## v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER:    3:02CR00264 (AWT)

TO:

Custodian of Records
MBNA America Bank, N.A.
1100 N. King Street
Wilmington, DE  19884-0124

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME<br>September 19, 2005<br>9:30 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A – attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | |
| (By) Deputy Clerk<br>_Bonnie P. D'Onofrio_ | August 17, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

**SCHEDULE A**
**DOCUMENTS TO BE PRODUCED BY MBNA**

## DEFINITIONS AND INSTRUCTIONS

a.   The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1.   All documents describing or memorializing any application for a credit account in the name of, or for the benefit of, Cosmo Corigliano, regardless of whether the account is in his name individually, in his name jointly with another or others, or in trust.

2.   Documents sufficient to identify all transactions posted for activity during the period April 1, 2004 to July 7, 2004 to any credit card account in the name of, or for the benefit of, Cosmo Corigliano, regardless of whether the account is in his name individually, in his name jointly with another or others, or in trust.

3.   All documents describing or memorializing any application for a credit account in the name of, or for the benefit of, Agnes Corigliano, regardless of whether the account is in her name individually, in her name jointly with another or others, or in trust.

4.   Documents sufficient to identify all transactions posted for activity during the period April 1, 2004 to July 7, 2004 to any credit card account in the name of, or for the benefit of, Agnes Corigliano, regardless of whether the account is in her name individually, in her name jointly with another or others, or in trust.

5.   All documents describing or memorializing any application for a credit account using the social security number 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.

6.   Documents sufficient to identify all transactions posted for activity during the period April 1, 2004 to July 7, 2004 to any credit card account bearing the social security number 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.

7.   All documents describing or memorializing any application for a credit account using the social security number 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.

8. Documents sufficient to identify all transactions posted for activity during the period April 1, 2004 to July 7, 2004 to any credit card account bearing the social security number 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.

**EXHIBIT C**

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

_____ **DISTRICT OF** _____ Connecticut

United States of America

v.

Walter A. Forbes

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 3:02CR00264 (AWT)

TO:

Custodian of Record
Citibank South Dakota, N.A.
701 East 60th St., North
P.O. Box 6034, MC 1251
Sioux Falls, SD 57115-6034

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME<br>October 17, 2005<br>9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | |
| (By) Deputy Clerk | August 23, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

## SCHEDULE A
## DOCUMENTS TO BE PRODUCED BY CITIBANK

## DEFINITIONS AND INSTRUCTIONS

a.   The term "document" shall include material existing in both electronic and non-electronic form.  When a document is stored electronically only, the electronic format shall be produced.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1.  All documents describing or memorializing any application for a credit account in the name of, or for the benefit of, Cosmo Corigliano, regardless of whether the account is in his name individually, in his name jointly with another or others, or in trust.

2.  Documents sufficient to identify all transactions posted for activity during the period April 1, 2004 to July 7, 2004 to any credit card account in the name of, or for the benefit of, Cosmo Corigliano, regardless of whether the account is in his name individually, in his name jointly with another or others, or in trust.

3.  All documents describing or memorializing any application for a credit account in the name of, or for the benefit of, Agnes Corigliano, regardless of whether the account is in her name individually, in her name jointly with another or others, or in trust.

4.  Documents sufficient to identify all transactions posted for activity during the period April 1, 2004 to July 7, 2004 to any credit card account in the name of, or for the benefit of, Agnes Corigliano, regardless of whether the account is in her name individually, in her name jointly with another or others, or in trust.

9.  All documents describing or memorializing any application for a credit account using the social security number 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.

10. Documents sufficient to identify all transactions posted for activity during the period April 1, 2004 to July 7, 2004 to any credit card account bearing the social security number 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.

11. All documents describing or memorializing any application for a credit account using the social security number 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.

12. Documents sufficient to identify all transactions posted for activity during the period April 1, 2004 to July 7, 2004 to any credit card account bearing the social security number 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.

# EXHIBIT D

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF _____Connecticut_____

United States of America

**v.**

Walter A. Forbes

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:     3:02CR00264 (AWT)

TO:     Custodian of Records
        Fried, Frank, Harris, Shriver & Jacobson LLP
        One New York Plaza
        New York, NY 10004

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse | South Courtroom |
| 450 Main Street | DATE AND TIME |
| Hartford, Connecticut 06103 | September 19, 2005 9:30 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A – attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **KEVIN F. ROWE** | |
| (By) Deputy Clerk | August 17, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

## SCHEDULE A
## DOCUMENTS TO BE PRODUCED BY
## FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

### DEFINITIONS AND INSTRUCTIONS

a.  The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b.  The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c.  The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

d.  The term "You" shall include Fried, Frank, Harris, Shriver & Jacobson LLP in its capacity as counsel to Agnes Corigliano, as well as any members, employees, agents, and other representatives acting on its behalf in that capacity, and shall also include Agnes Corigliano.

e.  This subpoena does not seek communications between you and your clients unless those communications have already been disclosed to third parties.

f.  This subpoena excludes documents previously produced in this matter.

### DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1.  All documents describing or memorializing any agreements with Agnes Corigliano pertaining to any retainer for legal fees and expenses on deposit with the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, or any predecessors in interest to that law firm.

2.  All documents describing or memorializing any agreements with the Securities and Exchange Commission ("SEC") pertaining to any retainer for legal fees and expenses on deposit with the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, or any predecessors in interest to that law firm, for the direct or indirect benefit of Agnes Corigliano.

3. All documents describing or memorializing any agreements with the SEC relating to expenditures by or on behalf of either Cosmo or Agnes Corigliano between April 16, 2004 and July 7, 2004, from assets that existed as of March 31, 2004.

4. Documents sufficient to establish the current amount of the balance of any legal fee retainer paid to Fried, Frank, Harris, Shriver & Jacobson LLP, or any predecessors in interest to that law firm, on behalf of Agnes Corigliano.

5. Documents sufficient to identify any legal fees paid on behalf of Agnes Corigliano by Cendant Corporation for services provided since April 15, 1998.

6. Documents sufficient to identify any legal fees paid on behalf of Agnes Corigliano by Cendant Corporation for services provided during the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA     )
                             )
v.                           )        Criminal No. 3:02CR00264(AWT)
                             )
WALTER A. FORBES and         )
E. KIRK SHELTON              )
-------------------------------
```

### RULING ON
### MOTION OF NON-PARTIES AUDREY STRAUSS
### AND FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
### TO QUASH SUBPOENAS SEEKING TRIAL TESTIMONY AND DOCUMENTS

For the reasons set forth below, the Motion of Non-Parties Audrey Strauss and Fried, Frank, Harris, Shriver & Jacobson LLP to Quash Subpoenas Seeking Trial Testimony and Documents (Doc. No. 1113) is hereby GRANTED in part and DENIED in part.

This motion is one of a series of motions to quash filed by or on behalf of persons who were served with a subpoena _duces tecum_ and/or subpoena _ad testificandum_ on behalf of defendant Forbes in connection with his case-in-chief. The court set out in its Ruling on the Motion of the Securities and Exchange Commission to Quash Subpoena Seeking Testimony and Documents from SEC Enforcement Attorney James Kidney, dated September 24, 2004, certain considerations that are important in its analysis of all of these motions to quash, and the discussion from that Ruling is hereby incorporated by reference.

Movant Audrey Strauss primarily adopts the arguments made by Gary P. Naftalis and Alan R. Friedman in support of their motion to quash subpoenas for their trial testimony, and in opposition, defendant Forbes simply incorporates by reference his opposition to the motion by Naftalis and Friedman. Accordingly, the motion to quash the

subpoena as to Audrey Strauss is being granted for the reasons the court granted the motion to quash by Naftalis and Friedman. (See Ruling on Mot. of Non-Parties Gary P. Naftalis and Alan R. Friedman to Quash Subpoenas for Trial Test., dated Sept. 24, 2004.)

As to the subpoenas served on Fried, Frank, Harris, Shriver & Jacobson LLP's custodian of records, the motion to quash is being denied with respect to Calls 1, 2 and 3 because the documents defendant Forbes calls for would identify a benefit that was or could be received indirectly by Corigliano as a result of his settlement with the SEC. As to Calls 4, 5 and 6, the motion to quash is being granted because the documents called for reflect lines of inquiry calculated solely to bolster the defendants' attack on Corigliano's credibility during their cross-examinations of him, as opposed to identifying particular benefits that were or could be received by Corigliano as a result of his settlement with the SEC.

It is so ordered.

Dated this 24th day of September 2004, at Hartford, Connecticut.

                          /s/
                    Alvin W. Thompson
                    United States District Judge

-2-

# EXHIBIT F

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

### DISTRICT OF Connecticut

United States of America

**v.**

Walter A. Forbes and
E. Kirk Shelton

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 3:02CR00264 (AWT)

TO:     Custodian of Records
        Fried, Frank, Harris, Shriver & Jacobson LLP
        One New York Plaza
        New York, NY 10004

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME<br>August 30, 2004<br>9:30 a.m. |

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

See attached Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | August 19, 2004 |
| (By) Deputy Clerk | |

Thomas P. Puccio, Law Offices of Thomas Puccio
230 Park Avenue, Suite 301, New York, NY 10017
(212) 765-6000, Attorneys for Defendant E. Kirk Shelton

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY FRIED, FRANK,
# HARRIS, SHRIVER, & JACOBSON LLP

## DEFINITIONS AND INSTRUCTIONS

a.  The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b.  The term "Fried Frank" shall mean Fried, Frank, Harris, Shriver, & Jacobson LLP and its predecessors.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1.  Documents sufficient to establish the amount of any legal fee retainer paid to Fried Frank on behalf of either Cosmo Corigliano or Agnes T. Corigliano from 1998 to present.

2.  Documents sufficient to establish the current amount of the balance of any legal fee retainer paid to Fried Frank on behalf of either Cosmo Corigliano or Agnes T. Corigliano from 1998 to present.

3.  Documents sufficient to establish the amount of the balance of any legal fee retainer paid to Fried Frank on behalf of either Cosmo Corigliano or Agnes T. Corigliano as of April 16, 2004.

4.  All correspondence with the Securities & Exchange Commission relating to Cosmo Corigliano's and Agnes T. Corigliano's April 16, 2004 settlement with the SEC.

5.  All documents describing or memorializing any agreement with the SEC concerning the use or disposition of any legal fee retainer paid to Fried Frank on behalf of Cosmo Corigliano or Agnes T. Corigliano.

6.  All documents describing or memorializing any agreement with the SEC concerning the existence, use, or disposition of any assets legally or beneficially used or controlled by Cosmo Corigliano or Agnes T. Corigliano, other than the budget agreement dated August 28, 2000 and the Settlement Agreement dated April 16, 2004.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing memorandum of law,

dated October 12, 2005, was served via e-mail and overnight mail this 12th day of October,

2005, on the following:

Margaret Keeley, Esq. (MKeeley@wc.com)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Michael Martinez (michael.martinez2@usdoj.gov)
Assistant United States Attorney
United States Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Alan Friedman, Esq. (AFriedman@kramerlevin.com)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

By: _____

518551