**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )   Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
-------------------------------
```

### RULING ON FORBES' RETRIAL MOTION IN LIMINE NO. 17

**(Renewed Motion of the Defendant Walter A. Forbes to Preclude the Admission of Any Evidence of, or Reference to, the Cendant Audit Committee Investigation or the Cendant Audit Committee Report)**

For the reasons set forth below, defendant Forbes' motion in limine is being denied.

Defendant Forbes' motion states that the grounds for the motion are set forth in his memorandum (Doc. No. 648) filed in support of Forbes' Motion in Limine No. 6, which was filed on April 23, 2004 in connection with the first trial.  Each of those grounds was discussed by the court in its ruling on Forbes' Motion in Limine No. 6 filed on May 12, 2004 (Doc. No. 723), and the court's analysis from that ruling is incorporated herein by reference.  For the reasons set forth in that ruling and the additional points raised by the government in its opposition to the instant motion (see Memorandum of United States in Opposition to Forbes' Motion to Preclude Reference to the Cendant Audit Committee Report (Doc. No. 1722)), defendant Forbes' motion should be denied.

The court notes that its understanding with respect to the

Cendant Audit Committee Report itself, is that the government does not intend to offer the audit committee report itself in its case-in-chief, although it reserves the right to offer portions of the report if the defense "opens the door."

Also, the court notes that defendant Forbes contends in his reply memorandum that certain of the government's arguments are based on speculation as to what defendant Forbes may do during the trial and suggests that if the defense takes certain actions during the trial the government can respond at that time and ask the court for a ruling.  However, as the party moving to preclude evidence, defendant Forbes bears the burden of persuasion and it does not appear appropriate for the court to preclude evidence when the party moving to have the evidence precluded is reserving the right to take actions at trial that could lead the court to conclude that the evidence should be admitted.

Accordingly, the Renewed Motion of the Defendant Walter A. Forbes to Preclude the Admission of Any Evidence of, or Reference to, the Cendant Audit Committee Investigation or the Cendant Audit Committee Report (Doc. No. 1683) is hereby DENIED.

It is so ordered.

Dated this 13th day of October 2005, at Hartford, Connecticut.

>                 /s/
>          Alvin W. Thompson
>     United States District Judge