UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
--------------------------------
```

### RULING ON FORBES' RETRIAL MOTION IN LIMINE NO. 10

### (Motion of Walter A. Forbes to Preclude Reference to Him as the "Captain of the Ship" or Other Similar Positions)

For the reasons set forth below, defendant Forbes' motion *in limine* is being granted in part and denied in part.

The motion is being granted insofar as it seeks to preclude any reference to defendant Forbes as the "Captain of the Ship" because the usefulness of such an analogy is substantially outweighed by the danger of confusion of the issues or the jury being misled as to whether defendant Forbes could be convicted on a respondeat superior theory of vicarious liability. See Fed. R. Evid. 403.

The motion is being denied without prejudice as to the request for similar relief with respect to references to "other similar positions" because, although the court cannot at this time think of an appropriate analogy that would be helpful to the jury, it cannot be certain that there is none. In addition, while the court can make an assumption as to what a reasonable interpretation of the term "other similar positions" would be, the court is not comfortable, in this particular case, using such

a general term in an order, as opposed to dealing with any specific situation that is presented.

Accordingly, the Motion of Walter A. Forbes to Preclude References to Him as the "Captain of the Ship" or Other Similar Positions (Doc. No. 1673) is hereby GRANTED in part and DENIED in part.

It is so ordered.

Dated this 14th day of October 2005, in Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge
