**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
-------------------------------
```

**RULING ON FORBES' RETRIAL MOTION IN LIMINE NO. 14**

**(Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Exhibits During Its Opening Statement)**

Defendant Forbes' motion *in limine* (Doc. No. 1723) is hereby GRANTED, provided that neither party shall publish exhibits during its opening statement.

It is so ordered.

Dated this 14th day of October 2005, at Hartford, Connecticut.

                                        /s/
                                 Alvin W. Thompson
                           United States District Judge