# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
------------------------------
```

## RULING ON FORBES MOTION *IN LIMINE* NO. 16

(**Renewed Motion of Defendant Walter A. Forbes to Preclude Any Reference to Enron, Tyco, Worldcom, or Any Other Financial Scandal**)

Defendant Forbes' motion *in limine* is being denied as moot, based upon the government's representation that, although it reserves the right to offer such evidence if the defense "opens the door," it does not intend to make any mention of such financial scandals in its case-in-chief.

The government suggests that the court could reserve ruling on this motion. However, if the court is required to make a ruling as to such evidence, its ruling will not be based on just the factual contentions set forth in the papers filed in connection with this motion *in limine,* but rather on the record as it has been developed to that point in the trial, and a record should be made at that time as to what specific contentions are being advanced by the parties.

Accordingly, the Renewed Motion of Defendant Walter A. Forbes to Preclude Any Reference to Enron, Tyco, Worldcom, or Any

Other Financial Scandal (Doc. No. 1682) is hereby DENIED as moot.

It is so ordered.

Dated this 14th day of October 2005, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge