UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | October 17, 2005 |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WALTER A. FORBES' MOTION TO PRECLUDE ANY REFERENCE TO PENSION FUNDS, AND TO REDACT GX 1534**

<u>(Forbes Retrial Motion *In Limine* No. 22)</u>

RESPONSE

Forbes has moved for an order precluding the Government from making any reference, through the presentation of evidence or in argument, to the fact that pension funds were among CUC's and Cendant's shareholders, and to redact GX 1534 to remove the attached list of shareholders.

The Government does not intend to present any argument or evidence during its case-in-chief regarding the fact that pension funds were among the shareholders of CUC and Cendant, and does not oppose Forbes' request to redact GX 1534 to remove the page containing the list of CUC's large institutional shareholders. In the event that Forbes does anything which the Government believes has "opened the door" to the admission of evidence regarding the pension plan shareholders, it shall so notify the Court pursuant to ¶ 9 of the Court's proposed Order re Procedures for Retrial.

                Respectfully submitted,

                CHRISTOPHER J. CHRISTIE
                Special Attorney
                U.S. Department of Justice


        By:  NORMAN GROSS
             MICHAEL MARTINEZ
             CRAIG CARPENITO
             Special Attorneys
             U.S. Department of Justice

Dated: October 17, 2005
Hartford, Connecticut

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (email)

 

_____
DEBRA ELLIOTT
U.S. Department of Justice

Dated: October 17, 2005
      Hartford, Connecticut