UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>) | No. 3:02CR264 (AWT)<br><br>October 14, 2005 |

MOTION OF WALTER A. FORBES FOR RECONSIDERATION
OF THE COURT'S RULINGS ON PARTS 3 & 5
OF THE GOVERNMENT'S PRETRIAL MOTION *IN LIMINE*
(Forbes Retrial Motion No. 14)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for reconsideration with respect to the Court's rulings concerning parts 3 and 5 of the government's motion in limine. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

Oral Argument Requested

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Walter A. Forbes for Reconsideration of the Court's Rulings on Parts 3 & 5 of the Government's Pretrial Motion *In Limine* (Forbes Retrial Motion No. 14) to be sent on October 14, 2005 to the following via Federal Express and email:

        Michael Martinez, Esq.
        Craig Carpenito, Esq.
        United States Attorneys
        The Federal Building
        U.S. Department of Justice
        450 Main Street, Room 320
        Hartford, CT  06103

        Norman Gross, Esq.
        U.S. Attorney's Office
        District of New Jersey
        401 Market Street
        Fourth Floor
        Camden, NJ  08101

_____
Barry S. Simon