UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>)<br>) | No. 3:02CR264 (AWT)<br><br>October 14, 2005 |

**MOTION OF WALTER A. FORBES TO SEAL PLEADINGS
RELATING TO FORBES RETRIAL MOTION *IN LIMINE*
NO. 23**

Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing Forbes Retrial Motion No. 23 (attached as Ex. A) and all subsequent pleadings relating thereto.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703

(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing MOTION OF WALTER A. FORBES TO SEAL PLEADING RELATING TO FORBES RETRIAL MOTION *IN LIMINE* NO. 23 to be sent on October 14, 2005 to the following via e-mail and FedEx:

>Norman Gross, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT 06103

_____
Barry S. Simon

**A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

      v.                                                      No. 3:02CR264 (AWT)

WALTER A. FORBES

---

Contents: <u>Forbes Retrial Motion *In Limine* No. 23</u>

Judicial Officer: <u>The Honorable Alvin W. Thompson</u>

Attorney: <u>Barry S. Simon</u>

Date Sealed: _____

Date Unsealed: _____

       The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

       SO ORDERED this _____ day of _____, 2005, at Hartford, Connecticut.