UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 3:02CR264 (AWT) |
| v. | ) ) ) |  |
|  | ) | October 14, 2005 |
| WALTER A. FORBES | ) ) ) |  |

**MOTION OF DEFENDANT WALTER A. FORBES
TO PRECLUDE EVIDENCE, CROSS-EXAMINATION,
OR ARGUMENT CONCERNING (1) THE
DECLINE IN CENDANT'S STOCK PRICE ON AND AFTER
APRIL 15, 1998 OR (2) INVESTOR LOSSES
(Forbes Retrial Motion *In Limine* No. 24)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves *in limine* to preclude the government from presenting any evidence, cross-examination, or argument concerning (i) the decline in Cendant's stock price and market capitalization on and after April 15, 1998 or (ii) investor losses on and after April 15, 1998. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No.ct17115)
Barry S. Simon  (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Preclude Evidence, Cross-Examination, or Argument Concerning (1) the Decline in Cendant's Stock Price On and After April 15, 1998 or (2) Investor Losses (Forbes Retrial *Motion In Limine* No. 24) to be sent on October 14, 2005 to the following via Federal Express and email:

>Michael Martinez, Esq.
>Craig Carpenito, Esq.
>United States Attorneys
>The Federal Building
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT  06103
>
>Norman Gross, Esq.
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ  08101

_____
Barry S. Simon