shareholders. The course covers accounting issues and issues of corporate financial reporting (387-88).

**Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

3.    Professor Sack has also taught the first year course for the MBA students and a second year course called Corporate Financial Reporting (388).

**Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

4.    Professor Sack created and taught a course known, among other names, as Communicating Corporate Worth. That course was designed to teach students how a firm, its CEO and its CFO talk to the financial marketplace, specifically how the CEO and CFO explain what the firm is worth; why the stock price should be at a certain price (or higher or lower); and why its debt should be priced in a certain way (or higher or lower). This course is taught to second year students (388-89).

**Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

5.    The Darden School offers executive education courses for senior executives or people who are about to advance at a firm. These courses cover, in more depth, fundamental things the students may have studied in school. Professor Sack has taught ~~that course~~ *those courses*. It touches upon the

23

financial reporting that firms have to do to stockholders.  It was mostly

concerned with reporting of financial information within a firm (389-90).

**Objections:  Timeliness and adequacy.  Misconduct.  Impossible to**

**cross-examine without eliciting an improper opinion.**

6.    Professor Sack taught a course regarding financial reporting to employees of

_a large publicly held corporation._  ~~MCI as part of MCI's settlement with the~~

~~SEC~~ (390-91).

**Objection:  Timeliness and adequacy.  Misconduct.  Impossible to**

**cross-examine without eliciting an improper opinion.  ~~Rule 403~~**

**~~(Worldcom/MCI should not be mentioned during this trial).~~**

7.    Professor Sack was chosen by the SEC to teach a course ~~under similar~~

~~circumstances~~ to employees of PriceWaterhouse Coopers regarding auditor

independence (392).

**Objections:  Rule 403. Timeliness and adequacy.  Misconduct.**

**Impossible to cross-examine without eliciting an improper opinion.**

8.    In 1999 and 2000, Professor Sack participated in a study, and published a

report, that considered why young people were no longer as interested in

pursuing accounting as a career (392-93).

**Objection:  Timeliness and adequacy.  Relevance.  Misconduct.**

**Impossible to cross-examine without eliciting an improper opinion.**

9.    From 1984-1987, Professor Sack was the Chief Accountant of the

Enforcement Division at the SEC.  At that time, the SEC was trying to build

24

a staff of accountants that could help them in a campaign to reduce financial statement fraud. Professor Sack would offer his opinion on whether the Commission should pursue particular cases. Professor Sack supervised accountants who worked on particular cases involving financial statement fraud (393-94).

**Objection: Rule 403. Relevance. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

10.     From 1956 to 1984, Professor Sack was an accountant at Touche Ross. He became a partner in 1972. Prior to becoming a partner, he worked on field audits. In 1968, he went to the firm's home office, where he worked with the top technical people in the firm and learned more about what the accounting rules were and how they worked. He also served as the firm's Director of Technical Services. In this job, he made sure that changes in accounting rules were disseminated to the field. He also answered questions regarding accounting rules and their application from the firm's accountants in the field. He was also the Director of Professional Standards for the worldwide arm on Touche Ross (396-99).

**Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

11.     Professor Sack is not a CPA. He let his license go inactive in 1999 (399).

25

**Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

12. Professor Sack co-wrote <u>Fundamentals of Accounting for Decision-Making</u>. Early editions of this book were peer-reviewed. The objective of the book is to help students understand what the accounting and financial reporting process is like and how that information is used by both the people that run the firm and outsiders as they decide whether to invest in the firm. Professor Sack uses this book at the Darden School. Professor Sack wrote chapters 1-5, 10, and 15 of the book. Chapter 10 addresses accounting for mergers. Chapter 15 addresses the same issues that are addressed in the course he created, Communicating Corporate Worth. It describes the role that financial statements play and the process that corporations use in their interactions with the financial marketplace. It covers investment analysts and the role they play in the financial reporting process (400-02; 861-62).

**Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

13. Government Exhibit 1-RS is Professor Sack's resume. It describes credentials in addition to those described by Professor Sack in his testimony (403).

**Objection: Hearsay. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

26

14.    Professor Sack was awarded the Accounting Exemplar Award by the Public

Interest Section of the American Accounting Association in 2002. He was

awarded the Distinguished Service in Auditing Award by the Auditing

Section of the American Accounting Association in 1995 (404).

**Objection: Timeliness and adequacy. Misconduct. Impossible to**

**cross-examine without eliciting an improper opinion.**

15.    A public company is one whose shares trade in a public marketplace. Public

companies come under the rules of the SEC and the SEC administers

regulations that govern a public company. When a firm decides it needs

more funds to grow, it ~~will offer~~ _offers_ its shares for sale in a public

marketplace and files a prospectus. The public buys shares of a company

and the _company uses_ ~~companies use~~ the money it receives from the public

(405-06).

**Objection: Legal opinions. Rule 702 (testimony that firms always**

**sell shares when they decide they need funds to grow is not**

**necessarily true; offering stock is only one possible way to raise**

**money). Timeliness and adequacy. Misconduct. Impossible to**

**cross-examine without eliciting an improper opinion.**

16.    People who buy shares are stockholders and they are the owners of the

company (406).

**Objection: Timeliness and adequacy. Misconduct. Impossible to**

**cross-examine without eliciting an improper opinion.**

27

17.    People can buy and sell shares in a public marketplace such as the NYSE (407).

   **Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

18.    The price of a company's stock is determined by the marketplace (407).

   **Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

19.    A public company is run by a Board of Directors. The Board of Directors elects a CEO, and the CEO picks his staff. Day to day decisions about operating a firm rests with the CEO and the staff, and the long range view of the firm rests with the Board. Board of directors decide what a CEO is paid, whether he should be kept or whether he should be asked to leave. The CEO is responsible for the firm as a whole (407-08).

   **Objection: Legal opinions. Not qualified. Rule 704(b). Rule 702. Rule 403. Speculation. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

20.    As part of the SEC rules, every company that sold shares and has shares trading in a public marketplace must provide to the SEC a report once a year, a Form 10K, and must provide a report every three months, a Form 10Q. Government Exhibit 2-RS is a Form 10Q for CUC International for the quarter ended October 31, 1996. Government Exhibit 3-RS is a Form 10K for the same company for the year ended January 31, 1997 (408-10).

28

**Objections: Legal opinions. Not qualified. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

21.    After the SEC receives these forms, they are placed in the SEC files and made available to the public in electronic form. The forms are maintained, including the old forms, for the public's review and inspection. The SEC requires that 10Ks and 10Qs be filed on a specific form (410-12).

**Objection: Legal opinions. Not qualified. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

22.    The SEC offers no opinion on the quality of investments. The theory is that the marketplace will decide if a company is a good investment. The SEC's role is to make certain that the right kind of information about a company is in the public domain so investors can decide if a company's stock is a good investment and whether the public wants to invest (410-11).

**Objection: Legal opinions. Not qualified. Not relevant and/or not helpful to the jury. Rule 702. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

23.    Companies may decide to send 10Ks and 10Qs to shareholders if they wish. Some rules within the SEC require a report to be sent to shareholders but the actual form may vary a great deal. The report to shareholders must include the same financial statements filed in the form 10K and the firm

29

may put other things in the report to shareholders (412). Most firms send quarterly reports to their stockholders (752).

**Objection: Legal opinions. Not qualified. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

24. Every 10K and 10Q must include a balance sheet, an income statement, and a statement of cash flows. They almost always include footnotes that provide additional background on the three basic financial statements. In addition, firms are required to include a financial review as part of the report to shareholders called a management discussion and analysis (MD&A) (413).

**Objection: Legal opinions. Not qualified. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

25. The MD&A is supposed to help persons who read the financial statements to decide whether they want to invest or not. It is supposed to give the CEO's perspective, and provide additional background beyond the news that sales went up. Part of the goal of the MD&A is to help people read financial statements, get behind the results, and help project what next year's income might be and whether or not a trend may go on. Material events, special events, trends, a merger, a special gain, a special charge, a change in an accounting policy, the impact of such a change and a description of unusual

30

or infrequent events have to be reported in the MD&A. This enables an investor to be able to see what special things might have influenced the income for the year. If a company changes its accounting policies or decides to follow a different policy, this fact should be disclosed in the MD&A and the footnotes of the financial statements. The 10K or the 10Q should also include a discussion of the impact of the change in accounting policy on the company's financial results. The MD&A is contained in Government Exhibit 2-RS starting at the page Bates stamped 403474. It is contained in Government Exhibit 3-RS at the page marked RJS03533 (413-17).

**Objection: Not relevant and/or not helpful to the jury (non-compliance with MD&A regulations is not alleged in the indictment). Legal opinions. Not qualified. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

26.    In a public company, a combination of the company's accounting system and its accounting people produce financial statements. The 10K and the 10Q are signed by the CEO and the CFO. They are prepared following generally accepted accounting principles ("GAAP"), the standards that are the basis for financial statements (417-18; 751; 785).

**Objections: Legal opinions. Not qualified. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

27.   The SEC and the financial marketplace have agreed that everyone who
      prepares financial statements that investors might use to buy or sell stock,
      will file the financial statements by following GAAP. The SEC has said that
      financial statements that are not in accordance with GAAP would be
      presumed misleading (419).

      **Objections: Legal opinions. Not qualified. Timeliness and**
      **adequacy. Misconduct. Impossible to cross-examine without**
      **eliciting an improper opinion.**

28.   GAAP is a set of rules and practices in place at a particular time that is used
      to prepare financial statements. GAAP consists of: 1) some broad ideas
      about what financial statements should say, how financial statements
      should be prepared; 2) written rules provided by the standard setting
      groups; and 3) where the standard setting groups have not set rules down in
      black and white, there are some good textbooks and some good practices that
      most accountants know (419-20; 776-77).

      **Objection: Timeliness and adequacy. Misconduct. Impossible to**
      **cross-examine without eliciting an improper opinion.**

29.   The group that currently sets accounting rules is the Financial Accounting
      Standards Board ("FASB"). The FASB is composed of a set of people with
      extensive experience in various parts of the financial reporting system,
      either as CPAs, CFOs, or senior professors. The FASB has a staff that does
      background work (420-21).

32

**Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

30. Before the FASB, there was a group called the Accounting Principles Board ("APB"). It consisted of people from CPA firms (421).

**Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

31. The SEC is heavily involved in the standard setting process. However, it is concerned more with the form in which information is provided and it looks to the private sector, like the FASB, to be responsible to set GAAP (421).

**Objections: Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

32. One example of a broad concept that is part of GAAP is the idea that a financial statement should be a fair representation of what actually happened. An income statement should be a fair representation of what the business sold and what its expenses were and what its net income was for a particular period. A balance sheet should be a fair representation of what the firm owes and what it owns without any distortion (423).

**Objections: Rule 702 (Mr. Sack has not applied GAAP to the alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

33

33. There is latitude in the interpretation or the application of the GAAP. There are alternative approaches where both approaches would be acceptable under GAAP. For example, it is acceptable to use either an accelerated basis of depreciation or a straight line approach. In addition, there are new types of business transactions where standards have not been developed yet (424-26).

**Objection: Rule 702 (Mr. Sack has not applied GAAP to the alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

34. Estimates must be made in the preparation of a financial statement. As a result, financial statements are not going to be exactly right. An example of such an estimate would be an expense taken in the present to reflect debt that will be uncollectible in the future (426-27).

**Objection: Rule 702 (Mr. Sack has not applied GAAP to the alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

35. Financial statements must faithfully present what the transactions and events were that occurred with the firm and, thus, should be representationally faithful or, in other words, fair. This is one of the fundamental bases of financial reports (427-28; 833).

Objection: Rule 702 (Mr. Sack has not applied GAAP to the alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

36.     A financial statement should be objective, meaning it should not be biased one way or the other. Financial statements should let the chips fall where they may (428).

Objections: Rule 702 (Mr. Sack has not applied GAAP to the alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

37.     An example of an accounting rule where there is no latitude is FASB Statement 2, which says that research and development costs are expenses when they are incurred. In practice, there has been some discussion about where one would draw the line between what is research and development and what is production of a drug that is, in fact, on the way. It is possible that different CFOs might apply that rule in a different way. (428-29).

Objection: Rule 702 (Mr. Sack has not applied GAAP to the alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

38.    There are no circumstances under which an outright lie on a financial

statement would be acceptable under GAAP. Management cannot lie in an

MD&A about which accounting policy it is using (429-30).

**Objection: Rule 702 (Mr. Sack has not applied GAAP to the alleged**

**facts of this case). Not relevant and/or not helpful to the jury (the**

**indictment does not allege violations of regulations governing the**

**MD&A). Timeliness and adequacy. Misconduct. Impossible to**

**cross-examine without eliciting an improper opinion.**

38a.   One of the purposes of financial reporting is to provide information

that is useful to present and potential investors and securities

analysts, among others, in making rational investment decisions.

This information should be comprehensible to those who have a

reasonable understanding of business and economic activities and

are willing to study the information with reasonable diligence

(Statement of Financial Accounting Concepts No. 1 – Objectives of

Financial Reporting by Business Enterprises ("Con 1) at Highlights

and ¶¶ 34-35).

Objection: Timeliness and adequacy. Misconduct. Impossible to

cross-examine without an improper opinion.

38b.   Information provided as part of a company's financial reporting

should help present and potential investors assess how well the

company's stock will do in the future and the amounts, timing and

36

certainty of future dividend payments (Con 1 at Highlights and ¶¶ 37-39).

Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without an improper opinion.

39. A balance sheet has two parts that must equal each other. It shows, as of a particular date, the assets owned, the debts owed (liabilities), and what the stockholders own in the firm (shareholder's equity). The assets must equal the liabilities plus equities. A balance sheet will change over time. It is important for an investor to see where the firm is as of a particular time. A balance sheet appears on Government Exhibit 2-RS at page 403455 and on Government Exhibit 3-RS at page RJS 03545 (430-32).

Objection: Not relevant and/or not helpful to the jury (the indictment does not allege misstatements in the balance sheet). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

40. An income statement shows, over a period of time, what the sales and other sources of income were and what the expenses were and the result of taking sales and expenses will produce net income. The net income belongs to the stockholders. An income statement is always presented with more than one year being depicted. The SEC insists that firms provide three years' worth of information in an income statement (433).

37

**Objections: Rule 702. Legal opinions. Not qualified. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

41.  The balance sheet shows that stockholders have two forms of equity investment in the firm, common stock and retained earnings. Retained earnings are the year to year accumulation of income that the firm has earned unless it pays it out to its stockholders. (433-34).

**Objection: Not relevant and/or not helpful to the jury (indictment does not alleged misstatements in the balance sheet). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

42.  Under GAAP, retained earnings can not be increased in any way other than by putting net income in there. Retained earnings can not be increased by putting revenue in there (434).

**Objection: Rule 702 (Mr. Sack has not applied GAAP to the alleged facts of the case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

43.  The primary focus of financial reporting is about earnings and its components (Con 1 at Highlights of ¶¶ 4-48). Investors are especially interested in that information because it indicates how well the company

will be able to generate cash flows in the future (Con 1 at ¶43). Information about a company's earnings measured by accrual accounting generally provides a better indication of the company's performance than information about the company's current cash receipts and payments (Con 1 at ¶44). ~~An income statement is the most important financial statement that an investor receives.~~ Investment decisions reflect investors' expectations about the company's future performance. These expectations are commonly based at least partly on evaluations of the company's past performance (Con 1 at Highlights and ¶ 42). ~~An investor cares particularly about what is going to happen next year and he uses the income statement with the history to make a projection about what next year's income statement might look like. An investor will look at income in the prior year to see whether income grew. The investor wants to see that income will grow, and that makes him more inclined to keep the stock or buy more stock.~~ If there is a trend down, the investor may decide it is time to sell (434-36).

**Objection: Speculation. Rule 702 (Mr. Sack has not done any statistically valid studies of what investors think and do). Not qualified. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

44.  Professor Sack bases the above conclusions regarding the significance of the income statement on his years of experience as a CPA; at the SEC; and at

the Darden School, particularly in the course he designed named
Communicating Corporate Worth. Professor Sack addressed these issues in
his book. In addition, Professor Sack has been studying the financial
markets on a daily basis since around 1960 (436-37).

Objection: Rule 702 (Mr. Sack's studying of the financial markets on
a daily basis consists of his reading the Wall Street Journal daily
since 1960, which does not meet the tests of Rule 702). Not relevant
and/or not helpful to the jury. Timeliness and adequacy.
Misconduct. Impossible to cross-examine without eliciting an
improper opinion.

45. Earnings per share ("EPS") is the income for the year divided by the number
of shares outstanding. The SEC and GAAP require that firms preparing
income statements present EPS. ~~Investors pay attention to~~ EPS ~~because it~~
is a shorthand way of taking sales and fees and expenses and income and
taxes into account. It is a shorthand way of saying did the company grow,
expand, do as well as expected (437-38).

Objection: Legal opinions. Not qualified. Rule 702. Speculation.
Timeliness and adequacy. Misconduct. Impossible to cross-examine
without eliciting an improper opinion.

46. The price earnings ratio is a good way to compare what the stock is worth
compared to what the company earned.

**Objection: Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

47.    Core income or ongoing income is a company's income before unusual events or special events. It is also known as operating income, recurring income, income before one time charges, and net income per common share before one time charges. Most firms spell out core income as a separate line item or will put a footnote in the financial statements or in the MD&A to inform the investor about a special event that can be factored out by the investor so that the investor can see the trend year over year. An income statement appears on Government Exhibit 2-RS at page 403456 and on Government Exhibit 3-RS at page RJS 04536. (438-41).

**Objection: Rule 702. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

48.    A statement of cash flow details actual cash receipts less expenditures and it permits a reader to determine if cash flow went up or down. A statement of cash flow appears on Government Exhibit 3-RS at page RJS 03550 (440-41).

**Objection: Rule 702. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

41

49.    Many public companies issue press releases regarding financial statements but there are no regulations regarding the form that a financial statement contained in a press release must take that are similar to the regulations regarding the forms of financial statements in the 10K or 10 Q (441).

**Objection:  Relevance/not helpful to the jury.  Timeliness and adequacy.  Misconduct.  Impossible to cross-examine without eliciting an improper opinion.**

50.    Net income per common share before one time charges on Government Exhibit 5-RS excludes costs incurred primarily in conjunction with the acquisitions of Davidson, Sierra and Ideon (443).

**Objections:  Timeliness and adequacy.  Misconduct.  Impossible to cross-examine without eliciting an improper opinion.**

**Interpretation of financial statements and press release at issue in this case.**

51.    The net income per common share on Government Exhibit 5-RS for the year ending January 31, 1996 is 37 cents and is 41 cents for the year ending January 31, 1997.  The figures for net income per common share before one time charges for those same periods are 53 cents and 70 cents, respectively. ~~The growth rate before one time expenses are considered is [sic] a more attractive growth rate~~ (444).

**Objections:  Timeliness and adequacy.  Misconduct.  Impossible to cross-examine without eliciting an improper opinion.**

Interpretation of financial statement or press release at issue in this case.

52.   The financial marketplace ignores the one time expenses or one time gains to make a prediction about what income for the next year might be (444-45).

Objection: Speculation. Not qualified. Rule 702. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

53.   The stock price is a factor of many, many things. Financial statements can have an impact on stock price and one key factor in the price of a stock is the financial results reported by the firm and the market's projection about what the financial results might be in the following year. If a firm reports better financial results, the stock price can go up, and if the firm reports poorer financial result, the stock price can go down (445-46).

Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion. Not relevant and/or not helpful to the jury. Rule 702. Speculation. Not qualified.

54.   Investment analysts are professionals trained in studying financial statements and other business factors. They consist of several groups and there are many of them. Some work for funds that people invest 401(K) funds in, some work for investment houses that issue reports recommending that people buy, hold, or sell stock. Analysts receive information by studying financial statements and by receiving information from the CEO or CFO of a

company.  Not all firms are willing to provide information to the investment community.  The basis for these statements in Professor Sack's reading on analyst reports in his years at the Darden School (446; 827-27).

**Objection:  Not relevant and/or not helpful to the jury.  Rule 702. Not qualified.  Speculation.  Timeliness and adequacy.  Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

55.   Operating earnings per share as that phrase is used on Government Exhibit 14-RS is the same as core earnings (447).

**Objection:  Rule 702.  Not Relevant and/or Not Helpful to the Jury. Timeliness and adequacy.  Misconduct.  Impossible to cross-examine without eliciting an improper opinion.  Interpretation of financial statements and press releases at issue in this case.**

56.   Over the past ten years, maybe less, there has been a practice where analysts, such as those at Merrill Lynch, make projections about what they believe the firm will earn in the next quarter or year.  Analysts get information that they factor into their projections from 10Ks and 10Qs.  The basis for these statements is Professor Sack's reading of analyst reports in his years at the Darden School (448; 827-27).

**Objection:  Rule 702.  Speculation.  Not qualified.  Not relevant/not helpful to the jury.  Timeliness and adequacy.  Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

44