57. "In line with expectations" means that a firm earned what it had been projected to earn. If a company fails to meet expectations that are reported, often times the stock price will drop or, at least, not grow (447-48).

**Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion. Not relevant and/or not helpful to the jury. Rule 702. Speculation. Not qualified.**

59. In some situations, analysts may also get information from the CEO or CFO. Guidance is when a company will guide or direct or provide some thoughts to an investment advisor to help the advisor make his prediction about the company's results (448-49).

**Objection: Speculation. Rule 702. Not qualified. Not relevant and/or not helpful to jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

60. There are databases where an investor can go to review investment advisor reports such as First Call (450).

**Objection: Not Relevant and/or Not Helpful to the Jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

61. An investment advisor's recommendation to buy or sell stock will influence, along with lots of other factors, the market price of a stock (450-51).

**Objection: Rule 702. Speculation. Not qualified. Not Relevant and/or Not Helpful to the Jury. Timeliness and adequacy.**

45

**Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

62.    It is expected that people who prepare financial statements will prepare them in accordance with GAAP. Someone independent of the people preparing the financial statements will look at the financial statements and make a report that the statements are prepared in accordance with GAAP. Thus, companies hire CPA firms and obtain audit reports on its financial statements. The SEC requires audits. An audit is where a CPA firm looks at the company's control structure, looks at the risks of what could go wrong. Auditors will look at some underlying transactions to make sure that the system is functioning the way it is supposed to, and will look at very large transactions to see how the company accounted for them (452-53).

**Objection: Legal opinions. Not qualified. Rule 702. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

63.    The CPA firm, partly on a test basis and partly looking at particular transactions, will determine if the financial statements are fair in all respects in conforming with GAAP (453).

**Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

64.    There are standards by which an auditor conducts an audit. These standards are called GAAS, generally accepted accounting standards. A

CPA firm is supposed to maintain an objective state of mind and not have any investment in the company it is auditing. A CPA firm will train its staff to think as objectively as they can and to have a skeptical perspective. GAAS rules requiring the CPA to be objective prohibit a CPA firm from advocating one accounting position of another. As part of an audit, auditors look at minutes of Board of Directors meetings because they expect the minutes will discuss important events (453-55; 851).

**Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

65. ~~In Professor Sack's experience, the CEO and the CFO do their best to explain to the CPA firm what new controls they put in place and why financial statements will be better this year and, therefore, why the scope of the auditors' work might be reduced (455).~~

**Objection:** <u>Not applicable.</u> ~~Speculation. Rule 702. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.~~

66. As the auditors do their work, they will obtain documents and other information from company staff (455).

**Objection: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

67.  The CEO and the CFO will make representations to the CPA firm in a
     representation report that there have been no frauds (455).

     **Objection: Rule 702 (not reliable; contradicted by language of the
     representation letters themselves). Not relevant and/or not helpful
     to jury. Timeliness and adequacy. Misconduct. Impossible to cross-
     examine without eliciting an improper opinion.**

68.  In the end, the auditors will say that they believe that the financial
     statements are fairly presented in accordance with GAAP (455).

     **Objection: Timeliness and adequacy. Misconduct. Impossible to
     cross-examine without eliciting an improper opinion.**

69.  A financial statement that contains a material misrepresentation cannot be
     in compliance with GAAP. ~~If something is in compliance with GAAP, that
     would mean that it is free from material misrepresentations~~ (456).

     **Objection: Timeliness and adequacy. Misconduct. Impossible to
     cross-examine without eliciting an improper opinion.**

70.  The company staff is an auditor's primary source of information regarding
     the company. There is nothing in audit practice that would permit an
     auditor to go into an office and start rifling files (465).

     **Objection: Timeliness and adequacy. Misconduct. Impossible to
     cross-examine without eliciting an improper opinion.**

71.  The financial reporting system generally works quite well. It is not infallible
     and can be overridden by management (466).

**Objections: Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

72. ~~Financial reporting is expected to provide information about a company's financial performance during a period and how management has discharged its responsibility to the owners of the company (Con 1 at Highlights and ¶¶ 50-53).~~ ~~There are a number of things that might tempt management to override its own controls and produce inaccurate financial results: 1) the financial statements are a report card on management and there is a temptation to want to make that report card on your own work better than perhaps it would have; 2) the top people in the firm very often own stock or stock options and better financial results can result in a higher stock price; 3) the CEO would want the Board of Directors to permit him to keep his job and increase his compensation (466-68).~~

~~**Objection: Not qualified. Speculation. Rule 702. Not relevant and/or not helpful to the jury.**~~ **Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

73. ~~Professor Sack bases the above conclusions on his general business experience at Touche Ross, the SEC and the Darden School. In addition, there have been press accounts in the last several years where the Board took action against a CEO based on results of the firm. Professor Sack also~~

49

~~addressed these issues in his book, Government Exhibit 15 RS, at page 243~~

~~(468-72)~~.

Objection: ~~Rule 702. Not qualified. Speculation. Not relevant~~

~~and/or not helpful to the jury. Timeliness and adequacy.~~

~~Misconduct. Impossible to cross-examine without eliciting an~~

~~improper opinion.~~ Not applicable.

74.  Public companies are required by the SEC to issue quarterly financial

statements. The benefit of that is that quarterly statements permit the

marketplace to see trends as they are happening as opposed to having to

wait until the end of the year (472-73).

Objection: Timeliness and adequacy. Misconduct. Impossible to

cross-examine without eliciting an improper opinion. Legal

opinions. Not qualified. Not relevant and/or not helpful to the jury.

75.  Quarterly financial statements are closely watched by those with an interest

in a particular company (473).

Objection: Speculation. Rule 702. Not qualified. Timeliness and

adequacy. Misconduct. Impossible to cross-examine without

eliciting an improper opinion.

76.  APB issued opinion 28, which tells firms what accounting rules they should

follow in preparing quarterly statements. In essence, it says that you should

use the same accounting principles in preparing your quarterly statements

as you do in preparing your year end statements (473-74). Professor Sack

50

analogized paragraph 15c of opinion 28 to the facts of this case. It also makes good sense that one would not make arbitrary adjustments to a quarterly financial statement (685).

**Objection: Rule 702 (not applied to alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

77.   There is nothing in APB 28 that would permit arbitrary increases in revenue or arbitrary decreases in expenses to be included in quarterly financial statements. If the quarterly financial statements included such arbitrary entries, the statements would be in violation of GAAP (474).

**Objection: Rule 702 (not applied to alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

78.   APB opinion 16 addresses the basic rules of accounting for transactions when one firm acquires or merges with a different firm (475).

**Objections: Rule 702 (not applied to the alleged facts of the case). Not relevant/not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

79.    During the time period from 1995 to early 1998, there were two different ways to account for a merger or acquisition: pooling or outright acquisition. Under the second approach, accountants spread the cost of acquiring the firm among the assets the acquired and the debt they assumed. If the cost of acquiring the firm is greater than the firm's equity, the excess would be an asset called goodwill. Goodwill must be depreciated over time, meaning that it must be charged to expense (475-77).

**Objections: Rule 702 (not applied to the alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

80.    The pooling approach assumes that the two firms are going to combine and have always been combined. Thus, to the extent that the combined firm's financial statements show results from prior years, those prior year results would reflect what the combined firm would have earned had it existed in those prior years. Professor Sack's basis for his explanation of the difference between the pooling and the acquisition approaches to accounting for mergers is APB Opinion 16 (478-79; 842).

**Objections: Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

81.   Costs arising from the pooling merger are simply shown as costs of the two
firms combined.  These costs will include professional fees, severance fees,
and costs of shutting down redundant facilities.  GAAP says that at the time
the two firms combine, the combined firm should look forward to the costs it
expects to incur from combining the two firms and charge them to income as
an expense in the form of a merger reserve at the time of the merger.  When
you actually incur those costs down the road, you charge them to the merger
reserve instead of to income as you would with a non-merger related
expense. (479-81).

**Objections: Timeliness and adequacy.  Misconduct.  Impossible to
cross-examine without eliciting an improper opinion.**

82.   There are at least two standards for defining what types of costs arising
from the merger end up in the merger reserve.  The first is that the cost
must be probable, meaning that it is more likely than not that you will incur
the cost.  The second is that the amount of cost can be reasonably
determined (478-81; 485-86).

**Objections: Rule 702 (SFAS 5 does not say this; not applied to the
alleged facts of this case).  Timeliness and adequacy.  Misconduct.
Impossible to cross-examine without eliciting an improper opinion.**

83.   This two-part standard comes out of Statement of Financial Accounting
Standards number five, otherwise known as FASB 5 (486).

**Objections:  Rule 702 (SFAS 5 does not say this; not applied to the alleged facts of this case). Timeliness and adequacy.  Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

84.    The Emerging Issues Task force is another GAAP standard-setter.  It issued EITF 94-3 (486-87).  94-3 deals with restructuring reserves.  There is nothing else that deals specifically with merger reserves.  It is appropriate to consider 94-3 when looking at merger reserves because merger reserves and restructuring reserves deal with the same concern (747-49).

**Objections:  Rule 702 (not applied to the alleged facts of this case). Timeliness and adequacy.  Misconduct.  Impossible to cross-examine without eliciting an improper opinion.**

85.    One of the ideas underlying GAAP is that financial statements should anticipate all losses but not gains.  FASB 5 puts that idea into practice.  In addition, setting up a merger reserve is a way of spelling out special cost so that investors can project what ongoing income would be (492).

**Objections:  Rule 702 (not applied to the alleged facts of this case). Timeliness and adequacy.  Misconduct.  Impossible to cross-examine without eliciting an improper opinion.**

86.    The investment community discounts restructuring charges or merger charges because it is not an ongoing cost.  This statement is based on Professor Sack's reading of analyst reports that ignore the cost of establishing such reserves (493-93; 831-32).

**Objections: Rule 702. Speculation. Not qualified. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

87. GAAP does not permit including in a reserve normal business costs that will make the business better off in years to come (493-94).

**Objections: Rule 702 (not applied to alleged facts of this case). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

88. GAAP does not permit a company to overstate the size of a reserve so that it can be used later for purposes unrelated to the merger. The phrase "cookie jar reserve" refers to this practice (494; 828-29).

**Objections: Rule 702 (not applied to alleged facts of this case). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

89. If a merger reserve has been overstated, GAAP provides that a company must bring it back into income the same way it set it up – as a one time gain on a separate line. In addition, the MD&A should also make note of it. (494-95)

**Objections: Rule 702 (not applied to alleged facts of this case). Not relevant and/or not helpful to the jury (indictment does not alleged violation of rules regarding MD&A). Legal opinions. Not qualified.**

55

**Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

90. A company may recognize revenue when the ~~sale of a product is complete~~ and the company is sure it will collect it under Statement of Financial Concepts 5. Therefore, when a bookstore sells a book for cash, the bookstore may recognize revenue at the time of the sale (496; 498-99). There is no overarching statement that defines when a sale is a sale other than Concept 5. (778)

**Objections: Rule 702 (not applied to alleged facts of this case). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

91. If, however, all of the money paid by the customer has not yet been earned, it cannot all be recognized as revenue. In the case of an ongoing obligation to provide a product – such as a newspaper subscription – the money paid by the customer would be reflected in a liability account for the continuing obligation and the firm would recognize revenue from that account as time passed and the product or service was delivered. (496-99)

**Objections: Not relevant and/or not helpful to the jury. Rule 702 (not applied to alleged facts of this case). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

92.  It would violate GAAP for a company to recognize revenue before the sale was complete – meaning that the company had done it all had to do to earn the money – and the company is sure it will collect payment (499).

**Objections:  Not relevant and/or not helpful to the jury.  Rule 702 (not applied to alleged facts of this case).  Timeliness and adequacy. Misconduct.  Impossible to cross-examine without eliciting an improper opinion.**

93.  In a situation where there is a right of return for a refund, GAAP, at FASB Statement 5 and 48, provides that the company cannot recognize revenue from the sale unless it can set up a reserve for refunds.  A company can only set up such a reserve when it has a history of refunds that would indicate what amounts would have to be refunded in coming years (499-501).

**Objections:  Not relevant and/or not helpful to the jury.  Rule 702 (not applied to alleged facts of this case).  Timeliness and adequacy. Misconduct.  Impossible to cross-examine without eliciting an improper opinion.**

94.  If a company intentionally understates a reserve by understating the known history, that would violate GAAP.  That practice would make an income statement look better in the next year.  Future income statements would look worse when the company actually has to pay the refunds (503-04).

**Objections:  Not relevant and/or not helpful to the jury.  Rule 702 (not applied to alleged facts of this case).  Timeliness and adequacy.**

**Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

95.   If, in the above instance, the company had multiple historical patterns of refunds under different circumstances, it must apply each of those patterns to each set of circumstances. It cannot simply choose the lowest or most favorable pattern (504-06).

**Objections: Not relevant and/or not helpful to the jury. Rule 702 (not applied to alleged facts of this case). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

96.   If a company found that it had excess funds in a refund reserve, the appropriate thing to do would be to provide less in subsequent years until the reserve reflected the new historical pattern (506).

**Objections: Not relevant and/or not helpful to the jury. Rule 702 (not applied to alleged facts of this case). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

97.   It would not be appropriate under GAAP to take the excess out of the cancellation reserve and put it into revenue or use it to reduce operating expenses (506-07)

**Objection: Not relevant and/or not helpful to the jury. Rule 702 (not applied to alleged facts of this case). Timeless and Adequacy (the**

58

government concedes that this was not addressed).  **Misconduct.**

**Impossible to cross-examine without eliciting an improper opinion.**

98.  It would be inappropriate under GAAP to take the excess out of a merger

reserve and put it into revenue or sales (507).

**Objections:  Not relevant and/or not helpful to the jury.  Rule 702**

**(not applied to alleged facts of this case).  Timeliness and adequacy.**

**Misconduct.  Impossible to cross-examine without eliciting an**

**improper opinion.**

99.  Professor Sack bases his opinions with respect to how individual investors use

financial statements on the following:

a.      When he was at Touche Ross, Professor Sack was asked to write a

report for the 10th International Congress of Accountants by the chair

of the board of Touche Ross.  The report considered the objectives of

financial statements.  Professor Sack worked with a series of senior

professors from the University of Chicago in writing this report.  The

report concluded that the whole objective of the financial reporting

system is to enable investors to decide whether to invest or disinvest.

b.      Sometime after that experience, the chair of the board of Touche Ross

asked Professor Sack to be the lead staff person on a study of the

structure and processes of the financial reporting process and the

FASB.  Professor Sack again worked with a number of senior

professors and professionals.  As part of this study, Professor Sack

and the others spoke with investors, a large group of people, and wrote a report entitled "Report of the Structure Committee Financial Accounting Foundation". This report considered the structure of the financial reporting process, who cared about financial statements, how financial statements were used, and what the role of financial accounting standards would be. Professor Sack believes that this report would qualify as a scientific study.

c.    As a young accountant, Professor Sack sat in on the hearings of the Wheat Commission when that Commission talked about what the structure of the FASB should be. Again, the chairman of Touche Ross was asked to issues a report regarding the objectives of financial reporting.

d.    Before he went to work at the SEC, he studied that agency's background and history. He understood at that time, and still understands, that one mission of the SEC is to make sure that there is adequate information in the marketplace so individual investors are in a position to decide whether to invest or sell or increase their holdings.

e.    When the Enforcement Division of the SEC brought actions, he and others at the SEC considered the information in the marketplace and whether the application of GAAP was fair in those cases.

f.  Professor Sack spent all of this years at the Darden School teaching students that financial statements are produced because people are going to use the information to decide whether to invest or not to invest.

g.  Professor Sack created the Communicating Corporate Worth course at Darden School that explores how firms report information to their shareholders.  In preparing that course, Professor Sack read a great deal and talked with investment analysts and CFOs.  He had those people speak to his class.

h.  In his classes at the Darden School, Professor Sack has asked his students to read a study (the "garage study") he gave them which considered the primary source of information investors use in making investment decisions.  The study concluded that the 10K was that primary source.  That study forms part of the experience he brings, part of the experience that he has.

i.  There are other studies Professor Sack has read but he could not recall them while he was on cross examination.

j.  In addition, Professor Sack bases his opinion on the experiences he has had; the observations he has had the opportunity to make over his career; and on the overall effect of his professional career.

k.  As cited at page 586 of Professor Sack's book, the FASB's conceptual framework study states that financial statements should provide

61

information that is useful for present and potential investors and creditors in making rational investment decisions.

(618-24; 790-93; 804-05).

**Objection: Speculation. Not qualified. Rule 702. Rule 403. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

100. ~~Professor Sack bases his opinion that "management's reluctant to report bad results because compensation, reputation and their jobs are at stake" on his experience at the SEC. That experience led him to conclude that people with decision-making responsibility within a firm often are pressured to override their financial statements and financial controls and to produce financial statements that are not representationally faithful. Professor Sack came to these conclusions based on his observations of enforcement actions the SEC brought when he was there and his consideration of the reasons why people would have done the things they did in those cases. In the three years he was at SEC, Professor Sack was involved in about 100 enforcement actions. Most involved accounting personnel at the company at issue. (624-26).~~

**Objections: ~~Rule 702. Rule 704(b). Rule 403. Speculation. Not qualified. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.~~ Not applicable.**

101.   The management representation letter that GAAS requires auditors to

obtain states that, in the first instance, the company prepares the financial

statements. The auditors then tests those statements (628).

**Objections:  Timeliness and adequacy.  Misconduct.  Impossible to
cross-examine without eliciting an improper opinion.**

102.   ~~The bases for Professor Sack's statement that "[t]he chief executive officer or
the president is ultimately responsible for the accuracy and fairness of the
financial statements" is based on the fact that the CEO is required to sign
both the 10K and 10Q along with the CFO or CAO, as well as his
understanding of corporate governance.  Put simply, the CEO is "where the
buck stops." (638; 848-49).~~

**Objections:  ~~Legal opinions.  Rule 702.  Rule 403.  Rule 704(b).  Not
qualified.  Not relevant and/or not helpful to the jury.  Speculation.
Timeliness and adequacy.  Misconduct.  Impossible to cross-examine
without eliciting an improper opinion.~~  Not applicable.**

103.   A CEO who has no accounting training can satisfy himself that the financial

statements present a fair picture of the company's operations by: 1) making

sure that there are good people in the accounting staff preparing financial

statements; and 2) considering whether those financial statements track

with how he understands how the business performed financially that year.

It can be expected that the CEO, regardless of his or her background, would

know whether the operating parts of the firm were successful and the degree to which they were successful (640-41).

**Objections: Legal opinions. Rule 702. Rule 704(b). Rule 403. Not qualified. Speculation. Not relevant and/or not helpful to the jury. Speculation. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

104. CEOs who know they will be speaking to the financial press and investment analysts have to be aware of the important accounting issues the firm will face (642).

**Objections: Rule 702. Rule 704(b). Rule 403. Legal opinions. Not qualified. Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

105. The basis for Professor Sack's statements that "the most important accounting decisions will be deferred to the CEO" ~~and that '[m]ost CEOs I know have cared passionately about fair financial statements"~~ is his experience at Touche Ross, the SEC, his discussions with people that have come through the Darden School and his observations of correspondence that CEOs have sent to the FASB speaking for or against a particular proposed rule (643-44).

**Objections: Rule 702. Rule 704(b). Rule 403. Legal opinions. Not qualified. Not relevant and/or not helpful. Speculation. Timeliness**

and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

106. Topside adjustments are unusual but can be appropriate (680-81).

Objections: Rule 702. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

107. The GAAP hierarchy says that statements from the FASB or its predecessors, which would include the APB, have the highest degree of authority within GAAP. It goes down from there to other subsidiary groups that may issue statements. Statements by the EITF rank below statements from the FASB. Statements of Financial Accounting Concepts fall below explicit statements from the FASB and the EITF. It is in the same tier as good textbooks but they are important because they reflect the best thinking of the FASB (682; 691; 694).

Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

108. Paragraphs 83 and 84 of SFAC 5 apply to any commercial business that earns fees or income or sales, whether in a service business or otherwise (694-95).

Objections: Rule 702 (not applied to alleged facts). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.

109. SFAS 5, paragraph 22, and SFAS 48 apply to cancellation reserves (700-05).

**Objections: Rule 702 (not applied to alleged facts). Not relevant and/or not helpful to the jury. Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

110. Applying a GAAP standard by analogy is consistent with professional standards in the field (705).

**Objections: Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

111. Professor Sack is satisfied that his 45 years of experience at Touche Ross; the SEC; and the Darden School, along with the series of studies in which he has been involved, and the observations he has made over his career, put him in a position to make the statements in his report other than the one statement he withdrew (785).

**Objections: Rule 702 (Mr. Sack has not adequately explained how his experience allows him to make the statements he makes in his report). Timeliness and adequacy. Misconduct. Impossible to cross-examine without eliciting an improper opinion.**

112. ~~The management team, beginning with the CEO, designs an accounting system which gathers all of the company's accounting transactions during a period. The basis for this statement is Professor Sack's experience and observations (808-11; 815-16).~~