# EXHIBIT C

<u>Court No.4</u>

<u>Limiting Instruction re Testimony of Professor Sack</u>

Professor Sack will provide only background testimony.  He will not testify about the facts of this case, and I instruct you that nothing in his testimony should be regarded by you as an expression of opinion about whether any of the alleged conduct of either of the defendants, if it occurred, was improper, unlawful, or illegal in any manner.

He is not here to give his opinion as to what the law requires.  That is a matter which must be presented to you by the Court.