# EXHIBIT D

Case 3:02-cr-00264-AHN    Document 1856-8    Filed 10/17/2005    Page 1 of 7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - -x
                                :
UNITED STATES OF AMERICA:       :No. 3:02CR264(AWT)
                                :
         vs.                    :
                                :       COPY
WALTER A. FORBES,               :
E. KIRK SHELTON,                :
                                :HARTFORD, CONNECTICUT
              Defendants        :MAY 11, 2004
                                :
- - - - - - - - - - - - - - - -x
```

**JURY TRIAL**

**VOLUME II**

BEFORE:

**HON. ALVIN W. THOMPSON, U.S.D.J.**

and a Jury of 12

Diana Huntington, RMR
Corinna Thompson, RPR
Melanie G. Collard, RDR
Official Court Reporters

|  |  |
|---|---|
|  | 1   is so long as people write down literally what the witness |
|  | 2   says, I don't mind.  If they don't write down literally |
|  | 3   what the witness says, opposing counsel should object. |
|  | 4   The safest thing so you'll avoid the objection is to have |
|  | 5   the witness write it down. |
| 15:15:38 | 6   MR. PUCCIO:  That's what I thought. |
| 15:15:41 | 7   MR. CARY:  Three very brief housekeeping issues. |
| 15:15:43 | 8   First, in the cross-examination of |
|  | 9   Mr. Rosenwald, I was told by my colleagues at one point I |
|  | 10  referred to Tab 8, which is Exhibit 1281, didn't identify |
|  | 11  it by exhibit sticker number even though I gave it to the |
|  | 12  courtroom deputy.  I wanted the record to reflect that. |
| 15:15:59 | 13  Second of all, with respect to Mr. Sack -- |
| 15:16:03 | 14  THE COURT:  Tab -- |
| 15:16:04 | 15  MR. CARY:  Tab 8. |
| 15:16:06 | 16  THE COURT:  Okay. |
| 15:16:13 | 17  MR. CARY:  With respect to Professor Sack, as we |
|  | 18  discussed on the conference call last week, we have |
|  | 19  submitted -- |
| 15:16:20 | 20  THE COURT:  When he gets on the stand, I'll |
|  | 21  confirm that we have the objections, they're preserved. |
|  | 22  It will be done on the record. |
| 15:16:29 | 23  MR. CARY:  Thank you. |
| 15:16:30 | 24  And then the final issue is we would like a |
|  | 25  limiting instruction before he testifies. |

```
15:16:35   1              THE COURT:  At the beginning of his testimony,
           2   before he's sworn in?
15:16:40   3              MR. CARY:  Yes, Your Honor.
15:16:40   4              THE COURT:  I'll give it at that time.
15:16:42   5              We'll bring in the jury and get our witness.
15:17:48   6                  (Whereupon, the jury entered the
           7                   courtroom.)
15:17:51   8              THE COURT:  Please be seated, everyone.
15:17:54   9              We're ready for the government's next witness.
15:17:58  10              MR. McMAHON:  Yes, Your Honor.  The United
          11   States calls Robert J. Sack.
15:18:11  12              THE CLERK:  Please raise your right hand, sir.
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

```
15:18:13   1
15:18:13   2                       ROBERT J. SACK,
15:18:13   3        called as a witness, having been first duly
15:18:13   4        sworn, was examined and testified as follows:
15:18:16   5
15:18:21   6             THE CLERK:  Please be seated.
15:18:24   7             Would you state your name and spell your last
           8   name, please.
15:18:27   9             THE WITNESS:  Yes.  My name is Robert Sack
          10   R-o-b-e-r-t, S-a-c-k.
15:18:37  11             THE CLERK:  Your address, sir?
15:18:38  12             THE WITNESS:  I'm at 250 West Main Street in
          13   Charlottesville, Virginia.
15:18:49  14             THE CLERK:  Thank you, sir.
15:19:07  15             THE COURT:  I believe I have a limiting
          16   instruction to give with respect to this witness.
15:19:12  17             Ladies and gentlemen, this witness will provide
          18   only background testimony.  He will not testify about the
          19   facts of this case, and I instruct you that nothing in his
          20   testimony should be regarded by you as an expression of
          21   opinion about whether any of the alleged conduct of either
          22   of the defendants, if it occurred, was improper, unlawful,
          23   or illegal in any manner.
15:19:58  24             He is not here to give his opinion as to what
          25   the law requires.  That is a matter that must be presented
```

|  |  |  |
|---|---|---|
|  | 1 | to you by the Court. |
| 15:20:13 | 2 | Do we have a juror who needs another pen? |
| 15:20:17 | 3 | JUROR: Yes, Your Honor. |
| 15:20:25 | 4 | (Pause) |
| 15:20:39 | 5 | THE COURT: And the other thing I want to |
|  | 6 | address, Mr. Cary, is I believe it's document 707, it's |
|  | 7 | been docketed and it is the list of objections from the |
|  | 8 | defense to this witness's testimony. And all of those |
|  | 9 | objections are preserved without them being made as we go |
|  | 10 | through the testimony. |
| 15:21:04 | 11 | MR. CARY: Thank you, Your Honor. |
| 15:21:05 | 12 | THE COURT: And this is being done to expedite |
|  | 13 | things for the sake of the jury. |
| 15:21:11 | 14 | MR. CARY: Thank you. |
| 15:21:16 | 15 | THE COURT: Mr. McMahon? |
| 15:21:17 | 16 | MR. McMAHON: Thank you, Your Honor. |
| 15:21:18 | 17 |  |
| 15:21:18 | 18 | DIRECT EXAMINATION |
| 15:21:18 | 19 | BY MR. McMAHON: |
| 15:21:20 | 20 | Q.   Good afternoon. |
| 15:21:21 | 21 | A.   Good afternoon. |
| 15:21:21 | 22 | Q.   What do you do for a living? |
| 15:21:23 | 23 | A.   I'm a semiretired professor at the Darden Graduate |
|  | 24 | School of Business at the University of Virginia. |
| 15:21:30 | 25 | Q.   When you say semiretired, what do you mean? |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Objections to Proposed Testimony of Government Expert Robert J. Sack to be sent on October 15, 2005 to the following via e-mail and Federal Express:

> Norman Gross, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ 08101
>
> Michael Martinez, Esq.
> Craig Carpenito, Esq.
> United States Attorneys
> The Federal Building
> U.S. Department of Justice
> 450 Main Street, Room 320
> Hartford, CT 06103

*/s/ Robert M. Cary*
Robert M. Cary