UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)   No. 3:02CR264 (AWT)<br>)   October 18, 2005<br>)<br>) |

**MOTION OF DEFENDANT WALTER A. FORBES TO STRIKE IMPROPER
LAY OPINION TESTIMONY BY STEVEN KERNKRAUT AND TO
PRECLUDE FURTHER SUCH TESTIMONY**
**(Forbes Retrial Motion No. 16)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for an order striking improper lay opinion testimony by Steven Kernkraut and precluding the government from eliciting similar additional testimony. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

                                  James T. Cowdery (Bar No. ct05103)
                                  Thomas J. Murphy (Bar No. ct07959)
                                  COWDERY, ECKER & MURPHY, L.L.C.
                                  750 Main Street
                                  Hartford, CT 06103-2703
                                  (860) 278-5555 (phone)
                                  (860) 249-0012 (fax)
                                  tmurphy@cemlaw.com (e-mail)

                                  Attorneys for Walter A. Forbes

Dated:  October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing MOTION OF DEFENDANT WALTER A. FORBES TO STRIKE IMPROPER LAY OPINION TESTIMONY BY STEVEN KERNKRAUT AND TO PRECLUDE FURTHER SUCH TESTIMONY to be sent on October 18, 2005 to the following by hand and via e-mail:

> Michael Martinez, AUSA
> Craig Carpenito, AUSA
> U.S. Department of Justice
> 450 Main Street, Room 320
> Hartford, CT 06103

and to the following via e-mail:

> Norman Gross, AUSA
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ 08101

Barry S. Simon