UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| WALTER A. FORBES, and<br>E. KIRK SHELTON. | : | September 29, 2004 |

**MOTION TO SEAL SHELTON MOTION NO. 58**
**(SHELTON MOTION NO. 59) (FILED UNDER SEAL)**

Defendant E. Kirk Shelton, through undersigned counsel, hereby moves pursuant to Local Rule 57(b) of the District of Connecticut Rules of Criminal Procedure for an order sealing from public view the accompanying Shelton Motion No. 58.

Shelton Motion No. 58 – Motion of Defendant E. Kirk Shelton To Adopt Defendant Walter A. Forbes' Trial Motion No. 36 – is a pleading relating to Forbes Trial Motion No. 36.[1] Mr. Forbes moved to file Forbes Trial Motion No. 36 and all related pleadings under seal. *See* Forbes Motion No. 37. For all the reasons set forth in Mr. Forbes' motion to seal Forbes Trial Motion No. 36, Mr. Shelton respectfully requests that this Court order that Shelton Motion No. 58 also be filed under seal.

GRANTED. It is so ordered. Nunc Pro Tunc 9/29/04

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/18/2005

---

[1] Forbes Trial Motion No. 36 is the Motion Of Walter A. Forbes For Either (1) An Order Requiring The Government To Confer Immunity On Stuart Bell Or (2) A Missing Witness Instruction Relating To Stuart Bell, dated September 27, 2004 (Forbes Trial Motion No. 36) (Filed Under Seal).