UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:02 CR 264 (AWT) |
| v. | |
| WALTER A. FORBES, and E. KIRK SHELTON. | September 29, 2004 |

MOTION OF DEFENDANT E. KIRK SHELTON TO
ADOPT DEFENDANT WALTER A. FORBES'S
TRIAL MOTION NOS. 36
(SHELTON MOTION NO. 58) (FILED UNDER SEAL)

Defendant E. Kirk Shelton, through undersigned counsel, hereby moves pursuant to Local Rule 47(a) of Criminal Procedure[1] to adopt the Motion Of Walter A. Forbes For Either (1) An Order Requiring The Government To Confer Immunity On Stuart Bell Or (2) A Missing Witness Instruction Relating To Stuart Bell, dated September 27, 2004 (Forbes Trial Motion No. 36) (Filed Under Seal).

GRANTED. Nunc Pro Tunc 9/29/04
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/18/05

---

[1] Local Rule 47(a) provides "Counsel may file a motion to adopt a motion previously filed by a codefendant in the same case by identifying the motion to be adopted by the name of the motion, the document number, the name of the codefendant who filed the motion and the date the motion was filed."