UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 17 A 9: 54
DISTRICT COURT
HARTFORD CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 3:02CR264 (AWT) |
| WALTER A. FORBES | ) October 14, 2005 |

## MOTION OF WALTER A. FORBES TO SEAL PLEADINGS RELATING TO FORBES RETRIAL MOTION *IN LIMINE* NO. 23

Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing Forbes Retrial Motion No. 23 (attached as Ex. A) and all subsequent pleadings relating thereto.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/18/05