UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 3:02CR264 (AWT) |
| WALTER A. FORBES | ) ) ) ) | October 14, 2005 **(UNDER SEAL)** |

**MOTION OF WALTER A. FORBES TO PRECLUDE
EVIDENCE REGARDING ALLEGED ACCOUNTING
FRAUD FROM THE PRE-1995 TIME PERIOD
(Forbes Retrial Motion *In Limine* No. 23) (FILED UNDER SEAL)**

Walter A. Forbes, through undersigned counsel, respectfully moves for an order precluding evidence regarding alleged accounting fraud from the pre-1995 time period. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)

Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing MOTION OF WALTER A. FORBES TO PRECLUDE EVIDENCE REGARDING ALLEGED ACCOUNTING FRAUD FROM THE PRE-1995 TIME PERIOD (Forbes Retrial Motion *In Limine* No. 23) to be sent on October 14, 2005 to the following via e-mail and FedEx:

>Norman Gross, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT 06103

_____
Barry S. Simon