UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.                              ) <br> ) <br> WALTER A. FORBES           ) <br> ) <br> ) | No. 3:02CR264 (AWT) <br><br> October 14, 2005 <br> **(UNDER SEAL)** |

**MEMORANDUM IN SUPPORT OF MOTION OF WALTER
A. FORBES TO PRECLUDE EVIDENCE REGARDING
ALLEGED ACCOUNTING FRAUD FROM THE PRE-1995
TIME PERIOD**
**(Forbes Retrial Motion *In Limine* No. 23) (FILED UNDER SEAL)**

Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his motion for an order precluding evidence regarding alleged accounting fraud from the pre-1995 time period.

## BACKGROUND

Because the government has no direct evidence to support its charges that Mr. Forbes knew about or participated in the alleged fraud (other than the uncorroborated false testimony of Cosmo Corigliano), its "starting point" is essentially a negligence argument—the alleged fraud was "so huge, so massive, so long running in time," Tr. at 14827-28, Mr. Forbes must have known about it. This argument is predicated in large part on the claim that the alleged fraud spanned the tenure of two CFO's, Mr. Bell and his alleged protégé, Mr. Corigliano.

> You heard testimony and you saw documents which
> proved that this fraud, this manipulation of the
> earnings, was not something that was dreamed up

Oral Argument Requested

>or cooked up in '95, '96 or '97 after Mr. Corigliano
>was brought in as CFO. You heard evidence that
>this fraud existed long before, long before he was
>the CFO, long before Anne Pember was the
>controller, back when it was just Mr. Forbes as the
>chairman, Mr. Shelton as president or COO and a
>man named Stu Bell running the company.

Tr. at 14828; see also id. at 16025 ("You have two CFOs in the 1990 to 1998 period. What are the odds that they're both corrupt and they're both hiding the fraud from Walter Forbes and Kirk Shelton? Does that make Walter Forbes and Kirk Shelton the unluckiest CEO and the unluckiest president to ever serve on a public company?").

**ARGUMENT**

The Court should exclude evidence regarding alleged accounting fraud from the pre-1995 time period because "its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury." Fed. R. Evid. 403.

First, the government uses the "evidence" to support a negligence argument, but that is not the standard of liability in this case.

Second, the government has not offered any proper expert testimony to support Mr. Corigliano's improper lay opinion testimony that the accounting during the pre-1995 time period was illegitimate.

Third, Mr. Forbes is unable to address Mr. Corigliano's improper lay opinion testimony because Mr. Bell is unavailable to him (and the government refuses to make him available), and the documents from that time period are incomplete.

## CONCLUSION

Accordingly, Mr. Forbes respectfully requests that the Court enter an order precluding evidence regarding alleged accounting fraud from the pre-1995 time period.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing MEMORANDUM IN SUPPORT OF MOTION OF WALTER A. FORBES TO PRECLUDE EVIDENCE REGARDING ALLEGED ACCOUNTING FRAUD FROM THE PRE-1995 TIME PERIOD (Forbes Retrial Motion *In Limine* No. 23) to be sent on October 14, 2005 to the following via e-mail and FedEx:

>Norman Gross, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT 06103

_____
Barry S. Simon