UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,    )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
WALTER A. FORBES             )
-------------------------------
```

### RULING ON FORBES MOTION *IN LIMINE* NO. 20

(**Motion of Defendant Walter A. Forbes to Preclude the Admission of Government Exhibits 577 and 578**)

Defendant Forbes' motion *in limine* is being denied as moot, based upon the government's representation today that, although it reserves the right to offer such evidence if the defense "opens the door," it does not intend to offer defendant Forbes' business school transcript or the grades he received while attending business school as evidence in its case-in chief.

Accordingly, the Motion of Defendant Walter A. Forbes to Preclude the Admission of Government Exhibits 577 and 578 (Doc. No. 1687) is DENIED as moot.

It is so ordered.

Dated this 17th day of October 2005, at Hartford, Connecticut.

                                    /s/
                              Alvin W. Thompson
                           United States District Judge