UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV -2 A 10: 57
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA,     :
                              :    NO. 3:02CR00264 (AWT)
v.                            :
                              :
WALTER A. FORBES and          :
E. KIRK SHELTON,              :
                              :
               Defendants.    :    November 1, 2004

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Rule 1 of the Local Rules of Criminal Procedure, incorporating Rule 83.1(d)1 of the Local Rules of Civil Procedure, Ernst & Young LLP ("E&Y"), by and through their undersigned counsel Zeldes, Needle, & Cooper, P.C., move that Robin A. Henry be admitted as a visiting lawyer in this proceeding.

In support of this motion, counsel states:

1.  In accordance with the requirements of Local Rule 83.1(d)1, the affidavit attached as Exhibit 1 is presented to the Court. It represents that Robin A. Henry meets all the qualifications for admission pro hac vice.

2.  A check for the requisite fee of $25.00 accompanies this motion.

3.  Undersigned counsel will continue to perform her obligations as local counsel, save that, if this motion is granted, she may apply to be excused from attendance in court.

GRANTED. Nunc Pro Tunc 11/02/04
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  10/18/2005