UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
-------------------------------
```

**RULING ON FORBES' RETRIAL MOTION *IN LIMINE* NO. 22**

**(Motion of Walter A. Forbes to Preclude Any Reference to Pension Funds, and to Redact GX 1534)**

Defendant Forbes' motion *in limine* is being granted absent objection. See Government's Response to Defendant Walter A. Forbes' Motion to Preclude Any Reference to Pension Funds, and to Redact GX 1534 (Doc. No. 1864).

Accordingly, the Motion of Walter A. Forbes to Preclude Any Reference to Pension Funds, and to Redact GX 1534 (Doc. No. 1863) is hereby GRANTED.

It is so ordered.

Dated this 19th day of October 2005, at Hartford, Connecticut.

```
                            _____/s/_____
                                 Alvin W. Thompson
                            United States District Judge
```