UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------- x
UNITED STATES OF AMERICA              :
                                      :
            v.                        :   No. 3:02CR264 (AWT)
                                      :
WALTER A. FORBES,                     :   October 20, 2005
                                      :
            Defendant.                :
---------------------------------------- x

## MOTION OF NON-PARTIES COSMO CORIGLIANO AND KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR PERMISSION TO EXCEED PAGE LIMIT

Non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, through undersigned counsel, hereby respectfully request that the Court grant them permission to exceed the page limit provided by D. Conn. L. Civ. R. 7(d) and file an overlength reply brief (of 25 pages) in further support of their motion to quash the Rule 17(c) subpoenas served on them. Good cause exists for the Court to grant this motion in order for Mr. Corigliano and Kramer Levin to respond fully to defendant Forbes' 58-page memorandum in support of his seventeen (17) separate Rule 17(c) subpoenas, all seeking information relating to Mr. Corigliano.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary P. Naftalis (ct 24510)
Alan R. Friedman (ct 14926)
Eric A. Tirschwell (ct 25626)
J. Wells Dixon (ct 22932)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

-and-

JACOBS, GRUDBERG, BELT & DOW, P.C.

By: _____
Ira B. Grudberg (ct 00178)
350 Orange Street
New Haven, Connecticut 06511
(203) 772-3100

Attorneys for Cosmo Corigliano

2

KL3:2472708.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document, dated October 20, 2005, was served via e-mail and overnight mail this 20th day of October, 2005 upon the following parties:

Michael Martinez, Esq.
Assistant United States Attorney
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Marriott Residence Hotel
942 Main Street
Hartford, CT 06103

James T. Cowdery, Esq.
Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103

_____
JJ Wells Dixon

KL3:2467574.1