UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
              v.                       :    No. 3:02CR264 (AWT)
                                       :
WALTER A. FORBES,                      :    October 20, 2005
                                       :
              Defendant.               :
                                       :
---------------------------------------x

**REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION OF
NON-PARTIES AGNES CORIGLIANO AND
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
TO QUASH SUBPOENAS SEEKING DOCUMENTS**

Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") submits this reply memorandum on behalf of its client, Agnes Corigliano, and on behalf of Fried Frank.

Mrs. Corigliano, the wife of government witness Cosmo Corigliano, has moved to quash subpoenas issued to several banks by Mr. Forbes' counsel. These subpoenas seek credit card and other financial information concerning Mrs. Corigliano, who is not a witness in this case. For the reasons set forth in the memoranda of law filed by Kramer Levin, counsel for Mr. Corigliano, on September 23, 2005 and today, October 20, 2005, in support of Mr. Corigliano's motion to quash those and other subpoenas, in which we join, the Bank Subpoenas related to Mrs. Corigliano should be quashed.

In regard to the subpoena served upon Fried Frank, Mr. Forbes does not dispute that the subpoena calls we seek to quash are indistinguishable from subpoena calls that this Court ruled were improper, and thus quashed, in connection with a subpoena served on Fried Frank during the first trial. Although Mr. Forbes argues that the responsive documents are "relevant and admissible" as impeachment evidence as to Mr. Corigliano because "Mr. and Mrs. Corigliano did not include the retainer among the list of assets they provided the SEC each quarter," that is precisely the argument that this Court rejected one year ago. *See* Fried Frank Mot., Ex. E. at 2; Kramer Levin Mot. at 19-21. Mr. Forbes notes that "the Court did not have the benefit of Mr. Frohlich's testimony" at the time of the Court's prior ruling, but fails to articulate any reason why that testimony should cause this Court to reverse itself. If Mr. Forbes wants simply to preserve his position, he has done so. He has not, however, provided any reason why the Court should reverse its previous ruling on these issues.

Finally, both Mrs. Corigliano and Fried Frank join in the objection filed by Mr. Corigliano's counsel on October 19, 2005 to the request by counsel for Mr. Forbes for permission to make an *ex parte* submission to the Court.

Dated: October 20, 2005  
      New York, New York

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

*/s/ Andrew T. Gardner*  
Andrew T. Gardner  
One New York Plaza  
New York, NY 10004-1980  
Telephone: 212.859.8000  
E-mail: gardnan@ffhsj.com

*Attorneys for Non-Parties Agnes Corigliano and Fried, Frank, Harris, Shriver & Jacobson LLP*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing memorandum of law, dated October 20, 2005, was served via e-mail and overnight mail this 20th day of October, 2005, on the following:

Margaret Keeley, Esq. (MKeeley@wc.com)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Michael Martinez (michael.martinez2@usdoj.gov)
Assistant United States Attorney
United States Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Alan Friedman, Esq. (AFriedman@kramerlevin.com)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

By: _____

519063