UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------- x
UNITED STATES OF AMERICA      :
                              :   2005 OCT 21 A 10: 31
           v.                 :   No. 3:02CR264 (AWT)
                              :
WALTER A. FORBES,             :   October 20, 2005
                              :
           Defendant.         :
---------------------------------------- x

## MOTION OF NON-PARTIES COSMO CORIGLIANO AND KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR PERMISSION TO EXCEED PAGE LIMIT

Non-parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP, through undersigned counsel, hereby respectfully request that the Court grant them permission to exceed the page limit provided by D. Conn. L. Civ. R. 7(d) and file an overlength reply brief (of 25 pages) in further support of their motion to quash the Rule 17(c) subpoenas served on them. Good cause exists for the Court to grant this motion in order for Mr. Corigliano and Kramer Levin to respond fully to defendant Forbes' 58-page memorandum in support of his seventeen (17) separate Rule 17(c) subpoenas, all seeking information relating to Mr. Corigliano.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/24/05

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary P. Naftalis (ct 24510)
Alan R. Friedman (ct 14926)
Eric A. Tirschwell (ct 25626)
J. Wells Dixon (ct 22932)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

-and-