## CONCLUSION

For the reasons outlined above and in our moving papers, as well as in our numerous motion papers filed in connection with the 2004 trial, we respectfully urge the Court to quash all of the improper Corigliano-related 2005 subpoena demands and to put in place an appropriate prophylactic procedure to prevent defendant Forbes' counsel from continuing to ignore the Court's prior rulings and abuse the Rule 17 power.

Dated: New York, New York
October 20, 2005

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary P. Naftalis (ct 24510)
Alan R. Friedman (ct 14926)
Eric A. Tirschwell (ct 25626)
J. Wells Dixon (ct 22932)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

-and-

JACOBS, GRUDBERG, BELT & DOW, P.C.

By: _____
Ira B. Grudberg (ct 00178)
350 Orange Street
New Haven, Connecticut 06511
(203) 772-3100

Attorneys for Cosmo Corigliano

-25-

KL3:2471699.2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document, dated October 20, 2005, was served via e-mail and overnight mail this 20th day of October, 2005 upon the following parties:

    Michael Martinez, Esq.
    Assistant United States Attorney
    U.S. Department of Justice
    450 Main Street, Room 320
    Hartford, CT  06103

    Barry S. Simon, Esq.
    Williams & Connolly LLP
    c/o Marriott Residence Hotel
    942 Main Street
    Hartford, CT  06103

    James T. Cowdery, Esq.
    Thomas J. Murphy, Esq.
    Cowdery, Ecker & Murphy, L.L.C.
    750 Main Street
    Hartford, CT  06103

_____
J. Wells Dixon