UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)   No. 3:02CR264 (AWT)<br>)   October 23, 2005<br>)<br>) |

**MOTION OF DEFENDANT WALTER A. FORBES FOR A MISTRIAL BASED ON THE TESTIMONY OF STEVEN KERNKRAUT**
**(Forbes Retrial Motion No. 15)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for a mistrial based on the testimony of Steven Kernkraut. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.

- 2 -

        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

        Attorneys for Walter A. Forbes

Dated: October 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing MOTION OF DEFENDANT WALTER A. FORBES FOR A MISTRIAL BASED ON THE TESTIMONY OF STEVEN KERNKRAUT to be sent on October 23, 2005 to the following via e-mail (and will cause the foregoing to be hand delivered to the following on October 24):

>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT 06103

and to the following via e-mail:

>Norman Gross, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101

_/s/ Barry S. Simon_
Barry S. Simon