range from $49 to $79 per year. Most of the Company's memberships are for one-year renewable terms, and members are generally entitled to unlimited use during the membership period of the service for which the members have subscribed. Members generally may cancel their memberships and obtain a full refund at any point during the membership term.

Individual membership programs link consumers to an array of products and services offering shop at home convenience with significant savings in areas such as retail shopping, travel, automotive, dining and home improvement. Membership programs include among others Shoppers Advantage (Registered Trademark), Travelers Advantage (Registered Trademark), AutoVantage (Registered Trademark), Credit Card Guardian (Registered Trademark), and PrivacyGuard (Registered Trademark), and other membership programs. A brief description of the different types of membership programs are as follows:

Shopping. Shoppers Advantage (Registered Trademark) is a discount shopping program whereby the Company, through Comp-U-Card Services, Inc., provides product price information and home shopping services to its members. The Company's merchandise database contains information on over 100,000 brand name products, including a written description of the product, the manufacturer's suggested retail price, the vendor's price, features and availability. All of these products may be purchased through the Company's independent vendor network. Vendors include manufacturers, distributors and retailers nationwide. Individual members are entitled to an unlimited number of toll-free calls seven days a week to the Company's shopping consultants, who access the merchandise database to obtain the lowest available fully delivered cost from participating vendors for the product requested and accept any orders that the member may place. The Company informs the vendor providing the lowest price of the member's order and that vendor then delivers the requested product directly to the member. The Company acts as a conduit between its members and the vendors; accordingly, it does not maintain an inventory of products.

As part of its individual member Shoppers Advantage (Registered Trademark) program, the Company distributes catalogs four to ten times per year to certain members. In addition, the Company automatically extends the manufacturer's warranty on all products purchased through the Shoppers Advantage (Registered Trademark) program and offers a low price guarantee.

Travel. Travelers Advantage (Registered Trademark) is a discount travel service program whereby the Company, through Cendant Travel, Inc. ("Cendant Travel") (one of the ten largest full-service travel agencies in the U.S.), obtains information on schedules and rates for major scheduled airlines, hotel chains and car rental agencies from the American Airlines Sabre (Registered Trademark) Reservation System. In addition, the Company maintains its own database containing information on tours, travel packages and short-notice travel arrangements. Members book their reservations through Cendant Travel, which earns commissions (ranging from 5%-25%) on all travel sales from the providers of the travel services. Certain Travelers Advantage (Registered Trademark) members can earn cash awards from the Company equal to a specified percentage (generally 5%) of the price of travel arrangements purchased by the member through Cendant Travel. Travel members may book their reservations by making toll-free telephone calls seven days a week, twenty-four hours a day to agents at Cendant Travel. Cendant Travel provides its members with special negotiated rates on many air, car and hotel bookings. Cendant Travel's agents reserve the lowest air, hotel and car rental fares available for the members' travel requests and offers a low price guarantee on such fares.

Auto. The Company's auto service, AutoVantage (Registered Trademark), offers members comprehensive new car summaries and preferred prices on new domestic and foreign cars purchased through the Company's independent dealer network (which includes over 1,800 dealer franchises); discounts on maintenance, tires and parts at more than 25,000 locations, including over 35 chains, including nationally known names, such as Goodyear (Registered Trademark) and Firestone (Registered Trademark), plus regional chains and independent locations; and used car valuations. AutoVantage Gold (Registered Trademark) offers members additional services including road and tow emergency assistance 24 hours a day in the United States and trip routing.

Dining. Dinner on Us Club (Registered Trademark) features two-for-one dining offers at more than 17,000 restaurants in major metropolitan areas across the United States. The Company also manages other dining programs which allow members to earn additional benefits for each dollar spent for dining at participating restaurants in the United States.

Credit Card Registration. The Company's Credit Card Guardian (Registered Trademark) service enables consumers to register their credit and debit cards with the Company so that the account numbers of these cards may be

kept securely in one place. If the member notifies the Company that any of these credit or debit cards are lost or stolen, the Company will notify the issuers of these cards, arrange for them to be replaced and reimburse the member for any amount for which the card issuer may hold the member liable. During 1996, the Company acquired Ideon Group, Inc. ("Ideon"), which through its principal subsidiary, SafeCard Services, Inc. ("SafeCard"), offers a credit card registration service, "Hot-Line". If a member notifies SafeCard of a loss or theft of his/her credit cards, SafeCard retrieves (or, if cards have not been previously registered, obtains) the necessary card registration information, and then promptly notifies the credit card issuers of the loss, simultaneously requesting replacement, and reimburses the member for any amount for which the card issuer may hold the member liable.

PrivacyGuard Service. The PrivacyGuard (Registered Trademark) service provides members with a comprehensive and understandable means of monitoring key personal information. The service offers a member access to information in certain key areas including: credit history and monitoring, driving records maintained by state motor vehicle authorities, and medical files maintained by third parties. This service is designed to assist members in obtaining and monitoring information concerning themselves that is used by third parties in making decisions such as granting or denying credit or setting insurance rates. The Company also operates the Credentials (Registered Trademark) service, which provides its members with a credit monitoring service offering a credit report, quarterly credit monitoring and automatic inquiry notification.

Buyers Advantage. The Buyers Advantage (Registered Trademark) service extends the manufacturer's warranty on products purchased by the member. This service also rebates 20% of repair costs and offers members price protection by refunding any difference between the price the member paid for an item and its reduced price, should the item be sold at a lower price within sixty days after purchase. In addition, the service offers return guarantee protection by refunding the purchase price of an item that the member wishes to return.

CompleteHome. The CompleteHome (Registered Trademark) service is designed to save members time and money in maintaining and improving their homes. Members can order do-it-yourself "How-To Guides" or call the service for a tradesperson referral. Tradespersons are available in all 50 states through a toll-free phone line. Members also receive discounts ranging from 10% to 50% off on a full range of home-related products and services.

Family FunSaver Club. The Family FunSaver Club (Registered Trademark) provides its members with a variety of benefits, including the opportunity to inquire about and purchase family travel services and family related products, the opportunity to buy new cars at a discount, a discounted family dining program and a Family Values Guide offering coupon savings on family related products such as movie tickets, casual restaurants, and theme parks.

The Family Software Club. The Family Software Club(SM) has no membership fee and offers members a way to purchase educational and entertainment CD-ROM titles, often at an introductory price with a small commitment to buy titles at regular club prices over a specified time period. Approximately every six to eight weeks, members receive information on CD-ROM titles and other related products and have the opportunity to purchase their featured selection, alternate titles or no selections at that time. The club also provides its members with special offers and discounts on software and other related products from time to time.

Business Advantage. The Business Advantage(SM) service is targeted at small business operators and provides benefits in the areas of travel, auto, shopping, and health. In addition, the service provides its members with special discounts and other benefits from a number of partners in product areas that appeal to small business owners, such as telecommunications, office supplies, shipping, printing and insurance.

Health Services. The HealthSaver(SM) membership provides discounts ranging from 10% to 60% off retail prices on prescription drugs, eyewear, eyecare, dental care, selected health-related services and fitness equipment, including sporting goods. Members may also purchase prescription and over-the-counter drugs through the mail.

INSURANCE/WHOLESALE

The Insurance/Wholesale division represented 31%, 30% and 27% of Alliance Marketing revenues for the year ended December 31, 1997, 1996 and 1995, respectively. The Company affiliates with financial

24

institutions, such as credit unions and community banks, to offer their respective customer base competitively priced insurance products, primarily accidental death insurance, as well as an array of services associated with the Individual Membership division.

Enhancement Package Service. The Company, primarily through FISI, sells enhancement package for financial institution consumer and business checking and deposit account holders. FISI's financial institution clients select a customized package of the Company's products and services and then usually adds its own services (such as unlimited check writing privileges, personalized checks, cashiers' or travelers' checks without issue charge, or discounts on safe deposit box charges or installment loan interest rates). With the Company's marketing and promotional assistance, the financial institution then offers the complete package of account enhancements to its checking account holders as a special program for a monthly fee. Most these financial institutions choose a standard enhancement package, which generally includes $10,000 of accidental death insurance associated with BCI, travel discounts and a nationwide check cashing service. Others may choose the Company's shopping and credit card registration services, a financial newsletter or pharmacy, eyewear or entertainment discounts as enhancements. The accidental death coverage is underwritten under group insurance policies with independent insurers. The Company continuously seeks to develop new enhancement features which may be added to any package at an additional cost to the financial institution. The Company generally charges a financial institution client an initial fee to implement this program and monthly fees thereafter based on the number of customer accounts participating in that financial institution's program. The Company's enhancement packages are designed to enable a financial institution to generate additional fee income, because the institution should be able to charge participating accounts more than the combined costs of the services it provides and the payments it makes to the Company.

The Company, primarily through National Card Control Inc. ("NCCI"), a wholly-owned subsidiary, also sells enhancement services to credit card issuers who make these services available to their credit card holders to foster increased product usage and loyalty. NCCI's clients create a customized package of the Company's products and services. These enhancements include loyalty products, such as frequent flyer/buyer programs, as well as shopping, travel, concierge, insurance and credit card registration services. Like FISI, NCCI generally charges its credit card issuer clients an initial fee to implement the program and monthly fees thereafter, based on the number of accounts participating in that institution's program.

Insurance Products. The Company, through BCI, serves as a third party administrator for marketing accidental death insurance throughout the country to the customers of BCI's financial institution clients. This accidental death insurance is often combined with other Company services to enhance their value. These products are generally marketed through direct mail solicitations, which generally offer $1,000 of accidental death insurance at no cost to the customers and the opportunity to choose additional coverage of up to $300,000. The annual premium generally ranges from $10 to $250. BCI also acts as an administrator for some term, graded term and hospital accident insurance.

BCI's insurance products and other services are offered through credit unions to their account holders and to the account holders of FISI's and the Company's financial institution clients. BCI also markets the Company's shopping and travel membership services as well as certain lifestyle products to its clients. See also "-- General -- Proposed Acquisitions and Recent Divestiture -- Providian Acquisition" and "-- Proposed Acquisition of American Bankers."

LIFESTYLE

The Lifestyle division represented 26%, 25% and 26% of Alliance Marketing revenues for the year ended December 31, 1997, 1996 and 1995, respectively. The Lifestyle division includes numerous businesses established to provide unique products and services that are designed to enhance a customers' purchasing power.

Products. The Company, primarily through its wholly-owned subsidiary, EPub, offers discount programs in specific markets throughout North America and certain international markets and enhances other of the Company's Individual and Insurance/Wholesale products. The Company believes EPub is the largest marketer of discount program books of this type in the United States.

EPub solicits restaurants, hotels, theaters, sporting events, retailers and other businesses which agree to offer books and/or merchandise at discount prices (primarily on a two-for-the-price-of-one or 50% discount basis). EPub sells discount programs, under its Entertainment (Registered Trademark), Entertainment (Registered Trademark) Values, Gold C (Registered Trademark) and other trademarks, which typically provides discount offers to individuals in the form of local discount coupon books. These books typically contain coupons and/or a card entitling individuals to hundreds of discount offers from participating establishments. Targeting middle to upper income consumers, many of EPub's products also contain selected discount travel offers, including offers for hotels, car rentals, airfare, cruises and tourist attractions. More than 100,000 merchants participate in these programs. EPub also uses this national base of merchants to develop other products, most notably, customized discount programs for major corporations. These programs also may contain additional discount offers, specifically designed for customized discount programs.

EPub's discount coupon books are sold annually by geographic area. Customers are solicited primarily through schools and community groups that distribute the discount coupon books and retain a portion of the proceeds for their non-profit causes. To a lesser extent, distribution occurs through corporations as an employee benefit or customer incentive, as well as through retailers and directly to the public. The discount coupon books are generally provided to schools and community groups on a consignment basis. Customized discount programs are distributed primarily by major corporations as loyalty incentives for their current customers and/or as premiums to attract new customers.

While prices of local discount coupon books vary, the customary price for Entertainment (Registered Trademark), Entertainment (Registered Trademark) Values and Gold C (Registered Trademark) coupon books range between $10 and $45. Customized discount programs are generally sold at significantly lower prices. In 1997, over nine million Entertainment (Registered Trademark), Entertainment (Registered Trademark) Values, Gold C (Registered Trademark) and other trademarked local discount coupon books were published in North America.

Sally Foster, Inc., a subsidiary of EPub, provides elementary and middle schools and selected youth community groups with gift wrap and other seasonal products for sale in their fund-raising efforts. EPub uses the same sales force that sells the discount coupon books to schools, attempting to combine the sale of gift wrap with the sale of discount coupon books. In addition, EPub has a specialized Sally Foster sales force.

Clubs. The Company's North American Outdoor Group, Inc. subsidiary ("NAOG") owns and operates the North American Hunting Club (Registered Trademark), the North American Fishing Club (Registered Trademark), the Handyman Club of America (Registered Trademark), the National Home Gardening Club (Registered Trademark) and the PGA Tour Partners Club (Registered Trademark), among others. Members of these clubs receive fulfillment kits, discounts on related goods and services, magazines and other benefits.

Spark Services, Inc. ("Spark") provides database-driven dating services to over 300 radio stations throughout the United States and Canada. Spark is the leading provider of dating and personals services to the radio industry. Spark has also begun to test television distribution of its services through infomercials, as well as through short form advertising and affiliation deals with various programs. Consumers pay for Spark's services on a per minute of usage transaction basis.

Other. The Company's Numa Corporation subsidiary publishes personalized heritage publications, including publications under the Halbert's name, and markets and sells personalized merchandise.


ONLINE PRODUCTS

The Company operates netMarket (www.netmarket.com), its flagship online, membership-based, value-oriented consumer site which offers discounts on over a million products and services. It offers discounted shopping, travel, auto and other benefits to both members and non-members, with members receiving preferred pricing, access to specials, cash back benefits, low price guarantees and extended warranties on certain items.

The Company also operates other online consumer offerings such as Books.com (www.books.com), one of the largest online booksellers in the world with more than four million titles available in its

database with discounts of up to 20 to 40 percent below retail prices;
Musicspot (www.musicspot.com) an online music store with more than 145,000
titles discounted up to 20 percent below retail prices; and GoodMovies
(www.goodmovies.com) an online movie store offering more than 30,000 movie
titles up to 20 to 40 percent below retail cost. The Company, through
Match.com, Inc. ("Match"), is the leading matchmaking service on the Internet,
servicing over 100,000 consumers. Subscriptions to the Match service range from
approximately $10 per month to just under $60 for one year.

   The Company, through its Rent Net operation (www.rent.net) is the leading
apartment information and rental service on the Internet, with listings in more
than 2,000 North American cities. Rent Net's clients include many of the top 50
property management companies across North America, and its apartment and
relocation information has been seen by more than one million users monthly.


DISTRIBUTION CHANNELS

   The Company markets its Individual Memberships, Insurance/Wholesale and
Lifestyle products through a variety of distribution channels. The consumer is
ultimately reached in the following ways: 1) at financial institutions or other
associations through direct marketing; 2) at financial institutions or other
associations through a direct sales force, participating merchant or general
advertising; and 3) through schools, community groups and companies. Some of
the Company's individual memberships, such as shopping, travel and auto
services, are available to computer users via on-line services and the
Internet's World Wide Web. These users are solicited primarily through direct
mail, inserts in newly-purchased computer equipment containers and interactive
communications networks, such as America Online. The Company believes that its
interactive users account for less than 2% of its total Alliance Marketing
members and customers. The Company is currently working with a range of
industry leaders developing interactive technologies. Strategic alliances have
been formed with major phone companies and on-line services.


INTERNATIONAL

   As of December 31, 1997, Cendant International Membership Services had
expanded its international membership and customer base to almost four million
individuals. This base is driven by retail and wholesale membership through
over 35 major banks in Europe and Asia, as well as through other distribution
channels. The Company has exclusive licensing agreements covering the use of
its merchandising systems in Japan, Canada and Australia, under which licensees
paid initial license fees and agree to pay royalties to the Company on
membership fees, access fees and merchandise service fees paid to them.
Royalties to the Company from these licenses were less than 1% of the Company's
Alliance Marketing revenues and profits in the years-ended December 31, 1997,
1996 and 1995, respectively.

   In 1997, in addition to Canadian discount coupon books, Entertainment
(Registered Trademark) discount coupon books were distributed in seven
European markets and Australia. The Canadian discount coupon books are
published independently by a Canadian subsidiary of EPub and the European
discount books are published by the Company's European subsidiaries. The
Australian discount coupon books are published by an Australian joint venture
in which EPub has a controlling interest. United States and Canadian discount
coupon books are also made available to foreign travelers. With publication of
these overseas discount programs, the Company has created additional customized
discount programs for international use.

   The economic impact of currency exchange rate movements on the Company is
complex because it is linked to variability in real growth, inflation, interest
rates and other factors. Because the Company operates in a mix of services and
numerous countries, management believes currency exposures are fairly well
diversified. See Item 7A: "Quantitative and Qualitative Disclosure About Market
Risk".


SEASONALITY

   Except principally for the sale of discount coupon books and gift wrap,
the Company's Alliance Marketing business is not seasonal. Publication of
Entertainment (Registered Trademark) , Entertainment (Registered
Trademark) Values and Gold C (Registered Trademark)  discount coupon books is
substantially completed by the end of August of each year with significant

solicitations beginning immediately thereafter. Most cash receipts from these discount coupon books are received in the fourth quarter and, to a lesser extent, in the first and third quarters of each fiscal year. For financial statement purposes, the Company recognizes revenue upon the sale of its discount coupon books and gift wrap through participating institutions.

COMPETITION

Individual Membership. The Company believes that there are competitors which offer membership programs similar to the Company's and some of these entities, which include large retailers, travel agencies, insurance companies and financial service institutions, have financial resources, product availability, technological capabilities or customer bases greater than those of the Company. To date, the Company has been able to compete effectively with such competitors. However, there can be no assurances that it will continue to be able to do so. In addition, the Company competes with traditional methods of merchandising that enjoy widespread consumer acceptance, such as catalog and in-store retail shopping and shopping clubs (with respect to its discount shopping service), and travel agents (with respect to its discount travel service). The Company's systems are not protected by patent.

Insurance/Wholesale. Each of the Company's account enhancement services competes with similar services offered by other companies, including insurance companies. Many of the competitors are large and more established, with greater resources and financial capabilities than those of the Company. Finally, in attempting to attract any relatively large financial institution as a client, the Company also competes with that institution's in-house marketing staff and the institution's perception that it could establish programs with comparable features and customer appeal without paying for the services of an outside provider.

Lifestyle. The Company believes that there are a number of competitors in most markets throughout North America which offer similar lifestyle products. The majority of these competitors are relatively small, with discount coupon books in only a few markets. To date, the Company has been able to compete effectively in markets that include these competitors, primarily on the basis of price and product performance. The Company does not anticipate that these competitors will significantly affect the Company's ability to expand.

COMBINED OPERATIONS

PREFERRED ALLIANCE AND CO-MARKETING ARRANGEMENTS

The Company believes a significant portion of its revenue growth opportunities will arise from its ability to capitalize on the significant and increasing amount of aggregate purchasing power and marketing outlets represented by the businesses in the Company's business units. The Company initially tapped the potential of these synergies within the lodging franchise systems in 1993 when it launched its Preferred Alliance Program, under which hotel industry vendors provide significant discounts, commissions and co-marketing revenue to hotel franchisees plus preferred alliance fees to the Company in exchange for being designated as the preferred provider of goods or services to the owners of the Company's franchised hotels or the preferred marketer of goods and services to the millions of hotel guests who stay in the hotels and customers of the real estate brokerage offices each year.

The Company currently participates in preferred alliance relationships with more than 90 companies, including AT&T, ADT Security Systems, Aon, Kodak, VISA U.S.A., Office Depot and Coca-Cola. Fees to the Company from these contracts have increased from $6.5 million in 1993 to $77.5 million in 1997. The operating profit generated by most new preferred alliance arrangements closely approximates the incremental revenue produced by such arrangements since the costs of the existing infrastructure required to negotiate and operate these programs are largely fixed.

OTHER BUSINESSES

TAX PREPARATION BUSINESS. In January 1998, the Company acquired Jackson Hewitt, the second largest tax preparation service in the United States, with a 43-state network comprised of approximately

28

2,000 offices operating under the trade name "Jackson Hewitt Tax Service" during the 1997 tax season. The Company believes that the application of its focused management strategies and techniques for franchise systems to the Jackson Hewitt network can significantly increase revenues produced by the Jackson Hewitt franchise system while also increasing the quality and quantity of services provided to franchisees.

Office locations range from stand-alone store front offices to offices within Wal-Mart Stores, Inc. and Montgomery Ward & Co., Inc. locations. Through the use of proprietary interactive tax preparation software, the Company is engaged in the preparation and electronic filing of federal and state individual income tax returns (collectively referred to as "tax returns"). During 1997, Jackson Hewitt prepared approximately 875,000 tax returns, which represented an increase of 21% from the approximately 722,000 tax returns it prepared during 1996. To complement its tax preparation services, the Company also offers accelerated check requests and refund anticipation loans to its tax preparation customers.

INFORMATION TECHNOLOGY SERVICES. WizCom International, Ltd ("WizCom"), a wholly owned indirect subsidiary of the Company, owns and operates the Wizard System more fully described under "TRAVEL SERVICES -- Avis Car Rental Franchise Business -- Avis System and Wizard System" above. In 1995, Budget Rent A Car Corporation ("Budget") entered into a computer services agreement with WizCom that provides Budget with certain reservation system computer services that are substantially similar to computer services provided to the Avis System. WizCom has also entered into agreements with hotel and other rental car companies to provide travel related reservation and distribution system services.

CREDIT INFORMATION BUSINESS. In 1995, the Company acquired Central Credit Inc. ("CCI"), a gambling patron credit information business. CCI maintains a database of information provided by casinos regarding the credit records of casino gaming patrons, and provides, for a fee, such information and related services to its customers, which primarily consist of casinos.

FINANCIAL PRODUCTS. Essex Corporation ("Essex"), a subsidiary of the Company, is a third-party marketer of financial products for banks, primarily marketing annuities, mutual funds and insurance products through financial institutions. Essex generally markets annuities issued by insurance companies or their affiliates, mutual funds issued by mutual fund companies or their affiliates, and proprietary mutual funds of banks. Essex's contracts with the insurance companies whose financial products it distributes generally entitle Essex to a commission of slightly less than 1% on the premiums generated through Essex's sale of annuities for these insurance companies.

MUTUAL FUNDS. In August 1997, the Company formed a joint venture with Frederick R. Kobrick, a longtime mutual fund manager, to form a mutual fund company known as Kobrick-Cendant Funds, Inc. ("Kobrick-Cendant"). Kobrick-Cendant currently offers two no-load funds, Kobrick-Cendant Capital Fund and Kobrick-Cendant Emerging Growth Fund.

DISCONTINUED OPERATIONS

On August 12, 1998, the Company announced that its Executive Committee of the Board of Directors committed to discontinue the Company's consumer software and classified advertising businesses by disposing of wholly-owned subsidiaries Cendant Software Corporation ("Software") and Hebdo Mag, respectively. The Company disclosed that it has entered into a definitive agreement to sell Hebdo Mag to its former 50% owners for 7.1 million shares of Company common stock and approximately $410 million in cash. The transaction is expected to generate a gain of approximately $250 million upon anticipated consummation date in the fourth quarter of 1998 subject to certain conditions, including regulatory approval and financing by the purchaser. The Company also disclosed that it has engaged investment bankers to analyze various strategic alternatives in regard to the disposition of Software. The Company anticipates that the disposition of Software will be completed within one year and will result in a significant gain.

SOFTWARE. The Company offers consumer software in various multimedia forms, predominantly on CD-ROM for personal computers. The Company's Cendant Software unit is one of the largest personal computer consumer software groups in the world, and a leader in entertainment, educational and personal

29

productivity software. It includes Sierra On-Line, Inc., Blizzard Entertainment and Knowledge Adventure, Inc., and offers such titles as Diablo, Starcraft, You Don't Know Jack, King's Quest, JumpStart, Math Blaster, Reading Blaster and many others. These products are offered through a variety of distribution channels, including specialty retailers, mass merchandisers, discounters and schools.

The entertainment, education and productivity software industry is competitive. The Company competes primarily with other developers of multimedia PC based software. Products in the market compete primarily on the basis of subjective factors such as entertainment value and objective factors such as price, graphics and sound quality. Large diversified entertainment, cable and telecommunications companies, in addition to large software companies, are increasing their focus on the interactive entertainment and education software market, which will result in greater competition for the Company.

The Company's software segment has seasonal elements. Revenues are typically highest during the third and fourth quarters and lowest during the first and second quarters. This seasonal pattern is due primarily to the increased demand for the Company's products during the holiday season.

CLASSIFIED ADVERTISING BUSINESS. Hebdo Mag is an international publisher of over 180 titles and distributor of classified advertising information with operations in fifteen countries including Canada, France, Sweden, Hungary, Taiwan, the United States, Italy, Russia, the Netherlands, Australia, Argentina and Spain. Hebdo Mag is involved in the publication, printing and distribution, via print and electronic media, of branded classified advertising information products. Hebdo Mag has also expanded into other related business activities, including the distribution of third-party services and classified advertising web sites.

Hebdo Mag publishes over 11 million advertisements per year in over 180 publications. With a total annual circulation of over 85 million, management estimates Hebdo Mag publications are read by over 200 million people. Unlike newspapers which contain significant editorial content, Hebdo Mag publications contain primarily classified and display advertisements. These advertisements target buyers and sellers of goods and services in the markets for used and new cars, trucks, boats, real estate, computers, second-hand general merchandise and employment as well as personals.

Hebdo Mag owns leading local classified advertising publishing franchises in most of the regional markets where it has a presence. In addition to its print titles, Hebdo Mag generates revenues by distributing third-party services related to its classified business such as vehicle financing, vehicle and life insurance and warranty protection.

The classified advertising information industry is highly fragmented, with a large number of small, independent companies publishing local or regional titles. Hebdo Mag is the only major company focused exclusively on this industry on an international basis. In most of its major markets, the Company owns leading classified advertising franchises which have long standing, recognized reputations with readers and advertisers. Among the Company's leading titles, many of which have been in existence for over 15 years, are: La Centrale des Particuliers (France) - 1969, Expressz (Hungary) - 1986, The Trader (Indianapolis) - 1969, Traders Post (Nashville) - 1972, Car News (Taiwan) - 1991, Secondamano (Italy) - 1977, Auto Trader - 1978, Renters News - 1998, The Computer Paper (Canada) - 1989, Iz Ruk v Ruki (Russia) - 1992, Gula Tidningen (Sweden) - 1981, Segundamano (Argentina) and The Melbourne Trading Post (Australia) - 1966.

Hebdo Mag publications fall into three general revenue generating models:

1. Paid ad papers in which both the individual and commercial "display" ads are paid for as well as having paid circulation. Examples include Auto Trader (Canada), La Centrale des Particuliers (France), Truck Trader (Canada), and Expressz (Hungary).

2. Free ad papers in which the individual classified ads are free and commercial "display" ads, are paid for, with paid circulation. Examples include Secondamano (Italy), Buy & Sell (Canada), Gula Tidningen (Sweden) and Iz Ruk v Ruki (Russia).

3. Free distribution papers in which the ads, typically commercial classified and "display" ads, are paid for and the paper is distributed without charge to free-standing racks at targeted locations. Examples include Renters News, Immobilier Hebdo and Condo Guide (Canada) and Zart New Homes Guide (Indianapolis).

30

Because of the broad mix of the types of classified publications published by Hebdo Mag, it has a diversified revenue mix. In 1997, Hebdo Mag's classified advertisements represented 29% of its revenues, commercial display advertisements 37%, circulation 31%, and printing, royalties and other services 3%. Hebdo Mag is not dependent on any one publication, with the Company's largest publication, La Centrale des Particuliers ("La Centrale"), representing only 11% of revenues in 1997. Hebdo Mag is diversified geographically with 63% of 1997 revenues coming from Europe, 23% coming from Canada, 10% coming from the United States and 4% coming from Asia. Hebdo Mag is also diversified across the products sold in its publications such as automobiles, real estate and general merchandise.

Specialized classified publications compete locally with daily newspapers, and in some segments, with free shoppers and other classified publications. The competition is both for the content, the advertisement, and for the consumer of that content, the reader.

REGULATION

Alliance Marketing Regulation. The Company markets its products and services through a number of distribution channels including telemarketing, direct mail and on-line. These channels are regulated on the state and federal level and the Company believes that these activities will increasingly be subject to such regulation. Such regulation may limit the Company's ability to solicit new members or to offer one or more products or services to existing members and may materially affect the Company's business and revenues.

A number of the Company's products and services (such as Buyers Advantage (Registered Trademark) and certain insurance products) are also subject to state and local regulations. The Company believes that such regulations do not have a material impact on its business or revenues.

Franchise Regulation. The sale of franchises is regulated by various state laws as well as by the Federal Trade Commission (the "FTC"). The FTC requires that franchisors make extensive disclosure to prospective franchisees but does not require registration. A number of states require registration or disclosure in connection with franchise offers and sales. In addition, several states have "franchise relationship laws" or "business opportunity laws" that limit the ability of the franchisor to terminate franchise agreements or to withhold consent to the renewal or transfer of these agreements. While the Company's franchising operations have not been materially adversely affected by such existing regulation, the Company cannot predict the effect of any future legislation or regulation.

Real Estate Regulation. The federal Real Estate Settlement Procedures Act and state real estate brokerage laws restrict payments which real estate brokers and mortgage brokers and other parties may receive or pay in connection with the sales of residences and referral of settlement services (e.g., mortgages, homeowners insurance, title insurance). Such laws may to some extent restrict preferred alliance arrangements involving the Company's real estate brokerage franchisees, mortgage business and relocation business. The Company's mortgage banking services business is also subject to numerous federal, state and local laws and regulations, including those relating to real estate settlement procedures, fair lending, fair credit reporting, truth in lending, federal and state disclosure, and licensing.

Timeshare Exchange Regulation. The Company's timeshare exchange business is subject to foreign, federal, state and local laws and regulations including those relating to taxes, consumer credit, environmental protection and labor matters. In addition, the Company is subject to state statutes in those states regulating timeshare exchange services, and must prepare and file annually, with regulators in states which require it, the "RCI Disclosure Guide to Vacation Exchange". The Company is not subject to those state statutes governing the development of timeshare condominium units and the sale of timeshare interests, but such statutes directly affect the members and resorts that participate in the RCI Network. Therefore, the statutes indirectly impact the Company.

EMPLOYEES

As of December 31, 1997, the Company employed approximately 34,000 persons full time. Management considers its employee relations to be satisfactory.

31

ITEM 2. PROPERTIES

The principal executive offices of the Company are located in a building owned by the Company and situated at 6 Sylvan Way, Parsippany, New Jersey 07054.

The Travel Services Division owns two properties, a 166,000 facility in Virginia Beach, Virginia which serves as a satellite administrative and reservations facility for Wizcom and ARAC, and a property located in Kettering, Europe which is the European office for RCI. The Travel Services Division also leases space for its reservations centers and data warehouse in Winner and Aberdeen, South Dakota; Phoenix, Arizona; Knoxville and Elizabetown, Tennessee; Tulsa and Drumright, Oklahoma; Indianapolis, Indiana; Orangeburg, South Carolina and St. John, New Brunswick, Canada pursuant to leases that expire in 2000, 2003, 2007, 2015, 2004, 1999, 2001, 2000/2001, 2008, 2008 and 2008 respectively. The Tulsa, Oklahoma location serves as an Avis car rental reservations center. In addition, the Travel Services Division has 38 leased offices spaces located in various countries outside the United States.

The Real Estate Services Division has two owned buildings in Mission Viejo, California, one in Westbury, New York and one owned internationally in Swindon, UK. The Real Estate Services Division has leased properties located in Danbury, Connecticut; Oak Brook and Schaumburg, Illinois; Mount Laurel, New Jersey and Walnut Creek, CA, pursuant to leases that expire in 2003, 2003, 2001, 2001, and 2003, respectively. The Real Estate Services Division shares approximately 6 leases with the Travel Services Division in various locations that function as sales offices.

The Alliance Marketing Division's principal offices are located in Stamford and Trumbull, Connecticut. The Alliance Marketing Division has an owned building that is located in Cheyenne, Wyoming and also leases space for several of its call centers in Aurora, Colorado; Westerville, Ohio; Brentwood, Tennessee; Nashville, Tennessee; Houston and Arlington, Texas; San Carlos, California and Woburn, Massachusetts and Great Falls, Montana pursuant to leases that expire in 2000, 2005, 2002, 2006, 2000, 2000, 2003, 2001 and 1999, respectively. In addition, the Alliance Marketing Division has leased smaller space in various locations for business unit and ancillary needs. Internationally, the Alliance Marketing Division has approximately 45 leased office spaces located in various countries.

The Company owns properties located in Torrance and Oakhurst, California and Virginia Beach, Virginia and leases 9 office spaces internationally, which represent space for businesses classified as "Other". In addition, there are approximately 66 sales offices and other ancillary office space leased in locations around the country.

Management believes that such properties are sufficient to meet its present needs and does not anticipate any difficulty in securing additional space, as needed, on terms acceptable to the Company.


ITEM 3. LEGAL PROCEEDINGS

As described in Item 1 above, as a result of the discovery of accounting irregularities in the former CUC business units and the investigation of the Audit Committee of the Company's Board of Directors into such matters, the Company has restated its previously reported financial results for 1997, 1996 and 1995.

Since the Company's announcement of the discovery of such irregularities on April 15, 1998, and prior to the date hereof, seventy-one purported class action lawsuits and one individual lawsuit have been filed against the Company, and certain current and former officers and directors of the Company and HFS, asserting various claims under the federal securities laws (the "Federal Securities Actions"). Some of the actions also name as defendants Merrill Lynch & Co. and, in one case, Chase Securities Inc., underwriters for the Company's PRIDES securities offerings; two others also name Ernst & Young LLP, the Company's former independent accountants. Sixty-four of the Federal Securities Actions were filed in the United States District Court for the District of New Jersey, six were filed in the United States District Court for the District of Connecticut (including the individual action), one was filed in the United States District Court for the Eastern District of Pennsylvania and one was filed in New Jersey Superior Court. The Federal Securities Actions filed in the District of Connecticut and the Eastern District of Pennsylvania have been transferred to the District of New Jersey. On June 10, 1998, the Company moved to dismiss or

32

stay the Federal Securities Action filed in New Jersey Superior Court on the ground that, among other things, it is duplicative of the actions filed in federal courts. The court granted that motion on August 7, 1998, without prejudice to the plaintiff's right to re-file the case in the District of New Jersey.

Certain of the Federal Securities Actions purport to be brought on behalf of purchasers of the Company's common stock and/or options on common stock during various periods, most frequently beginning May 28, 1997 and ending April 15, 1998 (although the alleged class periods begin as early as March 21, 1995 and end as late as July 15, 1998). Others claim to be brought on behalf of persons who exchanged HFS common stock for the Company's common stock in connection with the Merger. Some plaintiffs purport to represent both of these types of investors. In addition, eight actions pending in the District of New Jersey purport to be brought, either in their entirety or in part, on behalf of purchasers of the Company's PRIDES securities. The complaints in the Federal Securities Actions allege, among other things, that as a result of accounting irregularities, the Company's previously issued financial statements were materially false and misleading and that the defendants knew or should have known that these financial statements caused the prices of the Company's securities to be inflated artificially. The Federal Securities Actions variously allege violations of Section 10(b) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and Rule 10b-5 promulgated thereunder, Section 14(a) of the Exchange Act and Rule 14a-9 promulgated thereunder, Section 20(a) of the Exchange Act, and Sections 11, 12 and 15 of the Securities Act of 1933, as amended (the "Securities Act"). Certain actions also allege violations of common law. The individual action also alleges violations of Section 18(a) of the Exchange Act and the Florida securities law. The class action complaints seek damages in unspecified amounts. The individual action seeks damages in the amount of approximately $9 million plus interest and expenses.

On May 29, 1998, United States Magistrate Judge Joel A. Pisano entered an Order consolidating the 50 Federal Securities Actions that had at that time been filed in the United States District Court for the District of New Jersey under the caption In re: Cendant Corporation Litigation, Master File No. 98-1664 (WHW). Pursuant to the Order, all related actions subsequently filed in the District of New Jersey are also to be consolidated under that caption. United States District Judge William H. Walls has selected lead plaintiffs to represent all potential class members in the consolidated action. He has also ordered that applications seeking appointment as lead counsel to represent the lead plaintiffs are to be filed with the Court by September 17, 1998. The selection of lead counsel is pending.

In addition, on April 27, 1998, a purported shareholder derivative action, Deutch v. Silverman, et al., No. 98-1998 (WHW), was filed in the District of New Jersey against certain of the Company's current and former directors and officers; The Bear Stearns Companies, Inc.; Bear Stearns & Co., Inc.; and, as a nominal party, the Company. The complaint in the Deutch action alleges that certain individual officers and directors of the Company breached their fiduciary duties by selling shares of the Company's stock while in possession of non-public material information concerning the accounting irregularities. The complaint also alleges various other breaches of fiduciary duty, mismanagement, negligence and corporate waste, and seeks damages on behalf of the Company.

Another action, entitled Corwin v. Silverman, et al., No. 16347-NC, was filed on April 29, 1998 in the Court of Chancery for the State of Delaware. The Corwin action is purportedly brought both derivatively, on behalf of the Company, and as a class action, on behalf of all shareholders of HFS who exchanged their HFS shares for the Company's shares in connection with the Merger. The Corwin action names as defendants HFS and twenty-eight individuals who are or were directors of Cendant and HFS. The complaint in the Corwin action, as amended on July 28, 1998, alleges that HFS and its directors breached their fiduciary duties of loyalty, good faith, care and candor in connection with the Merger, in that they failed to properly investigate the operations and financial statements of the Company before approving the Merger at an allegedly inadequate price. The amended complaint also alleges that the Company's directors breached their fiduciary duties by entering into an employment agreement with Cendant's former Chairman, Walter Forbes, in connection with the Merger that purportedly amounted to corporate waste. The Corwin action seeks, among other things, recission of the Merger and compensation for all losses and damages allegedly suffered in connection therewith.

The staff of the SEC and the United States Attorney for the District of New Jersey are conducting investigations relating to the matters referenced above. The SEC staff has advised the Company that its inquiry should not be construed as an indication by the SEC or its staff that any violations of law have occurred.

In connection with the Merger, certain officers and directors of HFS exchanged their shares of HFS common stock and options exercisable for HFS common stock for shares of the Company's Common Stock and options exercisable for the Company's Common Stock, respectively. As a result of the aforementioned accounting irregularities, such officers and directors have advised the Company that they believe they have claims against the Company in connection with such exchange. In addiiton, certain current and former officers and directors of the Company would consider themselves to be members of any class ultimately certified in the Federal Securities Actions now pending in which the Company is named as a defendant by virtue of their having been HFS stockholders at the time of the Merger.

While it is not feasible to predict or determine the final outcome of these proceedings or to estimate the amounts or potential range of loss with respect to these matters, management believes that an adverse outcome with respect to such proceedings could have a material adverse impact on the Company's financial position, results of operations and cash flow.

ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS

The Company held a special meeting of its shareholders on October 1, 1997, pursuant to a Notice of Special Meeting and Proxy Statement dated August 28, 1997, a copy of which has been filed previously with the Securities and Exchange Commission, at which shareholders of the Company considered and approved the Merger (and related transactions contemplated thereby) and the Company's 1997 Stock Incentive Plan. The results of such matters are as follows:

Proposal 1: To approve the proposed Merger (and related transactions contemplated below).

| Results: | For | Against | Abstain |
|---|---|---|---|
| | 280,653,487 | 630,695 | 911,958 |

Proposal 2: To approve the Company's 1997 Stock Incentive Plan.

| Results: | For | Against | Abstain |
|---|---|---|---|
| | 214,725,702 | 65,934,965 | 1,535,472 |

34

PART II

ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY AND RELATED STOCK
        HOLDER MATTERS

MARKET PRICE ON COMMON STOCK

The Company's Common Stock is listed on the New York Stock Exchange ("NYSE") under the symbol "CD". At September 25, 1998 the number of stockholders of record was approximately 13,768. The following table sets forth the quarterly high and low sales prices per share as reported by the NYSE for 1997 and 1996 based on a year ended December 31.

| 1996 | HIGH | LOW |
|---|---|---|
| First Quarter | 26 11/64 | 19 5/64 |
| Second Quarter | 26 1/2 | 18 43/64 |
| Third Quarter | 26 37/64 | 21 1/4 |
| Fourth Quarter | 27 21/64 | 22 1/2 |

| 1997 | HIGH | LOW |
|---|---|---|
| First Quarter | 26 7/8 | 22 1/2 |
| Second Quarter | 26 3/4 | 20 |
| Third Quarter | 31 3/4 | 23 11/16 |
| Fourth Quarter | 31 3/8 | 26 15/18 |

On September 25, 1998, the last sale price of the Company's Common Stock on the NYSE was $13 9/16 per share.

All stock price information has been restated to reflect a three-for-two stock split effected in the form of a dividend to stockholders of record on October 7, 1996, payable on October 21, 1996.

DIVIDEND POLICY

The Company expects to retain its earnings for the development and expansion of its business and the repayment of indebtedness and does not anticipate paying dividends on Common Stock in the foreseeable future.

ITEM 6. SELECTED FINANCIAL DATA

The following selected financial data of the Company should be read in
conjunction with the Company's financial statements and notes thereto appearing
on pages F-1 through F-61. Such financial data for 1997, 1996 and 1995 was
restated as described in Note 3 to the Consolidated Financial Statements.
Financial data prior to December 31, 1994 has not been restated and is
therefore not presented herein. Previously reported information for periods
prior to December 31, 1994 should not be relied upon.

|  | YEAR ENDED DECEMBER 31, | | |
|  | 1997(4)(5)(6) | 1996(4)(7) | 1995(4)(8) |
|  | (IN MILLIONS, EXCEPT PER SHARE AMOUNTS) | | |
| Statement of Operations Data:(1)(2) |  |  |  |
| Net Revenues | $ 4,240.0 | $ 3,237.7 | $ 2,616.1 |
| Expenses: |  |  |  |
| Total expenses exclusive of depreciation, amortization and interest, net | 3,694.4 | 2,544.4 | 2,148.8 |
| Depreciation and amortization | 237.7 | 145.5 | 100.4 |
| Interest-net | 50.6 | 14.3 | 16.6 |
| Total expenses | 3,982.7 | 2,704.2 | 2,265.8 |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | 66.3 | 313.3 | 207.1 |
| Per share information: |  |  |  |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | .08 | .39 | .28 |
| Weighted average shares outstanding -- diluted | 851.7 | 821.6 | 763.7 |

|  | AT DECEMBER 31, | | |
|  | 1997 | 1996 | 1995 |
| Balance Sheet Data:(1)(2)(3) |  |  |  |
| Total assets | $ 14,073.4 | $ 12,762.5 | $ 8,519.5 |
| Long-term debt | 1,246.0 | 780.8 | 336.0 |
| Assets under management and mortgage programs | 6,443.7 | 5,729.2 | 4,955.6 |
| Debt under management and mortgage programs | 5,602.6 | 5,089.9 | 4,427.9 |
| Shareholders' equity | 3,921.4 | 3,955.7 | 1,898.2 |

----------

(1)  Financial data includes the following mergers and acquisitions accounted
     for under the pooling of interests method of accounting: (i) the Merger;
     (ii) the April 30, 1997 merger with PHH Corporation ("PHH"); (iii) the
     August 1996 merger with Ideon Group, Inc. ("Ideon"); and (iv) the 1995
     acquisitions of Getko Group Inc., North American Outdoor Group, Inc. and
     Advance Ross Corporation.

(2)  Financial data includes the operating results of the following
     significant acquisitions accounted for under the purchase method of
     accounting since the respective dates of acquisition: (i) Resort
     Condominiums International, Inc. ("RCI") in November 1996; (ii) Avis,
     Inc. ("Avis") equity investment in October 1996; (iii) Coldwell Banker
     Corporation ("Coldwell Banker") in May 1996; and (iv) Century 21 Real
     Estate Corporation in August 1995.

(3)  Prior to the Merger, CUC and HFS had not declared or paid cash dividends
     on their common stock. However, cash dividends were declared and paid by
     Ideon and PHH to their shareholders prior to

their respective mergers with the Company. The Company expects to retain its earnings for the development and expansion of its business and the repayment of indebtedness and does not anticipate paying dividends on its common stock in the foreseeable future.

(4)  Excludes a non-cash after-tax charge of $283.1 million or $.35 per diluted share, to account for the cumulative effect of a change in accounting, effective January 1, 1997, related to revenue and expense recognition for memberships. The effect of adopting such accounting change on the Company's 1997 operating results, before the cumulative effect adjustment, was additional after-tax expense of $15.3 million or $0.02 per diluted share comprised of a reduction in revenues of $4.7 million with an increase in operating expenses of $19.0 million and a tax benefit of $8.4 million. The pro forma effect of the accounting change on income from continuing operations before extraordinary gain for 1996 and 1995, as if the accounting change had been applied retroactively to those years, was additional after-tax expense of $7.4 million ($0.01 per diluted share) and $29.1 million ($0.04 per diluted share), respectively.

(5)  Includes merger related costs and other unusual charges ("Unusual Charges") related to continuing operations, recorded during the second and fourth quarters of 1997 primarily associated with and coincident to the Merger and the PHH Merger, of $704.1 million ($504.7 million after-tax, or $.58 per diluted share).

(6)  Excludes extraordinary gain, net of tax of $26.4 million, or $.03 per diluted share, related to the sale of a Company subsidiary which was sold in consideration of Federal Trade Commission anti-trust concerns within the timeshare industry.

(7)  Includes provision for merger-related costs and other unusual charges, related to continuing operations of $109.4 million ($70.0 million after-tax, or $.09 per diluted share) incurred in connection with the 1996 merger with Ideon.

(8)  Includes provision for costs related to the abandonment of certain Ideon development efforts and the restructuring of the SafeCard division and corporate infrastructure of Ideon. The charges aggregated $97.0 million ($62.1 million, after-tax or $.08 per diluted share).

ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND
        RESULTS OF OPERATIONS

GENERAL OVERVIEW

On December 17, 1997, Cendant Corporation (the "Company") was created through
the merger (the "Cendant Merger") of HFS Incorporated ("HFS") and CUC
International Inc. ("CUC"). The Company is one of the foremost consumer and
business services companies in the world. The combination of HFS and CUC
provides the Company's businesses new access to consumer contacts through the
Company's expanded consumer base, while providing such businesses with the
direct marketing expertise necessary to successfully cross-market within its
existing business units.

The Company provides fee-based services to consumers within the Travel, Real
Estate and Alliance Marketing business segments. The Company generally does not
own the assets or share the risks associated with the underlying businesses of
its customers. In the Travel Services segment, the Company is the world's
largest franchisor of lodging facilities and rental car facilities, the leading
provider of vacation timeshare exchange services and a leading provider of
international fleet management services. In the Real Estate Services segment,
the Company is both the world's largest franchisor of residential real estate
brokerage offices and provider of corporate relocation services and is a
leading mortgage lender in the United States. In the Alliance Marketing
segment, the Company is a leading provider of membership consumer services and
products.

As publicly announced on April 15, 1998, the Company discovered accounting
irregularities in the former CUC business units. The Audit Committee of the
Company's Board of Directors (the "Audit Committee") initiated an investigation
into such matters, which has since been completed (see "Litigation"). As a
result of the findings of the Audit Committee investigation and the Company's
investigation, the Company has restated its financial results for the years
1995 through 1997. The financial information contained herein has been restated
to incorporate all relevant information obtained from the aforementioned
investigations. The 1997 annual results, presented herein, have also been
restated for a change in accounting, effective January 1, 1997, related to
revenue and expense recognition for memberships (See Notes 2 and 3 to the
consolidated financial statements).

The restated net income (loss) totalled $(217.2) million, $330.0 million
and $229.8 million in 1997, 1996 and 1995, respectively ($(0.27), $0.41, and
$0.41 per diluted share, respectively). The Company originally reported
corresponding net income of $55.4 million, $423.6 million and $302.8 million in
1997, 1996 and 1995, respectively ($0.06, $0.52 and $0.42 per diluted share,
respectively).

The Company originally reported $872.2 million of 1997 net income excluding
merger related costs and other unusual charges ("Unusual Charges") or $1.00 per
diluted share which included $816.2 million or $.94 per diluted share from
continuing operations. The restated income from continuing operations excluding
Unusual Charges, extraordinary gain and the cumulative effect of a change in
accounting totalled $571.0 million or $.66 per diluted share. The $245.2
million or $.28 per diluted share decrease in income from continuing operations
represents additional after-tax expense of $15.3 million ($.02 per diluted
share) due to the aforementioned change in accounting and $229.9 million
($.26 per diluted share) of accounting errors and irregularities.

The Company originally reported $542.3 million and $364.9 million of 1996 and
1995 net income excluding Unusual Charges, respectively ($0.67 and $0.50 per
diluted share, respectively). The restated income from continuing operations
excluding Unusual Charges totalled $383.3 million and $269.2 million in 1996
and 1995, respectively ($0.47 and $0.36 per diluted share, respectively). The
$159.0 million and $95.7 million decreases in 1996 and 1995, respectively,
primarily represent accounting errors and irregularities in both periods.

RESULTS OF OPERATIONS

This discussion should be read in conjunction with the information contained in
the Company's Consolidated Financial Statements and accompanying Notes thereto
appearing elsewhere in this Form 10-K/A.

The operating results of the Company and its underlying business segments are
comprised of business combinations, which were accounted for as poolings of
interests. Accordingly, all financial information has been restated as if all
of the pooled companies operated as one entity since inception. In addition,
the Company and certain of its business segments also include businesses, which
were acquired and accounted

38

for by the purchase method of accounting. Accordingly, the results of operations of such acquired companies were included in the consolidated operating results of the Company from the respective dates of acquisition. See "Liquidity and Capital Resources - Business Combinations" for a discussion of the Company's mergers and acquisitions. In the underlying Results of Operations discussion, operating expenses exclude net interest expense and income taxes.

YEAR ENDED DECEMBER 31, 1997 VS. YEAR ENDED DECEMBER 31, 1996

| (IN MILLIONS) | YEAR ENDED DECEMBER 31, | | VARIANCE |
| | 1997 | 1996 | |
| --- | --- | --- | --- |
| CONTINUING OPERATIONS | | | |
| Revenue | $ 4,240.0 | $ 3,237.7 | 31% |
| Operating expenses: | | | |
| Excluding Unusual Charges | 3,228.0 | 2,580.5 | 25% |
| Unusual Charges (1) | 704.1 | 109.4 | 544% |
| Operating income | 307.9 | 547.8 | (44%) |
| Interest, net | 50.6 | 14.3 | 254% |
| Pre-tax income before extraordinary gain and cumulative effect of accounting change | 257.3 | 533.5 | (52%) |
| Provision for income taxes | 191.0 | 220.2 | (13%) |
| Income from continuing operations | 66.3 | 313.3 | (79%) |
| Income (loss) from discontinued operations, net of taxes | (26.8) | 16.7 | * |
| Extraordinary gain, net of tax | 26.4 | -- | * |
| Cumulative effect of accounting change, net of tax | (283.1) | -- | * |
| Net income (loss) | $ (217.2) | $ 330.0 | (166%) |

----------
(1)   Merger-related costs and other unusual charges ("Unusual Charges")

 * Not meaningful


Operating income from continuing operations decreased $239.9 million (44%) despite a $1.0 billion (31%) revenue increase and only a $647.5 million (25%) increase in operating expenses, excluding Unusual Charges. A discussion of operating income excluding Unusual Charges is included in the segment discussion to follow. Unusual Charges increased $594.7 million (544%) representing merger-related costs and other unusual charges incurred primarily in connection with and coincident to HFS's merger with PHH Corporation (the "PHH Merger") in April 1997 (the "Second Quarter 1997 Charge") and the Cendant Merger in December 1997 (the "Fourth Quarter 1997 Merger Charge"). Unusual Charges primarily represent costs such as irrevocable contributions to independent trusts, asset impairments as well as exit costs for terminated personnel, consolidation of office locations and terminated contracts coincident with the mergers. The Unusual Charges are discussed separately below.

As a result of the discussion above, pre-tax income from continuing operations before extraordinary gain and cumulative effect of accounting change decreased $276.2 million (52%) to $257.3 million. In addition to the decrease in operating income discussed above, interest, net, increased $36.3 million (254%) to $50.6 million. The increase in interest, net, resulted primarily from the February 1997 issuance of $550 million 3% Convertible Subordinated Notes and interest income earned in 1996 on approximately $420 million of excess proceeds generated from the $1.2 billion public offering of 46.6 million shares of Company common stock in May 1996. The increase in interest, net, was partially offset by a decrease in

39

the weighted average interest rate from 7.5% in 1996 to 6.0% in 1997 as a result of a greater proportion of fixed rate debt carrying lower interest rates to total debt.

Income from continuing operations decreased $247.0 million (79%) to $66.3 million. This resulted from the unfavorable variance in pre-tax income and an increase in the effective income tax rate from 41.2% in 1996 to 74.3% in 1997. The 1997 effective income tax rate includes an additional 29.1% effective tax rate on Unusual Charges due to the significant non-deductibility of such costs. The effective income tax rate on 1997 income from continuing operations excluding Unusual Charges is 40.6%.

Discontinued operations showed a $26.8 million net loss in 1997 compared to $16.7 million of net income in 1996. The operating results of discontinued operations included $15.2 million of extraordinary losses, net of tax, in 1997 and $24.4 million and $24.9 million of Unusual Charges, net of tax, in 1997 and 1996, respectively. Unusual Charges in 1997 primarily consisted of $19.4 million of after tax severance associated with four terminated consumer software company executives and $5.0 million of after tax compensation expense incurred in connection with a stock appreciation rights plan paid upon a change in control associated with the October 1997 merger with Hebdo Mag International ("Hebdo Mag"). The Hebdo Mag merger also resulted in a $15.2 million extraordinary loss, net of tax, associated with the early extinguishment of debt. Unusual Charges in 1996 consisted primarily of professional fees incurred in connection with mergers with Sierra On-Line, Inc. ("Sierra") and Davidson and Associates, Inc. ("Davidson") in July 1996. Excluding Unusual Charges and extraordinary items, income from discontinued operations decreased $28.8 million (69%) from $41.6 million in 1996 to $12.8 million in 1997. While classified advertising net income remained relatively unchanged from 1996, net income from the consumer software business decreased $28.5 million (72%) to $11.1 million in 1997. Increased sales in 1997 of $49.2 million (13%) was offset by increased operating expenses of $93.2 million (29%). The disproportionate increase in operating expenses results from accelerating development and marketing costs incurred on titles without a corresponding revenue increase partially attributable to titles which were not released to the marketplace as planned in December 1997.

The $26.4 million extraordinary gain represents the after tax gain on the sale of Interval International, Inc. ("Interval") in December 1997. The Federal Trade Commission directed the Company to sell Interval in connection with the Cendant Merger as a result of anti-trust concerns regarding the combined market share in the timeshare exchange industry of Interval and HFS subsidiary, Resort Condominiums International, Inc. ("RCI").

The $283.1 million represents a non-cash after-tax charge to account for a cumulative effect of an accounting change. In August 1998, in connection with the Company's cooperation with the Securities and Exchange Commission's ("SEC") investigation of accounting irregularities discovered in the former CUC business units, the SEC Staff concluded that if membership fees are fully refundable during the entire membership period, membership revenue should be recognized at the end of the membership period upon the expiration of the refund offer. The SEC Staff further concluded that non-refundable solicitation costs should be expensed as incurred since such costs are not recoverable if membership fees are refunded. The Company previously recognized revenue and expenses associated with the selling of memberships over the term of the membership period. While the Company believed that its prior accounting policies were appropriate and consistent with industry practice, it agreed to change its accounting for membership revenue and expenses effective January 1, 1997.

1997 MERGER RELATED COSTS AND OTHER UNUSUAL CHARGES

In 1997, the Company incurred merger-related costs and other unusual charges ("Unusual Charges") of $738.0 million of which $704.1 million ($504.7 million after tax or $.58 per diluted share) was related to continuing operations and $33.9 million was associated with businesses which are discontinued. Charges incurred during the fourth quarter of 1997 of $454.9 million were substantially associated with and/or coincident to the Cendant Merger and the merger with Hebdo Mag (collectively, the "Fourth Quarter 1997 Charge"). Unusual Charges of $283.1 million, comprised of $295.4 million of charges incurred in the second quarter of 1997 reduced by $12.3 million of changes in estimates recorded in the fourth quarter of 1997, were substantially associated with the PHH Merger (the "Second Quarter 1997 Charge"). The Unusual Charges recorded during 1997 related to the aforementioned mergers and the utilization of such liabilities is summarized by charge below.

FOURTH QUARTER 1997 CHARGE

The Company incurred Unusual Charges in the fourth quarter of 1997 totaling
$454.9 million substantially associated with the Cendant and Hebdo Mag mergers.
In addition to $170.0 million of professional fees and executive compensation
expense incurred directly as a result of the mergers, the Company incurred
$284.9 million of costs resulting from reorganization plans formulated prior to
and implemented as a result of the merger.

The Company determined to streamline its corporate organization functions and
eliminate several office locations in overlapping markets. Management initiated
a plan in 1997 to consolidate European call centers in Cork, Ireland in 1998
and upgrade the quality standards of its hotel franchise businesses, which
resulted in planned terminations of franchise properties commencing in January
1998. In December 1997, the Company irrevocably contributed $70.0 million to
independent technology trusts which made technology investments for the direct
benefit of hotel and real estate franchisees. Management also approved a plan
to terminate a contract, which may restrict the Company from maximizing
opportunities afforded by the merger of HFS and CUC.

Following is a description of costs by type of expenditure and reduction of
corresponding liabilities through December 31, 1997.

Unusual Charges include $93.0 million of estimated professional fees primarily
consisting of investment banking, legal and accounting fees incurred in
connection with the mergers. Approximately $43.4 million of invoices were paid
in the fourth quarter of 1997 leaving a $49.6 million balance to be paid in
1998. The Company also incurred $170.7 million of personnel related costs
including $73.3 million of retirement and employee benefit plan costs, $23.7
million of restricted stock compensation, $61.4 million of severance resulting
from consolidations of corporate functions and nine European call centers and
$12.3 million of other personnel related costs. Total employees to be
terminated, including seven corporate employees, approximated 474 with limited
terminations in 1997. The $170.7 million of personnel related liabilities were
reduced in 1997 by $35.2 million of non-cash reductions primarily including
$23.7 and $9.5 million of costs associated with restricted stock and stock
option compensation, respectively, and $8.9 million of personnel related
payments. Approximately $45.3 million of retirement plan costs were paid in
January 1998. Unusual Charges include $78.3 million of business termination
costs which consists of a $48.3 million impairment of hotel franchise agreement
assets associated with a quality upgrade program and $30.0 million of contract
termination costs. Of the $78.3 million of business termination liabilities,
$30.0 million was paid in December 1997 and $48.3 million of non-cash
reductions of intangible assets were recorded. Facility related and other
unusual charges of $112.9 million include $70.0 million of irrevocable
contributions to independent technology trusts for the direct benefit of
lodging and real estate franchisees, $16.4 million of building lease
termination costs and a $22.0 million reduction in intangible assets associated
with the Company's wholesale annuity business for which impairment was
determined in accordance with SFAS 121 in the fourth quarter of 1997.
Approximately $70.0 million was paid for these obligations in December 1997 and
the remaining $21.2 million is anticipated to be paid over the earlier of lease
buy-out or lease term.

SECOND QUARTER 1997 CHARGE

The $295.4 million of Unusual Charges in the second quarter of 1997 was
primarily associated with the PHH Merger. During the fourth quarter, as a
result of changes in estimates, the Company adjusted certain merger-related
liabilities which resulted in a $12.3 million credit to Unusual Charges. In
addition to $125.8 million of professional fees and executive compensation
expenses incurred directly as a result of the merger, the Company incurred
$157.3 million of expenses resulting from reorganization plans formulated prior
to and implemented as of the merger date. The merger afforded the combined
Company an opportunity to rationalize its combined corporate, real estate and
travel segment businesses, and corresponding support and service functions to
gain organizational efficiencies and maximize profits. Such initiatives
included 500 job reductions including the virtual elimination of all PHH
Corporate functions and facilities in Hunt Valley, Maryland. Management
initiated a plan prior to the merger to close hotel reservation call centers,
combine travel agency operations and continue the downsizing of fleet
operations

by reducing headcount and eliminating unprofitable products. With respect to the real estate segment, management initiated plans to integrate its relocation, franchise and mortgage origination businesses to capture additional revenue through the referral of one business unit's customers to another. Management also formalized a plan to centralize the management and headquarters functions of the world's largest, second largest and other company owned corporate relocation business unit subsidiaries. The real estate segment initiatives resulted in approximately 380 planned job reductions, write-offs of abandoned systems and leasehold assets commencing in the second quarter 1997.

Following is a description of costs by type of expenditure and reduction of corresponding liabilities through December 31, 1997:

Unusual Charges included $154.1 million of personnel related costs associated with employee reductions necessitated by the planned and announced consolidation of the Company's several corporate relocation service businesses, including the previous two largest relocation businesses worldwide as well as the consolidation of corporate activities. Personnel related charges also include termination benefits such as severance, medical and other benefits. Personnel related charges also include retirement benefits pursuant to pre-existing contracts resulting from a change in control. Several grantor trusts were established and funded by the Company in November 1996 to pay such benefits in accordance with the terms of the PHH merger agreement. The Company's restructuring plan resulted in the termination of approximately 560 employees (principally corporate employees located in North America), of which 364 were terminated by December 31, 1997. Approximately $102.4 million of personnel related costs were paid in 1997 and $9.8 million of non-cash stock compensation was recognized. Unusual Charges also include professional fees of $30.3 million of which $29.2 million was paid in 1997 and is primarily comprised of investment banking, accounting and legal fees incurred in connection with the PHH Merger. Unusual Charges also include business termination charges of $55.6 million, which are comprised of $38.8 million of costs to exit certain activities primarily within the Company's fleet management business, a $7.3 million termination fee associated with a joint venture that competed with PHH Mortgage Services business and $9.6 million of costs to terminate a marketing agreement with a third party in order to replace the function with internal resources. In connection with the business termination charges, approximately $16.0 million was paid in 1997 and $35.7 million of assets associated with discontinued activities were written off. Facility related and other net charges totaling $43.1 million include costs associated with contract and lease terminations, asset disposals and other charges incurred in connection with the consolidation and closure of excess office space. Approximately $2.6 million was paid and $11.3 million of assets were written off in 1997. The remaining facility related obligations will be paid or are otherwise anticipated to be extinguished in 1998.

The Company had substantially completed the aforementioned restructuring activities by the the second quarter of 1998. The $76.1 million of liabilities remaining at December 31, 1997 primarily consist of $41.9 million of severance and benefit plan payments and $29.2 million related to contract, leasehold and lease termination obligations.

1996 UNUSUAL CHARGES

The Company incurred Unusual Charges of approximately $134.3 million in 1996 in connection with its August 1996 merger with Ideon Group, Inc. ("Ideon") and its July 1996 mergers with Davidson and Associates, Inc. ("Davidson") and Sierra On-Line, Inc. ("Sierra"). Unusual charges of $109.4 million related to continuing operations (substantially Ideon) and $24.9 million was associated with businesses that are discontinued (Davidson and Sierra). Unusual Charges include $80.4 million of litigation related liabilities associated with the Company's determination to settle acquired Ideon litigation upon the August 1996 merger date. The primary obligation consists of litigation with the co-founder of SafeCard Services, Incorporated ("SafeCard") which was acquired by Ideon in 1995. The Company entered into a settlement agreement in June 1997 requiring $70.5 million of payments through 2003. The Company paid $14.4 million for litigation related charges in 1997.

The balance of the Unusual Charges consists of $27.5 million of professional fees incurred and paid in connection with the mergers, $7.5 million of severance incurred and paid in connection with employee terminations and $18.9 million of facility related and other obligations for which $6.9 million of payments and $9.7 million of leasehold improvement write-offs were made through December 31, 1997.

SEGMENT DISCUSSION -- 1997 VS. 1996

The underlying discussion of each segment's continuing operating results
focuses on profits from continuing operations, excluding interest, taxes,
Unusual Charges, extraordinary gain and cumulative effect of a change in
accounting ("Operating Income"). Management believes such discussion is the
most informative representation of recurring, non-transactional related
operating results of the Company's business segments.

TRAVEL SERVICES SEGMENT

The Company operates business units that provide a spectrum of services
necessary to domestic and international travelers. The Company is the world's
largest franchisor of nationally recognized hotel brands and car rental
operations (Avis), which are responsible for 16% of all hotel rooms sold and
25% of all cars rented in the United States, respectively. Royalty revenue is
received from franchisees under contracts that generally range from 10 to 50
years in duration. The Company is the world's largest provider of timeshare
exchange services (RCI) to timeshare owners under one to three year membership
programs which require both exchange fees for swapping vacation weeks and
recurring and renewal membership fees. In addition, the Company is a leading
provider of corporate fleet management and leasing services and is also the
largest value added tax processor worldwide.

| (IN MILLIONS) | YEAR ENDED DECEMBER 31. | | | HISTORICAL VARIANCE | PRO FORMA VARIANCE |
| | 1997 | HISTORICAL 1996 | PRO FORMA 1996 | | |
|---|---|---|---|---|---|
| Net revenues | $ 1,337.2 | $ 802.4 | $ 1,226.9 | 67% | 9% |
| Operating expenses | 878.6 | 548.1 | 874.1 | 60% | 1% |
| Operating income | $ 458.6 | $ 254.3 | $ 352.8 | 80% | 30% |

HISTORICAL DISCUSSION

Operating income increased $204.3 million (80%) as a result of growth from
businesses owned and/or consolidated in both 1997 and 1996 and from car rental
franchise (Avis) and timeshare (RCI) operations each acquired during the fourth
quarter of 1996. Timeshare business operations contributed incremental revenue
and operating income in 1997 of $315.5 million and $77.2 million, respectively,
and the car rental franchise business accounted for incremental revenues and
operating income of $140.2 million and $75.7 million, respectively. Lodging
franchise revenue increased $38.4 million (10%) while expenses increased only
$6.9 million (3%). The lodging revenue increase was attributable to 4% system
growth, 2% revenue per available room ("REVPAR") increases at franchised
properties and increased revenue received from preferred alliance partners
seeking access to franchisees and franchisee customers. Expense increases were
minimized due to the significant operating leverage associated with mature
franchise operations and a reduction of corporate overhead allocated to the
Travel Services Segment as the Company leveraged its corporate infrastructure
among more businesses. Fleet management revenue increased $30.6 million (10%)
while expenses only increased $8.2 million (4%). The increase in revenue is
primarily the result of a 24% increase in service fee revenue due to a 20%
increase in number of cards and an 8% increase in asset based revenues due
primarily to a 5% increase in pricing.

PRO FORMA DISCUSSION

On a pro forma basis, as if car rental franchise and timeshare operations were
acquired on January 1, 1996 operating income increased $105.8 million (30%).
The pro forma increase results from a $110.3 million (9%) increase in revenue
while corresponding operating expenses increased $4.5 million (1%). Most travel
business units contributed double digit percentage point growth in pro forma
operating income with timeshare and hotel franchising contributing the most
significant increases at $51.6 million (84%) and $32.1 million (18%),
respectively. Timeshare profits reflected a 22% increase in membership fees
driven by increases in both memberships and pricing. Simultaneously,
approximately $21.1 million of operating expense reductions were achieved
during a post-acquisition reorganization of timeshare operations.

43

REAL ESTATE SERVICES SEGMENT

The Company operates business units that provide a range of services related to home sales, principally in the United States. The Company is the world's largest franchisor of real estate brokerage offices through its CENTURY 21 (Registered Trademark) , Coldwell Banker (Registered Trademark)  and ERA (Registered Trademark)  franchise brands, which were involved in more than 25% of homes sold in the United States in 1997. Similar to Travel Services Segment franchise businesses, the Company receives royalty revenue from approximately 11,500 franchisees under contracts with terms ranging from 5 to 50 years. The Company operates the world's largest provider of corporate employee relocation services and receives fees for providing an array of services which include selling relocating employees' homes (without recourse to the Company), assisting the relocating employee in finding a home, moving household goods, expense reporting and other services. The Company also operates the largest in-bound mortgage telemarketing operation in the United States. Cendant Mortgage Corporation generates origination profits from the sale of mortgage notes, generally within 45 days of origination but retains recurring servicing revenue streams over the life of the mortgage. Each Real Estate Services business provides customer referrals to other Real Estate Services businesses.

| | YEAR ENDED DECEMBER 31, | | | | |
|---|---|---|---|---|---|
| (IN MILLIONS) | 1997 | HISTORICAL 1996 | PRO FORMA 1996 | HISTORICAL VARIANCE | PRO FORMA VARIANCE |
| Net revenues | $    987.0 | $    782.4 | $    860.9 | 26% | 15% |
| Operating expenses | 641.0 | 566.4 | 620.8 | 13% | 3% |
| Operating income | $    346.0 | $    216.0 | $    240.1 | 60% | 44% |

HISTORICAL DISCUSSION

Operating income increased $130.0 million (60%) as a result of growth from businesses owned and/or consolidated in both 1997 and 1996 and from the acquisitions of the Coldwell Banker franchise system and Coldwell Banker Relocation Services Inc. ("CBRS") in May 1996 and the ERA franchise system in February 1996. Real estate franchise revenue and operating income increased $98.4 million (42%) and $72.8 million (66%), respectively from 1996 to 1997 primarily due to the aforementioned acquisitions of the Coldwell Banker and ERA franchise brands which collectively contributed incremental revenues and operating income of $73.8 million and $69.0 million, respectively. In addition, the real estate franchise business realized growth in the operating results of businesses owned in both 1997 and 1996 principally as a result of increases in both the volume and average price of homes sold. Corporate relocation revenue and operating income increased $56.7 million (16%) and $30.2 million (56%), respectively, principally due to the operating results of acquired CBRS operations which contributed incremental revenues and operating income in 1997 of $47.2 million and $18.4 million, respectively. Mortgage services operating income increased $28.3 million (69%) due to a $51.5 million (40%) increase in revenue while expenses increased only $23.2 million (27%). The revenue increase resulted from a 40% increase in loan origination volume to $11.7 billion, which accelerated to nearly an $18 billion annual run rate by year-end 1997. Although the Company generally sells originated notes within 45 days of origination, it routinely retains servicing rights. Servicing revenue increased $13.4 million (28%) primarily due to gains on sales of servicing. The increase in expenses was not only related to processing current year volume, but to preparation for hiring, training and providing office facilities for increased staff needed to handle the processing of future origination volume as monthly applications more than doubled.

PRO FORMA DISCUSSION

On a pro forma basis, as if Coldwell Banker, CBRS and ERA were acquired on January 1, 1996, operating income in 1997 increased $105.9 million (44%) from 1996. The increase results from a $126.1 million (15%) increase in revenue while corresponding operating expenses increased only $20.2 million (3%). Operating income of the real estate franchise, corporate relocation and mortgage services businesses each increased by more than 30% over 1996 pro forma results. Real estate franchise operating income increased $59.2 million (48%) based on revenue growth of $54.8 million (20%) primarily due to a 17% combined

44

increase in 1997 in home sales and the average price of homes sold. Real estate franchise operating expenses decreased $4.4 million primarily as a result of consolidation of certain franchise administration functions of the recently acquired franchise brands. Corporate relocation operating income increased $19.7 million (30%) due to a $21.8 million increase in revenue, primarily relocation referrals, while operating expenses increased only $2.1 million (1%) due to the consolidation of the PHH Relocation Services Inc. and CBRS into one operating company, Cendant Mobility Services, Inc. The Pro Forma operating results for Mortgage Services are the same as the historical results.

ALLIANCE MARKETING SEGMENT

The Company derives its Alliance Marketing revenue principally from membership fees, insurance premiums and product sales. The Alliance Marketing Segment is divided into three divisions: individual membership ("Individual Membership"); insurance/wholesale ("Insurance/Wholesale"); and lifestyle ("Lifestyle"). Individual Membership with more than 33 million members, provides customers with access to a variety of products and services in such areas as retail shopping, credit information, travel, auto, dining and home improvement. Insurance/Wholesale with nearly 31 million customers, markets and administers insurance products, primarily accidental death insurance. Insurance/Wholesale also provides services such as checking account enhancement packages, various financial products and discount programs to financial institutions, which in turn provide these services to their customers. Lifestyle with over 11 million customers, provides customers with unique products and services that are designed to enhance a customer's lifestyle.

Alliance Marketing growth is generated primarily from direct marketing to consumers or by partnering with businesses such as banks, credit card and travel companies which furnish access to their client base. Commencing with the Cendant Merger, Alliance Marketing businesses have unfettered access to the customers of the Company's Travel Segment businesses which account for 1 of 6 U.S. hotel rooms sold, 1 of 4 cars rented in the U.S. and more than 70% of timeshare resort vacation exchanges worldwide. Alliance Marketing businesses also have access to customers of the Company's Real Estate Segment business which participate in more than 25% of U.S. home sales, more than 50% of corporate employee relocations and more than $25 billion in annual mortgage originations.

| (IN MILLIONS) | YEAR ENDED DECEMBER 31, | | VARIANCE |
| --- | --- | --- | --- |
| | 1997 | 1996 | |
| Net revenues | $ 1,570.3 | $ 1,474.3 | 7% |
| Operating expenses | 1,432.6 | 1,316.0 | 9% |
| Operating income | $ 137.7 | $ 158.3 | (13%) |

Operating income for the Alliance Marketing segment decreased $20.6 million (13%) to $137.7 million primarily due to a $23.7 million reduction in 1997 operating income due to a change in accounting policy.

Prior to 1997, the Company recorded deferred membership income, net of estimated cancellations, at the time members were billed (upon expiration of the free trial period). Such net billings were recognized as revenue ratably over the membership term and modified periodically based on actual cancellation experience. In addition, membership acquisition and renewal costs, which related primarily to membership solicitations were capitalized as direct response advertising costs due to the Company's ability to demonstrate that the direct response advertising resulted in future economic benefits. Such costs were amortized on a straight-line basis as corresponding revenues were recognized (over the average membership period). The Company believed that these accounting policies were appropriate and consistent with industry practice.

In August 1998, in connection with the Company's cooperation with the SEC Staff's investigation of accounting irregularities discovered in the former CUC business units, the SEC Staff concluded that when membership fees are fully refundable during the entire membership period, membership revenue should be recognized at the end of the membership period upon the expiration of the refund offer. The SEC Staff further concluded that non-refundable solicitation costs should be expensed as incurred since such costs are not recoverable if membership fees are refunded. The Company adopted the new accounting policy effective January 1, 1997.

45

The Company anticipates a significant increase in costs to solicit new members in 1998. Since revenue from members solicited in 1998 will not be recognized under the new accounting policy until 1999, the Company anticipates a negative impact in 1998 in its individual membership business.

Individual Membership operating income decreased $25.4 million (183%) from a pro forma 1996 operating income of $13.9 million which was adjusted for the accounting change applied retroactively. Revenues increased $24.5 million (4%) due primarily to increased monthly membership billings of $7.1 million (55%) and a $14.7 million (22%) increase in travel agent commissions. Individual Membership operating expenses increased $49.9 million (8%) due primarily to increased call center and other servicing expenses as well as higher general & administrative expenses.

Insurance/Wholesale operating income increased $12.7 million (13%) to $108.1 million. Revenue increased $34.7 million (8%) to $482.7 million and was partially offset by an increase in expenses of $22.0 million (6%). Domestic revenues increased $18.7 million to $394.9 million. This revenue increase reflected the addition of 1.6 million new customers and was partially offset primarily by an increase in insurance claims (which are accounted for as a reduction in revenue) from 27.6% to 29.0% of revenue. Domestic expenses increased by $8.9 million (3%) due to increased marketing and servicing expenses. International revenue increased $16.0 million (22%) to $87.8 million while expenses increased $13.1 million (18%) to $85.2 million. The international business continued its expansion into new countries and markets, accounting for growth in both revenue and expenses.

Lifestyle operating income decreased to $41.1 million from $42.1 million in 1996. This reduction was due to revenue increases of $52.5 million (14%) being offset by expense increases of $53.5 million (17%). Revenues and operating income at Entertainment Publications, Inc. ("EPub") increased by $14.9 million (9%) and $3.7 million (23%) respectively reflecting stable coupon book prices and increased sales through new sales channels. Revenues and operating income in the Company's dating membership business increased by $13.8 million (65%) and $5.2 million (95%) respectively due primarily to an additional 210 participating radio stations and the September 1997 acquisition of Match.Com. The North American Outdoor Group ("NAOG") posted revenue gains of $15.4 million (19%), but operating income fell $13.9 million (92%). NAOG also adopted the change in accounting policies for membership revenues and marketing expenses discussed above resulting in a decrease in revenue of $2.0 million and an increase in operating expenses of $5.1 million. These changes were due primarily to increases in book, video and advertising revenues being offset by higher membership acquisition costs and start-up expenses associated with the introduction of new Garden and Golf clubs.

OTHER SERVICES SEGMENT

The Company operates a variety of other businesses in addition to those which comprise each of the Company's core business segments. Such business operations include (i) information technology and reservation system support services provided to the car rental and hotel industry ("Wizcom"); (ii) casino credit information and marketing services ("Casino Marketing") and the equity in earnings from the Company's investment in the Avis Rent A Car, Inc. ("Avis") car rental company.

|  | YEAR ENDED DECEMBER 31, | | |
| --- | --- | --- | --- |
| (IN MILLIONS) | 1997 | 1996 | VARIANCE |
| Net revenues | $    345.5 | $    178.6 | 93% |
| Operating expenses | 275.8 | 150.0 | 84% |
| Operating income | $     69.7 | $     28.6 | 144% |

Operating income increased $41.1 million (144%) primarily from a $41.7 million incremental increase in the equity in earnings of Avis, which was initially acquired by the Company in October 1996.