INDEX TO FINANCIAL STATEMENTS

|                                                                                                 | PAGE |
|                                                                                                 | ---- |
| Independent Auditors' Reports ................................................................... | F-2  |
| Consolidated Statements of Operations for the years ended December 31, 1997, 1996 and 1995      | F-6  |
| Consolidated Balance Sheets as of December 31, 1997 and 1996 .................................... | F-7  |
| Consolidated Statements of Shareholders' Equity for the years ended December 31, 1997, 1996 and 1995 ................................................................................... | F-9  |
| Consolidated Statements of Cash Flows for the years ended December 31, 1997, 1996 and 1995 ................................................................................................ | F-12 |
| Notes to Consolidated Financial Statements ..................................................... | F-14 |

F-1

INDEPENDENT AUDITORS' REPORT

To the Board of Directors and Shareholders of
Cendant Corporation

We have audited the consolidated balance sheets of Cendant Corporation and
subsidiaries (the "Company") as of December 31, 1997 and 1996, and the related
consolidated statements of operations, shareholders' equity, and cash flows for
each of the three years in the period ended December 31, 1997. These
consolidated financial statements are the responsibility of the Company's
management. Our responsibility is to express an opinion on the consolidated
financial statements based on our audits. We did not audit the balance sheet of
PHH Corporation (a consolidated subsidiary of Cendant Corporation) as of
December 31, 1996, or the related statements of income, shareholders' equity,
and cash flows of PHH Corporation for the years ended December 31, 1996 and
January 31, 1996, which statements reflect total assets of $6.6 billion as of
December 31, 1996, and net income of $87.7 million and $78.1 million for the
years ended December 31, 1996 and January 31, 1996, respectively. Nor did we
audit the statements of operations, stockholder's equity or cash flows of Ideon
Group, Inc. (a consolidated subsidiary of Cendant Corporation) for the year
ended December 31, 1995, which statements reflect a net loss of $49.4 million
for the year ended December 31, 1995. Nor did we audit the statements of
earnings, shareholders' equity or cash flows of Davidson & Associates, Inc. (a
consolidated subsidiary of Cendant Corporation) for the year ended December 31,
1995, which statements reflect net income of $13.6 million for the year ended
December 31, 1995. Those statements were audited by other auditors whose
reports have been furnished to us, and our opinion, insofar as it relates to
the amounts included for PHH Corporation, Ideon Group, Inc. and Davidson &
Associates, Inc. for such periods, is based solely on the reports of such other
auditors.

We conducted our audits in accordance with generally accepted auditing
standards. Those standards require that we plan and perform the audit to obtain
reasonable assurance about whether the financial statements are free of
material misstatement. An audit includes examining, on a test basis, evidence
supporting the amounts and disclosures in the financial statements. An audit
also includes assessing the accounting principles used and significant
estimates made by management, as well as evaluating the overall financial
statement presentation. We believe that our audits and the reports of the other
auditors provide a reasonable basis for our opinion.

In our opinion, based on our audits and the reports of the other auditors, the
consolidated financial statements referred to above present fairly, in all
material respects, the financial position of Cendant Corporation and
subsidiaries at December 31, 1997 and 1996, and the results of their operations
and their cash flows for each of the three years in the period ended December
31, 1997 in conformity with generally accepted accounting principles.

As discussed in Note 3, the accompanying consolidated balance sheets as of
December 31, 1997 and 1996, and the related consolidated statements of
operations, shareholders' equity, and cash flows for each of the three years in
the period ended December 31, 1997 have been restated. Additionally, as
discussed in Note 17 to the consolidated financial statements, the Company is
involved in certain litigation related to the discovery of accounting
irregularities in certain former CUC International Inc. business units.

As discussed in Notes 2 and 3, in 1997 the Company changed its method of
recognizing revenue and membership solicitation costs for its membership
businesses.

Deloitte & Touche LLP
Parsippany, New Jersey
September 28, 1998

F-2

INDEPENDENT AUDITORS' REPORT

The Board of Directors
PHH Corporation

We have audited the consolidated balance sheet of PHH Corporation and
subsidiaries as of December 31, 1996, and the related consolidated statements
of income, shareholders' equity, and cash flows for the years ended December
31, 1996 and January 31, 1996, before the restatement related to the merger of
Cendant Corporation's relocation business with the Company and
reclassifications to conform to the presentation used by Cendant Corporation,
not presented separately herein. These consolidated financial statements are
the responsibility of the Company's management. Our responsibility is to
express an opinion on these consolidated financial statements based on our
audits.

We conducted our audits in accordance with generally accepted auditing
standards. Those standards require that we plan and perform the audit to obtain
reasonable assurance about whether the financial statements are free of
material misstatement. An audit includes examining, on a test basis, evidence
supporting the amounts and disclosures in the financial statements. An audit
also includes assessing the accounting principles used and significant
estimates made by management, as well as evaluating the overall financial
statement presentation. We believe that our audits provide a reasonable basis
for our opinion.

In our opinion, the consolidated financial statements (before restatement and
reclassifications) referred to above present fairly, in all material respects,
the financial position of PHH Corporation and subsidiaries as of December 31,
1996, and the results of their operations and their cash flows for the years
ended December 31, 1996 and January 31, 1996, in conformity with generally
accepted accounting principles.


/s/ KPMG Peat Marwick LLP
Baltimore, Maryland
April 30, 1997


F-3

INDEPENDENT AUDITORS' REPORT

The Board of Directors and Stockholders
Davidson & Associates, Inc.


We have audited the consolidated statements of earnings, shareholders' equity
and cash flows of Davidson & Associates, Inc. and subsidiaries for the year
ended December 31, 1995 not presented seperately herein. These consolidated
financial statements are the responsibility of the Company's management. Our
responsibility is to express an opinion on these financial statements based on
our audit.

We conducted our audit in accordance with generally accepted auditing
standards. Those standards require that we plan and perform the audit to obtain
reasonable assurance about whether the financial statements are free of
material misstatement. An audit includes examining, on a test basis, evidence
supporting the amounts and disclosures in the financial statements. An audit
also includes assessing the accounting principles used and significant
estimates made by management, as well as evaluating the overall financial
statement presentation. We believe that our audit provides a reasonable basis
for our opinion.

In our opinion, the consolidated financial statements referred to above present
fairly, in all material respects, the results of operations and the cash flows
of Davidson & Associates, Inc. and subsidiaries for the year ended December 31,
1995, in conformity with generally accepted accounting principles.


/s/ KPMG Peat Marwick LLP
Long Beach, California
February 21, 1996


F-4

REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS

To the Board of Directors and
Stockholders of Ideon Group, Inc.


In our opinion, the consolidated statements of operations, of cash flows and of changes in stockholders' equity of Ideon Group, Inc. (formerly known as SafeCard Services, Incorporated), and its subsidiaries (not presented separately herein), present fairly, in all material respects, the results of operations and cash flows of Ideon Group, Inc. and its subsidiaries for the year ended December 31, 1995, in conformity with generally accepted accounting principles. These financial statements are the responsibility of the Company's management; our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audit of these statements in accordance with generally accepted auditing standards which require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for the opinion expressed above. We have not audited the consolidated financial statements of Ideon Group, Inc. for any period subsequent to December 31, 1995.


/s/ Price Waterhouse LLP
Tampa, Florida
February 2, 1996

F-5

CENDANT CORPORATION AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF OPERATIONS
(IN MILLIONS, EXCEPT PER SHARE DATA)

|  | AS RESTATED (NOTE 3) | | |
| --- | --- | --- | --- |
|  | YEAR ENDED DECEMBER 31, | | |
|  | 1997 | 1996 | 1995 |
| REVENUES |  |  |  |
| Membership and service fees -- net | $ 3,988.7 | $ 3,138.0 | $ 2,522.1 |
| Fleet leasing (net of depreciation and interest costs of $1,205.2, $1,132.4 and $1,089.0) | 59.5 | 56.7 | 52.1 |
| Other | 191.8 | 43.0 | 41.9 |
| Net revenues | 4,240.0 | 3,237.7 | 2,616.1 |
| EXPENSES |  |  |  |
| Operating | 1,322.3 | 1,183.2 | 1,024.9 |
| Marketing and reservation | 1,031.8 | 910.8 | 743.6 |
| General and administrative | 636.2 | 341.0 | 283.3 |
| Depreciation and amortization | 237.7 | 145.5 | 100.4 |
| Interest -- net | 50.6 | 14.3 | 16.6 |
| Merger-related costs and other unusual charges | 704.1 | 109.4 | 97.0 |
| Total expenses | 3,982.7 | 2,704.2 | 2,265.8 |
| INCOME FROM CONTINUING OPERATIONS BEFORE INCOME TAXES, EXTRAORDINARY GAIN AND CUMULATIVE EFFECT OF ACCOUNTING CHANGE | 257.3 | 533.5 | 350.3 |
| Provision for income taxes | 191.0 | 220.2 | 143.2 |
| INCOME FROM CONTINUING OPERATIONS BEFORE EXTRAORDINARY GAIN AND CUMULATIVE EFFECT OF ACCOUNTING CHANGE | 66.3 | 313.3 | 207.1 |
| Income (loss) from discontinued operations, net of taxes (Note 6) | (26.8) | 16.7 | 22.7 |
| INCOME BEFORE EXTRAORDINARY GAIN AND CUMULATIVE EFFECT OF ACCOUNTING CHANGE | 39.5 | 330.0 | 229.8 |
| Extraordinary gain, net of tax (Note 22) | 26.4 | -- | -- |
| INCOME BEFORE CUMULATIVE EFFECT OF ACCOUNTING CHANGE | 65.9 | 330.0 | 229.8 |
| Cumulative effect of accounting change, net of tax (Note 3) | (283.1) | -- | -- |
| Net income (loss) | $ (217.2) | $ 330.0 | $ 229.8 |
| INCOME (LOSS) PER SHARE |  |  |  |
| BASIC |  |  |  |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | $ 0.08 | $ 0.41 | $ 0.30 |
| Income (loss) from discontinued operations, net | (0.03) | 0.03 | 0.03 |
| Extraordinary gain, net | 0.03 | -- | -- |
| Cumulative effect of accounting change, net | (0.35) | -- | -- |
| NET INCOME (LOSS) | $ (0.27) | $ 0.44 | $ 0.33 |
| DILUTED |  |  |  |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | $ 0.08 | $ 0.39 | $ 0.28 |
| Income (loss) from discontinued operations, net | (0.03) | 0.02 | 0.03 |
| Extraordinary gain, net | 0.03 | -- | -- |
| Cumulative effect of accounting change, net | (0.35) | -- | -- |
| NET INCOME (LOSS) | $ (0.27) | $ 0.41 | $ 0.31 |

See accompanying notes to consolidated financial statements.

CENDANT CORPORATION AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEETS
(IN MILLIONS, EXCEPT SHARE DATA)

|  | AS RESTATED (NOTE 3) | |
| --- | --- | --- |
|  | DECEMBER 31, | |
|  | 1997 | 1996 |
| **ASSETS** | | |
| Current assets | | |
| Cash and cash equivalents | $    67.0 | $    448.1 |
| Receivables, (net of allowance for doubtful accounts of $61.5 and $61.0) | 1,170.7 | 994.1 |
| Deferred membership acquisition costs | -- | 269.9 |
| Deferred income taxes | 311.9 | 136.9 |
| Other current assets | 767.2 | 525.0 |
| Net assets of discontinued operations | 273.3 | 120.1 |
| Total current assets | 2,590.1 | 2,494.1 |
| Franchise agreements -- net | 890.3 | 995.9 |
| Goodwill -- net | 2,148.2 | 2,080.3 |
| Other intangibles -- net | 897.5 | 634.5 |
| Other assets | 1,103.6 | 828.5 |
| Total assets exclusive of assets under programs | 7,629.7 | 7,033.3 |
| Assets under management and mortgage programs | | |
| Net investment in leases and leased vehicles | 3,659.1 | 3,418.7 |
| Relocation receivables | 775.3 | 773.3 |
| Mortgage loans held for sale | 1,636.3 | 1,248.3 |
| Mortgage servicing rights | 373.0 | 288.9 |
|  | 6,443.7 | 5,729.2 |
| TOTAL ASSETS | $ 14,073.4 | $ 12,762.5 |

See accompanying notes to consolidated financial statements.

F-7

CENDANT CORPORATION AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEETS
(IN MILLIONS, EXCEPT SHARE DATA)

|  | AS RESTATED (NOTE 3) | |
| --- | --- | --- |
|  | DECEMBER 31, | |
|  | 1997 | 1996 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current liabilities** | | |
| Accounts payable and other current liabilities | $ 1,492.4 | $ 1,602.9 |
| Deferred income | 1,042.0 | 573.0 |
| Total current liabilities | 2,534.4 | 2,175.9 |
| Deferred income | | |
| Long-term debt | 292.1 | 327.9 |
| Deferred income taxes | 1,246.0 | 780.8 |
| Other noncurrent liabilities | 70.9 | 62.4 |
|  | 110.3 | 88.0 |
| Total liabilities exclusive of liabilities under programs | 4,253.7 | 3,435.0 |
| Liabilities under management and mortgage programs | | |
| Debt | 5,602.6 | 5,089.9 |
| Deferred income taxes | 295.7 | 281.9 |
| Commitments and contingencies (Note 17) | | |
| **Shareholders' equity** | | |
| Preferred stock, $.01 par value -- authorized 10 million shares; none issued and outstanding | -- | -- |
| Common stock, $.01 par value -- authorized 2 billion shares; issued 838,333,800 and 807,654,321 shares | 8.4 | 8.1 |
| Additional paid-in capital | 3,088.4 | 2,871.2 |
| Retained earnings | 940.6 | 1,186.7 |
| Net unrealized gain on marketable securities | 0.2 | 4.4 |
| Currency translation adjustment | (38.4) | (10.8) |
| Restricted stock, deferred compensation | (3.4) | (28.2) |
| Treasury stock, at cost, 6,545,362 and 6,911,757 shares | (74.4) | (75.7) |
| Total shareholders' equity | 3,921.4 | 3,955.7 |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | $ 14,073.4 | $ 12,762.5 |

See accompanying notes to consolidated financial statements.

F-8

CENDANT CORPORATION AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY
(IN MILLIONS)

| | AS RESTATED (NOTE 3) | | | |
| --- | --- | --- | --- | --- |
| | COMMON STOCK | | ADDITIONAL PAID-IN CAPITAL | RETAINED EARNINGS |
| | SHARES | AMOUNT | | |
| BALANCE, JANUARY 1, 1995 | 687.7 | $ 6.9 | $ 711.5 | $ 718.7 |
| Issuance of common stock | 21.1 | .3 | 186.8 | -- |
| Exercise of stock options by payment of cash and common stock | 12.5 | .1 | 67.1 | -- |
| Tax benefit from exercise of stock options | -- | -- | 54.8 | -- |
| Amortization of ESOP obligation | -- | -- | 3.0 | -- |
| Exercise of stock warrants | 2.4 | -- | 14.9 | -- |
| Cash dividends declared and other equity distributions | -- | -- | .2 | (43.4) |
| Conversion of convertible notes | 2.1 | -- | 13.7 | -- |
| Net unrealized loss on marketable securities | -- | -- | -- | -- |
| Purchase of common stock | -- | -- | -- | -- |
| Retirement of treasury stock | (.6) | -- | (10.1) | -- |
| Currency translation adjustment | -- | -- | -- | -- |
| Net income | -- | -- | -- | 229.8 |
| BALANCE, DECEMBER 31, 1995 | 725.2 | $ 7.3 | $ 1,041.9 | $ 905.1 |

| | AS RESTATED (NOTE 3) | | | |
| --- | --- | --- | --- | --- |
| | NET UNREALIZED LOSS ON MARKETABLE SECURITIES | CURRENCY TRANSLATION ADJUSTMENT | RESTRICTED STOCK, DEFERRED COMPENSATION | TREASURY STOCK |
| BALANCE, JANUARY 1, 1995 | $ (.7) | $ (20.8) | $ -- | $ (10.5) |
| Issuance of common stock | -- | -- | -- | -- |
| Exercise of stock options by payment of cash and common stock | -- | -- | -- | (20.5) |
| Tax benefit from exercise of stock options | -- | -- | -- | -- |
| Amortization of ESOP obligation | -- | -- | -- | -- |
| Exercise of stock warrants | -- | -- | -- | -- |
| Cash dividends declared and other equity distributions | -- | -- | -- | -- |
| Conversion of convertible notes | -- | -- | -- | -- |
| Net unrealized loss on marketable securities | (1.4) | -- | -- | -- |
| Purchase of common stock | -- | -- | -- | (10.1) |
| Retirement of treasury stock | -- | -- | -- | 10.1 |
| Currency translation adjustment | -- | (2.2) | -- | -- |
| Net income | -- | -- | -- | -- |
| BALANCE, DECEMBER 31, 1995 | $ (2.1) | $ (23.0) | $ -- | $ (31.0) |

See accompanying notes to consolidated financial statements.

F-9

CENDANT CORPORATION AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY (CONTINUED)
(IN MILLIONS)

|  | AS RESTATED (NOTE 3) | | | |
|  | COMMON STOCK | | ADDITIONAL PAID-IN CAPITAL | RETAINED EARNINGS |
|  | SHARES | AMOUNT |  |  |
| BALANCE, JANUARY 1, 1996 | 725.2 | $ 7.3 | $ 1,041.9 | $ 905.1 |
| Issuance of common stock | 63.3 | .6 | 1,627.9 | -- |
| Exercise of stock options by payment of cash and common stock | 14.0 | .1 | 74.6 | -- |
| Restricted stock issuance | 1.4 | -- | 30.5 | -- |
| Amortization of restricted stock | -- | -- | -- | -- |
| Tax benefit from exercise of stock options | -- | -- | 78.9 | -- |
| Cash dividends declared and other equity distributions | -- | -- | -- | (41.3) |
| Adjustment to reflect change in fiscal years pooled entities | -- | -- | (.6) | (7.1) |
| Conversion of convertible notes | 3.8 | .1 | 18.0 | -- |
| Net unrealized gain on marketable securities | -- | -- | -- | -- |
| Purchase of common stock | -- | -- | -- | -- |
| Currency translation adjustment | -- | -- | -- | -- |
| Net income | -- | -- | -- | 330.0 |
| BALANCE, DECEMBER 31, 1996 | 807.7 | $ 8.1 | $ 2,871.2 | $ 1,186.7 |

|  | AS RESTATED (NOTE 3) | | | |
|  | NET UNREALIZED GAIN (LOSS) ON MARKETABLE SECURITIES | CURRENCY TRANSLATION ADJUSTMENT | RESTRICTED STOCK, DEFERRED COMPENSATION | TREASURY STOCK |
| BALANCE, JANUARY 1, 1996 | $ (2.1) | $ (23.0) | $ -- | $ (33.0) |
| Issuance of common stock | -- | -- | -- | -- |
| Exercise of stock options by payment of cash and common stock | -- | -- | -- | -- |
| Restricted stock issuance | -- | -- | -- | (25.5) |
| Amortization of restricted stock | -- | -- | (30.5) | -- |
| Tax benefit from exercise of stock options | -- | -- | 2.3 | -- |
| Cash dividends declared and other equity distributions | -- | -- | -- | -- |
| Adjustment to reflect change in fiscal years pooled entities | -- | 2.4 | -- | -- |
| Conversion of convertible notes | -- | -- | -- | -- |
| Net unrealized gain on marketable securities | 6.5 | -- | -- | -- |
| Purchase of common stock | -- | -- | -- | (19.2) |
| Currency translation adjustment | -- | 9.8 | -- | -- |
| Net income | -- | -- | -- | -- |
| BALANCE, DECEMBER 31, 1996 | $ 4.4 | $ (10.8) | $ (28.2) | $ (75.7) |

See accompanying notes to consolidated financial statements.

F-10

CENDANT CORPORATION AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY (CONTINUED)
(IN MILLIONS)

| | AS RESTATED (NOTE 3) | | | |
| | COMMON STOCK | | ADDITIONAL PAID-IN CAPITAL | RETAINED EARNINGS |
| | SHARES | AMOUNT | | |
|---|---|---|---|---|
| BALANCE, JANUARY 1, 1997 | 807.7 | $ 8.1 | $ 2,871.2 | $ 1,186.7 |
| Issuance of common stock | 6.2 | -- | 46.3 | -- |
| Exercise of stock options by payment of cash and common stock | 11.4 | .1 | 132.8 | -- |
| Restricted stock issuance | .2 | -- | 3.7 | -- |
| Amortization of restricted stock | -- | -- | -- | -- |
| Tax benefit from exercise of stock options | -- | -- | 93.5 | -- |
| Cash dividends declared | -- | -- | -- | (6.6) |
| Adjustment to reflect taxable poolings | -- | -- | 41.2 | -- |
| Adjustment to reflect change in CUC fiscal year | -- | -- | -- | (22.3) |
| Post-closing payment made in connection with shares issued to acquire Avis Inc. | -- | -- | (60.8) | -- |
| Conversion of convertible notes | 20.2 | .2 | 150.9 | -- |
| Net unrealized loss on marketable securities | -- | -- | -- | -- |
| Purchase of common stock | -- | -- | -- | -- |
| Retirement of treasury stock | (7.4) | -- | (190.4) | -- |
| Currency translation adjustment | -- | -- | -- | -- |
| Net loss | -- | -- | -- | (217.2) |
| BALANCE, DECEMBER 31, 1997 | 838.3 | $ 8.4 | $ 3,088.4 | $ 940.6 |

| | AS RESTATED (NOTE 3) | | | |
| | NET UNREALIZED GAIN (LOSS) ON MARKETABLE SECURITIES | CURRENCY TRANSLATION ADJUSTMENT | RESTRICTED STOCK, DEFERRED COMPENSATION | TREASURY STOCK |
|---|---|---|---|---|
| BALANCE, JANUARY 1, 1997 | $ 4.4 | $ (10.8) | $ (28.2) | $ (75.7) |
| Issuance of common stock | -- | -- | -- | -- |
| Exercise of stock options by payment of cash and common stock | -- | -- | -- | (17.8) |
| Restricted stock issuance | -- | -- | (3.7) | -- |
| Amortization of restricted stock | -- | -- | 28.5 | -- |
| Tax benefit from exercise of stock options | -- | -- | -- | -- |
| Cash dividends declared | -- | -- | -- | -- |
| Adjustment to reflect taxable poolings | -- | -- | -- | -- |
| Adjustment to reflect change in CUC fiscal year | -- | -- | -- | -- |
| Post-closing payment made in connection with shares issued to acquire Avis Inc. | -- | -- | -- | -- |
| Conversion of convertible notes | -- | -- | -- | -- |
| Net unrealized loss on marketable securities | (4.2) | -- | -- | -- |
| Purchase of common stock | -- | -- | -- | (171.3) |
| Retirement of treasury stock | -- | -- | -- | 190.4 |
| Currency translation adjustment | -- | (27.6) | -- | -- |
| Net loss | -- | -- | -- | -- |
| BALANCE, DECEMBER 31, 1997 | $ 0.2 | $ (38.4) | $ (3.4) | $ (74.4) |

See accompanying notes to consolidated financial statements.

F-11

CENDANT CORPORATION AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF CASH FLOWS
(IN MILLIONS)

| | AS RESTATED (NOTE 3) | | |
| --- | --- | --- | --- |
| | YEAR ENDED DECEMBER 31, | | |
| | 1997 | 1996 | 1995 |
| **OPERATING ACTIVITIES** | | | |
| Net income (loss) | $ (217.2) | $ 330.0 | $ 229.8 |
| (Income) loss from discontinued operations, net of taxes | 26.8 | (16.7) | (22.7) |
| Extraordinary gain on sale of subsidiary, net of tax | (26.4) | -- | -- |
| Cumulative effect of accounting change, net of tax | 283.1 | -- | -- |
| Merger-related costs and other unusual charges | 704.1 | 109.4 | 97.0 |
| Merger-related payments | (317.7) | (61.3) | (36.2) |
| Adjustments to reconcile net income to net cash provided by continuing operations | | | |
| Depreciation and amortization | 237.7 | 145.5 | 100.4 |
| Membership acquisition costs | (26.0) | (512.1) | (442.9) |
| Amortization of membership costs | -- | 492.3 | 390.2 |
| Effect of changes in fiscal years of pooled entities | (22.3) | (7.1) | -- |
| Deferred income taxes | (23.8) | 68.8 | 54.2 |
| Change in operating assets and liabilities from continuing operations: | | | |
| Receivables | (95.6) | (122.1) | (82.6) |
| Accounts payable and other current liabilities | (87.0) | 47.7 | 122.4 |
| Deferred income | 134.0 | 43.9 | 32.0 |
| Other | (90.6) | 58.8 | (98.7) |
| NET CASH PROVIDED BY CONTINUING OPERATIONS EXCLUSIVE OF MANAGEMENT AND MORTGAGE PROGRAMS | 479.1 | 577.1 | 322.9 |
| Management and mortgage programs: | | | |
| Depreciation and amortization | 1,121.9 | 1,021.8 | 960.9 |
| Mortgage loans held for sale | (388.0) | (73.3) | (139.5) |
| | 733.9 | 948.5 | 821.4 |
| NET CASH PROVIDED BY OPERATING ACTIVITIES OF CONTINUING OPERATIONS | 1,213.0 | 1,525.6 | 1,144.3 |
| **INVESTING ACTIVITIES** | | | |
| Property and equipment additions | (154.5) | (101.2) | (100.4) |
| Proceeds from sales of marketable securities | 506.1 | 72.4 | 164.2 |
| Purchases of marketable securities | (458.1) | (125.6) | (51.3) |
| Loans and investments | (272.5) | (12.7) | (33.8) |
| Net assets acquired, exclusive of cash acquired and acquisition-related payments | (568.2) | (1,608.6) | (145.8) |
| Net proceeds from sale of subsidiary | 224.0 | -- | -- |
| Funding of grantor trusts | -- | (89.9) | -- |
| Other | (108.7) | 33.7 | (23.4) |
| NET CASH USED IN INVESTING ACTIVITIES OF CONTINUING OPERATIONS EXCLUSIVE OF MANAGEMENT AND MORTGAGE PROGRAMS | (831.9) | (1,831.9) | (190.5) |
| Management and mortgage programs: | | | |
| Investment in leases and leased vehicles | (2,068.8) | (1,901.2) | (2,008.5) |
| Payments received on investment in leases and leased vehicles | 589.0 | 595.9 | 576.6 |
| Proceeds from sales and transfers of leases and leased vehicles to third parties | 186.4 | 162.8 | 109.8 |
| Equity advances on homes under management | (6,844.5) | (4,308.0) | (6,238.5) |
| Repayment of advances on homes under management | 6,862.6 | 4,348.9 | 6,070.5 |
| Additions to originated mortgage servicing rights | (270.4) | (164.4) | (130.1) |
| Proceeds from sales of mortgage servicing rights | 49.0 | 7.1 | 21.7 |
| | (1,496.7) | (1,258.9) | (1,598.5) |
| NET CASH USED IN INVESTING ACTIVITIES OF CONTINUING OPERATIONS | (2,328.6) | (3,090.8) | (1,789.0) |

See accompanying notes to consolidated financial statements.

F-12

CENDANT CORPORATION AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF CASH FLOWS (CONTINUED)
(IN MILLIONS)

|  | AS RESTATED (NOTE 3) | | |
| --- | --- | --- | --- |
|  | YEAR ENDED DECEMBER 31, | | |
|  | 1997 | 1996 | 1995 |
| **FINANCING ACTIVITIES** |  |  |  |
| Proceeds from borrowings | $ 66.7 | $ 459.1 | $ 6.0 |
| Principal payments on borrowings | (174.0) | (3.5) | (50.0) |
| Issuance of convertible debt | 543.2 | -- | -- |
| Issuance of common stock | 132.2 | 1,223.8 | 100.2 |
| Purchases of common stock | (171.3) | (19.2) | (10.1) |
| Payments of dividends and other equity distributions by pooled entities | (6.6) | (41.3) | (39.1) |
| Other | -- | (80.0) | 15.0 |
| NET CASH PROVIDED BY FINANCING ACTIVITIES OF CONTINUING OPERATIONS EXCLUSIVE OF MANAGEMENT AND MORTGAGE PROGRAM | 390.2 | 1,538.9 | 22.0 |
| Management and mortgage programs: |  |  |  |
| Proceeds from debt issuance or borrowings | 2,816.3 | 1,656.0 | 1,858.8 |
| Principal payments on borrowings | (1,692.9) | (1,645.9) | (1,237.0) |
| Net change in short-term borrowings | (613.5) | 231.8 | 17.4 |
|  | 509.9 | 241.9 | 639.2 |
| NET CASH PROVIDED BY FINANCING ACTIVITIES OF CONTINUING OPERATIONS | 900.1 | 1,780.8 | 661.2 |
| Effect of changes in exchange rates on cash and cash equivalents | 15.4 | (46.2) | 6.5 |
| Cash provided by (used in) discontinued operations | (181.0) | 53.6 | (1.8) |
| Net increase (decrease) in cash and cash equivalents | (381.1) | 223.0 | 21.2 |
| Cash and cash equivalents, beginning of period | 448.1 | 225.1 | 203.9 |
| Cash and cash equivalents, end of period | $ 67.0 | $ 448.1 | $ 225.1 |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION** |  |  |  |
| Cash paid during the year for: |  |  |  |
| Interest | $ 374.9 | $ 291.7 | $ 284.9 |
| Taxes | $ 264.5 | $ 89.4 | $ 90.7 |

See accompanying notes to consolidated financial statements.

F-13

CENDANT CORPORATION AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

1. BASIS OF PRESENTATION

Cendant Corporation, together with its subsidiaries and its joint ventures ("Cendant" or the "Company") is a leading global provider of consumer and business services. The Company was created through the merger (the "Cendant Merger") of HFS Incorporated ("HFS") and CUC International Inc. ("CUC") on December 17, 1997 with the merged company being renamed Cendant Corporation. The Company provides all the services formerly provided by each of HFS and CUC including travel services, real estate services and membership-based consumer services. See Note 24 for a description of the Company's industry segments and the services provided within its underlying businesses.

On April 15, 1998, as a result of the discovery of accounting irregularities in the former CUC business units, the Audit Committee of the Company's Board of Directors initiated an investigation into such matters. The Audit Committee's investigation has since been completed and, as a result of its findings, the Company has restated its previously reported financial results for 1995 through 1997. The accompanying consolidated financial statements and footnotes thereto for the years ended December 31, 1997, 1996 and 1995 set forth herein incorporates all relevant information obtained from the investigation, and reflects the correction of accounting policies which were changed as a result of the findings. Accordingly, the restated consolidated financial statements presented herein are the Company's primary historical financial statements for the periods presented. See Note 3 for a reconciliation of the Company's financial position and results of operations from financial statements previously filed prior to restatement, to the restated financial statements, as presented in this Form 10-K/A.

2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

PRINCIPLES OF CONSOLIDATION
The accompanying consolidated financial statements include the accounts and transactions of the Company together with its wholly owned and majority owned subsidiaries. The accompanying consolidated financial statements have been restated for the business combinations accounted for as poolings of interests (see Note 5) as if such combined companies had operated as one entity since inception. All intercompany balances and transactions have been eliminated in consolidation.

USE OF ESTIMATES
The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect reported amounts and related disclosures. Actual results could differ from those estimates.

CASH AND CASH EQUIVALENTS
The Company considers highly liquid investments purchased with an original maturity of three months or less to be cash equivalents.

PROPERTY AND EQUIPMENT
Property and equipment is stated at cost less accumulated depreciation and amortization. Depreciation is computed by the straight-line method over the estimated useful lives of the related assets.

FRANCHISE AGREEMENTS
Franchise agreements are recorded at their estimated fair values upon acquisition and are amortized on a straight-line basis over the estimated periods to be benefited, ranging from 12 to 40 years. At December 31, 1997 and 1996, accumulated amortization amounted to $125.3 million and $87.9 million, respectively.

F-14

GOODWILL
Goodwill, which represents the excess of cost over fair value of net assets acquired is being amortized on a straight-line basis over the estimated useful lives, ranging from 5 to 40 years. At December 31, 1997 and 1996, accumulated amortization amounted to $177.2 million and $141.4 million, respectively.

ASSET IMPAIRMENT
The Company periodically evaluates the recoverability of its long-lived assets, comparing the respective carrying values to the current and expected future cash flows, on an undiscounted basis, to be generated from such assets. Property and equipment is evaluated separately within each business. The recoverability of goodwill and franchise agreements are evaluated on a separate basis for each acquisition and each respective franchise brand. Management believes that as of December 31, 1997, the carrying values and remaining lives of goodwill and franchise agreements are appropriate.

CORE BUSINESS OPERATIONS AND REVENUE RECOGNITION
Franchising. Franchise revenue principally consists of royalty, marketing and reservation fees, which are based on a percentage of franchisee revenue. Royalty, marketing and reservation fees are accrued as the underlying franchisee revenue is earned. Franchise revenue also includes initial franchise fees which are recorded as revenue when the lodging property, car rental location or real estate brokerage office opens as a franchised unit.

Timeshare. Timeshare exchange fees are recognized as revenue when the exchange request has been confirmed to the subscriber. Timeshare subscription revenue is deferred upon receipt and recorded as revenue as the contractual services (delivery of publications) are provided to subscribers.

Fleet management. Revenues from fleet management services other than leasing are recognized over the period in which services are provided and the related expenses are incurred. The Company records the cost of leased vehicles as an "investment in leases and leased vehicles". Amounts charged to lessees for interest on the unrecovered investment are credited to income on a level yield method which approximates the contractual terms.

Relocation. Relocation services provided by the Company include facilitating the purchase and resale of the transferee's residence, providing equity advances on the transferee's residence and home management services. The home is purchased under a contract of sale and the Company obtains a deed to the property, however, it does not generally record the deed or transfer of title. Transferring employees are provided equity on their home based on an appraised value determined by independent appraisers, after deducting any outstanding mortgages. The mortgage is generally retired concurrently with the advance of the equity and the purchase of the home. Based on its client agreements, the Company is given parameters under which it negotiates for the ultimate sale of the home. The gain or loss on resale is generally borne by the client corporation.

While homes are held for resale, the amount funded for such homes carry an interest charge computed at a floating rate based on various indices. Direct costs of managing the home during the period the home is held for resale, including property taxes and repairs and maintenance are generally borne by the client. All such costs are generally guaranteed by the client corporation. The client normally advances funds to cover a portion of such carrying costs. When the home is sold, a settlement is made with the client corporation netting actual costs with any advanced funding.

Revenues and related costs associated with the purchase and resale of a residence are recognized over the period in which services are provided. Relocation services revenue is recorded net of costs reimbursed by client corporations and interest expenses incurred to fund the purchase of a transferee's residence. Under the terms of contracts with clients, the Company is generally protected against losses from changes in real estate market conditions. The Company also offers fee-based programs such as home marketing assistance, household goods moves, destination services, and property dispositions for financial institutions and government agencies. Revenues from these fee-based services are taken into income over the periods in which the services are provided and the related expenses are incurred.

F-15

Mortgage. Loan origination fees, commitment fees paid in connection with the sale of loans, and direct loan origination costs associated with loans held for resale, are deferred until the loan is sold. Fees received for servicing loans owned by investors are based on the difference between the weighted average yield received on the mortgages and the amount paid to the investor, or on a stipulated percentage of the outstanding monthly principal balance on such loans. Servicing fees are credited to income when received. Costs associated with loan servicing are charged to expense as incurred.

Sales of mortgage loans are generally recorded on the date a loan is delivered to an investor. Sales of mortgage securities are recorded on the settlement date. The Company acquires mortgage-servicing rights by originating or purchasing mortgage loans and selling those loans with servicing retained, or it may purchase mortgage-servicing rights separately. The carrying value of mortgage-servicing rights is amortized over the estimated life of the related loan portfolio. Such amortization is recorded as a reduction of loan servicing fees in the consolidated statements of operations. Gains or losses on the sale of mortgage servicing rights are recognized when title and all risks and rewards have irrevocably passed to the buyer and there are no significant unresolved contingencies. Gains or losses on sales of mortgage loans are recognized based upon the difference between the selling price and the carrying value of the related mortgage loans sold. Such gains and losses are also increased or decreased by the amount of deferred mortgage-servicing fees recorded.

Lifestyle product sales. Product sale revenue primarily represents the sale of entertainment books, gift wrapping and other products to schools, churches and other charitable organizations on a consignment basis. Revenue is recognized when the consignee generates a sale to the ultimate consumer.

Insurance. Insurance premiums received for the sale of accidental death and dismemberment insurance ("AD&D") are recognized upon execution of underlying agreements with consumers. The Company transfers the risk of insurance, administration of claims and balance of premiums to third party insurance companies. Also, the Company recognizes its percentage share of the excess of premiums transferred over claims costs and insurance company administrative retention, based on actual and actuarially determined future claims costs.

Membership. Prospective club members receive a free three month trial membership for which they are under no obligation to commit to purchase nor pay for such membership. Memberships are generally billed to credit cards upon expiration of the trial period. Memberships are cancellable for a full refund of the membership fee during the entire membership period, generally 1 year. Membership revenue is recognized upon the expiration of the membership period (See ACCOUNTING CHANGE FOR MEMBERSHIPS).

ACCOUNTING CHANGE FOR MEMBERSHIPS
Prior to 1997, the Company recorded deferred membership income, net of estimated cancellations, at the time members were billed (upon expiration of the free trial period), which was recognized as revenue ratably over the membership term and modified periodically based on actual cancellation experience. In addition, membership acquisition and renewal costs, which related primarily to membership solicitations were capitalized as direct response advertising costs due to the Company's ability to demonstrate that the direct response advertising resulted in future economic benefits. Such costs were amortized on a straight-line basis as revenues were recognized (over the average membership period). The Company believed that such accounting policies were appropriate and consistent with industry practice.

In August 1998, in connection with the Company's cooperation with the Securities and Exchange Commission ("SEC") investigation of accounting irregularities discovered in the former CUC business units, the SEC concluded that when membership fees are fully refundable during the entire membership period, membership revenue should be recognized at the end of the membership period upon the expiration of the refund offer. The SEC Staff further concluded that non-refundable solicitation costs should be expensed as incurred since such costs are not recoverable if membership fees are refunded.

The Company agreed to adopt such accounting policies effective January 1, 1997 and recorded a cumulative adjustment on such date for the cumulative impact of the accounting change (see Note 3--Restatement--Accounting Change).

ADVERTISING EXPENSES
The Company formerly expensed all advertising costs, other than direct response advertising costs, in the period incurred. As a result of the change in accounting for memberships (see Accounting change for memberships), the Company's policy is to expense all advertising costs in the period incurred. Advertising expenses for the years ended December 31, 1997, 1996 and 1995 were $898.2 million, $805.6 million and $653.9 million, respectively.

INCOME TAXES
The provision for income taxes includes deferred income taxes resulting from items reported in different periods for income tax and financial statement purposes. Deferred tax assets and liabilities represent the expected future tax consequences of the differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases. The effects of changes in tax rates on deferred tax assets and liabilities are recognized in the period that includes the enactment date. No provision has been made for U.S. income taxes on approximately $199.6 million of cumulative undistributed earnings of foreign subsidiaries at December 31, 1997 since it is the present intention of management to reinvest the undistributed earnings indefinitely in foreign operations. The determination of unrecognized deferred U.S. tax liability for unremitted earnings is not practicable.

TRANSLATION OF FOREIGN CURRENCIES
Assets and liabilities of foreign subsidiaries are translated at the exchange rates as of the balance sheet dates, equity accounts are translated at historical exchange rates and revenues, expenses and cash flows are translated at the average exchange rates for the periods presented. Translation gains and losses are included as a component of shareholders' equity.

NEW ACCOUNTING STANDARD
In June 1998, the Financial Accounting Standards Board issued Statement of Financial Accounting Standards ("SFAS") No. 133 "Accounting for Derivative Instruments and Hedging Activities" for fiscal years beginning after June 15, 1999. SFAS No. 133 requires the recognition of all derivatives in the consolidated balance sheet as either assets or liabilities measured at fair value. The Company will adopt SFAS No. 133 effective for the 2000 calendar year end. The Company has not yet determined the impact SFAS No. 133 will have on its financial position or results of operations when such statement is adopted.

3. RESTATEMENT

As publicly announced on April 15, 1998, the Company discovered accounting irregularities in certain business units of CUC. The Audit Committee of the Company's Board of Directors initiated an investigation into such matters (See Note 17). As a result of the findings of the Audit Committee investigation and Company investigation, the Company has restated previously reported annual results including the 1997, 1996 and 1995 financial information set forth herein. The 1997 annual results have also been restated for a change in accounting, effective January 1, 1997, related to revenue and expense recognition for memberships (see "Accounting Change").

While management has made all adjustments considered necessary as a result of the investigation into accounting irregularities and the preparation and audit of the restated financial statements for 1997, 1996 and 1995, there can be no assurances that additional adjustments will not be required as a result of the SEC investigation.

The following statements of operations and balance sheets reconcile previously reported and restated financial information.

STATEMENT OF OPERATIONS
(IN MILLIONS, EXCEPT PER SHARE DATA)

| | YEAR ENDED DECEMBER 31, 1997 | |
| --- | --- | --- |
| | AS PREVIOUSLY REPORTED | ACCOUNTING ADJUSTMENTS FOR ERRORS, IRREGULARITIES, AND ACCOUNTING CHANGE |
| Net revenues | $ 5,314.7 | $ (432.5) |
| Expenses | | |
| Operating | 1,555.5 | 115.9 |
| Marketing and reservation | 1,266.3 | (114.2) |
| General and administrative | 727.2 | 7.4 |
| Depreciation and amortization | 256.8 | 16.3 |
| Interest-net | 66.3 | (0.2) |
| Merger-related costs and other unusual charges | 1,147.9 | (409.9) |
| Total expenses | 5,020.0 | (384.7) |
| Income from continuing operations before income taxes, extraordinary gain and cumulative effect of accounting change | 294.7 | (47.8) |
| Provision for income taxes | 239.3 | (47.1) |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | 55.4 | (0.7) |
| Loss from discontinued operations, net of taxes | -- | -- |
| Income before extraordinary gain and cumulative effect of accounting change | 55.4 | (0.7) |
| Extraordinary gain, net of tax | -- | 11.2 |
| Income before cumulative effect of accounting change | 55.4 | 10.5 |
| Cumulative effect of accounting change, net of tax | -- | (283.1) |
| Net income (loss) | $ 55.4 | $ (272.6) |
| INCOME (LOSS) PER SHARE | | |
| BASIC | | |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | $ 0.07 | |
| Loss from discontinued operations, net | -- | |
| Extraordinary gain, net | -- | |
| Cumulative effect of accounting change, net | -- | |
| Net income (loss) | $ 0.07 | |
| DILUTED | | |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | $ 0.06 | |
| Loss from discontinued operations, net | -- | |
| Extraordinary gain, net | -- | |
| Cumulative effect of accounting change, net | -- | |
| Net income (loss) | $ 0.06 | |
| WEIGHTED AVERAGE SHARES | | |
| Basic | 811.2 | |
| Diluted | 851.7 | |

| YEAR ENDED DECEMBER 31, 1997 | |
| --- | --- |
| RESTATED BEFORE | RECLASSIFICATION |

|  | DISCONTINUED OPERATIONS | FOR DISCONTINUED OPERATIONS | AS RESTATED |
|---|---|---|---|
| Net revenues | $ 4,882.2 | $ (642.2) | $ 4,240.0 |
| Expenses |  |  |  |
| Operating | 1,671.4 | (349.1) | 1,322.3 |
| Marketing and reservation | 1,152.1 | (120.3) | 1,031.8 |
| General and administrative | 734.6 | (98.4) | 636.2 |
| Depreciation and amortization | 273.1 | (35.4) | 237.7 |
| Interest-net | 66.1 | (15.5) | 50.6 |
| Merger-related costs and other unusual charges | 738.0 | (33.9) | 704.1 |
| Total expenses | 4,635.3 | (652.6) | 3,982.7 |
| Income from continuing operations before income taxes, extraordinary gain and cumulative effect of accounting change | 246.9 | 10.4 | 257.3 |
| Provision for income taxes | 192.2 | (1.2) | 191.0 |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | 54.7 | 11.6 | 66.3 |
| Loss from discontinued operations, net of taxes | -- | (26.8) | (26.8) |
| Income before extraordinary gain and cumulative effect of accounting change | 54.7 | (15.2) | 39.5 |
| Extraordinary gain, net of tax | 11.2 | 15.2 | 26.4 |
| Income before cumulative effect of accounting change | 65.9 | -- | 65.9 |
| Cumulative effect of accounting change, net of tax | (283.1) | -- | (283.1) |
| Net income (loss) | $ (217.2) | $ -- | $ (217.2) |
| INCOME (LOSS) PER SHARE |  |  |  |
| BASIC |  |  |  |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change |  |  | $ 0.08 |
| Loss from discontinued operations, net |  |  | (0.03) |
| Extraordinary gain, net |  |  | 0.03 |
| Cumulative effect of accounting change, net |  |  | (0.35) |
| Net income (loss) |  |  | $ (0.27) |
| DILUTED |  |  |  |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change |  |  | $ 0.08 |
| Loss from discontinued operations, net |  |  | (0.03) |
| Extraordinary gain, net |  |  | 0.03 |
| Cumulative effect of accounting change, net |  |  | (0.35) |
| Net income (loss) |  |  | $ (0.27) |
| WEIGHTED AVERAGE SHARES |  |  |  |
| Basic |  |  | 811.2 |
| Diluted |  |  | 851.7 |

F-18

## BALANCE SHEET
## (IN MILLIONS)

|  | AS PREVIOUSLY REPORTED | ACCOUNTING ADJUSTMENTS FOR ERRORS, IRREGULARITIES AND ACCOUNTING CHANGE | RESTATED BEFORE DISCONTINUED OPERATIONS | RECLASSIFICATION FOR DISCONTINUED OPERATIONS | AS RESTATED |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current assets** | | | | | |
| Cash and cash equivalents | $    149.5 | $   (64.0) | $     85.5 | $   (18.5) | $     67.0 |
| Receivables, net | 1,648.8 | (309.8) | 1,339.0 | (168.3) | 1,170.7 |
| Deferred membership acquisition costs | 424.5 | (424.5) | -- | -- | -- |
| Net assets of discontinued operations | -- | -- | -- | 273.3 | 273.3 |
| Other assets | 777.0 | 383.0 | 1,160.0 | (80.9) | 1,079.1 |
| Total current assets | 2,999.8 | (415.3) | 2,584.5 | 5.6 | 2,590.1 |
| Goodwill -- net | 2,467.0 | (95.0) | 2,372.0 | (223.8) | 2,148.2 |
| Other assets | 2,940.7 | 33.1 | 2,973.8 | (82.4) | 2,891.4 |
| Total assets exclusive of assets under programs | 8,407.5 | (477.2) | 7,930.3 | (300.6) | 7,629.7 |
| Assets under management and mortgage programs | 6,443.7 | -- | 6,443.7 | -- | 6,443.7 |
| TOTAL ASSETS | $ 14,851.2 | $  (477.2) | $ 14,374.0 | $  (300.6) | $ 14,073.4 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Accounts payable and other | $  1,742.8 | $   (80.1) | $  1,662.7 | $  (170.3) | $  1,492.4 |
| Deferred income | 1,197.2 | 136.9 | 1,334.1 | -- | 1,334.1 |
| Long-term debt | 1,348.3 | 3.0 | 1,351.3 | (105.3) | 1,246.0 |
| Other liabilities | 187.1 | 19.1 | 206.2 | (25.0) | 181.2 |
| Total liabilities exclusive of liabilities under programs | 4,475.4 | 78.9 | 4,554.3 | (300.6) | 4,253.7 |
| Liabilities under management and mortgage programs | 5,898.3 | -- | 5,898.3 | -- | 5,898.3 |
| Total shareholders' equity | 4,477.5 | (556.1) | 3,921.4 | -- | 3,921.4 |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | $ 14,851.2 | $  (477.2) | $ 14,374.0 | $  (300.6) | $ 14,073.4 |

AT DECEMBER 31, 1997

F-19

STATEMENT OF OPERATIONS
(IN MILLIONS, EXCEPT PER SHARE DATA)

| | AS PREVIOUSLY REPORTED | ACCOUNTING ERRORS AND IRREGULARITIES | RESTATED BEFORE DISCONTINUED OPERATIONS | RECLASSIFICATION FOR DISCONTINUED OPERATIONS | AS RESTATED |
|---|---|---|---|---|---|
| | | | YEAR ENDED DECEMBER 31, 1996 | | |
| Net revenues | $ 3,908.8 | $ (160.2) | $ 3,748.6 | $ (510.9) | $ 3,237.7 |
| Expenses | | | | | |
| Operating | 1,392.8 | 35.8 | 1,428.6 | (245.4) | 1,183.2 |
| Marketing and reservation | 1,089.5 | (92.5) | 997.0 | (86.2) | 910.8 |
| General and administrative | 339.6 | 62.4 | 402.0 | (61.0) | 341.0 |
| Depreciation and amortization | 167.9 | 12.0 | 179.9 | (34.4) | 145.5 |
| Interest-net | 25.4 | 2.2 | 27.6 | (13.3) | 14.3 |
| Merger-related costs and other unusual charges | 179.9 | (45.6) | 134.3 | (24.9) | 109.4 |
| Total expenses | 3,195.1 | (25.7) | 3,169.4 | (465.2) | 2,704.2 |
| Income from continuing operations before income taxes | 713.7 | (134.5) | 579.2 | (45.7) | 533.5 |
| Provision for income taxes | 290.1 | (40.9) | 249.2 | (29.0) | 220.2 |
| Income from continuing operations | 423.6 | (93.6) | 330.0 | (16.7) | 313.3 |
| Income from discontinued operations, net of taxes | -- | -- | -- | 16.7 | 16.7 |
| Net income | $ 423.6 | $ (93.6) | $ 330.0 | $ -- | $ 330.0 |
| INCOME PER SHARE | | | | | |
| BASIC | | | | | |
| Income from continuing operations | $ 0.56 | | | | $ 0.41 |
| Income from discontinued operations, net | -- | | | | 0.03 |
| Net income | $ 0.56 | | | | $ 0.44 |
| DILUTED | | | | | |
| Income from continuing operations | $ 0.52 | | | | $ 0.39 |
| Income from discontinued operations, net | -- | | | | 0.02 |
| Net income | $ 0.52 | | | | $ 0.41 |
| WEIGHTED AVERAGE SHARES | | | | | |
| Basic | 754.4 | | | | 757.4 |
| Diluted | 818.6 | | | | 821.6 |