BALANCE SHEET
(IN MILLIONS)

| | AT DECEMBER 31, 1996 | | | | |
|---|---|---|---|---|---|
| | AS PREVIOUSLY REPORTED | ACCOUNTING ERRORS AND IRREGULARITIES | RESTATED BEFORE DISCONTINUED OPERATIONS | RECLASSIFICATION FOR DISCONTINUED OPERATIONS | AS RESTATED |
| ASSETS | | | | | |
| Current assets | | | | | |
| Cash and cash equivalents | $ 633.9 | $ (156.1) | $ 477.8 | $ (29.7) | $ 448.1 |
| Receivables, net | 1,290.6 | (172.0) | 1,118.6 | (124.5) | 994.1 |
| Deferred membership acquisition costs | 401.6 | (131.7) | 269.9 | -- | 269.9 |
| Net assets of discontinued operations | -- | -- | -- | 120.1 | 120.1 |
| Other assets | 605.1 | 114.6 | 719.7 | (57.8) | 661.9 |
| Total current assets | 2,931.2 | (345.2) | 2,586.0 | (91.9) | 2,494.1 |
| Goodwill -- net | 2,302.2 | (29.9) | 2,272.3 | (192.0) | 2,080.3 |
| Other assets | 2,625.7 | (82.4) | 2,543.3 | (84.4) | 2,458.9 |
| Total assets exclusive of assets under programs | 7,859.1 | (457.5) | 7,401.6 | (368.3) | 7,033.3 |
| Assets under management and mortgage programs | 5,729.2 | -- | 5,729.2 | -- | 5,729.2 |
| TOTAL ASSETS | $ 13,588.3 | $ (457.5) | $ 13,130.8 | $ (368.3) | $ 12,762.5 |
| LIABILITIES AND SHAREHOLDERS' EQUITY | | | | | |
| Accounts payable and other | $ 1,680.4 | $ 59.5 | $ 1,739.9 | $ (137.0) | $ 1,602.9 |
| Deferred income | 1,099.4 | (198.5) | 900.9 | -- | 900.9 |
| Long-term debt | 1,004.6 | (9.2) | 995.4 | (214.6) | 780.8 |
| Other liabilities | 124.9 | 42.2 | 167.1 | (16.7) | 150.4 |
| Total liabilities exclusive of liabilities under programs | 3,909.3 | (106.0) | 3,803.3 | (368.3) | 3,435.0 |
| Liabilities under management and mortgage programs | 5,371.8 | -- | 5,371.8 | -- | 5,371.8 |
| Total shareholders' equity | 4,307.2 | (351.5) | 3,955.7 | -- | 3,955.7 |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | $ 13,588.3 | $ (457.5) | $ 13,130.8 | $ (368.3) | $ 12,762.5 |

F-21

STATEMENT OF OPERATIONS
(IN MILLIONS, EXCEPT PER SHARE DATA)

|  | YEAR ENDED DECEMBER 31, 1995 | | | | |
|---|---|---|---|---|---|
|  | AS PREVIOUSLY REPORTED | ACCOUNTING ERRORS AND IRREGULARITIES | RESTATED BEFORE DISCONTINUED OPERATIONS | RECLASSIFICATION FOR DISCONTINUED OPERATIONS | AS RESTATED |
| Net revenues | $ 2,992.1 | $ 34.6 | $ 3,026.7 | $ (410.6) | $ 2,616.1 |
| Expenses |  |  |  |  |  |
| Operating | 1,110.9 | 137.0 | 1,247.9 | (223.0) | 1,024.9 |
| Marketing and reservation | 875.2 | (75.3) | 799.9 | (56.3) | 743.6 |
| General and administrative | 279.5 | 73.0 | 352.5 | (69.2) | 283.3 |
| Depreciation and amortization | 112.9 | 5.4 | 118.3 | (17.9) | 100.4 |
| Interest-net | 13.3 | 9.4 | 22.7 | (6.1) | 16.6 |
| Merger-related costs and other unusual charges | 97.0 | -- | 97.0 | -- | 97.0 |
| Total expenses | 2,488.8 | 149.5 | 2,638.3 | (372.5) | 2,265.8 |
| Income from continuing operations before income taxes | 503.3 | (114.9) | 388.4 | (38.1) | 350.3 |
| Provision for income taxes | 200.5 | (41.9) | 158.6 | (15.4) | 143.2 |
| Income from continuing operations | 302.8 | (73.0) | 229.8 | (22.7) | 207.1 |
| Income from discontinued operations, net of taxes | -- | -- | -- | 22.7 | 22.7 |
| Net income | $ 302.8 | $ (73.0) | $ 229.8 | $ -- | $ 229.8 |
| INCOME PER SHARE |  |  |  |  |  |
| BASIC |  |  |  |  |  |
| Income from continuing operations | $ 0.45 |  |  |  | $ 0.30 |
| Income from discontinued operations, net | -- |  |  |  | 0.03 |
| Net income | $ 0.45 |  |  |  | $ 0.33 |
| DILUTED |  |  |  |  |  |
| Income from continuing operations | $ 0.42 |  |  |  | $ 0.28 |
| Income from discontinued operations, net | -- |  |  |  | 0.03 |
| Net income | $ 0.42 |  |  |  | $ 0.31 |
| WEIGHTED AVERAGE SHARES |  |  |  |  |  |
| Basic | 670.5 |  |  |  | 692.4 |
| Diluted | 741.8 |  |  |  | 763.7 |

Following are the primary categories of adjustments to revenue which appear on the reconciliation of previously reported and restated statements of operations:

DESCRIPTION OF NET REVENUE ADJUSTMENTS

| ADJUSTMENTS TO REVENUE:<br>(IN MILLIONS) | YEARS ENDED DECEMBER 31, | | |
|---|---|---|---|
| | 1997 | 1996 | 1995 |
| Net revenue: | | | |
| Improper revenue recognition | $ (91.7) | $ (110.2) | $ (31.2) |
| Improper reversal of merger liabilities | (167.7) | -- | -- |
| Revenue associated with pooled entities--not previously reported | 14.2 | 108.4 | 197.3 |
| Elimination of intercompany transactions and contra revenue | (180.0) | (158.3) | (124.3) |
| Other errors | (2.4) | (0.1) | (7.2) |
| Accounting change | (4.9) | -- | -- |
| Adjustment to net revenue | $ (432.5) | $ (160.2) | $ 34.6 |

IMPROPER REVENUE RECOGNITION

The Company made adjustments to correct the misapplication of generally accepted accounting principles resulting in improper revenue recognition. These errors include: the understatement of estimated membership fees to be refunded to members; the immediate recognition of revenue which should have been deferred and recognized over the membership term; the recording of fictitious revenue; other accounting errors.

IMPROPER REVERSAL OF MERGER LIABILITIES

The Company recorded adjustments to correct the reduction of liabilities previously established primarily for merger transactions and a corresponding inappropriate entry to record revenue.

REVENUE ASSOCIATED WITH POOLED ENTITIES--NOT PREVIOUSLY RECORDED

The Company recorded adjustments to consolidate the financial statements of acquired entities which were accounted for as poolings of interest as required by generally accepted accounting principles. Previous consolidated financial statements did not reflect certain acquired company financial statements for periods required.

ELIMINATION OF INTERCOMPANY TRANSACTIONS AND CONTRA-REVENUE

The Company made adjustments to eliminate intercompany revenue not previously eliminated and properly classify certain expenses as contra-revenue resulting in reductions to revenue.

ACCOUNTING CHANGE

The Company adopted a change in accounting for memberships revenue and expenses effective January 1, 1997 (See Note 2--Accounting change for memberships.) Accordingly, the Company recorded a non-cash after-tax charge on such date of $283.1 million or $.35 per diluted share, to account for the cumulative effect of the accounting change. The cumulative effect adjustment also impacted the Company's financial position which included reductions in deferred membership acquisition costs and accrued expenses of $278.4 and $47.8 million, respectively and increases in deferred income and prepaid expenses (commissions) of $363.9 million and $148.1 million, respectively. The effect of adopting the change in accounting for memberships on the Company's 1997 operating results, before the cumulative effect adjustment, was additional after-tax expense of $15.3 million or $.02 per diluted share comprised of a reduction in revenues of $4.7 million with an increase in operating expenses of $19.0 million and a tax benefit of $8.4 million.

The underlying pro forma information assumes the aforementioned accounting change has been applied retroactively. For comparative purposes, such pro forma information is presented with actual results.

| (IN MILLIONS, EXCEPT PER SHARE AMOUNTS) | YEAR ENDED DECEMBER 31, | | |
|---|---|---|---|
| | 1997 | 1996 | 1995 |
| Income before extraordinary gain: | | | |
| As restated | $ 39.5 | $330.0 | $229.8 |
| Pro forma | 39.5 | 322.6 | 200.7 |
| Net income: | | | |
| As restated | 65.9 | 330.0 | 229.8 |
| Pro forma | 65.9 | 322.6 | 200.7 |
| PER SHARE INFORMATION | | | |
| BASIC | | | |
| Income before extraordinary gain: | | | |
| As restated | $ .05 | $ .44 | $ .33 |
| Pro forma | .05 | .43 | .29 |
| Net income: | | | |
| As restated | .08 | .44 | .33 |
| Pro forma | .08 | .43 | .29 |
| DILUTED | | | |
| Income before extraordinary gain: | | | |
| As restated | .05 | .41 | .31 |
| Pro forma | .05 | .40 | .27 |
| Net income: | | | |
| As restated | .08 | .41 | .31 |
| Pro forma | .08 | .40 | .27 |

4. EARNINGS PER SHARE ("EPS")

Basic EPS is computed based solely on the weighted average number of common shares outstanding during the period. Diluted EPS reflects all potential dilution of common stock. Basic and Diluted EPS from continuing operations is calculated as follows:

| (IN MILLIONS, EXCEPT PER SHARE AMOUNTS) | YEAR ENDED DECEMBER 31, | | |
|---|---|---|---|
| | 1997 | 1996 | 1995 |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change | $ 66.3 | $ 313.3 | $ 207.1 |
| Convertible debt interest | -- | 5.8 | 6.7 |
| Income from continuing operations before extraordinary gain and cumulative effect of accounting change, as adjusted | $ 66.3 | $ 319.1 | $ 213.8 |
| Weighted average shares -- basic | 811.2 | 757.4 | 692.4 |
| Potential dilution of common stock: | | | |
| Stock options | 40.5 | 40.1 | 44.3 |
| Convertible debt | -- | 24.1 | 27.0 |
| Weighted average shares -- diluted | 851.7 | 821.6 | 763.7 |
| EPS -- CONTINUING OPERATIONS BEFORE EXTRAORDINARY GAIN AND CUMULATIVE EFFECT OF ACCOUNTING CHANGE | | | |
| BASIC | $ .08 | $ .41 | $ .30 |
| DILUTED | $ .08 | $ .39 | $ .28 |

5. BUSINESS COMBINATIONS

In connection with the underlying pooling of interests business combinations, the accompanying consolidated financial statements have been prepared as if the Company and all such pooled companies had operated as one entity since inception.

F-24

1997 POOLINGS
Cendant. On December 17, 1997, HFS merged with CUC to form Cendant. The Cendant Merger was consummated with CUC issuing 440.0 million shares of its common stock in exchange for all of the outstanding common stock of HFS. Pursuant to the terms of the agreement and plan of merger, HFS stockholders received 2.4031 shares of CUC common stock for each share of HFS common stock. Upon consummation of the Cendant Merger, CUC changed its name to Cendant Corporation. Effective with the Cendant Merger, the Company's shareholders approved an amendment to the Company's Restated Certificate of Incorporation to increase the number of authorized shares of common stock and preferred stock to 2 billion shares and 10 million shares, respectively.

In connection with the Cendant Merger, the Company determined that it will use a calendar year end and, accordingly, CUC changed its fiscal year end from January 31 to December 31. Prior to the Cendant Merger, HFS reported on a calendar year basis. The HFS statements of income for the years ended December 31, 1996 and 1995 have been combined with the CUC statements of income for the years ended January 31, 1997, and 1996 respectively. As a result of CUC's change in fiscal year, the operating results of CUC for January 1997, were duplicated in the Company's consolidated statement of operations for the year ended December 31, 1997. Accordingly, an adjustment has been made to 1997 retained earnings for the duplication of net income of $22.3 million for such one-month period.

PHH. On April 30, 1997, the Company and PHH Corporation ("PHH") merged (the "PHH Merger") which was satisfied by the issuance of 72.8 million shares of Company common stock in exchange for all of the outstanding common stock and stock options of PHH. PHH operates the world's largest corporate relocation services business and also provides mortgage services and fleet management services. Prior to the PHH Merger, PHH reported on an April 30 fiscal year basis. To conform to a calendar year end, PHH prepared financial statements for the twelve month periods ended December 31, 1996 and January 31, 1996 which were combined with the Company's statements of income for the years ended December 31, 1996 and 1995, respectively. In combining PHH's twelve month periods, the consolidated statement of income for the year ended December 31, 1996 included one month (January 1996) of PHH's operating results which was also included in the consolidated statement of operations for the year ended December 31, 1995. Accordingly, an adjustment has been made to 1996 retained earnings for the duplication of net income of $8.3 million and cash dividends declared of $5.9 million for such one-month period.

Numa. During February 1997, the Company issued 3.0 million shares of its common stock for all the outstanding common stock of Numa Corporation ("Numa"). Numa publishes personalized heritage publications and markets and sells personalized merchandise.

1996 POOLINGS
Ideon. In August 1996, the Company issued 16.6 million shares of its common stock for all of the outstanding capital stock of Ideon Group, Inc. ("Ideon"). Ideon is principally a provider of credit card enhancement services. Ideon previously reported on a fiscal year ended December 31, for its financial reporting. To conform to CUC's former fiscal year end of January 31, Ideon's operating results for January 1996 have been excluded from the Company's year ended December 31, 1996 operating results. Accordingly, a $1.1 million credit was recorded to 1996 retained earnings for such excluded period.

Other. In 1996, the Company acquired the outstanding stock of certain other entities by issuing 4.8 million shares of its common stock.

1995 POOLINGS
Getko, NAOG and Advance Ross. In June 1995, the Company issued 5.6 million shares of its common stock for all of the outstanding capital stock of Getko Group Inc. ("Getko"). Getko distributes complimentary welcoming packages to new homeowners throughout the United States and Canada. In September 1995, the Company issued 2.3 million shares of its common stock for all of the outstanding capital stock of North American Outdoor Group, Inc. ("NAOG"). NAOG owns one of the largest for-profit hunting and general interest fishing membership organizations in the United States, and also owns various other membership organizations. In January 1996, the Company

F-25

issued 8.9 million shares of its common stock for all of the outstanding capital stock of Advance Ross Corporation ("Advance Ross"). Advance Ross is the parent company to Global Refund, a subsidiary which processes value-added tax refunds for travelers in over 20 European countries.

The following table presents the historical results of the pooled Cendant entities for the last complete interim periods prior to their respective mergers:

| (IN MILLIONS) | YEAR ENDED DECEMBER 31, | | |
| --- | --- | --- | --- |
| | 1997 | 1996 | 1995 |
| Net revenues | | | |
| Cendant (1) | $ 1,100.2 | $ -- | $ -- |
| CUC | 1,390.3 | 1,571.7 | 1,165.0 |
| HFS | 1,570.9 | 786.0 | 446.1 |
| PHH | 178.6 | 650.5 | 610.8 |
| NUMA | -- | 68.0 | 51.1 |
| 1996 Pooled Entities | -- | 161.5 | 256.0 |
| 1995 Pooled Entities | -- | -- | 87.1 |
| | $ 4,240.0 | $ 3,237.7 | $ 2,616.1 |
| Income (loss) from continuing operations before extraordinary gain and cumulative effect of accounting change | | | |
| Cendant (1) | $ (181.1) | $ -- | $ -- |
| CUC | 105.3 | 35.6 | 75.5 |
| HFS | 109.9 | 169.5 | 79.8 |
| PHH | 32.2 | 87.7 | 78.1 |
| NUMA | -- | 6.7 | 14.0 |
| 1996 Pooled Entities | -- | 13.8 | (47.4) |
| 1995 Pooled Entities | -- | -- | 7.1 |
| | $ 66.3 | $ 313.3 | $ 207.1 |

----------
(1) Operating results of Cendant for the fourth quarter of 1997.

PURCHASE BUSINESS COMBINATIONS
The acquisitions discussed below were accounted for using the purchase method of accounting. Accordingly, assets acquired and liabilities assumed were recorded at their estimated fair values. The operating results of such acquired companies are reflected in the Company's consolidated statements of income since the respective dates of acquisition.

F-26

The following tables reflect the fair values of assets acquired and liabilities assumed in connection with the Company's acquisitions which were consummated during the three years ended December 31, 1997.

| (IN MILLIONS) | ACQUIRED IN 1997 | ACQUIRED IN 1996 | | | |
|---|---|---|---|---|---|
| | | RCI | AVIS | COLDWELL BANKER | OTHER |
| Cash paid | $ 267.9 | $ 412.1 | $ 367.2 | $ 745.0 | $ 224.0 |
| Common stock issued (1) | 21.6 | 75.0 | 338.4 | -- | 52.5 |
| Notes issued | -- | -- | 100.9 | -- | 5.0 |
| Total consideration | 289.5 | 487.1 | 806.5 | 745.0 | 281.5 |
| Assets acquired | 230.6 | 439.1 | 783.9 | 541.7 | 91.5 |
| Liabilities assumed | 113.7 | 429.7 | 311.4 | 148.5 | 48.7 |
| Fair value of identifiable net assets acquired | 116.9 | 9.4 | 472.5 | 393.2 | 42.8 |
| Goodwill | $ 172.6 | $ 477.7 | $ 334.0 | $ 351.8 | $ 238.7 |
| (1) Number of shares issued | 0.9 | 2.4 | 11.1 | -- | 2.5 |

| (IN MILLIONS) | ACQUIRED IN 1995 | |
|---|---|---|
| | CENTURY 21 | OTHER |
| Cash paid | $ 100.2 | $ 122.5 |
| Common stock issued (2) | 64.8 | 40.8 |
| Preferred stock issued | 80.0 | -- |
| Total consideration | 245.0 | 163.3 |
| Assets acquired | 120.6 | 67.2 |
| Liabilities assumed | 75.3 | 56.2 |
| Fair value of identifiable net assets acquired | 45.3 | 11.0 |
| Goodwill | $ 199.7 | $ 152.3 |
| (2) Number of shares issued | 9.6 | 6.0 |

1997 ACQUISITIONS
The Company acquired certain entities for an aggregate purchase price of $289.5 million.

1996 ACQUISITIONS
Resort Condominiums International, Inc. In November 1996, the Company completed the acquisition of all the outstanding capital stock of Resort Condominiums International, Inc. and its affiliates ("RCI") for $487.1 million. The purchase agreement provides for contingent payments of up to $200.0 million over a five year period which are based on components which measure RCI's future performance, including EBITDA, net revenues and number of members, as defined. The Company made a contingent payment of $100.0 million during the first quarter of 1998, which was accounted for as additional goodwill.

Avis. In October 1996, the Company completed the acquisition of all of the outstanding capital stock of Avis, Inc. ("Avis"), including payments under certain employee stock plans of Avis and the redemption of certain series of preferred stock of Avis for an aggregate $806.5 million. Subsequently, the Company made contingent cash payments of $26.0 million in 1996 and $60.8 million in 1997. The contingent payments made in 1997 represented the incremental amount of value attributable to Company common stock as of the stock purchase agreement date in excess of the proceeds realized upon the subsequent sale of such Company common stock.

In September 1997, the subsidiary of Avis, which controlled the car rental operations of Avis ("ARAC"), completed an Initial Public Offering ("IPO") resulting in a 72.5% dilution of the Company's investment in ARAC. Net proceeds of $359.3 million were retained by ARAC. The Company's interest was further diluted to 20.4% primarily due to a secondary offering of common stock in March 1998. See Note 21 for a discussion of the Company's executed business plan and related accounting treatment regarding Avis.

Coldwell Banker Corporation. In May 1996, the Company acquired by merger Coldwell Banker Corporation ("Coldwell Banker"), the largest gross revenue producing residential real estate company in North America and a leading provider of corporate relocation services. The Company paid $640.0 million in cash for all of the outstanding capital stock of Coldwell Banker and repaid $105.0 million of Coldwell Banker indebtedness. The aggregate purchase price for the transaction was financed through the May 1996 sale of an aggregate 46.6 million shares of Company common stock pursuant to a public offering.

Other 1996 Acquisitions. The Company acquired certain other entities for an aggregate purchase price of $281.5 million.

1995 ACQUISITIONS
Century 21. In August 1995, a majority owned (87.5%) subsidiary of the Company, C21 Holding Corp. ("Holding"), acquired Century 21 Real Estate Corporation ("Century 21"), the world's largest residential real estate brokerage franchisor. Aggregate consideration for the acquisition consisted of $245.0 million. Pursuant to an agreement, as amended, between the Company and a management group of Holding, the Company acquired the remaining 12.5% interest in Holding for $52.8 million in 1997.

Other 1995 Acquisitions. The Company acquired certain other entities for an aggregate purchase price of $163.3 million.

PRO FORMA INFORMATION (UNAUDITED)
The following information reflects pro forma statements of income data for the year ended December 31, 1996 assuming the aforementioned acquisitions accounted for using the purchase method of accounting completed during 1996 were consummated on January 1, 1996. The acquisitions completed during 1997 were immaterial to the operating results of the Company. The pro forma results are not necessarily indicative of the operating results that would have occurred had the transactions been consummated as indicated nor are they intended to indicate results that may occur in the future. The underlying pro forma information includes the amortization expense associated with the assets acquired, and reflects the Company's financing arrangements, and the related income tax effects.

| (IN MILLIONS, EXCEPT PER SHARE AMOUNTS) | YEAR ENDED DECEMBER 31, 1996 |
|---|---|
| Net revenues | $ 3,804.2 |
| Net income(1) | 379.8 |
| Net income per share:(1) | |
| Basic | $    .48 |
| Diluted | .45 |
| Weighted average shares outstanding: | |
| Basic | 784.9 |
| Diluted | 849.1 |

------------
(1) Includes operating results of discontinued operations for the year ended December 31, 1996 (See Note 6--Discontinued Operations)

6. DISCONTINUED OPERATIONS

Classified Advertising Acquisition. In October 1997, the Company issued 14.2 million shares of its common stock for all of the outstanding capital stock of Hebdo Mag International, Inc. ("Hebdo Mag"). The transaction was accounted for as a pooling of interests and therefore, all prior periods have been restated to include the operations of Hebdo Mag for all periods prior to the merger. Hebdo Mag is a publisher and distributor of classified advertising information.

Software Acquisitions. In July 1996, the Company issued 45.1 million shares and 38.4 million shares of Company common stock for all of the outstanding capital stock of Davidson and Associates, Inc. ("Davidson") and Sierra On-Line Inc. ("Sierra"), respectively. Davidson and Sierra develop, publish and distribute educational and entertainment software for home and school use. During 1995, prior to being merged into the Company, Davidson and Sierra acquired all of the outstanding capital stock of various companies by issuing an aggregate of 0.8 million and 3.9 million equivalent shares of Company common stock, respectively. Davidson and Sierra previously reported on fiscal years ended December 31 and March 31, respectively, for their financial reporting. To conform to CUC's former fiscal year end of January 31, Davidson and Sierra's operating results for January 1996 have been excluded from the Company's year ended December 31, 1996 operating results. Accordingly, a $5.8 million charge was recorded to 1996 retained earnings for such excluded period. In addition Sierra's operating results for the three months ended March 1995 have been duplicated in the Company's year ended December 31, 1995 operating results. Such operating results were immaterial.

In January 1997, the Company issued 3.1 million shares of its common stock for all of the outstanding capital stock of Knowledge Adventure, Inc. ("KA"). KA develops and markets children's education computer software. Davidson, Sierra and KA (collectively, the "Software Acquisitions") substantially comprise the Company's wholly-owned subsidiary, Cendant Software Corporation ("Cendant Software"). The Software Acquisitions were accounted for as poolings of interest and therefore, all prior periods have been restated to include the operations of Davidson, Sierra and KA for all periods prior to their respective mergers.

Divestitures. On August 12, 1998, the Company announced that its Executive Committee of the Board of Directors committed to discontinue the Company's classified advertising and consumer software businesses by disposing of Hebdo Mag and Cendant Software, respectively. The Company has since entered into a definitive agreement to sell Hebdo Mag to its former 50% owners for 7.1 million shares of Company common stock and approximately $410 million in cash. The transaction is subject to certain conditions, including regulatory approval and financing by the purchaser. In addition, the Company has engaged investment bankers to analyze various strategic alternatives in regard to the disposition of Cendant Software within one year of the measurement date.

Summarized financial data of discontinued operations are as follows:

STATEMENT OF OPERATIONS DATA:

| (IN MILLIONS) | SOFTWARE YEAR ENDED DECEMBER 31, | | |
|---|---|---|---|
| | 1997 | 1996 | 1995 |
| Net revenues | $ 433.7 | $ 384.5 | $ 308.4 |
| Income (loss) from operations before income taxes | (5.9) | 42.0 | 33.9 |
| Provision for income taxes | 2.4 | 27.3 | 13.6 |
| Net income (loss) | $ (8.3) | $ 14.7 | $ 20.3 |

F-29

|  | CLASSIFIED ADVERTISING | | |
|---|---|---|---|
|  | YEAR ENDED DECEMBER 31, | | |
| (IN MILLIONS) | 1997 | 1996 | 1995 |
| Net revenues | $ 208.5 | $ 126.4 | $ 102.2 |
| Income (loss) from operations before income taxes and extraordinary loss | (4.5) | 3.7 | 4.2 |
| Provision for (benefit from) income taxes | (1.2) | 1.7 | 1.8 |
| Extraordinary loss from early extinguishment of debt, net of a $4.9 million tax benefit | (15.2) | -- | -- |
| Net income (loss) | $ (18.5) | $ 2.0 | $ 2.4 |

BALANCE SHEET DATA:

|  | SOFTWARE | | CLASSIFIED ADVERTISING | |
|---|---|---|---|---|
|  | AT DECEMBER 31, | | AT DECEMBER 31, | |
| (IN MILLIONS) | 1997 | 1996 | 1997 | 1996 |
| Current assets | $ 209.1 | $ 162.0 | $ 58.6 | $ 50.0 |
| Goodwill | 42.2 | 10.7 | 181.5 | 181.3 |
| Other assets | 49.2 | 42.4 | 33.2 | 42.0 |
| Total liabilities | 127.0 | 114.2 | 173.5 | 254.1 |
| Net assets of discontinued operations | $ 173.5 | $ 100.9 | $ 99.8 | $ 19.2 |

7. MERGER-RELATED COSTS AND OTHER UNUSUAL CHARGES

1997 POOLING

In 1997, the Company incurred merger-related costs and other unusual charges ("Unusual Charges") of $738.0 million of which $704.1 million ($504.7 million after tax or $.58 per diluted share) was related to continuing operations and $33.9 million was associated with businesses which are discontinued. Charges incurred during the fourth quarter of 1997 of $454.9 million were substantially associated with and/or coincident to the Cendant Merger and the merger with Hebdo Mag (collectively, the "Fourth Quarter 1997 Charge"). Unusual Charges of $283.1 million, comprised of $295.4 million of charges incurred in the second quarter of 1997, reduced by $12.3 million for changes in estimates recorded in the fourth quarter of 1997, were substantially associated with the PHH Merger (the "Second Quarter 1997 Charge"). The collective Unusual Charges recorded during 1997 related to the aforementioned mergers and the reduction of related liabilities is summarized below by category of expenditure and by charge as follows:

| (IN MILLIONS) | ORIGINAL UNUSUAL CHARGES | ADJUSTMENTS DUE TO CHANGE IN ESTIMATES | UNUSUAL CHARGES | CASH PAYMENTS | NON-CASH | LIABILITIES AT DECEMBER 31, 1997 |
|---|---|---|---|---|---|---|
| Professional fees | $ 121.3 | $ 2.0 | $ 123.3 | $ 72.6 | $ -- | $ 50.7 |
| Personnel related | 324.9 | (0.1) | 324.8 | 111.3 | 45.0 | 168.5 |
| Business terminations | 133.9 | -- | 133.9 | 46.0 | 84.0 | 3.9 |
| Facility related and other | 170.2 | (14.2) | 156.0 | 72.5 | 33.1 | 50.4 |
| Total Unusual Charges | $ 750.3 | ($ 12.3) | $ 738.0 | $ 302.4 | $ 162.1 | $ 273.5 |
| Reclassification for discontinued operations | (33.9) | -- | (33.9) | (8.0) | (25.9) | -- |
| Total Unusual Charges related to continuing operations | $ 716.4 | ($ 12.3) | $ 704.1 | $ 294.4 | $ 136.2 | $ 273.5 |

| (IN MILLIONS) | ORIGINAL UNUSUAL CHARGES | ADJUSTMENTS DUE TO CHANGE IN ESTIMATES | UNUSUAL CHARGES | CASH PAYMENTS | NON-CASH | LIABILITIES AT DECEMBER 31, 1997 |
|---|---|---|---|---|---|---|
| Fourth Quarter 1997 Charge | $ 454.9 | $   -- | $ 454.9 | $ 152.2 | $ 105.3 | $ 197.4 |
| Second Quarter 1997 Charge | 295.4 | (12.3) | 283.1 | 150.2 | 56.8 | 76.1 |
| Total Unusual Charges | $ 750.3 | ($ 12.3) | 738.0 | $ 302.4 | $ 162.1 | $ 273.5 |
| Reclassification for discontinued operations | (33.9) | -- | (33.9) | (8.0) | (25.9) | -- |
| Total Unusual Charges related to continuing operations | $ 716.4 | ($ 12.3) | $ 704.1 | $ 294.4 | $ 136.2 | $ 273.5 |

FOURTH QUARTER 1997 CHARGE

The Company incurred Unusual Charges in the fourth quarter 1997 totaling $454.9 million substantially associated with the Cendant and Hebdo Mag mergers. In addition to $170.0 million of professional fees and executive compensation expense incurred directly as a result of the mergers, the Company incurred $284.9 million of costs resulting from reorganization plans formulated prior to and implemented as a result of the merger.

The Company determined to streamline its corporate organization functions and eliminate several office locations in overlapping markets. Management initiated a plan in 1997 to consolidate European call centers in Cork, Ireland in 1998 and upgrade the quality standards of its hotel franchise businesses, which resulted in planned terminations of franchise properties commencing in January 1998. In December 1997, the Company irrevocably contributed $70.0 million to independent technology trusts which made technology investments for the direct benefit of hotel and real estate franchisees. Management also approved a plan to terminate a contract, which may restrict the Company from maximizing opportunities afforded by the merger of HFS and CUC.

Following is a description of costs by type of expenditure and reduction of corresponding liabilities through December 31, 1997.

Unusual Charges include $93.0 million of estimated professional fees primarily consisting of investment banking, legal and accounting fees incurred in connection with the mergers. Approximately $43.4 million of invoices were paid in the fourth quarter of 1997 leaving a $49.6 million balance to be paid in 1998. The Company also incurred $170.7 million of personnel related costs including $73.3 million of retirement and employee benefit plan costs, $23.7 million of restricted stock compensation, $61.4 million of severance resulting from consolidations of corporate functions and nine European call centers and $12.3 million other personnel related costs. Total employees to be terminated, including seven corporate employees, approximated 474 with limited terminations in 1997. The $170.7 million of personnel related liabilities were reduced in 1997 by $35.2 million of non-cash reductions primarily including $23.7 and $9.5 million of costs associated with restricted stock and stock option compensation, respectively and $8.9 million of personnel related payments. Approximately $45.3 million of retirement plan costs were paid in January 1998. Unusual Charges include $78.3 million of business termination costs which consists of a $48.3 million impairment of hotel franchise agreement assets associated with a quality upgrade program and $30.0 million of contract termination costs. Of the $78.3 million of business termination liabilities, $30.0 million was paid in December 1997 and $48.3 million of non-cash reductions of intangible assets were recorded. Facility related and other unusual charges of $112.9 million include $70.0 million of irrevocable contributions to independent technology trusts for the direct benefit of lodging and real estate franchisees, $16.4 million of building lease termination costs and a $22.0 million reduction in intangible assets associated with the Company's wholesale annuity business for which impairment was determined in accordance with SFAS No-121 "Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to be Disposed of" in the fourth quarter of 1997. Approximately $70.0 million was paid for these obligations in December 1997 and the remaining obligations are anticipated to be paid over the earlier of lease buy-out or lease term.

F-31

SECOND QUARTER 1997 CHARGE

The Company incurred $295.4 million of Unusual Charges in the second quarter of 1997 primarily associated with the PHH Merger. During the fourth quarter, as a result of changes in estimates, the Company adjusted certain merger-related liabilities which resulted in a $12.3 million credit to Unusual Charges. In addition to $125.8 million of professional fees and executive compensation expenses incurred directly as a result of the merger, the Company incurred $157.3 million of expenses resulting from reorganization plans formulated prior to and implemented as of the merger date. The merger afforded the combined Company an opportunity to rationalize its combined corporate, real estate and travel segment businesses, and corresponding support and service functions to gain organizational efficiencies and maximize profits. Such initiatives included 500 job reductions including the virtual elimination of all PHH Corporate functions and facilities in Hunt Valley, Maryland. Management initiated a plan just prior to the merger to close hotel reservation call centers, combine travel agency operations and continue the downsizing of fleet operations by reducing headcount and eliminating unprofitable products. With respect to the real estate segment, management initiated plans to integrate its relocation, franchise and mortgage origination businesses to capture additional revenue through the referral of one business unit's customers to another. Management also formalized a plan to centralize the management and headquarters functions of the world's largest, second largest and other company owned corporate relocation business unit subsidiaries. The real estate segment initiatives resulted in approximately 380 planned job reductions, write-offs of abandoned systems and leasehold assets commencing in the second quarter 1997.

Following is a description of costs by type of expenditure and reduction of corresponding liabilities through December 31, 1997:

Unusual Charges include $154.1 million of personnel related costs associated with employee reductions necessitated by the planned and announced consolidation of the Company's several corporate relocation service businesses worldwide as well as the consolidation of corporate activities. Personnel related charges also include termination benefits such as severance, medical and other benefits. Personnel related charges also include retirement benefits pursuant to pre-existing contracts resulting from a change in control. Several grantor trusts were established and funded by the Company in November 1996 to pay such benefits in accordance with the terms of the PHH merger agreement. The Company's restructuring plan resulted in the termination of approximately 560 employees (principally corporate employees located in North America), of which approximately 364 were terminated by December 31, 1997. Approximately $102.4 million of personnel related costs were paid in 1997 and $9.8 million of non-cash stock compensation was recognized. Unusual Charges also include professional fees of $30.3 million of which $29.2 million was paid in 1997 and is primarily comprised of investment banking, accounting and legal fees incurred in connection with the PHH Merger. Unusual Charges also include business termination charges of $55.6 million, which are comprised of $38.8 million of costs to exit certain activities primarily within the Company's fleet management business, a $7.3 million termination fee associated with a joint venture that competed with PHH Mortgage Services business and $9.6 million of costs to terminate a marketing agreement with a third party in order to replace the function with internal resources. In connection with the business termination charges, approximately $16.0 million was paid in 1997 and $35.7 million of assets associated with discontinued activities were written off. Facility related and other charges totaling $43.1 million include costs associated with contract and lease terminations, asset disposals and other charges incurred in connection with the consolidation and closure of excess office space. Approximately $2.6 million was paid and $11.3 million of assets were written off in 1997. The remaining facility related obligations will be paid or are otherwise anticipated to be extinguished in 1998.

The Company had substantially completed the aforementioned restructuring activities by the second quarter of 1998. The $76.1 million of liabilities remaining at December 31, 1997 primarily consist of $41.9 million of severance and benefit plan payments and $29.2 million related to contract, leasehold and lease termination obligations.

F-32

1996 POOLINGS

1996 UNUSUAL CHARGE

In connection with and coincident to the Ideon merger in August 1996 and the Davidson and Sierra mergers in July 1996, the Company incurred Unusual Charges of approximately $134.3 million in 1996, of which $109.4 million ($70.0 million, after tax or $.09 per diluted share) was related to continuing operations (substantially Ideon) and $24.9 million was associated with businesses that are discontinued (Davidson and Sierra). The collective Unusual Charges recorded during 1996 related to the aforementioned mergers and the utilization of such liabilities is summarized below by category of expenditure as follows:

| (IN MILLIONS) | ORIGINAL UNUSUAL CHARGES | CASH PAYMENTS | NON-CASH | LIABILITIES AT DECEMBER 31, 1997 |
|---|---|---|---|---|
| Professional fees | $ 27.5 | $ (27.5) | $ -- | $ -- |
| Personnel related | 7.5 | (7.5) | -- | -- |
| Facility related | 12.4 | (.7) | (9.7) | 2.0 |
| Litigation related | 80.4 | (14.4) | -- | 66.0 |
| Other | 6.5 | (6.2) | -- | .3 |
| Total Unusual Charges | 134.3 | (56.3) | (9.7) | 68.3 |
| Reclassification for discontinued operations | (24.9) | 24.9 | -- | -- |
| Total Unusual Charges related to continuing operations | $ 109.4 | $ (31.4) | $ (9.7) | $ 68.3 |

Costs associated with the Davidson and Sierra mergers were comprised primarily of professional fees incurred in connection with the transactions. Costs associated with the Company's merger with Ideon (the "Ideon Merger") were non-recurring and included transaction and exit costs as well as a provision relating to certain litigation matters giving consideration to the Company's intended approach to these matters. In determining the amount of the provision related to these outstanding litigation matters, the Company estimated the cost of settling these litigation matters. In estimating such cost, the Company considered potential liabilities related to these matters and the estimated cost of prosecuting and defending them (including out-of-pocket costs, such as attorneys' fees, and the cost to the Company of having its management involved in such litigation matters). The Company has since settled all outstanding litigation matters. The remaining $66.0 million of litigation related liabilities at December 31, 1997 consists of a present value of $47.9 million representing settlement payments to be made in annual installments to Peter Halmos, the co-founder of SafeCard Services Incorporated ("SafeCard") (see Note 17 -- Commitments and Contingencies -- Ideon Settlement) and $18.1 million of settlements related to certain other class action lawsuits which were paid in the first quarter of 1998. The $2.0 million of facility-related liabilities remaining at December 31, 1997 are for lease termination payments. The Company considered litigation-related costs and liabilities, as well as exit costs and transaction costs, in determining the agreed upon exchange ratio in respect to the Ideon Merger.

In determining the amount of the provision related to the Company's consolidation efforts, the Company estimated the significant severance costs to be accrued upon the consummation of the Ideon Merger and costs relating to the expected obligations for certain third-party contracts (e.g., existing leases and vendor agreements) to which Ideon is a party and which are neither terminable at will nor automatically terminate upon a change-in-control of Ideon. As a result of the Ideon Merger, 120 employees were terminated. The Company incurred significant exit costs because Ideon's credit card registration and enhancement services are substantially similar to the Company's credit card registration and enhancement services. All of the business activities related to the operations performed by Ideon's Jacksonville, Florida office were transferred to the Company's Comp-U-Card Division in Stamford, Connecticut upon the consummation of the Ideon Merger.

COSTS RELATED TO IDEON PRODUCTS ABANDONED AND RESTRUCTURING

During the year ended December 31, 1995, Ideon incurred special charges totaling $43.8 million, net of recoveries, related to the abandonment of certain new product developmental efforts and the related impairment of certain assets and the restructuring of the SafeCard division of Ideon and the Ideon corporate infrastructure as discussed below. The original charge of $45.0 million was composed of accrued liabilities of $36.2 million and asset impairments of $8.8 million. In December 1995, Ideon recovered $1.2 million of costs in the above charges. Also included in costs related to products abandoned are marketing and operational costs incurred of $53.2 million. During the year ended December 31, 1996, all remaining amounts that had been previously accrued were paid.

During 1995, the following costs related to products abandoned and restructuring were incurred. In early 1995, Ideon launched an expanded PGA TOUR Partners program that provided various benefits to members and consumer response rates after the launch were significantly less than Ideon management's expectations. The product as configured was deemed not economically viable and a charge of $18 million was incurred. Costs associated with the abandonment of the product marketing included employee severance payments (approximately 130 employees), costs to terminate equipment and facilities leases, costs for contract impairments and write-downs taken for asset impairments. In September 1995, after a period of product redesign and test marketing, Ideon discontinued its PGA TOUR Partners credit card servicing role and recorded a charge of $3.6 million for costs associated with the abandonment of this role, including employee severance payments (approximately 60 employees), costs to terminate equipment and facilities leases and the recognition of certain commitments. In April 1995, Ideon launched a nationwide child registration and missing child search program. Consumer response rates after the launch were significantly less than Ideon management's expectations and a charge of $9.0 million was incurred to cover severance payments (approximately 100 employees), costs to terminate equipment and facilities leases and write-down taken for asset impairments. As a result of the discontinuance of these products, Ideon undertook an overall restructuring of its operations and incurred charges of $7.2 million to terminate operating leases and write-down assets to realizable value, $3.0 million for restructuring its SafeCard division and $4.2 million for restructuring its corporate infrastructure.

PURCHASE BUSINESS COMBINATION LIABILITIES

In connection with the acquisitions of Century 21, Coldwell Banker, RCI and certain other acquisitions, related business plans were developed to restructure each of the respective companies. The restructuring plans were finalized within one year of each respective acquisition based upon management's assessments of actions to be taken to complete the plans. Acquisition liabilities recorded in connection with such business plans and any subsequent adjustments thereto have been included in the respective purchase price allocations of each acquired company. Acquisition liabilities include costs associated with restructuring activities such as planned involuntary termination and relocation of employees, the consolidation and closing of certain facilities and the elimination of duplicative operating and overhead activities.

Acquisition liabilities recorded in connection with the Company's acquisitions accounted for under the purchase method of accounting and the employees to be terminated in connection with the respective restructuring plans are summarized as follows:

| (Dollars in millions) | CENTURY 21 | COLDWELL BANKER | RCI | OTHER |
|---|---|---|---|---|
| Personnel related | $ 12.6 | $ 5.8 | $ 14.6 | $ 6.5 |
| Facility related | 16.5 | 0.1 | 12.4 | 3.1 |
| Other costs | 1.0 | 3.8 | 1.7 | 1.4 |
| Total | $ 30.1 | $ 9.7 | $ 28.7 | $ 11.0 |
| Terminated employees | 319 | 87 | 252 | 275 |

Personnel related charges include termination benefits such as severance, wage continuation, medical and other benefits. Facility related costs include contract and lease terminations, temporary storage and relocation costs associated with assets to be disposed of, and other charges incurred in the consolidation and closure of excess space.

Payments charged against the acquisition liabilities are as follows:

| (In millions) | CENTURY 21 | COLDWELL BANKER | RCI | OTHER |
|---|---|---|---|---|
| 1997 | $ 1.5 | $ 1.8 | $ 18.8 | $ 2.5 |
| 1996 | 11.3 | 3.9 | 0.5 | 7.7 |
| 1995 | 14.3 | -- | -- | -- |
|  | $ 27.1 | $ 5.7 | $ 19.3 | $ 10.2 |

The Company's business plans to restructure the aforementioned acquisitions have been fully executed. Acquisition liabilities of $17.2 million remaining at December 31, 1997 pertain primarily to contractual obligations that existed at the respective acquisition dates, contract terminations and future lease commitments.

8. OTHER INTANGIBLES -- NET

Other intangibles -- net consisted of:

| (In millions) | BENEFIT PERIODS IN YEARS | YEAR ENDED DECEMBER 31, 1997 | 1996 |
|---|---|---|---|
| Avis trademarks | 40 | $ 402.0 | $ 400.0 |
| Other trademarks | 40 | 262.9 | -- |
| Customer lists | 6.5 - 10 | 116.8 | 114.0 |
| Reservation systems | 10 | 95.0 | 95.0 |
| Other | 2 - 16 | 123.6 | 89.0 |
|  |  | 1,000.3 | 698.0 |
| Less accumulated amortization |  | 102.8 | 63.5 |
| Other intangibles -- net |  | $ 897.5 | $ 634.5 |

Other intangibles are recorded at their estimated fair values at the dates acquired and are amortized on a straight-line basis over the periods to be benefited.

9. ACCOUNTS PAYABLE AND OTHER CURRENT LIABILITIES

Accounts payable and other current liabilities consisted of:

| (In millions) | YEAR ENDED DECEMBER 31, 1997 | 1996 |
|---|---|---|
| Accounts payable | $ 479.5 | $ 473.0 |
| Short-term debt | -- | 250.9 |
| Merger and acquisition obligations | 359.0 | 147.4 |
| Accrued payroll and related | 187.3 | 159.4 |
| Advances from relocation clients | 57.2 | 78.8 |
| Other | 409.4 | 493.4 |
| Accounts payable and other current liabilities | $ 1,492.4 | $ 1,602.9 |

Short-term debt at December 31, 1996 consisted of $150.0 million of acquired Avis fleet financing, borrowed on behalf of ARAC, which was repaid upon settlement of the corresponding intercompany loan due from ARAC prior to the IPO and a $100.9 million note payable issued to ARAC as partial consideration for ARAC in connection with the Company's acquisition of ARAC. The outstanding short-term debt as of December 31, 1996 had a weighted average interest rate of 6.85%.

F-35

10. NET INVESTMENT IN LEASES AND LEASED VEHICLES

Net investment in leases and leased vehicles consisted of:

|  | YEAR ENDED DECEMBER 31, | |
| --- | --- | --- |
| (In millions) | 1997 | 1996 |
| Vehicles under open-end operating leases | $ 2,640.1 | $ 2,617.3 |
| Vehicles under closed-end operating leases | 577.2 | 443.9 |
| Direct financing leases | 440.8 | 356.7 |
| Accrued interest on leases | 1.0 | .8 |
| Net investment in leases and leased vehicles | $ 3,659.1 | $ 3,418.7 |

The Company records the cost of leased vehicles as a "net investment in leases and leased vehicles". The vehicles are leased primarily to corporate fleet users for initial periods of twelve months or more under either operating or direct financing lease agreements. Vehicles under operating leases are amortized using the straight-line method over the expected lease term. The Company's experience indicates that the full term of the leases may vary considerably due to extensions beyond the minimum lease term. Lessee repayments of investments in leases and leased vehicles were $1.6 billion in both 1997 and 1996, and the ratio of such repayments to the average net investment in leases and leased vehicles was 46.80% and 47.19%, in 1997 and 1996, respectively.

The Company has two types of operating leases. Under one type, open-end operating leases, resale of the vehicles upon termination of the lease is generally for the account of the lessee except for a minimum residual value which the Company has guaranteed. The Company's experience has been that vehicles under this type of lease agreement have consistently been sold for amounts exceeding the residual value guarantees. Maintenance and repairs of vehicles under these agreements are the responsibility of the lessee. The original cost and accumulated depreciation of vehicles under this type of operating lease was $5.0 billion and $2.4 billion, respectively, at December 31, 1997 and $4.6 billion and $2.0 billion, respectively, at December 31, 1996.

Under the other type of operating lease, closed-end operating leases, resale of the vehicles on termination of the lease is for the account of the Company. The lessee generally pays for or provides maintenance, vehicle licenses and servicing. The original cost and accumulated depreciation of vehicles under these agreements was $754.4 million and $177.2 million, respectively, at December 31, 1997 and $600.6 million and $156.7 million, respectively, at December 31, 1996. The Company believes adequate reserves are maintained in the event of loss on vehicle disposition.

Under the direct financing lease agreements, resale of the vehicles upon termination of the lease is generally for the account of the lessee. Maintenance and repairs of these vehicles are the responsibility of the lessee.

Gross leasing revenues, which are reflected in fleet leasing on the consolidated statements of income consist of:

|  | YEAR ENDED DECEMBER 31, | | |
| --- | --- | --- | --- |
| (In millions) | 1997 | 1996 | 1995 |
| Operating leases | $ 1,222.9 | $ 1,145.8 | $ 1,098.7 |
| Direct financing leases, primarily interest | 41.8 | 43.3 | 42.4 |
|  | $ 1,264.7 | $ 1,189.1 | $ 1,141.1 |

Other managed vehicles are subject to leases serviced by the Company for others, and neither the vehicles nor the leases are included as assets of the Company. The Company receives a fee under such agreements which covers or exceeds its cost of servicing.

The Company has transferred existing managed vehicles and related leases to unrelated investors and has retained servicing responsibility. Credit risk for such agreements is retained by the Company to

F-36

a maximum extent in one of two forms: excess assets transferred, which were $7.6 million and $7.1 million at December 31, 1997 and 1996, respectively; or guarantees to a maximum extent. There were no guarantees to a maximum extent at December 31, 1997 or 1996. All such credit risk has been included in the Company's consideration of related reserves. The outstanding balances under such agreements aggregated $224.6 million and $158.5 million at December 31, 1997 and 1996, respectively.

Other managed vehicles with balances aggregating $75.6 million and $93.9 million at December 31, 1997 and 1996, respectively, are included in a special purpose entity which is not owned by the Company. This entity does not require consolidation as it is not controlled by the Company and all risks and rewards rest with the owners. Additionally, managed vehicles totaling approximately $69.6 million and $47.4 million at December 31, 1997 and 1996, respectively, are owned by special purpose entities which are owned by the Company. However, such assets and related liabilities have been netted in the balance sheet since there is a two-party agreement with determinable accounts, a legal right of offset exists and the Company exercises its right of offset in settlement with client corporations.

11. MORTGAGE LOANS HELD FOR SALE

Mortgage loans held for sale represent mortgage loans originated by the Company and held pending sale to permanent investors. Such mortgage loans are recorded at the lower of cost or market value on an aggregate loan basis. The Company issues mortgage-backed certificates insured or guaranteed by various government sponsored entities and private insurance agencies. The insurance or guaranty is provided primarily on a non-recourse basis to the Company, except where limited by the Federal Housing Administration and Veterans Administration and their respective loan programs. As of December 31, 1997, mortgage loans sold with recourse amounted to approximately $58.5 million. The Company believes adequate reserves are maintained to cover any potential losses.

12. MORTGAGE SERVICING RIGHTS

Capitalized mortgage servicing rights activity was as follows:

| (In millions) | MORTGAGE SERVICING RIGHTS | IMPAIRMENT ALLOWANCE | TOTAL |
|---|---|---|---|
| BALANCE, JANUARY 1, 1995 | $ 97.2 | $ -- | $ 97.2 |
| Additions | 130.1 | -- | 130.1 |
| Amortization | (28.6) | -- | (28.6) |
| Write-down/provision | (1.6) | (1.4) | (3.0) |
| Sales | (4.3) | -- | (4.3) |
| BALANCE, DECEMBER 31, 1995 | 192.8 | (1.4) | 191.4 |
| Less: PHH activity for January 1996 to reflect change in PHH fiscal year | (14.0) | .2 | (13.8) |
| Additions | 164.4 | -- | 164.4 |
| Amortization | (51.8) | -- | (51.8) |
| Write-down/provision | -- | .6 | .6 |
| Sales | (1.9) | -- | (1.9) |
| BALANCE, DECEMBER 31, 1996 | 289.5 | (.6) | 288.9 |
| Additions | 270.4 | -- | 270.4 |
| Amortization | (95.6) | -- | (95.6) |
| Write-down/provision | -- | (4.1) | (4.1) |
| Sales | (33.1) | -- | (33.1) |
| Other | (53.5) | -- | (53.5) |
| BALANCE, DECEMBER 31, 1997 | $ 377.7 | $ (4.7) | $ 373.0 |

Effective January 1, 1997, the Company adopted Statement of Financial Accounting Standards No. 125 (SFAS No. 125), "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities". The statement provides criteria for: (i) recognizing the transfer of assets as sales or secured borrowings; (ii) recognizing servicing assets and other retained interests in the transferred assets and; (iii) overall guidance for amortizing servicing rights and measuring such assets for potential impairment. The servicing right and any other retained interests are recorded by allocating the previous carrying amount between assets sold and the retained interests, based on their relative fair values at the date of the transfer. SFAS No. 125 also eliminated the distinction between the various classes of servicing rights (purchased, originated, excess). Upon adoption of the statement, assets previously recognized as excess servicing rights were classified as mortgage servicing rights to the extent that the recorded value related to the contractually specified servicing fee. The remaining recorded asset represents an interest-only strip in the amount of $48.0 million which is recorded within other assets in the consolidated balance sheet at December 31, 1997. The impact of adopting SFAS No. 125 was not material to the Company's financial statements.

The Company stratifies its servicing rights according to the interest rate bands of the underlying mortgage loans for purposes of impairment evaluation. The Company measures impairment for each stratum by comparing estimated fair value to the recorded book value. The Company records amortization expense in proportion to, and over the period of the projected net servicing income. Temporary impairment is recorded through a valuation allowance and amortization expense in the period of occurrence.

13. LONG-TERM DEBT

Long-term debt consisted of:

| (In millions) | DECEMBER 31, 1997 | DECEMBER 31, 1996 |
|---|---|---|
| Revolving Credit Facilities | $ 276.0 | $ 205.0 |
| 5 7/8% Senior Notes | 149.9 | 149.8 |
| 4 1/2% Convertible Senior Notes | -- | 146.7 |
| 4 3/4% Convertible Senior Notes | 240.0 | 240.0 |
| 3% Convertible Subordinated Notes | 543.2 | -- |
| Other | 39.2 | 42.3 |
|  | 1,248.3 | 783.8 |
| Less current portion | 2.3 | 3.0 |
| Long-term debt | $ 1,246.0 | $ 780.8 |

CREDIT FACILITIES
At December 31, 1997, the Company's primary credit facility, as amended, consisted of (i) a $750.0 million, five year unsecured revolving credit facility (the "Five Year Revolving Credit Facility") and (ii) a $1.25 billion, 364 day unsecured revolving credit facility (the "364 Day Revolving Credit Facility" and collectively with the Five Year Revolving Credit Facility, (the "Revolving Credit Facilities"). The 364-Day Revolving Credit Facility will mature on October 31, 1998 but may be renewed on an annual basis for an additional 364 days upon receiving lender approval. The Five Year Revolving Credit Facility will mature on October 1, 2001. Borrowings under the Revolving Credit Facilities, at the option of the Company, bear interest based on competitive bids of lenders participating in the facilities, at prime rates or at LIBOR, plus a margin of approximately 22 basis points. The Company is required to pay a per annum facility fee of .08% and .06% of the average daily availability of the Five Year Revolving Credit Facility and 364 Day Revolving Credit Facility, respectively. The interest rates and facility fees are subject to change based upon credit ratings on the Company's senior unsecured long-term debt by nationally recognized debt rating agencies. The Revolving Credit Facilities contain certain restrictive covenants including restrictions on indebted-

F-38

ness, mergers, liquidations and sale and leaseback transactions and requires the maintenance of certain financial ratios, including a 3:1 minimum interest coverage ratio and a 3.5:1 maximum coverage ratio, as defined. Amounts outstanding under all revolving credit facilities as of December 31, 1997 are classified as long-term, based on the Company's intent and ability to maintain these loans on a long-term basis.

5 7/8% SENIOR NOTES

The 5 7/8% Senior Notes due December 15, 1998 have been classified as long-term based upon the Company's intent and ability to refinance such indebtedness on a long-term basis. (See Note 26 -- "Subsequent Events--Financing Transactions").

4 1/2% CONVERTIBLE SENIOR NOTES

On September 22, 1997, the Company exercised its option to redeem the outstanding 4 1/2% Convertible Senior Notes (the "4 1/2% Notes"), effective on October 15, 1997, in accordance with the provisions of the indenture under which the 4 1/2% Notes were issued. Prior to the redemption date, all of the outstanding 4 1/2% Notes were converted into 19.7 million shares of Company common stock.

4 3/4% CONVERTIBLE SENIOR NOTES

In February 1996, the Company completed a public offering of $240 million unsecured 4 3/4% Convertible Senior Notes (the "4 3/4% Notes") due 2003, which are convertible at the option of the holder at any time prior to maturity into 36.030 shares of Company common stock per $1,000 principal amount of the 4 3/4% Notes, representing a conversion price of $27.76 per share. The 4 3/4% Notes were redeemable at the option of the Company, in whole or in part, at any time on or after March 3, 1998 at redemption prices decreasing from 103.393% of principal at March 3, 1998 to 100% of principal at March 3, 2003. However, on or after March 3, 1998 and prior to March 3, 2000, the 4 3/4% Notes were not redeemable at the option of the Company unless the closing price of the Company's common stock had exceeded $38.86 per share (subject to adjustment upon the occurrence of certain events) for 20 trading days within a period of 30 consecutive trading days ending within five days prior to notice of redemption. The 4 3/4% Notes were redeemed on May 4, 1998 and have been classified as long-term based on the Company's intent and ability to refinance the 4 3/4% Notes on a long-term basis. (See Note 26 -- "Subsequent Events--Financing Transactions").

3% CONVERTIBLE SUBORDINATED NOTES

On February 11, 1997, the Company completed a public offering of $550 million 3% Convertible Subordinated Notes (the "3% Notes") due 2002. Each $1,000 principal amount of 3% Notes is convertible into 32.6531 shares of Company common stock subject to adjustment in certain events. The 3% Notes may be redeemed at the option of the Company at any time on or after February 15, 2000, in whole or in part, at the appropriate redemption prices (as defined in the indenture governing the 3% Notes) plus accrued interest to the redemption date. The 3% Notes will be subordinated in right of payment to all existing and future Senior Debt (as defined in the indenture governing the 3% Notes) of the Company.

DEBT MATURITIES

Aggregate maturities of debt for each of the next five years commencing in 1998 are as follows:

(In millions)

| YEAR | AMOUNT |
| --- | --- |
| 1998 | $ 2.3 |
| 1999 | 4.1 |
| 2000 | 1.0 |
| 2001 | -- |
| 2002 | 543.2 |
| Thereafter | 697.7 |
| Total | $ 1,248.3 |

F-39

14. LIABILITIES UNDER MANAGEMENT AND MORTGAGE PROGRAMS

Borrowings to fund assets under management and mortgage programs consisted of:

| (In millions) | DECEMBER 31, | |
| --- | --- | --- |
| | 1997 | 1996 |
| Commercial paper | $ 2,577.5 | $ 3,090.8 |
| Medium-term notes | 2,747.8 | 1,662.2 |
| Other | 277.3 | 336.9 |
| Liabilities under management and mortgage programs | $ 5,602.6 | $ 5,089.9 |

Commercial paper, all of which matures within 90 days, is supported by committed revolving credit agreements described below and short-term lines of credit. The weighted average interest rates on the Company's outstanding commercial paper was 5.9% and 5.4% at December 31, 1997 and 1996, respectively.

Medium-term notes of $2.7 billion primarily represent unsecured loans which mature in 1998. The weighted average interest rates on such medium-term notes was 5.9% and 5.7% at December 31, 1997 and 1996, respectively.

Other liabilities under management and mortgage programs are principally comprised of unsecured borrowings under uncommitted short-term lines of credit and other bank facilities, all of which matures in 1998. The weighted average interest rate on such debt was 6.7% and 5.8% at December 31, 1997 and 1996, respectively.

Interest expense is incurred on indebtedness which is used to finance fleet leasing, relocation and mortgage servicing activities. Interest incurred on borrowings used to finance fleet leasing activities was $177.0 million, $161.8 million and $159.7 million for the years ended December 31, 1997, 1996, and 1995, respectively, is included net within fleet leasing revenues in the Consolidated Statements of Income. Interest related to equity advances on homes was $32.0 million, $35.0 million and $26.0 million for the years ended December 31, 1997, 1996 and 1995, respectively. Interest related to mortgage servicing activities were $77.6 million, $63.4 million and $49.9 million for the years ended December 31, 1997, 1996 and 1995, respectively. Interest expenses incurred on borrowings used to finance both equity advances on homes and mortgage servicing activities are recorded net within membership and service fee revenue in the Consolidated Statements of Income.

To provide additional financial flexibility, the Company's current policy is to ensure that minimum committed facilities aggregate 80 percent of the average amount of outstanding commercial paper. As of December 31, 1997, the Company maintained a $2.5 billion committed and unsecured credit facility which was backed by a consortium of domestic and foreign banks. The facility was comprised of a $1.25 billion credit line maturing in 364 days and a five year $1.25 billion credit line maturing in the year 2002. Under such credit facility, the Company paid annual commitment fees of $1.7 million, $2.4 million and $2.3 million for the years ended December 31, 1997, 1996 and 1995, respectively. In addition, the Company has other uncommitted lines of credit with various banks of which $180.7 million was unused at December 31, 1997. The full amount of the Company's committed facility was undrawn and available at December 31, 1997 and 1996.

F-40