UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:02CR00264 (AWT) |
| WALTER A. FORBES and<br>E. KIRK SHELTON | October 24, 2005 |

**MOTION ON CONSENT BY NON-PARTY ERNST & YOUNG LLP
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT
WALTER A. FORBES' RULE 17(C) SUBPOENA**

With the consent of counsel to Defendant Walter A. Forbes, Non-Party Ernst & Young LLP ("E&Y") hereby respectfully moves through undersigned counsel for an order extending E&Y's time to respond Defendant Forbes' Rule 17(c) Subpoena to E&Y's Custodian of Records until November 7, 2005. The grounds for this motion are as follows:

On or about September 13, 2005, Defendant Forbes served a Rule 17(c) subpoena duces tecum on E&Y's Custodian of Records. Since the return date for the subpoena is on a Sunday (October 23, 2005), the return date is in effect Monday, October 24, 2005. Co-counsel for E&Y spoke to counsel for Defendant Forbes on or about October 19, 2005; Defendant Forbes' counsel consented to E&Y's request for an extension to November 7, 2005 to respond to the subpoena. E&Y requires this brief extension to consider and prepare its response to the

subpoena. This is E&Y's first request for an extension of time to respond to the subpoena served on September 13, 2005.

       /s/ Shelley R. Sadin
Shelley R. Sadin (ct 05090)

**ZELDES, NEEDLE & COOPER** PC
1000 Lafayette Blvd.
Bridgeport, Connecticut  06601-1740
203.332.5729 (phone)
203.333.1489 (fax)
ssadin@znclaw.com

Attorneys for Ernst & Young LLP

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been sent via facsimile and U.S. Mail, postage prepaid, on this date to:

> Christopher J. Christie, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 970 Broad St.
> Suite 700
> Newark, NJ 07102
>
> Barry S. Simon, Esq.
> Williams & Connolly
> 725 12th St., N.W.
> Washington, DC 20005-5901

Dated at Bridgeport, Connecticut this 24th day of October, 2005.

>  /s/ Shelley R. Sadin
> Shelley R. Sadin