UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | October 25, 2005 |
| WALTER A. FORBES. ) | |

**MOTION OF DEFENDANT WALTER A. FORBES FOR A MISTRIAL BECAUSE MS. PEMBER'S TESTIMONY CAUSED A CONSTRUCTIVE AMENDMENT AND A PREJUDICIAL VARIANCE**
(Forbes Retrial Motion No. 17)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for a mistrial because Ms. Pember's testimony caused a constructive amendment and a prejudicial variance. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)

- 2 -

                        COWDERY, ECKER & MURPHY, L.L.C.
                        750 Main Street
                        Hartford, CT 06103-2703
                        (860) 278-5555 (phone)
                        (860) 249-0012 (fax)
                        tmurphy@cemlaw.com (e-mail)

                        Attorneys for Walter A. Forbes

Dated: October 25, 2005

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing MOTION OF DEFENDANT WALTER A. FORBES FOR A MISTRIAL BECAUSE MS. PEMBER'S TESTIMONY CAUSED A CONSTRUCTIVE AMENDMENT AND A PREJUDICIAL VARIANCE to be sent on October 25, 2005 to the following by hand and via e-mail:

>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT 06103

and to the following via e-mail:

>Norman Gross, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101

_____
Barry S. Simon