**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA    )
                            )
v.                          )   Criminal No. 3:02CR00264(AWT)
                            )
WALTER A. FORBES and        )
E. KIRK SHELTON             )
-------------------------------
```

**ENDORSEMENT ORDER**

    Defendant Forbes' Pretrial Motion No. 51 (Doc. No. 328) was denied as moot as a result of the United States' withdrawal of its subpoena <u>duces</u> <u>tecum</u> to American Express.  <u>See</u> Doc. No. 357.

    It is so ordered.

    Dated this 25th day of October 2005 at, Hartford, Connecticut.

                                                  /s/
                                        Alvin W. Thompson
                                United States District Judge