**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,    )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
WALTER A. FORBES and         )
E. KIRK SHELTON              )
-------------------------------
```

**ENDORSEMENT ORDER**

Non-party University of Washington's motion to quash (Doc. No. 890) was DENIED as moot based on the government's decision not to call Robert Sarkie as a witness.

It is so ordered.

Dated this 25th day of October 2005 at, Hartford, Connecticut.

                                              /s/
                                      Alvin W. Thompson
                           United States District Judge