**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )   Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

**ENDORSEMENT ORDER**

    The Motion of the Securities Exchange Commission to Quash Subpoena Seeking Testimony From Thomas Newkirk, Associate Director of the S.E.C.'s Division of Enforcement (Doc. No. 1202) was DENIED as moot based on defendant Forbes' decision not to call Thomas Newkirk as a witness.

    It is so ordered.

    Dated this 25th day of October 2005 at, Hartford, Connecticut.

                                                /s/
                                     Alvin W. Thompson
                              United States District Judge