**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
-----------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-----------------------------
```

## RULING ON FORBES' RETRIAL MOTION *IN LIMINE* NO. 23

**(Motion of Walter A. Forbes to Preclude Evidence Regarding
Alleged Accounting Fraud From the Pre-1995 Time Period)**

For the reasons set forth below, defendant Forbes motion *in limine* was denied.

Defendant Forbes argues that the court should exclude evidence regarding alleged accounting fraud from the pre-1995 time period pursuant to Fed. R. Evid. 403 because its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues or misleading the jury. He makes three points, without specifying which portion of Rule 403 pertains to which.

First, defendant Forbes argues that the government is using this evidence to support a negligence argument. However, as was apparent during the initial trial, that was not the manner in which the government proceeded, and the court's instructions will make it clear during this trial, as those instructions did during the first trial, that defendant Forbes cannot be convicted on a negligence or respondeat superior theory of liability.

Second, defendant Forbes argues that the government is required to offer expert testimony to support what defendant Forbes contends is improper lay testimony by Cosmo Corigliano about the accounting during the pre-1995 period. Defendant Forbes' arguments on this point, which were set forth in Forbes' Retrial Motion *in Limine* No. 3 (Doc. No. 1741), which has also been denied, lack merit.

Third, defendant Forbes makes an additional, two-part argument as to why evidence about the pre-1995 fraud should be excluded. The court concludes that this argument lacks merit for the reasons set forth in the Government's Opposition to Defendant Walter A. Forbes' Motion to Preclude Evidence Regarding Alleged Accounting Fraud From the Pre-1995 Time Period (Doc. No. 1964) 3-4.

Accordingly, the Motion of Walter A. Forbes to Preclude Evidence Regarding Alleged Accounting Fraud From the Pre-1995 Time Period (Doc. No. 1863) was DENIED on October 24, 2005. See Tr. 868.

It is so ordered.

Dated this 27th day of October 2005 at, Hartford, Connecticut.

                                        /s/
                                 _____
                                    Alvin W. Thompson
                                 United States District Judge