UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | October 28, 2004 |
| | : | |
| WALTER A. FORBES | : | |

**REPLY MEMORANDUM IN SUPPORT OF MOTION OF THE UNITED STATES TO QUASH SUBPOENAS DIRECTED TO FORMER AND PRESENT OFFICIALS OF THE DEPARTMENT OF JUSTICE AND TO LIMIT PARAGRAPH 12(B) OF THE ORDER GOVERNING PROCEDURES DURING RETRIAL**

<u>(GOVERNMENT'S RETRIAL MOTION NO. 5)</u>

In his Memorandum in Opposition to the Government's Motion to Quash Subpoenas Directed to Former and Present Officials of the DOJ and to Limit Paragraph 12(b) of this Court's Retrial Procedures Order, Docket No. 1904, Forbes has submitted a declaration of Mr. Simon which summarizes in very general terms the testimony that Forbes intends to elicit from the current and former DOJ officials.  The Government will not contest the sufficiency of this declaration to satisfy the requirements of 18 C.F.R. Section 16.23(c), and the Court may therefore treat the Government's Motion to Quash as moot.  In the event that Forbes attempts to elicit testimony from any of the current or former DOJ officials on matters other than those identified in Mr. Simon's declaration, the Government reserves its right to object.

Forbes also states that he has no objection to the Court allowing the current trial team to consult with members of

the prior trial team in this case: John Carney, James McMahon, and Richard Schechter. Opposition Section II, p. 4. Given the absence of an objection, the Government requests that the Court promptly rule on that portion of the Government's motion, so that Carney, McMahon, and/or Schechter may begin to review portions of the retrial transcript, if necessary. Contrary to Forbes statement in footnote 1 of his opposition, members of the prior trial team have not begun to read the retrial transcripts, which is why the Government sought the Court's modification of paragraph 12(b) to permit them to do so.

>Respectfully submitted,
>
>CHRISTOPHER J. CHRISTIE
>Special Attorney
>U.S. Department of Justice
>
>
>NORMAN GROSS
>MICHAEL MARTINEZ
>CRAIG CARPENITO
>Special Attorneys
>U.S. Department of Justice

Dated: October 28, 2005
Hartford, Connecticut

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following by hand delivery:

Barry S. Simon, Esq.
Williams & Connolly LLP
Washington D.C. fax: (202) 434-5029
Hartford fax: (860) 293-1651

                                             DEBRA ELLIOTT
                                             U.S. Department of Justice

Dated:    October 31, 2005
            Hartford, Connecticut

**EXHIBIT A**

Case 3:02-cr-00264-AHN    Document 1909    Filed 10/31/2005    Page 4 of 8



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

August 10, 2004

| | | |
|---|---|---|
| VIA FACSIMILE | *970 Broad Street, Suite 700*<br>*Newark, New Jersey 07102* | *(973) 645-2700* |

Barry S. Simon, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Thomas P. Puccio, Esq.
230 Park Avenue
Suite 301
New York, New York 10169

Thomas A. Arena, Esq.
Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY  10005

       Re:  United States v. Forbes, et al.
           <u>No. 3:02CR264 (AWT)</u>

Dear Counsel:

      This letter responds to Mr. Simon's letter to Mr. Schechter dated August 5, 2004.

      Previously, you have been furnished with notes and/or memorandum concerning interviews of Kevin Kearney by the United States conducted on or about May 26, 1998, July 15, 1998, August 24, 1998, March 4, 1999, April 14, 1999, April 29, 1999, and July 10, 2001.  These notes and/or memorandum, listed by the date of the interviews, have been bate stamped as follows:

    **<u>May 26, 1998:</u>**
    PM 243-249
    PM 456-460

    **<u>July 15, 1998:</u>**
    PAW 731-732

    **<u>August 24, 1998:</u>**
    PAW 715-730
    MW 3-6

    DF 370-377

    **March 4, 1999:**
    PAW 698-714
    RC 176-190
    DF 532-550
    MG 170-178

    **April 14, 1999:**
    PAW 680-697
    RC 159-175
    GR 25-28
    MG 179-198
    PM 252-254
    DF 567-579
    RB 1-11

    **April 29, 1999:**
    PAW 663-679
    RC 157-158
    MG 199
    PM 250-251

    **July 10, 2001:**
    MGR 168-194

    You have also been furnished with letters from the United States dated August 20, 2003 and March 8, 2004 (concerning interviews conducted on or about March 23, 2003 and August 6, 2003), October 10, 2003 and March 8, 2004 (concerning interviews conducted on or about October 4, 2003 and October 8, 2003), and March 22, 2004 (concerning an interview conducted on or about March 17, 2004).

    Please be advised that during the May 26, 1998 interview of Mr. Kearney by Postal Inspector Patricia Mathews, Postal Inspector Mathews does not recall that Mr. Kearney was asked if Stu Bell, or anyone else, invoked the name Walter Forbes when Mr. Kearney received instructions regarding unsupported topside adjustments.  Inspector Mathews does not recall Mr. Kearney indicating during the May 26, 1998 interview that anyone invoked the name Walter Forbes when Mr. Kearney received instructions regarding unsupported topside adjustments.

    Please be advised that AUSA Paul Weissman does not recall Mr. Kearney being asked during any interview that AUSA Weissman attended if Stu Bell, or anyone else, invoked the name Walter Forbes when Mr. Kearney received instructions regarding unsupported topside adjustments.  AUSA Weissman does not recall Mr. Kearney indicating during any interview that AUSA Weissman attended that anyone invoked the name Walter Forbes when Mr. Kearney received instructions regarding unsupported topside adjustments.

```
                    Very truly yours,

                    CHRISTOPHER J. CHRISTIE
                    Special Attorney
                    U.S. Department of Justice


                    By:  JOHN J. CARNEY
                    Special Attorney
                    U.S. Department of Justice


                    By: JAMES MCMAHON
                    Special Attorney
                    U.S. Department of Justice


                    BY: RICHARD J. SCHECHTER
                    Special Attorney
                    U.S. Department of Justice
```

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and fax:

Barry S. Simon, Esq.
Williams & Connolly LLP
Washington D.C. fax: (202) 434-5029
Hartford fax: (860) 293-1651

                                      LYNDA POWERS
                                      U.S. Department of Justice

Dated:    October 21, 2005
            Hartford, Connecticut