UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

### RULING ON GOVERNMENT'S RETRIAL MOTION NO. 5

**(Ruling on Motion of the United States to Quash Subpoenas Directed to Former and Present Officials of the Department of Justice and to Limit Paragraph 12(B) of the Order Governing Procedures During Trial)**

For the reasons set forth below, the government's motion is being denied in part as moot, and granted in part.

The government has moved to quash subpoenas directed to former and present officials of the Department of Justice, arguing that defendant Forbes has failed to reply with the requirements of 28 C.F.R. § 16.23(c). The motion to quash is being denied, as moot, based on the government's representation in its reply memorandum.

The government's motion to limit paragraph 12.e. of the Order Re Procedures For Retrial (see Doc. No. 1843) so as to allow the current government trial team to consult with John Carney, James McMahon, and Richard Schechter is being granted absent objection.

Accordingly, the Motion of the United States to Quash Subpoenas Directed to Former and Present Officials of the Department of Justice and to Limit Paragraph 12(B) of the Order

Governing Procedures During Retrial (Doc. No. 1884) is hereby DENIED, in part, as moot, and GRANTED, in part.

It is so ordered.

Dated this 28th day of October 2005, at Hartford, Connecticut.

                                                    /s/
                                      Alvin W. Thompson
                             United States District Judge