UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
-------------------------------
```

**RULING ON GOVERNMENT'S RETRIAL MOTION NO. 6**

**(Motion *in Limine* of the United States to Admit Into Evidence GX 435 and GX 1500)**

The Motion *in Limine* of the United States to Admit Into Evidence GX 435 and GX 1500 (Doc. No. 1892) is GRANTED, absent objection.

It is so ordered.

Dated this 28th day of October, 2005 at, Hartford, Connecticut.

                                    /s/
                              Alvin W. Thompson
                           United States District Judge