**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

**Ruling on Casper Sabatino's Motion to Quash the Rule 17(c) Subpoenas of Defendant Walter A. Forbes Dated August 17, 2005 and September 14, 2005**

Non-Party Casper Sabatino's Motion to Quash the Rule 17(c) Subpoenas of Defendant Walter A. Forbes Dated August 17, 2005 and September 14, 2005 was GRANTED for the reasons set forth in the Ruling on Anne Pember's Motion to Quash the Sixth and Seventh Rule 17(c) Subpoenas of Defendant Walter A. Forbes. See Doc. No. 1906.

It is so ordered.

Dated this 31st day of October 2005 at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge