UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )     Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
---------------------------------

**Ruling on Non-Party Kevin Kearney's Motion to Quash the Rule 17(c) Subpoena of Walter A. Forbes Dated August 17, 2005**

Non-Party Kevin Kearney's Motion to Quash the Rule 17(c) Subpoena of Walter A. Forbes Dated August 17, 2005 was GRANTED for the reasons set forth in the Ruling on Anne Pember's Motion to Quash the Sixth and Seventh Rule 17(c) Subpoenas of Defendant Walter A. Forbes.  See Doc. No. 1906.

It is so ordered.

Dated this 31st day of October 2005 at Hartford, Connecticut.

                                           /s/
                                    Alvin W. Thompson
                                    United States District Court