**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

### RULING ON FORBES' RETRIAL MOTION *IN LIMINE* NO. 13

**(Motion of Walter A. Forbes to Preclude References to the Truth-Telling Provisions in Cosmo Corigliano's Plea Agreement)**

The Motion of Walter A. Forbes to Preclude References to the Truth-Telling Provisions in Cosmo Corigliano's Plea Agreement (Doc. No. 1679) was DENIED on October 31, 2005 (Trial Tr. 1244:10-14) for the reasons set forth by the government in its Opposition to Defendant Walter A. Forbes' Motion to Preclude References to The Truth-Telling Provisions in Cosmo Corigliano's Plea Agreement (Doc. No. 1748).

Dated this 1st day of November 2005 at Hartford, Connecticut.

```
                                    /s/
                          Alvin W. Thompson
                          United States District Judge
```