UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
KIRK E. SHELTON               )
-------------------------------
```

### RULING ON FORBES' TRIAL MOTION NO. 40

**(Motion of Walter A. Forbes to Compel the Production of the Affidavit of Assets Submitted by Mr. Corigliano to the Securities and Exchange Commission)**

For the reasons set forth below, defendant Forbes' motion was DENIED on October 5, 2004. (See Trial Tr. at 14550.)

Defendant Forbes sought the financial accounting affidavit, dated September 4, 2004, submitted by Cosmo Corigliano and his wife to the Securities and Exchange Commission. The government did not object to disclosing the affidavit to the extent it set forth the Coriglianos' asset holdings on March 31, 2004 and a valuation of the family's personal property, and the government provided the defense with those portions of the affidavit. However, the court denied defendant Forbes' motion with respect to the portions of the affidavit containing a listing of all of the Coriglianos' brokerage and bank accounts dating from 1996 and a listing of all asset transfers over $5,000 made during the period from between January 1, 1996 to March 31, 2004, because the court agreed with the government's contention that defendant Forbes was seeking that financial information solely for the

purpose of attacking Corigliano's credibility.

    Dated this 1st day of November 2005 at Hartford, Connecticut.

                        _____/s/_____
                            Alvin W. Thompson
                      United States District Judge