UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )   Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES and           )
E. KIRK SHELTON                )
-------------------------------
```

**RULING ON MOTION OF NON-PARTIES COSMO CORIGLIANO AND KRAMER LEVIN NAFTALIS & FRANKEL LLP TO QUASH ADDITIONAL RULE 17(C) SUBPOENAS (DOC. NO. 978)**
**and**
**MOTION OF DEFENDANT E. KIRK SHELTON FOR RECONSIDERATION OF THE COURT'S RULING CONCERNING DEFENDANT SHELTON'S SUBPOENAS DATED JULY 20, 2004 DIRECTED TO COSMO CORIGLIANO AND KRAMER LEVIN NAFTALIS & FRANKEL LLP (DOC.NO. 991)**

The Motion of Non-Parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP to Quash Additional Rule 17(c) Subpoenas (Doc. No. 978) was GRANTED on July 26, 2004. (See Tr. 8606-07.)

Thereafter, the Motion of Defendant E. Kirk Shelton for Reconsideration of the Court's Ruling Concerning Defendant Shelton's Subpoenas Dated July 20, 2004 Directed to Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP (Doc. No. 991) was GRANTED at a telephonic conference on July 30, 2004, and upon reconsideration, the motion to quash (see Doc. No. 978) was granted in part and denied in part. (See Tr. of Telephonic Conference 7/30/04 at 10-16.)

Dated this 31st day of October 2005, in Hartford, Connecticut.

```
                              _____/s/_____
                              Alvin W. Thompson
                              United States District Judge
```