**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA     )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
WALTER A. FORBES and         )
E. KIRK SHELTON              )
-------------------------------
```

### RULING ON FORBES TRIAL MOTION NO. 25

**(Motion of Walter A. Forbes for Reconsideration of the Court's Ruling Concerning the Documents Subpoenaed from People's Bank)**

The Motion of Walter A. Forbes for Reconsideration of the Court's Ruling Concerning the Documents Subpoenaed from People's Bank (Doc. No. 988) was GRANTED during a telephonic conference on July 30, 2004.  Upon reconsideration of its July 27, 2004 order granting the motion to quash (see Doc. No. 979; Tr. at 8820), the court DENIED the motion to quash.  (See Tr. of Telephonic Conference 7/30/04 at 16-19.)

Dated this 31st day of October 2005, in Hartford, Connecticut.

```
                              /s/
                    Alvin W. Thompson
                    United States District Judge
```