UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )       Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

**ORDER AND NOTICE TO RECIPIENTS**
**OF DEFENSE TRIAL SUBPOENAS**

Counsel for the defendant in this case has heretofore caused or is now causing you to be served with a Subpoena in a Criminal Case ("Trial Subpoena"), which requires you to appear in this court as a trial witness on a specified date.  However, defense counsel has offered or is offering you, as an alternative to appearing on that specified date, the option of entering into a written agreement to appear on 48 hours notice from defense counsel.  If you are unwilling to enter into such an agreement with defense counsel because you believe you need more than 48 hours notice of the date you will be required to appear, you should promptly file a motion requesting more notice.  This is necessary in order to avoid disruption of the trial in this case.

A copy of your motion to modify the Trial Subpoena must be faxed to the chambers of the undersigned at 860-240-3465 no later than four business days after your actual receipt of this order and notice.  The original of the motion shall be filed in the Clerk's Office immediately thereafter.  The Clerk's address is:

```
                    Office of the Clerk
                United States District Court
                      450 Main Street
                    Hartford, CT 06103
```

Simultaneously with the fax to the court, a copy of the motion to modify the Trial Subpoena shall be faxed and sent by an overnight delivery service to defense counsel at the following address and fax numbers:

```
                    Barry S. Simon, Esq.
                    Williams & Connolly
                    725 12th St., N.W.
                  Washington, DC 20005-5901
                     Fax: (860) 293-1651
```

The motion must include the name and docket number of this case and set forth in detail the reasons why 48 hours notice is not sufficient for you. The motion shall also state whether you desire oral argument on the motion or are satisfied to simply have the court rule based on the papers. The motion to modify the Trial Subpoena shall also include a mailing or e-mail address, or fax number, where notice of the court's ruling should be sent, as well as a telephone number where you or your counsel can be reached. If you file a motion to modify the Trial Subpoena, the court will issue a ruling stating the minimum amount of notice to which you shall be entitled.

If you do not timely file a motion (or a motion for an extension of time in which to file a motion), the Trial Subpoena served on you shall be returnable upon 48 hours notice by defense counsel to you or your counsel.

It is so ordered.

Dated this 1st day of November 2005, at Hartford, Connecticut.

/s/AWT

---
Alvin W. Thompson
United States District Judge