UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:02CR00264 (AWT) |
| WALTER A. FORBES and<br>E. KIRK SHELTON | October 24, 2005 |

### MOTION ON CONSENT BY NON-PARTY ERNST & YOUNG LLP FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT WALTER A. FORBES' RULE 17(C) SUBPOENA

With the consent of counsel to Defendant Walter A. Forbes, Non-Party Ernst & Young LLP ("E&Y") hereby respectfully moves through undersigned counsel for an order extending E&Y's time to respond Defendant Forbes' Rule 17(c) Subpoena to E&Y's Custodian of Records until November 7, 2005. The grounds for this motion are as follows:

On or about September 13, 2005, Defendant Forbes served a Rule 17(c) subpoena duces tecum on E&Y's Custodian of Records. Since the return date for the subpoena is on a Sunday (October 23, 2005), the return date is in effect Monday, October 24, 2005. Co-counsel for E&Y spoke to counsel for Defendant Forbes on or about October 19, 2005; Defendant Forbes' counsel consented to E&Y's request for an extension to November 7, 2005 to respond to the subpoena. E&Y requires this brief extension to consider and prepare its response to the

Extension GRANTED, to and including November 7, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/1/05