UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
-------------------------------
```

**RULING ON FORBES' RETRIAL MOTION NO. 13**

**(Motion of Walter A. Forbes for an
Order Governing Subpoenas for the Retrial)**

Defendant Forbes' motion (Doc. No. 1838) is hereby GRANTED, provided (i) that any trial subpoena hereafter issued by defendant Forbes shall be accompanied by a copy of the court's Order and Notice to Recipients of Defense Trial Subpoenas, dated November 1, 2005; (ii) that a copy of said Order and Notice shall be delivered immediately to persons who have already received trial subpoenas issued by defendant Forbes and have not been released therefrom; (iii) that this order does not apply to witnesses currently or previously employed by Ernst & Young, because their appearances are the subject of an agreement between their counsel and counsel for defendant Forbes; and (iv) that in the case of current and former Department of Justice officials, defendant Forbes shall notify them at the end of the government's case of whether he intends to call them during his defense-in-chief and shall use his best efforts to give such witnesses one week's notice.

It is so ordered.

Dated this 2nd day of November 2005, in Hartford, Connecticut.

                                      /s/
                                Alvin W. Thompson
                            United States District Judge