## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )       Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES and           )
E. KIRK SHELTON                )
-------------------------------
```

**RULING ON MOTION OF THE UNITED STATES TO QUASH SUBPOENA FOR TRIAL TESTIMONY OF COSMO CORIGLIANO**

   The Motion of the United States to Quash Subpoena for Trial Testimony of Cosmo Corigliano (Doc. No. 1177) was GRANTED for the reasons set forth in the Memorandum of Law of the United States in Support of Motions to Quash Defendant Forbes' Subpoenas for Cosmo Corigliano, Alan Friedman and Gary Naftalis (Doc. No. 1082).

   Dated this 5th day of November 2005 at Hartford, Connecticut.

                                       /s/
                                Alvin W. Thompson
                           United States District Court