**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )     Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
-------------------------------
```

**RULING ON NON-PARTY CENDANT CORPORATION'S MOTION TO JOIN IN THE REQUEST FOR REMEDIAL RELIEF**

Non-Party Cendant Corporation's Motion to Join in the Request for Remedial Relief (Doc. No. 1791) is DENIED as moot in view of Part III of this court's Ruling on Motion of Non-Parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP to Quash Rule 17(c) Subpoenas and For Remedial Relief (Doc. No. 1759).

It is so ordered.

Dated this 4th day of November 2005 at Hartford, Connecticut.

                                  /s/
                            Alvin W. Thompson
                       United States District Judge