UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )   Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

**RULING ON MOTION OF NON-PARTIES AGNES CORIGLIANO AND FRIED, FRANK, SHRIVER & JACOBSON LLP TO QUASH SUBPOENAS SEEKING DOCUMENTS**

The Motion of Non-Parties Agnes Corigliano and Fried, Frank, Shriver & Jacobson LLP to Quash Subpoenas Seeking Documents (Doc. No. 1835) is hereby GRANTED. The instant motion was filed for the purpose of joining the Motion of Non-Parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP to Quash Rule 17(c) Subpoenas and For Remedial Relief (Doc. No. 1759), and it is being granted for the reasons set forth in the Ruling on Motion of Non-Parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP to Quash Rule 17(c) Subpoenas and For Remedial Relief (Doc. No. 1927).

It is so ordered.

Dated this 5th day of November 2005 at Hartford, Connecticut.

                                        /s/
                                Alvin W. Thompson
                           United States District Judge