UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Case No. : 3:02 CR 264 (AWT) |
| v. | ) <br> ) November 7, 2005 |
| WALTER A. FORBES. | ) <br> ) |

**NON-PARTY ERNST & YOUNG LLP'S MOTION TO QUASH DEFENDANT
WALTER A. FORBES' SECOND RULE 17(C) SUBPOENA**

Non-Party Ernst & Young LLP ("E&Y") hereby moves, pursuant to Fed. R. Crim. P. 16(d) and 17(c), for an order quashing the second Rule 17(c) subpoena served upon E&Y by defendant Walter A. Forbes ("Defendant"), which is dated September 13, 2005 ("Second Subpoena"). The grounds in support of this motion are set forth in the accompanying memorandum of law and exhibits.

Respectfully submitted,

ERNST & YOUNG LLP

By: /s/ Shelley R. Sadin
Shelley R. Sadin
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740

17333637

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Non-Party Ernst & Young's Motion to Quash Defendant Walter A. Forbes' Rule 17(c) to be sent via facsimile and overnight delivery on this 7th day of November, 2005 to the following counsel of record:

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Residence Inn
942 Main Street
Hartford, CT  06103

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT  06103

Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT  06103

Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Camden, NJ  08101

_____
Shelley R. Sadin