**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

**ORDER SETTING DEADLINES FOR DELIVERY BY THE DEFENDANT OF AN EXHIBIT LIST AND COPIES OF CERTAIN EXHIBITS**

Today, the defendant submitted to the court, ex parte, a list of all exhibits not previously marked and identified for the government as potential defense exhibits during the first trial, which the defendant reasonably anticipates may be used in his case-in-chief, as required by Paragraph 3 of the Order re Procedures for Retrial (Doc. No. 1843). The court hereby sets the conclusion of the testimony of Cosmo Corigliano, which is currently underway, as the deadline for delivery by the defendant to the government and to the court of an exhibit list and copies of documents not previously marked and identified as potential defense exhibits during the first trial to be used in the defendant's case-in-chief.

It is so ordered.

Dated this 7th day of November 2005, at Hartford, Connecticut.

                                          /s/
                                    Alvin W. Thompson
                                 United Stated District Judge