# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )      Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
------------------------------
```

### RULING ON FORBES' RETRIAL MOTION *IN LIMINE* NO. 11

**(Motion of Defendant Walter A. Forbes to Preclude the Government From Presenting Any Evidence, Cross-Examination or Argument Concerning Mr. Shelton's Purported Statement to Mr. Corigliano Concerning His Computer or Mr. Corigliano's Deletion of Electronic Files)**

The Motion of Defendant Walter A. Forbes to Preclude the Government From Presenting Any Evidence, Cross-Examination or Argument Concerning Mr. Shelton's Purported Statement to Mr. Corigliano Concerning His Computer or Mr. Corigliano's Deletion of Electronic Files (Doc. No. 1675) is hereby DENIED as moot, based on the representation of the government in the Government's Response to Defendant Walter A. Forbes Motion to Preclude the Government From Presenting Any Evidence, Cross-Examination or Argument Concerning Mr. Shelton's Purported Statement to Mr. Corigliano Concerning His Computer or Mr. Corigliano's Deletion of Electronic Files (Doc. No. 1746).

It is so ordered.

Dated this 7th day of November 2005 at Hartford, Connecticut.

```
                    _____/s/_____
                         Alvin W. Thompson
                    United States District Judge
```