## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA,    )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
WALTER A. FORBES and         )
E. KIRK SHELTON              )
-------------------------------
```

## RULING ON FORBES' TRIAL MOTION NO. 29

### (Motion of Walter A. Forbes to Limit the Scope of the Testimony of Brian Heckler)

The Motion of Walter A. Forbes to Limit the Scope of the Testimony of Brian Heckler (Doc. No. 1093) was denied as moot on August 23, 2004, with respect to (a) Point II and Point IV (see Trial Tr. 10528, 10726); and (b) Point I and Point III for the reasons given by the government during its oral response to the motion. (see Trial Tr. 10528-10533.)

Dated this 7th day of November 2005 at Hartford, Connecticut.

                                    _____/s/_____
                                    Alvin W. Thompson
                                    United States District Judge