UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WALTER A. FORBES. )<br>)<br>) | No. 3:02CR264 (AWT)<br>November 8, 2005 |

## OPPOSITION OF WALTER A. FORBES TO NON-PARTY ERNST & YOUNG LLP'S MOTION TO QUASH

Walter A. Forbes, through undersigned counsel, respectfully submits this Opposition to Non-Party Ernst & Young LLP's Motion to Quash.

At issue is a single subpoena, containing two calls, served on Ernst & Young on or about September 23, 2005. As Ernst & Young acknowledges in its Motion, Mot. at 2, Mr. Forbes made clear in his cover letter to Ernst & Young that he was serving the subpoena to ensure that the requests therein were preserved with respect to the retrial. See, e.g., United States v. Palmer, 122 F.3d 215, 221 (5th Cir. 1997) ("[a] retrial following a mistrial is both in purpose and effect a new trial. Accordingly, objections made at the aborted trial have no bearing on the retrial, as the two are entirely separate affairs.").

Mr. Forbes otherwise relies on the arguments made in opposition to Ernst & Young's motion to quash filed prior to the first trial, which he incorporates herein. [Docket number 241].

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: November 8, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Opposition of Walter A. Forbes to Non-Party Ernst & Young LLP's Motion to Quash to be sent on November 8, 2005 to the following via FedEx:

>Shelley R. Sadin, Esq.
>Zeldes, Needle & Cooper, P.C.
>1000 Lafayette Boulevard
>Breigeport, CT 06601-1740
>
>Norman Gross, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT 06103

Barry S. Simon