**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
------------------------------
```

**RULING ON FORBES' RETRIAL MOTION *IN LIMINE* NO. 12**

**(Motion of Walter A. Forbes to Exclude GX 1527)**

The Motion of Walter A. Forbes to Exclude GX 1527 (Doc. No. 1677) is hereby DENIED without prejudice. The court's analysis of any issues relating to this evidence should be informed by the state of the record as of the time the issue presents itself.

It is so ordered.

Dated this 9th day of November 2005 at Hartford, Connecticut.

/s/AWT

_____
      Alvin W. Thompson
United States District Judge