# Work Performed – Merger Reserves (2)

Additionally, KPMG performed the following steps:

- For the years ended January 31, 1996, January 31, 1997 and December 31, 1997, agreed the merger reserve reversals identified to original source documents, journal entries and supporting documentation (i.e. CUC internal memos, emails, etc) with few exceptions.

- Reviewed an internal Company document that was given to E&Y that quantifies and describes the components/charges that are included in the original Cendant and Ideon reserve amounts.

- Reviewed E&Y's testing of the Cendant reserve.

- Read CUC's public SEC filings for amounts and disclosures related to the original Cendant and Ideon merger reserves and reconciled the disclosures in the public SEC filings to internal Company documents to the extent possible.

- Analyzed the litigation portion of the Ideon reserve in extensive detail to gain a further understanding of the validity and disclosure of these charges.

- Considered whether the original Cendant and Ideon Reserves complied with existing literature and criteria to be included and in the original reserve.

- Read internal and external documents to determine whether there was adequate support that a qualifying Exit Plan existed under EITF 94-3.



United States of America vs. Walter A. Forbes– B. Heckler Testimony

© 2004 KPMG LLP, the U.S. member firm of KPMG International, a Swiss cooperative. All rights reserved. Printed in the U.S.A. KPMG and the KPMG logo are registered trademarks of KPMG International

57

# Work Performed – Merger Reserves (3)

- Read internal and external documents to determine whether the Exit Plans were changed for the Ideon and Cendant mergers resulting in a reduction of the level of reserves necessary to support the plan.
- Reviewed unsupported journal entries and documentation of merger reserve reversals into income including:
  - Unsupported journal entries that were made after year-end(s) that reduced the merger reserve balances and increased income and were backdated to prior months.
  - Unsupported journal entries where merger reserves were transferred via intercompany accounts from corporate headquarters to various subsidiaries and then reversed into income.
- Reviewed the documentation of timing of the accrual of the merger-related restructuring costs.
- Read both E&Y and AA workpapers to determine whether there was documentation of testing of asset impairments performed by the Company.
- Reviewed the classification of expenses within the Income Statement (normal recurring expenses vs. "special" merger related costs).
- Read and summarized interviews, transcripts of pleas, trial testimony, and other information of individuals involved.
- Reviewed trial exhibits introduced as evidence.

United States of America vs. Walter A. Forbes– B. Heckler Testimony

58

© 2004 KPMG LLP, the U.S. member firm of KPMG International, a Swiss cooperative. All rights reserved. Printed in the U.S.A. KPMG and the KPMG logo are registered trademarks of KPMG International.



# Addendum 2: Details of Findings

KPMG

Project Cendant
Summary of overstatements of pre-tax Income [1]
($ In millions)

| | Nine months ended 10/31/1995 [2] | FYE 1/31/1996 | Nine months ended 10/31/1996 [2] | FYE 1/31/1997 | Nine months ended 10/31/1997 [2] | FYE 12/31/1997 |
|---|---|---|---|---|---|---|
| **Topside adjustments** | 31 | | 87 | | 176 | |
| Revenue recognition practices | | 3 | | 10 | | 17 |
| Membership cancellation reserves | | 48 | | 19 | | 12 |
| Merger reserves | | 10 | | 23 | | 110 |
| Other accounting irregularities | | 17 | | 4 | | 37 |
| **Total overstatement of pre-tax income** | 31 | 78 | 87 | 56 | 176 | 176 |

Notes
(1) The amounts noted in this schedule had the effect of overstating reported pre-tax operating income by *at least* the amounts identified.
(2) Impact of topside adjustments are the only amounts included in the "nine months ended" columns above.

Project Cendant
Topside Adjustments
Summary of overstatement of pre-tax income
(in '000s of $$)

|  | Three months ended | | | Nine Months Ended | Three months ended | | | Nine Months Ended | Three months ended | | | Nine Months Ended |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 4/30/1995 | 7/31/1995 | 10/31/1995 | 10/31/1995 | 4/30/1996 | 7/31/1996 | 10/31/1996 | 10/31/1996 | 4/30/1997 | 7/31/1997 | 10/31/1997 | 10/31/1997 |
| Actual pre-tax income | 37,122 | 48,413 | 67,385 | 152,920 | 36,465 | 28,939 | (36,234) | 29,170 | 51,890 | 88,391 | 110,084 | 250,365 |
| Reported pre-tax income * | 55,429 | 61,406 | 66,585 | 183,420 | 78,660 | 69,289 | (31,829) | 116,120 | 114,034 | 149,247 | 163,011 | 426,292 |
| Difference |  |  |  |  |  |  |  |  |  |  | 73 | 73 |
| Quarterly Topside Adjustment | 18,307 | 12,993 | (800) | 30,500 | 42,195 | 40,350 | 4,405 | 86,950 | 62,144 | 60,856 | 53,000 | 176,000 |
| Increase/(Decrease) to pre-tax income |  |  |  |  |  |  |  |  |  |  |  |  |
| Adjustments made to: |  |  |  |  |  |  |  |  |  |  |  |  |
| Revenue | 4,500 | (4,500) | (15,833) | (15,833) | 15,000 | 16,700 | (17,907) | 13,793 | 47,444 | 57,556 | 44,000 | 149,000 |
| Expenses | 13,807 | 17,493 | 15,033 | 46,333 | 27,195 | 23,650 | 22,312 | 73,157 | 14,700 | 3,300 | 9,000 | 27,000 |
|  | 18,307 | 12,993 | (800) | 30,500 | 42,195 | 40,350 | 4,405 | 86,950 | 62,144 | 60,856 | 53,000 | 176,000 |

* Per 10Qs filings. Pre-tax income is equivalent to income before income taxes. Per the 10-Q filings, income before taxes is calculated as total revenues minus total expenses.

**Project Cendant**
**Revenue Reallocation Summary**
($ in millions)

| Fiscal Year Ending | Per KPMG Recalculation | Testimony Summary Error of at Least |
|---|---|---|
| 12/31/1997 | $17.0 | $17.0 |
| 1/31/1997 | 10.6 | 10.0 |
| 1/31/1996 | 5.9 | 3.0 |
| Total | $33.5 | $30.0 |

DRAFT

Project Cendant
Summary of Misstatement - Membership Cancellation Reserve
($ in 000's)

| | KPMG Bates References | | 1/31/1995 | 1/31/1996 | "Relevant Period" 1/31/1997 | 12/31/1997 |
|---|---|---|---|---|---|---|
| **Adjustments needed to restate membership reserve (balance sheet)** | | | | | | |
| Membership reserve originally recorded by CUC | 12163 to 12165 | | 25,200 | 25,872 | 28,542 | 37,425 |
| Membership reserve originally recorded by Safecard[1] | | | 7,800 | 11,128 | - | - |
| *Total membership reserve originally recorded* | | | *33,000* | *37,000* | *28,542* | *37,425* |
| Record rejects-in-transit held at year-end | 124442, 43, 45 & 83 | | (43,500) | (84,384) | (122,682) | (157,592) |
| Rebills (not booked) | | | - | - | - | 32,000 |
| *Total original membership reserve less rejects-in-transit and rebills* | | A | *(10,500)* | *(47,384)* | *(94,140)* | *(88,167)* |
| Cumulative effect of error at year end | | A - B | 118,307 | 171,915 | 191,486 | 203,142 |
| *Restated membership reserve as calculated by the Company* | 12375, 12334, 12292, & 12199 | B | *107,807* | *124,531* | *97,346* | *114,975* |
| **Items understating net income:** | | | | | | |
| Cumulative effect of error at year end as determined above | | | 118,307 | 171,915 | 191,486 | 203,142 |
| Cumulative error corrected in prior year income statements | | | - | (118,307) | (171,915) | (191,486) |
| Change in cumulative error from prior year | | | 118,307 | 53,608 | 19,571 | 11,656 |
| Reclass between membership reserves and other balance sheet accounts | | | - | (6,000) | - | - |
| Rounding | | | 693 | 392 | (571) | 344 |
| *Net Income statement Impact* | | | *119,000* | *48,000* | *19,000* | *12,000* |

**Footnotes:**
1 Safecard balances included in CUC balances after 1/31/1996

C-50

Rejects d/s @ December 31, 1997

[Worksheet table: Rejects Reclassified to Associate Receivables, with columns for October, November, December Reclassifications, Dec 31, 1997 Total, and Recorded amounts for year ended Dec 31, 1998 — figures largely illegible]

Σ ③ = 136,055,933 X

①/② See Tim explanations (KC-49)
X — "

Note: Ask that this w/p was reproduced (facilitated) possible from Art w/p CD#A 42-0034. It's difficult to add if procedures were performed by KPMG on these amounts.

Note₂: As previously documented, AA performed add'l procedures on these amts by recalculating the amount of the rejects from source documentation (Nabanco billing confirmations) to test the amounts included in the bank reconciliations by CUC. Arcadia, to the AA memo @ CD#A 42-0012, AA achieved a coverage of 85%, however this was not documented elsewhere by AA. Also this procedure was performed only for December 31, 1997 (apparently).

CONFIDENTIAL   KPMG 12483



C-47

Rejects o/s @ 1/31/96

| Acct | Rejects and Chargebacks received/accepted by CUC as of January 31, 1996 (per AA) Total | | JE# | Amount | JE# | Amount | JE# | Amount | JE# | Amount | JE# | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Recorded during year ended Jan 31, 1997 | | | | | | | | |
| 10102 | 291,070 | | | | | | | | | | | |
| 10103 | 98,240 | | | | | | | | | | | |
| 10104 | 518,830 | 61,971 | | | | | | | | | | 647,801 |
| 10105 | 1,326,474 | | | | | | | | | | | 1,326,474 |
| 10115 | 673,574 | 186 | | 270,535 | | | | | | | | 678,870 |
| 10116 | 357,325 | | | 1,145,897 | | | | | | | | 635,184 |
| 10118 | 774,886 | | | 173,940 | | | | | | | | 1,077,880 |
| 10216 | 3,039,296 | | | | | | | | | | | 2,211,295 |
| | 3,557,120 | | | | | | | | | | | 3,557,120 |
| 10230 | 32,717,890 | 4,539,462 | | 7,298,518 | 1008 | 8,339,446 | 1039 | 7,487,630 | 1130 | 9,595,456 | 0125 | 32,717,890 |
| | 2,315 | | | | | | | | | | | 2,315 |
| 10290 | 950,891 | 61,165 | | | | | | | | | | 922,144 |
| 10301 | 60,351 | 3,571 | | | | | | | | | | 64,322 |
| 10305 | 1,424,251 | 124,905 | | | | | | | | | | 1,549,156 |
| 10310 | 242,823 | 73,014 | | | | | | | | | | 315,853 |
| 10388 | 456 | | | | | | | | | | | 456 |
| 10420 | 2,865,629 | 84,722 | | | | | | | | | | 2,920,321 |
| 10425 | 199,146 | 71,465 | | | | | | | | | | 233,608 |
| 10440 | 313,055 | 133,715 | | | | | | | | | | 451,768 |
| 10458 | 1,694,147 | 837,941 | | | | | | | | | | 2,824,138 |
| 10466 | 124,500 | 140,999 | | | | | | | | | | 267,000 |
| 10481 | 2,077,926 | 1,423,861 | | | | | | | | | | 3,821,797 |
| 10484 | 811 | | | | | | | | | | | 811 |
| 10486 | 349,843 | 204,724 | | | | | | | | | | 650,347 |
| 10494 | 1,425,276 | 615,842 | | | | | | | | | | 2,041,117 |
| 10498 | 7,170 | 1,131 | | | | | | | | | | 811 |
| 10515 | 1,070 | 1,676 | | | | | | | | | | 6,676 |
| 10520 X | 17,690,000 | | | | | | | | | | | 17,690,000 |
| 10570 | 298,000 | | | | | | | | | | | 298,000 |
| | 71,851,137 | 10,725,506 | | 4,964,786 | | 12,434,234 | | 4,107,638 | | 11,856,651 | | 17,816,946 |
| | 82,576,643 | | | | | | | | | | | |
| | 1,700,000 X | | | | | | | | | | | |
| | 71,851,137 | | | | | | | | | | | |

32,717,890

48,057,721
ⒷBA 00% A/R Testing Coverage
49,785,611
48,057,721 — of FYE January 31, 1997

① AA performed procedures to J.D. & examine K JE's used to actually record the rejects during Q1 of FYE January 31, 1997 & achieved coverage of ~59%.

② Amts per bank reconciliations

Note: KPMG reproduced this schedule from the copy maintained by the USAO of the AA w/p CD#A 43-0345 (See attached copy obtained by KPMG) No add'l procedures performed on these amts by KPMG.

X - Agreed to amts included in AA's report on page 222 (See w/p C-93) and 234

C-4V

Rejects o/s ( Jan 31, 1995

|  | ① | | |
|---|---|---|---|
| Cash G/L Acct# | Rejects/ Chargebacks | Cancellations | Total |
| 10102 | 455,442 | 37,564 | 493,006 |
| 10103 | 11,525 | 7,203 | 18,728 |
| 10104 | 918,052 | 59,135 | 977,187 |
| 10105 | 1,437,418 | 124,818 | 1,562,236 |
| 10106 | 418,950 | 28,483 | 447,433 |
| 10108 | - | - | - |
| 10124 | 3,590 | - | 3,590 |
| 10126 | 193,634 | 294,059 | 487,693 |
| 10128 | 5,643 | 1,876 | 7,519 |
| 10130 | 116,113 | 214,994 | 331,107 |
| 10136 | 100,000 | 142,180 | 242,180 |
| 10140 | 854,220 | 1,211,175 | 2,065,395 |
| 10141 | 482,370 | 599,204 | 1,081,574 |
| 10150 | 359,189 | 323,303 | 682,492 |
| 10155 | 726,137 | 537,285 | 1,263,422 |
| 10203 | - | | |
| 10210 | 1,577,090 | 1,806,467 | 3,383,557 |
| 10215 | 5,181,847 | 302,338 | 5,484,185 |
| 10225 | - | - | - |
| 10230 | - | - | - |
| 10235 | - | - | - |
| 10242 | - | - | - |
| 10250 | - | - | - |
| 10255 | - | - | - |
| 10260 | - | - | - |
| 10265 | 132,392 | 2,128 | 134,520 |
| 10275 | - | 1,540 | 1,540 |
| 10290 | 2,089,222 | - | 2,089,222 |
| 10295 | - | | - |
| 10300 | 1,096,292 | 56,450 | 1,152,742 |
| 10301 | 100,334 | 6,517 | 106,851 |
| 10302 | 1,765,518 | 61,948 | 1,827,466 |
| 10303 | 598,775 | 22,195 | 620,970 |
| 10350 | 3,752,125 | 78,743 | 3,830,868 |
| 10400 | 1,955,202 | 1,872,744 | 3,827,946 |
| 10502 | 6,587 | - | 6,587 |
| 10510 | 3,985 | 12,237 | 16,222 |
| 10515 | (147) | 4,851 | 4,704 |
| 10520 | 6,409,638 | 1,321,949 | 7,731,587 |
| 10700 | 217,622 | - | 217,622 |
| 10850 | - | - | - |
| | 30,968,765 ③ | 9,131,386 | 40,100,151 |

Old rejects and chargebacks
not yet recorded by CUC
at January 31, 1995 (per AA)   3,400,000

43,500,151 ②

Note₁: KPMG reproduced this spreadsheet from the one located in the AA w/p files (CDAA 43-0471 held by the USAO, to make it more legible. KPMG performed no add'l procedures on these am'ts.

Note₂: Per CDAA 43-0005, AA reviewed all bank reconciliations as of 1/31/95 & traced & agreed amount of chargebacks & rejects per bank recs to a similar schedule prepared by CUC (Mura Pusker); noting amounts to be not materially different.

Note₃: It does not appear that AA tested the JE's used to record these rejects by CUC subsequent to Jan 31, 1995.

① Am'ts per bank reconciliations.

② Compares to $44 million included on table on page 234 of AA report. (See w/p 4C #5) Difference is rounding.

③ Compares to $31 million per table included on page 222 of the AA report

KPMG 12442
CONFIDENTIAL

*[Page is rotated 90°. Table contents below, read in landscape orientation.]*

**Income statement impact (Dr.)/(Cr.):**

| | FYE 1995 | | | | FYE 1996 | | | | FYE 1997 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q4 | Total | Q1 | Q2 | Q4 | Total | Q1 | Q2 | Q4 | Total |
| Effect of "P" entries: | | | | | | | | | | | | |
| Net overstatement of net income | - | - | (21,156,802) | (21,156,802) | - | - | (15,093,941) | (15,093,941) | - | - | (542,200) | (542,200) |
| Effect of JE's: | | | | | | | | | | | | |
| No effect to the p&l - all b/s | | | | | | | | | | | | |

**Balance sheet**

| | FYE 1995 | | | | FYE 1996 | | | | FYE 1997 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q4 | Total | Q1 | Q2 | Q4 | Total | Q1 | Q2 | Q4 | Total |
| Effect of "P" entries: | | | | | | | | | | | | |
| Net (under)/overstatement of assets | - | - | (1,767,676) | (1,767,676) | - | - | 7,233,981 | 7,233,981 | - | - | 542,200 | 542,200 |
| Net understatement of liabilities | - | - | 22,944,478 | 22,944,478 | - | - | 7,860,062 | 7,860,062 | - | - | | |
| Effect of JE's: | | | | | | | | | | | | |
| Net (under)/overstatement of assets | 28,000,000 | 5,200,837 | 53,201,000 | | 53,228,018 | 21,860,597 | 76,000,000 | 78,905 | 98,253,001 | 20,923,634 | 2,700,000 | 111,782,635 |
| Net understatement of liabilities | (28,000,000) | (5,200,837) | (53,201,000) | 63 | (53,228,018) | (21,860,597) | (76,000,000) | (78,905) | (98,253,001) | (20,923,634) | (2,700,000) | (111,782,635) |

Note: this w/p summarizes the effects of certain "P" entries made by CUC & the JE's made by CUC for presentation purposes. Selected CUA w/p's supporting these am'ts have been included on this f cf. our w/p's.

**Project Cendant**
**Merger reserves**
**Summary of overstatement of pre-tax income**
($ in millions)

| Source | FYE 1/31/1996 | FYE 1/31/1997 | FYE 12/31/1997 |
|---|---|---|---|
| **Merger reversals into income:** | | | |
| CUC Europe/Sentinel | 6.2 | | |
| Welcome Wagon | 2.3 | | |
| Essex | 2.1 | | |
| Ideon | | 51.0 | |
| Plextel | | 2.2 | |
| Other liabilities | | 5.7 | |
| Cendant | | | 62.6 |
| Berkeley | | | 34.7 |
| Spark | | | 5.4 |
| LTPC Receivable Write-off | | | 9.5 |
| Epub Assets Q4 Amortization | | | 3.7 |
| | | | 6.0 |
| **Total overstatement of pre-tax income** | **10.6** | **58.9** | **121.9** |
| **Misstatement of:** | | | |
| Revenue | 1.0 | 0.0 | 105.0 |
| Expenses | 9.6 | 58.9 | 16.9 |
| Total | **10.6** | **58.9** | **121.9** |
| Error of at least | 10 | 23 | 110 |

Merger Reserves
Prep Binder
FYE 12/31/97
($ in millions)

**Direct reversals of merger reserves into Comp-U-Card Income:**
(19.6 relates to Ideon, 20.7 relates to Cendant) (Jan 98, 105 entries)

| | Notes | Comments |
|---|---|---|
| 10/97 | A | |
| 11/97 | B | |
| 12/97 | C | |

**$40.30**

Reversal
34.00  reverse Ideon
22.00  reverse cendant
56.00

48.45  revenues
7.00   expense reversals
55.45

**15.15**

**Reversal of merger reserve into Comp-U-Card Income through intercompany accounts:**

| | | Notes | Comments |
|---|---|---|---|
| Transfer 49.4 | | | cuc revenues |
| Ideon --> Various | | | (7.312 NUMA) |
| | 10/97 | D | (7.834 NAOG) |
| | 11/97 | E | (P176-196) |
| | 12/97 | F | |

**Reversal of merger reserve into subsidiary income through intercompany accounts:**

| | | Notes | Comments |
|---|---|---|---|
| Transfer 50.254 | | | |
| Various | 13.69 | | |
| NUMA | 12.17 | G | Topside-cells |
| NAOG | 3.00 | H | |
| NCCI | | I | |
| | **28.86** | | |
| Software | 12/97 | 5.4 | J |
| FISI - BCI Project Sharing | 12/97 | 10.5 | K |
| Welcome Wagon Topside | 12/97 | 2.5 | L |
| Spark - Reversal of $9.5 m | | 9.50 | M |
| of Tango/Match Purchase | | | |
| Reserves | | | |

*Total reversals in FYE 12/31/97*  **112.20**

**Total Merger Reserve Reversals of $112.2 million into income:**

|  | Debit | Credit |
|---|---|---|
| Cendant Reserve | 34.7 | |
| Ideon Reserve | 62.6 | |
| Berkeley Reserve | 5.4 | |
| Spark Reserve | 9.5 | |
| Revenues | | 105 |
| Expenses | | 7.2 |

Other improper utilization of merger reserves
Write-off LTPC A/R 3.739      3.74    N
Epub 4th Qtr Amort on $8      6.00    O

Unpaid assets charged to Cendant Reserve $6 related
to $14,400 of reinstated assets previously written off

*Total*    **$121.94**

**Merger Reserves**
**Prep Binder**
**FYE 1/31/96**
($ in millions)

| | Set up | | Reversal | | Notes | Comments |
|---|---|---|---|---|---|---|
| | Subtotal | Total | Subtotal | Total | | |
| **CUC Europe** | 2.15 | | | | | |
| **Sentinel** | 3.97 | | | | | |
| **Reserve Setup** | | $6.12 | | | | |
| | | | | | | |
| Transfer to Income (2/27/1996) | | | | | | |
| P141 | | | 1.69 | | B | per G/L |
| P143 | | | 1.73 | | D | per G/L |
| Total (Located) | | | | $3.42 | | |
| | | | | | | |
| P142 | | | | | | |
| P144 | | | | | | |
| Total (Unlocated) | | | | 6.23 | | |
| | | | | | | |
| **Reversal - CUC Europe & Sentinel** | | 3.40 | | | | |
| Welcome Wagon | | | 0.50 | 1.00 | E | revenue reversal |
| | | | 0.50 | 1.30 | F | revenue reversal |
| | | | | 2.30 | | expense reversal |
| | | | | | | |
| **Reversal - Welcome Wagon purchase reserves** | | | | | | |
| Essex | 1.3 | 1.86 | | | | |
| Set-up pre-close purchase | 0.6 | 0.24 | 1.10 | | G | expense reversal (10/95) |
| other accruals | | $2.10 | 1.00 | 2.10 | H | expense reversal (1/96) |
| | | | | | | |
| **Reversal - Essex purchase reserves** | | | | | | |
| | | | | | | |
| **Total reversals in FYE 1/31/96** | | | | $10.63 | | |

**Total Merger Reserve Reversals of $10.6 million into Income:**

| | Debit | Credit |
|---|---|---|
| CUC Europe/Sentinel Purchase reserve | 6.23 | |
| Welcome Wagon reserve | 2.30 | |
| Reversal - Essex purchase reserves | 2.10 | |
| Expenses | | 9.63 |
| Revenues | | 1.00 |

**Merger Reserves**
**Prep Binder**
**FYE 1/31/97**
($ in millions)

| | | Reversal | | Notes | Comments |
|---|---|---|---|---|---|
| | | Subtotal | Total | | |
| Plextel (reversal of Plextel reserve to decrease CUC expenses) | | 1.09 | | | expense reversal (11/96) |
| | | 1.11 | | | expense reversal (11/97) |
| | Plextel reversals | | $2.20 | A | |
| Ideon (direct reversal of merger reserves to decrease CUC expenses) | | 12.05 | | B | expense reversal (11/96) |
| | | 13.11 | | C | expense reversal (12/96) |
| | | 10.01 | | D | 1/97 (Jan 97 Effect) |
| | Ideon reversals | | 35.17 | | 11/96, 12/96, 1/97 (77 entries totalling $35.2) |
| Direct reversals of merger reserves to decrease Welcome Wagon & NCCI exps through intercompany accounts (via Ideon reserve) | | | | | |
| | Welcome Wagon | 5.00 | | E | expense reversal (1/97) |
| | NCCI | 2.79 | | F | marketing expense reversal (topside adj 1/97) |
| | WW & NCCI reversals | | 7.79 | | |
| Reversals of Ideon Reserves & Other Liabilities to Decrease Safecard Expenses Intercompany accounts: | | | | | |
| | Other liabilities | 5.66 | | G | reverse other liabilities (1/97) |
| | Ideon reserves | 6.97 | | H | reverse Ideon (1/97) |
| | Total | | 12.63 | | |
| Reversal of Ideon Reserve to Reduce Sierra Operating Expenses | | | | | |
| | Ideon reserve | | 1.10 | I | reverse Ideon reserve |
| Total reversals in FYE 1/31/97 | | | $58.88 | | |

Total Merger Reserve Reversals of $58.88 million into Income:

| | Debit | Credit |
|---|---|---|
| Ideon Reserve | $51.03 | |
| Plextel Reserve | 2.20 | |
| Other Liabilities | 5.66 | |
| Expenses | | $58.88 |

Project Cendant
January 1997 Impact
Merger Reversals into Income
($ in millions)

| | 12/31/1997 | KPMG Bates # |
|---|---|---|
| Direct Reversals of merger reserves to decrease Comp-U-Card expenses | $10.0 | See Below |
| Reversal of Ideon reserve to reduce Sierra operating expenses | 1.1 | 09460, XXXXX |
| Total - Merger Reversals into Income | $11.1 | |

JE to support Direct Reversals

| JE Number | JE Amount | KPMG Bates # |
|---|---|---|
| P220 | $ 1,643,899 | 14296 |
| P145 | 185,700 | 14297 |
| P148 | 872,000 | 14298 |
| P151 | 304,000 | 14299 |
| P154 | 157,500 | 14300 |
| P161 | 144,000 | 14301 |
| P168 | 638,000 | 14302 |
| P169 | 883,000 | 14303 |
| P181 | 440,000 | 14304 |
| P185 | 213,654 | 14306 |
| P196 | 197,532 | 14307 |
| P198 | 306,900 | 14308 |
| P200 | 231,569 | 14309 |
| P203 | 716,019 | 14310 |
| P212 | 988,725 | 14311 |
| P213 | 1,009,643 | 14312 |
| P217 | 631,832 | 14313 |
| P227 | 440,000 | 14314 |
| Total | $10,003,973 | |

KPMG 52158

CUC
Calendar Quarter Adjustments (12/31/97)
($ thousands)

| | DEBIT | CREDIT | Revenue | Expenses Operating | Expenses Marketing | Expenses G&A | Cash | Receivables | Payables | DMI | Income/ Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **January** | | | | | | | | | | | |
| 1 ONE SIDED ENTRY Revenue | | 10,000 | 10,000 | | | | | | | | |
| 2 ONE SIDED ENTRY Marketing expense | | 2,033 | | | (2,033) | | | | | | |
| 3 ONE SIDED ENTRY General & administrative expense | | 10,000 | | | | (10,000) | | | | | |
| January totals | 0 | 22,033 | 10,000 | 0 | (2,033) | (10,000) | 0 | 0 | 0 | 0 | 22,033 |
| Year-to-date totals | | | 10,000 | 0 | (2,033) | (10,000) | 0 | 0 | 0 | 0 | 22,033 |
| | | | | | | 12,033 (A) | | | | | |
| **February** | | | | | | | | | | | |
| 1 Marketing expense Payables | 16,246 | 16,246 | | | 16,246 | | | | 16,246 | | |
| February totals | 16,246 | 16,246 | 0 | 0 | 16,246 (A) | 0 | 0 | 0 | 16,246 | 0 | (16,246) |
| Year-to-date totals | | | 10,000 | 0 | 14,213 | (10,000) | 0 | 0 | 16,246 | 0 | 5,787 |
| **March** | | | | | | | | | | | |
| 1 Revenue Receivables | 32,000 | 32,000 | (32,000) | | | | | (32,000) | | | |
| 2 Payables Marketing expense | 18,276 | 18,276 | | | (18,276) | | | | (18,276) | | |
| 3 Receivables- NLG DMI- NLG | 8,000 | 8,000 | | | | | | 8,000 | | 8,000 | |
| March totals | 58,276 | 58,276 | (32,000)(A) | 0 | (18,276)(A) | (10,000)(A) | 0 | (24,000) | (18,276) | 8,000 | (13,724) |
| Year-to-date totals | | | (22,000) | 0 | (4,063) | (10,000) | 0 | (24,000) | (2,030) | 8,000 | (7,937) |

Jan 97

CONFIDENTIAL    KPMG 13974

CUC
Summary of Calendar Year 1997 Adjustments
($ thousands)

| | January | February | March | April | Quarter 1 | May | June | July | Quarter 2 | August | September | October | Quarter 3 | YTD October |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reported Fiscal 1998 Results** | | | | | | | | | | | | | | |
| Revenue | | 192,974 | 195,809 | 235,888 | 624,671 | 186,933 | 205,765 | 280,483 | 673,181 | 121,768 | 219,329 | 433,611 | 774,708 | 2,072,560 |
| Expenses | | 172,818 | 178,650 | 164,224 | 515,692 | 186,441 | 174,286 | 169,358 | 530,085 | 211,177 | 194,584 | 206,945 | 612,706 | 1,658,483 |
| EBIT | | 20,156 | 17,159 | 71,664 | 108,979 | 492 | 31,479 | 111,125 | 143,096 | (89,409) | 24,745 | 226,666 | 162,002 | 414,077 |
| **Month of January** | | | | | | | | | | | | | | |
| Revenue | 232,161 | | | | 232,161 | | | | | | | | | 232,161 |
| Expenses | 143,879 | | | | 143,879 | | | | | | | | | 143,879 |
| EBIT | 88,282 | | | | 88,282 | | | | | | | | | 88,282 |
| **Hebda (pre-pooling)** | | | | | | | | | | | | | | |
| Revenue | 11,996 | 12,196 | 15,085 | 14,418 | 41,699 | 16,650 | 23,239 | 14,658 | 54,547 | | | | | 96,246 |
| Expenses | 10,796 | 9,927 | 12,849 | 9,326 | 32,102 | 12,675 | 23,733 | 11,685 | 48,093 | | | | | 80,195 |
| EBIT | 1,200 | 2,269 | 2,236 | 5,092 | 9,597 | 3,975 | (494) | 2,973 | 6,454 | | | | | 16,051 |
| **Post-Hebda results** | | | | | | | | | | | | | | |
| Revenue | 244,157 | 205,170 | 210,894 | 250,306 | 666,370 | 203,583 | 229,004 | 295,141 | 727,728 | 121,768 | 219,329 | 433,611 | 774,708 | 2,168,806 |
| Expenses | 154,675 | 182,745 | 191,499 | 173,550 | 547,794 | 199,116 | 198,019 | 181,043 | 578,178 | 211,177 | 194,584 | 206,945 | 612,706 | 1,738,678 |
| EBIT | 89,482 | 22,425 | 19,395 | 76,756 | 118,576 | 4,467 | 30,985 | 114,098 | 149,550 | (89,409) | 24,745 | 226,666 | 162,002 | 430,128 |
| **Fiscal 1998 shown as Calendar Quarters** | | | | | Quarter 1 | | | | Quarter 2 | | | | Quarter 3 | |
| Revenue | 244,157 | 205,170 | 210,894 | 250,306 | 660,221 | 203,583 | 229,004 | 295,141 | 682,893 | 121,768 | 219,329 | 433,611 | 636,238 | 2,412,963 |
| Expenses | 154,675 | 182,745 | 191,499 | 173,550 | 528,919 | 199,116 | 198,019 | 181,043 | 570,685 | 211,177 | 194,584 | 206,945 | 386,804 | 1,893,353 |
| EBIT | 89,482 | 22,425 | 19,395 | 77,134 | 132,073 | 4,871 | 31,364 | 113,369 | 113,369 | (89,409) | 24,745 | 226,666 | 49,850 | 519,610 |
| **Calendar Year Adjustments** | | | | | | | | | | | | | | |
| Revenue | 10,000 (C) | 16,246 (C) | (32,000) (E) | (72,000) (F) | | 6,000 (D) | | 36,000 (F) | | (415) (F) | 30,778 (H) | 145,758 | | 161,758 |
| Expenses | (12,053) | (16,276) | (18,276) | (14,063) | | (10,712) | 11,375 | (1,462) | | 3,425 | 34,330 | 52,456 | | 36,933 |
| EBIT | 22,053 | (16,246) | (13,724) | (7,937) | | 16,717 | (11,375) | 39,462 | | (3,838) | (23,552) | 93,300 | | 124,825 |
| **Other reconciling items** | | | | | | | | | | | | | | |
| Revenue | | 380 | 391 | 771 | | 404 | 378 | 379 | 1,161 | 572 | 541 | 5,316 | | 572 |
| Expenses | | | | | | | | | | 5,051 | | | | 13,256 |
| **Reported Calendar 1997 Results** | | | | | | | | | | | | | | |
| Revenue | 254,157 | 205,170 | 178,894 | 638,221 | | 209,583 | 229,004 | 294,728 | 720,893 | 136,589 | 250,107 | 433,611 | 781,424 | 2,574,149 |
| Expenses | 142,642 | 199,611 | 172,832 | 514,085 | | 187,995 | 209,015 | 184,052 | 568,062 | 200,829 | 248,373 | 201,629 | 633,254 | 1,917,030 |
| EBIT | 111,515 | 6,559 | 6,062 | 124,136 | | 21,588 | 19,989 | 110,676 | 152,831 | 35,760 | 1,734 | 231,962 | 148,170 | 657,119 |

CONFIDENTIAL    KPMG 13973

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Limit the Testimony of Brian Heckler (Retrial Motion *In Limine* No. 26) to be served on November 9, 2005 to the following via hand delivery:

>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT 06103

>Barry S. Simon