**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )      Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
------------------------------
```

**RULING ON FORBES' PRETRIAL MOTION NO. 62**

**(Emergency Motion of Defendant Walter A. Forbes for Clarification
and Reconsideration of Order Denying Forbes'
Pretrial Motion No. 61)**

The Emergency Motion of Defendant Walter A. Forbes for
Clarification and Reconsideration of Order Denying Forbes'
Pretrial Motion No. 61 (Doc. No. 559) was GRANTED at the motions
hearing held on March 29, 2004, (see Tr. 3/29/04 at 56 ll. 9-14),
and, upon reconsideration, the court implemented a new procedure
as reflected in paragraph 3 of the Order re Trial Procedures,
dated May 10, 2004.  (See Doc. No. 712.)

Dated this 12th day of November 2005 at Hartford,
Connecticut.

                                    /s/
_____
                              Alvin W. Thompson
                         United States District Judge