**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA    )
                            )
v.                          )    Criminal No. 3:02CR00264(AWT)
                            )
WALTER A. FORBES            )
-------------------------------
```

### RULING ON FORBES' RETRIAL MOTION *IN LIMINE* NO. 25

### (Motion of Defendant Walter A. Forbes to Preclude the Government from Introducing Government Exhibit 11007)

The Motion of Defendant Walter A. Forbes to Preclude the Government from Introducing Government Exhibit 11007 (Doc. No. 1943) was DENIED on November 9, 2005 (see Trial Tr. 2304:9-10) for substantially the reasons set forth in the Government's Opposition to Defendant Walter A. Forbes' Motion to Preclude the Government from Introducing Government Exhibit 11007 dated November 8, 2005 (Doc. No. 1955).  However, in addition to the points raised in the government's opposition, the court concluded that the evidence had probative value because it tended to show that the actions the conspirators in the accounting department at CUC found it necessary to take to carry out the fraud were noticed by people outside the accounting department.

It is so ordered.

Dated this 11th day of November 2005 at Hartford, Connecticut.

/s/AWT

---

Alvin W. Thompson
United States District Judge