**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )   Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
------------------------------
```

### RULING ON DEFENDANT FORBES' RULE 29(a) MOTION

At the close of the government's case, defendant Forbes moved for a judgment of acquittal pursuant to Fed. R. Crim. P. 29(a). See Trial Tr. 2478:7. Defendant Forbes' motion is hereby DENIED.

It is so ordered.

Dated this 11th day of November 2005 at Hartford, Connecticut.

/s/AWT

Alvin W. Thompson
United States District Judge