UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:02CR00264(AWT) |
| ) | |
| WALTER A. FORBES and ) | |
| E. KIRK SHELTON ) | |

---

### RULING ON FORBES PRETRIAL MOTION NO. 40

**(Motion of Defendant Walter A. Forbes to
Strike Prejudicial Surplusage)**

The Motion of Defendant Walter A. Forbes to Strike Prejudicial Surplusage (Doc. No. 189) was DENIED as moot on October 5, 2004. (See Trial Tr. 14550.) See also Ruling on Forbes Trial Motion No. 47 (Doc. No. 1321).[1]

Dated this 13th day of November 2005 at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge

---

[1] This motion also rendered moot the Motion of Defendant E. Kirk Shelton to Strike Paragraph 62 of the Indictment (Shelton Pretrial Motion No. 13)(Doc. No. 216).