**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA   )
                           )
v.                         )      Criminal No. 3:02CR00264(AWT)
                           )
WALTER A. FORBES           )
-------------------------------
```

**RULING ON MOTION TO QUASH SIX SUBPOENAS SEEKING TESTIMONY FROM ENFORCEMENT STAFF OF THE SECURITIES AND EXCHANGE COMMISSION**

The Motion to Quash Six Subpoenas Seeking Testimony from Enforcement Staff of the Securities and Exchange Commission (Doc. No. 1705) was DENIED on November 7, 2005, based on the discussion between the court and counsel for defendant Forbes (see Tr. Mot. Hr'g 11/7/05, at 31-41) and subject to the conditions stated by the court at that time.

It is so ordered.

Dated this 13th day of November 2005 at Hartford, Connecticut.                              /s/AWT

                                              _____
                                              Alvin W. Thompson
                                              United States District Judge