**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

**RULING ON CORRECTED MOTION OF DEFENDANT WALTER A. FORBES TO STRIKE GOVERNMENT EXHIBIT 665, OR IN THE ALTERNATIVE TO REPLACE GOVERNMENT EXHIBIT 665 WITH THE VERSION OF GOVERNMENT EXHIBIT 665 PROVIDED TO THE DEFENSE**

The Corrected Motion of Defendant Walter A. Forbes to Strike Government Exhibit 665, or in the alternative to Replace Government Exhibit 665 with the Version of Government Exhibit 665 Provided to the Defense (Doc. No. 1237) was GRANTED in part and DENIED in part on October 4, 2004. (See Trial Tr. at 14458-59.)

It is so ordered.

Dated this 13th day of November 2005 at Hartford, Connecticut.

/s/AWT
_____
Alvin W. Thompson
United States District Judge