UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Case No. : 3:02 CR 264 (AWT) |
| v. | ) <br> ) November 11, 2005 |
| WALTER A. FORBES. | ) <br> ) |

**REPLY MEMORANDUM IN SUPPORT OF NON-PARTY ERNST & YOUNG LLP'S MOTION TO QUASH DEFENDANT WALTER A. FORBES' RULE 17(C) SUBPOENA**

Non-Party Ernst & Young LLP ("E&Y") respectfully submits this reply memorandum of law in further support of its motion to quash the second Rule 17(c) subpoena served by defendant Walter A. Forbes ("Defendant") dated September 13, 2005 ("Second Subpoena").

In his opposition papers, Mr. Forbes concedes that both requests in the Second Subpoena have previously been quashed and that he has no new arguments or reasons that would justify reconsideration of this Court's prior rulings. *See* Opposition of Walter A. Forbes to Non-Party Ernst & Young LLP's Motion to Quash at 1. Mr. Forbes' concessions thus resolve this motion and, in light of the Court's prior rulings and the lack of any argument or reason to reconsider those rulings, the Second Subpoena should be quashed in its entirety.

17335462                                             1

## CONCLUSION

For the reasons stated herein, and for the reasons set forth in E&Y's opening brief and offered in support of its previous motion to quash, E&Y respectfully request that the Second Subpoena be quashed in its entirety.

Dated: November 11, 2005

                                        Respectfully submitted,

                                        ERNST & YOUNG LLP

                                        By: _____
                                              Shelley R. Sadin
                                        Zeldes, Needle & Cooper, P.C.
                                        1000 Lafayette Boulevard
                                        P.O. Box 1740
                                        Bridgeport, Connecticut 06601-1740

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Non-Party Ernst & Young's Reply Memorandum of Law in Support of Non-Party Ernst & Young's Motion to Quash Defendant Walter A. Forbes' Rule 17(c) Subpoena to be sent via e-mail, facsimile and overnight delivery, as set forth below, on this 11th day of November, 2005 to the following counsel of record:

**Via e-mail, fax and overnight delivery:**
Barry S. Simon, Esq.
Margaret Keeley, Esq.
Williams & Connolly LLP
c/o Residence Inn
942 Main Street
Hartford, CT  06103

**Via fax and overnight delivery:**
James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT  06103

**Via fax and overnight delivery:**
Michael Martinez, Esq.
Craig Carpenito, Esq.
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT  06103

**Via fax and overnight delivery:**
Norman Gross, Esq.
U.S. Attorney's Office
District of New Jersey
401 Market Street
Camden, NJ  08101

_____
Shelley R. Sadin