UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| WALTER A. FORBES, and E. KIRK SHELTON. | : | November 3, 2004 |

**MOTION OF DEFENDANT E. KIRK SHELTON TO ADOPT
MOTION OF WALTER A. FORBES FOR A MISTRIAL
(FORBES TRIAL MOTION NO. 51) AND
MOTION OF WALTER A. FORBES TO SEAL PLEADINGS RELATING TO FORBES
TRIAL MOTION NO. 51 (FORBES TRIAL MOTION NO. 52)**

<u>(SHELTON MOTION NO. 63)</u>

Defendant E. Kirk Shelton, through undersigned counsel, hereby moves pursuant to Local Rule 47(a) of Criminal Procedure[1] to adopt the following trial motions of Defendant Walter A. Forbes:

1. Motion Of Walter A. Forbes For A Mistrial, dated October 28, 2004 (Forbes Trial Motion No. 51), and

2. Motion Of Walter A. Forbes To Seal Pleadings Relating To Forbes Trial Motion No. 51, dated October 28, 2004 (Forbes Trial Motion No. 52).

---

[1] Local Rule 47(a) provides "Counsel may file a motion to adopt a motion previously filed by a codefendant in the same case by identifying the motion to be adopted by the name of the motion, the document number, the name of the codefendant who filed the motion and the date the motion was filed."