UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 23 A 11: 06
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------- x
UNITED STATES OF AMERICA          :
                                  :
v.                                :   No. 3:02CR264 (AWT)
                                  :
WALTER A. FORBES and              :   September 17, 2004
E. KIRK SHELTON,                  :
                                  :
            Defendants.           :
---------------------------------- x

### NOTICE OF JOINDER OF NON-PARTY
### COSMO CORIGLIANO IN MOTION OF THE
### UNITED STATES TO QUASH SUBPOENA FOR COSMO CORIGLIANO

Non-party Cosmo Corigliano hereby respectfully joins in the Motion of the United States to Quash the Subpoena for Mr. Corigliano's testimony. We hereby adopt and join in all of the arguments made by the United States in its motion papers.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
    Gary P. Naftalis (ct 24510)
    Alan R. Friedman (ct 14926)
    Eric A. Tirschwell (ct 25626)
    J. Wells Dixon (ct 22932)
    919 Third Avenue
    New York, New York 10022
    (212) 715-9100

-and-

JACOBS, GRUDBERG, BELT & DOW, P.C.

Ira B. Grudberg (ct 00178)
350 Orange Street
New Haven, Connecticut 06511
(203) 772-3100

Attorneys for Cosmo Corigliano

GRANTED nunc pro tunc, September 23, 2004.
Alvin W. Thompson, U.S.D.J.   Hartford, CT   11/13/05

FILED 2005 NOV 14 P 1:13 U.S. DISTRICT COURT HARTFORD, CT

KL3:2366308.1