**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA    )
                            )
v.                          )    Criminal No. 3:02CR00264(AWT)
                            )    (UNDER SEAL)
WALTER A. FORBES            )
-------------------------------
```

### RULING ON FORBES' RETRIAL MOTION *IN LIMINE* NO. 9

**(Motion of Defendant Walter A. Forbes to Preclude References to Stuart Bell as His Friend or Business Partner)**

The Motion of Defendant Walter A. Forbes to Preclude References to Stuart Bell as His Friend or Business Partner (Doc. No. 1692) was GRANTED on November 15, 2005 (see Trial Tr. 2997:15), subject to the condition that defendant Forbes did nothing to open the door to the admission of such evidence. On the basis of the papers submitted by the parties, the court concluded that the probative value of any references to Stuart Bell as the friend or business partner of defendant Forbes was substantially outweighed by the danger of unfair prejudice to the defendant. See Fed. R. Evid. 403.

It is so ordered.

Dated this 16th day of November 2005 at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Court