UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------
UNITED STATES OF AMERICA )
                         )
v.                       )      Criminal No. 3:02CR00264(AWT)
                         )
WALTER A. FORBES and     )
E. KIRK SHELTON          )
-------------------------
```

### RULING ON FORBES TRIAL MOTION NO. 45

**(Motion of Walter A. Forbes to Exclude the John Oller, Esq. Interview Memorandum Because It Does Not Contain Statements of Walter Forbes)**

The Motion of Walter A. Forbes to Exclude the John Oller, Esq. Interview Memorandum Because It Does Not Contain Statements of Walter Forbes (Doc No. 1248) was DENIED on October 4, 2004. (See Trial Tr. 14500-14510.)

Dated this 16th day of November 2005 at Hartford, Connecticut.

                              /s/
                     Alvin W. Thompson
                     United States District Court