```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

```
-------------------------------
UNITED STATES OF AMERICA,      )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
-------------------------------
```

**RULING ON MOTION OF THE UNITED STATES FOR
LEAVE TO DISMISS WITH PREJUDICE CERTAIN COUNTS OF THE SUPERSEDING
INDICTMENT PURSUANT TO FED. R. CRIM. P. 48(a)
AND TO SUBMIT A REDACTED INDICTMENT TO THE JURY**

The Motion of the United States for Leave to Dismiss with Prejudice Certain Counts of the Superseding Indictment Pursuant to Fed. R. Crim. P. 48(a) and to Submit a Redacted Indictment to the Jury (Doc. No. 1706) is hereby GRANTED for the reasons set forth by the government in its motion.

The following counts in the Superseding Indictment returned in this case on December 11, 2002 by the Grand Jury sitting in the District of Connecticut are hereby dismissed with prejudice: Count 2 (Mail Fraud), Count 3 (Mail Fraud), Count 4 (Mail Fraud), Counts 7 through 11 (Securities Fraud) and Counts 13 through 16 (Insider Trading). The government will be permitted to submit an appropriately redacted indictment to the jury.

Defendant Forbes argues that the court should also dismiss the New Jersey indictments. The court finds defendant Forbes' arguments on this point unpersuasive for the reasons set forth by the government in Part I of its reply memorandum. See Reply Brief of the United States in Support of Its Motion for Leave to Dismiss

1

with Prejudice Certain Counts of the Superseding Indictment Pursuant to Fed. R. Crim. P. 48(a) and to Submit a Redacted Indictment to the Jury (Doc. No. 1828).

Defendant Forbes also argues that the redacted indictment should not be provided to the jury during deliberations. Defendant Forbes correctly notes that this issue was addressed during the first trial. The court denied the Motion of Walter A. Forbes to Exclude a Written Copy of the Indictment From Jury Deliberations (Forbes' Trial Motion No. 15) (Doc. No. 840)[1] on October 4, 2004 (see Trial Tr. 14456.) Defendant Forbes' motion was denied for substantially the reasons set forth by the government in the Memorandum of the United States in Opposition to Forbes' Motion to Exclude a Written Copy of the Indictment from Jury Deliberations (Doc. No. 860).

As the court informed the parties today, it will review the proposed redacted indictment submitted by the government today. After that review, the court will resolve any disagreements as to what redactions are appropriate.

It is so ordered.

Dated this 16th day of November 2005, in Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge

---

[1] Defendant Forbes inadvertently refers to this as Forbes' Pretrial Motion No. 15.