# EXHIBIT 1

*delivered by hand to*
*B. Friedman*
*3/1/00 by DF*

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION

## STATEMENT OF FINANCIAL CONDITION OF
## <u>COSMO CORIGLIANO</u>

I.    Statement of Assets and Liabilities as of _____ :

    A.    Assets:

List all assets owned by you, your spouse, or any other member of your household, directly or indirectly, and all assets which are subject to your or your spouse's possession, enjoyment, or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below.

| | | |
|---|---|---|
| 1. | Cash | _____ |
| 2. | Cash Surrender Value of Insurance | _____ |
| 3. | Accounts Receivable | _____ |
| 4. | Loans or Notes Receivable | _____ |
| 5. | Real Estate | _____ |
| 6. | Furniture and Household Goods | _____ |
| 7. | Automobiles | _____ |
| 8. | Securities | _____ |
| 9. | Partnership Interests | _____ |
| 10. | Net Value of Ownership Interest in Business | _____ |
| 11. | IRA, Keogh, 401(k), or Pension Accounts | _____ |
| 12. | Other (Itemize) | _____ |
| 13. | _____ | |
| 14. | _____ | |
| 15. | _____ | |
| | **Total Assets** | _____ |

CC0231

DEFENDANT'S
EXHIBIT
60,013
PENGAD 800-631-6989

B.    Liabilities:

List all liabilities, including but not limited to the items listed below.

1.    Mortgages                              _____

2.    Auto Loans                            _____

3.    Credit Card Debt                      _____

4.    Loans on Insurance Policies           _____

5.    Installment Loans                     _____

6.    Other Loans or Notes Payable          _____

7.    Accrued Real Estate Taxes             _____

8.    Judgments/Settlements Owed            _____

9.    Other (Itemize):                      _____

10.    _____

11.    _____

Total Liabilities                           _____


C.    Net Worth (Assets Minus Liabilities)   _____

2

D.   For each asset with a fair market value of greater than $1000, describe the asset, state the form of ownership (*e.g.*, individual, joint, beneficial interest), provide a fair market value, and explain how fair market value was determined (*e.g.*, appraisal, comparison, estimate, etc.).

E.   For each liability, indicate the date incurred; the original amount of the liability; the length of the obligation; the interest rate; the collateral or security, if any; who is responsible for the obligation; the outstanding balance; the name(s) and address(es) of all obligee(s); and your relationship (if any) to each creditor.

CC0233

CCQ
234 Missing

II.    Cash Flow Information

    A.    Income/Receipts

List all money or other income received from any source on a monthly basis by you, your spouse, or any other member of your household, identifying the source, recipient, and amount.  For any income received on a basis other than monthly, convert to a monthly basis for the purposes of this statement.

| Description | | Source | Amount |
|---|---|---|---|
| 1. | Salary/Wages | | |
| 2. | Commissions/Advances | | |
| 3. | Consulting Fees | | |
| 4. | Dividends | | |
| 5. | Interest | | |
| 6. | Annuities | | |
| 7. | Pensions | | |
| 8. | Rents/Royalties | | |
| 9. | Sales of Assets (Net) | | |
| 10. | Repayment of Loans | | |
| 11. | Payments on obligations made on your behalf by others | | |
| 12. | Fringe Benefits (e.g., car) | | |
| 13. | Alimony/Child Support | | |
| 14. | Gifts/Bonuses | | |
| 15. | Other (Itemize) | | |
| 16. | | | |
| | Total Receipts | | |

- 5 -

**B.**    **Expenses/Disbursements**

List all monthly expenditures for whatever purpose for you or your household for the past 12 months, identifying the purpose and the amount, including projected expenses. For any expenditure which varies from month to month, indicate a range of amounts and the average amount on a monthly basis.

| Description | Amount |
|---|---|
| 1.    Mortgage/Rent | |
| 2.    Food | |
| 3.    Utilities | |
| 4.    Payment on Loans | |
| 5.    Real Estate Taxes | |
| 6.    Insurance Premiums | |
| 7.    Medical Expenses | |
| 8.    Automobile Expenses | |
| 9.    Alimony/Child Support | |
| 10.    Income Taxes | |
| 11.    Other Expenses (Itemize) | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| **Total Expenses/Disbursements** | * |

*/    If you anticipate unusual expenses in the coming 12 months, please describe them.

- 6 -

CC0236

III.    **Other Information**

    A.    List any disbursement having a value of $1000 or more, made on your behalf, or on behalf of your spouse or children, by any other person or entity in the last five years, the amount of the disbursement, and the name and address of the person or entity who made the disbursement.

    B.    List all transfers of cash in an amount of $1000 or more, or assets or property with a cost or fair market value of $1000 or more, made by you in the last five years, and, if applicable, identify the value of the asset, the consideration received, and the relationship of the transferor to the transferee, or indicate that no such transfers have been made.

    C.    Identify any financial institution accounts (other than those identified in Item I.F. above) in which you have deposited more than $1000 in the last five years, or indicate that no such deposits have been made.

7

D.    List all dependents, their ages, and whether or not they reside with you.

E.    Attach federal tax returns filed by you or on your behalf (including personal, trust, or business returns) in the last five years.

F.    Attach any federal gift tax returns filed by you or your spouse in the last five years.

G.    Attach any financial statement which the declarant has prepared in the last five years, for any purpose (*e.g.*, such as a financial statement provided to a bank to secure a loan).

Under penalties of perjury, I declare that I have examined the information given in this statement, and attached hereto, and, to the best of my knowledge and belief, it is true, correct, and complete. I further declare that I have no assets, owned either directly or indirectly, or income of any nature other than as shown in, or attached to, this statement. I understand that any material misstatements or omissions made by me herein or in any attachments hereto may constitute criminal violations, punishable under 18 U.S.C. § 1001.

_____        _____
Cosmo Corigliano                                       Date

Sworn before me this _____ day of _____, 2000.

_____
Notary Public

My commission expires on _____.

- 8 -

CC0238