# EXHIBIT 19

# UNITED STATES DEPARTMENT OF JUSTICE

*Federal Building*
*450 Main Street, Room 617*
*Hartford, CT 06103*

*Telephone (860)240-2675*
*(Fax): (860)240-3021(Connecticut)*

DATE: 7-26-04     PAGES TO FOLLOW: 2

DELIVER TO: Barry Simon, Esq.    FAX: 860-293-1651

[✓] URGENT DELIVERY     [X] NORMAL DELIVERY

DEFENDANT'S EXHIBIT 60,000

SUBJECT/COMMENTS: _____



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700        (973) 645-2700
Newark, New Jersey 07102

July 26, 2004

Barry S. Simon, Esq.
c/o Residence Inn by Marriott
Room 517
942 Main Street
Hartford, CT 06103

Thomas Puccio, Esq.
Scott Edelman, Esq.
c/o Day, Berry, and Howard, LLP
City Place One
Hartford, CT 06103

VIA FACSIMILE

            Re: United States v. Forbes, et al.
                No. 3:02CR264 (AWT)

Dear Counsel:

   Please find attached a transcription of the notes of what appears to be a telephonic conversation between Paul Weissman and Gary Naftalis on May 15, 1998.

                         Very truly yours,

                         CHRISTOPHER J. CHRISTIE
                         Special Attorney
                         U.S. Department of Justice

                  By:    JOHN J. CARNEY
                         Special Attorney
                         U.S. Department of Justice

Encl.

Attachment A

Gary Naftalis,    5/15/98         (212) 715-9253

Co has behaved. - - a rush to jmt Did no investigation, didn't talk to him.

On Thursday, 4/9 (?) (the Thurs. before 4/15), a woman named Amy Lipton + Kirk Shelton + CC: Silverman announced they were resigning?

Forbes, Shelton, Lipton & CC were all supposed to switch jobs. In their contracts.

After a few months, became clear not a merger of equals after all. The three decided to leave. These resignations announced 4/9. At their request.

They were working [with] their employment law lawyers from Weil G. negotiating [with] Skadden. As of Tues. 4/15, inches away from signing an agreement.

When CC & Shelton showed up at Weil G., they learned from Weil G. that W.G. had been advised there was some sort of problem.

Then W.G. withdrew from representing the 3 people (continues to represent Forbes) - - approx. noon on 4/14. Naftalis got call right after that, hired by CC.

CC still didn't know what the issue was.

Then the announcement on 4/15.

On 4/16, Bd. meeting terminated CC; didn't terminate Shelton (although they tried), bec. Shelton a Bd member.

No one ever asked him to cooperate.

His position: if anything done wrong, he doesn't know about it.