UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:02CR264 (AWT) |
| v. ) | |
| ) | |
| WALTER A. FORBES ) | November 21, 2005 |
| ) | |

OBJECTIONS OF WALTER FORBES TO
GOVERNMENT'S PROPOSED "ADMONITION"
REGARDING THEORY OF DEFENSE INSTRUCTION

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Defendant Walter A. Forbes, through undersigned counsel, respectfully objects to the "admonition" proposed by the government with respect to Mr. Forbes' theory of the defense instruction for the following reasons:

1. The government's proposed "admonition" undermines Mr. Forbes' theory of the defense instruction, to which Mr. Forbes is entitled under Second Circuit Law. See Forbes Proposed Supplemental Instruction No. 1 (collecting cases).

2. The government cites no legal authority in support of its proposed "admonition."

3. The government's proposed "admonition" improperly suggests to the jury that Mr. Forbes' theory of the defense instruction is not supported by the evidence. Each of the statements in Mr. Forbes' proposed instruction has an evidentiary basis. The Court should not give any "admonition" that suggests that they do not.

4. Mr. Forbes' proposed theory of the defense instruction is carefully drafted to make clear to the jury that the matters set forth in the instruction are Mr. Forbes' contentions. It is unambiguously labeled as Mr. Forbes' theory of the defense, and the Court presumably will identify it as such in both the instruction setting forth the structure of the charge (as it did in the first trial) and in the sentence introducing the defense's theory of the case (as it did in the first trial and which is included in Mr. Forbes' proposed instruction). Virtually every sentence in Mr. Forbes' proposed instruction states that Mr. Forbes "contends"

1

certain things. Indeed, there is so much emphasis in the proposed instruction that these are Mr. Forbes' contentions that it is necessary to make clear that the defense has no burden of producing any evidence. It is not necessary or proper to undermine the instruction by telling the jury that it is not required to accept Mr. Forbes' theory of the defense or that it is not to be considered as evidence in this case.

          Respectfully submitted,

          WILLIAMS & CONNOLLY LLP

By: _____
          Brendan V. Sullivan, Jr. (Bar No. ct17115)
          Barry S. Simon (Bar No. ct24159)

          725 Twelfth Street, N.W.
          Washington, D.C. 20005
          (202) 434-5000 (phone)
          (202) 434-5029 (fax)
          bsimon@wc.com (e-mail)

          - and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: November 21, 2005

2

## CERTIFICATE OF SERVICE

       I hereby certify that I caused the foregoing Objections of Walter Forbes to Government's Proposed Admonition Regarding Theory of Defense Instruction to be sent via Federal Express on November 21, 2005 to the following:

       Norman Gross, Esq.
       U.S. Attorney's Office
       District of New Jersey
       401 Market Street
       Fourth Floor
       Camden, NJ 08101

       Michael Martinez, Esq.
       Craig Carpenito, Esq.
       United States Attorney's Office
       970 Broad Street, Suite 700
       Newark, NJ 07102

_____
Barry S. Simon