UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | November 23 2005 |
| | : | |
| WALTER A. FORBES | : | |

**UNITED STATES' RESPONSE TO THE COURT'S NOVEMBER 22, 2005 DRAFT OF THE FINAL JURY CHARGE**

CHRISTOPHER J. CHRISTIE
NORMAN GROSS
MICHAEL MARTINEZ
CRAIG CARPENITO
Special Attorneys
U.S. Department of Justice
450 Main Street, Room 320
Hartford, CT 06103
Tel: (860) 240-3387
Fax: (860) 240-3399

The United States respectfully submits this response to the Court's November 22, 2005 draft of the final jury charge.

The Government does not object to the Court's omission from the draft charge of the Government's Request No. 50, directing the jury to draw no adverse inference against either party from the fact that Stuart Bell did not testify as a witness. If defense counsel argues in summation that the jury should draw an inference against the Government because Bell (or any other person who was equally available to either party) did not testify, the Government will request that an appropriate instruction be given.

The Government offers the following suggested corrections to the November 22 draft charge:

1) **Section II(C)(2)(b)(ii)("Requisite Intent")(page 23 of 11/22/05 draft)**: Since the charges of making false statements to the SEC are contained in Counts 2 and 3 of the indictment, and the securities fraud charge is contained in Count 4, the Government would prefer that the crime of making false statements to the SEC is referred to as the "first object" of the alleged conspiracy (fourth paragraph of this section) the crime of securities fraud be referred to as the "second object" of the alleged conspiracy (second paragraph of this section).

2) **Section II(C)(2)(c)("Third Element - Commission of Overt Act")(page 26 of 11/22/05 draft)**: Consistent with the proposed redacted indictment submitted to the Court and counsel yesterday,

November 22, 2005, the bracketed number in the second and third paragraphs of this section should be 58, rather than 63. The bracketed letters in the second paragraph are correctly stated in the draft charge as "a. through i."

3. **Section II(D)(2)(d)("Fourth Element - Knowingly, Willfully and With the Intent to Deceive")(page 37 of the 11/22/05 draft)**: In the first sentence of the eighth paragraph of this section, the first paragraph after the line of asterisks, the Government suggests that the sentence should read "each of these four elements as to a particular count," rather than "each of these four elements as to the defendant."

4. **Section II(E)(2)("Elements of the Offense")(page 40 of the 11/22/05 draft)**: In the sentence beginning with the italicized word, "*Second,*" the word "in" should be added between the words "described" and "count."

5. **Section IV(C)("Actions and Declarations of Alleged Co-Conspirators")(page 62 of the 11/22/05 draft)**: Kathy Mills' name should be added to the list of alleged co-conspirators.

6. **Table of Contents (page iii of 11/22/05 draft)**: According to the text of the charge, the caption for Section III should be "The Defendant's Position," not "The Defendant's Position**s**."

          Respectfully submitted,

          CHRISTOPHER J. CHRISTIE
          Special Attorney
          U.S. Department of
          Justice


By:   NORMAN GROSS
      MICHAEL MARTINEZ
      CRAIG CARPENITO
      Special Attorneys
      U.S. Department of
      Justice

November 23, 2005
Camden, New Jersey

**CERTIFICATE OF SERVICE**

      I certify that I caused copies of the foregoing United States' Response to the Court's November 22, 2005 Draft of the Final Jury Charge to be served upon Barry Simon, Esq., via email and Federal Express on November 23, 2005:

_____
NORMAN GROSS
U.S. Department of Justice


Dated:    November 23, 2004
            Camden, New Jersey