UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>WALTER A. FORBES )<br>)<br>) | No. 3:02CR264 (AWT)<br><br>December 7, 2005 |

**DEFENDANT WALTER A. FORBES' NOTICE OF FILING
OF DOCUMENTS RELATING TO PARAGRAPHS 6 AND 7 OF MR.
FORBES' MOTION TO STRIKE IMPROPER REBUTTAL ARGUMENT
BY THE GOVERNMENT AND FOR A CURATIVE INSTRUCTION**

Defendant Walter A. Forbes, through undersigned counsel, respectfully submits the attached materials, consisting of materials relevant to the issues raised in paragraphs 6 and 7 of Mr. Forbes' motion to strike improper rebuttal argument and for a curative instruction (filed on December 6, 2005). The attached materials consist of (i) the file of E.E.D. Corporation certified by Rainer Melucci and produced to the defense by the government (Exhibit 1), which counsel for Mr. Forbes tendered to the Court on December 6, 2005, and which does not contain any documents reflecting any purported sweeps in 1997 after January 15, 1997; (ii) the materials submitted to the Court by the government on December 6, 2005 on the issue of bug sweeping (Exhibit 2); (iii) GX 430, consisting of documents relating to bug sweeping that apparently were in the files of Cendant that do not bear consecutive bates

numbers and which the government marked as a single exhibit (Exhibit 3)[1];

(iv) materials submitted by defense counsel to the Court on December 6, 2005 concerning the issue of conference calls (Exhibit 4), consisting of (a) portions of the transcript of Laura Hamilton's civil deposition reflecting her testimony that, inter alia, the CUC conference call for the second quarter earnings release of calendar year 1997 – i.e., the conference call held in September 1997 – was "unusual," because CUC had not held such conference calls before[2] and (b) three sets of notes of

---

[1] The government did not supply the Court with the E.E.D. file certified by Mr. Melucci. That file (Exhibit 1) appears well maintained and Mr. Melucci certified it as the business records of E.E.D. The government relied on this certification during the first trial. See 2004 Tr. at 9558, 9586, 9588. It is defense counsel's understanding that Cendant does not have a copy of the E.E.D. file; rather, Cendant has certain documents in its possession that relate to E.E.D. or sweeps performed by E.E.D. There are no relevant documents in the Cendant files that are not in the certified E.E.D file. The documents in GX 430 that were not produced by E.E.D. consist of general information about E.E.D. as a company, not documents relevant to the dates on which E.E.D. conducted any sweeps of CUC or describing the services performed for CUC. We are not aware of any documents in the Cendant production (such as a check, invoice, or journal entry) reflecting any sweep in 1997 after the January 1997 sweep or the payment for any such sweep. Cendant is cooperating with the government in these proceedings; if Cendant had any such documents, it surely would have produced them. Both the government and Cendant have been on notice for more than a year of Mr. Corigliano's false testimony in 2004 regarding purported bug sweeping in November 1997 in connection with the Cendant merger, and both the government and Cendant have had ample opportunity to attempt to locate support for Mr. Corigliano's claim that such a sweep took place in 1997 in connection with the Cendant merger.

[2] There is not merely an absence of documents concerning quarterly earnings conference calls prior to May 1997. Ms. Hamilton testified on this subject. Ms. Hamilton was in a position to know whether CUC held quarterly earnings conference calls prior to May 1997. She was a vice-president in the Investor Relations Department of CUC and has personal knowledge of the manner in which CUC handled its quarterly earnings releases. In contrast, Mr. Kernkraut was an analyst who covered numerous companies. He likely participated in earnings

the government's interview of Laura Hamilton on July 7, 1999, at which time Ms. Hamilton appears to have told the government that "for most of her tenure, no conf. calls," notes of former AUSA Paul Weissman at PAW783; and (v) e-mail correspondence dated December 6, 2005 relating to whether the Court will give a curative instruction concerning the government's rebuttal argument on the issue of purported quarterly earnings conference calls before the announcement of the Cendant merger in May 1997 (Exhibit 5).[3]

---

release conference calls for various corporations and could have been confused about whether CUC conducted quarterly earnings conference calls prior to May 1997.

[3]  As of 4:50 p.m. on December 6, 2005, the state of the record was that the government had represented that it "only ha[d] records of conference calls with stock analysts, including Steven Kernkraut and many others regarding acquisitions, right now just the Ideon merger reserve one April 22nd. And the United States would like an opportunity to at least be able to go back through some records." Tr. 3666. The government has not supplied any additional documents or information on the question of whether CUC conducted quarterly earnings conference calls prior to May 1997. Instead, the government has asserted as follows: "The United States represents that, after diligent inquiry and investigation, the testimony at issue in paragraph 7 of Defendant's Motion to Strike Improper Rebuttal Argument by Government and for a Curative Instruction is not testimony that the United States has a duty to correct." See Exhibit 5. The government has not supplied any factual basis for that representation, or set forth the legal standard which it is using for its self-determination of whether it "has a duty to correct."

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No.ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Defendant Walter A. Forbes' Notice of Filing of Documents Relating to Paragraphs 6 and 7 of Mr. Forbes' Motion to Strike Improper Rebuttal Argument by the Government and for a Curative Instruction to be sent on December 7, 2005 to the following via email and hand delivery:

> Michael Martinez, Esq.
> Craig Carpenito, Esq.
> U.S. Department of Justice
> 450 Main Street, 320
> Hartford, CT  06103

and to the following via email and Federal Express:

> Norman Gross, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ  08101

_____
Barry S. Simon