# EXHIBIT 1

# UNITED STATES DEPARTMENT OF JUSTICE

**Federal Building**
**450 Main Street, Room 617**
**Hartford, CT 06103**



Telephone (860)240-2675
(Fax): (860)240-3021(Connecticut)

DATE: _8/2/04_        PAGES TO FOLLOW: _22_

DELIVER TO: _Barry Simon_      FAX: _860-293-1651_

[ ] URGENT DELIVERY      [X] NORMAL DELIVERY

SUBJECT/COMMENTS: _Certification and documents_
_for Corigliano redirect._

## CERTIFICATION

I,_____Rainer A. Melucci_____,pursuant to
                    (Print Name)

28 U.S.C. § 1746, hereby certify, as follows:

    1.   I am ~~President~~ *Technical Advisor* of E.E.D. Co., Inc.  Part of the
business of E.E.D. Co., Inc. is to provide technical surveillance
counter measures services for corporations and individuals.  In
the normal course of this business, E.E.D. Co., Inc. maintains
records, including invoices, business agreements and payment
records.  My duties and responsibilities include being the
custodian of records of E.E.D. Co., Inc. that would include the
records attached hereto.  I am familiar with the types of records
E.E.D. Co., Inc. keeps in general, and with the records discussed
in this certification in particular.


    2.   I have reviewed the documents attached to this
certification.  These documents bear the following bate stamped
numbers:

        EED0001 through EED0026

These documents, which I understand will be presented to the
Court, are business records of E.E.D. Co, Inc.


    3.   These documents were created and kept in the normal
business of E.E.D. Co., Inc.  They were prepared by a person with
knowledge of the information depicted in the records. They were

made at or near the time of the occurrence of the matters set forth in them.

4. Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date): _7/36/04_____

Signature: _____

Name (printed): _Rainer A. Melucci_

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973


GOVERNMENT EXHIBIT
Ex. 3071

## SERVICE INVOICE

BILL TO _Cendant Corp._          JOB LOCATION _Same_

_707 Summer St_

_Stamford Ct_          _941 Ponus Ridge RD_

_attn: Both Forcimour_

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

DATE _5/12/98_          SOLD BY          ☐ CASH   ☐ C.O.D.   ☐ CHARGES   ☐ MDSE. RETD.

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Item Security Survey & Consultation | | |
| | Premises & Tele System | | |
| | (2) | | |
| | 707 Summer St. | $8000 | |
| | W.K. Office | | |
| | | | |
| | 941 Ponus Ridge | | |
| | | | |
| | Error Previous Invoice | | |
| | | | |
| | Work Complete | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL | |
| | H | | | | | | | | | SALES TAX | |
| | | | | | _Oliver A. Melucci CFE, DABFE_ | | | | | TOTAL | 1000 00 |
| | | | | | | | | | | L/S POWER UNIT | |
| | | SIGNED _Daniel O. Melucci_ | | | | | | | | LABOR | 8 |
| | | | | | | | | | | TOTAL AMOUNT | 1000 00 |

**Electronic Eavesdropping Detection**
**Surveillance & Antisurveillance Equip. Sales • Service**

EED0001

Cendant Corporation                                        May 12, 1998
707 Summer Street
Stamford, CT 06901
Attn.: Beth Freimour

SUBJECT:  (TSCM) Technical Surveillance Counter-Measures procedure:
Cendant Corporation.

The above procedure was performed as follows:

Assigned Office was checked utilizing a *Texscan Spectrum Analyzer*, an *Avcom
Spectrum Analyzer*, a *Scanlock ECM Receiver*, an *Icom R-1 Receiver*, an *Icom
R-12 Receiver*, and an *Optoelectronics-Receiver/Analyzer*
(Computerized).  (Stamford FCC warranted Frequencies was compared with
computerized program...) No unwarranted frequencies were found, save
Commercial Broadcasts.  A complete physical search was performed as well.

Office Blinds MUST be drawn partially re: Window Devices....as discussed!!!

The entire internal Telephone System, (in specified office) (including
instruments) and Telco Lines was checked utilizing an *ETA-1 Telephone
Analyzer*, a *Kaiser 1080 Telephone Analyzer*, a *Biddle TDR*, Time Domain
Reflectometer (radar) and a custom *STD-2* measuring Volts/Ohms/Current.

The voltage was within normal parameters *average variables*.  All prescribed
testing was performed as well, i.e.: (Professor James Ross line tracing).  No
parasitic devices found, system working properly...

Home located at 941 Ponus Ridge Road was checked as well.  Area clear...
All prescribed testing above was performed.  Negative results.  No Parasitic
Devices found.  Demarcation Box located on pole in rear of house
surrounded by Plants was strapped/closed...

                              Rainer A. Melucci CFE, DABFE

EED0002



| CUSTOMER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 042798 | | | 04/27/98 | 600.00 | 0.00 | 600.0 |

GOVERNMENT EXHIBIT
Ex. 3003

EED0003

| | | | | | 600.00 | 0.00 | 600.0 |

**CENDANT CORPORATION**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

205932

# E.E.D. CO., INC.

## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

### SERVICE INVOICE

BILL TO _Cendant Corp._
_707 Summer Street_
_Stamford CT_
_Attn: Beth Seimour_

JOB LOCATION _Same +_
_941 Ponus Ridge Rd_

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE | SOLD BY | ☐ CASH | ☐ C.O.D. | ☐ CHARGES | ☐ MDSE. RETD. | |
|---|---|---|---|---|---|---|
| QUANTITY | | DESCRIPTION | | | PRICE | AMOUNT |
| | | _Total Security - Survey_ | | | | |
| | | _Premises + Consultation_ | | | | |
| | | _Tele System (2)_ | | | | |
| | | _707 Summer St._ | | | | |
| | | _W. Forbes office_ | | | | |
| | | _941 Ponus Ridge Rd =_ | | | | 8000 |
| | | _Redo_ | | | | |
| | | _Work Completed_ | | | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | |
| | H | | | | | | | | |

| | |
|---|---|
| MATERIAL | |
| SALES TAX | |
| TOTAL | 800 00 |
| L/S POWER UNIT | |
| LABOR | 8 |
| TOTAL AMOUNT | 800 00 |

SIGNED _James Melucci_

**Electronic Eavesdropping Detection**
**Surveillance & Antisurveillance Equip. Sales • Service**

EED0004

# E.E.D. CO., INC.
### 313 Avenue J
### Brooklyn, N.Y. 11230
### (718) 338-2640
### FAX (718) 258-2973

*203·965·5118*

## SERVICE INVOICE

BILL TO *Cendant Corp*
*707 Summer St.*
*Stamford CN 06901*
*Beth Frisimour*

JOB LOCATION *707 Summer St.*
*941 Ponus Ridge Road*
*203 977-8501 FAX*

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

DATE *5/14/98*   SOLD BY

☐ CASH   ☐ C.O.D.   ☐ CHARGES   ☐ MDSE. RETD.

| QUANTITY | DESCRIPTION | PRICE | | AMOUNT |
|---|---|---|---|---|
| | TSCM Counter-Measures procedure | | | |
| | Above locations... | | | |
| | | | | |
| | Summer Street | $600 | 00 | |
| | Ponus Ridge Rd.... | $1200 | 00 | |

**PAID**

*Work Completed:* *707 Summer St.*
*W. Forbes office*
*941 Ponus Ridge Rd.*

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL | |
| | M | | | | | | | | | SALES TAX | |
| | | | | | | | | | | TOTAL | $1800 | 00 |
| | | | | | | | | | L|S POWER UNIT | | |
| | | | | | | | | | LABOR | | |
| | | | | | | | | | TOTAL AMOUNT | $1800 | 00 |

SIGNED *Bob Kenner*

### Electronic Eavesdropping Detection
### Surveillance & Antisurveillance Equip. Sales • Service

EED0005

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT | |
|---|---|---|---|---|---|---|---|
| 1498 | | | 04/14/98 | | 1800.00 | 0.00 | 1800.00 |
| EED0006 | | | | | | | |
| | | | | | 1800.00 | 0.00 | 1800.00 |

**CENDANT CORPORATION**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 08611

PLEASE DETACH BEFORE DEPOSITING

205472

April 14, 1998

Cendant Corporation
707 Summer Street
Stamford, CN 06901
Attn.: Beth Freimour

SUBJECT:  (TSCM) Technical Surveillance Counter-Measures procedure:
Cendant Corporation.

The above procedure was performed as follows:

Assigned Office was checked utilizing a *Texscan Spectrum Analyzer*, an *Avcom
Spectrum Analyzer*, a *Scanlock ECM Receiver*, an *Icom R-1 Receiver*, an *Icom
R-12 Receiver*, and an *Optoelectronics-Receiver/Analyzer*
(Computerized). (Stamford FCC warranted Frequencies was compared with
computerized program...) No unwarranted frequencies were found, save
Commercial Broadcasts.  A complete physical search was performed as well.

The entire internal Telephone System, (in specified office) (including
instruments) and Telco Lines was checked utilizing an *ETA-1 Telephone
Analyzer*, a *Kaiser 1080 Telephone Analyzer*, a *Biddle TDR*, Time Domain
Reflectometer (radar) and a custom *STD-2* measuring Volts/Ohms/Current.

The voltage was within normal parameters *average variables*.  All prescribed
testing was performed as well, i.e.: (Professor James Ross line tracing).  No
parasitic devices found, system working properly...

Home located at 941 Ponus Ridge Road was checked as well.
All prescribed testing above was performed.  Negative results.  No Parasitic
Devices found.  However; Demarcation Box located on pole in rear of house
surrounded by Plants was open...  (Recommend Strapping Lock) be placed
around box to avoid potential eavesdropping.  I was able to listen to Lines in
House by attaching a Lineman's Handset to each Lug Set within Box....

EED0007

REVISED INVOICE

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973



## SERVICE INVOICE

BILL TO _Cendant Corporation_     JOB LOCATION _3rd Floor_

_707 Summer Street,_

_Stamford, CN 06901_     203 977 8501 FAX

Attn: Beth Grimore     TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE | SOLD BY | ☐ CASH | ☐ C.O.D. | ☐ CHARGES. | ☐ MDSE. RETD. | | |
|------|---------|--------|----------|-----------|---------------|---|---|
| 3/30/98 | 1007 | | | | | | |
| QUANTITY | | DESCRIPTION | | | | PRICE | AMOUNT |
| | | TSCM Counter-Measures Procedure | | | | | |
| | | Premises & Telephone System... | | | | | |
| | | -----Periodic Rate----- | | | | $2000 00 | |
| | | Report under separate cover | | | | | |

**PAID**

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | |
|---------------------|---|------|-------|------|--------|------|------|------|-------|---|---|
| | P | | | | | | | | | MATERIAL | |
| | H | | | | | | | | | SALES TAX | |
| | | | | | | | | | | **TOTAL** | $2000 00 |
| Rainer A. Melucci CFE,DABFE | | | | | | | | L/S POWER UNIT | | | |
| SIGNED _[signature]_ | | | | | | | | LABOR | | | |
| | | | | | | | | | | TOTAL AMOUNT | $2000 00 |

**Electronic Eavesdropping Detection
Surveillance & Antisurveillance Equip. Sales • Service**

EED0008

March 30, 1998

Cendant Corporation
707 Summer Street
Stamford, CN 06901
Attn: Beth Grimore

SUBJECT: (TSCM) Technical Surveillance Counter-Measures procedure:
Cendant Corporation.

The above procedure was performed as follows:

Assigned Rooms/Offices were checked utilizing a *Texscan Spectrum Analyzer*,
an *Avcom Spectrum Analyzer*, a *Scanlock ECM Receiver*, an *Icom R-1 Receiver*,
an *Icom R-12 Receiver*, and an *Optoelectronics-Receiver/Analyzer*
(Computerized). (Stamford FCC warranted Frequencies to be compared with
computerized program...) No unwarranted frequencies were found, save
Commercial Broadcasts. A complete physical search was performed as well.

The entire internal Telephone System, (in specified areas) (including
instruments) and Telco Lines was checked utilizing an *ETA-1 Telephone
Analyzer*, a *Kaiser 1080 Telephone Analyzer*, a *Biddle TDR*, Time Domain
Reflectometer (radar) and a custom *STD-2* measuring Volts/Ohms/Current.

The voltage was within normal parameters *average variables*. All prescribed
testing was performed as well, i.e.: (Professor James Ross line tracing). No
parasitic devices found, system working properly...

Observations: Windows facing adjoining buildings should have
Blinds - drawn to avoid microphonic device/s eavesdropping.
Shredders should be at least Cross Cut preferably Pulp. (not
strip). All Cellular Telephones should be avoided, especially
those that are still Analog...

Rainer A. Melucci CFE, DACFE

EED0009

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

## SERVICE INVOICE

BILL TO _Cendant Corporation_          JOB LOCATION _Fame_

_707 Summer Street_

_Stamford, CN. 06901_

_Attn. Beth Crimore_

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

DATE _3/30/98_   SOLD BY   ☐ CASH   ☐ C.O.D.   ☐ CHARGES   ☐ MDSE. RETD.

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | _TSCM_ | | |
| | _Tele Survey,_ | | |
| | _Security Consultation._ | | |
| | _Telephone System & Premises_ | _$23000_ | |
| | _3rd floor_ | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL | | |
| | H | | | | | | | | | SALES TAX | | |
| | | | | | | | | | | TOTAL | _$23000_ | 00 |
| _Camera in place CFE, DVCE_ | | | | | | | | | L S POWER UNIT | | |
| | | | | | | | | | | LABOR | | |
| SIGNED | | | | | | | | | | TOTAL AMOUNT | _23600_ | 00 |

## Electronic Eavesdropping Detection
## Surveillance & Antisurveillance Equip. Sales • Service

EED0010



| 01-100-200174 | CUC INTERNATIONAL, INC. | | | 00159243 | | |
|---|---|---|---|---|---|---|
| INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | | 2500.00 |
| 311168 111796 | | 11-17-96 | 2500.00 | .00 | | |
| EED0011 | | | | | | |
| | TOTALS | | 2500.00 | .00 | | 2500.00 |

PLEASE DETACH BEFORE DEPOSITING

159243

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

GOVERNMENT EXHIBIT
Ex 3014

# E.E.D. CO., INC.
### 313 Avenue J
### Brooklyn, N.Y. 11230
### (718) 338-2640
### FAX (718) 258-2973



## SERVICE INVOICE

**BILL TO**  C U C International
707 Summer Street
Stamford CT 06901
Attn: Cosmo Corigliano

**JOB LOCATION**  Same

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE 11/17/99 | SOLD BY | ☐ CASH ☐ C.O.D. ☐ CHARGES ☐ MDSE. RETD. |
|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | TSCM (15) Zones & Premises | | |
| | Tele Survey & Consultation | | |
| | 3rd Floor (8 ) offices & | | |
| | Work Stations | 2,500 00 | |
| | | | |
| | Negative Results: Normal | | |
| | Tolerances   Report to Follow: | | |
| | Suggest Closing Metallic Blinds | | |
| | in offices Facing Outside | | |
| | when engaged in Conversations | | |
| | & Shred Material Not used. | | |

**PAID**

| DESCRIPTION OF WORK | P H | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

Raines A Melucci CEE, BCCE

SIGNED

| MATERIAL | |
|---|---|
| SALES TAX | |
| TOTAL | 2,500 00 |
| L/S POWER UNIT | |
| LABOR | |
| TOTAL AMOUNT | 2,500 00 |

**Electronic Eavesdropping Detection**
**Surveillance & Antisurveillance Equip. Sales • Service**

EED0012

**Cosmo Corigliano**
Senior Vice President and
Chief Financial Officer

CUC INTERNATIONAL

(H)323-7058

707 Summer Street
P.O. Box 10049
Stamford, CT 06904-2049
203-326-8821  324-9261
Fax 203-977-8501

EED0013

TEL: (718) 338-2640                                          FAX: (718) 258-2973

# E.E.D. CO. INC.

Electronic Eavesdropping Detection                           313 Avenue J
                                                             Brooklyn, NY 11230

Date _Nov 17, 1996_

I _Cosmo Corigliano_     do hereby authorize E.E.D. Co,
Inc. to perform _TSCM Technical Surveillance_
_Counter Measures_

At _707 Summer Street Stamford Ct. 06901_

I have had the nature of this procedure explained to me and consent
to the entire process.  I hereby release and forever hold harmless

E.E.D Co. Inc. their agents and employees from any and all
liability resulting from said procedure.  It is expressly
understood, and agreed that no promises or guarantees as to the
results of said procedure are implied.

Client agrees to incur court costs if collection is necessary.

It is also agreed that the charges for said procedure are as
follows:

Retainer $ _____    Final Balance $ _2500_

Full Amount to be paid upon completion.

/s/ _____    CLIENT

Surveillance & Anti-Surveillance Equipment • Sales & Service

EED0014

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

### SERVICE INVOICE

BILL TO  *CUC International*

*707 Summer Street*
*Stamford CT 06901*
*Attn: Cosmo Corigliano*

JOB LOCATION  *Same*

TERMS: A FINANCE CHARGE of 1½% PER MONTH (ANNUAL RATE of 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

DATE *11/17/97*    SOLD BY

☐ CASH    ☐ C.O.D.    ☐ CHARGES    ☐ MDSE. RETD.

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | TSCM (15) Homes & Premises | | |
| | Tele Survey & Consultation | | |
| | 3rd Floor (8') Office & | | |
| | Work Stations | 2500 00 | |
| | | | |
| | Negative Results: Normal | | |
| | Tolerances. Report to Follow: | | |
| | Suggest Closing Metallic Blinds | | |
| | in Office, Facing Outside | | |
| | when engaged in Conversations | | |
| | & Shred Material Not Used. | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | |
| | H | | | | | | | | |

Rainco A Melucci (CEL, BEEP)

SIGNED

| | | |
|---|---|---|
| MATERIAL | | |
| SALES TAX | | |
| TOTAL | 2500 00 | |
| L/S POWER UNIT | | |
| LABOR | | |
| TOTAL AMOUNT | 2500 00 | |

### Electronic Eavesdropping Detection
### Surveillance & Antisurveillance Equip. Sales • Service

EED0015

# 707 SUMMER ST. STAMFORD CT



EED0016

Mag 11.00
Fri Nov 15 17:33 1996
Scale 1:250,000 (at center)

5 Miles

5 KM

COSMO
203 965-
5116

Major Connector
State Route
Primary State Route
US Highway
Interstate/Limited Access
Toll Highway
● County Seat

# 707 SUMMER ST. STAMFORD CT



Mag 12.00
Fri Nov 15 17:24 1996
Scale 1:125,000 (at center)

2 Miles

2 KM

——— Secondary SR, Road, Hwy Ramp
——— Major Connector
——— State Route
◯—— US Highway
▬▬▬ Interstate/Limited Access
◯—— Toll Highway
– – – Utility

EED0017

CUC INTERNATIONAL INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PAY

TWO THOUSAND NINE HUNDRED SIXTY AND 00/100 DOLLARS

TO THE
ORDER
OF

E.E.B., INC.
313 AVENUE J
BROOKLYN, N.Y.    11230

⑈163522⑈ ⑆021303799⑆ 601⑆7611A10⑈

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

DATE          CHECK NO.
01/28/97      00163522

163522

NET AMOUNT
*******2,960.00

NOT VALID AFTER 180 DAYS



GOVERNMENT
EXHIBIT
Ex. 3015

EED0018

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

## SERVICE INVOICE

BILL TO: CUC International

707 Summer Street

Stamford CT 06901

Attn: Irene Huerta

JOB LOCATION: Same

203 965-5118

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE | SOLD BY | ☐ CASH | ☐ C.O.D. | ☐ CHARGES | ☐ MDSE. RETD. | | |
|------|---------|--------|----------|-----------|---------------|--|--|
| 1/15/97 | | | | | | PRICE | AMOUNT |
| QUANTITY | | DESCRIPTION | | | | | |
| | | Telephone Survey entire premises | | | | | |
| | | Equipment consultation. | | | | | |
| | | $2500 -20% periodic rate* | | | | $2000 | 00 |
| | | *(3) or more times a year | | | | | |

PAID 1/15/97

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | |
|---------------------|--|------|-------|------|--------|------|------|------|-------|--|--|
| | P | | | | | | | | | MATERIAL | |
| | H | | | | | | | | | SALES TAX | |
| | | | | | | | | | | TOTAL | $2000 | 00 |
| | | | | | | | | | | L/S POWER UNIT | |
| | | | | | | | | | | LABOR | |
| | | | | | | | | | | TOTAL AMOUNT | $2000 | 00 |

Rainer A. Melucci CPE, BCFE

SIGNED:

**Electronic Eavesdropping Detection**
Surveillance & Antisurveillance Equip. Sales • Service

EED0019

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

## SERVICE INVOICE

BILL TO: CUC International

707 Summer Street

Stamford CT 06901

JOB LOCATION: 941 Ponus Ridge Road

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE of 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

Attn: Irene Huerta

| DATE | SOLD BY | ☐ CASH | ☐ C.O.D. | ☐ CHARGES | ☐ MDSE. RETD. |
|------|---------|--------|----------|-----------|----------------|
| 1/15/97 | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| | TSCM Counter-Measures Telephone System & Premises security consultation.....report under seperate cover. | | |
| | $1200 -20% periodic rate* | $960 | 00 |
| | | | |
| | *(3) or more times a year | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL |
|---------------------|---|------|-------|------|--------|------|------|------|-------|
| | P | | | | | | | | |
| | M | | | | | | | | |

| | | |
|---|---|---|
| MATERIAL | | |
| SALES TAX | | |
| TOTAL | $960 | 00 |
| L/S POWER UNIT | | |
| LABOR | | |
| TOTAL AMOUNT | $960 | 00 |

Rainer A. Melucci CFE, BCFE

SIGNED

EED0020

**Electronic Eavesdropping Detection**
**Surveillance & Antisurveillance Equip. Sales • Service**

TEL: (718) 338-2640                            FAX: (718) 258-2973



# E.E.D. CO. INC.

*Electronic Eavesdropping Detection*                       313 Avenue J

CUC International                                  Brooklyn, NY 11230

707 Summer Street

Stamford CT 06901


Attn.: Irene Huerta


SUBJECT: TSCM Technical Surveillance Counter-Measures

The TSCM Technical Surveillance Counter-Measures procedure was performed at above location, on above date as follows:

Assigned Rooms/Offices were checked utilizing a Texscan Spectrum Analyzer, an Avcom Spectrum - Analyzer, a Scanlock ECM, a TRD Frequency Counter (custom), an Icom R-1 Receiver and an STD-1 Sub-Carrier and Carrier Current -Analyzer/Receiver. The area was free of parasitic devices. No unwarranted frequencies were found, save Commercial Broadcasts. A complete physical search was performed as well.

The entire external & internal Telephone System, (in specified areas) including Telephones, was checked utilizing an ETA-1 Analyzer, a Kaiser 1080 Analyzer, a Biddle TDR - Time Domain -Reflectometer (radar) and a custom STD-2 Measuring Volts/Ohms.

The voltage was within normal parameters 48.2 (on hook) and 7.6 (off hook) average variables. All prescribed testing was performed as well, line tracing re: Professor James Ross etc. No unwarranted measurements and no parasitic devices found Elektron BP Receiver and ETA-1 back-up redundant units utilized!


EED0021                            Rainer A. Melucci CFE, BCFE

*Surveillance & Anti-Surveillance Equipment • Sales & Service*

TEL: (718) 338-2640                                                FAX: (718) 258-2973



# E.E.D. CO. INC.

*Electronic Eavesdropping Detection*                            313 Avenue J
                                                               Brooklyn, NY 11230

**To:** Irene Huerta                          Jan 14, 1997
**From:** Ray Melucci CFE, BCFE Technician

**SUBJECT:** TSCM Counter - Measures (sweep)

**941 Ponus Ridge Road**

The above house was checked utilizing the following equipment: Icom R-1 Receiver, Avcom Spectrum Analyzer, and an Ld-1 Sub-Carrier & Carrier Current Receiver, and a Scanlock ECM. No unwarranted frequencies found, save some commercial broadcasts......

The Telephone system internal & external was checked for any parasitic devices ... None found. Light Switches, Walls, Ceilings, & Floors were electronically & physically examined for any intrusionary devices or remnants of same.

Telephone Lines were checked utilizing a Kaiser 1080 Telephone Analyzer, an Std-1 device, a Biddle Time Domain Reflectometer (radar) ...No parasitic devices found. Tolerances/ Voltages were within normal limits.

Elketron BP Receiver, and ETA-1 - Redundant - Back - Up Units utilized as well!!

                                    Ray Melucci CFE, BCFE

EED0022

*Surveillance & Anti-Surveillance Equipment • Sales & Service*

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

### SERVICE INVOICE

BILL TO _CuC International_          JOB LOCATION _Same_
_707 Summer Street_
_Stamford CT 06901_

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE 5/13/96 | SOLD BY | ☐ CASH | ☐ C.O.D. | ☐ CHARGES | ☐ MDSE. RETD. |
|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | TSM (15 Lines + Premises | | |
| | Tele. Survey of Conductor | | |
| | 3rd Floor - 8 offices | $/2500 | |
| | Work Stations | | |

**PAID**

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL |
| | H | | | | | | | | | SALES TAX |

|  | TOTAL | 2300 00 |
|---|---|---|
| L/S | POWER UNIT | |
| | LABOR | |
| | TOTAL AMOUNT | 2300 00 |

SIGNED

EED0023

## Electronic Eavesdropping Detection
## Surveillance & Antisurveillance Equip. Sales • Service

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 280211 | 351356 | | 05-13-96 | 2300.00 | .00 | 2300.00 |

EED0024

| | | | T O T A L S | 2300.00 | .00 | 2300.00 |

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

144582

E. Kirk Shelton
President and
Chief Operating Officer



**CUC INTERNATIONAL**

EED0025

707 Summer Street
P O Box 10049
Stamford, CT 06904-2049
203-965-5132  324-9261
Fax: 203-977-8501