# EXHIBIT 2

3/3/03
11:50 am
313 Ave J
Brooklyn, NY
Rainer Melucci
JP      PM

Provided subpoena.
Might have gotten WAF as client thru another
private agency, not sure which (Decision Strategies) - doesn't
advertise.

Someoneallia and said they needed
an office debugged.

Never was told why he needed the office
debugged. Got indication this was a
problem during one of the later jobs.
Did jobs during 1998.
Has other corporate clients, but mostly political entities

5/13/96 - did job

Secretary said there was an adversarial
situation during one of the visits

Did WAF's house. - didn't ask why

3/30/98 ⎫ did jobs
4/14/98 ⎬
5/12/98 ⎬
4/27/98 ⎭

**GOV 01003**

Phone WAF in conversation, maybe w/
lawyer - "should I sell the house in Co?"

No real conversation w/ WAF - seemed nice.

Did offices and phones

WAF seemed upset during the 3/98-4/98 time frame, like he was in trouble

Seemed professional atmosphere - seemed well run

Thinks he went back to CT in 2000, 2001 or 2002.

Works with another man on the jobs Bob Serra

DNR CC

WAF would usually leave the office and go to lunch while he worked

GOV 01004

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973



## SERVICE INVOICE

BILL TO  C u C International          JOB LOCATION   Same
707 Summer Street
Stamford CT 06901
Attn: Cosmo Corigliano

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

DATE 11/17/97    SOLD BY    ☐ CASH    ☐ C.O.D.    ☐ CHARGES    ☐ MDSE. RETD.

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | TSCM (15) Lines & Premises | | |
| | Tele Survey & Consultation | | |
| | 3rd Floor (8) offices + | | |
| | Work Stations | 2500 00 | |
| | | | |
| | Negative results: Normal | | |
| | tolerances. Report to follow: | | |
| | Suggest Closing Metalic blinds | | |
| | in offices facing outside | | |
| | when engaged in conversations | | |
| | & Shred Material not used! | | |

PAID

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL | |
| | H | | | | | | | | | SALES TAX | |
| | | | | | | | | | | TOTAL | 2500 00 |
| | | | Franco A Melucci CEE, BCEE | | | | | | L S POWER UNIT | |
| | | | | | | | | | | LABOR | |
| | | SIGNED  James O'Nelson | | | | | | | TOTAL AMOUNT | 2500 00 |

**Electronic Eavesdropping Detection**
**Surveillance & Antisurveillance Equip. Sales • Service**

EED0012

TEL: (718) 338-2640                                                    FAX: (718) 258-2973



# E.E.D. CO. INC.

Electronic Eavesdropping Detection                              313 Avenue J
                                                               Brooklyn, NY 11230

Date _Nov 17, 19 96_

I _Cosmo Corigliano_ do hereby authorize E.E.D. Co,
Inc. to perform _TSCM Technical Surveillance_
_Counter Measures_

At _707 Summer Street Stanford Ct. 06901_

I have had the nature of this procedure explained to me and consent
to the entire process.  I hereby release and forever hold harmless

E.E.D Co. Inc. their agents and employees from any and all
liability resulting from said procedure.  It is expressly
understood, and agreed that no promises or guarantees as to the
results of said procedure are implied.

Client agrees to incur court costs if collection is necessary.

It is also agreed that the charges for said procedure are as
follows:

Retainer $ _____          Final Balance $ _2500_

Full Amount to be paid upon completion.

/s/ _____ CLIENT

_Surveillance & Anti-Surveillance Equipment • Sales & Service_

EED0014

# 707 SUMMER ST. STAMFORD CT



EED0016

# 707 SUMMER ST. STAMFORD CT



Mag 12.00
Fri Nov 15 17:24 1996
Scale 1:125,000 (at center)

2 Miles

2 KM

Secondary SR, Road, Hwy Ramp
Major Connector
State Route
US Highway
Interstate/Limited Access
Toll Highway
Utility

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

### SERVICE INVOICE

BILL TO _C U C International_

_707 Summer Street_

_Stamford CT 06901_

_Attn: Cosmo Corigliano_

JOB LOCATION _Same_

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE 11/17/97 | SOLD BY | ☐ CASH | ☐ C.O.D. | ☐ CHARGES | ☐ MDSE. RETD. | | |
|---|---|---|---|---|---|---|---|
| QUANTITY | DESCRIPTION | | | | | PRICE | AMOUNT |
| | TSCM (15) Areas & Premises | | | | | | |
| | Tele Survey & Consultation | | | | | | |
| | 3rd Floor (8) Offices & | | | | | | |
| | Work Stations | | | | | 2500 | 00 |
| | | | | | | | |
| | Negative results: Normal | | | | | | |
| | Tolerances   Report to Follow: | | | | | | |
| | Suggest Closing Metallic Blinds | | | | | | |
| | in Offices, Facing Outside | | | | | | |
| | when engaged in Conversations | | | | | | |
| | & Sorted Material not used. | | | | | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL | |
| | H | | | | | | | | | SALES TAX | |
| | | | | | Rainer A Melucci (FEI, BCE) | | | | | TOTAL | 2500 00 |
| | | | | | | | | | | LS POWER UNIT | |
| | | | | | | | | | | LABOR | |
| | | | | SIGNED _James O'Mahoney_ | | | | | | TOTAL AMOUNT | 2500 00 |

## Electronic Eavesdropping Detection
## Surveillance & Antisurveillance Equip. Sales • Service

EED0015



GOVERNMENT
EXHIBIT
Ex. 3074
CADDELS 800-783-0399

CUC INTERNATIONAL, INC.

01-100-200174

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 311168 | 111796 | | 11-17-96 | 2500.00 | .00 | 2500.00 |

00159243

EED0011

TOTALS    2500.00    .00    2500.00

159243

CUC INTERNATIONAL INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

# E.E.D. CO., INC.
### 313 Avenue J
### Brooklyn, N.Y. 11230
### (718) 338-2640
### FAX (718) 258-2973


GOVERNMENT
EXHIBIT
Ex. 3071

## SERVICE INVOICE

BILL TO _Cendant Corp._
_707 Summer St_
_Stamford Ct_
_attn: Beth Frimour_

JOB LOCATION _Same_
_941 Ponus Ridge Rd_

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE 5/12/98 | SOLD BY | ☐ CASH | ☐ C.O.D. | ☐ CHARGES | ☐ MDSE. RETD. |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Item Security Survey & Consultation | | |
| | Premises & Tele System ) | | |
| | (3) | | |
| | 707 Summer St. | $6000 | |
| | W.F. Office | | |
| | 941 Ponus Ridge Rd | | |
| | Error Previous Invoice | | |

PAID

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | |
| | H | | | | | | | | |

| | |
|---|---|
| MATERIAL | |
| SALES TAX | |
| TOTAL | 1000 00 |
| L/S POWER UNIT | |
| LABOR | 8 |
| TOTAL AMOUNT | 1000 00 |

_Paines A melucci CFE, DABFE_

SIGNED _Pamela J Melucci_

**Electronic Eavesdropping Detection**
**Surveillance & Antisurveillance Equip. Sales • Service**

EED0001

Cendant Corporation                                        May 12, 1998
707 Summer Street
Stamford, CT 06901
Attn.: Beth Freimour

SUBJECT:  (TSCM) Technical Surveillance Counter-Measures procedure:
Cendant Corporation.

The above procedure was performed as follows:

Assigned Office was checked utilizing a *Texscan Spectrum Analyzer*, an *Avcom Spectrum Analyzer*, a *Scanlock ECM Receiver*, an *Icom R-1 Receiver*, an *Icom R-12 Receiver*, and an *Optoelectronics-Receiver/Analyzer* (Computerized).  (Stamford FCC warranted Frequencies was compared with computerized program...)  No unwarranted frequencies were found, save Commercial Broadcasts.  A complete physical search was performed as well.

Office Blinds MUST be drawn partially re: Window Devices....as discussed!!!

The entire internal Telephone System, (in specified office) (including instruments) and Telco Lines was checked utilizing an *ETA-1 Telephone Analyzer*, a *Kaiser 1080 Telephone Analyzer*, a *Biddle TDR*, Time Domain Reflectometer (radar) and a custom *STD-2* measuring Volts/Ohms/Current.

The voltage was within normal parameters *average variables*.  All prescribed testing was performed as well, i.e.: (Professor James Ross line tracing).  No parasitic devices found, system working properly...

Home located at 941 Ponus Ridge Road was checked as well.  Area clear... All prescribed testing above was performed.  Negative results.  No Parasitic Devices found.  Demarcation Box located on pole in rear of house surrounded by Plants was strapped/closed...

                                        Rainer A. Melucci CFE, DABFE

EED0002

| VOUCHER/ | PURCHASE | INVOICE | INVOICE | AMOUNT | DISCOUNT | NET AMOUNT |
| REF. NUMBER | ORDER | NUMBER | DATE | | | |
| 042798 | | | 04/27/98 | | 600.00 | 0.00 | 600.00 |

**GOVERNMENT EXHIBIT**
Ex. 3072

CARDELS 800-783-0139

205932

0.00    600.00
600.00

EED0003

**C CENDANT CORPORATION**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

## SERVICE INVOICE

**BILL TO** Cendant Corp.
707 Summer Street
Stamford CT
Attn: Beth Freimour

**JOB LOCATION** Same +
941 Ponus Ridge Rd

**TERMS:** A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE | | SOLD BY | | ☐ CASH | ☐ C.O.D. | ☐ CHARGES | ☐ MDSE. RETD. |
|---|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | TSCM Security - Survey | | |
| | Premises + Consultation | | |
| | Tele. System (2) | | |
| | 707 Summer St. | | |
| | W. Porter - Office - | | |
| | 941 Ponus Ridge Rd - | | 8,000 00 |
| | Redo | | |
| | Work Completed + Documented | | |
| | Completed | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL | |
| | H | | | | | | | | | SALES TAX | |
| | | | | | | | | | | **TOTAL** | 8,000 00 |
| | | | | | | | | | L\|S | POWER UNIT | |
| | | | | | | | | | | LABOR | |
| | | | | | | | | | | **TOTAL AMOUNT** | 8,000 00 |

SIGNED (Sam) Offiliuci

**Electronic Eavesdropping Detection**
**Surveillance & Antisurveillance Equip. Sales • Service**

EED0004

REVISED INVOICE

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973



GOVERNMENT
EXHIBIT
Ex 3073

## SERVICE INVOICE

BILL TO **Cendant Corporation**          JOB LOCATION **3rd Floor**

**707 Summer Street,**

**Stamford, CN 06901**          203 977 8501 FAX

**Attn: Beth Grimore**

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE | SOLD BY | | | | |
|------|---------|--|--|--|--|
| 3/30/98 | 1007 | ☐CASH | ☐C.O.D. | ☐CHARGES | ☐MDSE. RETD. |

| QUANTITY | DESCRIPTION | PRICE | | AMOUNT |
|----------|-------------|-------|--|--------|
| | TSCM Counter-Measures Procedure | | | |
| | Premises & Telephone System... | | | |
| | ------Periodic Rate----- | $2000 | 00 | |
| | Report under separate cover | | | |
| | | | | |

PAID

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | | |
|---------------------|--|------|-------|------|--------|------|------|------|-------|--|--|--|
| | P | | | | | | | | | MATERIAL | | |
| | H | | | | | | | | | SALES TAX | | |
| | | | | | | | | | | TOTAL | $2000 | 00 |
| | | | | | | | | | | L S POWER UNIT | | |
| | | | | | | | | | | LABOR | | |
| | | | | | | | | | | TOTAL AMOUNT | $2000 | 00 |

Rainer A. Melucci CFE,DABFE

SIGNED _____

## Electronic Eavesdropping Detection
## Surveillance & Antisurveillance Equip. Sales • Service

EED0008

March 30, 1998

Cendant Corporation
707 Summer Street
Stamford, CN 06901
Attn: Beth Grimore

SUBJECT:  (TSCM) Technical Surveillance Counter-Measures procedure:
Cendant Corporation.

The above procedure was performed as follows:

Assigned Rooms/Offices  were checked utilizing a *Texscan Spectrum Analyzer*,
an *Avcom Spectrum Analyzer*, a *Scanlock ECM Receiver*, an *Icom R-1 Receiver*,
an *Icom R-12 Receiver*, and an *Optoelectronics-Receiver/Analyzer*
(Computerized).  (Stamford FCC warranted Frequencies to be compared with
computerized program...) No unwarranted frequencies were found, save
Commercial Broadcasts.  A complete physical search was performed as well.

The entire internal Telephone System, (in specified areas) (including
instruments) and Telco Lines was checked utilizing an *ETA-1 Telephone
Analyzer*, a *Kaiser 1080 Telephone Analyzer*, a *Biddle TDR*, Time Domain
Reflectometer (radar) and a custom *STD-2* measuring Volts/Ohms/Current.

The voltage was within normal parameters *average variables*.  All prescribed
testing was performed as well, i.e.: (Professor James Ross line tracing).  No
parasitic devices found, system working properly...

```
Observations: Windows facing adjoining buildings should have
Blinds - drawn to avoid microphonic device/s eavesdropping.
Shredders should be at least Cross Cut preferably Pulp. (not
strip).  All Cellular Telephones should be avoided, especially
those that are still Analog...
```

Rainer A. Melucci CFE, DACFE

EED0009

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

### SERVICE INVOICE

BILL TO: Cendant Corporation
707 Summer Street
Stamford, CN. 06901
Attn: Beth Grimore

JOB LOCATION: Fame

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

DATE: 3/30/98    SOLD BY:

☐ CASH   ☐ C.O.D.   ☐ CHARGES   ☐ MDSE. RETD.

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | TSCM | | |
| | Tele Survey: | | |
| | Security Consultation. | | |
| | Telephone System + Premises   230000 | | |
| | 3rd Floor | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL |
| | H | | | | | | | | | SALES TAX |

Camera & Plucci CFE DREE

TOTAL    2300 00
L/S POWER UNIT
LABOR
TOTAL AMOUNT    2300 00

SIGNED

### Electronic Eavesdropping Detection
### Surveillance & Antisurveillance Equip. Sales • Service

EED0010

CUC INTERNATIONAL, INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

163522
50-937-
213

NET AMOUNT

**PAY**

TWO THOUSAND NINE HUNDRED SIXTY AND 00/100 DOLLARS

DATE          CHECK NO.
01/28/97      00163522          ********2,960.0(

TO THE
ORDER
OF

E.E.D., INC.
313 AVENUE J
BROOKLYN, N.Y.      11230



GOVERNMENT
EXHIBIT
2475
CARD#15 800-783-0299



NOT VALID AFTER 180 DAYS



⑈163522⑈ ⑆021309379⑆ 601 ⑈ 7⑆168100⑈

EED0018

# E.E.D. CO., INC.
### 313 Avenue J
### Brooklyn, N.Y. 11230
### (718) 338-2640
### FAX (718) 258-2973

## SERVICE INVOICE

BILL TO __CUC International__

707 Summer Street

Stamford CT 06901

JOB LOCATION _____941 Ponus Ridge Road_____

Attn: Irene Huerta

| DATE | SOLD BY | | TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS. |
|------|---------|--|------|
| 1/15/97 | | | |

QUANTITY

☐ CASH    ☐ C.O.D.    ☐ CHARGES    ☐ MDSE. RETD.

| DESCRIPTION | PRICE | | AMOUNT |
|-------------|-------|--|--------|
| TSCM Counter-Measures Telephone System & Premises security consultation......report under seperate cover. | | | |
| $1200 -20% periodic rate* | | | |
| | $960 | 00 | |
| *(3) or more times a year | | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL |
|------|---|------|-------|------|--------|------|------|------|-------|
| | P | | | | | | | | |
| | H | | | | | | | | |

Rainer A. Melucci CFE, BCFE

_Rainer A. Melucci_
SIGNED

| | | | |
|--|--|--|--|
| MATERIAL | | | |
| SALES TAX | | | |
| TOTAL | | $960 | 00 |
| L s POWER UNIT | | | |
| LABOR | | | |
| TOTAL AMOUNT | | $960 | 00 |

1020

**Electronic Eavesdropping Det...**
**Surveillance & A...**

TEL: (718) 338-2640                                                        FAX: (718) 258-2973

 **E.E.D. CO. INC.**

_Electronic Eavesdropping Detection_                          313 Avenue J
CUC International                                             Brooklyn, NY 11230
707 Summer Street
Stamford CT 06901


Attn.: Irene Huerta


**SUBJECT:  TSCM Technical Surveillance Counter-Measures**

The TSCM Technical Surveillance Counter-Measures procedure was performed at above location, on above date as follows:

Assigned Rooms/Offices were checked utilizing a Texscan Spectrum Analyzer, an Avcom Spectrum - Analyzer, a Scanlock ECM, a TRD Frequency Counter (custom), an Icom R-1 Receiver and an STD-1 Sub-Carrier and Carrier Current -Analyzer/Receiver.  The area was free of parasitic devices.  No unwarranted frequencies were found, save Commercial Broadcasts.  A complete physical search was performed as well.

The entire external & internal Telephone System, (in specified areas) including Telephones, was checked utilizing an ETA-1 Analyzer, a Kaiser 1080 Analyzer, a Biddle TDR - Time Domain -Reflectometer (radar) and a custom STD-2 Measuring Volts/Ohms.

The voltage was within normal parameters 48.2 (on hook) and 7.6 (off hook) average variables.  All prescribed testing was performed as well, line tracing re: Professor James Ross etc.  No unwarranted measurements and no parasitic devices found Elektron BP Receiver and ETA-1 back-up redundant units utilized!


EED0021
                                          Rainer A. Melucci CFE, BCFE

_Surveillance & Anti-Surveillance Equipment • Sales & Service_

TEL: (718) 338-2640                                          FAX: (718) 258-2973



# E.E.D. CO. INC.

_Electronic Eavesdropping Detection_                          313 Avenue J
                                                    Brooklyn, NY 11230

To: Irene Huerta                          Jan 14, 1997
From: Ray Melucci CFE, BCFE Technician


SUBJECT: TSCM Counter - Measures (sweep)

941 Ponus Ridge Road


The above house was checked utilizing the following equipment: Icom R-1 Receiver, Avcom Spectrum Analyzer, and an Ld-1 Sub-Carrier & Carrier Current Receiver, and a Scanlock ECM.   No unwarranted frequencies found, save some commercial broadcasts......

The Telephone system internal & external was checked for any parasitic devices ... None found.  Light Switches, Walls, Ceilings, & Floors were electronically & physically examined for any intrusionary devices or remnants of same.

Telephone Lines were checked utilizing a Kaiser 1080 Telephone Analyzer, an Std-1 device,  a Biddle Time Domain Reflectometer (radar) ...No parasitic devices found.  Tolerances/ Voltages were within normal limits.

Elketron BP Receiver, and ETA-1  -  Redundant  - Back - Up Units utilized as well!!

                     Ray Melucci CFE, BCFE


EED0022


_Surveillance & Anti-Surveillance Equipment • Sales & Service_



GOVERNMENT EXHIBIT

Ex. 3076

CARDELS 800-783-0399

1800.00

0.00

1800.00

205472

04/14/98

1800.00

1800.00

0.00

1800.00

EED0006

CENDANT CORPORATION
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

041498

# E.E.D. CO., INC.

*203·965·5118*

### 313 Avenue J
### Brooklyn, N.Y. 11230
### (718) 338-2640
### FAX (718) 258-2973

## SERVICE INVOICE

BILL TO *Cendant Corp*
*707 Summer St.*
*Stamford CN 06901*
*Beth Frimour*

JOB LOCATION *707 Summer St.*
*941 Ponus Ridge Rd*
*203 977-8501 FAX*

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%) WILL BE CHARGED ON BALANCES OVER 30 DAYS.

DATE *4/14/98*   SOLD BY

☐ CASH   ☐ C.O.D.   ☐ CHARGES   ☐ MDSE. RETD.

| QUANTITY | DESCRIPTION | PRICE | | AMOUNT |
|---|---|---|---|---|
| | TSCM Counter-Measures procedure | | | |
| | Above locations... | | | |
| | Summer Street... | $600 | 00 | |
| | Ponus Ridge Rd.... | $1200 | 00 | |
| | | | | |

*PAID*

*Work Completed: 707 Summer St — W. Forbes office, 941 Ponus Ridge Rd.*

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | |
| | H | | | | | | | | |

| | | |
|---|---|---|
| MATERIAL | | |
| SALES TAX | | |
| TOTAL | $1800 | 00 |
| L S POWER UNIT | | |
| LABOR | | |
| TOTAL AMOUNT | $1800 | 00 |

SIGNED *BCL Keimour*

**Electronic Eavesdropping Detection**
**Surveillance & Antisurveillance Equip. Sales • Service**

EED0005



CUC INTERNATIONAL, INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

EED0024

CUC INTERNATIONAL, INC.

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 280311 | 051356 | 01-100-200174 | 05-13-96 | 2300.00 | .00 | 2300.00 |

00144582

TOTALS    2300.00    .00    2300.00

PLEASE DETACH BEFORE DEPOSITING

144582

GOVERNMENT EXHIBIT
Ex 3077
CARDELS 800-783-0399

E. Kirk Shelton
President and
Chief Operating Officer

 CUC INTERNATIONAL

707 Summer Street
P.O. Box 10049
Stamford, CT 06904-2049
203-965-5132   324-9261
Fax: 203-977-8501

EED0025

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

### SERVICE INVOICE

BILL TO _GUC International_          JOB LOCATION _____ _Same_

_707 Summer Street_

_Stamford CT 06901_

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

| DATE 5/13/96 | SOLD BY | ☐ CASH   ☐ C.O.D.   ☐ CHARGES   ☐ MDSE. RETD. | | |
|---|---|---|---|---|
| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
| | TSCM (TS Linen + Premises) | | | |
| | Tek. Survey of Computation | | | |
| | 3rd floor - & offices | | | |
| | Work Stations | **PAID** | | |
| | | | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | | MATERIAL | |
| | H | | | | | | | | | SALES TAX | |
| | | | | | | | | | | TOTAL | 2300 00 |
| | | | | | | | | | | L/S POWER UNIT | |
| | | | | | | | | | | LABOR | |
| | | | | | | | | | | TOTAL AMOUNT | 2300 00 |

SIGNED _____

Electronic Eavesdropping Detection
Surveillance & Antisurveillance Equip. Sales • Service

EED0023

April 14, 1998

Cendant Corporation
707 Summer Street
Stamford, CN 06901
Attn.: Beth Freimour

SUBJECT:  (TSCM) Technical Surveillance Counter-Measures procedure:
Cendant Corporation.

The above procedure was performed as follows:

Assigned Office was checked utilizing a *Texscan Spectrum Analyzer*, an *Avcom Spectrum Analyzer*, a *Scanlock ECM Receiver*, an *Icom R-1 Receiver*, an *Icom R-12 Receiver*, and an *Optoelectronics-Receiver/Analyzer* (Computerized).  (Stamford FCC warranted Frequencies was compared with computerized program...) No unwarranted frequencies were found, save Commercial Broadcasts.  A complete physical search was performed as well.

The entire internal Telephone System, (in specified office) (including instruments) and Telco Lines was checked utilizing an *ETA-1 Telephone Analyzer*, a *Kaiser 1080 Telephone Analyzer,* a *Biddle TDR*, Time Domain Reflectometer (radar) and a custom *STD-2* measuring Volts/Ohms/Current.

The voltage was within normal parameters *average variables.*  All prescribed testing was performed as well, i.e.: (Professor James Ross line tracing).  No parasitic devices found, system working properly...

Home located at 941 Ponus Ridge Road was checked as well.
All prescribed testing above was performed.  Negative results.  No Parasitic Devices found.  However; Demarcation Box located on pole in rear of house surrounded by Plants was open...  (Recommend Strapping Lock) be placed around box to avoid potential eavesdropping.  I was able to listen to Lines in House by attaching a Lineman's Handset to each Lug Set within Box....

EED0007