NEWSDAY, SUNDAY, APRIL 5, 1987    NY    25

# Getting the Bugs Out Is Paying Off

—Continued from Page 4

the F train. Under an agreement worked out beforehand, neither the name of the business nor its precise location will be revealed here.

A soft-spoken man who eschews the tough talk of the stereotypical detective, Melucci was gripping what looked like an oversized transistor radio, waving its antenna around the room. The Franch-made device, an Elektron 5000, is designed to locate waves from tiny radio transmitters, a common room bug. He used another unit, called an Elektron BP, to test for "sub-carrier" frequencies outside the normal radio range.

Then, Melucci connected an electronic box — red, yellow, green and blue knobs and a digital volt meter — to the office telephone system. This device, called an RTA-1 Analyzer, tries to locate phone taps by detecting unusual drops in the line voltage. The detective also made a more conventional physical search of the premises.

He found nothing.

"With a thorough sweep," he said later, "I can be almost certain — not absolutely certain, but close — that there's nothing there."

Still, as Melucci puts it, threats abound.

A sweep will not protect a client from an associate who's carrying a hidden tape recorder, although there are hand-held instruments that can test for such things. It will not guard against a tap placed on the other end of a telephone conversation.

And it won't provide security against the new laser-eavesdropping technology, which picks up sound waves by shining a tiny but sharp light through a window.

"I can assure a client that the telephones are 99 percent safe — the environment, maybe 98 percent," the detective said. "It amounts to a certain peace of mind."

* * *

In 1985, the last year for which statistics are available, state and federal courts across the country authorized 784 wiretaps, both in 1984 — both higher than any year since the early 1970s.

These figures do not include what law enforcement officials say is the much-larger number of informants who agree to wear hidden transmitters or tape recorders. And the numbers do not reflect what civil libertarians say may be a huge number of illegal wiretaps — planted by law enforcement agencies and private eavesdroppers.

Evidence of the concern came out in the recent Cosa Nostra Commission racketeering trial — gathered by bug, of course.

Consider this commentary by Anthony Salerno, reputed boss of the Genovese crime family, who was convicted and sentenced to 100 years in prison. Salerno and a man identified as Joe Pontoraide were caught on tape on Feb. 13, 1985, just after a bug had been discovered in a car used by Anthony Corallo, the alleged Luchese-family boss.

Here's what they had to say:

Salerno: "After two years, they found the bug."

Pontoraide: "It took 'em two years to find it?"

Salerno: "God knows how many tapes they got."

Pontoraide: "Jesus Christ, you know you gotta be careful where you talk any place. You gotta be careful."

Later that month, Salerno and a man identified as Peter Peluso were taped in a brief exchange concerning a listening device found in the Staten Island home of the late Paul Castellano, when he was boss of the Gambino family.

Salerno: "They put a bug in Paul's house



Melucci examines a client's office phone that had stopped working. In this case, he found that an attempt to plant a bug had broken the phone.

Peluso: "They're, they're unbelievable. You know how they do it? You gotta remember, they send Con Edison in . . . They make believe they're . . . They send the telephone company in. What does it take? Two minutes? Somebody's not looking. Even if you're looking, you can't tell what they're doing."

Examples of this caution are not just limited to alleged mobsters, either.

Last month, Leonard Britton, superintendent of schools in Miami, called in the Wackenhut Corp., a private security firm that charged $600 to check for listening devices in Britton's office. The superintendent had become alarmed when the Miami Herald reported on private discussions about his possible acceptance of a post with the Los Angeles school system.

Nothing was found. Still, Britton had no apologies.

"If I felt I needed to . . . I would do it again tomorrow morning," the red-faced superintendent said after the sweepers came up empty.

Robert Hey, a Washington reporter for the Christian Science Monitor, had been hearing a strange click on the phone at his home in Potomac, Md. In February, he called in two private detectives who specialize in electronics.

"I thought, 'Here we go again,'" said Hey, who had had a similar suspicion that he was being listened to while covering the Watergate scandal, though he never bothered to try confirming it. The detectives found that his phone line had, in fact, been tampered with. "I still don't have any realistic suspects," the reporter said, adding that none of his recent stories seems like an obvious target.

In New York, the office of Mayor Edward I. Koch — and several other top city officials — are periodically swept for listening devices.

* * *

There are no reliable figures on the size of what its practitioners call the "counter-surveillance" business. And despite the existence of the national dam seeks publicity.

"These guys operate mostly in the shadows," said Arnold B. Blumenthal, associate publisher of the monthly trade journal, Security Systems, based in Woodbury, L.I. The counter-buggers, he said, are especially reluctant to identify their clients, lest word of the precautions suggests the client has something to hide. And the same people who sweep for bugs may also plant them for other clients.

All this secrecy makes it difficult to judge the quality of a bug-sweeper. "Some of them know what they're doing," said Nat Laurendi, a Manhattan private detective who is president of the local Society of Professional Investigators. "But some of them will wave a wooden box around your office and tell you everything is clean. Or they'll find a lot of paper clips and hairpins and stab olives [instead of the bug]. It's not easy for people to tell the good one from the incompetents."

Bill Brown, a spokesman for Secretary of State Gail Shaffer, said that although the office licenses private investigators, it has no special provisions for the registration of anti-bugging specialists.

Indeed, people on the two sides of the bugging equation have a long-standing dispute over just how effective a sweep can be.

"If I do the job right," said one law enforcement investigator who has planted thousands of bugs since the 1960s and is still active, "no way will you find it. There are just too many places to hide it." Federal agents, he said, even have access to the telephone company's main switching equipment and can tap a line in a way that's almost impossible to detect.

But bug sweepers like Brooklyn's Melucci — while careful not to claim a perfect success rate — say law enforcement agents underestimate the effectiveness of the counter-buggers.

"Even the tiniest transmitter has to emit some waves," Melucci said. "There are so many signs that someone's been there."

The result of all this competition, people on both sides agree, is a continuing battle for technical superiority. "It's a big chess game," said the FBI's Sheer, who insists "generally, we're ahead of them . . . You're only limited by your imagination."

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471896

# INSIDE NEW YORK

By Michael Fleming and Karen Freifeld

## Hurt's Clean Sweep Of Rockland Home

William Hurt didn't just think about having his Rockland County home swept for electronic bugs, as the actor said from the witness stand in the bitter court fight with former lover Sandra Jennings. Hurt actually had the place swept. According to court sources, Rainer Melucci, a private detective who specializes in anti-eavesdropping cases, appeared at Hurt's house in Palisades on May 28, 1986, carrying suitcases of high-tech gadgetry. Melucci and telephone technician Jim Larkin went over every inch of the place. "There was nothing there," said Melucci. "It was absolutely clean." Hurt and personal assistant Diana Schlebel were on hand that day and seemed to be getting along quite nicely, the private eye recalled. Hurt, however, apparently didn't display much electronic wizardry of his own. "He had a telephone-answering machine, and he couldn't figure out how to make it work," Melucci said. "It wasn't broken or anything. He just didn't know how to hook it up. Jim and I showed him."

## Tour Plans Rolling

Tour plans are firming up for the Rolling Stones. According to Stones sources, the band will kick off the tour in either Buffalo or Toronto on Sept. 1, and will play dates through December. The Stones will visit New York twice during the tour — they'll play Shea Stadium in mid-September, and they will play the tour finale in either Madison Square Garden or Nassau Coliseum in December. The finale will be available on pay-per-view television in the United States, and also will be broadcast worldwide.

## Going to the Dogs

In the Hamptons, summer hunting season means bagging bucks for good causes. And that's just what happened on July 4th weekend, when the Animal Rescue Fund (ARF) held a Monte Carlo night at East Hampton Airport to raise funds for the area's stray cats and dogs. Anyone who paid $75 could get in the hangar door and wolf down all the basil-wrapped mozzarella they could eat, though party-goers took more money out of their elephant-sized wallets to gamble for prizes. By the end of the evening, $50,000 had been raised, but it was clear that some of the bluebloods don't like sharing the East End's lap of luxury with the nouveau riche fatcats who've now got the run of the place. Among the former: John (Bunky) Hearst, grandson of newspaper magnate William Randolph, who's been coming out to Bridgehampton since 1951. "People used to come out to relax and not put on the dog," said Hearst in between bets at the roulette wheel. "Now, there's so much dog, they all belong in the ARF."

## Digging for the Dirt

Author Leo Damore hears the name Kennedy and he gets to work. Now topping the paperback best seller list with the latest on Chappaquiddick, "Senatorial Privileges" (Dell),

N E W S M A K E R S

### Star Time in People's Court

Actor William Hurt testified in civil court in New York City last week, but the scene was anything but polite. Hurt, 39, is being sued for palimony by an ex-lover, 32-year-old Sandra Jennings, a former ballet dancer and mother of his 6-year-old son. After several angry exchanges with Jennings's attorney, Hurt snarled at the lawyer "Fool!"

Hurt, the star of such films as "The Accidental Tourist," agreed in 1987 to pay $65,000 per year in child support. Now Jennings is asking for an "equitable share" of his estimated $10 million in assets, saying they've had a common-law marriage since 1982. Her claim stems from the four weeks they lived together while "The Big Chill" was



'Fool!' Hurt testifies (left)

filmed in South Carolina, which recognizes common-law wedlock. If upheld, Jennings's claim could cause the recently married Hurt more trouble. In wishful anticipation, her attorneys have nicknamed Hurt "the accidental bigamist."

PHOTOS BY ALAN RAIA—NEWSDAY

Married or not? Jennings

the author has a new cause celebre. He's hot on the trail of the 1960s murder of Mary Pinchot Meyer, onetime mistress to President John F. Kennedy, onetime wife of former CIA chief Cord Meyer and former sister-in-law of Washington Post editor Ben Bradlee. She was killed in Georgetown and, although an arrest was quickly made, the alleged killer was let go due to lack of evidence. Damore is trying to unravel the mystery of her death by digging through documents and records recovered through the Freedom of Information Act. The resulting book, tentatively titled "Burden of Proof," has not yet been sold.

### He's Not So Finicky

Shame on Tony Randall. The "Odd Couple" star didn't act like finicky Felix when it came to his first book, "Which Reminds Me" (Delacorte Books) co-authored by his friend, Michael Mindlin, due out Nov. 17. Asked recently for his favori from the book, Randall member any. Granted, point from us for bein can't say I sat down and admitted. Then he asked people: "Has anybody have absolute unanim have I." Late last week, of the effort wasn't mud that anecdote. "That's a ridiculous," Mindlin tol house in East Hampton authors. We just finishe ing the galleys yester case, Randall does kn "Odd Couple" TV movi fall, co-starring his old Klugman. "Felix remai and the movie starts wit him out again" he told course, responds with "

Christy Mars
Contributed to Thi

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471897

# I SPY



*This dame walks into his office. Says her name is Judith Newman, and she wants to spend a day learning the private-eye game.*

Today we're on a stakeout, an exercise in boredom made tolerable only by the drama we know is unfolding behind the doors of the modest Borough Park home across the street. The basset-hound eyes of Rainer A. Melucci, P.I., are trained on a shuttered window on the third floor. "It's like this," he begins, with the sigh of a man who's seen the movie one too many times. "This rabbi, he's got a mistress, a nice Spanish shiksa. He loves the lady, but there's his family...he thinks she's having affairs, and he doesn't want to, you know, bring anything home to the wife. So I'm just checking things out for him."

Ray Melucci really does evoke the ghosts of Philip Marlowe and Sam Spade. Not because there's anything glamorous about him, but precisely because there isn't. One of the most respected private eyes in New York City—a counter-surveillance expert who kills bugs better than Combat—Ray's a street guy with a mangy mustache, receding hairline and a body shown to best effect on a La-Z-Boy recliner. He seems very comfortable with the Walther PPKS 380 tucked into the waistband of his polyester pants. "Thank God, I've never had problems with women," he tells me. Would Philip Marlowe ever say that? Yet it's less an idle boast than a simple observation. Just the facts, ma'am. Utterly at home in his own battered hide, Ray Melucci is one sexy wreck.

Melucci may not have problems with the opposite sex, but, fortunately for him, many of his clients do. "Everybody's scared of AIDS. I just did a case where this woman wanted me to make sure her fiancé wasn't having sex with this hooker at his stag party. Another woman wanted me to find out if her new boyfriend was a gold digger. Turns out he was richer than she was. That was one happy customer."

Melucci takes another picture of the apparently empty house. Parked on the street in his Chevy Blazer, wearing hard hats, we're supposed to look inconspicuous. But, I wonder, how many boy-and-girl construction teams are hanging out in Borough Park snapping away with their Nikons? (In fact, Melucci told me later, in really big cases, four, five, even six different investigators will tail the individual. "Otherwise, your presence becomes obvious and you can look like a jerk real fast.")

Although he spends a fair amount of time like this—sticking his camera where it doesn't belong—Melucci is best known as a debugger to the stars. Donald Trump has called on his services. So have Robert De Niro, William Hurt and Cadillac impresario Victor H. Potamkin. Why? Melucci doesn't ask too many questions. Questions don't pay the bills.

> Melucci is best known as a debugger to the stars. Donald Trump has called on his services; so have Robert De Niro and William Hurt.

We leave the stakeout (none the wiser as to the Spanish lady's activities, but Melucci seems satisfied), and head on over to Task Force Security, a company that hires out bodyguards and squad cars. It's a business where secrecy is prized, where conversations sound like this: "I've got the thing. I'm going over to that place to take care of the stuff we talked about." Owner Frank Maddalena thinks his competition is bugging his phones, trying to find out how much he charges his clients. First, Melucci conducts a cursory search for bugs hidden in the office. "There are usually no signs of bugs planted in rooms," he says. "You just have to look around very, very carefully." Next, Melucci lugs out an ETA-1, a five-thousand-dollar, briefcase-sized box that analyzes telephone lines for wiretap interference.

There are several things to look out for if you suspect your line is bugged: a persistent click that has nothing to do with call-waiting; a dead line when you pick up the phone, and then, when you tap the receiver button, a dial tone; or persistent cross-connections. (Not the common situation where you hear other voices on the phone, but they can't hear you—rather, be suspicious when you and the foreign party can hear and talk to *each other*.)

"The telephone is a nightmare of vulnerability for intrusions," Melucci mutters as he hooks the box up to the phone and presses a lot of buttons. He conducts voltage and tone tests ("The voltage on the lines will drop suddenly if there's a bug"), and shows how he can use the machine to eavesdrop on police car phones. "See," he says gleefully, tuning in to a cop who's discussing some of the more delicate attributes of his girlfriend. "This could be an E felony right now."

Melucci's obsessed with the legalities—and illegalities—of his business. He gives me a lawyerly lecture about eavesdropping. "In New York State, a third party listening in on two parties is illegal, and it's a felony." But you *can* bug your own line to tape your own conversations. And if you *happen* to pick up any Evidence of Wrongdoing—"We're walking a legal tightrope here," says Melucci—it's inadmissible in court, but it can be mighty helpful to a detective. "A wife tells her lover, 'I'll meet you at nine'; I show up at nine and take some pictures. Suddenly my job's a whole lot easier."

Sure, Melucci removes bugs, but does he also plant them? "Oh, I'm too old to go to jail." He smiles under his mustache. >

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471898

# I SPY

As he works, he continues to talk. "I grew up around here. My grandfather ran the Italian lottery—the numbers." As far back as he remembers, Melucci was fascinated with gadgets. "When I was a kid I'd act out the role of every spy character I saw. Finally I *became* the character."

Melucci strayed from the family business, becoming first a cop, then a plainclothes detective with the NYPD. In 1979, deciding that if he was going to get shot at, he might as well make some decent money at it, he went into business for himself. Today he's vice-president of the Society of Professional Investigators, an association of people who don't like to be associated with anything.

After two and a half hours (cost to Maddalena: about five hundred dollars), the sweep is finished. No bugs. "About 10 percent of the people who think they're bugged *are* bugged," Melucci explains. "On the other hand, about 90 percent of the people who think their mate is having an affair are right."

Melucci's not just a snoop; he is, after the manner of a Raymond Chandler hero, something of a hard-boiled philosopher and sociologist himself. Ray Melucci on the recent Carolyn Warmus "Fatal Attraction" case: "There's lots of women who prefer married men. Deep down, they don't want commitment. They say, 'If I don't want him, he can go back to his wife; if I *do*, I'll kill her or take nude pictures of him.' Something like that." Ray Melucci on adultery: "Forget cheating. If you want to get even, do it some other way. I get even by staying home."

For a guy whose business is other people's secrets, he doesn't seem to keep too many of his own. He discusses his troubles with the IRS, his uneasy relationship with his mother, his jealous wife ("We roll around the floor with our hands on each other's throats. It's the Sicilian way of communicating."). After all he's seen, after a lifetime watching people stab each other in the back for money and lust, doesn't he worry about watching his words? Ray Melucci wants to leave me with some worldly wisdom. "There's only one way to trust people," he says as he drops me off at the Manhattan-bound subway. "Don't have anything to hide."

*Judith Newman is a New York writer who's read Harriet the Spy one too many times.*

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471899



# MARK

- ■ Multi Page Doc
- Single Page Doc
- HANGING FOLDER
- File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471900

Monday    **New York Newsday**    August 24, 1992    37



# PART II

# The Eye

Photo-snoop Bryan Maguire helps local private investigators
get their proof. Other behind-the-scenes evidence
gatherers include The Ear, The Muscle and The Tail.

Pages 44-45

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1654 (WHW)

CEN01471901



44

PART II NY

# Body of Evidence

Brains are great. But to crack cases, private detectives need to use the rest of the anatomy chart, too.

By **A.J. Benza** / Staff Writer
and **John Hanc**

Newsday Photos by **Ari Mintz**

## The Ear

Martini mikes, suction-cup microphones and wall transmitters are all part of Ray Melucci's job. He'll know if anyone's listening in on you.

YOU'VE SEEN the scene before. A distressed damsel knocks on the smoked-glass door of the rogue private eye before she slowly begins to pour her heart out. Maybe she's looking for her wealthy daddy's last will and testament, maybe a very valuable statuette. Maybe she's looking for love.

At any rate, the private eye is smooth as her silk stockings when he swivels from his chair, lights her cigarette, gives her his handkerchief as I offers his services at a daily rate. He then sets out alone, gun in hand, and tries to bring home the truth. Eventually, the gumshoe gets his man, gets the girl and, once again, gets behind the smoked-glass door to his office.

Hollywood would like to have you believe it's all Dick Tracy or Magnum. But today's private investigators admit it's not even Maddie Hayes and David Addison. They're not embarrassed to tell you that most, if not all, of their cases could not be solved were it not for a multitude of behind-the-scenes people who help them in their investigations. People who persuade the gumshoes to reach for the phone before they reach for their guns.

How important are these people, most of whom never let on to anyone their deals and relationships with PI's? "How about they're the backbone to any investigation?" says Nassau County-based PI Darlene Dillon. "That's how important they are."

Perhaps Queens investigator Bo Dietl sums it up best. "They're more than the backbone," says Dietl, who runs Beau Dietl & Associates. "They're your lifeblood. Without them, an investigation will not survive. You're dead."

We like the anatomical analogies, but it's not a matter of backbone, or of blood. Herein lie the real body parts that keep a private investigator's business alive and kicking.

## The Pulse

Pat Picciarelli's job is to get under people's skin with his polygraph machine. He has faced over 10,000 people so far, with success: "I very rarely lose," he says.



• • •

They call Pat Picciarelli The Pulse because, as a man who administers polygraph tests, his job is to get under one's skin and bring any existing guilt to the surface. He and his machine have faced some 10,000 people over the years, and, The Pulse will tell you, "I very rarely lose."

The polygraph test is a much-maligned, much-discussed tool of the trade. But The Pulse says it's only

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471902

NEW YORK NEWSDAY, MONDAY, AUGUST 24, 1992

45
46



# The Muscle

Think being a bodyguard to the stars is glamorous? Six-foot, 240-pound Willie Gonzalez will tell you it's more like being a "babysitter."

involves marital cases, lawsuits or corporate espionage. He's brought in to sweep the premises for listening devices — that is, to make sure the olive in the martini isn't set on "record." (Tapping phones, walls, cocktails or any conversation without the subject's knowledge is illegal in New York and most other states unless you've got a court order.)

As neat as these electronic gizmos may sound, Melucci, who asks $400 and up per sweep, dismisses many of them as "frivolous." Although, he says, a female investigator recently won Investigator of the Year for Wells Fargo for a case she broke using a mike clipped to her bra.

Debugging technique has come a long way since Melucci and his buddies at Transit used to set up crude microphones in the token booths and then hide in rancid subway bathrooms, waiting for some thief to come along. "We kept improving the equipment just so we could be further away," he laughs.

Nobody beats the Wiz, huh? Maybe so. But when it comes to listening — or making sure no one's listening in on you — nobody beats the Ear.

Most of Willie Gonzalez' work revolves around his being a security guard to the stars. But the 6-foot, 240-pound Muscle sees it more like being a "babysitter" to Hollywood's richest babies.

So, whenever the call to act as a bodyguard comes

in, Willie slips a .38 in his waist and gets his 40-year-old body ready for the rigors of riding shotgun to the rich and famous. Lately, you'll see him at the China Club, the Palladium, Nell's and Tatou, aiming to keep eye while staying an arm's length away from his employer. Whether it's controversial Don Imus, a jittery Joan Rivers, beautiful Brooke Shields, the roguish Rolling Stones or homeboy Damon Wayans, Willie knows his M.O.

"I can't exclude anyone from potentially hurting my clients. There's some sickos out there," says Gonzalez, who held the Mr. New York bodybuilding title in 1986 and also played professional basketball in Puerto Rico. "But, they've gotta be really sick to come at them with me around. My size works to my advantage."

That's not the case for Claudine Robusto, a 5-2, 100-pound woman who does most of her bodyguarding work for Dillon. She likes her size just fine. "If you look like Hulk Hogan, it's pretty clear what you're doing there," says Robusto. "But with someone like me, it's more subtle. I have a very innocent look. You'd never know what I'm here to do."

Gonzalez grew up in Chelsea's Fulton Houses — projects that also spawned the Wayans family — where he first had to learn the art of protecting oneself. Years later, as a Department of Corrections captain at Rikers Island, "I learned to pick out deranged characteristics in seemingly normal people," he says. "It would be easy if all I had to look out for were loudmouths and wannabes, but the truth is, it's the quiet unassuming types who are most dangerous. A wimpy guy looking for an autograph might be the guy who pulls out the gun."

This life of shouldering celebrities might sound glamorous to an everyday Joe, but there are times when Gonzalez, who earns $40 an hour, winces with embarrassment. Like wrestling an obsessive fan on roller skates away from Brooks Shields at the Roxy or stepping in the middle of a recent fight between supermodel Naomi Campbell and

Please see INVESTIGATORS on Page 47

as good as the person who sits behind it. The actual test takes only 10 minutes. It's how the operator performs in the pre-testing interview and the post-test interrogation — a 90-minute affair. That's what separates the man from the noise.

"I gotta get into your head and bring out a confession. I gotta trip you up, con you," says The Pulse, a retired NYPD lieutenant and owner of Condor Security with offices in midtown and London. "You just don't attack somebody to the machine and start asking questions. I'll tell them that a guilty person has certain bodily reactions that will make detecting a lie very easy. It's all a big psychological set-up, see?"

In other words, forget about breathing, heart rate and perspiration. The Pulse says it's all about convincing people that they'll be nabbed if they lie so much as one time. And after the actual test is read, it's the Pulse's standard habit to point out inconsistencies (real or invented) and offer the guy an out. "Getting a confession before or after the test is paramount," he says. "And I'll do anything to get it."

Of course, there are ways to con The Pulse and, possibly, defeat the machine. But Picciarelli knows when a liar takes a Valium in order to slow down his heart rate to a seemingly-normal speed. And he's hip to the tack-in-the-shoe bit, whereby a guilty person will step on the tack and administer pain to himself each time an easy question is asked. This way the machine will not show such a psychological chasm between pertinent and throwaway questions.

"It's all in the eyes. If you have any guilt, you're dead." Of course, that's why some people can beat the machine. "A Ted Bundy, Son of Sam or a hitman can come in and beat the machine. Because these guys have no guilt, no conscience. They'll kill you and go have a slice of pizza. So you have to be a little normal for me to get you."

Like the older married man who wanted to make sure his young lover was being faithful and the father who wanted to see if his teenage sons stole an antique gun from his collection. "Those are some touchy situations. I hate them, but I jack up my price ($250 per test) and do them," he says.

The lover was faithful. The sons were guilty. Of course, The Pulse knew it all along

Ray Melucci — a former Transit Authority detective, now an electronic "debugger," has seen some serious audio equipment, none of which you're likely to find on sale at the Wiz or P.C. Richard this weekend.

"Suction cups that can hear through six inches of concrete," says The Ear, "a transmitter in the wall switch, that only records when someone turned the light on . . . a stand-alone mike that looks like an olive, and sits in the bottom of a martini." Melucci pauses and laughs. "Usually, you make sure it's in the other guy's drink."

If Melucci's on the case, that martini mike is probably going to come up dry. Most of his work

# The Tail

Who's that guy in the car behind you? Chances are it might be Danny Cavallo, a surveillance specialist. "Listen, people cheat," he says. "And unfortunately — with AIDS and all — a lot of people are checking up on their lovers and spouses.



CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471903

47

# The Eye, the Ear, the Muscle, the Tail

INVESTIGATORS from Page 45

actress Troy Beyer. "Believe me when I tell you, stars act differently at night than they do on daytime TV. The difference between day and night is like night and day."

*  *  *

To make a case, you need proof. And there's no better proof than a photo. That's where The Eye comes in.

Free-lancer Bryan Maguire of Queens uses a Pentax Spotmatic, various lenses and a video camera. But this shutterbug doesn't do weddings or bar mitzvahs. The affairs he shoots are of a different kind.

"I don't ask questions," says Maguire. "I do what I have to do. And tomorrow's another day."

Today's assignment may not always be exciting. One of his first jobs was to videotape a traffic light. "The case involved an accident in which someone had run a red light," he recalls. "I had to sit at an intersection and videotape a traffic light going red, yellow and green . . . for hours on end. People came up to me and asked what I was doing. I told them — and eventually started picking up information relating to the case. Some of these people, it turned out, were witnesses. I passed it along to the investigator."

Maguire is 33, single and works a day job in the aviation industry. He shoots by night. And his biggest challenge are to get his shots in the dark — without being seen. Once, he had to shoot the interior of an office building (and someone in it) from his car — through the glass panes of the building.

Did he get his man? "I assume so," says Maguire, matter-of-factly. "Because I was never asked to go back and try again — and I keep getting new assignments."

That's the way he prefers it. The Eye would rather see than be heard. Says Maguire: "I just like to do my stuff and then disappear."

*  *  *

For any surveillance to be a success, The Tail has got to know a subject's method, his pattern, the way he plays the game. Most times, the job entails sitting in a car, standing on a corner, peering over a newspaper or willing in an airport. All of this for hours on end until the magic moment arrives when it all comes together in a matter of anxious seconds.

Being a good tail is not only about learning how to stay out of a subject's peripheral vision or following a car on the driver's blindside. That's second nature to Danny Cavallo, who does most of his tail work for Dietl. He's best at ingratiating himself with a subject and luring that person to the trap.

He got his start working as a cop on the decoy unit, wearing one's clothing or the rags of the homeless while luring muggers. Cavallo's still luring — and following — people, though now it's the adulterous wife, the thieving business partner or the philandering husband. He works everywhere from Alphabet City to Arizona. He's got expensive taste, charging PI's several hundred dollars a day.

Last time out, Cavallo was dispatched to a dude ranch in Yuma, Ariz., looking to nab a man whose wife suspected him of having an affair. Hard evidence of this affair — an audiotape or photos — would greatly sweeten her divorce settlement. All she supplied Cavallo with was a blurry snapshot of her husband and the tidbit that he would be wearing green cowboy boots. Cavallo found his man, but only after he began chatting with the guy's "lady friend," remarking on their accents. "You and your husband gotta be from New York," said Cavallo, in the best Texan accent an Italian kid from Brooklyn could muster. "Actually, we are," she offered. "But he's not my husband, he's my boyfriend . . ."

Things got pretty incriminating the next morning when Cavallo actually sat down and had breakfast with the couple and was able to find out who the girl was, where she lived, how long they were dating, etc. "We really hit it off and the next thing you know, I had the waiter snapping our picture.

"Can you imagine this guy's face when he gets home and his wife confronts him with the photos?"

Hey, this is what he's paid to do.

"Listen, people cheat," he says. "And unfortunately — with AIDS and all — a lot of people are checking up on their lovers and spouses."

Still, there was that one time when Cavallo had to drop a tail — he was following a striking woman — inside Kennedy Airport.

"She just stopped, pivoted and walked over to me and said, 'Listen, I'm not stupid. I know you're following me. But what you don't know is that the guy who's paying you to do this is a creep. He's married and he wants me as a girlfriend. I don't know what he told you, but I want nothing to do with him.'"

That sold Cavallo. "It taught me that I won't work for everybody, no matter how much money they pay me. I told my boss I lost her in traffic."

*  *  *

Ask Al Ruby (not his real name) for a job title and he'll tell you he doesn't have one, that he never thought to capsulize what he does into a neat two- or three-word description. "I don't exist," he says. "You're not even talking to me."

Of course, he does and you are. Only, Ruby truly is more vapor than substance, more gas than gravel. Maybe the best way to sum him up is to call him The Mouth.

According to Bo Dietl, there is no better ruse man. "I don't care what piece of information I have to get on anyone at anytime. I call Al. In most cases he is the first place I go," says Dietl.

To hear Ruby tell it, he is a shell of a man without his contacts, someone who relies on friends and acquaintances he has at Con Ed, New York Telephone, American Express, the DMV, all major hospitals, banks, and, well, you get the picture. His fees vary. It all depends how much a tidbit of info is worth to a particular PI.

It's Ruby's job to work the subject in such a way that they swim to the bait, chomp on the hook and slither close to the net. To do it, he needs a good pretext. "Sometimes PI's need to know someone's date of birth, if they were married, where they do their banking, what their last physical said about their health, et cetera," says Ruby, who does all his work from a Bronx office. "That information could cost a PI thousands of dollars and take days to uncover. I can call my friends, put some dirt on the guy, and make one ruse call to the subject and get it all."

Especially when he poses as an electric company rep (never actually using the words "Con Ed") and informs a subject that they might have been overcharged. Of course, a friend at Con Ed has already supplied Ruby with the exact amounts of the subject's last three bills. In this case, Dietl needs to know where the subject, a woman, does her banking because her husband suspects she might have a separate account with her lover's name on it. Ruby tells the woman to subtract $50 from her next bill and apologizes for the inconvenience.

"At this point she's so thrilled, I start to slip in personal questions. 'Hey, I see you're on Second and 42nd Street,'" he says. "I just moved in at Second and 44th. What's the neighborhood like? How are the banks? Do you use that one?' The woman doesn't realize what she's giving up, but Ruby does. That done, he simply calls a friend at that bank, and — whammo! — case closed.

"As long as you're logical, people will talk to you," he says. "I'm like a diamond cutter. Before I cut the rock, I gotta look at it and study it, because, usually, in situations like mine, I get only one chance."

And it's become so easy for Ruby, that he abuses the power a bit. A few years back when Cabbage Patch Dolls were the rage, Ruby's niece desperately wanted one. But all the local stores were fresh out. So, he phoned a Long Island distributor posing as a Caldor marketing manager, and . . . "Like I said, anything works, as long as it's logical." ▪ 18

*John Hanc is a free-lance writer who regularly contributes to this newspaper on fitness topics.*

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471904

*THE NEW YORK TIMES, SUNDAY, AUGUST 9, 1987*

# WHAT'S NEW IN THE PRIVATE EYE BUSINESS

## By Warren Berger

**P**RIVATE eyes don't just spy on cheating spouses anymore. More and more, they are investigating companies involved in mergers and acquisitions, pursuing corporate embezzlers, checking out insider-trading scandals, uncovering illegal apartment sublets and proving insurance fraud.

It's a world Sam Spade, Lew Archer and Travis McGee would hardly recognize.

"The private eye today is more educated and sophisticated than his counterpart of a decade ago," said Nick Beltrante, head of the Council of International Investigators in Washington. "His client list is more diversified and his whole operation is more efficient and more professional." Samuel Webster, president of the World Association of Detectives, said: "Portrayals of detectives as guys who follow people around and look through windows are inaccurate."

Gumshoes of yesteryear would barely know the business these days. Gone, for the most part, is the battered old desk, with its half-empty whisky bottle tucked away in the bottom drawer. Today's 50,000 or so private eyes use computers, high-tech surveillance gadgets, polygraph machines — and, increasingly, lipstick. The number of women in the business has increased dramatically in the last 10 years.

Industrywide revenues, too, are up, about 20 percent a year during the last decade, according to the World Association of Detectives, a 700-member group based in Long Beach, L.I. Vincent Parco, former secretary of the Society of Professional Investigators, based in New York, and head of his own agency, estimated that the industry pulls in about $10 billion a year.

Marital investigation, once the industry's bread and butter, now accounts for only about 15 percent of cases, according to the World Association of Detectives. Insurance claim work represents the largest caseload at many agencies, but financial searches seem to be the fastest-growing segment.

Detective work has long drawn retired police and military officers, but now attracts more young people. Carolyn Moffett, administrator at New York's Superior Career Institute, said enrollment in its detective school has doubled in the last couple of years.

Rules vary state by state, but in New York, would-be private eyes must work for three years under a licensed detective to be eligible to get their own licenses. Once licensed, they can begin charging going rates that range from $75 to $100 an hour for most work.

But most detectives say it's not the money that lures them. "Every day is different," said Maria Paul, a 22-year-old detective with Vincent Parco & Associates in New York City. "It beats the office routine."

# Of Bugs and Bytes and Zoom Lenses

**I**F Bill Kizorek is tailing you, he won't be doing it from a few yards away with a newspaper hiding his face. Chances are he'll be a block away, watching you through a video camera in a surveillance van — and you'll never know he's there.

Mr. Kizorek, a Chicago investigator whose agency, InPhoto Inc., specializes in uncovering fraudulent disability claims, uses state-of-the-art video equipment, including video camcorders with 600-millimeter zoom lenses, to catch people bending and lifting when they're supposed to be in bed.

"I don't have to get anywhere near them, so I never get spotted," Mr. Kizorek said.

Mr. Kizorek is part of a new breed of detective that relies as much on high-tech equipment as old-fashioned legwork. "In the old days, detectives might spend days on a stakeout, sitting in a car and

*Warren Berger writes on business from New York.*

drinking lots of coffee," said Vincent Parco of New York's Vincent Parco & Associates. "Now they can set up a hidden camera with 10-day surveillance. It's not only easier, it ends up costing the client and the agency less money."

Mr. Parco has installed hidden video cameras in lobbies and hallways of apartment buildings to observe activities ranging from illegal subletting to drug dealing. "All you need is some space behind the wall to set up a camera — and the landlord's cooperation," he said.

Video is not the only new high-tech toy at the local detective agency. Many investigators are now using computers to help them track information faster.

Data bases are available from public agencies such as state departments of motor vehicles and private companies such as Dun & Bradstreet. The detective pays a user fee each time one of these



Drawings by Michael Klein

computer lists is referred to — Mr. Parco figures he pays Dun & Bradstreet about $4,000 a year in fees — but it saves legwork and time spent digging in public record files.

A number of agencies, including Parco's, have installed lie detector machines in their offices and employ a licensed polygrapher. But among high-tech detectives, bugging specialists such as Ray Melucci tend to have the most sophisticated equipment.

Mr. Melucci operates an investigative service out of his Brooklyn home, which has a basement stocked with thousands of dollars worth of bugging and debugging gadgets. One of his favorites is an ETA-1 Analyzer, a $5,900 machine that locates phone taps. His French-made RF Meter machine checks for radio frequency signals coming from bugs that may have been planted in a room.

"It's possible to do physical searches using simpler devices, but it's slower and not as thorough," he said.

Mr. Melucci, who charges $500 and up for a debugging job, said his clients range from "people in the mob to Fortune 500 executives."

A retired detective with the New York Police Department, Mr. Melucci became a private investigator eight years ago. "I don't follow people anymore," he said. "I'm completely automated now." ∎

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471905



# MARK

■ Multi Page Doc

[ ] Single Page Doc

[ ] HANGING FOLDER

[ ] File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471906



FOR ENTREPRENEURIAL    BUSINESS OWNERS & INVESTORS

# Venture

ARE CLUBS USEFUL?

FEBRUARY 1988 $3.00

# LBOS—DEAD OR ALIVE?

**FOR LEVERAGED BUYOUTS OF LESS THAN $200 MILLION, INCREASED UNCERTAINTY EQUALS NEW OPPORTUNITIES**

**BUSINESS ESPIONAGE: NONE OF YOUR SECRETS ARE SAFE**

0 71896 46120 8

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471907

# Almost as easy as buying beer

Nowadays it takes more than the right business plan, the right venture backing, and the right frequent-flier deal to stay ahead of the other guy. You need to know what that other guy is up to. The folks in competitor intelligence will happily tap into their data banks, and of course you can find out a lot from their marketing studies and analysis of your competitive position. But unfortunately for almost anyone who wants that extra edge, who wants to dip into the dark waters of clandestine intelligence, the equipment is now abundant and available. We hope you are not the kind to be seduced into a career of illegal espionage, but it sure helps to know what the other guys can use against you.

There are now devices to fill every need, fit every budget, and suit every image. According to one private investigator, a number of firms market their surveillance and countersurveillance products in brushed metal or Gucci leather cases, complete with matching dials. But if



**The Nightfinder TH-70 starts at $3,000**

looks don't count, you can always obtain the same device elsewhere for far less. Remember, there are some state and federal laws that might inhibit employing these devices, but most laws are extremely loose.

Suppose, for instance, you suspect that some unscrupulous competitors are buying information from a spineless sales manager in night meet-



**Viking's long distance mike costs $159**

ings in the parking lot. CCS Communication Control Inc., the best-known merchandiser of spy gear, will sell you the Nightfinder TH-70 which starts at $3,000. This oversize pair of binoculars sits on your head and enables you to see in almost total darkness. If the Nightfinder doesn't sound ominous enough, you can get the Dark Invader Night Vision System from B.E. Meyers in Redmond, Wash. The basic hand-held unit sets you back $4,090 and connects with either video or 35mm film systems to catch the traitors in the act.

Of course, you'd like to hear what they're saying, too. For that you'll need the Professional Long Distance Microphone System from Viking International in Newhall, Calif., which will do the trick for only $159. A pistol-grip boom mike, a high-gain low-noise pocket amplifier, and a headset will bring that bribe-taker right into your living room.

Most business action, of course, takes place indoors, and if you want to find out what the competition is discussing at their Monday staff meetings, there's a whole world of listening devices to suit you. You can go the bargain basement route and, for $39.95, buy a baby room monitor from Radio Shack that adequately picks up and transmits conversations more than 100 ft. away. But the units are



**The ETA-1 will set you back $4,950**

rather large and perhaps you would prefer something in a smaller package. Viking will sell you an Electret Intelligence Microphone about the size of a .25-caliber bullet for $41. Connect that by wire to a 10-hour Voice Activated Cassette—cost, $119—and you'll have a leg up.

But perhaps it's a motel setting, and you'd like to get something on the compromising scene taking place in the next room. For that you'll need Viking's $139 Electronic Stethoscope which you place against the adjoining wall like an inverted water tumbler. In order to comply with laws which forbid the sale of eavesdropping devices, the Stethoscope is billed as a test for checking if rooms are susceptible to audio surveillance. But we know better.

Suppose, though, you can't be in the next room. Then you had better get the Infinity Transmitter. Legal in Germany, where it's called the Harmonika Käfer and sells for about 2,700 DM, the Infinity is illegal in the U.S., but can be obtained for about $1,000 if you know where to look. (Hint: Ask a private investigator.) Place one in the base unit of a telephone and dial that number from any phone in the world, and you can monitor that room through the phone.

Unfortunately, however, you'll have to conclude that the other guys are also in on the game. Therefore, you would

be wise to buy countersurveillance equipment, and again there's a raft of stuff to choose from. One mail-order gift house, COMB Inc. in Minneapolis, is offering Telephone Tap Detectors for $19, two for $29. These register a drop in voltage which indicates that there's another phone on the line. Too cheap? You can drop in at one of CCS's glitzy Counter Spy shops in New York, Washington, or Beverly Hills and walk out with a B-411 Tap Alert, which sells for about $1,000 and comes in "a luxurious walnut cigar box that could be used on any desktop." But according to Brooklyn, N.Y., surveillance expert Rainer A. Melucci, telephone security doesn't come cheap. "For a start," he says, "you'll need a machine like Viking's ETA-1 Universal Telephone Analyzer [$4,950]. Anything less is not completing the job." Melucci will do a complete sweep and rid your premises of taps for $100 per phone and $150 a line, a price that promises the entrepreneur nearly complete peace of mind.

Now you've bought it all. You've got the latest surveillance and countersurveillance equipment. Don't think you can relax, though. Sherwood Communications Associates in Southampton, Penn., sells "counter-countermeasures equipment." And so it goes once you've enrolled in the spy biz.                    —*Alec Dubro*



**A tap detector can be had for $19**

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471908

 

☐ Multi Page Doc

■ Single Page Doc

☐ HANGING FOLDER

☐ File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471909

# BOOKS

# 'Face of evil is not from central casting,' says Parkhurst

## UNDER COVERS
### Christine L. Walton

TRENTON — It's night in a black-and-white "noir" film.

Skinny alley cat scurry along the rain-slicked back alleys, making mournful cries a half-heard in an stacco ra. His footsteps echo, then stop. As the hat and hard-to-partially obscure his face and the overcoat with the lean against a corner lamppost, light's hued scene and move his eyes up to the motel window where a the known the quarry is waiting.

It's even though this noir "private unfinished" any one of a number of endings probably come to mind. We've all seen enough of Philip Marlowe, Mike Hammer and Sam Spade to know that the deepshaded sleuth with the three dollar will tri-umph over the bad guy, usually also conquering the damsel who has found herself in distress.

But are the lives of private investi-gators really as hard-working, cra-chional and heart-racing as they are depicted on the silver screen?

Not always, but it's certainly not a 9-to-5 desk job, says William Park-hurst, author of "True Detectives: The Real World of the Private Investigators" (New York: Crown, 338 pp, $18.95).

"There's no scary music, and the face of evil is not necessarily from central casting," he said.

Parkhurst, accompanied by pri-vate detective Ray Melucci, also the ent ends of the trade, recently visit-ed Trenton on a nationwide promotional tour.

THE FIRST THING the author wanted to impress on his inter-ference between television and real-life detectives. Parkhurst said that the detective is sometimes misrepresented.

But are the lives of private investigators really as hair-raising, car-chasing and heart-racing as they are depicted on the silver screen?

"For instance, the detectives aren't constantly drawing their weapons. These stories don't always have a happy ending, a middle and an end," he said.

Melucci agreed. "Most people think it's glamorous. But you could sit and watch a doorway for seven or eight hours and, if you blink, he the subject could be gone."

He added that a private detec-tive, if successful, can make be-tween $100,000 and $150,000 a year. The average salary is about $40,000 to $50,000, he said.

While many, if not most, private detectives are on the upand up, Me-lucci and Parkhurst both agree that clients can be swindled by flyby-night investigators, too.

They offered suggestions on how to select a trustworthy detective.

"Check what association the per-son belongs to," said Melucci "The more (organizational memberships) the better."

PARKHURST ADDS that a con-sumer who is unusually suspicious live is that the client will have feel protection.

"You go and interview them They should be able to (re-)put right away how much your job will cost," he said

bugs that the denim might have placed there.

PARKHURST SAID he noticed that people employ private detec-tives more often because they are curious rather than hot-head (s in-signing a legal battle.

At the men speak, they began re-moving items from the cache of de-vices they brought along.

A-mong other gadgets Melucci dis-played an "infinity bug."

"This bug can be placed under a rug in a room anywhere in the world. It's activated by the listener calling the room, then blowing a whistle into the phone when the lis-tener picks it up," Melucci said.

Parkhurst said the bug, about 2 inches long, costs anywhere from $1,000 to $1,500.

"But you can listen to it from any-where in the world. You can set it up in Japan and listen here." Me-lucci said

Melucci also stressed that al-though many private detectives do not charge for the initial consulta-tion, it's a point that should be clari-fied.

For example, the average cost for a harassment case, in which the client would like to have a detective tell someone to leave (usually) her alone costs about $9 per hour.

Unlike Sam Spade, who unusually risked arrest during his search for the Maltese Falcon, private detec-tives in New York and New Jersey must have licenses and cannot be convicted of any crimes, Melucci said.

Author Bill Parkhurst, left, watches as Ray Melucci, a private investigator, shows off surveillance equipment.

that," he said.

So even though an investigator may never pull his piece or find him-self enmeshed in international in-trigue, his detective is a vital part of the crime world.

"Although they work in deep-ac-tion, the private detective also needs in the truth," Parkhurst said.

Despite his constant exposure to the unsavory, the average gumshoe is honest, reliable and much respected.

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471910



# MARK



☐ Multi Page Doc

■ Single Page Doc

☐ HANGING FOLDER

☐ File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471911

Methbone Enterprise/Hudson Daily Sun

14  Thursday, April 6, 1989

Fri-Sat-Sun

Leo McConnell

*Book review*

# Exposing the life of the private eye

True Detectives by William Park-hurst [$18.95 Crown]. What is your view of private detectives? Do you picture a Humphrey Bogart type of tough guy, taking his hat and giving some-body, usually if not invariably involved, with his female clients and triumphing at the end of each case? Or a tough Mike Hammer, carefree beach-bum, who said he'd like to see the crows after a series of incredible bungling — the image you get? Maybe you think of detec-tives in terms of quiet types like Christie's Miss Marple, or guys who shoot first and ask questions later, like Robert B. Parker's Spenser?

Well, according to Parkhurst's books, which took him two years to "un-bungle" eye-witness experience, real-life private eyes may be any or all, or combinations of all of the above. The majority of some of the busiest and best detective agencies, Parkhurst recounts stories of people like former cop hero, Joe Howard, the king of the debuggers.

*Dick of the paperback work*

WILLIAM PARK-HURST

Bernstein and Woodward's work which pointed out the trail that led to the White House. Later, the team produced two books about the Watergate era. Both books were spectacular successes and are still in print. All the Presi-



dent's Men ($6.95), and The Final Days ($7.95) are available in Touch-stone paperback editions from Simon and Schuster. The hallmarks of both books were total honesty and painstaking re-

more than five hundred people brought before "loyalty boards" in the late forties and early fifties, and his father's appearance before the Eastland Com-mittee. He also had to address his mother's protest march at the time of his father's appearance before the House Committee on Un-American Activities.

Because he knew, as a reporter, that he would have to tell everything the dis-covered, he faltered, and for a time could not finish the book. His mother and father, still alive, asked him not to reopen that phase of their lives, and Carl himself was afraid that in the more than 2,500 pages of material col-lected on his parents at Communist period, he might uncover some evidence that his parents, as Communists, had advocated revolution. He did not find such evidence and, more than ten years after he started, he had produced Loy-alties, a book that will cause his par-ents pain, that may cause Bernstein some career problems, and that should be read by anyone who wants to understand the period of McCarthyism and the Communists witch-hunts that took place in the late forties and early fifties.

I have to admit that, although I was fascinated by the book — and I be-lieve, as I think the author does, that his parents' concerns about their union's civil rights, and desegregation, joined the Communist Party, naively and not against the idea of Communism and only anyway. In America, where it is possible to say whatever you want,

Loyalties by Carl Bernstein [$18.95 Simon and Schuster]. In the late sev-enties, Carl Bernstein, who, together with Bob Woodward, became an inter-nationally known investigative reporter because of his role in revealing the explosion in the moral aspects of the Watergate scandal, decided to write a book that was so personal, he didn't know whether or not he would finish it. In the Watergate scandal, it was

before he has a chance to freeze to death, his slander, Jane Slate who has great wealth and a husband, arrives on the scene to help him out. With Jane's monetary assistance, Lovejoy flies to Hong Kong. When he arrives, he is so exhausted by the lengthy flight, he falls asleep. Upon awakening, Love-joy discovers he has been robbed. Not only has he lost his passport, his driv-er's license, and all identification, he is also on the verge of starving to death, and dying, in Hong Kong. Alone, and he doesn't know anyone. Readers of Lovejoy's other misadventures know that he is a survivor, it will be no sur-prise to his fans that in no time at all Lovejoy manages to find a job. He calls it a "hired man" position; most people would refer to him as a "gigolo"; In addition, he meets a killer called Sun Sen, who is a front man for an infamous Triad organization, and Ling, the gorgeous and notorious Jade Woman.

For years, Jonathan Gash has been producing books about Lovejoy, a lover of antiques who is not above producing phony ones and whose aptitude in spot-ting the real thing in paintings, prov-ing that he is a survivor. While he con by his shabby to get his tight spots and emerge safely, if not always success-fully, from them, in this, his latest Hong Kong book, is the most exciting Lovejoy caper to date. The suspense builds to a climax where it seems our hapless antique collector has finally painted himself into a corner from which his only exit can be via a pine box, but — well, you'll have to read the book to find out if — or how — he gets away.

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471912

 

■ Multi Page Doc

[ ] Single Page Doc

[ ] HANGING FOLDER

[ ] File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471913

C 58 44 E



Peter Moosleitners interessantes

# Magazin

5/1989 21. April 1989

DM 5,80

**Elektronischer Copilot**
Jetzt führt der Computer Autofahrer auf dem schnellsten Weg zum Ziel

**Sprache der Tiere**
Völlig neue Forschungsmethoden enthüllen, was Tiere einander mitteilen

**Kernfusion**
Gigantischer Reaktor soll als »Sonne auf der Erde« Energie im Überfluß liefern

**Abhörtechnik**
Raffinierte »Wanzen« aus Deutschland beunruhigen amerikanische Geheimnisträger

**Rätsel der Runen**

**Macht der Clans**

**Lärmbekämpfung durch Lärm**

*Viren und Bakterien mit veränderten Erbinformationen sollen zur »Atombombe des kleinen Mannes« werden. Wichtigster »Fortschritt«: Nur noch die Feinde werden von tödlichen Krankheiten befallen.*

HIGH
WARII

# GENTECHNIK
# MACHT SUPERKILLER MÖGLICH

Printed in Germany · sfr 6.00 · FF 23 · ÖS 50 · Lit 6200 · Ptas 475 · fmk 20

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471914



Privatdetektiv Ray Melucci zu P.M.-Mitarbeiter Tilman Rascher:

# Wenn Sie Ihr Büro für abhörsicher halten – dann habe ich Neuigkeiten für Sie!

CEN01471915

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

**R**ainer (»Ray«) Melucci schwört auf deutsche Wertarbeit, wenn's um Autos und Pistolen geht. Vor dem unscheinbaren Einfamilienhaus im New Yorker Stadtteil Brooklyn steht ein nagelneuer Mercedes 300 E, im ledernen Schulterhalfter unter seinem Jackett steckt eine verchromte Walther PPK-S. Das Schießeisen made in Germany braucht er eigentlich nicht, doch nach 14 Jahren bei der Kripo fühlt er sich »ohne die kleine Beule im Jackett einfach nicht richtig angezogen«.

Den nervenaufreibenden Dienst beim Raubdezernat in Manhattan hat Melucci schon vor 10 Jahren quittiert, seither ist er Privatdetektiv. Der 51jährige jagt jedoch keine schwerbewaffneten Drogendealer. Er ist hinter angezapften Telefonen und versteckten Abhörwanzen her. Meluccis Spezialgebiet: die elektronische Schnüffelei und deren Abwehr. Statt großkalibriger Revolver benutzt er hochempfindliche Meßgeräte; gute Augen helfen ihm beim Aufspüren von winzigen Mikrofonen mehr als stahlharte Fäuste. Seine Kunden greifen tief in die Tasche, damit Gespräche unter vier Augen auch nur von vier Ohren gehört werden. Ein Anliegen, das millionenschwere Wallstreet-Banker, verkrachte Ehepartner und mißtrauische Mafiosi teilen.

Ray Melucci kennt die meisten Tricks in diesem zwielichtigen Geschäft. Schließlich hat er selbst Wanzen plaziert, wie er freimütig eingesteht – »vor vielen Jahren«. In seiner Detektei hortet er dennoch ein Arsenal von Abhörgeräten, mit dem sich die gesamte P.M.-Redaktion, vom Chefredakteur bis zur Telefonzentrale, lückenlos überwachen ließe. »Natürlich nur zu Studienzwecken«, sagt Melucci grinsend und legt einen »Infinity Transmitter« auf den Schreibtisch.

Das unscheinbare Plastikkästchen ist etwas länger als eine Streichholzschachtel, an einem Ende kommen zwei Drähte aus dem verkapselten Inneren. Der »Unendlichkeitssender« hält, was der Name verspricht: Mit diesem Minispion kann man einen Raum von jedem Ort der Welt aus abhören!

Die beiden Kabel schließt der Lauscher irgendwo im Zimmer mit Klemmen an die Telefonleitung an, um den Sender mit Strom zu versorgen. Die Wanze wird daneben (z.B. hinter der Fußleiste) versteckt. Wieder daheim, wählt der Lauscher das angezapfte Telefon an, hält bei der letzten Ziffer einen Signalgeber an die Sprechmuschel – und schon ist die Wanze aktiviert, ohne daß es geläutet hat.

Der Spion kann nun über die Fernsprechleitung den ganzen Raum abhören, während das Telefon des Opfers nach wie vor ganz normal funktioniert. Der Schwarzmarktpreis des Infinity liegt bei 1000 Dollar. Für professionelle Installation kassiert Melucci noch einmal 500 Dollar.

»Es gibt Leute, die ihr Wochenendhaus damit überwachen, und das ist schließlich nicht illegal«, beteuert der Detektiv. Eine vermögende Ehefrau, der die vielen Überstunden des Gemahls verdächtig vorkamen,



**Der Verkauf von Minispionen und Abhörgeräten an Privatpersonen ist in der Bundesrepublik verboten. Nicht verboten ist der Export modernster deutscher Spionagetechnik ins Ausland. P.M.-Mitarbeiter Tilman Rascher hat einen New Yorker Privatdetektiv begleitet, der auf »Technik made in Germany« schwört. Hier sein Bericht.**

126 *P.M.*

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471916