# EXHIBIT 4

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

BARRY S. SIMON
(202) 434-5005
bsimon@wc.com

December 6, 2005

<u>VIA HAND DELIVERY</u>

The Honorable Alvin W. Thompson
United States District Judge
United States District Court for
   the District of Connecticut
450 Main Street
Hartford, CT  06103

Re:     *United States v. Forbes, No. 3:02CR264 (AWT)*

Dear Judge Thompson:

Enclosed please find copies of:

(1) Portions of the transcript of Laura Hamilton's civil deposition reflecting her testimony that CUC did not hold quarterly earnings conference calls prior to the announcement of the merger with HFS, and

(2) three sets of notes of the government's interview of Laura Hamilton on July 7, 1999, in which the government went over the quarterly earnings release process in some detail, at which time Ms. Hamilton appears to have told the government that "for most of her tenure, no conf. calls," <u>see</u> notes of Paul Weissman at PAW783.  We note that Ms. Mathews, a member of the current government trial team, participated in this interview of Ms. Hamilton.

Respectfully Submitted,

Barry S. Simon

Enclosure

cc:     Craig Carpenito, AUSA
       Michael Martinez, AUSA

1      A.    It was something that the conference would

2    often provide for us.   It wasn't our involvement.

3      Q.    Did you maintain any of those videotapes in

4    your office?

5      A.    If there were videotapes, yes, I would have,

6    and they would have been in my office.

7      Q.    And what about audio tapes?  Did you have any

8    audio tapes of conference calls or investor conferences

9    in your office?

10     A.    Can I clarify which period you're talking

11   about?

12     Q.    Sure.  Let's start first with the period while

13   you were vice -- should we divide between vice-president

14   of investor relations and senior vice-president of

15   investor relations?

16     A.    That would be fine.

17     Q.    Okay.  So let's take each of those periods.

18     A.    While I was vice-president of CUC --

19   vice-president of investor relations at CUC, we did not

20   do conference calls to investors.  So there would not be

21   audio tapes of investor conference calls.

22           After I became senior vice-president of the

23   combined company, there were conference calls, and if

24   there were any audio tapes of those, I would have saved

25   them in my office.

1        A.    June of 1998.

2        Q.    And during the period of time June '95 to

3    June 1998, what positions did you hold with the company?

4        A.    The vice-president investor relations position

5    until roughly January of 1998.  I don't know exactly

6    when the promotion would have occurred, but it would

7    have been that point in time.

8        Q.    Did you assume a new position?

9        A.    I became senior vice-president for investor

10   relations for the combined company, the merged company

11   Cendant.

12       Q.    So let's -- are those the only two positions

13   you held --

14       A.    Yes.

15       Q.    -- at the company?

16              MR. PUTZEL:  Wait.

17              THE WITNESS:  I'm sorry.

18       A.    Yes.

19       Q.    (BY MR. EDELMAN)  What were your

20   responsibilities as vice-president of investor

21   relations?

22       A.    Are you referring to my time at CUC?

23       Q.    Whatever period of time you were vice-president

24   of investor -- I think you've defined the two positions

25   you've held at the company as vice-president of investor

1    to the membership business?

2        A.   I would get all of my information from either

3    Cosmo or Walter while I was at CUC for anything that was

4    being disseminated to the public.

5        Q.   Did you ever speak to Mr. Menchaca about

6    anything related to membership?

7        A.   I would not go to him for the information.  If

8    he were in the room, I would get information from him,

9    but I did not seek him out to get information that I was

10   giving to the public.

11       Q.   Did you ever receive information from

12   Mr. Menchaca about the membership business?

13       A.   No.

14       Q.   How about Mr. Fullmer?  Did you ever get

15   information from him about his op- -- his operations?

16       A.   On occasion I could ask him how are things --

17   are going. If a press release were being written and we

18   were going to talk about his area, I could ask him.  And

19   then I would write it up.

20            And again, it goes back into the same

21   process I referred to earlier where it gets back into

22   the editorial process with Cosmo, Walter and Amy.

23       Q.   What about in preparing for analyst calls?  Did

24   you collect information to prepare the people who were

25   making statements on analyst calls?

3/16/2005  Hamilton 3/16/05

1        A.    While at CUC, we didn't do any analyst calls.

2    We didn't do conference calls.  While at Cendant, we

3    did.

4              The only people on the calls would have

5    been Henry Silverman, Walter Forbes and Mike Monaco.

6    And I would work with Kekst -- I believe it was Kekst on

7    this; but they would help us draft what was going to be

8    said, what remarks would be said by the CEO, and anyone

9    else who was going to make remarks and a potential

10   Q and A.

11       Q.    What types of documents did you -- did you

12   prepare any documents for use in speaking to analysts?

13       A.    On a conference call?

14       Q.    Yes.

15       A.    Yes.  There would be a written document that

16   was prepared that had the speaker's remarks and

17   potential Q and A -- Q and A.

18       Q.    Was this document prepared by you?

19       A.    I don't recall preparing it myself for Cendant.

20   I -- I did not do it myself.

21       Q.    Who did it?

22       A.    I believe Kekst did.

23       Q.    Did someone at the company review it?

24       A.    I would have looked at it and also Henry

25   Silverman would have looked at it.

3/16/2005 Hamilton 3/16/05

1    announced?

2                    MR. COMMANDEUR:  Objection.

3                    MR. PUTZEL:  I think that's been asked and

4    answered.

5                    MR. EDELMAN:  No, it hasn't.

6                    MR. PUTZEL:  When it was announced?

7                    MR. EDELMAN:  Yes.

8                    MR. COMMANDEUR:  You mean when the press

9    release went out?

10                   MR. EDELMAN:  No, May 27, 1997, wasn't that

11   the date the merger was announced?

12       A.   Yes.  I believe -- I don't remember the

13   specific date but that would have been roughly the date.

14       Q.   (BY MR. EDELMAN)  And where were you that day?

15       A.   I was with both senior management teams, and it

16   was announced -- I believe it was announced at the Bear

17   Stearns offices, but I don't know exactly.

18       Q.   Who were the senior management that were with

19   you?

20       A.   Walter Forbes, Cosmo Corigliano, Kirk Shelton

21   from CUC.  HFS, Henry Silverman, Mike Monaco, and I

22   don't recall who else was in the room.

23       Q.   And what were you doing there?

24       A.   We were there to make the announcement to the

25   investor committee.

### 3/16/2005  Hamilton 3/16/05

1      Q.    How was the announcement made?

2      A.    A press release was sent out and then a

3   conference call followed.

4      Q.    Did you draft the press release?

5      A.    That was created in conjunction with HFS --

6   that's what I referred to earlier was created in

7   conjunction with -- we all created that press release.

8   Everybody worked on it.  Kekst kept the working draft of

9   it.

10      Q.    And now you said there was a conference call?

11      A.    Yes.

12      Q.    Were there more than one conference calls?

13      A.    I -- I don't recall.

14      Q.    Okay.  Were you -- who -- who spoke on those

15   conference calls?

16      A.    Henry Silverman, Walter Forbes, and I don't

17   recall, Cosmo or Mike, what they did.

18      Q.    And by Mike, you mean Mike Wargotz?

19      A.    Yes.

20      Q.    And were you in the room when they were

21   speaking on those conference calls, that is Mr. Forbes

22   and Mr. Silverman?

23      A.    Yes, I was.

24      Q.    What were you doing?

25      A.    I began the conference call by putting a

1    disclosure on it.  The SEC's has got a disclosure or --

2    no, I announced -- I -- I welcomed everyone to the call.

3    I announced who was in the room, who would be presenting

4    and then there is an SEC disclosure rule and I -- I read

5    that, and then I turned it over to Henry Silverman and

6    Walter Forbes.

7         Q.   Did you take notes during the conference call?

8         A.   No, I did not.

9         Q.   How long did the conference call last?

10        A.   I don't recall.

11        Q.   And was the conference call taped?

12        A.   I don't recall.

13        Q.   Was it transcribed?

14        A.   I don't recall.

15        Q.   Was it videotaped?

16        A.   No.  I don't recall.  I should say I don't

17   recall.

18        Q.   Do you think the conference call was taped?

19        A.   It probably was.

20             MR. COMMANDEUR:  Objection.

21        Q.   (BY MR. EDELMAN)  It probably was?

22        A.   I believe it would be taped.

23        Q.   Why is that?

24        A.   Often the way conference calls were handled

25   were that they would be taped and there would be a

**3/16/2005  Hamilton 3/16/05**

1    Q.    (BY MR. EDELMAN)   Okay.  And I'm asking after

2    you learned that information from Cosmo, did you speak

3    to anyone else to confirm whether the information you

4    received from Cosmo was accurate?

5    A.    No.

6    Q.    In early September of 1997, do you recall there

7    being a conference call that Cosmo Corigliano and

8    Michael Monaco of HFS participated on that was called a

9    bank line conference call?

10   A.    I can't recall that conference call.

11   Q.    Okay.  Was there a -- did CUC hold an earnings

12   call -- strike that -- a second quarter conference call

13   in September of 1997?

14   A.    I don't recall.

15        (HAMILTON Exhibit No. 27 marked.)

16   Q.    (BY MR. EDELMAN)   Could you look at Exhibit 27,

17   which is CEN 1580776 and tell me what it is.

18   A.    All right.  This is an invitation to the second

19   quarter conference call for CUC, an invest -- an

20   invitation to the CUC investors.

21   Q.    And it's in -- is it an invit- -- it's an

22   invitation from you, right?

23   A.    That's correct.

24   Q.    Did you send this invitation to CUC investors?

25   A.    Yes, I did.

1       Q.   Does this refresh your recollection that there

2   was a second quarter conference call in September 4th,

3   1997?

4       A.   Yes, it does.

5       Q.   Okay.  What do you recall about that call?

6       A.   It was an unusual event for us because we had

7   not been doing quarterly conference calls to investors.

8   So I don't -- I recall trying to prepare Walter for it

9   and him telling me he didn't want any prepared remarks

10  and that he was just going to speak extemporaneously on

11  the call.  So he did not incur -- he was not interested

12  in prepared remarks from me, and that's really what I

13  recall.

14      Q.   It indicates on this invitation that Cosmo

15  Corigliano was going to be on the call, too.

16              Do you see that?

17      A.   Yes, I do.

18      Q.   Did you prepare any materials for Cosmo?

19      A.   I don't recall preparing -- preparing anything

20  for Cosmo, either.

21      Q.   Did you have any conversations with Cosmo about

22  materials to be used for the call?

23      A.   I don't recall that, no.

24      Q.   Did you prepare any materials for the call?

25      A.   I seem -- I recall that I did, but I don't

Laura Hamilton
Pete Putzel   7/7/99

BA (BS?) Economics Notre Dame
1987.
MA 1992 i Public Communications --
Syracuse.

Then: Noovan Rouskau -- PR firm i
NY. About 6 mos.

Then Morgan Walk Associates, 1½ yrs.

This = up to 1995. 6/95, joined CUC.
She responded to an ad.

She interviewed c̄ Cosmo, Walter E,
Kirk, Amy L.

To be VP for ___. To run dep't,
oversee press releases, dealing c̄ press.
Also resp. for employee communi-
cations, but they didn't do a
lot of this.

She also wrote front ratio of
annual reports.

At the start, dept = a sec'y + her
+ One part-timer to answer phones,
etc.
Andy Hodrett = manager of IR
Sue Tobin = events planner
(Another person)

She served as head of IR for
combined co., Cerdant. She left
i 6/98, was a consultant until
end of, 8/98. She was then 6 mos.
pregnant. Has had baby + some back

to work -- is opening a NY office
for a San Fran PR firm.

She replaced a woman named
Sandra Morgan, who had been
here 5-10 years. Her husband
had had a heart attack.

(she was promoted to Sr. V.P.) After Werger closed, reporting rel.
changed -- now she reported to
W Forbes. Stayed this way until she left
(previously reported to ——?)

REDACTED

She worked a lot ē Cosmo --
whenever she had a Wall St q she wd
work ask Cosmo.

She worked v. little ē Anne --
Anne wasn't involved ē Wall St
D to Caspar -- tho Cosmo
wd refer her to Caspar re a q on
the numbers.    (very occasionally)

Kirk was not much involved ē
investor community. Tho she wd ar-
range for major investors to meet
ē him ē -- people considering
investing in co. He wanted not to B E
involved.

They at first had quarterly reports
glossy report for investors. Taking
press release & putting it into
gloss form. Typically what was
in press release (or very close).

Press release wd reflect what was
in the 10-Q. What wd be in the
10 Q.

PAW0777

2-3 days before due date, she wd
do skeleton press release. She wd
go to Cosmo & say, give me a
sense of what was happening in the
quarter.

Then she wd send draft to Walter,
Kirk, Cosmo & Amy. Cosmo & Amy
only ones who read it carefully.

Someone wd then subsequently
give her the nos. Then wd bring to
the attention of Cosmo, Amy, etc,
any changes, incl. changes in the
nos, from the original circulated
draft.

First skeleton draft had no nos
she talks to Cosmo.
Then she gets preliminary nos,
drops them in, circulates it.
Then, final version highlighting
changes, if any.
Who gave her nos? often Little,
casper, Kearney.

10Q = 45 days after Co. wd
want until final nos were final,
then issue press release -- 10-Q
wd follow 1-10 days later? Wanted
to get release out as soon as
possible.
Amy Lipton gave her final approval

Press release = a standard procedure
Wall St. expects it. To not do it wd
be alarming to Wall St.

The press release gives the co. a
chance to put its own spin on
the nos. i the SEC filings. Blow
its own horn a little bit.

Wall St watched:
1) earnings
2) revenue growth
3) profit margins
4) membership growth

To come i lower than Wall St.
expects = to lose credibility; co.
hasn't accurately guided Wall St
esp. if you have a history of being
consistent e yr earnings.

There can be an impact on the stock
price even if earnings per share = only
a penny below the estimate? Abso-
lutely.

But, not necessarily an impact = if the
shortfall appears to be a temporary
problem.

She never had a comm. internally or heard
one, re the pressure to meet estimates.
It's just understood.

She DID comm. re the prospects of
meeting estimates. There was never a
shortfall during her tenure.

Analyst's write reports, create a
financial model, typically going out
a yr. Cosmo wd work e analysts
to create model. He wd say if too

REDACTED

conservative, too aggressive, but wd't
provide actual nos. with the port-
folio mgrs ~~actual data~~ though
these weren't published.

Whenever there was an requisition,
models wd have to change, there wd
be more work to do ā analysts.
Apart from this, typically analysts
wd just call once or twice a
quarter, to make sure nothing unusual
happening.

Cosmo was less aggressive than
some CFO's — less of a cheerleader
just presenting the nos.

It's considered more accurate to
cite earnings after one-time charges

Analysts typically did't put non-
earning charges into models.

She wd include both figures — opera-
ting + non-operating. But she agrees, they
wd stress/highlight the operating nos. The other
figure pared down. In-house, they wd talk about
EPS on a net basis, excluding
~~one-time~~ charges.

Company took every opportunity
to present operating earnings

Operating earnings were highlighted
bec. this → more accurate. She
agrees, went hand in hand ē self
interest, more accurate, but co. also
looked better.

She has a smattering of accounting, but
not an official education. She can't, e.g.

the distinction bet extraordinary &
one-time items.

She went back when she got there
to an old press release -- then
didn't change that much she was
already familiar c concept of
stressing operating earnings.

She recalls once, Cosmo sd,
lead c the operating earnings; this
made sense to her, & she followed
through this.

Her first inclination was to put
gross first, then net -- recalls,
Cosmo told her to flip them &
she then always did it that
way.

She wasn't involved i preparing
10K's & 10Q's, rarely consulted
them except for MD & A.
DMR it coming to her attention
that operating earnings were not
SEC filings -- believes, an analyst
once asked her wh they weren't
in the filings; she asked Cosmo,
he sd, that's the way the SEC
wants it.

She wd agree, EPS always the
net figure if there was a
one-time charge for the period. In
her discussions c analysts & everyone,