(Also, to a list of media.)

She wd get the nos. re one-time charges from Costas -- she DNK who created it, or on what basis

Her sec'y wd send press releases (usually in the morning, sometimes a fax.) to Bloomberg + major wire services; after it had crossed the wire, a blast fax to institutional investors + analysts; & rarely to individual investors. She DNR individuals; they were roughly 90% owned by individuals.

Quarterly reports stop getting produced in 1996, prob. There was a trend away from this. They wd ship them to a mailing co.; we wd mail them.

She has some annual reports, but not quarterlies. She wd think they wd be on file = the co., incl. press releases. She kept good records.

They had a PR agency writing first draft of annual report -- she wd often rewrite it. Worked closely ō Amy re this -- Amy wd make lots of changes.

Annual reports distributed the same way as quarterlies, mailed out. She thinks mailing list came from her sec'y or Virginia Claiborne, the part-timer. Her aunt had a mailing list of s/h's who she owned; a list of s/h's. Then they outsourced it to a co.; she DNR to whom.

Cosmo spent subst. time talking to analysts, etc. So did she; after the 1st 6 mos. or a year, she wd handle more & more; eventually they did it 50-50. She & he shared a sec'y. They sometimes did it jointly, sometimes not.

For most of her tenure, no conf. calls

She knows what merger reserves are. She knew this before CUC, but had a lot of experience c̄ it there. Heard more conv's about this c̄ Cendant merger than c̄ others: convs re how long it wd be. Recalls Cosmo saying to her, Henry S wants it to be as long as possible. She thinks this = in W. Forbes' office, w/ Walter W. was there, c̄ her & Cosmo. W. had no reaction to this. She DNR other Qs. re this.

maybe Dan Strick-berger, analyst of WP stock Stewart, an insti-tutional investor.

She remembers an analyst saying to her re size of reserve, now I won't have to worry about your earnings for the next year. She was starting to understand, this was a game cos. were playing.

She knows of term, managed earnings. Heard about cos. putting reserves in a drawer etc. She had heard of other clients of hers doing this, then heard more & more about it while she was at CUC.

She never got impression that there were managed earnings at CUC at all until the Cendant merger — the

comment above, etc.

She believed she always met their targets bec. the co. was predictable as a direct marketing co. Thought it was a mathematical model.

Before Cendant merger, Ideon reserve came up a lot -- people wanted to understand if Ideon reserve was sufficient, or too high, etc. But interest in the reserves really became a factor at the time of the Cendant ~~CUC~~ merger.

She saw analysts asking if earnings were managed except for the above comment. She saw this in analysts' reports, which she read.

But at time of Cendant, it was a huge reserve, so people did ask about it -- she referred those Qs. to Mike Monaco or Corig. She understood the subtext, at least in some cases, = are earnings being managed? But she thought this was <u>legal</u>.

Kirk sd he was leaving bec. he didn't want to work for a huge co. She hasn't spoken c Corigliano or Pember since the announcement.

Spoke a few weeks ago to Shelton, who is working for an internet start-up co.; he called to ask if they wanted to represent his co., wh. they didn't. They didn't discuss the investigation.

She knows nothing re the establishment of the reversing of the Ideon reserve.

She knows Henry S. was deeply involved in establishing the Cendant reserve. W. Forbes at opposite end of spectrum from HFS; much less involved.

Mike Wargotz worked a lot on his Report c̄ Cosmo; she wasn't that involved c̄ it. She DNR any issue re the Report or discrepancies c̄ another report.

On a plane ride home (on HFS's private plane) from Cal. -- she thinks 10/97, HFS & she discussed Robinson Lever, CUC had used RL, HFS had used Kekst primarily, though also had used RL.

(Conv. about who wd be PR firm of record for certainty) She sd to HFS, I'm happy to work c̄ Kekst, but I've worked c̄ RL, Linda, for a couple of yrs, she's done very well, etc. etc. HFS agreed RL sd be corporate PR firm of record, to retain Linda as Rat, but wanted to spread some work around & use Kekst also.

(in NY city) At some pt HFS asked her to come to his office, sd we've hired RL, have them give us a bill, charge it to the merger reserve.

She was then spending a lot of time working out of Henry's office in NY. Out of an office there.

This was going to be for all the work RL was going to be doing, but much of this — maybe 90% ~~~~~ — wd have been merger-related. Annual report, dealing c̄ press, etc., ~~departure~~ of senior people, etc., wd have been all merger-related.

Cosmo rolled his eyes when he told her -- assumed, he thought HFS was aggressive (albeit legal), that's the way they did things.

Cosmo sd, keep $5,000 a month so the bill comes in -- to remind her that we were paying them; it wdn't be out of sight out of mind (tho this wd never have happened, they were too active).

She thinks, this is what she did.

She thinks, after HFS started saying (on 4/14/98) that things had been wrongly charged to merger reserves, W. Forbes asked her for the list of merger-related expenses.

She hasn't discussed RL matter c̄ HFS. When this came up, that he was contradicting her, she was on the verge of leaving (or had already left).

HFS told her re accounting irregs maybe a day before the announcement. Worked closely c̄ HFS on this for 10 days or so out of 14. HFS sd, I've told Walter, you can't tell anyone else; + she didn't.

He relied on her heavily during this period. But she was pregnant at the time & it was hard for her. There was

REDACTED

trust at that time; but then she went back to Stamford & six weeks later she was discussing her severance package (by Memorial Day).

She thinks Prudential was a s/h, but they were not a top one. DNR any top ones in NJ.

She understood budget figures were tough; she had not sent it out, or discussed (she didn't even have access to the corporate budget).

Cos. don't give out internal projections; she thinks they're prohibited from doing it. But they do all but this; they guide them, tell them if they're hot or cold. This wd

They subscribed to First Call to see what analysts were saying. The analysts were in a very tight range. She wd attribute this both to 1) predictable business model, & 2) Cosmo running the analysts. Hsn't have sd the latter was the main reason.

She never told an analyst concerned about the impact of setting aside a reserve on the bottom bottom line, the earnings including reserve impact.

She invested her own money in the co., but never sold any; she still owns it.

7/7/99 - Laura Hamilton
Pete Putzel

Paul Weissman
~~David Fredrick~~
~~Bob Hardy~~
Pat Mathews
John Pittman

Marcel Florestal

Back- econ w/ U N Dow 1987
Syracuse Mastr - Pub Commn 1992
Work f Investor Relatn Noonan Russo
 - NYC
 - @ 6 mos.
Another " " - Morgan Walk AWC
 - @ 2½ yrs
 - NYC

June 1995 - join CUC
 Advert f head of IR & PR $\rightarrow$ send canly
 ~~CathL~~ LKS
 ~~sancage~~
 ~~head~~ of HR - interview
 w/ CC, WAF
 LKS + A Lupton

RC0212

→ VP of IR/PR + Corp Comms

Run the Dept; deal w/ any outgoing news to
public — announcements re: Wall St.
  — also resp for ee comm'n
  — write A Report for co.
  — renamed the same thing

↳ a sec'y + her at first + P/T

Grew over time + include junior help,
woman/mgr of IR; another woman
who planned events
  ↓
  Chris Jones
→ Cindy Hadnet ─── came to CUC
↳ Sue Toft

— this is until merger w/ HFS
  ↳ Cassy, HR

— Elliot Bloom - VP of PR

⇒ senior VP of the Dept + reports to her
 Mike Wansely was prom'd head

Left Cendant 6/98
- served a cessation until end of 8/98 → indemnity leave

New f/ PR - Nechaws Ryan Wong
- opening NY office

6/95 CUC - reported to CFC
- just thrown in the pool
↳ replaced Sandra Morgan
  - well liked
  - H had heart attack

- LH got more active

CC had replaced Stu Bell @ 6 mos. earlier      Times GRO

- reported to CC entire time at CUC;
Cendant merger → reported to WAF
@ 12/97 - 1/98
- this was until she left

CC - worked a lot w/ him
- very involved w/ Wall St.
- she'd go to him for answers

AP - worked w/ her "not at all"
- only extent was re: earnings i.e. putty #'s
  re providence

CS - very occasional re: finances

EKS - not very involved w/ investment community
- occasionally met w/ major investor
- "please don't ask me to be involved unless absol. necessary"
- set-up? re: PP concern reg'n

Quarterly Reports - only for 1 - 1½ yrs
- glossy report, done w/ design firm
- contained info that was
- the PR (which summarized the 10-Q

⑤

- a routine process
- let investors know
- 2-3 days in advance - she'd do a skeleton w/ #'s blank
  - ask CC - what are major things that occurred during the qtr
  - try to put together a quote for WAF reflecting what CC told her
  - wait until she got the #'s - usually the day before earnings went out
  → draft to WAF, EKS, CC & AL,

(any change in #'s; she'd run it past them (and any other change in the language of the drafts))

  - accounting dept wld give her the #'s
  - verbal approval from WAF (more involved)
  - #'s for MS, CS, KK (in the beginning)
  - same for entire tenure

(6)

- 10Q due @ 45 days after close of qtr
- → press releases done sometime before that @ one week
  - time frame to go h/i
  - 10Q well extd.
- WAF had a nominal interest; he wld read it; tweak it; no heavy involvmt
  - that was mostly CC + PL

- sec'y wld create the skeleton

—

<u>Purpose of PR</u> — std form of communict Wall St
  - benefit is open line of commc w/ the Street
    - expects a qtrly report on the "earnings"
  - → looking for new investors + commc w/ current SH
  - no selective disclosure — tell everyone
  - press release gives Co. opport't put their own slant/spin on the SEC filings

RC0217

- earnings, rev. growth by category (under, wholesale
  good profit margins, membership growth discount
  ↳ very impt!

<u>Meeting Wall St projection</u> - to disappoint Wall St;
  co. loses credibility
  - indicative of problems - co.;
  - y/o pattern or bad explanation
    for single Q;
  - bottom line vs flush cap. acct
  - <u>stock currency</u> ⇒ make acqu's
           ┌ - morale eg stock options
           ↳ very impt bec. J is in
             acq'ity co.

- <u>no conversation</u> @ what if don't meet
    projection or meet
- no conversation @ prospects of
    meeting

- Co. never had a short-fall during her tenure

- CC
Wall St Analysts write ~~report~~ model @ Co.
Sell side Analysts                     [→ detailed fin'l model]

  CC wld help guide them
  LH would particp in the conf. call
  An analyst wld create model

[Fund Mgr — wld have their own model]
  — buy side

- financial models: Bear Stearns report,
  how Co. is doing; mgmt, acq'ns;
  financial model of how he expects
  Co. to perform
    - stmt of income
    - cash flow
    - B/S
  ~~earnings~~ revenue expect, etc.

RC0219

- cld be as detailed as the annual report
- how often CC had the conversation depends upon how long the analysts has been covering CUC,
  - frequent post-acq ~
  - 1 to 2x per quarter

- this was more of a CFO (not eagles pitch)
- on occasion he wld push - but that is not the standard way of doing
- CC was on the less-aggressive side

Bear Stearns — 12-14
Alex Brown,          Cowen
Morgan Stanley,
Hanifen - Quist
M Lynch
William Blair
Goldman
DLJ

RC0220

(10)

EPS - acq'n - extraord or non-recurring chg'
- EPS "before + after"
- considered more accurate on a
  going forward basis by excluding
  the non-recurring

Analysts project w/o & w/ the
non-recurring charge
  - not put w/ their models

- not uncommon to do it this way
- typically would report it both
  ways
              - may still as handle
                it this way

"EPS" - net of extraord charges
        i.e. exclude them
  - typical in the industry

Op'ating earnings are emphasized over
  the earnings of one-time charges

RC0221

[Has taken accounting; not a strong background; her experience is investor relations;]

In previous job distinguished the operating v gross earnings

CC told her to lead w/ operating earnings; this made sense to her

Never looked at the 10Q or 10K unless looking to answer analyst ques
— but perused them to understand what co. was saying & how co. was performing

Unaware that SEC filings did not break out operating earnings
↑
Vague recall ∼ @ ques f/ analyst;
CC told her: "That's not the way SEC wants it filed

**REDACTED**

<u>Other one-time chges</u>: possibly

① K who made the decision @ which one-time chges were backed out to ≥ oper. EPS

<u>Qtrly press release</u> — wld send to Bloomberg
    + the wire services
    + then blast fax to analyst (sellside)
    + fund mgrs
        → financial
        newswire service

    — disseminated to individuals
    → sec'y wld fax to them - in the old days + then modemed + now   (or a fax
                                                                       tickle
                                                                       invest.)
        ↳

@ 90% owned by most of inventory
Very few individual invest.
— CMC probably wld not know who they are → brokerage houses would

<u>Alicia Cook</u> — sec'y for 1st yr
    + then Sue Tobin came after her
    + the Stein   "    "

A firm they K'd w/ handled the
mailing of the qtrly reports

<u>LH</u> kept files of all earnings + all
press releases - left this at CMC

### Annual Report

- hired design firm
- she handled the front & describing
  the co. + acctg dept did the
  back of the book (financial data)
- had nothing to do w/ back §
- PR agency wld help write the reports
  1st draft; LH wld edit extensively
  she'd then send to every sr. mgr. in
  the co.
- This process took a few months
- CC read the Chairman's letter
  after LavH review, OK what he did
  re: back of book

- AL also extremely involved
- PR designated like gtg press releases
- AR "ps" like gtg reports - mostly hers

[Virginia Clayborn - tho part time person -
wld send out the monthly list of (all)]
  ↳ had a mmry mailing list + handled
    this in-house; later
    out-sourced it

<u>Analysts</u> - constant dialog w/ CC regularly
w/o the qtr                 to alot of time
                            talk to Wall St.
                            as did LH

  - at first 6 mos - 1 yr - CC
    took alot of the calls; later
    began referring them to LH
  - participated in some of CC's calls
  - alot of calls re: earnings release,
    acqns, et

RC0225