## Reserves

- when co. acq'ing or merging
  ⇒ set up reserves for expenses
- understood that before at CUC
- not involved in details; heard some of;
  CC wld say MR is ___ + CC wld
  break down
- more discussion re: HFS merger
  WAF, CC
  ⇒ how big T wld be
  → "HFS wants the reserve to
    be as big as possible"
  - in WAF's office /
    WAF was present
  - no reaction

- OK other conversations

Analyst asked @ reserves: when one
analyst (w/ Smith - Van Strickley)
  [?] large int'l investor
heard @ size of MR ⇒ "then I won't [?]"

(16)

- no other           have to worry @ your earnings for a while
  comments @
  CUC earnings      - no conversations in-house @ this

"Managed earnings" - assume it means "putting reserves
                    in a drawer + pulling it out as
                    they needed it"

- aware of this before she came to CUC

Reversing reserves -

Ideas - a lot of ques @ the reserve bec.
        of the lawsuits

  even more ques w: the HFS/CUC
  merger w: the reserves

HFS merger reserve was considered
very high - ques @ this she w/ refer
to CC or HFS or Mike Monaco

OK who have final say, so on whether
  the reserves

<u>Ideas</u> - OK @ estab or reversing

    HFS was big part of estab the Cendant reserve

    HFS very involved w/ all aspects of the businesses.

<u>Inside sales</u> had to report to the co.
    (some of them did)
        ES CC } did have to
        EKS } report
        but not AP
    - OK how they wld do that

<u>CC, AL & EKS resigned on same day;</u>
    AP @ same time

    EKS said he didn't want to work for a big co.

    Haven't spoken to CC or AP since the summer

    Spoke to EKS a few weeks ago - business

<u>Waigel Report</u> — lead of IR at HFS
- Mike W. tried to simplify the
  present'n of the co. to Wall St.
  → Cendant
  ↳ worked w/ CC com't

- OK @ discrepancy

poss'ly 10/97
12/97 - 1/98 — plane ride home fr Calif
  - HFS discussed using Radman ler
    ↳ corp. communication firm
    ⇒ who t use upon closing of
    mergers ⇒ comfortable w/ <u>RL</u>
      - always make sure
        Robinson is paid
      - tell her we'll also
        use Kept for acq'ns
    ⇒ using them on an our-goes basis

<u>300 M bill</u> — spoke to HFS @ time of
    closing of merger   ↳ we've hired
  - at his office - NYC         RL on a monthly

(19)

Scios – have them bill us for the
fees & chg it to the reserve

300M – was for the entire yr of 1998
 - upcoming yr was heavily merger
   related
 - cld be as low as 70%
   e.g. the PR wld emphasize
       the merger

→ went to Ford, told CG, WAF & Cindy
                                        debut

→ rolled his eyes: "Henry is
  putting a lot of things into the MR"

but wanted a
series of invoices
of 5M/ recorded
LH that RL was
the

→ very aggressive b man

→ no rxn

3 ref.
comparables

                                    no rxn

300M/12 = 25M/mo
5M invoiced approx each mo.

4/98 (cont'd) WAF - lot of everybody charged v. the merger
- LH went to Denise O'Brien to call security
Highlighted the 300A RL expense to 595 at WAF

↳ after the announcement of security irregularities.

HFS had discussion of the RL events

after the 4/14 announcement left off Stanford office & didn't return there for 10 days
days "2 prior, told LH of irregularities & said that only WAF knows

→ worked w/ HFS to get the press release done - 10 days worked in HFS office
- then went back to Stanford
- 6 weeks later - worked on severance pkg
- left co 6/17 + "August, ended consulting K

<u>Inst'l investors</u> - DK of any in N.J.

Prudential was a [C] but not in the top 10

→ Fidelity - Boston
WP Stewart
Putnam
Capital Research
} none are in <u>N.J.</u>

<u>Budgets</u> - not involved in the process
- she was not a profit center &
her costs varied widely
- no discussion w/ analysts
@ <s>budgets</s>
- she never got this info in
- did not tell analysts what the
co was projecting for the yr.
- cos do not give internal projections
- what they do is comment on the
analysts projection

<u>First Call</u> - an organization that gathers the
sell-side analysts projections & publishes them
- CMC subscribed to this
- predictable business model + conservative

RC0232

w/ analysts = tight range of projections -
pre call
    — mostly the former (not the latter)


Never heard analyst express concern @
size of restructuring reserve (fact 1
did not effect the bottom line they
were looking at (i.e. the oper'g EPS)).


Never sold any stock — CUC
    — invested her own $ in CD +
    still owns the stock.

RC  Marcil
PW
JP
PM

7/7/99
Laura Hamilton
Atty - Ock Pritzell

BA econ from Notre Dame 1981
MA in public commun from Syracuse 1982(?)
Cahoon, Russo - IR   6 mos.   NYC
Morgan Wall Assoc - IR  2½ yrs.  NYC
CUC - 6/95   from ad in national employmt
   weekly. Sent resume to KS. Contacted
   by someone from HR. Then interviewed
   by CC WF KS and AL
Hired as VP IR, PR and Corp Commun.
Oversaw dept., dealt w/ outgoing news
   production of annual reports - duties
   remained the same throu out tenure at CU
   Chris Jones PR   Cindy Hodnet Mgr of PR
   Cindy Tobin - events planner - reported to her
   When merger w/ HFS   Elliott Bloom - was
   VP of IR and intended him as direct report
   L.H. became Senior VP for Cendant.
Left Cendant 6/98, consultant until end
of 8/98.  Recently went to work for
Niehouse, Ryan Wong - public relations
   Reported to CC - no official training
   Replaced Sandra Morgan who was w/ CUC
   for a long time - well liked - took lesser role

before leaving.
CC came in as CFO 6 mos prior to LH leaving so had an idea of her role.
Reported to CC until merger then reported directly to WF until leaving the co.

CC - very involved w/ Wallstreet & investment community - LH turned to CC for answers

AP - didn't know her very well - not involved w/ investors, some contact w/ numbers

- CS - not alot to do w/ him unless CC was too busy related occasionally to financial info

KS - not very involved w/ investment community but would meet w/ major investors. After a while asked not to be involved unless absolutely necessary.

<u>Quarterly releases</u>  1/4 reports stopped after 1½ years - put press release in flashy form and sent to investors. 10Q is more elaborate and detailed than press release
 4-6 weeks after close of 1/4 would prepare skeleton of press release and go to CC for additional info affecting results and

desired tone. Later would add quotes from WF. Waited for #'s from accounting. Then draft sent to WF, KS, CC and AL. CC and Amy Lipton really reg reviewed it before release. The morning of release someone from accting would go over #'s and tables for approval

Verbal approval from WF, CC, KS, AL would sometimes entail. # changes would be approved by CC.

MS, CS and KK (at beginning) were involved w/ providing #'s from accting. Process remains the same throughout tenure w/ CUC.

Understood the #'s for the 10Q were well established at the time of the press release although the 10Q came out after the press release.

CC spent alot of time getting the #'s together during the approx 45 days after the 1/4 closing.

Thinks there was a discrepancy once in the #'s — doesn't recall circumstances.

WF - normal involvement in press release — might tweak it, but heavy involvement was CC and AL

L.H's secretary prepared the press release

Press release is the standard form of communicat w/ Wall Street — doesn't know if it is legally required.   Serves as open line of communicat w/ Wall Street and expected by Wall Street. of Co. results.   To communicate w/ current shareholders and get new investors. No selective disclosure by releasing it publicly. Allows co to put its spin on events.

Wall St watches revenue growth by categories, net income (earnings) profit margins, membership, growth, aggression of international growth.

Meeting or beating Wall Street expectations — disappointing Wall Street — co faces a [lot of] losses of credability if it becomes a pattern or the return to,

Stock valuation more important to acquisitive companies like CUC.

Never involved in conversations regarding the effect of meeting Wall Street expectations.

Often talked to CC about how they were doing pro never heard anything regarding a possible shortfall.

CC (or senior mgr) created a financial model in detail by working w/ the analysts. CC would guide them by saying they were too conservative.   All side analysts —

PM000284

financial model included statement of income, revenue expectation, profit and earning expectation

CC had fairly frequent contact w/ analysts due to frequent acquisitions. New analysts had more contact. CC would occasionally push for something from the analysts, but generally was a straight forward CFO

13 analysts  Bean Stearns, Alex Brown, Merrill Lynch, Hanburg & Quist, William Blair, Cowen, Goldman Sachs

There were times when extraordinary charges took place, and the distinction was drawn to show including vs excluding these charges as non recurring. Analyst did not include expected non recurring expenses into their models typically. Typically would give info on recurring and non recurring charges.

EPS typically would exclude non recurring charges - believes this is typical - was told it was a more accurate portrayal of the co.

Operating earnings were emphasized, but for accuracy included the non recurring charges.

CC told her to rearrange a press release to show operating earnings before gross although common sense to her would put it the other way. After that always did it w/ operating earnings first.

Perused SEC reporting to be familiar w/ what was released to key dealings, was not involved in editing. Doesn't recall that SEC filings did not separate operating earnings. May have been asked once about it by an analyst. Asked CC about it and he said that is not the way the SEC wants it filed.

Operating earnings did not include mergers reserves and maybe legal expenses.

Doesn't know who made decisions on what was a one time or non recurring charge - would get the #s from CC. Doesn't know the regulations.

LH's secretary would send release to (Bloomberg wire service) wire services and a blast fax service sent it to investors (sell side analysts and portfolio mgr.

~~Ostra~~ Olivia Cook was secretary, ~~Karin was secretary~~

1/4 reports were mailed out to investors.

Annual report - design firm used - LH handled front of book. Accting would send disk for back section. LH edited the front of book and sent it to senior mgt for further editing. CC was involved

in editing front of book, doesn't know about back. Worked daily w/ AL to make sure it met legal requirements.

Annual report distribution was the same as 1/4 reports. Thinks mailing list came from her secretary or Virginia Claiborne. Initially done internally, but then outsourced, LH doesn't recall the mailing company.

CC had constant dialogs w/ analysts thru out the year quarter to answer questions. Initially CC handled all the model question but then due to [crossed out] being busy LH handled some. Shared secretary w/ CC. CC directed some inquiries to LH. LH was involved w/ some conversations w/ analysts would take notes so she could answer questions. If she didn't have an answer would get answer from CC or refer it to Tim.

Merger reserves
Not involved in detailed conversations about it. CC would tell her the # if analysts wanted it broken down it would be referred to CC.

Heard a little more regarding HFS merger overheard WF & CC. CC said HS wanted the reserve to be as big as possible, thinks

WF was present in WF's office. CC didn't say why. WF didn't react. Doesn't recall any other conversations. Analyst's comment "Oh good I don't have to worry about your earnings" Don Huchberger from W&P Stuart(?) — upon hearing about the size of the reserve. Understood that reserve were being used (prevalent) to help earnings. Understood it was a[something] used by companies on Wall Street. Thought it was legal.

Managed earnings — putting reserves in a drawer and pulling them out when they needed it. Heard of other clients prior to CUC doing it. Read about it in the press. Heard about it more when at CUC.

Didn't think there was management of earnings at CUC until the time of the merger w/ HFS. Wasn't until the very end that she suspected it might be going on at CUC. Believed it was a predictable earnings model so they always had consistent earnings.

Ideon reserve raised questions about the size of the reserve, but more frequently w/ the HFS merger. Whispers on Wall Street about the HFS merger, but nothing in writing. HFS was considered a very

Yigt reserve. Questions were referred to HFS or CC.
Doesn't know who had final authority for establishing the reserves, but CC told her the HS.

Ideon reserve - doesn't know about the establishment or reversal of the reserve or who established it.
HS was involved at the establishment of the merger reserve for HFS/CUC. HS was very involved "hands on" while WF was not. KS was hands on.

Certain officers had to report the sale of stock, not sure of who did. AP did not. Doesn't know the process for reporting - legal process. AL more involved and would report it.

Resignations
Was aware of KS, CC and AL leaving. KS said he didn't want to work for a huge company. All made a lot of money on the merger and thought that's why they were leaving.
Only spoke to KS since announcement

KS is working for a small start up company dealt w/ him thru Ler current business — did not discuss this matter.

Wargoty report — tried to create a way to analyze the company in a simple manner — creating a new model. CC worked w/ Wargoty on this project. Doesn't recall issues w/ discrepancy from the annual report.

Robinson Lerer — HS discussed using them on plane ride in 10/97 (approx.) We always used Robinson Lerer. HS was comfortable using them as he retd
① Always make sure Linda Robinson is involved
② Going to continue using Kert as well

HS said they hired Robinson Lerer on a monthly basis, told her to get an estimate for a yearly cost for the writing off against the merger reserve. LH said about 95% could have been merger related.
LH went back to Stamford and to WF, CC and Hodgnet.
CC rolled his eyes and said Henry was doing that with alot of things. LH thought this was HS's aggressive business style.

PM000290

WF just shrugged - no reaction.
Cindy Hodnet - no reaction, just told because she would be facilitating it.
CC told LH that's fine, but need getting an invoice for $5,000 per month so payment to them wouldn't be forgotten. This is what was done.

In 4/98 conversation w/ WF - he wanted a list of everything charged against the merger. LH went to Denise (part time person who reported to WF's secretary) O'Brien to get list.

- Highlighted the Robinson Lerer bill because of concern that HS would criticize CUC's use of the merger reserve. Believes this was after the announcement of the irregularities.

Also listed approx. $500,000 for WF - didn't know what it was for.

Knows HS gave different version of the Robinson Lerer charge. Never discussed it with him.

A day or so prior to press release HS told her about massive irregularities. She left the co and went to Kent to work on the release. Returned to Stamford about 10 days later. HS said don't say anything

to anyone who doesn't know already.
Worked in HS office for about 10 days after. Was told she could continue working in NY. Told them there were people working for her in Stamford and she had to go back. Relationship changed shortly after that.

Prudential visited them - not a top 10 stockholder.

LH not involved in budget process. Not aware budgets were given to analysts - thought budgets were all internal and not discussed w/ analysts. LH did not have access to the budget info. Thought projection model was closely related to budget. Companies don't give internal projections. Analysts come up w/ projections, then are guided by the company.

Subscriber to "first call".

CC was guiding the analysts, not LH. CC approved any info provided to the analysts.

Analysts look at the operating bottom line.
Never sold any shares