# EXHIBIT 5

**Ziegler, Marcie**

| | | | |
|---|---|---|---|
| **From:** | Christopher_Mattei@ctd.uscourts.gov [Christopher_Mattei@ctd.uscourts.gov] | **Sent:** | Tue 12/6/2005 7:45 PM |
| **To:** | Norman.Gross@usdoj.gov | | |
| **Cc:** | Simon, Barry; Craig.Carpenito@usdoj.gov; Michael.Martinez2@usdoj.gov; Keeley, Meg; Ziegler, Marcie; Cary, Rob | | |
| **Subject:** | U.S. v. Walter Forbes 02cr264 - Paragraph 7 of defendant's motion | | |
| **Attachments:** | | | |

Counsel,

The court has re-read Kernkraut's testimony and the closing arguments. The court has also carefully re-read paragraph 7 of the defendant's motion. The court is now focusing, in deciding whether to give a curative instruction, on whether the government is representing, after diligent inquiry, that the testimony at issue is not testimony it has a duty to correct. The fact that there are "no records" of quarterly conference calls does not give rise to such a duty.


Chris Mattei
Law Clerk for the Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, Connecticut 06103
860.240.3906
Christopher_Mattei@ctd.uscourts.gov

🛈 You replied on 12/6/2005 9:32 PM.

**Ziegler, Marcie**

| | | | |
|---|---|---|---|
| **From:** | Craig.Carpenito@usdoj.gov [Craig.Carpenito@usdoj.gov] | **Sent:** | Tue 12/6/2005 8:05 PM |
| **To:** | 'Christopher_Mattei@ctd.uscourts.gov' | | |
| **Cc:** | Gross, Norman; Michael.Martinez2@usdoj.gov; Cary, Rob; Ziegler, Marcie; Keeley, Meg; Simon, Barry | | |
| **Subject:** | U.S. v. Walter Forbes 02cr264 - Paragraph 7 of Defendant's Motion | | |
| **Attachments:** | | | |

The United States represents that, after diligent inquiry and investigation, the testimony at issue in paragraph 7 of Defendant's Motion to Strike Improper Rebuttal Argument by Government and for a Curative Instruction is not testimony that the United States has a duty to correct.

🛈 You forwarded this message on 12/6/2005 9:36 PM.

**Ziegler, Marcie**

| From: | Ziegler, Marcie | **Sent:** Tue 12/6/2005 9:32 PM |
| To: | Craig.Carpenito@usdoj.gov; 'Christopher_Mattei@ctd.uscourts.gov' | |
| Cc: | Gross, Norman; Michael.Martinez2@usdoj.gov; Cary, Rob; Keeley, Meg; Simon, Barry | |
| Subject: | RE: U.S. v. Walter Forbes 02cr264 - Paragraph 7 of Defendant's Motion | |
| Attachments: | | |

We request that the government disclose the factual basis for this representation and make it a part of the record. There is not merely an absence of documents on this point. There is affirmative testimony by Laura Hamilton on this issue.

Marcie Ziegler

---

**From:** Craig.Carpenito@usdoj.gov [mailto:Craig.Carpenito@usdoj.gov]
**Sent:** Tue 12/6/2005 8:05 PM
**To:** 'Christopher_Mattei@ctd.uscourts.gov'
**Cc:** Gross, Norman; Michael.Martinez2@usdoj.gov; Cary, Rob; Ziegler, Marcie; Keeley, Meg; Simon, Barry
**Subject:** U.S. v. Walter Forbes 02cr264 - Paragraph 7 of Defendant's Motion

The United States represents that, after diligent inquiry and investigation, the testimony at issue in paragraph 7 of Defendant's Motion to Strike Improper Rebuttal Argument by Government and for a Curative Instruction is not testimony that the United States has a duty to correct.