UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
September 27, 2004
Kevin F. Rowe, Clerk
By S. L. Smith
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | |
| WALTER A. FORBES and ) | September 27, 2004 |
| E. KIRK SHELTON. ) | |

**MOTION OF WALTER A. FORBES TO SEAL PLEADINGS**
**(Forbes Trial Motion No. 37) (Filed Under Seal)**

Walter A. Forbes, through undersigned counsel, respectfully moves to seal all pleadings relating to the issue of Stuart Bell's testimony until the conclusion of this trial. The subject of Mr. Bell's testimony raises a number of sensitive issues. Mr. Forbes would be severely prejudiced if pleadings concerning Mr. Bell's testimony were available to the public, because it could result in the disclosure of highly prejudicial and inadmissible information to members of the unsequestered jury. It could be particularly prejudicial because of the danger that the actual positions of the parties could be easily misinterpreted or distorted, as has occurred in prior press coverage of this case. In particular, the general public often fails to understand the fundamental proposition that even totally innocent individuals can properly invoke their rights under the Fifth Amendment, Ohio v. Reiner, 532 U.S. 17, 21 (1991), and because there is a serious danger that media reports could focus solely on Mr. Bell's invocation of his rights, and not on the fact that he denies fraudulent conduct and that Mr. Forbes in fact wants that exculpatory

GRANTED nunc pro tunc September 27, 2004
Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/15/05