UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON, | : | |
| | : | |
| Defendants. | : | DECEMBER 21, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of CENDANT CORPORATION in the above-captioned action.

CENDANT CORPORATION

By: /s/ Samuel Kadet
Samuel Kadet – ct07880
skadet@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square New York, New York 10036
Telephone: (212) 735-2570
Fax: (917) 777-2570
Its Attorneys

-2-

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on December 21, 2005 to:

Counsel For The U.S. Government
James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

Counsel For E. Kirk Shelton
Hope C. Seeley, Esq.
Hubert Santos, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT 06106

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172

Day, Berry & Howard LLP
Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
CityPlace 1, 185 Asylum Street
Hartford, CT 06103

MilBank, Tweed, Hadley & McCloy, LLP
Scott A. Edelman, Esq.
Thomas A. Arena, Esq.
1 Chase Manhattan Plaza
New York, NY 10005-1413

Barry S. Simon
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

Brendan V. Sullivan, Jr.
Margaret A. Keeley
Robert M. Cary
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

James T. Cowdery
Thomas J. Murphy
Cowdery, Ecker & Murphy
750 Main St., Suite 910
Hartford, CT 06103-4477

Alfred U. Pavlis
Daly & Pavlis
107 John St.
Southport, CT 06490

Scott A. Edelman
Edward A. Stelzer
Kylie Davidson
Thomas A. Arena
Milbank, Tweed, Hadley & McCloy-NYC
One Chase Manhattan Plaza
New York, NY 10005

Daniel E. Reynolds
Lankler, Siffert & Wohl
500 Fifth Ave., 33rd Fl.
New York, NY 10110-3398

Helen Gredd
Lauren Freundlich
Lankler, Siffert & Wohl
500 Fifth Ave., 33rd Fl.
New York, NY 10110-3398

Douglas S. Eakeley
R. Scott Thompson
Lowenstein, Sandler, Kohl, Fisher & Boylan
65 Livingston Avenue
Roseland, NJ 07068-1791

Joel H. Thompson
Shelley R. Sadin
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

Alan R. Friedman
Gary P. Naftalis
Michael Tremonte
Kramer, Levin, Naftalis & Frankel
919 Third Ave.
New York, NY 10022-3903

Christopher K. Kiplok
Derek J.T. Adler
William R. Maguire
Hughes, Hubbard & Reed
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Joel B. Casey
Peter W. Hull
McCarter & English
Cityplace I - 185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Richard C. Tynan
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Robert Fettweis
Wolf Block Brach Eichler
101 Eisenhower Pkwy.
Roseland, NJ 07068

Ralph G. Elliot
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

Harold James Pickerstein
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

Peter W. Tomlinson
Saul B. Shapiro
Gregory L. Diskant
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Audrey Strauss
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza, 25th Floor
New York, NY 10004-1980

Ira B. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

Ethan A. Levin-Epstein
Garrison Leven-Epstein Chimes & Richardson
405 Orange Street
New Haven, CT  06511

-4-

| | |
|---|---|
| Melinda Hardy<br>U.S. Securities & Exchange Commission<br>450 Fifth Street, NW<br>Washington, DC  20549 | Ed Dauber<br>Greenberg Dauber Epstein & Tucker<br>One Gateway Center<br>Newark, NY 07102 |
| Faisal M. Zubairi<br>Kirkpatrick & Lockhart LLP – NJ<br>One Newark Center<br>Newark, NJ  07102 | Christopher J. Christie<br>James McMahon<br>John J. Carney<br>Ralph J. Marra, Jr.<br>Richard J. Schechter<br>US Attorney's Office<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 |

/s/ C. Donald Neville
C. Donald Neville – ct24001

852473