UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>)<br>) | No. 3:02CR264 (AWT)<br><br>December 21, 2005 |

OBJECTIONS OF WALTER FORBES TO READ-BACK
OF TESTIMONY OF STEVEN KERNKRAUT
AND MOTION OF WALTER FORBES FOR MISTRIAL

Defendant Walter A. Forbes, through undersigned counsel, respectfully objects to any read-back of the testimony of Steven Kernkraut requested by the jury in Court Exhibit 23 for the reasons set forth below. Mr. Forbes also renews his motion for a mistrial based on the erroneous admission of testimony by Mr. Kernkraut and moves for a mistrial based on the jury's request for a read-back of portions of Mr. Kernkraut's testimony.

1. The jury's request seeks a read-back of portions of testimony by Mr. Kernkraut to which Mr. Forbes has objected. That testimony also formed part of the basis for Mr. Forbes' motion for a mistrial based on the testimony of Mr. Kernkraut. Mr. Forbes incorporates herein by reference all of his prior objections to Mr. Kernkraut's testimony, as well as Forbes Retrial Motion No. 15 (motion for mistrial based on Mr. Kernkraut's testimony) (filed October 23, 2005) and Forbes Retrial Motion No. 16 (concerning Mr. Kernkraut's testimony) (filed October 18, 2005), and the opening and reply memoranda filed by Mr. Forbes in support of those

motions.[1]

2.  Court Exhibit 23 includes a request for a read-back of Mr. Kernkraut's testimony concerning purported quarterly earnings conference calls conducted by CUC in years prior to the announcement of the Cendant merger in mid-1997. That testimony was (at best) incorrect and misleading, and the government had a duty to correct it. The Court should not permit any read-back of testimony by Mr. Kernkraut on this subject to the jury.[2] Mr. Forbes incorporates

---

[1] To the extent any read-back includes testimony by Mr. Kernkraut with respect to Mr. Bell and/or pre-1995 CUC accounting, Mr. Forbes also incorporates herein by reference his objections to that testimony based on Forbes Retrial Motion No. 7 and Forbes Retrial Motion *In Limine* No. 23 (both of which are incorporated herein by reference); see also Page 13 of Mr. Forbes' Final Objections to the Court's Final Jury Instructions (filed December 7, 2005) (incorporated herein by reference). In addition, to the extent any read-back makes reference to government exhibits to which Mr. Forbes has objected, such as GX 1400, GX 1403, and GX 1409, Mr. Forbes incorporates herein by reference his objections to the admission of those exhibits.

[2] The government asserted in a recent pleading that it has records of CUC conference calls on April 22, 1996, September 4, 1997, and December 2, 1997. See Opp. to Motion (1) to Strike Improper Rebuttal Argument by Government and (2) for a Curative Instruction (filed December 12, 1997) at 12. The April 22, 1996 call, however, related to the announcement of the Ideon merger, as prosecutor Martinez acknowledged on December 6, 2005. See Tr. 3666. It was not a quarterly earnings conference call. The document reflecting that call is appended hereto as Exhibit 1. The September 4, 1997 and December 2, 1997 calls took place after the announcement of the Cendant merger in May 1997 -- consistent with Mr. Forbes' testimony. While the government asserts that it was not aware of Ms. Hamilton's deposition testimony until after its rebuttal summation, Opp. at 14 n.3 (despite Cendant's ongoing cooperation with the government and the fact that the government has access to all confidential materials in the Cendant civil litigation), the government certainly was aware of its own interview with Ms. Hamilton on July 7, 1999, which it acknowledges was consistent with her deposition testimony, id. at 14. Furthermore, on November 3, 2005, counsel for Mr. Forbes informed counsel for the government that there was a deposition transcript for Ms. Hamilton

2

herein by reference his Motion (1) to Strike Improper Rebuttal Argument by Government and (2) for a Curative Instruction and Notice of Continuing Wallach Objection (filed December 5, 2005), as well as pages 112-113 of Mr. Forbes' Final Objections to the Court's Final Jury Instructions (filed December 7, 2005).[3/]

        3.    Mr. Forbes objects to any read-back of Mr. Kernkraut's testimony that relates to the subject of membership numbers or membership renewal rates. The Court has not stricken all of Mr. Kernkraut's testimony on those subjects. In light of the testimony by Mr. Kernkraut that has been stricken by the Court, however, and the Court's curative instruction that there is no issue in this case concerning membership numbers or membership renewal rates (Instruction No. IV(H) in the Court's final instructions),[4/] it would be misleading and prejudicial to Mr. Forbes for the jury to hear a read-back of any testimony by Mr. Kernkraut on either subject.

---

and offered to give the government a copy. See Exhibit 2.

[3/]    See also Giglio v. United States, 405 U.S. 150 (1972); Miller v. Pate, 386 U.S. 1 (1967); Napue v. Illinois, 360 U.S. 264 (1959); Alcorta v. Texas, 355 U.S. 28 (1957) (per curiam); White v. Ragen, 324 U.S. 760 (1945) (per curiam); Pyle v. Kansas, 317 U.S. 213 (1942); Mooney v. Holohan, 294 U.S. 103 (1935) (per curiam); Su v. Filion, 335 F.3d 119 (2d Cir. 2003); Jenkins v. Artuz, 294 F.3d 284 (2d Cir. 2002); United States v. Vozzella, 124 F.3d 389 (2d Cir. 1997); United States v. Wallach, 935 F.2d 445 (2d Cir. 1991); DuBose v. Lefevre, 619 F.2d 973 (2d Cir. 1980).

[4/]    Mr. Forbes objected to the Court's curative instruction concerning Mr. Kernkraut and re-asserts his objections herein. See Pages 85-91 of Mr. Forbes' Final Objections to the Court's Final Jury Instructions (filed December 7, 2005) (incorporated herein by reference). Mr. Forbes' references to the curative instruction herein should not be construed as a waiver of any of Mr. Forbes' objections to the Court's curative instruction.

4. Mr. Forbes renews his motion for a mistrial based on the testimony of Mr. Kernkraut (Forbes Retrial Motion No. 15) (incorporated herein by reference), and further moves for a mistrial based on the jury's request for a read-back of a portion of Mr. Kernkraut's testimony. See Motion (1) to Strike Improper Rebuttal Argument by Government and (2) for a Curative Instruction and Notice of Continuing Wallach Objection (filed December 5, 2005) (incorporated herein by reference); Pages 112-113 of Mr. Forbes' Final Objections to the Court's Final Jury Instructions (filed December 7, 2005) (incorporated herein by reference). The jury's request for a read-back of a portion of Mr. Kernkraut's testimony highlights the prejudicial effect of the improper admission of the portions of Mr. Kernkraut's testimony addressed in Forbes Retrial Motion Nos. 15 and 16, the government's arguments based on that testimony, the Court's refusal to give any curative instruction based on the government's rebuttal argument, and the Wallach issues raised by Mr. Forbes.

5. In the event the Court permits a read-back of the requested portions of Mr. Kernkraut's testimony over Mr. Forbes' objection, Mr. Forbes requests that the Court give a curative instruction to the jury that (i) CUC did not conduct quarterly earnings conference calls prior to the announcement of the Cendant merger in May 1997; (ii) Mr. Kernkraut's testimony to the contrary was erroneous; and (iii) Mr. Kernkraut's testimony on this subject has been stricken and should be entirely disregarded by the jury. See Motion (1) to Strike Improper Rebuttal Argument by Government and (2) for a Curative Instruction and Notice of

Continuing Wallach Objection (filed December 5, 2005) (incorporated herein by reference); Pages 112-113 of Mr. Forbes' Final Objections to the Court's Final Jury Instructions (filed December 7, 2005) (incorporated herein by reference).

     5.    In the event the Court reads back the requested portions of Mr. Kernkraut's testimony over Mr. Forbes' objection, Mr. Forbes requests that the Court read its curative instruction concerning the stricken testimony of Mr. Kernkraut (Instruction No. IV(H) in the Court's final instructions) immediately after any testimony by Mr. Kernkraut on the subject of membership numbers, membership renewal rates, or "key variables" is read to the jury. Mr. Forbes requests that the Court interrupt the read-back in order to give its curative instruction immediately after the first testimony by Mr. Kernkraut on this subject is read back (over objection) (page 144:4), and at least after pages 327:19 and 331:1 are read back over objection. If the Court does not read the curative instruction each time that Mr. Kernkraut uses the term "key variables" during the testimony read back over Mr. Forbes' objection, Mr. Forbes requests that the Court expressly advise the jury (as part of the curative instruction given during the read-back) that Mr. Kernkraut uses the term "key variables" to mean CUC's membership numbers and membership renewal rates, which are not at issue in this case. See Tr. 143:7-11.

## CONCLUSION

For the foregoing reasons, Mr. Forbes objects to any read-back of Mr. Kernkraut's testimony in response to Court Exhibit No. 23. Mr. Forbes also renews

his mistrial motion based on Mr. Kernkraut's testimony and moves for a mistrial based on the jury's request for a read-back of a portion of Mr. Kernkraut's testimony.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No.ct17115)
Barry S. Simon  (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

# EXHIBIT 1

APR-22-1996 08:14    EXECUTIVE TELECONFERENCE    P.01



# AT&T TeleConference Executive Offerings
## 800 932-1100   FAX: 800 742-6895
### Conference Participant List

| | |
|---|---|
| To: | ALICIA COOK |
| Fax #: | 203 977 8501 |
| Conference ID#: | 304430 |
| Company Name: | C U C INTERNATIONAL |
| Host's Name: | CEO WALTER FORBES |
| Name of Conference: | C U C INTERNATIONAL CONFERENCE |
| Date of Conference: | MONDAY APRIL 22, 1996 08:30 EDT |

**NAME**

1. FORBES, WALTER
2. NATHAN, DON
3. BENJAMIN, KEITH
4. BERNSTEIN, FRAN
5. FEISS, CHRIS
6. GHAZI, KIAN
7. KERNKRAUT, STEVE
8. MANDEL, VICTOR
9. MULLINS, KEITH
10. SPITZ, RITA
11. SUTTON, GEORGE
12. SWEENEY, PAUL

Please feel free to contact us at 1-800-932-1100 if you have any questions
or if we can be of further assistance.
Thank you for using the AT&T Executive TeleConference Service

Page 1

TOTAL P.01

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0385692

TO:   JOHN HAMLET, AT&T   (PH: 1-800-932-1100)

FX:   1-800-742-6895

Please set up the call per our phone call and the instructions below. Please tape the call.

---

### CUC International Conference Call
### 8:30 a.m.
### Monday, April 22

Conf # ~~see att~~

---

Host:    Walter A. Forbes, Chairman & CEO, CUC International

---

1. Call first and <u>do not announce on rollcall (VERY IMPORTANT)</u>

   Robinson Lerer ................... Don Nathan ......................................... (212) 484-7782

2. Call Participants next in this order:

   NOTE: GUESTS SHOULD BE IN <u>LISTEN MODE ONLY UNTIL THE Q&A</u>

   ✓ Alex Brown ......................... Chris Feiss ......................................... (410) 783-3259
   ✓ Bear Stearns ....................... Steve Kernkraut ................................. (212) 272-4305
   ✓ Goldman Sachs ................... Victor Mandel ................................... (212) 902-6789
     Hambrecht & Quist ............. Jim Pettit ........................................... (415) 576-3563
   ✓ Lehman Bros. ..................... Kian Ghazi ........................................ (212) 526-3753
   ✓ Merrill Lynch ..................... Fran Bernstein ................................... (212) 449-2316
     PaineWebber ...................... Craig Bibb ........................................ (212) 713-1416
     Rauscher Pierce .................. George Sutton ................................... (214) 989-1410
   ✓ Robertson Stephens ............ Keith Benjamin ................................. (415) 693-3285
   ✓ Smith Barney ..................... Keith Mullins .................................... (212) 816-1812
     Wheat First ........................ Paul Sweeney .................................... (804) 782-3396
   ○ William Blair ...................... Rita Spitz ........................................... (312) 364-8158

3. Lastly, Call Host (+2), explain all conf. call procedures to the Host

   CUC International ............... Walter Forbes, Chairman & CEO .......... (203) 965-5118
   ....................................... Cosmo Corigliano, CFO ....................... at same # above
   ....................................... Laura Plevyak, VP Investor Relations .. at same # above

*Don Nathan as authorization to make cges to conf call*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0385693

# EXHIBIT 2

> ⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Ziegler, Marcie**

| | | | |
|---|---|---|---|
| **From:** | Montgomery, Elizabeth | **Sent:** | Thu 11/3/2005 6:12 PM |
| **To:** | Christopher_Mattei@ctd.uscourts.gov; michael.martinez2@usdoj.gov; craig.carpenito@usdoj.gov | | |
| **Cc:** | | | |
| **Subject:** | Defense Witness List | | |

**Attachments:** 📄 Defense Witness List.pdf(7KB)

Attached is our witness list for next week. Although the list is generally in the order in which we presently intend to call them, we are still in the process of contacting them and determining their schedules.

Also, we intend to call the witness to whom Retrial Motion No. 7 is addressed.

Counsel, the only reverse Jenks material that we have for these witnesses are the civil deposition transcripts for Philip Laskawy, Fred Green and Laura Hamilton, which we assume that you have. If not, please let us know and we will get them to you.

Robert Cary/lm

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Objections of Walter Forbes to Read-Back of Testimony of Steven Kernkraut and Motion of Walter Forbes for Mistrial to be sent on December 21, 2005 to the following via email and hand delivery:

> Michael Martinez, Esq.
> Craig Carpenito, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ 07102

and to the following via email and Federal Express:

> Norman Gross, Esq.
> U.S. Attorney's Office
> District of New Jersey
> 401 Market Street
> Fourth Floor
> Camden, NJ 08101

_____
Barry S. Simon