**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------- x
UNITED STATES OF AMERICA           :   Criminal Action No.
                                   :
            Plaintiff,             :   3:02 CR 00264 (AWT)
                                   :
    - against -                    :
                                   :
WALTER A. FORBES and               :
E. KIRK SHELTON                    :
                                   :
            Defendants.            :   JANUARY 17, 2006
---------------------------------- x

**CENDANT CORPORATION'S MOTION FOR LEAVE TO FILE A SURREPLY IN FURTHER OPPOSITION TO DEFENDANT E. KIRK SHELTON'S MOTION FOR STAY OF SENTENCE PROVIDING FOR RESTITUTION**

Cendant Corporation ("Cendant") hereby moves for an Order granting it leave to file a surreply memorandum of law in further opposition to defendant E. Kirk Shelton's Motion for Stay of Sentence Providing for Restitution (the "Stay Motion"). In support thereof, Cendant states that its request to file a surreply is based on new information that came to its attention after filing its opposition to the Stay Motion. Cendant believes that submission of a surreply memorandum is appropriate here in order to supplement the record with newly discovered information.

Cendant's motion to file a surreply does not involve disputed issues of law and therefore no memorandum of law in support of Cendant's motion is submitted.  See D. Conn. L. Civ. R. 7(a)(1) (made applicable herein by D. Conn. L. Cr. R. 1(c)).  In support of its motion, Cendant submits its proposed surreply.

WHEREFORE, Cendant respectfully requests that the Court grant this Motion and permit it to file the attached surreply in further opposition to the Stay Motion.

Dated: Harford, Connecticut
January 17, 2006

                MOVANT - CENDANT CORPORATION

      By: /s/ C. Donald Neville
         Robert E. Kaelin - ct11631
         rkaelin@murthalaw.com

         C. Donald Neville – ct24001
         dneville@murthalaw.com

         Murtha Cullina LLP
         CityPlace I - 185 Asylum Street
         Hartford, Connecticut 06103-3469
         Telephone:    (860) 240-6000
         Facsimile:    (860) 240-6150
         Its Attorneys

          Of Counsel:

          Samuel Kadet - ct07880  
          skadet@skadden.com  
          SKADDEN, ARPS, SLATE,  
            MEAGHER & FLOM LLP  
          Four Times Square  
          New York, New York 10036-6522  
          Telephone:    (212) 735-3000  
          Facsimile:     (212) 735-2000

#858107