# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| Plaintiff, | 3:02 CR 00264 (AWT) |
| - against - | |
| WALTER A. FORBES and E. KIRK SHELTON | |
| Defendants. | JANUARY 17, 2006 |

## CENDANT CORPORATION'S MOTION FOR LEAVE TO FILE A SURREPLY IN FURTHER OPPOSITION TO DEFENDANT E. KIRK SHELTON'S MOTION FOR STAY OF SENTENCE PROVIDING FOR RESTITUTION

Cendant Corporation ("Cendant") hereby moves for an Order granting it leave to file a surreply memorandum of law in further opposition to defendant E. Kirk Shelton's Motion for Stay of Sentence Providing for Restitution (the "Stay Motion"). In support thereof, Cendant states that its request to file a surreply is based on new information that came to its attention after filing its opposition to the Stay Motion. Cendant believes that submission of a surreply memorandum is appropriate here in order to supplement the record with newly discovered information.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  1/19/06