```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :    No. 3:02CR00264 (AWT)
                              :
         v.                   :    January 25, 2006
                              :
WALTER A. FORBES and          :
E. KIRK SHELTON
```

**UNITED STATES' MOTION TO OBTAIN COPIES OF NOTES FROM THE DELIBERATING JURY DURING THE INITIAL TRIAL THAT WERE PLACED UNDER SEAL BY THE COURT**

Defendant Shelton's appeal from the judgment of conviction and sentence in this case is currently pending before the United States Court of Appeals for the Second Circuit. United States v. E. Kirk Shelton, Second Circuit No. 05-4342cr. In connection with that appeal, Government counsel wish to examine certain notes sent by the deliberating jury to the Court during the first trial in this case, which notes were placed under seal by the Court. The jury notes at issue were designated Court Exhibits numbers 44, 45, 47, 48, 49, 54, and 63.

Government and defense counsel reviewed those notes during the initial trial, but the Government does not have copies of those notes. The Government is not requesting that the notes be unsealed at this time, but only that the Court direct the Clerk to deliver sealed copies of those notes to Government counsel and to Shelton's appellate counsel.

Accordingly, the Government respectfully requests that the Court direct the Clerk to deliver to Government counsel and counsel for Shelton sealed copies of Court Exhibits numbered 44, 45, 47, 48, 49, 54, and 63 from the initial trial in this matter.

                              Respectfully submitted,
                              CHRISTOPHER J. CHRISTIE
                              Special Attorney
                              U.S. Department of Justice

                              ***Norman Gross/s***
                     By:   NORMAN GROSS
                              Special Attorney
                              U.S. Department of Justice

January 25, 2006
Camden, New Jersey

**CERTIFICATE OF SERVICE**

    I certify that I caused copies of the foregoing United States' Motion to Obtain Copies of Notes from the Deliberating Jury During the Initial Trial That Were Placed Under Seal by the Court to be served upon the following by email and by first class United States Mail:

John W. Nields  
Howrey LLP  
1299 Pennsylvania Ave., N.W.  
Washington, DC 20004  
Nieldsj@howrey.com

Barry S. Simon  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C.  20005-5901  
bsimon@wc.com

 

_____  
LYNDA POWERS  
U.S. Department of Justice

Dated:    January 25, 2006  
          Camden, New Jersey