UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | February 8, 2006 |
| WALTER A. FORBES. ) | |

### Motion of Walter A. Forbes to Seal the Attached Pleadings

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing the attached two pleadings concerning continued jury deliberations, and all related pleadings, memoranda, and exhibits. The attached pleadings address continued deliberations by the jury, and public disclosure prior to the discharge of the jury could threaten the integrity of those continued deliberations.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

                        James T. Cowdery (Bar No. ct05103)
                        Thomas J. Murphy (Bar No. ct07959)
                        COWDERY, ECKER & MURPHY, L.L.C.
                        750 Main Street
                        Hartford, CT 06103-2703
                        (860) 278-5555 (phone)
                        (860) 249-0012 (fax)
                        tmurphy@cemlaw.com (e-mail)

                        Attorneys for Walter A. Forbes

Dated: February 8, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Seal the Attached Pleadings to be sent to the following on February 8, 2006 via FedEx and via e-mail:

        Norman Gross, AUSA
        U.S. Attorney's Office
        District of New Jersey
        401 Market Street
        Fourth Floor
        Camden, NJ 08101

        Michael Martinez, AUSA
        Craig Carpenito, AUSA
        U.S. Department of Justice
        450 Main Street, Room 320
        Hartford, CT 06103

                      _____
                      Barry S. Simon