UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WALTER A. FORBES. ) <br> ) <br> ) | No. 3:02CR264 (AWT) <br> February 8, 2006 <br><br> (Filed Under Seal) |

### Proposed Stipulation of Walter A. Forbes

The defense, subject to its previously articulated, continuing objections to any further jury deliberations, hereby proposes to stipulate, pursuant to Fed. R. Crim. P. 23(b)(2), that a jury of fewer than 12 persons, but no less than 10 persons, may return a verdict if there is good cause to excuse another juror.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP

    By: _____
        Brendan V. Sullivan, Jr. (Bar No. ct17115)
        Barry S. Simon (Bar No. ct24159)

        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        (202) 434-5000 (phone)
        (202) 434-5029 (fax)
        bsimon@wc.com (e-mail)

        - and -

        James T. Cowdery (Bar No. ct05103)
        Thomas J. Murphy (Bar No. ct07959)
        COWDERY, ECKER & MURPHY, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

        Attorneys for Walter A. Forbes

Dated: February 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Proposed Stipulation of Walter A. Forbes to be sent to the following on February 8, 2006 via FedEx and via e-mail:

>Norman Gross, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street
>Fourth Floor
>Camden, NJ 08101
>
>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Department of Justice
>450 Main Street, Room 320
>Hartford, CT 06103

_____
Barry S. Simon