UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 3:02CR00264(AWT)
)
WALTER A. FORBES )

---

### STIPULATION PURSUANT TO FED. R. CRIM. P. 23(b)(2)

There are currently eleven jurors. The parties hereby stipulate pursuant to Fed. R. Crim. P. 23(b)(2) that a jury of fewer than 12 persons, but no less than 10 persons, may return a verdict if there is good cause to excuse another juror.

_____
AUSA Michael Martinez
AUSA Craig Carpenito

_____
Walter A. Forbes

_____
Brendan V. Sullivan, Jr.
Barry S. Simon

The court hereby approves the foregoing stipulation. It is so ordered.

Dated this 9th day of February 2006 at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge