AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**DISTRICT OF** Connecticut

FILED
2006 FEB -9 P 4: 41

United States
v.
Walter A. Forbes

GOV'T ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:02CR264 (AWT)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alvin W. Thompson | Carpenito, Martinez | Simon, Cary, Sullivan, Keeley, Ziegler |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 10/17/05 - 2/9/06 | Huntington, Thompson, Warner, Collard | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/17/05 | | | Steve Kernkraut., Short Hills, New Jersey |
| 1 | | 10/18/05 | | | Steve Kernkraut resumes the stand |
| 2 | | 10/18/05 | | | James C Rowan, Jr., Simsbury, Connecticut |
| 2 | | 10/19/05 | | | James Rowan resumes the stand |
| 3 | | 10/19/05 | | | Robert Sack, Charlottesville, Virginia (Expert) |
| 4 | | 10/19/05 | | | Michael Patrick Monaco, Bronxville, New York |
| 4 | | 10/20/05 | | | Michael Monaco resumes the stand |
| 4 | | 10/24/05 | | | Michael Monaco resumes the stand |
| 5 | | 10/24/05 | | | Anne Pember, Madison, Connecticut |
| 5 | | 10/25/05 | | | Anne Pember resumes the stand |
| 6 | | 10/25/05 | | | Kevin Kearney, Redding, Connecticut |
| 6 | | 10/26/05 | | | Kevin Kearney resumes the stand |
| | | 10/26/05 | | | Testimony of Walter Forbes (from prior proceeding) read into the record |
| 7 | | 10/31/05 | | | Cosmo Corigliano, Old Saybrook, Connecticut |
| 7 | | 11/1/05 | | | Cosmo Corigliano resumes the stand |
| 7 | | 11/2/05 | | | Cosmo Corigliano resumes the stand |
| 7 | | 11/3/05 | | | Cosmo Corigliano resumes the stand |
| 7 | | 11/8/05 | | | Cosmo Corigliano resumes the stand |
| 7 | | 11/9/05 | | | Cosmo Corigliano resumes the stand |
| 8 | | 11/9/05 | | | Brian Heckler, Evanston, Illinois (Expert) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages