UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 FEB -9  P 4: 41

DISTRICT COURT
HARTFORD, CT.

**HONORABLE ALVIN W. THOMPSON**        **CRIM. NO. 3: 02CR00264 (AWT)**

UNITED STATES OF AMERICA
v.
WALTER A. FORBES

## GOVERNMENT'S EXHIBIT LIST

Appearances:

MICHAEL MARTINEZ
Special Attorney, U.S. Department of Justice

CRAIG CARPENITO
Special Attorney, U.S. Department of Justice

## LIST OF EXHIBITS

| Exhibit # | Description | Evid. | Date (all 2005) |
|---|---|---|---|
| Ex. 17 | Memorandum from Kirk Shelton to distribution re: HFS Merger dated 6/3/97 | F | 10/31 |
| Ex. 58a | Annual Revenue and Earning Summary 9/13/95 | F | 10/31 |
| Ex. 62b | CUC Revenue and EBIT schedule | F | 10/31 |
| Ex. 68 | Merrill Lynch Report on Ideon dated 4/23/96 REDACTED/LIMITED PURPOSE | F | 10/31 |
| Ex. 124 | Letter from Cosmo Corigliano to Cendant re: Termination dated 4/17/1998 LIMITED PURPOSE | F | 10/31 |
| Ex. 288 | Merrill Lynch Comment - 3/13/97 REDACTED/LIMITED PURPOSE | F | 10/31 |
| Ex. 379 | Facsimile from Scott Forbes to Henry Silverman/ Mike Monaco re: Yesterday's Discussion 3/7/98 | F | 10/20 |
| Ex. 382 | Summary operating/non operating schedule 3/8/98 | F | 10/31 |
| Ex. 395 | Schonfeld's Annual Report 12/31/97 (210502-210619) | F | 11/2 |
| Ex. 398 | Letter dated 12/9/93 to Robert Rittereiser from Walter Forbes | F | 11/15 |
| Ex. 427a.4 | Annual report 1995 (NJDI-0000601-639) | F | 11/2 |
| Ex. 430 | Surveillance Invoice w/attachments bate stamped CEN0709075-6; CEN01471879-CEN014771916 | F | 11/8 |
| Ex. 435 | Letter From Walter Forbes to Robert Rittereiser re: compensation 8/16/93 | F | 10/31 |
| Ex. 438 | Letter from Walter Forbes to Robert Rittereiser re: crossroads 11/16/94 | F | 11/15 |
| Ex. 484 | Ideon reserve roll forward | F | 10/24 |

| Exhibit # | Description | Evid. | Date (all 2005) |
|---|---|---|---|
| Ex. 485 | Two versions of Anne Pember's letter to Audit File dated 4/11/1997 (one faxed to Capparelli) | F | 10/24 |
| Ex. 485A | one page not faxed | F | 10/24 |
| Ex. 493 | CUC/HFS Merger Related Costs 4/18/98 | F | 10/24 |
| Ex. 497 | Employment Agreement between CUC and Anne Pember 08/01/96 | F | 10/24 |
| Ex. 498 | Letter from Forbes & Shelton to Anne Pember re: Employment Agreement 11/17/97 | F | 10/19 |
| Ex. 521 | Ideon usage schedule 1997 | F | 10/24 |
| Ex. 527 | Ideon usage schedule | F | 10/24 |
| Ex. 529 | Representation letter to E&Y from WAF 02/03/98 | F | 10/24 |
| Ex. 538 | Memorandum from W. Forbes to Anne Pember 3/27/98, revised 4/2/98 | F | 10/19 |
| Ex. 609 | Memorandum from Forbes to all Stamford Employees re: Management Changes 12/13/94 | F | 10/31 |
| Ex. 611 | Memorandum from Shelton for Distribution re: Financial Reporting and Corporate Relations database 3/5/98 | F | 10/20 |
| Ex. 616 | Memorandum from Shelton to Silverman re: Cendant Organizational Charts 10/21/97 | F | 10/31 |
| Ex. 617 | HFS/CUC Issues | F | 10/31 |
| Ex. 628 | CUC Annual Report 1991 | F | 11/2 |
| Ex. 629 | CUC Investor Report 1992 | F | 11/2 |
| Ex. 630 | CUC Annual Report 1993 | F | 11/2 |
| Ex. 631 | CUC Annual Report 1994 | F | 11/2 |
| Ex. 633 | CUC Annual Report 1996 | F | 10/31 |
| Ex. 634 | CUC Annual Report 1997 | F | 10/19 |

| Exhibit # | Description | | Evid. | Date (all 2005) |
|---|---|---|---|---|
| Ex. 663 | CUC Fourth Quarter Printout 11/8/90 | | F | 10/31 |
| Ex. 666 | Copy of handwritten analysis of cancel rates | | F | 10/31 |
| Ex. 668 | Membership Reserve as of 1/31/91 | | F | 10/31 |
| Ex. 827 | Cendant News Release 4/15/98 LIMITED PURPOSE | | F | 10/20 |
| Ex. 828 | Cendant News Release 2/4/98 | | F | 11/2 |
| Ex. 1200 | HSB Employee's Retirement Trust Securities Voucher 2/23/98 - $183,112.50 | | F | 10/18 |
| Ex. 1301 | S-4 Certified SEC Documents 6/21/96 | | F | 11/2 |
| Ex. 1303 | S-4 Certified SEC Documents 6/21/96 | | F | 11/2 |
| Ex. 1304 | 10-Q Certified SEC Documents 4/30/95 | | F | 11/1 |
| Ex. 1305 | 10-Q Certified SEC Documents 7/31/95 | | F | 11/1 |
| Ex. 1306 | 10-Q Certified SEC Documents 10/31/95 | | F | 11/1 |
| Ex. 1307 | 10-K Certified SEC Documents 1/31/96 | | F | 11/1 |
| Ex. 1308 | 10-Q Certified SEC Documents 4/30/96 | | F | 11/1 |
| Ex. 1309 | 10-Q Certified SEC Documents 7/31/96 | | F | 11/1 |
| Ex. 1310 | 10-Q Certified SEC Documents 10/31/96 | | F | 10/17 |
| Ex. 1311 | 10-K Certified SEC Documents 1/31/97 | | F | 11/1 |
| Ex. 1312 | 10-Q Certified SEC Documents 4/30/97 | | F | 11/1 |
| Ex. 1313 | 10-Q Certified SEC Documents 7/31/97 | | F | 11/1 |
| Ex. 1314 | 10-Q Certified SEC Documents 10/31/97 | | F | 11/1 |
| Ex. 1315 | 10-K Certified SEC Documents 12/31/97 | | F | 11/1 |
| Ex. 1323 | Form 4 Certified SEC Document 2/6/97 | | F | 11/1 |
| Ex. 1324 | Form 4 Certified SEC Document 2/10/97 | | F | 11/1 |
| Ex. 1331 | Form 4 Certified SEC Document 4/10/98 | | F | 11/1 |

| Exhibit # | Description | Evid. | Date (all 2005) |
|---|---|---|---|
| Ex. 1400 | Bear Stearns Recommendation Follow Up 7/14/94 LIMITED PURPOSE | F | 10/18 |
| Ex. 1409 | Bear Stearns Recommendation-Follow Up 5/24/96 LIMITED PURPOSE | F | 10/18 |
| Ex. 1500 | Letter to Rittereisser from W. Forbes w/attached chart re: Compensation 12/11/97 | F | 10/31 |
| Ex. 1529 | CUC Due Diligence Presentation - selected portion | F | 10/31 |
| Ex. 1531 | Consolidated Budget 1998 Adjustments | F | 10/31 |
| Ex. 1539 | CUC Summary | F | 10/31 |
| Ex. 1546 | Plea Agreement with Cosmo Corigliano 1/14/00 | F | 10/31 |
| Ex. 1775 | Reserve Consolidation 1/31/96 | F | 10/31 |
| Ex. 1777 | CUC Annual - Printed 2/9/96 | F | 10/31 |
| Ex. 1792 | EBIT Revenue Comparison 97-98 | F | 10/25 |
| Ex. 1813.1 | Press Release 4/23/96 | F | 10/18 |
| Ex. 1815 | Minutes of Audit Committee Meeting 1/25/98 | F | 10/20 |
| Ex. 1817 | Executive Committee Meeting Agenda 1/16/98 | F | 10/20 |
| Ex. 1828 | Quit Claim Deed dated 6/8/98 From Walter and Caren Forbes to Caren Forbes for 362 Mill Creek Circle, Vail, CO, Lot 9, Block 1 | F | 10/26 |
| Ex. 1830 | Warranty Deed dated 12/4/98 from Walter and Caren Forbes to Caren Forbes for 100 Ocean Rd, Apt 312, Vero Beach, FL | F | 10/26 |
| Ex. 1832 | Quit Claim Deed dated 12/15/99 from Walter Forbes to Caren Forbes for 687 Smith Ridge Road, New Canaan, CT | F | 10/26 |
| Ex. 1953 | CUC Press Release 12/2/96 | F | 10/31 |
| Ex. 9320 | CUC Int.Press Release for QE 7/31/93 | F | 10/26 |
| Ex. 9321 | Consolidation for QE 7/31/93 | F | 10/25 |

| Exhibit # | Description | Evid. | Date (all 2005) |
|---|---|---|---|
| Ex. 9322 | P&L Rec for 7/31/93 | F | 10/25 |
| Ex. 9510 | Press Release (3pp) 5/31/95 | F | 11/2 |
| Ex. 9512 | CUC - P&L Reconciliation 4/30/95 | F | 10/25 |
| Ex. 9520 | Press Release (4pp) 8/29/95 | F | 11/2 |
| Ex. 9530 | Press Release (4pp) 11/29/95 | F | 11/2 |
| Ex. 9610 | Press Release (3pp) 5/22/96 | F | 11/2 |
| Ex. 9620 | Press Release (4pp) 9/4/96 | F | 11/2 |
| Ex. 9630 | Press Release 12/2/96 | F | 11/2 |
| Ex. 9710 | Press Release (3pp) 5/28/97 | F | 11/2 |
| Ex. 9720 | Press Release (6pp) 9/4/97 | F | 11/2 |
| Ex. 9730 | Press Release (6pp) 12/2/97 | F | 11/2 |
| Ex. 3058 | CUC and Cendant Stock Price Jan. 1990 - April 1998 (last page) LIMITED PURPOSE | F | 10/17 |
| Ex. 3059 | CUC Cendant Stock Price Chart LIMITED PURPOSE | F | 10/17 |
| Ex. 3070 | Letter to E&Y from Forbes, Shelton, Corigliano re: CUC financial statements dated 3/19/96 | F | 11/1 |
| Ex. 3075 | EED Co. Service Invoice dated 1/15/97 reports on 707 Summer Street and 941 Ponus Ridge Road and copy of CUC Check | F | 11/8 |

|  |  |  |  |
|---|---|---|---|
| Ex. 11,007 | E&Y Bruce Botti review | F | 11/9 |
|  |  |  |  |
| Ex. 20,244 | Termination Agreement between Cendant and Walter A. Forbes dated 7/28/98 | F | 11/15 |
| Ex. 20,500 | CUC Proxy and cover letter dated 5/18/93 | F | 11/1 |
| Ex. 20,501 | CUC Proxy and cover letter dated 5/5/94 | F | 11/1 |
| Ex. 20,502 | CUC Proxy and cover letter dated 5/5/95 | F | 11/1 |
| Ex. 20,503 | CUC Proxy and cover letter filed 6/5/96 | F | 11/1 |
| Ex. 20,504 | CUC Proxy and cover letter filed 6/11/97 | F | 11/1 |
| Ex. 20,507 | Form 4 Certified SEC Documents 7/9/93 | F | 11/1 |
| Ex. 20,508 | Form 4 Certified SEC Documents 11/10/93 | F | 11/1 |
| Ex. 20,509 | Form 4 Certified SEC Documents 12/9/93 | F | 11/1 |
| Ex. 20,510 | Form 4 Certified SEC Documents 10/7/94 | F | 11/1 |
| Ex. 20,511 | Form 4 Certified SEC Documents 12/11/95 | F | 11/1 |
| Ex. 20,512 | Compensation Chart for Walter A. Forbes | F | 11/1 |
| Ex. 20,513 | Form 4   4/8/91 | F | 11/1 |
| Ex. 20,514 | CUC Proxy and cover letter filed 3/31/98 | F | 11/1 |
| Ex. 20,515 | Form 4   8/7/92 | F | 11/1 |
| Ex. 20,516 | Form 4   12/7/92 | F | 11/1 |
| Ex. 20,518 | Walter Forbes Stock Sales Chart | F | 11/1 |
| Ex. 20,519 | Form 4   6/4/93 | F | 11/1 |