UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | CASE NO. 3:02CR264 (AWT) |
| WALTER A. FORBES | : | |

## GOVERNMENT'S MARKED DEMONSTRATIVE EXHIBIT LIST

| Exh. No. | Admitted | Date | Description of Exhibit |
| --- | --- | --- | --- |
| 50,500 | ID only | | Balance Sheet at Year End ($ million) 2005 - 2004<br>Cash  Plant  and Equipment – total assets<br>Accounts payable – bank debt – total liabilities |
| 50,501 | ID only | | Income Statement – year ended 2005, 2004, 2003<br>Revenue (fees, sales) |
| 50,502 | ID only | | Statement of cash flows for year 2005, 2004, 2003<br>Cash from operations<br>Case used in investments |
| 50,503 | ID only | | 1. Schedules were consistently wrong<br>2. Frequently evasive<br>3. Often tried all kinds of techniques to ensure that they did not deal with us on a timely basis |
| 50,504 | ID only | | 4. Unprofessional and unresponsive<br>5. Unbelievably incompetent performances<br>6. Tremendously difficult environment<br>7. Ineptitude of the client |
| 50,505 | ID only | | April 15, 1998<br>     Cendant announces acctg irregularities<br>July 1998 |
| | | | |