AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

FILED
2006 FEB -9 P 4: 41

United States
V.
Walter A. Forbes

DEFT ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:02CR264 (AWT)

| PRESIDING JUDGE Alvin W. Thompson | PLAINTIFF'S ATTORNEY Carpenito, Martinez | DEFENDANT'S ATTORNEY Simon, Cary, Sullivan, Keeley, Ziegler |
|---|---|---|
| TRIAL DATE(S) 10/17/05 - 2/9/06 | COURT REPORTER Huntington, Thompson, Warner, Collard | COURTROOM DEPUTY Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11/9/05 |  |  | Greg Danilow, New York, New York |
|  | 2 | 11/9/05 |  |  | Philip Laskawy, Greenwich, Connecticut |
|  | 3 | 11/9/05 |  |  | Susan Markel, Centreville, Virginia |
|  | 3 | 11/10/05 |  |  | Susan Markel resumes the stand |
|  | 4 | 11/10/05 |  |  | Casper Sabatino, Sherman, Connecticut |
|  | 5 | 11/14/05 |  |  | Paul Weissman, Closter, New Jersey (out of the presence of the jury) |
|  | 6 | 11/14/05 |  |  | Matthew Greiner, Vienna, Virginia (out of the presence of the jury) |
|  | 5 | 11/14/05 |  |  | Paul Weissman, Closter, New Jersey |
|  | 7 | 11/14/05 |  |  | Walter Forbes, New Canaan, Connecticut |
|  | 7 | 11/15/05 |  |  | Walter Forbes resumes the stand |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages