UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA            :

    v.                              :       CASE NO. 3:02CR264 (AWT)

WALTER A. FORBES                    :

FILED

2006 FEB -9  P  4: 42

DISTRICT COURT
HARTFORD, CT.

## DEFENDANT'S MARKED EXHIBIT LIST

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit |
|----------|----------|-----------------|------------------------|
| 1-A | F | 11/3 | Cosmo Corigliano Stock Sales Chart |
| 2-A | F | 11/3 | Money Spent by Mr. Corigliano under Budget Agreement (Chart) |
| 10 | F | 11/3 | Exhs. 1-A. 94, and 1004 through 1010   (BINDER) |
| 19 | F | 11/8 | Corigliano Property Tax Records |
| 20 | F | 11/3 | Exhs. 2-A, 400, and 30 through 44   (BINDER) |
| 23 | F | 11/8 | Assessor's Property Information on 38 Watrous Point Road |
| 29 | F | 11/8 | Plat of Lots 7 & 8 on Watrous Point Road in Old Saybrook |
| 30 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 9/30/00 |
| 31 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 12/31/00 |
| 32 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 3/31/01 |
| 33 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 6/30/01 |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|----------|----------|-----------------|-----------------------|---|
| 34 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 9/30/01 | |
| 35 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 12/31/01 | |
| 36 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 3/31/02 | |
| 37 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 6/30/02 | |
| 38 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 9/30/02 | |
| 39 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 12/31/02 | |
| 40 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 3/31/03 | |
| 41 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 6/30/03 | |
| 42 | F | 113 | Corigliano's Quarterly Statement for Quarter Ending 9/30/03 | |
| 43 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 12/31/03 | |
| 44 | F | 11/3 | Corigliano's Quarterly Statement for Quarter Ending 3/31/04 | |
| 94 | F | 11/3 | Form 4 for Corigliano, dated 9/1/95 | |
| 200 | F | 10/31 | 1/13/99 Corigliano Proffer Agreement | |
| 264 | F | 11/2 | 6/6/95 CUC Int'l. Board of Directors Minutes | |
| 268 | F | 11/2 | 6/8/95 Memorandum, Corigliano/Distribution re: Audit Committee Meeting Minutes | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 270 | F | 11/2 | 6/16/95 Letter, Corigliano/Storino | |
| 271 | F | 11/2 | 6/16/95 Letter, Corigliano/Ferry | |
| 274 | F | 11/2 | Form 8-K for CUC Int'l. filed 7/29/95 | |
| 277 | F | 11/2 | 9/6/95 CUC Board Meeting Minutes | |
| 278 | F | 11/2 | 9/14/95 Letter, Corigliano/Storino | |
| 279 | F | 11/2 | 9/14/95 Letter, Corigliano/Ferry | |
| 280 | F | 11/2 | Form S-8 for CUC Int'l. filed 9/19/95 | |
| 281 | F | 11/2 | Registration Statement (Form S-3) for CUC Int'l. filed 10/6/95 | |
| 284 | F | 11/2 | Form 8-K for CUC Int'l. filed 10/20/95 | |
| 296 | F | 11/1 | Page from Mr. Corigliano's Calendar - 11/29/95 | |
| 302 | F | 11/2 | 12/14/95 Letter, Corigliano/Storino | |
| 306 | F | 11/2 | 1/15/96 CUC Int'l. Board of Directors Minutes | |
| 313 | F | 11/2 | Form 8-K Current Report for CUC Int'l. - 2/22/96 | |
| 315 | F | 11/2 | 3/19/96 CUC Int'l. Press Release | |
| 324 | F | 11/2 | 4/10/96 CUC Int'l. Board of Directors Minutes | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 331 | F | 11/1 | 5/22/96 Ernst &Young Closing Conference Agenda for CUC | |
| 332 | F | 11/1 | Page from Corigliano Calendar - 5/22/96 | |
| 336 | F | 11/2 | 6/7/96 CUC Int'l. Board of Directors Minutes | |
| 360 | F | 11/2 | Form S-3 for CUC Int'l. filed on 8/29/96 | |
| 365 | F | 11/2 | 9/10/96 CUC Int'l. Board of Directors Minutes | |
| 366 | F | 11/2 | 9/12/96 CUC Audit Committee Meeting Minutes | |
| 378 | F | 11/2 | 11/14/96 Engagement Letter, Ernst & Young/Corigliano | |
| 380 | F | 11/1 | Page from Corigliano Calendar - 12/2/96 | |
| 385 | F | 11/2 | 12/4/96 CUC Int'l. Board of Directors Minutes | |
| 398 | F | 11/2 | 1/19/97 CUC Board Meeting Minutes | |
| 399 | F | 11/1 | 1/20/97 Memorandum, Corigliano/Distribution | |
| 400 | F | 11/3 | 8/28/00 Agreement between Corigliano and the SEC | |
| 417 | F | 11/2 | 9/27/95 CUC Audit Committee Meeting Minutes | |
| 419 | F | 11/2 | 12/14/95 Letter, Corigliano/Ferry | |
| 436 | F | 11/2 | 2/24/97 Letter, Blackman/Corigliano | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 437 | F | 11/2 | 2/25/97 Memorandum, Corigliano/Shelton, Sarkie, Menchaca & McLeod | |
| 444 | F | 11/2 | 3/11/97 CUC Int'l. Press Release | |
| 447 | F | 11/2 | 3/24/97 Letter, Shelton/Montgomery Ward | |
| 448 | F | 11/2 | 3/24/97 Issues with Signature Bid | |
| 459 | F | 11/2 | Form 10-K for CUC Int'l. for Year Ended 1/31/97 | |
| 467 | F | 11/2 | 5/15/97 CUC Int'l. Board of Directors Minutes | |
| 468 | F | 11/3 | Goldman Sachs 5/15/97 Presentation to the Board of Directors | |
| 469 | F | 11/3 | 5/20/97 CUC Int'l. Board of Directors Minutes | |
| 473 | F | 11/3 | 5/22/97 Letter, Blackman/Corigliano | |
| 476 | F | 11/3 | 5/23/97 Letter, Marhefka/Katz | |
| 477 | F | 11/3 | 5/27/97 CUC Int'l. Board of Directors Minutes | |
| 478 | F | 11/3 | Goldman Sachs 5/27/97 Presentation to the Board of Directors | |
| 481 | F | 11/10 | CUC Board Financial Package (for Quarter Ending 4/30/97) | |
| 482 | F | 11/2 | 6/11/97 CUC Int'l. Board of Directors Minutes | |
| 483 | F | 11/2 | 6/10/97 Memorandum, Corigliano/Distribution, re: Minutes of Audit Committee Meeting | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 492 | F | 11/3 | 7/7/97 Memorandum, Corigliano/Distribution | |
| 575 | F | 11/1 | Ernst & Young Checklist for Review of Quarterly Financial Information (for Quarter Ended 4/30/95) | |
| 576 | F | 11/1 | 5/31/95 Ernst & Young Independent Accountant's Review Report for CUC Int'l. | |
| 577 | F | 11/1 | Ernst & Young Summary Review Memo, Quarter Ending 4/30/95 | |
| 578 | F | 11/1 | Ernst & Young Closing Conference Agenda for CUC - FY 1996 | |
| 582 | F | 11/1 | 8/29/95 Independent Accountant's Review Report for CUC Int'l. prepared by Ernst & Young | |
| 583 | F | 11/1 | Ernst & Young Checklist for Review of Quarterly Financials, Quarter Ending 7/31/95 | |
| 585 | F | 11/1 | Ernst & Young/CUC Int'l. Closing Conference Agenda (Quarter Ended 7/31/95) | |
| 587 | F | 11/1 | CUC Closing Conference Agenda for Meeting on 11/29/95 | |
| 588 | F | 11/1 | 11/29/95 Independent Accountants' Review Report for CUC Int'l. prepared by Ernst & Young | |
| 589 | F | 11/1 | Ernst & Young Checklist for Review of Quarterly Financials, 10/31/95 | |
| 593 | F | 11/1 | E&Y Audit Strategies Memorandum, 1/31/96 Audit | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 596 | F | 11/1 | Ernst & Young Report to the CUC Audit Committee for Year End 1/31/96, Consolidated Financial Statements given to Audit Committee | |
| 599 | F | 11/1 | Ernst & Young/CUC Int'l. Closing Conference Agenda - 3/18/96 | |
| 602 | F | 11/2 | CUC Management Letter to E&Y dated 3/19/96 | |
| 603 | F | 11/2 | 3/19/96 Ernst & Young Opinion Letter to CUC Board and Shareholders - Year Ending 1/31/96 | |
| 604 | F | 11/1 | Ernst & Young Summary Review Memorandum for Year Ended 1/31/96 | |
| 605 | F | 11/1 | E&Y Summary of Audit Differences, 1/31/96 Audit | |
| 607 | F | 11/1 | 5/17/96 Ernst & Young Invoice to CUC Int'l. | |
| 617 | F | 11/1 | 5/22/96 Letter, W.Forbes, Shelton & Corigliano/Ernst & Young | |
| 618 | F | 11/1 | Ernst & Young Independent Accountants' Review Report - 5/22/96 | |
| 622 | F | 11/1 | Ernst & Young Checklist for Review of Quarterly Financial Information for Quarter Ending - 4/30/96 | |
| 626 | F | 11/1 | CUC Management Letter to E&Y dated 9/4/96 | |
| 627 | F | 11/1 | Ernst & Young/CUC Int'l. Closing Conference Agenda for Quarter Ended 7/31/96 | |
| 628 | F | 11/1 | Ernst & Young Independent Accountants' Review Report - 9/4/96 | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 629 | F | 11/1 | Ernst & Young Checklist for Review of Quarterly Financial Information for Quarter Ending - 7/31/96 | |
| 631 | F | 11/1 | CUC Management Letter to E&Y dated 9/16/96 | |
| 632 | F | 11/1 | Ernst & Young Summary Review Memorandum for CUC Int'l. For Quarter Ended 7/31/96 | |
| 636 | F | 11/1 | Ernst & Young/CUC Closing Conference Agenda for Quarter Ended 10/31/96 | |
| 637 | F | 11/1 | 12/2/96 Letter, W.Forbes, Shelton & Corigliano/E&Y | |
| 638 | F | 11/1 | Ernst & Young Independent Accountants' Review Report - 12/2/96 | |
| 639 | F | 11/1 | E&Y Summary Review Memo for Quarter Ending 10/31/96 | |
| 640 | F | 11/1 | Ernst & Young Checklist for Review of Quarterly Financial Information for Quarter Ending 10/31/96 | |
| 642 | F | 11/1 | CUC Int'l. Ideon Merger Integration & Restructuring Fees - 10/31/96 | |
| 645 | F | 11/2 | E&Y Audit Strategies Meeting Agenda, 9/26/96 Meeting | |
| 649 | F | 11/2 | CUC Audit Instructions, 1/31/97 Audit | |
| 651 | F | 11/2 | Ernst & Young CUC Report to the Audit Committee, 1/19/97 | |
| 652 | F | 11/2 | Ernst & Young Audit Program Checklist for Year Ending 1/31/97 | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 654 | F | 11/2 | 3/10/97 Letter, W.Forbes, Shelton & Corigliano/Ernst & Young | |
| 655 | F | 11/2 | 3/10/97 Ernst & Young Report of Independent Auditors | |
| 656 | F | 11/2 | Ernst & Young/CUC Closing Conference Items for 3/12/97 Meeting | |
| 669 | F | 11/2 | 6/13/97 Letter, W.Forbes, Shelton & Corigliano/Ernst & Young | |
| 670 | F | 11/2 | 6/13/97 Ernst & Young Independent Accounts Review Report | |
| 671 | F | 11/2 | Ernst & Young Summary Review Memorandum for CUC for Quarter Ended 4/30/97 | |
| 673 | F | 11/2 | Ernst & Young Checklist for Review of Quarterly Financial Information - 4/30/97 | |
| 676 | F | 11/2 | Ernst & Young Checklist for Review of Quarterly Financial Information - 7/31/97 | |
| 677 | F | 11/2 | Ernst & Young Summary Review Memorandum for CUC for Quarter Ended 7/31/97 | |
| 678 | F | 11/2 | E&Y File re: Ideon Reserve Rollforward | |
| 681 | F | 11/2 | Ernst & Young Checklist for Review of Quarterly Financial Information for Quarter Ending 10/31/97 | |
| 687 | F | 11/2 | E&Y Planning Meeting Minutes, 7/30/97 Meeting | |
| 691 | F | 11/2 | Ernst & Young 12/31/97 Audit Strategies Memorandum for Cendant Corporation | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 692 | F | 11/2 | Ernst & Young Internal Controls & Fraud Considerations - 12/31/97 | |
| 696 | F | 11/2 | 2/3/98 CUC Management Representation Letter to E&Y | |
| 698 | F | 11/2 | Ernst & Young Opinion Letter for Year Ending 12/31/97 | |
| 699 | F | 11/2 | Ernst & Young Program for General Audit Procedures (12/97) | |
| 800 | F | 11/3 | March 1998 Calendar | |
| 808 | F | 11/2 | 9/9/97 CUC Int'l. Board of Directors Minutes | |
| 818 | F | 11/3 | 10/1/97 CUC Int'l. Special Stockholder Meeting Minutes | |
| 847 | F | 10/20 | 12/29/97 Memorandum, Silverman/Monaco re: Executive Terminations | |
| 852 | F | 10/20 | 1/20/98 Cendant Minutes of Audit Committee Meeting | |
| 900 | F | 11/1 | 4/17/98 Fax Cover Sheet with 2-page Letter, Corigliano/Board of Directors of Cendant Corporation | |
| 914 | F | 11/8 | Cosmo Corigliano $100,000 Check to Kramer Levin | |
| 917 | F | 11/1 | 4/21/98 SEC Subpoena to Corigliano | |
| 921 | F | 11/9 | Cosmo Corigliano $1,000,000 Check to Kramer Levin | |
| 940 | F | 11/1 | 9/28/98 SEC Subpoena to Cosmo Corigliano | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 945 | F | 11/8 | Cosmo Corigliano $700,000 Check to Kramer Levin | |
| 1004 | F | 11/3 | Mr. Corigliano's Solomon Smith Barney Stock Transaction Record (9/26/93) | |
| 1005 | F | 11/3 | Mr. Corigliano's Solomon Smith Barney Stock Transaction Record (6/27-7/31/94) | |
| 1006 | F | 11/3 | Mr. Corigliano's Solomon Smith Barney Stock Transaction Record (8/29-9/30/94) | |
| 1007 | F | 11/3 | Mr. Corigliano's Solomon Smith Barney Stock Transaction Record (1/30-2/26/95) | |
| 1008 | F | 11/3 | Mr. Corigliano's Solomon Smith Barney Stock Transaction Record (10/30-11/26/95) | |
| 1009 | F | 11/3 | Mr. Corigliano's Solomon Smith Barney Stock Transaction Record (2/1-2/28/98) | |
| 1010 | F | 11/3 | Mr. Corigliano's Solomon Smith Barney Stock Transaction Record (3/1-3/31/98) | |
| 1013 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 12/31/03 | |
| 1014 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 9/30/00 | |
| 1015 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 3/31/01 | |
| 1016 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 6/30/01 | |
| 1017 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 12/31/01 | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 1018 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 3/31/02 | |
| 1019 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 6/30/02 | |
| 1020 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 12/31/02 | |
| 1021 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 3/31/03 | |
| 1022 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 6/30/03 | |
| 1023 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 9/30/03 | |
| 1027 | F | 10/25 | 8/22/00 Letter, Gredd/Walker re: Pember Agreement with SEC | |
| 1028 | F | 10/25 | 12/31/00 Quarterly Statement of Assets for Anne Pember | |
| 1031 | F | 10/25 | 9/30/02 Quarterly Statement of Assets for Anne Pember | |
| 1034 | F | 11/9 | 6/19/96 Fax, Lipton/Neimeth | |
| 1049 | F | 10/25 | 3/1/04 Quarterly Statement of Assets for Anne Pember | |
| 1050 | F | 10/25 | Exhs. 1013-1023, 1027, 1031, 1049, and 60,104-108 (BINDER) | |
| 1060 | F | 11/1 | 4/16/04 Settlement Agreement between Mr. & Mrs. Corigliano and the Securities & Exchange Commission | |
| 1063 | F | 11/3 | 5/20/97 Goldman Sachs Presentation to the Board of Directors | |
| 1064 | F | 11/3 | 5/22/97 Letter, Marhefka/Katz | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 1083 | F | 11/8 | 11/17/96 CUC Int'l. Payment Voucher for $2500 to EED | |
| 1084 | F | 11/8 | CUC General Ledger Interface Report by Department for the Period November 1997 | |
| 1085 | F | 11/8 | Page from Mr. Corigliano's Calendar, focusing on 11/16/96 | |
| 1111 | F | 10/20 | 1/22/98 Letter, Ernst & Young/Monaco re: Relationship Ceased | |
| 1162 | F | 10/25 | 9/23/99 Plea Agreement Letter, Cleary/Gredd | |
| 1169 | F | 10/25 | Organization Chart for CUC Accounting Department | |
| 1187 | F | 11/8 | People's Checking Account Information | |
| 1188 | F | 11/8 | 10/26/05 Letter from Peter Gonedes re: Corigliano's Retainer | |
| 1193 | F | 11/15 | Walter Forbes' Stock Sales by Year | |
| 1194 | F | 11/15 | Stock Sales of Walter Forbes | |
| 1209 | F | 10/25 | 8/29/97 Proxy Statement for CUC/HFS Merger | |
| 1210 | F | 10/20 | 2/3/98 Minutes of Audit Committee Meeting | |
| 1217 | F | 10/20 | 3/7/98 Fax, S.Forbes/Silverman & Monaco | |
| 1222 | F | 10/24 | 3/30/98 Management Representation Letter, Cendant/Deloite & Touche | |
| 1223 | F | 10/24 | 3/30/98 Representation Letter, Cendant/Ernst & Young | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 1243 | F | 10/24 | 3/31/98 Notice of Annual Meeting & Proxy Statement | |
| 1248 | F | 10/20 | Form 8-K Current Report for Cendant Corporation filed 12/18/97 | |
| 1278 | F | 10/20 | 5/27/97 HFS Board Meeting Minutes | |
| 1279 | F | 10/20 | 7/29/97 HFS Board Meeting Minutes | |
| 1280 | F | 10/20 | 5/14/97 Letter, Tarnopol/Silverman, Bear Stearns Engagement Letter | |
| 1282 | F | 10/20 | Bear Stearns Presentation to HFS Board re: Merger dated 5/28/97 - Project Big Bang Presentation | |
| 1283 | F | 10/24 | Form 10-K for Cendant Corporation (Year Ended 12/31/97) | |
| 1285 | F | 10/20 | 1/25/98 Minutes of Cendant Audit Committee Meeting | |
| 1286 | F | 10/20 | 1/26/98 Minutes of Cendant Board of Directors Meeting | |
| 1288 | F | 10/20 | 3/8/98 Cendant Summary re: Budget | |
| 1303 | F | 10/20 | 1997 Restructuring & Merger List | |
| 1307 | F | 10/20 | 1/25/98 Minutes of Cendant Executive Committee Meeting | |
| 1308 | F | 10/20 | 1/20/98 Engagement Letter, Deloite & Touche/Monaco | |
| 1309 | F | 10/20 | Form 8-K Current Report for Cendant Corporation - 1/20/98 | |
| 1314 | F | 10/20 | 4/23/97 HFS Board Meeting Minutes | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit |
|---|---|---|---|
| 1315 | F | 10/20 | 5/12/97 HFS Board Meeting Minutes |
| 1316 | F | 10/20 | 5/22/97 HFS Board Meeting Minutes |
| 1394 | F | 11/15 | Form 4 for Cendant Corporation for February 1998 |
| 1403A | F | 11/14 | Excerpt of CNN *Pinnacle* Story on Walter Forbes (Aired 3/2/96)  (DISK) |
| 1405 | F | 11/15 | CUC Press Releases |
| 1552 | F | 10/25 | 10/15/97 email, Pember/Fullmer (admitted for a limited purpose) |
| 1600A | F | 11/8 | 9/23/05 Memo, Kaye/Whom It May Concern |
| 1621 | F | 11/10 | 6/18/99 Casper Sabatino's Plea Agreement |
| 2105 | F | 11/15 | Statement of Changes in Beneficial Ownership of Securities for Walter Forbes |
| 2106 | F | 11/15 | Statement of Changes in Beneficial Ownership of Securities for Walter Forbes |
| 2108 | F | 11/15 | Statement of Changes in Beneficial Ownership of Securities for Walter Forbes - July 1991 |
| 2114 | F | 11/15 | Statement of Changes in Beneficial Ownership of Securities for Walter Forbes - December 1991 |
| 2116 | F | 11/15 | Statement of Changes in Beneficial Ownership of Securities for Walter Forbes - April 1993 |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 2137 | F | 10/25 | Reserve Allocations | |
| 2240 | F | 11/15 | 2/9/98 & 3/5/98 Branch Checklist for Verbal Approvals | |
| 2246 | F | 11/15 | 3/5/98 Rule 144 Seller's Representation Letter for W. Forbes Stock Sales | |
| 2247 | F | 11/15 | 3/5/98 Letter, Lipton/Dodge | |
| 2336 | F | 11/8 | Register Report (4/1/04 through 7/30/04) re: Corigliano Property Taxes | |
| 2338 | F | 11/8 | People's Bank Statement for Cosmo & Agnes Corigliano | |
| 2339 | F | 11/8 | 2004 Old Saybrook Tax Records for Corigliano property | |
| 2341 | F | 11/8 | Check in the amount of $2134 payable to Old Saybrook Tax Collector re: Corigliano Property Taxes | |
| 2342 | F | 11/8 | Check in the amount of $15,556 payable to Old Saybrook Tax Collector re: Corigliano Property Taxes | |
| 2343 | F | 11/8 | Check in the amount of $1,310.53 payable to Town of Trumbull re: Corigliano Property Taxes | |
| 2345 | F | 11/14 | 4/22/96 CUC Int'l. News Release | |
| 2378 | F | 11/2 | 12/22/97 Fax, McVey/Corigliano | |
| 2385 | F | 11/2 | Undated Memo, Taylor/Corigliano | |
| 2392 | F | 11/2 | 2/18/98 Fax, Buckley/Corigliano | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 2394 | F | 11/2 | 3/2/98 Fax, McVey/Corigliano | |
| 3332 | F | 11/14 | 2/8/89 Memorandum, W.Forbes/All Employees | |
| 7602 | F | 11/14 | 10/29/87 Memorandum, W.Forbes/All CUC Int'l. Employees | |
| 7667 | F | 11/15 | 10/26/97 email, Lipton/Braccia | |
| 8632 | F | 11/14 | 4/10/96 CUC Board Meeting Minutes | |
| 11,013 | F | 11/14 | 1/14/98 Memorandum, W.Forbes/All CUC Employees | |
| 15,683 | F | 11/14 | 6/5/91 Memorandum, W.Forbes/All CUC Employees | |
| 24,000 | F | 11/14 | 4/18/91 CUC Int'l. Board Meeting Minutes | |
| 29,694 | F | 11/15 | 2/17/98 Cendant Roadshow Schedules | |
| 29,958 | F | 11/15 | WAF Itinerary: 3/2/98 - 3/5/98 | |
| 30,527 | F | 11/2 | 9/4/97 Memorandum, Spitz/Corigliano | |
| 30,528 | F | 11/2 | 9/4/97 Fax, Cobb/Hamilton & Corigliano | |
| 30,529 | F | 11/2 | 1/5/97 Fax, Goldstein/Cosmo Corigliano | |
| 30,530 | F | 11/2 | 2/9/98 Fax, Miller/Corigliano | |
| 30,531 | F | 11/3 | 2/18/98 Fax, Buckley/Corigliano | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|----------|----------|-----------------|-----------------------|---|
| 30,533 | F | 11/3 | 2/2/98 Fax, Goldstein/Corigliano | |
| 30,534 | F | 11/3 | 2/27/98 Fax, Hughey/Corigliano | |
| 30,535 | F | 11/3 | 3/17/98 Fax, Spitz/Corigliano | |
| 30,537 | F | 11/3 | 3/10/98 Fax, Feiss & Moshman/Cosmo | |
| 30,545 | F | 11/2 | 1/31/98 email, Corigliano/Pember re: Ideon $45 Million.xls | |
| 30,549 | F | 11/15 | Summary of HFS Issues | |
| 30,702 | F | 11/3 | 2/10/98 Fax, Miller/Corigliano | |
| 30,706 | F | 11/3 | 3/23/98 Fax, Spitz/Corigliano & Hamilton | |
| 31,202 | F | 11/15 | 8/8/97 email, Menchaca/Forbes, Fullmer, Corigliano & Shelton re: HFS TM Results | |
| 60,012 | F | 11/8 | Peoples Plus Statement for Corigliano | |
| 60,018 | F | 11/8 | 12/12/97 Fax, Impellizziers/Jackie | |
| 60,019 | F | 11/8 | 6/13/97 Peter Halmos Settlement Agreement | |
| 60,020 | F | 11/8 | Halmos Stipulation of Settlement filed in Florida case | |
| 60,022 | F | 11/8 | 12/19/96 Letter, Lipton/Danilow | |
| 60,023 | F | 10/25 | 9/13/96 Memorandum, Pastor/Pember, Piro & Ormond | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|----------|----------|-----------------|------------------------|--|
| 60,103 | F | 11/8 | 7/19/99 Stipulation and Settlement Agreement | |
| 60,104 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 6/30/04 | |
| 60,105 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 9/30/04 | |
| 60,106 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 12/31/04 | |
| 60,107 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 3/31/05 | |
| 60,108 | F | 10/25 | Anne Pember Quarterly Statement for Quarter Ended 6/30/05 | |
| 60,112 | F | 11/15 | Anne Pember's Personnel File | |
| 60,113 | F | 11/15 | 12/4/97 Personnel Action Notice for Laura Hamilton | |
| 60,114 | F | 11/15 | Employment Contract for Laura Hamilton | |
| 60,115 | F | 11/15 | 6/17/98 Letter, Christopoul/Hamilton | |
| 60,116 | F | 11/15 | Agreement and General Release for Laura Hamilton | |
| 60,126 | F | 11/15 | 6/8/97 Personnel Action Notice for Laura Hamilton | |
| 61,002 | F | 11/2 | Clean Opinions | |
| 61,003 | F | 11/2 | 10-Q False Financials | |
| 61,004 | F | 11/2 | 10-K False Financials and Annual Reports | |

| Exh. No. | Admitted | Date (all 2005) | Description of Exhibit | |
|---|---|---|---|---|
| 61,005 | F | 11/2 | Other False SEC Filings | |
| 61,006 | F | 11/2 | Press Releases | |
| 61,007 | F | 11/2 | Audit Committee Lied To | |
| 61,008 | F | 11/2 | Board Lied To | |
| 61,009 | F | 11/2 | Other False Financials | |
| 61,010 | F | 11/2 | Analysts Lied To | |
| 61,011 | F | 11/3 | Contact with Analysts | |
| | | | | |

Rev. 11/28/05