UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:02CR264 (AWT) |
| WALTER A. FORBES | : |

## DEFENDANT'S MARKED DEMONSTRATIVE EXHIBIT LIST

| Exh. No. | Admitted | Date | Description of Exhibit | |
|---|---|---|---|---|
| 61,001 | ID only | 11/1/05 | PI   USA   AUSA<br>          FBI<br>   CC | |
| 61,012 | ID only | 11/8/05 | Testimony in Prior Proceeding | |
| 61,013 | ID only | 11/8/05 | Lied While CFO | |
| 61,014 | ID only | 11/8/05 | 4-1-04 – 7-7-04 | |
| 61,015 | ID only | 11/8/05 | WF/CC   NY<br>   \ \<br>   KS   CM | |
| 61,016 | ID only | 11/3/05 | 1-14-00 – 6-28-04 | |
| 61,017 | ID only | | 1985 – 1995 | |
| 61,018 | ID only | | 1985 – 6/97 | |
| 61,019 | ID only | | 707 – CC<br>595 – CS | |

| Exh. No. | Admitted | Date | Description of Exhibit | |
|---|---|---|---|---|
| 61,020 | ID only | 11/10/05 | 1995 – 1997<br>  CC – CFO<br>  CC – VP Acctg<br>  KK – Dir Fin<br>  MS or KM | |
| 61,021 | ID only | | CONSOLIDATION | |
| 61,022 | ID only | | 11/17/97<br>11/17/96 | |
| 61,023 | ID only | | Revenue        small % change<br>- <u>expenses</u><br>  profit | |
| 61,024 | ID only | | 100 revenue<br>+ <u> 2</u><br>  90  exp<br>  <u>89</u> | |
| 61,025 | ID only | | CS        CC<br>MM        AP<br>SF<br>KS | |
| 61,026 | ID only | 11/29/05 | 1-16-98   Ex Com decided<br>1-20-98   Aud Com decided<br>1-22-98   D&T accepted<br>1-22-98   E&Y resigns<br>1-25-98   Aud Com | |
| 61,027 | ID only | 12/5/05 | 1. Prop Transfers / Hide Assets<br>2. Layer of protection<br>3. Saving Pvt. Pember<br>4. Fight for E&Y<br>5. Knew fin'l numbers | |

| Exh. No. | Admitted | Date | Description of Exhibit | |
|---|---|---|---|---|
| 61,028 | ID only | | June<br>July<br>Aug<br>Sept    6<br>Oct<br>Nov<br>Dec    9th | |
| 61,029<br>61,029A | ID only | | 1.  Walter Forbes had no knowledge of finan wrongdoing (Nine points) | |
| 61,030<br>61,030A | ID only | | Six points | |
| 61,031 | ID only | | 233,000.00<br>    2000<br>    2001<br>    2002<br>    2003<br>    2004<br>$917,200.00 | |
| 61,032 | ID only | | 1-16-98 – Ex Com<br>1-20-98 – Audit Com<br>1-20-98 – D&T Ltr | |
| 61,033 | ID only | | 3.600<br>   300<br>   180<br>   4 MIL<br>   917,200<br>   95,000<br>1,012,000 | |
| 61,034 | ID omly | | Page 1   11-17-97   wrong<br>Page 2   Nov. 17, 1996 | |

| Exh. No. | Admitted | Date | Description of Exhibit | |
|---|---|---|---|---|
| 61,035 | ID only | | WF – CC bad <br> \ <br> KS | |
| 61,036 | ID only | | WF – CC bad <br> \ \ <br> KS CM | |

Rev. 12/7/05