AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 FEB -9 P 4: 43

United States
V.
Walter A. Forbes

COURT EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:02CR264 (AWT)

| PRESIDING JUDGE Thompson | | | PLAINTIFF'S ATTORNEY Martinez, Carpenito | | DEFENDANT'S ATTORNEY Sullivan, Simon, Carey |
|---|---|---|---|---|---|
| TRIAL DATE (S) 10/17-2/9/05 | | | COURT REPORTER Huntington, Thompson | | COURTROOM DEPUTY Smith |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 10/17/05 | | | Note from Juror #17 |
| 2 | | 10/24/05 | | | Note from Juror #17 |
| 3 | | 11/2/05 | | | Note from Juror #17 |
| 4 | | 11/8/05 | | | Note from Juror #17 |
| 5 | | 11/8/05 | | | Note from Juror #7 |
| 6 | | 11/10/05 | | | Note from Juror #17 |
| 7 | | 11/10/05 | | | Note from Juror #17 |
| 8 | | 12/7/05 | | | Redacted Indictment |
| 9 | | 12/8/05 | | | Jury Charge |
| 10 | | 12/12/05 | | | Note from Jury |
| 11 | | 12/12/05 | | | Note from Jury |
| 12 | | 12/13/05 | | | Note to Jury |
| 12A | | 12/13/05 | | | Jury Charge (copy) |
| 13 | | 12/13/05 | | | Note from Jury |
| 14 | | 12/13/05 | | | List of Limiting Instructions |
| 15 | | 12/14/05 | | | Note from the Jury |
| 16 | | 12/14/05 | | | Note from the Jury |
| 17 | | 12/15/05 | | | Note from Juror #7 |
| 18 | | 12/15/05 | | | Note from the Jury |
| 19 | | 12/19/05 | | | Note from the Jury (placed under seal) |
| 20 | | 12/19/05 | | | Note from Juror #17 (placed under seal) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | vs. | Walter A. Forbes | CASE NO. 3:02CR264 (AWT) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 21 | | 12/19/05 | | | Letter (placed under seal) |
| 22 | | 12/19/05 | | | Note from Juror #7 |
| 23 | | 12/21/05 | | | Note from the Jury |
| 24 | | 12/22/05 | | | Note from the Jury |
| 25 | | 1/5/06 | | | Note from the Jury |
| 26 | | 1/5/06 | | | Draft of proposed supplemental jury charge |
| 27 | | 1/5/06 | | | Supplemental Jury Charge |
| 28 | | 1/5/06 | | | Note from Juror #17 (under seal) |
| 29 | | 1/5/06 | | | Note from the Jury |
| 30 | | 1/9/06 | | | Note from Juror #7 |
| 31 | | 1/10/06 | | | Note from the Jury |
| 32 | | 1/10/06 | | | Note from the Jury |
| 33 | | 1/11/06 | | | 1/10/06 email, Keeley/Martinez, et al. |
| 34 | | 1/11/06 | | | 1/10/06 email, Mathews/Mattei, et al. |
| 35 | | 1/11/06 | | | 1/11/06 email, Martinez/Mattei, et al. |
| 36 | | 1/11/06 | | | 1/11/06 email, Simon/Mattei, et al. |
| 37 | | 1/11/06 | | | Note to the Jury |
| 38 | | 1/11/06 | | | Note from the Jury |
| 39 | | 1/11/06 | | | 1/11/06 Draft of readback |
| 40 | | 1/17/06 | . | | 1/17/06 Draft of readback |
| 41 | | 1/18/06 | | | Court's conclusions as to testimony of Cosmo Corigliano designated for readback |
| 42 | | 1/24/06 | | | Note from the Jury |
| 43 | | 1/25/06 | | | Note from the Jury |
| 44 | | 1/25/06 | | | Note from the Jury |
| 45 | | 1/26/06 | | | 1/25/06 email, Carpenito/Mattei |
| 46 | | 1/26/06 | | | 1/25/06 email, Keeley/Carpenito & Mattei |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | | | vs. | | Walter Forbes | CASE NO. 3:02CR264 (AWT) |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 47 | | 1/26/06 | | | 1/25/06 email, Keeley/Keeley, Carpenito & Mattei | |
| 48 | | 1/26/06 | | | 1/25/06 email, Keeley/Keeley, Carpenito & Mattei | |
| 49 | | 1/26/06 | | | 1/25/06 email, Keeley/Mattei | |
| 50 | | 1/26/06 | | | 1/25/06 email, Carpenito/Mattei & Keeley | |
| 51 | | 2/25/06 | | | 1/25/06 email, Mattei/Carpenito | |
| 52 | | 1/26/06 | | | 1/25/06 email, Carpenito/Mattei | |
| 53 | | 1/26/06 | | | 1/25/06 email, Carpenito/Keeley & Mattei | |
| 54 | | 1/26/06 | | | 1/25/06 email, Carpenito/Mattei & Keeley | |
| 55 | | 1/26/06 | | | Note to the Jury | |
| 56 | | 1/26/06 | | | Note from the Jury | |
| 57 | | 1/26/06 | | | Note from the Jury (response to court exhibit #55) | |
| 58 | | 1/31/06 | | | Pages designated for readback of Walter A. Forbes | |
| 59 | | 1/31/06 | | | Note from the Jury | |
| 60 | | 2/6/06 | | | Note from the Jury | |
| 61 | | 2/7/06 | | | Note from the Jury | |
| 62 | | 2/9/06 | | | Note from the Jury | |