UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   FILED

2006 FEB -8  P 1:03

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | February 8, 2006 |
| WALTER A. FORBES. ) | |

### Motion of Walter A. Forbes to Seal the Attached Pleadings

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing the attached two pleadings concerning continued jury deliberations, and all related pleadings, memoranda, and exhibits. The attached pleadings address continued deliberations by the jury, and public disclosure prior to the discharge of the jury could threaten the integrity of those continued deliberations.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

FILED 2006 FEB 14 A 11:36 U.S. DISTRICT COURT HARTFORD, CT.

**DENIED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/13/06