UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 FEB -8 P 1:08
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:02CR00264 (AWT) |
| v. | February 8, 2006 |
| WALTER A. FORBES | |

**MOTION OF THE UNITED STATES TO SUBSTITUTE ALTERNATE JUROR FOR EXCUSED JUROR**

In a carefully worded submission, the defendant states that he would be "willing to stipulate to a jury of less than twelve." Meg Keeley E-mail, 2/7/06, 5:42 p.m. The defendant then "notes that the Second Circuit has long stated a preference for proceeding with eleven jurors rather than substituting an alternate juror for an excused juror." Id. Based on the defendant's e-mail, it appears that the defendant would be willing to proceed with eleven, but not with ten or fewer jurors. Indeed, Federal Rule of Criminal Procedure 23(b)(3) does not expressly authorize a district court to accept a verdict from fewer than 11 jurors without a stipulation by the parties. See Fed. R. Crim. P. 23(b)(3) ("After the jury has retired to deliberate, the court may permit a jury of 11 persons to return a verdict, even without a stipulation by the parties, if the court finds good cause to excuse a juror."). Therefore, if another

DENIED, as moot. See Stipulation Pursuant to Fed. R. Crim. P. 23(b)(2) (Doc. No. 2089). It is so ordered.
Alvin W. Thompson, U.S.D.J.
02/13/2006
Hartford, CT