UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 FEB -8  P 1:09

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 3:02CR00264 (AWT) |
| | : |
| v. | : |
| | : February 8, 2006 |
| | : |
| WALTER A. FORBES | : |

**SUPPLEMENTAL MOTION OF THE UNITED STATES TO SUBSTITUTE ALTERNATE JUROR FOR EXCUSED JUROR**

Late last night, defense lawyers conveyed a new proposal to counsel for the United States in response to the United States' request that the Court substitute one of the alternate jurors for the juror who was dismissed yesterday on the defendant's motion. After the United States had argued that a failure to add an alternate juror might result in a mistrial if another juror were unable to deliberate until a verdict is reached, the defendant has now offered to proceed with ten jurors in that event. The United States is still opposed to reducing the number of deliberating jurors below twelve given the availability of the alternates.

After this Court instructed the jurors on January 5, 2006 to continue their deliberations following a note seeking guidance from the Court regarding their lack of unanimity, the jurors have deliberated for over four weeks. The jurors' continued work is

[Margin annotations: "2086  It is so ordered." "DENIED, as moot. See Stipulation Pursuant to Fed. R. Crim. P. 23(b)(2) (Doc. No. 2089). Alvin W. Thompson, U.S.D.J." "02/13/2006 Hartford, CT" "2006 FEB 14 A 11:3 U.S. DISTRICT COURT HARTFORD, CT"]