**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES               )
-------------------------------
```

**SCHEDULING ORDER PURSUANT TO 18 U.S.C. § 3161(e)**

The court declared a mistrial pursuant to Fed. R. Crim. P. 31(b)(3) on February 9, 2006. Pursuant to 18 U.S.C. § 3161(e), which requires that any new trial be commenced within 70 days from the date a mistrial is declared (subject to such periods of delay as are allowed under § 3161(h)), jury selection with respect to Walter A. Forbes is hereby scheduled for April 18, 2006 at 9:30 a.m.

It is so ordered.

Dated this 14th day of February 2006 at Hartford, Connecticut.

                                                /s/
                                  Alvin W. Thompson
                             United States District Judge