UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

APPEARANCE

2006 FEB 17 A 9:56

United States of America

v.   CASE NUMBER: 3:02 CR 00264 (AWT)

E. Kirk Shelton

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   the United States

_____2/16/06_____
Date

phv0901
Connecticut Federal Bar Number

(973) 353-6094
Telephone Number

(973) 297-2010
Fax Number

_____
E-mail address

_____
Signature

John G. Silbermann
Print Clearly or Type Name

970 Broad St., Ste. 700
Address

Newark, NJ 07102

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| Law Offices of Thomas P. Puccio<br>Thomas P. Puccio, Esq.<br>230 Park Avenue, Suite 301<br>New York, NY 10172 | MilBank, Tweed, Hadley & McCloy, LLP<br>Scott A. Edelman, Esq.<br>Thomas A. Arena, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 | Day, Berry & Howard LLP<br>Stanley A. Twardy, Jr., Esq.<br>Gary H. Collins, Esq.<br>CityPlace 1, 185 Asylum Street<br>Hartford, CT 06103 |
|---|---|---|
| Hope C. Seeley, Esq.<br>Hubert Santos, Esq.<br>Santos & Seeley, PC<br>51 Russ Street<br>Hartford, CT 06106 | | |

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24