# EXHIBIT A

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

BARRY S. SIMON
(202) 434-5005
bsimon@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 22, 2006

## VIA E-MAIL AND FEDERAL EXPRESS

The Honorable Alvin W. Thompson
United States District Judge
United States District Court for
  the District of Connecticut
450 Main Street
Hartford, CT  06103

     Re:    United States v. Forbes no. 3:0-2CR264 (AWT)

Dear Judge Thompson:

       Pursuant to Attorney Mattei's request, we have discussed revisions to the Confidential Juror Questionnaire with counsel for the government.  Defense counsel and government counsel have agreed that the Confidential Juror Questionnaire should be amended as indicated in the attached annotations to the version recently provided by Attorney Mattei, and we request that the Court do so.

       In addition to the attached annotations, defense counsel and government counsel have agreed that the questions asked on the Supplemental Questionnaire should be asked in the original Confidential Juror Questionnaire, and we request that the Court do so.

       Defense counsel object to the juror questionnaire being sent out in advance.  In the event that the juror questionnaire is sent out in advance, defense counsel submit that additional questions should be asked and new instructions given.

The Honorable Alvin W. Thompson
February 22, 2006
Page Two

  Defense counsel will promptly provide new proposed instructions to the Court for possible use if the questionnaire is sent to potential jurors in advance, together with proposed questions to be used in the questionnaire to which the government does not agree.

      Respectfully submitted,

      Barry S. Simon

Enclosure

cc: Michael Martinez, AUSA (via FedEx)
   Craig Carpenito, AUSA (via FedEx)

*AGREED CHANGES 2/22/06*

---

Nine Digit Juror Participant Number 10 0__ __ __ __ __ __

Juror Identification Number 01-__ __ __

---

# CONFIDENTIAL JUROR QUESTIONNAIRE

1.  Full Name:
    Age:
2.
    Town of Residence:
3.

## PART I

4.  Have you heard, read or seen anything about this case? ☐ YES ☐ NO

    If YES, please describe:

5.  Have you ever discussed this case, or have you heard anyone else say anything about this case? ☐ YES ☐ NO

    If YES, please explain:

6.  If you have heard, or read or seen anything about this case, what is your reaction to what you have heard or read or seen about this case?

7.  If you have heard, or read or seen anything about this case, based upon what you have heard, read or seen, what stands out most in your mind about this case?

1

8.     Have you heard or read or seen anything concerning any other case that appears to you to be like this case? ☐ YES ☐ NO

     If YES, please describe:

9.     Have you heard of or done business with Walter A. Forbes?

     If you answered yes, please describe anything you know about, have heard, and/or business you have done with Walter A. Forbes:

10.    The following is a list of the attorneys representing the government, the defendant, or potential witnesses in the case. If you know, have heard of, have hired, or worked with any of the following attorneys, please check the appropriate box(es):

| Name | Know | Heard Of | Hired | Worked With |
|------|------|----------|-------|-------------|
| Thomas A. Arena | ☐ | ☐ | ☐ | ☐ |
| Joseph T. Baio | ☐ | ☐ | ☐ | ☐ |
| Ross John Baldessarini | ☐ | ☐ | ☐ | ☐ |
| Michael G. Berger | ☐ | ☐ | ☐ | ☐ |
| Daniel J. Beller | ☐ | ☐ | ☐ | ☐ |
| Eric Bernstein | ☐ | ☐ | ☐ | ☐ |
| Dennis Block | ☐ | ☐ | ☐ | ☐ |
| Michael J. Byrne | ☐ | ☐ | ☐ | ☐ |
| Charles M. Carberry | ☐ | ☐ | ☐ | ☐ |
| Craig Carpenito | ☐ | ☐ | ☐ | ☐ |
| John J. Carney | ☐ | ☐ | ☐ | ☐ |
| Robert M. Cary | ☐ | ☐ | ☐ | ☐ |
| Susan C. Cassell | ☐ | ☐ | ☐ | ☐ |

| Name | Know | Heard Of | Hired | Worked With |
|------|------|----------|-------|-------------|
| Christopher J. Christie | ☐ | ☐ | ☐ | ☐ |
| James T. Coffman | ☐ | ☐ | ☐ | ☐ |
| Gary H. Collins | ☐ | ☐ | ☐ | ☐ |
| Nicolas Commandeur | ☐ | ☐ | ☐ | ☐ |
| James T. Cowdery | ☐ | ☐ | ☐ | ☐ |
| Edward Dauber | ☐ | ☐ | ☐ | ☐ |
| Gary David | ☐ | ☐ | ☐ | ☐ |
| Mark Digidio | ☐ | ☐ | ☐ | ☐ |
| Gregory L. Diskant | ☐ | ☐ | ☐ | ☐ |
| Scott A. Edelman | ☐ | ☐ | ☐ | ☐ |
| Robert J. Fettweis | ☐ | ☐ | ☐ | ☐ |
| Alan R. Friedman | ☐ | ☐ | ☐ | ☐ |
| David Frohlich | ☐ | ☐ | ☐ | ☐ |
| Gabriel E. Gore | ☐ | ☐ | ☐ | ☐ |
| Helen Gredd | ☐ | ☐ | ☐ | ☐ |
| Ira B. Grudberg | ☐ | ☐ | ☐ | ☐ |
| Norman Gross | ☐ | ☐ | ☐ | ☐ |
| Frederick P. Haefetz | ☐ | ☐ | ☐ | ☐ |
| Timothy Hoeffner | ☐ | ☐ | ☐ | ☐ |
| John L. Hardiman | ☐ | ☐ | ☐ | ☐ |
| Peter Harrington | ☐ | ☐ | ☐ | ☐ |
| Richard M. Humes | ☐ | ☐ | ☐ | ☐ |
| Caryn L. Jacobs | ☐ | ☐ | ☐ | ☐ |
| Sammuel Kadet | ☐ | ☐ | ☐ | ☐ |

| Name | Know | Heard Of | Hired | Worked With |
|------|------|----------|-------|-------------|
| Margaret A. Keeley | ☐ | ☐ | ☐ | ☐ |
| James A. Kidney | ☐ | ☐ | ☐ | ☐ |
| Steven Kimmelman | ☐ | ☐ | ☐ | ☐ |
| T. Barry Kingham | ☐ | ☐ | ☐ | ☐ |
| Henry Klingeman | ☐ | ☐ | ☐ | ☐ |
| Gerald Krovatin | ☐ | ☐ | ☐ | ☐ |
| Charles R. Kramer, Jr. | ☐ | ☐ | ☐ | ☐ |
| John Lacey | ☐ | ☐ | ☐ | ☐ |
| Richard T. Lawler | ☐ | ☐ | ☐ | ☐ |
| George Leonne | ☐ | ☐ | ☐ | ☐ |
| Kevin H. Marino | ☐ | ☐ | ☐ | ☐ |
| Michael Martinez | ☐ | ☐ | ☐ | ☐ |
| James J. McGuire | ☐ | ☐ | ☐ | ☐ |
| James McMahon | ☐ | ☐ | ☐ | ☐ |
| Robert G. Morbilli | ☐ | ☐ | ☐ | ☐ |
| Thomas J. Murphy | ☐ | ☐ | ☐ | ☐ |
| Gary P. Naftalis | ☐ | ☐ | ☐ | ☐ |
| Thomas Newkirk | ☐ | ☐ | ☐ | ☐ |
| James W. Orband | ☐ | ☐ | ☐ | ☐ |
| Roger Paszamant | ☐ | ☐ | ☐ | ☐ |
| Alfred U. Pavlis | ☐ | ☐ | ☐ | ☐ |
| Harold J. Pickerstein | ☐ | ☐ | ☐ | ☐ |
| Harvey Pitt | ☐ | ☐ | ☐ | ☐ |
| James A. Plaisted | ☐ | ☐ | ☐ | ☐ |

4

| Name | Know | Heard Of | Hired | Worked With |
|---|---|---|---|---|
| Thomas P. Puccio | ☐ | ☐ | ☐ | ☐ |
| Henry Putzel, III | ☐ | ☐ | ☐ | ☐ |
| Daniel E. Reynolds | ☐ | ☐ | ☐ | ☐ |
| Robert M. Romano | ☐ | ☐ | ☐ | ☐ |
| Atanu Saha | ☐ | ☐ | ☐ | ☐ |
| Richard J. Schecter | ☐ | ☐ | ☐ | ☐ |
| Daniel Schnipper | ☐ | ☐ | ☐ | ☐ |
| Stephen J. Senderowitz | ☐ | ☐ | ☐ | ☐ |
| Saul B. Shapiro | ☐ | ☐ | ☐ | ☐ |
| Robert J. Shaunessay, Jr. | ☐ | ☐ | ☐ | ☐ |
| Barry S. Simon | ☐ | ☐ | ☐ | ☐ |
| Edward A. Stelzer | ☐ | ☐ | ☐ | ☐ |
| Herbert J. Stern | ☐ | ☐ | ☐ | ☐ |
| Audrey Strauss | ☐ | ☐ | ☐ | ☐ |
| Brendan V. Sullivan Jr . | ☐ | ☐ | ☐ | ☐ |
| Claudia Taft | ☐ | ☐ | ☐ | ☐ |
| Peter W. Tomlinson | ☐ | ☐ | ☐ | ☐ |
| Eric Tunis | ☐ | ☐ | ☐ | ☐ |
| Stanley A. Twardy, Jr. | ☐ | ☐ | ☐ | ☐ |
| Robert Walker | ☐ | ☐ | ☐ | ☐ |
| James W. Walsh | ☐ | ☐ | ☐ | ☐ |
| Robert Young | ☐ | | ☐ | ☐ ☐ |
| Marcie R. Ziegler | ☐ | ☐ | ☐ | ☐ |

5

11. The following is a list of names of people you may hear from or about during this trial. If you know, have heard of or have worked with any of the following individuals, please check the appropriate column for each:

| Name | Know | Heard of | Work With |
|------|------|----------|-----------|
| Adilietta, Raymon | | | |
| Albert, Bruce | | | |
| Albright, Tom | | | |
| Allewaert, Jack | . | | |
| Annese, Christopher | | | |
| Ashby, Kevin | | | |
| Bekele, Alda | | | |
| Bell, Colin | | | |
| Bell, Stuart | | | |
| Bennett, Stacey | | | |
| | | | |
| Berry, Sandy | | | |
| Bicks, James | | | |
| Block, Dennis | | | |
| Botti, Bruce | | | |
| Breltenbach, Brenda (Farnsworth) | | | |
| Buckman, James | | | |
| Caperelli, Joseph | | | |
| Carvale, Andre | | | |
| Chaney, Colleen | | | |
| Christensen, Arthur | | | |
| Citro, James | | | |
| Conway, Michael | | | |
| Corigliano, Cosmo | | | |
| Cramer, Jim | | | |
| Crow, Kevin | | | |
| D'Agostino, Vincent | | | |
| D'Amato, Alfonse | | | |
| Danilow, Greg | | | |
| Davidson, Jan | | | |
| Davidson, Kylie | | | |
| Davidson, Robert | | | |
| Dodge, Arthur | | | |
| Dolan, Jeanine | | | |
| Donnelley, T. Barnes | | | |

6

| Name | Know | Heard of | Work With |
|------|------|----------|-----------|
| Drake, Pam | | | |
| Dubey, Jerry | | | |
| Dufour, Robert | | | |
| Edelman, Martin | | | |
| Fernandes, Richard | | | |
| Field, Nigel | | | |
| Fitzpatrick, Colieen | | | |
| Flynn, Patricia | | | |
| Forbes, Scott | | | |
| Foster, Brian | | | |
| Fox, David | | | |
| Fox, John | | | |
| Freimour, Beth | | | |
| Fullmer, John | | | |
| Gaspari, Linda | | | |
| Gaul, Bernadette | | | |
| Gerber, Mark | | | |
| Gershowitz, Jeffrey | | | |
| Green, Frederick | | | |
| Green, Lois | | | |
| Greiner, Steve | | | |
| Greyser, Steven | | | |
| Gugenheimer, Ron | | | |
| Hamilton, Laura | | | |
| Hancock, Scott | | | |
| Haslinger, Douglas | | | |
| Hayre, Suki | | | |
| Heckler, Brian | | | |
| Heroux, Rick | | | |
| Higgins, Robert | | | |
| Hilinski, Greg | | | |
| Hiznay, Paul | | | |
| Hodnet, Cindy | | | |
| Hoeffner, Tim | | | |
| Holmes, Stephen | | | |
| Houren, Peggy | | | |
| Ingoglia, Gene | | | |
| Ippolito, Tobia | | | |
| Johnson, Terry | | | |
| Kearney, Kevin | | | |
| Keith, Ken | | | |
| Kernkraut, Steven | | | |
| Klidoff, Mike | | | |

| Name | Know | Heard of | Work With |
|------|------|----------|-----------|
| Klaus, Andrew | | | |
| Kunisch, Robert | | | |
| Lanthier, Elisa (Jennings) | | | |
| Lewis, Peter | | | |
| Lipton, Amy | | | |
| Loughman, Brian | | | |
| Malia, Joe | | | |
| Mathews, Patricia | | | |
| Maybrey, Mark | | | |
| McGinn, Joshua | | | |
| McGonagle, Peter | | | |
| McLauglin, Terence | | | |
| McLeod, Christopher | | | |
| Menchaca, Anthony | | | |
| Meschel, Jay | | | |
| Metcalf, Mark | | | |
| Michaud, Tim | | | |
| Monaco, Michael | | | |
| Montaldo, Sharon | | | |
| Morris, Mandy | | | |
| Nuspickel, Francis | | | |
| Oller, John | | | |
| Orban, Lorraine | | | |
| Pederson, Steve | | | |
| Pember, Anne | | | |
| Perfitt, Burton | | | |
| Peterson, Mary | | | |
| Phillipp, Brigit (Gentile) | | | |
| Piccirillo, Mark | | | |
| Pinsker, Maria (Minopoli) | | | |
| Pittman, John | | | |
| Plucinski, Lisa | | | |
| Pope, Kate | | | |
| Pranger Mills, Kathleen | | | |
| Rabinowitz, Marc | | | |
| Rickles, Ron | | | |
| Rittereiser, Robert | | | |
| Roberge, Maryanne | | | |
| Rosenwald, John | | | |
| Rowan, James | | | |
| Rubel, Christina | | | |
| Sabatino, Casper | | | |
| Sack, Robert | | | |

| Name | Know | Heard of | Work With |
|---|---|---|---|
| Sarkie, Robert | | | |
| Sattler, Mary (Polverari) | | | |
| Schapelhoumen, Fred | | | |
| Schiano, Patrice | | | |
| Schonfeld, Norman | | | |
| Schwartz, Jeffrey | | | |
| Sekino, Renee | | | |
| Shelton, E. Kirk | | | |
| Silverman, Henry | | | |
| Smith, Dana | | | |
| Smith, Jeff | | | |
| Snodgrass, John | | | |
| Speaks, Steven | | | |
| Stelzer, Edward | | | |
| Stulb, David | | | |
| Sullivan, Michael | | | |
| Taub, Jennifer | | | |
| Tolle, Bruce | | | |
| Torricelli, Robert | | | |
| Tucker, Robert | | | |
| Vandervoort, Jim | | | |
| Viniczay, Eva (Foothorap) | | | |
| Walsh, Kevin G. | | | |
| Wargotz, Michael | | | |
| Weil, Roman | | | |
| Wick, John | | | |
| Wilchfort, Ken | | | |
| Williams, Ken | | | |
| Wood, Simon | | | |
| Woodward, Starin | | | |
| Young, Michael | | | |

12.    Have you ever had any experience with, or do you have any connection with, any of the entities named below? If so, put a check in front of the name of the entity, and please provide details after the name of the entity.

**ENTITY**                                 **PLEASE PROVIDE DETAILS**

_____  Advance Ross


_____  AICPA

| **ENTITY** | **PLEASE PROVIDE DETAILS** |
|---|---|

____ Arthur Anderson, LLP

____ Auto Advantage

____ Automatic Data Processing (ADP)

____ Avis Rent-A-Car

____ Bear Stearns

____ Benefits Consultants, Inc. (BCI)

____ Berkeley Systems

____ Blizzard Entertainment

____ Bloomberg

____ Books.com

____ Bookstacks, Inc.

____ Buyers Advantage

____ Cendant Corporation

____ Cendant Europe

____ Cendant Mobility Services

____ Cendant Mortgage Corp.

____ Century 21

____ Coldwell Banker

____ Comp-U-Card

10

| **ENTITY** | **PLEASE PROVIDE DETAILS** |
|---|---|
| _____ Complete Home | |
| _____ Credit Card Guardian | |
| _____ Credit Card Sentinel | |
| _____ Credit Suisse First Boston | |
| _____ CreditLine | |
| _____ Crystal Journey Candles | |
| _____ CUC Europe | |
| _____ CUC International | |
| _____ CUC Software Corp. | |
| _____ Davidson & Associates | |
| _____ Days Inn | |
| _____ Dean Witter | |
| _____ Deloitte & Touche | |
| _____ Dine-A-Mate | |
| _____ Dinner on Us | |
| _____ EPub (Entertainment Publications) | |
| _____ Ernst & Young | |
| _____ ERA Realtors | |
| _____ Essex Corp. | |

| ENTITY | PLEASE PROVIDE DETAILS |
|---|---|
| _____ EquiServe | |
| _____ Europe Tax Free Shopping | |
| _____ FASB | |
| _____ First Data | |
| _____ FISI-Madison Financial Corp. | |
| _____ Furman Selz | |
| _____ GE Capital | |
| _____ Getko Group (Getting to Know You) | |
| _____ Goldman Sachs | |
| _____ Goodmovies.com | |
| _____ Green Flag | |
| _____ Gryphon Software | |
| _____ Hartford Steam Boiler | |
| _____ Harvard Business School | |
| _____ Health Saver | |
| _____ Hebdo Mag | |
| _____ Howard Johnson | |
| _____ HFS | |
| _____ Ideon Group | |

| ENTITY | PLEASE PROVIDE DETAILS |
|---|---|
| ____ Interval International | |
| ____ Jackson Hewitt | |
| ____ J.P. Morgan Chase | |
| ____ Knights Inn | |
| ____ Knowledge Adventure | |
| ____ KPMG | |
| ____ Lehman Brothers | |
| ____ Lifestyle Clubs | |
| ____ Long Term Preferred Care | |
| ____ Match.com | |
| ____ Merrill Lynch | |
| ____ Milbank Tweed Hadley & McCloy | |
| ____ Mobility Services Corp. | |
| ____ Morgan Stanley | |
| ____ Musicspot.com | |
| ____ National Car Parks | |
| ____ National Card Control | |
| ____ National Leisure Group | |
| ____ New Jersey Department of Investment | |

13

|  **ENTITY** | **PLEASE PROVIDE DETAILS** |

_____ NetMarket.com

_____ North American Outdoor Group

_____ Northwestern University

_____ NUMA Corp.

_____ Paine Webber

_____ Patterson Belnap Webb & Tyler

_____ Peoples Securities, Inc.

_____ PHH Corporation

_____ Plextel Telecommunications

_____ Privacy Guard

_____ Prudential Financial, Inc.

_____ Ramada Inn

_____ Rent Net

_____ Resort Condominiums International

_____ SafeCard Services, Inc.

_____ Sally Foster

_____ Salomon Smith Barney

_____ S. G. Cowen

_____ Shoppers Advantage

14

| ENTITY | PLEASE PROVIDE DETAILS |
|--------|------------------------|
| _____ Sierra Online | |
| _____ Skadden, Arps, Slate, Meagher & Flom | |
| _____ Smith Barney | |
| _____ Spark Services | |
| _____ Super 8 Motels | |
| _____ Tango Communications | |
| _____ Thompson Financial | |
| _____ Travelers Advantage | |
| _____ Travelodge | |
| _____ Trilegiant | |
| _____ UBS Paine Webber | |
| _____ Villager Lodge | |
| _____ Welcome Wagon | |
| _____ Williams & Connolly | |
| _____ Willkie Farr & Gallagher | |
| _____ Wingate Inn | |
| _____ WizCom | |
| _____ World Ex Corp. | |
| _____ Wright Express | |

15

## **PART II**

13.     Where do you work (if unemployed or retired, where did you last work)?

        How long have you worked there?

14.

        Describe your job:

15.

        What other jobs have you held?

16.

| APPROXIMATE DATES | EMPLOYER | POSITION |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

17.     In your job or in a former job, if you are retired and not currently working, do/did you

        have the authority to hire, fire or promote?    ☐ YES  ☐ NO

18.     How, if at all, has your personal financial situation changed in the last three years?

        ☐ Gotten better        ☐ Stayed the same        ☐ Gotten worse

19.   How far did you go in school?  (If college, please name the school(s), any degree(s) and any major(s).)

20.   Marital status:   ☐ Single        ☐ Married/Life Partner   ☐ Separated

                        ☐ Divorced      ☐ Widowed

21.   Please identify any other adults (a) who currently live in your home or (b) with whom you lived at any time for a period of one year or more, and give their present and past occupation(s):

| Other Adults | Period During Which They Lived in Your Home | Present/Past Occupations | |
|---|---|---|---|
| | | | X |

22.   Have you, any relative, or anyone close to you ever been the victim of a fraud, or the victim of a scam or con artist?   ☐ YES  ☐ NO

      If YES, please provide details:

23.   Have you ever felt taken advantage of in a business dealing?  ☐ YES  ☐ NO

      If YES, please explain:

17

24. Have you, any relative, or anyone close to you ever been a victim of a crime or a complaining witness in a criminal case? ☐ YES ☐ NO

If YES, please provide details (including what the crime was and how the case turned out).

25. Have you, any relative, or anyone close to you ever been charged with, convicted of, or investigated concerning, a criminal offense, other than minor traffic violations?

☐ YES ☐ NO

If YES, please explain:

26. Have you, any relative, or anyone close to you had any experience involving law enforcement officials or government agents that might prevent you from considering the evidence in this case fairly and impartially? ☐ YES ☐ NO

If YES, please explain:

27. Do you know anyone who has been accused or convicted of conspiracy, ~~mail fraud, wire fraud,~~ making false statements, securities fraud, ~~or insider trading~~? ☐ YES ☐ NO

If YES, please explain:

and/or



18

28.    Have you ever been terminated, dismissed, laid off, fired, or asked to resign from a job?
☐ YES  ☐ NO

If YES, please provide details:


29.    Have you, any relative, or anyone close to you ever been laid off, terminated, or otherwise
had employment negatively affected by a corporate merger or acquisition, downsizing, or
other similar actions?  ☐ YES  ☐ NO

If YES, please provide details:


30.    Have you ever worked at a company that was purchased by another company? *, or merged with*  ✗

☐ YES  ☐ NO

If YES, please indicate whether the experience was a positive, negative, or neutral
experience for you, and explain why.

☐ Positive       ☐ Negative       ☐ Neutral

Explanation:


31.    How closely have you followed *media* ~~press~~ *, including internet reports* reports of allegations of wrongdoing by
corporations and executives?  ✗

☐ Very closely     ☐ Somewhat closely     ☐ Not too closely     ☐ Not at all

19

32.     Many corporations and their financial problems have been reported about in the news.  Do you have strong feelings concerning these corporations and any financial problems they may have had?  ☐ YES  ☐ NO

If YES, please describe your strong feelings.

33.     Do you think that you, any relative, or anyone close to you, have been negatively impacted by any corporate financial problems or fraud?  ☐ YES  ☐ NO

If YES, please explain:

34.     Do you have strong feelings about people who are executives of large corporations?

☐ YES  ☐ NO

If YES, please explain:

35.     Do you have strong feelings about people who make more than $1 million per year?

☐ YES  ☐ NO

If YES, please explain:

36.     Do you have strong feelings about people who own, hire or fly on private jets?

☐ YES  ☐ NO

If YES, please explain:

37.    Have you ever worked for a company where questions were raised about the accuracy of its reported financial results?

☐ YES  ☐ NO

38.    Do you, any relative, or anyone close to you, harbor ill feelings for any reason toward local, state or federal law enforcement agents <u>in general</u>? ☐ YES  ☐ NO

If YES, please explain:

39.    Have you, any relative, or anyone close to you, ever been employed by (or sought employment from):

a. any federal, state or local law enforcement agency          ☐ YES  ☐ NO

b. any other federal, state or local governmental agency        ☐ YES  ☐ NO

c. any private detective agency or security firm                ☐ YES  ☐ NO

d. If YES to any of a., b., or c., please provide details:

1. <u>Yourself</u>:

2. <u>Any relative</u>:

3. <u>Anyone close to you</u>:

21

40.   Have you ever contacted the District Attorney's Office or the United States Attorney's Office?   ☐ YES  ☐ NO

If YES, what was the reason?

41.   Have you ever served in the military? ☐ YES  ☐ NO

If YES, please provide details (including dates of service and kind of discharge received):

42.   Would you give greater or lesser weight to the testimony of a law enforcement officer or government agent than to the testimony of any other witness simply because the witness was a law enforcement officer or government agent?

☐ YES  ☐ NO

If YES, please explain:

43.    During this trial, you may hear testimony from witnesses who have, pursuant to a plea agreement with the government, pled guilty to certain criminal charges and are cooperating with the government.  You may hear that these witnesses could receive less severe punishment or no punishment for their crimes as a result of their cooperation.  Do you have strong feelings about the testimony of a person who has been convicted of a crime as a result of a plea agreement and who may receive less severe punishment or no punishment as a result?

☐ YES ☐ NO

If YES, please explain:

44.    Would you be unwilling or unable to consider testimony given by a cooperating witness simply because he or she is a cooperating witness?  ☐ YES ☐ NO

If YES, please explain:

45.    Have you taken any courses or had training in law or a law-related field (for example, administration of justice, corrections, or law enforcement)?  ☐ YES ☐ NO

If YES, please identify the subject matter of such courses or training:

## PART III

46. Do you have strong negative or positive impressions or opinions with respect to any of the following:

    a.  shopping, automobile, travel or discount clubs    ☐ YES ☐ NO

    b.  entertainment and coupon books    ☐ YES ☐ NO

    c.  gift wrap sold through schools or non-profit organizations    ☐ YES ☐ NO

    d.  credit card protection packages    ☐ YES ☐ NO

    e.  time-share membership exchange programs    ☐ YES ☐ NO

    f.  insurance offered through banks, credit card companies or financial institutions    ☐ YES ☐ NO

    g.  telemarketing    ☐ YES ☐ NO

    h.  software game development    ☐ YES ☐ NO

    i.  dating services    ☐ YES ☐ NO

    j.  shopping on the Internet    ☐ YES ☐ NO

If YES to any of the above, please explain:

47. Have you, any relative, or anyone close to you, ever worked for an accounting firm or held a job that involved accounting, auditing, bookkeeping or finance?    ☐ YES ☐ NO

If YES, please explain:

24

48.　Have you ever worked at a job where part of your job responsibilities involved working with company auditors or auditors from outside accounting firms?　☐ YES ☐ NO

If YES, please describe:


Have you taken any courses or had any training in business, finance, investment,

49.

accounting, bookkeeping, or any similar area? ☐ YES ☐ NO

If YES, please explain how many courses and/or how much training you have had and identify the areas in which you have had courses and/or training.



50.　Do you have any strong views, positive or negative, about the accounting profession?

☐ YES ☐ NO

If YES, please explain:




51.　Do you consider yourself to be a knowledgeable investor? ☐ YES ☐ NO

If YES, please explain:



52.　Have you ever invested in the stock market? ☐ YES ☐ NO

If YES, and you either (a) ever sustained a significant loss, and/or (b) stopped investing in the stock market in the last five years, please explain:

53.    Have you ever lost money on an investment because you felt you were given false or misleading information about the investment?

☐ YES ☐ NO

If YES, please explain:

54a.   Have you owned shares in mutual funds during the last 10 years?

☐ YES ☐ NO

b.    Do you participate in a 401K or retirement plan (including a defined benefit plan, a defined contribution plan, an IRA, a Roth IRA, a SEP IRA or a Keough Plan)?

☐ YES ☐ NO

c.    Do you participate in a 529 education savings plan? ☐ YES ☐ NO

d.    If YES to a, b and/or c, please provide details:

e.    If YES to a, b and/or c, do you know or keep track of what investments your fund or plan has made?

☐ YES ☐ NO

55.    Do you receive annual reports from corporations or mutual funds? ☐ YES ☐ NO

If YES, do you read them? ☐ YES ☐ NO

26

56.   Have you, any relative, or anyone close to you ever worked in the legal profession in any capacity, including but not limited to, as a prosecuting attorney, criminal defense attorney, judge, legal secretary, or paralegal?   ☐ YES  ☐ NO

If YES, please provide that person's name, relationship to you, and the area of law in which he or she worked.


57.   Have you had any direct personal experiences with any person working in the legal profession in any capacity, including, but not limited to, as a prosecuting attorney, criminal defense attorney, judge, legal secretary, or paralegal?  ☐ YES  ☐ NO

If YES, please explain:


## PART IV

58.   How often do you get your news from?

| Newspapers | ☐ Daily | ☐ Weekly | ☐ Monthly | ☐Never |
| Magazines | ☐ Daily | ☐ Weekly | ☐ Monthly | ☐Never |
| Radio | ☐ Daily | ☐ Weekly | ☐ Monthly | ☐Never |
| Television | ☐ Daily | ☐ Weekly | ☐ Monthly | ☐Never |
| Internet | ☐ Daily | ☐ Weekly | ☐ Monthly | ☐Never |
| Other _____ | ☐ Daily | ☐ Weekly | ☐ Monthly | ☐Never |

(please specify)


59.   What newspaper(s), magazine(s) or trade publication(s) do you read?


60.   How often do you read any of the financial newspapers or magazines (such as the Wall Street Journal, Barrons, Fortune, Money magazine, etc.)?



61.    Do you listen to or watch programs about finance or investing?

☐ YES  ☐ NO



If YES, which show(s) do you watch?



62.    Do you watch any television shows about lawyers or the legal system, such as The Practice, Law & Order, The Guardian, Court TV, The Abrams Report, etc?

☐ YES  ☐ NO

If YES, which show(s) do you watch?

#.  What are your five favorite television shows?

#.  Are there any particular types of books that you like to read?



63.    Please list all groups or organizations in which you participate or are a member (for example, service clubs, environmental groups, church groups, unions or professional organizations, volunteer activities, educational or political groups):

64.    Have you ever kept, recorded, received, reviewed or approved the meeting minutes of any organization?

☐ YES  ☐ NO

65.    What are your hobbies or other leisure time activities?

66.     During the last three years, have you read any books or seen any movies about alleged or actual corporate misconduct?

☐ YES  ☐ NO

If YES, please list all such books or movies:

## **PART V**

67.     The indictment that charges a defendant with a crime is <u>not</u> <u>evidence</u> <u>or</u> <u>proof</u> that the defendant actually committed a crime.  The fact that a defendant has been charged with a crime does not mean he is guilty.  Do you have any problem accepting these principles of law? ☐ YES  ☐ NO

If YES, please explain:

29

68.    A defendant in a criminal case cannot be convicted unless the jury determines that he is guilty beyond a reasonable doubt. If after having heard all the evidence in this case and deliberating with your fellow jurors on that evidence, you find that you have reasonable doubt as to a defendant's guilt on the charge that you are considering, you must vote not guilty on that charge. If the presentation of the government's case creates in your mind either a feeling or a suspicion that certain facts exist but you do not believe that these same facts have been proved beyond a reasonable doubt, you must be able to set aside such feelings or suspicions and, where reasonable doubt exists as to the charge you are considering, return a verdict of not guilty on that charge. Do you have a problem accepting these principles of law? ☐ YES ☐ NO

If YES, please explain:

69.    Some people have religious or philosophical views that prevent them from acting as jurors and in effect judging other people. Do you have any such beliefs that would affect your ability to serve as a juror? ☐ YES ☐ NO

If YES, please explain:

70.    The Court will instruct you that the law does not impose on a defendant any obligation to present any evidence or to prove his innocence. The burden of proof always remains on the government, and the government must prove its case beyond a reasonable doubt. Would you have any difficulty applying the Court's instructions on this point?

☐ YES ☐ NO

If YES, please explain:

71.  The Court will instruct you that, as a matter of law, a defendant is presumed to be
innocent on each of the charges against him and the burden is entirely on the government
to prove his guilt on that charge beyond a reasonable doubt.  A defendant does <u>not</u> have
to prove that he is <u>not guilty</u>.  Would you have any difficulty in applying the Court's
instructions on this point?  ☐ YES  ☐ NO

If YES, please explain:

72.  Suppose you are selected as a juror in this case and when you retire to deliberate you
decide one way on a charge you are considering, either guilty or not guilty, and all the
other jurors decide the other way.  If after discussing this matter fully with the other jurors
you remain convinced that you are correct and they are incorrect, would you then
surrender your position <u>simply</u> for the purpose of reaching a verdict?  ☐ YES  ☐ NO

If YES, please explain:

73.  Your duty, as a juror, is to determine whether a defendant is guilty or not guilty based on
the evidence.  It is the duty of the presiding judge to determine punishment if the jury
renders a verdict of "guilty."  The law does not permit jurors to consider the issue of
punishment.  Would it be difficult for you to render a fair and impartial verdict if a
conviction could result in a prison sentence?  ☐ YES  ☐ NO

If YES, please explain:

**PART VI**

74.  Have you ever served on a State or Federal Grand Jury?  ☐ YES  ☐ NO

75.  How many times have you served as a juror in a:

☐ Criminal case _____ times          ☐ Civil case _____ times

If so, please provide details, including what each case was about and what the verdict(s) was (were):

76.  Have you, any relative, or anyone close to you ever been a plaintiff (i.e., filed a lawsuit) or been a defendant (i.e., been sued) in a civil case? ☐ YES ☐ NO

If YES, please provide details (including what the case was about and how it turned out):

77.  Have you, any relative, or anyone close to you ever been involved in litigation against the United States Government? ☐ YES ☐ NO

If YES, please provide details:

78.  Have you ever been a witness in a court case? ☐ YES ☐ NO

If YES, please provide details (including what type of case):

79.  Have you ever been a member of a class in a class action? ☐ YES ☐ NO

If YES, please provide details (including what type of case):

## PART VII

*making false statements*

80.    Is there any reason why you would be unwilling or unable to serve as a juror in a case as a result of the fact that the government is accusing a defendant of conspiracy, ~~mail fraud,~~ *and/or* ~~wire fraud,~~ securities fraud ~~and/or insider trading~~?  ☐ YES  ☐ NO

        If YES, please explain:

81.    If it should appear during the trial from the evidence that you are acquainted with persons or issues involved in this case, you must notify the Court of this fact by sending a note to the judge.  Will you be able to comply with this requirement?  ☐ YES  ☐ NO

82.    If you were selected as a juror in this case and during the course of the trial or the deliberations you became aware of a lack of fairness, or you became aware of any partiality or bias on your part, would you have difficulty making your state of mind known to the Court?  ☐ YES  ☐ NO

83.    At the end of a trial, the Court instructs the jury on certain matters of law.  As a juror you would be required to apply the law as the Court explains it, even though you may not agree with the law.  Would it be difficult for you to faithfully apply the law as the Court explains it?  ☐ YES  ☐ NO

84.    The Court will instruct you that you must wait until all of the evidence has been presented and the Court has instructed you on all of the applicable law before you can reach a conclusion with respect to any of the charges against the defendants.  Would it be difficult for you to follow this instruction?  ☐ YES  ☐ NO

85.    Would you allow the fear of subsequent criticism of your verdict to affect your verdict?
        ☐ YES  ☐ NO

33

86.  If you were the defendant in this case, how comfortable would you be having someone like yourself on the jury?

☐ Very Comfortable          ☐ Comfortable

☐ Uncomfortable            ☐ Very Uncomfortable

87.  This trial is expected to last approximately 3 months, although it could last more or less. You are available to serve if (a) you do not have an insurmountable scheduling conflict or severe hardship (e.g., medical problems or specific problems at home or on the job) that would preclude you from serving, (b) there is nothing about the nature of this case or anything about the parties that would cause you difficulty in being completely fair and impartial, and (c) there is no comparable reason why the Court should not allow you to serve on this type of case.  Are you available to serve? ☐ YES  ☐ NO

If NO, please explain:

88.  Does your employer have a policy on paying employees while they are on jury duty?

☐ YES  ☐ NO

If YES, please explain the policy:

89.  Is there anything else that you feel that the Court, the government and/or the defendant should know about you? ☐ YES  ☐ NO

If YES, please explain:

34

I declare under penalty of perjury that the foregoing answers are true and correct.

Signature: _____

Date: September ___, 2005

\* \* \* \* \*

THANK YOU FOR YOUR TIME AND EFFORT