# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

## ORDER

**You are under court order** not to seek out, and not to allow yourself to be exposed to, any additional information concerning this case or the defendant.

**You are under court order** to answer all questions by yourself.

**You are under court order** not to discuss the questions or your answers with family members, friends or any other person.

_____
U.S. District Judge