**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
---------------------------
UNITED STATES OF AMERICA   )
                           )
v.                         )      Crim. No. 3:02CR00264(AWT)
                           )
WALTER A. FORBES           )
---------------------------
```

ORDER OF SEVERANCE

The case of United States v. Walter A. Forbes, Case No. 3:02CR264 (AWT) is hereby SEVERED from the case of United States v. E. Kirk Shelton, Case No. 3:02CR264 (AWT), and shall proceed separately as of the date hereof.

It is so ordered.

Dated this 16th day of March 2006 at Hartford, Connecticut.

```
                              /s/
                    Alvin W. Thompson
                United States District Judge
```