**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

**ENDORSEMENT ORDER**

The Motion of the United States to Set a Briefing Schedule for Pre-trial Motions, Including Motions in Limine (Doc. No. 1576) is hereby DENIED, as moot. (See Doc. No. 1585.)

It is so ordered.

Dated this 16th day of March 2006 at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge