**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

## ENDORSEMENT ORDER

Non-party Susan Woyna's motion to quash (Doc. No. 1040) was DENIED as moot based on the government's decision not to call Robert Sarkie as a witness.

It is so ordered.

Dated this 16th day of March 2006 at Hartford, Connecticut.

```
                                        /s/
                              Alvin W. Thompson
                          United States District Judge
```