**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

### ENDORSEMENT ORDER

Based upon, and subject to the conditions set forth in, the defendants' Notice That Certain Pretrial Motions Do Not Need to Be Decided So Long As the Government Does Not Proceed Under the New Jersey Indictment (Doc. No. 373), the Clerk shall terminate the following motions:

Doc. No. 41    Motion by Walter A. Forbes For Modification of the Court's Oral Ruling Concerning Rule 16(b)(1)(c) (Forbes Pretrial Motion No. 20)

Doc. No. 52    Motion by Walter A. Forbes to Dismiss Count Six (Forbes Pretrial Motion No. 9)

It is so ordered.

Dated this <u>16th</u> day of March 2006 at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge