**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
---------------------------
UNITED STATES OF AMERICA  )
                          )
v.                        )
                          )      Crim. No. 3:02CR00264(AWT)
WALTER A. FORBES          )
---------------------------
```

ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to <u>Senior Judge Alan H. Nevas</u> for all purposes and shall bear the docket number 3:02CR264 (AHN).

It is so ordered.

Dated this 16th day of March 2006 at Hartford, Connecticut.

```
                              /s/
                    Alvin W. Thompson
                    United States District Judge
```