UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Criminal No. 3:02CR264 AHN

WALTER A. FORBES

### ELECTRONIC FILING ORDER

Effective immediately, the Court orders that the parties shall file all documents in this case electronically.  Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the day a document is filed electronically, counsel must email the chambers of the presiding judge with a copy of the electronically filed pdf document in an attachment to the email.  The email should be addressed to: lucia_brooks@ctd.uscourts.gov and the subject line should be: US v. Forbes - 3:02CR264 AHN.

3. All orders, notices and calendars will be filed/sent electronically.

**SO ORDERED.**

/s/ Alan H. Nevas
Alan H. Nevas
Senior United States District Judge

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NOTICE TO COUNSEL**

This case is designated as an electronically filed case. This means that all pleadings except sealed documents will be required to be filed electronically, pursuant to the accompanying Electronic Filing Order. The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address. The Manual can be found on the court's website at www.ctd.uscourts.gov. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward.

If electronic filing would impose an undue burden on counsel or the parties, a motion may be made to vacate the Electronic Filing Order, for good cause shown. Any pleadings filed before the effective date, including a motion to vacate the Electronic Filing Order, should be filed in paper form.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　/s/ Alan H. Nevas
　　　　　　　　　　　　　　　　　　　　　Alan H. Nevas
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge