UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : No. 3:02CR00264 (AWT)
:
:
:
v. :
: September 26, 2003
:
:
WALTER A. FORBES and :
E. KIRK SHELTON :

MOTION OF THE UNITED STATES FOR
LEAVE TO MAKE AN OPENING STATEMENT

(Government Motion #3)

The United States, by its undersigned counsel, moves pursuant to Local Civil Rule 83.4 and Local Criminal Rule 1(c) for leave to make an opening statement at trial. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

JOHN J. CARNEY
NORMAN GROSS
JAMES MCMAHON
RICHARD J. SCHECHTER
Special Attorneys
U.S. Department of Justice
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2700

Dated: September 26, 2003
Newark, New Jersey

Oral Argument Requested
Opposition Due October 17, 2003
Reply Due October 29, 2003

*[Left margin handwritten note:] The Clerk shall terminate this motion because it was GRANTED prior to trial. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 3/16/06*