**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
------------------------------
```

**ENDORSEMENT ORDER**

    Defendant Forbes' Motion for Modifications to Be Made to the Trial Transcript (Doc. No. 1256) (Forbes Trial Motion No. 46) was DENIED for the reasons that defendant Forbes' Trial Motion No. 34 (Doc. No. 1172) was denied and for the reasons set forth in the Memorandum of the United States in Opposition to Forbes' Motion for Modifications to the Trial Transcript (Doc. No. 1249).

    It is so ordered.

    Dated this 16th day of March 2006 at Hartford, Connecticut.

                                                   /s/
                                       Alvin W. Thompson
                              United States District Judge