**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,     )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

## RULING ON FORBES' TRIAL MOTION No. 7

### (Motion of Defendant Walter A. Forbes to Permit the Parties to Make Their Evidentiary Objections Through Counsel of Their Choosing)

For the reasons set forth below, the Motion of Defendant Walter A. Forbes to Permit the Parties to Make Their Evidentiary Objections Through Counsel of Their Choosing (Doc. No. 730) was DENIED on May 12, 2004.  See Tr. 470:23-471:1.

It is the practice in this district that the attorney who is going to cross-examine a particular witness also makes any objections in the presence of the jury to that witness' testimony, and there are a number of laudatory consequences that flow from this practice.  In footnote 1, defendant Forbes states that the court suggested that it did not object to the parties utilizing one attorney for objections and another attorney for examination.  Defendant Forbes misunderstood the court's position, which is that the court prefers that attorneys adhere to the rules and customs of this district because they are interrelated, but, the court will deviate from a rule or custom

of this district if all counsel agree to a different procedure that is workable from the court's perspective, in a case where all counsel are from outside the district.

It is so ordered.

Dated this <u>16th</u> day of March 2006 at Hartford, Connecticut.

<pre>
                              /s/
                    Alvin W. Thompson
               United States District Judge
</pre>