**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA     )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
WALTER A. FORBES             )
-------------------------------
```

**ENDORSEMENT ORDER**

    Defendant Forbes' motion for a mistrial (Doc. No. 2042) was DENIED on December 22, 2005 for the reasons set forth in the Government's Opposition to Defendant Walter A. Forbes' Objections to Read-back of Testimony of Steven Kernkraut and Motion for Mistrial (Doc. No. 2043).  (See Tr. 3955.)

    It is so ordered.

    Dated this 16th day of March 2006 at Hartford, Connecticut.

                                                       /s/
                                    Alvin W. Thompson
                         United States District Judge