**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES and           )
E. KIRK SHELTON                )
-------------------------------
```

**ENDORSEMENT ORDER**

    The Consent Motion Regarding Walter A. Forbes Pending Motion to Reconsider Ernst & Young's Motion to Quash (Doc. No. 1083) was GRANTED, in part.  Defendant Forbes was allowed to withdraw his motion for reconsideration.  (<u>See</u> Ruling on Motion of Non-Party Ernst & Young LLP's Motion to Quash Defendant Walter A. Forbes' Second Rule 17(c) Subpoena (Doc. No. 1993)).

    It is so ordered.

    Dated this 16th day of March 2006 at Hartford, Connecticut.

                                                     /s/
                                    Alvin W. Thompson
                           United States District Judge