**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES and           )
E. KIRK SHELTON                )
-------------------------------
```

**ORDER**

The Clerk shall terminate the following motions to adopt, which were GRANTED:

1) Motion of Defendant E. Kirk Shelton to Adopt Motion of Walter A. Forbes to Strike Allegations From the Superceding Indictment (Doc. No. 1268) (Shelton Motion No. 57) (The court notes that the Motion of Walter A. Forbes to Strike Allegations From the Superceding Indictment (Doc. No. 1262) was granted, in part and denied, in part.  (See Doc. No. 1321.))

2) Motion of Defendant E. Kirk Shelton to Adopt Motion of Walter A. Forbes For a Mistrial Due to Improper Closing Argument (Doc. No. 1282) (Shelton Motion No. 61) (The court notes that the Motion of Walter A. Forbes For a Mistrial Due to Improper Closing Argument (Doc. No. 1276) was denied orally on November 1, 2004.  (See Tr. 16014:5-6.))

3) Motion of Defendant E. Kirk Shelton to Adopt Motion of Walter A. Forbes to (1) Preclude Jury Instruction on Conscious Avoidance and (2) Preclude Rebuttal Argument by

    the Government on Conscious Avoidance (Doc. No. 1309) (Shelton Motion No. 62) (The court notes that the Motion of Walter A. Forbes to (1) Preclude Jury Instruction on Conscious Avoidance and (2) Preclude Rebuttal Argument by the Government on Conscious Avoidance (Doc. No. 1297) was denied orally on October 27, 2004.  (<u>See</u> Tr. 15792:7-8.))

4) Motion of Defendant E. Kirk Shelton to Adopt Notice of Walter A. Forbes of Preservation of Objections to Improper Closing Argument (Doc. No. 1279) (Shelton Motion No. 60).

It is so ordered.

Dated this 16th day of March 2006 at Hartford, Connecticut.

                                        /s/
                          Alvin W. Thompson
                    United States District Judge