**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

**ENDORSEMENT ORDER**

    The Clerk shall terminate the Motion of Defendant Walter A. Forbes to Dismiss the Indictment Due to the Government's Improper and Pervasive Use of Grand Jury Subpoenas to Conduct Witness Interviews (Doc. No. 175) because it was DENIED on April 19, 2004.  (See Tr. 5.)

    It is so ordered.

    Dated this 16th day of March 2006 at Hartford, Connecticut.

                                                     /s/
                                       Alvin W. Thompson
                            United States District Judge