**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )        Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES and           )
E. KIRK SHELTON                )
-------------------------------
```

**ENDORSEMENT ORDER**

    The Clerk shall terminate the Motion of Defendant Walter A. Forbes to Dismiss the Indictment for Lack of Notice and Lack of Willfulness as a Matter of Law (Doc. No. 195) because it was DENIED on April 19, 2004.  (See Tr. 5.)

    It is so ordered.

    Dated this 16th day of March 2006 at Hartford, Connecticut.

                                                   /s/
                                      Alvin W. Thompson
                               United States District Judge