398

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 SEP 29 P 12:36
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 3:02CR264 (AWT) |
| WALTER A. FORBES and | ) |
| E. KIRK SHELTON. | ) September 27, 2003 |
| | ) |

**MOTION OF DEFENDANT WALTER A. FORBES TO
COMPEL MARY SATTLER POLVERARI'S COMPLIANCE
WITH RULE 17(c) SUBPOENA *DUCES TECUM*
(Forbes Pretrial Motion No. 56)**

Defendant Walter A. Forbes, through undersigned counsel, hereby respectfully moves to compel Mary Sattler Polverari's compliance with the Rule 17(c) subpoena *duces tecum* served on her. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law.

Respectfully submitted,

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

-and-

DENIED, as moot.
It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT   03/16/06

Oral Argument Requested
Opposition Due: October 20, 2003
Reply Due: November 3, 2003