**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

**ENDORSEMENT ORDER**

     The Clerk shall terminate the Motion of Defendant Walter A. To Exclude Several So-Called "Business Records" Offered by the Government (Doc. No. 692) because it was DENIED for substantially the reasons set forth in the Memorandum of the United States in Opposition to Forbes' Motion to Exclude Business Records From Evidence (Doc. No. 706) and discussed by the court on May 11, 2004.  (See Tr. 171 et seq..)

     It is so ordered.

     Dated this 16th day of March 2006 at Hartford, Connecticut.

                                                /s/
                                     Alvin W. Thompson
                         United States District Judge