**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )       Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

**ENDORSEMENT ORDER**

　　The Clerk shall terminate defendant Forbes' Motion to Strike Analyst Reports and Mr. Rosenwald's Testimony Concerning Those Reports (Doc. No. 734) because it was DENIED for the reasons discussed by the court on May 11, 2004 and those set forth in the Memorandum of the United States in Opposition to Forbes' Motion to Strike Analyst Reports and The Testimony of John Rosenwald (Doc. No. 819).

　　It is so ordered.

　　Dated this 16th day of March 2006 at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Alvin W. Thompson
　　　　　　　　　　　　　　　　　United States District Judge