**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
------------------------------
```

**ENDORSEMENT ORDER**

The Clerk shall terminate the Motion of Defendant Walter A. Forbes for Mistrial Due to (1) Violations of Fed. R. Evid. 404(b) and (2) Constructive Amendment of the Indictment and/or Prejudicial Variance (Doc. No. 1124) because it was DENIED for substantially the reasons set forth in the Memorandum of the United States in Opposition to Forbes' Motion for Mistrial Due to Alleged Violations of Fed. R. Evid. 404(b) and Alleged Constructive Amendment of the Indictment and/or Prejudicial Variance (Doc. No. 1155).

It is so ordered.

Dated this 16th day of March 2006 at Hartford, Connecticut.

                                          /s/
                                    Alvin W. Thompson
                              United States District Judge