**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )   Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES and           )
E. KIRK SHELTON                )
-------------------------------
```

### ENDORSEMENT ORDER

The Motion of Walter A. Forbes for Disclosure of the Notes Used to Cross-Examine Chris McLeod (Doc. No. 1131) was DENIED on October 5, 2004 (see Tr. 14550) for substantially the reasons set forth in the Memorandum of the United States in Opposition to Forbes' Motion for Disclosure of the Notes Used to Cross-Examine Chris McLeod (Doc. No. 1144) and the Surreply Memorandum of the United States in Opposition to Forbes' Motion for Disclosure of the Notes Used to Cross-Examine Chris McLeod (Doc. No. 1148), following the court's discussion with government counsel on September 24, 2004 (see Tr. 12213 et seq.) and the court's in camera review of the notes of government counsel.

It is so ordered.

Dated this 16th day of March 2006 at Hartford, Connecticut.

                              /s/
                    ─────────────────────────
                       Alvin W. Thompson
                    United States District Judge