**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )        Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES and          )
E. KIRK SHELTON               )
-------------------------------
```

**ENDORSEMENT ORDER**

    The Clerk shall terminate the Motion of Defendant Walter A. Forbes for Reconsideration of the Court's Ruling Quashing the Subpoena to People's Bank Seeking Appraisal on the Corigliano Residence (Doc. No. 1027) because it was GRANTED on August 3, 2004. (See Tr. 9340 et seq.; see also Tr. 9418; DX 8.)

    It is so ordered.

    Dated this 17th day of March 2006 at Hartford, Connecticut.

                                                  /s/
                                Alvin w. Thompson
                        United States District Judge