**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
-------------------------------
```

**ORDER RE COPIES OF CONFIDENTIAL JUROR QUESTIONNAIRES**

The parties in the above-captioned case are hereby ordered to destroy forthwith all copies of the Confidential Juror Questionnaires in their possession that were filled out by potential jurors summoned, on March 2, 2006 and March 3, 2006, to appear at the Hartford courthouse on April 18, 2006.

It is so ordered, nunc pro tunc, March 15, 2006.

Dated this 27th day of March 2006, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge