UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02CR264 (AHN) |
| | ) | |
| WALTER A. FORBES | ) | March 21, 2006 |
| | ) | |

**CONSENT TO EXCLUDE DAYS FROM
SPEEDY TRIAL ACT CALCULATION
FOR THIRD TRIAL OF WALTER A. FORBES**

As represented orally to the Court during the proceedings on March 17, 2006, defendant Walter A. Forbes hereby consents to excluding the period from April 18, 2006 through May 15, 2006 – 28 calendar days – from any calculation for commencement of the third trial of Mr. Forbes under the Speedy Trial Act, 18 U.S.C. § 3161.

Having discussed the matter fully with his counsel of record, Mr. Forbes waives any right to argue that the period between April 18, 2006 and May 15, 2006 should have been included in any calculation under the Speedy Trial Act.

_____
Walter A. Forbes


/s/ Brendan V. Sullivan, Jr.
_____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

-and-

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(806) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Consent to Exclude Days From Speedy Trial Act Calculation for Third Trial of Walter A. Forbes to be served on March 28, 2006 to the following via e-mail:

    Norman Gross, Esq. (norman.gross@usdoj.gov)
    Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
    Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon