# EXHIBIT A

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

Connecticut

_____ DISTRICT OF _____

United States of America

**SUBPOENA IN A**
**CRIMINAL CASE**

v.

Walter A. Forbes

CASE NUMBER:     3:02CR00264 (AHN)

TO:     James Kidney
c/o Kathleen Cody, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9162

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE United States District Court<br>District of Connecticut<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | COURTROOM<br>Courtroom R |
|---|---|
| | DATE AND TIME May 19, 2006<br>9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>KEVIN F. ROWE | DATE |
|---|---|
| (By) Deputy Clerk | March 29, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# EXHIBIT B

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF _____ Connecticut

United States of America

## v.

Walter A. Forbes

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:    3:02CR00264 (AHN)

TO:    Thomas Newkirk
c/o Kathleen Cody, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9162

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE United States District Court District of Connecticut Brien McMahon Federal Building 915 Lafayette Boulevard Bridgeport, Connecticut 06604 | COURTROOM Courtroom R |
| --- | --- |
| | DATE AND TIME May 19, 2006 9:00 a.m. |

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT KEVIN F. ROWE | DATE |
| --- | --- |
| (By) Deputy Clerk | March 29, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes