UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) No. 3:02CR264 (AHN) <br> WALTER A. FORBES. ) March 31, 2006 <br> ) | |

**MOTION OF WALTER A. FORBES FOR LEAVE TO ISSUE RULE 17(C) SUBPOENAS TO ANNE PEMBER, CASPER SABATINO AND KEVIN KEARNEY**
**(Forbes Third Trial Motion No. 7)**

Walter A. Forbes, through undersigned counsel, respectfully moves this Court for leave to serve Rule 17(c) subpoenas on Anne Pember, Casper Sabatino and Kevin Kearney.

The grounds in support of this Motion are set forth in the accompanying Memorandum.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

Oral Argument Not Requested

                                      James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: March 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes for Leave to Issue Rule 17(c) Subpoenas to Anne Pember, Casper Sabatino and Kevin Kearney (Forbes Third Trial Motion No. 7) to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on March 31, 2006 to the following by Fed Ex:

>Robert J. Fettweis, Esq.
>Tressler, Soderstrom, Maloney & Priess
>744 Broad Street
>Newark, NJ 07102

Notice of this filing will be sent to all proposed subpoena recipients by operation of the Court's electronic filing system or by Fed Ex to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Barry S. Simon