UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                   )<br>)<br>WALTER A. FORBES.              )<br>)<br>) | No. 3:02CR264 (AHN)<br>March 31, 2006 |

MEMORANDUM IN SUPPORT OF MOTION OF WALTER A. FORBES
FOR LEAVE TO ISSUE RULE 17(C) SUBPOENAS TO ERNST & YOUNG
(Forbes Third Trial Motion No. 6)

Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his Motion for leave to serve the Rule 17(c) subpoena attached hereto as Exhibit A. Mr. Forbes is filing this Motion pursuant to Judge Thompson's Order that he seek leave of the Court prior to issuing any Rule 17(c) subpoenas.[1]

The current subpoena contains requests substantially similar to requests served prior to, or during, the first two trials. These requests were quashed during either the first and/or second trial against Mr. Forbes, but Mr. Forbes now wishes to re-serve the requests for purposes of the third trial in order to ensure that these requests are preserved for the record. See, e.g., United States v. Palmer, 122 F.3d 215, 221 (5th Cir. 1997) ("[a] retrial following a mistrial is both in purpose and effect a new trial. Accordingly, objections made at the aborted trial have no

---

[1] Judge Thompson's Order required that as a matter of "case management," prior to issuing any additional Rule 17(c) subpoenas, *inter alia*, Mr. Forbes was either to file a certification with the Court verifying that the court had not already quashed a prior subpoena demand calling for identical or substantially similar documents or to file a motion for reconsideration of the Court's prior Order to quash. The Court's Order does not specifically address the circumstances of a third trial, where Mr. Forbes is required to re-serve quashed subpoena requests in order to preserve them for purposes of any appeal. But out of an abundance of caution, Mr. Forbes is filing this motion for leave to serve the attached subpoena.

Oral Argument Not Requested

bearing on the retrial, as the two are entirely separate affairs."). Mr. Forbes is relying on his arguments previously made in this matter as he does not believe that additional argument will persuade the Court to rule differently than Judge Thompson. See Tr. 3/23/2005 at 6-7.

## **CONCLUSION**

For the foregoing reasons, Mr. Forbes respectfully requests that the Court grant him leave to serve the attached subpoena on Ernst & Young.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

2

        James T. Cowdery (Bar No. ct05103)
        Thomas J. Murphy (Bar No. ct07959)
        COWDERY, ECKER & MURPHY, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

        Attorneys for Walter A. Forbes

Dated: March 31, 2006

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Memorandum In Support of Motion of Walter A. Forbes for Leave to Issue a Rule 17(c) Subpoena to Ernst & Young (Forbes Third Trial Motion No. 6) to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on March 31, 2006 to the following by Fed Ex:

Terri A. Mazur, Esq.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820

Notice of this filing will be sent to all proposed subpoena recipients by operation of the Court's electronic filing system or by Fed Ex to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
Barry S. Simon