# EXHIBIT A

AO 89 (Rev. 11/91) Subpoena In a Criminal Case

# United States District Court

_____ DISTRICT OF _____ Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AHN)

TO:  Custodian of Records
Ernst & Young LLP
5 Times Square
New York, NY 10036

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE  United States District Court<br>District of Connecticut<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | COURTROOM<br>Courtroom R |
|---|---|
| | DATE AND TIME  May 19, 2006<br>9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>KEVIN F. ROWE | DATE |
|---|---|
| (By) Deputy Clerk<br>*[signature]* | March 29, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY ERNST & YOUNG

## DEFINITIONS AND INSTRUCTIONS

a. The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b. This subpoena does not require the re-production of any documents previously produced to Mr. Forbes.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All documents describing or memorializing work performed by Ernst & Young during any audit of the books, records or financial statements of CUC International Inc. ("CUC") prior to CUC's fiscal year 1993.

2. All documents reviewed by Ernst & Young during any audit of the books, records or financial statements of CUC prior to CUC's fiscal year 1993.