UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AHN) |
| v. ) | |
| ) | |
| WALTER A. FORBES ) | March 31, 2006 |
| ) | |

NOTICE OF DEFENDANT WALTER A. FORBES
OF ISSUES CONCERNING JURY INSTRUCTIONS

Pursuant to the Court's request that the defense identify the requested instructions and objections to instructions that were among the more significant issues raised with respect to jury instructions during the last trial, Tr. (3/23/06) at 13-14, defendant Walter A. Forbes, through undersigned counsel, hereby identifies selected (i) objections lodged by Mr. Forbes to the Court's final 2005 jury instructions and (ii) requests for jury instructions that were overruled in 2005.[1]

I.   SELECTED OBJECTIONS TO THE COURT'S FINAL JURY INSTRUCTIONS.

All references in Section I are to the Final Objections of Walter Forbes to the Court's Final Jury Instructions (filed 12/7/05) (Docket No. 2022):[2]

---

[1]   Although this pleading highlights certain issues raised by Mr. Forbes with respect to jury instructions, it should not be construed to suggest that the issues not identified herein are not significant. It is Mr. Forbes' position that all of the instructions that he sought but were not given, and all of his objections to the 2005 jury instructions, are significant.

[2]   We understand that the Court has electronic copies of the 2005 jury instructions and the pleadings filed by Mr. Forbes with respect to jury instructions. If the Court would like additional information concerning Mr. Forbes' objections to the 2005 jury instructions and/or Mr. Forbes' proposed jury instructions, we will promply supply such information to the Court upon request.

1. Objections to Defining the Alleged Fraud More Broadly than the Indictment. See Docket No. 2022 at 2-5;

2. Objections to Defining the Alleged False Statements More Boradly than the Indictment. Id. at 6-7;

3. Objections to Failure to Instruct on Generally Accepted Accounting Principles. Id. at 8-12;

4. Objections to Repeated Charge on Proof of Intent. Id. at 14-15;

5. Objections to Instruction No. I(D) (Failure to Name a Defendant). Id. at 18-19;

6. Objections to Instruction No. II(C)(2)(a) (First Element -- Existence of Unlawful Agreement). Id. at 32-37;

7. Objections to Instruction No. II(C)(2)(b) (Second Element -- Membership in the Conspiracy). Id. at 38-41;

8. Objections to Instruction No. II(C)(2)(b)(i) (Knowingly and Willfully). Id. at 42-46;

9. Objections to Instruction No. II(C)(2)(b)(iii) (Good Faith). Id. at 48-49;

10. Objections to Instruction No. II(D)(2)(a) (First Element -- False Statement of Fact in SEC Report). Id. at 54-55;

11. Objections to Instruction No. II(D)(2)(d) (Fourth Element -- Knowingly, Willfully and with Intent to Deceive). Id. at 59-60;

12. Objections to Instruction No. II(E)(2)(a) (First Element -- Fraudulent Act). Id. at 66-71;

13. Objections to Instruction No. II(F) (Aiding and Abetting). Id. at 75-78;

14. Objections to Instruction No. III (The Defendant's Position). Id. at 80-82;

15. Objections to Instruction No. IV(J) (Use of Particular Investigative Techniques or Witnesses). Id. at 92-93;

16. Objections to Instruction No. IV(R) (Not Proper to Consider Guilty Plea of Government Witness). Id. at 98-99; see also Docket No. 1988, Proposed Instruction No. 19.

## II. SELECTED REQUESTS FOR JURY INSTRUCTIONS THAT WERE OVERRULED IN 2005.

1. Missing Witness Stuart Bell. See Preliminary Proposed Jury Instructions of Walter Forbes (filed 11/15/05) (Docket No. 1988), Proposed Instruction No. 11.1; see also Docket No. 2022 at 13;

2. Acts and Statements After April 15, 1998. See Docket No. 1988, Proposed Instruction No. 15; see also Docket No. 2022 at 103, ¶ 2;

3. Accounting Matters Not to Be Considered -- Pre-1995 Time Period. See Docket No. 1988, Proposed Instruction No. 15.1; see also Docket No. 2022 at 103, ¶ 3;

4. Instructions Pertaining to Cosmo Corigliano:

    A. Retainer Funds. See Docket No. 1988, Proposed Instruction No. 20.1; see also Docket No. 2022 at 104, ¶ 7;

    B. SEC Quarterly Asset Schedules. See Docket No. 1988, Proposed Instruction No. 20.2; see also Docket No. 2022 at 104, ¶ 8;

    C. Town of Old Saybrook Appraisal and Assessment of Corigliano Property. See Docket No. 1988, Proposed Instruction No. 20.3; see also Docket No. 2022 at 104,

¶ 9;

    D. SEC Settlement Agreement. <u>See</u> Docket No. 1988, Proposed Instruction No. 20.4; <u>see also</u> Docket No. 2022 at 105, ¶ 10.

          Respectfully submitted,

          WILLIAMS & CONNOLLY LLP

    By: _____
       Brendan V. Sullivan, Jr. (Bar No. ct17115)
       Barry S. Simon (Bar No. ct24159)

       725 Twelfth Street, N.W.
       Washington, D.C. 20005
       (202) 434-5000 (phone)
       (202) 434-5029 (fax)
       bsimon@wc.com (e-mail)

         - and -

       James T. Cowdery (Bar No. ct05103)
       Thomas J. Murphy (Bar No. ct07959)
       Cowdery, Ecker & Murphy, L.L.C.
       750 Main Street
       Hartford, CT 06103-2703
       (860) 278-5555 (phone)
       (860) 249-0012 (fax)
       tmurphy@cemlaw.com (e-mail)

       Attorneys for Walter A. Forbes

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Defendant Walter A. Forbes of Issues Concerning Jury Instructions to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

    Norman Gross, Esq. (norman.gross@usdoj.gov)
    Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
    Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon