UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)    No. 3:02CR264 (AHN)<br>WALTER A. FORBES.    )<br>)    March 31, 2006<br>)<br>) | |

**MOTION OF DEFENDANT WALTER A. FORBES FOR AN ORDER
REQUIRING THE GOVERNMENT TO COMPLY WITH RULE 57 OF THE
LOCAL RULES OF CRIMINAL PROCEDURE FOR THE DISTRICT OF
CONNECTICUT AND TO REFRAIN FROM ANY FURTHER PUBLIC
COMMENTARY ON THIS CASE
(Forbes Third Trial Motion No. 9)**

Defendant Walter A. Forbes, through undersigned counsel, hereby respectfully moves for an order requiring the government to comply with Rule 57 of the Local Rules of the District of Connecticut ("Local Rule 57") and to refrain from any further public commentary on this case. The grounds for this Motion are set forth in the accompanying Memorandum.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

Oral Argument Not Requested

          James T. Cowdery (Bar No. ct05103)
          Thomas J. Murphy (Bar No. ct07959)
          COWDERY, ECKER & MURPHY, L.L.C.
          750 Main Street
          Hartford, CT 06103-2703
          (860) 278-5555 (phone)
          (860) 249-0012 (fax)
          tmurphy@cemlaw.com (e-mail)

          Attorneys for Walter A. Forbes

Dated: March 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | No. 3:02CR264 (AHN) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for an Order Requiring the Government to Comply with Rule 57 of the Local Rules of Criminal Procedure for the District of Connecticut and to Refrain From Any Further Public Commentary on This Case (Forbes Third Trial Motion No. 9) to be served on March 31, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon