UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WALTER A. FORBES. ) <br> ) | No. 3:02CR264 (AHN) <br><br> March 31, 2006 |

**MEMORANDUM IN SUPPORT OF MOTION OF
DEFENDANT WALTER A. FORBES FOR AN ORDER REQUIRING THE
GOVERNMENT TO COMPLY WITH RULE 57 OF THE LOCAL RULES
OF CRIMINAL PROCEDURE FOR THE DISTRICT OF CONNECTICUT
AND TO REFRAIN FROM ANY FURTHER PUBLIC COMMENTARY
ON THIS CASE
(Forbes Third Trial Motion No. 9)**

Defendant Walter A. Forbes, through undersigned counsel, hereby respectfully moves for an order requiring the government to comply with Rule 57 of the Local Rules of Criminal Procedure for the District of Connecticut ("Local Rule 57") and to refrain from any further public commentary on this case.

Local Rule 57 prohibits a lawyer associated with either the prosecution or defense of a criminal matter from making an extrajudicial statement before trial that a reasonable person would expect to be publicly disseminated, and that relates to, *inter alia*, an "opinion as to the guilt or innocence of the accused, the evidence, or the merits of the case." Local Rule 57(d).

The U.S. Attorney for the District of New Jersey recently violated Local Rule 57 by allowing his spokesman to express his opinion as to the government's evidence to the press. On March 15, and March 16, 2006, Business Week Online and USA Today Online reported that "a spokesman for the U.S. Attorney's Office in New Jersey" commented to the press as follows:

Oral Argument Not Requested

"We still believe firmly in our evidence against Mr. Forbes." See Exhibit A (3/16/06 Letter with articles attached).

This statement violated Local Rule 57. Upon learning of the violation, defense counsel wrote to the U.S. Attorney for the District of New Jersey and requested an explanation. See Exh. A. The U.S. Attorney did not respond.

This is not the first time that the U.S. Attorney's Office for the District of New Jersey has violated this Court's Local Rules concerning pretrial publicity. In March 2002, the U.S. Attorney himself gave an interview to the Bloomberg Forum that then Presiding Judge Thompson found to be "very inappropriate" and "not consistent . . . with the requirements of our Local Rules." Exh. B (1/15/03 Tr.) at 56. Although Judge Thompson did not go so far as to order compliance with the Local Rules, which themselves require compliance, he admonished government counsel to "review the Local Rules, our Local Rules, with someone in the U.S. Attorney's Office here in the [D]istrict [of Connecticut] and to ensure that anyone in their office who might be involved in the case is put on notice of the rules that will be governing this case . . . ." Exh. B at 59; see also id. at 64. The Court's "instructions to the government as to how to proceed going forward" were memorialized in an order. See Exh. C (1/27/03 Order).

Defense counsel have abided by Local Rule 57, and will continue to do so. But the government has not. It will be difficult enough selecting a jury in this matter without the government making inappropriate comments to the press. The government has been admonished in the past, and that did not work. The defense requests that the government now be expressly ordered not to make any further public commentary on this case.

## CONCLUSION

For the foregoing reasons, Mr. Forbes respectfully requests that the Court explicitly order the government to abide by Local Rule 57, and to refrain from any further public commentary concerning this case.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

_____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)


- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: March 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Memorandum in Support of Motion of Defendant Walter A. Forbes for an Order Requiring the Government to Comply with Rule 57 of the Local Rules of Criminal Procedure for the District of Connecticut and to Refrain From Any Further Public Commentary on This Matter (Forbes Third Trial Motion No. 9) to be served on March 31, 2006 to the following via e-mail:

> Norman Gross, Esq. (norman.gross@usdoj.gov)
> Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
> Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

Barry S. Simon