UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 3:02CR264 (AHN) |
| v. | ) ) | |
| WALTER A. FORBES | ) ) ) | March 31, 2006 |

**RENEWED MOTIONS OF DEFENDANT WALTER A. FORBES**
**(Forbes Third Trial Motion No. 11)**

Pursuant to Fed. R. Crim. P. 12(b)(3), Walter A. Forbes, through undersigned counsel, hereby renews the following motions and supporting memoranda to the extent the government has not supplied the materials and/or information sought by each motion.[1] Mr. Forbes incorporates each of the following motions and each of the motions' supporting memoranda in full by reference herein:

    1.    Motion to Compel the Immediate Production of Brady/Giglio Material and for the In Camera Review of Witness Statements, Testimony and Interview Notes (Forbes Pretrial Motion No. 13) (filed 12/14/01) (Docket No. 40) (and supporting memorandum). Mr.

---

[1] Mr. Forbes has filed a separate motion to compel discovery and production of Brady/Giglio material that raises the outstanding discovery issues as to which he seeks oral argument. See Forbes Third Trial Motion No. 2 (filed contemporaneously herewith). With respect to the remaining issues identified in the pleadings listed herein, Mr. Forbes is not seeking to make any argument to persuade the Court to rule differently than Judge Thompson, and thus he relies on the arguments previously made. See Tr. (3/23/2006) at 6-7.

No Oral Argument Requested

Forbes also incorporates herein the arguments made in the Motion of E. Kirk Shelton to Require the Government to Produce All Outstanding Brady and/or Giglio material (Shelton Pretrial Motion No. 19) (Docket No. 310) (filed 6/30/03) and the memorandum filed in support of that motion (docket nos. 311-313, filed 6/30/03);

      2.     Motion to Compel Discovery Under Fed. R. Crim. P. 16(a)(1)(C) (Forbes Pretrial Motion No. 14) (filed 12/14/01) (Docket No. 39) and supporting memorandum);

      3.     Motion to Compel Discovery (Forbes Pretrial Motion No. 50) (filed 6/27/03) (Docket No. 279) (and supporting memorandum) (Docket No. 280);

      4.     Supplemental Motion to Compel Discovery (Forbes Pretrial Motion No. 59) (filed 2/18/04) (Docket No. 481) (and supporting memorandum);

      5.     Supplemental Memorandum of Walter Forbes in Support of Rule 17(c) Subpoenas and Discovery from the Government of Impeachment Material (filed 6/29/04) (Docket No. 882);

      6.     Supplemental Memorandum Regarding the Government's Obligation To Produce Brady/Giglio Material (filed 7/1/04) (Docket No. 895);

      7.     Renewed Motion of Walter A. Forbes for Production of Corigliano Impeachment Material (filed 7/20/04) (Docket No. 971);

      8.     Supplemental Memorandum of Walter Forbes To Compel Production of Impeachment Material (filed 7/23/04) (Docket No. 968);

      9.     Motion of Walter A. Forbes To Compel Production of Brady/Giglio Material Concerning Kevin Kearney (and supporting memorandum) (filed 8/16/04) (Docket No. 1052);

10. Motion of Walter A. Forbes (1) for a Bill of Particulars and (2) To Limit the Evidence Presented at Trial To the Charges in the Indictment (Forbes Retrial Motion No. 2) (and supporting memorandum) (filed 7/15/05) (Docket No. 1607); and

11. Motion of Walter A. Forbes To Compel Discovery (Forbes Retrial Motion No. 3) (and supporting memorandum) (filed 7/15/05) (Docket No. 1608).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Renewed Motions of Defendant Walter A. Forbes (Forbes Third Trial Motion No. 11) to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)


_____
Barry S. Simon