UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | No. 3:02CR264 (AHN)<br>March 31, 2006 |

**MOTION OF WALTER A. FORBES TO VACATE THE COURT'S
ORDER GOVERNING THE ISSUANCE OF RULE 17 SUBPOENAS,
DOCKET NO. 1927**
<u>(Forbes Third Trial Motion No. 10)</u>

Walter A. Forbes, through undersigned counsel, hereby moves to vacate that portion of the Court's Order of November 2, 2005, Docket No. 1927, which requires that Mr. Forbes file anything with the Court prior to issuing certain subpoenas under Fed. R. Crim. P. 17.

The Compulsory Process Clause of the Sixth Amendment provides that "[i]n all criminal prosecutions, the accused shall enjoy the right . . . to have compulsory process for obtaining witnesses in his favor." U.S. Const. amend. VI. More than a century ago, Chief Justice Marshall held that the right of compulsory process includes the right to secure papers, in addition to the testimony of witnesses. See <u>United States v. Burr</u>, 25 F. Cas. 30, 34-35 (C.C.D. Va. 1807).

The limitations imposed by the Court infringe upon Mr. Forbes' Sixth Amendment rights to confrontation and compulsory process, and are not justified by the "case management concern" cited by the Court. Docket No. 1927 at 11. Particularly once the trial gets under way, the need to apply to the Court prior to issuing a Rule 17 subpoena could seriously impair Mr. Forbes' ability to obtain either documents or witnesses in time for them to be of use,

Oral Argument Not Requested

and improperly require premature disclosure to the government of potential areas of cross-examination. Accordingly, Mr. Forbes respectfully requests that the Court vacate that portion of the Order which requires him to file anything with the Court prior to serving certain Rule 17 subpoenas.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP

By: _____
        Brendan V. Sullivan, Jr. (Bar No. ct17115)
        Barry S. Simon (Bar No. ct24159)

        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        (202) 434-5000 (phone)
        (202) 434-5029 (fax)
        bsimon@wc.com (e-mail)

        - and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: March 31, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Vacate the Court's Order Governing the Issuance of Rule 17 Subpoenas, Docket No. 1927 (Forbes Third Trial Motion No. 10) to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on March 31, 2006 to the following by Fed Ex:

>Susan Brune, Esq.
>Brune & Richard LLP
>80 Broad Street, 30th Floor
>New York, NY 10004
>
>Kathleen Cody, Esq.
>Securities and Exchange Commission
>100 F Street, N.E.
>Washington, D.C. 20549-9162
>
>Robert J. Fettweis, Esq.
>Tressler, Soderstrom, Maloney & Priess
>744 Broad Street
>Newark, NJ 07102
>
>Terri A. Mazur, Esq.
>Mayer, Brown, Rowe & Maw LLP
>1675 Broadway
>New York, NY 10019-5820

Notice of this filing will be sent to all proposed subpoena recipients by operation of the Court's electronic filing system or by Fed Ex to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
Barry S. Simon