**A-4**

MAR-07-1998  10:18        HFS                                973 496 5115   P.02

**Credant Corporation**
**Consolidated Budget**
**1998 Adjustments**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | |
| -CUC | 24,567 | 25,567 | 25,567 | 19,006 | 19,006 | 19,006 | 16,521 | 16,521 | 16,521 | | | | 165,282 |
| -CORP | | | | | | 12,500 | | | 12,500 | | | | 25,000 |
| -BCI | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Total Revenue Adjustments | 26,567 | 26,567 | 26,567 | 20,006 | 20,006 | 32,506 | 17,521 | 17,521 | 30,021 | | | | 202,282 |
| | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| *Operating:* | | | | | | | | | | | | | |
| -HEBRO | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 7,500 |
| -CUC Europe | 0 | 0 | 0 | (221) | (221) | (221) | (221) | (221) | (221) | (221) | (221) | (221) | |
| | 625 | 625 | 625 | 404 | 404 | 402 | 404 | 404 | 402 | 404 | 404 | 397 | 5,300 |
| | | | | | | | | | | | | | |
| *Marketing* | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| *General & Administrative* | 208 | 208 | 209 | 208 | 208 | 209 | 208 | 208 | 209 | 208 | 208 | 209 | 2,500 |
| -HEBDO | 0 | 0 | 0 | (221) | (221) | (221) | (221) | (221) | (221) | (221) | (221) | (221) | (2,000) |
| -CUC Europe | | | | (13) | (13) | (14) | (13) | (13) | (14) | (13) | (13) | (19) | 500 |
| | 208 | 208 | 209 | 391 | 391 | 388 | 391 | 391 | 388 | 391 | | 378 | 6,000 |
| Total Expense Adjustments | 833 | 833 | 834 | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Depreciation Expense | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (900) |
| Amortization Expense | | | | | | | | | | | | | |
| -Essex | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Interest | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (6,000) |
| -Hebdo | | | | | | | | | | | | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0837685

FROM 03/21/1996  16:01    HF 5                          973 496 5115   P.03

*Crossfoots to 16528*

| | Actual Jan-98 | Budget Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLIC division only | | | | | | | | | | | | | | |
| Original costs sema/revenue | 25,557 | 25,567 | 25,597 | 25,567 | 18,506 | 18,006 | 19,006 | 16,521 | 18,521 | 18,521 | (8,000) | (8,000) | (9,000) | 180,849 -9705 |
| relocation due to school results | (0,138) | | | | | | | | | | | | | |
| | 20,429 | 25,567 | | | | | | | | | | | | 74,305 |
| Accounting: | | | | | | | | | | | | | | |
| Revenue: | | | | | | | | | | | | | | |
| Internal member servicing | 3,800 | 3,800 | 3,800 | 3,800 | 3,600 | 3,500 | 3,500 | 2,800 | 2,800 | 2,800 | 2,500 | 2,500 | 2,500 | 41,600 |
| Other service items | 6,885 | 7,217 | 5,600 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,800 | 5,800 | 5,500 | 74,305 |
| | 10,385 | 11,017 | | | | | | | | | | | | |
| Costs saved: | | | | | | | | | | | | | | |
| New marketing | 1,681 | 2,000 | | | | | | | | | | | | |
| Renew marketing | 563 | 900 | | | | | | | | | | | | |
| Service costs | 5,550 | 8,000 | | | | | | | | | | | | |
| Overhead | 2,548 | 2,750 | | | | | | | | | | | | |
| | 10,341 | 14,550 | | | | | | | | | | | | |
| After costs saved: | | | | | | | | | | | | | | |
| New member CPAM | 20,429 | 25,567 | | | | | | | | | | | | |
| Renew member CPAM | 86% | 86% | | | | | | | | | | | | |
| | 21% | 19% | | | | | | | | | | | | |
| New marketing costs | 31,948 | 29,345 | | | | | | | | | | | | |
| Renew marketing costs | 6,460 | 8,084 | | | | | | | | | | | | |
| Servicing | 6,171 | 8,635 | | | | | | | | | | | | |
| Overhead | 2,740 | 2,728 | | | | | | | | | | | | |

E.U.

TOTAL P.03

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0837686

**A-5**

# ROBERT T. TUCKER

### ATTORNEY AT LAW

61 PURCHASE ST
RYE, N Y 10580

(914) 967-8105
FAX (914) 967-8161

September 10, 1997

**VIA FEDERAL EXPRESS**

Mr Cosmo Corigliano
CUC International Inc
707 Summer Street
Stamford  CT  06901

Dear Cosmo

    At its meeting of September 9, 1997, the Compensation Committee approved the payment/reimbursement of the airplane charges set forth on the attached schedule   The committee asked that I send you this letter with a request that this payment/reimbursement occur as promptly as possible

Very truly yours,

Robert T  Tucker

RTT/kau

CEN 0566082 JF1
CONFIDENTIAL

**ROBERT P. RITTEREISER**
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

## VIA FACSIMILE

September 8, 1997

To:   Compensation Committee Members
      CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:   Walter A. Forbes (w/o attachment)
      Robert T. Tucker (w/attachment)

CEN 0566083 JF1
CONFIDENTIAL



September 8, 1997


Robert Rittereiser
Gruntal & Company, Inc
14 Wall Street
New York, NY 10005

Dear Rit

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet

If you have any questions, please call

Best regards,

Walter A Forbes

WAF/bf

Attachments

CEN 0566084 JF1
CONFIDENTIAL

**Amount Due WAF**

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464 |
| 1996 amount not billed | | 370,417 |
| amount overflown 1995 & 1996 | | ~~448,662~~ |
| | $ | ~~1,045,543~~ |

*596,881* (illegible handwriting)

*we "overflew" the planes 187 4 hours beyond my contract, these monies will go to Executive Jet

CEN 0566085 JF1
CONFIDENTIAL

SEP 05 '97  01:55PM BUCK, STURMER & CO                                      P.2

# Buck, Sturmer & Co., P.C.

### CERTIFIED PUBLIC ACCOUNTANTS

821 FIFTH AVENUE, NEW YORK, NEW YORK 10175

(212) 687-7333

FAX (212) 986-1201

DOUGLAS BUCK, C.P.A
RICHARD C. STURMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A
JAMES A. BENNETT, C.P.A.
GERARD S. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENKERT, C.P.A
KEVIN P. BOLAND, C.P.A.

350 T. FREMD AVENUE, BOX 118
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3426

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CEN 0566086 JF1
CONFIDENTIAL

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

CEN 0566087 JF1
CONFIDENTIAL

SEP 05 '97  01:56PM BUCK,STURMER & CO                    P.4

WALTER FORBES
'__8 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

CEN 0566088 JF1
CONFIDENTIAL

02/01/1994  16:P8    305-532-0890        EJA DAVE CLERY
SEP  5 1997  9.59AM    EXECUTIVE JET AVIA                         PAGE  04

Walter A.  Forbes                          INVOICE NO.: PRELIMINARY
c/o CUC International                       Inv. Date:
707 Summer St., PO BOX 10049               Cust. No.:   1108
Stamford, CT 06904-2049


## SUMMARY OF CHARGES

Hawker 1000 - 5300S
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:


                              95.4      @     $4,855.00   $463,167.00

Federal Excise Tax                                          46,316.70
                                                          ============

                                      Total Amount Due  $509,483.70



Amount previously invoiced to Mr  Forbes for the 95.4  hours = $170,212.68



REMIT TO.    P.O. Box 369099    Columbus, OH 43236-9099


CEN 0566089 JF1
CONFIDENTIAL

02/01/1994  16:08     305-532-8890          EJA DAVE CLERY
SEP  5 1997  3:59AM   EXECUTIVE JET AVIA                    NO. 276   P. 05   PAGE  05

Walter A. Forbes                          INVOICE NO.: PRELIMINARY
c/o CUC International                      Inv. Date:
707 Summer St., PO BOX 10049              Cust. No.:   1108
Stamford, CT 06904-2049

## SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8 33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

|  |  |  |  |
|---|---|---|---|
| 92.0 | @ | $8,884.00 | $817,328.00 |
| Federal Excise Tax |  |  | 81,732.80 |
|  |  | Total Amount Due | $899,060.80 |

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099

CEN 0566090 JF1
CONFIDENTIAL

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| | |
|---|---|
| TODAY'S DATE | / / |
| PERIOD COVERED | ___ |

| | |
|---|---|
| EMPLOYEE | Walter Forbes |
| LOCATION | Corp |
| DEPARTMENT | |

| EMPLOYEE PHONE # & EXT | (  )  X |
| EMPLOYEE VENDOR # | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | | | | **TOTAL CHARGES PAID BY EMPLOYEE** |
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC EXP ENTERTAINMENT (ETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

MINUS ADVANCES FOR THE PERIOD ( )

**BALANCE TO BE REIMBURSED TO EMPLOYEE**   596,881

FOR INFORMATIONAL PURPOSES ONLY

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to please see attached | hrs for CUC business — |
| | * Charge to Merger Reserve | |

## Certification:

HFS Merger Costs

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business

| ACCOUNT NO. | DEPT. CODE | AMOUNT | |
|---|---|---|---|
| 23333 | 0000 | $ 596,881 | PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT |
| | | $ | |
| | | $ | |
| | | $ | |

SIGNATURE OF EMPLOYEE     DATE 9/30/97     SIGNATURE OF DEPARTMENT VICE PRESIDENT     DATE

SEND WHITE COPY TO ACCOUNTING  RETAIN YELLOW COPY

CEN 0566091 JF1
**CONFIDENTIAL**

**A-6**

01-170-274411          CUC INTERNATIONAL, INC.          00189279

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 74174 | J09596 | | 10-31-97 | 596891.00 | .00 | 596891.00 |
| | | | T O T A L S | 596891.00 | .00 | 596891.00 |

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

**189279**

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK - HOLD UP TO A LIGHT TO VIEW

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

**189279**  50-987/213

|  | DATE | CHECK NO. | NET AMOUNT |
|---|---|---|---|
| PAY | 11/11/97 | 00189279 | ****596,891.00 |

*E HUNDRED NINETY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND* **NOT VALID AFTER 180 DAYS**

O THE
RDER
OF

WALTER A FORBES
STAMFORD/CORPORATE

NON-NEGOTIABLE 

⑈189279⑈ ⑆021309379⑆ 601⑇2⑇14810⑈   Gave to Beth 11/12/97

CEN 0602311 TR5
CONFIDENTIAL

To: Service Payables  
Ext: 2248

From: _Nancy Aconfora_  
Ext: _2260_

## BILL APPROVAL FORM

Each invoice# requires a separate Bill Approval Form

1.) Check Made Out To: _Walter Forbes_

2.) Description: _____  
_Walter Forbes T&E_

3.) Amount to be paid: _596,881.00_

4.) Approved By (Must have V.P. Signature):

_(see signature on T&E)_

Date: _____

5.) Please fill in all available information:

| | |
|---|---|
| Client Code _294411_ | Manual # __NOV 10 __ |
| Invoice # _009596_ | Inv. Date _103197_ |
| P.O. # _____ | |
| G/L Account # _33333-0000_ | Amount $ _596,881.00_ |

**Special Instructions!**
_____

_27414_   If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting     • Yellow Copy for Your Records

CEN 0602312 TR5  
CONFIDENTIAL

# ROBERT T. TUCKER
### ATTORNEY AT LAW

61 PURCHASE ST                                                    (914) 967-8105
RYE, N.Y. 10580                                              FAX: (914) 967-816

September 10, 1997

**VIA FEDERAL EXPRESS**

Mr. Cosmo Corigliano
CUC International Inc.
707 Summer Street
Stamford, CT 06901

Dear Cosmo:

    At its meeting of September 9, 1997, the Compensation Committee approved the payment/reimbursement of the airplane charges set forth on the attached schedule. The committee asked that I send you this letter with a request that this payment/reimbursement occur as promptly as possible.

Very truly yours,

Robert T. Tucker

RTT/kau

CEN 0602313 TR5
**CONFIDENTIAL**

ROBERT P. RITTEREISER
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

## VIA FACSIMILE

September 8, 1997

To:    Compensation Committee Members
       CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:  Walter A. Forbes (w/o attachment)
     Robert T. Tucker (w/attachment)

CEN 0602314 TR5
CONFIDENTIAL



September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments

CEN 0602315 TR5
CONFIDENTIAL

**Amount Due WAF**

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464 |
| 1996 amount not billed | | 370,417 |
| amount overflown 1995 & 1996 | | ~~448,662~~ |
| | $ | ~~1,045,543~~ |

*596,881*

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet

**CEN 0602316 TR5**
**CONFIDENTIAL**

*Buck, Summer & Co., P.C.*

CERTIFIED PUBLIC ACCOUNTANTS

521 FIFTH AVENUE, NEW YORK, NEW YORK 10175

(212) 987-7333

FAX (212) 986-1201

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD E. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENKERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

350 T. FREMD AVENUE, BOX 118
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3488

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CEN 0602317 TR5
CONFIDENTIAL

SEP 25 '97  01:55PM BUCK/STURMER & CO                                    P.9

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

CEN 0602318 TR5
CONFIDENTIAL

MAR 25 '97   03:56PM BUCK & TURNER & CO                           P.4

WALTER FORBES
1998 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 728,481 | $ 358,064 | $ 370,417 |

CEN 0602319 TR5
CONFIDENTIAL

Walter A. Forbes                          INVOICE NO.: **PRELIMINARY**
c/o CUC International                      Inv. Date:
707 Summer St., PO BOX 10049              Cust. No.:    1108
Stamford, CT 06904-2049

### SUMMARY OF CHARGES

Hawker 1000 - 530QS
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

|  |  |  |  |
|---|---|---|---|
| 95.4 | @ | $4,855.00 | $463,167.00 |
| Federal Excise Tax | | | 46,316.70 |

Total Amount Due  $509,483.70

Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68

**REMIT TO:**    P.O. Box 369099    Columbus, OH 43236-9099

CEN 0602320 TR5
CONFIDENTIAL

EJA DAVE CLERY

PAGE 25

Walter A. Forbes                                          INVOICE NO.: PRELIMINARY
c/o CUC International                                     Inv. Date:
707 Summer St., PO BOX 10049                             Cust. No.:    1108
Stamford, CT 06904-2049

## SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

|  |  |  |  |
|---|---|---|---|
| 92.0 | @ | $8,884.00 | $817,328.00 |

Federal Excise Tax                                                  81,732.80
                                                                  ═══════════
                                            Total Amount Due  $899,060.80

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO:    P.O. Box 369099    Columbus, OH 43236-9099

CEN 0602321 TR5
CONFIDENTIAL

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| TODAY'S DATE | PERIOD COVERED |
|---|---|
| / / | — |

EMPLOYEE: _Walter Forbes_
LOCATION: _Corp_
DEPARTMENT:

( ) X

| DATE | 1995 | 1996 | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC. EXP. | | | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

MINUS: ADVANCES FOR THE PERIOD ( )

BALANCE TO BE REIMBURSED TO EMPLOYEE  596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | _Balance due to prior fee schedule_ | _hrs for CUC business_ |
| | _# Charge to Merger Reserve_ | |

## Certification:

_HFS Merger Costs_

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

| ACCOUNT NO | DEPT. CODE | AMOUNT |
|---|---|---|
| → 23333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

_____
SIGNATURE OF EMPLOYEE

9/30/97
DATE

_____
SIGNATURE OF DEPARTMENT VICE PRESIDENT

_____
DATE

SEND WHITE COPY TO ACCOUNTING. RETAIN YELLOW COPY.

CEN 0602322 TR5
CONFIDENTIAL

**A-7**

01-176-274411    CUC INTERNATIONAL, INC.    00189279

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 17617 | 389536 | | 10-31-97 | 596891.00 | .00 | 596891.00 |
| | | TOTALS | | 596891.00 | .00 | 596891.00 |

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

**189279**

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK - HOLD UP TO A LIGHT TO VIEW

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

**189279**

| DATE | CHECK NO | NET AMOUNT |
|---|---|---|
| 11/11/97 | 00189279 | ****596,891.00 |

PAY

**FIVE HUNDRED NINETY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND** NOT VALID AFTER 180 DAYS

TO THE ORDER OF

WALTER A FORBES
STAMFORD/CORPORATE



NON-NEGOTIABLE

⑈189279⑈ ⑆021309329⑆ 601⑈2⑈14810⑈    *Gave to Beth 11/12/97*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION No. 98-1664 (AWT)    CEN 0024910

To: Service Payables
Ext: 2248

From: _Nancy Acatora_
Ext: _3260_

## BILL APPROVAL FORM

Each invoice# requires a separate Bill Approval Form

1.) Check Made Out To: _Walter Forbes_

2.) Description:
_Walter Forbes T+E_

3.) Amount to be paid: _596,381.00_

4.) Approved By (Must have V.P Signature):      Date:
_( see signature on T+E )_

5.) Please fill in all available information:

Client Code _29411_            **NOV 10 1997**

Invoice # _004596_           Manual # _____

P.O. #  _____           Inv. Date ~~_____~~ _103197_

G/L Account # _33333-0000_      Amount $ _596,381.00_

## Special Instructions!

_2 2117_   If you have questions. please call Service Payables at ext. 2248

• White Copy To Accounting    • Yellow Copy for Your Records

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1229 (AWT)

CEN 002914

ROBERT T. TUCKER

ATTORNEY AT LAW

61 PURCHASE ST
RYE, N Y 10580

(914) 967-8105
FAX (914) 967-8161

September 10, 1997

**VIA FEDERAL EXPRESS**

Mr. Cosmo Corigliano
CUC International Inc.
707 Summer Street
Stamford, CT  06901

Dear Cosmo:

At its meeting of September 9, 1997, the Compensation Committee approved the payment/reimbursement of the airplane charges set forth on the attached schedule.  The committee asked that I send you this letter with a request that this payment/reimbursement occur as promptly as possible.

Very truly yours,

Robert T Tucker

RTT/kau

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (GLG)

CEN  0024915

ROBERT P. RITTEREISER
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

**VIA FACSIMILE**

September 8, 1997

To:　Compensation Committee Members
CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:　Walter A. Forbes (w/o attachment)
　　Robert T. Tucker (w/attachment)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (DNN)

CEN 0024916



 CUC INTERNATIONAL

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc
14 Wall Street
New York, NY  10005

Dear Rit

Here are the plane charges - as you would expect, our use of planes has accelerated with
our new life

Going forward, we will have two planes (starting next April) and my use of the corporate
plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call

Best regards,

Walter A. Forbes

WAF/bf

Attachments

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1854 (AWT)

CEN  0024917

Amount Due WAF

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464 |
| 1996 amount not billed | | 370,417 |
| amount overflown 1995 & 1996 | | ~~448,662~~ |
| | $ | ~~1,045,543~~ |
| | | 1,596,881 |

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION No. 98-1827 (MHD)     CBN 0024918

SEP 05 '97  01:55PM BUCK, STUMER & CO                                    P.2

### Buck, Stormen & Co., P.C.

CERTIFIED PUBLIC ACCOUNTANTS

A2: FIFTH AVENUE, NEW YORK, NEW YORK 10178
(818) 867-7733
FAX (213) 846-1701

450 T. FREMO AVENUE, BOX 115
RYE, NEW YORK 10580
(914) 867-0477
FAX (914) 867-3488

DOUGLAS BUCK, C.P.A.
RICHARD C. STURNER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD S. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENNERT, C.P.A.
KEVIN R. SOLANO, C.P.A.

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (AHN)

CEN 0024919

SEP 05 '97  01:59PM BUCK,STURMER & CO                                    P.3

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 6,084 | 49,823 | 25,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (AHN)

CEN 0024920

SEP 25 '02  01:56PM BUCK/STURMER & CO                                    P.4

WALTER FORBES
1998 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,599 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WWE)                    CEN  0024921

02/01/1994  16:P8    385-532-0098              EJA DAVE CLERY                    PAGE 04
SEP  1 1991  9:59AN     EXECUTIVE JET AVIA                        No 3752   P 2 9

Walter A. Forbes                                    INVOICE NO.: PRELIMINARY
c/o CUC International                               Inv. Date:
707 Summer St., PO BOX 10049                        Cust. No.:  1108
Stamford, CT 06904-2049

### SUMMARY OF CHARGES

Hawker 1000 - 5300S
4.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

                              95.4      @      $4,855.00   $463,167.00

federal Excise Tax                                          46,316.70
                                                        ═══════════════

                                        Total Amount Due  $509,483.70

Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68

REMIT TO:   P.O. Box 369095   Columbus, OH 43236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO, 98-1829 (AHN)                    CEN  0024922

02/21/1994  16:89    385-532-8898                    EJA DAVE CLERY
SEP  5 1997  9:50AM    EXECUTIVE JET AVIA                    PAGE  85

Walter A. Forbes                              INVOICE NO.: PRELIMINARY
c/o CUC International                          Inv. Date:
707 Summer St., PO BOX 10049                   Cust. No.:   1108
Stamford, CT 06904-2049

SUMMARY OF CHARGES

Gulfstream IV/GP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

                                 92.0        @    $8,884.00  $817,328.00

                                                              81,732.80
Federal Excise Tax                                          ============

                                          Total Amount Due  $899,060.80

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (AWT)
                                                   CEN  0024923

## CUC INTERNATIONAL

### EMPLOYEE EXPENSE REPORT

| | | TODAY'S DATE | PERIOD COVERED |
|---|---|---|---|
| EMPLOYEE | _Walter Forbes_ | / / | — |
| LOCATION | _Corp_ | EMPLOYEE PHONE # & EXT | ( ) x |
| DEPARTMENT | | EMPLOYEE VENDOR # | |

| DATE | 1995 | 1996 | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC. EXP | | | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 379,417 | | | | | | |

MINUS: ADVANCES FOR THE PERIOD

BALANCE TO BE REIMBURSED TO EMPLOYEE    596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | _Balance due to expense_ _fee Heckey_ | _hrs in Cue Eversan_ |
| | _& Charge to Merger Reserve_ | |

### Certification:

_HFS Merger Costs_

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 73333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

_____ SIGNATURE OF EMPLOYEE

9/30/97 DATE

_____ SIGNATURE OF DEPARTMENT VICE PRESIDENT

DATE

SEND WHITE COPY TO ACCOUNTING. RETAIN YELLOW COPY

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CIVIL ACTION NO. 98-1664 (AHN)    CEH 002-4924

**A-8**

## CUC INTERNATIONAL

**EMPLOYEE EXPENSE REPORT**

| | | APPROVAL | | TODAYS DATE | | PERIOD COVERED |
|---|---|---|---|---|---|---|

| EMPLOYEE | *Walter Forbes* |
| LOCATION | *Corp* |
| DEPARTMENT | |

| EMPLOYEE PHONE - EXT | ( ) | X |
| EMPLOYEE VENDOR # | |

| DATE | 1995 | 1996 | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |

*Steve —*
*10/30 needs to go to Merger Reserve — (But not this in the W&F file)*
*Chris — Please make a copy for me — Steve*

*Nancy*
*Put in Trk E. Walter*
*Schedule then*
*Send through*
*payables.*
*Thks*
*Steve*

| MISC. EXP. ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTALS | 226,464 | 370,417 | | | | | | |

| MINUS: ADVANCES FOR THE PERIOD | ( ) |
| **BALANCE TO BE REIMBURSED TO EMPLOYEE** | 596,881 |

**FOR INFORMATIONAL PURPOSES ONLY:**

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

**ENTERTAINMENT DETAIL**

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | *Balance due to Plane Fee Hockey* | *Hrs for Cuc Business* |
| | *¥ Charge to Merger Reserve* | |

GOVERNMENT
EXHIBIT
EX. 158

## Certification:

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

*HFS Merger Costs*

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| →73333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

| SIGNATURE OF EMPLOYEE | 9/30/97 DATE | SIGNATURE OF DEPARTMENT VICE PRESIDENT | 204298 |