**A-9**

DEFENDANT'S
EXHIBIT

1651

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WHW)

CEN 0370150

Walter
Forbes
T & E

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WHW)

CEN 0370151

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | 10-31-97 | 596891.00 | .00 | 596891.00 |
| | | | | 596891.00 | .00 | 596891.00 |

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

**189279**

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK - HOLD UP TO A LIGHT TO VIEW

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

**189279**

| DATE | CHECK NO. | NET AMOUNT |
|---|---|---|
| 11/11/97 | 00189279 | $****596,891.00 |

PAY

*** FIVE HUNDRED NINETY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE *** NOT VALID AFTER 90 DAYS

TO THE ORDER OF

WALTER A FORBES
STONEGROUP CORPORATE

NON-NEGOTIABLE

⑈189279⑈ ⑆021309379⑆ 601-2-14810⑈

Gave to Beth 11/12/97

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370152

To: Service Payables
Ext: 2248

From: _Nancy Freedom_
Ext: _2260_

## BILL APPROVAL FORM

Each invoice# requires a separate Bill Approval Form

1.) Check Made Out To: _Walter Forbes_

2.) Description: _Walter Forbes T&E_

3.) Amount to be paid: _596.88.00_

4.) Approved By (Must have V.P. Signature:           Date:

_(see signature on T&E)_

5.) Please fill in all available information:

Client Code _294411_                     **NOV 10 1997**

Invoice # _CC9596_        Manual #

P.O. #                                    Inv. Date _11/3/97_

G.L Account # _33333-CCCC_    Amount $ _596.88.CC_

**Special Instructions!**

If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting      • Yellow Copy for Your Records

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370153

ROBERT P. RITTEREISER
14 WALL STREET
14ᵀᴴ FLOOR
NEW YORK, NEW YORK 10005

VIA FACSIMILE

September 8, 1997

To:    Compensation Committee Members
       CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:  Walter A. Forbes (w/o attachment)
     Robert T. Tucker (w/attachment)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370154

 CENDANT CORPORATION

September 8, 1997

Robert Rittereiser
Gruntal & Company Inc
14 Wall Street
New York, NY 10005

Dear Rit

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet

If you have any questions, please call

Best regards,

Walter A Forbes

WAF:bf

Attachments

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370155

**Amount Due WAF**

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464 |
| 1996 amount not billed | | 370,417 |
| amount overflown 1995 & 1996 | | ~~448,662~~ |
| | $ | ~~1,045,543~~ |
| | | $ 596,881 |

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370156

P.2

# Buck, Summon & Co., P.C.

CERTIFIED PUBLIC ACCOUNTANTS
551 FIFTH AVENUE, NEW YORK, NEW YORK 10176
(212) 687-7333
FAX (212) 869-1701

350 T. FREND AVENUE, BOX 112
RYE, NEW YORK 10680
(914) 967-0477
FAX (914) 967-3488

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. FOBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD B. CARMODIN, JR., C.P.A.
SUSAN TOHASBI, C.P.A.
NORMAN A. BENKERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370157

SEP 26 '97  10:55PM BUCK, STURMER & CO                                    P.3

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,346 | 118,600 | 53,746 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370158

SEP 29 '97  01:56PM BUCK,STURMER & CO

P.4

WALTER FORBES
1996 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370159

EJA DAVE CLERY                    PAGE 24

305-532-8898

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-3049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.:   1108


## SUMMARY OF CHARGES

Hawker 1000 - 530CS
0.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

|  |  |  |  |
|---|---|---|---|
| 95.4 | @ | $4,855.33 | $463,167.00 |

Federal Excise Tax                                         $6,316.70

Total Amount Due  $509,483.73


Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68


REMIT TO.   P.O. Box 369099   Columbus, OH 43236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370160

22/21/1994  15:38    305-532-8898                EJA DAVE CLERK                              PAGE 05

Walter A.  Forbes                                    INVOICE NO.:  PRELIMINARY
c/o CUC International.                                Inv. Date:
707 Summer St., PO BOX 10049                          Cust. No.:   1108
Stanford. CT 06904-2049

SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours alloted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

                                        92.0        @     $8,884.50   $817,328.00

                                                                       $1,732.80
          Federal Excise Tax                                          ═══════════

                                                         Total Amount Due  $899,060.80

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40

REMIT TO:    P.O. Box 369099   Columbus, OH 43236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Chil Action No. 98-1663 (WHW)

CEN 0370161

**CUC INTERNATIONAL**

### EMPLOYEE EXPENSE REPORT

| | | TODAY'S DATE | PERIOD COVERED |
|---|---|---|---|
| EMPLOYEE | Walter Forbes | / / | |
| LOCATION | Corp | | |
| DEPARTMENT | | | |

EMPLOYEE PHONE # & EXT ( )     X

EMPLOYEE VENDOR #

| DATE | 1995 | 1996 | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | |
| BREAKFAST | | | | | | | |
| LUNCH | | | | | | | |
| DINNER | | | | | | | |
| LODGING | | | | | | | |
| TIPS | | | | | | | |
| TELEPHONE | | | | | | | |
| PARKING | | | | | | | |
| TRANSPORTATION | | | | | | | |
| TAXI | | | | | | | |
| MILEAGE | | | | | | | |
| AUTO RENTAL | | | | | | | |
| MISC EXP | | | | | | | |
| ENTERTAINMENT DETAIL BELOW | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | |

MINUS ADVANCES FOR THE PERIOD

BALANCE TO BE REIMBURSED TO EMPLOYEE    596,881

FOR INFORMATIONAL PURPOSES ONLY

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

**ENTERTAINMENT DETAIL**

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Salaries due to given hrs in Cuc business fee sharing | |
| | & Charge to Merger Reserve | |

**Certification:**

HFS Merger costs

| | ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|---|
| | 33333 | 0000 | $ 596,881 |
| | | | $ |
| | | | $ |
| | | | $ |

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

SIGNATURE OF EMPLOYEE     9/30/97     SIGNATURE OF DEPARTMENT VICE PRESIDENT     DATE
                         DATE

SEND WHITE COPY TO ACCOUNTING  RETAIN YELLOW COPY

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370162

**A-10**

203 965 5474    P.03/04

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| | | | PERIOD COVERED |
|---|---|---|---|
| | / / | | — |

| EMPLOYEE | Walter Forbes | EMPLOYEE PHONE # & EXT. | ( ) | X |
| LOCATION | Corp | | | |
| DEPARTMENT | | EMPLOYEE VENDOR # | | |

| | | | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | | | | |
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC. EXP. | | | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

MINUS: ADVANCES FOR THE PERIOD

**BALANCE TO BE REIMBURSED TO EMPLOYEE** | 596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| : | $ | |
| : | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to plane | hrs for CUC business — |
| | fee Hensley | |
| | ¥ Charge to Merger Reserve | |

## Certification:

HFS Merger Costs

I certify that this statement describes true actual and necessary business expenses ...ed by me while engaged in company ...ed business.

| ACCOUNT NO. | DEPT. CODE | AMOUNT | |
|---|---|---|---|
| → 13333 | 0000 | $ 596,881 | |
| | | $ | |
| | | $ | |
| | | $ | |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

SIGNATURE OF EMPLOYEE    9/30/97    SIGNATURE OF DEPARTMENT VICE PRESIDENT    DATE

DATE

CENDANT 0002234

# A-11

Walter
Erbes
T & E

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of
this document and any copies of it is claimed under the
Freedom of Information Act.

CD - 0017387

| 01-176-294411 | | CUC INTERNATIONAL, INC. | | | | 00183279 |
|---|---|---|---|---|---|---|
| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
| | | | 10-31-97 | 596*81.00 | .00 | 596*81.00 |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | T O T A L S | | | 596881.00 | .00 | 596831.00 |

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

**189279**

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK · HOLD UP TO A LIGHT TO VIEW

**CUC INTERNATIONAL INC.**
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

**189279** 50-407/213

| DATE | CHECK NO. | NET AMOUNT |
|---|---|---|
| 11/11/97 | 00189279 | *****596,881.00 |

PAY

*** HUNDRED NINETY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND 00 *** NOT VALID AFTER 180 DAYS

TO THE ORDER OF

WALTER A FORBES
STANEGPO/CORPORATE

NON NEGOTIABLE

⑆189279⑆ ⑈021309379⑈ 501⸱2⸱14810⑈   Gave to Beth 11/12/97

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of
this document and any copies of it is claimed under the
Freedom of Information Act.

CD - 0017388

To: Service Payables
Ext: 2248

From: _____
Ext: _____3260_____

## BILL APPROVAL FORM

Each invoice requires a separate Bill Approval Form

1. Check Made Out To: _____
2. Description: _____
   _____
3. Amount to be paid: _____
4. Approved By: Must have VP Signature          Date: _____

   _____                            _____
   _____                            _____
   _____                            _____

5. Please fill in all available information:

   Client Code      294411        **NOV 10 1997**
   Invoice #        009596        Manual # _____
   P.O. #           _____     Inv. Date _____ 03/97
   G/L Account #    33333-0000    Amount $   596.39.00

   _____                            _____
   _____                            _____
   _____                            _____
   _____                            _____
   _____                            _____
   _____                            _____

## Special Instructions!

   _____
   _____
   _____
   _____

   If you have questions, please call Service Payables at ext. 2248

   • White Copy To Accounting          • Yellow Copy for Your Records

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of
this document and any copies of it is claimed under the
Freedom of Information Act.

CD - 0017389

ROBERT P. RITTEREISER
14 WALL STREET
14TH FLOOR
NEW YORK, NEW YORK 10005

**VIA FACSIMILE**

September 8, 1997

To:    Compensation Committee Members
       CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:  Walter A. Forbes (w/o attachment)
     Robert T. Tucker (w/attachment)

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of
this document and any copies of it is claimed under the
Freedom of Information Act.

CD - 0017390



September 3, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Bob:

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards

Walter A. Forbes

WAF:bf

Attachments

This document is submitted as CONFIDENTIAL. Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017391

Amount Due WAF

this amount not billed
this amount not billed             $    226,464
amount overflown 1995 & 1996            370,417

$    1,045,341

$ 596,881  (?)

I've flown/flew the planes 1,874 hours beyond my contract, these monies will go to
Executive Jet

This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of
this document and any copies of it is claimed under the
Freedom of Information Act.

CD - 0017392

Buck, Summer & Co. P.C.

CERTIFIED PUBLIC ACCOUNTANTS

52 FIFTH AVENUE, NEW YORK, NEW YORK 10175
(212) 697-7111
FAX (212) 949-7701

330 T FRIEND AVENUE, BOX B
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3498

DOUGLAS BUCK C.P.A.
RICHARD C. BRUNNER C.P.A.
JORGE T. ROBLES, JR. C.P.A.
JAMES A. BENNETT C.P.A.
GERARD S. CARMOSIN JR. C.P.A.
SUSAN TOMASSINI C.P.A.
NORMAN A. BENAERT C.P.A.
KEVIN P. SOLANO, C.P.A.

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017393

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5.084 | $ 85.411 | $ 39.154 | $ 46.257 |
| FEBRUARY | 6.6 | 5.084 | 33.554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5.084 | 118.457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5.084 | 22.370 | 11,964 | 10,406 |
| MAY | 4.3 | 5.084 | 21.861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5.084 | 21.861 | 11,691 | 10,170 |
| JULY | 2.5 | 5.084 | 12.710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5.084 | 49.823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5.084 | 126.083 | 86,800 | 39.283 |
| OCTOBER | 33.9 | 5.084 | 172.348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5.084 | 20.336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5.084 | $ 684.814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41.613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017394

WALTER FORBES
1998 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017395

Walter A. Forbes                                    INVOICE NO.: PRELIMINARY
c/o CUC International                               Inv. Date:
707 Summer St., PO BOX 10049                        Cust. No.:    1108
Stanford, CT 06904-2049

## SUMMARY OF CHARGES

Hawker 1000 - 530CS
6.25% Share
6/1.1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

|  |  |  |  |
|---|---|---|---|
| 95.4 | @ | $4,855.00 | $463,167.00 |
| Federal Excise Tax |  |  | 46,316.70 |

Total Amount Due $509,483.70

Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68

REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099

This document is submitted as CONFIDENTIAL

Exemption from disclosure to non-governmental parties of
this document and any copies of it is claimed under the
Freedom of Information Act.

CD - 0017396

Walter A. Forbes                                    INVOICE NO.: PRELIMINARY
c/o CUC International.                              Inv. Date:
707 Summer St., PO BOX 10044                        Cust. No.:  1108
Stamford, CT 06904-2049

## SUMMARY OF CHARGES

Gulfstream IV/SP
.2.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:


                                        92.0      @    $8,884.00  $817,328.00

Federal Excise Tax                                           81,732.80
                                                           ========  ======

                                              Total Amount Due  $899,060.80


Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40


                    REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099


This document is submitted as CONFIDENTIAL
Exemption from disclosure to non-governmental parties of
this document and any copies of it is claimed under the
Freedom of Information Act.

                                              CD - 0017397

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| | |
|---|---|
| TODAY'S DATE | **PERIOD COVERED** |

EMPLOYEE: _Walter Jones_
LOCATION: _VP_
DEPARTMENT:

| | |
|---|---|
| EMPLOYEE PHONE # & EXT | (    ) |
| EMPLOYEE VENDOR # | |

| | 1995 | 1996 | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|
| DATE | | | | | | |
| LOCATION | | | | | | |
| BREAKFAST | | | | | | |
| LUNCH | | | | | | |
| DINNER | | | | | | |
| LODGING | | | | | | |
| TIPS | | | | | | |
| TELEPHONE | | | | | | |
| PARKING | | | | | | |
| TRANSPORTATION | | | | | | |
| TAXI | | | | | | |
| MILEAGE | | | | | | |
| AUTO RENTAL | | | | | | |
| MISC. EXP. | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | |

MINUS ADVANCES FOR THE PERIOD (
**BALANCE TO BE REIMBURSED TO EMPLOYEE** 596,881

FOR INFORMATIONAL PURPOSES ONLY

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Salome One to phone his in CUC business - | |
| | fee attached | |
| | * Change to Merger Reserve | |

## Certification:

HFS Merger costs

| | ACCOUNT NO | DEPT. CODE | AMOUNT |
|---|---|---|---|
| | 23333 | 0000 | $ 596,881 |
| | | | $ |
| | | | $ |
| | | | $ |

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT

SIGNATURE OF EMPLOYEE      DATE 9/30/97      SIGNATURE OF DEPARTMENT VICE PRESIDENT      DATE

SEND WHITE COPY TO ACCOUNTING   RETAIN YELLOW COPY

This document is submitted as CONFIDENTIAL Exemption from disclosure to non-governmental parties of this document and any copies of it is claimed under the Freedom of Information Act.

CD - 0017398

**A-12**

T 20

To: Service Payables
Ext: 2248

From: _Nancy Ircordia_
Ext: _5260_

## BILL APPROVAL FORM

Each invoice# requires a separate Bill Approval Form

1.) Check Made Out To: _Walter Forbes_

2.) Description: _____
_Walter Forbes T & E_

3.) Amount to be paid: _596,881.00_

4.) Approved By  (Must have V.P. Signature):          Date:

_(see signature on T&E)_

5.) Please fill in all available information:

Client Code _____          Manual # _____
Invoice # _004596_                  Inv. Date _____ 10.31.97
P.O. # _____
G/L Account # _93253-0000_          Amount $ _596,881.00_

## Special Instructions!

_____
_____
_____
_____

If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting     • Yellow Copy for Your Records

**DEFENDANT'S
EXHIBIT
1776**

PENGAD.

CC000173.1

**CUC INTERNATIONAL**

**EMPLOYEE EXPENSE REPORT**

| | | TODAY'S DATE | PERIOD COVERED |
|---|---|---|---|
| EMPLOYEE | _Walter Forbes_ | EMPLOYEE PHONE # & EXT. | ( ) X |
| LOCATION | _Corp_ | | |
| DEPARTMENT | | EMPLOYEE / VENDOR # | |

| | | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | | | |
| LOCATION | | | | | | | |
| BREAKFAST | | | | | | | |
| LUNCH | | | | | | | |

Nancy
Put in T & E Walter
Schedule then
Send through
payables.
Thks
Steve

Steve —
10/20 —
needs to go to merger
reverse (But not thru in
the WAF Bill)
Chris — please make
a copy for me —
here

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MISC. EXP. ENTERTAINMENT (DETAIL BELOW) | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | |

| | MINUS: ADVANCES FOR THE PERIOD | |
|---|---|---|
| **BALANCE TO BE REIMBURSED TO EMPLOYEE** | 596,881 |

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to Close — See attached | had for CUC business — |
| | ✳ Change to Merger Reserve | |

**Certification:**      HFS Merger Costs

I certify that this statement describes the actual and necessary business expenses incurred by me while engaged in company related business.

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 73333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

| _Walter Forbes_ | 9/30/97 | _signature_ | |
|---|---|---|---|
| SIGNATURE OF EMPLOYEE | DATE | SIGNATURE OF DEPARTMENT VICE PRESIDENT | DATE |

CUCEER-1 (4/96)      SEND WHITE COPY TO ACCOUNTING, RETAIN YELLOW COPY      CC000173.2

# ROBERT T. TUCKER
### ATTORNEY AT LAW

61 PURCHASE ST.
RYE, N.Y. 10580

(914) 967-8105
FAX: (914) 967-8161

September 10, 1997

**VIA FEDERAL EXPRESS**

Mr. Cosmo Corigliano
CUC International Inc.
707 Summer Street
Stamford, CT  06901

Dear Cosmo:

　　　At its meeting of September 9, 1997, the Compensation Committee approved the payment/reimbursement of the airplane charges set forth on the attached schedule.  The committee asked that I send you this letter with a request that this payment/reimbursement occur as promptly as possible.

Very truly yours,

Robert T. Tucker

RTT/kau

CC000173.3

**ROBERT P. RITTEREISER**
14 WALL STREET
14ᵀᴴ FLOOR
NEW YORK, NEW YORK 10005

## VIA FACSIMILE

September 8, 1997

To:    Compensation Committee Members
       CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:  Walter A. Forbes (w/o attachment)
     Robert T. Tucker (w/attachment)

CC000173.4

702 Summer Street
P.O. Box 10049
Stamford, CT 06904-2049
203 324-9261

 CUC INTERNATIONAL

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit:

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments

CC000173.5

SEP 05 '97  01:55PM BUCK, STURMER & CO                                    P.2

## Buck, Sturmer & Co., P.C.
### CERTIFIED PUBLIC ACCOUNTANTS
521 FIFTH AVENUE, NEW YORK, NEW YORK 10175
(212) 697-7333
FAX (212) 984-1201

350 T. FRIEND AVENUE, BOX 119
RYE, NEW YORK 10580
(914) 967-0477
FAX (914) 967-3488

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD S. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENKERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996.
The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October,
November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CC000173.6

SEP 05 '97  01:55PM BUCK,STURMER & CO                                 P.3

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

CC000173.7

SEP 05 '97  01:56PM BUCK, STURMER & CO                    P.4

WALTER FORBES
1996 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,064 | $ 370,417 |

CC000173.8

Amount Due WAF

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464. |
| 1996 amount not billed | | 370,417. |
| amount overflown 1995 & 1996 | | ~~448,662~~ |
| | $ | ~~1,045,543~~ |
| | | 596,881 |

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet

CC000173.9

Walter A. Forbes                              INVOICE NO.: PRELIMINARY
c/o CUC International                         Inv. Date:
707 Summer St., PO BOX 10049                 Cust. No.:   1108
Stamford, CT 06904-2049


## SUMMARY OF CHARGES

Hawker 1000 - 530QS
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

                              95.4      @    $4,855.00   $463,167.00

Federal Excise Tax                                        46,316.70

                                           Total Amount Due  $509,483.70


Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68


REMIT TO:    P.O. Box 369099   Columbus, OH 43236-9099


CC000173.10

Walter A. Forbes                                     INVOICE NO.: PRELIMINARY
c/o CUC International                                Inv. Date:
707 Summer St., PO BOX 10049                         Cust. No.:    1108
Stamford, CT 06904-2049


## SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:


                                 92.0        @      $8,884.00   $817,328.00

Federal Excise Tax                                                81,732.80
                                                                =============

                                            Total Amount Due  $899,060.80


Amount previously invoiced to Mr. Forbes for the 92.0 hours = $759,274.40


           REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099


                                                                CC000173.11

**A-13**

| | 1/31/97 | 12/31/97 | Total |
|---|---|---|---|
| Severance packages | 15,055 | 8,717 | 23,772 |
| Health and welfare on severance | | 2,615 | 2,615 |
| Software operation integration charges | 25,283 | 5,000 | 5,000 |
| Professional fees | 3,319 | 5,000 | 33,688 |
| Closing/consolidating facilities | 4,245 | 942 | 4,261 |
| Closing UBS | | 2,000 | 6,245 |
| Integration charges: | | | |
| Small products elimination | | 213 | 213 |
| MIS costs-non salary | | 8,770 | 6,770 |
| MIS salary and consultants | | 1,289 | 1,289 |
| Credit line / privacy guard | | 2,978 | 2,978 |
| Credit card registry/hotline | | 1,446 | 1,446 |
| Fee card | | 698 | 698 |
| NCCI phone and MIS support | | 428 | 428 |
| | 80,490 | | |
| Lease commitments | | 9,185 | 9,189 |
| Software integration | | 3,261 | 3,261 |
| Credit card registry facility integration | 3,488 | 7,199 | 7,199 |
| Business consolidations | | 3,488 | 3,488 |
| Operation integration costs | 27,014 | | |
| Transitional -consultant costs | | 4,500 / 37,014 / 4,500 | 37,014 |
| Other | 2,086 | 4,250 | 4,250 |
| Marketing commitment | | 6,425 / 8,511 | 8,511 |
| Legal | | 18,608 | 18,608 |
| | 80,490 | 94,933 | 175,423 |

175,423
4,500
179,923

Note: Reclassified debits on balance sheet for $4.5 million in prepaid and other assets were written
off as of 12/31/97.

CENDANT 0000420

DEFENDANT'S
EXHIBIT

1303

PENGAD 800-631-6989