# EXHIBIT 1

## QUITCLAIM DEED

THIS DEED, made this 8th day of June, 1998

between

Walter Forbes and Caren Forbes

of the County of Fairfield and State of Connecticut grantor(s), and

Caren Forbes REDACTED

whose legal address is REDACTED

Stamford, CT 06901
County of Fairfield and State of Connecticut grantee(s),

WITNESS, that the grantor(s), for and in consideration of the sum of TEN Dollars, the receipt and sufficiency of which is hereby acknowledged, have remised, released, sold and QUITCLAIMED, and by these presents do remise, release, sell and QUITCLAIM unto the grantee(s) her heirs, successors and assigns forever, all the right, title, interest, claim and demand which the grantor(s) have in and to the real property, together with improvements, if any, situate, lying and being in the County of Eagle and State of Colorado, described as follows:

LOT 9, BLOCK 1, VAIL VILLAGE, FIRST FILING, ACCORDING TO THE RECORDED PLAT THEREOF, COUNTY OF EAGLE, STATE OF COLORADO

(For Convenience Purposes No Doc. Fee Required)

Clerk's Note: This document is a poor copy and will not photograph well. This is not the fault of this office.

650239 06/18/1998 01:43P 319 Sara Fisher
1 of 1 R 6.00 D 0.00 N 0.00 Eagle CO

also known by street and number as: REDACTED Vail, CO 81657

TO HAVE AND TO HOLD the same, together with all and singular the appurtenances and privileges thereunto belonging, or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever of the grantor(s), either in law or equity, to the only proper use, benefit and behoof of the grantee(s) her heirs and assigns forever.

IN WITNESS WHEREOF, the grantor(s) have executed this deed on the date set forth above.

Walter Forbes    Caren Forbes

STATE OF NEW YORK
County of WESTCHESTER

The foregoing instrument was acknowledged before me this 8th day of June, 1998 by Walter Forbes and Caren Forbes

ROBERT T. TUCKER
Notary Public, State of New York
No. 02TU5009681
Qualified in Westchester County
Commission Expires March 15, 1999

Witness my hand and official seal.
My commission expires: 3/15/99

After Recording Return to: Robert Tucker, Esq., 61 Purchase Street, Suite # 2, Rye, New York 10580 - 3014


GOVERNMENT EXHIBIT GX 1808

Recording $6.00
Doc Stamps $0.70

IN THE RECORDS OF
JEFFREY K. BARTON
CLERK CIRCUIT COURT
INDIAN RIVER CO., FLA.

Prepared by and return to:
Jerome D. Quinn, Esq.
Attorney at Law
O'HAIRE, QUINN & CANDLER, CHARTERED
3111 Cardinal Drive
Vero Beach, Florida 32963
561-231-6900
File No.: 4181-17624

DOCUMENTARY STAMPS
DEED $ .70
NOTE $
JEFFREY K. BARTON, CLERK
INDIAN RIVER COUNTY

1104413
98 DEC 21 PM 4:38

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

This Warranty Deed made this 4th day of December, 1998, between

Walter Forbes and Caren Forbes, his wife
whose post office address is    REDACTED
                                Stamford, CT 06902
grantor, and

Caren Forbes
whose post office address is    REDACTED
                                Stamford, CT 06902
grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

WITNESSETH, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land situate, lying and being in Indian River County, Florida to-wit:

**REDACTED** Condominium, according to the Declaration of Condominium, recorded in O.R. Book 487, page 642, Public Records of Indian River County, Florida; TOGETHER WITH Parking Spaces 29 and 39.

Parcel Identification Number: 07-32-40-00010-0011-00312.0

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, .

IN WITNESS WHEREOF, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Jeanne O'Brien
Witness Name: Jeanne P. O'Brien

Witness Name: _____

Walter Forbes (Seal)

Caren Forbes (Seal)

STATE OF New York
COUNTY OF Westchester

The foregoing instrument was acknowledged before me this 4th day of December, 1998, by Walter Forbes and Caren Forbes, who are personally known to me or have produced a Driver's License as identification.

[Notary Seal]

BETH FREIMOUR
Notary Public, State of New York
No. 60-4980097
Qualified in Westchester County
Commission Expires _____

Notary Public
Printed Name: Beth Freimour
My Commission Expires: 7-8-99



STATE OF FLORIDA
INDIAN RIVER COUNTY
THIS IS TO CERTIFY THAT THIS IS A
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.
J.K. BARTON, CLERK
BY _____ DEPUTY CLERK
DATE 06/25/03

OR 1248 PG 1051

VOL 526 PG 0496

I hereby certify that this is a true copy of the original document received for record in the Office of the Town Clerk of the Town of New Canaan

Attest: _____ Town Clerk

## QUIT CLAIM DEED

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, that WALTER A. FORBES, of the town of New Canaan, in the county of Fairfield and state of Connecticut, for the consideration of TEN DOLLARS ($10.00) received to his full satisfaction of CAREN S. FORBES, of the town of New Canaan, in the county of Fairfield and state of Connecticut, does by these presents remise, release and forever QUIT CLAIM unto the said CAREN S. FORBES, all his right, title, interest, claim and demand whatsoever which he, the said Grantor, has or ought to have in or to:

SEE SCHEDULE A ATTACHED HERTO AND MADE A PART HEREOF

TO HAVE AND TO HOLD the premises, with all the appurtenances, unto the said Grantee, her heirs and assigns forever, so that neither he, the said Grantor, nor his heirs, nor any person under him shall hereafter have any claim, right or title in or to the premises, or any part thereof, but therefrom he is and they are by these presents forever barred and excluded.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 15th day of December 1999.

NO CONVEYANCE TAX COLLECTED
TOWN CLERK OF NEW CANAAN

Signed, Sealed and Delivered in the presence of:

_____
Beth Freimour

_____
Joseph J. Rucci, Jr.

_____
WALTER A. FORBES

STATE OF CONNECTICUT )
                     ) ss Greenwich  December 15, 1999
COUNTY OF Fairfield  )

Personally appeared, WALTER A. FORBES signer and sealer of the foregoing instrument and acknowledged same to be his free act and deed, before me.

JOSEPH J. RUCCI, JR.
NOTARY PUBLIC
STATE OF CONNECTICUT
COMMISSION EXPIRES 12/31/2002

_____
Notary Public
Joseph J. Rucci, Jr.

GOVERNMENT EXHIBIT

Vol 526 PG 0499

## SCHEDULE A

### PARCEL ONE

ALL THAT CERTAIN piece, parcel or tract of land, together with the buildings and improvements thereon, situated in the Town of New Canaan, County of Fairfield and State of Connecticut, comprising in area 6.889 acres, and shown and designated as 'Parcel "A"' on a certain map entitled "Map Showing property owned by Hilde H. Schriber New Canaan, Connecticut" certified "Substantially Correct" Peter P. Myer, Land Surveyor New Canaan, Conn. Aug 28, 1951, which map is on file in the office of the Town Clerk of the Town of New Canaan as map number 1987.

Said premises are more particularly bounded and described as follows:

Commencing at a point on the Easterly line of Smith Ridge Road, so-called, which point marks the intersection therewith of the division line between the premises herein described and land now or formerly of Dr. M. Beckett Howorth and which point is marked by a drill hole in a stone wall; thence running Easterly along land now or formerly of Dr. M. Beckett Howorth on a course bearing North 79° 29' 00" East 910.00 feet to an iron pipe at land now or formerly of Hilde Henderson Schriber designated as 'Parcel "B"' on the aforementioned map; thence running Southerly along said land now or formerly of Hilde Henderson Schriber on a course bearing South 1° 59' 30" West 347.31 feet to an iron pipe at other land now or formerly of Hilde Henderson Schriber; thence running Westerly along said other land now or formerly of Hilde Henderson Schriber designated as 'Parcel "C"' on the aforementioned map and passing through three (3) iron pipes on line on a course bearing South 79° 29' 00" West 860.00 feet to the Easterly line of Smith Ridge Road which point is marked by a drill hole; thence running Northerly along the Easterly line of Smith Ridge Road, which line is a monumented state highway line on a course bearing North 6° 15' 50" West 340.00 feet to the point or place of beginning.

Said premises are bounded in clockwise order as follows: Northerly by land now or formerly of Dr. M. Beckett Howorth; Easterly by other land now or formerly of Hilde Henderson Schriber; Southerly by other land now or formerly of Hilde Henderson Schriber and Westerly by Smith Ridge Road.

The premises are conveyed together with all right, title and interest appurtenant thereto, in and to the highway Smith Ridge Road upon which the premises abut.

### PARCEL TWO

ALL THAT CERTAIN tract of land situated in the Town of New Canam, County of Fairfield and State of Connecticut, designated as "To Be Conveyed to William R. Adams, Parcel #1 Area = 1.770 acres (not a building lot)" on a certain map entitled "Map Prepared for Hilde H. Schriber, New Canaan, Connecticut" certified "Substantially Correct" Henrici Associates, Henry F. Henrici, land Surveyor, New Canaan, Conn. October 7, 1954, and endorsed "Subdivision Plan and/or Streets as Shown hereon Approved by New Canaan Plan Commission on October 20, 1954, Joseph C. Bucciarelli, Secretary", and which map is on file in the New Canaan Town Clerk's Office as Map No. 2380, reference thereto being specifically made, and in accordance with which map said premises are bounded as follows:

Northerly by other land now or formerly of Hilde Henderson Schriber; Easterly by land now or formerly of John C. Smith; Southerly by other land now or formerly of Hilde Henderson Schriber, and Westerly by the highway known as Smith Ridge Road.

The premises are conveyed together with all right, title and interest appurtenant thereto, in and to the highway Smith Ridge Road, upon which the premises abut.

Received for record 12-16-99 at 1:49 PM and recorded

By Claudia A. Weber Town Clerk