UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WALTER A. FORBES. )<br>)<br>) | No. 3:02CR264 (AHN)<br>March 31, 2006 |

## MOTION OF WALTER A. FORBES FOR LEAVE TO ISSUE RULE 17(C) SUBPOENAS TO COSMO CORIGLIANO, KRAMER LEVIN, FRIED FRANK, NEIL CARTUCIELLO, CRYSTAL JOURNEY CANDLES AND THE SEC
### (Forbes Third Trial Motion No. 4)

Walter A. Forbes, through undersigned counsel, respectfully moves this Court for leave to serve Rule 17(c) subpoenas on Cosmo Corigliano, Kramer Levin Naftalis & Frankel LLP (in its capacity as counsel to Cosmo Corigliano), Fried, Frank, Harris, Shriver & Jacobson LLP (in its capacity as counsel to Agnes Corigliano), Neil Cartuciello (in his capacity as the Receiver appointed pursuant to the Consent Agreement between Cosmo Corigliano and the Securities and Exchange Commission ("SEC")), Crystal Journey Candles, and the SEC.

The grounds in support of this Motion are set forth in the accompanying Memorandum.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: March 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes for Leave to Issue Rule 17(c) Subpoenas to Cosmo Corigliano, Kramer Levin, Fried Frank, Neil Cartuciello, Crystal Journey Candles and the SEC (Forbes Third Trial Motion No. 4) to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

>    Norman Gross, Esq. (norman.gross@usdoj.gov)
>    Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>    Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on March 31, 2006 to the following by Fed Ex:

>    Susan Brune, Esq.
>    Brune & Richard LLP
>    80 Broad Street, 30th Floor
>    New York, NY 10004
>
>    Kathleen Cody, Esq.
>    Securities and Exchange Commission
>    100 F Street, N.E.
>    Washington, D.C. 20549-9162

Notice of this filing will be sent to all proposed subpoena recipients by operation of the Court's electronic filing system or by Fed Ex to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
Barry S. Simon