| Date | Account | Check Number | Payee | Amount |
|------|---------|-------------|-------|--------|
| 5/2/00 | MBNA Credit | | Mystic Aquarium | 75.00 |
| 5/2/00 | MBNA Credit | | Wise Owl | 77.18 |
| 5/2/00 | MBNA Credit | | Book Warehouse | 32.86 |
| 5/15/00 | Bank One Credit | | Olympia Sports | 60.34 |
| 9/7/99 | Choice Credit | | Danskin | 80.48 |
| 7/31/99 | Citibank Credit | | Olympia Sports | 48.71 |
| 9/11/99 | Citibank Credit | | Olympia Sports | 63.58 |
| 1/1/00 | Citibank Credit | | Olympia Sports | 172.72 |
| 1/19/00 | Citibank Credit | | The Sports Authority | 86.89 |
| 3/18/00 | Citibank Credit | | Olympia Sports | 77.34 |
| 9/2/99 | MBNA Credit | | Olympia Sports | 26.46 |
| 9/2/99 | MBNA Credit | | Olympia Sports | 38.15 |
| 9/3/99 | MBNA Credit | | Olympia Sports | 49.73 |
| 9/14/99 | MBNA Credit | | Happy Paddler | 41.18 |
| 4/15/00 | Bank One Credit | | Toys R Us | 271.26 |
| 5/15/00 | Bank One Credit | | Toys R Us | 85.52 |
| 5/15/00 | Bank One Credit | | Kay Bee Toy | 25.41 |
| 5/15/00 | Bank One Credit | | Kay Bee Toy | 120.23 |
| 7/21/99 | Choice Credit | | Pedal & Pump | 317.95 |
| 8/23/99 | Choice Credit | | Kay Bee Toy | 102.68 |
| 9/28/99 | Choice Credit | | Toys R Us | 334.68 |
| 11/1/99 | Choice Credit | | Kay Bee Toy | 82.65 |
| 11/3/99 | Choice Credit | | Kay Bee Toy | 146.24 |
| 11/17/99 | Choice Credit | | Toys R Us | 42.39 |
| 1/1/00 | Choice Credit | | Kay Bee Toy | 244.73 |
| 4/1/00 | Choice Credit | | Toys R Us | 81.32 |
| 4/1/00 | Choice Credit | | Toys R Us | 83.70 |
| 5/1/00 | Choice Credit | | Toys R Us | 328.31 |
| 1/1/00 | Citibank Credit | | Lego Shop At Home | 433.81 |
| 1/1/00 | Citibank Credit | | My Twinn | 287.09 |
| 1/1/00 | Citibank Credit | | My Twinn | 84.01 |
| 1/1/00 | Citibank Credit | | Lego Shop At Home | 10.60 |
| 1/1/00 | Citibank Credit | | My Twinn | 60.90 |
| 1/1/00 | Citibank Credit | | Lego Shop At Home | 12.72 |
| 1/19/00 | Citibank Credit | | Free Style Roping | 39.80 |
| 1/19/00 | Citibank Credit | | Lego Shop At Home | 133.56 |
| 7/10/99 | MBNA Credit | | Pedal & Pump | 275.59 |
| 11/3/99 | MBNA Credit | | Boston Globe Store | 68.92 |
| 11/15/99 | MBNA Credit | | Kay Bee Store | 240.44 |
| 11/15/99 | MBNA Credit | | Toys R Us | 167.94 |
| 11/22/99 | MBNA Credit | | Kay Bee Toy | 95.35 |
| 12/15/99 | MBNA Credit | | Toys R Us | 388.41 |
| 1/13/00 | MBNA Credit | | Kay Bee Toy | 31.79 |

KL3-2063906.1

07/13/06  13:02  FAX 212 715 8000    KRAMER LEVIN    @]016

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 1/20/00 | MBNA Credit | | Toys R Us | 186.64 |
| 4/1/00 | MBNA Credit | | Kay Bee Toy | 61.41 |
| 5/2/00 | MBNA Credit | | Sarges Comics | 15.89 |
| 5/2/00 | MBNA Credit | | Lee's Toys | 209.28 |
| 1/14/00 | People's Checking | E-PMT | Future Musicians | 199.00 |
| | | | TOTAL: | $15,785.37 |

KL3:264)906 1

# FOOD

| | |
|---|---|
| Sub-Total for Credit Card and Check Purchases: | $24,316.46 |
| Sub-Total for Estimated Cash Purchases: | $ 5,000.00 |
| **TOTAL** | $29,316.46 |

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 10/3/99 | Peoples- Terr... | 2440 | Bagelz | -8.38 |
| 10/7/99 | Peoples- Terr... | 2091 | St John Schook | -15.30 |
| 10/7/99 | Peoples- Terr... | 2082 | St John Schook | -12.95 |
| 10/7/99 | Peoples- Terr... | 2093 | St John Schook | -15.30 |
| 11/8/99 | Peoples- Terr... | | Stop & Shop | -122.55 |
| 11/20/99 | Peoples- Terr... | 2246 | St John Schook | -39.00 |
| 6/2/99 | Bank One Cr... | | Shop Rite | -142.00 |
| 6/30/99 | Bank One Cr... | | Shop Rite | -122.22 |
| 7/2/99 | Bank One Cr... | | Shop Rite | -101.65 |
| 7/6/99 | Bank One Cr... | | Hay Day | -104.51 |
| 7/9/99 | Bank One Cr... | | Waldbaums | -42.12 |
| 7/14/99 | Bank One Cr... | | Shop Rite | -226.28 |
| 4/15/00 | Bank One Cr... | | A&P Liquor | -87.90 |
| 4/15/00 | Bank One Cr... | | Stop & Shop | -142.09 |
| 4/15/00 | Bank One Cr... | | Stop & Shop | -82.37 |
| 4/15/00 | Bank One Cr... | | Stop & Shop | -300.93 |
| 4/15/00 | Bank One Cr... | | Bennies Farm Market | -127.37 |
| 5/15/00 | Bank One Cr... | | Action Spirits | -51.93 |
| 5/15/00 | Bank One Cr... | | Stop & Shop | -155.50 |
| 5/15/00 | Bank One Cr... | | Scotts Orchard | -47.54 |
| 5/15/00 | Bank One Cr... | | Essex Colonial | -19.97 |
| 5/15/00 | Bank One Cr... | | Bishop's Orchard | -212.27 |
| 5/15/00 | Bank One Cr... | | Essex Colonial | -63.83 |
| 5/15/00 | Bank One Cr... | | Stop & Shop | -102.89 |
| 6/3/99 | Choice Credit... | | Porricelli's Foods | -27.74 |
| 6/10/99 | Choice Credit... | | Shop Rite | -133.14 |
| 6/18/89 | Choice Credit... | | Shop Rite | -145.84 |
| 6/20/99 | Choice Credit... | | Stop & Shop | -34.81 |
| 7/4/99 | Choice Credit... | | Shop Rite | -36.12 |
| 7/8/99 | Choice Credit... | | Bishop's Orchard | -56.66 |
| 7/22/99 | Choice Credit... | | Shop Rite | -69.62 |
| 8/3/99 | Choice Credit... | | Cronigs | -68.68 |
| 8/17/99 | Choice Credit... | | Cronigs | -91.55 |
| 8/17/99 | Choice Credit... | | Cronigs | -26.74 |
| 8/30/99 | Choice Credit... | | Stop & Shop | -181.69 |
| 9/7/99 | Choice Credit... | | Stop & Shop | -199.74 |
| 9/7/99 | Choice Credit... | | Stop & Shop | -112.56 |
| 10/1/99 | Choice Credit... | | Stop & Shop | -127.66 |
| 10/8/99 | Choice Credit... | | Bishop's Orchard | -20.06 |
| 10/8/99 | Choice Credit... | | Stop & Shop | -136.58 |
| 11/12/99 | Choice Credit... | | Stop & Shop | -123.80 |
| 11/17/99 | Choice Credit... | | A&P Liquor | -207.63 |
| 11/24/99 | Choice Credit... | | A&P | -93.03 |

- 2 -

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 11/28/99 | Choice Credit... | | A&P | -91.50 |
| 11/28/99 | Choice Credit... | | Bennys Farm Market | -94.75 |
| 1/1/00 | Choice Credit... | | Bennies Farm Market | -53.63 |
| 1/1/00 | Choice Credit... | | Stop & Shop | -216.37 |
| 1/1/00 | Choice Credit... | | Stop & Shop | -123.50 |
| 2/21/00 | Choice Credit... | | Stop & Shop | -89.25 |
| 2/21/00 | Choice Credit... | | Stop & Shop | -136.05 |
| 4/1/00 | Choice Credit... | | Foodworks | -45.25 |
| 4/1/00 | Choice Credit... | | Stop & Shop | -126.15 |
| 4/1/00 | Choice Credit... | | Essex Colonial | -66.83 |
| 4/1/00 | Choice Credit... | | Stop & Shop | -231.52 |
| 4/1/00 | Choice Credit... | | Shaw's | -94.54 |
| 5/1/00 | Choice Credit... | | Stop & Shop | -500.00 |
| 6/27/99 | Citibank Cred... | | Shop Rite | -57.27 |
| 7/24/99 | Citibank Cred... | | Stop & Shop | -208.99 |
| 8/5/99 | Citibank Cred... | | Cronigs | -163.59 |
| 8/13/99 | Citibank Cred... | | Cronigs | -159.85 |
| 9/5/99 | Citibank Cred... | | Stop & Shop | -132.78 |
| 9/18/99 | Citibank Cred... | | Stop & Shop | -55.37 |
| 9/25/99 | Citibank Cred... | | Stop & Shop | -162.16 |
| 10/17/99 | Citibank Cred... | | Stop & Shop | -101.41 |
| 1/19/00 | Citibank Cred... | | Old Saybrook | -161.10 |
| 1/19/00 | Citibank Cred... | | Stop & Shop | -112.86 |
| 2/18/00 | Citibank Cred... | | Stop & Shop | -75.38 |
| 5/20/00 | Citibank Cred... | | Stop & Shop | -160.66 |
| 5/20/00 | Citibank Cred... | | Bennies Farm Market | -99.95 |
| 6/7/99 | MBNA Credit... | | Shop Rite | -88.28 |
| 6/14/99 | MBNA Credit... | | Shop Rite | -151.80 |
| 6/24/99 | MBNA Credit... | | Shop Rite | -89.39 |
| 7/1/99 | MBNA Credit... | | Shop Rite | -137.41 |
| 7/7/99 | MBNA Credit... | | Shop Rite | -145.82 |
| 8/8/99 | MBNA Credit... | | Cronigs | -59.51 |
| 8/22/99 | MBNA Credit... | | Stop & Shop | -150.82 |
| 8/23/99 | MBNA Credit... | | Coastal Wine | -76.98 |
| 8/23/99 | MBNA Credit... | | Bob's Centerbrook Pac | -44.19 |
| 8/28/99 | MBNA Credit... | | Stop & Shop | -48.37 |
| 9/17/99 | MBNA Credit... | | Stop & Shop | -100.82 |
| 9/17/99 | MBNA Credit... | | Stop & Shop | -99.49 |
| 9/20/99 | MBNA Credit... | | Stop & Shop | -107.44 |
| 9/23/99 | MBNA Credit... | | Stop & Shop | -56.23 |

- 3 -

R2.3.7064193.1

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 9/27/99 | MBNA Credit... | | Stop & Shop | -300.08 |
| 10/15/99 | MBNA Credit... | | Stop & Shop | -75.05 |
| 10/15/99 | MBNA Credit... | | Essex Colonial | -188.93 |
| 10/15/99 | MBNA Credit... | | Stop & Shop | -214.41 |
| 10/15/99 | MBNA Credit... | | Bishop's Orchard | -181.65 |
| 10/15/99 | MBNA Credit... | | Stop & Shop | -194.24 |
| 10/27/99 | MBNA Credit... | | Anna's Temptations | -12.44 |
| 10/27/99 | MBNA Credit... | | Stop & Shop | -30.04 |
| 11/3/99 | MBNA Credit... | | Stop & Shop | -144.41 |
| 11/3/99 | -MBNA Credit... | | Essex Colonial | -85.62 |
| 11/10/99 | MBNA Credit... | | Bennies Farm Market | -29.72 |
| 11/10/99 | MBNA Credit... | | Scott's Orchard | -29.20 |
| 11/10/99 | MBNA Credit... | | Stop & Shop | -58.21 |
| 11/15/99 | MBNA Credit... | | Stop & Shop | -205.89 |
| 11/22/99 | MBNA Credit... | | Bannies Farm Market | -83.45 |
| 11/22/99 | MBNA Credit... | | Stop & Shop | -175.10 |
| 12/15/99 | MBNA Credit... | | Stop & Shop | -333.37 |
| 12/15/99 | MBNA Credit... | | Stop & Shop | -220.75 |
| 12/15/99 | MBNA Credit... | | Stop & Shop | -110.28 |
| 12/15/99 | MBNA Credit... | | Action Spirits | -208.26 |
| 12/24/99 | MBNA Credit... | | Westbrook Lobster | -86.50 |
| 12/24/99 | MBNA Credit... | | Stop & Shop | -256.55 |
| 12/29/99 | MBNA Credit... | | Stop & Shop | -174.36 |
| 12/29/99 | MBNA Credit... | | Bennies Farm Market | -83.00 |
| 1/5/00 | MBNA Credit... | | Stop & Shop | -152.30 |
| 1/13/00 | MBNA Credit... | | Stop & Shop | -197.81 |
| 1/20/00 | MBNA Credit... | | Stop & Shop | -274.19 |
| 1/20/00 | MBNA Credit... | | Essex Colonial | -185.93 |
| 1/20/00 | MBNA Credit... | | Stop & Shop | -153.43 |
| 1/20/00 | MBNA Credit... | | Stop & Shop | -195.63 |
| 2/29/00 | MBNA Credit... | | Stop & Shop | -202.63 |
| 2/29/00 | MBNA Credit... | | Walt's Market | -35.92 |
| 2/29/00 | MBNA Credit... | | Stop & Shop | -287.42 |
| 4/1/00 | MBNA Credit... | | Essex Colonial | -65.21 |
| 4/1/00 | MBNA Credit... | | Essex Colonial | -239.23 |
| 4/1/00 | MBNA Credit... | | Stop & Shop | -102.78 |
| 4/1/00 | MBNA Credit... | | Essex Colonial | -60.52 |
| 4/1/00 | MBNA Credit... | | Bishop's Orchard | -188.26 |
| 5/2/00 | MBNA Credit... | | Stop & Shop | -199.18 |

- 4 -

KL3.2F44103.1

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 5/2/00 | MBNA Credit... | | Gray Goose Cookery | -125.33 |
| 5/2/00 | MBNA Credit... | | Stop & Shop | -241.38 |
| 5/2/00 | MBNA Credit... | | Pasta Unlimited | -40.95 |
| 5/2/00 | MBNA Credit... | | Bj's Wholesale | -319.66 |
| 5/2/00 | MBNA Credit... | | Stop & Shop | -157.78 |
| | TOTAL 6/1/99 - 5/31/00 | | | -16,024.81 |

- 5 -

KL3:2044163.1

CCQ203

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 10/7/99 | Peoples- Terr... | 2086 | Pizza Works | -32.65 |
| 11/20/99 | Peoples- Terr... | 2244 | Old Saybrook Diner | -330.00 |
| 6/2/99 | Bank One Cr... | | Oriental Gourmet | -28.40 |
| 6/29/99 | Bank One Cr... | | Fresh Fields | -123.01 |
| 6/9/99 | Choice Credit... | | Hay Day | -90.83 |
| 6/25/99 | Choice Credit... | | Mrs Greens Of Stamford | -83.26 |
| 10/8/99 | Choice Credit... | | Friendly Restaurant | -32.99 |
| 11/1/99 | Choice Credit... | | Old Saybrook Diner | -27.85 |
| 12/1/99 | Choice Credit... | | Zhangs | -49.70 |
| 1/1/00 | Citibank Cred... | | Grill & Bar Restaurant | -57.90 |
| 1/1/00 | Citibank Cred... | | Zhangs | -55.55 |
| 6/6/99 | Citibank Cred... | | Da Vinci's | -88.09 |
| 6/20/99 | Citibank Cred... | | Carl Anthony | -132.84 |
| 6/30/99 | Citibank Cred... | | Jimmies Seaside | 99.35 |
| 6/30/99 | Citibank Cred... | | Jimmies Seaside | -20.00 |
| 7/8/99 | Citibank Cred... | | Doorstep Express | -52.59 |
| 7/26/99 | Citibank Cred... | | Dock & Dine | -126.21 |
| 7/30/99 | Citibank Cred... | | Saigon City | -104.15 |
| 8/4/99 | Citibank Cred... | | Beach Plum Inn | -318.03 |
| 8/18/99 | Citibank Cred... | | Beach Plum Inn | -325.10 |
| 9/25/99 | Citibank Cred... | | Boom Restaurant | -83.96 |
| 10/2/99 | Citibank Cred... | | Zhangs | -40.15 |
| 10/21/99 | Citibank Cred... | | The Cuckoo's Nest | -91.21 |
| 10/30199 | Citibank Cred... | | Zhangs | -57.55 |
| 11/5/99 | Citibank Cred... | | The Cuckoo's Nest | -89.62 |
| 1/1/00 | Citibank Cred... | | Baang | -217.06 |
| 1/1/00 | Citibank Cred... | | Zhangs | -148.50 |
| 1/1/00 | Citibank Cred... | | Redeye Grill | -235.72 |
| 1/1/00 | Citibank Cred... | | Tri Be Ca | -318.21 |
| 1/1/00 | Citibank Cred... | | Little Siam | -76.24 |
| 1/1/00 | Citibank Cred... | | Il Fomo | -62.28 |
| 1/1/00 | Citibank Cred... | | Zhangs | -103.65 |
| 1/19/00 | Citibank Cred... | | Old Lyme Inn | -524.57 |
| 1/19/00 | Citibank Cred... | | Zhangs | -50.20 |
| 1/19/00 | Citibank Cred... | | Oliver's | -66.29 |
| 1/19/00 | Citibank Cred... | | Zhangs | -40.70 |

K3.2044193.1

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 2/18/00 | Citibank Cred... | | Black Seal | -84.17 |
| 2/18/00 | Citibank Cred... | | 500 Blake St | -136.25 |
| 2/18/00 | Citibank Cred... | | Oliver's | -49.55 |
| 2/18/00 | Citibank Cred... | | Little Siam | -126.37 |
| 3/18/00 | Citibank Cred... | | Villa Dimaio | -65.13 |
| 3/18/00 | Citibank Cred... | | Black Seal | -97.73 |
| 3/18/00 | Citibank Cred... | | Fiore | -69.45 |
| 3/18/00 | Citibank Cred... | | Rattlesnake | -23.44 |
| 3/18/00 | Citibank Cred... | | Metro Grille | -285.01 |
| 4/18/00 | Citibank Cred... | | Zhangs | -58.60 |
| 4/18/00 | Citibank Cred... | | Cafe 31 | -32.75 |
| 4/18/00 | Citibank Cred... | | Boom Restaurant | -174.22 |
| 4/18/00 | Citibank Cred... | | Cuckoo | -102.92 |
| 4/18/00 | Citibank Cred... | | Water's Edge | -181.89 |
| 5/20/00 | Citibank Cred... | | Zhangs | -132.15 |
| 5/20/00 | Citibank Cred... | | Old Lyme Inn | -421.33 |
| 5/20/00 | Citibank Cred... | | Oliver's | -110.96 |
| 5/20/00 | Citibank Cred... | | Stone Barn | -189.03 |
| 5/20/00 | Citibank Cred... | | Norwich Inn | -85.33 |
| 6/1/99 | MBNA Credit... | | Fresh Fields | -252.40 |
| 6/14/99 | MBNA Credit... | | Aux Delices | -37.34 |
| 6/15/99 | MBNA Credit... | | Fresh Fields | -107.58 |
| 6/23/99 | MBNA Credit... | | Hay Day | -56.70 |
| 7/12/99 | MBNA Credit... | | Garelick & Herbs | -55.53 |
| 7/29/99 | MBNA Credit... | | Dock & Dine | -52.89 |
| 8/22/99 | MBNA Credit... | | Il Forno | -31.64 |
| 9/2/99 | MBNA Credit... | | Dock & Dine | -91.33 |
| 9/8/99 | MBNA Credit... | | Pizza Works | -29.00 |
| 10/15/99 | MBNA Credit... | | Restaurant Bricco | -28.55 |
| 12/21/99 | MBNA Credit... | | Luigi's Restaurant | -62.15 |
| 1/13/00 | MBNA Credit... | | Foodworks | -156.25 |
| 1/13/00 | MBNA Credit... | | Foodworks | -8.25 |
| 1/20/00 | MBNA Credit... | | Griswold Inn | -54.40 |
| 2/29/00 | MBNA Credit... | | Zhangs | -54.45 |
| 2/29/00 | MBNA Credit... | | Old Saybrook Diner | -26.95 |
| 4/1/00 | MBNA Credit... | | Wine & Roses | -61.30 |
| 5/2/00 | MBNA Credit... | | Old Saybrook Diner | -57.91 |
| 5/2/00 | MBNA Credit... | | Foodworks | -172.27 |
| 5/2/00 | MBNA Credit... | | Griswold Inn | -84.10 |

TOTAL 6/1/99 - 5/31/00                                        $8,291.65

EL33064103.1

# HOME MAINTENANCE, SUPPLIES AND OTHER HOUSEHOLD ITEMS

| | |
|---|---|
| Sub-Total for Credit Card and Check Purchases: | $31,098.67 |
| Sub-Total for Estimated Cash Payments: | $ 2,000.00 |
| TOTAL | $33,098.67 |

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 11/3/99 | Peoples Che... | 3017 | Darren Abbott chimney cleaner | -708.00 |
| 11/29/99 | Peoples Che... | E-PMT | Kurt E. Schlauder Carp. | -1,269.48 |
| 3/24/00 | Peoples Che... | E-PMT | John Patterson snow plowing | -70.00 |
| 9/7/99 | Peoples- Terr... | 2429 | Ideal Cleaners | -62.00 |
| 9/20/99 | Peoples- Terr... | 2443 | Ideal Cleaners | -23.20 |
| 10/3/99 | Peoples- Terr... | 2085 | Ideal Cleaners | -60.95 |
| 11/24/99 | Peoples- Terr... | 2243 | Postmaster | -11.75 |
| 8/2/99 | American Ex... | | NY Times Home Delivery | -97.90 |
| 7/24/99 | Bank One Cr... | | Bed Bath & Beyond | -89.45 |
| 4/15/00 | Bank One Cr... | | Wayside Furniture | -2,973.18 |
| 4/15/00 | Bank One Cr... | | Prints Plus | -127.18 |
| 4/15/00 | Bank One Cr... | | Odd Job Training | 87.70 |
| 4/15/00 | Bank One Cr... | | Furniture Outlet | -953.95 |
| 5/15/00 | Bank One Cr... | | Baldwin Furn | -1,715.08 |
| 5/15/00 | Bank One Cr... | | Linens N Things | -89.35 |
| 6/16/99 | Choice Credit... | | Wal Mart | -31.16 |
| 6/16/99 | Choice Credit... | | Pottery Barn | -64.63 |
| 6/16/99 | Choice Credit... | | Essex Hardware | -5.09 |
| 6/17/99 | Choice Credit... | | Party City | -94.39 |
| 8/23/99 | Choice Credit... | | Deep River Rent | -10.00 |
| 8/23/99 | Choice Credit... | | Three D Bed | -346.70 |
| 8/29/99 | Choice Credit... | | Essex Colonial | -121.77 |
| 9/9/99 | Choice Credit... | | True Value | -292.30 |
| 10/8/99 | Choice Credit... | | Essex Colonial | -188.93 |
| 10/8/99 | Choice Credit... | | Ocean State Job Lot | -21.54 |
| 10/8/99 | Choice Credit... | | Main Street Yarn | -28.84 |
| 11/17/99 | Choice Credit... | | Joann Fabrics | -46.45 |
| 11/24/99 | Choice Credit... | | Christiansen Hardware | -45.56 |
| 12/1/99 | Choice Credit... | | Joann Fabrics | -36.09 |
| 2/21/00 | Choice Credit... | | Shear Madness | -54.18 |
| 2/21/00 | Choice Credit... | | Origins | -196.10 |
| 4/1/00 | Choice Credit... | | Bath & Body | -74.52 |
| 7/10/99 | Citibank Cred... | | Camera Wholesalers | -102.28 |
| 10/17/99 | Citibank Cred... | | Home Depot | -157.05 |
| 11/14/99 | Citibank Cred... | | Cash | -23.04 |
| 1/1/00 | Citibank Cred... | | Radio Shack | -139.50 |

- 2 -

KL3:264492.1

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 1/1/00 | Citibank Cred... | | Christmas Barn | -63.34 |
| 1/1/00 | Citibank Cred... | | Country Barn | -41.98 |
| 1/19/00 | Citibank Cred... | | J&R Sound | -614.94 |
| 2/18/00 | Citibank Cred... | | Millers Hallmark Shop | -26.43 |
| 3/18/00 | Citibank Cred... | | Sugarbakers | -14.95 |
| 5/20/00 | Citibank Cred... | | Essex Hardware | -52.95 |
| 5/20/00 | Citibank Cred... | | Springmaid | -65.65 |
| 5/20/00 | Citibank Cred... | | Cititravel Membership | -59.95 |
| 5/20/00 | Citibank Cred... | | Lords & Ladies | -52.64 |
| 5/20/00 | Citibank Cred... | | Ritz Camera | -169.54 |
| 6/7/99 | MBNA Credit... | | Party City | -94.39 |
| 6/16/99 | MBNA Credit... | | Millers Hallmark Shop | -96.17 |
| 6/22/99 | MBNA Credit... | | Linens N Things | -240.21 |
| 7/15/99 | MBNA Credit... | | Painting Place | -139.92 |
| 7/15/99 | MBNA Credit... | | Enzo | -136.08 |
| 7/28/99 | MBNA Credit... | | Essex Colonial | -100.57 |
| 8/23/99 | MBNA Credit... | | Essex Colonial | -177.89 |
| 8/30/99 | MBNA Credit... | | Shore T.V. | -148.39 |
| 9/1/99 | MBNA Credit... | | Main Street Yarn | -10.43 |
| 9/3/99 | MBNA Credit... | | Essex Colonial | -56.85 |
| 9/8/99 | MBNA Credit... | | Wal Mart | -102.37 |
| 9/14/99 | MBNA Credit... | | Essex Colonial | -204.16 |
| 9/27/99 | MBNA Credit... | | Joann Fabrics | -12.62 |
| 9/27/99 | MBNA Credit... | | Joann Fabrics | -57.41 |
| 10/15/99 | MBNA Credit... | | Frank's Nurseries | -63.49 |
| 10/15/99 | MBNA Credit... | | Essex Mail Mart | -36.85 |
| 10/27/99 | MBNA Credit... | | Printko Photo | -116.43 |
| 11/15/99 | MBNA Credit... | | Fabric Place | -296.13 |
| 11/15/99 | MBNA Credit... | | Home Depot | -84.49 |
| 12/15/99 | MBNA Credit... | | Joann Fabrics | -53.16 |
| 12/24/99 | MBNA Credit... | | Radio Shack | -31.07 |
| 12/24/99 | MBNA Credit... | | Joann Fabrics | -53.06 |
| 12/24/99 | MBNA Credit... | | Essex Hardware | -37.04 |
| 1/13/00 | MBNA Credit... | | Record Town | -14.82 |
| 1/20/00 | MBNA Credit... | | Electrolux | -49.27 |
| 1/20/00 | MBNA Credit... | | Joann Fabrics | -112.75 |
| 1/31/00 | MBNA Credit... | | A Style Above | -75.00 |
| 2/29/00 | MBNA Credit... | | Yankee Candle | -48.62 |
| 4/1/00 | MBNA Credit... | | Frank's Nurseries | -139.78 |
| 4/1/00 | MBNA Credit... | | A Style Above | -79.71 |
| 4/1/00 | MBNA Credit... | | Wal Mart | -181.83 |

- 3 -



| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 4/1/00 | MBNA Credit... | | Joann Fabrics | -71.00 |
| 5/2/00 | MBNA Credit... | | Linen Barn | -33.86 |
| 5/2/00 | MBNA Credit... | | Linen Barn | -62.44 |
| 5/2/00 | MBNA Credit... | | Linen Barn | -12.70 |
| 5/2/00 | MBNA Credit... | | Ocean State Job Lot | -39.57 |
| | | TOTAL 6/1/99 - 5/31/00 | | -14.852.19 |

- 4 -

KL3204418 1

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 7/9/99 | Bank One Cr | | Hallocks Branford | -741.99 |
| 4/15/00 | Bank One Cr | | Ames | -204.21 |
| 5/15/00 | Bank One Cr | | Ames | -131.51 |
| 9/28/99 | Choice Credit | | Ames | -95.71 |
| 10/8/99 | Choice Credit | | Ames | -124.78 |
| 11/1/99 | Choice Credit | | CVS | -45.23 |
| 11/3/99 | Choice Credit | | Bennys | -27.54 |
| 11/12/99 | Choice Credit | | Ames | -170.20 |
| 12/1/99 | Choice Credit | | Bennys | -69.59 |
| 1/1/00 | Choice Credit | | CVS | -57.65 |
| 1/1/00 | Choice Credit | | Ames | -88.40 |
| 1/1/00 | Choice Credit | | Bennys | -161.97 |
| 1/1/00 | Choice Credit | | Ames | -77.45 |
| 1/1/00 | Choice Credit | | Ames | -127.18 |
| 2/21/00 | Choice Credit | | Bennys | -53.39 |
| 2/21/00 | Choice Credit | | Ames | -29.96 |
| 2/21/00 | Choice Credit | | CVS | -63.87 |
| 4/1/00 | Choice Credit | | Ames | -96.00 |
| 4/1/00 | Choice Credit | | CVS | -28.24 |
| 4/1/00 | Choice Credit | | Ames | -81.70 |
| 5/1/00 | Choice Credit | | Ames | -300.00 |
| 7/24/99 | Citibank Cred | | Ames | -59.14 |
| 11/5/99 | Citibank Cred | | Bennys | -141.41 |
| 1/1/00 | Citibank Cred | | Ames | -68.33 |
| 1/1/00 | Citibank Cred | | Bennys | -44.32 |
| 1/1/00 | Citibank Cred | | Bennys | -36.94 |
| 3/18/00 | Citibank Cred | | Bennys | -169.59 |
| 6/15/99 | MBNA Credit | | Family Discount Center | -264.79 |
| 6/28/99 | MBNA Credit | | Bradlees | -263.65 |
| 7/7/99 | MBNA Credit | | Bradlees | -51.20 |
| 7/12/99 | MBNA Credit | | Family Discount Center | -123.93 |
| 7/18/99 | MBNA Credit | | Savon of Wisconsin | -40.51 |
| 7/26/99 | MBNA Credit | | Bennys | -198.23 |
| 7/31/99 | MBNA Credit | | Bennys | -57.58 |
| 7/31/99 | MBNA Credit | | Ames | -20.47 |
| 8/23/99 | MBNA Credit | | Bradlees | -183.28 |
| 9/1/99 | MBNA Credit | | CVS | -49.10 |
| 9/3/99 | MBNA Credit | | Bennys | -85.72 |
| 9/14/99 | MBNA Credit | | CVS | -36.75 |

CL3;2044[0].1

| Date | | | Check Number | Payee | Amount |
|------|---|---|--------------|-------|--------|
| 9/20/99 | | MBNA Credit | | Bennys | -45.07 |
| 9/20/99 | | MBNA Credit | | Ames | -131.73 |
| 9/23/99 | | MBNA Credit | | Bennys | -131.85 |
| 10/15/99 | | MBNA Credit | | Bennys | -18.92 |
| 10/15/99 | | MBNA Credit | | CVS | -33.33 |
| 10/27/99 | | MBNA Credit | | Bennys | -98.80 |
| 11/3/99 | | MBNA Credit | | Bennys | -100.11 |
| 12/15/99 | | MBNA Credit | | Bennys | -222.11 |
| 12/15/99 | | MBNA Credit | | Ames | -62.28 |
| 1/5/00 | | MBNA Credit | | Ames | -82.68 |
| 1/13/00 | | MBNA Credit | | Bennys | -76.76 |
| 1/13/00 | | MBNA Credit | | Ames | -32.84 |
| 1/13/00 | | MBNA Credit | | Bennys | -17.97 |
| 1/20/00 | | MBNA Credit | | CVS | -20.13 |
| 2/29/00 | | MBNA Credit | | CVS | -5.06 |
| 2/29/00 | | MBNA Credit | | Ames | -217.66 |
| 4/1/00 | | MBNA Credit | | CVS | -26.59 |
| 4/1/00 | | MBNA Credit | | CVS | -77.16 |
| 5/2/00 | | MBNA Credit | | Ames | -18.18 |

TOTAL 6/1/99 - 5/31/00                    -$6,090.74

- 6 -

K13:3044183.1

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 9/28/99 | Choice Credit... | | US Postal | -99.80 |
| 10/18/99 | Choice Credit... | | Staples | -105.34 |
| 1/1/00 | Choice Credit... | | Staples | -283.54 |
| 1/1/00 | Choice Credit... | | Staples | -95.35 |
| 7/13/99 | Citibank Cred... | | Staples | -56.56 |
| 7/31/99 | Citibank Cred... | | Staples | -31.79 |
| 1/19/00 | Citibank Cred... | | Staples | -28.90 |
| 1/19/00 | Citibank Cred... | | Staples | -137.13 |
| 2/18/00 | Citibank Cred... | | Bch Wheaton | -77.64 |
| 3/18/00 | Citibank Cred... | | Webstone Group | -29.95 |
| 3/18/00 | Citibank Cred... | | Webstone Group | -29.95 |
| 6/9/99 | MBNA Credit... | | Staples | -221.04 |
| 7/29/99 | MBNA Credit... | | Staples | -122.68 |
| 8/26/99 | MBNA Credit... | | Staples | -112.27 |
| 9/14/99 | MBNA Credit... | | Staples | -58.73 |
| 10/15/99 | MBNA Credit... | | Staples | -162.08 |
| 10/15/99 | MBNA Credit... | | Staples | -45.52 |
| 10/27/99 | MBNA Credit... | | Staples | -41.10 |
| 12/21/99 | MBNA Credit... | | Staples | -38.67 |
| 1/13/00 | MBNA Credit... | | Staples | -156.51 |
| 1/20/00 | MBNA Credit... | | Staples | -205.39 |
| 1/20/00 | MBNA Credit... | | Staples | -140.30 |
| 2/29/00 | MBNA Credit... | | Staples | -127.85 |
| 2/29/00 | MBNA Credit... | | Staples | -23.04 |
| 5/2/00 | MBNA Credit... | | Staples | -132.41 |

TOTAL 6/1/99 – 5/31/00                          -$2,563.54

KL3:2044183.1

**Household Upkeep and
Outdoor Maintenance:**

| Date | Account | Check Number | Payee | Category | Amount |
|------|---------|--------------|-------|----------|--------|
| 9/17/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | $190.80 |
| 10/7/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 826.80 |
| 10/20/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 588.30 |
| 11/5/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 662.50 |
| 11/15/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 201.40 |
| 11/29/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 339.20 |
| 12/10/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 477.00 |
| 4/21/00 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 763.20 |
| 5/5/00 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 524.70 |
| 5/26/00 | People's Checking | E-PMT | David Carr | Tree Removal | 1,781.84 |
| 3/5/00 | Smith Barney | 378 | David Carr | Tree Removal | 3,800.00 |
| | | | | TOTAL: | $10,155.74 |

KL3-204483 1

CCQ213

# MEDICAL EXPENSES

Sub-Total for Credit Card and Check Purchases:          $3,541.50
Sub-Total for Estimated Cash Payments for
 Prescription Drug and Other Medical Costs               $1,500.00

**TOTAL**                                                $5,041.50

CCQ214

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 2/17/00 | Peoples Che... | 3018 | Dr. Manjoney | -143.00 |
| 4/28/00 | Peoples Che... | E-PMT | Yale Faculty Practice | -77.00 |
| 9/6/99 | Peoples- Terr... | 2479 | Scott Fischer, DMD | -885.00 |
| 6/2/99 | Bank One Cr... | | Dr. Ivan Weinstein | -985.00 |
| 6/18/99 | Choice Credit... | | Glenville Medical Association | -165.00 |
| 11/1/99 | Choice Credit... | | Wildwood Pediatrics | -83.00 |
| | TOTAL 6/1 /99 - 5131100 | | | -2,338.00 |

- 2 -

K1.3:204416.1

CCQ215

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 7/10/99 | Peoples Che... | DEP | CIGNA | 460.00 |
| 7/16/99 | Peoples Che... | E-PMT | Scott R. Fischer, D.M.D. | -980.00 |
| 9/3/99 | Peoples Che... | E-PMT | Dearfield Dental Assoc. | -95.00 |
| 10/18/99 | Peoples Che... | E-PMT | Home St. Diagnostic Lab | -78.00 |
| 3/10/00 | Peoples Che... | E-PMT | Shoreline Oral Surgery | -300.00 |
| 4/21/00 | Peoples Che... | E-PMT | Middlesex Urology, P.C. | -10.00 |
| 1/1/00 | Choice Credit... | | Dearfield Dental Assoc. | -85.50 |
| 2/21/00 | Choice Credit... | | David J. Silvia, D.M.D. | -105.00 |
| 4/1/00 | Choice Credit... | | Gynecology | -10.00 |
| | TOTAL 8/1/99 - 5/31100 | | | -1,663.50 |

TOTAL INFLOWS — 460.00

TOTAL OUTFLOWS — -1,663.50

NET TOTAL — -$1,203.50

KL3:2044143.1

CCQ216

# EXHIIT B-G

07/19/00  WED 16:47 FAX 212 688 7068                KRAMER LEVIN                                     ☐002

KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, N.Y. 10022 - 3852

ALAN R. FRIEDMAN
PARTNER
TEL (212) 715-9000
FAX (212) 715-8000
arfriedman@kramerlevin.com

47, AVENUE HOCHE
75008 PARIS
FRANCE

July 19, 2000

For Settlement Purposes Only
Via Facsimile

James A. Kidney, Esq.
Assistant Chief Litigation Counsel
Securities and Exchange Commission
Division of Enforcement
450 Fifth Street, N.W., Stop 8-8
Washington, DC 20549-0808

Dear Jim:

        In light of our discussions and in an effort to amicably resolve this issue, we have
revised for a second time the Corigliano family's budget. We have deleted the interest expense,
and lowered the home upkeep and food budget numbers. Our original food budget of $25,000
worked out to $13.70 per person, per day, for the family. It already represented a significantly
reduced estimate from the family's actual and documented prior year's expenses. Nonetheless in
deference to the Commission's concerns and in aid of an agreed-upon compromise, we have,
with some reluctance, reduced this number by $2,000. That would allow Cosmo, Terri and their
three minor children each a daily meal allowance of only $12.60 per person.

        The revisions that we have now made reflect, without regard to taxes, a $30,800
reduction from the budget provided to you on July 13 and a $38,300 reduction from the budget
we sent on June 29, which we continue to regard as reasonable. After taxes and payments for
their aged and infirm parents, it leaves the family with a budget for living expenses of only
$126,000 for Mr. and Mrs. Corigliano and their three children. As you are aware, these numbers
involve a very substantial reduction from their prior normal expenses, which were not at all
extravagant. Nothing in the proposed budget suggests any dissipation or impairment of their
assets.

        Rather, the proposed living expenses are well within the income annually
generated by the family's assets. The family currently estimates that these assets will, depending
on market conditions, generate approximately $165,000 in interest income, principally from non
taxable sources (without regard to possible capital appreciation of the mutual funds).

        On the tax estimate, as you might surmise, the estimate can vary with market
conditions and fund management decisions well beyond the Coriglianos' control. I am now
informed that according to their most recent information, for the six months ended June 30,

KL3:2045918.1

DEFENDANT'S
EXHIBIT
964

CCQ176

07/19/00  WED 16:47 FAX 212 688 7066     KRAMER LEVIN

KRAMER LEVIN NAFTALIS & FRANKEL LLP

James A. Kidney, Esq.
July 19, 2000
Page 2

2000, their mutual funds reported capital gains of approximately $215,000. These figures could obviously change by year end. But in order to be safe, I have raised the tax provision of the budget to $65,000.

          In our July 13 letter, we also explained the need for Mrs. Corigliano to spend as a one-time capital expense $51,325 for new dispensing equipment for Crystal Journey Candles. In the short term, no other extraordinary capital expenditures are anticipated for the business. As we have previously noted, the Company has grown from 3 to 18 employers since its purchase. We are informed that over the past year, the business achieved sales of approximately $1.1 million, but essentially broke even on a cash flow basis, and the Coriglianos have not received any income from it. As I may have indicated on the phone, as a start-up and because it lacks historical operating statements, it cannot finance the purchase through ordinary banking sources. The purchase of the machinery is necessary to maintain the Company's competitive position and to avoid impairment of the business. The Company estimates that the cost of the machinery should be earned back within approximately a year of its purchase as a result of savings in materials, such as wax and oil, and labor costs. Presently, the Company melts over 2,000 pounds of wax a day in 14 heat-regulated vats. Fifteen or more production workers then manually pour wax into containers and molds. This process can be streamlined through a machine that dispenses the wax into molds along a conveyor system. The purchase will result in significant labor and material savings. As important, the acquisition of the equipment represents the most cost-effective way to expand the business' operating capacity, a necessity to its ultimate success. The Company needs to leverage its fixed costs through increased production. In that manner, it can take on additional sales at increased operating margins that will add to its bottom line and so achieve operating profits. You asked whether additional expenses for shipment, delivery and installation of the equipment would be necessary. I understand that all those charges are included within the present estimate.

          I hope that we are now in a position to resolve this matter. Please call me promptly to let me know whether this proposed budget is agreeable to you.

          Best regards.

          Yours sincerely,

          *Alan R. Friedman*

          Alan R. Friedman

ARF/asb
cc:     Harvey Pitt, Esq.
        Audrey Strauss, Esq.

KL3:2045818.1

DRAFT (7/19/2000)

**Revised Annualized Budget**
**for the Corigliano Family**

<u>Annual Expenses:</u>

| | |
|---|---:|
| Automobile Expenses: | |
|     Fuel and tolls | $3,600 |
|     Maintenance | 2,000 |
| Automobile Insurance | 2,600 |
| Clothing | 10,000 |
| Education (three children): | |
|     Parochial School Tuition | 7,500 |
| Books, Educational Supplies, After-School Activities, Toys And Other Educational Expenses | 12,000 |
| Food | 23,000 |
| Home Upkeep, Supplies and Ordinary Repairs | 16,000 |
| Income Taxes (Federal and State) | 65,000[1] |
| Insurance Premiums: | |
|     Health Insurance | 9,500 |
|     Property Insurance | 3,800 |
| Medical Expenses | 5,000 |
| Real Estate Taxes | 25,000[2] |
| Utilities (electricity, oil and telephone) | 21,000 |
| Miscellaneous Expenses | 10,000 |

---

[1]     Does not reflect possible taxes that would be due if Crystal Journey Candles had taxable income for the year. In that event, the estimate for taxes would need to be increased.

[2]     Based on anticipated tax reassessment.

KL3:2042065.4

07/19/00  WED 16:48 FAX 212 880 7000      KRAMER LEVIN

**Support to Cosmo and Terri Corigliano's Parents:**[3]                          **DRAFT (7/19/2000)**

Cosmo's Parents:

| | |
|---|---|
| Food, Utilities, Insurance Premiums, Medical Expenses (paid in periodic installments) | 25,000 |
| Property Taxes | 3,800 |
| | 28,800 |

Terri's Mother:

| | |
|---|---|
| Monthly Payments of $1,000 for Living Expenses | 12,000 |
| Insurance Premiums, Medical Expenses | |
| Property Taxes | 8,000 |
| | 20,000 |

---

[3] Cosmo's parents own no significant assets. As reported previously, their home is now owned by Cosmo Corigliano, who purchased the lifelong family home from his parents, who had insufficient assets to take out a loan on the house to help pay for their own living expenses.

The only sources of income for Cosmo's parents are social security payments and support from Cosmo.

Terri Corigliano's mother owns a home in Branford, Connecticut. She has a mortgage on this house totaling approximately $150,000. She has no additional significant assets.

The only sources of income for Terri's mother are social security payments and support from Cosmo.

KL3:2042065.4

- 2 -

CCQ179

## Payments Owed on In-Progress Construction Work on Corigliano House

The Coriglianos have contracted with a local residential construction worker, Robert Dibble, to complete necessary repairs to their home's driveway and sidewalk pavement. The contractor had begun work on this project several months ago and already has removed the previous pavement. He also has made purchases of gravel and tar to complete the job. The cost of completion and outstanding payments owed by the Coriglianos are estimated by Mr. Dibble at approximately $10,000.[4]

## Necessary Business Expenses

Crystal Journey Candles is a manufacturing company that produces aromatic candles. Since Mrs. Corigliano purchased the company in June 1999, sales have doubled and the number of employees has grown from 3 to 18. In order for the company to maintain its value and complete even existing orders, the company needs to expand its production capacity through automation. Without such capital improvements the company's future will be jeopardized and it will not to remain competitive in the marketplace.

The company currently relies on employees to manually pour the melted wax into candle molds. The machinery needed to expand production capacity and reduce costs would dispense wax automatically into the candle molds at a rate that surpasses the company's present capabilities. In order to compete in the marketplace, the company must be able to meet customer demands in the future.

After an exhaustive search of equipment manufacturers, Crystal Journey Candles located a local candle equipment manufacturer in New Jersey that has available for sale the needed dispensing equipment at a reasonable cost. Crystal Journey Candles will purchase an 8-Head Votive Dispenser with 118 trays, conveyor system and holding tank at a price of $51,325. The company needs to complete this purchase immediately in order to meet current contract demands and to have sufficient production capacity in place for the upcoming holiday season. Without these improvements, the company cannot continue to compete, risks losing its value in the near future as well as jeopardizing the employment of its 18 workers.

---

[4]The Coriglianos are also in the process of seeking an estimate on the needed replacement of their home's leaking exterior kitchen doors and related repairs to the house frame.

KLJ 2042063.4

- 3 -