UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No. 3:02CR264 (AHN) |
| WALTER A. FORBES. ) | March 31, 2006 |
| ) | |

## NOTICE OF FILING OF EXHIBITS

Defendant, Walter A. Forbes, hereby submits the attached Exhibits in support of the motions filed by him on March 31, 2006.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

*Attorneys for Walter A. Forbes*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Filing of Exhibits to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on March 31, 2006 to the following by Fed Ex:

Susan Brune, Esq.
Brune & Richard LLP
80 Broad Street, 30th Floor
New York, NY 10004

Kathleen Cody, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9162

Notice of this filing will be sent to all proposed subpoena recipients by operation of the Court's electronic filing system or by Fed Ex to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
Barry S. Simon