# EXHIBIT 15

# EXHIBIT A

**QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO**

I.  Statement of Assets as of September 30, 2000, unless otherwise indicated on individual line item below.

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]
| | | |
|---|---|---|
| People's Bank Jt. Checking Acct. No. 1 (as of 9/13/2000) | 5,600 | |
| People's Bank Jt. Checking Acct. No. 2 (as of 9/11/2000) | 4,000 | |
| People's Bank Jt. Savings Acct. (as of 9/13/2000) | 2,500 | |
| People's Bank Spouse Checking Acct. (as of 9/25/2000) | 49,900 | |

Real Estate[2]
| | | |
|---|---|---|
| Trumbull, CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |

Securities
| | | |
|---|---|---|
| Fidelity CT Muni Fund (Joint) (as of 6/30/2000) | 2,100 | |
| Smith Barney Inv. Fund | 1,752,200[3] | |
| Fairfield Capital Partners | 1,248,000 | |
| Cendant Stock | 1,422,200 | (130,777 shares @ $10.875 share)[4] |
| Cendant Stock Options | 3,000,000 | ("in excess of")[5] |

---

[1]  Dates correspond to closing dates on account statements.

[2]  Real estate values have not been recalculated.

[3]  After paydown of Money Market credit line debt and accrued interest thereon.

[4]  Stock price listed is closing market price on September 29, 2000.

[5]  Value of stock options has not been recalculated.

KLJ:2065398.1

CCQ78

DEFENDANT'S EXHIBIT
30
PENGAD 800-631-6989

| | | |
|---|---|---|
| Vanguard Tax Exempt Investment Funds (Spouse) | 225,600 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts - Spouse) | 2,457,300 | |
| Fidelity Tax Exempt Investment Funds (2 accts - Spouse) (as of 9/7/2000) | 1,239,600 | |
| Merrill Lynch Equity and Investment Accounts (Spouse) | 762,000 | |
| Pensions, IRA, Keough | | |
| Smith Barney IRA | 327,700 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 298,000 | |
| Michael Corigliano Trust Fund | 298,000 | |
| David Corigliano Trust Fund | 307,000 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

| | |
|---|---|
| Total Assets | $16,134,900 |

## II.     Liabilities as of September 30, 2000.

List all liabilities, including but not limited to the items listed below. Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

None.[6]

## III.     Income/Expenses

### A.     Income

List all income over $1,000 from any source received during the period from the commencement of the agreement to the end of the quarter. Identify the source of the income and the amount.

Interest Income and Appreciation in Investment Funds and Securities Accounts (includes interest, dividends and realized and unrealized gains)       $164,800[7]

---

[6]     The Coriglianos had a total of approximately $3,143 in credit card debt as of September 30, 2000, but made payments to eliminate this liability in October 2000.

[7]     Amount is approximate total interest and appreciation in various investment accounts between dates of the Coriglianos' last two report statements received by the Coriglianos for these accounts. The accounts and corresponding dates are: Fidelity Investment funds (8/7/2000-9/7/2000); Smith Barney funds (7/31/2000-9/30/2000); Fairfield Capital

- 2 -

KL3:2005298.1

**B.    Expenditures**

Total approximate expenditures for the period from the commencement of the agreement to the end of the quarter:    $22,500[8]

List each expenditure over $5,000:

Home Repair of Driveway    $13,600

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

None.

---

Partners fund (6/30/2000-9/30/2000); Vanguard funds (6/30/2000-9/30/2000); T. Rowe Price funds (7/31/2000-9/30/2000); and Merrill Lynch funds (7/31/2000-9/30/2000).

[8]    Expenditure amounts are supported by credit card and bank statements. The Coriglianos' Bank One credit card has a closing date of September 17, 2000 and their Citibank credit card has a closing date of September 21, 2000. Any items that appear subsequent to these dates will be captured in the next quarter's report. Also, Terri Corigliano's People's Bank account statement has a closing date of September 18, 2000 and likewise any additional items that appear beyond this date will be reported in the next statement.

KL3:2065295.1

CCQ80

**C.    Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes          xx

No

If No, explain in what categories you expect to exceed the budget, why, and by how much.

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

CCQ81

# EXHIBIT B

# QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.     Statement of Assets as of December 31, 2000, unless otherwise indicated on individual line item below.

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]

| | |
|---|---|
| People's Bank Jt. Checking Acct. No. 1 (as of 12/31/2000) | 31,600 |
| People's Bank Jt. Checking Acct. No. 2 (as of 12/11/2000) | 900 |
| People's Bank Jt. Savings Acct. (as of 12/31/2000) | 2,600 |
| People's Bank Spouse Checking Acct. (as of 12/11/2000) | 400 |
| Smith Barney Money Market | 1,281,400[2] |

Real Estate[3]

| | |
|---|---|
| Trumbull, CT | 180,000 |
| Old Saybrook, CT | 1,745,000 |
| Autos | 13,200 |

---

[1]     Dates correspond to closing dates on account statements.

[2]     This amount previously was invested in a managed investment account at Fairfield Capital Partners. That fund was liquidated by the fund manager. The proceeds from the investments were then placed in this money market account at Smith Barney. Mr. Corigliano presently estimates that the additional tax liability from realized gains resulting from the liquidation of the Fairfield Capital Partners account is between approximately $50,000 to $75,000. This amount is payable in the coming quarter.

[3]     Real estate values have not been recalculated.

KL3:2033296.1

DEFENDANT'S EXHIBIT
31
PENGAD 800-631-6989

| | | |
|---|---|---|
| Securities | | |
| Fidelity CT Muni Fund (Joint) (as of 11/6/2000) | 2,100 | |
| Smith Barney Inv. Fund | 1,655,300 | |
| Cendant Stock | 1,258,700 | (130,777 shares @ $9.625 share)[4] |
| Cendant Stock Options | 3,000,000 | ("in excess of")[5] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,100 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts - Spouse) | 2,445,300 | |
| Fidelity Tax Exempt Investment Funds (2 accts - Spouse) (as of 11/6/2000) | 1,239,600 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 560,500 | |
| Pensions, IRA, Keough | | |
| Smith Barney IRA | 295,000 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 259,500 | |
| Michael Corigliano Trust Fund | 259,500 | |
| David Corigliano Trust Fund | 266,800 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

| | |
|---|---|
| Total Assets | $15,519,500 |

**II.    Liabilities as of December 31, 2000.**

List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

None.[6]

**III.    Income/Expenses**

**A.    Income**

---

[4]    Stock price listed is closing market price on December 29, 2000.

[5]    Value of stock options has not been recalculated.

[6]    The Coriglianos had a total of approximately $6,600 in credit card debt as of December 31, 2000, but made payments to eliminate this liability in January 2001.

- 2 -

K13:2002286.1

List all income over $1,000 from any source received during the calendar quarter from October 1, 2000 through December 31, 2000. Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds)          $39,600[7]

**B.    Expenditures**

Total approximate expenditures for the calendar quarter from October 1, 2000 through December 31, 2000:

$28,500, plus capital improvements for candle company listed below[8]

List each expenditure over $5,000:

Capital Improvements for Crystal Journey Candles,
Purchase of Automated Pouring Machines          $51,300

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

None.

---

[7]    Amount is approximate total interest and dividends in various investment accounts between dates of the Coriglianos' last two report statements received by the Coriglianos for these accounts. The accounts, values and approximate corresponding dates are: Fidelity Investment funds, $15,500 (9/7/2000-12/7/2000); Smith Barney funds, $0 (9/30/2000-12/31/2000); Vanguard funds, $2,400 (9/30/2000-12/31/2000); T. Rowe Price funds, $21,700 (9/30/2000-12/31/2000); and Merrill Lynch funds, $0 (9/30/2000-12/31/2000).

[8]    Expenditure amounts are supported by credit card and bank statements. The Coriglianos' Bank One credit card has a closing date of December 20, 2000 and their Citibank credit card has a closing date of December 21, 2000. Any items that appear subsequent to these dates will be captured in the next quarter's report. Also, Terri Corigliano's People's Bank account statement has a closing date of December 11, 2000 and likewise any additional items that appear beyond this date will be reported in the next statement.

KL3:2097396.1

CCQ73

**C:**    **Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes    ____XX____

No     _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

– 4 –

# EXHIBIT C

## QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.    Statement of Assets as of March 31, 2001, unless otherwise indicated on individual line item below.

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

| | | |
|---|---:|---|
| Cash[1] | | |
| People's Bank Jt. Checking Acct. No. 1 | 17,800 | |
| (as of 3/31/2001) | | |
| People's Bank Jt. Checking Acct. No. 2 | 400 | |
| (as of 3/11/2001) | | |
| People's Bank Jt. Savings Acct. | 2,500 | |
| (as of 3/31/2001) | | |
| People's Bank Spouse Checking Acct. | 400 | |
| (as of 3/31/2001) | | |
| Smith Barney Money Market | 1,253,300 | |
| Real Estate[2] | | |
| Trumbull, CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |
| | | |
| Securities | | |
| Fidelity CT Muni Fund (Joint) | 2,100 | |
| (as of 2/6/01) | | |
| Smith Barney Inv. Fund | 1,627,900 | |
| Cendant Stock | 1,908,000 | (130,777 shares @ $14.59 share)[3] |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |

---

[1]    Dates correspond to closing dates on account statements.

[2]    Real estate values have not been recalculated.

[3]    Stock price listed is closing market price on March 30, 2001.

[4]    Value of stock options has not been recalculated.

K1.3:3102334.1

DEFENDANT'S EXHIBIT

32

PENGAD 800-631-6989

| | | |
|---|---|---|
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,200 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts - Spouse) | 2,388,000 | |
| Fidelity Tax Exempt Investment Funds (2 accts - Spouse) (as of 2/6/01) | 1,270,000 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 373,400 | |
| Pensions, IRA, Keough | | |
| Smith Barney IRA | 259,200 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 246,700 | |
| Michael Corigliano Trust Fund | 246,800 | |
| David Corigliano Trust Fund | 251,800 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

Total Assets            $15,808,700

**II.    Liabilities as of March 31, 2001.**

List all liabilities, including but not limited to the items listed below. Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

None.

**III.    Income/Expenses**

A.    Income

List all income over $1,000 from any source received during the calendar quarter from January 1, 2001 through March 31, 2001. Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds)            $30,500[5]

---

[5]    Amount is approximate total interest and dividends in various investment accounts between dates of the Coriglianos' last two report statements received by the Coriglianos for these accounts. The accounts, values and approximate corresponding dates are: Fidelity Investment funds, $15,100 (11/7/2000-2/6/2001); Smith Barney funds, $7,000 (1/1/2001-3/31/2001); Vanguard funds, $2,000 (1/1/2001-3/31/2001); T. Rowe Price funds, $21,100 (1/1/2001-3/31/2001); and Merrill Lynch funds, $0 (1/1/2001-3/31/2001).

- 2 -

KL3:2102063

B.     **Expenditures**

**Total approximate expenditures for the calendar quarter from January 1, 2001 through March 31, 2001:**

$36,700, plus one-time expenditures on: (i) home repairs for installation of exterior kitchen doors, and (ii) tax payment on realized gains from the liquidation of an investment account at Fairfield Capital Partners that was liquidated by the fund manager last quarter.[6]

**List each expenditure over $5,000:**

| | |
|---|---|
| Home Repairs: Purchase and Installation of Exterior Kitchen Doors | $15,000 |
| Tax Payment on Realized Gains from Liquidation of Fairfield Capital Partners Investment Account | $35,000 |

**Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.**

None.

---

[6]     Expenditure amounts are supported by credit card and bank statements. The Coriglianos' Bank One credit card has a closing date of March 14, 2001; their Citibank credit cards have closing dates of March 6 and 17, 2001; their MBNA card has a date of March 4, 2001 and the American Express card has a closing date of March 10, 2001. Any items that appear subsequent to these dates will be captured in the next quarter's report. Also, the Coriglianos' joint People's Bank account statement has a closing date of March 11, 2001 and likewise any additional items that appear beyond this date will be reported in the next statement.

- 3 -

KL3:2102204.1

**C.     Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes              xx

No

If No, explain in what categories you expect to exceed the budget, why, and by how much.

---

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 4 -

CCQ69

# EXHIBIT D

### QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES
### OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

L.      Statement of Assets as of June 30, 2001, unless otherwise indicated on individual line item below.

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]

| | | |
|---|---|---|
| People's Bank Jt. Checking Acct. No. 1 (as of 6/18/2001) | 15,100 | |
| People's Bank Jt. Checking Acct. No. 2 (as of 6/10/2001) | 4,500 | |
| People's Bank Jt. Savings Acct. (as of 6/18/2001) | 2,500 | |
| People's Bank Spouse Checking Acct. (as of 6/10/2001) | 400 | |
| Smith Barney Money Market | 1,262,700 | |

Real Estate[2]

| | | |
|---|---|---|
| Trumbull, CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |

Securities

| | | |
|---|---|---|
| Fidelity CT Muni Fund (Joint) (as of 6/30/01) | 2,100 | |
| Smith Barney Inv. Fund | 1,589,400 | |
| Cendant Stock | 2,550,200 | (130,777 shares @ $19.50 share)[3] |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |

---

[1]      Dates correspond to closing dates on account statements.

[2]      Real estate values have not been recalculated.

[3]      Stock price listed is closing market price on June 29, 2001.

[4]      Value of stock options has not been recalculated.

KL3:2124043

PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT

33

CCQ60

| | | |
|---|---|---|
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,300 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts - Spouse) | 2,418,500 | |
| Fidelity Tax Exempt Investment Funds (2 accts - Spouse) (as of 2/6/01) | 1,270,100 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 411,600 | |
| Pensions, IRA, Keough | | |
| Smith Barney IRA | 271,100 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 259,100 | |
| Michael Corigliano Trust Fund | 254,500 | |
| David Corigliano Trust Fund | 251,800 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

| | |
|---|---|
| Total Assets | $16,524,100 |

II.    **Liabilities as of June 30, 2001.**

List all liabilities, including but not limited to the items listed below. Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

None.

III.    **Income/Expenses**

A.    **Income**

List all income over $1,000 from any source received during the calendar quarter from April 1, 2001 through June 30, 2001. Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds)  ...  .  .  .  $44,900[5]

---

[5]    Amount is approximate total interest and dividends in various investment accounts between dates of the Coriglianos' last two report statements received by the Coriglianos for these accounts. The accounts, values and approximate corresponding dates are: Fidelity Investment funds, $15,000 (4/1/2001-6/30/2001); Smith Barney funds, $9,300 (4/1/2001-6/30/2001); Vanguard funds, $1,900 (4/1/2001-6/30/2001); T. Rowe Price funds, $18,700 (4/1/2001-6/30/2001); and Merrill Lynch funds, $0.

KL3:2122400.1

**B.      Expenditures**

**Total approximate expenditures for the calendar quarter from April 1, 2001 through June 30, 2001:**

$31,800, plus tax payment of $7,500 for estimated 2000 federal income tax payment and miscellaneous payment of $3,300 for rental expense.[6]

**List each expenditure over $5,000:**

Estimated 2000 Federal Income Tax Payment                              $7,500

**Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.**

---

---

[6]      Expenditure amounts are supported by credit card and bank statements.  The Coriglianos' Bank One credit card has a closing date of June 14, 2001; their Citibank credit cards have closing dates of June 17, 2001; their MBNA card has a date of June 4, 2001 and the American Express card has a closing date of June 10, 2001.  Any items that appear subsequent to these dates will be captured in the next quarter's report.  Also, the Coriglianos' joint People's Bank account statement has a closing date of June 18, 2001 and likewise any additional items that appear beyond this date will be reported in the next statement.

KL3 2122409.1

**C.    Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes        xx

No

If No, explain in what categories you expect to exceed the budget, why, and by how much.

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 4 -

CCQ63

# EXHIBIT E

QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES
OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.     Statement of Assets as of September 30, 2001, unless otherwise indicated on individual line item below.

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

| | | |
|---|---|---|
| Cash[1] | | |
| People's Bank Jt. Checking Acct. No. 1 | 13,200 | |
| (as of 9/13/2001) | | |
| People's Bank Jt. Checking Acct. No. 2 | 4,000 | |
| (as of 9/11/2001) | | |
| People's Bank Jt. Savings Acct. | 2,500 | |
| (as of 9/13/2001) | | |
| People's Bank Spouse Checking Acct. | 400 | |
| Smith Barney Money Market | 1,214,500 | |
| | | |
| Real Estate[2] | | |
| Trumbull, CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |
| | | |
| Securities | | |
| Fidelity CT Muni Fund (Joint) | 2,100 | |
| (as of 8/08/01) | | |
| Smith Barney Inv. Fund | 1,402,800 | |
| Cendant Stock | 1,673,900 | (130,777 shares @ $12.80 share)[3] |
| | | |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |

---

1     Dates correspond to closing dates on account statements.

2     Real estate values have not been recalculated.

3     Stock price listed is closing market price on September 28, 2001.

4     Value of stock options has not been recalculated.

KJ3:2130129.1

DEFENDANT'S
EXHIBIT

34

PBGI00-631-6600

| | | |
|---|---|---|
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,300 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts - Spouse) | 2,361,400 | |
| Fidelity Tax Exempt Investment Funds (2 accts - Spouse) (as of 8/08/01) | 1,277,700 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) (as of 8/31/01) | 354,800 | |
| Pensions, IRA, Keough | 225,600 | |
| Smith Barney IRA | 45,000 | |
| Sailboat | 214,800 | |
| Mary Corigliano Trust Fund | 214,800 | |
| Michael Corigliano Trust Fund | 218,700 | |
| David Corigliano Trust Fund | 750,000 | (purchase price) |
| Crystal Journey Candles LLC | | |

Total Assets        $15,141,700

**II.    Liabilities as of September 30, 2001.**

List all liabilities, including but not limited to the items listed below. Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

None.

**III.    Income/Expenses**

A.    Income

List all income over $1,000 from any source received during the calendar quarter from July 1, 2001 through September 30, 2001. Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds)        $39,900[5]

---

[5]    Amount is approximate total interest and dividends in various investment accounts between dates of the Coriglianos' last two report statements received by the Coriglianos for these accounts. The accounts, values and approximate corresponding dates are: Fidelity Investment funds, $14,500 (7/1/2001-9/30/2001); Smith Barney funds, $6,300 (7/1/2001-9/30/2001); Vanguard funds, $1,400 (7/1/2001-9/30/2001); T. Rowe Price funds, $17,700 (7/1/2001-9/30/2001); and Merrill Lynch funds, $0.

- 2 -

KL3-2139150.1

CCQ53

**B.    Expenditures**

Total approximate expenditures for the calendar quarter from July 1, 2001 through September 30, 2001:

$36,200, plus tax payments of $27,000 for 2001 estimated federal income taxes and $13,900 for local property taxes; $5,000 paid as the Coriglianos' portion of a neighborhood assessment to repair a local access road and miscellaneous payment of $3,000 for rental expense.[6]

List each expenditure over $5,000:

|  |  |
|---|---|
| Estimated 2001 Federal Income Tax Payment | $27,000 |
| Old Saybrook Property Tax Payment | $13,900 |

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

_____

[6]    Expenditure amounts are supported by credit card and bank statements. The Coriglianos' Bank One credit card has a closing date of September 14, 2001; their Citibank credit cards have closing dates of September 17, 2001; their MBNA card has a date of September 4, 2001 and the American Express card has a closing date of September 10, 2001. Any items that appear subsequent to these dates will be captured in the next quarter's report. Also, the Coriglianos' joint People's Bank account statements have closing dates of September 11 and 13, 2001, and likewise any additional items that appear beyond this date will be reported in the next statement.

- 3 -

KL3:2308199.1

**C.**     **Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes     _____XX_____

No     _____

If No, explain in what categories you expect to exceed the budget, why, and by how much. _____

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
AGNES T. CORIGLIANO

- 4 -

KL3:2158159.1

**C.    Budget Compliance.**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes        XX

No

If No, explain in what categories you expect to exceed the budget, why, and by how much.

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 4 -

# EXHIBIT F

**QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES
OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO**

I.      Statement of Assets as of December 31, 2001, unless otherwise indicated on
        individual line item below.

        List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other
member of their household, directly or indirectly, and all assets which are subject to their
possession, enjoyment or control, regardless of whether legal title or ownership is held by a
relative, trustee, lessor, or any other intermediary, including but not limited to the
categories indicated below. For each asset identified below with a fair market value of
greater than $1,000, describe the asset, identify the owner, state the form of ownership
(e.g., individual, joint, beneficial interest), provide the name of the institution in which the
asset is held and the account number, if any, and state a fair market value of the asset and
how the fair market value was determined (i.e., most recent account statement, appraisal,
estimate, etc.).

| | | |
|---|---|---|
| Cash[1] | | |
| People's Bank Jt. Checking Acct. No. 1 | 12,200 | |
| People's Bank Jt. Checking Acct. No. 2 | 800 | |
| People's Bank Jt. Savings Acct. | 2,500 | |
| People's Bank Spouse Checking Acct. | 400 | |
| Smith Barney Money Market | 1,194,400 | |
| | | |
| Real Estate[2] | | |
| Trumbull, CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |
| | | |
| Securities | | |
| Fidelity CT Muni Fund (Joint) | 2,200 | |
| (as of 12/31/01) | | |
| Smith Barney Inv. Fund | 1,505,900 | |
| Cendant Stock | 2,564,500 | (130,777 shares @ $19.61 share)[3] |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |
| | | |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,200 | |
| T. Rowe Price Tax Exempt Investment | 2,397,800 | |

---

[1]     Dates correspond to closing dates on account statements.

[2]     Real estate values have not been recalculated.

[3]     Stock price listed is closing market price on December 31, 2001.

[4]     Value of stock options has not been recalculated.

K43:215635L1

DEFENDANT'S
EXHIBIT

35

PENGAD 800-631-6989

# EXHIBIT G

| | | |
|---|---|---|
| Funds (3 accts - Spouse) | | |
| Fidelity Tax Exempt Investment Funds (2 accts - Spouse) (as of 12/31/01) | 1,301,700 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) (as of 12/31/01) | 367,500 | |
| Pensions, IRA, Keough | | |
| Smith Barney IRA | 251,700 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund (as of 11/30/01) | 238,000 | |
| Michael Corigliano Trust Fund (as of 11/30/01) | 238,000 | |
| David Corigliano Trust Fund (as of 11/30/01) | 242,300 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

| | |
|---|---|
| Total Assets | $16,280,300 |

## II.  Liabilities as of December 31, 2001.

List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

| | |
|---|---|
| Credit Cards | |
| American Express | $200 |
| Choice Credit Card | 1,300 |

| | |
|---|---|
| Total Liabilities | $1,500 |

KL3:2156030.1

- 2 -

III.   **Income/Expenses**

A.   **Income**

List all income over $1,000 from any source received during the calendar quarter
from October 1, 2001 through December 31, 2001. Identify the source of the income
and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not
include realized and unrealized gains or losses in investment funds)          $39,500[5]

B.   **Expenditures**

Total approximate expenditures for the calendar quarter from October 1, 2001
through December 31, 2001:

$35,300, plus tax payments of $25,000 for 2001 estimated federal income taxes.[6]

List each expenditure over $5,000:

Estimated 2001 Federal Income Tax Payment                     $25,000

Identify any expenditure over $2,000 which is not within a category of the budget
which was Attachment B to your Agreement with the Division of Enforcement.

---

[5]   Amount is approximate total interest and dividends in various investment accounts
between dates of the Coriglianos' last two report statements received by the Coriglianos
for these accounts. The accounts, values and approximate corresponding dates are:
Fidelity Investment funds, $14,200 (10/1/2001-12/31/2001); Smith Barney funds, $6,300
(10/1/2001-12/31/2001); Vanguard funds, $1,300 (10/1/2001-12/31/2001); T. Rowe Price
funds, $17,700 (10/1/2001-12/31/2001); and Merrill Lynch funds, $0.

[6]   Expenditure amounts are supported by credit card and bank statements. The Coriglianos'
Bank One credit card has a closing date of December 14, 2001; their Citibank credit cards
have closing dates of December 17, 2001; their MBNA card has a date of December 4,
2001 and the American Express card has a closing date of December 10, 2001. Any
items that appear subsequent to these dates will be captured in the next quarter's report.
Also, the Coriglianos' joint People's Bank account statements have closing dates of
December 11 and 13, 2001, and likewise any additional items that appear beyond this
date will be reported in the next statement.

XL3:2156300.1

CCQ49

**C.    Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes    _____ xx _____

No    _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
AGNES T. CORIGLIANO

- 4 -

CCQ50

# EXHIBIT H

**QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO**

I.      **Assets as of March 31, 2002**

        List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

| | | |
|---|---|---|
| Cash[1] | | |
| People's Bank Jt. Checking Acct. No. 1 | 8000 | |
| People's Bank Jt. Checking Acct. No. 2 | 300 | |
| People's Bank Jt. Savings Acct. | 2,500 | |
| People's Bank Spouse Checking Acct. | 400 | |
| Smith Barney Money Market | 1,180,700 | |
| | | |
| Real Estate[2] | | |
| Trumbull, CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |
| | | |
| Securities | | |
| Fidelity CT Muni Fund (Joint) | 1,100 | |
| Smith Barney Inv. Fund | 1,510,200 | |
| Cendant Stock | 2,510,900 | (130,777 shares @ $19.20 per share[3]) |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,200 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,394,100 | |
| Fidelity Tax Exempt Investment Funds | 1,282,700 | |

---

[1]     All values based on most recent account statements, unless otherwise noted.

[2]     Real estate values have not been recalculated.

[3]     Share value calculated as of March 28, 2002.

[4]     Value of stock options has not been recalculated.

KL3:2174153.2

DEFENDANT'S EXHIBIT

36

PENGAD 800-631-6989

(2 acts - Spouse)

Merrill Lynch Equity and Investment    342,200
   Accounts. (Spouse)

Pensions, IRA, Keogh

   Smith Barney IRA    245,100

Sailboat    45,000

Mary Corigliano Trust Fund    243,600

Michael Corigliano Trust Fund    243,600

David Corigliano Trust Fund    248,000

Crystal Journey Candles LLC    750,000    (purchase price)

---

**Total Assets**    $16,173,800

## II.  Liabilities as of March 31, 2002

List all liabilities, including but not limited to the items listed below. Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

American Express Credit Card    $200

Citibank Credit Card    $400

---

**Total Liabilities**    $600

KL3:2174153.2

CCQ36

**III.    Income/Expenses**

**A.    Income**

List all income over $1,000 from any source received during the calendar quarter from December 31, 2001 through March 31, 2002. Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds):    $35,400[5]

**B.    Expenditures**

Total approximate expenditures for the calendar quarter from December 31, 2001 through March 31, 2002:

$39,900, plus property tax payments totaling $15,900.[6]

List each expenditure over $5,000:

Property tax in the amount of $12,100.

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

---

[5]    Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements: Fidelity Investment funds, $13,700; Smith Barney funds, $2,200; Vanguard funds, $900; T. Rowe Price funds, $18,600; Merrill Lynch funds, $0.

[6]    Expenditure amounts based on most recent closing dates for credit card and bank statements. Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.

- 3 -

K13-2174193.2

**C.    Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes    ✓ _____

No    _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 4 -