# EXHIBIT I

## QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.     **Assets as of June 30, 2002**

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below.  For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]

| | |
|---|---|
| People's Bank Jt. Checking Acct. No. 1 | 6,800 |
| People's Bank Jt. Checking Acct. No. 2 | 2,400 |
| People's Bank Jt. Savings Acct. | 2,500 |
| People's Bank Spouse Checking Acct. | 400 |
| Smith Barney Money Market | 1,152,200 |

Real Estate[2]

| | |
|---|---|
| Trumbull, CT | 180,000 |
| Old Saybrook, CT | 1,745,000 |
| Autos | 13,200 |

Securities

| | | |
|---|---|---|
| Fidelity CT Muni Fund (Joint) | 2,200[3] | |
| Smith Barney Inv. Fund | 1,309,900 | |
| Cendant Stock | 2,076,700 | (130,777 shares @ $15.88 per share[4]) |
| Cendant Stock Options | 3,000,000 | ("in excess of")[5] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,300 | |

---

[1]     All values based on most recent account statements, unless otherwise noted.

[2]     Real estate values have not been recalculated.

[3]     This value, which has remained essentially unchanged since Mr. Corigliano's first quarterly statement, should have been reported as of March 31, 2002 as $2,200 as well.

[4]     Share value calculated as of June 28, 2002.

[5]     Value of stock options has not been recalculated.

KL3:2194936.1

DEFENDANT'S
EXHIBIT
37
PENGAD 800-631-6989

| | | |
|---|---|---|
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,354,400 | |
| Fidelity Tax Exempt Investment Funds (3 accts.) | 1,289,900 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 274,200 | |
| Pensions, IRA, Keogh | | |
| Smith Barney IRA | 209,100 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 215,200 | |
| Michael Corigliano Trust Fund | 215,200 | |
| David Corigliano Trust Fund | 217,500 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

**Total Assets**               **$15,289,100**

## II.     Liabilities as of June 30, 2002

List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

American Express Credit Card          $100

**Total Liabilities**          **$100**

- 2 -

KL3:2194936.1

III.    Income/Expenses

A.    Income

**List all income over $1,000 from any source received during the calendar quarter from April 1, 2002 through June 30, 2002. Identify the source of the income and the amount.**

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds):          $33,000[6]

B.    Expenditures

**Total approximate expenditures for the calendar quarter from April 1, 2002 through June 30, 2002:**

$34,900, plus funeral expenses in connection with the death of Mr. Corigliano's mother totaling $8,800, state tax payments totaling $16,000, property tax payments totaling $1,100, and miscellaneous payment of $3,300 for rental expense.[7]

**List each expenditure over $5,000:**

Funeral expenses in connection with the death of Mr. Corigliano's mother totaling $8,800.

Final 2001 and Estimated Quarterly State Tax Payment totaling $16,000

**Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.**

---

[6]     Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements: Fidelity Investment funds, $14,100; Smith Barney funds, $3,300; Vanguard funds, $900; T. Rowe Price funds, $14,700; Merrill Lynch funds, $0.

[7]     Expenditure amounts based on most recent closing dates for credit card and bank statements. Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.

KL3:2194926.1

CCQ32

**C.     Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes        ✓

No         _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 4 -

# EXHIBIT J

## QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.      **Assets as of September 30, 2002**

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below.  For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]
| | | |
|---|---|---|
| People's Bank Jt. Checking Acct. No. 1 | 5,000 | |
| People's Bank Jt. Checking Acct. No. 2 | 1,300 | |
| People's Bank Jt. Savings Acct. | 2,500 | |
| People's Bank Spouse Checking Acct. | 400 | |
| Smith Barney Money Market | 1,125,900 | |

Real Estate[2]
| | | |
|---|---|---|
| Trumbull, CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |

Securities
| | | |
|---|---|---|
| Fidelity CT Muni Fund (Joint) | 2,200 | |
| Smith Barney Inv. Fund | 1,067,900 | |
| Cendant Stock | 1,407,200 | (130,777 shares @ $10.76 per share[3]) |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 229,400 | |

---

[1]      All values based on most recent account statements, unless otherwise noted.

[2]      Real estate values have not been recalculated.

[3]      Share value calculated as of September 30, 2002.

[4]      Value of stock options has not been recalculated.

KL3:2214093 2

DEFENDANT'S EXHIBIT 38

PENGAD 800-631-6989

| | | |
|---|---|---|
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,324,100 | |
| Fidelity Tax Exempt Investment Funds (2 accts — Spouse.) | 1,305,400 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 221,800 | |
| Pensions, IRA, Keogh | | |
| Smith Barney IRA | 172,600 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 198,500 | |
| Michael Corigliano Trust Fund | 198,500 | |
| David Corigliano Trust Fund | 200,600 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

**Total Assets**          $14,196,500

II.    **Liabilities as of September 30, 2002**

List all liabilities, including but not limited to the items listed below. Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

**Total Liabilities**          $0

- 2 -

KL3:2516053.2

III.    **Income/Expenses**

A.    **Income**

**List all income over $1,000 from any source received during the calendar quarter from July 1, 2002 through September 30, 2002. Identify the source of the income and the amount.**

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds):        $32,700[5]

B.    **Expenditures**

**Total approximate expenditures for the calendar quarter from July 1, 2002 through September 30, 2002:**

$36,400, plus tuition and book expenses totaling $5,000, state tax payments totaling $3,000, property tax payments totaling $13,300, and miscellaneous payment of $3,300 for rental expense.[6]

**List each expenditure over $5,000:**

Property Taxes totaling $13,300

**Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.**

---

[5]    Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements:  Fidelity Investment funds, $13,800; Smith Barney funds, $2,400; Vanguard funds, $800; T. Rowe Price funds, $15,700; Merrill Lynch funds, $0.

[6]    Expenditure amounts based on most recent closing dates for credit card and bank statements.  Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.

- 3 -

K13:32140S3 2

**C.    Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes    _____

No     _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

**C.     Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes     ___X___

No      _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 5 -

# EXHIBIT K

# QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.     **Assets as of December 31, 2002**

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]
| | | |
|---|---|---|
| People's Bank Jt. Checking Acct. No. 1 | 10,800 | |
| People's Bank Jt. Checking Acct. No. 2 | 1,900 | |
| People's Bank Jt. Savings Acct. | 2,500 | |
| People's Bank Spouse Checking Acct. | 400 | |
| Smith Barney Money Market | 1,121,400 | |

Real Estate[2]
| | | |
|---|---|---|
| Trumbull, CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |

Securities
| | | |
|---|---|---|
| Fidelity CT Muni Fund (Joint) | 2,300 | |
| Smith Barney Inv. Fund | 1,131,400 | |
| Cendant Stock | 1,370,500 | (130,777 shares @ $10.48 per share[3]) |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,400 | |

---

[1]     All values based on most recent account statements, unless otherwise noted.

[2]     Real estate values have not been recalculated.

[3]     Share value calculated as of December 31, 2002.

[4]     Value of stock options has not been recalculated.

DEFENDANT'S
EXHIBIT

39

PENGAD 800-631-6989

CCQ10

| | | |
|---|---:|---|
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,348,300 | |
| Fidelity Tax Exempt Investment Funds (2 accts — Spouse.) | 1,311,800 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 243,200 | |
| Pensions, IRA, Keogh | 182,000 | |
| Smith Barney IRA | 45,000 | |
| Sailboat | 201,200 | |
| Mary Corigliano Trust Fund | 201,200 | |
| Michael Corigliano Trust Fund | 203,300 | |
| David Corigliano Trust Fund | 750,000 | (purchase price) |
| Crystal Journey Candles LLC | | |

**Total Assets**        $14,292,800

---

II.    **Liabilities as of December 31, 2002**

List all liabilities, including but not limited to the items listed below. Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

---

**Total Liabilities**        $0

- 2 -

KL3.2235424.1

III.   Income/Expenses

A.   Income

List all income over $1,000 from any source received during the calendar quarter from October 1, 2002 through December 31, 2002. Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds): $32,800.[5]

Salary: Crystal Journey Candles LLC, $11,075; Mercy High School (Spouse), $2,677.[6]

B.   Expenditures

Total approximate expenditures for the calendar quarter from October 1, 2002 through December 31, 2002:

$34,800, plus state tax payments totaling $3,000 and federal tax payments totaling $3,200.[7]

List each expenditure over $5,000:

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

---

[5]   Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements: Fidelity Investment funds, $13,900; Smith Barney funds, $3,000; Vanguard funds, $900; T. Rowe Price funds, $15,000; Merrill Lynch funds, $0.

[6]   Salary amounts reflect net earnings after withholding taxes totaling $3,759.

[7]   Expenditure amounts based on most recent closing dates for credit card and bank statements. Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.

- 3 -

CCQ12

C.    Budget Co    )lance

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

(Check one)

Yes        ✗

No         _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 4 -

# EXHIBIT L

## QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.  **Assets as of March 31, 2003**

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below.  For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]
| | |
|---|---|
| People's Bank Jt. Checking Acct. No. 1 | 18,400 |
| People's Bank Jt. Checking Acct. No. 2 | 3,200 |
| People's Bank Jt. Savings Acct. | 2,500 |
| People's Bank Spouse Checking Acct. | 400 |
| Smith Barney Money Market | 1,121,600 |

Real Estate[2]
| | |
|---|---|
| Trumbull, CT | 180,000 |
| Old Saybrook, CT | 1,745,000 |
| Autos | 13,200 |

Securities
| | | |
|---|---|---|
| Fidelity CT Muni Fund (Joint) | 2,300 | |
| Smith Barney Inv. Fund | 1,076,300 | |
| Cendant Stock | 1,660,900 | (130,777 shares @ $12.70 per share[3]) |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,400 | |

---

[1]    All values based on most recent account statements, unless otherwise noted.

[2]    Real estate values have not been recalculated.

[3]    Share value calculated as of March 31, 2003.

[4]    Value of stock options has not been recalculated.

KL3:2257719.1

DEFENDANT'S
EXHIBIT

40

PENGAD 800-631-6989

| | | |
|---|---|---|
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,333,500 | |
| Fidelity Tax Exempt Investment Funds (2 accts — Spouse.) | 1,308,000 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 240,100 | |
| Pensions, IRA, Keogh | | |
| Smith Barney IRA | 174,500 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 184,900 | |
| Michael Corigliano Trust Fund | 186,600 | |
| David Corigliano Trust Fund | 188,400 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

**Total Assets**         **$14,462,200**

II.    **Liabilities as of March 31, 2003**

**List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)**

**Total Liabilities**         **$0**

- 2 -

KL3:2257719.1

III.    **Income/Expenses**

A.    **Income**

List all income over $1,000 from any source received during the calendar quarter from January 1, 2003 through March 31, 2003.  Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds):  $43,600[5]

Salary:  Crystal Journey Candles LLC, $18,200; Mercy High School (Spouse), $2,700[6]

B.    **Expenditures**

Total approximate expenditures for the calendar quarter from January 1, 2003 through March 31, 2003:

$35,500, plus state tax payments totaling $3,000, property tax payments totaling $13,000 and miscellaneous payment of $3,300 for rental expense[7]

List each expenditure over $5,000:

Property tax payments totaling $13,300.

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

---

[5]    Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements:  Fidelity Investment funds, $13,000; Smith Barney funds, $1,300; Vanguard funds, $600; T. Rowe Price funds, $28,700; Merrill Lynch funds, $0.

[6]    Salary amounts reflect net earnings after withholding taxes totaling $9,700.

[7]    Expenditure amounts based on most recent closing dates for credit card and bank statements.  Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.

- 3 -

KL3:2257719.1

**C.    Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes    ____X____

No    _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 4 -

RL3:2957319.1

CCQ19

# EXHIBIT M

QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES
OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.    Assets as of June 30, 2003

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]
  People's Bank Jt. Checking Acct. No. 1     15,900
  People's Bank Jt. Checking Acct. No. 2     300
  People's Bank Jt. Savings Acct.     2,500
  People's Bank Spouse Checking Acct.     400
  Smith Barney Money Market     1,112,000

Real Estate[2]
  Trumbull, CT     180,000
  Old Saybrook, CT     1,745,000
Autos     13,200

Securities
  Fidelity CT Muni Fund (Joint)     2,300
  Smith Barney Inv. Fund     1,242,400
  Cendant Stock     2,395,800     (130,777 shares @ $18.32 per share[3])

  Cendant Stock Options     3,000,000     ("in excess of")[4]

  Vanguard Tax Exempt Investment Funds     227,400
  (Spouse)

---

[1]    All values based on most recent account statements, unless otherwise noted.

[2]    Real estate values have not been recalculated.

[3]    Share value calculated as of June 30, 2003.

[4]    Value of stock options has not been recalculated.

KL3:2270341 1

DEFENDANT'S EXHIBIT
41
PENGAD 800-631-6989

| | | |
|---|---|---|
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,404,000 | |
| Fidelity Tax Exempt Investment Funds (2 accts — Spouse.) | 1,328,200 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 277,000 | |
| Pensions, IRA, Keogh | | |
| Smith Barney IRA | 195,100 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 215,900 | |
| Michael Corigliano Trust Fund | 215,900 | |
| David Corigliano Trust Fund | 218,300 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

**Total Assets**                    $15,586,600

---

II.    **Liabilities as of June 30, 2003**

List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

---

**Total Liabilities**                    $0

KL3:2271341.1

CCQ4

III.    **Income/Expenses**

    **A.    Income**

    **List all income over $1,000 from any source received during the calendar quarter from March 31, 2003 through June 30, 2003. Identify the source of the income and the amount.**

    Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds): $29,500[5]

    Salary:  Crystal Journey Candles LLC, $19,900; Mercy High School (Spouse), $2,700[6]

    **B.    Expenditures**

    **Total approximate expenditures for the calendar quarter from March 31, 2003 through June 30, 2003:**

    $38,900, plus state tax payments totaling $5,500, federal tax payments totaling $18,500 and property tax payments totaling $2,000[7]

    **List each expenditure over $5,000:**

    Final 2002 and estimated state tax payments totaling $5,500
    Final 2002 and estimated federal tax payments totaling $18,500

    **Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.**

---

[5]    Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements:  Fidelity Investment funds, $13,000; Smith Barney funds, $2,400; Vanguard funds, $600; T. Rowe Price funds, $13,500; Merrill Lynch funds, $0.

[6]    Salary amounts reflect net earnings after withholding taxes totaling $8,000.

[7]    Expenditure amounts based on most recent closing dates for credit card and bank statements.  Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.

KL3:2276341.1

C.    Budget Compliance

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes    ____X____

No     _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
COSMO CORIGLIANO


I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
AGNES T. CORIGLIANO

- 4 -

KL3:2376601.1

# EXHIBIT N

**QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES
OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO**

I.    Assets as of September 30, 2003

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]
| | |
|---|---|
| People's Bank Jt. Checking Acct. No. 1 | 9,800 |
| People's Bank Jt. Checking Acct. No. 2 | 1,100 |
| People's Bank Jt. Savings Acct. | 2,500 |
| People's Bank Spouse Checking Acct. | 400 |
| Smith Barney Money Market | 1,069,400 |

Real Estate[2]
| | |
|---|---|
| Trumbull, CT | 180,000 |
| Old Saybrook, CT | 1,745,000 |
| Autos | 13,200 |

Securities
| | | |
|---|---|---|
| Fidelity CT Muni Fund (Joint) | 2,300 | |
| Smith Barney Inv. Fund | 1,276,500 | |
| Cendant Stock | 2,444,200 | (130,777 shares @ $18.69 per share[3]) |
| Cendant Stock Options | 3,000,000 | ("in excess of")[4] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,400 | |

---

[1]    All values based on most recent account statements, unless otherwise noted.

[2]    Real estate values have not been recalculated.

[3]    Share value calculated as of September 30, 2003.

[4]    Value of stock options has not been recalculated.

X1.52294763.1

DEFENDANT'S
EXHIBIT

42

PENGAD 800-631-6989

| | | |
|---|---|---|
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,410,900 | |
| Fidelity Tax Exempt Investment Funds (2 accts — Spouse.) | 1,299,100 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 295,700 | |
| Pensions, IRA, Keogh | | |
| Smith Barney IRA | 198,700 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 225,900 | |
| Michael Corigliano Trust Fund | 225,900 | |
| David Corigliano Trust Fund | 228,500 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

| | |
|---|---|
| **Total Assets** | **$15,651,500** |

## II.    Liabilities as of September 30, 2003

List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

| | |
|---|---|
| **Total Liabilities** | **$0** |

XLL2204703.1

III.    Income/Expenses

A.    Income

List all income over $1,000 from any source received during the calendar quarter from June 30, 2003 through September 30, 2003. Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds): $28,900[5]

Salary: Crystal Journey Candles LLC, $14,500; Mercy High School (Spouse), $2,000[6]

B.    Expenditures

Total approximate expenditures for the calendar quarter from June 30, 2003 through September 30, 2003:

$46,400, plus tuition expenses totaling $5,300, state tax payments totaling $3,500, federal tax payments totaling $9,500, property tax payments totaling $18,800, and miscellaneous payment of $3,300 for rental expense.[7]

List each expenditure over $5,000:

Tuition expenses totaling $5,300
Federal tax payments totaling $9,500
Property tax payments totaling $18,800

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

---

[5]    Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements: Fidelity Investment funds, $13,100; Smith Barney funds, $2,400; Vanguard funds, $500; T. Rowe Price funds, $13,000; Merrill Lynch funds, $0.

[6]    Salary amounts reflect net earnings after withholding taxes totaling $5,200.

[7]    Expenditure amounts based on most recent closing dates for credit card and bank statements. Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.

K13:2234763 3

C.    Budget Compliance

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes            ✓

No

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
AGNES T. CORIGLIANO

- 4 -

# EXHIBIT O

## QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

**I.**  **Assets as of December 31, 2003**

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]

| | |
|---|---|
| People's Bank Jt. Checking Acct. No. 1 | 30,100 |
| People's Bank Jt. Checking Acct. No. 2 | 1,700 |
| People's Bank Jt. Savings Acct. | 2,500 |
| People's Bank Spouse Checking Acct. | 400 |
| Smith Barney Money Market | 1,055,400 |

Real Estate[2]

| | |
|---|---|
| Trumbull, CT | 180,000 |
| Old Saybrook, CT | 1,745,000 |
| Autos | 21,000[3] |

Securities

| | | |
|---|---|---|
| Fidelity CT Muni Fund (Joint) | 2,300 | |
| Smith Barney Inv. Fund | 1,438,300 | |
| Cendant Stock | 2,912,400 | (130,777 shares @ $22.27 per share[4]) |

---

[1]  All values based on most recent account statements, unless otherwise noted.

[2]  Real estate values have not been recalculated.

[3]  Amount includes the 1996 Lexus owned and driven by Mrs. Corigliano, inadvertently not included in previous reports. The value of $7,800 is based on Kelley Blue Book (January 2004) trade-in value for similar vehicles in "good" condition (although vehicle, which has approximately 150,000 miles on it, might be considered to be in "fair" condition, in which event value would be $6,400).

[4]  Share value calculated as of December 31, 2003.

KLA.2371430.1



DEFENDANT'S EXHIBIT 43

CCQR2

| | | |
|---|---|---|
| Cendant Stock Options | 3,000,000 | ("in excess of")[5] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,400 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts. – Spouse) | 2,453,100 | |
| Fidelity Tax Exempt Investment Funds (2 accts — Spouse.) | 1,313,000 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 326,400 | |
| Pensions, IRA, Keogh | | |
| Smith Barney IRA | 227,700 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 251,500 | |
| Michael Corigliano Trust Fund | 251,500 | |
| David Corigliano Trust Fund | 254,400 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

| | |
|---|---|
| **Total Assets** | **$16,489,100** |

II.    Liabilities as of December 31, 2003

List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

| | |
|---|---|
| **Total Liabilities** | **$0** |

---

[5]    Value of stock options has not been recalculated.

- 2 -

III.    Income/Expenses

A.    Income

List all income over $1,000 from any source received during the calendar quarter from September 30, 2003 through December 31, 2003.  Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds):  $44,900[6]

Salary:  Crystal Journey Candles LLC, $5,800; Mercy High School (Spouse), $4,300[7]

B.    Expenditures

Total approximate expenditures for the calendar quarter from September 30, 2003 through December 31, 2003:

$44,000.[8]

List each expenditure over $5,000:

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

---

[6]    Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements:  Fidelity Investment funds, $29,300; Smith Barney funds, $2,300; Vanguard funds, $500; T. Rowe Price funds, $12,800; Merrill Lynch funds, $0.

[7]    Salary amounts reflect net earnings after withholding taxes totaling $1,300.

[8]    Expenditure amounts based on most recent closing dates for credit card and bank statements.  Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.  These amounts are net of tax payments totaling $800, and tax refunds and rebates totaling $5,000.

- 3 -

CCQR4

**C.    Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes _____✓_____

No _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

KL3:1314061

CCQR5

# EXHIBIT P

## QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES
## OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.    Assets as of March 31, 2004

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below.  For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]
   People's Bank Jt. Checking Acct. No. 1       13,100
   People's Bank Jt. Checking Acct. No. 2         300
   People's Bank Jt. Savings Acct.           2,500
   People's Bank Spouse Checking Acct.         0
   Smith Barney Money Market       1,066,700

Real Estate[2]
   Trumbull, CT           180,000
   Old Saybrook, CT       1,745,000
Autos                 21,000

Securities
   Fidelity CT Muni Fund (Joint)         2,400
   Smith Barney Inv. Fund       1,453,300
   Cendant Stock        3,189,700     (130,777 shares @
                              $24.39 per share[3])

   Cendant Stock Options     3,000,000     ("in excess of")[4]

Vanguard Tax Exempt Investment Funds
(Spouse)              227,400

---

[1]     All values based on most recent account statements, unless otherwise noted.

[2]     Real estate values have not been recalculated.

[3]     Share value calculated as of March 31, 2004.

[4]     Value of stock options has not been recalculated.


DEFENDANT'S
EXHIBIT

44

PENGAD 800-631-6989

K13:23339.9.1

| | | |
|---|---|---|
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,454,400 | |
| Fidelity Tax Exempt Investment Funds (2 accts — Spouse.) | 1,315,600 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 339,200 | |
| Pensions, IRA, Keogh | | |
| Smith Barney IRA | 230,200 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 258,000 | |
| Michael Corigliano Trust Fund | 258,000 | |
| David Corigliano Trust Fund | 260,900 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

**Total Assets**            **$16,812,700**

II.    **Liabilities as of March 31, 2004**

List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)

**Total Liabilities**            **$0**

- 2 -

III.    Income/Expenses

    A.    Income

List all income over $1,000 from any source received during the calendar quarter from December 31, 2003 through March 31, 2004.  Identify the source of the income and the amount.

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds):  $40,500[5]

Salary:  Crystal Journey Candles LLC, $19,400; Mercy High School (Spouse), $4,300[6]

    B.    Expenditures

Total approximate expenditures for the calendar quarter from December 31, 2003 through March 31, 2004:

$53,400, plus property tax payments totaling $14,400.[7]

List each expenditure over $5,000:

Property tax payments totaling $14,400.

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.

---

[5]    Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements:  Fidelity Investment funds, $12,700; Smith Barney funds, $11,400; Vanguard funds, $600; T. Rowe Price funds, $15,800; Merrill Lynch funds, $0.

[6]    Salary amounts reflect net earnings after withholding taxes totaling $10,000.

[7]    Expenditure amounts based on most recent closing dates for credit card and bank statements.  Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report.

KL3:2333949.1

**C.    Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes    ☒

No    _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

-4-