# EXHIBIT 20

# (Filed Under Seal)

# EXHIBIT 21

KRAMER LEVIN NAFTALIS & FRANKEL LLP

9 1 9  T H I R D  A V E N U E

NEW YORK, N.Y.  10022 - 3852

GARY P. NAFTALIS
PARTNER

TEL (212) 715-9253
FAX (212) 715-9238

gnaftalis@kramerlevin.com

47, AVENUE HOCHE
75008 PARIS
FRANCE

August 29, 2000

Via Federal Express

James A. Kidney, Esq.
Assistant Chief Litigation Counsel
Securities and Exchange Commission
Division of Enforcement
450 Fifth Street, N.W., Stop 8-8
Washington, DC  20549-0808

Dear Jim:

        I enclose an original of the letter agreement, executed by the Coriglianos, Harvey Pitt and me.

        Kindest regards.

Sincerely,

Gary P. Naftalis

GPN/hg
Enclosure

cc:    Harvey Pitt, Esq., w/enclosure
       Audrey Strauss, Esq., w/enclosure

KL3:2042333.1

NSC 0076

KRAMER LEVIN NAFTALIS & FRANKEL LLP

James A. Kidney, Esq.
August 29, 2000
Page 3


bcc:    Cosmo and Terri Corigliano, w/enclosure

NSC 0077

KRAMER LEVIN NAFTALIS & FRANKEL LLP

919 THIRD AVENUE

NEW YORK, N.Y. 10022 - 3852

GARY P. NAFTALIS
PARTNER

TEL (212) 715-9253
FAX (212) 715-9238
gnaftalis@kramerlevin.com

47, AVENUE HOCHE
75008 PARIS
FRANCE

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ONE NEW YORK PLAZA

NEW YORK, N.Y. 10004-1980

(212) 859-8000

HARVEY L. PITT
PARTNER

TEL (202) 639-7100
FAX (202) 639-7008
pittha@ffhsj.com

1001 PENNSYLVANIA AVE, N.W.
WASHINGTON, D.C. 20004-2505

August 28 , 2000

Richard H. Walker, Esq.
Director
Division of Enforcement
Securities and Exchange Commission
Mail Stop 8-1
450 Fifth St., N.W.
Washington, D.C. 20549-0801

Re:    SEC v. Cosmo Corigliano, Anne M. Pember, et al., 00 Civ. 2873 (D. N.J.)
       (the "Action")

Dear Mr. Walker:

This letter is an agreement by Cosmo Corigliano and Agnes T. Corigliano ("our clients"), whose signatures are executed below, not to secrete, spend or otherwise dissipate existing assets, identified in Attachment A hereto, by their actions or those of their family members, agents, or others under their direct or indirect control. This agreement permits limited expenditures, if necessary, from investment earnings of these assets to meet, but not to exceed, the budget described in Attachment B hereto, but for no other purpose. However, such expenditures from assets, if any, are permitted only (i) after all earned (i. e., non-investment income) of family members has been spent pursuant to the budget and (ii) if investment income exceeds the amount of withdrawals necessary to meet budgeted expenses. Should market conditions change so as to make meeting condition (ii) impractical, our clients and the Division shall consult as to such reasonable withdrawals from principal as may be necessary and appropriate to meet the budget, but any such withdrawals from principal shall be made only with the Division's written consent.

KL3 2041961 2

Our clients further agree that they will preserve the assets in Attachment A, to the extent market conditions permit, until this dispute is resolved. Should additional assets come into their possession before this dispute is resolved, those assets shall be added to those in Attachment A and be preserved and increased subject to the provisions of this agreement.

In order to insure that the provisions of this agreement are met, our clients agree to complete and provide to the Division of Enforcement the Statement of Assets, Liabilities and Expenditures in the form of Attachment C, hereto, on a quarterly basis, 20 days after the end of each quarter, beginning with the quarter ended September 30, 2000. Our clients also agree to provide such documentation as the Division may reasonably request in support of each such Statement.

Should it be necessary, in the judgment of our clients, to materially exceed budgeted living expenses as provided in Exhibit B, no such excess expenditure shall be made without first obtaining the written consent of the Division of Enforcement, which shall not be unreasonably withheld. Nor shall our clients, or any of their family members, agents or custodians of the assets identified in Attachment A, make any withdrawals, except as may be necessary to meet the spending provisions of the budget in Attachment B, or reallocate either ownership or the investment vehicle of any such assets, without the prior written consent of the Division of Enforcement.

By executing their signatures below, our clients agree to all of the provisions stated above and, further, agree that, should there be a material breach of this Agreement by them, the Commission may move the United States District Court for the District of New Jersey for such relief as the Commission may deem appropriate.

Our clients also understand and agree that they and the Securities and Exchange Commission may, upon 30 days notice, terminate this agreement, and move, on reasonable notice, to seek such interim or final relief as they or the Commission deem appropriate.

Further, our clients understand that any material breach of this agreement may be brought to the attention of the Court in the criminal matter to which Cosmo Corigliano has entered a guilty plea.

KL3 2043961 2

NSC 0079

Nothing in this Agreement shall be deemed or construed as a waiver of any remedy, right or defense that the Commission or our clients have in the Action or an admission as to any defense or claim or the propriety of any relief, interim or final, that any party may seek therein or in any other proceeding.

Very truly yours,

Gary P. Naftalis
Kramer, Levin, Naftalis &
Frankel LLP
Counsel for Cosmo Corigliano

Harvey L. Pitt
Fried, Frank, Harris, Shriver & Jacobson
Counsel for Agnes T. Corigliano

I have read the foregoing letter to Richard H. Walker of the Securities and Exchange Commission and understand it fully. I hereby acknowledge that it sets forth my agreement with the Division of Enforcement of the Securities and Exchange Commission.

COSMO CORIGLIANO

SUBSCRIBED AND SWORN BEFORE ME
THIS 20 DAY OF August , 2000

Notary

My Commission expires on October 19 2000

LILIYA SURIS
NOTARY PUBLIC, State of New York
No. 01SU6014860
Qualified in Kings County
Commission Expires Oct. 19, 20 00

I have read the foregoing letter to Richard H. Walker of the Securities and Exchange Commission and understand it fully. I hereby acknowledge that it sets forth my agreement with the Division of Enforcement of the Securities and Exchange Commission.

AGNES T. CORIGLIANO

SUBSCRIBED AND SWORN BEFORE ME
THIS 20 DAY OF August , 2000

Notary

My Commission expires on October 19, 2000

LILIYA SURIS
NOTARY PUBLIC, State of New York
No. 01SU6014860
Qualified in Kings County
Commission Expires Oct. 19, 20 00

- 3 -

KL3 2043961 2

NSC 0080

## Attachment A: Assets of Cosmo Corigliano and Family
### [April 2000; July 2000 Spouse]

| | | |
|---|---:|---|
| Cash | | |
| People's Bank Jt. Checking Acct. No. 1 | 5,700 | |
| People's Bank Jt. Checking Acct. No. 2 | 44,400 | |
| People's Bank Jt. Savings Acct. | 9,300 | |
| People's Bank Spouse Checking Acct. | 60,000 | |
| Real Estate | | |
| Trumbull CT | 180,000 | |
| Old Saybrook, CT | 1,745,000 | |
| Autos | 13,200 | |
| Securities | | |
| Fidelity CT Muni Fund (Joint) | 1,200 | |
| Smith Barney Inv. Fund | 2,042,300 | |
| Fairfield Capital Partners | 1,245,700 | |
| Cendant Stock | 1,773,700 | [130,777 shares @ $13.5625/share] |
| Cendant Stock Options | 3,000,000 | ["in excess of"] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 225,000 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts -- Spouse) | 2,448,000 | |
| Fidelity Tax Exempt Investment Funds (2 accts -- Spouse) | 1,230,000 | |
| Merrill Lynch Equity Acct. (Spouse) | 504,000 | |
| Merrill Lynch Investment Fund (Spouse) | 214,000 | |
| Pensions, IRA, Keough | | |
| Smith Barney IRA | 327,500 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 200,000 | |
| Michael Corigliano Trust Fund | 200,000 | |
| David Corigliano Trust Fund | 200,000 | |
| Crystal Journey Candles LLC | 750,000 | [purchase price] |
| | | |
| TOTAL | 16,464,000 | |

8/1/00

NSC 0081

## Attachment B:  Budget for Cosmo Corigliano and Family

| Family Expenses | |
|---|---|
| Auto | 5,600 |
| Insurance | 6,400 |
| Clothing | 10,000 |
| Tuition | 7,500 |
| Childrens' Activities:  Music Lessons, Sports, etc. | 12,000 |
| Food | 23,000 |
| Home Maint | 16,000 |
| Health Expenses (including insurance) | 14,500 |
| Real Estate & Property Taxes | 25,000 |
| Utilities | 21,000 |
| Miscellaneous | 10,000 |
| House Repairs/improvements (one-time charges) | 17,000 |
| Income Taxes | 65,000 |
| | |
| **Subtotal** | 233,000 |
| | |
| Candle Company [one time expense] | 51,325 |
| | |
| **Subtotal** | 51,325 |
| | |
| **Cosmo parents** | |
| Food, utilities, insurance, medicine | 25,000 |
| Property Taxes | 3,800 |
| **Subtotal** | 28,800 |
| | |
| **Terri's Mother** | |
| Living Expenses | 12,000 |
| Property taxes | 8,000 |
| **Subtotal** | 20,000 |
| | |
| **GRAND TOTAL** | 333,125 |

8/1/00

NSC 0082

Attachment C

## QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

The following information is to be provided within 20 days after the close of each calendar quarter to James A. Kidney, Securities and Exchange Commission, Mail Stop 8-8, 450 Fifth St., N.W., Washington, D.C. 20549. Detailed asset and liability information provided in earlier reports need not be repeated if the account is reasonably identified below so that quarterly comparisons may be made, assuming there has been no change in such account information. The dollar amount of any such assets and liabilities must be again stated, however, for each quarter.

I.      Statement of Assets as of _____.

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

1.      Cash                                                    _____

2.      Cash surrender value of insurance                      _____

3.      Accounts receivable                                    _____

4.      Loans or notes receivable                              _____

5.      Real estate                                            _____

6.      Furniture and Household Goods                          _____

7.      Automobiles                                            _____

8.      Securities                                             _____

9.      Partnership interests                                  _____

10.     Net value of ownership interest in business           _____

1

NSC 0083

11.    IRA, Keogh, 401(K) or pension accounts    _____

12.    Other (itemize) _____

_____

Total Assets    _____

## II.    Liabilities as of _____.

List all liabilities, including but not limited to the items listed below.  Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.).

1.    Mortgages    _____

2.    Auto loans    _____

3.    Credit card debt    _____

4.    Loans on insurance policies    _____

5.    Installment loans    _____

6.    Other loans or notes payable    _____

7.    Other (itemize):    _____

_____

## III.    Income/Expenses

### A. Income

List all income over $1,000 from any source received during the quarter.  Identify the source of the income and the amount.

1.    Salary/wages    _____

2.    Consulting fees    _____

3.    Dividends    _____

4.    Interest    _____

2

NSC 0084

5.      Annuities                                                _____

6.      Pensions                                                _____

7.      Rents/royalties                                  _____

8.      Sales of assets                                   _____
[Note: asset sales, other than those conducted by fund or portfolio managers or pursuant to distribution of dividends and capital gains for such accounts, require the written consent of the Division of Enforcement]

9.      Repayment of loans                           _____

10.     Gifts                                             _____

11.     Other (itemize) _____


### B. Expenditures

Total approximate expenditures for the quarter: _____.

List each expenditure over $5,000:

Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your agreement with the Division of Enforcement. _____

_____

3

NSC 0085

## C. Budget Compliance

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes          _____

No           _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

_____
AGNES T. CORIGLIANO

4

NSC 0086

# EXHIBIT 22

# (Filed Under Seal)

# EXHIBIT 23

 

**Invoice/Statement**

Executive Jet International, Inc.
P.O. Box 369099   Columbus, OH 43236-9099   800/848-6436

| | |
|---|---|
| | INVOICE NO.: 179640 |
| | Inv. Date: 04/03/1998 |
| Walter A. Forbes | |
| c/o CUC International | Tail No.: N462QS |
| 707 Summer St., PO BOX 10049 | Contract: GULFSTREAM IV/SP |
| Stamford, CT 06904-2049 | Cust. No.: 1108 |

### FLIGHT ACTIVITY (See Attached) FROM: 03/01/1998 To 03/31/1998

## SUMMARY OF CHARGES

| Hours | Charge | Rate | Total |
|---|---|---|---|
| 36.1 | Regular Hourly Charge | $ 2608.00 | $ 94148.80 |
| 4.9 | Position to Continental U.S. | 1840.00 | 9016.00 |
| | Intl Passenger Fee | | 60.00 |
| | * Additional charge on domesti | | 422.50 |
| | Federal Excise Tax | | 5774.11 |
| | Domestic Segment Fee | | 15.00 |
| | Fuel Variable Charge | | -1366.12 |
| | **Total Amount Due** | | $ 108070.29 |

## SUMMARY OF HOURS FLOWN

Anniversary Date
12/08/2000

| | 3rd Year | Contract To Date |
|---|---|---|
| Allotted Hours | 120.7 | 500.0 |
| Previous Utilization Hours | 44.6 | 248.9 |
| Current Period Usage | 36.1 | 36.1 |
| Ending Hours Utilization | 80.7 | 285.0 |
| Excess Hours | | |
| Remaining Hours Available | 40.0 | 215.0 |

WGM-002575

DEFENDANT'S
EXHIBIT
500

ENGO 800-631-6989

Invoice 179640

**Walter A. Forbes**

Tail No.: N462QS
Contract: GULFSTREAM IV/SP

Flight Activity From 03/01/1998 To 03/31/1998

| DATE | FROM | | TO | | PAX | HRS | CONV | BILL HOURS | REQ. A/C | TAIL NO. | RESV NO. | DIST | LEAD PASSENGER |
|------|------|--|----|--|-----|-----|------|-----------|----------|---------|----------|------|----------------|
| 03/02 | HPN | WHITE PLAIN, NY | VRB | VERO BEACH, FL | 2 | 3.1 | -1.7 | 1.4 | CV | N348QS | 65648 | 1001 | Utzig, Larry |
| 03/02 | ASE | ASPEN, CO | HYR | HAYWARD, WI | 7 | 2.2 | -.8 | 1.4 | H-1000 | N779QS | 65309 | 911 | Koch, Heather |
| 03/03 | HYR | HAYWARD, WI | ASE | ASPEN, CO | 7 | 1.8 | -.6 | 1.2 | H-1000 | N936QS | 65309 | 911 | Koch, Heather |
| 03/05 | TEB | TETERBORO, NJ | ISM | ORLANDO, FL | 3 | 2.5 | -1.4 | 1.1 | CV | N335QS | 66395 | 962 | Shelton, Kirk |
| 03/05 | TEB | TETERBORO, NJ | SAV | SAVANNAH, GA | 2 | 1.7 | -.6 | 1.1 | H-1000 | N481QS | 66266 | 720 | Forbes, Walter |
| 03/06 | SAV | SAVANNAH, GA | HPN | WHITE PLAIN, NY | 1 | 1.8 | -.6 | 1.2 | H-1000 | N357RT | 66266 | 743 | Forbes, Walter |
| 03/10 | SDL | SCOTTSDALE, AZ | TRM | PALM SPRING, CA | 1 | *.7 | -.3 | .7 | H-1000 | N546QS | 66605 | 243 | Forbes, Walter |
| 03/12 | TRM | PALM SPRING, CA | LAX | LOS ANGELES, CA | 1 | *.5 | -.1 | .9 | H-1000 | N10TN | 66605 | 130 | Forbes, Walter |
| | | Aircraft Conversion Rate: | | .90 | | | | | | | | | |
| 03/12 | BUR | BURBANK, CA | SDL | SCOTTSDALE, AZ | 1 | 1.1 | -.1 | 1.0 | H-1000 | N10TN | 66605 | 371 | Forbes, Walter |
| | | Aircraft Conversion Rate: | | .90 | | | | | | | | | |
| 03/13 | HPN | WHITE PLAIN, NY | SDL | SCOTTSDALE, AZ | 8 | 4.8 | | 4.8 nt | GIV/SP | N487QS | 66631 | 2140 | Forbes, Caren |
| 03/13 | SDL | SCOTTSDALE, AZ | PHKO | KAILUA-KONA, USA | 10 | 6.7 | | 6.7 nt | GIV/SP | N487QS | 66631 | 2861 | Forbes, Walter |
| 03/22 | LAX | LOS ANGELES, CA | HPN | WHITE PLAIN, NY | 5 | 4.8 | | 4.8 | GIV/SP | N416QS | 67717 | 2469 | Forbes, Walter |
| 03/25 | TMB | MIAMI, FL | HPN | WHITE PLAIN, NY | 3 | 3.1 | -1.7 | 1.4 | CV | N320QS | 68089 | 1132 | Menchaca, Tony |
| 03/26 | HPN | WHITE PLAIN, NY | PBI | WEST PALM B, FL | 1 | 2.2 | -.8 | 1.4 | H-1000 | N119PH | 68037 | 1057 | Forbes, Walter |
| 03/28 | LAX | LOS ANGELES, CA | VRB | VERO BEACH, FL | 4 | 4.0 | | 4.0 | GIV/SP | N411QS | 66632 | 2280 | Forbes, Caren |
| 03/28 | VRB | VERO BEACH, FL | AGS | AUGUSTA, GA | 1 | 1.0 | -.3 | .7 | H-1000 | N520QS | 68093 | 405 | Forbes, Walter |
| 03/29 | VRB | VERO BEACH, FL | HPN | WHITE PLAIN, NY | 11 | 2.3 | | 2.3 | GIV/SP | N416QS | 66834 | 1001 | Forbes, Caren |
| | | | | | | | | 38.1 | | | | | |

**TOTAL HOURS** 38.1

\* Minimum Flight Segment Charge

## FUEL VARIABLE CHARGE BREAKDOWN

| | |
|---|---|
| Average Fuel Price | 1.5570 |
| Less Contract Average | 1.6000 |
| | - .0430 |

$- .04 \ / \ .01 \ = \ -4 \qquad X \quad 8.3300 \qquad = \ \$ \quad -33.32 \qquad$ Per Hour

$-33.32 \qquad X \ 41.0 \quad$ hours $= \quad \$ \quad -1366.12$

WGM-002576



**Walter A. Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Caren Forbes
Contact Phone: 203-966-2981
Customer Rep: Tiffany
Last Change: 03/23/1998 09:59

Flight #: 221591
Reservation: 65648
Leg No. 2

---

**Monday   03/02/1998**   Requested: CITATION V ULTRA   Distance: 1001 miles  Flight Time: 2:42   Travel Time: 2:53

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|
| Depart: 9:00 am E | HPN | WESTCHESTER CO WHITE PLAINS, NY | SIGNATURE FLIGHT SUPPORT 800-474-2476 |
| Arrive: 11:50 am E | VRB | VERO BEACH MUN VERO BEACH, FL | VERO BEACH ARPT SVC/SUNJET 561-562-2848 |

Passenger Manifest:        Total Passengers = 2

1. Utzig, Larry                                                          2. Utzig, Dolly
       203-966-2981         CT Residence

**Catering**
       HPN - Seafood Platter for 1, Sliced Fruit for 1, Whole loaf of French Bread (not sliced), Rolls w/butter, OJ, 1/2 & 1/2, L/L
       #221591..EM..5/11/98

**Ground Transportation**
       VRB - No ground requested.

**Leg Comments**
       This is an Ultra request against Hawker contract @ .75 to 1

WGM-002577



**Walter A. Forbes**
NetJets Gulfstream Contract

| Flight #: 219631 |
|---|
| Reservation: 65309 |
| Leg No. 1 |

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Heather Koch
Contact Phone: 203-966-2981

Customer Rep: Tiffany
Last Change: 03/25/1998 09:35

---

**Monday   03/02/1998**   Requested: HAWKER 1000        Distance: 911 miles   Flight Time: 1:53   Travel Time: 2:06

---

| | Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|---|
| Depart: | 8:30 am M - 9:00 am M | ASE | ASPEN-PITKIN CO/SARDY ASPEN, CO | ASPEN BASE OPERATION/TEX/MX 970-920-2016 |
| Arrive: | 12:05 pm C | HYR | HAYWARD MUN HAYWARD, WI | L & L AVIATION 715-634-4624 |

---

**Passenger Manifest:**        Total Passengers = 7

1. Koch, Heather

2. Bodell, Linda
   970-920-4005          Residence
   970-476-4714          Heather's Residence in Vail
4. Tracy

3. Gwathmey, Ned
5. Plus 3

---

**Catering**
ASE: assorted bagel and muffin tray w/ condiments on the side, fresh sliced fruit tray, OJ, 1/2&1/2, L&L
#101326—SW 031098

**Catering**
ASE - HYR:  Heather accepted a VII to cover this Hawker request.  She was further advised to expect short show due to
sunrise limitation ASE. 3/1/98 TMB

**Changes made by customer**
Karen Fobes changed the requested plane to a Hawker 1000 for both legs of this trip.  2/28  1850E KH

**Ground Transportation**
HYR: No ground transportation required

**Reservation Comments**
Heather HBA of ASE sunset (1800M) as well as HYR wx sensitivity, she has chosen DLH as the alternate for HYR.  She has
also been advised that there maybe a need for a fuel stop if the wx is bad - pilots decision. RHB 2/27

WGM-002578



**Walter A. Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: **Heather Koch**
Contact Phone: 203-966-2981
Customer Rep: **Tiffany**
Last Change: 03/25/1998 09:35

```
┌─────────────────────────┐
│ Flight #: 219632        │
│ Reservation: 65309      │
│ Leg No. 3               │
└─────────────────────────┘
```

---

**Tuesday  03/03/1998**  Requested: HAWKER 1000    Distance: 911 miles   Flight Time: 2:17   Travel Time: 2:30

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|------|----|-----------------------|--------------------------|
| Depart: 4:00 pm C | HYR | HAYWARD MUN<br>HAYWARD, WI | L & L AVIATION<br>715-634-4624 |
| Arrive: 5:25 pm M | ASE | ASPEN-PITKIN CO/SARDY<br>ASPEN, CO | ASPEN BASE OPERATION/TEX/MX<br>970-920-2016 |

**Passenger Manifest:**        Total Passengers = 7

1. Koch, Heather
3. Gwathmey, Ned
5. Plus 3

2. Bodell, Linda
   715-376-4461      Forbes' Residence
4. Tracy

**ARO Required**
   NOT REQ 3/3

**Catering**
   HYR: assorted sandwich tray w/ condiments on the side, fruit and cheese tray w/ crackers, individual salads w/ assorted
   dressings on the side, 1/2&1/2, L&L
   ****Per Dan, the FBO will pick this up from a local Deli instead of the IGA Grocery Store.  cbl  3/2/98****

**Changes made by customer**
   Karen Forbes changed the requested plane to a Hawker 1000  2/28 1850E KH

**Ground Transportation**
   ASE: No ground transportation required

**Ground Transportation**
   *****BACK UP GROUND IF NEEDED*****
   EGE - Steve @ Eagle Transportation (970-524-1100) has a 10 pax van w/driver available.  They are located right @ Vail
   Valley Jet Ctr.  He could have a driver within 15 minutes for us.  cbl  1320E 3/3/98

   GJT - Michelle @ Timberline (800-237-1810) is working on arranging a 15 pax rental van.  She said that they could send
   someone from their line service to drive pax to ASE.  cbl  1330E  3/3/98

**Operations**
   3/3/98  1300E: Heather HBA that HYR wx looks fine for departure; ASE is currently below our minimums and is forecasted
   to gradually come up, but there is still a chance that it will be up & down around our arrival time.  EGE currently is above our
   minimums & could be a good alternate for this per Rich.  cbl

**Reservation Comments**
   Heather HBA of ASE sunset (1800M) as well as HYR wx sensitivity, she has chosen DLH as the alternate for HYR.  She has
   also been advised that there maybe a need for a fuel stop if the wx is bad - pilots decision. RHB 2/27

WGM-002579

 **Walter A. Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By:  Beth Freimour
Contact Phone: 203-965-5118

Customer Rep: Colleen
Last Change:  03/05/1998 10:58

**Flight #: 225103**
**Reservation:  66395**
**Leg No. 1**

---

**Thursday  03/05/1998**  Requested: CITATION V ULTRA     Distance: 962 miles   Flight Time: 2:30   Travel Time: 2:42

---

|  | Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|---|
| Depart: | 2:00 pm E | TEB | **TETERBORO**<br>TETERBORO, NJ | **FIRST AVIATION SVCS  24 HRS**<br>201-288-3555 |
| Arrive: | 4:40 pm E | ISM | **KISSIMMEE MUN**<br>ORLANDO, FL | **KISSIMMEE AVIATION**<br>888-735-1145 |

---

Passenger Manifest:        Total Passengers = 3

1. Shelton, Kirk                                                        2. Plus 2
   203-965-5118        Office

---

**Catering**
TEB: fresh sliced fruit and cheese tray w/ crackers, 1/2&1/2, L&L
#244691..EM..5/12/98

**Ground Transportation**
ISM: Sedan w/ driver TBIP @ 1615 @ Kissimmee Aviation to take passengers as directed then to the Coronado Springs
Hotel 407-939-1000 and drop.
**cfmd w/Keith.  cbl 3/4/98  1230E***
980698..EM..6/23/98

WGM-002580



**Walter A. Forbes**
NetJets Gulfstream Contract

**Flight #: 224612**
**Reservation: 66266**
**Leg No. 1**

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Beth Freimour
Contact Phone: 203-965-5118

Customer Rep: Tiffany
Last Change: 03/25/1998 09:35

---

**Thursday 03/05/1998**  Requested: HAWKER 1000     Distance: 720 miles   Flight Time: 1:53   Travel Time: 2:06

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|------|-----|----------------------|--------------------------|
| Depart: 3:00 pm E | TEB | **TETERBORO** TETERBORO, NJ | **FIRST AVIATION SVCS  24 HRS** 201-288-3555 |
| Arrive: 5:05 pm E | SAV | **SAVANNAH INTL** SAVANNAH, GA | **SIGNATURE FLIGHT SUPPORT** 912-964-1557 |

---

**Passenger Manifest:**      Total Passengers = 2

1. Forbes, Walter
   203-965-5118    Office                    2. plus 1

---

**Catering**
TEB - Sliced Fruit, Grilled Chicken Fingers w/Dips & extra salt packets, 2 Grilled Chicken Caesar Salads, 1/2 & 1/2, L/L, Utins
***added extra things w/Ren.  cbl  1000E 3/5/98***
#244756..EM..5/13/98

**Ground Transportation**
SAV (Signature):  Sedan w/driver TBIP by 1630E to take Mr. Forbes plus 1 to Spring Island
**cfmd w/Marshall.  cbl 3/4/98  1230E**
#4..EM..4/30/98

WGM-002581



**Walter A. Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-362-7977
FAX 614-239-5574

Requested By: Beth Freimour
Contact Phone: 203-965-5118

Customer Rep: Tiffany
Last Change:  03/25/1998 09:36

**Flight #: 224831**
**Reservation: 66266**
**Leg No. 2**

---

**Friday    03/06/1998**    Requested: HAWKER 1000    Distance: 743 miles    Flight Time: 1:30    Travel Time: 1:41

---

|  | Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|---|
| Depart: | 2:00 pm E - 3:00 pm E | SAV | **SAVANNAH INTL**<br>SAVANNAH, GA | **SIGNATURE FLIGHT SUPPORT**<br>912-964-1557 |
| Arrive: | 4:40 pm E | HPN | **WESTCHESTER CO**<br>WHITE PLAINS, NY | **SIGNATURE FLIGHT SUPPORT**<br>800-474-2476 |

---

**Passenger Manifest:**    Total Passengers = 1

1. Forbes, Walter

---

**Catering**
SAV - Sliced Fruit & Cheese w/Crackers, 1/2pt 2%, L/L, Utins

**Ground Transportation**
SAV (Spring Island): Per Beth, Mr. Forbes will advise driver on Thursday where to pick him up on Friday to take him back to
Signature for 1500E dep.  Marshall has been advised that pick up will probably be around 1400E. cbl 3/4/98  1230E
Called to have p-up at 1200  and to please wait until he is ready. Spoke to Walter 3/5 @1720

**Ground Transportation**
HPN - Passengers have arranged their own ground transportation.

WGM-002582

 **ExecutiveJet**
N E T J E T S

**Walter A. Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Beth Freimour
Contact Phone: 203-965-5118
Customer Rep: Elizabeth
Last Change: 05/08/1998 13:33

**Flight #: 226011**
**Reservation: 66605**
**Leg No. 1**

---

**Tuesday  03/10/1998**  Requested: HAWKER 1000          Distance: 243 miles   Flight Time: 0:41   Travel Time: 0:54

|  | Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|---|
| Depart: | 6:00 pm M – 6:30 pm M | SDL | SCOTTSDALE  SCOTTSDALE, AZ | CORPORATE JETS (24 HRS)  800-995-5387 |

** SDL does not observe daylight savings time. Local time is Greenwich Mean Time minus 7 hours.

| Arrive: | 6:20 pm P | TRM | THERMAL  PALM SPRINGS, CA | LA QUINTA AIR SVC  760-399-1855 |

---

**Passenger Manifest:**          Total Passengers = 1

1. Forbes, Walter
   602-955-6600          Arizona Biltmore

---

**Catering**
SDL - Sliced Fruit, 1/2 & 1/2, L/L, Utins

**cncld order from PHX Sawyer Aviation w/Jennifer.  cbl  0930E  3/10/98

**Ground Transportation**
TRM (La Quinta Air) - Sedan w/driver TBIP by 1730 to take Mr. Forbes to La Quinta Hotel  (760-564-4111).  CFM # 049667
**cfmd w/ Dorothy.  cbl 3/10/98  1145E**
#49967..EM..3/30/98

**Operations**
Beth has been advised that this trip is close to the end of the crew's duty day.  She will advise Mr. Forbes.  cbl  0830E
3/10/98

WGM-002583



**Walter A. Forbes**
NetJets Gulfstream Contract

**Flight #: 227645**
**Reservation: 66605**
**Leg No. 2**

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: **Beth Freimour**
Contact Phone: 203-965-5118
Customer Rep: **Elizabeth**
Last Change:    05/05/1998 13:33

---

**Thursday  03/12/1998**  Requested: HAWKER 1000    Distance: 130 miles   Flight Time: 0:30   Travel Time: 0:41

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|------|-----|----------------------|--------------------------|
| Depart: 11:00 am P - 12:00 pm P | TRM | **THERMAL** PALM SPRINGS, CA | **LA QUINTA AIR SVC** 760-399-1855 |
| Arrive: 12:40 pm P | LAX | **LOS ANGELES INTL** LOS ANGELES, CA | **MERCURY AIR CENTER 0700-2300LT** 310-215-5745 |

---

Passenger Manifest:       Total Passengers = 1

1. Forbes, Walter
   203-965-5118       Office
   760-564-4111       La Quinta Hotel

---

**Catering**
    TRM - On Board Beverages & Snacks.

**Ground Transportation**
    LAX - (Mercury Air)  Sedan w/driver (Lorens 800 446 1661) TBIP by 1115 to take Mr. Forbes as directed to Torrance
    (Davidson Co. at 19640 Pioneer Ave -past 190st off of Challenger st) -wait- Pasadena - wait and then to the airport in BUR
    Mario HBA of vendor Tail # 10TN.
    Reconfirmed w/Mario @ Lorens Limo 03/11  0919e keb
    #99871..EM..3/27/98

WGM-002584



**ExecutiveJet**
N E T J E T S

**Walter A. Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: **Beth Freimour**
Contact Phone: **203-965-5118**

Customer Rep: **Elizabeth**
Last Change:   **05/05/1998 13:33**

Flight #: **226013**
Reservation: **66605**
Leg No. 3

---

**Thursday  03/12/1998**  Requested: HAWKER 1000          Distance: 371 miles   Flight Time: 0:54  Travel Time: 1:06

| | Time | ID | Airport, City & State | Passenger Pickup/Parking | |
|---|---|---|---|---|---|
| Depart: | 5:00 pm P | BUR | BURBANK-GLENDALE-PASADENA<br>BURBANK, CA | MEDIA AVIATION | 24 HRS |
| Arrive: | 7:05 pm M | SDL | SCOTTSDALE<br>SCOTTSDALE, AZ | CORPORATE JETS (24 HRS)<br>800-995-5387 | |

** SDL does not observe daylight savings time. Local time is Greenwich Mean Time minus 7 hours.

Passenger Manifest:       Total Passengers = 1

1. Forbes, Walter          Use Limo Company
   0 - .

---

**Catering**
   BUR - Sliced Fruit & Cheese Tray w/Crackers, Kendall Jackson Chardonnay, 1/2&1/2, L&L
   · Francine at Media Aviation has new Tail # N400M.  cbl 1530E 3/12/98

   #57728..EM..3/24/98

**Ground Transportation**
   SDL (Corporate Jets) - Sedan w/driver TBIP by 1830M to take Mr. Forbes to the Phoenician (602-941-8200)  CFM #
   03124119.  The Sedan will pick him up on Friday Morning 3/13/98 at 1000M at Phoecian to go back to Corporate Jets for
   dep. on G-IV.  CFM # 03132615
   ***updated location from PHX to SDL Corporate Jets with Tracy.  cbl  1630E  3/12/98**

   (Cancelled the previous Sedan in SFO (AMR Combs) w/Cerlyn  cbl  3/12/98  1200E  CXL# B476Z   CFM # 03120968)

   #68077..EM..5/5/98

WGM-002585



**Walter A. Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Heather Koch
Contact Phone: 970-476-4714

Customer Rep: Kim
Last Change:  03/18/1998 15:24

Flight #: 226124
Reservation: 66631
Leg No. 1

---

**Friday  03/13/1998**   Requested: GULFSTREAM IV/SP    Distance: 2140 miles  Flight Time: 4:47   Travel Time: 5:00

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|
| Depart: 8:00 am E - 8:30 am E | HPN | WESTCHESTER CO<br>WHITE PLAINS, NY | SIGNATURE FLIGHT SUPPORT<br>800-474-2476 |
| Arrive:  11:25 am M | SDL | SCOTTSDALE<br>SCOTTSDALE, AZ | CORPORATE JETS (24 HRS)<br>800-995-5387 |

** SDL does not observe daylight savings time. Local time is Greenwich Mean Time minus 7 hours.

Passenger Manifest:        Total Passengers = 8

1. Forbes, Caren.
   719-522-1883         Heather @ her parents until             2. Forbes, Caleigh
                        03/12 evening
   203-966-2981         CT Residence
   602-941-8200         Phoenician (Walter & Heather)
3. Forbes, Perri                                                4. Hanson, Jen
5. Shelton, Kirk                                                6. Shelton, Amy
7. Shelton, Scott                                               8. Shelton, Kip

**Catering**
HPN: (Breakfast) -  Fresh fruit plate, eggs, bacon, english muffins,Froot Loops and 2% milk, plain bagels w/ cream cheese
and condiment,
(Lunch) - Grilled chicken caesar salads for 2, PB&J on white bread(with grape or strawberry jelly) for 3, hot dogs w/ ketchup,
Chicken salad in bulk(to be prepared boring - for kids), Tuna salad in bulk, french bread or sourdough bread or baguette for
passengers to make tuna/chicken salad sandwiches with, condiment tray (lettuce, onion, pickles, tomato, mayo, mustard,
etc.) Onida curly fries w/o seasoning, and cookie tray
(Dinner) -  mixed green salad in bulk w/ ranch dressing,  mashed potatoes w/ gravy, grilled chicken breasts, white bread and
american cheese for grilled cheese sandwiches, brownies w/ no nuts, vanilla ice cream, cold seafood tray w/ no peppers,
shrimp cocktail, french bread or sourdough baguettes, Pringles (red can), Fruit Rollups (assorted flavors)
#245665..EM..5/28/98...A....453.31
#245666..EM..5/28/98...A....688.59
Standard: bulk fruit, sliced fruit, juices, milk, green and purple lettuce for garnish, 1/2&1/2, L&L
INV185650..EM..6/29/98...1017.88

**Ground Transportation**
SDL:  No ground transportation required - picking up Mr. Forbes and Heather in SFO (Boston Coach picking them up at
Phoenician on next leg)

**Leg Comments**
Per Caren Forbes and Beth - they are using NetJets rate on their contract. cbl

I've advised Mrs. Forbes that 199QS is the only a/c in our fleet that can be flown at a charter rate.  She doesn't necessarily
like this a/c and wants to discuss the situation with Mr. Forbes.  Steve Galett @ BDL (860-292-1192, fax. 860-292-6886) is
putting together the Crews for this trip.  Mrs. Forbes HBA that they will be out of Galett, John Trolan, Bill Patterson or Bill Noe.
   Flight Attn's will either be Karen Jason, Deidre McCurtin or Sandra Blades.  I advised Todd to have info ready for Mrs.
Forbes about Wayfarer's G-IV & crew that he's lining up if they don't want 199QS.  cbl  1620E  3/10/98

**Operations**
Please Check Wx in the morning for this trip.

**Customer Reservation Note**
Mrs. Forbes is a very nervous flyer.  Please schedule a mature crew on her flights.****  NEVER***NEVER
******SUBCONTRACT!!!!!!!!!

WGM-002586



**Walter A. Forbes**
NetJets Gulfstream Contract

**Flight #: 227740**
**Reservation: 66631**
**Leg No. 2**

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Heather Koch
Contact Phone: 970-476-4714

Customer Rep: Kim
Last Change: 03/18/1998 15:24

---

**Friday  03/13/1998**   Requested: GULFSTREAM IV/SP    Distance: 2861 miles  Flight Time: 6:17  Travel Time: 6:30

---

| | Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|---|
| Depart: | 12:25 pm M | SDL | SCOTTSDALE SCOTTSDALE, AZ | CORPORATE JETS (24 HRS) 800-995-5387 |

** SDL does not observe daylight savings time. Local time is Greenwich Mean Time minus 7 hours.

| | Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|---|
| Arrive: | 3:55 pm L | PHKO | KEAHOLE-KONA INTL KAILUA-KONA, HI | AIR SERVICE HAWAII 888-735-0699 |

---

**Passenger Manifest:**     Total Passengers = 10

1. Forbes, Walter

   Picking up passengers

3. Forbes, Caleigh
5. Hanson, Jen
7. Shelton, Amy
9. Shelton, Kip

2. Forbes, Caren

4. Forbes, Perri
6. Shelton, Kirk
8. Shelton, Scott
10. Koch, Heather
      602-941-8200

Passengers already on board - just picking up passengers

The Phoenician

---

**Catering**
   SDL: On board beverages and snacks - catering already on board.

**Crew Instructions**
   Air Routing arranging captains flight brief SDL - PHKO which will be sent to SDL FBO by 1700Z. Please advise if the flight schedule changes.

**Crew Instructions**
   Rental car arranged for crew upon arrival.

**Ground Transportation**
   PHKO: No ground transportation required - Heather will arrange.

**Ground Transportation**
   SDL: Sedan w/ driver TBIP @ 1000 @ the Phoenician to take Mr. Forbes to Corporate Jets for departure.  Confirmation # 03132615
   ***updated location from PHX to SDL Corporate Jets w/Tracy.  cbl  1630E  3/12/98**

**Leg Comments**
   Arrangements have been made to have the passengers met and leid upon arrival.  keb

**Customer Reservation Note**
   Mrs. Forbes is a very nervous flyer. Please schedule a mature crew on her flights.**** NEVER***NEVER
   ******SUBCONTRACT!!!!!!!!!

WGM-002587


**ExecutiveJet**
N E T J E T S

**Walter A.  Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By:  Beth Freimour
Contact Phone: 203-965-5118
Customer Rep: Joeanna
Last Change:    03/27/1998 13:57

| Flight #: 231698 |
| Reservation: 67717 |
| Leg No. 1 |

---

**Sunday   03/22/1998**   Requested: GULFSTREAM IV/SP    Distance: 2469 miles  Flight Time: 4:47    Travel Time: 5:00

---

| | Time | | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|---|---|
| Depart: | 2:00 pm P - 3:00 pm P | | LAX | LOS ANGELES INTL<br>LOS ANGELES, CA | GARRETT AVN 24HRS  (ALLIED)<br>310-568-3900 |
| Arrive: | 11:00 pm E | | HPN | WESTCHESTER CO<br>WHITE PLAINS, NY | SIGNATURE FLIGHT SUPPORT<br>800-474-2476 |

---

**Passenger Manifest:**          Total Passengers = 5

1. Forbes, Walter                                         2. Plus 4 passengers
   808-325-8000         Rm 910 Hotel in Hawaii
   914-835-3841         Beth - Residence

---

**Catering**
LAX: (5 Pax) Grilled Chix Caesar Salads, Fried Chix Fingers w/salt/dips(Honey), PB & J w/ Grape Jelly on white bread,
Cookie Tray, Assorted Juice Boxes
Standard GIV Catering Order- Fruit, Juices, Milk, L/L Wedges
#5829..EM..4/27/98...A/B
INV185650..EM..5/29/98..222.66

**Ground Transportation**
HPN:  Passengers have arranged their own ground transportation.

**Ground Transportation**
LAX (Garrett):  2 Sedans w/drivers TBIP by 1400 to meet G-IV Tail # N277RP to take as directed.  CFM # 03231559 & CFM #
03231566. Reconfirmed w/Elaine, 03/20, SD

**Operations**
LAX (Garrett):  Pax will be arriving via another person's G-IV (N277RP).  They are planning on leaving PHOK around 0800
getting them into LAX at around 1500.  Heather will call us w/ any changes. RHB 3/18 1813.

WGM-002588



**Walter A. Forbes**
NetJets Gulfstream Contract

**Flight #: 233835**
**Reservation: 68089**
**Leg No. 2**

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Beth Freimour
Contact Phone: 203-965-5118

Customer Rep: Kim
Last Change:  03/25/1998 15:22

---

**Wednesday 03/25/1998** Requested: CITATION V ULTRA     Distance: 1132 miles  Flight Time: 2:36    Travel Time: 2:47

---

| Time | | ID | Airport, City & State | Passenger Pickup/Parking |
|------|---|----|----------------------|--------------------------|
| Depart: 3:30 pm E - 4:00 pm E | | TMB | KENDALL-TAMIAMI EXECUTIVE<br>MIAMI, FL | TAC AIR SERVICE<br>305-233-0310 |
| Arrive:  6:45 pm E | | HPN | WESTCHESTER CO<br>WHITE PLAINS, NY | SIGNATURE FLIGHT SUPPORT<br>800-474-2476 |

---

**Passenger Manifest:**     Total Passengers = 3

1. Menchaca, Tony          Office                 2. Shelton, Kirk
   203-965-5118
3. Plus 1

---

**Catering**
   TMB: fresh sliced fruit and cheese tray w/ crackers, assorted cookie tray, 1/2&1/2, L&I.

**Ground Transportation**
   HPN: No ground transportation required.

**Scheduling request**
   This is an Ultra request per Beth to be billed @ the interchange rate of .75:1. keb

WGM-002589



**Walter A. Forbes**
NetJets Gulfstream Contract

| | |
|---|---|
| Flight #: | 233630 |
| Reservation: | 68037 |
| Leg No. 1 | |

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Beth Freimour
Contact Phone: 203-965-5118
Customer Rep: Kim
Last Change: 03/26/1998 10:43

---

**Thursday 03/26/1998** Requested: HAWKER 1000     Distance: 1057 miles  Flight Time: 2:30   Travel Time: 2:42

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|---|---|---|---|
| Depart: 12:00 pm E - 12:30 pm | BPN | WESTCHESTER CO WHITE PLAINS, NY | SIGNATURE FLIGHT SUPPORT 800-474-2476 |
| Arrive: 3:10 pm E | PBI | PALM BEACH INTL WEST PALM BEACH, FL | SIGNATURE FLIGHT SUPPORT 561-478-8700 |

**Passenger Manifest:**     Total Passengers = 1

1. Forbes, Walter
   203-965-5118     Office

---

**Catering**
HPN: grilled chicken caesar, fresh sliced fruit, 2 peanut butter cookies, 1/2&1/2, L&L
#247172..EM..5/22/98

**Ground Transportation**
PBI: Sedan w/ driver TBIP @ 1415 @ Signature to take passenger as directed for a couple hours.
#159400..em..4/29/98

**Operations**
forecasted VFR all day
NEED VFR CONDITIONS

WGM-002590



**ExecutiveJet**
N E T J E T S

Walter A.  Forbes
NetJets Gulfstream Contract

| Flight #: 226126 |
| Reservation: 66632 |
| Leg No. 2 |

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By:  Heather Koch
Contact Phone: 970-476-4714

Customer Rep: Reta
Last Change:   03/25/1998 19:23

---

**Thursday  03/26/1998**  Requested: GULFSTREAM IV/SP    Distance: 2280 miles  Flight Time: 4:30    Travel Time: 4:42

---

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|------|-----|------|------|
| Depart: 11:00 am P - 12:00 pm P | PAX | LOS ANGELES INTL<br>LOS ANGELES, CA | MERCURY AIR CENTER 0700-2300LT<br>310-215-5745 |
| Arrive:  4:40 pm E | VRB | VERO BEACH MUN<br>VERO BEACH, FL | VERO BEACH ARPT SVC/SUNJET<br>561-562-2848 |

---

Passenger Manifest:        Total Passengers = 4

1. Forbes, Caren
     310-472-1211

Bel Air Hotel  - Rooms under
Frobes - 2 rooms

3. Forbes, Perri

2. Forbes, Caleigh

4. Koch, Heather

---

**Catering**
     LAX: Froot Loops w/ 2% milk, plain bagels w/ cream cheese and condiments, shrimp cocktail, qt chicken salad, qt tuna salad,
     red potato salad, baguette or french bread and assorted bread for sandwiches.  under Flt # 226126

     Standard: bulk fruit, sliced fruit, juices, milk, green and purple lettuce for garnish, 1/2&1/2, L&L, Papers  - under Flight #
     B226126
     #5897..EM..5/7/98....A/B
     BILLED ON 182580..5/15/98..192.92

**Ground Transportation**
     VRB: No ground transportation required.

**Leg Comments**
     Please be sure to give Caren the WX brief for the trip.  Briefed 3/25 EHB

**Customer Reservation Note**
     Mrs. Forbes is a very nervous flyer.  Please schedule a mature crew on her flights.****  NEVER***NEVER
     ******SUBCONTRACT!!!!!!!!!!

WGM-002591



**Walter A. Forbes**
NetJets Gulfstream Contract

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Beth Freimour
Contact Phone: 203-965-5118

Customer Rep: Tiffany
Last Change: 03/30/1998 15:22

**Flight #: 233855**
**Reservation: 68093**
**Leg No. 2**

---

**Saturday  03/28/1998**   Requested: HAWKER 1000     Distance: 405 miles   Flight Time: 1:06   Travel Time: 1:18

---

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|------|-----|------------------------|---------------------------|
| Depart: 8:25 am E | VRB | VERO BEACH MUN<br>VERO BEACH, FL | VERO BEACH ARPT SVC/SUNJET<br>561-562-2848 |
| Arrive: 9:45 am E | AGS | BUSH<br>AUGUSTA, GA | BUSH FIELD AVIATION SVCS  24HR |

---

Passenger Manifest:        Total Passengers = 1

1. Forbes, Walter        Vero Bch Residence
        561-231-9975

---

Catering
    VRB:  BREAKFAST: OJ, Coffee, Danish, Donuts, Fruit, croissants, 1/2&1/2, L&L
        #1845..EM..4/27/98

Ground Transportation
    AGS: No ground transportation required.

WGM-002592



**ExecutiveJet**
N E T J E T S

**Walter A. Forbes**
NetJets Gulfstream Contract

Flight #: 226127
Reservation: 66634
Leg No. 1

Flight Services Department
24 hrs. 800-352-7977
FAX 614-239-5574

Requested By: Heather Koch
Contact Phone: 970-476-4714

Customer Rep: Sharon
Last Change: 04/30/1998 09:39

---

**Sunday    03/29/1998**    Requested: GULFSTREAM IV/SP    Distance: 1001 miles  Flight Time: 2:17  Travel Time: 2:30

| Time | ID | Airport, City & State | Passenger Pickup/Parking |
|------|-----|----------------------|--------------------------|
| Depart: 4:00 pm E | VRB | VERO BEACH MUN VERO BEACH, FL | VERO BEACH ARPT SVC/SUNJET 561-562-2848 |
| Arrive: 6:25 pm E | HPN | WESTCHESTER CO WHITE PLAINS, NY | SIGNATURE FLIGHT SUPPORT 800-474-2476 |

**Passenger Manifest:**       Total Passengers = 11

1. Forbes, Caren
   561-231-9975       Beech House
3. Forbes, Perri
5. Plus 3 adults

2. Koch, Heather
   561-231-9975       Vero Bch Residence
4. Forbes, Caleigh
6. Plus 4 children

**Catering**
   VRB:  Cold Seafood tray,  Grilled Chicken Ceasars w/ rolls, Chicken fingers w/ honey for dipping, french or sourdough
   baguettes w/ butter, chocolate chip cookies, vanilla ice cream ,nutless brownies  set up for 11 passngers.

   Standard  B Order:  to be billed under B 226127.
   #1855..EM..4/20/98...A/B
   Inv. #181507 - $738.83 - saj

**Changes made by customer**
   GIV request as of 1100 3/28/98.  Time changed to 1600 to keep flight on the QS fleet.  3/28/98  TMB

**Ground Transportation**
   HPN: No ground transportation required.

WGM-002593