

**MARK**

■ Multi Page Doc

☐ Single Page Doc

☐ HANGING FOLDER

☐ File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471900



# PART II

# The Eye

Photo-snoop Bryan Maguire helps local private investigators get their proof. Other behind-the-scenes evidence gatherers include The Ear, The Muscle and The Tail.

Pages 44-45

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471901

44

PART II  NY

# Body
## of
# Evidence

Brains are great. But to crack cases, private detectives need to use the rest of the anatomy chart, too.

By **A.J. Benza** / Staff Writer
and **John Hanc**

Newsday Photos by **Ari Mintz**

## The Ear

Martini mixes, suction-cup microphones and wall transmitters are all part of Ray Melucci's job. He'll know if anyone's listening in on you.

**Y**OU'VE SEEN the scene before. A distressed damsel knocks on the smoked-glass door of the rogue private eye before she slowly begins to pour her heart out. Maybe she's looking for her wealthy daddy's last will and testament, maybe a very valuable statuette. Maybe she's looking for love.

At any rate, the private eye is smooth as her silk stockings when he swivels from his chair, lights her cigarette, gives her his handkerchief as t offers his services at a daily rate. He then sets out alone, gun in hand, and tries to bring home the truth. Eventually, the gumshoe gets his man, gets the girl and, once again, gets behind the smoked-glass door to his office.

Hollywood would like to have you believe it's all Dick Tracy or Magnum. But today's private investigators admit it's not even Maddie Hayes and David Addison. They're not embarrassed to tell you that most, if not all, of their cases could not be solved were it not for a multitude of behind-the-scenes people who help them in their investigations. People who persuade the gumshoes to reach for the phone before they reach for their guns.

How important are these people, most of whom never let on to anyone their deals and relationships with PI's? "How about they're the backbone to any investigation?" says Nassau County-based PI Darlene Dillon. "That's how important they are."

## The Pulse

Pat Picciarelli's job is to get under people's skin with his polygraph machine. He has faced over 10,000 people so far, with success: 'I very rarely lose,' he says.

Perhaps Queens investigator Bo Dietl sums it up best. "They're more than the backbone," says Dietl, who runs Beau Dietl & Associates. "They're your lifeblood. Without them, an investigation will not survive. You're dead."

We like the anatomical analogies, but it's not a matter of backbone, or of blood. Herein lie the *real* body parts that keep a private investigator's business alive and kicking.

\* \* \*

They call Pat Picciarelli The Pulse because, as a man who administers polygraph tests, his job is to get under one's skin and bring any existing guilt to the surface. He and his machine have faced some 10,000 people over the years, and, The Pulse will tell you, "I very rarely lose."

The polygraph test is a much-maligned, much-discussed tool of the trade. But The Pulse says it's only



NEW YORK NEWSDAY, MONDAY, AUGUST 24, 1992

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471902

45
46



## The Muscle

Think being a bodyguard to the stars is glamorous? Six-foot, 240-pound Willie Gonzalez will tell you it's more like being a "babysitter."

as good as the person who sits behind it. The actual test takes only 10 minutes. It's how the operator performs in the pre-testing interview and the post-test interrogation — a 90-minute affair. That's what separates the man from the noise.

"I gotta get into your head and bring out a confession. I gotta trip you up, con you," says The Pulse, a retired NYPD lieutenant and owner of Conder Security with offices in midtown and London. "You just don't attach somebody to the machine and start asking questions. I'll tell them that a guilty person has certain bodily reactions that will make detecting a lie very easy. It's all a big psychological set-up, see?"

In other words, forget about breathing, heart rate and perspiration. The Pulse says it's all about convincing people that they'll be nabbed if they lie so much as one time. And after the actual test is read, it's the Pulse's standard habit to point out inconsistencies (real or invented) and offer the guy an out. "Getting a confession before or after the test is paramount," he says. "And I'll do anything to get it."

Of course, there are ways to con The Pulse and, possibly, defeat the machine. But Piccarelli knows when a liar takes a Valium in order to slow down his heart rate to a seemingly-normal speed. And he's hip to the tack-in-the-shoe bit; whereby a guilty person will step on the tack and administer pain to himself each time one easy question is asked. This way the machine will not show such a psychological chasm between pertinent and throwaway questions.

"It's all in the eyes. If you have any guilt, you're dead." Of course, that's why some people can beat the machine. "A Ted Bundy, Son of Sam or a hitman can come in and beat the machine. Because these guys have no guilt, no conscience. They'll kill you and go have a slice of pizza. So you have to be a little normal for me to get you."

Like the older married man who wanted to make sure his young lover was being faithful and the father who wanted to see if his teenage sons stole an antique gun from his collection. "Those are some touchy situations. I hate them, but I jack up my price ($250 per test) and do them," he says.

The lover was faithful. The sons were guilty. Of course, The Pulse knew it all along.

*  *  *

Ray Melucci — a former Transit Authority detective, now an electronic "debugger," has seen some serious audio equipment, none of which you'd likely to find on sale at the Wiz or P.C. Richard this weekend.

"Suction cups that can hear through six inches of concrete," says The Ear, "a transmitter in the wall switch, that only records when someone turned the light on . . . a stand-alone mike that looks like an olive, and sits in the bottom of a martini." Melucci pauses and laughs. "Usually, you make sure it's in the other guy's drink."

If Melucci's on the case, that martini mike is probably going to come up dry. Most of his work

involves marital cases, lawsuits or corporate espionage. He's brought in to sweep the premises for listening devices — that is, to make sure the olive in the martini isn't set on "record." (Tapping phones, walls, cocktails or any conversation without the subject's knowledge is illegal in New York and most other states unless you've got a court order.)

As neat as these electronic gizmos may sound, Melucci, who asks $400 and up per sweep, dismisses many of them as "frivolous." Although, he says, a female investigator recently won Investigator of the Year for Wells Fargo for a case she broke using a mike clipped to her bra.

Debugging technique has come a long way since Melucci and his buddies at Transit used to set up crude microphones in the token booths and then hide in rancid subway bathrooms, waiting for some thief to come along. "We kept improving the equipment just so we could be further away," he laughs.

Nobody beats the Wiz, huh? Maybe so. But when it comes to listening — or making sure no one's listening in on you — nobody beats the Ear.

*  *  *

Most of Willie Gonzalez' work revolves around his being a security guard to the stars. But the 6-foot, 240-pound Muscle sees it more like being a "babysitter" to Hollywood's richest babies.

So, whenever the call to act as a bodyguard comes

in, Willie slips a .38 in his waist and gets his 40-year-old body ready for the rigors of riding shotgun to the rich and famous. Lately, you'll see him at the China Club, the Palladium, Nell's and Tatou, aiming a keen eye while staying an arm's length away from his employer. Whether it's controversial Don Imus, a jittery Joan Rivers, beautiful Brooke Shields, the roguish Rolling Stones or homeboy Damon Wayans, Willie knows his M.O.

"I can't exclude anyone from potentially hurting my clients. There's some sickos out there," says Gonzalez, who held the Mr. New York bodybuilding title in 1986 and also played professional basketball in Puerto Rico. "But, they've gotta be really sick to come at them with me around. My size works to my advantage."

That's not the case for Claudine Robusto, a 5-2, 100-pound woman who does most of her bodyguarding work for Dillon. She likes her size just fine. "If you look like Hulk Hogan, it's pretty clear what you're doing there," says Robusto. "But with someone like me, it's more subtle. I have a very innocent look. You'd never know what I'm here to do."

Gonzalez grew up in Chelsea's Fulton Houses — projects that also spawned the Wayans family — where he first had to learn the art of protecting oneself. Years later, as a Department of Corrections captain at Rikers Island, "I learned to pick out deranged characteristics in seemingly normal people," he says. "It would be easy if all I had to look out for were loudmouths and wannabes, but the truth is, it's the quiet unassuming types who are most dangerous. A wimpy guy looking for an autograph might be the guy who pulls out the gun."

This life of shouldering celebrities might sound glamorous to an everyday Joe, but there are times when Gonzalez, who earns $40 an hour, winces with embarrassment. Like wrestling an obsessive fan on roller skates away from Brooke Shields at the Roxy or stepping in the middle of a recent fight between supermodel Naomi Campbell and

Please see INVESTIGATORS on Page 47

## The Tail

Who's that guy in the car behind you? Chances are it might be Danny Cavallo, a surveillance specialist. "Listen, people cheat," he says. "And unfortunately — with AIDS and all — a lot of people are checking up on their lovers and spouses."



CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471903

# The Eye, the Ear, the Muscle, the Tail

INVESTIGATORS from Page 45

actress Troy Beyer. "Believe me when I tell you, stars act differently at night than they do on daytime TV. The difference between day and night is like night and day."

* * *

To make a case, you need proof. And there's no better proof than a photo. That's where The Eye comes in.

Free-lancer Bryan Maguire of Queens uses a Pentax Spotmatic, various lenses and a video camera. But this shutterbug doesn't do weddings or bar mitzvahs. The affairs he shoots are of a different kind.

"I don't ask questions," says Maguire. "I do what I have to do. And tomorrow's another day."

Today's assignment may not always be exciting. One of his first jobs was to videotape a traffic light. "The case involved an accident in which someone had run a red light," he recalls. "I had to sit at an intersection and videotape a traffic light going red, yellow and green . . . for hours on end. People came up to me and asked what I was doing. I told them — and eventually started picking up information relating to the case. Some of these people, it turned out, were witnesses. I passed it along to the investigator."

Maguire is 33, single and works a day job in the aviation industry. He shoots by night. And his biggest challenges are to get his shots in the dark — without being seen. Once, he had to shoot the interior of an office building (and someone in it) from his car — through the glass panes of the building.

Did he get his man? "I assume so," says Maguire, matter-of-factly. "Because I was never asked to go back and try again — and I keep getting new assignments."

That's the way he prefers it. The Eye would rather see than be heard. Says Maguire: "I just like to do my stuff and then disappear."

* * *

For any surveillance to be a success, The Tail has got to know a subject's method, his pattern, the way he plays the game. Most times, the job entails sitting in a car, standing on a corner, peering over a newspaper or milling in an airport. All of this for hours on end until the magic moment arrives when it all comes together in a matter of anxious seconds.

Being a good tail is not only about learning how to stay out of a subject's peripheral vision or following a car on the driver's blindside. That's second nature to Danny Cavallo, who does most of his tail work for Dietl. He's best at ingratiating himself with a subject and luring that person to the trap.

He got his start working as a cop on the decoy unit, wearing sun's clothing or the rags of the homeless while luring muggers. Cavallo's still luring — and following — people, though now it's the adulterous wife, the thieving business partner or the philandering husband. He works everywhere from Alphabet City to Arizona. He's got expensive feet, charging PI's several hundred dollars a day.

Last time out, Cavallo was dispatched to a dude ranch in Yuma, Ariz., looking to nab a man whose wife suspected him of having an affair. Hard evidence of this affair — an audiotape or photos — would greatly sweeten her divorce settlement. All she supplied Cavallo with was a blurry snapshot of her husband and the tidbit that he would be wearing green cowboy boots. Cavallo found his man, but only after he began chatting with the guy's "lady friend," remarking on their accents. "You and your husband gotta be from New York," said Cavallo, in the best Texan accent an Italian kid from Brooklyn could muster. "Actually, we are," she offered. "But he's not my husband, he's my boyfriend . . ."

Things got pretty incriminating the next morning when Cavallo actually sat down and had breakfast with the couple and was able to find out who the girl was, where she lived, how long they were dating, etc. "We really hit it off and the next thing you know, I had the waiter snapping our picture.

"Can you imagine the guy's face when he gets home and his wife confronts him with the photos?"

Hey, this is what he's paid to do.

"Listen, people cheat," he says. "And unfortunately — with AIDS and all — a lot of people are checking up on their lovers and spouses."

Still, there was that one time when Cavallo had to drop a tail — he was following a striking woman — inside Kennedy Airport.

"She just stopped, pivoted and walked over to me and said, 'Listen, I'm not stupid. I know you're following me. But what you don't know is that the guy who's paying you to do this is a creep. He's married and he wants me as a girlfriend. I don't know what he told you, but I want nothing to do with him.' "

That sold Cavallo. "It taught me that I won't work for everybody, no matter how much money they pay me. I told my boss I lost her in traffic."

Ask Al Ruby (not his real name) for a job title and he'll tell you he doesn't have one, that he never thought to capsulize what he does into a neat two- or three-word description. "I don't exist," he says. "You're not even talking to me."

Of course, he does and you are. Only, Ruby truly is more vapor than substance, more gas than gravel. Maybe the best way to sum him up is to call him The Mouth.

According to Bo Dietl, there is no better ruse man. "I don't care what piece of information I have to get on anyone at anytime. I call Al. In most cases he is the first place I go," says Dietl.

To hear Ruby tell it, he is a shell of a man without his contacts, someone who relies on friends and acquaintances he has at Con Ed, New York Telephone, American Express, the DMV, all major hospitals, banks, and, well, you get the picture. His fees vary. It all depends how much a tidbit of info is worth to a particular PI.

It's Ruby's job to work the subject in such a way that they swim to the bait, chomp on the hook and slither close to the net. To do it, he needs a good pretext. "Sometimes PI's need to know someone's date of birth, if they were married, where they do their banking, what their last physical said about their health, et cetera," says Ruby, who does all his work from a Bronx office. "That information could cost a PI thousands of dollars and take days to uncover. I can call my friends, get some dirt on the guy, and make one run call to the subject and get it all."

Especially when he poses as an electric company rep (never actually using the words "Con Ed") and informs a subject that they might have been overcharged. Of course, a friend at Con Ed has already supplied Ruby with the exact amounts of the subject's last three bills. In this case, Dietl needs to know where the subject, a woman, does her banking because her husband suspects she might have a separate account with her lover's name on it. Ruby tells the woman to subtract $50 from her next bill and apologizes for the inconvenience.

"At this point she's so thrilled, I start to slip in personal questions. 'Hey, I see you're on Second and 42nd Street,' " he says. "I just moved in at Second and 44th. What's the neighborhood like? How are the banks? Do you use that one?' The woman doesn't realize what she's giving up, but Ruby does. That done, he simply calls a friend at that bank, and — whammo! — case closed.

"As long as you're logical, people will talk to you," he says. "I'm like a diamond cutter. Before I cut the rock, I gotta look at it and study it, because, usually, in situations like mine, I get only one chance."

And it's become so easy for Ruby, that he abuses the power a bit. A few years back when Cabbage Patch Dolls were the rage, Ruby's niece desperately wanted one. But all the local stores were fresh out. So, he phoned a Long Island distributor posing as a Coleco marketing manager, and . . . "Like I said, anything works, as long as it's logical." /13

*John Hanc is a free-lance writer who regularly contributes to this newspaper on fitness topics.*

*THE NEW YORK TIMES, SUNDAY, AUGUST 9, 1987*

# WHAT'S NEW IN THE PRIVATE EYE BUSINESS

### By Warren Berger

**P**RIVATE eyes don't just spy on cheating spouses anymore. More and more, they are investigating companies involved in mergers and acquisitions, pursuing corporate embezzlers, checking out insider trading scandals, uncovering illegal apartment sublets and proving insurance fraud.

It's a world Sam Spade, Lew Archer and Travis McGee would hardly recognize.

"The private eye today is more educated and sophisticated than his counterpart of a decade ago," said Nick Beltrante, head of the Council of International Investigators in Washington. "His client list is more diversified and his whole operation is more efficient and more professional." Samuel Webster, president of the World Association of Detectives, said: "Portrayals of detectives as guys who follow people around and look through windows are inaccurate."

Gumshoes of yesteryear would barely know the business these days. Gone, for the most part, is the battered old desk, with its half-empty whisky bottle tucked away in the bottom drawer. Today's 50,000 or so private eyes use computers, high-tech surveillance gadgets, polygraph machines — and, increasingly, lipstick. The number of women in the business has increased dramatically in the last 10 years.

Industrywide revenues, too, are up, about 20 percent a year during the last decade, according to the World Association of Detectives, a 700-member group based in Long Beach, L.I. Vincent Parco, former secretary of the Society of Professional Investigators, based in New York, and head of his own agency, estimated that the industry pulls in about $10 billion a year.

Marital investigation, once the industry's bread and butter, now accounts for only about 15 percent of cases, according to the World Association of Detectives. Insurance claim work represents the largest caseload at many agencies, but financial searches seem to be the fastest-growing segment.

Detective work has long drawn retired police and military officers, but now attracts more young people. Carolyn Moffett, administrator at New York's Superior Career Institute, said enrollment in its detective school has doubled in the last couple of years.

Rules vary state by state, but in New York, would-be private eyes must work for three years under a licensed detective to be eligible to get their own licenses. Once licensed, they can begin charging going rates that range from $75 to $100 an hour for most work.

But most detectives say it's not the money that lures them. "Every day is different," said Marla Paul, a 22-year-old detective with Vincent Parco & Associates in New York City. "It beats the office routine."

# Of Bugs and Bytes and Zoom Lenses

**I**F Bill Kizorek is tailing you, he won't be doing it from a few yards away with a newspaper hiding his face. Chances are he'll be a block away, watching you through a video camera in a surveillance van — and you'll never know he's there.

Mr. Kizorek, a Chicago investigator whose agency, InPhoto Inc., specializes in uncovering fraudulent disability claims, uses state-of-the-art video equipment, including video camcorders with 600-millimeter zoom lenses, to catch people bending and lifting when they're supposed to be in bed.

"I don't have to get anywhere near them, so I never get spotted," Mr. Kizorek said.

Mr. Kizorek is part of a new breed of detective that relies as much on high-tech equipment as old-fashioned legwork. "In the old days, detectives might spend days on a stakeout, sitting in a car and

*Warren Berger writes on business from New York.*



drinking lots of coffee," said Vincent Parco of New York's Vincent Parco & Associates. "Now they can set up a hidden camera with 10-day surveillance. It's not only easier, it ends up costing the client and the agency less money."

Mr. Parco has installed hidden video cameras in lobbies and hallways of apartment buildings to observe activities ranging from illegal subletting to drug dealing. "All you need is some space behind the



Drawings by Michael Klein

wall to set up a camera — and the landlord's cooperation," he said.

Video is not the only new high-tech toy at the local detective agency. Many investigators are now using computers to help them track information faster.

Data bases are available from public agencies such as state departments of motor vehicles and private companies such as Dun & Bradstreet. The detective pays a user fee each time one of these computer lists is referred to — Mr. Parco figures he pays Dun & Bradstreet about $4,000 a year in fees — but it saves legwork and time spent digging in public record files.

A number of agencies, including Parco's, have installed lie detector machines in their offices and employ a licensed polygrapher. But among high-tech detectives, bugging specialists such as Ray Melucci tend to have the most sophisticated equipment.

Mr. Melucci operates an investigative service out of his Brooklyn home, which has a basement stocked with thousands of dollars' worth of bugging and debugging gadgets. One of his favorites is an ETA-1 Analyzer, a $5,000 machine that locates phone taps. His French-made RF Meter machine checks for radio frequency signals coming from bugs that may have been planted in a room.

"It's possible to do physical searches using simpler devices, but it's slower and not as thorough," he said.

Mr. Melucci, who charges $500 and up for a debugging job, said his clients range from "people in the mob to Fortune 500 executives."

A retired detective with the New York Police Department, Mr. Melucci became a private investigator eight years ago. "I don't follow people anymore," he said. "I'm completely automated now." ∎

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471905

 

# MARK

- ■ Multi Page Doc
- □ Single Page Doc
- □ HANGING FOLDER
- □ File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471906



FOR ENTREPRENEURIAL    BUSINESS OWNERS & INVESTORS

# Venture

ARE CLUBS USEFUL?

FEBRUARY 1988 $3.00

# LBOS—DEAD OR ALIVE?

**FOR LEVERAGED BUYOUTS OF LESS THAN $200 MILLION, INCREASED UNCERTAINTY EQUALS NEW OPPORTUNITIES**

**BUSINESS ESPIONAGE: NONE OF YOUR SECRETS ARE SAFE**

0 71896 46120

02

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471907

## Almost as easy as buying beer

Nowadays it takes more than the right business plan, the right venture backing, and the right frequent-flier deal to stay ahead of the other guy. You need to know what that other guy is up to. The folks in competitor intelligence will happily tap into their data banks, and of course you can find out a lot from their marketing studies and analysis of your competitive position. But unfortunately for almost anyone who wants that extra edge, who wants to dip into the dark waters of clandestine intelligence, the equipment is now abundant and available. We hope you are not the kind to be seduced into a career of illegal espionage, but it sure helps to know what the other guys can use against you.

There are now devices to fill every need, fit every budget, and suit every image. According to one private investigator, a number of firms market their surveillance and countersurveillance products in brushed metal or Gucci leather cases, complete with matching dials. But if looks don't count, you can always obtain the same device elsewhere for far less. Remember, there are some state and federal laws that might inhibit employing these devices, but most laws are extremely loose.



**The Nightfinder TH-70 starts at $3,000**

Suppose, for instance, you suspect that some unscrupulous competitors are buying information from a spineless sales manager in night meet-

ings in the parking lot. CCS Communication Control Inc., the best-known merchandiser of spy gear, will sell you the Nightfinder TH-70 which starts at $3,000. This oversize pair of binoculars sits on your head and enables you to see in almost total darkness. If the Nightfinder doesn't sound ominous enough, you can get the Dark Invader Night Vision System from B.E. Meyers in Redmond, Wash. The basic hand-held unit sets you back $4,090 and connects with either video or 35mm film systems to catch the traitors in the act.



**Viking's long distance mike costs $159**

Of course, you'd like to hear what they're saying, too. For that you'll need the Professional Long Distance Microphone System from Viking International in Newhall, Calif., which will do the trick for only $159. A pistol-grip boom mike, a high-gain low-noise pocket amplifier, and a headset will bring that bribe-taker right into your living room.

Most business action, of course, takes place indoors, and if you want to find out what the competition is discussing at their Monday staff meetings, there's a whole world of listening devices to suit you. You can go the bargain basement route and, for $39.95, buy a baby room monitor from Radio Shack that adequately picks up and transmits conversations more than 100 ft. away. But the units are



**The ETA-1 will set you back $4,950**

rather large and perhaps you would prefer something in a smaller package. Viking will sell you an Electret Intelligence Microphone about the size of a .25-caliber bullet for $41. Connect that by wire to a 10-hour Voice Activated Cassette—cost, $119—and you'll have a leg up.

But perhaps it's a motel setting, and you'd like to get something on the compromising scene taking place in the next room. For that you'll need Viking's $139 Electronic Stethoscope which you place against the adjoining wall like an inverted water tumbler. In order to comply with laws which forbid the sale of eavesdropping devices, the Stethoscope is billed as a test for checking if rooms are susceptible to audio surveillance. But we know better.

Suppose, though, you can't be in the next room. Then you had better get the Infinity Transmitter. Legal in Germany, where it's called the Harmonika Kafer and sells for about 2,700 DM, the Infinity is illegal in the U.S., but can be obtained for about $1,000 if you know where to look. (Hint: Ask a private investigator.) Place one in the base unit of a telephone and dial that number from any phone in the world, and you can monitor that room through the phone.

Unfortunately, however, you'll have to conclude that the other guys are also in on the game. Therefore, you would

be wise to buy countersurveillance equipment, and again there's a raft of stuff to choose from. One mail-order gift house, COMB Inc. in Minneapolis, is offering Telephone Tap Detectors for $19, two for $29. These register a drop in voltage which indicates that there's another phone on the line. Too cheap? You can drop in at one of CCS's glitzy Counter Spy shops in New York, Washington, or Beverly Hills and walk out with a B-411 Tap Alert, which sells for about $1,000 and comes in "a luxurious walnut cigar box that could be used on any desktop." But according to Brooklyn, N.Y., surveillance expert Rainer A. Melucci, telephone security doesn't come cheap. "For a start," he says, "you'll need a machine like Viking's ETA-1 Universal Telephone Analyzer ($4,950). Anything less is not completing the job." Melucci will do a complete sweep and rid your premises of taps for $100 per phone and $150 a line, a price that promises the entrepreneur nearly complete peace of mind.

Now you've bought it all. You've got the latest surveillance and countersurveillance equipment. Don't think you can relax, though. Sherwood Communications Associates in Southampton, Penn., sells "counter-countermeasures equipment." And so it goes once you've enrolled in the spy biz.
—*Alec Dubro*



**A tap detector can be had for $19**

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471908

 

☐ Multi Page Doc

■ Single Page Doc

☐ HANGING FOLDER

☐ File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471909

# BOOKS

# 'Face of evil is not from central casting,' says Parkhurst



Photo by Steven Schafer

Author Bill Parkhurst, left, watches as Ray Melucci, a private investigator, shows off surveillance equipment.

## UNDER COVERS
### Christine L. Walton

But are the lives of private investigators really as harrowing, car-chasing and heart-racing as they are depicted on the silver screen?

TRENTON — It might be a black-and-white Berlin.

Skinny alley, empty along the rain-slicked light slivery, making room for a man clad in an all-too-familiar Trench fedora and fedora-shadowed face. As his hat falls low to partially obscure his face and five o'clock shadow, he loses a spread, a corner lamppost lights a Savannah and moves his eyes into the misty shadow where he knowingly quarry waiting.

Even though the scene remains unfocused, one of a number of endings probably come to mind. We've all seen enough of Philip Marlowe, like Hammer and Sam Spade to know that the deep-voiced sleuth with the clever witticism will triumph over the bad guy, usually also conquering the darker who has found herself in dire straits.

But are the lives of private investigators really as harrowing, car-chasing and heart-racing as they are depicted on the silver screen?

Not always, but it's certainly not a 9-to-5 desk job, says William Parkhurst, author of "True Detectives: The Real World of Today's Private Investigator," (New York: Crown, 326 pp., $18.95).

"There's no scary music, and the face of evil is not necessarily from central casting," he said.

Parkhurst, accompanied by private detective Ray Melucci and several copies of his book, recently visited Trenton on a nation-wide promotional tour.

THE FIRST THING the author wanted to explain was the great differences between television and reallife detectives. Parkhurst said the (sci-fi) is sometimes misrepresented.

"For instance, the detectives aren't constantly drawing their weapons. These stories, doing their weapons. These stories don't always have a beginning, a middle and an end," he said.

Melucci agreed. "Most people think it's glamorous. But you could sit and watch a doorway for seven or eight hours, and if you think, he the subject could be gone."

Regularly employed by Vincent Parco & Associates, Melucci also serves as vice president of the Society of Professional Investigators.

The mustached and balding detective's specialty is bugging — with an emphasis on the "de-bugging," however.

"A client will come to me and say that 'you know how to use bug, you have to know how to bug."

Melucci, who once found a bug the size of a grain of rice in a client's telephone, says that many of the excess are the products of fertile imaginations.

"An awful lot of it has to do with obsessive.' Melucci said.

He told the story of one client who, after visiting the dentist, was sure of Roland to "sweep his head" for bugs that the dentist might have placed there.

PARKHURST SAID he noticed that people employ private detectives more often because they are curious rather than because they are instigating a legal battle.

As the men spoke, they began recounting stories from the annals of devices they brought along.

Among other gadgets, Melucci displayed an "infinity bug."

"This bug can be placed under a rug in a room anywhere in the world and I activated by you telephone calling the room, then blowing a whistle into the phone when the listener picks it up," Melucci said.

Parkhurst said the bug, about 2 inches long, costs anywhere from $1,000 to $1,500.

"But you can listen to it from anywhere in the world. You can set it up in Japan and listen here," Melucci said.

Melucci said that a private detective can make between $100,000 and $150,000 a year while the average salary is about $40,000 to $60,000.

While many, if not most, private detectives are on the up-and-up, Melucci and Parkhurst both agreed that clients can be swindled by fly-by-night investigators.

They offered suggestions on how to select a trustworthy detective.

"Check what associations the person belongs to," said Melucci. "For just someone to leave 'qualify their membership should be the better."

PARKHURST ADDS that a conference between you and the detective is essential.

"Unlike Sam Spade, who constantly risked arrest during his search for the Maltese Falcon, private detectives in New York and New Jersey must have licenses and cannot be convicted of any crime," Melucci said.

"For example, the average cost for a harassment case, one in which the client would like to have a detective let someone to leave) quantify her alone costs about $50 per hour.

Melucci also stressed that although many private detectives do not charge for the initial consultation, it is a point that should be clarified.

Parkhurst said one of the advantages to employing a private detective is the protection that the client will have full protection.

"The police are so overworked they would have a hard time getting themselves of you're being threatened," Melucci said.

Despite his constant exposure to the unsavory, the average gumshoe is honest, reliable and much respected," he said.

"So even though an investigator may never pull his piece or find himself enmeshed in international intrigue, the detective is a vital part of the crime world.

"Although they work in deception, the detectives also deals in the truth," Parkhurst said.

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471910

 

# MARK

☐ Multi Page Doc

■ Single Page Doc

☐ HANGING FOLDER

☐ File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471911

Marlboro Enterprises/Hudson Daily Sun

Leo McConnell

## Fri-Sat-Sun

14  Thursday, April 6, 1989

Book review

# Exposing the life of the private eye

True Detectives by William Parkhurst ($18.95 Crown): What is your view of private detectives? Do you picture a Humphrey Bogart type of tough guy, taking his lumps and giving some, becoming sexually, if not romantically involved, with his female client and triumphing at the end of each case? Or is it Thomas Magnum, carefree beach-bum, who solves the crime after a series of incredible bunglings, the image you see? Maybe you think of detectives in terms of quiet types like Christie's Miss Marple, or guys who shoot first and ask questions later, like Robert Parker's Spenser?

Well, according to Parkhurst's book, which took him two years to write and included "on-the-job" eyewitness experience and incalculation of all of the above. The book reports actual cases of some of the busiest and best detective agencies. Parkhurst recounts scores of people who hire him. Among the king of the debuggers.

WILLIAM PARK-HURST

Ray Malucci, bounty hunter Peter Castillo, and many more men and women members of the growing private eye industry. The high tech methods of investigation are explored, as are the worlds of the con artists, the adulterers, missing persons, blue and white collar crime, and all the other aspects of the ultimate and sleazy underworld. Many of the cases are filled with the drama and suspense of fictional detective stories. Sometimes the reader will have to remind himself or herself that these stories actually happened. While the reader may want to really know what life is like "out there" in the mystery novel, fighting a deadly peril may not be as ever present for the real life "eye" as it is on TV or in drama. Still, some cases will put their reputations, careers, and lives on the line. For armchair detectives who want to really know what life is like, I can't think of a better place to start than William Parkhurst's True Detectives.

Loyalties by Carl Bernstein ($18.95 Simon and Schuster). In the late sixties, Carl Bernstein, who, together with Bob Woodward, became an internationally known investigative reporter because of his role in revealing the unknown at the hired aspects of the Watergate scandal, decided to write a book that was so personal, he didn't know whether or not he would finish it. In the Watergate scandal, it was



Bernstein and Woodward's work which pointed out the trail that led to the White House. Later, the team produced two books about the Watergate era and its aftermath, as are the President's Men and are still in print. All the President's Men and are still in print. Both books were spectacular successes and the appearance before the House Committee on Un-American Activities.

more than five hundred people brought before "loyalty boards" in the late forties and early fifties, and his father's appearance before the Eastland Committee. He also had to address his mother's protest in front of the Rosenberg executions and her appearance before the House Committee on Un-American Activities.

Because he knew, as a reporter, that he would have to tell everything he discovered, he faltered, and for a time could not finish the book. His mother and father still alive, asked him not to reopen that phase of their lives, and Carl himself, was afraid that in the more than 2,500 pages of material collected on the parents over a thirty year period, he might uncover some evidence that his parents, who had advocated revolution. He did not find such evidence and, more than ten years after he started, he had produced Loyalties, a book that will cause his parents pain, that may cause Bernstein himself pain in his honest endeavor to tell everything that should be read by anyone who wants to understand the period of McCarthyism and the Communist witch hunts that took place in the late forties and early fifties.

I have to admit that, although I was fascinated by the book — and I believe the author did a remarkable job — his parents, concerned with labor unions, civil rights, and desegregation, wanted the Communist Party, entirely and not as a stalist — I cannot understand why anyone in America, where it is possible to say whatever you want,

before he has a chance to freeze to death. His sister, Josie, who has a great wealth and a husband, arrives on the scene to help him out. With Josie's monetary assistance, Lovejoy flies to Hong Kong. When he arrives, he is so exhausted by the lengthy flight, he falls asleep. Upon awakening, Lovejoy discovers he has been robbed. Not only has he lost his passport, his driver's license, and all identification, he is also on the verge of starving to death, or dying up in Hong Kong's heat, and he doesn't know anyone. Readers of Lovejoy's other mini-adventures know that he is a survivor. It will be no surprise to fans that in no time at all, he manages to find a job, the calls to a "hired man" position; most people would refer to him as a "gigolo." In addition, he meets a little called Sim Sin, who runs a front called the infamous Triad organization, and Jade Wonan.

For years, Jonathan Gash has been producing books about Lovejoy, a lover of antiques who is at home producing phony ones and whose aptitude is spotting the real thing in paintings, precious stones and furniture, is matched by his ability to get into tight spots and emerge safely, not always successfully. Jade Woman, with its exotic Hong Kong locale, is the most exciting Lovejoy caper to date. The suspense builds to a climax in which the suave hero has finally painted himself into a corner from which his only exit can be a sticky one. I won't reveal how the hero has to find out — or how — he gets away.

Pick of the paperback rack

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471912

 

■ Multi Page Doc

⬚ Single Page Doc

⬚ HANGING FOLDER

⬚ File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471913

C 58 44 E



# 9m.

Peter Moosleitners interessantes

# Magazin

5/1989  21. April 1989

DM 5,80



**Elektronischer Copilot**
Jetzt führt der Computer Autofahrer auf dem schnellsten Weg zum Ziel

**Sprache der Tiere**
Völlig neue Forschungsmethoden enthüllen, was Tiere einander mitteilen

**Kernfusion**
Gigantischer Reaktor soll als »Sonne auf der Erde« Energie im Überfluß liefern

**Abhörtechnik**
Raffinierte »Wanzen« aus Deutschland beunruhigen amerikanische Geheimnisträger

**Rätsel der Runen**

**Macht der Clans**

**Lärmbekämpfung durch Lärm**

Viren und Bakterien mit veränderten Erb-informationen sollen zur »Atombombe des kleinen Mannes« werden. Wichtigster »Fortschritt«: Nur noch die Feinde werden von tödlichen Krankheiten befallen.

# BIO-WAFFEN

# GENTECHNIK MACHT SUPERKILLER MÖGLICH

Printed in Germany · sfr 6.00 · FF 23 · ÖS 50 · Lit 6200 · Ptas 475 · bmk 20

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471914



Privatdetektiv Ray Melucci zu P.M.-Mitarbeiter Tilman Rascher:

# Wenn Sie Ihr Büro für abhörsicher halten – dann habe ich Neuigkeiten für Sie!

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471915

**R**ainer («Ray») Melucci schwört auf deut-
sche Wertarbeit, wenn's um Autos und
Pistolen geht. Vor dem unscheinbaren
Einfamilienhaus im New Yorker Stadtteil
Brooklyn steht ein nagelneuer Mercedes
300 E, im ledernen Schulterhalter unter sei-
nem Jackett steckt eine verchromte Walther
PPK-S. Das Schießeisen made in Germany
braucht er eigentlich nicht, doch nach 14
Jahren bei der Kripo fühlt er sich «ohne die
kleine Beule im Jackett einfach nicht richtig
angezogen».

Den nervenaufreibenden Dienst beim
Raubdezernat in Manhattan hat Melucci
schon vor 10 Jahren quittiert, seither ist er
Privatdetektiv. Der 51jährige jagt jedoch
keine schwerbewaffneten Drogendealer. Er
ist hinter angezapften Telefonen und ver-
steckten Abhörwanzen her. Meluccis Spezi-
algebiet: die elektronische Schnüffelei
und deren Abwehr. Statt großkalibriger Re-
volver benutzt er hochempfindliche Meßge-
räte; gute Augen helfen ihm beim Aufspü-
ren von winzigen Mikrofonen mehr als stahl-
harte Fäuste. Seine Kunden greifen tief in
die Tasche, damit Gespräche unter vier Au-
gen auch nur von vier Ohren gehört werden.
Ein Anliegen, das millionenschwere Wall-
street-Banker, verkrachte Ehepartner und
mißtrauische Mafiosi teilen.

Ray Melucci kennt die meisten Tricks in
diesem zwielichtigen Geschäft. Schließlich
hat er selbst Wanzen plaziert, wie er freimü-
tig eingesteht – «vor vielen Jahren». In sei-
ner Detektei hortet er dennoch ein Arsenal
von Abhörgeräten, mit dem sich die ge-
samte P.M.-Redaktion, vom Chefredakteur
bis zur Telefonzentrale, lückenlos überwa-
chen ließe. «Natürlich nur zu Studienzwek-
ken», sagt Melucci grinsend und legt einen
«Infinity Transmitter» auf den Schreibtisch.

Das unscheinbare Plastikkästchen ist et-
was länger als eine Streichholzschachtel, an
einem Ende kommen zwei Drähte aus dem
verkapselten Inneren. Der «Unendlichkeits-
sender» hält, was der Name verspricht: Mit
diesem Minispion kann man einen Raum
von jedem Ort der Welt aus abhören!

Die beiden Kabel schließt der Lauscher ir-
gendwo im Zimmer mit Klemmen an die Te-
lefonleitung an, um den Sender mit Strom zu
versorgen. Die Wanze wird daneben (z.B.
hinter der Fußleiste) versteckt. Wieder da-
heim, wählt der Lauscher das angezapfte
Telefon an, hält bei der letzten Ziffer einen
Signalgeber an die Sprechmuschel – und
schon ist die Wanze aktiviert, ohne daß es
geläutet hat.

Der Spion kann nun über die Fernsprech-
leitung den ganzen Raum abhören, während
das Telefon des Opfers nach wie vor ganz
normal funktioniert. Der Schwarzmarktpreis
des Infinity liegt bei 1000 Dollar. Für profes-
sionelle Installation kassiert Melucci noch
einmal 500 Dollar.

«Es gibt Leute, die ihr Wochenendhaus
damit überwachen, und das ist schließlich
nicht illegal», beteuert der Detektiv. Eine
vermögende Ehefrau, die die vielen Über-
stunden des Gemahls verdächtig vorkamen,

126 *P.M.*

> Der Verkauf von Minispionen und Abhörgeräten
> an Privatpersonen ist in der Bundesrepublik
> verboten. Nicht verboten ist der Export modern-
> ster deutscher Spionagetechnik ins Ausland.
> P.M.-Mitarbeiter Tilman Rascher hat einen New
> Yorker Privatdetektiv begleitet, der auf »Technik
> made in Germany« schwört. Hier sein Bericht.



CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471916

# EXHIBIT 25



DEFENDANT'S
EXHIBIT

1085

PENGAD 800-631-6989

122790

# EXHIBIT 26



| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 311169 | 111733 | | 11-17-96 | 2500.00 | .00 | 2500.00 |

CUC INTERNATIONAL, INC.

CUC INTERNATIONAL INC.
40 OAKVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

DETAILS

PLEASE DETACH BEFORE DEPOSITING

EED0011

00159243

159243

PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
1083

# EXHIBIT 27

CEN 0025189

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (MRW)

DATE/TIME 12/31/98 15.50

GENERAL LEDGER INTERFACE REPORT BY DEPARTMENT
FOR PERIOD 1-37 ENDING 12/31/98

PAGE 211

| CHECK NUMBER | DATE PAID | DISTRIB INV NMBR | P.O. NUMBER | DIST VEN NMBR | VENDOR NAME | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|

DEFENDANT'S
EXHIBIT
1084

PENGAD 800-631-6989

# EXHIBIT 28

# *UNITED STATES DEPARTMENT OF JUSTICE*

*Federal Building*
*450 Main Street, Room 617*
*Hartford, CT 06103*



*Telephone (860)240-2675*
*(Fax): (860)240-3021(Connecticut)*

*DATE:* 8/3/04                    *PAGES TO FOLLOW:* 1

*DELIVER TO:* Barry Simon, Esq.        *FAX:* 860-293-1651

*[X] URGENT DELIVERY        [X] NORMAL DELIVERY*

*SUBJECT/COMMENTS:* _____

_____ Barry my cell # is 973-454-4147 _____

_____ The

_____ R

## PROPOSED STIPULATION

The United States of America, Walter A. Forbes, and E. Kirk Shelton hereby stipulate to the following:

1.      Prior to Mr. and Mrs. Corigliano's April 16, 2004 settlement agreement with the Securities and Exchange Commission ("SEC"), the SEC was advised that counsel for Mr. Corigliano, Kramer Levin Naftalis & Frankel LLP, and counsel for Mrs. Corigliano, Fried Frank Harris Shriver & Jacobson LLP, had received legal fee retainers.

2.      The unused balance of the legal fee retainer paid to Kramer Levin Naftalis & Frankel LLP as of April 30, 2004 was $1,633,258.27. The unused balance of the legal fee retainer paid to Fried Frank Harris Shriver & Jacobson LLP as of April 30, 2004 was $417,358.65. Pursuant to an oral agreement between the SEC and counsel for Mr. and Mrs. Corigliano, the Corigliano's are allowed to use those funds for legal services, and at the completion of Mr. and Mrs. Corigliano's need for legal representation, the balance, if any, remaining in the retainer accounts will be provided to the Receiver appointed under Mr. Corigliano's settlement agreement with the SEC.