# EXHIBIT 24

# E.E.D. CO., INC.
## 313 Avenue J
## Brooklyn, N.Y. 11230
## (718) 338-2640
## FAX (718) 258-2973

**SERVICE INVOICE**

BILL TO _CuC Sitnational_   JOB LOCATION _Same_

_707 Summer Street_

_Stamford CT 06901_

_Attn: Cosmo Corigliano_

TERMS: A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%)
WILL BE CHARGED ON BALANCES OVER 30 DAYS.

DATE _11/12/97_   SOLD BY

☐ CASH   ☐ C.O.D.   ☐ CHARGES   ☐ MDSE. RETD.

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | TSCM (15) Areas & Premises | | |
| | Tele Survey & Consultation | | |
| | 3rd Floor (8) Offices + | | |
| | Work Stations | 2,500 00 | |
| | | | |
| | Negative Results: Normal | | |
| | Tolerances. Report to follow: | | |
| | Suggest Closing Metallic blinds | | |
| | in offices, facing outside | | |
| | when engaged in Conversations | | |
| | & stored material not used; | | |

| DESCRIPTION OF WORK | | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | P | | | | | | | | |
| | H | | | | | | | | |

| | |
|---|---|
| MATERIAL | |
| SALES TAX | |
| TOTAL | 2,500 00 |
| POWER UNIT | |
| LABOR | |
| TOTAL AMOUNT | 2,500 00 |

_Rainco A McLucci CEE, BEEE_

SIGNED _James O'Shan_

Electronic Eavesdropping Detection
Surveillance & Antisurveillance Equip. Sales • Service

**GOVERNMENT EXHIBIT**
_EX. 430_
CHARGES 800-733-8395

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WEW)

CEN 0709075

osmo Corigliano
S...nor Vice President and
hief Financial Officer

**CUC INTERNATIONAL**

(H)323-7068

707 Summer Street
P.O. Box 10049
Stamford, CT 06904-2049
203-326-8821  324-9261
Fax 203-977-8501

FAX: (718) 258-2973

## NC.

313 Avenue J
Brooklyn, NY 11230

Date *Nov 17, 1996*

I *Cosmo Corigliano* do hereby authorize E.E.D. Co, Inc. to perform *TSCM Technical Surveillance Counter Measures*

At *707 Summer Street Stamford Ct. 06901*

I have had the nature of this procedure explained to me and consent to the entire process.  I hereby release and forever hold harmless

E.E.D Co. Inc. their agents and employees from any and all liability resulting from said procedure.  It is expressly understood, and agreed that no promises or guarantees as to the results of said procedure are implied.

Client agrees to incur court costs if collection is necessary.

It is also agreed that the charges for said procedure are as follows:

Retainer $_____  Final Balance $*2500*

Full Amount to be paid upon completion.

/s/ _____ CLIENT

*Surveillance & Anti-Surveillance Equipment • Sales & Service*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WHW)

CEN 0709076

*file Security*



I am an Electronic Counter Surveillance expert. My range of expertise enables me to perform any job no matter what size or complexity; my equipment is extensive, and state of the art. I have been involved in this type of work for over (20) years. Some of my credentials include membership in C.S.A. (Communication Security Association), S.P.I. (Society of Professional Investigators), of which I am an Officer, Fraternal Order of Police, N.Y.C. Transit Police Retirees Association - Detective Division, and (P.D.A.) Private Detectives Association of New Jersey. I graduated Magna Cum Laude, from The New York Institute of Technology.

I have appeared in Feature Articles in Newsday, The N.Y. Times, Venturo Magazine, and a full feature in Discover Magazine.

I have lectured at the Assoc. Licensed Detectives of NYS., The Private Detectives Assoc. of N.J., The Society of Professional Investigators, and various luncheons, for Magazine Promotions, ie: Discover.

Please feel free to call with any questions regarding this field, I will be glad to answer them, as well as quote prices if possible. I will work for below market prices to insure a profit for all involved.

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471879





# MARK

[ ] Multi Page Doc

[X] Single Page Doc

[ ] HANGING FOLDER

[ ] File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471880

 

**MARK**

[ ] Multi Page Doc

[X] Single Page Doc

[ ] HANGING FOLDER

[ ] File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471880

# R A I N E R  A.  M E L U C C I
313 Avenue J
Brooklyn, New York 11230
[718] 338-2640

## E M P L O Y M E N T

| | |
|---|---|
| 1983 - Present: | E.E.D. Company, Inc.<br>President |
| 1881 - 1983 | Consolidated Security Services<br>President |
| 1979 - 1980 | Feature Ring Company<br>Director of Security |
| 1965 - 1979 | NYC Transit Police Department<br>Detective |

## E D U C A T I O N

B.S. Criminal Justice - 1977
New York Institute of Technology

## P R O F E S S I O N A L  D E S I G N A T I O N S

Licensed Private Investigator - N.Y, N.J.
Certified Fraud Examiner [CFE]

## A F F I L A T I O N S

Past President:...........Society of Professional Investigators
President:...........Associated Licensed Detectives of NYS
Board Member:.............NY Chapter, Certified Fraud Examiners

## P U B L I C A T I O N S / M E D I A

Appeared on the "Alan B. Colmbs Show, WNBC Radio, WWOR Channel 9, WCBS Channel 2, RAI Channel 31, Wall Street Journal Report. Print Media: Peter Mondheiser Magazine - Germany, Discover Magazine, Venture Magazine, Mirabella Magazine,

Featured in "How to Get Anything on Anybody": Book II, and in True Detectives written by William Parkhurst: 1989.

Mr. Melucci is Listed As One of the 15 Best Counter-Measures Experts in the World.

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471881

 

[ ] Multi Page Doc

[X] Single Page Doc

[ ] HANGING FOLDER

[ ] File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471882

LICENSED AND BONDED
NEW YORK AND NEW JERSEY

SECURITY CONSULTANT
ANTI-SURVEILANCE COUNTER MEASURES



*Rainer A. Melucci*
PRIVATE INVESTIGATOR
313 AVENUE "J"
BROOKLYN, NEW YORK 11230
—
(718) 338-2640

 

# Rainer A. Melucci

**Rainer Melucci,** is the President of E.E.D. Company, Inc., and a partner with the Spectrum Security Group, Inc. Mr. Melucci is licensed in New York and New Jersey as a Private Investigator and specializes in 'Counter Surveillance' consulting. He has over thirty years of law enforcement and private security experience in the public and private sectors.

**Mr. Melucci,** is a former Detective {retired} with the New York City Transit Police Department specializing in the design and application of audio and visual counter surveillance techniques and technologies. He earned a baccalaureate degree in Criminal Justice and holds a professional designation from the Association of Certified Fraud Examiners as a *"Certified Fraud Examiner"* {CFE}. Mr. Melucci, often lectures to law enforcement, professional organizations and private corporations on counter surveillance applications.

**Mr. Melucci,** is the President of the "Associated Licensed Detectives of New York State", Vice President of the "New York Chapter of Certified Fraud Examiners" and past President of the "Society of Professional Investigators"

**Mr. Melucci,** has been a special guest on the "Alan B. Colmbs, P.M. Magazine and Wall Street Journal Report T.V. shows, and has been featured in "Discover", "Venture, "Mirabella", and "Peter Mondheiser" Magazines - (Germany)". **He has also Been featured in "Newsday", "NY. Times", and The "NY. Daily News".**

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471883

 

■ Multi Page Doc

☐ Single Page Doc

☐ HANGING FOLDER

☐ File Folder

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471884

**TRACING OUR ROOTS TO COMET DUST**

# DISCOVER

THE WORLD OF SCIENCE

MARCH 1988
U.S. $2.50
OTHER $3.00

# WHO'S WATCHING YOU?
## SPY-TECH FEVER SWEEPS AMERICA

## LASERS: BRIGHT LIGHTS, BIG MONEY

## MYSTERY MISCARRIAGES

### HOW TO SWAT A FLY

### DIAL-A-MOOSE



CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471885

# SPY TECH

## Are your shoes listening to you? Is your lamp watching? Could be. Eavesdropping technology is now in the hands of the jealous spouse, the nosy neighbor, and the prying executive.

### BY DOUG STEWART

It's a quiet Thursday evening in Brooklyn. Ray Melucci, private eye, is home alone with his wife. He ruffles through the day's paper. He paces around the house, opening and shutting doors, clearly uneasy about something. "He probably didn't get through yet," Melucci mutters to his wife. She says nothing. In the background, a singer on the radio is making a racket to electric organ accompaniment. It sounds awful.

I know it sounds awful because I'm eavesdropping from 200 miles away, thanks to a device attached to the telephone wire in Melucci's living room. The gadget is called an infinity bug (since you can trigger it from any distance as long as you have a phone). I turned it on by dialing Melucci's number and quickly playing a sort of tape-recorded electronic birdcall into my phone's mouthpiece. In response the bug obediently switched off the ring mechanism in Melucci's phone and switched on the bug's microphone. Melucci's telephone is still resting innocently on its hook, but the phone line is now live. (My snooping would be illegal, except that Melucci planted the bug himself to show me how it works. He's uneasy because he can't be sure if I'm listening or not.)

The infinity bug, which sells on the black market for about $1,000, is only one small part of an arsenal of insidious items that people secretly use to watch and listen to one another every day. Once upon a time, hidden microphones and concealed tape recorders were strictly for cops and spies. Today such gadgets—and a host of elaborate and expensive measures to counter them—have filtered down to the jealous spouse, the nosy neighbor, the high-level executive, the local politician.

It's hard to measure how much spying actually goes on, since the snoopers generally stay mum and the targets generally don't know, but there is evidence that it's widespread. A few years ago, when federal investigators posing as executives asked 115 detective agencies in seven cities to tap the phones of supposed business competitors, over a third said sure (for fees ranging from $30 to $5,000). Many of the agencies that did decline the job suggested do-it-yourself phone taps and explained how to install them.

The government is an even worse snoop than the private sector. Although the feds leave it to commercial industry to develop and manufacture most spy-tech hardware, government purchasers are often first in line to grab whatever the for-profit designers come up with. A recent congressional study revealed that one in four federal agencies surveyed are now using some kind of electronic surveillance.

Clandestine listening devices have also turned up on the campaign trail and in the judicial arena. Sparks flew during the 1986 gubernatorial race in Texas when a member of the Republican challenger's staff found a matchbook-size bug in his office hidden behind a needlepoint elephant wall hanging. Even more notorious was last November's mysterious bugging of the office of Harvard University law professor Laurence Tribe. At about the same time Tribe was angering pro-administration Washingtonians by actively battling the nomination of Judge Robert Bork to the Supreme Court, the professor's secretaries noticed that the office telephones had begun acting strangely. On more than one occasion, noises that sounded suspiciously like a third party picking up an extension phone would intrude on routine calls.

The university's telecommunications technician and an outside security expert found nothing in Tribe's phones; however, examining the building's telephone



CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN0147·886

junction box, they discovered a crude five-foot jumper wire attached to Tribe's line. Now, months later, the university still has no proof that the tap was associated with Tribe's anti-Bork activities, but the investigation is continuing. Said the outside security expert: "We found blood on the floor, but no body."

Eavesdropping, however, isn't the only danger that pols, execs, and common folks face. Thanks to fears of terrorism, kidnapping, and good old-fashioned street crime, there has been a surge of interest in "executive defense." A raft of mail-order firms now sell a dizzying range of products designed for both the prudent and the paranoid: protective umbrellas that operate like electric cattle prods; remote-controlled car-ignition systems; telephones that can change a man's voice into a woman's; briefcases booby-trapped with high-voltage electric jolts.

Despite this wealth of multipurpose goodies, the technological heart of the business remains surveillance and countersurveillance. To see what's available, I decided to attend a recent security-technology show in New York.

**A**mong the electrified chain link fences and the promotional videos offering "sensors in every doorway if needed," a salesman from a Tennessee company called Research Electronics shows me a $895 device that resembles a plastic hockey puck with a suction cup on one side. The product's sole purpose is to protect your privacy by making an inaudible high-pitched sound that causes your windows to shake. "Using lasers, some surveillance people can actually pick up the vibrations of a person's voice off a windowpane," the salesman explains. Such a system is a variation on the old tin-can telephone: the laser beam is the string, the window is the bottom of the tin can. By timing the return beam, the eavesdropper can measure slight vibrations of the window and try to reconstruct the conversation that's causing them—provided the window isn't also being rattled by traffic, slamming doors, elevators, or vibrating hockey pucks. The salesman guesses that roughly 2 percent of all eavesdropping is now done by laser, although he concedes he's never run across any hard evidence of its use.

Nearby, as burglar alarms at other booths whoop and shriek, a salesman from a New Jersey outfit with the lofty title of Law Enforcement Associates hawks voice scramblers, do-it-yourself fingerprint kits, and vials of letter-bomb visualizer (a liquid that makes paper transparent, as salad oil does, but then dries without a trace). I watch as the salesman demonstrates a laser rifle-sight to a man whose name tag identifies him as an administrative attaché to the Saudi embassy in Washington. "This'll put a dot on a person's chest from four blocks away," the salesman says, planting the laser



CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471887



At one antibugging company, a technician shows how a room is checked for hidden listening devices. Since most rooms are awash in radio waves, a single sweep can take several hours.

on the temple of an oblivious conventioneer 50 feet across the room. The "administrator" seems impressed.

Nowhere do I spot booths offering the electronic eavesdropping equipment I came to see. The reason, I would later discover, is simple: use of such gadgetry by anyone other than a law-enforcement agent is a federal crime, which dampens over-the-counter business. The best way to see what's out there is to talk to someone whose job is not to plant the stuff, but to dig it up. After the show I pay a visit to Ray Melucci, the Brooklyn detective. An



antibugging expert, Melucci has amassed an impressive cache of sneaky surveillance tools. "For research purposes, of course," he says. "I always say, if you don't know how to put them in, you can't know how to take them out."

The balding, 49-year-old New York native wears a Walther PPKS in a shoulder holster—"James Bond's gun," he points out—and credits his knowledge of bugging basics to a retired burglar he calls Mike the Nose. Melucci runs his business on a single simple credo: Don't ask too many questions of your clients. Many of his customers include people who have just been indicted for various transgressions and have come to him to find out if someone's been listening in on them.

Melucci rummages in his jumbled electronics-filled briefcase and extracts a wireless microphone the size of a pack of Camels. "This will pick up a whisper from fifty feet," he says. Powered by

two 9-volt AA batteries, the device can transmit radio signals to an FM receiver over a block away—far enough to reach a hidden listening post or a voice-activated tape recorder. Melucci says this is a popular piece of equipment for police surveillance work. "It's not very sophisticated, but it doesn't have to be," he says. "Most of the people police put under surveillance aren't brain surgeons."

I ask Melucci to describe the smallest wireless transmitter he ever saw. "This one," he says, producing from his briefcase a thin plastic box smaller than a postage stamp. For power the system uses a 1.3-volt hearing-aid battery. The device is so small it could be swallowed whole. Melucci says it can transmit half a block for up to 24 hours before the battery dies. "Most sophisticated buggers wouldn't use something like this, though, because they'd have to go back and change the batteries

every day, which is ludicrous," he says. A much better idea is to hard-wire a microphone, either by connecting it to the telephone line, as with the infinity bug, or, less commonly, by tying it into a room's electrical wiring, often behind an outlet or light switch.

"The best way is to use the telephone line," Melucci says. "You use wires that are the right color, and you can put the bug in a plastic casing that says NEW YORK TEL or maybe HIGH VOLTAGE. That keeps people away." Melucci explains that the infinity bug was originally invented as a home security device. People away on vacation could phone home to listen for burglars or teen parties. A client once hired Melucci to install an infinity bug in her Long Island beach house. Later, when he asked if it was working okay, she reported that the sound of the ocean was drowning out the voices in the house. "I said, 'What voices? I thought the house was empty,'" Melucci recalls. "That's when she told me she was using it to listen to her husband and his girlfriend."

In the old days the law was not very picky about such matters. In the 1960s, when transistorized wireless microphones first became bite-size, concealed bugs were all the rage. A Manhattan outfit called Continental Telephone Supply Company did a brisk trade selling "investigative accessories" to whoever walked in off the street. Cuff links wired for sound were popular, as were $150 table lamps with hidden transmitters—you gift wrapped the lamp for your quarry and kept the radio receiver for yourself. According to a 1966 *Esquire* article, Continental's salesmen offered first-time

PHOTOGRAPHS BY J. ROSS BAUGHMAN/VISIONS

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471888

## A leading surveillance expert owes his skills to a burglar he calls Mike the Nose.

customers discreet suggestions on choice spots to plant a hidden bug. In some situations, they advised, the back of a desk drawer was ideal. In others, the inside of a mattress was more appropriate.

The federal government outlawed civilian use of "attack devices," or concealed transmitters, in 1968. Since then, most security specialists have followed Melucci's lead, going into businesses designed not to invade privacy but to protect it.

Information Security Associates of Stamford, Connecticut, is one such company. The firm occupies a nondescript industrial building whose waiting room has neither a receptionist nor piped-in music, just a locked door without a knob. The company 'designs and sells devices used to carry out electronic "sweeps" of office buildings. Dick Heffernan, the company's vice president and cofounder, often does the sweeps himself. A genial, bushy-browed, cherub-faced man, Heffernan has been in the countersnoop industry for 20 years. He assures me that business is booming. He numbers among his past and present clients 30 percent of the *Fortune* 500, including

seven or eight of the top ten. In a windowless classroom down the hall from Heffernan's office, a staffer is leading a training session for a dozen middle-aged students; most of them are corporate-security types here for the week. At the front of the room is a large display board festooned with sample radio transmitters. A bumper sticker affixed to the top of the board reads, HAVE YOU HUGGED YOUR BUG TODAY?

The first step in most sweeps is to check for telltale radio signals that a wireless microphone hidden in a room transmits to a listening post or tape recorder outside. In spy movies the debugging expert strolls around the room waving a radio receiver with a long antenna, all the while watching a meter on the front of the receiver, waiting for the needle to leap into the danger zone. "The magic-wand-type things are a joke," says Heffernan. "Yesterday in class we demonstrated a

number of these low-cost pieces, and none of them picked up a simple Radio Shack transmitter." Most



rooms, he says, are awash in TV and radio signals, which hide the weak emissions of a carefully tuned bug. The firm's own radio-frequency detector is a heavy desktop console with earphones. It painstakingly sifts through the complete radio spectrum up to 6 gigahertz, well into the microwave band. Sweeping a single room can take hours.



Ray Melucci makes his living beating buggers at their own game. At top right he examines the innards of a telephone, looking for eavesdropping devices. Melucci relies on more than his eyes for much of his work. At right he shows off a few of the high-tech devices he uses to sniff out hidden bugs.

61

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471889



Laser monitoring of sound vibrations on window

Direct sound surveillance

Tape recorder connected to bug by metallic-paint wiring

Fiber-optic video surveillance

Transmitting bug in adhesive material stuck on window

Microwave monitoring of computer characters

Bug implanted in telephone handset

Bug implanted in telephone printed circuit

Transmitter wired into telephone line

The ordinary office is an information sieve for a good spy. Above are just some of the ways surveillance can take place.

Next comes the phone-tap check. Information Security Associates builds and sells electronic telephone analyzers for detecting suspicious phone-line signals caused by taps. It also man-



ufactures an unwieldy machine called a nonlinear junction detector that searches for any microelectronics that the other two systems might miss. The device, which resembles a vacuum cleaner, emits a steady microwave signal as an operator sweeps the paddlelike business end over the floor, a wall, or a piece of furniture. If a tape recorder or transmitter is hidden nearby, its electronic components automatically transmit a signal exactly double the frequency of the original signal. The system works whether the snooping devices are turned on or off. It was this kind of detector that

the Soviets reportedly tried to counteract by sprinkling thousands of cheap diodes throughout the walls of the new United States embassy in Moscow.

**H**ere in the States, Heffernan's searches have turned up a rich bounty of bugs over the years. Despite his company's high-tech sweep devices, Heffernan makes it clear that in the bug-detecting business there are times when nothing beats the gumshoe's stock-in-trade: the visual search. "I once found a microphone in a conference-room wall that had been hollowed out behind the

wallpaper," says Heffernan. He found it by snooping around in the crawl space above the ceiling, where he noticed a wire that didn't belong. "You go in with a business suit and come out pretty dirty," he says. During a visual sweep of a hotel company's headquarters, Heffernan discovered that someone had rewired a Muzak-type speaker in the ceiling of an executive's office. "If you disconnect the music, the cone vibrates just like a microphone," he says. "It can carry voice signals down the speaker wiring to a listening post outside the secure area" —in this case, an out-of-

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471890



Bug wired into light switch

Microwave bug hidden in wall

Bug monitoring typewriter-key sounds

## For $12,000 you can buy night-vision goggles that amplify light up to 40,000 times.

transmitter concealed in drapery material, its thread-thin antenna woven right into the fabric; and, most notorious of all, a listening device found in the U.S. embassy in Moscow in 1952. The hiding place: a hole in the Great Seal of the United States hanging in the ambassador's study. The carved wooden seal, a gift from the Soviets seven years before, held buried inside it a small cylinder called a Hi-Q resonant cavity. The cylinder contained a diaphragm at one end and an antenna at the other. Voices in the room caused the diaphragm and then the antenna to vibrate. U.S. officials surmised that Soviet technicians across the street kept a high-power microwave beam trained on the seal to measure the vibrations, allowing them to reconstruct the conversations.

Like the laser microphone system, in which the target's window is the vibrating surface, this nasty little eavesdropper is known as a passive bug. Passive bugs don't need batteries, wires, telephones, or transmitters. As a result, they are nearly impossible to detect. A bizarre variation on the theme is the toilet-bowl bug, proposed by the late Bernard Spindel, a master eavesdropper of the 1950s and 1960s whose career included more than 200 arrests for indictments for illegal snooping. Using Spindel's system, a spy on the roof of a building would place a microphone inside the air-vent pipe leading to the target toilet. Since the surface of the water in a toilet vibrates like a diaphragm in response to nearby voices, and since water is such an excellent

conductor of sound, the voices would be carried up the pipe to the microphone.

Among passive bugs, the laser mike has undoubtedly been the most discussed and the least observed—that is, until last October, when *Radio-Electronics* published a cover story showing how to build one yourself, step by step ("Laser Listener: Use a Light Beam to Listen In to Anything, Anywhere, Any Time").

While tinkering with such systems may be legal, *using* them is not; the government has outlawed laser listening devices for both the hobbyist and the professional eavesdropper. But even with this hardware banned, the industry still has plenty of room for countless other types of spy and counterspy gadgetry. After Continental Telephone Supply was forced by federal law to stop selling bugs in 1968, its founder, Ben Jamil, launched a new firm called Communication Control Systems that specializes in "privacy, security, safety, and survival." The company claims annual sales of between $20 million and $30 million, thanks in part to its chain of seven counterspy shops.

Customers at the stores can try on bulletproof raincoats and practice turning briefcase tape recorders on and off by nonchalantly flipping the handle. When I visit the Third Avenue branch in New York City, a salesman shows me a $2,200 body tape recorder the size of a pocket calculator. He refers to it as an "Executive Investigator Kit." "You hook the microphone under your watch, and the wire goes up the sleeve of

your sport jacket," he says. The wire leads to a pen protruding from a recorder concealed in a shirt pocket. "You turn the tape recorder on or off by moving the pen up or down," he says, demonstrating. The maneuver strikes me as a conspicuous one, but I suppose that's what makes the game exciting. Communication Control Systems does a brisk business in these recording systems, in part because they have not been regulated the way transmitters have. As long as you're in the room with the device and are a party to the conversation, the law doesn't give a hoot *what* you record.

But tape recorders—however they're concealed—are perhaps the least glamorous offerings in the company's inventory. "These over here" —the salesman waves at a row of typewriter-size machines—"are all voice stress analyzers. They measure subaudible microtremors in your voice, which are involuntary responses to stress. If you're under stress, it usually means you're lying." Unlike conventional lie detectors, he says, these can be hooked up to a phone or a tape recorder. Subjects never know they're being tested for fibs. The machine is nothing if not user-friendly: on its digital readout, 20 is truth, 40 is a lie; it's that simple. "You can find out who your friends are or if your wife's been cheating on you," the salesman says. "It's the greatest invention since television."

the-way storeroom. Another time, at a West Coast aerospace firm, Heffernan traced a suspicious telephone line from the general manager's office to a telephone-equipment room on another floor. There he and the general manager found the door open and a telephone lineman's handset swinging from a dangling wire. "That was as close as you get to a smoking gun," he says.

On a wall in the offices of Information Security Associates are photographs of some of the more imaginative bugs in espionage history: a bug planted in the heel of the target's shoe (the batteries were replaced when the shoes were left for shining); a tiny



CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471891





The Soviets filled the walls of the U.S. embassy in Moscow with diodes to confuse bug detectors.

Voice stress analyzers, which cost between $4,000 and $11,000, are among the industry's perennial best-sellers. Critics complain that they're unreliable, the lazy man's polygraph. Courts won't accept their findings as evidence, and several states have banned their use in job interviews. (On a recent episode of *Miami Vice* a Colombian cocaine dealer used one while asking his girlfriend if she'd slept with another man. When she hisses "No!" he looks at the readout, pulls out a gun, and shoots her. Since hissed speech contains no microtremors, the coke dealer apparently misread his equipment.)

At Communication Control Systems' world headquarters in Port Chester, New York, Mike Kelly, head of the company's sur-

veillance-technology group, leads me past the racks of consumer gadgets to a special law-enforcement showroom and closes the door. Kelly, who has since moved to the company's Paris office, is a stocky, tough-talking former Treasury agent in his late 30s who describes himself as an expert in antiterrorism and the narcotics trade. He hands me a weird looking pair of $12,000 night-vision goggles. The room is dark, but when I strap on the goggles I see a luminous green image of even the darkest corners.



The water in a toilet vibrates like the diaphragm of a telephone in response to sound. Any conversation conducted in the vicinity can carry up the pipes and into the ear of a listener.

This is no trick: a battery-powered photomultiplier behind the two lenses can boost the amount of light entering the goggles up to 40,000 times. "I've flown a plane at night with these," says Kelly. "No problem."

Next he shows me the smallest video camera I've ever seen, priced at $2,500: the body is an inch-and-a-half square and perhaps an inch thick, the size of a small box of wooden matches. Beside this is an even more impressive device. It looks like a car antenna, but Kelly points out a pinhole near the top. Behind the pinhole is a tiny wide-angle lens. Stretching down inside the antenna is a fiber-optic cable attached to a large box containing a video camera and transmitter. I realize the antenna is rotating almost imperceptibly. "It's for stakeouts," says Kelly. "You set it up on a car where the antenna would be." An open briefcase containing a receiver and a small TV screen rests on a windowsill nearby. In practice

the screen would be monitored inside a second car down the street. I watch as a sharp panoramic view of the room sweeps slowly across the tiny screen. "It's not a standard TV frequency," says Kelly. "You don't want people picking this up in their home." I'm ready to buy, but the price tag is $26,000.

For an even bigger spender Communication Control Systems offers a variety of armor-plated limousines. Its top seller at the moment, priced from $50,000 to $125,000, is a bulletproof BMW whose options include machine-gun ports, tear-gas ducts, an oil-slick emission system, a bomb sniffer, and infrared headlights. The company claims to sell 40 or 50 armored cars a year; most go to Latin America.

The bigger the spy biz grows, the hungrier the general public becomes for information on the newest ways to close the prying eyes. One who satisfies the need is Jim Ross, an expert on communications security, in Adams-

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471892



town, Maryland. Ross runs antibugging seminars designed to teach security personnel how to protect themselves from everything from laser listeners to letter bombs. Ross likes the low-tech approach to problem solving. (In his newsletter, he advised readers to save money on letter-bomb visualizer, which retails at $4 an ounce, by using freon instead, at eight cents an ounce.)

**R**oss has conducted hundreds of bug sweeps nationwide, and though bugging equipment has grown more and more sophisticated, he has found that if you're worried about being spied on, the first place to look is your telephone. Nothing, it seems, beats the old standby in eavesdropping popularity. "I found one here in the Washington, D.C., area just a few weeks ago," he says. Some frugal soul had altered the mouthpiece of a conference-room telephone by wiring a 9-volt battery to the phone's own microphone and attaching it to a spare set of wires that phone lines normally contain. The new connections bypassed the phone's hook switch, which is what breaks the circuit when the handset is hung up. The phone had therefore been live on the hook, sending continuous room sounds to the eavesdropper. Ross traced the line to the office of a lower-echelon employee who was presumably curious about what the big boys dis-

**U.N. ambassador Henry Cabot Lodge displays the bug found in the U.S. embassy in Moscow in 1952.**

cussed behind closed doors.

Ross admires that kind of initiative. "All you need is the telephone's own microphone and a couple of tiny bits of wire that don't cost you anything, as opposed to some Rube Goldberg thing that costs a fortune," he says.

Still, Ross understands the appeal of high-tech gadgetry, the glitzy attraction of teeny transmitters and laser mikes. As a businessman, he deals in the high-tech stuff himself.

He offers to sell me a bug that transmits at 10.525 gigahertz, a frequency that even Dick Heffernan's equipment can't pick up. The signal is so information packed, he says, that it can carry not only audio but a live color TV picture as well. All this, and the bug is only six tenths of a cubic inch. "That's smaller than the nine-volt battery that powers it," Ross says. For $40,000 the whole package could be mine.

I muse for a moment about what secrets I could unearth with an audio-video bug half the size of a walnut. The possibilities are tantalizing. Suddenly, however, an image flashes through my head of a future world in which every shirt button is a TV camera and every microchip a microphone. I tell Ross I'm not quite ready for all this.   □

*Writer Doug Stewart specializes in science and technology.*



**Last year the Soviet Union accused U.S. spies of hiding this bug in the car of a Soviet reporter.**

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471893

 

**MARK**

■ Multi Page Doc

▢ Single Page Doc

▢ HANGING FOLDER

▢ File Folder

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471894

4    NY    NEWSDAY, SUNDAY, APRIL 5, 1987

# Getting the Bugs Out Pays Off

## *Wiretaps Scaring Up Clients for Security Firms*

**By Ellis Henican**

They've been gushing lately out of the offices of nearly every prosecutor in New York: high-profile cases based, at least in part, on evidence gathered with electronic-eavesdropping devices.

Bugs. Taps. Wires.

Their important role in a string of recent criminal prosecutions — the John Gotti trial, the Carl Capasso case and the indictments of Mario Biaggi and Meade Esposito, to name just three — is instilling a new cautiousness in the potential targets of secret surveillance. At the same time, politicians, secretive competitors and even journalists are feeling a need to protect themselves from eavesdroppers.

One result: The anti-bugging business is booming.

"Most of the people in the business have had a two- or three-fold increase in the last year," said James A. Ross, president of the 300-member Communications Security Association, a national organization for debuggers. "These cases have all heightened an awareness of communications vulnerabilities. Every time another insider trader shows up on tape, we get calls."

"When you see conviction after conviction based on wiretaps," added Thomas L. Sheer, assistant director of the New York office of the FBI, "people are saying they are going to take counter-measures." Federal agents, Sheer said, are redoubling their efforts to counter the counter-measures.

* * *

One recent morning, Brooklyn private investigator Rainer Melucci pulled two bulging attache cases from the trunk of his maroon Mercedes.

"Let's get to work," he said.

Since his retirement in 1979 as a Port Authority detective, Melucci has built a near full-time specialty in the netherworld of bugging and debugging. Other private detectives seek his advice on their cases. His client list includes business executives, labor leaders, suspicious spouses and more than a few men whose names figure in organized-crime investigations.

"They have their own reasons for calling," Melucci said. "It's not really my job to rule on their character."

On this day, Melucci is at a small store-front office in central Brooklyn, half a block from the elevated tracks of —Continued on Page 26



Rainer Melucci, a bugging and debugging specialist, displays the equipment he usually takes on a sweep.

Photo by Chris Gierlich

---

*'Every time another insider trader shows up on tape, we get calls.'*
— James A. Ross, president of the Communications Security Association

*'When you see conviction after conviction based on wiretaps, people are saying they are going to take counter-measures.'*
— Thomas L. Sheer, assistant director of the New York office of the FBI

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471895

# Getting the Bugs Out Is Paying Off

—Continued from Page 4

the F train. Under an agreement worked out beforehand, neither the name of the business nor its precise location will be revealed here.

A soft-spoken man who eschews the tough talk of the stereotypical detective, Melucci was gripping what looked like an oversized transistor radio, waving its antenna around the room. The French-made device, an Elektron 5000, is designed to locate waves from tiny radio transmitters, a common room bug. He used another unit, called an Elektron BP, to test for "sub-carrier" frequencies outside the normal radio range.

Then, Melucci connected an electronic box — red, yellow, green and blue knobs and a digital volt meter — to the office telephone system. This device, called an RTA-1 Analyzer, tries to locate phone taps by detecting unusual drops in the line voltage. The detective also made a more conventional physical search of the premises. He found nothing.

"With a thorough sweep," he said later, "I can be almost certain — not absolutely certain, but close — that there's nothing there."

Still, as Melucci puts it, threats abound.

A sweep will not protect a client from an associate who's carrying a hidden tape recorder, although there are hand-held instruments that can test for such things. It will not guard against a tap placed on the other end of a telephone conversation.

And it won't provide security against the new laser-eavesdropping technology, which picks up sound waves by shining a tiny but sharp light through a window.

"I can assure a client that the telephones are 99 percent safe — the environment, maybe 95 percent," the detective said. "It amounts to a certain peace of mind."

*  *  *

In 1985, the last year for which statistics are available, state and federal courts across the country authorized 784 wiretaps, 801 were approved in 1984 — both higher than any year since the early 1970s.

These figures do not include what law enforcement officials say is the much-larger number of eavesdroppers who agree to wear hidden transmitters or tape recorders. And the numbers do not reflect what civil libertarians say may be a huge number of illegal wiretaps — planted by law enforcement agencies and private eavesdroppers.

Evidence of the concern came out in the recent Cosa Nostra Commission racketeering trial — gathered by bugs, of course.

Consider this commentary by Anthony Salerno, reputed boss of the Genovese crime family, who was convicted and sentenced to 100 years in prison. Salerno and a man identified as Joe Pontorodo were caught on tape on Feb. 13, 1985, just after a bug had been discovered in a car used by Anthony Corallo, the alleged Luchese-family boss.

Here's what they had to say:

Salerno: "After two years, they found the bug."

Pontorrido: "It took 'em two years to find it?"

Salerno: "God knows how many tapes they got."

Pontorrido: "Jesus Christ, you know you... gotta be careful where you talk any place. You gotta be careful."

Later that month, Salerno and a man identified as Peter Pelucco were taped in a brief exchange concerning a listening device found in the Staten Island home of the late Paul Castellano, when he was boss of the Gambino family.

Salerno: "They put a bug in Paul's house



Melucci examines a client's office phone that had stopped working. In this case, he found that an attempt to plant a bug had broken the phone.

Peluso: "They're, they're unbelievable. You know how they do it? You gotta remember, they send Con Edison in . . . They make believe they're . . . They send the telephone company in. What does it take? Two minutes? Somebody's not looking. Even if you're looking, you can't tell what they're doing."

Examples of this caution are not just limited to alleged mobsters, either.

Last month, Leonard Britton, superintendent of schools in Miami, called in the Wackenhut Corp., a private security firm that charged $500 to check for listening devices in Britton's office. The superintendent had become alarmed when the Miami Herald reported on private discussions about his possible acceptance of a post with the Los Angeles school system.

Nothing was found. Still, Britton had no apologies.

"If I felt I needed to . . . I would do it again tomorrow morning," the red-faced superintendent said after the sweepers came up empty.

Robert Hey, a Washington reporter for the Christian Science Monitor, had been hearing a strange click on the phone at his home in Potomac, Md. In February, he called in two private detectives who specialize in electronics.

"I thought, 'Here we go again,'" said Hey, who had had a similar suspicion that he was being listened to while covering the Watergate scandal, though he never bothered to try confirming it. The detectives found that his phone line had, in fact, been tampered with. "I still don't have any realistic suspects," the reporter said, adding that none of his recent stories seems like an obvious target.

In New York, the office of Mayor Edward I. Koch — and several other top city officials — are periodically swept for listening devices.

There are no reliable figures on the

size of what its practioners call the "counter-surveillance" business. And despite the existence of the national association, it is an industry that seldom seeks publicity.

"These guys operate mostly in the shadows," said Arnold B. Blumenthal, associate publisher of the monthly trade journal, Security Systems, based in Woodbury, LI. The counter-buggers, he said, are especially reluctant to identify their clients, lest word of the precautions suggests the client has something to hide. And the same people who sweep for bugs may also plant them for other clients.

All this secrecy makes it difficult to judge the quality of a bug-sweeper. "Some of them know what they're doing," said Nat Laurendi, a Manhattan private detective who is president of the local Society of Professional Investigators. "But some of them will wave a wooden box around your office and tell you everything is clean. Or they'll find a lot of paper clips and hairpins and stale olives (instead of the bug). It's not easy for people to tell the good one from the incompetents."

Bill Brown, a spokesman for Secretary of State Gail Shaffer, said that although the office licenses private investigators, it has no special provisions for the registration of anti-bugging specialists.

Indeed, people on the two sides of the bugging equation have a longstanding dispute over just how effective a sweep can be.

"If I do the job right," said one law enforcement investigator who has planted thousands of bugs since the 1960s and is still active, "no way will you find it. There are just too many places to hide it." Federal agents, he said, even have access to the telephone company's main switching equipment and can tap a line in a way that's almost impossible to detect."

But bug sweepers like Brooklyn's Melucci — while careful not to claim a perfect success rate — say law enforcement agents underestimate the effectiveness of the counter-buggers.

"Even the tiniest transmitter has to emit some waves," Melucci said. "There are so many signs that someone's been there."

The result of all this competition, people on both sides agree, is a continuing battle for technical superiority. "It's a big chess game," said the FBI's Sheer, who insists "generally, we're ahead of them . . . You're only limited by your imagination."

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471896

# INSIDE NEW YORK

By Michael Fleming and Karen Freifeld

## Hurt's Clean Sweep Of Rockland Home

William Hurt didn't just think about having his Rockland County home swept for electronic bugs, as the actor said from the witness stand in the bitter court fight with former lover Sandra Jennings. Hurt actually had the place swept. According to court sources, Rainer Melucci, a private detective who specializes in anti-eavesdropping cases, appeared at Hurt's house in Palisades on May 28, 1988, carrying suitcases of high-tech gadgetry. Melucci and telephone technician Jim Larkin went over every inch of the place. "There was nothing there," said Melucci. "It was absolutely clean." Hurt and personal assistant Diana Schiebel were on hand that day and seemed to be getting along quite nicely, the private eye recalled. Hurt, however, apparently didn't display much electronic wizardry of his own. "He had a telephone-answering machine, and he couldn't figure out how to make it work," Melucci said. "It wasn't broken or anything. He just didn't know how to hook it up. Jim and I showed him."

## Tour Plans Rolling

Tour plans are firming up for the Rolling Stones. According to Stones sources, the band will kick off the tour in either Buffalo or Toronto on Sept. 1, and will play dates through December. The Stones will visit New York twice during the tour — they'll play Shea Stadium in mid-September, and they will play the tour finale in either Madison Square Garden or Nassau Coliseum in December. The finale will be available on pay-per-view television in the United States, and also will be broadcast worldwide.

## Going to the Dogs

In the Hamptons, summer hunting season means bagging bucks for good causes. And that's just what happened on July 4th weekend, when the Animal Rescue Fund (ARF) held a Monte Carlo night at East Hampton Airport to raise funds for the area's stray cats and dogs. Anyone who paid $75 could get in the hangar door and wolf down all the basil-

NEWSMAKERS

## Star Time in People's Court

Actor William Hurt testified in civil court in New York City last week, but the scene was anything but polite. Hurt, 39, is being sued for palimony by an ex-lover, 32-year-old Sandra Jennings, a former ballet dancer and mother of his 6-year-old son. After several angry exchanges with Jennings's attorney, Hurt snarled at the lawyer: "Fool!"

Hurt, the star of such films as "The Accidental Tourist," agreed in 1987 to pay $65,000 per year in child support. Now Jennings is asking for an "equitable share" of his estimated $10 million in assets, saying they've had a common-law marriage since 1982. Her claim stems from the four weeks they lived together while "The Big Chill" was



'Fool!' Hurt testifies (left)

Married or not? Jennings

PHOTOS BY ALAN RAIA—NEWSDAY

filmed in South Carolina, which recognizes common-law wedlock. If upheld, Jennings's claim could cause the recently married Hurt more trouble. In wishful anticipation, her attorneys have nicknamed Hurt "the accidental bigamist."

wrapped mozzarella they could eat, though party-goers took more money out of their elephant-sized wallets to gamble for prizes. By the end of the evening, $50,000 had been raised, but it was clear that some of the bluebloods don't like sharing the East End's lap of luxury with the nouveau riche fatcats who've now got the run of the place. Among the former: John (Bunky) Hearst, grandson of newspaper magnate William Randolph, who's been coming out to Bridgehampton since 1951. "People used to come out to relax and not put on the dog," said Hearst in between bets at the roulette wheel. "Now, there's so much dog, they all belong in the ARF."

## Digging for the Dirt

Author Leo Damore hears the name Kennedy and he gets to work. Now topping the paperback best-seller list with the latest on Chappaquiddick, "Senatorial Privileges" (Dell),

the author has a new cause celebre. He's hot on the trail of the 1960s murder of Mary Pinchot Meyer, onetime mistress to President John F. Kennedy, onetime wife of former CIA chief Cord Meyer and former sister-in-law of Washington Post editor Ben Bradlee. She was killed in Georgetown and, although an arrest was quickly made, the alleged killer was let go due to lack of evidence. Damore is trying to unravel the mystery of her death by digging through documents and records recovered through the Freedom of Information Act. The resulting book, tentatively titled "Burden of Proof," has not yet been sold.

## He's Not So Finicky

Shame on Tony Randall. The "Odd Couple" star didn't act like finicky Felix when it came to his first book, "Which Reminds Me" (Delacorte Books) co-authored by his friend, Michael Mindlin, due out Nov. 17. Asked

recently for his favori[te] from the book, Randall [...] member any. Granted, [...] point from us for bein[g...] can't say I sat down and [...] admitted. Then he asked [...] people: "Has anybody [...] have absolute unanim[...] have I." Late last week, [...] of the effort wasn't muc[h...] that anecdote. "That's s[o...] ridiculous," Mindlin tol[d...] house in East Hampton [...] authors. We just finishe[d...] ing the galleys yester[day...] case, Randall does kn[ow...] "Odd Couple" TV movi[e...] fall, co-starring his old [...] Klugman. "Felix rema[ins...] and the movie starts wit[h...] him out again" he told [...] course, responds with "[...]

Christy Mars[...]
Contributed to Thi[s...]

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471897



# I SPY

*This dame walks into his office. Says her name is Judith Newman, and she wants to spend a day learning the private-eye game.*



Today we're on a stakeout, an exercise in boredom made tolerable only by the drama we know is unfolding behind the doors of the modest Borough Park home across the street. The basset-hound eyes of Rainer A. Melucci, P.I., are trained on a shuttered window on the third floor. "It's like this," he begins, with the sigh of a man who's seen the movie one too many times. "This rabbi, he's got a mistress, a nice Spanish shiksa. He loves the lady, but there's his family...he thinks she's having affairs, and he doesn't want to, you know, bring anything home to the wife. So I'm just checking things out for him."

Ray Melucci really does evoke the ghosts of Philip Marlowe and Sam Spade. Not because there's anything glamorous about him, but precisely because there isn't. One of the most re-spected private eyes in New York City—a counter-sur-veillance expert who kills bugs better than Combat— Ray's a street guy with a mangy mustache, receding hairline and a body shown to best effect on a La-Z-Boy re-cliner. He seems very com-fortable with the Walther PPKS 380 tucked into the waistband of his polyester pants. "Thank God, I've never had problems with women," he tells me. Would Philip Marlowe ever say that? Yet it's less an idle boast than a sim-ple observation. Just the facts, ma'am. Ut-terly at home in his own battered hide, Ray Melucci is one sexy wreck.

Melucci may not have problems with the opposite sex, but, fortunately for him, many of his clients do. "Everybody's scared of AIDS. I just did a case where this woman wanted me to make sure her fiancé wasn't having sex with this hooker at his stag party. Another woman wanted me to find out if her new boyfriend was a gold digger. Turns out he was richer than she was. That was one *happy* customer."

Melucci takes another picture of the ap-parently empty house. Parked on the street in his Chevy Blazer, wearing hard hats, we're supposed to look inconspicuous. But, I wonder, how many boy-and-girl construction teams are hanging out in Borough Park snapping away with their Nikons? (In fact, Melucci told me later, in really big cases, four, five, even six differ-ent investigators will tail the individual. "Otherwise, your presence becomes obvi-ous and you can look like a jerk real fast.")

Although he spends a fair amount of time like this—sticking his camera where it doesn't belong—Melucci is best known as a debugger to the stars. Donald Trump has called on his services. So have Robert De Niro, William Hurt and Cadillac impresario Victor H. Potamkin. Why? Melucci doesn't ask too many ques-tions. Questions don't pay the bills.

We leave the stakeout (none the wiser as to the Spanish lady's activities, but Melucci seems satisfied), and head on over to Task Force Security, a company that hires out bodyguards and squad cars. It's a business where secrecy is prized, where conversations sound like this: "I've got the thing. I'm going over to that place to take care of the stuff we talked about." Owner Frank Maddalena thinks his competition is bug-ging his phones, trying to find out how much he charges his clients. First, Melucci conducts a cursory search for bugs hidden in the office. "There are usually no signs of bugs planted in rooms," he says. "You just have to look around very, very carefully." Next, Melucci lugs out an ETA-1, a five-thousand-dollar, briefcase-sized box that analyzes telephone lines for wiretap interference.

*Melucci is best known as a debugger to the stars. Donald Trump has called on his services; so have Robert De Niro and William Hurt.*

There are several things to look out for if you suspect your line is bugged: a persis-tent click that has nothing to do with call-waiting; a dead line when you pick up the phone, and then, when you tap the receiv-er button, a dial tone; or persistent cross-connections. (Not the common situation where you hear other voices on the phone, but they can't hear you—rather, be suspi-cious when you and the foreign party can hear and talk to *each other*.)

"The telephone is a nightmare of vul-nerability for intrusions," Melucci mutters as he hooks the box up to the phone and presses a lot of buttons. He conducts volt-age and tone tests ("The voltage on the lines will drop suddenly if there's a bug"), and shows how he can use the machine to eavesdrop on police car phones. "See," he says gleefully, tuning in to a cop who's discussing some of the more delicate attri-butes of his girlfriend. "This could be an E felony right now."

Melucci's obsessed with the legalities— and illegalities—of his business. He gives me a lawyerly lecture about eavesdrop-ping. "In New York State, a third party listening in on two parties is illegal, and it's a felony." But you *can* bug your own line to tape your own conversations. And if you *happen* to pick up any Evidence of Wrongdoing—"We're walking a legal tightrope here," says Melucci—it's inad-missible in court, but it can be mighty helpful to a detective. "A wife tells her lover, 'I'll meet you at nine'; I show up at nine and take some pictures. Suddenly my job's a whole lot easier."

Sure, Melucci removes bugs, but does he also plant them? "Oh, I'm too old to go to jail." He smiles under his mustache. ▷

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER IN CIVIL
ACTION NO. 98-1664 (WHW)

CEN01471898

# I SPY

As he works, he continues to talk. "I grew up around here. My grandfather ran the Italian lottery—the numbers." As far back as he remembers, Melucci was fascinated with gadgets. "When I was a kid I'd act out the role of every spy character I saw. Finally I *became* the character."

Melucci strayed from the family business, becoming first a cop, then a plainclothes detective with the NYPD. In 1979, deciding that if he was going to get shot at, he might as well make some decent money at it, he went into business for himself. Today he's vice-president of the Society of Professional Investigators, an association of people who don't like to be associated with anything.

After two and a half hours (cost to Maddalena: about five hundred dollars), the sweep is finished. No bugs. "About 10 percent of the people who think they're bugged *are* bugged," Melucci explains. "On the other hand, about 90 percent of the people who think their mate is having an affair are right."

Melucci's not just a snoop; he is, after the manner of a Raymond Chandler hero, something of a hard-boiled philosopher and sociologist himself. Ray Melucci on the recent Carolyn Warmus "Fatal Attraction" case: "There's lots of women who prefer married men. Deep down, they don't want commitment. They say, 'If I don't want him, he can go back to his wife; if I *do*, I'll kill her or take nude pictures of him.' Something like that." Ray Melucci on adultery: "Forget cheating. If you want to get even, do it some other way. I get even by staying home."

For a guy whose business is other people's secrets, he doesn't seem to keep too many of his own. He discusses his troubles with the IRS, his uneasy relationship with his mother, his jealous wife ("We roll around the floor with our hands on each other's throats. It's the Sicilian way of communicating."). After all he's seen, after a lifetime watching people stab each other in the back for money and lust, doesn't he worry about watching his words? Ray Melucci wants to leave me with some worldly wisdom. "There's only one way to trust people," he says as he drops me off at the Manhattan-bound subway. "Don't have anything to hide."

*Judith Newman is a New York writer who's read* Harriet the Spy *one too many times.*

CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER IN CIVIL

ACTION NO. 98-1664 (WHW)

CEN01471899