UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WALTER A. FORBES. ) <br> ) <br> ) | No. 3:02CR264 (AHN) <br> March 31, 2006 |

### Motion of Walter A. Forbes to Seal the Attached Exhibits

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing the attached exhibits 9, 20 & 22, submitted in support of the motions filed by Walter A. Forbes on March 31, 2006. The attached exhibits include financial and personal information that counsel is advised to consider filing under seal pursuant to the Court's Electronic Filing Order. See Appendix H, Notice of Electronic Availability of Criminal Case File Documents (10/13/2004). Some of the exhibits also have information that parties are required to redact pursuant to this same Order. Id.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

        James T. Cowdery (Bar No. ct05103)
        Thomas J. Murphy (Bar No. ct07959)
        COWDERY, ECKER & MURPHY, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

        Attorneys for Walter A. Forbes

Dated: March 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Seal the Attached Exhibits to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

> Norman Gross, Esq. (norman.gross@usdoj.gov)
> Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
> Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on March 31, 2006 to the following by Fed Ex:

> Susan Brune, Esq.
> Brune & Richard LLP
> 80 Broad Street, 30th Floor
> New York, NY 10004
>
> Kathleen Cody, Esq.
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C. 20549-9162

Notice of this filing will be sent to all proposed subpoena recipients by operation of the Court's electronic filing system or by Fed Ex to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
Barry S. Simon