UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WALTER A. FORBES. ) <br> ) <br> ) | No. 3:02CR264 (AHN) <br> March 31, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Walter A. Forbes has manually filed exhibits 9, 20 & 22, submitted in support of the motions filed by Walter A. Forbes on March 31, 2006. These documents have not been filed electronically because they are being filed under seal pursuant to Local Rule of Criminal Procedure 57(b).

These exhibits have been manually served on all parties.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

*Attorneys for Walter A. Forbes*