UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :

     v.                         :    Criminal No. 3:02CR264(AHN)

WALTER A. FORBES            :

ORDER RE DEFENDANT'S ISSUANCE OF RULE 17(c) SUBPOENAS

In accordance with the Judge Thompson's findings and order pertaining to the Defendant's excessive and improper use of Rule 17(c) subpoenas directed to third parties, this Court hereby adopts those findings and his order with regard to all Rule 17(c) subpoenas issued or to be issued in connection with the upcoming trial on all third-party witnesses, including but not limited to Mr. Corigliano

Accordingly, the Court hereby ORDERS that:

Before Defendant's counsel serves a Rule 17(c) subpoena on any third party, counsel must file a signed certification (with notice to the government and, if he is aware of the identity of counsel of the person being served with the subpoena, to that person's counsel) affirming first, that after adequate investigation counsel reasonably believes (i) that the subpoena was being issued in good faith, (ii) that it calls for documents that will be admissible into evidence -- indicating generally what category of admissible evidence, and (iii) that the court has not already quashed a prior subpoena demand that called for

the identical or substantially similar documents or otherwise precluded the admission into evidence of such documents; and second, that to the extent Forbes wishes to reissue a Rule 17(c) subpoena for documents where the court has already quashed a prior subpoena demand that called for identical or substantially similar documents, he shall move for reconsideration of the court's order specifying the bases on which he believes reconsideration is warranted.

    SO ORDERED this 31st day of March, 2006, at Bridgeport, Connecticut.

                                    _____/s/_____
                                        Alan H. Nevas
                                  United States District Jugde