02 CR 264 mo 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2006 APR -3 A 10: 27 |
| | ) | |
| v. | ) | No. 3:02CR264 (AHN) |
| | ) | U.S. DISTRICT COURT |
| WALTER A. FORBES | ) | March 31, 2006 |
| | ) | |

## MOTION OF WALTER A. FORBES TO SEAL PLEADINGS RELATING TO FORBES THIRD TRIAL MOTION NO. 3

Pursuant to Local Crim. R. 57, Walter A. Forbes, through undersigned counsel, respectfully moves the Court, consistent with the procedure followed in the first two trials, to enter an order sealing Forbes Third Trial Motion No. 3, and all subsequent pleadings relating thereto. The government consents to this Motion to Seal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____

Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Seal Pleadings Relating to Forbes Third Trial Motion No. 3 to be filed electronically and to be served on March 31, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

Barry S. Simon

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| WALTER A. FORBES. | ) |

No. 3:02CR264 (AHN)
March 31, 2006

### NOTICE OF MANUAL FILING

Please take notice that Walter A. Forbes has manually filed Forbes Third Trial

Motion No. 3 and memorandum in support thereof.  These documents have not been filed

electronically because they are being filed under seal pursuant to Local Rule of Criminal

Procedure 57(b).

These documents have been manually served on all parties.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

2

Case 3:02-cr-00264-AHN     Document 2230     Filed 04/03/2006     Page 6 of 10

## Motions

3:02-cr-00264-AHN USA v. Forbes, et al

### U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Simon, Barry S. entered on 3/31/2006 at 6:25 PM EST and filed on 3/31/2006

**Case Name:**       USA v. Forbes, et al
**Case Number:**    3:02-cr-264
**Filer:**            Dft No. 1 - Walter A. Forbes
**Document Number:** 2191

**Docket Text:**
MOTION to Seal *Pleadings Relating to Forbes Third Trial Motion No. 3* by Walter A. Forbes. (Attachments: # (1) Notice of Manual Filing)(Simon, Barry)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=3/31/2006] [FileNumber=840099-0]
[a51a4665db975e679db741b5a3a27959937fd841be967b1b0876b62e8b6d4432fec8
58eae2bb0ff0875e05742a83ac6e1bf942c662bfa8f81115833c94fbc087]]
**Document description:** Notice of Manual Filing
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=3/31/2006] [FileNumber=840099-1]
[4d1e03d1595653ce58c8fd42e7f7ec3099afd04aaccfa2d9aeff7d497cb49ccff836
a5011c081934eb08168091902db4d16853cb22f762d1988ba86db8e5b613]]

### 3:02-cr-264-1 Notice will be electronically mailed to:

Thomas A. Arena     tarena@milbank.com

David P. Atkins     datkins@znclaw.com, avoos@znclaw.com

Daniel J. Beller     DBeller@paulweiss.com,

Francis J. Brady     fbrady@murthalaw.com

Craig Carpenito     craig.carpenito@usdoj.gov,

Robert M. Cary     rcary@wc.com,

Christopher J. Christie    Christopher.Christie@usdoj.gov

Kathleen Cody    codyk@sec.gov

Gary H. Collins    ghcollins@dbh.com, rmadison@dbh.com

James T. Cowdery    jcowdery@cemlaw.com, jnye@cemlaw.com

Edward J. Dauber    edauber@greenbergdauber.com, litigationgroup@greenbergdauber.com

Kylie Davidson    kdavidson@milbank.com,

David Anthony DeBassio    ddebassio@ldlaw.com, Jrosinsk@ldlaw.com; Aeddy@ldlaw.com

Gregory L. Diskant    gldiskant@pbwt.com,

Jonathan W. Dixon    jdixon@kramerlevin.com

Jeremiah F. Donovan    donolaw@sbcglobal.net

John F. Droney , Jr    jdroney@ldlaw.com, aeddy@ldlaw.com

Douglas S. Eakeley    deakeley@lowenstein.com,

Scott A. Edelman    sedelman@milbank.com,

Lauren Freundlich    lfreundlich@lswlaw.com,

Alan R. Friedman    afriedman@kramerlevin.com

Andrew T. Gardner    gardnan@ffhsj.com

Helen Gredd    hgredd@lswlaw.com,

Norman J. Gross    Norman.Gross@usdoj.gov

Ira B. Grudberg    igrudberg@jacobslaw.com

Melinda Hardy    hardym@sec.gov,

Robin A. Henry    rhenry@bsfllp.com

Philip J. Holmes    holmesp@sec.gov,

Robert E. Kaelin    rkaelin@murthalaw.com,

Stephen E. Kaufman    Skaufman@sekpc.com,

Margaret A. Keeley    mkeeley@wc.com

James G. Kreissman     jkreissman@stblaw.com,

Ethan A. Levin-Epstein     elevin-epstein@garrisonlaw.com, cmcguire@garrisonlaw.com

Harlan A. Levy     hlevy@bsfllp.com

Ralph J. Marra , Jr     ralph.marra@usdoj.gov,

Michael Martinez     michael.martinez2@usdoj.gov

Kristin Miles     kristinm@u.washington.edu

Jeffrey J. Mirman     jmirman@ldlaw.com, kalbino@ldlaw.com; jrosinsk@ldlaw.com

Thomas J. Murphy     tmurphy@cemlaw.com, hrashaw@cemlaw.com

Gary P. Naftalis     gnaftalis@kramerlevin.com

C. Donald Neville     dneville@murthalaw.com

Michael E. O'Hare     Michael.Ohare@po.state.ct.us,

Alfred U. Pavlis     apavlis@dalypavlis.com

Harold James Pickerstein     hpickerstein@pepehazard.com,

Thomas P. Puccio     tpuccio@lotpp.com

Daniel L. Rabinowitz     drabinowitz@rkny.com,

Daniel E. Reynolds     dreynolds@lswlaw.com,

James Scott Rollins     james.rollins@bingham.com,

Shelley R. Sadin     ssadin@znclaw.com, mmcsally@znclaw.com; mdelvecchio@znclaw.com

Hubert J. Santos     hsantos@santos-seeley.net,

Richard J. Schechter     Richard.Schechter@usdoj.gov

Hope C. Seeley     hseeley@santos-seeley.net

Saul B. Shapiro     sbshapiro@pbwt.com,

John G. Silbermann     john.silbermann@usdoj.gov

Barry S. Simon     bsimon@wc.com,

Herbert Jay Stern     dpenna@sgklaw.com

Audrey Strauss     strauau@ffhsj.com,

Brendan V. Sullivan , Jr　　bsullivan@wc.com,

R. Scott Thompson　　sthompson@lowenstein.com,

Eric A. Tirschwell　　etirschwell@kramerlevin.com,

Peter W. Tomlinson　　pwtomlinson@pbwt.com,

Stanley A. Twardy , Jr　　satwardy@dbh.com,

Richard C. Tynan　　tynan@halloran-sage.com

Kevin G. Walsh　　Kevin.Walsh@usdoj.gov,

Eric Watt Wiechmann　　ewiechmann@mccarter.com

Howard M. Wood , III　　howard.wood@pfwlaw.com,

Marcie R. Ziegler　　mziegler@wc.com

## 3:02-cr-264-1 Notice will be delivered by other means to:

Michael J. F. Byrne
Williams & Connolly-DC
725 12th St., N.W.
Washington, DC 20005-5901

John J. Carney
US Attorney's Office
970 Broad St.
Suite 700
Newark, NJ 07102

Robert J. Cleary
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Ralph G. Elliot
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

Robert Fettweis
Wolf Block Brach Eichler
101 Eisenhower Pkwy.
Roseland, NJ 07068

Samuel M. Forstein
SEC

450 Fifth St., NW
Washington, DC 20549

Howard W. Goldstein
Fried, Frank, Harris, Shriver & Jacobson - NY
One New York Plaza
25th Floor
New York, NY 10004-1980

Gabriel E. Gore
Williams & Connolly-DC
725 12th St., N.W.
Washington, DC 20005-5901

Samuel Kadet
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-3897

James McMahon
US Attorney's Office
970 Broad St.
Suite 700
Newark, NJ 07102

Edward A. Stelzer
Milbank, Tweed, Hadley & McCloy-NYC
One Chase Manhattan Plaza
New York, NY 10005

US Court of Appeals
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007

Susan Woyna
c/o Donna Moniz, Esq
925 Fourth Ave, Suite 2300
Seattle, WA 98104-1157

Faisal M. Zubairi
Kirkpatrick & Lockhart Nicholson Graham - NJ
One Newark Center
Newark, NJ 07102