## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:02CR264 (AHN)** |
| v. | ) | |
| | ) | |
| **WALTER A. FORBES** | ) | **April 10, 2006** |
| | ) | |
| | ) | |

### NOTICE OF DEFENDANT WALTER A. FORBES
### CONCERNING MOTIONS FILED BEFORE MARCH 17, 2006

During the March 6, 2006 status conference, the Court brought to counsel's attention a list of twelve motions that were reflected as pending on the Court's docket. See Tr. (3/6/06) at 30. Undersigned counsel have conferred with government counsel and report that the following is the status of the motions in question:

1.    Docket No. 279 (Motion to Compel Discovery). This motion was denied on June 23, 2004. See Tr. (6/16/04) at 4685-86; Tr. (6/23/04) at 5809-10. Mr. Forbes recently renewed this motion, see Docket No. 2182, but does not seek argument with respect to this motion.

2.    Docket No. 481 (Motion to Compel Discovery). This motion was denied on June 23, 2004. See Tr. (6/16/04) at 4685-86; Tr. (6/23/04) at 5809-10. Mr. Forbes recently renewed this motion, see Docket No. 2182, but does not seek argument with respect to this motion.

3.    Docket No. 951 (Renewed Motion for Production of Corigliano Impeachment Material). This motion was denied on or before August 2, 2004. See Tr. (8/2/04) at 9120-21. Mr. Forbes recently renewed this motion, see Docket No. 2182, but does not seek argument with respect to this motion.

4.      Docket No. 1027 (Motion for Reconsideration). This motion was denied on or before August 2, 2004. <u>See</u> Tr. (8/2/04) at 9121.

5.      Docket No. 1124 (Motion for Mistrial). This motion was denied on or before October 14, 2004. <u>See</u> Tr. (10/14/04) at 14,605. It was terminated by the Court on March 16, 2006. <u>See</u> Docket No. 2141.

6.      Docket No. 1131 (Motion for Disclosure of Notes Used to Cross-Examine Chris McLeod). This motion was denied on October 5, 2004. <u>See</u> Tr. (10/5/04) at 14,550. It was terminated by the Court on March 16, 2006. <u>See</u> Docket No. 2142.

7.      Docket No. 1259 (Motion for Judgment as a Matter of Law). This motion was denied on October 5, 2004. <u>See</u> Tr. (10/5/04) at 14,550.

8.      Docket No. 1606 (Renewed Pretrial Motions). This was an omnibus pleading renewing certain previously-filed motions before the second Forbes trial. A number of the motions referenced in Docket No. 1606 relate to the superseding indictment filed in New Jersey, which the government has not dismissed. The remaining motions referenced in Docket No. 1606 were previously decided by the Court. Several of those motions relate to counts in the December 2002 indictment which the government subsequently dismissed. Mr. Forbes has renewed certain previously-filed motions, <u>see</u> Docket No. 2182, but does not seek argument with respect to the renewed motions.

9.      Docket No. 1608 (Motion to Compel Discovery). This motion was denied on October 25, 2005. <u>See</u> Tr. (10/25/05) at 1051; <u>see also</u> Tr. (11/7/05) at 43-44.

10.     Docket No. 1610 (Motion for Release of <u>Geaney</u> Findings). This motion is pending.

11.     Docket No. 1886 (Motion for Mistrial Based on Kernkraut Testimony). This motion was

denied on November 28, 2005. <u>See</u> Tr. (11/28/05) at 27-28.

12.     Docket No. 1911 (Motion for Mistrial Based on Kearney Testimony). This motion was

denied on November 28, 2005. <u>See</u> Tr. (11/28/05) at 32.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon  (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Defendant Walter A. Forbes

Concerning Motions Filed Before March 17, 2006 to be filed electronically and to be served on

April 10, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon