```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

UNITED STATES OF AMERICA     :   No. 3:02CR00264 (AHN)
                             :
                             :
     v.                      :   April 13, 2006
                             :
                             :
WALTER A. FORBES             :


### GOVERNMENT'S MOTION TO SEAL ITS OPPOSITION TO WALTER A. FORBES THIRD TRIAL MOTION NO. 3

The United States respectfully moves the Court to enter an order sealing the Government's Opposition to Walter A. Forbes' Third Trial Motion No. 3. By agreement of the parties, all pleadings regarding Forbes' Third Trial Motion No. 3 should be sealed.

```
                         Respectfully submitted,
                         CHRISTOPHER J. CHRISTIE
                         Special Attorney
                         U.S. Department of Justice


                         /s/ Norman Gross

                         NORMAN GROSS
                         MICHAEL MARTINEZ
                         Special Attorneys
                         U.S. Department of Justice
                         970 Broad Street, Room 700
                         Newark, New Jersey 07101
                         Tel: (973) 645-2700
                         Fax: (973) 645-2857
```

Dated: April 13, 2006
Newark, New Jersey

<u>CERTIFICATE OF SERVICE</u>

     The undersigned certifies that on this day I caused to be served a copy of the Government's Motion to Seal its Opposition to Walter A. Forbes' Third Trial Motion No. 3 via email on:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com

                                                  *Norman Gross/s*
                                                  NORMAN GROSS

Dated: April 13, 2006
       Camden, New Jersey