UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
| | : | |
| | : | |
| v. | : | April 13, 2006 |
| | : | |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WALTER A. FORBES' MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO COMPLY WITH RULE 57 OF THE LOCAL RULES OF CRIMINAL PROCEDURE FOR THE DISTRICT OF CONNECTICUT AND TO REFRAIN FROM ANY FURTHER PUBLIC COMMENTARY ON THIS CASE**

**(Forbes Third Trial Motion No. 9)**

The Government does not dispute that United States District Court Local Rule of Criminal Procedure 57(d) was unintentionally violated by a spokesperson for the United States Attorney's Office for the District of New Jersey in the manner identified in Forbes' motion.  As a result, the United States Attorney has issued written instructions to all employees of his Office assigned to this case, and to his spokespersons, not to respond to any media inquiries regarding this case and not to otherwise publicly comment on this case until the conclusion of the proceeding through sentencing, except as expressly authorized by Local Rule 57(d).

The Government does not agree with Forbes' statement that the United States Attorney violated Rule 57(d) in March 2002, but does acknowledge that Judge Thompson disagreed with the

Government's position on that point. Regardless, the Government understands that it is bound by this Court's Local Rules, and has not intentionally violated those rules since this case was transferred to this District in March, 2002.

Given the Government's non-opposition to Forbes' motion, the Government submits that this Court need not issue an order, compelling the Government to comply with Local Rule 57(d), which, as Forbes points, requires compliance by its terms.

**CONCLUSION**

For the foregoing reasons, the Government requests that this motion be denied.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

*Norman Gross/s*

NORMAN GROSS
MICHAEL MARTINEZ
Special Attorneys
U.S. Department of Justice
970 Broad Street
Room 700
Newark, N.J.  07102
(973) 645-2701

Newark, New Jersey
Date: April 13, 2006

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on this day I caused to be served a copy of the Government's Response to Defendant Walter A. Forbes' Motion for an Order Requiring the Government to Comply with Rule 57 of the Local Rules of Criminal Procedure for the District of Connecticut and to Refrain from Any Further Public Commentary on this Case (Forbes Third Trial Motion No. 9) via email on:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com

                                            *Norman Gross/s*
                                              NORMAN GROSS

Dated: April 13, 2006
       Camden, New Jersey