UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
| | : | |
| v. | : | April 13, 2006 |
| | : | |
| WALTER A. FORBES | : | |

## NOTICE OF MANUAL FILING

The Government has manually filed on April 13, 2006, its Opposition to Walter A. Forbes Third Trial Motion No. 3. This document was not filed electronically because it is being filed under seal pursuant to Local Rule of Criminal Procedure 57(b).

The opposition was manually served on Forbes' attorneys.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

*Norman Gross/s*

NORMAN GROSS
MICHAEL MARTINEZ
Special Attorneys
U.S. Department of Justice
970 Broad Street, Room 700
Newark, New Jersey 07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Dated: April 13, 2006
Newark, New Jersey

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served a copy of the Government's Notice of Manual Filing of the Government's Opposition to Walter A. Forbes' Third Trial Motion No. 3 via email on:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com

*Norman Gross/s*
NORMAN GROSS

Dated: April 13, 2006
       Camden, New Jersey