# EXHIBIT 1

BEAR, STEARNS & CO., INC.
LIBRARY

*File Copy*

# RECOMMENDATION FOLLOW-UP

## BEAR STEARNS

**EQUITY RESEARCH**

### CUC INTERNATIONAL (CU-28)

**Rating: Strong Buy**

| 52-Week Range | — Earnings Per Share — | | | — P/E — | | Div | Yield | Common Shares (MM) | Book Value/ Share | ROE 1993 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1993 | 1994E | 1995E | 1994E | 1995E | | | | | |
| $40-$19 | $0.77 | $1.00 | $1.30 | 28.1x | 21.6x | Nil | Nil | 117.2 | $2.79 | 40.2% |

Fiscal year ends in January of the following calendar year.

| Capitalization (4/30/94) | $ Mil | % |
|---|---|---|
| Long-Term Debt | 14.3 | 4.2 |
| Equity | 328.1 | 95.8 |
| TOTAL | 342.4 | 100.0 |

| | — Quarterly Earnings — | | |
|---|---|---|---|
| | 1993 | 1994E | 1995E |
| April | $0.17 | $0.23A | |
| July | 0.18 | 0.24 | |
| October | 0.20 | 0.25 | |
| January | 0.22 | 0.28 | |
| YEAR | $0.77 | $1.00 | $1.30 |



Courtesy of Mansfield Chart Service

*July 14, 1994*

### SUMMARY AND RECOMMENDATION

We continue to rate CUC International a strong buy. We are convinced, and continue to become even more so, that CUC's core direct marketing business remains a cash-generating machine and that it can grow EPS at a 30% rate over the foreseeable future. The company's recent announcement that its licensee has successfully expanded onto the European continent is a major positive. Additionally, we believe that CUC is the best-positioned player to benefit from the eventual emergence of interactive television shopping, where it has huge potential EPS upside without any of the near-term inherent technology investment risks.

Steven Kernkraut
(272-4305)

Pamela Schwartz
(272-5867)

GOVERNMENT EXHIBIT
Ex. 1400

Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167
(212) 272-2000

Any recommendation contained in the report may not be suitable for all investors. Moreover, although the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. Bear Stearns may make purchases and effect transactions, including transactions contrary to any recommendations herein, or have positions in the securities mentioned herein (or options with respect thereto) and may also have performed investment banking services for the issuers of such securities. In addition, employees of Bear Stearns may have positions and effect transactions in the securities or options of the issuers mentioned herein and may serve as directors of such issuers. Copyright 1994. All rights reserved by Bear, Stearns & Co. Inc.

Confidential Material Subject to Confidentiality Stipulation and Protective Order

2

Confidential Material Subject to Confidentiality Stipulation and Protective Order      BEAR 02238

CUC, trading at just $28, is, in our opinion, materially undervalued at just 28x our 1994 EPS estimate and at only 21.6x our 1995 EPS estimate, too steep a discount for a consistent 30% grower with upside surprise potential. We continue to believe that CUC should trade at a multiple at least in line with its growth rate, and have a 12-month target price of $40-$45.

**CUC HITS INTERNATIONAL PAYDIRT**

Our current EPS estimates do not reflect any potential benefit from either the international or the interactive businesses, and CUC appears to be on the brink of gaining material international revenue and profits. CUC began mailing solicitations for an enhanced checking account package with Banque Generale of Belgium, that nation's largest bank, and responses have already totaled in excess of 50,000 customers. We expect that they will peak in the 150,000-200,000 customer range. We believe that this, the first mailing on Continental Europe, could lead to a "domino" effect, whereby other large European banks will sign up CUC's services as a means to attract market share.

**COUNTERING THE BEARS**

We believe that CUC's stock should be a core holding in a growth stock portfolio and should be aggressively accumulated at current price levels. We believe that the bears in CUC's stock are off base, and we have taken the opportunity to specifically address the issues head on in the following pages.

**CORE BUSINESS FAR FROM SATURATED**

In attempting to analyze the penetration/saturation of CUC's core business, it is useful to view the business graphically. When comparing CUC's top-ten products with its top-50 clients (companies such as Citibank and Sears, to whose customers CUC markets its products) in a matrix, management has indicated that it has marketed to only 45% of the potential top-client/top-product combinations. For example, Citibank markets the travel service, but has not yet marketed Privacy Guard. Additionally, none of the top-product/top-client combinations are fully penetrated, and many offer further membership growth potential. An example of this is that Citibank offers its cardholders CUC AutoVantage product with a road and tow add-on service, but the current view is that CUC has not maxed out its potential penetration of Citibank's file for this service. We envision domestic membership growth of 10%-15% in individual and coupon channels over the next few years.

In comparing the company's current products, divided into 11 categories, with its current distribution channels, one can see that it is only cross-marketing to 38% of the potential combinations. The inclusion of test marketing plans brings the percentage to only 53% of the possibilities (see the following table).

3

Confidential Material Subject to Confidentiality Stipulation and Protective Order        BEAR 02239

| | Large Banks | Retail | Oil | Small Banks & S&Ls | Credit Unions | Airlines & Hotels | Interactive | Charities | Schools | Direct | Vacation Owners | New Channels |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shopping | x | x | x | x | x | | x | t | | t | x | |
| Dining | x | x | x | | | x | x | | | | t | t |
| Auto | x | x | x | x | x | | x | | | x | x | t |
| Travel | x | x | x | x | x | | x | x | | x | x | t |
| Home | x | x | x | | | | | | | | | |
| Health | x | t | x | | | | | | | | | |
| Privacy | x | x | x | | t | | | | | | | |
| Entertainment | x | x | | t | x | | | x | x | x | t | t |
| Enhancements | x | | x | x | x | | | | | | t | |
| New Services | t | t | | t | t | | | t | t | | | |

Key: x = existing service; t = testing

Additionally, new products such as the recently unveiled Pet Privilege product are continuously tested and can be rolled out to all potential distribution channels. Furthermore, many large credit card files (the GM card is but one example) remain untapped, and potential customer lists outside of credit card files exist which CUC has not yet targeted. These might include consumer groups, such as the American Association of Retired Persons, or other services, such as ADP's payroll files.

On the Entertainment book side, we believe that distribution could double over the next five years, and the Sally Foster/Gold C distribution could triple over the next five years as the two education channel product groups' newly combined sales force kicks in.

**RENEWAL RATES HAVE NEVER BEEN HIGHER**

A happy CUC member is essential for the CUC formula to work, and CUC has focused on maintaining a consistently healthy 65%-70% renewal rate in its individual membership. CUC focuses on service and on providing values as its cornerstone to assure renewals. We should point out that the actual percentage of happy customers is higher than 70%, since 10%-15% of the current members may not be active or eligible cardholders on the host bank's card file at the time of renewal, so CUC's actual "happy customer" index could be closer to 80%-85%.

CUC's management has indicated that usage in both the travel and shopping services, two of CUC's largest (which, combined, represented more than 40% of CUC's revenues in 1993), are increasing. In the latest quarter, travel usage was approximately 60% of the membership. Furthermore, approximately one-third of the shopping members are purchasing from the service, and a much higher percentage of the membership uses the service for informational purposes.

4

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02240

CUC's goal is not to grow sales, but rather to expand into new markets and to fully penetrate existing ones, yielding happy members who renew year after year. Because the company generates revenues predominantly through membership and service fees, actual product sales are not its primary focus, but are, instead, an incremental benefit CUC receives as a complement to its membership services. Memberships become more profitable once the members renew, and a large percentage of the fees paid by multiyear members flows directly to the bottom line.

**TOP-LINE GROWTH OF 18% IS SUSTAINABLE**

We believe that 18% revenue growth is sustainable, based upon 10%-12% in membership growth, 2%-3% growth in transaction fees, 1%-2% in rate/price increases, and 1%-2% growth in the mix change, in favor of higher-priced individual/coupon memberships. Additionally, CUC is testing new products with higher prices than it has ever offered ($59 per year versus the standard $49). CUC operates its memberships with the goal of maximizing the net present value of a member. If a higher fee structure with slightly lower near-term renewal rates accomplishes this goal, we would expect CUC to roll out that type of fee arrangement.

Total membership grew 12% in fiscal 1993, with revenue growing 18.5%. Individual memberships grew 12%, wholesale memberships by 5%, and discount coupon 18%. In 1993 CUC is testing higher-priced products such as the AutoVantage Gold membership, which offers broader services than its regular auto product. Management has indicated that this new product is selling well. This growth continued into first-quarter 1994, during which individual membership grew to 14 million, wholesale membership to 8.1 million, and discount channel members to 9.5 million. We expect membership to grow to 33.6 million by the end of 1994, and to 37 million by the end of fiscal 1995 (as indicated in Table 2).

**Table 2.**
**CUC International — Membership by Channel, 1992-95E (in millions)**

| Channel | 1992 | 1993 | 1994E | 1995E |
|---|---|---|---|---|
| Individual | 12.3 | 13.7 | 15.0 | 16.5 |
| Wholesale | 7.4 | 7.8 | 8.0 | 8.5 |
| Discount | 7.9 | 9.4 | 10.5 | 12.0 |
| TOTAL | 27.6 | 30.9 | 33.6 | 37.0 |

Source  Company data and Bear Stearns estimates

**MARGINS SHOULD CONTINUE TO EXPAND**

CUC's operating income as a percentage of sales has been increasing for as long as we've been following the company, and we see no reason for this trend to falter. The following three key factors drive the expanded margins:

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02241

- CUC's entertainment channel has 20%-plus margins, and it is increasingly becoming a very important segment for the company.

- Renewals on CUC's individual membership channels provide operating margins in excess of 50%, and they too are becoming an increasingly larger portion of the individual member mix.

- Price increases and transaction fee revenues from some services continue to propel expanding margins.

**CORE BUSINESS HAS LITTLE MEANINGFUL COMPETITION**

Although a small percentage of the services that CUC offers are in competition on a small level (some credit card service companies offer card protection services, and local dining or coupon books exist in some markets), this competition is not meaningful for the scale on which CUC operates. Furthermore, CUC has acquired the large majority of companies that fit its operating strategy, and has the capability to continue to acquire companies that represent a strategic fit with its business lines.

Some concerns have been raised over the potential competition to CUC's interactive television home shopping offering, as many players in the existing broadcast/cable format of home shopping or other direct marketers have announced plans to offer interactive television home shopping services once the technology becomes available. We believe that CUC has at least a two-year head start on these potential competitors, as its service is already up and running (and will be offered on both of the important interactive television tests scheduled for end of 1994), while potential competitors have yet to develop theirs. CUC's strong vendor relationships, which have been built and nurtured over the last 20 years, should also prove to be a barrier to entry for potential entrants into this new field.

**INTERACTIVE TELEVISION IS THE ICING ON THE CAKE**

Although the technology issues of interactive television (e.g., server hardware and software, digital compression, signaling standards, channel capacity, fiber versus coaxial cable) may take years to be resolved, little doubt exists that the convergence of television and computing into interactivity will eventually become the standard. All of the important players in communications and entertainment are either experimenting in this new field or diving in head first. The first major tests of interactive television begin in Orlando (Time Warner) and Castro Valley, California (AT&T and Viacom) in November 1994. Early results of these tests as to consumer usage and pricing preferences should be available in mid-1995, and are likely to be used as a barometer for the widespread rollout of interactivity. The possibility remains that these tests could be delayed beyond November 1994 or that their nearer-term scope is somewhat more limited than currently planned; however, we remain convinced that the move toward interactive television is inevitable.

Even if we assume that interactive television will not be in place for at least another five years, CUC's core business can still grow at a 30%-plus rate without interactive television home shopping. Remember, our EPS estimates

6

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02242

assume no benefit from either international expansion, which is currently starting, or interactive computer network services, which are also beginning to expand. Thus, even if interactive television is not a 1995 event, but rather a 2000 event, we still believe that CUC is a stock growth investors should own.

Should the standard become interactivity via personal computer or via some other narrowband means (e.g., America On-Line), CUC is well prepared, as its systems are technology-neutral and will work on any technology platform. The personal computer services such as America On-Line, Prodigy, and CompuServe should become more user-friendly beginning this summer, and could be a boon to CUC's business. The company could also enter the CD-ROM distribution channel if narrowband or broadband (interactive television) do not meet expectations.

**CUC IS CASH-GENERATING MACHINE**

Our projections call for CUC to generate operating cash flow of approximately $203 million in 1995 and to have almost $450 million in cash on its balance sheet by the end of that fiscal year! On this basis, CUC is extremely inexpensive on a multiple of cash flow basis, trading at 13.9x our operating cash flow estimate of $1.94 per share, pretax, in 1994 and at 10.8x our operating cash flow estimate of $2.50 per share, pretax, in 1995 (see Table 10). With this cash, CUC could easily accomplish strategic acquisitions or initiate a stock buyback program. We believe that its first priority is to continue to acquire companies that fit its existing niche and that it would only buy back stock as a secondary alternative.

**MORE KEY EVENTS OVER NEXT 12 MONTHS**

- **CUC International Recently Announced that It Has Signed Up Its First European bank, Banque Generale of Belgium.** In the first weeks of customer solicitation, more than 50,000 members signed up, a very strong response rate. *We believe that the signing of the first European bank could have a "domino" effect, causing other European banks to sign on with CUC as a means to increase their revenues.*

  CUC has the option to acquire its European operations at any time after it becomes profitable, for a very attractive price. We believe that, with the signing of Banque Generale, profitability is a near-term prospect and that CUC will make the acquisition by the end of the year.

- **CUC and Home Shopping Network Have Created a Private-Label Version of CUC's Travel Service that Will Be Marketed to HSN Customers Beginning This Month.** HSN's customer list totals more than 23 million names, and we believe that the Home Shopping Travel Club product could eventually be marketed on HSN's television shopping channels and that CUC could expand its offerings to HSN customers to other CUC services, such as auto and dining.

- **Interactive Television Tests Are Proliferating.** CUC recently announced that it will participate in an interactive test of Intel's CableLink technology, run by that company. This technology is capable

7

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02243

of delivering high-speed data and full-motion video into the home via the personal computer, effectively turning the personal computer into a kind of television. The test will include services such as CUC's shopping service. We believe that this is a very positive move in the development of the information superhighway and is a positive move for CUC. PC-based consumer services are growing rapidly, and the ability to deliver faster, more graphic presentations via CableLink technology can only enhance the usability of such services and the revenue potential to CUC.

As none of the agreements CUC has signed are exclusive, it could also announce its participation in other tests.

- **CUC Has New Front-end Screens for Access to Its Service via America On-Line (to Be Introduced in the Summer of 1994).** These will be much more user-friendly and should be marketed aggressively to attract more customers to its service via this important new channel.

- **CUC Will Offer Services of More than 30 Retailers as Part of Its Interactive Television Tests This Fall.** The company announced the names of its retailer/vendor partners in this test at the National Cable Television Association show in New Orleans in late May. They are: 800-FLOWERS, 800-GIFTHOUSE, Discount Shoe Warehouse, Athletic Supply, Barnes & Noble, Beautiful Visions, Central Seaway, Collectors' Choice Video, Critics' Choice Video, Cuddledown of Maine, Drs. Foster & Smith, FTD Direct, Garrett Wade Co., Green Mountain Coffee Roasters, Hanover Direct (whose catalogs include Domestications, Colonial Garden/Kitchen, Essence by Mail, Gumps, Hanover House, International Male, Kitchen & Home, Mature Wisdom, Safety Zone, Silhouettes, Simply Tops, Tapestry, The Company Store, Tweeds, and Undergear), Home Decorators, International Coin & Currency, Jos. A. Bank Clothiers, Kristi's by Overton's, Lenox Collections, Noah's Animals, Overton's Water Sports, Overton's Boating Accessories, Paul Fredrick, PC Flowers, Puritan's Pride Vitamins, Renovators Supply, Right Start, Ross-Simons, Sara Lee Direct, SelfCare, Wine Enthusiast Companies, and Yield House.

- **CUC Will Offer American Airlines Coupons in This Year's Entertainment Books.** These coupons offer up to $600 off the lowest available fare on eight coach tickets on American. These coupons differ from ordinary airline coupons, which generally offer discounts only on full coach fares, and could be a significant boon to this business. The Entertainment Books will also feature four discount coupons for Red Lobster restaurants, the most requested restaurant in the U.S.

**VALUATION AND EARNINGS OUTLOOK**     CUC shares are trading at 28.1x our 1994 EPS estimate of $1.00 and at only 21.6x our 1995 EPS estimate of $1.30, or at a significant discount to the company's core EPS growth of 30%-plus. We see the opportunity for upside to our earnings estimates, due to several factors: 1) response rates from CUC's direct mail offerings are running at higher-than-expected levels; 2) its insurance products are benefiting from lower death rates; 3) the expansion

8

of the European business; and 4) growth in products sold through education channels (such as Sally Foster) seems to be accelerating.

The following table details CUC's valuation (based on its price/earnings ratio) compared with several home shopping/direct marketing peers. While CUC's P/E ratio is the highest of the group, it also has the highest growth rate (and therefore deserves its multiple premium).

**Table 3. CUC International Comparative Valuation**

| Company | Price* | EPS 1995E | P/E 1995E | Long-term Growth Rate |
|---|---|---|---|---|
| CUC International | $28.13 | $1.30 | 21.6x | 30% |
| Fingerhut | $25.75 | $2.00 | 12.9x | 15% |
| Home Shopping Network | $12.38 | $0.90 | 13.8x | 25% |
| QVC Network | $42.00 | $1.95 | 21.5x | 20% |
| Spiegel | $18.25 | $1.01 | 18.1x | |
| Average | | | 16.5x | |

* Priced as of July 13, 1994.

Source: Bear Stearns and First Call estimates

Because the shares of high-growth retailers are often accorded a premium valuation, we have analyzed CUC's valuation in comparison with a selection of these retailers, as well. The following table details this analysis:

**Table 4. CUC International Comparative Valuation II.**

| Company | Price* | EPS 1995E | P/E 1995E |
|---|---|---|---|
| CUC International | $28.13 | $1.30 | 21.4x |
| Bed, Bath & Beyond | $30.75 | $1.04 | 29.6x |
| Bombay Company | $14.13 | $0.76 | 18.6x |
| Home Depot | $43.13 | $1.70 | 25.4x |
| Williams-Sonoma | $32.75 | $1.44 | 22.7x |
| Average | | | 24.1x |

*Priced as of July 13, 1994.

Source: Bear Stearns and First Call estimates

In comparison with these high-growth retailers, CUC is trading at a 10% discount to the group average, while its growth rate is in line with — and has the potential to exceed — the group's.

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02245

Our 12-month price target of $45 assumes multiple expansion to the 35x level, which we believe is warranted given the company's 30%-plus core growth rate and the benefits which we expect from interactivity and from international opportunities.

**FINANCIAL ASSUMPTIONS**

Our EPS estimates of $1.00 in 1994 and $1.30 in 1995 assume continued growth in CUC's core business, and do not include *any* incremental revenues or profits from either interactive television or international ventures. We believe it is possible that CUC could begin to see the benefits of either, or both, of these new businesses; however, we prefer to take the conservative tack and value the company based solely on the prospects of its core business. We would view gains from both interactive and international as icing on an already sweet cake.

Our earnings estimates are based on a number of assumptions about the growth of the company's membership and costs. We are projecting membership growth from 30.9 million members in 1993 to approximately 33.6 million in 1994 and 37 million in 1995. We believe that renewal rates will approximate 69% for individual memberships and 98% for wholesale memberships. We see membership costs, servicing costs, and acquisition costs increasing in line with the growth in memberships, and see revenue growth in the 17%-18% range. (Full details of our data assumptions can be found on Tables 7-8 at the end of this report.)

**BACKGROUND**

CUC is an amalgamation of products and services broken out by channel of distribution. The following table gives a brief overview of these products broken out by sector:

10

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02246

Table 5 CUC International
Product Data by Channel

| Product | Description | 1993E Sales ($ in millions) | Percent of Total | 1994E Sales ($ in millions) | Percent of Total |
|---|---|---|---|---|---|
| INDIVIDUAL CHANNEL | | | | | |
| Comp-U-Card | | | | | |
| Shoppers Advantage | Phone-based discount shopping service with over 25,000 brand-name products | 164 | 19% | 182 | 18% |
| Travelers Advantage | Full service discount travel agency | 188 | 21% | 207 | 20% |
| AutoVantage | Nationwide dealer network, emergency service, maintenance discounts | 99 | 11% | 110 | 11% |
| Premier Dining | Discount dining service, over 9,000 restaurants in 90 major cities | 45 | 5% | 53 | 5% |
| Other Services | | | | | |
| Buyers Advantage | Two-year extensions on manufacturer's warranties | | | | |
| Interval International | Timeshare vacation exchange | | | | |
| ComputerHome | Home improvement catalog, how-to guides, national database of contractors | | | | |
| HealthSaver | Discounts on health-related products and services, dental discount network | | | | |
| PrivacyGuard | Provides access to credit bureau, social security, and medical information | | | | |
| Total other services | | 23 | 3% | 43 | 5% |
| Total Comp-U-Card | | 519 | 59% | 597 | 59% |
| Insurance Products | | | | | |
| Benefit Consultants, Inc. (BCI) | Accidental death & dismemberment insurance, Customer Appreciation program | | | | |
| National Card Control, Inc. (NCCI) | Markets enhancement programs to credit card issuers | | | | |
| Total Insurance Products | | 86 | 10% | 92 | 9% |
| TOTAL INDIVIDUAL | | 605 | 69% | 689 | 67% |
| WHOLESALE CHANNEL | | | | | |
| BCI Credit Union | Third-party administrator of AD&D insurance, markets You're #1 program | 30 | 3% | 35 | 3% |
| FISI*Madison | Markets a variety of checking account enhancement packages to banks | 90 | 10% | 83 | 8% |
| TOTAL WHOLESALE | | 120 | 14% | 128 | 12% |
| DISCOUNT COUPON CHANNEL | | | | | |
| Entertainment Books | Local discount coupon memberships in over 118 markets worldwide | 125 | 14% | 153 | 15% |
| Sally Foster Gift Wrap/Gold C | Gift-wrapping programs and discount coupon books for the youth market | 25 | 3% | 87 | 9% |
| TOTAL DISCOUNT COUPON | | 150 | 17% | 210 | 20% |
| TOTAL COMPANY | | 875 | 100% | 1027 | 100% |

Source: Bear Stearns estimates

In the following sections, we have detailed the latest developments and current state of business at each of CUC's segments.

*Core Business*

Individual membership services such as Shoppers Advantage and Travelers Advantage continue to enjoy steady growth, while newer services such as AutoVantage have more robust growth. Individual memberships currently total more than 14 million, and CUC added more than 1.4 million new members during 1993. In the first quarter of 1994, CUC added 325,000 members. Wholesale membership services such as FISI*Madison Financial, which provides checking account enhancement programs to over 6,000 banks and the BCI Credit Union, are demonstrating strong performances, and discount coupon programs such as Entertainment Publishing and Sally Foster are experiencing strong sales.

Confidential Material Subject to Confidentiality Stipulation and Protective Order        BEAR 02247

### *Individual Memberships*

Individual membership grew 12% in 1993, to 13.7 million, and we believe that this channel can grow in the 10%-15% range for the foreseeable future via cross-marketing its products through all of its customer channels. As previously discussed, CUC is only cross-marketing 45% of its top-product/top-client combinations, and we believe that new products and new clients provide further opportunities for membership growth. Our assumptions call for individual memberships to surpass 15 million at year-end 1994 and 16.5 million by the end of 1995. We continue to expect renewal rates to remain at around 68%-70%.

Usage of individual services (shopping and travel) is on the rise, with travel seeing 60% usage and one-third of all shopping members purchasing products via the service. CUC's long relationships with its extensive vendor network and huge membership base allow it considerable leverage with those vendors (enabling it to offer member prices far below retail or other discounted prices on its shopping service, for example).

CUC is testing higher-priced "gold" services in its AutoVantage program, for example. Such services could easily be configured for other membership programs and would be beneficial to CUC's top-line growth. Management has indicated that it has seen little resistance to the higher-priced service ($59 versus a regular price of $49) and that the AutoGold product is doing well. Management also has indicated that it is in the process of rolling out a new individual membership service called Pet Privilege, which will provide pet owners with discounted pet-related products and services.

BCI, which provides accidental death and dismemberment insurance, is seeing explosive growth, and should benefit from lower expenses due to lower death rates.

**KIOSKS IN RETAILERS SUCH AS CALDOR PROVIDE NEW MEANS TO ACQUIRE MEMBERS**

CUC is testing its travel service in manned kiosks in Caldor stores, its first test of the product in a retail environment. Response to the test has been strong: Caldor has indicated that it reaps its highest sales-per-square-foot at the CUC kiosks. These tests provide CUC with increased membership at a lower cost than direct marketing the product would yield.

### *Wholesale Memberships*

Wholesale membership grew from 7.38 million in 1992 to 7.75 million in 1993, and we anticipate that this channel will continue to grow in the 5% range. Our estimates for 1994 and 1995 are 8.09 million and 8.52 million, respectively. We continue to expect renewal rates in the 98% range. The catalyst for growth in the wholesale channel is the BCI Credit Union, one of the largest and fastest growing third-party administrators of accidental death and dismemberment insurance in the nation. BCI Credit Union should benefit from the same favorable expense trends as BCI. We expect this channel to continue to benefit from the growth of the BCI Credit Union product.

---

12

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02248

*Discount Coupon Memberships*

Entertainment Publishing currently publishes five million books in 110 markets and is expanding. A revitalized sales force has brought new life to this 1992 acquisition, and we expect the entertainment business to continue to grow. As its margins are higher than the company average (around 20%), we expect the growth of this product to have a favorable impact on the bottom line.

This year's Entertainment Books will offer coupons off the lowest coach fare available on American Airlines, an offer which we consider to be a breakthrough for this business. Most airline coupons offer discounts only on full coach fares, and these coupons, whose value is $600, represent a significant plus to the business.

A new Entertainment book will be tested in a few markets this year, and will be given free to consumers that purchase the existing book. The new book will provide discount offers to local retail establishments, as opposed to the original Entertainment book's core dining discount offers. The book will be provided free to consumers, but CUC will generate revenue by selling ad space to the local retailers.

Sally Foster/Gold C was recently combined into one operating unit with one sales force. This move significantly streamlines the sales force, and as both products are marketed through educational channels (primarily schools), the "muscle" of the combined sales force is considerably stronger. As the school sign-ups continue to grow, we see a greater contribution from these products.

*International*

CUC International's European licensee recently signed up its first European bank, Banque Generale of Belgium, and has begun mailing to the bank's customers in early June. This is a strongly positive announcement for CUC, and one that we have been anticipating for quite some time. CUC is selling to Banque Generale a combination of services that include shopping, insurance, travel and security products, and services that the bank then sells to its account holders as an enhanced checking account. The bank pays CUC, which has no marketing costs in the account acquisition stage, a flat fee per customer per month. The typical revenue per customer per month to CUC in the United States is in the $1.10-$1.20 range and CUC's management has indicated that the expected revenue in Europe is higher than the U.S. range.

In the first weeks of customer solicitation, more than 50,000 members signed up, a very strong response rate. We believe that CUC will see major strategic benefits from this action which should propel International's contribution to CUC's future earnings:

- Banque Generale alone could generate up to 200,000 members, which translates into an estimated $4 million in incremental revenues to CUC.

---

13

---

Confidential Material Subject to Confidentiality Stipulation and Protective Order          BEAR 02249

- We believe that the signing of the first European bank could have a "domino" effect, causing other European banks to sign on with CUC as a means to increase their revenues.

- There are no existing Europe-based competitors.

CUC has the option of acquiring its European operations at any time after it becomes profitable, for a very attractive price. We believe that, with the signing of Banque Generale, profitability is a near-term prospect and that CUC will make the acquisition by the end of the year.

### Interactive Services

We believe that interactive television is on the horizon and could reach critical mass as early as 1998. We foresee interactive television home shopping becoming a $100-$150 billion industry over the next decade, and believe that CUC is uniquely positioned to benefit from the growth of this industry. While our projection of the $100-$150 billion industry size may seem aggressive to some, we believe it may prove conservative. We believe that interactive television home shopping will replace the $50-$70 billion catalog industry and will secure a 5%-10% piece of traditional retail sales over the next ten years.

Interactive television shopping is better than broadcast/cable television home shopping, because it allows customers to quickly find the item or category of product of interest; to compare features, styles, and prices of various products; and to purchase the item, all at the touch of a remote-control button. In other words, it puts the consumer in control. An example of the usefulness and user-friendliness of this format of home shopping is CUC's Travel Advantage service, which, among other CUC offerings, is being adapted to interactive television and loaded with full-motion digital video images of hotels (room types, lobbies, golf courses, beach fronts, etc.), tourist spots, and all types of information a consumer requires before booking a vacation. These services are currently unavailable, even through a travel agent! Imagine planning your next vacation with the ability to peruse various hotels; to check out the individual rooms' sizes, decorations, view from the window, and pool and/or beach areas; and to then being able to choose the rooms in your price range and book the trip — from airline reservations through tour packages — right from your living room! The power of such a service would be the incredible time savings for today's busy Americans. For these reasons, we think interactive TV home shopping will appeal to a wider audience than the current TV home shopping formats.

The key to the success of interactive home shopping is that it be user-friendly, easy enough so that anyone who can use a television remote control would be able to shop interactively. It must also be entertaining. As we all know, consumers need to be prodded and nurtured, and want to enjoy how they spend their money. Just as the great mall retailers are constantly trying to show new merchandise, store designs, promotions, celebrities, and

14

Confidential Material Subject to Confidentiality Stipulation and Protective Order          BEAR 02250

gimmicks, we expect interactive home shopping will need to rely on some of the same tricks of the trade.

We believe that our $100 billion target market size is not only achievable over the next ten years but also that it may prove conservative. We see the interactive television home shopping industry completely usurping the catalog industry and also taking a 5%-10% clip off of regular retail sales (which are currently almost $600 billion and should top $1 trillion in ten years). With the growth of GAF sales over the next ten years, and the proliferation of new home shopping channels and technological advancements, we believe that it is would not be a difficult task for the interactive television home shopping industry to reach and surpass the $100 billion mark.

Those companies that are already participating in the TV home shopping market, such as QVC and Home Shopping Network, will most likely convert their offerings format from broadcast/cable to interactive as the technology gains critical mass. CUC International is the only player currently offering interactive services and the one that is best positioned to succeed as the new and huge industry begins on its explosive growth track. It has the vendor networks, consumer database, marketing expertise, and operational interactive services. Moreover, CUC is the only such company included in both Time Warner's and AT&T/Viacom's interactive television tests, the only major interactive shopping tests announced to date.

In order for a company to succeed in interactive television shopping long-term, it must possess some essential ingredients. We believe that those ingredients include the following:

- **Access to Homes** — either via cable or fiber-optic telephony.

- **Distribution Capabilities** — the ability to get ordered merchandise to the customer quickly and inexpensively.

- **Telephone Order Fulfillment Capabilities** — the ability to handle huge order flows.

- **A Vendor Network** — relationships with all key merchandise vendors.

- **Direct Marketing Expertise** — the ability to target and effectively communicate with prospective buyers, turning them into customers.

- **An Existing Customer Base** — a base of satisfied customers and detailed data on their buying behavior and purchase patterns.

- **Economies of Scale** — the size and ability to leverage costs is critical.

The table that follows delineates which of the ingredients for success are possessed by each of the major players in this industry.

Confidential Material Subject to Confidentiality Stipulation and Protective Order          BEAR 02251

**Table 6.**
**Comparison of Major Players' Keys for Success in Interactive Television Home Shopping**

| Requirement | CUC | HSN | QVC | FHT | SPGLA |
|---|---|---|---|---|---|
| Access to Homes | TWX, Viacom | Liberty Media | Liberty Media | TWX, Continental | TWX |
| Distribution Capability | Yes | Yes | Yes | Yes | Yes |
| Telephone Fulfillment | Yes | Yes | Yes | Yes | Yes |
| Vendor Network | Yes | Limited | Limited | Limited | Limited |
| Direct Marketing Expertise | Yes | Limited | Limited | Yes | Yes |
| Customer Base | Yes | Yes | Yes | Limited | Limited |
| Economies of Scale | Yes | Limited | Limited | Limited | Limited |

Source: Bear Stearns estimates.

The first test of interactive television, complete with home shopping services provided by CUC, should begin in the latter part of 1994. It is important to note that the delay in the start-up of the Time Warner Full Service Network test in Orlando, Florida (announced early this year) should not in any way affect CUC. Management has indicated that its service had been scheduled to debut on the Network in November during what was then phase two of the test; since the delay, CUC has been moved into the first phase and will still be launched in November. Even if the currently scheduled November 1994 launch of interactive tests were to be delayed into 1995, we remain convinced that investors should use these moments of market volatility as buying opportunities in CUC stock.

As we see it, CUC is in the catbird's seat of the interactive home shopping opportunity. Its interactive system is already developed and is compatible with any hardware and software that exists today. We think that this was the reason Time Warner and AT&T/Viacom chose CUC as the shopping service for their respective interactive TV tests. CUC has three key features that none of the other shopping services can offer, which we think make it an almost risk-free option for cable and telecommunications operators: 1) its already established infrastructure; 2) its existing merchandise network with value prices, and 3) its expertise in marketing directly to the consumer.

On-line services are growing rapidly. Interactive on-line networks have enjoyed tremendous growth over the past six months. Their hosts (America On-line, CompuServe, and Prodigy, as well as GEnie and The ImagiNation Network, to name a few) have become more user-friendly, aided by the

16

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02252

increased availability and affordability of high-speed modems. The growing popularity of this distribution channel and CUC's more-user-friendly front-end screens, which should become available this summer, could help it become a more important source of interactive home shopping in the future. The growth in on-line services could greatly benefit CUC, which is the only shopping service available on these networks today. CUC's management has adapted its consumer services, such as shopping and travel, for use on computer screens. Its ability to sell its services into new areas such as on-line computer networks should enable it to greatly expand its membership roster and revenue base.

**FIRST-QUARTER HIGHLIGHTS**

CUC International reported a strong first quarter of 1994, with EPS coming in at $0.23 versus $0.17, ahead of our $0.22 expectation. Revenues were in line with our expectations, but the company was able to achieve better leverage of its expenses than we had been expecting. Membership growth and usage rates continue to be strong, and consumer response to new products and services remains encouraging.

Overall memberships increased by 700,000 in the first quarter of 1994 (325,000 in the individual channel, 300,000 in the discount channel, and 75,000 in the wholesale channel). Customer usage of the shopping and travel services, two of CUC's largest, is on an increasing trend: Management has indicated that travel is seeing usage rates of approximately 60% and that approximately one-third of the shopping members are making purchases (and information calls are significantly higher than that level). Deferred membership income was down approximately $1.5 million, which was expected, and is a seasonal issue based on the strong fourth-quarter Entertainment book business.

The following are highlights of CUC's first-quarter results:

- Total revenues were $244.86 million, up 18% from a year ago.

- Operating, marketing, and general and administrative expenses were all down as a percent of sales versus a year ago. Operating expenses fell from 27.7% of sales to 27.4%; marketing from 40.8% to 40.1%, and G&A from 15.7% to 14.6% of sales. Operating income rose 200 basis points as a percent of sales, or to $43.6 million from $31.2 million last year. Contributing to these results were lower costs associated with the BCI accidental death insurance business, higher renewal rates in the individual channel, and an increase in Entertainment memberships, which carry higher margins.

- The company continues to benefit from lower interest costs, a result of the rollover of zero coupon convertible notes. Interest expense was down to $170,000 from $1.25 million in last year's first quarter.

17

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02253

- The tax rate was 38.5%. Net income was $26.6 million, up 39.5% from a year ago. EPS grew 32.4% on more shares outstanding (117.2 million versus 111.2 million).

Companies mentioned:

AMR Corp. (AMR-62)
AT&T (T-53)
Barnes and Noble (BKS-25)
Bed, Bath & Beyond (BBBY-31)
Bombay Company (BBA-14)
Caldor Corp. (CLD-30)
Citicorp§ (CCI-40)
Fingerhut Companies (FHT-26)
General Motors§ (GM-52)
Hanover Direct (HNV-4 ⁹/₁₆)

Home Depot (HD-43)
Home Shopping Network† (HSN-12)
Intel Corp.* (INTC-62)
Jos. A. Bank Clothiers (JOSB-7¼)
QVC* (QVCN-42)
Right Start (RTST-4 ¼)
Sears (S-47)
Spiegel (SPGLA-18)
Time Warner§ (TWX-35)
Viacom (VIA-36)
Williams-Sonoma (WSGC-33)

- Bear, Stearns & Co. is a market maker in the security of this company and may have a long or short position in the security.

§ Within the past three years, Bear, Stearns & Co. Inc., or one of its affiliates was the manager (co-manager) of a public offering of securities of this company and/or has performed other banking services for which it has received a fee.

† Bear, Stearns & Co. is associated with the specialist in the stock or options of this company. That specialist (a) makes a market in a security; (b) may have a long or short position in the security; and (c) may be on the opposite side of public orders executed on the floor of the exchange.

18

Confidential Material Subject to Confidentiality Stipulation and Protective Order.        BEAR 02254

Table 7.
CUC International
Earnings Model
($ in millions)

| | | | Fiscal Year | | | | |
|---|---|---|---|---|---|---|---|
| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994E | 1995E |
| **Revenues** | | | | | | | |
| Membership & Svc fees | $445.50 | $543.22 | $641.29 | $738.95 | $875.03 | $1,027.01 | $1,181.06 |
| Other | 2.61 | 2.75 | 2.97 | 3.33 | 4.29 | 6.16 | 9.75 |
| Total Revenues | 448.11 | 545.96 | 644.26 | 742.28 | 879.32 | 1033.17 | 1190.81 |
| **Expenses** | | | | | | | |
| Operating | 124.78 | 144.23 | 170.90 | 196.87 | 242.23 | 289.99 | 340.45 |
| Marketing | 200.19 | 246.03 | 288.42 | 328.39 | 356.54 | 404.75 | 450.25 |
| General & Admin | 77.47 | 88.91 | 98.45 | 108.68 | 132.97 | 148.27 | 159.09 |
| Total Operating Costs & Expenses | 402.45 | 479.16 | 557.77 | 633.93 | 731.74 | 843.01 | 949.79 |
| Operating Income | 45.67 | 66.80 | 86.48 | 108.35 | 147.58 | 190.16 | 241.02 |
| Interest | 17.36 | 20.02 | 15.98 | 8.73 | 4.76 | -1.33 | -10.00 |
| Amort of deferred finan costs | 4.31 | 4.63 | 4.63 | 3.51 | 0.63 | 0.36 | 0.10 |
| Pre-tax income | 24.00 | 42.15 | 65.87 | 96.10 | 142.20 | 191.13 | 250.92 |
| Extraordinary charge (a) | | | 20.74 | | | | |
| Income taxes | 9.64 | 16.26 | 25.75 | 37.26 | 54.82 | 74.03 | 95.35 |
| Net income before extraord chg | 14.36 | 25.89 | 40.12 | 58.84 | 87.37 | 117.10 | 155.57 |
| Net income after extraord chg | 14.36 | 25.89 | 19.39 | 58.84 | 87.37 | 117.10 | 155.57 |
| Shares outstanding | 95.11 | 98.78 | 101.59 | 104.57 | 114.13 | 117.65 | 119.50 |
| Earnings per share before extraord chg | $0.15 | $0.26 | $0.39 | $0.56 | $0.77 | $1.00 | $1.30 |
| Earnings per share after extraord chg | $0.15 | $0.26 | $0.25 | $0.56 | $0.77 | $1.00 | $1.30 |
| **As a % of sales** | | | | | | | |
| Operating | 27.8 | 26.4 | 26.5 | 26.5 | 27.5 | 28.1 | 28.6 |
| Marketing | 44.7 | 45.1 | 44.8 | 44.2 | 40.5 | 39.2 | 37.8 |
| General & Admin | 17.3 | 16.3 | 15.3 | 14.6 | 15.1 | 14.4 | 13.4 |
| Operating Income | 10.2 | 12.2 | 13.4 | 14.6 | 16.8 | 18.4 | 20.2 |
| Pre-tax income | 5.4 | 7.7 | 10.2 | 12.9 | 16.2 | 18.5 | 21.1 |
| Net income before extraord chg | 3.2 | 4.7 | 6.2 | 7.9 | 9.9 | 11.3 | 13.1 |
| Tax rate | 40.2 | 38.6 | 39.1 | 38.8 | 38.6 | 38.7 | 38.0 |
| **Year-over-year % change** | | | | | | | |
| Revenue | | 21.8 | 18.0 | 15.2 | 18.5 | 17.5 | 15.3 |
| Operating | | 15.6 | 18.5 | 15.2 | 23.0 | 19.7 | 17.4 |
| Marketing | | 22.9 | 17.2 | 13.9 | 8.6 | 13.5 | 11.2 |
| General & Admin | | 14.8 | 10.7 | 10.4 | 22.4 | 11.5 | 7.3 |
| Operating Income | | 46.3 | 29.5 | 25.3 | 36.2 | 28.9 | 26.7 |
| Pre-tax income | | 75.6 | 56.3 | 45.9 | 48.0 | 34.4 | 31.3 |
| Net income before extraord chg | | 80.3 | 55.0 | 46.7 | 48.5 | 34.0 | 32.9 |
| Earnings Per Share before extraord chg | | 73.6 | 50.1 | 43.3 | 35.8 | 30.0 | 30.8 |
| Number of members (total) | | 22,600 | 25,100 | 27,590 | 30,850 | 33,600 | 37,020 |

(a) Reflects one time charge attributable to merger with Entertainment Publishing

19

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02255

Table 8.
CUC International
Earnings Model
($ in millions)

| 14-Jul-94 | 1990 | Fiscal Year 1991 | 1992 | 1993 | 1994E | 1995E |
|---|---|---|---|---|---|---|
| **DATA ASSUMPTIONS** | | | | | | |
| **Membership by Channel** | | | | | | |
| Individual - Renewal | | 6.22 | 7.24 | 8.40 | 9.46 | 10.50 |
| New | | 4.43 | 5.03 | 5.30 | 5.55 | 6.00 |
| Total | 9.14 | 10.65 | 12.27 | 13.70 | 15.01 | 16.50 |
| Wholesale -Renewal | | 6.50 | 6.87 | 7.23 | 7.59 | 8.00 |
| New | | 0.51 | 0.51 | 0.52 | 0.50 | 0.52 |
| Total | 6.63 | 7.01 | 7.38 | 7.75 | 8.09 | 8.52 |
| Discount | 7.00 | 7.45 | 7.95 | 9.40 | 10.50 | 12.00 |
| Total | 22.77 | 25.10 | 27.60 | 30.85 | 33.60 | 37.02 |
| **Renewal Rate By Channel** | | | | | | |
| Individual | 68% | 68% | 69% | 69% | 69% | 69% |
| Wholesale | 98% | 98% | 98% | 98% | 98% | 98% |
| **Membership Cost By Channel (Per Customer)** | | | | | | |
| Individual | | 42.50 | 43.50 | 45.05 | 46.48 | 48.00 |
| Wholesale | | 15.75 | 16.00 | 16.15 | 16.30 | 17.50 |
| Discount | | 15.00 | 16.00 | 17.00 | 19.00 | 20.00 |
| **Servicing Cost By Channel (Per Customer)** | | | | | | |
| Individual | | 12.30 | 12.40 | 13.40 | 14.76 | 15.59 |
| Wholesale | | 8.75 | 8.90 | 9.00 | 9.10 | 9.25 |
| Discount | | 4.50 | 4.65 | 5.20 | 6.00 | 6.10 |
| **Acquisition Cost By Channel (Per Customer)** | | | | | | |
| Individual - New | | 42.40 | 40.50 | 39.80 | 41.60 | 42.00 |
| Renewal | | 8.50 | 8.50 | 8.70 | 9.00 | 9.30 |
| Wholesale | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Discount | | 4.00 | 4.25 | 4.25 | 5.65 | 6.00 |
| **Revenue** | | | | | | |
| **Membership Revenue - Cash basis** | | | | | | |
| Individual | | 452.42 | 533.69 | 617.42 | 697.47 | 792.00 |
| Wholesale | | 110.37 | 118.04 | 125.16 | 131.94 | 149.10 |
| Discount | | 111.75 | 127.20 | 159.80 | 199.50 | 240.00 |
| Total | | 674.54 | 778.93 | 902.38 | 1,028.91 | 1,181.10 |
| **Membership Revenue - Financial Reporting basis** | | | | | | |
| Individual | | 413.54 | 493.06 | 575.56 | 657.45 | 744.74 |
| Wholesale | | 109.15 | 114.20 | 121.60 | 128.55 | 140.52 |
| Discount | | 110.63 | 119.48 | 143.50 | 193.65 | 233.75 |
| Total | | 633.32 | 726.73 | 840.65 | 979.65 | 1,119.01 |
| **Product Revenue** | | | | | | |
| ($ per transaction) | | 3.00 | 3.00 | 4.50 | 5.25 | 6.00 |
| Individual | | 31.94 | 36.81 | 61.67 | 78.78 | 99.00 |

20.

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02256

| | | | | | |
|---|---|---|---|---|---|
| **Total Revenue by Channel** | | | | | |
| Individual | | 445.48 | 529.86 | 637.23 | 736.23 | 843.74 |
| Wholesale | | 109.15 | 114.20 | 121.60 | 128.55 | 140.52 |
| Discount | | 110.63 | 119.48 | 143.50 | 193.65 | 233.75 |
| Total | | 665.26 | 763.54 | 902.32 | 1,058.43 | 1,218.01 |
| | | | | | | |
| **Cancellation Reserve** | | 21.00 | 22.00 | 23.00 | 26.64 | 29.00 |
| | | | | | | |
| **Total Revenue less Cancellation Reserve** | | $644.26 | $741.54 | $879.32 | $1,031.79 | $1,189.01 |
| | | | | | | |
| **Expenses** | | | | | | |
| | | | | | | |
| **Servicing Cost By Channel** | | | | | | |
| Individual | | 121.68 | 142.07 | 174.02 | 211.88 | 245.59 |
| Wholesale | | 59.66 | 64.01 | 68.07 | 72.09 | 76.84 |
| Discount | | 32.51 | 35.81 | 45.11 | 59.70 | 68.63 |
| | | 213.86 | 241.88 | 287.20 | 343.67 | 391.06 |
| **Acquisition Cost By Channel** | | | | | | |
| Individual - New | | 187.83 | 203.72 | 210.94 | 230.88 | 252.00 |
| Renewal | | 52.83 | 61.53 | 73.12 | 85.10 | 97.65 |
| | | | | | | |
| Wholesale | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| Discount | | 29.80 | 33.79 | 39.95 | 59.33 | 72.00 |
| | | | | | | |
| Total Acquisition Cost - Cash Basis | 220.00 | 270.46 | 299.03 | 324.01 | 375.31 | 421.65 |
| Total Acquisition Cost - Financial Reporting Basis | | 245.23 | 284.75 | 311.52 | 349.66 | 398.48 |
| | | | | | | |
| Allocation of unamortized acquisition cost to Operating Expense | | 43.19 | 43.64 | 45.00 | 52.50 | 51.15 |
| To Income Statement/Operating Expense | | 170.67 | 198.24 | 242.20 | 291.17 | 339.91 |
| To Income Statement/Marketing Expense | | 245.42 | 328.32 | 356.52 | 402.16 | 449.68 |
| | | 459.09 | 526.63 | 598.72 | 693.33 | 789.53 |
| | | | | | | |
| **Divisional Operating Expense (before G&A)** | | | | | | |
| Individual | | 362.34 | 407.31 | 458.07 | 527.86 | 595.24 |
| Wholesale | | 59.66 | 64.01 | 68.07 | 72.09 | 76.84 |
| Discount | | 62.31 | 69.59 | 85.06 | 119.03 | 140.63 |
| Subtotal | | 484.32 | 540.91 | 611.20 | 718.98 | 812.71 |
| Allowance for financial reporting basis | | 25.23 | 14.29 | 12.49 | 25.65 | 23.17 |
| Total Operating Expense | | 459.09 | 526.63 | 598.72 | 693.33 | 789.53 |
| | | | | | | |
| **General and Administrative Expense** | | 98.45 | 108.68 | 132.97 | 147.06 | 158.87 |
| | | | | | | |
| **Total Operating Expenses** | | $557.54 | $635.31 | $731.69 | $840.39 | $948.40 |
| | | | | | | |
| **Operating Profit** | | $86.72 | $106.23 | $147.63 | $191.40 | $240.60 |

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02257

Table 9.
**CUC International**
**Cash Flow Model**
**($ in millions)**

|  | 1990 | 1991 | 1992 | 1993 | 1994E | 1995E |
|---|---|---|---|---|---|---|
| **Cash flow from operating activities** | | | | | | |
| Net income | $25.89 | $25.13 | $58.84 | $87.37 | $117.10 | $155.57 |
| Membership acquisition costs | (232.05) | (270.13) | (280.53) | (339.60) | (345.00) | (355.00) |
| Amort of membership acquisition costs | 217.82 | 247.79 | 281.07 | 310.97 | 330.00 | 345.00 |
| Deferred membership income | 35.99 | 34.96 | 18.61 | 49.66 | 30.00 | 30.00 |
| Amort of prepaid commissions | 1.15 | 1.17 | 1.16 | 0.47 | 0.00 | 0.00 |
| Amort of contract renewal rights | 7.84 | 9.19 | 10.22 | 14.60 | 17.00 | 21.00 |
| Deferred taxes | (3.34) | (5.63) | 4.42 | (1.21) | 0.00 | 0.00 |
| Amort of convert notes/restricted stock | 12.87 | 13.02 | 9.93 | 3.85 | 1.50 | 1.50 |
| Merger charge | 0.00 | 20.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| Compensatory stock option charge | 1.40 | 1.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| Depreciation | 6.11 | 6.48 | 7.08 | 7.66 | 9.00 | 10.00 |
| Changes in working capital, net of acquisiti | (19.24) | (49.57) | 6.74 | (6.45) | (5.00) | (5.00) |
| Net cash provided by operating activities | 54.46 | 34.68 | 117.56 | 127.32 | 154.60 | 203.07 |
| **Cash flows from investing activities** | | | | | | |
| Acquisitions, net of cash | (11.29) | (7.34) | (93.85) | (14.44) | (10.00) | (7.50) |
| Acquisitions of properties | (6.30) | (6.68) | (4.64) | (9.10) | (6.00) | (4.00) |
| Net cash used by investing activities | (17.59) | (14.02) | (98.49) | (23.53) | (16.00) | (11.50) |
| **Cash flows from financing activities** | | | | | | |
| Proceeds from issuance of common stock | 4.38 | 4.48 | 6.68 | 5.73 | 0.00 | 0.00 |
| Purchase of treasury stock | (8.56) | (0.13) | 0.00 | 0.00 | 0.00 | 0.00 |
| Repayment of long-term debt | (32.24) | (19.87) | (11.54) | (21.18) | 0.00 | 0.00 |
| Purchase of stock warrants | 0.00 | (5.38) | 0.00 | 0.00 | 0.00 | 0.00 |
| Net cash used in financing activities | (36.42) | (20.90) | (4.87) | (15.46) | 0.00 | 0.00 |
| **Increase (decrease) in cash** | 0.46 | (0.23) | 14.20 | 88.34 | 138.60 | 191.57 |
| Cash beginning of period | 14.18 | 14.63 | 14.40 | 28.60 | 116.94 | 255.54 |
| Cash end of period | $14.63 | $14.40 | $28.60 | $116.94 | $255.54 | $447.11 |

Source: Company data and Bear Stearns estimates.

22

Confidential Material Subject to Confidentiality Stipulation and Protective Order    BEAR 02258

Table 10.
CUC International
Pretax Operating Cash Flow Model
($ in millions)

|  | 1990 | 1991 | 1992 | 1993 | 1994E | 1995E |
|---|---|---|---|---|---|---|
| **Cash flow from operating activities** | | | | | | |
| Pretax income | $42.15 | $65.87 | $96.10 | $142.20 | $191.13 | $250.92 |
| Membership acquisition costs | (232.05) | (270.13) | (280.53) | (339.60) | (345.00) | (355.00) |
| Amort of membership acquisition costs | 217.82 | 247.79 | 281.07 | 310.97 | 330.00 | 345.00 |
| Deferred membership income | 35.99 | 34.96 | 18.61 | 49.66 | 30.00 | 30.00 |
| Amort of prepaid commissions | 1.15 | 1.17 | 1.16 | 0.47 | 0.00 | 0.00 |
| Amort of contract renewal rights | 7.84 | 9.19 | 10.22 | 14.60 | 17.00 | 21.00 |
| Deferred taxes | (3.34) | (5.63) | 4.42 | (1.21) | 0.00 | 0.00 |
| Amort of convert notes/restricted stock | 12.87 | 13.02 | 9.93 | 3.85 | 1.50 | 1.50 |
| Merger charge | 0.00 | 20.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| Compensatory stock option charge | 1.40 | 1.54 | 0.00 | 0.00 | 0.00 | 0.60 |
| Depreciation | 6.11 | 6.48 | 7.08 | 7.66 | 9.00 | 10.00 |
| Changes in working capital, net of acquisitions | (19.24) | (49.57) | 6.74 | (6.45) | (5.00) | (5.00) |
| Net cash provided by operating activities | 70.72 | 75.42 | 154.82 | 182.15 | 228.63 | 298.42 |
| Shares Outstanding | 98.7795 | 101.5875 | 104.3655 | 114.131 | 117.65 | 119.5 |
| Pretax Cash Flow Per Share | $0.72 | $0.74 | $1.48 | $1.60 | $1.94 | $2.50 |

Source: Company data and Bear Stearns estimates

23

Confidential Material Subject to Confidentiality Stipulation and Protective Order

BEAR 02269

# BEAR STEARNS

245 Park Avenue
New York, NY 10167
(212) 272-2000

## DOMESTIC

Atlanta, Georgia
(404) 842-4000
950 East Paces Ferry Road, N.E.

Boston, Massachusetts
(617) 654-2800
One Federal Street

Chicago, Illinois
(312) 580-4000
3 First National Plaza

Dallas, Texas
(214) 754-8300
1601 Elm Street

Los Angeles, California
(310) 201-2600
1999 Avenue Of The Stars

San Francisco, California
(415) 772-2900
1 Sansome Street

## INTERNATIONAL

Frankfurt, Germany
Bear Stearns Bank-GmbH
Gruenebergweg-16
60322 Frankfurt Am Main
49-69-1530-4000

Geneva, Switzerland
30 Rue Du Rhone
(022) 310-8288

Hong Kong
Bear Stearns (Asia) Ltd.
26/F Citibank Tower
3 Garden Road
Central, Hong Kong
(852) 593-2700

London, England
Bear, Stearns International Corp.
Bear, Stearns International Limited
1 Canada Square
(71) 516-6000

Paris, France
18 Rue Bayard
(1) 4299-6060

Tokyo, Japan
Bear Stearns (Japan), Ltd.
Shiroyama Hills 22
4-3-1 Toranomon
Minato-Ku, Tokyo 105
(03) 3437-7800

Confidential Material Subject to Confidentiality Stipulation and Protective Order     BEAR 02260