UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02CR264 (AHN) |
| v. | ) | April 17, 2006 |
| WALTER A. FORBES. | ) |  |

**NOTICE**

The defense will not be filing Motions in Limine regarding the following topics that were the subject of Motions in Limine in advance of Trial No. 2, because the government has agreed that it will not be offering evidence or arguing as follows.

1. The government will not present any evidence, cross-examination or argument concerning the charging of Mr. Forbes' airplane expenses to the Cendant merger reserve. This was the subject of Retrial Motion in Limine No. 2 before Trial No. 2.

2. The government will not refer to Walter Forbes as the "Captain of the Ship" or other similar positions. This was the subject of Retrial Motion in Limine No. 10 before Trial No. 2.

3. The government will not offer or refer to Government Exhibit 1527. This was the subject of Retrial Motion in Limine No. 12 before Trial No. 2.

4. The government will not refer to Enron, Tyco, WorldCom or any other financial scandal. This was the subject of Retrial Motion in Limine No. 16 before Trial No. 2.

5. The government will not (1) refer to Robert Tucker's handwritten notes as board minutes, and (2) will not present any evidence, cross-examination or argument concerning the differences between Government Exhibit 5, Government Exhibit 453 and Government Exhibit 77. This was the subject of Retrial Motion in Limine No. 18 before Trial No. 2.

6. The government will not offer Government Exhibit 577 or Government Exhibit 578. This was the subject of Retrial Motion in Limine No. 20 before Trial No. 2.

The government reviewed this Notice before it was filed with the Court.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

          James T. Cowdery (Bar No. ct05103)
          Thomas J. Murphy (Bar No. ct07959)
          COWDERY, ECKER & MURPHY, L.L.C.
          750 Main Street
          Hartford, CT 06103-2703
          (860) 278-5555 (phone)
          (860) 249-0012 (fax)
          tmurphy@cemlaw.com (e-mail)
          Attorneys for Walter A. Forbes

Dated: April 17, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice to be served on April 17, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon