UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AHN) |
| | : | |
| V. | : | April 17, 2006 |
| | : | |
| **WALTER A. FORBES and** | : | |

## MOTION OF THE UNITED STATES FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL RULE OF CIVIL PROCEDURE 7(d)

The United States respectfully moves for leave to file a memorandum in support of its Opposition to Defendant Walter A. Forbes' Motion to Compel Discovery and Production of Brady/giglio Material (Forbes Third Trial Motion No. 2) that exceeds the forty page limitation in Local Rule of Civil Procedure Rule 7(d) by seven pages.  The Government's opposition addresses each of the 14 categories of information for which Forbes seeks discovery in his latest discovery motion.  The Government has endeavored to provide the Court with a submission that addresses as concisely as possible each of Forbes' claims without omitting any important arguments or relevant procedural history.  The Government believes that a more truncated version of its submission would not assist the Court as well in resolving all of the claims set forth in Forbes' discovery motion.

WHEREFORE, the Government respectfully requests that the Court accept for filing the Government's opposition memorandum as currently submitted with this motion.

                                              Respectfully submitted,

                                              CHRISTOPHER J. CHRISTIE
                                              Special Attorney
                                              U.S. Department of Justice

                                              *Norman Gross/s*

                                         By: NORMAN GROSS

                                              Special Attorney
                                              U.S. Department of Justice
                                              Federal Bar No. 24933

Dated: April 17, 2005
Newark, New Jersey

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served a copy of the Motion of the United States for Leave to Exceed the Page Limitation of Local Rule of Civil Procedure 7(d) upon the following via email:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com

                                        *Norman Gross/s*
                                        NORMAN GROSS
                                        U.S. Department of Justice

Dated: April 17, 2006
       Camden, New Jersey