# EXHIBIT 3

# United States District Court

DISTRICT OF Connecticut

United States of America

v.

Walter A. Forbes and
E. Kirk Shelton

**SUBPOENA IN A
CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AWT)

TO:
Custodian of Records
Cendant Corporation
9 West 57th Street
New York, NY 10019

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME<br>April 5, 2004<br>9:30a.m. |

[x] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached Schedule

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **KEVIN F. ROWE** | |
| (By) Deputy Clerk<br>*[signature]* | March 22, 2004 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

Thomas P. Puccio, Law Offices of Thomas Puccio
230 Park Avenue, Suite 301, New York, NY 10017
(212) 759-3300, Attorneys for Defendant E. Kirk Shelton

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY CENDANT CORPORATION

## DEFINITIONS AND INSTRUCTIONS

a. The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b. The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c. The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All documents relating to any meetings between Cendant and the government on February 4, 1999.

2. All documents relating to any meetings between Cendant and the government on June 17, 2000.

3. All documents relating to any meetings between Cendant and the government on March 27, 2001

4. All documents relating to any meetings between Cendant and the government on November 20, 2001.

5. All documents describing or memorializing any meetings between Cendant and the government on February 4, 1999.

6. All documents describing or memorializing any meetings between Cendant and the government on June 17, 2000.

7. All documents describing or memorializing any meetings between Cendant and the government on March 27, 2001.

8.  All documents describing or memorializing any meetings between Cendant and the government on November 20, 2001.

9.  All documents relating to the preparation of the memorandum attached as Exhibit 1.

10. All documents relating to the decision to prepare the memorandum attached as Exhibit 1.

11. All documents relating to any meeting held as a result of the memorandum attached as Exhibit 1.

12. All documents describing or memorializing the decision to prepare the memorandum attached as Exhibit 1.

13. All documents describing or memorializing the delivery to the government of the memorandum attached as Exhibit 1.

14. All documents describing or memorializing the response of the government to the memorandum attached as Exhibit 1.

15. All documents describing or memorializing any meeting held as a result of the memorandum attached as Exhibit 1.

16. All documents describing or memorializing oral communications concerning Exhibit 1.

17. All documents relating to the preparation of the July 28, 1998 memorandum from Senator Torricelli to United States Attorney Faith Hochberg (hereafter "USA Hochberg").

18. All documents relating to the decision to request a meeting between Henry Silverman and USA Hochberg.

19. All documents describing or memorializing the decision to request a meeting between Henry Silverman and USA Hochberg.

20. All documents relating to the decision to prepare the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

21. All documents describing or memorializing the decision to prepare the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

22. All documents describing or memorializing the delivery of the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

2

23. All documents describing or memorializing any response to the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

24. All documents describing or memorializing any oral communications concerning the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

25. All documents relating to any meeting between Henry Silverman and either USA Hochberg or the United States Attorney's Office for the District of New Jersey as a result of the Torricelli memorandum.

26. All documents describing or memorializing any meeting between Henry Silverman and either USA Hochberg or the United States Attorney's Office for the District of New Jersey as a result of the Torricelli memorandum.

27. All documents provided by you to the United States Attorney's Office for the District of New Jersey during any meeting between Henry Silverman and the United States Attorneys' Office for the District of New Jersey as a result of the Torricelli memorandum.

28. All documents received from the United States Attorney's Office for the District of New Jersey during any meeting between Henry Silverman and the United States Attorneys' Office for the District of New Jersey as a result of the Torricelli memorandum.

29. All documents relating to any offer of assistance to the government in the investigation or pursuit of any criminal, civil or administrative remedy against any of the following:

    a. Walter A. Forbes
    b. E. Kirk Shelton
    c. Cosmo Corigliano
    d. Anne Pember
    e. Casper Sabatino
    f. Mary Sattler
    g. Steven Speaks
    h. Kevin Kearney
    i. Stuart Bell
    j. Ernst & Young
    k. Marc Rabinowitz
    l. Kenneth Wilchfort
    m. Simon Wood

30. All documents describing or memorializing any offer of assistance to the government in the investigation or pursuit of any criminal, civil or administrative remedy against any of the following:

3

      a. Walter A. Forbes
      b. E. Kirk Shelton
      c. Cosmo Corigliano
      d. Anne Pember
      e. Casper Sabatino
      f. Mary Sattler
      g. Steven Speaks
      h. Kevin Kearney
      i. Stuart Bell
      j. Ernst & Young
      k. Marc Rabinowitz
      l. Kenneth Wilchfort
      m. Simon Wood

31. All documents relating to any request for assistance from Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

32. All documents relating to assistance provided to you by Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

33. All documents relating to any request for factual information from Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

34. All documents relating to factual information provided to you by Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

35. All documents relating to any offer of assistance to Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

36. All documents relating to assistance provided by you to Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

37. All documents relating to any offer of factual information to Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

38. All documents relating to factual information provided by you to Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

39. All documents describing or memorializing any request for assistance from Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

40. All documents describing or memorializing assistance provided to you by Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

41. All documents describing or memorializing any request for factual information from Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

42. All documents describing or memorializing factual information provided to you by Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

43. All documents describing or memorializing any offer of assistance to Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

44. All documents describing or memorializing assistance provided by you to Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

45. All documents describing or memorializing any offer of factual information to Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

46. All documents describing or memorializing factual information provided by you to Anne Pember, Cosmo Corigliano, Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel), or Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 15, 1998.

47. Documents sufficient to identify all meetings or conversations with Mr. Corigliano's counsel (acting in the capacity of Mr. Corigliano's counsel) after April 9, 1998.

48. Documents sufficient to identify all meetings or conversations with Ms. Pember's counsel (acting in the capacity of Ms. Pember's counsel) after April 9, 1998.

49. All documents relating to any benefit or potential benefit received by HFS as a result of the co-marketing agreement between HFS and CUC, entered into on or about March 27, 1995.

50. All documents describing or memorializing any benefit or potential benefit received by HFS as a result of the co-marketing agreement between HFS and CUC, entered into on or about March 27, 1995.

51. All documents relating to a potential unwinding of the merger between HFS and CUC during the period of May 1997 through December 1997.

52. All documents describing or memorializing a potential unwinding of the merger between HFS and CUC during the period of May 1997 through December 1997.

53. If any of the documents called for above exist only electronically, an electronic copy of any such document.

54. Originals of the documents listed in the report attached as Exhibit 2, copies of which have been previously produced, but which were illegible.