# EXHIBIT 4

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

Connecticut

_____ DISTRICT OF _____

United States of America

**SUBPOENA IN A**
**CRIMINAL CASE**

**v.**

Walter A. Forbes and
E. Kirk Shelton

**CASE NUMBER:**    3:02CR00264 (AWT)

**TO:**    Custodian of Records
Cendant Corporation
9 West 57th Street
New York, NY 10019

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE U.S. Courthouse 450 Main Street Hartford, Connecticut 06103 | COURTROOM South Courtroom |
|---|---|
| | DATE AND TIME June 21, 2004 9:30 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT KEVIN F. ROWE | DATE June 13, 2004 |
|---|---|

(By) Deputy Clerk

OFFICE OF THE CLERK
U. S. District Court
450 Main Street
Hartford, Conn. 06103

Barry S. Simon, Williams & Connolly, Law Offices of Thomas P. Puccio
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER 230 Park Avenue, Suite 301, New York, NY 10017
(202) 434-5000, Attorneys for Defendant Walter A. Forbes (212) 730-3500, Attorneys for Defendant E. Kirk Shelton

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY CENDANT

## DEFINITIONS AND INSTRUCTIONS

a.   The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b.   The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

c.   The term "CUC" shall include CUC International, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1.   All e-mails sent or received by Henry Silverman, Michael Monaco, James Buckman, or Scott Forbes from March 6, 1998 through and including March 10, 1998 relating to Cendant.

2.   Any e-mails regarding Cendant's actual or projected financial performance that were sent or received by Henry Silverman, Michael Monaco, James Buckman, or Scott Forbes from March 6, 1998 through and including March 10, 1998.

3.   All e-mails sent by Scott Forbes to, or received by Scott Forbes from, any of the following people during the period between May 1, 1997 and April 15, 1998 concerning Cendant or CUC: (a) Cosmo Corigliano; (b) Anne Pember; (c) Casper Sabatino; (d) Steve Speaks; (e) Mary Sattler; or (f) Kevin Kearney.

4.   All e-mails sent by Michael Monaco to, or received by Michael Monaco from, any of the following people during the period between May 1, 1997 and April 15, 1998 concerning Cendant or CUC: (a) Cosmo Corigliano; (b) Anne Pember; (c) Casper Sabatino; (d) Steve Speaks; (e) Mary Sattler; or (f) Kevin Kearney.