# EXHIBIT 5

# United States District Court

**DISTRICT OF** Connecticut

United States of America

v.

Walter A. Forbes and
E. Kirk Shelton

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AWT)

TO: Custodian of Records
Cendant Corporation
9 West 57th Street
New York, NY 10019

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME<br>September 20, 2004<br>9:30 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached Schedule

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE<br>(By) Deputy Clerk | September 10, 2004 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

Thomas P. Puccio, Law Offices of Thomas Puccio
230 Park Avenue, Suite 301, New York, NY 10017
(212) 759-3300, Attorneys for Defendant E. Kirk Shelton

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY CENDANT CORPORATION

## DEFINITIONS AND INSTRUCTIONS

a.  The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. The original of the documents attached hereto;

2. Any other versions of the documents attached hereto if the version:

    a. contains any original handwriting;

    b. contains any original tick-marks or similar notations;

    c. contains original hi-lighting (for electronically hi-lighted documents, either an electronic version should be produced, or a legible printout made which reflects both the original text and the hi-lighting).