# EXHIBIT 6

# United States District Court

DISTRICT OF __Connecticut__

SERIAL NO. 1166
SERVED
RECEIVED
FILED

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AWT)

TO:

Custodian of Records
Cendant Corporation
9 West 57th Street
New York, NY

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME |
| | September 19, 2005<br>9:30 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A – attached.

| ~~U.S. MAGISTRATE JUDGE OR~~ CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | |
| (By) Deputy Clerk *Bonnie P. D'Onofrio* | August 17, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE A
# DOCUMENTS TO BE PRODUCED BY CENDANT CORPORATION

## DEFINITIONS AND INSTRUCTIONS

a. The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

b. This subpoena excludes documents previously produced in this matter.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Cosmo Corigliano since April 15, 1998.

2. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Cosmo Corigliano for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

3. All documents relating to any undertaking or obligations agreed to by Mr. Corigliano in relation to the payment of his legal fees by Cendant.

4. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Cosmo Corigliano for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

5. Documents sufficient to identify any legal fees paid to or on behalf of Ms. Anne Pember since April 15, 1998.

6. Documents sufficient to identify any legal fees paid to or on behalf of Ms. Anne Pember for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

7. All documents relating to any undertaking or obligations agreed to by Ms. Pember in relation to the payment of her legal fees by Cendant.

8. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Ms. Anne Pember for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

9. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Casper Sabatino since April 15, 1998.

10. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Casper Sabatino for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

11. All documents relating to any undertaking or obligations agreed to by Mr. Sabatino in relation to the payment of his legal fees by Cendant.

12. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Casper Sabatino for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

13. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Kevin Kearney since April 15, 1998.

14. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Kevin Kearney for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

15. All documents relating to any undertaking or obligations agreed to by Mr. Kearney in relation to the payment of his legal fees by Cendant.

16. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Kevin Kearney for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

17. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Steven Speaks since April 15, 1998.

18. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Steven Speaks for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

19. All documents relating to any undertaking or obligations agreed to by Mr. Speaks in relation to the payment of his legal fees by Cendant.

20. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Steven Speaks for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

21. Documents sufficient to identify any legal fees paid to or on behalf of Mr. John Rosenwald for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

22. All documents relating to any undertaking or obligations agreed to by Mr. Rosenwald in relation to the payment of his legal fees by Cendant.

23. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. John Rosenwald for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

24. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Michael Monaco for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

25. All documents relating to any undertaking or obligations agreed to by Mr. Monaco in relation to the payment of his legal fees by Cendant.

26. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Michael Monaco for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

27. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Thomas Albright for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

28. All documents relating to any undertaking or obligations agreed to by Mr. Albright in relation to the payment of his legal fees by Cendant.

29. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Thomas Albright for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

30. Documents sufficient to identify any legal fees paid to or on behalf of Ms. Janice Davidson for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

31. All documents relating to any undertaking or obligations agreed to by Ms. Davidson in relation to the payment of her legal fees by Cendant.

32. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Ms. Davidson for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

33. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Robert Davidson for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

34. All documents relating to any undertaking or obligations agreed to by Mr. Davidson in relation to the payment of his legal fees by Cendant.

35. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Davidson for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

36. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Anthony Menchaca for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

37. All documents relating to any undertaking or obligations agreed to by Mr. Menchaca in relation to the payment of his legal fees by Cendant.

38. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Menchaca for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

39. Documents sufficient to identify any legal fees paid to or on behalf of Ms. Laura Hamilton for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

40. All documents relating to any undertaking or obligations agreed to by Ms. Hamilton in relation to the payment of her legal fees by Cendant.

41. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Ms. Hamilton for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

42. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Chris McLeod for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

43. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Chris McLeod for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

44. All documents relating to any undertaking or obligations agreed to by Mr. McLeod in relation to the payment of his legal fees by Cendant.

45. Documents sufficient to identify any legal fees paid to or on behalf of Ms. Amy Lipton for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

46. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Ms. Amy Lipton for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton

47. All documents relating to any undertaking or obligations agreed to by Ms. Lipton in relation to the payment of her legal fees by Cendant.

48. Documents sufficient to identify any legal fees paid to or on behalf of Mr. Robert Tucker for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

49. All documents memorializing or describing any refusal to pay legal fees to or on behalf of Mr. Robert Tucker for services rendered in connection with the 2004 trial of Walter A. Forbes and E. Kirk Shelton.

50. All documents relating to any undertaking or obligations agreed to by Mr. Tucker in relation to the payment of his legal fees by Cendant.

51. All documents memorializing or describing any benefits provided to Mr. Scott Forbes upon the termination of his employment with Cendant.

52. All documents memorializing or describing any agreement to indemnify Mr. Scott Forbes for any legal fees incurred in connection with the retrial of Mr. Walter Forbes.

53. All documents submitted by any of the witnesses identified above, or their counsel, in support of any request that Cendant pay the witness's legal fees.

54. All documents memorializing or describing any efforts expended by Deloitte & Touche between April 1997 and February 1998 to encourage the selection of Deloitte & Touche as the auditors of the new, combined entity Cendant.

55. All documents memorializing or describing communications between J. Michael Cook and any member of HFS management, including but not limited to Henry Silverman or Michael Monaco, concerning the selection of an auditor for the new, combined entity Cendant.