# EXHIBIT 7

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AWT)

TO: Custodian of Records
Cendant Corporation
9 West 57th Street
New York, NY 10019

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>450 Main Street<br>Hartford, Connecticut 06103 | South Courtroom |
| | DATE AND TIME |
| | September 23, 2005<br>9:30am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached "Schedule A"

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**KEVIN F. ROWE**<br>(By) Deputy Clerk<br>*[signature] Donnie P. D'Onofrio* | DATE<br>September 13, 2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY CENDANT CORPORATION

### DEFINITIONS AND INSTRUCTIONS

a.  The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b.  The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c.  The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

d.  This subpoena does not require the re-production of any documents previously produced to Mr. Forbes.

### DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1) All e-mails sent or received by Henry Silverman, Michael Monaco, James Buckman, or Scott Forbes from March 6, 1998 through and including March 10, 1998 relating to Cendant.

2) Any e-mails regarding Cendant's actual or projected financial performance that were sent or received by Henry Silverman, Michael Monaco, James Buckman, or Scott Forbes from March 6, 1998 through and including March 10, 1998.

3) All e-mails sent by Scott Forbes to, or received by Scott Forbes from, any of the following people during the period between May 1, 1997 and April 15, 1998 concerning Cendant or CUC: (a) Cosmo Corigliano; (b) Anne Pember; (c) Casper Sabatino; (d) Steve Speaks; (e) Mary Sattler or (f) Kevin Kearney.

4) All e-mails sent by Michael Monaco to, or received by Michael Monaco from, any of the following people during the period between May 1, 1997 and April 15, 1998 concerning Cendant or CUC: (a) Cosmo Corigliano; (b) Anne Pember; (c) Casper Sabatino; (d) Steve Speaks; (e) Mary Sattler or (f) Kevin Kearney.

5) All documents relating to any meetings between Cendant and the government on February 4, 1999.

6) All documents relating to any meetings between Cendant and the government on June 17, 2000.

7) All documents relating to any meetings between Cendant and the government on March 27, 2001

8) All documents relating to any meetings between Cendant and the government on November 20, 2001.

9) All documents describing or memorializing any meetings between Cendant and the government on February 4, 1999.

10) All documents describing or memorializing any meetings between Cendant and the government on June 17, 2000.

11) All documents describing or memorializing any meetings between Cendant and the government on March 27, 2001.

12) All documents describing or memorializing any meetings between Cendant and the government on November 20, 2001.

13) All documents relating to the preparation of the July 28, 1998 memorandum from Senator Torricelli to United States Attorney Faith Hochberg (hereafter "USA Hochberg").

14) All documents relating to the decision to request a meeting between Henry Silverman and USA Hochberg.

15) All documents describing or memorializing the decision to request a meeting between Henry Silverman and USA Hochberg.

16) All documents relating to the decision to prepare the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

17) All documents describing or memorializing the decision to prepare the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

18) All documents describing or memorializing the delivery of the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

19) All documents describing or memorializing any response to the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

2

20) All documents describing or memorializing any oral communications concerning the July 28, 1998 memorandum from Senator Torricelli to USA Hochberg.

21) All documents relating to any meeting between Henry Silverman and either USA Hochberg or the United States Attorney's Office for the District of New Jersey as a result of the Torricelli memorandum.

22) All documents describing or memorializing any meeting between Henry Silverman and either USA Hochberg or the United States Attorney's Office for the District of New Jersey as a result of the Torricelli memorandum.

23) All documents provided by you to the United States Attorney's Office for the District of New Jersey during any meeting between Henry Silverman and the United States Attorneys' Office for the District of New Jersey as a result of the Torricelli memorandum.

24) All documents received from the United States Attorney's Office for the District of New Jersey during any meeting between Henry Silverman and the United States Attorneys' Office for the District of New Jersey as a result of the Torricelli memorandum.

25) All documents relating to any offer of assistance to the government in the investigation or pursuit of any criminal, civil or administrative remedy against any of the following:

    a. Walter A. Forbes
    b. E. Kirk Shelton
    c. Cosmo Corigliano
    d. Anne Pember
    e. Casper Sabatino
    f. Mary Sattler
    g. Steven Speaks
    h. Kevin Kearney
    i. Stuart Bell
    j. Ernst & Young
    k. Marc Rabinowitz
    l. Kenneth Wilchfort
    m. Simon Wood

26) All documents describing or memorializing any offer of assistance to the government in the investigation or pursuit of any criminal, civil or administrative remedy against any of the following:

    a. Walter A. Forbes
    b. E. Kirk Shelton
    c. Cosmo Corigliano

3

   d. Anne Pember
   e. Casper Sabatino
   f. Mary Sattler
   g. Steven Speaks
   h. Kevin Kearney
   i. Stuart Bell
   j. Ernst & Young
   k. Marc Rabinowitz
   l. Kenneth Wilchfort
   m. Simon Wood

27) If any of the documents called for above exist only electronically, an electronic copy of any such document.

28) Originals of the documents listed in the report attached as Exhibit 1, copies of which have been previously produced, but which were illegible.

29) The original of the documents attached hereto (other than Exhibit 1);

30) Any other versions of the documents attached hereto (other than Exhibit 1) if the version:

 a) contains any original handwriting;
 b) contains any original tick-marks or similar notations;
 c) contains original hi-lighting (for electronically hi-lighted documents, either an electronic version should be produced, or a legible printout made which reflects both the original text and the hi-lighting).

31) All documents describing or memorializing legal fees or expenses incurred by any of the following witnesses:

 a) Cosmo Corigliano
 b) Anne Pember
 c) Casper Sabatino
 d) Kevin Kearney
 e) Steven Speaks

32) All documents memorializing or describing any agreements entered into after April 15, 1998 with any of the following witnesses:
 a) Cosmo Corigliano
 b) Anne Pember
 c) Casper Sabatino
 d) Kevin Kearney
 e) Steven Speaks

4