# EXHIBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :

     v.      :      Criminal No. 3:02CR264(AHN)

WALTER A. FORBES      :

ORDER RE DEFENDANT'S ISSUANCE OF RULE 17(c) SUBPOENAS

In accordance with the Judge Thompson's findings and order
pertaining to the Defendant's excessive and improper use of Rule
17(c) subpoenas directed to third parties, this Court hereby
adopts those findings and his order with regard to all Rule 17(c)
subpoenas issued or to be issued in connection with the upcoming
trial on all third-party witnesses, including but not limited to
Mr. Corigliano

Accordingly, the Court hereby ORDERS that:

Before Defendant's counsel serves a Rule 17(c) subpoena on
any third party, counsel must file a signed certification (with
notice to the government and, if he is aware of the identity of
counsel of the person being served with the subpoena, to that
person's counsel) affirming first, that after adequate
investigation counsel reasonably believes (i) that the subpoena
was being issued in good faith, (ii) that it calls for documents
that will be admissible into evidence -- indicating generally
what category of admissible evidence, and (iii) that the court
has not already quashed a prior subpoena demand that called for

the identical or substantially similar documents or otherwise

precluded the admission into evidence of such documents; and

second, that to the extent Forbes wishes to reissue a Rule 17(c)

subpoena for documents where the court has already quashed a

prior subpoena demand that called for identical or substantially

similar documents, he shall move for reconsideration of the

court's order specifying the bases on which he believes

reconsideration is warranted.

SO ORDERED this 31st day of March, 2006, at Bridgeport,

Connecticut.

_____/s/_____
                    Alan H. Nevas
          United States District Jugde