# EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------
UNITED STATES OF AMERICA,        )
                                 )
v.                               )   Criminal No. 3:02CR00264(AWT)
                                 )
WALTER A. FORBES and             )
E. KIRK SHELTON                  )
---------------------------------

**RULING ON NON-PARTY CENDANT CORPORATION'S SUPPLEMENTARY MOTION TO QUASH THE FIRST RULE 17(C) SUBPOENA AND ITS MOTION TO QUASH THE SECOND RULE 17(C) SUBPOENA**
**AND**
**RULING ON NON-PARTY CENDANT CORPORATION'S MOTION TO QUASH THE THIRD RULE 17(C) SUBPOENA**
**AND**
**RULING ON NON-PARTY PATTERSON, BELKNAP, WEBB & TYLER LLP'S MOTION TO QUASH THE RULE 17(C) SUBPOENA**

Non-Party Cendant Corporation's Supplementary Motion Quash the First Rule 17(c) Subpoena and Its Motion to Quash the Second Rule 17(c) Subpoena (Doc. No. 157); Non-Party Cendant Corporation's Motion to Quash the Third Rule 17(c) Subpoena (Doc. No. 570); and Non-Party Patterson, Belknap, Webb & Tyler LLP's Motion to Quash the Rule 17(c) Subpoena (Doc. No. 572) were GRANTED on May 6, 2004.  See Trial Tr. 596.  See also Ruling on Anne M. Pember's Motion to Quash the Sixth and Seventh Rule 17 (c) Subpoenas of Defendant Walter A. Forbes (Doc. No. 1906) at 13-15.

Dated this 5th day of November 2005 at Hartford, Connecticut.

                                    _____/s/_____
                                    Alvin W. Thompson
                                    United States District Court