# EXHIBIT 12

**Chart Comparing Requests In Walter A. Forbes' Proposed
Rule 17(c) Subpoena With Corresponding Requests in Previous
Rule 17(c) Subpoenas Quashed by Judge Thompson**

| Requests in Proposed Rule 17(c) Subpoena[1] | Corresponding Requests in Previous Rule 17(c) Subpoenas Quashed by Judge Thompson's November 5, 2005 Order |
|---|---|
| Request Nos. 1, 10 | Request No. 31 (Sept. 13, 2005 Subpoena)  Request No. 17 (Aug. 17, 2005 Subpoena) |
| Request Nos. 11, 14, 17, 20, 23, 26, 29, 32, 35, 38, 41 | Request Nos. 18, 21, 24, 27, 30, 33, 36, 39, 42, 45, 48  (Aug. 17, 2005 Subpoena) |
| Request Nos. 3, 5, 7, 9, 13, 16, 19, 22, 25, 28, 31, 34, 36, 39, 42 | Request Nos. 4, 8, 12, 16, 20, 23, 26, 29, 32, 35, 38, 41, 43, 46, 49 ( Aug. 17, 2005 Subpoena) |
| Request Nos. 44-45 | Request Nos. 51-52 (Aug. 17, 2005 Subpoena) |
| Request No. 46 | Request No. 53 (Aug. 17, 2005 Subpoena) |
| Request Nos. 66-67 | Request Nos. 1-2 (Sept. 13, 2005 Subpoena) |
| Request Nos. 68-69 | Request Nos. 3-4 (Sept. 13, 2005 Subpoena) |

---

[1]    We have not included the requests in the proposed subpoena that are not in dispute.