## Walter A. Forbes Stock Sales

| Government Exhibit | Date of Sale | No.Shares Sold | Selling Price/Share | Total Sale | Cumulative Total |
|---|---|---|---|---|---|
| 3 and 4/91 | 03/06/91 | 20,000 | $20.501 | $410,020.00 | $410,020.00 |
| 3 and 4/91 | 03/07/91 | 20,000 | $19.250 | $385,000.00 | $795,020.00 |
| 3 and 4/91 | 03/08/91 | 30,000 | $19.419 | $582,570.00 | $1,377,590.00 |
| 3 and 4/91 | 03/11/91 | 18,100 | $19.376 | $350,705.60 | $1,728,295.60 |
| 3 and 4/91 | 03/12/91 | 13,500 | $18.625 | $251,437.50 | $1,979,733.10 |
| 3 and 4/91 | 03/14/91 | 30,000 | $20.000 | $600,000.00 | $2,579,733.10 |
| 3 and 4/91 | 03/15/91 | 23,700 | $20.337 | $481,986.90 | $3,061,720.00 |
| 3 and 4/91 | 04/03/91 | 44,700 | $23.792 | $1,063,502.40 | $4,125,222.40 |
| 3 and 4/91 | 04/04/91 | 8,300 | $23.500 | $195,050.00 | $4,320,272.40 |
| 3 and 4/91 | 04/04/91 | 16,700 | $23.250 | $388,275.00 | $4,708,547.40 |
| Jul-91 | 07/02/91 | 25,000 | $24.250 | $606,250.00 | $5,314,797.40 |
| Jul-92 | 07/02/92 | 22,500 | $20.080 | $451,800.00 | $5,766,597.40 |
| Jul-92 | 07/02/92 | 9,750 | $20.160 | $196,560.00 | $5,963,157.40 |
| Jul-92 | 07/02/92 | 21,750 | $20.250 | $440,437.50 | $6,403,594.90 |
| Jul-92 | 07/02/92 | 57,900 | $20.330 | $1,177,107.00 | $7,580,701.90 |
| Jul-92 | 07/02/92 | 600 | $20.410 | $12,246.00 | $7,592,947.90 |
| Jul-92 | 07/03/92 | 15,000 | $20.000 | $300,000.00 | $7,892,947.90 |
| Jul-92 | 07/03/92 | 1,650 | $20.160 | $33,264.00 | $7,926,211.90 |
| Jul-92 | 07/03/92 | 8,550 | $20.330 | $173,821.50 | $8,100,033.40 |
| Jul-92 | 07/06/92 | 20,000 | $19.630 | $392,600.00 | $8,492,633.40 |
| Jul-92 | 07/06/92 | 5,000 | $19.750 | $98,750.00 | $8,591,383.40 |
| Jul-92 | 07/06/92 | 10,000 | $19.680 | $196,800.00 | $8,788,183.40 |
| Jul-92 | 07/07/92 | 4,100 | $19.330 | $79,253.00 | $8,867,436.40 |
| Jul-92 | 07/07/92 | 4,800 | $19.500 | $93,600.00 | $8,961,036.40 |
| Jul-92 | 07/07/92 | 5,000 | $19.880 | $99,400.00 | $9,060,436.40 |
| Jul-92 | 07/08/92 | 63,300 | $19.190 | $1,214,727.00 | $10,275,163.40 |
| Jul-92 | 07/09/92 | 900 | $19.500 | $17,550.00 | $10,292,713.40 |
| Jul-92 | 07/09/92 | 49,200 | $19.190 | $944,148.00 | $11,236,861.40 |
| Nov-92 | 11/12/92 | 10,000 | $25.875 | $258,750.00 | $11,495,611.40 |
| Nov-92 | 11/12/92 | 13,000 | $26.250 | $341,250.00 | $11,836,861.40 |
| Nov-92 | 11/12/92 | 7,000 | $27.000 | $189,000.00 | $12,025,861.40 |
| Nov-92 | 11/12/92 | 400 | $26.125 | $10,450.00 | $12,036,311.40 |
| Nov-92 | 11/12/92 | 19,600 | $26.000 | $509,600.00 | $12,545,911.40 |
| Nov-92 | 11/15/92 | 5,000 | $26.250 | $131,250.00 | $12,677,161.40 |
| Nov-92 | 11/15/92 | 4,000 | $26.375 | $105,500.00 | $12,782,661.40 |
| Nov-92 | 11/15/92 | 20,000 | $26.500 | $530,000.00 | $13,312,661.40 |
| Nov-92 | 11/15/92 | 11,400 | $25.875 | $294,975.00 | $13,607,636.40 |
| Nov-92 | 11/17/92 | 5,100 | $25.500 | $130,050.00 | $13,737,686.40 |
| Nov-92 | 11/17/92 | 600 | $26.625 | $15,975.00 | $13,753,661.40 |
| Nov-92 | 11/17/92 | 800 | $26.250 | $21,000.00 | $13,774,661.40 |
| Nov-92 | 11/17/92 | 2,800 | $26.000 | $72,800.00 | $13,847,461.40 |

| | | | | | |
|---|---|---|---|---|---|
| Nov-92 | 11/17/92 | 24,600 | $25.750 | $633,450.00 | $14,480,911.40 |
| Dec-92 | 12/17/92 | 5,000 | $27.750 | $138,750.00 | $14,619,661.40 |
| Dec-92 | 12/18/92 | 700 | $28.500 | $19,950.00 | $14,639,611.40 |
| Dec-92 | 12/18/92 | 4,300 | $28.250 | $121,475.00 | $14,761,086.40 |
| Dec-92 | 12/18/92 | 5,000 | $28.375 | $141,875.00 | $14,902,961.40 |
| Dec-92 | 12/21/92 | 3,200 | $27.500 | $88,000.00 | $14,990,961.40 |
| Dec-92 | 12/21/92 | 5,200 | $28.375 | $147,550.00 | $15,138,511.40 |
| Dec-92 | 12/21/92 | 1,600 | $28.000 | $44,800.00 | $15,183,311.40 |
| May-93 | 05/05/93 | 20,000 | $22.375 | $447,500.00 | $15,630,811.40 |
| May-93 | 05/05/93 | 10,000 | $22.250 | $222,500.00 | $15,853,311.40 |
| May-93 | 05/05/93 | 10,000 | $22.500 | $225,000.00 | $16,078,311.40 |
| May-93 | 05/10/93 | 10,000 | $21.875 | $218,750.00 | $16,297,061.40 |
| May-93 | 05/10/93 | 1,900 | $22.000 | $41,800.00 | $16,338,861.40 |
| May-93 | 05/14/93 | 29,400 | $22.375 | $657,825.00 | $16,996,686.40 |
| May-93 | 05/14/93 | 600 | $22.500 | $13,500.00 | $17,010,186.40 |
| May-93 | 05/19/93 | 8,600 | $23.325 | $200,595.00 | $17,210,781.40 |
| May-93 | 05/19/93 | 9,500 | $23.250 | $220,875.00 | $17,431,656.40 |
| Dec-92 | 12/21/92 | 1,600 | $28.000 | $44,800.00 | $17,476,456.40 |
| Apr-93 | 04/06/93 | 48,000 | $19.500 | $936,000.00 | $18,412,456.40 |
| Apr-93 | 04/06/93 | 60,000 | $19.330 | $1,159,800.00 | $19,572,256.40 |
| Apr-93 | 04/06/93 | 2,250 | $19.420 | $43,695.00 | $19,615,951.40 |
| Apr-93 | 04/07/93 | 39,750 | $19.420 | $771,945.00 | $20,387,896.40 |
| Apr-93 | 04/27/93 | 6,300 | $19.750 | $124,425.00 | $20,512,321.40 |
| Apr-93 | 04/27/93 | 68,700 | $19.670 | $1,351,329.00 | $21,863,650.40 |
| Sep-93 | 06/07/93 | 5,000 | $27.875 | $139,375.00 | $22,003,025.40 |
| Sep-93 | 06/07/93 | 3,000 | $28.000 | $84,000.00 | $22,087,025.40 |
| Sep-93 | 06/07/93 | 4,000 | $26.375 | $105,500.00 | $22,192,525.40 |
| Sep-93 | 06/07/93 | 3,000 | $26.625 | $79,875.00 | $22,272,400.40 |
| Sep-93 | 06/14/93 | 5,400 | $26.750 | $144,450.00 | $22,416,850.40 |
| Sep-93 | 06/14/93 | 9,600 | $26.625 | $255,600.00 | $22,672,450.40 |
| Sep-93 | 06/14/93 | 5,000 | $26.875 | $134,375.00 | $22,806,825.40 |
| Sep-93 | 06/15/93 | 5,000 | $26.750 | $133,750.00 | $22,940,575.40 |
| Sep-93 | 06/15/93 | 5,000 | $27.000 | $135,000.00 | $23,075,575.40 |
| Sep-93 | 06/17/93 | 3,900 | $28.000 | $109,200.00 | $23,184,775.40 |
| Sep-93 | 06/28/93 | 10,000 | $27.875 | $278,750.00 | $23,463,525.40 |
| Oct-93 | 10/15/93 | 7,700 | $38.625 | $297,412.50 | $23,760,937.90 |
| Oct-93 | 10/15/93 | 11,000 | $38.375 | $422,125.00 | $24,183,062.90 |
| Oct-93 | 10/15/93 | 12,000 | $38.500 | $462,000.00 | $24,645,062.90 |
| Oct-93 | 10/18/93 | 100 | $38.375 | $3,837.50 | $24,648,900.40 |
| Nov-93 | 11/04/93 | 1,100 | $38.250 | $42,075.00 | $24,690,975.40 |
| Nov-93 | 11/04/93 | 8,900 | $38.000 | $338,200.00 | $25,029,175.40 |
| Nov-93 | 11/04/93 | 5,000 | $38.875 | $194,375.00 | $25,223,550.40 |
| Nov-93 | 11/04/93 | 5,000 | $37.875 | $189,375.00 | $25,412,925.40 |
| Nov-93 | 11/04/93 | 5,000 | $37.750 | $188,750.00 | $25,601,675.40 |
| Nov-93 | 11/09/93 | 5,000 | $36.375 | $181,875.00 | $25,783,550.40 |
| Nov-93 | 11/09/93 | 5,000 | $36.250 | $181,250.00 | $25,964,800.40 |

| | | | | | |
|---|---|---|---|---|---|
| Nov-93 | 11/11/93 | 5,000 | $36.250 | $181,250.00 | $26,146,050.40 |
| Nov-93 | 11/11/93 | 5,000 | $36.375 | $181,875.00 | $26,327,925.40 |
| Nov-93 | 11/11/93 | 5,000 | $36.875 | $184,375.00 | $26,512,300.40 |
| Sep-94 | 09/16/94 | 85,000 | $32.375 | $2,751,875.00 | $29,264,175.40 |
| Sep-94 | 09/16/94 | 25,000 | $32.750 | $818,750.00 | $30,082,925.40 |
| Sep-94 | 09/19/94 | 20,000 | $33.375 | $667,500.00 | $30,750,425.40 |
| Sep-94 | 09/21/94 | 20,000 | $32.750 | $655,000.00 | $31,405,425.40 |
| Sep-94 | 09/26/94 | 10,000 | $33.125 | $331,250.00 | $31,736,675.40 |
| Sep-94 | 09/27/94 | 5,000 | $33.000 | $165,000.00 | $31,901,675.40 |
| Sep-94 | 09/22/94 | 10,000 | $32.750 | $327,500.00 | $32,229,175.40 |
| Sep-94 | 09/30/94 | 10,000 | $32.375 | $323,750.00 | $32,552,925.40 |
| Nov-95 | 11/13/95 | 10,015 | $38.250 | $383,073.75 | $32,935,999.15 |
| Nov-95 | 11/13/95 | 30,400 | $38.375 | $1,166,600.00 | $34,102,599.15 |
| Nov-95 | 11/13/95 | 77,000 | $38.625 | $2,974,125.00 | $37,076,724.15 |
| Nov-95 | 11/13/95 | 22,700 | $38.750 | $879,625.00 | $37,956,349.15 |
| Nov-95 | 11/13/95 | 10,300 | $38.875 | $400,412.50 | $38,356,761.65 |
| Nov-95 | 11/14/95 | 29,000 | $37.375 | $1,083,875.00 | $39,440,636.65 |
| Nov-95 | 11/14/95 | 12,000 | $37.500 | $450,000.00 | $39,890,636.65 |
| Nov-95 | 11/14/95 | 15,000 | $37.625 | $564,375.00 | $40,455,011.65 |
| Nov-96 | 11/21/96 | 20,000 | $24.000 | $480,000.00 | $40,935,011.65 |
| Nov-96 | 11/21/96 | 10,000 | $24.125 | $241,250.00 | $41,176,261.65 |
| Nov-96 | 11/21/96 | 10,000 | $24.250 | $242,500.00 | $41,418,761.65 |
| Nov-96 | 11/21/96 | 17,000 | $24.375 | $414,375.00 | $41,833,136.65 |
| Nov-96 | 11/21/96 | 43,800 | $24.500 | $1,073,100.00 | $42,906,236.65 |
| Nov-96 | 11/21/96 | 24,200 | $24.625 | $595,925.00 | $43,502,161.65 |
| Jan-97 | 01/10/97 | 80,000 | $26.000 | $2,080,000.00 | $45,582,161.65 |
| Mar-98 | 03/06/98 | 100,000 | $37.810 | $3,781,000.00 | $49,363,161.65 |
| Mar-98 | 03/06/98 | 50,000 | $37.620 | $1,881,000.00 | $51,244,161.65 |
| Mar-98 | 03/06/98 | 50,000 | $38.370 | $1,918,500.00 | $53,162,661.65 |
| Mar-98 | 03/06/98 | 100,000 | $38.180 | $3,818,000.00 | $56,980,661.65 |