UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
| | : | |
| | : | |
| V. | : | April 17, 2006 |
| | : | |
| | : | |
| | : | |
| WALTER A. FORBES | : | |

### UNITED STATES' PRE-TRIAL MOTION IN LIMINE

### GOVERNMENT'S THIRD TRIAL MOTION NO. 1


The United States moves in limine regarding various eviden-
tiary and argument issues that will arise during the third trial
of this case.  The nature of those issues, and the grounds for
the Government's positions, are set forth in the accompanying
memorandum of law.


                              Respectfully submitted,
                              CHRISTOPHER J. CHRISTIE
                              Special Attorney
                              U.S. Department of Justice


                              *Norman Gross/s*


                              NORMAN GROSS
                              MICHAEL MARTINEZ
                              Special Attorneys
                              U.S. Department of Justice


Dated: April 17, 2006
Newark, New Jersey

CERTIFICATE OF SERVICE

The undersigned certifies that on this day I caused to be served a copy of the United States Motion in Limine (Government's Third Trial Motion No. 1) and supporting Memorandum of Law upon the following via email:

            Barry S. Simon, Esq.
            Williams & Connolly LLP
            725 Twelfth Street, N.W.
            Washington, D.C.  20005-5901
            (202) 434-5005
            email:  bsimon@wc.com


                    *Norman Gross/s*
                    Norman Gross
                    U.S. Department of Justice

Dated: April 17, 2006
        Camden, New Jersey