UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>WALTER A. FORBES.    )<br>)<br>) | No. 3:02CR264 (AHN)<br>April 17, 2006 |

**MOTION OF DEFENDANT WALTER A. FORBES TO
PRECLUDE THE GOVERNMENT FROM PRESENTING
ITS PROPOSED EXPERT TESTIMONY BECAUSE IT
DOES NOT SATISFY THE RELIABILITY
REQUIREMENTS OF <u>DAUBERT</u> AND FEDERAL RULE
OF EVIDENCE 702
(<u>Forbes Third Trial Motion *In Limine* No. 5</u>)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves this Court for an Order, pursuant to Fed. R. Evid.702, <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579, 595 (1993), and the Sixth Amendment, precluding the government from presenting expert testimony at trial from either Robert Sack or Brian Heckler.

With respect to Mr. Sack, Mr. Forbes incorporates herein and relies upon the grounds set forth in Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Its Proposed Expert Testimony Because It Does Not Satisfy the Reliability Requirements of <u>Daubert</u> and Federal Rule of Evidence 702 (Forbes Pretrial Motion No. 49) [Docket Nos. 277 (6/27/03) & 278 (6/27/03)], and related pleadings: docket numbers 281 (6/27/03), 404 (10/02/03), 507 (3/02/04), 602 (4/02/04), 621 (4/13/04) and 707 (5/10/04). Mr. Forbes also incorporates the

Oral Argument Requested

arguments advanced by Mr. E. Kirk Shelton, joined by Mr. Forbes, regarding the same subject: docket numbers 314 (6/30/03), 315 (6/30/03), 316 (6/30/03), 317 (6/30/03), 318 (6/30/03), 327 (7/17/03), 405 (10/02/03), and 544 (3/19/04). No oral argument is requested with respect to Mr. Sack.

With respect to Mr. Heckler, the grounds for this motion are set forth in the above pleadings, and in the accompanying memorandum.

    Respectfully submitted,

    WILLIAMS & CONNOLLY LLP

    By: _____
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon (Bar No. ct24159)

    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    (202) 434-5000 (phone)
    (202) 434-5029 (fax)
    bsimon@wc.com (e-mail)

    - and -

    James T. Cowdery (Bar No. ct05103)
    Thomas J. Murphy (Bar No. ct07959)
    COWDERY, ECKER & MURPHY, L.L.C.
    750 Main Street
    Hartford, CT 06103-2703
    (860) 278-5555 (phone)
    (860) 249-0012 (fax)
    tmurphy@cemlaw.com (e-mail)

    Attorneys for Walter A. Forbes

Dated: April 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Preclude the Government from Presenting Its Proposed Expert Testimony Because It Does Not Satisfy the Reliability Requirements of Daubert and Federal Rule of Evidence 702 (Forbes Third Trial Motion *in Limine* No. 5) to be filed electronically and to be served on April 17, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon