# EXHIBIT 1

# Testimony Exhibits of Daniel L. Jackson
## March 24, 2004



Chicago  Dallas  Detroit  Los Angeles  New York  London  Milan  Munich

AlixPartners

AlixPartners



Chicago   Dallas   Detroit   Los Angeles   New York   London   Milan   Munich

## Overview

I. Mr. Heckler is expressing an opinion on whether specific items of CUC's financial statements complied with GAAP

II. If Mr. Heckler had performed his work in the normal course of business, which standards would apply?

III. Why is GAAS the standard?

IV. Overview of generally accepted auditing standards ("GAAS")

V. GAAS applies to opinions about whether specific elements, accounts and/or items comply with GAAS

VI. Mr. Heckler did not comply with GAAS

VII. Examples of Mr. Heckler's non-compliance

AlixPartners

28

## V. GAAS applies to opinions about whether specific elements, accounts and/or items comply with GAAS

**When expressing an opinion on one or more specified elements, accounts, or items of a financial statement,** the auditor should plan and perform the audit and prepare his or her report with a view to the purpose of the engagement. With the exception of the first standard of reporting, **the ten generally accepted auditing standards are applicable** to any engagement to express an opinion on one or more specified elements, accounts, or items of a financial statement. **The first standard of reporting,** which requires that the auditor's report state whether the financial statements are presented in conformity with generally accepted accounting principles, **is applicable only when the specified elements, accounts, or items of a financial statement are intended to be presented in conformity with generally accepted accounting principles.**

*Source: American Institute of Certified Public Accountants, AU Section 623.12 (Special Reports).*

29





# V. GAAS applies to opinions about whether specific elements, accounts and/or items comply with GAAS

[AU Section 623: Special Reports] applies to auditors' reports issued in connection with the following:

a. Financial statements that are prepared in conformity with a comprehensive basis of accounting other than generally accepted accounting principles (paragraphs .02 through .10)

b. Specified elements, accounts, or items of a financial statement (paragraphs .11 through .18)

c. Compliance with aspects of contractual agreements or regulatory requirements related to audited financial statements (paragraphs .19 through .21)

d. Financial presentations to comply with contractual agreements or regulatory provisions (paragraphs .22 through .30)

e. Financial information presented in prescribed forms or schedules that require a prescribed form of auditor's reports (paragraphs .32 and .33)

*Source: American Institute of Certified Public Accountants, AU Section 623.01 (Special Reports).*

AlixPartners

30

## V. GAAS applies to opinions about whether specific elements, accounts and/or items comply with GAAS

An independent auditor may be requested to express an opinion on one or more specified elements, accounts, or items of a financial statement. In such an engagement, the specified element(s), account(s), or item(s) may be presented in the report or in a document accompanying the report. Examples of one or more specified elements, accounts, or items of a financial statement that an auditor may report on based on an audit made in accordance with generally accepted auditing standards include rentals, royalties, a profit participation, or a provision for income taxes.

Source: *American Institute of Certified Public Accountants, AU Section 623.11 (Special Reports)*.

AlixPartners

31

AlixPartners

Chicago  Dallas  Detroit  Los Angeles  New York  London  Milan  Munich



# Overview

I. Mr. Heckler is expressing an opinion on whether specific items of CUC's financial statements complied with GAAP

II. If Mr. Heckler had performed his work in the normal course of business, which standards would apply?

III. Why is GAAS the standard?

IV. Overview of generally accepted auditing standards ("GAAS")

V. GAAS applies to opinions about whether specific elements, accounts and/or items comply with GAAS

VI. Mr. Heckler did not comply with GAAS

VII. Examples of Mr. Heckler's non-compliance

AlixPartners

36



# EXAMPLE B: Failure to Consider Interrelated Items—Cash

## AU Section 623 – Special Reports:

An engagement to express an opinion on one or more specified elements, accounts, or items of a financial statement may be undertaken as a separate engagement or in conjunction with an audit of financial statements. In either case, an auditor expresses an opinion on each of the specified elements, accounts, or items encompassed by the auditor's report; therefore, the measurement of materiality must be related to each individual element, account, or item reported on rather than to the aggregate thereof or to the financial statements taken as a whole. Consequently, an audit of a specified element, account, or item for purposes of reporting thereon is usually more extensive than if the same information were being considered in conjunction with an audit of financial statements taken as a whole. Also, many financial statement elements are interrelated, for example, sales and receivables; inventory and payables; and buildings and equipment and depreciation. The auditor should be satisfied that elements, accounts, or items that are interrelated with those on which he or she has been engaged to express an opinion have been considered in expressing an opinion.

*Source: American Institute of Certified Public Accountants, AU Section 623.13: Special Reports.*

AlixPartners

55

# EXAMPLE B: Failure to Consider Interrelated Items— Cash



## Revenue Recognition – Cancellation Reserves (Rejects)

The practice violated GAAP because:

- The estimates of rejects and future membership cancellations was not based on all information then currently available to management since "known" rejects and cancellations were not recorded on a timely bases at year end.
- The Company presented cash in its financial statements that did not exist at year-end.
- The Company failed to disclose its policy of delaying the recognition of rejects by three months at year-end.

> Mr. Heckler did not search for and evaluate evidence of, nor did he aggregate other likely misstatements, such as the failure to record all deposits.

KPMG

United States of America vs. Walter A. Forbes and E. Kirk Shelton – B. Heckler Testimony

38

*Source: Heckler's Govt. Exhibit 1, p. 38.*

AlixPartners

56

# EXAMPLE B: Failure to Consider Interrelated Items—Cash

**BALANCE SHEET**
**(IN MILLIONS)**

AT DECEMBER 31, 1997

| | AS PREVIOUSLY REPORTED | ACCOUNTING ADJUSTMENTS FOR ERRORS, IRREGULARITIES AND ACCOUNTING CHANGE | RESTATED BEFORE DISCONTINUED OPERATIONS | RECLASSIFICATION FOR DISCONTINUED OPERATIONS | AS RESTATED |
|---|---|---|---|---|---|
| ASSETS | | | | | |
| Current assets | | | | | |
| Cash and cash equivalents | $ 149.5 | $ (64.0) | $ 85.5 | $ (18.5) | $ 67.0 |
| Receivables, net | 1,648.8 | (309.8) | 1,339.0 | (168.3) | 1,170.7 |
| Deferred membership acquisition costs | 424.5 | (424.5) | -- | -- | -- |
| Net assets of discontinued operations | -- | -- | -- | 273.3 | 273.3 |
| Other assets | 777.0 | 383.0 | 1,160.0 | (80.9) | 1,079.1 |
| Total current assets | 2,999.8 | (415.3) | 2,584.5 | 5.6 | 2,590.1 |
| Goodwill -- net | 2,467.0 | (95.0) | 2,372.0 | (223.8) | 2,148.2 |
| Other assets | 2,940.7 | 33.1 | 2,973.8 | (82.4) | 2,891.4 |
| Total assets exclusive of assets under programs | 8,407.5 | (477.2) | 7,930.3 | (300.6) | 7,629.7 |
| Assets under management and mortgage programs | 6,443.7 | -- | 6,443.7 | -- | 6,443.7 |
| TOTAL ASSETS | $ 14,851.2 | $ (477.2) | $ 14,374.0 | $ (300.6) | $ 14,073.4 |

57

AlixPartners

# EXAMPLE B: Failure to Consider Interrelated Items—Cash

Mr. Heckler did not search for and evaluate evidence of, nor did he aggregate other likely misstatements. He does not know whether the difference results from an error by Arthur Andersen, other offsetting misstatements and/or the accounting change.

**Mr. Heckler's Testimony:**

But the other aspect of accounting is to also show what you own and the balance sheet and the assets of the company. By not doing this at any point in time, like in December 31, 1997, there in effect was $157 million more in cash than the company owned. And that is a significant number when you look at that point in time. It greatly overstates the resources of the company available to pay bills, to buy assets, to pay payroll as of that point in time. So that particular piece of the financial statement is clearly misstated even though the income statement might possibly have 12 months' worth of activity in it.

**BALANCE SHEET**
**(IN MILLIONS)**

|  | AS PREVIOUSLY REPORTED | ACCOUNTING ADJUSTMENTS FOR ERRORS, IRREGULARITIES AND ACCOUNTING CHANGE |
|---|---|---|
| ASSETS |  |  |
| Current assets |  |  |
| Cash and cash equivalents | $ 149.5 | $ (64.0) |
| Receivables, net | 1,648.8 | (309.8) |
| Deferred membership acquisition costs | 424.5 | (424.5) |
| Net assets of discontinued operations | -- | -- |
| Other assets | 777.0 | 383.0 |
| Total current assets | 2,999.8 | (415.3) |

*Sources: Form 10-K/A for FYE December 31, 1997. Mr. Heckler's testimony.*

AlixPartners

58

# EXAMPLE C: Failure to Thoroughly Search for and Evaluate Evidential Matter-Merger-Merger Reserves



> Mr. Heckler did not comply with GAAS because he failed to thoroughly search for evidence and evaluate the evidence he relied on.

### Evaluation of Evidential Matter

In evaluating evidential matter, the auditor considers whether specific audit objectives have been achieved. The independent auditor should be thorough in his or her search for evidential matter and unbiased in its evaluation. In designing audit procedures to obtain competent evidential matter, he or she should recognize the possibility that the financial statements may not be fairly presented in conformity with generally accepted accounting principles or a comprehensive basis of accounting other than generally accepted accounting principles. In developing his or her opinion, the auditor should consider relevant evidential matter regardless of whether it appears to corroborate or to contradict the assertions in the financial statements. To the extent the auditor remains in substantial doubt about any assertion of material significance, he or she must refrain from forming an opinion until he or she has obtained sufficient competent evidential matter to remove such substantial doubt, or the auditor must express a qualified opinion or a disclaimer of opinion.

*Source: American Institute of Certified Public Accountants, AU Section 326.25.*

AlixPartners

59



# EXAMPLE C: Failure to Thoroughly Search for and Evaluate Evidential Matter-Merger-Merger Reserves

## Expenses – Merger costs/restructuring

- The use of merger reserves and the treatment and characterization of merger-related costs by the company violated GAAP because:
  - Certain of the costs included in the merger reserves accrual were not qualifying exit costs.
  - The Ideon and Cendant merger reserves did not represent valid estimates of anticipated exit costs.
  - The asset impairments recognized did not qualify to be recognized and were improperly recorded.
  - Expenses were mischaracterized in the income statement and expenses were not recognized in the period in which they were incurred.
  - The Company inappropriately reversed excess merger reserves into revenue.
  - The Company did not provide the required disclosures of the merger reserves, costs change to merger reserves, and reversals of excess reserves.

© 2003 KPMG LLP, the U.S. member firm of KPMG International, a Swiss cooperative. All rights reserved.
Printed in the U.S.A. KPMG and the KPMG logo are registered trademarks of KPMG International.



United States of America vs. Walter A. Forbes and E. Kirk Shelton – B. Heckler Testimony

52

60

AlixPartners



# EXAMPLE C: Failure to Thoroughly Search for and Evaluate Evidential Matter-Merger Reserves

> The Government did not have documents to support the allegedly overstated amounts in the Cendant and Ideon merger reserves.

**Q.** So in that case, the government's reconciliation was based on the establishment of the reserve and not the usage from the reserve, correct?

**A.** Well, I believe—and you would need to talk to the government on why it did what it did—but I believe they were able to see that that entire Ideon reserve was utilized over a multiple year period. It had initially been established at 179 million. It ultimately was utilized, with the possible exception of $3 million to the end. You could see that all of it was used. And then by talking with the co-conspirator, they could see that of that total amount, the co-conspirator at least was pointing to a specific amount saying at least that 21 million is not for the kind of reasons that we'd be allowed to use it for. But I don't believe the government was able to specifically point to journal entries that equaled the 21 million because the company did not keep its records to specifically show when an amount was utilized against an intended purpose. And in fact, that's one of the problems with their use of those reserves. They did not specifically earmark these intended purposes and then show when that intended purpose manifested itself in the use of the reserve.

*Source: Mr. Heckler's Testimony, 3/09/04, 1147:18–1148:16 (unedited transcript).*

AlixPartners

61

# EXAMPLE C: Failure to Thoroughly Search for and Evaluate Evidential Matter–Merger Reserves

> Arthur Andersen did not investigate the establishment of the Cendant merger reserve.

**Q.** Did Arthur Andersen investigate the establishment and utilization of merger reserves relating to the merger of CUC and HFS?

**A.** Mainly the utilization of the reserve.

**Q.** Did Arthur Andersen perform any analysis with respect to the appropriateness of the establishment of the Cendant reserve?

**A.** None specifically.

**Q.** Did Arthur Andersen draw any conclusions with respect to the appropriateness of the establishment of the Cendant reserve.

**A.** No, we didn't.

*Francis Nusspickel (Arthur Andersen audit partner)*

AlixPartners

Source: Testimony of Francis Nusspickel (Arthur Andersen audit partner), November 1, 2001, 1047:13–24.

62

# EXAMPLE C: Failure to Thoroughly Search for and Evaluate Evidential Matter–Merger Reserves

> Arthur Andersen did not investigate the establishment of the Ideon merger reserve.

**Q.** Did Arthur Andersen perform an analysis to determine whether the establishment of the Ideon reserve constituted an irregularity?

**A.** Not the establishment of the reserve.

*Francis Nusspickel (Arthur Andersen audit partner)*

AlixPartners

63

*Source:* Testimony of Francis Nusspickel (Arthur Andersen audit partner), October 31, 2001, 1031:20–23.

# EXAMPLE C: Failure to Thoroughly Search for and Evaluate Evidential Matter-Merger-Merger Reserves



> Mr. Heckler states that establishment of a merger reserve without a written and strategy violates GAAP.

Q. Okay. So you would agree, though, that not all accountants, not all CPAs certainly in the time period of 1995 or 1996, would state that just because there's not a document to support something, that that means it violates GAAP, correct?

A. Well, I think this proves out in some later guidance that came out from the SEC in it acknowledged that people were not complying with GAAP. Staff accounting bulletin 100 was issued in '98 or '99 because there was a lack of compliance with the kind of rigor and the kind of requirements that the SEC believed the existing GAAP that is governed in this case would have required. So there might have been some fairly widespread non-compliance, but it doesn't mean that not having the documents conforms to GAAP. In fact, GAAP is very clear on what you need to have for those cases and it doesn't exist here.

Source: Mr. Heckler's Testimony, 3/08/04, 1094:11–1095:2 (unedited transcript).

AlixPartners

# EXAMPLE C: Failure to Thoroughly Search for and Evaluate Evidential Matter–Merger Reserves

> Arthur Andersen's audit partner does not agree that an exit strategy has to be in writing.

**Q.** Is it your understanding that it is appropriate to establish a merger reserve for termination—termination payments that are associated with a merger?

**A.** If the conditions of the termination meet established criteria, it would be, yes.

**Q.** Okay. And what are those conditions?

**A.** There is a number of conditions that are listed in some technical bulletins, but it requires notification of the employees that certain people will be terminated, a precise plan for termination, a few other things, but it has to be fairly specific and well established at the time of the merger.

**Q.** Does the plan have to be in writing?

**A.** It would be preferable to be in writing but not—not mandatory.

*Francis Nusspickel (Arthur Andersen audit partner)*

AlixPartners

*Source: Testimony of Francis Nusspickel (Arthur Andersen audit partner), October 31, 2001, 1030:6–22.*

65

# EXAMPLE G: Subordination of Judgment

.20  Question-A client may have obtained the advice or opinion of an outside tax adviser related to the tax accrual or matters affecting it, including tax contingencies, and further may attempt to limit the auditor's access to such advice or opinion, or limit the auditor's documentation of such advice or opinion. This limitation on the auditor's access may be proposed on the basis that such information is privileged. Can the auditor rely solely on the conclusions of third party tax advisers? What evidential matter should the auditor obtain and include in the audit documentation?

.21  Interpretation-As discussed in paragraphs .17 through .19 above, the auditor cannot accept a client's or a third party's analysis or opinion with respect to tax matters without careful consideration and application of the auditor's tax expertise and knowledge about the client's business. As a result of applying such knowledge to the facts, the auditor may encounter situations in which the auditor either disagrees with the position taken by the client, or its advisers, or does not have sufficient competent evidential matter to support his or her opinion.

*Source: American Institute of Certified Public Accountants, AU Section 9326.20 to .23 (Auditing Interpretations of Section 326 – Evidential Matter).*

AlixPartners

83

# EXAMPLE G: Subordination of Judgment

.22 If the client's support for the tax accrual or matters affecting it, including tax contingencies, is based upon an opinion issued by an outside adviser with respect to a potentially material matter, the auditor should obtain access to the opinion, notwithstanding potential concerns regarding attorney-client or other forms of privilege. The audit documentation should include either the actual advice or opinions rendered by an outside adviser, or other sufficient documentation or abstracts supporting both the transactions or facts addressed as well as the analysis and conclusions reached by the client and adviser. Alternatives such as redacted or modified opinions may be considered, but must nonetheless include sufficient content to articulate and document the client's position so that the auditor can formulate his or her conclusion. Similarly, it may be possible to accept a client's analysis summarizing an outside adviser's opinion, but the client's analysis must provide sufficient competent evidential matter for the auditor to formulate his or her conclusion. In addition, client representations may be obtained stating that the client has not received any advice or opinions that are contradictory to the client's support for the tax accrual.

.23 If the auditor is unable to accumulate sufficient competent evidence about whether there is a supported and reasonable basis for the client's position, the auditor should consider the effect of this scope limitation on his or her report.

Source: *American Institute of Certified Public Accountants, AU Section 9326.20 to .23 (Auditing Interpretations of Section 326 – Evidential Matter).*

AlixPartners

84