# EXHIBIT 5

| WILLKIE FARR & GALLAGHER | MEMORANDUM |
|---|---|

PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT

TO: Files

FROM: James H. Bicks

RE: Cendant Corporation Investigation

AS TO: Interview of Kevin Crowe: 7/16/98

DATED: July 16, 1998

---

On Thursday, July 16, 1998, James Bicks ("JB") and Aida Bekele ("AB") of Willkie Farr & Gallagher ("WF&G") interviewed Kevin Crowe, the Chairman, CEO and President of Essex Corporation at the offices of WF&G in New York, New York. Also present was Brian P. Loughman of Arthur Andersen LLP ("AA").

INTRODUCTION

JB explained that WF&G had been retained by the Audit Committee of Cendant (the "Company") to conduct a special investigation into the Company's accounting practices. WF&G had retained AA to assist in this investigation. JB explained that WF&G represents neither the Company nor its employees. JB informed Crowe that statements he made in the course of the interview may not be privileged. Crowe indicated that he understood and was prepared to proceed on that basis.

BACKGROUND/REPORTING STRUCTURE

Crowe stated that he had been CEO of Essex since 1985 and President since 1997.

Crowe has reported to Kirk Shelton since CUC's acquisition of Essex. Crowe had no major dealings with anyone else at CUC. Crowe occasionally spoke to John Fullmer if he had new marketing ideas for Essex.

Crowe explained that four people traditionally reported to him. Jerry Cunningham, the President of Essex from 1989/1990 until 1997, reported to Crowe. Fred Nicholas, the Executive Vice President of Sales, Tom Albright, Executive Vice President of Operations and Finance, and Bill Wade, Executive Vice President of New Business, reported to Crowe as well.

0474701.01

The accounting department is made up of about twelve people. Albright functions as the Chief Financial Officer and has headed the Accounting Department for the last five years. Elisa Lanthier, the Controller, reports directly to Albright. Crowe said that there were about ten other people in the department with various accounting responsibilities.

ESSEX BUSINESS

Crowe described Essex as a marketing firm that markets investments and annuities through about 150 banks around the country. Essex trains the employees who do the marketing before placing them at the banks. Crowe explained that Essex has been on the forefront of marketing annuities since the early 1980's.

CUC ACQUISITION OF ESSEX

CUC acquired Essex in January 1995. The acquisition price was $27 million plus options with an approximate value of $2 million for an aggregate price of around $29 million.

At the time of the acquisition, Crowe said that Essex did not have tangible assets. A goodwill asset was established at the time of the acquisition. Crowe explained that he is not really a finance person and described himself as more of a "big picture" person so he knew little about the goodwill asset. Crowe said that the real assets of Essex were the people and the contracts with the banks. Crowe said that he may have been aware of the amount of the goodwill asset at the time of the acquisition but he had no recollection of the amount now.

ESSEX PERFORMANCE

Crowe explained that Essex had been the market leader of fixed annuities sold through banks since 1991 before it started encountering marketplace problems in 1995 that affected its performance. Crowe said that two major problems for Essex were the consolidation of the banking industry and low interest rates.

Crowe discussed Essex's performance with respect to operating income for the past few years. In 1995, Essex broke even for the year. In 1996, Essex made $4 or $5 million. In 1997, Essex made about $600,000. Crowe indicated that these numbers were before depreciation and amortization. Crowe stated that the loss of First Union Bank's contract significantly impacted Essex's operating income because First Union was Essex's largest client. Essex had provided a variety of services to First Union before the bank decided to internalize the process. Essex now only

CENDANT 0000100

0474701.01

provides pieces of the business to First Union such as training and continuing education.

Crowe discussed the future projections and plans of Essex for 1998 and onward. Crowe stated that the loss of National Bank of Detroit due to its merger with Banc One, a major client with $300 million of gross annuity sales, forced Essex to seriously consider expanding the business.

Crowe said that Essex had been developing new projects in order to target smaller banks. Crowe described three major projects which were in different stages of development. First, Crowe talked about a program called "Protect 10" which was a term life insurance for up to $100,000 that did not require physical examinations or any blood samples. Protect 10 was developed prior to the merger. This program is already marketed through several banks like Dime Bank by FISI. A few are sold by BCI. Essex needs FISI and BCI as the marketing arms for its business because they have more sophisticated direct mailing systems which Essex can use to market its expanded services.

Second, Essex is launching a program called "Sure Quote". This is a joint venture with Intuit to build an electronic quoting insurance service that provides instant quotes in bank lobbies or real estate offices (i.e. Century 21). Sure Quote was developed prior to the merger and is now available on a test basis in three banks.

Third, Essex is developing "Investment Club USA" which is still in its preliminary stages and was developed after the merger with HFS. Investment Club USA creates investment opportunities for the middle market where investors can contribute $100-$200 a month and receive free benefits on other Cendant programs like nights at the Ramada, airline miles, software programs etc.

Crowe estimated that Essex looked like it was going to break even in 1998. Thus far, Essex had made a profit in two months and suffered a loss in four months in the first half of 1998.

Crowe said that he was aware that Essex could be sold in the near future. Crowe knew that Cendant was looking more closely at its smaller companies and deciding how they fit into the Cendant structure. Crowe knew that Davidson and Software were already for sale and suspected that Essex might be next. Crowe described Essex as a "people business" and stated that he didn't think that it could be easily integrated into a large company like a Prudential if it were sold. Crowe explained that banks or insurance companies owned most of Essex's competitors and Crowe did not think that kind of sale would be a good fit for Essex. Crowe has had brief discussions with HFS people about the possibility of current Essex management buying the company.

-3-

CENDANT 0000101

0474701.01

GOODWILL CHRONOLOGY

Crowe recalled attending a regularly scheduled meeting to review Essex's business plans at CUC in August 1997. Shelton mentioned to Crowe that CUC Corporate planned to write down some of Essex's goodwill in conjunction with the HFS merger. Crowe recalled that his own reaction was relatively mild because Crowe didn't feel that it was his place to ask why and he didn't think Shelton was doing anything inappropriate. Crowe described the exchange between Shelton and himself on this subject as taking forty seconds out of a two hour meeting. Crowe does not recall any amounts that were mentioned.

Crowe remembered telling Shelton about the new plans to expand the services of Essex. Crowe said that Shelton thought it was a good idea to diversify Essex while the bank market continued to be "flat."

Shortly thereafter (about three days), Crowe held his Essex Quarterly Management meeting to internally discuss the general plans and financials of Essex. This meeting was attended by his top people including Albright, Nicholas, Wade and Cunningham. Crowe mentioned at this meeting what Shelton had said about the possible write-off. Crowe does not recall any specific reactions by Essex management to the Shelton comment. Essentially, Essex management viewed the writing down of goodwill as a corporate issue because it did not affect the day-to-day sales and operations of Essex.

Between the Essex management meeting and April 15, 1998, Crowe heard nothing further about the writing down of goodwill.

ASSET IMPAIRMENT

Crowe explained that the core assets were impaired but the newer assets had potential and were still under development. He thought some of the core assets were impaired because Essex's traditional annuity sales were significantly down. Crowe stated that the core business was not doing well due to the bank consolidations and that the only upside was the "new business."

Crowe said that Essex lost $42,000 last month even after taking into consideration the $160,000 of intercompany credit from FISI -- a loss of over $200,000 total for Essex. The intercompany account is adjusted because FISI handles the direct mailing for programs like Protect 10 but this money does not belong to Essex even though it shows up on Essex's books. Essex gets the commission on the sale but the actual revenue belongs to FISI. Essentially, Essex may build the new programs but may only generate 10% of the revenue for itself.

CENDANT 0000102

0474701.01

JB asked Crowe about Essex's residual value. Crowe explained that Essex doesn't have any ongoing income which creates a problem in estimating the residual value of the company. He said that Essex sold $25 billion dollars of annuities but Essex does not see that sum of money because Essex only receives the commission. Crowe said that the banks own the customer lists; Essex doesn't manage the money and does not control any of the activities. Crowe located the value of Essex in its role as a "manufacturer" of insurance products and in its independent staff. In the future, Crowe wants to develop programs for Essex where ongoing fees are involved so that Essex can take in more of the revenue it generates.

JB showed Crowe a document called "Essex Business Outlook" (Exhibit A is attached hereto). Crowe stated that he had never seen Exhibit A before, he was not familiar with the format and did not recognize the handwriting. Crowe said that he did not think that the document came from the Essex office.

Crowe said that the current forecast for 1998 was $2.3 billion in gross annuity sales. The EBITDA forecast is breakeven. He recalled that the 1998 budget had originally been set at $2.8 million EBITDA but the number had been re-forecasted several times during the spring to accommodate the actual numbers. Crowe said that it was Essex policy to generate new forecasts when the actual monthly numbers deviated +/- 5% from budget.

Crowe speculated what the numbers on Exhibit A represented. He stated that the numbers on Exhibit A looked like they reflected only gross annuity sales.

ERNST & YOUNG

Crowe stated that Ernst & Young visited Essex three weeks every year. Crowe said that Ernst & Young audited the broker-dealers as well. Crowe said that he may have met some of the auditors from Ernst & Young as a courtesy but he never spoke to them about the audit.

STOCK SALES

At the time of the merger, Crowe took stock with a value of $1.5 million and options instead of cash. He never sold the stock and sold about 20,000 of his 200,000 options in the summer of 1997 to pay for a down payment on his house.

J.B.

CENDANT 0000103

# EXHIBIT 6

## WILLKIE FARR & GALLAGHER                    MEMORANDUM

PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT

TO:        Files

FROM:      James H. Bicks

RE:        Cendant Corporation Investigation

AS TO:     Interview of Tom Albright: 7/16/98

DATED:     July 17, 1998

---

On Thursday, July 16, 1998, James Bicks ("JB") and Aida Bekele ("AB") of Willkie Farr & Gallagher ("WF&G") interviewed Tom Albright, the Chief Financial Officer, Chief Operating Officer and Executive Vice President of Operations and Finance of Essex Corporation, at the offices of WF&G in New York, New York. Also present was Brian P. Loughman of Arthur Andersen LLP ("AA").

### INTRODUCTION

JB explained that WF&G had been retained by the Audit Committee of Cendant (the "Company") to conduct a special investigation into the Company's accounting practices. WF&G had retained AA to assist in this investigation. JB explained that WF&G represents neither the Company nor its employees. JB informed Albright that statements he made in the course of the interview may not be privileged. Albright indicated that he understood and was prepared to proceed on that basis.

### BACKGROUND

Albright came to Essex as Chief Financial Officer in January 1993. He became Chief Operating Officer in 1994.

Albright does not have a formal accounting background. Albright is not a C.P.A. He started as an accounting major but eventually switched to math and minored in computer systems.

### REPORTING STRUCTURE

Albright said that he reported to Kevin Crowe and that he did have some dealings with people at CUC Corporate. He said he mainly dealt with Cosmo Corigliano. Albright said he had little interaction with Casper Sabatino and barely spoke with Kirk Shelton.

CENDANT 0000006

0475342.01

Albright explained the structure of the Accounting Department. Albright stated that Elisa Lanthier, Controller, is head of the Accounting Department. Albright said that the Assistant Controller reports to Lanthier and is responsible for financial accounting. Albright stated there is another person who holds the position of Manager of Operations and Accounting and is responsible for agency accounting and the operational accounting including accounts payable and receivable. She also reports to Lanthier.

ERNST & YOUNG

JB asked Albright about the annual Ernst & Young audits. Albright stated that Ernst & Young performed interim reviews around November that lasted one or two days, and then Ernst & Young came back in January to perform the actual audit. Both were done on site at Essex. He explained that the audit usually took between two and three weeks. In January 1998, Albright recalled that the partner from Ernst & Young was Schecter (Albright could not recall a first name) and the manager in charge of the audit was Joe Casio. Albright said that he had a lunch meeting with both of them at the end of the audit to discuss the results. Albright said this meeting probably took place in February.

BUDGET PROCESS

Albright explained the budget process. He said that the budget was started in October and was completed by Christmas. Albright said that there was usually a preliminary forecast of the budget by November 1st. Essex sent a draft of the budget to CUC Corporate in early December which would be followed by a telephone meeting in the "teens" of December. A copy of the budget was finalized by the first week of January. Typically, Essex received little response to preliminary budgets from CUC. Albright submitted three copies of the finalized budget to Corigliano at the end of this process. The three copies were intended for Corigliano, Sabatino and Shelton. Albright was not aware of what CUC would do with the budget once it was submitted.

Essex submitted revised forecasts to CUC if monthly numbers demonstrated significant variances of +/- 5%.

Albright never saw any consolidated budgets for the company or any other financial statements. The only financial statements that Albright saw were the 10-K's.

1998 BUDGET

Albright explained that there had been some difficulties involved in setting the budget for 1998. In October, Essex had set the estimate for net income at $6

-2-

0475342.01

million before taxes, goodwill and royalties. In November, Essex revised this number down to about $4 million. Essex eventually revised the number down to $2 million. Albright said that the decreasing estimates were driven by low sales, the loss of clients and sinking interest rates.

Albright did not have any discussions with CUC about the 1998 budget. Albright thought that Ernst & Young probably saw a copy of the budget as well because it was always available for the auditors to examine.

JB showed Albright a copy of the 1998 Essex Group Budget (Exhibit A attached hereto). Albright identified it as the document submitted to CUC on December 12, 1997. Albright stated that pgs. 2-3,5-6 and 8 were organized according to Essex's internal format for financial statements but that the numbers on page 4 were formatted according to how CUC asked Essex to structure the numbers.

GOODWILL CHRONOLOGY

Albright stated that Essex was acquired for approximately $27 million in cash and $3 million in stock.

Albright said that the asset for goodwill was recorded at $27 million at the time of the acquisition. He does not know who specifically decided on that number but he does remember that Stuart Bell was the CFO at the time of the acquisition. The deal closed around January 5, 1995 and he remembered working with Bell and Corigliano on the acquisition.

Albright said that 1995 was a disastrous year for Essex and affected the amortization life for the goodwill arising from the acquisition by CUC. The amortization life had originally been forty years but CUC changed it to 30 years around May/June 1995. Albright does not recall discussing this with CUC. Albright had heard that once Ernst & Young had reviewed the financial performance of Essex and discussed it with CUC, CUC decided to shorten the amortization life of Essex.

There was an Essex senior management meeting on August 19,20 and 21, 1997 at which the financial performance of Essex for the first six months and a preliminary budget for the 1998 calendar year were discussed. Crowe mentioned to his senior management on the 19th that CUC was considering writing off $10 million of goodwill. Albright said that there was no discussion among senior management about the rationale underlying this decision by CUC and no rationale was provided by Crowe.

Albright said that he was not surprised at what Shelton was planning to do because he had written to Shelton a few months earlier and told Shelton that 1997 would be a

-3-

CENDANT 0000008

0475342.01

bad year comparable to 1995 and 1996. Albright said that the budgeted net income for 1997 was around $5 million before royalties, taxes and goodwill amortization. Essex had to continually adjust its estimate downward throughout the year to meet the actual numbers. Essex made $618,000 net income for 1997. Consequently, Albright was expecting CUC to do something to address the fact that Essex was not doing well. Albright thought that the $10 million write off made sense in light of the current market conditions.

JB asked Albright if any cash flow analysis was performed by anyone at Essex. Albright said that there was no such analysis. Albright noted that Essex's P&L is essentially a cash flow analysis due to the limited assets that Essex has.

At the end of September, Albright "brought Elisa into the loop" and told her about the proposed adjustment because they had to start preparing the 1998 budget. Essex was also undergoing restructuring changes at this time which included layoffs.

Around the end of October, Albright called Corigliano either by himself or with Lanthier to discuss the restructuring at Essex. (If Lanthier was not on the phone call, Albright related the conversation to her soon after the phone call). Albright wanted to know how he should handle the restructuring charges like the president's retirement severance. Albright recalled Corigliano said that he would get back to him on the restructuring issues.

On the same phone call, Albright asked Corigliano about whether the HFS/CUC merger required Essex to inform the NASD about the change in the fiscal year-end. Albright also asked about the adjustment to goodwill, and whether adjustment would be made in the third quarter. Albright said that Corigliano seemed to tie the goodwill adjustment to the closing of the CUC/HFS merger. Albright said Corigliano's response was that the merger had not yet closed; they were still waiting for SEC approval on certain matters. Albright recalled that Corigliano said the goodwill write-off would be recorded as part of the HFS/CUC merger and not in the third quarter. Albright had assumed that the goodwill write off would have been a third quarter transaction and that it would have nothing to do with the merger so that surprised him a little. Corigliano ultimately responded that he would get back to Albright. He told Albright specifically to hold on to the goodwill pending the merger closing.

In the second week of December 1997, Lanthier went up to Stamford for the controllers' meeting. Lanthier learned at this meeting that the merger was closing between December 16 and 18th. Lanthier and Albright again called Corigliano after Lanthier had returned from the meeting and

-4-

CENDANT 0000009

0475342.01

they had received the official merger announcement. They asked Corigliano whether they should write off the goodwill before they closed the books for year-end. Corigliano said that he would book it topside and let them know after it had been booked.

Between the October phone call and December 12, Lanthier discussed with Anne Pember how to deal with the items pertaining to the Essex restructuring charge. Corigliano had told Pember who then told Lanthier how to book the Essex restructuring charge. CUC had booked $500,000-$600,000 at the parent level which included the president's severance package. CUC had credited payroll, transferred the money to an intercompany account in Stamford and taken it out of the accruals.

Albright and Lanthier never heard anything further about the goodwill after the phone conversation with Corigliano in December. Albright closed Essex's books around January 9th.

On February 6, 1998, Lanthier received an email or a fax from Pember instructing her to transfer the goodwill through the intercompany account to Stamford. Lanthier showed the memo to Albright. Albright was surprised that Cendant was writing off the entire goodwill but he assumed that they considered Essex to be immaterial in the larger scheme of Cendant. Albright had speculated at that time that the write off was done because Essex did not fit into CUC/Cendant.

Albright never had any conversations with anyone at Cendant about what they were planning to do once Essex wrote off the goodwill. Originally, Corigliano had only said that the write off was going to be "part of the close" but had never elaborated beyond the initial phone calls. Albright did not know that the write off was going to be taken against the merger reserves. Albright recalled looking at Cendant's 10-K and noticing the merger reserve charge of $500 million. Albright assumed that Essex's goodwill charge was included in that number.

Albright did talk to Crowe about the goodwill write off that day or the day following the email/fax. Albright had to sit down with Crowe and explain to him exactly what was going on and walk him through the numbers. Albright recalled that Crowe's reaction was that Essex must not be worth very much to Cendant for them to write off the entire amount.

In late February 1998, Albright talked to Ernst & Young about the write off at a lunch meeting he had with the Essex audit partner (mentioned at the outset). Albright asked the partner about his opinion about the write off. The partner stated that the asset write off indicated that

-5-

CENDANT 0000010

0475342.01

Cendant had little interest in Essex and that it was likely that Essex would be sold in the near future. There was no discussion with Ernst & Young at any point about whether the write off was appropriate or whether reserves were involved.

Albright stated that he thought the core business of Essex had been affected and that it had probably impaired 80%-90% of the core assets prior to December 31, 1997. Albright described the core business as constituting about 75% of Essex's total business for 1997 from a P&L perspective. Albright thought that an appropriate goodwill write off would have been approximately $11 million dollars.

JB asked Albright to assess the value of Essex today but Albright said that there were too many variables involved to make that determination accurately.

Albright said that the current 1998 forecast is flat and that Essex plans to have a net income before royalties, taxes and goodwill of about $10,000-$20,000. Albright said that he never talked to anyone at CUC or Cendant about his 1998 forecast. In the first half of 1998, Essex has already lost $223,000 including the $800,000 income from the Protect 10 program. Essex would have lost about $2 million total for the entire year without Protect 10.

JB then showed Albright a document containing a cash flow analysis (Exhibit B is attached hereto). Albright said that he had never seen it before and that it had not been prepared by anyone at Essex because it was not in the appropriate format or typeface. He also did not recognize the handwriting on the document. He confirmed that these numbers were not consistent with Essex's 1998 budget.

Typically, Albright talked to Corigliano or someone at CUC once a month and he usually went up to Stamford about twice a year. Albright said that there was no communication, however, between himself and either Sabatino or Corigliano during the summer of 1997. His only CUC contact at that time was with Pember who told Lanthier what she should be putting on the books.

## STOCK SALES

Albright has never owned any CUC or Cendant stock. He has had CUC options since January 1995 which are now Cendant options but he has never exercised any of the options that are vested.

J.B.

-6-

CENDANT 0000011

# EXHIBIT 7

**Corigliano, Cosmo**

**From:** Pember, Anne
**Sent:** Wednesday, April 01, 1998 9:09 AM
**To:** Corigliano, Cosmo
**Subject:** FW: audit stuff

Cosmo-
How should we proceed?

---

**From:** Speaks, Steve
**Sent:** Tuesday, March 31, 1998 10:44 PM
**To:** Pember, Anne
**Subject:** audit stuff

Anne - not to peranoid, but I want to put all of the potencial issues on the table for discussion so that Cosmo and Kirk are aware of the importance of keeping E&Y in Trumbull. Granted, almost all of the stuff that I have listed below is an accumulation of prior years stuff, if we get new auditors they could potentially become issues.

First - the allocations - I have attached 3 files. 1) the member months calculation that indicates we will amortize revenue over an average of 10.8 months (excluding 36 month stuff) vs. 11.17 actual for the prior year. 2) an allocation summary that shows budget revenue mix vs. prior year (including allocations). 3) an allocation summary that shows forecast revenue mix (the flow has not been updated, i expect more to swing into pguard but m1 is full of garbage) vs prior year. Note that 3 vs 2 indicates a revenue shortfall to budget of $3.4 million, all in renewals. I have more work to do here but expect the renewal shortfall of $6.5 million to come down by approx $2 MM after we reduce the out months cancel rates in the model to reflect the citi validation.

Regarding the impact of Pguard, we have 3.1MM joins in the forecast. This really should be about 4.4MM. The incremental 1.3 MM would provide approx $35MM net which would eat up most of the allocations. However, I would expect Scott to identify a revenue shortfall (accrual basis) if we blow the doors off of Privacy Guard and he does not see the immediate revenue with deferred expenses.

2. Commission payable - as we discussed, technically we are not calculating the payable properly at year end and could have a shortfall of approx. $10MM (i am just guessing at this number).

3. Rejects in transit - currently at about $120MM. 3 mths

4. Membership reserve - our audit support for this number is weak at best. Also, I don't thing we are calculating correctly in that we should not reduce by the trial cancel rate as we have booked that revenue and need the reserve (correct me if I am wrong on this one). We could have a $10-20MM problem here.

Are there any others out there that I am not aware of? AOL?

  

Ave Memb Receipts    Allocation Summary.xls    Allocation Summary
Comparison 1.xls                                thru 2 98.xls

Page 1



GOVERNMENT EXHIBIT
EX.31

709027

Comp-U-Card Services, Inc.
Average Membership Receipts Months

| | Fiscal 1995 | | | | Fiscal 1996 | | | | Fiscal 1997 | | | | Fiscal 1998 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Net Receipts | % | Amort Period | Weighted Average | Net Receipts | % | Amort Period | Weighted Average | Net Receipts | % | Amort Period | Weighted Average | Net Receipts | % | Amort Period | Weighted Average |
| New - 30 day trial | 5,943,024 | 1.87% | 13 | 0.24 | 874,760 | 0.26% | 13 | 0.03 | 1,977,539 | 0.47% | 13 | 0.06 | 4,028,463 | 0.96% | 13 | 0.12 |
| New - Annual | | 0.00% | 14 | - | | 0.55% | 14 | 0.08 | 72,804,855 | 17.19% | 12 | 2.06 | 39,774,000 | 9.48% | 12 | 1.14 |
| New - 2 step | | 0.00% | 36 | - | 1,850,047 | 0.00% | 36 | - | 9,252,931 | 2.18% | 14 | 0.31 | 22,111,000 | 5.27% | 14 | 0.74 |
| New - HU/CCG | | | 36 | | | | 36 | | | 0.00% | 36 | - | | 0.00% | 36 | - |
| New - 15 month | 111,682,281 | 35.19% | 15 | 5.28 | 123,323,183 | 36.92% | 15 | 5.54 | 122,197,536 | 28.82% | 15 | 4.32 | 137,317,537 | 32.72% | 15 | 4.91 |
| New - Immediate | 55,716,714 | 17.55% | 1 | 0.18 | 62,880,000 | 18.82% | 1 | 0.19 | 73,331,157 | 17.29% | 1 | 0.17 | 73,478,000 | 17.51% | 1 | 0.18 |
| Renewal | 144,053,000 | 45.39% | 12 | 5.45 | 145,110,445 | 43.44% | 12 | 5.21 | 144,357,398 | 34.04% | 12 | 4.09 | 142,929,000 | 34.06% | 12 | 4.09 |
| Total | 317,394,999 | 100.00% | | 11.14 | 334,038,445 | 100.00% | | 11.05 | 424,021,416 | 100.00% | | 11.01 | 419,638,000 | 100.00% | | 11.17 |
| Solicitation costs | 209,173,250 | 93% | | 14,932,225 | 237,815,433 | 92% | | 18,615,133 | 310,639,223 | 92% | | 25,614,642 | 297,379,246 | 93% | | 20,554,286 |

| | Calendar 1998 (Estimated) | | | |
|---|---|---|---|---|
| | Net Receipts | % | Amort Period | Weighted Average |
| New - 30 day trial | 3,587,538 | 0.62% | 13 | 0.08 |
| New - Annual | 36,088,072 | 6.28% | 12 | 0.75 |
| New - 2 step | 19,336,458 | 3.37% | 14 | 0.47 |
| New - HU/CCG | | 0.00% | 36 | - |
| New - 15 month | 218,102,489 | 37.98% | 15 | 5.70 |
| New - Immediate | 125,791,826 | 21.90% | 1 | 0.22 |
| Renewal | 171,388,640 | 29.84% | 12 | 3.58 |
| Total | 574,295,023 | 100.00% | | 10.80 |
| Solicitation costs | 418,846,932 | 90% | | 41,762,418 |

Notes
Revenue excludes immediate recognition renewal revenue
Solicitation costs exclude renewal solicitation costs on immediate renewal revenue
Estimated CreditLine/Merchandise new revenue as $5MM for 1997 and related costs of $2MM

709028

4/1/98 8:27 AM Ave Memb Receipts Comparison 1.xls

Summary of Revenue - By Service
Budget - Calendar 1998

| | Budget - Calendar 1998 ||||| Change | 11 Months Ending December 31, 1997 |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Net Renewal | Net New | Sub-Total | Allocation | Total | | Net Renewal | Net New | Sub-Total | Allocation | Total |

**Deferred Revenue**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Auto | 40,888,961 | 44,441,801 | 85,330,762 | (8,500,000) | 76,830,762 | 50.5% | 31,452,000 | 29,095,000 | 60,547,000 | (9,500,000) | 51,047,000 |
| CCP | 3,647,049 | 452,739 | 4,099,788 | (4,250,000) | (150,212) | -106.3% | 3,224,000 | 3,411,000 | 6,635,000 | (4,250,000) | 2,385,000 |
| Home | 8,672,867 | 9,340,139 | 18,013,006 | (500,000) | 17,513,006 | 14.7% | 10,313,000 | 5,455,000 | 15,768,000 | (500,000) | 15,268,000 |
| Netmarket | 152,747 | 3,965,233 | 4,117,980 | (1,400,000) | 2,717,980 | -82.6% | 4,883,000 | 12,180,000 | 17,063,000 | (1,400,000) | 15,663,000 |
| Shopping | 50,932,289 | 41,094,174 | 92,026,463 | (6,150,000) | 85,876,463 | 36.8% | 42,945,000 | 28,001,000 | 70,946,000 | (8,150,000) | 62,796,000 |
| Travel | 90,428,557 | 135,500,994 | 225,929,551 | (16,950,000) | 208,979,551 | 75.8% | 70,762,000 | 65,095,000 | 135,857,000 | (16,950,000) | 118,907,000 |
| Hotline 36 | 29,117,643 | 32,334,320 | 61,451,963 | (3,350,000) | 58,101,963 | -2.5% | 32,121,000 | 33,813,000 | 65,934,000 | (6,350,000) | 59,584,000 |
| Hotline 12 | 24,586,510 | 899,513 | 25,486,023 | - | 25,486,023 | -10.2% | 26,718,000 | 1,678,000 | 28,396,000 | - | 28,396,000 |
| Feecard | 9,045,028 | 541,575 | 9,586,603 | - | 9,586,603 | -15.7% | 11,047,000 | 831,000 | 11,878,000 | (500,000) | 11,378,000 |
| Monthly | 19,194,463 | | 19,194,463 | | 19,194,463 | 65.8% | 11,574,000 | | 11,574,000 | - | 11,574,000 |
| New Channels | | 19,763,194 | 19,763,194 | | 19,763,194 | -36.5% | | 31,131,000 | 31,131,000 | | 31,131,000 |
| | 276,666,114 | 288,333,682 | 564,999,796 | (41,100,000) | 523,899,796 | 28.4% | 245,039,000 | 210,690,000 | 455,729,000 | (47,600,000) | 408,129,000 |
| | | | 76.4% | 23.6% | 70.8% | | | | 78.4% | | 70.2% |

**Immediate Recognition**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dining | 6,145,425 | 7,571,335 | 13,716,760 | 12,075,000 | 25,791,760 | 9.4% | 6,853,000 | 4,648,000 | 11,501,000 | 12,075,000 | 23,576,000 |
| HealthPet | 2,821,256 | 2,746,163 | 5,567,419 | 6,500,000 | 12,067,419 | -9.5% | 4,129,000 | 1,705,000 | 5,834,000 | 7,500,000 | 13,334,000 |
| PGuard | 32,677,547 | 76,302,460 | 108,980,007 | 7,375,000 | 116,355,007 | 52.0% | 21,896,000 | 45,283,000 | 67,179,000 | 9,375,000 | 76,554,000 |
| Warranty | 9,118,147 | 18,761,225 | 27,879,372 | 12,100,000 | 39,979,372 | 27.7% | 10,941,000 | 8,266,000 | 19,207,000 | 12,100,000 | 31,307,000 |
| Creditline | 14,317,588 | 433 | 14,318,021 | 3,050,000 | 17,368,021 | -24.7% | 14,676,000 | 1,826,000 | 16,502,000 | 6,550,000 | 23,052,000 |
| SafeCard Other | 1,520,651 | | 1,520,651 | | 1,520,651 | -3.1% | 1,569,000 | | 1,569,000 | | 1,569,000 |
| Merchandise | 2,221,249 | 258,031 | 2,479,280 | | 2,479,280 | -33.2% | 3,274,000 | 436,000 | 3,710,000 | | 3,710,000 |
| | | | | | - | | | | - | - | - |
| | 68,821,863 | 105,639,647 | 174,461,510 | 41,100,000 | 215,561,510 | 24.5% | 63,338,000 | 62,164,000 | 125,502,000 | 47,600,000 | 173,102,000 |
| | | | 23.6% | | 29.2% | | | | 21.6% | | 29.8% |
| | 345,487,977 | 393,973,329 | 739,461,306 | | 739,461,306 | 27.2% | 308,377,000 | 272,854,000 | 581,231,000 | | 581,231,000 |

709029

Summary of Revenue - By Service
Budget - Calendar 1998

| | Calendar 1998-Actual Thru 2/98 | | | | | | Change | 11 Months Ending December 31, 1997 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Net Renewal | Monthly Renewals | Net New | Sub-Total | Allocation | Total | | Net Renewal | Net New | Sub-Total | Allocation | Total |
| **Deferred Revenue** | | | | | | | | | | | | |
| Auto | 39,604,179 | 3,906,460 | 39,242,874 | 82,753,513 | (8,500,000) | 74,253,513 | 45.5% | 31,452,000 | 29,095,000 | 60,547,000 | (9,500,000) | 51,047,000 |
| CCP | 3,553,572 | | 708,053 | 4,261,625 | (4,250,000) | 11,625 | -99.5% | 3,224,000 | 3,411,000 | 6,635,000 | (4,250,000) | 2,385,000 |
| Home | 8,529,992 | 1,470,170 | 9,761,216 | 19,761,378 | (500,000) | 19,261,378 | 26.2% | 10,313,000 | 5,455,000 | 15,768,000 | (500,000) | 15,268,000 |
| Netmarket | 156,659 | | 3,965,233 | 4,121,892 | (1,400,000) | 2,721,892 | -82.6% | 12,180,000 | | 17,063,000 | (1,400,000) | 15,663,000 |
| Shopping | 49,056,719 | 1,957,301 | 42,135,666 | 93,149,686 | (6,150,000) | 86,999,686 | 38.5% | 42,945,000 | 28,001,000 | 70,946,000 | (8,150,000) | 62,796,000 |
| Travel | 86,027,529 | 6,664,129 | 133,860,216 | 226,551,874 | (16,950,000) | 209,601,874 | 76.3% | 70,762,000 | 65,095,000 | 135,857,000 | (16,950,000) | 118,907,000 |
| Hotline 36 | 30,690,924 | | 31,886,177 | 62,577,101 | (3,350,000) | 59,227,101 | -0.6% | 32,121,000 | 33,813,000 | 65,934,000 | (6,350,000) | 59,584,000 |
| Hotline 12 | 24,619,141 | | 1,061,125 | 25,680,266 | | 25,680,266 | -9.6% | 26,718,000 | 1,678,000 | 28,396,000 | | 28,396,000 |
| Feecard | 9,842,624 | | 565,182 | 10,407,806 | | 10,407,806 | -8.5% | 11,047,000 | 831,000 | 11,878,000 | (500,000) | 11,378,000 |
| Monthly | | | | | | | -100.0% | 11,574,000 | | 11,574,000 | | 11,574,000 |
| New Channels | | | 19,569,572 | 19,569,572 | | 19,569,572 | -37.1% | | 31,131,000 | 31,131,000 | | 31,131,000 |
| | 252,081,339 | 13,998,060 | 282,755,314 | 548,834,713 | (41,100,000) | 507,734,713 | 24.4% | 245,039,000 | 210,690,000 | 455,729,000 | (47,600,000) | 408,129,000 |
| | | | | 74.6% | | 69.0% | | | | 78.4% | | 70.2% |
| **Immediate Recognition** | | | | | | | | | | | | |
| Dining | 5,893,372 | 86,501 | 7,510,012 | 13,489,885 | 12,075,000 | 25,564,885 | 8.4% | 6,853,000 | 4,648,000 | 11,501,000 | 12,075,000 | 23,576,000 |
| Health/Pet | 2,949,475 | 311,771 | 2,205,208 | 5,466,454 | 6,500,000 | 11,966,454 | -10.3% | 4,129,000 | 1,705,000 | 5,834,000 | 7,500,000 | 13,334,000 |
| PGuard | 31,475,444 | 3,846,464 | 84,007,229 | 119,329,137 | 7,375,000 | 126,704,137 | 65.5% | 21,896,000 | 45,283,000 | 67,179,000 | 9,375,000 | 76,554,000 |
| Warranty | 9,127,815 | 935,344 | 20,315,377 | 30,378,536 | 12,100,000 | 42,478,536 | 35.7% | 10,941,000 | 8,266,000 | 19,207,000 | 12,100,000 | 31,307,000 |
| Creditline | 14,667,496 | | 4,000 | 14,671,496 | 3,050,000 | 17,721,496 | -23.1% | 14,676,000 | 1,826,000 | 16,502,000 | 6,550,000 | 23,052,000 |
| SafeCard Other | 1,378,037 | | | 1,378,037 | | 1,378,037 | -12.2% | 1,569,000 | | 1,569,000 | | 1,569,000 |
| Merchandise | 2,221,248 | | 258,031 | 2,479,279 | | 2,479,279 | -33.2% | 3,274,000 | 436,000 | 3,710,000 | | 3,710,000 |
| | | | | | | | | | | | | |
| | 67,712,887 | 5,180,080 | 114,299,857 | 187,192,824 | 41,100,000 | 228,292,824 | 31.9% | 63,338,000 | 62,164,000 | 125,502,000 | 47,600,000 | 173,102,000 |
| | | | | 25.4% | | 31.0% | | | | 21.6% | | 29.8% |
| | 319,794,226 | 19,178,140 | 397,055,171 | 736,027,537 | | 736,027,537 | 26.6% | 308,377,000 | 272,854,000 | 581,231,000 | | 581,231,000 |
| | 338,972,366 | | | | | | | | | | | |

709030

4/1/98 8:29 AM  Allocation Summary thru 2 98.xls