UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

-against-

WALTER A. FORBES,

          Defendant.

Case No.: 3:02 CR 264 (AWT)

### MEMORANDUM OF LAW OF NON-PARTY ANNE M. PEMBER IN OPPOSITION TO WALTER FORBES' MOTION FOR LEAVE TO ISSUE A RULE 17(C) SUBPOENA TO ANNE PEMBER

Anne M. Pember respectfully submits this memorandum of law in opposition to Walter Forbes' motion for leave to issue a Rule 17(c) subpoena to her.

### PRELIMINARY STATEMENT

Ms. Pember pleaded guilty on June 14, 2000 to one count of conspiracy to commit mail and wire fraud in connection with her participation in the misstatement of the financial results of her former employer CUC International, Inc. and Cendant Corporation (collectively, "Cendant"). Ms. Pember is cooperating with the Government and has testified at the two previous trials of Mr. Forbes, and she expects to be called again by the Government as a witness in the upcoming trial.

In connection with the previous two trials, Mr. Forbes served seven Rule 17(c) subpoenas on Ms. Pember. Mr. Forbes now seeks leave to serve an eighth subpoena on Ms. Pember (the "Eighth Subpoena").[1] Mr. Forbes contends that his motion for leave to serve the Eighth

---

[1] The Eighth Subpoena is attached as Exhibit 1 to this Memorandum.

Subpoena should be granted to enable him to preserve the record with respect to previously denied requests and to supplement the record with respect to previously "granted" requests. In fact, however, Mr. Forbes has already preserved the record with respect to previously denied requests, and no subpoena is necessary to supplement the record with respect to any previously granted requests – a universe that is, any event, smaller than Mr. Forbes suggests. Accordingly, Mr. Forbes' motion for leave to serve the Eighth Subpoena should be denied.

## ARGUMENT

### Service of the Eighth Subpoena is not needed to preserve the record.

With respect to all but a handful of the document categories listed in the Eighth Subpoena, Mr. Forbes acknowledges that his prior pursuit of those documents was unsuccessful. Mr. Forbes also acknowledges that further argument is unlikely to alter that result, and Mr. Forbes states that he is renewing his application for the documents solely for the purpose of preserving his record in the current trial. (Forbes Mem. at 3). Because the mere filing of Mr. Forbes' motion is, in and of itself, undoubtedly sufficient to achieve his purpose of preserving the record, Mr. Forbes need not and should not be given leave to serve a subpoena seeking documents that were sought in previously quashed subpoenas.

### Service of the Eighth Subpoena is not needed to supplement the record.

With respect to four categories of documents in the Eighth Subpoena – which relate to quarterly reports filed with the SEC, meetings held with the government, and legal fees advanced by Cendant – Mr. Forbes contends that one of his most recent subpoenas (the "Sixth Subpoena") was not quashed to the extent it sought documents falling in those categories, and Mr. Forbes seeks leave to serve the Eighth Subpoena in order to obtain supplemental production of such documents. (Forbes Mem. at 2).

2

In fact, however, the Sixth Subpoena was quashed in its entirety based upon the representations that:

> 1) any quarterly reports filed with the SEC since the time of the last trial had been provided to the government attorneys in this case, who in turn intended to provide them to Mr. Forbes;
>
> 2) Ms. Pember had no objection to providing Mr. Forbes with a letter listing the dates of any meetings with the government (as that term has been defined in the various subpoenas served by Mr. Forbes) since the time of the last trial; and
>
> 3) Ms. Pember had no objection to providing Mr. Forbes with a letter indicating the total amount of legal fees and expenses advanced to date by Cendant.[2]

We renew those representations on behalf of Ms. Pember, and we respectfully submit that, in light of those representations, Mr. Forbes' motion for leave to serve the Eighth Subpoena should be denied in its entirety.

---

[2] For the convenience of the Court, we have attached the Sixth Subpoena, our memorandum in support of our motion to quash the Sixth Subpoena (without exhibits), and the transcript pages reflecting the District Court's ruling on our motion to quash as Exhibits 2 through 4, respectively, to this Memorandum.

## **CONCLUSION**

For the reasons stated, and for the reasons offered in support of Ms. Pember's previous motions to quash, Ms. Pember respectfully requests that Mr. Forbes' motion for leave to serve the Eighth Subpoena should be denied.

Dated: April 6, 2006

                                              Respectfully submitted,

                                              Anne M. Pember

By:    _____
                                         Helen Gredd (ct24506)
                                         Daniel E. Reynolds (ct24507)
                                         LANKLER SIFFERT & WOHL LLP
                                         500 Fifth Avenue
                                         New York, New York 10110
                                         (212) 921-8399

                                         and

                                         Alfred U. Pavlis (ct08603)
                                         DALY & PAVLIS LLC
                                         107 John Street
                                         Southport, CT  06490
                                         (203) 255-6700

                                         Attorneys for Anne M. Pember

CERTIFICATE OF SERVICE

      I hereby certify that a copy the foregoing Memorandum of Law of Non-Party Anne M. Pember in Opposition to Walter Forbes' Motion for Leave to Issue a Rule 17(c) Subpoena to Anne Pember was sent via Federal Express on this the 6th day of April, 2006 to the counsel of record indicated below.

*[signature]*
Daniel E. Reynolds

Barry S. Simon
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

Michael Martinez
US Attorney's Office
970 Broad St. Suite 700
Newark, NJ 07102