AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF  Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AHN)

TO: Anne M. Pember
c/o Helen Gredd, Esq.
Lankler, Siffert & Wohl, LLP
500 Fifth Avenue
New York, NY 10110

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE United States District Court District of Connecticut Brien McMahon Federal Building 915 Lafayette Boulevard Bridgeport, Connecticut 06604 | COURTROOM Courtroom R |
|---|---|
| | DATE AND TIME May 19, 2006  9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT KEVIN F. ROWE | DATE |
|---|---|
| (By) Deputy Clerk  *[signature]* | March 29, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE OF DOCUMENTS
# TO BE PRODUCED BY ANNE PEMBER

## DEFINITIONS AND INSTRUCTIONS

a.  The term "document" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

b.  The term "Government" shall mean the U.S. Department of Justice, the U.S. Attorney for the District of New Jersey, the U.S. Attorney's Office for the District of New Jersey, the Federal Bureau of Investigation, the U.S. Securities and Exchange Commission, the U.S. Postal Service, and the Internal Revenue Service.

c.  The term "You" shall mean the recipient of this subpoena, as well as the recipient's counsel, or anyone acting on recipient's behalf.

d.  This subpoena does not require the re-production of documents previously produced to Mr. Forbes.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1.  All Quarterly Reports filed with the SEC since September 2005.

2.  Documents sufficient to identify all meetings or conversations between You and the government since your testimony in the 2005 trial of Walter A. Forbes, including but not limited to calendars, billing records, invoices or receipts.

3.  Documents sufficient to identify any legal fees paid on your behalf by Cendant Corporation for services rendered in connection with the 2005 trial of Walter A. Forbes.

4.  Documents sufficient to identify any legal fees paid on your behalf by Cendant Corporation for services rendered in connection with preparing you for the 2006 trial of Walter A. Forbes.

5.  All communications between You and the Connecticut State Board of Accountancy, Office of the Secretary of State ("the Board"), from 4/15/1998 to the present, concerning the potential revocation of your Connecticut Certified Public Accountant Certificate, the Board's investigation of your conduct at CUC and Cendant, or any negotiation or settlement with the Board.

6. All documents describing or memorializing any benefits You have received or may receive as a result of providing information to the Government, cooperating with the Government, or testifying.

7. All documents that You provided to or received from the Government concerning CUC International, Cendant or Walter A. Forbes.

8. All documents describing or memorializing any communications between You and the Government concerning CUC International, Cendant or Walter A. Forbes.

9. Documents describing or memorializing any communications with the government since June 9, 2004 concerning your plea agreement, including but not limited to your potential sentence under the agreement, and the timing of your sentencing date.

10. Documents sufficient to identify all meetings or conversations between you and Cendant since April 15, 1998.

11. All documents relating to any request for assistance from Cendant to you.

12. All documents relating to any assistance provided by you to Cendant.

13. All documents relating to any request for factual information from Cendant to you.

14. All documents relating to any factual information provided by you to Cendant.

15. All documents relating to any written agreements between you and the United States Attorney's Office.

16. All documents relating to any drafts of agreements between you and the United States Attorney's Office.

17. All documents relating to the negotiation of any agreement between you and the United States Attorney's Office.

18. All documents relating to the negotiation of any potential agreement between you and the United States Attorney's Office.

19. All documents relating to any oral communications between you and the United States Attorney's Office regarding a plea or other agreement.

20. All billing records concerning work performed on your behalf that were provided to Cendant Corporation.

21. Documents describing or memorializing negotiations, discussions or other communications between You and any representative of the United States Government, including the Securities and Exchange Commission, concerning any lawsuits commenced by the Securities and Exchange Commission against Your or any member of your immediate family.

22. Documents describing or memorializing negotiations, discussions or other communications between You and any representative of the United States Government, including the Securities and Exchange Commission, concerning the decision of the Securities and Exchange Commission to delay proceeding with any lawsuits commenced by the Securities and Exchange Commission against Your or any member of your immediate family.

23. Documents describing or memorializing negotiations, discussions or other communications between You and any representative of the United States Government, including the Securities and Exchange Commission, concerning a resolution of any lawsuits commenced by the Securities and Exchange Commission against Your or any member of your immediate family.