# EXHIBIT 1

MEMORANDUM

To:     Henry Silverman

From:   Kirk Shelton

Re:     Cendant Organization Charts

Date:   10/21/97

---

Henry, I owed you follow-up on two organizational issues from last week—the proposed org charts and Anne Pember's reporting relationship. Attached are two org charts that reflect what Walter and I think will work best.

In addition, we also believe that keeping Anne Pember in the accounting loop for the old CUC businesses make sense for the following reasons.

1. She can handle all budgeting and consolidation functions with 1 person. Since moving this to Parsippany will take some manpower, my guess is that our cost here is at worst ½ body.
2. Walter and I are concerned that we don't lose key people. Everyone is comfortable with Anne and she understands the businesses extremely well. Keeping her in the loop will go a long way to calming down the troops.
3. If she reports to Cosmo, she can continue to review the CUC businesses and use her experience to add value to the review process. Since we propose that Cosmo has a dotted line to Mike Monaco, there should be no problem information flow

This structure may not be the first choice from a purely logical perspective, but we feel that the intangible benefits make it a winner, at least for the next year. Maybe we can discuss this further this afternoon at your office.

Cc:     Walter

00267

CONFIDENTIAL
TREATMENT REQUESTED


GOVERNMENT EXHIBIT
EX. 616