# EXHIBIT 9

KRAMER LEVIN NAFTALIS & FRANKEL LLP

919 THIRD AVENUE

NEW YORK, N.Y. 10022 - 3852

47, AVENUE HOCHE
75008 PARIS
FRANCE

GARY P. NAFTALIS
PARTNER
TEL (212) 715-9253
FAX (212) 715-8000
gnaftalis@kramerlevin.com

July 13, 2000

For Settlement Purposes Only

James A. Kidney, Esq.
Assistant Chief Litigation Counsel
Securities and Exchange Commission
Division of Enforcement
450 Fifth Street, N.W., Stop 8-8
Washington, DC  20549-0808

Dear Jim:

Further to our conversations, I enclose a revised Corigliano family budget and detail supporting these items. The detail consists in general of the family's expenses during the prior one-year period with respect to items you inquired about. Where available, we list the family's individual purchases made by check or credit card. For check purchases, we provide the approximate date of the purchase and check number or designate "E-PMT" to represent electronic payment transfers. For credit card purchases, we list the specific card used and the statement date on which the purchase appears. Lastly, we also identify estimated cash payments that the family spends on living expenses.

You will note that the Coriglianos actual living expenses during the prior year exceed substantially the projected budget totals we are proposing. In some categories, such as clothing, we proposed a number that cuts in half the family's current level of spending. As you requested, we also have eliminated professional fees and camp expense for the children and decreased the real estate tax expense to $25,000. We modestly increased our request for certain expenses related to the children's education and after-school activities after our review of the family's actual costs in this area revealed that we significantly underestimated these costs in our initial budget proposal. In all areas, however, you will see that the supporting documentation confirms that the Coriglianos already did not live lavishly and our revised budget proposal significantly reduces the family's current expenses.

We provide further explanation for expenses that are necessary and appropriate to the maintenance of the ongoing value of the candle business and without which the value of the business and the jobs of its 18 employees could be put in jeopardy.

KL3-2044479.1

DEFENDANT'S
EXHIBIT
962

KRAMER LEVIN NAFTALIS & FRANKEL LLP

James A. Kidney, Esq.
July 13, 2000
Page 2

As always, we are available to discuss these and other matters with you.

Kindest regards.

Sincerely,

Gary P. Naftalis

cc:     Harvey Pitt, Esq.
        Audrey Strauss, Esq.

GPN/asb
Enclosures

KL3:2044479.1

CORRECTED PAGE                          DRAFT

Revised Annualized Budget
for the Corigliano Family

**Annual Expenses:**

Automobile Expenses:

| | |
|---|---|
| Fuel and tolls | $3,600 |
| Maintenance | 2,000 |

Automobile Insurance                    2,600

Clothing                                10,000

Education (three children):

| | |
|---|---|
| Parochial School Tuition | 7,500 |
| Books, Educational Supplies, After-School Activities, Toys And Other Educational Expenses | 12,000 |

Food                                    25,000

Home Upkeep, Supplies and Ordinary Repairs   22,000

Income Taxes (Federal and State)        45,000[1]

Insurance Premiums:

| | |
|---|---|
| Health Insurance | 9,500 |
| Property Insurance | 3,800 |

Medical Expenses                        5,000

Real Estate Taxes                       25,000[2]

Utilities (electricity, oil and telephone)   21,000

Interest Payments Owed on Smith Barney   approximately
Money Market Creditline                  1,900 per month

Miscellaneous Expenses                  10,000

---

[1]    Does not reflect possible taxes that would be due if Crystal Journey Candles had taxable income for the year. In that event, the estimate for taxes would need to be increased.

[2]    Based on anticipated tax reassessment.

KL3:2043003.2

07/13/00  THU 16:38 FAX 212 688 7066     KRAMER LEVIN                    ⑩004

**CORRECTED PAGE**                                    **DRAFT**

Support to Cosmo and Terri Corigliano's Parents:[3]

Cosmo's Parents:

| | |
|---|---:|
| Food, Utilities, Insurance Premiums, | 25,000 |
| Medical Expenses  (paid in periodic installments) | 3,800 |
| Property Taxes | 28,800 |

Terri's Mother:

| | |
|---|---:|
| Monthly Payments of $1,000 for Living Expenses | 12,000 |
| Insurance Premiums, Medical Expenses | 8,000 |
| Property Taxes | 20,000 |

---

[3] Cosmo's parents own no significant assets.  As reported previously, their home is now owned by Cosmo Corigliano, who purchased the lifelong family home from his parents, who had insufficient assets to take out a loan on the house to help pay for their own living expenses.

The only sources of income for Cosmo's parents are social security payments and support from Cosmo.

Terri Corigliano's mother owns a home in Branford, Connecticut.  She has a mortgage on this house totaling approximately $150,000.  She has no additional significant assets.

The only sources of income for Terri's mother are social security payments and support from Cosmo.

- 2 -

KL3:2042043.3

CCQ187

**CORRECTED PAGE**                    **DRAFT**

## Payments Owed on In-Progress Construction Work on Corigliano House

The Coriglianos have contracted with a local residential construction worker, Robert Dibble, to complete necessary repairs to their home's driveway and sidewalk pavement. The contractor had begun work on this project several months ago and already has removed the previous pavement. He also has made purchases of gravel and tar to complete the job. The cost of completion and outstanding payments owed by the Coriglianos are estimated by Mr. Dibble at approximately $10,000.[4]

## Necessary Business Expenses

Crystal Journey Candles is a manufacturing company that produces aromatic candles. Since Mrs. Corigliano purchased the company in June 1999, sales have doubled and the number of employees has grown from 3 to 18. In order for the company to maintain its value and complete even existing orders, the company needs to expand its production capacity through automation. Without such capital improvements the company's future will be jeopardized and it will not to remain competitive in the marketplace.

The company currently relies on employees to manually pour the melted wax into candle molds. The machinery needed to expand production capacity and reduce costs would dispense wax automatically into the candle molds at a rate that surpasses the company's present capabilities. In order to compete in the marketplace, the company must be able to meet customer demands in the future.

After an exhaustive search of equipment manufacturers, Crystal Journey Candles located a local candle equipment manufacturer in New Jersey that has available for sale the needed dispensing equipment at a reasonable cost. Crystal Journey Candles will purchase an 8-Head Votive Dispenser with 118 trays, conveyor system and holding tank at a price of $51,325. The company needs to complete this purchase immediately in order to meet current contract demands and to have sufficient production capacity in place for the upcoming holiday season. Without these improvements, the company cannot continue to compete, risks losing its value in the near future as well as jeopardizing the employment of its 18 workers.

---

[4] The Coriglianos are also in the process of seeking an estimate on the needed eplacement of their home's leaking exterior kitchen doors and related repairs to the house frame.

- 3 -

XLS:3042003.3

# CLOTHING

| | |
|---|---|
| Sub-Total of Credit Card and Check Purchases: | $20,444.70 |
| Sub-Total of Estimated Cash Purchases | $ 3,750.00 |
| **TOTAL** | $24,194.70 |

KL3:2044183.1

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 6/4/99 | Peoples Checking | E-PMT | Lord & Taylor's | -239.58 |
| 8/5/99 | Peoples Checking | E-PMT | Lord & Taylor's | -353.66 |
| 11/5/99 | Peoples Checking | E-PMT | Lord & Taylor's | -575.52 |
| 2/3/00 | Peoples Checking | E-PMT | Macys | -652.09 |
| 5/5/00 | Peoples Checking | E-PMT | Filene's | -288.71 |
| 7/6/99 | Bank One Cr | | Gap Kids | -105.94 |
| 4/15/00 | Bank One Cr | | Claires Boutiques | -75.79 |
| 4/15/00 | Bank One Cr | | Macy's | -92.99 |
| 5/15/00 | Bank One Cr | | Gap Kids | -48.02 |
| 6/6/99 | Choice Credit | | Gap Kids | -195.48 |
| 6/14/99 | Choice Credit | | Confetti | -37.63 |
| 6/16/99 | Choice Credit | | Claires Boutiques | -29.65 |
| 6/28/99 | Choice Credit | | The Rainbow Shoppe | -129.85 |
| 7/6/99 | Choice Credit | | The Gap | -194.83 |
| 7/8/99 | Choice Credit | | Bob's Stores | -205.93 |
| 8/30/99 | Choice Credit | | Clinton Sport Shop | -80.74 |
| 9/28/99 | Choice Credit | | Character & Custumes | -32.31 |
| 9/28/99 | Choice Credit | | Old Navy | -82.32 |
| 10/1/99 | Choice Credit | | Neil Young Uniforms | -101.00 |
| 10/8/99 | Choice Credit | | The Red Balloon | -65.90 |
| 10/18/99 | Choice Credit | | Fleischman's | -218.53 |
| 11/3/99 | Choice Credit | | Estys | -34.10 |
| 11/3/99 | Choice Credit | | CWT | -185.33 |
| 11/12/99 | Choice Credit | | Burlington | -289.52 |
| 11/17/99 | Choice Credit | | TJ Maxx | -193.28 |
| 11/24/99 | Choice Credit | | Totally Kool | -305.93 |
| 11/24/99 | Choice Credit | | Payless Shoees | -12.99 |
| 11/24/99 | Choice Credit | | North Cove Outfitters | -197.14 |
| 11/28/99 | Choice Credit | | Totally Kool | -35.03 |
| 12/1/99 | Choice Credit | | Trim Fashions | -123.20 |
| 1/1/00 | Choice Credit | | Timberland Factory | -167.78 |
| 1/1/00 | Choice Credit | | Totally Kool | -39.99 |
| 1/1/00 | Choice Credit | | Gap Kids | -77.00 |
| 1/1/00 | Choice Credit | | The Gap | -101.98 |
| 1/1/00 | Choice Credit | | North Cove Outfitters | -302.21 |
| 2/21/00 | Choice Credit | | Ann Taylor | -125.00 |
| 2/21/00 | Choice Credit | | Fleischman's | -170.04 |

- 2 -

KL3:2004183.1

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 2/21/00 | Choice Credit | | North Cove Outfitters | -62.54 |
| 2/21/00 | Choice Credit | | Gap Kids | -460.28 |
| 4/1/00 | Choice Credit | | LL Beam | -60.95 |
| 4/1/00 | Choice Credit | | Old Navy | -72.00 |
| 4/1/00 | Choice Credit | | Macys | -220.47 |
| 5/1/00 | Choice Credit | | Gap Kids | -400.00 |
| 7/31/99 | Citibank Cred | | Everything But The Baby | -39.98 |
| 9/14/99 | Citibank Cred | | LL Beam | -45.40 |
| 9/21/99 | Citibank Cred | | Territory Ahead | -59.95 |
| 9/29/99 | Citibank Cred | | LL Beam | -65.35 |
| 10/8/99 | Citibank Cred | | Territory Ahead | -55.00 |
| 10/11/99 | Citibank Cred | | Lands End | -136.95 |
| 10/30/99 | Citibank Cred | | Neil Young Uniforms | -115.60 |
| 10/30/99 | Citibank Cred | | LL Beam | -60.50 |
| 11/12/99 | Citibank Cred | | LL Beam | -55.00 |
| 11/14/99 | Citibank Cred | | Payless Shoes | -23.69 |
| 11/14/99 | Citibank Cred | | Mcreedy & Schreiber | -124.49 |
| 1/1/00 | Citibank Cred | | Back To Basics | -420.68 |
| 1/1/00 | Citibank Cred | | North Cove Outfitters | -98.60 |
| 1/1/00 | Citibank Cred | | Brooks Brothers | -29.50 |
| 1/1/00 | Citibank Cred | | Gap Kids | -69.50 |
| 1/1/00 | Citibank Cred | | JC Penny | -117.28 |
| 1/1/00 | Citibank Cred | | North Cove Outfitters | -206.74 |
| 1/1/00 | Citibank Cred | | Territory Ahead | -349.95 |
| 1/19/00 | Citibank Cred | | LL Beam | -64.50 |
| 1/19/00 | Citibank Cred | | JC Penny | -132.49 |
| 1/19/00 | Citibank Cred | | Peddler | -54.06 |
| 1/19/00 | Citibank Cred | | JC Penny | -62.42 |
| 1/19/00 | Citibank Cred | | Victorias Secret | -93.44 |
| 1/19/00 | Citibank Cred | | Victorias Secret | -18.80 |
| 1/19/00 | Citibank Cred | | Victorias Secret | -31.88 |
| 2/18/00 | Citibank Cred | | Victorias Secret | -18.80 |
| 2/18/00 | Citibank Cred | | Victorias Secret | -24.73 |
| 2/18/00 | Citibank Cred | | Jos Banks | -133.81 |
| 2/18/00 | Citibank Cred | | Jos Banks | -135.13 |
| 3/18/00 | Citibank Cred | | Jos Banks | -133.81 |
| 3/18/00 | Citibank Cred | | Brooks Brothers | -26.55 |
| 3/18/00 | Citibank Cred | | North Cove Out. | -80.52 |

- 3 -

K132064153.1

07/13/00  15:25 FAX 212 715 8000        KRAMER LEVIN                    ☒010

| Date | account | check/ck# | payee | amount |
|------|---------|-----------|-------|--------|
| 4/18/00 | Citibank Cred | | Gap Kids | -34.00 |
| 4/18/00 | Citibank Cred | | Brooks Brothers | -14.50 |
| 4/18100 | Citibank Cred | | Gap Kids | -105.50 |
| 4/18/00 | Citibank Cred | | The Gap | -83.50 |
| 4/18/00 | Citibank Cred | | Baudelaire | -104.50 |
| 4/18/00 | Citibank Cred | | The Gap | -83.50 |
| 5/20/00 | Citibank Cred | | The Gap | -76.00 |
| 5/20/00 | Citibank Cred | | Ultra Shoes | -156.35 |
| 5/20/00 | Citibank Cred | | LL Beam | -53.75 |
| 5/20/00 | Citibank Cred | | Ultra Shoes | -156.35 |
| 5/20/00 | Citibank Cred | | North Cove Outfitters | -107.41 |
| 5/20/00 | Citibank Cred | | J. Alden | -474.14 |
| 5/20/00 | Citibank Cred | | The Gap | -83.00 |
| 5/20/00 | Citibank Cred | | Lands End | -182.95 |
| 5/20/00 | Citibank Cred | | Timberland Factory | -29.99 |
| 5/20/00 | Citibank Cred | | Lands End | -107.95 |
| 5/20/00 | Citibank Cred | | Foot Locker | -172.60 |
| 6/4/99 | MBNA Credit | | Marshall's | -72.93 |
| 6/4/99 | MBNA Credit | | The Rag Shop | -197.11 |
| 6/4/99 | MBNA Credit | | Filene's | -207.15 |
| 6/7/99 | MBNA Credit | | Marshall's | -276.49 |
| 6/29/99 | MBNA Credit | | Flight Of Fancy | -277.59 |
| 6/29/99 | MBNA Credit | | Neil Young Uniforms | -512.40 |
| 7/7/99 | MBNA Credit | | Darien Bootery | -158.25 |
| 7/13/99 | MBNA Credit | | Bloomingdales | -168.09 |
| 7/15/99 | MBNA Credit | | Hoaglands Of Greenwich | -265.00 |
| 7/20/99 | MBNA Credit | | Payless Shoes | -72.95 |
| 7/20/99 | MBNA Credit | | Neil Young Uniforms | -390.02 |
| 7/22/99 | MBNA Credit | | TJ Maxc | -100.74 |
| 8/30/99 | MBNA Credit | | Claires Boutiques | -35.62 |
| 9/14/99 | MBNA Credit | | The Red Balloon | -130.38 |
| 9/20/99 | MBNA Credit | | Jones Ny Sports | -117.30 |
| 9/23/99 | MBNA Credit | | Totally Kool | -188.04 |
| 9/27/99 | MBNA Credit | | Gap Kids | -318.43 |
| 10/15/99 | MBNA Credit | | Stage Road Trading | -55.65 |
| 10/15/99 | MBNA Credit | | j Alden | -143.10 |
| 10/15/99 | MBNA Credit | | TJ Maxx | -102.96 |

- 4 -

K13:2044103.1

| Date | | Check Number | | Amount |
|---|---|---|---|---|
| 10/15/99 | MBNA Credit | | TJ Maxx | -240.51 |
| 10/27/99 | MBNA Credit | | Dancers Outlet | -66.95 |
| 11/10/99 | MBNA Credit | | Bill Rogers Running | -76.50 |
| 11/10/99 | MBNA Credit | | Filene's | -107.11 |
| 11/15/99 | MBNA Credit | | Gap Kids | -165.94 |
| 11/15/99 | MBNA Credit | | Burlington | -196.55 |
| 11/15/99 | MBNA Credit | | Tennis Trends | -145.37 |
| 11/22/99 | MBNA Credit | | Thurstons | -167.48 |
| 11/22/99 | MBNA Credit | | Neil Young Uniforms | -157.00 |
| 12/1/99 | MBNA Credit | | Payless Shores | -24.98 |
| 12/1/99 | MBNA Credit | | JC Penny | -232.67 |
| 12/15/99 | MBNA Credit | | Everything But The Baby | -52.99 |
| 12/15/99 | MBNA Credit | | Foot Locker | -19.99 |
| 12/15/99 | MBNA Credit | | London Fog Factory | -48.30 |
| 12/15/99 | MBNA Credit | | Payless Shoes | -9.99 |
| 12/15/99 | MBNA Credit | | Thurstons | -126.99 |
| 12/15/99 | MBNA Credit | | CWT | -34.81 |
| 12/15/99 | MBNA Credit | | Jeffries | -117.95 |
| 12/29/99 | MBNA Credit | | Bob's Stores | -159.86 |
| 1/5/00 | MBNA Credit | | The Rugged Bear | -191.02 |
| 1/5/00 | MBNA Credit | | Old Lyme Village Fabric | -16.96 |
| 1/13/00 | MBNA Credit | | Burlington | -139.44 |
| 1/13/00 | MBNA Credit | | Macys | -185.50 |
| 1/13/00 | MBNA Credit | | North Cove Outfitters | -522.91 |
| 1/13/00 | MBNA Credit | | A Style Above | -34.00 |
| 1/20/00 | MBNA Credit | | Everything But The Baby | -54.85 |
| 1/20/00 | MBNA Credit | | Bob's Stores | -230.06 |
| 1/20/00 | MBNA Credit | | Lord & Taylor's | -76.97 |
| 1/20/00 | MBNA Credit | | Everything But The Baby | -81.98 |
| 1/20/00 | MBNA Credit | | Totally Kool | -94.45 |
| 4/1/00 | MBNA Credit | | Payless Shoes | -31.46 |
| 5/2/00 | MBNA Credit | | Gap Kids | -79.49 |
| 5/2/00 | MBNA Credit | | Gap Kids | -115.47 |
| 5/2/00 | MBNA Credit | | Macy's | -93.68 |

TOTAL 6/1 /99 - 5/31/00                    -20,444.70

- 5 -

RL3:204413.1

# BOOKS, EDUCATIONAL SUPPLIES,
## AFTER-SCHOOL ACTIVITIES AND OTHER
### EDUCATIONAL EXPENSES

| | |
|---|---|
| Sub-Total for Credit Card and Check Purchases: | $15,785.37 |
| Sub-Total for Estimated Cash Payments: | $ 1,500.00 |
| **TOTAL:** | $17,285.37 |

KL3:2043906.1

07/13/00  15:26 FAX 212 715 8000       KRAMER LEVIN                              ☒013

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 2/16/00 | People's Checking | E-PMT | Old Saybrook Racquet Club | $562.31 |
| 4/11/00 | People's Checking | E-PMT | Personal Ed. Music Center | 125.00 |
| 9/6/99 | People's -- Terri | 2484 | Personal Ed. Music Center | 99.00 |
| 9/6/99 | People's -- Terri | 2439 | St. John Schook | 146.00 |
| 9/7/99 | People's -- Terri | 2431 | Mike Ferrantelli | 25.00 |
| 9/13/99 | People's -- Terri | 2485 | Old Saybrook Racquet Club | 504.00 |
| 9/22/99 | People's -- Terri | 2445 | St. John Schook | 19.00 |
| 9/22/99 | People's -- Terri | 2446 | St. John Schook | 19.00 |
| 9/22/99 | People's -- Terri | 2447 | St. John Schook | 19.00 |
| 9/22/99 | People's -- Terri | 2483 | Future Musicians Inc. | 213.00 |
| 9/23/99 | People's -- Terri | 2448 | Old Saybrook Racquet Club | 288.00 |
| 9/23/99 | People's -- Terri | 2476 | Town of Old Saybrook | 14.00 |
| 9/13/99 | People's -- Terri | 2477 | Cardio Connection | 78.00 |
| 10/7/99 | People's -- Terri | 2088 | Old Saybrook Racquet Club | 22.00 |
| 10/7/99 | People's -- Terri | 2481 | The Trumpet Club | 10.90 |
| 10/7/99 | People's -- Terri | 2482 | Scholastic Arrow Book Club | 2.95 |
| 9/13/99 | People's -- Terri | 2485 | Old Saybrook Racquet Club | 504.00 |
| 11/20/99 | People's -- Terri | 2100 | Scholastic Arrow Book Club | 9.90 |
| 11/20/99 | People's -- Terri | 2245 | Old Saybrook Racquet Club | 54.00 |
| 11/29/99 | People's -- Terri | 2246 | Old Saybrook Racquet Club | 32.00 |
| 12/6/99 | People's -- Terri | 2247 | Old Saybrook Racquet Club | 32.00 |
| 4/15/00 | Bank One Credit | | Emerson & Cook | 97.15 |
| 5/15/00 | Bank One Credit | | Amazing Grace | 128.63 |
| 6/6/99 | Choice Credit | | Waldenbooks | 142.24 |
| 6/16/99 | Choice Credit | | Joann Fabrics | 48.02 |
| 6/16/99 | Choice Credit | | The Disney Store | 10.60 |
| 1/1/00 | Choice Credit | | Juniors Music | 79.50 |
| 1/1/00 | Choice Credit | | Creative Crafts | 62.69 |
| 7/11/99 | Citibank Credit | | Amazon.com | 12.05 |
| 7/13/99 | Citibank Credit | | AOL | 21.95 |
| 7/15/99 | Citibank Credit | | Amazon.com | 49.85 |
| 7/23/99 | Citibank Credit | | Amazon.com | 77.79 |
| 7/26/99 | Citibank Credit | | Amazon.com | 31.92 |
| 7/30/99 | Citibank Credit | | Amazon.com | 13.55 |
| 8/12/99 | Citibank Credit | | Amazon.com | 12.93 |
| 8/14/99 | Citibank Credit | | AOL | 21.95 |
| 8/14/99 | Citibank Credit | | Amazon.com | 36.87 |
| 8/20/99 | Citibank Credit | | Amazon.com | 14.35 |
| 8/22/99 | Citibank Credit | | Barnes & Noble | 7.93 |
| 9/9/99 | Citibank Credit | | Great Outdoor Toy Co. | 1,087.00 |
| 9/10/99 | Citibank Credit | | Amazon.com | 47.27 |
| 9/11/99 | Citibank Credit | | Amazon.com | 17.94 |

KL3.200399A.1

07/13/00  15:28 FAX 212 715 8000     KRAMER LEVIN     ☒014

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 9/18/99 | Citibank Credit | | Amazon.com | 16.85 |
| 10/2/99 | Citibank Credit | | Amazon.com | 57.73 |
| 10/8/99 | Citibank Credit | | Waldenbooks | 31.77 |
| 10/11/99 | Citibank Credit | | AOL | 21.95 |
| 10/16/99 | Citibank Credit | | Great Outdoor Toy Co. | 2,538.00 |
| 10/17/99 | Citibank Credit | | Amazon.com | 36.97 |
| 10/18/99 | Citibank Credit | | Amazon.com | 13.75 |
| 10/30/99 | Citibank Credit | | Amazon.com | 23.92 |
| 10/30/99 | Citibank Credit | | Amazon.com | 61.19 |
| 10/30/99 | Citibank Credit | | Amazon.com | 75.37 |
| 10/30/99 | Citibank Credit | | Amazon.com | 27.81 |
| 10/30/99 | Citibank Credit | | Amazon.com | 13.70 |
| 10/30/99 | Citibank Credit | | Amazon.com | 6.51 |
| 11/5/99 | Citibank Credit | | Amazon.com | 13.55 |
| 11/5/99 | Citibank Credit | | Amazon.com | 23.95 |
| 11/5/99 | Citibank Credit | | Amazon.com | 39.13 |
| 11/14/99 | Citibank Credit | | AOL | 21.95 |
| 1/1/00 | Citibank Credit | | Amazon.com | 14.90 |
| 1/1/00 | Citibank Credit | | Amazon.com | 16.05 |
| 1/1/00 | Citibank Credit | | AOL | 21.95 |
| 1/19/00 | Citibank Credit | | Amazon.com | 20.97 |
| 1/19/00 | Citibank Credit | | Amazon.com | 9.58 |
| 2/18/00 | Citibank Credit | | Amazon.com | 69.89 |
| 2/18/00 | Citibank Credit | | Amazon.com | 10.59 |
| 2/18/00 | Citibank Credit | | Amazon.com | 32.34 |
| 2/18/00 | Citibank Credit | | AOL | 21.95 |
| 3/18/00 | Citibank Credit | | Mount Snow | 87.15 |
| 3/18/00 | Citibank Credit | | Mount Snow | 136.50 |
| 3/18/00 | Citibank Credit | | Mount Snow | 145.95 |
| 3/18/00 | Citibank Credit | | Mount Snow | 27.78 |
| 3/18/00 | Citibank Credit | | AOL | 21.95 |
| 4/18/00 | Citibank Credit | | Amazon.com | 7.18 |
| 4/18/00 | Citibank Credit | | AOL | 59.95 |
| 4/18/00 | Citibank Credit | | AOL | 21.95 |
| 5/20/00 | Citibank Credit | | Amazon.com | 214.41 |
| 5/20/00 | Citibank Credit | | AOL | 21.95 |
| 7/10/99 | MBNA Credit | | Learning Express | 96.32 |
| 12/1/99 | MBNA Credit | | Barnes & Noble | 126.39 |
| 12/15/99 | MBNA Credit | | Waldenbooks | 145.16 |
| 2/29/00 | MBNA Credit | | Pauline Books | 63.63 |
| 2/29/00 | MBNA Credit | | Scholastic Book Fair | 88.05 |
| 2/29/00 | MBNA Credit | | The Firm | 115.80 |
| 2/29/00 | MBNA Credit | | The Firm | 160.85 |

K13:2043196.1

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 5/2/00 | MBNA Credit | | Mystic Aquarium | 75.00 |
| 5/2/00 | MBNA Credit | | Wise Owl | 77.18 |
| 5/2/00 | MBNA Credit | | Book Warehouse | 32.86 |
| 5/15/00 | Bank One Credit | | Olympia Sports | 60.34 |
| 9/7/99 | Choice Credit | | Danskin | 80.48 |
| 7/31/99 | Citibank Credit | | Olympia Sports | 48.71 |
| 9/11/99 | Citibank Credit | | Olympia Sports | 63.58 |
| 1/1/00 | Citibank Credit | | Olympia Sports | 172.72 |
| 1/19/00 | Citibank Credit | | The Sports Authority | 86.89 |
| 3/18/00 | Citibank Credit | | Olympia Sports | 77.34 |
| 9/2/99 | MBNA Credit | | Olympia Sports | 26.46 |
| 9/2/99 | MBNA Credit | | Olympia Sports | 38.15 |
| 9/3/99 | MBNA Credit | | Olympia Sports | 49.73 |
| 9/14/99 | MBNA Credit | | Happy Paddler | 41.18 |
| 4/15/00 | Bank One Credit | | Toys R Us | 271.26 |
| 5/15/00 | Bank One Credit | | Toys R Us | 85.52 |
| 5/15/00 | Bank One Credit | | Kay Bee Toy | 25.41 |
| 5/15/00 | Bank One Credit | | Kay Bee Toy | 120.23 |
| 7/21/99 | Choice Credit | | Pedal & Pump | 317.95 |
| 8/23/99 | Choice Credit | | Kay Bee Toy | 102.68 |
| 9/28/99 | Choice Credit | | Toys R Us | 334.68 |
| 11/1/99 | Choice Credit | | Kay Bee Toy | 82.65 |
| 11/3/99 | Choice Credit | | Kay Bee Toy | 146.24 |
| 11/17/99 | Choice Credit | | Toys R Us | 42.39 |
| 1/1/00 | Choice Credit | | Kay Bee Toy | 244.73 |
| 4/1/00 | Choice Credit | | Toys R Us | 81.32 |
| 4/1/00 | Choice Credit | | Toys R Us | 83.70 |
| 5/1/00 | Choice Credit | | Toys R Us | 328.31 |
| 1/1/00 | Citibank Credit | | Lego Shop At Home | 433.81 |
| 1/1/00 | Citibank Credit | | My Twinn | 287.09 |
| 1/1/00 | Citibank Credit | | My Twinn | 84.01 |
| 1/1/00 | Citibank Credit | | Lego Shop At Home | 10.60 |
| 1/1/00 | Citibank Credit | | My Twinn | 60.90 |
| 1/1/00 | Citibank Credit | | Lego Shop At Home | 12.72 |
| 1/19/00 | Citibank Credit | | Free Style Roping | 39.80 |
| 1/19/00 | Citibank Credit | | Lego Shop At Home | 133.56 |
| 7/10/99 | MBNA Credit | | Pedal & Pump | 275.59 |
| 11/3/99 | MBNA Credit | | Boston Globe Store | 68.92 |
| 11/15/99 | MBNA Credit | | Kay Bee Store | 240.44 |
| 11/15/99 | MBNA Credit | | Toys R Us | 167.94 |
| 11/22/99 | MBNA Credit | | Kay Bee Toy | 95.35 |
| 12/15/99 | MBNA Credit | | Toys R Us | 388.41 |
| 1/13/00 | MBNA Credit | | Kay Bee Toy | 31.79 |

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 1/20/00 | MBNA Credit | | Toys R Us | 186.64 |
| 4/1/00 | MBNA Credit | | Kay Bee Toy | 61.41 |
| 5/2/00 | MBNA Credit | | Sarges Comics | 15.89 |
| 5/2/00 | MBNA Credit | | Lee's Toys | 209.28 |
| 1/14/00 | People's Checking | E-PMT | Future Musicians | 199.00 |
| | | | TOTAL: | $15,785.37 |

KL3:2043906.1

07/13/00  15:27 FAX 212 715 8000       KRAMER LEVIN                    @017

# FOOD

| | |
|---|---|
| Sub-Total for Credit Card and Check Purchases: | $24,316.46 |
| Sub-Total for Estimated Cash Purchases: | $ 5,000.00 |
| **TOTAL** | $29,316.46 |

KL3:2044183.1

07/13/00  16:27 FAX 212 715 8000        KRAMER LEVIN                                    @013

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 10/3/99 | Peoples- Terr... | 2440 | Bagelz | -8.38 |
| 10/7/99 | Peoples- Terr... | 2091 | St John Schook | -15.30 |
| 10/7/99 | Peoples- Terr... | 2082 | St John Schook | -12.95 |
| 10/7/99 | Peoples- Terr... | 2093 | St John Schook | -15.30 |
| 11/8/99 | Peoples- Terr... | | Stop & Shop | -122.55 |
| 11/20/99 | Peoples- Terr... | 2246 | St John Schook | -39.00 |
| 6/2/99 | Bank One Cr... | | Shop Rite | -142.00 |
| 6/30/99 | Bank One Cr... | | Shop Rite | -122.22 |
| 7/2/99 | Bank One Cr... | | Shop Rite | -101.65 |
| 7/6/99 | Bank One Cr... | | Hay Day | -104.51 |
| 7/9/99 | Bank One Cr... | | Waldbaums | -42.12 |
| 7/14/99 | Bank One Cr... | | Shop Rite | -226.28 |
| 4/15/00 | Bank One Cr... | | A&P Liquor | -87.90 |
| 4/15/00 | Bank One Cr... | | Stop & Shop | -142.09 |
| 4/15/00 | Bank One Cr... | | Stop & Shop | -82.37 |
| 4/15/00 | Bank One Cr... | | Stop & Shop | -300.93 |
| 4/15/00 | Bank One Cr... | | Bennies Farm Market | -127.37 |
| 5/15/00 | Bank One Cr... | | Action Spirits | -51.93 |
| 5/15/00 | Bank One Cr... | | Stop & Shop | -155.50 |
| 5/15/00 | Bank One Cr... | | Scotts Orchard | -47.54 |
| 5/15/00 | Bank One Cr... | | Essex Colonial | -19.97 |
| 5/15/00 | Bank One Cr... | | Bishop's Orchard | -212.27 |
| 5/15/00 | Bank One Cr... | | Essex Colonial | -63.83 |
| 5/15/00 | Bank One Cr... | | Stop & Shop | -102.89 |
| 6/3/99 | Choice Credit... | | Porricelli's Foods | -27.74 |
| 6/10/99 | Choice Credit... | | Shop Rite | -133.14 |
| 6/18/89 | Choice Credit... | | Shop Rite | -145.84 |
| 6/20/99 | Choice Credit... | | Stop & Shop | -34.81 |
| 7/4/99 | Choice Credit... | | Shop Rite | -36.12 |
| 7/8/99 | Choice Credit... | | Bishop's Orchard | -56.66 |
| 7/22/99 | Choice Credit... | | Shop Rite | -69.62 |
| 8/3/99 | Choice Credit... | | Cronigs | -68.68 |
| 8/17/99 | Choice Credit... | | Cronigs | -91.55 |
| 8/17/99 | Choice Credit... | | Cronigs | -26.74 |
| 8/30/99 | Choice Credit... | | Stop & Shop | -181.69 |
| 9/7/99 | Choice Credit... | | Stop & Shop | -199.74 |
| 9/7/99 | Choice Credit... | | Stop & Shop | -112.56 |
| 10/1/99 | Choice Credit... | | Stop & Shop | -127.66 |
| 10/8/99 | Choice Credit... | | Bishop's Orchard | -20.06 |
| 10/8/99 | Choice Credit... | | Stop & Shop | -136.58 |
| 11/12/99 | Choice Credit... | | Stop & Shop | -123.80 |
| 11/17/99 | Choice Credit... | | A&P Liquor | -207.63 |
| 11/24/99 | Choice Credit... | | A&P | -93.03 |

- 2 -

KL3:2044183.1

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 11/28/99 | Choice Credit... | | A&P | -91.50 |
| 11/28/99 | Choice Credit... | | Bennys Farm Market | -94.75 |
| 1/1/00 | Choice Credit... | | Bennies Farm Market | -53.63 |
| 1/1/00 | Choice Credit... | | Stop & Shop | -216.37 |
| 1/1/00 | Choice Credit... | | Stop & Shop | -123.50 |
| 2/21/00 | Choice Credit... | | Stop & Shop | -89.25 |
| 2/21/00 | Choice Credit... | | Stop & Shop | -136.05 |
| 4/1/00 | Choice Credit... | | Foodworks | -45.25 |
| 4/1/00 | Choice Credit... | | Stop & Shop | -126.15 |
| 4/1/00 | Choice Credit... | | Essex Colonial | -66.83 |
| 4/1/00 | Choice Credit... | | Stop & Shop | -231.52 |
| 4/1/00 | Choice Credit... | | Shaw's | -94.54 |
| 5/1/00 | Choice Credit... | | Stop & Shop | -500.00 |
| 6/27/99 | Citibank Cred... | | Shop Rite | -57.27 |
| 7/24/99 | Citibank Cred... | | Stop & Shop | -208.99 |
| 8/5/99 | Citibank Cred... | | Cronigs | -163.59 |
| 8/13/99 | Citibank Cred... | | Cronigs | -159.85 |
| 9/5/99 | Citibank Cred... | | Stop & Shop | -132.78 |
| 9/18/99 | Citibank Cred... | | Stop & Shop | -55.37 |
| 9/25/99 | Citibank Cred... | | Stop & Shop | -162.16 |
| 10/17/99 | Citibank Cred... | | Stop & Shop | -101.41 |
| 1/19/00 | Citibank Cred... | | Old Saybrook | -161.10 |
| 1/19/00 | Citibank Cred... | | Stop & Shop | -112.86 |
| 2/18/00 | Citibank Cred... | | Stop & Shop | -75.38 |
| 5/20/00 | Citibank Cred... | | Stop & Shop | -160.66 |
| 5/20/00 | Citibank Cred... | | Bennies Farm Market | -99.95 |
| 6/7/99 | MBNA Credit... | | Shop Rite | -88.28 |
| 6/14/99 | MBNA Credit... | | Shop Rite | -151.80 |
| 6/24/99 | MBNA Credit... | | Shop Rite | -89.39 |
| 7/1/99 | MBNA Credit... | | Shop Rite | -137.41 |
| 7/7/99 | MBNA Credit... | | Shop Rite | -145.82 |
| 8/8/99 | MBNA Credit... | | Cronigs | -59.51 |
| 8/22/99 | MBNA Credit... | | Stop & Shop | -150.82 |
| 8/23/99 | MBNA Credit... | | Coastal Wine | -76.98 |
| 8/23/99 | MBNA Credit... | | Bob's Centerbrook Pac | -44.19 |
| 8/28/99 | MBNA Credit... | | Stop & Shop | -48.37 |
| 9/17/99 | MBNA Credit... | | Stop & Shop | -100.82 |
| 9/17/99 | MBNA Credit... | | Stop & Shop | -99.49 |
| 9/20/99 | MBNA Credit... | | Stop & Shop | -107.44 |
| 9/23/99 | MBNA Credit... | | Stop & Shop | -56.23 |

- 3 -

KL3:2044193.1

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 9/27/99 | MBNA Credit... | | Stop & Shop | -300.08 |
| 10/15/99 | MBNA Credit... | | Stop & Shop | -75.05 |
| 10/15/99 | MBNA Credit... | | Essex Colonial | -188.93 |
| 10/15/99 | MBNA Credit... | | Stop & Shop | -214.41 |
| 10/15/99 | MBNA Credit... | | Bishop's Orchard | -181.65 |
| 10/15/99 | MBNA Credit... | | Stop & Shop | -194.24 |
| 10/27/99 | MBNA Credit... | | Anna's Temptations | -12.44 |
| 10/27/99 | MBNA Credit... | | Stop & Shop | -30.04 |
| 11/3/99 | MBNA Credit... | | Stop & Shop | -144.41 |
| 11/3/99 | MBNA Credit... | | Essex Colonial | -85.62 |
| 11/10/99 | MBNA Credit... | | Bennies Farm Market | -29.72 |
| 11/10/99 | MBNA Credit... | | Scott's Orchard | -29.20 |
| 11/10/99 | MBNA Credit... | | Stop & Shop | -58.21 |
| 11/15/99 | MBNA Credit... | | Stop & Shop | -205.89 |
| 11/22/99 | MBNA Credit... | | Bannies Farm Market | -83.45 |
| 11/22/99 | MBNA Credit... | | Stop & Shop | -175.10 |
| 12/15/99 | MBNA Credit... | | Stop & Shop | -333.37 |
| 12/15/99 | MBNA Credit... | | Stop & Shop | -220.75 |
| 12/15/99 | MBNA Credit... | | Stop & Shop | -110.28 |
| 12/15/99 | MBNA Credit... | | Action Spirits | -208.26 |
| 12/24/99 | MBNA Credit... | | Westbrook Lobster | -86.50 |
| 12/24/99 | MBNA Credit... | | Stop & Shop | -256.55 |
| 12/29/99 | MBNA Credit... | | Stop & Shop | -174.36 |
| 12/29/99 | MBNA Credit... | | Bennies Farm Market | -83.00 |
| 1/5/00 | MBNA Credit... | | Stop & Shop | -152.30 |
| 1/13/00 | MBNA Credit... | | Stop & Shop | -197.81 |
| 1/20/00 | MBNA Credit... | | Stop & Shop | -274.19 |
| 1/20/00 | MBNA Credit... | | Essex Colonial | -185.93 |
| 1/20/00 | MBNA Credit... | | Stop & Shop | -153.43 |
| 1/20/00 | MBNA Credit... | | Stop & Shop | -195.63 |
| 2/29/00 | MBNA Credit... | | Stop & Shop | -202.63 |
| 2/29/00 | MBNA Credit... | | Walt's Market | -35.92 |
| 2/29/00 | MBNA Credit... | | Stop & Shop | -287.42 |
| 4/1/00 | MBNA Credit... | | Essex Colonial | -65.21 |
| 4/1/00 | MBNA Credit... | | Essex Colonial | -239.23 |
| 4/1/00 | MBNA Credit... | | Stop & Shop | -102.78 |
| 4/1/00 | MBNA Credit... | | Essex Colonial | -60.52 |
| 4/1/00 | MBNA Credit... | | Bishop's Orchard | -188.26 |
| 5/2/00 | MBNA Credit... | | Stop & Shop | -199.18 |

- 4 -

KL3 2844103.1

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 5/2/00 | MBNA Credit... | | Gray Goose Cookery | -125.33 |
| 5/2/00 | MBNA Credit... | | Stop & Shop | -241.38 |
| 5/2/00 | MBNA Credit... | | Pasta Unlimited | -40.95 |
| 5/2/00 | MBNA Credit... | | Bj's Wholesale | -319.66 |
| 5/2/00 | MBNA Credit... | | Stop & Shop | -157.78 |
| | **TOTAL 6/1/99 - 5/31/00** | | | **-16,024.81** |

- 5 -

[KL3:2044180.]

| Date | Account | Check Number | Payee | Amount |
|------|---------|--------------|-------|--------|
| 10/7/99 | Peoples- Terr... | 2086 | Pizza Works | -32.65 |
| 11/20/99 | Peoples- Terr... | 2244 | Old Saybrook Diner | -330.00 |
| 6/2/99 | Bank One Cr... | | Oriental Gourmet | -28.40 |
| 6/29/99 | Bank One Cr... | | Fresh Fields | -123.01 |
| 6/9/99 | Choice Credit... | | Hay Day | -90.83 |
| 6/25/99 | Choice Credit... | | Mrs Greens Of Stamford | -83.26 |
| 10/8/99 | Choice Credit... | | Friendly Restaurant | -32.99 |
| 11/1/99 | Choice Credit... | | Old Saybrook Diner | -27.85 |
| 12/1/99 | Choice Credit... | | Zhangs | -49.70 |
| 1/1/00 | Citibank Cred... | | Grill & Bar Restaurant | -57.90 |
| 1/1/00 | Citibank Cred... | | Zhangs | -55.55 |
| 6/6/99 | Citibank Cred... | | Da Vinci's | -88.09 |
| 6/20/99 | Citibank Cred... | | Carl Anthony | -132.84 |
| 6/30/99 | Citibank Cred... | | Jimmies Seaside | 99.35 |
| 6/30/99 | Citibank Cred... | | Jimmies Seaside | -20.00 |
| 7/8/99 | Citibank Cred... | | Doorstep Express | -52.59 |
| 7/26/99 | Citibank Cred... | | Dock & Dine | -126.21 |
| 7/30/99 | Citibank Cred... | | Saigon City | -104.15 |
| 8/4/99 | Citibank Cred... | | Beach Plum Inn | -318.03 |
| 8/18/99 | Citibank Cred... | | Beach Plum Inn | -325.10 |
| 9/25/99 | Citibank Cred... | | Boom Restaurant | -83.96 |
| 10/2/99 | Citibank Cred... | | Zhangs | -40.15 |
| 10/21/99 | Citibank Cred... | | The Cuckoo's Nest | -91.21 |
| 10/30199 | Citibank Cred... | | Zhangs | -57.55 |
| 11/5/99 | Citibank Cred... | | The Cuckoo's Nest | -89.62 |
| 1/1/00 | Citibank Cred... | | Baang | -217.06 |
| 1/1/00 | Citibank Cred... | | Zhangs | -148.50 |
| 1/1/00 | Citibank Cred... | | Redeye Grill | -235.72 |
| 1/1/00 | Citibank Cred... | | Tri Be Ca | -318.21 |
| 1/1/00 | Citibank Cred... | | Little Siam | -76.24 |
| 1/1/00 | Citibank Cred... | | Il Fomo | -62.28 |
| 1/1/00 | Citibank Cred... | | Zhangs | -103.65 |
| 1/19/00 | Citibank Cred... | | Old Lyme Inn | -524.57 |
| 1/19/00 | Citibank Cred... | | Zhangs | -50.20 |
| 1/19/00 | Citibank Cred... | | Oliver's | -66.29 |
| 1/19/00 | Citibank Cred... | | Zhangs | -40.70 |

| Date | | Check Number | Payee | Amount |
|---|---|---|---|---|
| 2/18/00 | Citibank Cred... | | Black Seal | -84.17 |
| 2/18/00 | Citibank Cred... | | 500 Blake St | -136.25 |
| 2/18/00 | Citibank Cred... | | Oliver's | -49.55 |
| 2/18/00 | Citibank Cred... | | Little Siam | -126.37 |
| 3/18/00 | Citibank Cred... | | Villa Dimaio | -65.13 |
| 3/18/00 | Citibank Cred... | | Black Seal | -97.73 |
| 3/18/00 | Citibank Cred... | | Fiore | -69.45 |
| 3/18/00 | Citibank Cred... | | Rattlesnake | -23.44 |
| 3/18/00 | Citibank Cred... | | Metro Grille | -285.01 |
| 4/18/00 | Citibank Cred... | | Zhangs | -58.60 |
| 4/18/00 | Citibank Cred... | | Cafe 31 | -32.75 |
| 4/18/00 | Citibank Cred... | | Boom Restaurant | -174.22 |
| 4/18/00 | Citibank Cred... | | Cuckoo | -102.92 |
| 4/18/00 | Citibank Cred... | | Water's Edge | -181.89 |
| 5/20/00 | Citibank Cred... | | Zhangs | -132.15 |
| 5/20/00 | Citibank Cred... | | Old Lyme Inn | -421.33 |
| 5/20/00 | Citibank Cred... | | Oliver's | -110.96 |
| 5/20/00 | Citibank Cred... | | Stone Barn | -189.03 |
| 5/20/00 | Citibank Cred... | | Norwich Inn | -85.33 |
| 6/1/99 | MBNA Credit... | | Fresh Fields | -252.40 |
| 6/14/99 | MBNA Credit... | | Aux Delices | -37.34 |
| 6/15/99 | MBNA Credit... | | Fresh Fields | -107.58 |
| 6/23/99 | MBNA Credit... | | Hay Day | -56.70 |
| 7/12/99 | MBNA Credit... | | Garelick & Herbs | -55.53 |
| 7/29/99 | MBNA Credit... | | Dock & Dine | -52.89 |
| 8/22/99 | MBNA Credit... | | Il Forno | -31.64 |
| 9/2/99 | MBNA Credit... | | Dock & Dine | -91.33 |
| 9/8/99 | MBNA Credit... | | Pizza Works | -29.00 |
| 10/15/99 | MBNA Credit... | | Restaurant Bricco | -28.55 |
| 12/21/99 | MBNA Credit... | | Luigi's Restaurant | -62.15 |
| 1/13/00 | MBNA Credit... | | Foodworks | -156.25 |
| 1/13/00 | MBNA Credit... | | Foodworks | -8.25 |
| 1/20/00 | MBNA Credit... | | Griswold Inn | -54.40 |
| 2/29/00 | MBNA Credit... | | Zhangs | -54.45 |
| 2/29/00 | MBNA Credit... | | Old Saybrook Diner | -26.95 |
| 4/1/00 | MBNA Credit... | | Wine & Roses | -61.30 |
| 5/2/00 | MBNA Credit... | | Old Saybrook Diner | -57.91 |
| 5/2/00 | MBNA Credit... | | Foodworks | -172.27 |
| 5/2/00 | MBNA Credit... | | Griswold Inn | -84.10 |

TOTAL 6l1 /99 - 5/31 /00                                   $8,291.65

KL3:3444103.1

# HOME MAINTENANCE, SUPPLIES AND OTHER HOUSEHOLD ITEMS

| | |
|---|---|
| Sub-Total for Credit Card and Check Purchases: | $31,098.67 |
| Sub-Total for Estimated Cash Payments: | $ 2,000.00 |
| **TOTAL** | $33,098.67 |

| Date | Account | Check Number | Payee | Amount |
|---|---|---|---|---|
| 11/3/99 | Peoples Che... | 3017 | Darren Abbott chimney cleaner | -708.00 |
| 11/29/99 | Peoples Che... | E-PMT | Kurt E. Schlauder Carp. | -1,269.48 |
| 3/24/00 | Peoples Che... | E-PMT | John Patterson snow plowing | -70.00 |
| 9/7/99 | Peoples- Terr... | 2429 | Ideal Cleaners | -62.00 |
| 9/20/99 | Peoples- Terr... | 2443 | Ideal Cleaners | -23.20 |
| 10/3/99 | Peoples- Terr... | 2085 | Ideal Cleaners | -60.95 |
| 11/24/99 | Peoples- Terr... | 2243 | Postmaster | -11.75 |
| 8/2/99 | American Ex... | | NY Times Home Delivery | -97.90 |
| 7/24/99 | Bank One Cr... | | Bed Bath & Beyond | -89.45 |
| 4/15/00 | Bank One Cr... | | Wayside Furniture | -2,973.18 |
| 4/15/00 | Bank One Cr... | | Prints Plus | -127.18 |
| 4/15/00 | Bank One Cr... | | Odd Job Training | 87.70 |
| 4/15/00 | Bank One Cr... | | Furniture Outlet | -953.95 |
| 5/15/00 | Bank One Cr... | | Baldwin Furn | -1,715.08 |
| 5/15/00 | Bank One Cr... | | Linens N Things | -89.35 |
| 6/16/99 | Choice Credit... | | Wal Mart | -31.16 |
| 6/16/99 | Choice Credit... | | Pottery Barn | -64.63 |
| 6/16/99 | Choice Credit... | | Essex Hardware | -5.09 |
| 6/17/99 | Choice Credit... | | Party City | -94.39 |
| 8/23/99 | Choice Credit... | | Deep River Rent | -10.00 |
| 8/23/99 | Choice Credit... | | Three D Bed | -346.70 |
| 8/29/99 | Choice Credit... | | Essex Colonial | -121.77 |
| 9/9/99 | Choice Credit... | | True Value | -292.30 |
| 10/8/99 | Choice Credit... | | Essex Colonial | -188.93 |
| 10/8/99 | Choice Credit... | | Ocean State Job Lot | -21.54 |
| 10/8/99 | Choice Credit... | | Main Street Yarn | -28.84 |
| 11/17/99 | Choice Credit... | | Joann Fabrics | -46.45 |
| 11/24/99 | Choice Credit... | | Christiansen Hardware | -45.56 |
| 12/1/99 | Choice Credit... | | Joann Fabrics | -36.09 |
| 2/21/00 | Choice Credit... | | Shear Madness | -54.18 |
| 2/21/00 | Choice Credit... | | Origins | -196.10 |
| 4/1/00 | Choice Credit... | | Bath & Body | -74.52 |
| 7/10/99 | Citibank Cred... | | Camera Wholesalers | -102.28 |
| 10/17/99 | Citibank Cred... | | Home Depot | -157.05 |
| 11/14/99 | Citibank Cred... | | Cash | -23.04 |
| 1/1/00 | Citibank Cred... | | Radio Shack | -139.50 |

- 2 -

KL3:2044193.1

07/13/00  15:29 FAX 212 715 8000        KRAMER LEVIN

| Date | | Check Number | | Amount |
|------|---|---|---|--------|
| 1/1/00 | Citibank Cred... | | Christmas Barn | -63.34 |
| 1/1/00 | Citibank Cred... | | Country Barn | -41.98 |
| 1/19/00 | Citibank Cred... | | J&R Sound | -614.94 |
| 2/18/00 | Citibank Cred... | | Millers Hallmark Shop | -26.43 |
| 3/18/00 | Citibank Cred... | | Sugarbakers | -14.95 |
| 5/20/00 | Citibank Cred... | | Essex Hardware | -52.95 |
| 5/20/00 | Citibank Cred... | | Springmaid | -65.65 |
| 5/20/00 | Citibank Cred... | | Cititravel Membership | -59.95 |
| 5/20/00 | Citibank Cred... | | Lords & Ladies | -52.64 |
| 5/20/00 | Citibank Cred... | | Ritz Camera | -169.54 |
| 6/7/99 | MBNA Credit... | | Party City | -94.39 |
| 6/16/99 | MBNA Credit... | | Millers Hallmark Shop | -96.17 |
| 6/22/99 | MBNA Credit... | | Linens N Things | -240.21 |
| 7/15/99 | MBNA Credit... | | Painting Place | -139.92 |
| 7/15/99 | MBNA Credit... | | Enzo | -136.08 |
| 7/28/99 | MBNA Credit... | | Essex Colonial | -100.57 |
| 8/23/99 | MBNA Credit... | | Essex Colonial | -177.89 |
| 8/30/99 | MBNA Credit... | | Shore T.V. | -148.39 |
| 9/1/99 | MBNA Credit... | | Main Street Yarn | -10.43 |
| 9/3/99 | MBNA Credit... | | Essex Colonial | -56.85 |
| 9/8/99 | MBNA Credit... | | Wal Mart | -102.37 |
| 9/14/99 | MBNA Credit... | | Essex Colonial | -204.16 |
| 9/27/99 | MBNA Credit... | | Joann Fabrics | -12.62 |
| 9/27/99 | MBNA Credit... | | Joann Fabrics | -57.41 |
| 10/15/99 | MBNA Credit... | | Frank's Nurseries | -63.49 |
| 10/15/99 | MBNA Credit... | | Essex Mail Mart | -36.85 |
| 10/27/99 | MBNA Credit... | | Printko Photo | -116.43 |
| 11/15/99 | MBNA Credit... | | Fabric Place | -296.13 |
| 11/15/99 | MBNA Credit... | | Home Depot | -84.49 |
| 12/15/99 | MBNA Credit... | | Joann Fabrics | -53.16 |
| 12/24/99 | MBNA Credit... | | Radio Shack | -31.07 |
| 12/24/99 | MBNA Credit... | | Joann Fabrics | -53.06 |
| 12/24/99 | MBNA Credit... | | Essex Hardware | -37.04 |
| 1/13/00 | MBNA Credit... | | Record Town | -14.82 |
| 1/20/00 | MBNA Credit... | | Electrolux | -49.27 |
| 1/20/00 | MBNA Credit... | | Joann Fabrics | -112.75 |
| 1/31/00 | MBNA Credit... | | A Style Above | -75.00 |
| 2/29/00 | MBNA Credit... | | Yankee Candle | -48.62 |
| 4/1/00 | MBNA Credit... | | Frank's Nurseries | -139.78 |
| 4/1/00 | MBNA Credit... | | A Style Above | -79.71 |
| 4/1/00 | MBNA Credit... | | Wal Mart | -181.83 |

- 3 -

KL3:2044183 1

07/13/00  15:30 FAX 212 715 8000    KRAMER LEVIN                                    002?

| Date | Payee | Account | Amount |
|------|-------|---------|--------|
| 4/1/00 | MBNA Credit... | Joann Fabrics | -71.00 |
| 5/2/00 | MBNA Credit... | Linen Barn | -33.86 |
| 5/2/00 | MBNA Credit... | Linen Barn | -62.44 |
| 5/2/00 | MBNA Credit... | Linen Barn | -12.70 |
| 5/2/00 | MBNA Credit... | Ocean State Job Lot | -39.57 |

TOTAL 6/1/99 - 5/31/00                                    -14.852.19

- 4 -

KL3:2004103.1

| Date | Card Number | Payee | Amount |
|------|-------------|-------|--------|
| 7/9/99 | Bank One Cr | Hallocks Branford | -741.99 |
| 4/15/00 | Bank One Cr | Ames | -204.21 |
| 5/15/00 | Bank One Cr | Ames | -131.51 |
| 9/28/99 | Choice Credit | Ames | -95.71 |
| 10/8/99 | Choice Credit | Ames | -124.78 |
| 11/1/99 | Choice Credit | CVS | -45.23 |
| 11/3/99 | Choice Credit | Bennys | -27.54 |
| 11/12/99 | Choice Credit | Ames | -170.20 |
| 12/1/99 | Choice Credit | Bennys | -69.59 |
| 1/1/00 | Choice Credit | CVS | -57.65 |
| 1/1/00 | Choice Credit | Ames | -88.40 |
| 1/1/00 | Choice Credit | Bennys | -161.97 |
| 1/1/00 | Choice Credit | Ames | -77.45 |
| 1/1/00 | Choice Credit | Ames | -127.18 |
| 2/21/00 | Choice Credit | Bennys | -53.39 |
| 2/21/00 | Choice Credit | Ames | -29.96 |
| 2/21/00 | Choice Credit | CVS | -63.87 |
| 4/1/00 | Choice Credit | Ames | -96.00 |
| 4/1/00 | Choice Credit | CVS | -28.24 |
| 4/1/00 | Choice Credit | Ames | -81.70 |
| 5/1/00 | Choice Credit | Ames | -300.00 |
| 7/24/99 | Citibank Cred | Ames | -59.14 |
| 11/5/99 | Citibank Cred | Bennys | -141.41 |
| 1/1/00 | Citibank Cred | Ames | -68.33 |
| 1/1/00 | Citibank Cred | Bennys | -44.32 |
| 1/1/00 | Citibank Cred | Bennys | -36.94 |
| 3/18/00 | Citibank Cred | Bennys | -169.59 |
| 6/15/99 | MBNA Credit | Family Discount Center | -264.79 |
| 6/28/99 | MBNA Credit | Bradlees | -263.65 |
| 7/7/99 | MBNA Credit | Bradlees | -51.20 |
| 7/12/99 | MBNA Credit | Family Discount Center | -123.93 |
| 7/18/99 | MBNA Credit | Savon of Wisconsin | -40.51 |
| 7/26/99 | MBNA Credit | Bennys | -198.23 |
| 7/31/99 | MBNA Credit | Bennys | -57.58 |
| 7/31/99 | MBNA Credit | Ames | -20.47 |
| 8/23/99 | MBNA Credit | Bradlees | -183.28 |
| 9/1/99 | MBNA Credit | CVS | -49.10 |
| 9/3/99 | MBNA Credit | Bennys | -85.72 |
| 9/14/99 | MBNA Credit | CVS | -36.75 |

K3:2844 10.7

| Date | Bank | Check Number | Payee | Amount |
|------|------|--------------|-------|--------|
| 9/20/99 | MBNA Credit | | Bennys | -45.07 |
| 9/20/99 | MBNA Credit | | Ames | -131.73 |
| 9/23/99 | MBNA Credit | | Bennys | -131.85 |
| 10/15/99 | MBNA Credit | | Bennys | -18.92 |
| 10/15/99 | MBNA Credit | | CVS | -33.33 |
| 10/27/99 | MBNA Credit | | Bennys | -98.80 |
| 11/3/99 | MBNA Credit | | Bennys | -100.11 |
| 12/15/99 | MBNA Credit | | Bennys | -222.11 |
| 12/15/99 | MBNA Credit | | Ames | -62.28 |
| 1/5/00 | MBNA Credit | | Ames | -82.68 |
| 1/13/00 | MBNA Credit | | Bennys | -76.76 |
| 1/13/00 | MBNA Credit | | Ames | -32.84 |
| 1/13/00 | MBNA Credit | | Bennys | -17.97 |
| 1/20/00 | MBNA Credit | | CVS | -20.13 |
| 2/29/00 | MBNA Credit | | CVS | -5.06 |
| 2/29/00 | MBNA Credit | | Ames | -217.66 |
| 4/1/00 | MBNA Credit | | CVS | -26.59 |
| 4/1/00 | MBNA Credit | | CVS | -77.16 |
| 5/2/00 | MBNA Credit | | Ames | -18.18 |

TOTAL 6/1/99 - 5/31/00                          -$6,090.74

- 6 -

KLJ:204419.1

CCQ211

| Date | | | Amount |
|------|---|---|--------|
| 9/28/99 | Choice Credit... | US Postal | -99.80 |
| 10/18/99 | Choice Credit... | Staples | -105.34 |
| 1/1/00 | Choice Credit... | Staples | -283.54 |
| 1/1/00 | Choice Credit... | Staples | -95.35 |
| 7/13/99 | Citibank Cred... | Staples | -56.56 |
| 7/31/99 | Citibank Cred... | Staples | -31.79 |
| 1/19/00 | Citibank Cred... | Staples | -28.90 |
| 1/19/00 | Citibank Cred... | Staples | -137.13 |
| 2/18/00 | Citibank Cred... | Bch Wheaton | -77.64 |
| 3/18/00 | Citibank Cred... | Webstone Group | -29.95 |
| 3/18/00 | Citibank Cred... | Webstone Group | -29.95 |
| 6/9/99 | MBNA Credit... | Staples | -221.04 |
| 7/29/99 | MBNA Credit... | Staples | -122.68 |
| 8/26/99 | MBNA Credit... | Staples | -112.27 |
| 9/14/99 | MBNA Credit... | Staples | -58.73 |
| 10/15/99 | MBNA Credit... | Staples | -162.08 |
| 10/15/99 | MBNA Credit... | Staples | -45.52 |
| 10/27/99 | MBNA Credit... | Staples | -41.10 |
| 12/21/99 | MBNA Credit... | Staples | -38.67 |
| 1/13/00 | MBNA Credit... | Staples | -156.51 |
| 1/20/00 | MBNA Credit... | Staples | -205.39 |
| 1/20/00 | MBNA Credit... | Staples | -140.30 |
| 2/29/00 | MBNA Credit... | Staples | -127.85 |
| 2/29/00 | MBNA Credit... | Staples | -23.04 |
| 5/2/00 | MBNA Credit... | Staples | -132.41 |

TOTAL 6/1/99 – 5/31/00                    -$2,563.54

KL3:2044183.1

CCQ212

**Household Upkeep and Outdoor Maintenance:**

| Date | Account | Check Number | Payee | Category | Amount |
|------|---------|--------------|-------|----------|--------|
| 9/17/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | $190.80 |
| 10/7/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 826.80 |
| 10/20/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 588.30 |
| 11/5/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 662.50 |
| 11/15/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 201.40 |
| 11/29/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 339.20 |
| 12/10/99 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 477.00 |
| 4/21/00 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 763.20 |
| 5/5/00 | People's Checking | E-PMT | David Carr | Outdoor Maint. | 524.70 |
| 5/26/00 | People's Checking | E-PMT | David Carr | Tree Removal | 1,781.84 |
| 3/5/00 | Smith Barney | 378 | David Carr | Tree Removal | 3,800.00 |
| | | | | TOTAL: | $10,155.74 |

KL3:2044152.1

CCQ213

# MEDICAL EXPENSES

| | |
|---|---|
| **Sub-Total for Credit Card and Check Purchases:** | **$3,541.50** |
| **Sub-Total for Estimated Cash Payments for Prescription Drug and Other Medical Costs** | **$1,500.00** |
| **TOTAL** | **$5,041.50** |

| Date | Account | Check Number | | Amount |
|------|---------|--------------|--|--------|
| 2/17/00 | Peoples Che... | 3018 | Dr. Manjoney | -143.00 |
| 4/28/00 | Peoples Che... | E-PMT | Yale Faculty Practice | -77.00 |
| 9/6/99 | Peoples- Terr... | 2479 | Scott Fischer, DMD | -885.00 |
| 6/2/99 | Bank One Cr... | | Dr. Ivan Weinstein | -985.00 |
| 6/18/99 | Choice Credit... | | Glenville Medical Association | -165.00 |
| 11/1/99 | Choice Credit... | | Wildwood Pediatrics | -83.00 |
| | **TOTAL 6/1 /99 - 5131100** | | | **-2,338.00** |

KL3:2044183.1

- 2 -

CCQ215

| 7/10/99 | Peoples Che... | DEP | CIGNA | 460.00 |
| 7/16/99 | Peoples Che... | E-PMT | Scott R. Fischer, D.M.D. | -980.00 |
| 9/3/99 | Peoples Che... | E-PMT | Dearfield Dental Assoc. | -95.00 |
| 10/18/99 | Peoples Che... | E-PMT | Home St. Diagnostic Lab | -78.00 |
| 3/10/00 | Peoples Che... | E-PMT | Shoreline Oral Surgery | -300.00 |
| 4/21/00 | Peoples Che... | E-PMT | Middlesex Urology, P.C. | -10.00 |
| 1/1/00 | Choice Credit... | | Dearfield Dental Assoc. | -85.50 |
| 2/21/00 | Choice Credit... | | David J. Silvia, D.M.D. | -105.00 |
| 4/1/00 | Choice Credit... | | Gynecology | -10.00 |
| | TOTAL 8/1/99 - 5/31100 | | | -1,663.50 |

TOTAL INFLOWS                460.00
TOTAL OUTFLOWS         -1,663.50

NET TOTAL                  -$1,203.50

KL3-2044183.;