# EXHIBIT 1

## MEMORANDUM OF INTERVIEW



PERSON INTERVIEWED:  Kevin Kearney

ADDRESS:

Redding, CT 06896

TELEPHONE NO.:

DATE OF INTERVIEW:  May 26, 1998

PLACE OF INTERVIEW:  US Postal Inspection Service Office
Stamford, CT P&DC
Stamford, CT

INTERVIEWED BY:  P.A. Mathews, Postal Inspector
M. O'Reilly, FBI Special Agent

Mr. Kevin Kearney was interviewed on May 26, 1998 regarding his knowledge of and involvement with CUC, HFS and Cendant. Mr. Kearney stated he was currently employed by Cendant and prior to the merger had been employed by CUC since July 1993. Mr. Kearney stated he had been hired by Casper Sabatino for the position of Manager of Financial Reporting. Mr. Kearney stated he was promoted to Director of Financial Reporting in 1995 when Kathy Pranger-Mills left for a position in marketing. Mr. Kearney stated his responsibilities included gathering information for SEC filings, 10Ks, 10Qs, etc., and oversight of the consolidations. Mr. Kearney stated Mary Sattler reported to him and he reported to Casper Sabatino. Mr. Kearney stated he was offered a controller position for Plextel (telecommunications) in March 1997 and was phased into the position effective April 1, 1997. Mr. Kearney stated he was last involved with year-end closings for January 1997 and for the annual report.

Mr. Kearney stated CUC acquired Ideom, which was a similar type of business, in 1997. Mr. Kearney stated the largest restructuring reserve was established for the Ideom acquisition and a lot of charges went through it. Mr. Kearney stated he was not involved in the accounting for the Ideom reserve and Ann Pember was involved with controlling the charges. Mr. Kearney stated Safecard was a part of Ideom.

Mr. Kearney stated there was a separate line item on the financials for restructuring charges. Mr. Kearney stated he was given a number from Cosmo for how much to record. Mr. Kearney stated entries were made to the general

DEFENDANT'S
EXHIBIT
2351

ledger and were debited to Profit and Loss. Mr. Kearney stated credits were applied to the accrued Ideom integration cost and cash was credited.

Mr. Kearney stated for other small acquisition related reserves were closed out by debiting reserve and crediting the income statement to some expense account. Mr. Kearney stated reserves over one year old were reversed into the income statement rather than into good will. Mr. Kearney stated he did not remember specifically where they were credited.

Mr. Kearney stated Cosmo made the decisions on where items were credited, and this was usually done through Casper Sabatino. Mr. Kearney stated Mary Sattler did the consolidations and he oversaw her work. Mr. Kearney stated he reviewed the figures to make sure the numbers on cash flow and retail earnings tied out and then passed the consolidation on to Casper Sabatino. Mr. Kearney stated Casper Sabatino would review the numbers and then go over them with Cosmo Corrigliano. Mr. Kearney stated Cosmo Corrigliano made adjustments top side for the quarter ends and at year-end they had to tie out. Mr. Kearney stated the divisions made the journal entries. Mr. Kearney stated the controllers at the divisions were usually contacted.

Mr. Kearney stated the larger divisions were audited, including Entertainment. Mr. Kearney stated the divisions which were not audited, including NCCI and Welcome Wagon, were based on materiality level established by the auditors. Mr. Kearney stated adjustments were made during the quarters to the smaller divisions. Mr. Kearney stated Cosmo Corrigliano told them to make the adjustments, sometimes directly and sometimes through Casper Sabatino. Mr. Kearney stated this was done to try to get to certain income levels. Mr. Kearney stated that in the third quarter of 1997 the adjustments were approximately $70 million, he wasn't sure of the exact amount but it was less than $100 million. Mr. Kearney stated he had topside adjustments accounted for and a set of ledger entries that needed to be recorded.

Mr. Kearney stated Cosmo Corrigliano kept a list of adjustments that had to be made for the fourth quarter. Mr. Kearney stated Cosmo Corrigliano would rattle off areas in the company that needed adjustment once in a while and Mr. Kearney stated he assumed the adjustments were justified. Mr. Kearney stated Cosmo Corrigliano said that at year-end these adjustments had to be made. Mr. Kearney stated Cosmo Corrigliano gave the adjustment figures and showed the effect on the earnings per share. Mr. Kearney stated he never saw supporting documents for these adjustments. Mr. Kearney stated Casper Sabatino usually provided the year-end entries, but sometimes Cosmo Corrigliano gave them to the divisions.

Mr. Kearney stated Ann Pember had a schedule for the Ideom reserve for January 1997. Mr. Kearney stated Ideom was part of the Compucard Division.

Mr. Kearney stated Cosmo Corrigliano worked closely with Ann Pember on the Compucard Division and may have directly given the adjustments.

Mr. Kearney stated that Ann Pember had him record an entry after the consolidated numbers had been given for the December 1997 financials. Mr. Kearney stated it was an adjustment to the reserved account in which the purchase reserves were reduced and the Profit and Loss was credited to revenue. Mr. Kearney stated he did not feel he was in a position to question the instruction. Mr. Kearney stated that Cosmo Corrigliano directed him in establishing the amount for purchase reserves. Mr. Kearney stated he and Rick Fernandes, President of Plextell (now Spark Services) discussed expected costs and Rick Fernandes presented the figures, and Cosmo Corrigliano came back with a higher figure. Mr. Kearney stated Rick Fernandes was aware of the adjustment to Spark's reserve because Mr. Kearney informed him of it. Mr. Kearney stated an adjustment of $9.5 million was made on the instructions of Ann Pember.

Mr. Kearney stated a reserve was established because a company called Match.Com was purchased in September 1997, with the intention of relocating the operation to Stamford, CT. Mr. Kearney stated offers for relocation were made but not accepted, so the anticipated relocation costs were not incurred. Mr. Kearney stated Tango Communications was acquired in March 1997 and a purchase reserve was set up. Mr. Kearney stated adjustments were made involving Match.Com and Tango Communications in March 1997. Mr. Kearney stated the Tango acquisition was a stock deal and a debit was made to goodwill for the value of the stock issued and a credit was applied to the equity section of the balance sheet. Mr. Kearney stated this effected the EPS amortization. Mr. Kearney stated the cash purchase for Match.Com involved a debit to goodwill and a credit to cash with no additional shares issued. Mr. Kearney stated not all the reserves were used for Tango and revenue was credited. Mr. Kearney stated Ernst & Young did not audit these divisions this year. Mr. Kearney stated he would give Ernst & Young the analyticals when he was at corporate headquarters.

Mr. Kearney stated employees can invest in a 401K for company stock and the company will match the contributions up to a certain level. Mr. Kearney stated there were various funds including CUC, mutual funds, Treasury bond, etc. included in the 401K. Mr. Kearney stated all employees at every level are eligible for stock options. Mr. Kearney stated there is a memo which defines the restrictions on selling CUC or Cendant stock, including not selling the stock within three days before and five days after a press release. Mr. Kearney stated that up to 25% of an individual's salary could be used to purchase up to $100,000 in stock at a ten per cent discount. Mr. Kearney stated he sold some of his shares because an investment counselor advised against overexposure with his employer. Mr. Kearney stated he sold $30,000 worth of stock with a gain of $10,000 subsequent to January 1, 1998.

Mr. Kearney stated he was hired by CUC in 1993 at a salary of $47,000 per year and in 1997 his salary was $65,000. Mr. Kearney stated he thought Mary Sattler was hired in 1995 for $40,000 per year and her salary was raised to $43,000 per year.

Mr. Kearney stated his move from corporate headquarters to Sparks was initiated when Rick Fernandes approached Casper Sabatino and expressed an interest in Mr. Kearney making the lateral move. Mr. Kearney stated he was interested in making the move because he had spent two or three years in the corporate environment and wanted the opportunity for operational experience.

Mr. Kearney stated that when he was hired at CUC Stu Bell was the CFO and Cosmo Corrigliano was Corporate Controller. Mr. Kearney stated that about three or four years ago Stu Bell left CUC and Cosmo Corrigliano was promoted to the CFO position. Mr. Kearney stated the corporate controller position was not filled and Cosmo Corrigliano continued to cover the position.

Mr. Kearney stated the 1997 quarterly reports and 1997 year-end reports were not the first time he noticed topside adjustments. Mr. Kearney stated he believes topside adjustments were being made since he came in to CUC in 1993. Mr. Kearney stated the 1997 quarterly adjustments were recorded in the ledgers for year-end 1997. Mr. Kearney stated he did not know what adjustments were made at the division level under Cosmo Corrigliano's direction for January 1997. Mr. Kearney stated the topside adjustments for the 1997 quarters involved the crediting of expenses or revenue for the quarters.

Mr. Kearney stated he recalled hearing of a Dine-a-Mate controller who wrote a letter that he copied to his attorney and accountant regarding disagreement over adjustments. Mr. Kearney stated the controller might not have made the adjustment. Mr. Kearney stated Dine-a-Mate is out of New York and is part of the Entertainment division. Mr. Kearney said he did not recall the identity of the controller was or whether he was still with the company. Mr. Kearney stated Casper Sabatino and Sandy Berry, who handled the Entertainment division and was located in Detroit, would know the controller.

Mr. Kearney stated he had been working for Ernst & Young for four years when Cosmo Corrigliano contacted Ernst & Young's partner Ken Wilsfort regarding hiring Mr. Kearney. Mr. Kearney stated Casper Sabatino offered him the position, which he accepted.

Mr. Kearney stated that when he was at corporate headquarters he dealt with Ernst & Young auditors including Senior Managers Joe Caporelli and Steve Clayton, and manager Enrico Treglia. Mr. Kearney stated he also dealt with Simon Wood from Ernst & Young. Mr. Kearney stated that periodically over the years he referred the Ernst & Young auditors to Casper Sabatino and Cosmo

Corrigliano for information he was unable to provide. Mr. Kearney stated Cosmo Corrigliano used to work for Ernst & Young and so had a decent relationship with the Ernst & Young partner.

Mr. Kearney stated when Casper Sabatino give adjustments sometimes he said they were at Cosmo Corrigliano's direction. Mr. Kearney stated that Cosmo Corrigliano made the decisions at meetings he attended. Mr. Kearney stated Cosmo Corrigliano said Kirk Shelton was aware of the adjustments. Mr. Kearney stated he dealt with Amy Lipton for legal documents.

Mr. Kearney stated his date of birth was                and his social security number was              Mr. Kearney stated he lived at Redding, CT 06896, and his home telephone number was

P.A. Mathews
Postal Inspector



PM00460

# EXHIBIT 2

5/26/98
Kevin Kearney
9:00 - 1:00

At CUC almost 5 yrs (July)
was w/ E&Y 9/84 - 7/88
grad Sacred Heart in Fairfield
hired by C.S. for mgr. of fin reporting -
gathering info for SEC filings 10K & 10Qs, etc
overseas consolidation
M.S. → K.K. → C.S.

Kelly Pronger-Grills - is marketing now
promoted to Area of fin reporting in 198
gone retired...
397 offered controller position for Blockel
(telecommunications) effective 4/1/97

Last involved in YE closing for 1/97
and annual report

In 197 acquired Ideon - similar to CUC
business - largest restructing reserve establish
Alot of charges went thru it. Was not
involved w/ the acct' for that reserve
Ann Pember was involved w/ controlling
charges   Safecard was part of Ideon
and was blended
  Separate line item on financials for restructuring
charges.   Given # from Cosmo for how
much to record   entries to general ledger
was debit to P&L   credit to accrued Ideon

PM000243



DEFENDANT'S
EXHIBIT
1091

PENGAD 800-631-6989

- integration cost - creating cost
      Other acq related reserves - closed out by
debiting reserve and crediting income statement
to some expense account - for small acquisition
      Purchase accounting good will
      Over 1 year old reserve reversed into
income statement rather than good will - don't
remember specifically where credited.
      Cosmo made decision on where reversals were
credit - usually thru Casper
      Mary did consolidation. Kevin oversaw
it. Kevin reviewed figures to make sure
f/s or cash flow & retail earnings tied out
then passed on to Casper who reviewed it
then go over it w/ Cosmo - sometimes
KK & Casper would go over w/ Cosmo
      Rev consolidation changed several times
      Cosmo made adjustments top side
during quarter end. At year end had to
tie out
      Divisions made journal entries

      Usually contacted the controller at the divisions
Entertainment - Sandy Berry    Internal Int    Steve Krein
- were audited

Not audited - NCCI, Welcome Wagon - based
on materiality level established by auditors -
during quarters adjustments were made
- Cosmo told them to make the adjustments -

PM000244

sometimes directly sometimes thru Casper
~~because sometimes~~
— trying to get to certain income level

Cosmo kept list of adjustments that had
to be made for 4th quarter
Once in a while Cosmo would rattle off
areas in the company that needed adjustment
assumed it was justified
Cosmo said at YE these adjustments would
have to be made.
KK never saw support documents

① YE entries provided usually by Casper
✗  Cosmo sometimes gave them to the division

Idion reserves for 1/97 — Ann had schedule
(part of corpucard reporting)

Cosmo worked closely w/ Ann Graber on
Corpucard Division — may have directly given
adjustments.

1/97 provisions — Ann had KK record an entry
after HS giving   Adjustment to reserve acct
purchase reserves reduced & P&L credited
to reserve.     Didn't feel he was in
a position to question it.   Directed by
Cosmo for amt to establish for purchase
reserves  Plextell (now Spark sources) w/ Rich Lerman

(pres of Spark Services) — discussed expense costs
Rick presented figures — Como would come back
w/ higher figure

Adjustment was $9.5 million instructed by
Ian Forbes

Nacal.com app. purchased w/ intent to relocate
to Stanford — offers made, not taken — relocate
costs not incurred

Reserves 10/97

Taxpo communications acq. 9/97 — purchase
reserve set up

Adjustment involved Nortel, Con and
Taxpo in 3/97 — stock deal — accru. debit to Goodwill
for value of stock issued, credit equity section
of balance sheet

Effects EPS involved

Cash purchase debit to goodwill credit to
cash, no additional shares issued

Taxpo - not all reserves used crediting revenue

Wasn't audited by E&Y this year.
When at corp. would give E&Y analyticals —
corp. would know

401 K for company stock — company match up
to certain contribution level. Various funds,
including CILC, mutual funds, treasury bonds
cash, for all

PM000246

selling stock - menos defires - no sales 3 day before -
5 day after press release
     25% of salary can purchase up to $6000 in stock
at 10% discount
                                                1995
     1993   $47000              Gray hired $40,00
     1987   $65000              raised to  $43,000

     Rich approached Casper and expressed interest in
making lateral move
     2-3 yrs in corporate  wanted operational experience

     Membership fees        safe card - different amortization
schedule

     Stu Bell - was CFO    Cosmos was Corp controller
3-4 years ago Bell left  Cosmo was promoted
vp. controller wasn't filled  Cosmo was still
covering corp. controller position

     Quarters reports & 1997YE - not first time noticed
top side adjustment - believes made since he
come in in 1993

     Worked for E&Y for 4 years, Cosmos contacted E&Y
partner Ken Wilsfort, re: hiring him; Casper
offered position

     1997 Q adjustments recorded on ledgers is
YE 1997   1/97  - Doesn't know what adjustments
were made at Division level under Cosmo's direction

PM000247

- 2? top side adjustments · credit expenses or revenue for quarters

Dinc-a-mate (entertainment division) controller wrote a letter copying his atty & acct on disagreement over adjustment - may not have made the adjustment Cooper knew him or Jerry (Detroit)

Joe Caparelli & Steve Clayton   Sr. Mgr+ for E&Y while KK was there   Mgr - Enrico Treglia also dealt w/ Simon Wood

Periodically over the years, Los referred auditors to Cooper or Cosio

Cosio worked for E&Y so have a decent relationship w/ Partners

3rd Q. 1997 adjustment of approx $70 million - less than $100 million

KK has top side adj. accounted for set of entries that needed to be recorded

Como gave the adjustment figures - showed what
the effect of EPS would be.

Casper said were premium
Meetings - Cosmo made decisions

Como said Kirk was aware of adjustment

Dealt w/ Amy w/ legal document being

DOB
SSN
phone hon
add
            Redding CT    06896

sold shares - investment counselor advised against
over exposure w/ employer.  $30,000 worth sold w/ a
gain of $10,000. subsequent to 1/1/98

Rick Rhoades - aware of adjustment to spot reserve
KR informed him

REDACTED

PM000249

# EXHIBIT 3



REDACTED

~~Monday, August 1?, 1998~~

Kev Kearney   7/15/98

M. Gerber
M. Winstor
Schenken
Regina Boyer
Pat Matthew

Hired 1993.

Graduated Sacred Heart 1989.

Worked at E+Y until June 1993

First on corporate level. Under Caspar who is under Cosmo, who is under Stn Bell.

A year or two later, Cosmo becomes CFO; Stn Bell leaves. Don't if he left on his own.

Before Mary, Kathy Brager-Hills was under him; she went into Marketing.

At end of quarter, they wd consolidate divisions, present it to Cosmo. Once he reviewed it, Cosmo wd have them make topside adjustments. Cosmo told him what adjustments to make (he + Caspar wd meet c Cosmo).

Adjustments = typically to increase the income statement -- increase rev. or decrease expenses. Offsetting entries to balance sheet e.g., ~~cash~~ or accounts receivable.

DEFENDANT'S
EXHIBIT
2352

PAW0732

# EXHIBIT 4

M. Winston  D. Frohrel
            M. Oelbez
            R. Barrott
            J. Melody
            2. Taillerda
                  (sp.?)

Kevin Kearney
Bob Fettwers    8/24/98

Graduated Sacred Heart Univ.,
Fairfield Conn. 1989 -- took job
c̄ E & Y. After 4 years, a
senior auditor, cvc a client, took
job c̄ them 7/93 as Mgr. of
Financial Reporting, then became
Director of Fin. Reporting to
4/1/97 when became Comptroller
of Sparks.

He thinks Cosmo contacted Ken
Whelford (sp.?), E & Y partner
he worked for. Thinks they asked
to speak to him + another senior.
He contacted Caspar S. was inter-
viewed by him + Cosmo, got offer
+ took job.
(Charles Sciantino, who didn't interview.)    At E & Y, worked on audit in
Trumbull C.

Stu Bell was the CEO when he
was hired -- left either end of
'94 or end of '95. DNV that he
was pushed out, thought it was
voluntary.

Starting 7/93: he reported to
Caspar S. who was VP of Accounting;
Caspar reported to Cosmo, who was
Sr. V.e-Pres. + Comptroller; Caspar

DEFENDANT'S
EXHIBIT
2353

# REDACTED

(reported to him; see)

Cosmo reported to Bell. Shortly after he arrived, they hired (Kathy Prange (now Fells), who) has since left.

His job = consolidate subs' results. Kathy did this. His job = filings. Review of divisions when possible.

Didn't do a formal ~~consolidation~~ consolidation ~~only~~ except at end of quarters, to ~~be~~ circulated to Cosmo & Caspar.

(In divisions he need look divi- sions & subs.) Got same packages every month from divisions. They wd send in ~~packages~~ they did consolidation in Excel. Did this every month, but didn't show it to Caspar & Cosmo except at end of q.

Program called for monthly mgmt, but they did't need consol. on a monthly basis.

(In Cosmo; Costing wd then go over results to Stu Bell.) At ends of q's, he & Caspar wd meet

(Audit proce- dures based on materi- ality allowed this.) E & Y did an onsite quarterly review of the larger divisions. They provided E & Y to analytical comparisons (vs. prior years) re the divisions E & Y didn't visit.

→ But, they normally didn't visit (or never visited?) Comon-Card on-site 1993, ballpark Comptercard = 30-35%. By 1997, smaller -- 15%. He DNK why they didn't visit Comon-Card.

PAW0716

③

Maybe visiting Stanford was considered
the equivalent of visiting CompuCard?

Did cvc have a list of the divisions.
E+Y was aware of? He thinks yes.

10-Q due 45 days after end of
quarter.

He, ORB they ever used the term "soft
close."

When Cosmo went over numbers, he
wd often have them make adjust-
ments. ~~Even when Stu Bell was~~
~~CFO.~~ Back to 1993.

Cosmo wd have them adjust either P&L
or balance sheet -- either increase
revenue, or ~~decrease~~ expenses & reflect
it on balance sheet. Adjustments
wd be attributed to CompuCard.

He talked to Caspar at the beginning;
~~Caspar sd, they were for the sales~~
~~of saving time instead of going~~
~~back to the divisions & having~~
~~them recalculate,~~ they wd make the
adjustments up top; then wd make
sure everything was OK at the end
of the year.

At times he did justify the adjust-
ments, e.g., I know there's a
couple of million excess in the
membership reserve; or something
at RCI.

But he wd tell them to book it
in CompuCard anyway; he thought
it was all the same total # anyway.

④

Cosmo was viewing the nos. as too conservative.

Anne Pember all this time = Comptroller of Compu - Card. He didn't discuss this c her at ends of quarters; he was never asked to.

By year-end there wdn't be any more need for these topside adjustments as he looked at it then.

They made adjustments on top of whatever results they got from Compu - Card.

He assumed the reason they were doing it that way = to get results out by a certain deadline. No time to record results in subs' ledgers + resubmit packages.

They cd have adjusted it on ~~the corporate level, but they chose~~ ~~to do it the other way.~~ He wasn't told why.

To his knowledge E&Y didn't learn of adjustments.

At times he didn't think he was telling the truth. He didn't know there were numbers to to back this up. He understood, they were trying to increase EPS. He didn't follow analysts, but he knew what a flat quarter did, what it meant to do less well than the previous year.

(5)

**REDACTED**

Over time the millions became tens of millions in adjustments. Cosmo verbally told him what the adjustments sld be.

He knew after a while there wd be an adjustment.

In 1993, thinks there was a downward adjustment in one quarter, after that, upward adjustments every quarter.

Questioned Casper from time to time; he always sd, it wd be taken care of at end of year.

Cosmo wd say, I think analysts are expecting a certain amount.

It did tend to snowball over time — — at beginning it seemed easier to justify, but then came to seem more significant.

DNR big adjustments at 1994 YE. (got bigger — vert couple of years. say 9? — total P+L adjustment = something like $80M. This = bottom-line profit adjustment.

$80M = sum of adjust-ments in first 3 Q's: made up for at YE ē both reserve draw-downs + coupon card membership numbers.)

Throughout year, Cosmo wd have them track different reserves. At YE, they wd go back + take some of the reserves, use them by having them reduce the reserve, credit on expense account representative of that



He DNR specifically © when he learned this, but remembered E & Y bringing it up when they were reviewing amounts of specific reserves. They had noticed reserve had gone down & it did only go down bec- you decided against it & not bec. reserve was excessive. But who this or them. Typically we a purchase reserve. Take down parts of reserve that turned out not to have been necessary.

Maybe a little ways into his job at auc.

He thinks, if reserve was established over a year ago, it's proper to do this. If less than a year, should adjust good will account at opening of acquisition?   **REDACTED**

He believes reserves were exaggerated in the first instance. Once he became comptroller of Sparks, Sparks made 2 purchases (later in 1997). Pres. of Division & he sat down ē Cosmo & gave him costs then expected; Cosmo would always come back ē a number up to double what they had given him -- maybe $3-4m more.

**REDACTED**

Cosmo specifically sd credit P&L even before the year was up. He told them to credit P&L, not goodwill. Assumes Cosmo knew the difference. But he didn't tell Cosmo what was supposed to be done.

**REDACTED**

/ At times he presented an analysis to E&Y that showed reserve use -- he agrees he gave them false information

⑦

**REDACTED**

✓ Around Jan, 1997 he recalls Anne Pember gave him (EJY) an analysis of reserve usc. He understands it was false — was supposed to be for

~ (expense)

~ Thinks some reserve drawdowns credited to accounts it was not proper to reserve for. In those cases they probably misrepresented the account to which he credited the reserve.

$80m for 1997 --

Figure for 1996? knows it was smaller, but DNK how much.

they were making acquisitions all the time, were very busy. He tended to put this out of his mind.

He DNR he talked to anyone about this

( Agreed he knew by that time the numbers were being misstated.

He didn't really have a personal relationship w Anne Pember. She was definitely above him, even though he was on the corp. level. He considered her equal to Caspar. Until she was promoted to Comptroller.

⑧

He dealt ̄c Anne on reserve adjust-
ments at the end of the year.

At one pt when Cosmo or Caspar
told her how much of an adjustment
she needed to make she was
surprised at that -- 'so maybe
didn't know re quarterly adjust-
ments.

He thinks she knew the YE
adjustments were improper --
~~they were so~~ telling her how
much she had to make up for,
top-down.

He thought Idxon & software reserves
were false -- ~~they dropped them by~~
a significant amount.

Was he asked to book adjustments
to certain subs that E&Y wdn't
pick up on -- DNR if heard this
from Caspar or from Cosmo.

Welcome Wagon  } two divisions not
NCCI } audited; made
adjustments to
them

He was told by Caspar to put them
~~where E&Y wdn't find them,~~ maybe
suggested three specific ones, or
maybe KK picked them.

**REDACTED**

Thinks maybe in '96 -- something re large bonus.

PAW0722

⑨

Sparks was never reviewed or audited; he had no direct contact c E&Y after 4/1/97.

He remembers a session called Get-To (getting to know you). Some adjustment had to be made re their equity section --- E&Y noticed a strange fluctuation in equity balance. Then asked him He asked Casper, who s to tell them it was due to seasonality of business. He gave that explanation although he knew it was wrong. Then later they spoke to Casper or Cosmo re this.

Also, when they prepared analyticals, at quarterlies & sometimes, at YE, there wd be fluctuations, he wd be told to keep them away from E&Y if possible, reduce the time they had to look at them. If they found a problem anyway, they wd take it up c Casper or Cosmo. Casper told him to do the above.

Analyticals = for unaudited or unreviewed sessions at quarter ends & YE.

From time to time, a Sr. Mgr. (See Copparelli) of E&Y wd

(10)

say jokingly, we know you're trying
to get to a certain EPS.

He wasn't privy to meetings
bet E&Y partner & Cosmo. DNR
hearing that E&Y was unhappy or
dissatisfied, etc. He never saw
summary of 'Audit Differences ("SAD"
except once). There were tensions
on certain issues -- to thinks esp.
w/r to charges against large
reserves. Remembers there were
some heated moments -- knows
from hearing conv.'s bet. Cosmo &
Caspar, etc.

support
for

DNR CUC asking E&Y to take
someone off the engagement. DNR
CUC people being told not to
talk to auditors, but remembers
times when Cosmo wasn't happy
c̄ something that had been said
to E&Y. Remembers something re
UK cos. They had required who
had used a diff. basis for accounting
for membership fees. They got a
lot of resistance in getting those
cos. to conform their system to
Compu-Card's. Mark Mabry, CUC Europe
ord. convey these to E&Y.

He was not involved in providing info to HFS, by way of due diligence, etc.

But: a CUC controllers' meeting in late 1997 or early 1998. They had all CUC controllers come to Stamford & meet c̄ Monaco & Forbes.

He remembers specifically when he was preparing info for that meeting prob. in late Feb., early March 1998. ~~He called Anne to say, said he present original financials w/o $9.5m the original numbers, or the later numbers with the $9.5m she said~~

Approx. in 1/98, phone call from the CFO Anne Pember asking how much of an excess there was in the purchase reserves for the 2 cos they had acquired during the year, Tango & Match.com. She assumed there was some excess, bec. they both knew there was. He told her excess was $9.5m. He just told her, wasn't supposed to do anything.

Then another phone call a week or two later in which she sd, reduce the reserve by $9.5M & credit revenue. ~~He was told to backdate it to December. A post-closing adjustment.~~

He had seen this done before, but he was surprised nonetheless bec. it was a credit to revenue for the entire amount. If they were going

[Left margin note: This wd. mean, they wdn't get to see (HFS) the $9.5M they wdn't try & reconcile KK's presentation c̄ the consolidated results. In fact that didn't happen]

REDACTED

REDACTED

PAW0725

(12)

to give analyticals to E+Y, it wd
stick out like a sore thumb.
Net income before adjustment =
maybe $14M. But he knew E+Y
E+Y wd call corporate, not him,
if they had a problem.

Why was entry so crude? He thinks
Cosmo just sd, revenue has to be
higher. It was always Cosmo's
decision to credit revenue or expense.
But Ray might get to decide to pick
a specific expense account.

He remembered one of the first
q's after Cosmo became CFO,
Cosmo sd he had told Kirk of the
amount of the P+L adjustment
they had to record.

A few times Cosmo wd increase
the figure they needed at the
last minute, e.g., from 16¢ to
17¢.

His involvement re recognition of
membership revenue:

His + Pres. of Sparks called 4/16 to
Scott Forbes, told him about the
$45M. Pres = Rick Fernandez. When

(13)

KK had to record the $9.5m, told
Fernadez; he sd, 'if that's what
they're saying, that's what we
have to do.

CD 0024174

E-Mail

~~Here~~ from Pember to - Speaks? 3/11/97

This → E-mail from Learner to Pember, 3/11/97
is the
initial    One of schedules " Stamford =
e-mail referral grids. Take data from
Trumbull & tie it into financial
statements. Over the years this
became more + more work --
since data was coming from
Trumbull anyway, wanted to
give it to them.

They had just acquired Safe Card,
wh. was similar to Compu Card. They
wanted to get the accounting
consistent bet. the 2 divisions;
they had noticed some differences.
Q. was, make Compu Card conform.
to Safe Card, or vice versa.

"Both revenue grnds" = one represent-
ing 12-month members, one members
for other periods.

The "immediate revenue grnd" =

⑭

revenue being recognized immediately
that didn't get capitalized +
deferred.
At YE, there wd typical move
$ from capitalized membership to
immediate revenue grid. So didn't
want E+Y to have this. But
another part of this = they had
these schedules to tie into
certain parts of the financials
they tie. This wasn't deferred income,
they didn't need this.

Most compu-card revenue got
deferred — so they'd afford to
give them the grid for this,
they'd explain a rel. small
difference (small proportionate
to the entire amount).

Thinks there were 3 categories we
were immediate revenue. He knew
they wd move them into Prudion board
knows they did it more than once.
ⓜ more
Capitalized he was "NEVER" —
trying to assure Pember, E+Y
won't find out about it.

**REDACTED**

REDACTED

⑮

"Opportunities" = which way to go
vis-a-vis Safe Card. Pull up /renewal
revenue one month -- pointing out
a diff. in treatment of new vs.
renewal revenue. Won't necessarily
have been improper either way
but correct way prob = staff in
current month.

   He DM whose handwriting is
on CD 0024175.
<u>Chargebacks</u> Pember mentioned one that cutting
off cash receipts at a certain
period helps her flexibility & the
balance sheet.

   They cut off at mid-month in
last month they say, needed to
do this to reconcile accounts? But
in fact regects were scheduled off-
books for an entire quarter. He
didn't know this.

   <u>Things of most concern to him =
everything.</u>

   He was interviewed by Willkie
Farr & AA. Not by Cendant
per se. Told them the same thing.
He's responded to requests from AA
mostly ni to speak but in a couple
of instances they asked him re earlier
entires.

REDACTED

(16)

He's talked to Corporate from time to time, he's sd what he's working on, no one else.

He owns Cendant stock:

200 (approx) shares -

A few thousand options at various strike prices; have never exercised any.

He

Each quarter CUC allowed employees to purchase at a discount + then sell it after 3 mos.

End of 1997, decided to sell all of his shares, made about ~~4,000~~ — gain = $10k or so. Maybe ~~$10-15k.~~ ~~400~~ he had now became available to him approx. 3/98.

Started at CUC at $47k. Now making $80k base; when left corporate 4/97 he was at $65k. Discretionary bonus typically = 7 to 10%.

**REDACTED**