# EXHIBIT 5

Kearney                    KK    8/24/05

CPA - 01.

— 1989 → Sacred Heart
        → E+Y        staff audits / sr. auditor
    1993 → CUC      mngr fin'l rpty
                     direct fin'l rptg.

4/97→Speech

— Stu Bell still CFO
    → qtrly adjustment started then
     [once, early on, a qtr that
    adjusted ↓; after that, however, remained
    no qtr w/o adjustment — and all adj. ↑.

    → qtrly → fin'ls taken to Cosmo w/ Corigan
        — Cosmo → always began w/ # to
    be added to earnings → earnings was
    always the starting pt.
    — Cosmo would s.times say that
     analysts were expecting a higher
    #
        — then, # to add → top-side
    — typically added to Corp U card div.
        — rev or expense → to get where
         needed.

    — Corp U card not subject to qtrly
     field review.
        — some div's actually were
    visited during qtrly reviews →
        the Trumbull office not visited;
    K.K. not certain if the visit to Stamford
    corp deemed good enough.

DF0370

DEFENDANT'S
EXHIBIT
1607
PENGAD 800-631-6989

(BCI)

— KK started interview by saying
never questioned qtly adjustmts →
said Conyel + Cosins would tell him
from time to time that things would
equal out by time of audited finds at
yr. end.

— Cosins would s.times say "I
know that ther' has an extra
$1 MM in membership reserv" or
" BCI has an extra $2 MM in
a reserve that ~~~~~~~~~~ above what
is needed [today]"

                    KK          said
he knew he was being asked to lie. —

DF0371

5

he said at first not certain what happened — but when went on qtr after qtr — and adj's always ↑ + never any support given, he knew.

— he said that by the '97 yr-end the overstatement that had to be adjusted was ≈ 880 mm (from memory).

— asked if he knew the adjustments at yr-end were bogus, he said yes.
— he came to know that the merger + purchase reserves were set up in a bogus manner to begin w/ → efforts, at Spak did dig. once → he was required to give cosme, the #s for all th related costs; the fin'l merger reserve comes back to be booked → and it had toupled from what they submitted. I believe this was the Welcome Wagon transaction

→ also, KK told of a time when he was at CUC & Corr—told him to make entries for a "drawdowns" → CC just said to book the entries to P+L and to spread the entries over

DF0372

- maybe when it
- Spark → Target & Mater-
  Tang & asy.

whatever adds no.1, 2 ? — only instructions
was to make entries so that would not
create fluctuations in the adds that
would catch eye of auditors.
  — KK admitted that these processes
were entirely results-driven — that
they were "top-down" adjustments.

  — KK was asked about deferred rev.
guide → he said the deferred rev.
was one of the odj. he knew Anne
used to make work in 4th q.
  — asked about CD 0024124, CD 0024125
  — e-mail from him to Anne.
  — talked about 2 deferred rev.
guide → said about def. rev.
after Safe-Card → part of Ideon ?
asy → said SC did def/asy
adty differently → they were trying
to figure which way to go — off
the SC system or to the CDC system
  — asked about this to that because
knew BVY get 2 def'd rev guide +
2 def'd cost guide, but NOVER the
immediate rev. guide, he said ¹/₃'s of
BVY get it, they would be able to
figure out the odj. Anne was
making into immediate rev. He
knew that there was an odj. into
the "Primary Guard" or "immediate

DF0373

5

rev, basket + that that was one of
the adj's used — but did not seem
to know all the details
        — on chg-backs → said when at
BTX learned that CUC closed all (~ 70)
of its bank accts. 2 weeks before yr end,
they said had to do so in order to
have time to reconcile the accts by
yr end — under questioning he admitted
that seemed to him (even at BTX) that really
just created a huge amount of work to close
out acct — said CUC had an incredible
# of reconciliation to make each qr as a
result — he said was one of the things
that gave Anne some leeway.


        — 9.5 MM → once when at Spark,
got a call from Anne late in qr →
she asked how much surplus he had
in an acq. reserve — he had already
taken all the legitimate costs — &
and he told her 9.5 MM left. A
short time (days) later he got another
call from Pember — she told him to
take the rest of the 9.5 MM + book it
to Spark revenues. as a post-closing
entry.

DF0374

this is who she's calling for the reserves
that CC mgr's booked

yr end
12/97

EK and
JE Fung
in Sag.
all tie
togeth.

6

KS remember that a COC controllers conf
was held w/ AFS acctg. heads in early
98 (probly 2/98) — he asked Anne, if
could use his "real" ground chart, or
a schedule w/ the prod. dry only.
She told him to use the one w/o the
7.5 mktg.

— he did recount an instance in
which CC told him to lie to
AFSY — he was told to tell them a
variance they had noticed in #S was
due to seasonal fluctuation [real estate
doing] — he knew was lie → real reason
was the # CC wanted reg'd it. Said
Sutton would still not be satisfied
bkgd to Carpen or Cosmo.

K. Shelton → neither WF nor BKS
ever at the qtrly or other adj. meetings
he attended. Note that WAF had to
know about #'s b/c so far off from
real rev. on the co. #S were by the
end. However, he had no evid he
could pt. to involving WAF. He was
able to pt. to sthg involving BKS →
(1) said CC was getting him earning
targets from somewhere (most originating
w/ him). Said once that
they got EPS to the target (say
16¢) and then told bed been

7

changed and now had to go to I.X.

(i) Also, said that once CC' told him that he had told EKS the amt $ of adj. that had been needed in order to get $ the BPS # that EKS wanted.

— back to gr'ly f'nls → did not include budgeted $s → the explanation used had automatically push $s up to Schedule that showed $s v.s. prior yr. But — as noted above — was BPS that seemed to drive EKS $s → would be concerned w/ perf. v.s. prior yr only when a dramatic fluctuation or variance stood out.

— back to "came to CC'" → Cosmo inquired about s.one at BKY coming over — 2 candidates — one was KK → other did not even interview → interv'd w/ CS + CC.

— did say that it was explicitly stated at CVC that certain divs were pushed for adjs b/c were under the BKY audit statutorily threshold

DF0376

8

KK said most of RX arg. were purchase reserve

— debit merger reserves        } used way int.
        credit expense           ) to make entries
                                    on the way rev
                                    draw-down →
tried to put the credit in an pending off
acct that would correspond to that type of
acct.

# EXHIBIT 6

8/24

KEVIN
KEARNEY

BOB FENNERS

WEISSMAN, WINSTON,
FROELICH, BARRETT, GERBER,
RICHARDS, MADISON,
TATEOSIAN —

**REDACTED**

SACRED HEART - 1989
ERNST & YOUNG FOR 1989 — JULY 1993
        SENIOR AUDITOR
C.U.C. WAS CLIENT FOR LAST 3 YEARS AT E-Y
C.I.A. IN CONNECTICUT
MANAGER OF FINANCIAL _____ ACCOUNTS · CURRENT-CARD — 1993
1995 - DIRECTOR OF FINANCIAL REPORTING
APRIL 1997 — CONTROLLER AT STAMFORD

COSMO CORIGLIANO CONTACTED WILKINSON TO
RECRUIT KEARNEY

KEARNEY CONTACTED SABATINO —
    WORKED ON CURRENT-CARD ACCOUNT WHILE AT
    E-Y —

BOB WAS C.F.O. WHEN KEVIN WAS HIRED —

WHEN STARTED — REPORTED TO CASPER, WHO
    REPORTED TO CORTI, WHO REPORTED TO BELL

KATHY NILL —    OVERSEE CONSOLIDATION OF FINANCIAL
        RESULT —

20 DIVISIONS    INSURE FINANCIAL REPORTING CAME IN ON
        SCHEDULE

    FORMAL CONSOLIDATION OCCURRED QUARTERLY

XMW 003

Divisions and subsidiaries are being treated the
same

— Cirota & Cosmo would not see monthly reports
Cirota, Kevin would meet with Cosmo,
not with Stu Wolf

Cosmo would look at bottom line

E&Y would not visit every division —
but they would visit some

For divisions not visited, CUC would provide
information —
would not visit Creative Group —

Comdisco was 35% of total revenue

E&Y did no interim reviews —

E&Y would get copy of consolidating
worksheet —

Problem at box 1993 —

Cosmo would justify increase —
Excess in merchandise reserve —

Account for merry forms in the subsidiary
by rolling it in total

XMW 004

ADJUSTMENT WERE TACKED INTO COMPU-CARD RESULTS-
DELIBERATELY ONTO COMPU-CARD BECAUSE IT
WAS NOT REVIEWED

FELT HE WAS BEING TOLD TO LIE —
SORT OF EXPECTED PER SHARE

QUESTIONED IT FROM TIME TO TIME —

KNEW HE WAS BEING TOLD TO LIE AT TIME
HE WAS DOING IT —

DIDN'T KNOW IT SNOWBALLED OVER TIME —
ADJUSTMENT GOT MORE SIGNIFICANT

JAN '94 ADJUSTMENT WERE NOT SIGNIFICANT —

JAN '97 ADJUSTMENT WAS ABOUT $90 MILLION

CUSNO WOULD HAVE YOU THROW DIVISIONS
INTO RESERVE —

RESERVES WERE IMPROPERLY SET UP —

OPERATING EXPENSE ACCTS WERE CREDITED
WHEN RESERVE WAS LESS THAN A YEAR OLD

CUSNO TOO KNOW TO CREDIT P+L CREATED

REDACTED

REDACTED

XMW 005

REDACTED

Felt HE WAS BEING ASKED TO GIVE ~~~~
FALSE INFORMATION TO E.Y.

RESERVES WERE SOMETIMES CREATED TO
ADD. FOR WHERE IT WOULD HAVE BEEN
IMPROPER — C'Y WAS LYING TO

By '97, KNEW NUMBERS WERE
BEING MISSTATED

AT ONE POINT, PEMBER EXPRESSED SURPRISE AT
TO SEE IT REMOVE

TOLD PEMBER HOW MUCH SHE HAD TO
MAKE UP FOR

REDACTED

DUCKED ERNST

PEMBER - FLEXIBILITY WITH BALANCE SHEET

XMW 006

# EXHIBIT 7

Kevin Kearney    3/4/99
Bob Fettweis) Esq.

Bob C
Mark (
John P
David F

Topside adjustments seemed small, not party. Natural at the start. Some actually reduced P + L; then flipped the other way.

DNR when they became larger.

They were questionable from the beginning — I bec. recorded w/o the knowledge of the rules. (The majority of them.) Call these topside adjustments. They're unsupport in that there's no analyses behind it or any supporting documentatic Essentially arbitrary in that sense.

If there had been supporting documentation, he wd have been asked to create it or keep it in work. papers.

He had audited cwc + he had audited the consolidation process, was not aware of any topside adjustment's then. Of he had known of them, he have asked for support of them had sd they don't have any, he wd have gone to his superiors. They wd prob. have taken issue up c cwc.

No topside adjustment's ever came to the attention of E + Y. Casper + Coffman sd, don't tell them.

Redacted

DEFENDANT'S
EXHIBIT
2354

PAW0698

②

Mostly, Caspar told him. He made it clear from the beginning, E & Y isn't see adjustments, only consoli-dation. ~~On a quarterly basis, the never received the complete G.L. i.e., the trial balance.~~

He was surprised. — but adopted rationalizations given by Caspar? Cosmo?

*Redacted*

ONR specifically if Cosmo address the non-disclosure. But he knew Cosmo didn't want it disclosed. ~~Cosmo did say, don't show E & Y the complete trial balance.~~ (him)

| At one pt. E & Y asked (someone new on the account) for the trial balance. He asked Caspar; Caspar sd no.

He DNR if he was asked for the trial balance.

*He knew; but not sure if he heard Cosmo tell Caspar this directly*

After he got there, quarterly meetings — him, Caspar, + Cosmo. As soon as they had division results for the quarter.

He did the consolidation for. ~~Maybe the first two quarters until they hired Mills around the 1993.~~ (she doesn't join meetings)

*Never heard re Spahr*

Caspar wd show Cosmo the consol-idation, he wd do a bottom-up approach — looking at bottom line + comparing it to what he

PAW0699

(3)

wanted it to be.

He wd make sure income was what he wanted + adjust everything from there. They had revenue targets, wanted expenses to be a certain % of revenue.

He'd be talking out loud, take out prior quarter, add %'s over last year — a % target.

At times, he wd take out consulting analysts' reports.

DNR that he computed anything else -- e.g., actual accounting dat., operational results.

Adjustment at first = himself + Thornland. Relatively small. Net effect on '01 may have been a million or two.

DNR he ever consulted c anyone else.

Then wd put new nos. in consolidation; he (it was clear) wd take close to Stu Bell. Then come back c more nos. charges; that wd be the final.

DNR Stu Bell making big changes. But there were times when they wd have to go through the whole process again.

To eail out line Hen

Maybe just tweak erg — it

DK? he ever met c̄ Cosmo & Bell
But Cosmo may have sd, sth want
to adjust this, etc.

Cosmo wd often sit back & go
through i his head, larger dubious
areas of their balance sheet c̄
accruals. or reserves that ad be
adjusted. KK had no detailed
understanding of this, though knew
of them.

Ore = a BCI profit-sharing account
Claims made throughout the year.
If it was a good year, few claims
some of extra income wd be shared
c̄ BCI as the ind. agent, they wd
get extra revenue.

This is diff. from the BCI gross-u
the balance sheet adjustment.

He had doubts from the beginning
about whether they were subs̄
stantively justified -- among
other things, if they were justified,
why was there no documentation
why not disclosed to E&Y?

Spoke to Cooper about doubts. He
sd, often, it will get better next
year; at YE, it will get pushed
down to dinsional level.

It did bother him, but he was too
busy to dwell on them.

Kathy Mills handled her resp's, but limited. No big 6 background. Adjustments flowed to Reg, but he didn't share doubts c her. She's essentially a mechanic.

He's not really thinking about the 10 - Q^. He's thinking about what the press release is going to say - EPS!

Cosmo wd start c the EPS, get it to where he wanted to be. That was the bottom-line figure.

He wd also look at the balance sheet adjust

Balance sheet -- he wd address this after he adjusted P & L. All in one meeting. Typically, P & L was discussed first in a meeting c Cosmo & Casper. Then maybe after Cosmo got back they wd take up the balance sheet. Anthony maybe took up balance sheet

On final meeting c Cosmo — maybe an hour, 1 1/2 hours. Cosmo might ask them q.'s, but they're basically on audience.

After Bell no longer CFO, he's a consultant -- he's in & out, but thinks not that often. He didn't sit near Bell, though.

Thinks Cosmo continued to consult Bell for a couple of quarters

Remember Cosmo looking at analyst reports more in later years, not so much in the beginning. But he knew the EPS in the beginning.] after he became CFO.

Otherwise meetings go on as before. Cosmo not less involved. Conducting the same process that he had previously. Caspar has the same role. OA works the same way.

Thinks Cosmo now reviewed the press release c Shelton -- maybe from time to time add'l adjust trends from this, maybe. But fewer adjustments than prior to Bell's leaving.

DMB Many Sattler ever joined the meetings.

Went through 2-3 meetings each quarter. He was at most of the meetings -- maybe sometimes Cosmo dealt direct c Caspar. In a couple of instances, Cosmo may have dealt directly c him. But until meeting for quarter = always the 3 of them, as far as he recalls.

Cosmo saw the raw results every q & decided the final no. every q. It wasn't Caspar.

He never really knew what kind of no. Cosmo wd come up with. But he wd have a preliminary analytical (it goes into the press release), &

PAW0703

(1)

REDACTED

If nos. weren't high enough over previous year, they wd expect an adjustment. Then wd say, obviously this is going to change, if the no. was low.

He never paid attention to the analysts' reports.

Cosmo wd go through the no's & mark up the consolidation, give it to them. These not retained

Redacted

DPR discussion of fear of detection ~ meetings. But as part of the procedure ~~used to prepare analyticals for Comp-U-Card, as well as CUC, to yr. to EBY.~~ Redacted They wd show (most) of the adjustments in Comp-U-Card So they wd show up even more. Redacted

CUC, these having been made to

Also, if they reversed adjustments out of Comp-U-C in the 4th quarter, it wd make Comp UC look silly. Redacted Redacted

Redacted

At certain times, he wd tell Caspar certain variances were difficult to explain. Mostly in Comp UC analyticals.

Sometimes, adjustments in first 3 q's are allocated to Comp-UC, but generally they're allocated to Comp UC.

Some specific difficulties = why marketing expense up or down & some balance sheet items tied to marketing, e.g., deferred marketing costs.

REDACTED

PAW0705

(4)

REDACTED

DNR- specific explanations by Cosmo

MD & A (management discussion & analysis) very generic from one q. to the next.

There were times when they wd look at the fluctuations, ask if they were real, & he wd look into it?

Cash flow falls out from change in the balance sheet.

He wd first go to Caspar for suggested explanations -- he wd either give it to him or turn to Cosmo.

One year, E&Y was looking at an analytical that had been prepared asking why a change in equity over a certain period for Getko. Getko sends new homeowner packages to new homeowners.

When they acquired Getko it was a pooling, but since it was immaterial E&Y agreed it could be treated as a purchase. Cosmo had made some adjustment that caused equity to fluctuate, so the q. came up.

He knew exactly what the adjustment was

He cd tell from what Caspar sd the explanation was wrong -- he knew it wasn't seasonality bec. there had been an adjustment. But for the adjustment there wd have been no [illegible] fluctuation, hence it

(10)

cdn't have bee seasonal.

Also, when asked Casper, he may
clear this was a cover story — h
sd tell them it's seasonality &
we'll play it down.

He cd not have figured out what
fee no. wd be based on what
excess reserves, etc. were strewn
around the co. He definitely cdn't
do this, & he ddn't think Casper
cd.

He agreed, Cosmo's justifications =
rationalizations. At times, he asked
Casper, how are we going to get
through this — Casper wd say,
we have to do it. KK wanted
to keep his job, didn't wanna have

It's clear by this time the
numbers aren't real & that what
Cosmo is saying = cover stories.
We adjust we it we on a scale
that you can't fix at YE by
adjustments to reserves.

Never sd to Cosmo himself how
can we do this. Didn't have that
sort of rel. Pretty good rel. c̄
Casper, but didn't suggest he go
to Cosmo.

PAW0707

(11)

REDACTED

Cosmo had then been an analysis
of reserves for each division that
they wd keep track of each q. --
if they obt an excess that
cd be taken in (usually it wd
be taken ~ at YE.

They printed an analysis from
time to time. At one pt. Casper
herd it + he passed it on to
KK. Includes allowances for doubtful
accts, maybe some bad debt reserves
all purchase + merger reserves?
Maybe not the really large ones,
like Tacom.

He wd track what they were reportg
~ their package or call some of
them to get the info.

Cosmo wd look at this analysis
at YE to see where he cd get
income from. During the year, Casper
wd see it -- maybe Cosmo wd look
at it from time to time. But per
that his list played a role in the
quartal process of coming up c
nos.

Thinks Cosmo had a list of YE
adjustments to make that he
was talking about during the quartal
meetings. He never really examined
it.

PAW0708

(2)

He DN have any personal files.

Towards YE wd present Cosmo ē his reserve schedule. But, Cosmo came up ē the reserve adjustmts himself.

He wd work directly ē Pember on adjustmts for CompUC — he & Casper not involved ē these. They wd get involved ē adjustmts for other divisions.

Then wd go through a similar process as ē the quarterly results they wd go through divisions to see how they cd get the money.

On CompUC, he wd work ē Anne, to something ē the membership reserve. He wd always reference this area, says there's an excess here. CompUC wd be most of the adjustmts.

Again, he, Casper & Cosmo. He DNR that Anne was there. She may have been on the phone. DNR Sattler being involved.

Results achieved by reserve adjustmts at YE are not real. Reserves were set up knowing that they were going to be excessive. Reserving = a process specifically designed to make it possible to support the quarterly adjustmts.

REDACTED

REDACTED

(15)

He sd to Caspar, why not just draw /reserves down each quarter? The last year or two it really got out of control, made it v. difficult to fix things under the gun at YE.

Thinks, at one pt Caspar brought this up to Cosmo at one of their meetings. So, it wd be more natural to do it by quarter. They may have started to do some of this in 1997. But -- they probably wanted to remain <u>flexible</u>.

Part of the reason he was glad to get out of corporate = this. He has been keeping his eyes open for a year or two before 3/97 -- partly to get more experience, but also to get away from this.

Analyses of certain reserves' usage was given to E & Y. These = Ascon & Software, from their acquisition in 1996. Maybe Getko & Plextel also folded into this -- So just one reserve analysis document.

He kept this doc. on his computer, updated it monthly. Detail on the doc. was real, but some larger numbers were not. Anne came up w a lot of calculation

(14)

to justify charging reserves to
operating expenses — wd. were not
~~not~~ accurate.

DNR whether E&Y got this schedule
at the 1's -- maybe just at YE,
as part of the annual audit.
By the time they got this doc.,
reserve adjustments had already
have been made & pushed down
to the divisional level -- & the
doc. wd. reflect these.

Document ~~reflected the~~ contained the false
information bec. it reflected the
~~decisions~~ costs Cosmo had made
to take in bogus reserves.

His schedule = ~~probably~~ Ex. 127,
p. 3-4 = an example. ~~But he~~
DNB he ever saw p. 4 -- this =
maybe something from Anne.

He knows that many of Anne's
costs are bogus bec. if they were
real they wd. have been charged
to the reserve during the year, as
many of the invoices he kept
track of in fact were.

He was i some kind of meeting
i Pember at YE where she was
trying to rationalize what were
reserve-related costs -- she,
Caspar, & him. Cosmo had given her

REDACTED

(15)

a target of how much reserve to
put into income, + she was
trying to come up an explanation
she wasn't able to come up c this
no. → he believes the actual no.
was not supportable.

At one pt she had to come up
c̄ an analysis for E&Y redacted

At one pt, he & Caspar were u
her office, she was explaining
how she had come up c the
analysis for E&Y, she had already
give E&Y the tax doc.

He bottom line ng. wd tie into his document. But here wd provide more detail.

He was there when Anne talked
to E&Y — Palumonir & Joe
Capparelli. He & Caspar are
there, but Anne does all the
talking. This meeting maybe
1/2 hour to an hour. 2/97-3/97.
maybe. Anne went through her
doc. item by item describing how
she came up c the doc. --
believes she had some backup.
But he knew some of the info
was not valid. Earlier Cosmo
had given her a no. + imposed a
bottom-up approach. saw her
trying to come up with Cosmo's

redacted

no. prior to this (as described above.)

Cosmo wd have sd to them at meeting c̄ him + Caspar, we need X amount from going-v-card. Does not actually remember this.

Then, he + Caspar are ī Pember's office in early 1997, she's trying to come up c̄ the number Cosmo's failing, by millions.

Then, he + Caspar are in her office + she's making the presentation to E+Y, he + Caspar are aware that she's doing a fudge to come up c̄ the number.

[ A lot of discussion, statements [ by E+Y, but he DNR details - [ E+Y asked for more support, he thinks

She's basically lying to them. (primarily) she was saying that venture expenses were merger-related when they weren't.

He DNR seeing the support she gave them — but he thinks there was some. The doc. may have been real, but the rationale was not. Another meeting the next day ī Anne's office. Caspar sd, when she was talking to E+Y she was nervous, turning red. She laughed,

agreed, ~~This~~ He DMR wl they
were there,

He DMR anything subsequent to this
on this subject

Cosmo's instructions at the
meeting: asked them to contact
Invision & find out how much
they could afford to give up.
He wld give them a target - say,
get at least X amount.

Thinks, his adjustments always?
generally, to expense.

DMR getting journal entries from
Cosmo.

Cosmo sometimes dealt c Invision
directly, other the Comp-U-Card,

**REDACTED**

PAW0714