# EXHIBIT 8

SW
RC
MG
JP

3/4/99

Kevin Kearney

— qtrly adjustments →
    — arrived in 93; top-side adjustments (aware
of shortly thereafter);
        — not an material early on
            — adj. that reduced the P+L.; (thruthe
            was in 93]; but soon thereafter went
            the other way
        — became a routine occurrence
— Signature of Bell → can't tie to that event
    — March-April, 97 → to Speak
— time when questionable? from beginning; why?
    nature + not passing down to div. level.
        → some top-side that were pushed down?
        yes; but leaving the ones that had
        no support + were not pushed down; [the
            others were supported + were pushed down].
        — if had been support/doc'ntion, would
        you have been in position to know or to
        have created or kept it? yes

ENGAD 800-631-6989

DEFENDANT'S
EXHIBIT

1608

2

— B+Y → when come over, belief that, if had
been phoney, B+Y would have allowed,
comfort in that? yes; when auditor of
B+Y never were aware of any unsupported
top-side adj's.

— if had seen such an auditor, would have
asked for support

— to your knowledge, B+Y never knew — &
that was b/c of deliberate policy not to
tell? yes; how know? CS + CC

— most of dealings on not telling B+Y were
w/ CS, b/c dealt w/him more gen'ly.

— CS → B+Y only seen #'s in consolidations;
not see the adjustments; clear they never
rec'd the (qtrly) Comp-U-Card general
ledger. If had seen, would be able
to tell did not match up w/ consolidations.

— CC would sometimes jot notes about
how could justify the adjustments —
things such as "obj. that div. has
excessive reserve of $6.M" → the
CC comments spoke of in last
interview

— how reconcile those comments w/
"don't tell B+Y"? not sure ever
heard CC (as opposed to CS) actually
articulate that policy

— but knew CC did not want
B+Y to know? yes; he was one
who told me not to show —

3

trial balance to B+Y

— s. timer saw people at B+Y — asked
for trial balance — I would go to CS +
he would say — do not give Comp U-Card
t/b to B+Y;

— when — → did not not sure if
he himself actually heard CC say
that → CS would attribute to CC.

— has no knowl. of Speaks having
given a trial bal. to B+Y once

— q'ly meetings / CC + CS
— usually KK, CS, CC present
— as soon as had all the div's
results in; [CC still controller
when started ];
— are you doing the consolid's ?
— for 1st 2 or so yrs — until
hired Mills g prob. late 93.
— CS would show CC the
consolidation #'s; CC would
compare to where he wanted it
to be → would look at every
line item — not many → which one
would he adj'd to where wanted
to be → + then adj. other
items accordingly — he had
certain % target; [ e.g., certain
exp categories as certain %
of rev. ]
— he would talk about it as

DF0534

4

did it → would s.times take out prior
qtr + prev. yr. qtr + say needed to
adjust:

— stock market? not directly
  — would s.times take out analysts'
    reports + say things like
    "looks like consensus is x ¢" etc.
  — analysts reports usually what
    consulted.
  — but not "loss related" to actual
    results of co.? no
  — don't remember adjs at big-
    being MM's — maybe several
    hundred thousand.
    [e.g. 800k to rev/ 200k to exp.]
  — CC ever call anyone during this
    process? no (d.t.s.)
  — we would get consold to where he
    was comfortable → then we give
    CC "clean" [new] fin'ls → he
    would then meet w/ Stu Bell —
    and come back w/ some new
    adjustments.
    — this SB adjustments would not be
      big changes — but times when
      did have to go thru the
      whole process again
      — "tweaking"
    — how him? J.T. ever in meetings?
      understood; but that's w/

DF0535

5

CS, when CC would say SB
wants to adjust their #'s;
pretty sure.

— rationalizations →
CC would often go thru some of
the longer dir + try to think of
reserves or accruals that were
expensive → to support the
adjustments he was recording →
— you aware of those reserves?
not usually.

— an example → the BCI "profit-shrg"
acct → if yr was out of
ordinary in # of claims, then
might trigger profit-shrg ( by
insur. co. w/ BCI ). → CC
would, c.s., refer to their
..s. times . → CC: BCI probably
did not receive the extra
rev. from proft-shrg against"

— no support
    — not disclosed to say it all.
    — talk to CS about it ? gee
        CS → would s.times say would get
        better next yr; "get to get better
        next year" → how understood?
        we'll be profitable enough that
        wouldn't need.
q & re: always busy → the process would e.g.
    moved on to other business

6

— Kathy Mills ; competent ? yes ; handled
her reps. ; basic reps- was to take
Div. data + put into the consolid ;
no Big 6 background or anything like
that.
— talk to her about adj ; she had to
make the adjustments ; it that
talked to her about being troubled
by it
— several adj ; got bigger + bigger as
time went by. ?
— ACR → [only real part + on-line J.
— WFR+AA cutting of KK → not
seemed entirely accurate.


ACR — as early as 1st q. '95 , nearly 50% .
reviewed in c.ps. → p.97 →
KK does not remember particulars of
any given Q.
— ACR ; p.95
— realized effect on eps ; you focus on greatly
eps ? not really
— if one-time charge , would break out →
so we would disclose greatly eps +
their effect of one-time item ; so

— CC would state w/ eps — + adjust accordly
as said above — he would often take out
analysts reports + see what consensus
were

7

— would compare prior Q.
— bal. sheet a/c → usually CC would
    adj. later on — after P&L where
    wanted to be → but before press
    release. → 1st P&L go thru SB &
    get tweaked → then turn to
    B/S adj.s
— think CC would discuss B/S adj.
    w/ SB as well — maybe even
    give SB both P/S & B/S adjs
    at first meetg w/ SB.
— hour or so would be usual for the
    ⧓ KK/CS/CC meetg
    — KK & CS basically audience —
      CC would s.times ask question →
      e.g., "why certain # was what
        was"

— when SB stepped down as CFO —
    on s.type of consltg arrangemt;
    in + out periodically; but did
    not not bear his office. —
    — prob if. CC consulted him after
      SB no longer CFO → think
    did for 1st couple of Qs; remember
    that; then don't think did it
    anymore
    — when SB no longer CFO any other
      changes in the meetg? not
      really; same process? yes

— any impression CC made.
— when CC looked at analysts reports,
         remember that more so in
         yrs after SB left — in later
         yr — alth early on CC still
         knew what analysts ops
         targets were — just don't
         remember him fully out the
         reports until after CC is CFO.
— CS resp. change? didn't see like it —
         basically same process.
— anybody new that CC counseled
         now? that CC would review
         press release w/ SKS, b/c he
         reported to SKS — and from
         time to time were add'l adjustmts
         would have to make. → not
         completely sure how got there.
— confirm — when CC CFO still tении
         when adjustments to the fund,
         aggregated consolidations. → yes
         [by "press release" meant "fund, aggg.
         consolidat."].
— as long as KK there, CC always
         says the same data from them.
— there were times when CC would
         simply tell CS that further adjs
         needed
         — CC ever directly tell you to make
         the adjs → t. any time been a couple of

DF0539

9

— times when CS gon & CC did that
w/ the subseq. adj's

— it was always CC that made to decs
ultimately (as opposed to CS).

— going in, know what it would end
up? no; but knew from history
that would have to make adj's;

— ever discuss w/ CS, going in, what
it would be? no; would make
comments like "obviously, this is
going to change"

— had you ever looked at analysts reports,
going in? no, never paid attn
to them; did CS; not sure

— meetings →
CC would take out analysts reports —
eye-ball to get consensus — then
decide on that eps & & work
the P&L from there (using
# of shares to reverse engineer
P&L); he would go thru the #'s
working up the consolidation;

— we would go thru several version
& lines

— ever discussion of changes being
too obvious? not in those
meetings; but prepared qtrly
analy sheets for GWP; usually
at div. level — & definitely
variances on those analysheets

10

that became difficult to explain
— Corp-U-Card #'s adjusted is.
   Corp-U-card for prior yr. → e.g.
— in addition to consolidated — and funds
for Divs. → + Corp-U-Card Div
would be broken out there.
— the adjustments would often stand
   out b/c almost always in Corp-U-Card
   adjusted
— YP the worst offender → b/c
#s not all pushed down to Corp-U-Card/adj
stuck to other divisions.
— so → allocation of the adj. to
   diff Divs. in YP → b/c match
   the actual YP adj. [to diff.
   Divs.) → but, for 1st 3 Qs,
   the "adj." almost always allocated
   to corp-U-Cards adjustments
— sometimes had to go to CS or CC
   about explanations for variance.
   — Stuern Mkt'g exp would
   raise questions — also B/S
   items, esp. DMC or
   deferred annuity income — why
   up or down at certain periods.
   — CC would come up w/ some
   explanation —
   — ever change the # b/c of this?
   d.a.r.

— did the CC explanation seem //
correct to you? it would make
sense, but knew the #'s being compared
were "adjusted" #?

— explanation by CC for variances → did
the CC explanation make sense?
— most of his explanation were very
general — no numbers, e.g. —
just a very general explanation,
so wouldn't really know if had
merit or not; just very very
general
— actually have to use them? just had
to communicate them back to B+Y.
— ever take issue? from time to
time struggled w/ some of them;
would let it go up the chain
— remember from when I was at
B+Y, sometimes not get explan't
so pass to our mgr — event'ly
go to list of things to discuss
w/ CC
— ever time of fluctuation where you + CS
looked at each other + sort of said,
no way will buy this? s. times
explanation so far off that CS
would say, just don't give it
to B+Y; just too far off
— how get away w/ that? just give
them reports as ready (thing (by
review) + put them off on a request

DF0542

12

not going to give them
— and → they would have had both
    yrs consolidated reports — so should
    have been able to compute ; they
    would have current $ for Corp-v-Cons.
— could they have done it ? yes.
—who wrote MD+A? most of it very
    generic — Qtr to Qtr — same as
    previous (change only #'s) ; KK resp.
    to get 10-K together — use MD+A from
    last Qtr & insert new #'s — any
    real structural change would come
    from CC.
— deal w/ CS about explanatns → yes, go to
    CS first ; go to CC if need.
— specifics ?
    — tell BFY "seasonal fluctuatn" ?
— was one year — acq'd GETKO ;
    BFY looking at an auditcut — looking
    at change in equity → what had
    happened to equity in certain period →
    CS said tell them seasonality →
    b/c GETKO tied to home sales — tell
    them seasonality of home sales ;
    BFY had agreed that could actually
    treat it as a purchase (even tho
    was a pooling).
    — could tell from what CS telling
        that not true → but did not
        really know GETKO's business

13

I did not know exactly what adj. did
it; how knew — from way he said it,
"oh, tell them it's seasonality" —> knew
was a # CC had made them make,
when adj'd —> knew CC had had
them make adj. when we adj'd
them, that would help us down
the road

— qtrly meeting again
— ever looked at analyst reports? you
     said you did not
     — said CC would recite various
        places in co. from which he believed
        adj. could be "supported" —>
        did you have any idea what these
        were? what they really would have
        meaned cos? no

— from time to time when CS how were
     going to justify adj.? he would say
     just have to do it. [95, 96, penalty
     when started getting larger].
     — ever make that remark to CC
        himself? don't think so

— CC had us keep analysis of various reserve
     for earlier div. — + keep updated +
     if feel any excess that could be
     taken in that year —

DF0544

14

— was an analysis that we printed from
time to time
   — who kept — CS, then came (passed
   resp. on to KE).
    — not sure that big reserves, such a
      I know on it; the schedule was
      smaller items
    — the schedule tracked from item,
      what used — so know the balance
      remain
   — at yr end, CC would s'times refer to
   the schedule (s).
— have any personal files from SUC? no.


— year end adjs
   — comp-v-cash adjs → CC really worked
     directly w/ AP
   — but — other divs — CC might have a
    call him & see what bal in reserves
    how much willing to give up.
— was big meeting for yr-end (like qtrs)
   where CC worked out the yr-end
   plan? yes; CC would go through
   all the divs & try to conclude
   where we could get the B/S.
   [including for Corp-O-Case]
   — CC would work directly w/ A —
    e.g., know they did s'thing w/
    membership reserve — CC would
    reference the membership reserve

15

of Comp-O-Card at times at their meetings
— most of the $$ would come from
Comp-O-Card
— who there → CS, FK, CC
— AF there? no; she was at
Trumbull
— looped in by phone? maybe at
times
"Sattler? no
— process at end of yr is basically to provide
support for the Q #'s? yes
— true that #'s at end of yr also
sleight of hand? yes
— basically reversing reserves, often
set up in/conn w/ acq — often
set up knowing you'll be spending
reserved into income; reserving
process is ongoing process designed to
support the Q adjs? yes
— why did co. use Q's + then
reserves? why not just do the
either? "I know" — said to CS,
really getting out of context — but
don't know; just way CC wanted to
handle it, I guess.
— think CS at one pt told CC in one of
the meetings that should just make the
yr-end adjs by Q's [at one of the Qtrly
meetings] — think may have started
finally to do that in fiscal 97 —

DF0546

16

— GC agreed; KK. tried that & his
belief that 97. might have had
some of adjs

— one reason (all this) glad to get out of
corporate + to a division.

— also, would some operational experience

— reserve analysis to B+Y? the larger reserve;
tracked every single invoice, so B+Y could
see. e.g. , Ideon — keeping detailed
analysis of charges.

— GETKO / Plextel again — in same large
reserve.

— accuracy? invoice charges correct; larger
items , such as severance + some other
adjs calculated by AP , not ; e.g.
AP calculations for sev. + relocation
for Ideon reserve ;

— when KK involved, had (that)
reversals done at division post-close.

KK — if definite items, should have been
charged to reserve or come about →
that's the way the invoices were.
— not way AP charges were.

KK — was in one meeting w/ AP where trying to
rationalize how much could justify for
diff. items for Ideon reserve; she
was trying to come up w/ #s →

KK: may have talked
ARC [for each file?]
EX. 127
BYS 1/17 002589

KK's
maybe AP wanted
ACR
EX. 127
BYS 1/17
002588

17.

think she was going to create s.thg. for CC later
on; how much could we "report"
or "explain" for severance, relocation,
etc.

KK — once CS + KK in AP office; she
remembers
explained airchgin given to B+Y +
explain; how got #'s → gave her
Ozy + "why made sense" → later,
CS made comment that AP newoun
presenting to them + feeling for
Strawe at explanation.

— in office, she was recounting what
had told B+Y; ②

— two separate occasions ↑ ①
— also KK + CS present when MR +
Joe Coppolelli present in AP office +
AP giving explanation for Idea
down-down;
— late re Feb/early March 97.
— AP went item-by-item; how got
her cuts; she had some back-up;
— while in meeting know some were
they involved? yes; CC had
given her a target # for reduction
of reserve; again; a bottoms-up
approval — so knew reverse
engineering — think KK + CS
there when she started working
thru the #.s...; just able to get
there exactly int front

DF0548

18

— at one of yr-end, CC had given her
~~target #~~ → at one of the yr-end
meetings; don't k if CC gave
this # to KK so much as he
mentioned it.

— not sure if.

— in early 97, AP at Stamford;
KK & CS in her office; she was trying
to get to final ~~target #~~ → not able
to get all way there; definite she had
been given a target.

— at the BTY-present meeting, AP had
obviously "gotten" to the target;
a lot of discussion at that meeting;
AP basically lying → coming up w/ #'s
w/ no real basis; examples?
just again, the way originally trying to
come up w/ the #'s — not looking at
anything — just throwing out
ball-park #'s →

— could BTY have known — seen
behind? AP gave some support →
maybe a copy of AR memos w/ list
of terminated employees; the
memos itself would be real, probably
but the concept that follows that
duplicate foolish, etc; makeup.

— the post-BTY checks; remember
CS telling AP that turning red when
talking to BTY; that she was

17

nervous; what she say — begged
Ct. off; basically agreed w/ him

- at meeting w/ CC, where he decide
  what resent to reverse; gather
  for Corp-V Card just untrust AP?
  yes; for other div, how
  ~~detailed~~ instructn?' asking us to
  ~~contact~~ him & discuss w/ them
  how much expen have in
  reserve; would give us
  target — an amt. to at least
  get out of a specif. reserve;
  ~~then FF~~ & CS call him to see
  if they could afford giving up
  ~~that~~ much; if they could,
  then have to decide where to
  offset? (expp / revenue) →
  ~~FF~~ → mostly expenses when
  I was involved
- CC ever deal w/ divs. directly on
  this? in some cases; mostly
  Corp O-Card — but sometimes others

# EXHIBIT 9

Kevin Kearney (3/4/99)

attorney: Bob Fettweis.
· Bob Cleary
· John P. Ryan
· Paul Weissman.
· Dave Gotch.

1/c

· Qtrly Adjs

From a materiality level, the top side qtrly adj's weren't that significant. In fact in his 1st Qtr of closing he believes the Qtrly Adjs actually reduced net income. However the real the adjs went up.

· The top side Qtrly adj's were questionable from the beginning because they (the adjs) were not posted down to the s.b.'s. The Qtrly adj's that were posted down did has some rationale, but the ones that weren't posted down were booked w/out any support or rationale.

· Kevin felt if there had been supporting documentation for Qtrly adjs he would know about it because he would have created it or would have been asked to store it as part of their records.

· Kevin had worked on the CVC A/c when he was @ E&Y and he was never aware of top side adj's. Had he known of the topside adj existence when he was an auditor he would have requested the support. If he did't get it he would have informed his superior @ E&Y of the issue.

· Dealt w/ Casper more one on one. He discussed the top side adjs w/ casper & casper made it clear that E&Y only got the consolidation & did not see the qtrly adjs. Kevin was sure E&Y never rec'd the comp-v-bud G/L, because then they would have been able to tie in the comp-v-bud G/L to the

(left margin note: it was never recd companies G/L)

MG00170

DEFENDANT'S
EXHIBIT
1609

PENGAD 800-631-6989

2/9

consolidation & then they would have discovered the top side adj's.

- Kevin doesn't remember Cosmo ever saying don't show Edy the Qtrly Adj's but Kevin certainly felt it was understood Cosmo did on more than one occasion that Edy should not receive the Corp-u-card T/B. Kevin then cushioned to stort by saying he wasn't sure if he ever actually heard Cosmo said "don't give them the T/B" but Kevin knew that is how Cosmo felt.

Qtrly meetings. Attended by Cosmo, Casper & Kevin shortly after all the subsidiaries reporting packages were in & the consolidation prepared. Casper would show Cosmo the consolidation as it stood. Then Cosmo would to a bottom-up analysis changing the consolidation to reflect what he wanted it to be. Cosmo would have revenue & income targets & he wanted the expenses to be a certain percentage of revenues. Cosmo who would be thinking out loud while he was making his adjustments: He would compare the information from prior years qtrs. Cosmo would also pull out analysts reports and develop a consensus on the analysts reports.

Kevin doesn't remember the adj's c the beginning being millions of dollars but rather measured in hundreds of thousands of dollars. Bottom line effect of these adjustments would total a million to two million.

After this process was complete, cosmo would get a claim

3/9

set of adjis adjusted financials & then Cosmo would take them to Stu Bell. Stu would then make some adjs if he felt necessary.

Rationalizations proposed by Cosmo for making such adjustments precluded that he knew of certain reserves on the larger Sub's that could be considered justification for these adjs. An example was the BCT profit-sharing adjustment.

Kevin, even @ this early stage was uncomfortable with approach because there was no supporting documentation to support these adjs & the fact that the adjs weren't being disclosed to E&Y.

Kevin spoke to Casper about his concerns & Casper would tell him things will get better next year. He took that to mean that the company will be profitable enough next year so that they won't have to make these adjs.

While this matter bothered Kevin, he was so busy that he didn't have time to dwell on this problem. Doesn't believe he ever discussed w/ Cathy Mills his feelings about the adjustments.

Kevin said the qtrly adjs seemed to grow larger & larger & snowballed.

Believe Cosmo started w/ EPS in his analysis using investor reports. (Actual remembers Cosmo faxing out the reports after Cosmo became CEO Doesn't Cosmo always had an EPS # in mind.)

MG00172

4/9

The initial meetings between Kevin, Cosmo & Casper to adj
the Qtrs would last ≈ 1 to 1½ hrs.
Believes Stu Bell took on a consulting arrangement,
1st couple of qtr's after Cosmo became CFO
he occasionally consulted w/ Stu but then it stopped
the process stays the same after Cosmo becomes
the CFO.

Kevin believes Cosmo reviewed the press release w/
Kirk Shelton & probably Walter Forbes. There
were times when Cosmo came back after the press
release was prepared.

Does not remember Mary Sattler ever attending the "Qtrly
adjustment meetings".
There may have been a qtr when Kevin wasn't in the Qtr
meeting, + there may have been a time when Casper
wasn't present when Cosmo gave the adjs directly to
Kevin in follow up meetings to the initial qtrly meeting
Kevin
• Definitively stated that Cosmo made the adjs to the
Qtrly numbers + not Casper.
• Kevin said he never knew going into a meeting
what the EPS would be changed to, but he knew if
the preliminary #'s were not sufficiently higher than
the prior year that they would be making adjustments
• He and Casper would make comments coming into the
meeting that they knew the #'s were going to change.

MG00173

5/9

Cosmo would start from the analyst report, decide what EPS needed to be & then work up from the EPS figure. If EPS needs to be x, then Net incan needs to be x, ...

Part of the Qtrly close was that they had to prepare analytical reviews for E&y to look @. Part of the analytical's included Yr to Yr. comparisons for Comp-U-Card & since the top side adj's were all put to Comp-U-Card, Comp-U-Card has some large fluctuations that were difficult to explain away. Kevin would discuss these tough to explain variances w/ Casper & they in turn would turn to Cosmo for help in trying to explain the variances. Cosmo would then come up with an explanation. The explanations were very general E&y would struggle with these explanations from time to time. E&y's alternative was go up the chain of command where a senior E&y person would ask Cosmo directly. Not sure if this happened, but that was the way it worked when he was @ E&y. There were times when the analyticals were so far off that Kevin & Casper would decide just not to give them the analysis. Eventually, the E&y would run out of time. E&y did have the consolidations & they could have pulled the analysis (analytical review) together themselves based on the information they had. Doesn't recall E&y doing the analysis themselves & then comparing

MG00174

6/9

back for explanations on the variations.

Used the same MD&A from Qtr to Qtr & Kevin was responsible for updating the MD&A, but he wouldn't make any substantive changes. Cosmo would re-draft any substantive changes.

Kevin went to Casper first for unusual A's in the analyticals. Recalled one instance where E&Y questioned a change in the equity section of Get-Ko & Kevin went to Casper. Casper told Kevin to tell E&Y the change was due to the seasonality of the business. Kevin knew that Casper's explanation was not the correct explanation because if it was just seasonality, E&Y would not have tied the equity rollforward to the GK w/out a problem. Kevin knew an adjustment had been made to Get-Ko's equity section @ Cosmo's request.

When Kevin questioned Casper about the ever larger Qtrly adj's, Casper said they just needed to make the adj. and Kevin said he went along in order to keep his job.

Cosmo would have Kevin & Casper track reserves on a Qtrly basis to determine if there were any reserves they could take into income. This reserve analysis was a formal document. Casper maintained it at

7/9

first o then Kevin took it over. It included such
items as divisional bad debt reserves + certain smaller
merger & acquisition reserves (ie Seria & Davidson merger reserve
was kept separately).

Cosmo kept this list for Y/E purposes so that he knew
where he could go to if he need add'l income @ Y/E.

· Did not take any of his files from his time @ CUC corp.

· At Y/E Cosmo would ~~was~~ work ~~doing~~ closely w/ Ann Pember
to review and take ~~on~~ down reserves.
Cosmo would always look to compu-card's membership reserve

· The way they were coming up w/ income @ the end
of the year was taking ~~reserve~~ reserves back into income
they were setting up reserves for more than they
should have with the intent of later taking them
back into income.

· Part of the reason Kevin was glad to get out of corporate
and into the division because he was uncomfortable
with the adjustments they were making. He also
wanted to get hands on operating (acctg) experience.

· Certain reserve analysis were given to E&Y such as the
Seria/Davidson/Ideon reserve. Kevin maintained the analysis
of the activity going through this reserve analysis.

MG00176

8/9

Kevin noted that Ann Pember use to come up with certain items to charge against the reserve such as running operating costs of running two plants that may have been duplicative

Was in a meeting w/ Ann Pember when Pember was trying to come up with justifications of how to take down the Ideon reserve Cosmo had given her amount he wanted to take into income. She was trying to calculate how many people (+ therefore their salaries) were doing the same things @ CUC + Ideon so that she could write off the salaries.

At the meeting
Ann, Kevin, &
Casper, not
Rabinowitz +
Sue Inprincello

Kevin saw Ann give a presentation to Edy on the rationale for the usage of the reserve. ~ 2/97 or 3/97. Kevin knew that Ann's presentation was weak because he knew she had been given a number by Cosmo for usage of the reserve + therefore Ann was left to come up with a rationale to get there.

Believes Ann was providing Edy with false information in that the expenses she was "ballparking" were not related to merger reserve related costs

Remembered a meeting the day after the Edy meeting where Casper said to Ann that she appeared nervous + was turning red during the Edy meeting when she was trying to explain the @ Ideon reserve usage

· Going back the y/E reserve meeting w/ Cosmo, Kevin

9/9

recalled Cosmo recommending how much a specific rebate should be taken down. He believes as far as these take downs were concerned, they were always offset against expenses (reserve recording reserves).