# EXHIBIT 10

Kevin Kearney
Bob Fettweis    4/14/99

B. Gaber
J. Pittman
J. Roberts
P. Matthew
D. Fredriel
R. Barrett

3/14 E&Y filed counterclaims against
KK & many others.

Spark Services, Inc.         Telecommunications

around
1/97

CVC acquired Plextel & created
a co. called Plextel Holdings Inc.:
around 8/97 changed name of Plextel
Tel Holdings to Spark. Plextel Tel.
still exists as the party to K's
= radio stations, etc., but Spark
= now basically the operating co.

Targo = 3/97
Matd.com = 9/97   )  acquired by
                        CVC Media

CVC Media LLC formed by Stanford
to acquire Targo.
    Matd.com acquired separately.

In late 1997, consolidated Targo
into Spark's operations — ~ 1/98,
closed out CVC Media GL.
Unclear re legal status.
    Matd.com has always had its own
GL & still does today. At one pt,
up until ~ 8/98, reported to corporate

DEFENDANT'S
EXHIBIT
2355

②

on a consol. basis, Ren started to
freak out.

Fernandes managed all three
cos. from the acquisition. Tango
had a separate employees after. It's
rolled into Sprint; Matl. com still
does.

Both personal/dating services. Sprint
+ Tango = through radio services;
Matl. com on line.

Starting working c Plexl 3/97.
fulltime effective 4/1/97. Had been
approached 2/97. By Rick Fernandes.

Pinder reserve for Tango. Cosmo
asked Rick + him to get through
costs that thought they wd incur
in connection c acquisition.
In 3/97. He really was'nt i a positn
to do it; so Rick looked at nos.

Rick probably came up with
$1-2M. Ultimately spent ~ $2M
$2m? but this was ~ line c ~ lot
Rick had estimated.

Three of them i Cosmo's
office — tried to rationalize
w/ the wd red wre wrong;
figure was ultimately set at 85m.
Cosmo wd say, how about this, that
Rick wants his business to be profitable,

PAW0681

③

so his interest is not in conflict =
Cosmo's. Everyone basically pulling
the same direction.
    Cosmo was just trying to get
Rick to be comfortable Rick is
not an accountant; no accounting
background that he knows of.

    At the time, he didn't have decide
the total amount. He got out of
corporate bec he was hoping he
wdn't have to deal = this stuff
anymore, & it followed him.

    wee natl. com was acquired,
same procedure. He believed, three
of them in Cosmo's office again.

    Rick wanted to move natl. com
from S. Fr. to Stanford — this was
supposed to be a good chunk of
the money. But they wound up not
spending the money bec employees
rejected relocation, co. wound up
staying in San Fran, they didn't
incur the costs.

    Does that he gave to AA.

    Pember called him in 7/97.
said over that he & Rick had discussed
that they were earning more cash
as a result of Targo stations they
had acquired.

REDACTED

then
they
had
anti-
cipated

→ Pltd operation was clearly superior.

④

They pay, on average, ~25% of net revenue a "dateline" of a radio station generates to the radio station.

Extra cost = to sell the radio station, have them stick = co. charge equipment (?). In some cases had to up commissions, give guarantees, etc. Believes they let Cosmo know the that. Anne now Controller. She called + asked how much add'l cost. He came up with a no. from $500K - $1/M. She then called back + sd $ make $1/m. He OK'd he sd ___ on flag i response.

Reserve setting wasn't their decision, they were just informing Cosmo of the costs they were incurring.

Actually, it's not appropriate to reserve for costs of extra commissions, guarantees fee. It = reserving for loss of future revenues, so even $500K - $1/m tea actual incurred was not an appropriate expenditure to reserve against.

Offset to reserve = to increase goodwill. On the books of CVC Media. (He runs the books of all 3 companies.) So bottom line, is exactly the same the period in wh the reserve is established (as it

REDACTED

REDACTED

REDACTED

(5)

wd not be ī a pooling), & coming going forward can be interased.

36 - 0223

This = workpaper they set up to show opening balance sheet set up on the acquisition of the Co.

<u>Accrued expenses</u> = 7,000,000

On p.2 7,000,000 offset to goodwill

Footnote 5 = backup for #7m. He put this in on his own. These = things you're supposed to reserve the wrote them up. No relation to reality.

He thinks he gave a copy to Caspar & Many, so they cd use it for consolidation. Their workpaper, so they too some type of trail.

Spark was never audited; he never sent it ī E&Y. He thinks if Caspar & Many had to provide it to anyone or to E&Y.

Redacted

small handwritten "1m" = he's not sure if that = his handwriting. Prob. meant to refer to additional $1m. handwriting at bottom = ("original" or

(6)

"additional" = notes he added when AA asked him re this.

36-0160

Listing from GL re expense charge to GL info on is on computer, but he won't normally print this out in this form.

Rick F. wd in some cases say charge this to the reserve, it's related to that. Apart from those he decided to make the entries. He prob. made all SE's himself.

He's already putting stuff in that techwise doest belong -- e.g. 111,691.56) near bottom. There's a schedule to this -- need of this = odd'l concessions to radio stations we. were in fact not reservable.

So: He thinks the really did't have put in need pro.

He's using it for the reason he had identified, whether they were supportable or not.

Also: we the reqmed Tango, police sheet showed current liabilities of 1,465,524. This turns out to be too small, underreserved charged/pre-acquisition liabilities to purchase reserve also -- this maybe

(extra)

⑦

technical wrong, but not such a big
problem.)

Other items = pretty legitimate.

Handwriting on veh. column ("T-1,"
etc.) = this, refs. to packages of
workpapers. Footnotes 1 & 2 also has
for AA.

This = 9 mos. They had originally
estimated 1½-2m. Then they also
put in add'l payments to radio
stations.

$504,132 actual incurred = the
majority of expenses, though some
were incurred ~ 1998.

Best one to look at =

0151 = same report cut off
as of 12/31/97.

0160 = all journal entries.

"Bill"    0156 = all bills plus journal
= A/P     entries on 0160.

Fee) There are items on the Spark
or jnl. was were to be charged
to the reserve wh. are included on
here.
Total of actual expenditures =
$7M — $6M — 394,321.

⑧

Is this all?

They stopped using the CVC Media
Ledger as of 4/98.

There may also be larges that
came through Spent services in
1998 that are not on here.
Maybe another $100k.

Total Re wind up ≈ = roughly
$750k

watcl.com

0676

Reserve = $5m. Thinks they
gave Cosmo roughly the same
kind of figure — $1.5 - 2m. Cd
have been higher bec. of San
Fran relocation — maybe $2-3m.
Unlikely to be more than $3m.

0672—73

Hit on watcl.com reserve
Here all expenses goes through
the watcl.com GL
They included add'l fees charged
by ECI ("ECI support") — employees

(9)

of watch. com getting paid through
EC1 + the charged a surcharge.
This not really a reserve expense.
(Eventually, though, employees took a
charge for their severance pay.)

Again, this is all that sld have
been charged - + maybe some others
like EC1 that ddn't have been.

Usage = ~ $400K. of this,
maybe $87K? = EC1.

$5M - 3.5M - 1.1M left in
4/98.

DNK there's anything (except maybe
a little?) after 4/98.

Mvd lower than expected, partly
bec of Stanford relocation falling
through.

1/98

He sends a package; $13.9M income.
Fowler calls, asks how much reserves
left over really needed. He sd. $9.5M,
He kept ~ $1.5M to be conservative.
Fowler estimated what they still
needed. He gets back to her, says
$9.5M.

She calls back & says take $9.5M
+ put it into revenue. He ddn't say

PAW0688

(10)

anything, but thinks here we go
again.
    If sld have been reversed against
goodwill. ns have ~~to~~ increased
earnings by a small amount bec. of
reduced amortization.

Pooling: you take the shot now,
           below the line

Purchase: you take the shot
            later

April 30 interview w/ Willie: he was
concerned about himself personally.
He was still rationalizing: w/
Cosmo at a higher level maybe he
even things. I didn't, who am I
to say that he's wrong.

He sd ~~today~~ he assured there
was a rationale for the reversal.
Today he wd say there isn't one
he can think of. In terms of the
~~ac~~ accounting theory he understands
there can't be a rationale but the
easy way to deal with it was to
say, I don't have all the info.

No further discussions re this
c Pember? He thinks he left for
a voicemail at one pt reminding
him that this = a large increase
to earnings & he didn't know if it

(11)

*This = within a day or two of her call.*

wd be highlighted or something. He
had to provide to E+Y. He thought
bec. she was poss. unfamiliar, bec.
she was new at corporate - analy-
ticals E+Y wd get. She left a
voicemail message bank, sd E+Y wd't
be getting the analytical, wd't see
this.

Spoke to no one else but
Fernandes. He remembers just that
feeling if that's what they're
telling us to do, we'll do it.

Only of any involvement i the
above by Cosmo.

This was first time he recalls
reserves getting revised i/o
reserve.

Fernandes got calls asking the to
meet & Willbe again — put it
off until after report was almost
finished.

He did't break off first
interview — was interviewed for
just an hour til 5 & 6 PM on
Friday.

Did he think report was
accurate? A couple of things
attributed to him in the report
are inaccurate — thinks it mixes
up Sab. + Cong, or something like that.

(12)

## Welcome Wagon

Off whether he's involved i establishing reserves for Welcome Wagon upon acquisition in 2/95. Usually he's not involved i this.

He dealt c Lisa Pleasant, at corp mgmt - end. Also c Jeff Smith, then Brenda Farnsworth, who replaces Smith. She was competent

102-0044

7/14/95 - 7/17/95 exchange of e-mails c Jeff Smith.

He was asking for breakdown bec. he had been giving reserve saying he was to track by function. He wanted to find out how much was needed he realized now so that they'd take it down at the end of the year.

He doesn't think he was involved — establishing these reserves.

He thinks accounting literature was diff in 1995, in that then you cd reserve for prof. fees. now you can't?

**REDACTED**

PAW0691

⑬

The memo perhaps don't show that
the cushion was built in in the
first place; maybe then realized
over time they wdn't need certain
reserves.

He had heard the term "cushion" from
Cosmo or Casper. He thinks there are
not that many docs like this;
people are disinclined to put it in
writing. Bec. it's not legitimate.

He remembers at the end of the quarter,
when they ended up = the final
control, Casper wd say, make sure
we get rid of all earlier versions.

He thinks Jeff Smtle was the Acting
Mar at CompUC, & he oversaw WW
for a while after its acquisition.

Smtle cc's Anne, Casper, Plicinski;
Casper prob. asked him to ask Jeff
= the first place.

Toward end of year, he asked
Brenda to send $5/m of reserve to
Stamford, then takes it back.

He don't know what accont –
nos. are in Ex. 85.

Then he tells Brenda Redacted
to take $2.3m into income.
$1.3m goes against expense accounts,
$1m into revenue.

(14)

REDACTED

He remembers looking at expense items line by line -- to see which expense items they cd claim were reserve related.

Their revenue wd have been reduced by some type of commission expense? But taking it out of revenue doesn't make sense. And at least the bulk of the expenses taken, were't related to the acquisition. He wdn't have known this, discussed it c Brenda.

Knows most expenses were not related bec. if they had been the subs wld itself have charged them to the reserve.

DNR an argument from Brenda.

They were looking for expense accounts that were high enough to absorb this -- didn't want to make them negative.

He believes Caspar decided not to do this. DNR anything about $1m being sent to Stanford & then sent back again.

He knows they backdated entries from time to time -- but not this specifically re un. But he recalls they were post-closing entries, knows the books had been closed, bec. that's we they did these

(15)

entries, when the FY has closed from an operations perspective but before the auditors started. Or, we let the auditors start but hold off giving them a trial balance.

subs fin.    If they made entry before the fin. statements were distributed, the entries wd be highlighted mgmt wd see too much earnings. (In WW's case, maybe gave them a profit they didn't have.) So -- ed Lowe backed this out & put it in on a post-closing basis.

1996

whole procedure he remembers re: going through accounts cd have been in Feb. 1997 rather than early 1996. He recalls doing this c Brenda not Lisa. But Brenda was app. there i both 1995 & 1996.

He tells her to take $5M against operating expenses -- $5M ultimately comes from Ideon retave.)

AA report, p.146, attributing statement to KG: he thinks he recalls calling them & having them book the $5M.

(16)

EX. 7.2 = CompUC ledger: these are entries made by entry, prob. at his (Con his & Casoni's) direction. This sends $5m to WW.

He probably told them to take expenses against specific expense accounts.

73 = journal entries at WW, "per Kevin"

74 = he thinks, Wai's handwriting listing journal entries he gave her.

Thinks, he was directed to take $5m & put it into WW. It was probably up to him to decide against wh. account.

As far as he knew, WW had no bus. rel. c̄ Ideon. As far as he was aware, no basis for these entries.

Why wd he pick the expense accounts? Not clear. To keep them from going negative? But why didn't the WW people do that? It cd have been a concern that they wanted expenses in certain categories, e.g., marketing as us. cd A -- they wanted to preserve certain ratios re these.

PAW0695

(17)

or Casper

He's sure Cosmo told him to reverse reserves.

He thinks he wd remember if he told AA Cosmo spoke to him.

Thinks the idea that WW had reserve related expenses = his rationalization

ONR any repercussions from this—ONR Brenda calling anyone. Thinks he knew this wd take WW out of the red, but he don't think this mattered to him.

ONR any discussions re backdating.

He assumed sub.'s fin. statements had already been distributed & that sub. mgmt wdn't see it. There was an underlying understanding mgmt wd't see the figures — there's an assumption they're post-close entries. ONR telling anyone not to give adjusted figures to their mgmt, but it's possible he did this.

He knew from prior experience on the CompUC side that these entries were always made after internal fin. statements were already distributed. He operated on this basis.

(18)

He worked c Kath Mills for
about a year. She does a draft
of the consol. spreadsheet,
distributes it + he then tells
re changes to make. Gets the
changes from meetings of Casper &
Cosmo.

Kath did't have an auditing
background -- did't understand
as well as much as Mary. The
effect on EPS, materiality, etc.
Adjustments are not as signif. when
Kath was doing it. Believes she
did it the same way as Mary.

Mary= a high level of professionalism.

DIR any comm's c her about
it.

Kath left bec. a position bec.
open as a supervisor of fin. services.

# EXHIBIT 11

RF    PW    DF            7/14/99
KK    JP    RB
      MG
      PM
      GR
      RC

Kearney

→ Spark Services Inc.
— Plextel to Spark; when CUC aq'd
Plextel → created Plextel Holding Inc. — that
was in Jan 97 — in Aug 97, Dec. to change
name to Spark Services Inc; b/c of KS → ∴
legally changed name of Plextel Holding →
to "Spark" → but Plextel still exists →
— at some pt Plextel (Spark) aq'd →
        (i)  Tango Comm in March 97
        (ii)  Match.com in Sept. 97

→ are        ( — "CUC Media" → acqn co. created to acq Tango.
parallel     ( — Match.com

— from acctg perspective, Tango had sep. ledger
until '98; now, all consolidated
but → also, Match.com always has had its
            own gen'l ledger — + still does today
— match.com → same pres. (Fernandes) managed
both Plextel + M.com, until
mid -98

(— M.com is S.Fran
(— Spark is Coventry, IL

— M.com did have sep. employees
— Tango had sep. employees when aq'd,
but most terminated (a few offered
positions).

→ reserves est'd in conn/w/ aq's
        — separate reserves + transactions
(i)  purchase reserve for Tango; procedure!
CC asked RF + KK to go thru the costs

— KK started
partial at
Spark in March 95;
full-t. April 97

DF0567



DEFENDANT'S
EXHIBIT
1636

2

anticipated in/conn/w aeg.; ~ March 97;
RF did principal amt. of estimating costs;
— whatever amt. come up w/ → presented to
[RF also      CC; KK was in room w/ CC →
in CC          cc spoke to RF → w/ view to ways
office]        of increase the # → d.n.r. the
                  exact #s → thinks ≈ 1-2 M;
           — the actual costs eventually come to
                  ≈ 2 M; was figure finally arrived
                  ≈ to what RF estimated? yes
              — CC tried to rationalize ways to increase
              — ultimately; reserve was set at 5 M.
              — RF concerned? would want non-oper
                  costs to be res'd for;
              — any comments by CC about "reserving" for
                  a rainy day"? no; d.n.r. any such
                  specific words —— but CC did feel
                  for increase in #'s; RF was really
                  going by CC's direction; e.g., CC says;
                  let's just make it up, in case we
                  miss s. thg; eventually get to 5.
              — KK → what view of the #'s?
                  defensible? partially; but J.a.t. could
                  have did total amt.
— you had seen CC do this before w/ other
   transaction? right; bad thot. go. Then
   basely; this is how it feels? yes

DF0568

3

— when Mabh. can acq'd?
— same procedures; we came y
w/ # (of costs); presented to CC;
he gave me higher #, [ in CC office
again — yon 3?] → think so
— #'s? → RF wanted to move
it from SF to Stanford, but never
happened; [no one took offer to
move]; think #S about same, tho.
— M. can is also JM.

Rel + [ CDAA 36-0676
       + CDAA #'s — 36-0677]

— July 97 →
— radio stations; station get cov'n
based on # of callers; (≈ 25% of net rev.)
Tango were new when acq'd → so many
station ks were new; salesmen had to
sell the change; had to up the comm's
(or even guarantee in some cases); ∴
RF + I disc'd that add'l costs were
more than anticipated → so, let CC know
then AP got involved; I that 500k-
1M → she said "why don't reserve
2 M?"; a couple of calls: (1) RF
called CC; then CC called AP; the
AP called CC back;
— what about fact already have unfilled
reserve? wasn't our dec — just informing
CC of the costs we incurring; they then
decided to create add'l reserve.
— at time of acq, foresaw? CC thinks
RF did → plan to consolidate the

DF0569

4

operations.
— this was a reserving involving future
revenue; [∴ even the initial
reserving would not be legit.]
→ off-set to the reserve was to
increase good-will → g-will on
CUC Media's books [ the co. that acq'd
Tony].
— effort → "saving" these incremental costs;
bt-line the same ( both g-will will
have to be amortized over time).

CDA# 36-0223   → w/p that set up to show the opening
B/S as we acq'd it and any adj's we
made to get to B/S we used.
→ "Accrual Expenses" → adj of 7M
→ on 36-0224 → see off set it to
good-will
— KK prepared
— KK just spread the 7M among the
classic integrons that is OK to
reserve for → made them up? yes
— anyone else see this doc? then gave
copy to CC + MS, for consolidation
work.
— doc was our w/p, to backing our
calculation → to create trail of how
came up w/ our B/S.
[ this div. was never audited],
— but this really was created for yourself?
yes

5

— does this bear any relat'n to estimated
  costs when completed ? not really,
—"EM" ⟶ "1 M" ⟶ not created by KK
[36-0161-62 ⟶ another form, where 5M,
                    not yet ?]
— handwtg at item is KK ⟶ same for AA.


CoAA 36-0160 ⟶ a listing from gen ledger ⟶ of
                expenses charged against Tango
                reserve; was "in System" ⟶
        but she (thinks) was created by AA.
[— the gen. ledger can create an acct,
    history ⟶ every line item that effects.]
— see the 7/31/97. 2M increase
— how clearly how used it ⟶ pretty much
                just for the items we planned on.
— who decides if to be charged to this acct ⟶
        S. turner just me; S. turner RF say
        "be sure charge to the reserve, s/a
        that related to the cig."
— of entries hitting this acct, KK made almost
        all of them—
— KK aff'd that just kept this acct to.
(cont.) entries that had been reserved f.
— 111, 691.56 ⟶ majority of that ✗
        was the concessions that had to
        make to stations. ⟶ but that
        was rationale for the 2M additions.

DF0571

6

also →

— "Underaccural of Caller Refunds" → ↓ Us.
— when look at opening B/S — when take out
adj → they had in reserve of 1.4M →
we found that was under accrued →

[ see 36 - 0161 → 1.405 ]

36 - 0160 → 9 mits of expenses
       →[ but you + RF had much
         higher estimates; on your
         own — plus, this sheet has
         this "add'l accrual" ].

KK → being conservative (prob) even in our original
      estimates of costs.

— comparison to  CDAA  36 - 0156
             CDAA  36 - 0152
      — KK — CDAA 36 - 0156 → is best to look at
      [ KK → 0152 is same report, but cuts off at
             12/31/97 ]

KK  → $36 - 0160 → just listed J/Es;
             but 36 - 0156 also included
             A/P s (bills) [AA, that is asked for
             everything].
             — some items reclass'd the Spark service
               g/l item [ that properly go to Tanya
               reserve].

38 - 0156 - 0158 → thru 4/98; but we
      basically stopped using CVC media g/l
      after 1/98 — so anything be add'l charges
      on Spark Service g/l

DF0572

7

— So, using balance on 36-0158, the
    total charges or costs probably ≈
    750K.

Match.com —
        — that purchase reserve also 5M
        — see 36-0677 + 36-0672
    — think KK & RF gave CC same ballpark
        of ext costs? yes.
    — KK → co. "eci" used to own
        mth.com; mth.com still physically
        there — + eci started charging us for
        admin'h costs; seemed excess tom,
        so we charged them their acct

→ line item that  ⎰ "ECI Support"         → see 36-0672
  reflect these costs ⎱ "Salary Premium"

    — 36-0672 → the "real" expense against the
                    acct.
    5 → 3.5 → 1.5 → 1.12 → .387
                            — actual total

    — So, still quite a bit lower than estimates
        [ but the relocation program costs
            were in the estimates (and it never
            happened]

    — Jan 98 —
        — you turn in 13.9 M package —
        — get call from AP —
                what happened?
        — she asked me how much of

DF0573

8

reserve left we really needed — and
the remainder we did not feel
had to have was the 9.5 M.
[ by this pt. we had pretty good
    ida what actual cost would be]
— AA calls back ⟶ tells to reverse
        the 9.5 M to revenue
    [ keeping back a 1.5 M].
        [ and that probably being conservative]
— that behind it? KK ⟶ thank we looked
    A it + tried to estimate what really
    still needed.
    — AA call-back ⟶ into "revenue" ⟶
KK ⟶ just did it
    ⟶ what thinly? here we go again;
    and worse, ble going to revenue.
— what should have been done? rev. agent
    g-will.
    — KK confirmed that ⟨3⟩ on 86 - 0677
    was also completely fictional.
═══ — WFG inter ⟶ 4/28 ⟶
            — tells us where coming from?
                — still in mind set of notionally;
                    how do it [ same as part of you]
        — e.g., told WFG rationale for the
            9.5 M reserval; today, story
            is none
        — just doing my job
        — one rationale ⟶ cc higher up; he knows
                things I may not know.

DF0574

9

— any further discus w/ AP about this?
— left her v-mail at one pt,
highlighting that this is a huge
increase to our earnings. → probably
fill-chat w/in day or 2 of when
she told me to reverse it
— did it b/c, that she might not
be aware that analytically, they
were presented to SY [she
had not been controller long].
— she left return v-mail, said
SY would not be seeing it.
— also, spoke to RF about it; he said
do what they tell me to do;
RF — start. ACR, p. 140.


→ involvement of CC in the 9.5 M reversal?
just dealt w/AP; no mention of CC
or higher involved.
→ AA/WFC → accurate to say that you did
not make yourself available as they would
like?
                                    KK → until
RF involvement, I cooperated 100% w/AA
        KK → and they hit me for one hour
            on a Friday night.
— KK problems w/ AP & WFC →
        KK couple of things that simply not
        accurate, where they spoke of my
        — Study.


DF0575

10

— KK → not exactly sure what now →
believe were covering a couple of places re: who
I said & spoke to. (e.g., CS/CC)

→ yr-end adjs
— 3.4 M punch res. → in con/v/ avg of
WW.
— any involvement in that process?
— dnr if invol. w/ est. of these reserves.
— s.they you gen'ly involved w/?
— usually, no; but not sure w/
WW if did have invol. up front
— a yr later → 2.3 M reversal into
revisal.


CDAA 102-0044 → reg I wrote to update the
analy I talked about, where we
track the reserves + how much
is excess.
— KK → shows that when reserves
est'd they always knew some
cushion in there.
— in July 95 → was but in 2/95
asked for break-down b/c I was givin
the analyses truly reserve cushion,
by line; & one must have used
me to update.
→ KK → receive of purchase aut; list
in $ $; think proffer +
transit. costs were OK.
— KK → not saying this was OK, though

DF0576

11

— where did you get term "cushion"?

    KK — heard around office, from CC or
    CS → in ref. to expen, unneeded
    reserve.

— hear used in conv/ w/ establ. of res →
    more so, after the fact.

KK → general underst. we had not to document
    the adj'ct expen → this was
    fairly unusual (102-0044)

— when we finish getting consolid., CS would
   tell me "make sure we get rid of all the
    earlier versions"

   — Jeff Smith → acctg mgr for Corp-V-Ced,
    when we ag'd WW, moved acctg
    for WW to Corp-V-Ced.

    [ — KK orig. message to J.S. only;
    JS adds CS, CP, JS, APJ.

AcK
ff. 0557+   → end of yr → KK call Brenda + ask to send
    1M; then → ask her to rev. 2.3M to
    rev + exp.

AcK x 85 → taking 1M into rev.

KK → remember talking to Brenda + going line
    item by line item, trying to find item where
    could take the 8.4.

— KK → actually thinking, we did have some
    rationale for the 1M rev entry

KK → but I called Brenda to find out what
   exp. really were → and that is how
   knew that these not "really" orig. costs.

— we were looking for exp accounts that
   were high enough to absorb this.

12

— how came to make these entries (limit them) → by CS, told to.
— recall anything about instruction to back-date:
     know we did at cy-v-end side from
     time to time → but don't specifically
     recall of WW.

— post-close
     → what given to BY.
[cy-end entries → we gave CC all the final
     consolidate → then we would get instructions
     on what entries to make]

     → Feb 97 → 5 M to WW
          → reversal of Ideon reserve
               to WW
     —[KK calls CP in 2/97.

AeR
11·145
+
AeR X
73+74

X 72 → M Sattler — made  that J[5
     on cy-v-end gull/legn.
          — reverse Ideon 7.79 M.
X 73 → the JES at WW → "per Kevin"
X 74 → handwritten note → [ISE → looks like
     CP handwtg] → "Kevin Kearney
               J ☞ to be made:
[w/ the accts the [the end]
— look WW positive, when actually had
     a net loss.
— any business relationship of WW w/
     Ideon? no

DF0578

13

f. ACR
p. 146

— any recollection of CC talking to
you about these entries? KK
d no specifically — sure he gave
us direction to reverse reserves,
b/c we never did it on our
own.

— KK has no explanation of why ACR
say this → KK guesses that
they confused CS vs/CC → but KK
say CS would not have told them
the specific amts, either.

→ CS or CC would only have told
me to limit 5 M of the reserve
to WW.

— any recall of Brendon calling corporate
about this? no

—