# EXHIBIT 12

PW   DF   GR   Bob Seheurs(?)
PM   RB   JP

Kevin Kearney (4/14/99)                                    1/4

Spark Services Inc.
· CUC acquires Plextel in Jan. 1997
· Aug of 1997 Plextel decides they want to change their name to
  Sparks Services Inc.
· Acquire Tengo in March 97 + match.com in Sept. 97.
  Both accounted for as purchases.



· Late 1997 combined GK's of Spark + Tengo. Match.Com has
  maintained a separate G/L.
· Kevin starts working part time w/ Sparks/Plextel in March '97 a
  then full time in April.
· Cosmo approached Rick Fernandez + Kevin to come up w/ an
  estimate of the costs they would need to complete the
  acquisition. Rick played the lead role of estimating what
  severance + shut-down costs of duplicate facilities would be.
  ~~KR∃~~
  Kevin attended a meeting w/ Rick Fernandez and Cosmo where
  Rick presented his estimate of the necessary purchase
  reserve. Kevin believes to Rick's estimate was between $1 to
  $2 million. Cosmo proceeded to lead a discussion rationalizing
  why it needed to be higher. Kevin believed the
  reserve ended up being ≈ $5 mil.
  Cosmo questioned then on severance, closing down facility issues.

MG00179

DEFENDANT'S
EXHIBIT
1637
PENGAD 800-631-6989

3/4

· Cosmo was leading the meeting and he was trying to get Rick comfortable with increasing the reserve from between $1 to $2 mil to $5 mil.
· Kevin said he could not have defended the new, higher reserve. He said one of the reasons he got out of corporate was that he wouldn't have to deal with this type of stuff and here he was back in the middle of it again.

· They went through the same type of procedure w/ the Match.com acquisition later in the year.
Rick had hoped to relocate the Match.com people to Stamford Ct to work more closely w/ the Interactive Group in Stamford. However, all 14 employees offered relocation packages turned them down.

· Rick & Kevin noted that because they were changing the operation center of Tango from one location to another that they had to have their sales rep's revisit their radio stations and explain the changes, in many instances they had to give the radio stations concessions in the form of increasing their portion of the revenues from 25% to 35% or guaranteeing a base line of revenues. When Rick and Kevin informed Cosmo that they would be making certain pricing concessions they were asked for an estimate of the concessions & upon that Kevin estimated it would cost them ≈ $500,000. Later Pember called Kevin & informed him to increase the purchase reserve by $2mil for this item.

3/4

( We showed Kevin CDAA 36-0223 and he walked us through the document. He admitted that the break-down of the $7 mil bore no relation to reality.)

is fote note 3

Kevin explained CDAA-36-0160 was the general ledger history for the purchase reserve account for 1997.
Kevin noted that they did charge-off the future revenue concessions partly in the $11,681.58 number.

Jan '98 Kevin was called by Pember + she asked him how much of the reserve they still needed. The out shot of this conversation was that they had ≈ $9.5 million in excess reserve. Pember later called him again and told him to reverse the $9.5 mil reserve back into revenue. Kevin said his thought at the time was "Here we go again". He did as Pember asked. Kevin noted that he should have reversed the excess reserve against the Goodwill.

When PW asked KK about his w/FG/AA interview, Kevin noted that his state of mind was that he was concerned about how this would effect him + he was still trying to rationalize away the problems he had had w/ the accounting that CUC was employing over the past five years as Cosmo must know about things (E&Ps, reserves) that I'm not aware of.

MG00181

4/4

KK left Ann Parker a voice mail highlighting the fact
that this was going to have a huge impact on Sparks
financials which would stand out like a red flag on
the analyticals provided to Edy.

Parker left a voice mail back saying she was aware of it
and that Edy would not be getting an analytical
analysis.

Kevin made Fernandez aware of the $9.5 mil adj. and
Fernandez shrugged it off and said if thats what
their asking you to do it, then we should do it.

Lunch Break

Casper asked Kevin to make sure he got rid of all of the
previous drafts of the Qtrly consolidations/reports.

ACR #157 · Believes he was directed by Casper to reverse the $9.3 mil merger
reserve.

MG00182

# EXHIBIT 13

PW    JR
JP    MG
PM
DF
RB

4/14/99

Kevin Kearney

Attny: Bob Fietwell

(Spark Services Inc - 3R7 part-time - 4th? full time Controller.
Plextel holding acquired Plextel - 3 now called Spark - radio stat.
CVC Media - formed to acquire Tango - radio stations - on
Match .com - separate general ledger - even today live

1/98 - CVC media general ledger closed - put under Spark

Purchase reserve for Tango (procedure same for Match.com)
CC asked Rich and KK to go thru costs anticipated for acquisition.
Rich estimated costs.    CC tried to rationalize raising $$
originally $1 - 2 million, went up to $5 million - met in
CC's office    Costs come in close to $2 million
[A] conflict at meeting. Rich went by Cosmo's direction in
case they missed something.  Cosmo trying to get Rich
comfortable w/ $s.  Rich doesn't have exact background
KK - couldn't defend the total amt.    Like AP raised another bill.
KK has seen CC do this before - for out of corp to avoid
this kind of stuff
Match.com - some type of procedure - patent # preserved
to CC. CC gave a higher #.  met in CC's office    Rich
wanted to move group from Sonoma to Hampton - no one
took the relocation - about $3 million

Tango had higher cost than expected - or commissions or a
guarantee to the radio stations - let CC know about it

PM000252

AP contacted them to find out additional costs. KK came up w/ $50,000 - $1 million. AP said why not use $2 mil KK knew it was not a purchase reserve related expense — can't reserve for loss of future revenue.

KK had no dealings w/ E&Y after arrival at Apork
Total spent on purchase was approx. $150,000

Travel.com - KK and Rick sold CC approx $2-3 million CC raised to $5 million. Approx $300,000 legitimate purchase costs

1/98 T/C L_____ AP. AP on how much of remaining reserve ~ ____ The remainder was $9.5 million. AP told KK to reverse the $9.5 million into against revenue. Apork kept off $1.5 million in reserve in case they needed it. KK didn't question it, but knew it didn't make sense. Should have been reversed against good will. Amortization of good will was 25 years     Increased earnings for the year by $9.5 million

4/30/98 interview of Wilkie Farr - giving info and rationalization for what had been happening in past & eps in Maybe. CC had justification that KK was unaware of — so is $9.5 million reversal     Today would say there was no rationale for reversal or _____ he could — think of. No acctg rationale. Did what he was

in order to secure his job.

KK left AP a voice mail reminding Yen that the $9.5 mill was a huge increase which might have to be addressed to E&Y. AP called back and said they're aware and will handle it, E&Y would not sign off shortly after the reversals

Relation w/ AP - business friendly.

Advised Rick that they were being asked to make the reversal - Rick shrugged it off.

Discuss w/ AA report on a couple of things attribut. to KK - would love to re read it - thinks mixed up CS w/ CC.

Welcome Wagon - doesn't recall involvement w/ set up of reserves. Reversal is dealt w/ Lisa Blucastic and Jeff Smith on month end and Brenda Farnsworth Breakenbach

Iam "austin" done from CS & CC re: excess reserves

KK directed to make entries - up to Ken where to put them. No reason for Ideas reserve to be used for Welcome Wagon.

Kathy Gaells - worked w/ Yen for about 1 year - same job as MS - spreadsheets - drafts of consolidations told Kathy to make changes. CS and CC tell KK and KK tells KPM. KPM short of understand'n as much as MS - more of a staff accountant less understanding of big picture EPS - involvements were less significant -

PM000254

# EXHIBIT 14

4/14/99   Kevin Kearney          Mark G.      Regina Russett
          Bob Kettwig            Paul W.      Jess Richards
                                 John P.
                                 Rob M.
                                 David F

# REDACTED

Spark

CC pushed Rick Fernandez (Pres of Plastics)
into doing it

⇒ needed more $ in there

e.g. - how much severance
costs of closing down the
Tango

- net. incl. argument

H: we totally defensible but I don't think that I could
have defended the whole amount

I got out of corp. bec I was happy never to have
to deal w/ this stuff again + here I
was, right back in it

Match.com ⇒ aquisition
  - we presented a number to
    CC re: expenses we thought we'd
    incur

RC0159

DEFENDANT'S
EXHIBIT
1508

PENGAD 800-631-6989

GC again gone w a higher #.

Rick wtd to move f. SF t Stanford Conn.
→ a big chunk f the $
— bit they wre f the ees accepted
+ ∴ never moved the Co.
→ would have justified a higher reserve
→ CC upped # to 5MM

REDACTED

7/97 - AP called him

Rick + RR disc'd th⁰ they had incurred
greater costs than anticipated re:
Tango (runs radio stations)

— the radio station runs the ads &
bills later — paid @ 25% of the
business generated f. the ads run on the
radio sta.

They had 500M $ / MM

AP then asked them t record an
add'l 2 MM
↓
(Price concessions t customer is not approp.
for reserves)

we dont
reserve for loss
f future revenue

RC0160

Estab the reserve ⇒ offset this 5 mth. up

goodwill

dec. it to a purchase/acq'n

⇒ makes the co. look better

⇒ incurs costs w/o affecting bottom line

⇒ not the case w/a pooling

CDAA 36-02232-0224

Tango B/S 3/14/97 – shows how opening B/S

as Tango was acq'd + adjusted ⇒

CUC's opening balsheet for Tango

⇒ 7 MM for purchase reserve

& for acc'd expenses

– on p. 2 ⇒ breakdown of the 7MM

⇒ made these figures up

⇒ no basis in reality

This is a w/p to back-up the #'s

they have on their books, i.e., provide

a paper trail

RC0161

DK if this went to E+Y: once he became
the controller of the division ⇒ no dealings
w/ E×Y

⇒ the division was not
audited

the [illegible]

p. 2 - he wrote on the 'org'l 54M +
add'l 2M4
when AA asked him of this

CDAA · 36-0160    GL stating of expenses
charged r. reserve for Tango

- some items don't belong here; es., 111.6M
is the additional commissions they
made to the radio stations

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

CDAA 36-0156 to 0158

CUC Media GL
until 1/1/98
to after this date,
entries are on Spark books
may be more

36-0676    Match.com B/S

5 +MM reserve / accrued expenses

the gave CC was
@ 2 +MM - 3 MM

36-0622 - all hits to the reserve
go thru the Match.com GL
(nothing is booked anywhere else)

One add'l cost related to ECI ⇒ not legit

RC0163

4/18    13.9MM in y's package

⇒ AP calls: AP asked how much of reserves
(#1) left were really needed

(#2) — the remainder ⇒ the 9.5MM
they felt they didn't need

(#3) ⇒ late AP told him to take all of the
9.5MM & reverse it against revenue
⤷ they tried to estimate what they
still needed

left the accrue
mail off to the revenue
her told the area that
increase their earnings
this was 0 day it
after etc, want to
reverse it
— she returned more mail
so sales was aware of it
that E&Y would not get
the analytical

⇒ no further exchge
of AP @ this

Told RF that he was
instructed to make the
entry ⇒ RF shrugged
his shoulders ⇒ if that's
what they tell us to do, then
we have to.

Knew at the time, this made no
sense; thought "here we go again"

— should have been reversed v. goodwill
⇒ would have reduced
the amort 'n expense
(goodwill was amortized over
25 years)

⇒ just manufactured 9.5MM in
earnings
(worse than when a prev. dec. here
they neg. incurred the expense (except for
amort ~))

RC0164

## The 4/78 WEG Interview

- he was concerned @ what
- told dead him personally
- trying t rationalize it in his mind
- explained more how he justified it to himself as opposed to the more open acc't he' provides us.

→ w/ CC at a higher level, maybe he was aware of expense the co. was incurring that KK did not know about

→ told WEG that he assumed there was a rationale for the reversal of the 9.5 MM

- really, there is no such rationale at least that he can think of.

- as a stand alone entry, I doesn't make any sense / could not be a ration

RC0165

⇒ just deny what I was told & try to
secure my job

∴ easy to say "I don't have
all the info in"
so restint [?]gation

# REDACTED

No indication that CC was involved
But CC plugged in to everything that was
going on in the accnty area

Interview of AA/WSG:
- coop'd w/them. But when Bob Soltvers
came in, kept the stallon
↳ December '98

TSA for 1995 (FYE 12/8) + 1996 (FYE 12/97)

1995 Wel. Wagon: 3.4 MM purchase reserve in
12/95
- OK if involved in establ the
reserve or of my B/S

RC0166

- 2.3MM reversed into Y:

Lisa Plucinski - dealt w/ her at each mo.
                  end re: consolidating WI
                  financials into the consolid
- also dealt w/ Jeff Smith
            "      - Brenda Farnsworth
                     (now Breitkreutz)
        ↳ competent

7/17/95 Email f/ J Smith to KK:
        ⇒ "cushion"
            ↳ not trying to move one
            - estimate as accurately
            as you can & not reserve
            up for the precise amt

KK asked for the breakdown bec. wanted
        to know how much.

Accnting literature re: purchase accnting
+ what you can accrue for charges; eg.
back then may have been allowed to accrue
for pro'll costs, fees + transition costs

RC0167

"Cushion - heard CC n CS use the
               term in reference t excess reserve
            ⇒ after the fact
    ↳ impropriety wld depend upon materiality
      Here the amts were material (½ of
          the 3.4MM reserve was "cushion")

we made a conscious effort to avoid
writing the word "cushion" as he did who
7/14/95 Email

    CS wld tell him t patch, earlier draft
    versions of the consolid'd

Ed Fryer - KK calls xxxx xxxx Brenda
& asks her t send 14½ in purchase
reserves to Stanford.
    Ex 85 - Wel. Way journal entry
        - later asks her t take
        the 14½ back ? OK

RC0168

This might have
done 1996
(Sh. 85 says "per CS")

→ 1st part reverses an earlier
entry + 2d part takes that
$ & classifies it as revenue

duratio to do
so by CS

- talked w/ Brenda @ expense
accts & see where they cld
offset the 3.4MM that is credited
in Sh. 85

→ take reserves & put them
into revenue

- disc'ing which exp.
accts wld go into

- discussion w/    , when
expenses go higher & higher

→ which expenses they cld justify
bumping up due to the acq'n

→ prior to this, those
were not expenses that
they agreed were more
merger/ acq'n related

RC0169

- the revenue may have been reduced
by some sort of comm'n expenses

⇒ cld have taken the pool
that they should have
not gone t

Reduction in revenue as a result
of the acq'n

⇒ Exh. 85 - as a stand-alone, it
does not make sense

(taking fr reserve & putting
into revenue)

- bulk of expenses taken
vs. reserve were not related
to the acq'n

⇒ knows this doc.
if related to acq'n, wld
have been charged vs. the
reserve during the yr
(by the sub)

⇒ also at the time they were
looking for exp. accts that
were high enough to absorb them

The might
have been
re: 1996
(Exh. 85 says
$10" per CS")

expenses

- Wel. Wg. wld not be audited

Backdating entries ⇒ no recoll of this
re: Wel. Wg. (did I re! CHC)

⇒ there were post-close'g entries, however.

⇒ typically did the entries when FY
was already closed out f an
operations perspective

⇒ wld do this before the auditors
began doing their audit work.

If entry made before F/S were
distrib'd ⇒ wld stand out like a
sore thumb. (pushed them from
break-even to big profit)
⇒ wld have been startling to mgmt

Review the exp. acct was definitely w/
~~Lisa~~ Brenda + ~~exp~~ Lisa

<u>Welcome Wagon 1996</u>

2/97 KK called Lisa P. - told
her to take 5MM & ~~increase~~
~~reduce~~ expenses

- 5MM ~~hit~~ to the ~~reserve~~
reserve

- ~~exp~~ vague recall'n of this
~~this issue~~

Ex 1. ~~MM~~ ~~was~~ 73, 74 :

Ex 72 - from the Comp'l/GL
GL - made by MS
at either KK's or C's
direction

⟹ the mirror of the
Ex 73 entries (the 5MM)

7MM reduces the reserve
x 5MM is passed thru to
interco & Wel Wagon books

Ex 73 the JE "per KK"

Ex 74 HW note (prob. hss'l. HU)
- message pad - hlcb on the JE, but
  never recents

RC0172

⇒ appears RK gave her the accnt
  & amts

- KK told to move the $ to Wel Way;
  prob. left up to him to determine which
              accnts & amts of $

⇒ no basis for these entries

OK why he did not leave this to
Wel Wag. to decide.

"I'm sure" CC gave us the direction
  to reverse the reserves — we wold not
  have done this on our own
      ⇒ told this directly by CC or
        through CS
      - probably not told which accnts
        to hit; relied on KK
        to determine which 6 accnts
      - doesn't think anyone told her
  Wel Wag has expenses related

REDACTED

to the Idea reserve (see AAp 146); this
was just the rationale he was using
in his own mind to justify doing
what he was told to do

Underlying understanding to keep this
away from mgmt of the sub ⇒ that's
why they were all post-close entries
⇒ if done before the sub books
closed, sub wld have found
out @ it.

. He knew fr his days at Comp WCd that
entries made post-close ⇒ operated
on post history

┌─────────────────────────┐
│ Thurs 4/29 ⇒ 10°°      │
└─────────────────────────┘

**REDACTED**

**REDACTED**