# EXHIBIT 15

4/14    Kevin Kearny w/ Bob Fichtner

Bob advised that Conduct sued G&Y and G&Y
is suing Kevin & served a complaint.
Third Party complaint

Reserves: (Fernandez)        at Acquisition.
    Cosmo asked Rick & Kevin to go over costs
they thought they would incur in connection w/
Acquisition

TANGO - March
Rick estimated - severance, relo, closing costs.
(Rick Predicted y Dextel hire me as controller)
whatever amount we come up w/ we presented it
to Cosmo. Rick presented & it was there.

Cosmo advised wanted to increase & we said
at 3 mm he would suggest to 4    (only approx.
Actual costs incurred were in line w/
Rick's estimation.
Cosmo tried to rationalize why we needed more
figure ultimately got around 5 mm.
Cosmo tried to get Rick comfortable w/
Reserve figure. Rick had no Accounting backup
& don't think & couldn't defend the total amount
& got out y corporate because & had hoped & would
have to deal w/ this kind of stuff & came here &
was right back in it.

Match. com -
    Cosmo - did some thing - Higher & to B Raised
3 y us in office.

DEFENDANT'S
EXHIBIT
1507

(P-2)          4/14/99

Kearny ⚡

**REDACTED**

**REDACTED**

RADIO –
Tays was incurring costs to keep station going
we pd radio station by back end commissions
about 25% of net revenue
We let camp know that radio stations wanted
higher % and/or of lnt minimum guarantee
Anne now in corp. position reporting to Cosmo
she called us to ask about additional costs.
we advised 500,000. she came back & said
why don't you record it now
& don't think I had a response
It wasn't our decision we were just informing camp
of additional costs & they (Cosmo & Anne) were taking
advantage of opportunity to create add'l reserve.

**REDACTED**

I made of up figures (in work papers) & spread out 2
& gave a copy to camp & navy

Phone call for Pember –
Think she had asked how much of reserve we
had left, we really needed – Answer 95 or

4/14/99

Kearny                    P-3

She called me back and told me to:
Reverse it against Revenue.
~~She~~ Doesn't make sense for rationale standpoint.
It should've been reversed against Goodwill —

Now - no rationale for reversing into Revenue.
I was just doing what I was told to do.

Further discussions w/ Anne P. ?
I left her a voice mail that this was a
huge increase to our earnings. And was
this something to highlight w/ E&Y.
Anne P's Answer: voice mail
She's aware; E&Y wouldn't be getting the
analytical
relation: Business faculty

Adjustments -
Wasn't: Feb 95  3.4 Purchase reserves welcome w/
do meeting w/ cww consolidations I dealt w/
his Purchase & Jeff Smith & Farnsworth

Cooper told me to get rid of all earlier versions
of these papers.

I remember speaking w/ Brenda F.
looked to expense of cww. that could be now
treated as merger related.
reversal it was used to increase revenue.
Standing alone not justified.

GR27

4/14/99

Kearny p.4

Re 5 million. I was told to book 5m
at WW but it was up to me to choose line
items / line by line.

# EXHIBIT 16

Kevin Kerins Interview
FBI, HVSA, SEC

4/14/99

Counsel suing EY

EY suing Andivar, many other defendants, incl. Kevin Kerins

Spark – KK started 3/97 working with them –

when CUC acq Playtex – creates Playtex Hldgs . /97, 8/97 – dir...

to a name to company to Sparks? Because there were contracts w/ Playtex → now → Playtex Holding, etg to Sparks
(purchase)

Spark acquired Tango 3/97, 9/97 acq Match.com (purchased) (Dividend)

not under Spark tree

Spark          CUC Media – 1/98 closed out c/c to Spark

Playtex        Tango  Match.com – spark employees
separate       separate  San Francisco
employees      CUC
chicago        til 1/98

For acctng purposes – these are one company.

Match & Tango are dating services.

Reserves established – separate reserves.

purchase reserve for Tango + Match procedure was from
Cosmo asked Rich + KK + asked what kind of
costs w/B established in connection w/ the acquire
For Tango – this was 3/97.
more Rich than KK estimated what w/B needed re:
severance, close down costs.
Rick was then pres. of Playtex.
Presented amount to Cosmo –
Cosmo spoke to Rick to rationalize increase
in the amount of reserve proposed.
Reserves were $5 million, $1-2 million worse

DEFENDANT'S
EXHIBIT
1509

RB 1

Ultimately the costs incurred were $2 million (w/ think)
rather than the $5 million reserved.
Cosmo acknowledged the extra reserves —

Things like — cost to close Tango facility
Rick wanted his business to be as profitable as
possible. So he did not want operational costs —
No real argument or controversy.
Cosmo's objectives + Rick's were the same.
Cosmo was just trying to get Rick comfortable
w/ $5 million reserves
KK initially thought the number was
defensible but KK doesn't think he
would have defended the total and
KK had been thinking this over +
thought he was to get out of it but
now was on the other side of the table.

Match.com — same procedure. The 3 were
in Cosmo's office again. Rick wanted to
move Match.com story to Stamford. This
was the a large chunk of the reserve,
but no one took the severence package +
so the operation stayed in S.F.
(Tango reserve was $7 mil).

RB 2

7/97

At our first - Rich + Bill - discussed there were too much costs to cover the Tampa acquisition.

Instead of paying the radio stations up front - they got a commission basis on the activity generated from their stations. Now after a couple of months they had to resell the radio station all over again about trying to sign up systems. In some cases - had to up the commission or make guarantees to stations. Rich + Kev discussed that these costs were more than anticipated. They let Cosmo know about it. Eventually Pember contacted R+K - asked how much costs they would incur.

R+K said $1, or $2 ?. A said record $2. There is not a legitimate purchase reserve.

K - not an appropriate reserve.

CDAA 36-0224 - figures in footnotes were made up - no basis to reality.

Come copy of this schedule to Cosper + Mary.

Objective of document is to create trail After K became controller of Sparks - never dealt w/ EV.

How restated?
DH lost on Reserve
CF

36-0161 -
not entire
issue - but
shows
weird expense
as being
$5 million

RB 3

CDAA 36-0160 - G/L account listing

Data in congruent & pulled it out of Arthur Andersen

Wasn't matching all JE's but most of JE's hitting this [provision reserve] acct.

K. typically kept to reserves he recognized - generally didn't keep a running ...

K - is already pretty thorough in reserve that shouldn't be there -

CCAA 36-160 - Arthur Andersen ?!!! 6.91.56 contains extra radio concessions

Orig. liab. on Tango's B/S was definitely underaccrued. There were lots of things that should have been accrued.

CDAA 36-0156 - represents actual cash expenditures.

CDAA36-0672 - ECI charges deemed too high so K. charged it to reserve -

Employees of Match.com now working for ECI.

↑Match reserve - radically lower than expected.

RB 4

175   Discussion w/ Renku
A asked own much of the reserve
left were really needed.
$9.5 mil. not needed.
Knew what's Con - not reallocating
A told K to reverse it against reserve

We looked it to estimate what was
still needed.

A calls back again & says take the
$9.5 mil. + reverse it to revenue.
K thinking — here we go again

APB
16.

↳   Technically should have been reverse
against goodwill.

K was not as open w/ Wilke Farr as he is
today. K was concerned during Wilke Farr
interview w/ his exposures.
Bitill had retroalzation. Thought
Cosno may have been aware of
things K was not aware of.
K assumed there was a rationale
for the $9.5 million.

K was doing what was asked of him —
doing what was told. Didn't want
to highlight anything. Bargain

RB 5

K knew October a November that there
w/B no relocation — so the fact that
he was being asked to make the adj.
in January made him know that it
was wrong.

w/ a day a two
He to left a voice mail to A
saying that this w/B a huge increase
to earnings + would have to explain
to EY. A said that she would
handle it. K knew that they
would have to provide analytical
P+Ls. A said EY would not
be getting this analytical.

K told Fernandez he shrugged it
off + said well if that's what
they're asking us to do.

RB 6

There are inconsistences in the AA report
K didn't read the entire report -- just
skimmed it for his memo

2/95

WW $3.4 mil purchase reserve set up
DWR - being involved in process

$7.3 mil reversed into income

Dealt w/ Lisa Pleuminster in the midst
consolidating WW F/S.
Dealt w/ Jeff Smith
Dealt w/ Brenda Farnsworth - replaces
            Jeff Smith

COAA -102-00?4  Shows that reserves is
established there is always going to
be some cushion.

When a reserve is set up — you are
supposed to estimate it as accurately
as you can

K was asking how much reserve was
there — understands in hindsight he
was asking so that someone would
know how to take down by the
    EOY.

RB 7        K doesn't think he was involved in
            setting up WW reserves

K. acct'g literature was different in
'95 — i.e. prep gain + acct'g

"Cushion" was a term used within the
office — Cosmo/Casper used the term to
describe the term

Re "cushion"
General understanding was not to document
a lot of it — re: reserves
End of year — when there'd have found this
Casper said get rid of earlier version —
just keep final.
Jeff Smith — acct'g mgr of Corp-U-Card.
(version acct'g for both divisions.

End of year C. calls Brenda + asks her
to send $1 mil. of purchase reserves to
Stamford (AA Ex. 85)
Looks like
Reversing earlier entry —
then reclassifying in it.

Talked to Brenda about which expenses
could have been higher due to the
acquisition

K thinks there may have been some
justification to adj. to revenue.
M/B wanted to accrue revenue gross.
But taking it out of reserve to
revenue doesn't make sense.

RB 8

K. was not in a position, whether
expenses were or were not related to
the acquisition.

If they were related to the acquisition they
would have been taken to the reserve through
the year. If they had charged too
much to the acct. it would have been
negative. The fact that WW was not
going to be audited gave them greater
liberty to engage in this type of activity.

DNR backdating entries w/ respect to WW.
Remembers that the books had already
been closed from an operations perspective.
Did it before auditors did their work.

Were there a preliminary consolidation
+ presented them to Cosmo → Cooper —
then told to make the entries

Feb 97 - AA reports say K. called live . + told
her to take $5mil . to decrease operating
exp. Transferred from the 1 dein reserve.
K. was directed by Corigliano to
record costs ....

. K DNR

RB 9

K thinks AA brought up the 1.5 mil strip ~~DW~~ K claims he recalls calling + asking for the adj.

AA X74 - handwritten note - looks like his.

K/C thinks they were just directions to make them but left up to K as to where to put it.

No basis for the 1.5 mil journ'g. Entries came after preliminary consideration

DWR specifics, but generally issue must have given direction or Casper must have given direction. Neither K nor Casper would have acted on their own.

DWR any negative repercussion re doing this. Does remember thinking that WW was operating @ a LOSS + this would a'first. K knew it wasn't right — just doing what he was told.

Re: mgmt — K thought what they don't know won't hurt them. These were post close entries.

Next session 4/29

RB 10

Winter w. Kersey; Mills for about a year —
She's doing what Mary does to a later period.
K gives her those directions. K, Casey or CC
meet then K tells her. K doesn't think
she understood as clearly as Mary did.
Mills doesn't understand the big picture —
the effect on EPS or materiality.
Also the adj. were not as great.
~~Also~~ Computer Spread sheet used.
DNR any conversation about nature of
adj. It was all a mechanical process.
Mary & Kathy had same # years experience.
Mills left position to get supervisory
experience.

# EXHIBIT 17

Kevin Kearney
Bob Fettners    4/29/99

Mark G.
John F.
Pat M.
David F.
See sect.

He will go back & get the orig. memo he passed out at the controllers' meeting he attended for which Pember sd. use the figure without the $9.5m).

He remembers meeting in large conf. room on 3d floor, 707 Summer St in Stamford.

Thinks that = the first time he met Morocco & Forbes.

He had closed out YE w/o the $9.5m, & had been asked to resubmit it — so conv. ē Pember re $9.5m cd not have been before 1/98. He wd have got his packet in 1st or 2d week of Jan.

He thinks, but is not sure, he had already sent his packet in when he spoke to Anne re the $9.5m.

If someone sd he was replaced by Pember, that wdn't be true. He was at a much higher level — the memo circulated by Cosmo announcing her appointment. She had other responsibilities for oversight, etc. His resp. = only SEC reporting, no resps. for the divisions etc.

PAW0663

DEFENDANT'S
EXHIBIT
2356

②

EYS 000480 dated 1/31/96

Was fairly common for them (EY)
to come to him = q's. Prob. a
"senior" level person wd come to him

CN he thinks = Cindy Noto
ON recognize 2d one
3d one = Ken Wilchford

Item #4: corporate decided at
some pt to accelerate recognition
of NAOG revenue; EY questioned
it.

"Restatement explanations": OETKO &
NAOG were poolings, so they had to
restate prior years!

DMR a lot of resistance from
EY re this issue (#4), or any
other i the memo.

He knew any that excess selling
had to be used to reduce goodwill,
may've learned that one before
he got to CVC; DMR when he learned
it. That = w/in a year.

If over a year, it wd go to
P&L, but you wd break it out or
footnote it.

Entries, including topside adjustments, are running
total (YTD nos.)
0158 - 0159. spreadsheets created
in the quarter-end process at
corporate. He was long done them
at some pt; then they were done

actually
in the
work-
end
process.

③

by Mills & Sattler.

- Spreadsheet was there before he got there; he didn't create it.

proped — He at one pt (while at E&Y) to adjust davgelook situation; proposed entry was shot down. At this time he was just a "senior."

He never worked under Simon; manager over him = Enrico Tieglia.

The "CompUC P&L reconciliation" — On p. 2 of monthly reconciling compet spreadsheet, reference to "reserves" = topside adjustments. This = a term general use among them; usually that's how they referred to it; interchangeable c̄ "topsides"? They referred to it more as "reserves." One term "reserve adjustments," but it clearly = topside adjustments.

→ E&Y did not see these on a quarterly basis; they gave it to them at YE. He oversaw preparation of YE version; made certain the topside adjustments did <u>not</u> appear.

They wouldn't give it to E&Y until the CompUC P&L was final.

REDACTED

PAW0665

④

Each quarter they fwd clear out the
reserves in the reconciliation spreadsheet for
CompUC -- zero out "reserves" -- as well as the
consolidation spreadsheet
(the "Excel spreadsheet"

Process:

1) Then take a first cut at a consoli-
dation, say early to mid - January
This = part of the close.    February

2) Then Cosmo wd see it, see how
much be needed to make up for.

3) Adjustments are made at
CompUC -- this = bet. Cosmo &
Amore -- + he gets a new package
a new set of financial statements
from CompUC. This now may be
late Feb. or early March.

(a.) They
generate
a Comp-
card
P & L
reconcil-
ia-
tion,
we then
have to
do to
see where
they are.
Reserve
live up
to zero

4) New P&L reconciliation is done.

5) Then they wd get yet another
set of financials from CompUC
bec. further entries had been
made on CompUC's books, +
generate another P & L reconcilia-
tion.

They always did at least
3 or 4 versions of the Reconciliation
This wd require a lot of work,
esp. if they changed vers. in
the recognition grids.

6) Only when it was done, + he had
Cosmo's blessing, wd it go to E & Y
As they got closer + closer to the

PAW0666

⑤

press release day, they wd ask when
are we getting the consol.
+ the reconciliation spreadsheets,
+ other stuff. They wd have all
their subs by this time, but
not CompUC + the consolidation
package.

When he was on the other side,
it was also always given at
the last minute. He believes this
+ bec. the same thing was going
on, in retrospect.

Then wd get the package finally
only 3-4 days before the press
release. Press release date a line
in the sand for the co.; v. imp't
not to miss it. Date usually around
3/21, + then tried to push it up —
a ~~~~ day or two. Seven weeks or
so after YE.

E+Y wd then work v. hard the next
3 days. If E+Y didn't get angry = him or
act unprofessionally.

As each day went by, E+Y wd get
more + more frustrated. The mgr. or
senior mgr. wd push him, then go to
Caspar + then Cosmo if necessary.
(He wd say it kind of jokingly) ~~~~
Sometimes he wd go to Caspar + say, we
really have to give it to them. He wd
say, I know, or call Cosmo. Thinks
certainly he also sd this directly to Cosmo, who

He remembers the Caspar/velli saying at one pt., I know, you've got to treat

(6)

...sd he knew.

At times, Casper wd say, the less time they have the better. Cosmo also sd this, during these conversations. (This a constant ~~topic~~ of conv. around this time of year.)

Until Cosmo gives the word, it's understood they can't turn the stuff over. Convs. = can I give it to Kevin yet, & answer wd be no.

Once the press release etc. was done they wd go through & clean out the eager, previous drafts. Partly for practical reasons, but Casper wd also say, make sure we get rid of previous drafts. Didn't hear Cosmo say this.

They were generally careful not to leave stuff lying around for Ernst & Young to see during the process; Casper advised this as well.

At times, he + Casper wd be reviewing the console; E & Y wd walk in & say, that's the console, why can't we have it? Thinks he remembers Joe Cassarella saying this. Response = it's not final.

Reconciliation spreadsheet = the only place where the topside adjustment is

( P&L reconciliation ① = also on Excel.

gets incorporated into a spreadsheet. Only other place. If you went into each cell in the Excel spreadsheet.

They kept a handwritten journal entries of topside adjustments; but these not entered into the computer.

See Ex. 40: this appears to be a ITT version of the reconciliation spreadsheet. He hasn't seen this.

He hasn't seen the "topside" journal entries at QE or YE typed up. DNR this.

(However) There were consolidating J/E's, the legitimate adjustments, e.g. for tax provision, changing around items on the balance sheet (it was mostly that -- maybe just a couple of P&L items). Mary or Kathy wd type this up.

Remembers Cosmo telling him & Casper he had told Kirk about the effect of the topside adj.'s, etc. He wanted Kirk to be aware of it. Remembers only this one time.

⑧

He prepared analyticals for CVC
& CompUC. A lot of times Mary
or Kathy wd print them out, & he
wd put in the explanations (or ask
Casper if he didn't know).

Parts of these docs are
examples of the analyticals

0092 - 0094

~~0091 - 0094~~

0090-91 are new to him

0092 - ~~8~~ ~~0100~~

0099  he remembered this
format

0100  this p. also a diff. format.

Scope is provided by E & Y. Both
prongs had to be met.

Prepared these analyticals every
quarter. So they contain the topside
adj.'s in CompUC. May create
~~problems~~ bec. of fluctuations. E.g,
(in CompUC) 4th q. wd look really odd com-
pared to 3d q. bec. some of the
adjustments had been moved to
other subs. (This not a problem
for the consolidated analyticals —
that wd be smoother.)

(7)

**supposed to get all of them**

— E&Y was supposed to get analyticals for mandated subs on a quarterly basis. Some done i corporate, some done i divisions. To ease the burden on them.

At times, Casper sd to him, bec. this wd look too odd, don't give it to them.

There wd be many analyticals for each sub — maybe 6 or 8 diff. docs. So they cd give E&Y only <u>some</u> of the docs.

*These = to compare diff. periods to diff. periods, etc.*

Sometimes they wd leave out some of the CompUC analyticals. cd leave out a couple of them. This true for smaller subs too; they wd get something on every sub.

Wd leave out some CompUC analyticals, e.g., bec. of fluctuations between Q's (as per last p.)

The above = the sort of problem they had i the "seasonal" fluctuation at BellSo. (This however not something that came up when they were preparing, or E&Y was responding to, the analyticals.)

(10)

Push-down entries to
CompUC

They had the ability to write
out JE's in CompUC. Believes,
Katz Mills cd key in JE's directly
from Stamford.

They prob. always had the
ability, but the procedure changed,
& after then they don't write them in
Stamford. Anne sd, let us write
them.

Remembers once they wrote the wrong
account (some marketing expenses
get capitalized, some don't; he picks
the wrong one; it screwed everything
up; & Anne sd, let us do it.

He thinks Mary never did this;
change is made before she gets
there, or when she gets there; easier
for K. Mills to do it, bec. she
was v. familiar c̄ the CompUC
books.

$35.2M of reserves pushed down
to CompUC for YE 1/31/97.

They always wanted to control
what records were hit -- they didn't
want it all going into, e.g.,
operating expenses!

PAW0672

(11)

He wd deal c̄ Anne, before her
promotion, sometimes to get
explanations of fluctuations on
the analyticals.

Sometimes they wd have to co-ordi-
nate c̄ her on adjustments to be pushed
down to CompUC's books -- tell
her what accounts to put $ into,
etc. He cd have been the one to
tell her what total figure was,
i.e., the $35m, but he DNR tht.

He wd anyway have known
about this, bec. of convs. c̄ Cuppa
& Cosmo - he has an idea of how
the gap wd be plugged.

Cosmo he thinks dealt c̄ Anne
directly on the membership reserve.
The cancellation reserve, etc. He
cd have been involved also c̄
larger amounts of merger reserve
transound, e.g., the above
$35m. He left the smaller ones to
them.

look at 102-0052: list to
him from Pember. Is this the same
subject matter as the entry of
$13,409,000 to reduce accounts
payable on 102-0055 (in bankrupte
list of JE's, 102-0053 to 102-0061).

(12)

He thinks the above does. appear
to be related.

The above $13.4m must be
offset to the reduction of some
reserve. "A/P" a kind of catchall
item for accrued liabilities.

*(left margin note)* He didn't know if this hit the number slip or some other reserve.

Toghe on 102-0055: "to reclass
overaccruals." Just as a gen. explain-
tion of an entry they were instructed
to make.

**REDACTED**

102-0053 — 102-0061: this is the
kind of list to referred to before
of all the adjustments they made
at a closing. Some of these =
Many (0057-0058), the rest are
not.

Plextel

He remembers $2.1m fee to
investment advisor.
$4.1m of Ideon reserve to
set aside for acquisition of
Plextel? He thinks so.
The $2.1m was set up as a
reserve in two places: on Plextel's
books & CUC's books. CUC used this
to justify $2.2m of its reserve even though
there was already a $2.1m reserve at Plextel

He gave a doc. to AA: Cosmo writing how much of reserve was real, how much was cushion. Specifically, re Plextel.

They knew they wd treat Plextel (+ other things?) as purchases, not poolings. So if they set up a reserve at the purchased co. in advance, they wd have a reserve coming in that they didn't have to take a hit for.

Ex. 79: Kearney telling Plextel to backdate entries to before acquisition.

Cosmo has agreed that these smaller poolings 1) wd be treated as purchases, + 2) the effective date wd be the beginning of the Q. ▨▨▨ of the acquisition. So in this case it's Nov. 1. So adjustment is going back to 10/31.

He + Casper discussed this ī Cosmo. But the paperwork dealt ī Plextel.

He believes it was discussed in the meetings that the $2.2m had already been reserved for + paid from the reserve.

**REDACTED**

(14)

There's no way E+Y cd find this bec. It was going into the pre-a/c era of Pleptel, + they wdn't audit that period.

Ex. 79: There's another $2.1m or so of expenses reserved for. Some is real + needed, others = excess cushion, he believes.

He thinks the allowances for uncollectible accounts + chargeback were real bec. they didn't have those + needed them. Thinks the remainder ($900k) is excess.

He thinks only $2.2m was passed through to interco. Why leave the rest of the cushion? It cd have been, they didn't need all of it; it cd still be there. They turned out to need more in chargeback reserve than they anticipated; maybe it was just added to that.

He remembers adjusting only $2.2m in the restatement; that's why he thinks that's all that went through interco.



It was clear that the $2.2m fee to the investment advisers was the only acquisition cost.

He thinks the $4.1m amount labeled as Plextel acquisition in the Edison reserve was an arbitrary amount.

Date of the opinion on Plextel financials by that co's auditors — before KK's news.

**REDACTED**

**REDACTED**

So — there was at least one meeting in which Cosmo decided to put this expense into a Plextel reserve being established retroactively when he knew that the $2.2m would already come out of a NL reserve (the Edison reserve). A way to claim this wasn't a false statement.

It really wasn't much more blatant than other things, though.

He needed a starting point re the expenses. The last thing he wanted was for actual expenses to be

(16)

longer than what they reserved for

Siena

He dealt c̄ Fred Shapelbourne
+ Mike Conway; at Davidson
Ron Drake + Josh Allewart.

Dealings = getting their packages
putting their info into the
consolidation format, etc.

He remembers dealing c̄ them one
on one adjustment they were
putting up some resistance on.
Thinks it had something to do
c̄ receivables, but DNR more
specifically.

EX. 81 = from Siena. He hasn't
seen this; ros. don't ring a bell.

Incident he remembers = prob.
what is in AA Report at pp.
53-54.

They disagreed + Cooper had to
get involved at some pt DNR
why Cooper got involved. Maybe to
help them rationalize accepting the
$1.1M.

He has no reason to believe that
the accountants at ~~the firm~~ were wrong.

(Siena)

(17)

He doesn't know what can be included as a merger-related expense so one of their costs qualified. He was just instructed to tell them what to do.

Met Fred Schagelhouwa, who came to Stanford once. Conway on the phone seemed competent. Both seemed sharp.

Pam Drake didn't seem very sharp; difficult to deal with bec. she didn't seem that intelligent.

DAB he dealt = Brian Foster or Jay Mesdel.

He thinks they'll be sold by mid-June or end of June.