# EXHIBIT 23

CD                                                    7-10-01

Notes on interview of Kevin Keaney

bd — Mach — rejects-in-transit of
bank reconciliations

Dr. of Fin'l Reporting until March '97
to Spark until 2 or so years later

uuu

attendees: Fettneis, K², RP, MGR, SM, & me

init of KS & WF for March 2002
but probably pooped

SM — gen'l focus

Bob Gildnist - yes - he worked @ EY bd;
he was the Review P. for the trysee
was on it (K² knew he was on it)
Louis. Siena ~ similar capacity but
different years
NR asking 4 eren tech Qs

KW — main engage P for majority of trq;
he would come at to office three times
→ speak w/ CL r WCS
- knew from EY; he was P on it
- other engagements - 1 other (DCA
Wearing Products)

DEFENDANT'S
EXHIBIT
2357

✗tremely "detailed" very technical
good long relationships w/ $C^2$
— if $K^2$ couldn't settle an issue
w/ an audit mgr, it would
go up line & KW & $C^2$ would
settle it

e.g.:

1. Getko acq. / via pooling
   small materiality so no restate;
   treated like ~~old purchase~~ (balance
   sheet accepted) but something
   done w/ equity §
   CW prep'd a flux analysis (compare
   old & new balance sheet)
   equity § "popped out" & KW
   took to CS, CS said
   say "seasonality" b/c tied
   in to new revenues & markups
   to them, etc; KW gave that to
   auditors in conf room (likely
   KW — may have raised in 1st
   place); KW was confused by expl.;
   KW pointed it 2 CS, then $C^2$;
   — was tied into ESOP, KW
   said "u promised that you weren't
   going to do that" to ($C^2$ or CS)
   in auditor's conf. room; in fact
   ~~took place~~ of auditors;
   $C^2$ or CS came in after $K^2$ gave
   explanation
   probably said we'd look into
   it & get back to them on it
   never had further

DK if posted SAD
the entry was "funny - business" related
this was something KW noticed upon
review of WPapers; KW gave to bushofer
($K^2 BK$)

KW personally; K2 thought gone'd to
after got 2 kids; bot rsp. as detail'
freaks; rould cash workpapers

no other examples of KW/CS wraging
joint recalls giving the Imgs the
party line; $d$ not pay it
say take it to CS or $C^2$
usually 1 or 2 staffers intady of
him; usually
dealt w/ Cuddy ~ mangs
Joe Cap a lot

$C^2 = $ Cuddy
Joe = CS
KW = $C^2$

his xpl of hierarchy

so as Q went up, less' information

started @ ONC in July 93; moved
entity corp around March 97
w/ Spink btw 93 &
now @ Spark Network Services bot
comin 2 end
study then back to Chicago
nothing else lined up — SEC restriction
are a struggle

became director of fin'l registry after 2 yrs

MR

had some interaction
became main engagmt P on K2's
last year
moving KW to "Secondary review P"
1/31/97

[The what Scena
or cannel ? or Gilchrist
have been consulting P
but involved in some degree

KW's involvmt in 1/31/97 — he made a
point to swing by & visit CS & K2
just to visit in last year
was seeing him less than in previous
years but also Cuc were all
in the same building
in last year, there was work room
for auditors in the building where
CS & K2 (MR there periodically)

Bill Kennedy — NR

Jamie David — NR

Simon Wood    knew; on last
year when MR came on

probably more on Quarterly work &
interim
most audit was shifting to CS & Salker

in March, he was part-time w/ CUC
Corp. at 1½ w/ Spark
NR issues

Bruce Mantia — no CS base — way he
been part w/ one point
heard his name while @ CUC
NR mettig in, or buy BM kame
engagemet p

Hy Schmid — Stamford managig P

Cindy hoti (Mancini)

NR specific issues
dealt w/ her a lot
think there were tins he feed her crap

J. Cap —
worked w/ him, but JC knew
CS well, so, he'd turn to him
if there was incomplete satisfaction

complete satisfaction — periodically
w/each annual audit, there were a
hand ful (4-5 smin) that went
that route (greater # than in his
explntn) for most part related

the "seasonality lies" — off the top of CS's
head
in some cases these lies were thought of

64 hard

$K^2$ would say we have to
"rehearse" the answer
& there were times when CS
went to $C^2$ & asked how
to explain this one
the explanation comes after the $
is shuffled and; $C^2$ — opinion
was locate it & explain it
later; wanted the P&L to say
something & do have the #s
bottom-up approach
then explain it

when $C^2$ assumed role; worked w/ StuBell
closely; then not
@ some point, when $C^2$ on his own
in position,
recalls $C^2$ telling CS & $K^2$ how much
they had to adjust the P&L by
w/o Walter

Jr Cap specifically said to CS, (bk hold
off bring trial balance & cut & stretch
still afraid to get 2 #s)

different

I know what u guys are doing, you're
trying to get to certain #s.)
CS dismissed it
in CS's office
$K^2$ thinks J. Cap understood b/c
of the way he said it



Thurs when the news broke, EY recalled
~ holy shit
- then, if anything was going on, it
would be w/ CUC
  - always holding off &
    so vague
  - always issues contested
anyone from senior top to (J. Cap, KW)
but $ amount then then out of
the H2O

do w'r thing to get on w/ it

J. Cap got buried in the details incldng
those not relevant
CS said let him spin his wheels

all sharp @ EY
why not catch —
  b/c so widespread
    knew which got analysts only
      (b/c agreed by hand)
      (client assistance package)
        knew by year end
  but · on G's they got an analyst, new
    shring current Q PdL vs.
      prior Q & last year Q, &
      no comparison tied back to
    annual
      (done @ very end)
  - understood that no GL to
    tied back to @ G's

not tied back to GL b/c of some
explantn
   (came up w/ everyone to here
      comes on — list checklist)
Atty or I w would tell them they
   can't check to GL b/c unasked
   w/ other years

w/H/L Idea reserve usage
· There was a sep sched presented by AP
   on use of charges vs.
CUC stretched; explantn
· here was an issue
      J. Cap & MR in city when AP
         explained what happed w/ reserve
         kept & discuss

apple to hide under internally


tis why: AP explaining; no real back & forth;
MR & SW/J. Cap. asking Qs.

one year (after YE) where consolidating
   entries offsetting Balance Sheet like Cash &
   Cash receivable & another payable

too
the Support — they couldn't provide
   EY the docn @ time of prev review;
   we'll do it later, the documentn
   (later) was difficulty &

J. Cap & Kur were in CS's effort to
help get to #'s needed

what #'s out there to support
to account for reclass bs
AR & cash
AR & AP

} So no change in balance sheet
@ YE
due

@ Q, they just compared to prior year,
SY
they weren't making up documentation
a lot of outstanding checks that aren't
going to clear
trying to justify entries often made
b/c already
they
yelled @ CS for doing it

not 1/97; probably 1/96 or 1/95

& they had these kind of entries in the
Q's before hand
but ▮▮▮▮▮ did a better
job of generating reports as they
went
most fiction

& big piece of the entry had to do w/
the billing types & not putting
into banks yet — very early

MGR0176

cut-off 4 cash
(e.g.) Jan 3 rather than Ja 31)
so big adjustmts

The support was summaries of the
billing tapes

they did a test of controls on the
membership billing system
   but the explantn didn't make
sense

small

cash / rejects in transit

when ∼ EY, audity CUC   where
one of his unders did CUC;   Jerin
they noted frm bank recv that
   rejcts on acent ftr accnt

they summed them up

if rejected files (not going to collect)
   then no cash & no revenue
   (but Jost Balance Sheet)      See Clayton
They took isse to mngr) ∧ got kicked
K² mad Clayton documented it in
   the workpapers            maybe 1/92
KW was partner that year
K² quit & they hired him next
   year

they did same price the next year & if
someone wanted to waive it, they
could; & they did

⌐ three months of Xtra cash

C² had such a good relationship w/ Sne &
KW, so he could Xplain NE Thing

Snowballed over time
once it got to be bigger, EY noticed
& then CUC said its how we've
been doing

things were more complicated b/c different
reserve & deferred cost

waive b/c on balance sheet not important

specifically recalls engage in conversation
w/ everyone from Tele to Sne
(including KW, S.Cap, Cindy hoti)
re: different rev & cost

EY testing of cash s'ojects —          (but maybe
    only at YE                          not MVR & Sn)
    some of the support was the
        membership forms (tested via
    test of controls)
        for the consolidating only

NR anyone fm EY presenting totals —
    if CUC could have done @ CUC, then maybe
       and

brought to Corp.; may have lopped
him

EY audit program said, reconcile
items greater than $1 mm or sunk

So he thinks they waived b/c all
the # (reconciling) was tiny

CUC used materiality thresholds

→ NR anyone else doing add-up rejects

knows that when Clayton was his super, it
was an issue to be raised w/ C²,
done @ 11th hour, Clayton said
ok & someone

knows EY got membership reserve analysis
he recalls it being short & minimal
& he & CS so thought it funny w/
This huge amount this is all they
did

the %'s were cancel rates were
supplied by AP
recalls AP having IT run different
analyses until getting the right
one too, CS knew it was on
the list of things they needed
put analysis in table (inadding under
the memo pad — CS told K² that
CS did it)

thinks he wrote up a proposed entry on

Thus he knew it had a P&L effect
membership card reserve

the reserve was done @ C-U-C level
so not much involve

AP told K² of the computer people
running multiplier reports
it was in the corp. list
(membership reserve)
just point of contact

he was the liason btw EY & CUC
they took Qs to AP re: reserve

everyone EY would come in & ask for
stuff
b/c C² hasn't "blessed consolidation"
on Qs d YE
they would have audit teams @ location
d tc
meat of audit done w/ gun to their
head 24 to 48 hrs b4 press release
reserve
(never got changed)

EY took press release date seriously

C² would tweak #s at very end
every Q they tried to push
in some cases the delay went 2 the
subs.) not as delayed; a lot
of the adjustments were w/ C-U-C
make @ QE than Q.

CD. reserve — not involved

in light of

wants witness fees & train fare
to here (reimbursement)
(lunch)

Stu Bell
 - everything started under him but #s
   not at large
 - there were topside adjustments
 - K² dealt w/ C² when Bell there
 - when one of stock splits (restating Q's
   based on split); in one Q
   net income divided by new shares
   was very close to 15 ½ ¢  to take
   off the ½ ¢ (to trend better);
   was doing average
   they asked him to do former EPS;
   tax effect of disqualified
   dispositions was involved
   K² suggested the tax rate

Stn: "effective tax rate a little low"

& C² & Stn agreed to do that
believes (effective tax rate)
Stn taught C² & AP what they know
very bright

he made sure the %s were where he wants
then ▓▓▓▓
he came back w/ adjustments
same approach

%s of income grew as well

after Stn. left, they did acquisitions to get
reserves, not for earnings (Stn was
good at selecting targets — they all
panned out)

doesn't think C² was doing this on his
own — points to C²'s comment
about Shelton; DK more

K² questioned from the beginning (CS);
CS said they're managing the #s, every corp.
does it (other cos he'd been w/ b4)
C² would promise ▓▓▓ it would get better
next Q, year, etc.

the people @ the divisions — they'd adjust
the little things & the divisions didn't
question anything

Gerber left

~~topside entries~~

not know about them per se but
the effects (on C-U-C division)

the adjustments @ Qs were to C-U-C
but @ y-end, they went to
other divisions @ YE

compare 4Q vs. 3Q PY — wild
swings of revenue groupings of
expenses

very brief Xplanation put on fluctuation
explanations

These analyzes were done @ Q & Y/E

would give EY several comparison
Q vs PY Q & last Q
YTD vs. PY YTD
put explanations on it (own scope provided)
done on an excel spreadsheet
they prepared as much as they could

on Qs, they didn't give EY add'l
support, only xplanations
- sometimes give call to AP to find
things
- @ YE, they tried to relate . . .



<u>membership costs in process</u>

K² didn't deal w/ this
similar to membership reserve in that it was
an operating account handled by AP's
staff
wasn't part of the fraud or to a lesser
degree
NR audit steps w/r/t this account

<u>overall audit approach</u>

do what done last year
new people came on & asked Qs. but
audit steps were repetitive.
K² would say ask J.Cap or KW,
done by, ▓▓▓▓▓▓

<u>acquisitions</u>
K² was brought once purchase agree't
signed
started working w/ departmental comptroller
to fulfill SEC filing
working w/ them to get info in a
good format for their reporting
only needed summary of fin'l statements
due diligence — not him, understands that
t³ was used as a consulting statement
(pooling vs. purchase — Stn & C² did
it (may be w/ the I-bankers)

purchase is easier for reserve abuse

<u>establishmnt of purchase reserves</u>

typically no involvemnt
this was passed down by CS or C2

only time was w/ Plextel Communications
(now Spronk); he went out there
b4 the final agreemnt was signed; went
out & got an understndng of the heads —
where a reserve was possible
(C2 would then suggest)

1.1 & 1 — make it 5 & 5
9 fpm ACR

EY would eventually see the goodwill
calc on the balance sheet

They were presented w/ a reserves
analysis (also same year as Suggia &
Davidson) — had to show activity/what they
had thier accrued
This schedule was prepped by KZ & Suttles
for 1/31/97 audit

testing of activity in those accts ≈
for certain items over a dollar amnt,
needed support (£-backers &
atty fees)

may have given it to EY @ Quarterly, but
was audited @ year-end

MGR0185

charges flowing through were, for the
most part, legit.

may have also when they had the
~~Idea~~ reserve as well
  - a lot of those costs AP had to
    explain
  - he was involved in the ones
    w/o invoices

established of ~~Idea~~ reserve

done @ O2's level
only w/ actual invoices that
  they were tracking on that
  analysis
recalls the one mtg where JCap
  & NR talked to AP
    she prepped a sched. for them

thought there was some gen't
  comment where AP said that
  severance costs & costs to
  exit a facility the info came
  from various people at ████████
  that location — nothing concrete
  we can show in " ~~from~~ conversa-
  tions w/ local management
didn't make any sense to K² —
  they'd have to ~~bec~~ be entries
  in the GL
GL — NR & EY asked 4 it

DK if anyone concerned about
G.Ledger review by EY

J.Cap comments on Iden reserve — NR
MR neither

EY — stressed about the Iden reserve

- was The reason for the mtg w/ AP
  some tension
- CS & K² were there, but let AP handle
  it all, they were there b/c they
  had given some of the info (the)
  costs that went thru

NR - KW involved in Iden Res mge

Establishment of Iden Resv — @
C²'s level
TK EY role

Purchase Reserves in gen'l

- no talk w/ KW about how
  Set-up, how used

@ some point in mid '90's, there
was a change in FASB on what
could be Reserved — C² got a
summary; C² sent it down —
Kevin & Cap in Lds make sure
gen reserve reflects this
kinds of Hen — MR dealing w/
EY on this

$C^2$, when he estimated, he padded
in the reserves
    his xpl was that we'd worry
        about that down the road!
    he didn't worry about it
        spread it around as much as he could so
            less noticeable
DK of times when EX ▓▓▓▓ identified pp up
    usage of merger reserve use
    & posted to SA ) (but Essex,
        but CMC Europe )

Plextel. — issue of $^{\$1}2.2$ mm reserve
    adjustment
    EX didn't notice
    They had accrued 4 the i banker
        fee (on Plextel 's books)
        but also had it on Idem
            reserves ( C-U-C books) ; had
            it in 2 places

Spoke reserve takedown — EX no Qs
    ci: That

Exces reserve schedule

    there was one maintained locally
    (C² wanted it but never shown
    to EY; they never knew

One time, @ Q or YE, K² said in
    on closing mtg ( KW & JCap
    w/ C2) for morn w mess release

(maybe b/c (Aspen not aud)
KW asked C² do u still
have "cushion" in balance
sheet
C² — Yes, put mm in this
account that is more than we
need
KW wanted to be sure that there
was somethg there — conservativism
C² wasn't telly the truth; only
maky KW happy (to feel that
thgs were conservative)
w/r/t other divisions & their reserving
e.g., FISI & BCI (insurance biz) &
normal biz reserve
gen't operating assets

## C² & KW social

heard that they played golf fm time to time
or get tix to ball game (KS & KZ
went up to Mets game)
C² took KW out on boat; abto CS &
J. Cap (not wholly past 2)
from what he heard; C² sold J. Cap
some car once

Never felt that EV specifically
knew what was going on

sometimes they'd have to work harder
to agree — C²

EY ~~Be~~ knew CUC was aggressive

believes EY rev'd GL for
interesting entries. but DK b/c
not @ his location

"P" entries — never asked about by EY
nor "post ~~closing~~ entries"

Significant Q-end entries —

recalls checklist (they had 2 do every
Q)
~~sort~~
they gave it to CUC to do; ███ CUC
should say "no"
confirm. would be w/ CS or C²

"kick-ups"

• some w/r l+ fluxes ~~y~~ prior year &
prior Q — the explan'n were
very vague & contradictory to
other
• ███ NR value

dumb Xplanation

- seasonality of Gutko

- some Xpl of fluxes were odd

prepped 4 responses

varius PdL fluxes

why couldit be Os to cr

Some for cash adjusted to accrual
( isroched & then remded )

didn't let GL get renewd — should
have been suspicion; some
Xplanation provided & NR what

nothing behind his joke —
him being hired

EY hid to a lot — explanations
& covering them managing their #s
- the info in the checklists
× canul rates (not representative)

relied on system control testing

the support for cash & reject in trust
the items were real — should have noted
the consolidation entry wasn't respulene

& wot passed over

this EV should have entered

all the fluctuations on the C-U-C
division were wild
should have raised flags
sometimes the changes were (in dollars
& %s) were so extreme, that
CS said don't give them to EX
if they kept asking for it, K² & CS said
EX could do the comparison themselves
certain ones they were left in
the "open list"
(EX spoiled)

From time-to-time, EX gave them
copies of "open items"
quite often items still open at
time of press release
sometimes never given

NR other open items left unfinished

nothing more than they disussed

Knew or should have known

nothing new — swings

One thing — w/r/t Iden Acq - Safecard;
very similar to C-U-C

they adjusted Safecard's deferred #s

(in my Excel spreadsheet — grid)

CUC took ~~amort.~~ Safecard amort. schedules. & changed #s — the dollar ~~pools~~ ████

EY never tied back to old Safecard amort. schedules.; only looked at simple #s; not monthly

AP called him at home to ask him. On the schedule, he hadn't thought it all the way through; he changed it the next week

The rev. amort. period was shortened

████████████████████████████████

████

· They never tied Q. #s to GL
· relied on management representation instead of audit

· they were denied access to certain things — would try to satisfy them via some other methodology that CUC could control ①

Hasn't seen anyone from EY since April '98

dealt a little w/ B2 at end
(senior)

no issues

end