UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------x
:
UNITED STATES OF AMERICA    :
:
v.    :    No. 3:02CR264 (AHN)
:
WALTER A. FORBES,    :    April 17, 2006
:
Defendant.    :
:
---------------------------------------x

**OPPOSITION OF NON-PARTY
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
TO FORBES' MOTIONS TO VACATE REMEDIAL RELIEF ORDER
AND FOR LEAVE TO ISSUE RULE 17(C) SUBPOENAS**

Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") represents Agnes Corigliano, the wife of government witness Cosmo Corigliano. We submit this memorandum in opposition to the motions by defendant Walter Forbes (i) to vacate Judge Thompson's order governing the issuance of Rule 17(c) subpoenas, and (ii) for leave to issue a new rule 17(d) subpoena to Fried Frank (among other entities) (together, the "Motions").

Fried Frank hereby joins in, and adopts as if set forth herein, the arguments made on behalf of Mr. Corigliano in the brief filed today by his attorneys, Kramer Levin Naftalis & Frankel LLP, in opposition to the Motions. The Motions are both procedurally improper and substantively without merit. The Court's prior rulings are correct, particularly in light of the fact that Mrs. Corigliano – a non-witness – is so peripheral to this trial. Fried Frank will, on request by Mr. Forbes' counsel, update the retainer balance information previously deemed discoverable. Mr. Forbes is entitled to nothing further, as the Court has repeatedly held.

Dated: April 17, 2006
New York, New York

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Andrew T. Gardner (ct 13629)
One New York Plaza
New York, NY 10004-1980
Telephone: 212.859.8000

*Attorneys for Non-Parties Agnes Corigliano and Fried, Frank, Harris, Shriver & Jacobson LLP*

518551

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing memorandum of law, dated April 17, 2006, was served via e-mail this 17th day of April, 2006, on the following:

Margaret Keeley, Esq. (MKeeley@wc.com)
Barry Simon, Esq. (BSimon@wc.com)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Michael Martinez (michael.martinez2@usdoj.gov)
Norman Gross (norman.gross@usdoj.gov)
Assistant United States Attorneys
United States Department of Justice
450 Main Street, Room 320
Hartford, CT 06103

Alan Friedman, Esq. (AFriedman@kramerlevin.com)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

By: _____

518551