# EXHIBIT D

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

919 THIRD AVENUE

NEW YORK, NY 10022 - 3852

PETER GONEDES
TEL (212) 715-9324
FAX (212) 715-8000
pgonedes@kramerlevin.com

PARIS
47, AVENUE HOCHE 75008
TEL (33-1) 44 09 46 00
FAX (33-1) 44 09 46 01

July 31, 2004

Re: Cosmo Corigliano

To Whom It May Concern:

I am a senior accountant in the Accounting Department at Kramer Levin Naftalis & Frankel LLP. The current unused balance of the legal fee retainer paid to the firm by Cosmo Corigliano is $1,579,304.16. This balance reflects legal fees and disbursements incurred through April 30, 2004 and is net of $53,954.51 drawn down after April 30, 2004 for services rendered through that date. No fees for legal services rendered after April 30, 2004 have been charged against the retainer.

Very truly yours,

Peter Gonedes

PG:sa

KL3:2356714.3   *Affiliate: Studio Santa Maria*   *Alliance: Berwin Leighton Paisner*
 *Milan • Rome*   *London • Brussels*

# EXHIBIT E

Case 3:02-cr-00264-AHN    Document 2278-7    Filed 04/17/2006    Page 4 of 5
Case 3:02-cr-00264-AHN    Document 1106    Filed 08/26/2004    Page 41 of 52
Record of Enforcement FY 2000 - 2002 (Complete)    Page 1 of 1



Home | Previous Page

**U.S. Securities and Exchange Commission**

### Record of Enforcement
### FY 2000 - 2002

|  | FY 2000 | FY 2001 | FY 2002 |
|---|---|---|---|
| Total Enforcement actions filed | 503 | 484 | 598 |
| Financial fraud and issuer reporting actions filed | 103 | 112 | 163 |
| Officer and director bars sought (in all categories of cases) | 38 | 51 | 126 |
| Temporary Restraining Orders filed (in all categories of cases) | 33 | 31 | 48 |
| Asset Freezes (in all categories of cases) | 56 | 43 | 63 |
| Trading Suspensions | 11 | 2 | 11 |
| Subpoena enforcement proceedings | 8 | 15 | 19 |
| Disgorgement Ordered (in millions)* | $463 | $530 | $1,328 |
| Penalties Ordered (in millions)* | $43.7 | $56.1 | $116.4 |

\* Includes amounts disbursed to the NASD as part of the Credit Suisse First Boston settlement.

*http://www.sec.gov/news/extra/enfrecfy2002.htm*

Home | Previous Page                                            Modified: 10/22/2002

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing memorandum, dated August 25, 2004, was served via overnight mail this 25th day of August, 2004 upon the following parties:

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Barry S. Simon, Esq.
Williams & Connolly LLP
c/o Marriott Residence Hotel
942 Main Street
Hartford, CT 06103

Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172

Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

_____
J. Wells Dixon