# EXHIBIT N

# QUARTERLY STATEMENT OF ASSETS, LIABILITIES AND EXPENDITURES OF THE FAMILY OF COSMO CORIGLIANO AND AGNES T. CORIGLIANO

I.  Assets as of December 31, 2003

List all assets owned by Cosmo Corigliano, Agnes T. Corigliano or any other member of their household, directly or indirectly, and all assets which are subject to their possession, enjoyment or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below. For each asset identified below with a fair market value of greater than $1,000, describe the asset, identify the owner, state the form of ownership (e.g., individual, joint, beneficial interest), provide the name of the institution in which the asset is held and the account number, if any, and state a fair market value of the asset and how the fair market value was determined (i.e., most recent account statement, appraisal, estimate, etc.).

Cash[1]
   People's Bank Jt. Checking Acct. No. 1    30,100
   People's Bank Jt. Checking Acct. No. 2    1,700
   People's Bank Jt. Savings Acct.    2,500
   People's Bank Spouse Checking Acct.    400
   Smith Barney Money Market    1,055,400

Real Estate[2]
   Trumbull, CT    180,000
   Old Saybrook, CT    1,745,000
Autos    21,000[3]

Securities
   Fidelity CT Muni Fund (Joint)    2,300
   Smith Barney Inv. Fund    1,438,300
   Cendant Stock    2,912,400    (130,777 shares @ $22.27 per share[4])

---

[1] All values based on most recent account statements, unless otherwise noted.

[2] Real estate values have not been recalculated.

[3] Amount includes the 1996 Lexus owned and driven by Mrs. Corigliano, inadvertently not included in previous reports. The value of $7,800 is based on Kelley Blue Book (January 2004) trade-in value for similar vehicles in "good" condition (although vehicle, which has approximately 150,000 miles on it, might be considered to be in "fair" condition, in which event value would be $6,400).

[4] Share value calculated as of December 31, 2003.

| | | |
|---|---:|---|
| Cendant Stock Options | 3,000,000 | ("in excess of")[5] |
| Vanguard Tax Exempt Investment Funds (Spouse) | 227,400 | |
| T. Rowe Price Tax Exempt Investment Funds (3 accts. - Spouse) | 2,453,100 | |
| Fidelity Tax Exempt Investment Funds (2 accts — Spouse.) | 1,313,000 | |
| Merrill Lynch Equity and Investment Accounts. (Spouse) | 326,400 | |
| Pensions, IRA, Keogh | | |
| Smith Barney IRA | 227,700 | |
| Sailboat | 45,000 | |
| Mary Corigliano Trust Fund | 251,500 | |
| Michael Corigliano Trust Fund | 251,500 | |
| David Corigliano Trust Fund | 254,400 | |
| Crystal Journey Candles LLC | 750,000 | (purchase price) |

**Total Assets**     $16,489,100

## II.     Liabilities as of December 31, 2003

**List all liabilities, including but not limited to the items listed below. Identify original principal amount of the liability, the amount remaining to be paid, the monthly payment, if any, the name of each creditor, the account number of the debt, if any, and the basis for reporting the liability (e.g., recent account statement, estimate, etc.)**

**Total Liabilities**     $0

---

[5]     Value of stock options has not been recalculated.

KL3:2314630.1

### III. Income/Expenses

#### A. Income

**List all income over $1,000 from any source received during the calendar quarter from September 30, 2003 through December 31, 2003. Identify the source of the income and the amount.**

Interest Income and Dividends in Investment Funds and Securities Accounts (does not include realized and unrealized gains or losses in investment funds): $44,900[6]

Salary: Crystal Journey Candles LLC, $5,800; Mercy High School (Spouse), $4,300[7]

#### B. Expenditures

**Total approximate expenditures for the calendar quarter from September 30, 2003 through December 31, 2003:**

$44,000.[8]

**List each expenditure over $5,000:**

**Identify any expenditure over $2,000 which is not within a category of the budget which was Attachment B to your Agreement with the Division of Enforcement.**

---

[6] Amount reflects approximate interest and dividends in the following investment accounts, as of the most recent account statements: Fidelity Investment funds, $29,300; Smith Barney funds, $2,300; Vanguard funds, $500; T. Rowe Price funds, $12,800; Merrill Lynch funds, $0.

[7] Salary amounts reflect net earnings after withholding taxes totaling $1,300.

[8] Expenditure amounts based on most recent closing dates for credit card and bank statements. Any items that appear subsequent to the most recent closing dates will be captured in the next quarter's report. These amounts are net of tax payments totaling $800, and tax refunds and rebates totaling $5,000.

KL3 2314630.1

C.  **Budget Compliance**

Based upon expenditures to date, it is our belief that our expenditures are within the range provided in the annual budget described as Attachment B to our agreement with the Division of Enforcement of the Securities and Exchange Commission providing for expenditure limits.

[Check one]

Yes  ✓

No  _____

If No, explain in what categories you expect to exceed the budget, why, and by how much.

_____

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

COSMO CORIGLIANO

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true and complete.

AGNES T. CORIGLIANO

- 4 -

KL3:2314630.1

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I caused copies of the foregoing documents, dated April 17, 2006, to be served via electronic mail this 17th day of April, 2006 upon the following parties:

Michael Martinez, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, New Jersey 07102
michael.martinez@usdoj.gov
norman.gross@usdoj.gov

Barry S. Simon, Esq.
Margaret A. Keeley, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
bsimon@wc.com
mkeeley@wc.com

_____
J. Wells Dixon