UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
               Plaintiff,
      Vs.                         CASE NO.:  3:02 CR 264 (AHN)

WALTER A. FORBES             APRIL 18, 2006

               Defendant.

MEMORANDUM OF LAW OF NON-PARTY KEVIN KEARNEY IN OPPOSITION TO
WALTER A. FORBES'S MOTION FOR LEAVE TO ISSUE A RULE 17(C)
<u>SUBPOENA TO KEVIN KEARNEY</u>

      Kevin Kearney respectfully submits this memorandum of law in opposition to Walter A.

Forbes's motion for leave to issue a Rule 17(C) subpoena to him.  (A copy of the proposed

subpoena ("the Kearney Subpoena") is attached hereto as Exhibit A).  In submitting this

opposition, Kevin Kearney also respectfully moves this Court, pursuant to Rule 47 of the *Local*

*Rules of Criminal Procedure*, United States District Court, District of Connecticut to incorporate

by reference Anne M. Pember's Memorandum of Law in Opposition To Walter Forbes's Motion

For Leave To Issue A Rule 17 (C) Subpoena, Document 2265, filed in April, 2006 (hereinafter

referred to as "Pember's Opposition").

      The calls in the Kearney Subpoena are similar to those addressed in Pember's

Opposition, which Mr. Kearney incorporates by reference.  The documents requested in

Paragraph One of the Kearney Subpoena do not exist.  With respect to Paragraphs Two and

Three of the Kearney Subpoena, Mr. Kearney has no objection to providing a letter indicating

the total amount of legal fees and expenses advanced by Cendant since the date of the last trial of

Walter Forbes.  The remaining calls were the subject of prior motions to quash filed by Pember

and others, in which Kearney joined, and which this Court previously granted.

For the reasons stated above, for the reasons stated in Pember's Opposition which Mr. Kearney incorporates by reference, and for the reasons offered in support by Ms. Pember in her previous motions to quash in which Mr. Kearney also joined, the motion for leave to serve the Kearney Subpoena should be denied in its entirety.

Dated:  April 18, 2006

Respectfully submitted,

By: _____/s/_____
     Richard C. Tynan (ct04235)
     Halloran & Sage, LLP
     One Goodwin Square
     225 Asylum Street
     Hartford, Connecticut 06103

     and

     Robert J. Fettweis
     Tressler, Soderstrom, Maloney & Priess
     744 Broad Street, Suite 1510
     Newark, New Jersey 07102
     Attorneys for Kevin Kearney

55513-1/#18547