# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CASE NO.: 3:02 CR 264 (AHN) |
| Vs. | |
| WALTER A. FORBES | APRIL 18, 2006 |
| Defendant. | |

## CERTIFICATION OF SERVICE

I hereby certify that on April 18, 2006 a copy of foregoing Memorandum of Law of Non-Party Kevin Kearney in Opposition to Walter A. Forbes's Motion for Leave to Issue a Rule 17(C) Subpoena to Kevin Kearney was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____/s/_____
Richard C. Tynan
Fed Bar No.: ct 04235
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-6103
Fax: (860) 548-0006
E-mail: tynan@halloran-sage.com

645640_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105