## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiffs, <br><br> v. <br><br> **WALTER A. FORBES** <br> **Defendant** | ) NO. 3:02 CR 264 (AHN) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) APRIL 17, 2006 |

### NON-PARTIES COSMO CORIGLIANO AND KRAMER LEVIN NAFTALIS & FRANKEL LLP'S NOTICE OF MANUAL FILING

Please take notice that non-parties listed above have manually filed the following documents: Exhibits A through N of Non-Parties Cosmo Corigliano and Kramer Levin Naftalis & Frankel LLP.

[ x ] the electronic file size of the document exceeds 1.5 megabytes

The document has been manually served on all parties.

> KRAMER, LEVIN NAFTALIS & FRANKEL, LLP
> Gary P. Naftalis
> Alan R. Friedman
> Eric A. Tirschwell
> J. Wells Dixon
> 1177 Aveuenue of the Americas
> New York, New York 10036
> (215) 715-9100

## **CERTIFICATION**

I hereby certify that the foregoing has been served by placing a copy thereof in the United States mail, first class postage prepaid, this 17th day of April, 2006, addressed to:

Michael Martinez, Esq.
Norman Goss, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street
7th Floor
Newark, NJ 07102

Barry S. Simon, Esq.
Margaret A. Keeley Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

_____
Ira B. Grudberg

and

By /s/ Ira B. Grudberg
Ira B. Grudberg (ct00178)
JACOBS, GRUDBERG, BELT, DOW & KATZ, P.C.
350 Orange Street
New Haven, Connecticut 06503
Telephone No. (203) 772-3100
Facsimile No. (203) 772-1691
email: igrudberg@jacobslaw.com


Attorneys for Cosmo Corigliano,
Kramer Levin Naftalis & Frankel LLP and
Peter Gonedes