**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,:** | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | CASE NO.: 3:02 CR 264 (AHN) |
| | : | |
| | : | |
| **WALTER A. FORBES, ET AL** | : | |
| | : | |
| Defendant. | : | APRIL 18, 2006 |

**MEMORANDUM OF LAW OF NON-PARTY CASPER SABATINO IN
OPPOSITION TO WALTER A. FORBES' MOTION FOR LEAVE
TO ISSUE A RULE 17(C) SUBPOENA TO CASPER SABATINO**

Casper Sabatino [the Defendant in Case No: 3:02 CR 378 (AWT)] respectfully submits this memorandum of law in opposition to Walter A. Forbes' motion for leave to issue a Rule 17(C) subpoena to him (a copy of the March 29, 2006 subpoena is attached hereto as Exhibit A). In submitting this opposition, Casper Sabatino also respectfully moves this Court pursuant to Rule 47 of the *Local Rules of Criminal Procedure*, United States District Court, District of Connecticut to incorporate by reference Anne M. Pember's Memorandum of Law In Opposition To Walter Forbes' Motion For Leave To Issue A Rule 17(C) Subpoena dated April 6, 2006 and filed on April 6, 2006 (Document Number 2265) (hereinafter referred to as "Pember's Opposition").

The calls in the March 29, 2006 subpoena directed to Mr. Sabatino are similar to the calls in Ms. Pember's Eighth Subpoena addressed in Pember's Opposition which Mr. Sabatino incorporates by reference.[1] Without waiving any objections and incorporating by reference the arguments made in Pember's Opposition, the documents requested in

---

[1] For the Court's convenience, Mr. Sabatino has prepared a comparison of Ms. Pember's Eighth Subpoena to Mr. Sabatino's Mach 29, 2006 Subpoena which is attached hereto as Exhibit B.

Paragraph One of the March 29, 2006 Subpoena directed to Mr. Sabatino do not exist. With respect to Paragraphs Two and Three of the March 29, 2006 Subpoena, Mr. Sabatino has no objection to providing Mr. Forbes with a letter indicating the total amount of legal fees and expenses advanced to date by Cendant.[2]

For the reasons stated above, for the reasons stated in Pember's Opposition which Mr. Sabatino incorporates by reference, and for the reasons offered in support by Ms. Pember in her previous motions to quash which Mr. Sabatino previously adopted, Mr. Forbes' motion for leave to serve the March 29, 2006 subpoena should be denied in its entirety.

Dated: April 18, 2006

    Respectfully submitted,
    CASPER SABATINO

    By:_____
        John F. Droney (ct10906)
        David A. DeBassio (ct24365)
        Jeffrey A. Mirman (ct05433)
        LEVY & DRONEY, P.C.
        74 Batterson Park Road
        Farmington, CT 06032
        (860) 676-3000

    and

    Edward J. Dauber (ct24588)
    GREENBERG DAUBER EPSTEIN & TUCKER
    A Professional Corporation
    One Gateway Center, Suite 600
    Newark, NJ 07102-5311
    (973)643-3700

    Attorneys For Casper Sabatino

---

[2] For the Court's convenience, attached hereto as Exhibit C is Mr. Sabatino's Motion to Quash the Rule 17(C) Subpoenas of Defendant Walter A. Forbes dated August 17, 2005 and September 14, 2005.

- 3 -

## CERTIFICATION OF SERVICE

      I hereby certify that on April 18, 2006, a copy of the foregoing Memorandum of Law was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

David A. DeBassio, Esq. (ct24365)
LEVY & DRONEY, P.C.
74 Batterson Park Road
Post Office Box 887
Farmington, CT  06034
Tel:  (860) 676-3000
(860) 676-3200 (fax)
email:  ddebassi@ldlaw.com