**EXHIBIT B**

**COMPARISON OF PEMBER'S EIGHTH SUBPOENA TO SABATINO'S SUBPOENA**
**DATED MARCH 29, 2006**

| Calls in Pember's Eighth Subpoena | Corresponding Calls in Sabatino's Subpoena dated March 29, 2006 |
|---|---|
| 1 | None |
| 2 | 1 |
| 3 | 2 |
| 4 | 3 |
| 5 | 4 |
| 6 | 5 |
| 7 | 6 |
| 8 | 7 |
| 9 | 8 |
| 10 | 9 |
| 11 | 10 |
| 12 | 11 |
| 13 | 12 |
| 14 | 13 |
| 15 | 14 |
| 16 | 15 |
| 17 | 16 |
| 18 | 17 |
| 19 | 18 |
| 20 | 19 |
| 21-23 | None |