UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AHN) |
| v. ) | |
| ) | April 21, 2006 |
| WALTER A. FORBES ) | |

**MOTION OF DEFENDANT WALTER A. FORBES
FOR TRIAL DATE AND BRIEFING SCHEDULE ON PENDING MOTIONS
(Forbes Third Trial Motion No. 12)**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for a trial date to be set at the earliest possible time that is consistent with the demands imposed on the Court by the transfer of this case in March 2006. Mr. Forbes also respectfully moves for the Court to set a briefing schedule on all pending motions in limine that will enable the case to be tried at the earliest possible time that is consistent with the demands imposed on the Court by the transfer of this case. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Oral Argument Requested

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Barry S. Simon / MML
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Trial Date and Briefing Schedule on Pending Motions (Forbes Third Trial Motion No. 12) to be filed electronically and to be served on April 21, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Marcie R. Ziegler

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 3:02CR264 (AHN) |
| v. | ) ) ) | |
| | ) ) | April 21, 2006 |
| WALTER A. FORBES | ) ) ) | |

## MEMORANDUM IN SUPPORT OF
## MOTION OF DEFENDANT WALTER A. FORBES
## FOR TRIAL DATE AND BRIEFING SCHEDULE ON PENDING MOTIONS
### (Forbes Third Trial Motion No. 12)

Defendant Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his motion for (1) a trial date to be set at the earliest possible time that is consistent with the demands imposed on the Court by the transfer of this case in March 2006 and (2) a briefing schedule on all pending motions in limine that will enable the case to be tried at the earliest possible time that is consistent with the demands placed on the Court by the transfer of this case.

### INTRODUCTION

Mr. Forbes has been under indictment for more than five years. He and his family have endured two grueling jury trials over the past two years and a collective total of more than sixty days of deliberations (spanning more than four months) by two juries. Despite the fact that the government was unable to persuade either jury beyond a reasonable doubt of Mr. Forbes'

Oral Argument Requested

purported guilt, and despite the enormous resources that have been devoted to this case by the parties and the judicial system over the past five years, the government seeks to re-try Mr. Forbes yet again. The government also seeks to delay the commencement of the third trial by asserting that it needs almost six weeks to brief a series of motions that, with extremely limited exceptions, the government already has briefed on one or more occasions.

Mr. Forbes respectfully requests that his third trial commence on the earliest possible date that is consistent with the burdens that have been placed on this Court by the transfer of this matter. Mr. Forbes recognizes that this is a complex matter with a lengthy history, and that this Court is new to the case. Mr. Forbes also recognizes that the Court, quite understandably and through no fault of its own, needs time to familiarize itself with the case and with the motions filed by the parties. Mr. Forbes did not request a transfer from Judge Thompson, however, and seeks only to have his third trial at the earliest possible time so that he can, finally, put this matter behind him and move on with his life.

Unlike the Court, the government is intimately familiar with the issues raised by Mr. Forbes' pending motions. It has briefed virtually all of these issues before. The government should not be permitted to further delay these proceedings by seeking additional time to file pleadings on matters that it has repeatedly briefed in connection with two trials. Mr. Forbes respectfully requests that the government be required to submit its memoranda in opposition to Mr. Forbes' motions in limine by May 8, 2006. Mr. Forbes is prepared to file his reply memoranda on May 16, 2006.

## **BACKGROUND**

Mr. Forbes was indicted in February 2001. The case was transferred to this District in 2002. Mr. Forbes' first trial commenced in April 2004 and concluded on January 4, 2005 with a hung jury.

On January 13, 2005, Judge Thompson scheduled Mr. Forbes' retrial to commence on March 11, 2005 pursuant to the Speedy Trial Act. See Docket No. 1418. Shortly thereafter, the government filed a motion to re-transfer the case to the District of New Jersey or, in the alternative, for a continuance until September 6, 2005. See Docket Nos. 1433-34. Mr. Forbes opposed the motion in both respects and asserted his right to a speedy trial. See Docket Nos. 1440, 1450. On February 7, 2005, the government filed a motion for a continuance because, inter alia, "none of the three Assistant United States Attorneys who tried the case last year will be retrying the case." Docket No. 1444 at 2. Mr. Forbes opposed that motion and again asserted his speedy trial rights. See Docket No. 1472. On March 7, 2005, Judge Thompson granted the government's continuance motion and scheduled the retrial to commence on September 15, 2005. See Docket No. 1482.

Mr. Forbes filed a series of motions prior to the commencement of the second trial. See Docket Nos. 1605-1610. On September 6, 2006, Mr. Forbes filed eighteen motions in limine. See Docket Nos. 1660-87, 1692-93. The government filed memoranda in response to the motions in limine on September 20 and 27, 2005, see Docket Nos. 1719-22, 1740-54, 1758.

On September 14, 2005, Mr. Forbes moved to dismiss the indictment pursuant to the Speedy Trial Act. See Docket Nos. 1707-08. The motion was denied. See Docket No. 2134. Mr. Forbes' retrial concluded on February 9, 2006 with a hung jury.

3

On February 14, 2006, Judge Thompson scheduled Mr. Forbes' third trial to commence on April 18, 2006 pursuant to the Speedy Trial Act. See Docket No. 2103; Tr. (2/14/06). On February 23, 2006, Judge Thompson conducted a conference call with the parties to discuss the jury selection process. See Tr. (2/23/06). On March 15, 2006, Judge Thompson announced on a conference call that the case would be transferred to this Court. Judge Thompson stated, "yesterday I spoke to one of our senior judges who offered to do the retrial or the second retrial, to be more precise, and to do so within the current schedule." Tr. (3/14/06) at 3; see also id. at 5-6 ("Judge Nevas, being senior and having a docket that isn't quite as busy as mine, is able to go Monday to Friday and he's able to go 9:00 to 5:00. So I think your case would get to completion sooner than were it to stay with me.").

Following the transfer of this action, this Court tentatively set Mr. Forbes' third trial for May 15, 2006. On March 31, 2006, Mr. Forbes filed pretrial motions primarily relating to Rule 17(c) subpoenas and discovery issues, together with two motions in limine. With extremely limited exceptions, the motions related to issues that had been previously briefed on one or more occasions. The government and the subpoenaed parties filed opposition memoranda on or before April 17, 2006. On April 17, 2006, Mr. Forbes filed a series of motions in limine that also, with extremely limited exceptions, relate to issues previously briefed by the parties on one or more occasions.[1] The government also filed a motion in limine on April 17, 2006.[2]

---

[1] Mr. Forbes filed these motions pursuant to a request by the Court that Mr. Forbes file motions in limine on this date. Mr. Forbes previously filed motions in limine shortly before trial and the parties briefed the motions during trial.

[2] Mr. Forbes is prepared to respond to that motion on or before May 1, 2006.

4

On April 18, 2006, the Court canceled the May 15, 2006 trial date due to the volume of pending motions and indicated that a new trial date would not be scheduled until all of the pending motions were fully briefed and the Court had an opportunity to consider them. On April 19, 2006, counsel for the government asserted in a telephone call that the government would request until May 26, 2006 to brief the motions in limine filed by Mr. Forbes on April 17, 2006. During that telephone call, the government also asserted that, while it had previously agreed that it would not seek to offer any evidence concerning the matters raised in two motions in limine that Mr. Forbes filed in 2005, it was repudiating its prior agreement and would seek to offer such evidence at Mr. Forbes' third trial.[3] On April 20, 2006, the government sent an e-mail to the Court requesting thirty-nine days to respond to the pending motions in limine.

## ARGUMENT

I.  **THE GOVERNMENT SHOULD BE REQUIRED TO FILE RESPONSIVE PLEADINGS BY MAY 8, 2006.**

Mr. Forbes respectfully requests that the government be required to file its memoranda in opposition to Mr. Forbes' motions in limine on or before May 8, 2006.[4] That

---

[3] The issues as to which the government previously agreed it would not elicit any evidence, but then changed its mind, are enumerated in Docket Nos. 1660-61 (Forbes Retrial Motion In Limine No. 2) and Docket Nos. 1684-85 (Forbes Retrial Motion In Limine No. 18). They are listed as items 1 and 5 of Mr. Forbes' Notice of motions in limine that he was not filing (Docket No. 2252) (filed 4/17/06), which was reviewed by the government and specifically agreed to before it was filed. Judge Thompson granted Forbes Retrial Motion In Limine No. 2. See Docket No. 1965. Mr. Forbes' Retrial Motion In Limine No. 18 was rendered moot because the government did not present any evidence on this subject at the second trial. Because the government changed its position after Mr. Forbes filed his April 17, 2006 motions in limine, Mr. Forbes will file renewed motions in limine on these subjects on or before April 28, 2006.

[4] The page volume of Mr. Forbes' April 17, 2006 motions in limine is far lower than the government's April 20, 2006 e-mail suggests. While the government asserts that the pleadings and exhibits "run[] well over one thousand pages," id., the memoranda in support of

would give the government twenty-one days to respond to the motions. Mr. Forbes is prepared to file his reply memoranda on May 16, 2006.[5]

None of the issues raised by Mr. Forbes' motions in limine is new to the government. The vast majority of the issues raised in the motions were raised on one or more prior occasions by motions in limine or other pleadings (such as mistrial motions or proposed jury instructions). A very small number relate to issues as to which oral objections were lodged during trial. The government has briefed the overwhelming majority of these issues before, and has briefed many of the issues multiple times. During the 2005 trial, it was able to brief eighteen motions in limine, many of which raised the same issues raised in Mr. Forbes' pending motions, in two to three weeks. See supra.

While the government asserts that the motions in limine are not identical to Mr. Forbes' prior submissions, the principal difference is that the motions filed on April 17, 2006 address the events that took place during the 2005 trial and new relevant court decisions. The substantive arguments made in the motions are, with extremely limited exceptions, identical to arguments previously made by Mr. Forbes and previously briefed by the government. There is, accordingly, no legitimate basis for the government's request for almost six weeks to brief these motions. The government should be required to respond to the motions on or before May 8, 2006.

---

the motions total 273 pages.

[5]  With respect to the two additional motions that Mr. Forbes is now required to file because the government has changed its position, see note 3, supra, Mr. Forbes will file his renewed motions on or before April 28, 2006. Both of these motions were previously briefed by the government. The government should be required to file its responses on or before May 12, 2006. Mr. Forbes will be prepared to file his reply memoranda on or before May 19, 2006.

II. **MR. FORBES RESPECTFULLY REQUESTS THAT THE COURT SET THE CASE FOR TRIAL ON THE EARLIEST POSSIBLE DATE THAT IS CONSISTENT WITH THE DEMANDS IMPOSED ON THIS COURT BY THE TRANSFER OF THIS CASE.**

Mr. Forbes also respectfully requests that the Court set this case for trial on the earliest possible date that is consistent with the demands imposed on the Court by the transfer of this case in March 2006.

Mr. Forbes recognizes that the Court is new to this case and that it will take some time for the Court to familiarize itself with this matter. Mr. Forbes also recognizes the burden that has been placed on this Court by the transfer of this action. Mr. Forbes did not request any transfer of this case, however, and he seeks only to have his third trial commence as soon as possible, consistent with the Court's reasonable (and fully understandable) need to familiarize itself with these proceedings. Mr. Forbes is committed to assisting the Court in any way possible in order to enable the Court to proceed expeditiously in this matter. Mr. Forbes respectfully requests a trial date of June 27, 2006[6] if that is possible.

---

[6] The Court previously notified counsel that it has a pre-existing commitment for the week of June 20, 2006. Tr. (3/17/06) at 10.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Barry S. Simon / MNZ
   Brendan V. Sullivan, Jr. (Bar No. ct17115)
   Barry S. Simon  (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Memorandum in Support of Motion of Defendant Walter A. Forbes for Trial Date and Briefing Schedule on Pending Motions (Forbes Third Trial Motion No. 12) to be filed electronically and to be served on April 21, 2006 to the following via e-mail:

    Norman Gross, Esq. (norman.gross@usdoj.gov)
    Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
    Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Marcie R. Ziegler