**To:** lucia_brooks@ctd.uscourts.gov; bsimon@wc.com
**Cc:** Martinez, Michael (USANJ)
**Subject:** U.S. v. Forbes, 3:02cr264 (AHN) Timing of Government's Responses to Forbes Third Trial Motions In Limine 3-20.

Attorney Brooks and Counsel:

The Government respectfully requests that its responses to Forbes Third Trial Motions In Limine 3-20 (the "present motions"), filed on the afternoon of Monday, April 17, 2006, be due no later than Friday, May 26, 2006, a period of 39 days after the present motions were filed. I make this request based on my extensive experience with the motion practice in this case dating to April 2003. Given that the Local Rule provides for 21 days to respond to a single motion, the Government submits that 39 days to respond to 18 motions, several with voluminous exhibits, is entirely reasonable. I have consulted with Mr. Simon regarding this request, who has informed me that he will not agree to it.

As the Court is aware, the present motions and their exhibits are extremely voluminous, running well over one thousand pages. Although the present motions address, for the most part, issues that were previously briefed by the parties before Judge Thompson, none of the present motions are identical to any of Forbes' prior submissions. Most of the present motions contain variations on arguments previously presented, and many cite to authority, evidence or documents that was not previously cited. Accordingly, the Government must address each of the present motions anew, and cannot merely reprise its previous submissions to Judge Thompson.

The Court has now postponed the trial date for this case and has not set a new trial date. Postponement was required because of the numerous motions filed to date by Forbes. Permitting the Government to file its responses to the present motions by May 26 will not substantially delay the start of the trial.

Respectfully submitted.

AUSA Norman Gross