UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
| | : | |
| v. | : | April 13, 2006 |
| | : | |
| WALTER A. FORBES | : | |

### GOVERNMENT'S MOTION TO SEAL ITS OPPOSITION TO WALTER A. FORBES THIRD TRIAL MOTION NO. 3

The United States respectfully moves the Court to enter an order sealing the Government's Opposition to Walter A. Forbes' Third Trial Motion No. 3. By agreement of the parties, all pleadings regarding Forbes' Third Trial Motion No. 3 should be sealed.

        Respectfully submitted,
        CHRISTOPHER J. CHRISTIE
        Special Attorney
        U.S. Department of Justice

*Norman Gross/s*

        NORMAN GROSS
        MICHAEL MARTINEZ
        Special Attorneys
        U.S. Department of Justice
        970 Broad Street, Room 700
        Newark, New Jersey 07101
        Tel: (973) 645-2700
        Fax: (973) 645-2857

Dated: April 13, 2006
Newark, New Jersey

CERTIFICATE OF SERVICE

      The undersigned certifies that on this day I caused to be served a copy of the Government's Motion to Seal its Opposition to Walter A. Forbes' Third Trial Motion No. 3 via email on:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com

*Norman Gross/s*
NORMAN GROSS

Dated: April 13, 2006
       Camden, New Jersey