UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | April 28, 2006 |
| WALTER A. FORBES ) | |

## MOTION OF DEFENDANT WALTER A. FORBES
## FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL
## RULE 7(d)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for leave to file the attached Reply Memorandum in Support of His Motion to Preclude the Government from Referencing the Truth-Telling Provisions of Cosmo Corigliano's Plea Agreement and Presenting Him as Having Complied with His Obligations Under that Agreement (Forbes Third Trial Motion *In Limine* No. 1) that exceeds the page limitation in Local Civil Rule 7(d) by 3 ½ pages, excluding the signature block. It is necessary to exceed the page limitation to address adequately the factual issues raised in the Government's Opposition, and to ensure that the Court has the necessary context of what transpired over the course of two lengthy trials.

For the foregoing reasons, Mr. Forbes respectfully moves for leave to file a Memorandum in excess of the 10-page limit.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: April 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Leave to Exceed the Page Limitation of Local Rule 7(d) to be filed electronically and to be served on April 28, 2006 to the following via e-mail:

        Norman Gross, Esq. (norman.gross@usdoj.gov)
        Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
        Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon

3