UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 3:02CR264 (AHN) |
| WALTER A. FORBES. | ) ) ) ) | April 28, 2006 |

## MOTION OF DEFENDANT WALTER A. FORBES
## FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL
## RULE 7(d)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for leave to file a Reply Memorandum in Support of His Motion for Leave to Issue Rule 17(c) Subpoenas to Cosmo Corigliano, Kramer Levin, Fried Frank, Neil Cartuciello, and Crystal Journey Candles (Forbes Third Trial Motion No. 4) that exceeds the page limitation in Local Civil Rule 7(d) by 22 pages. It is necessary to exceed the page limitation to address adequately the issues raised in Mr. Corigliano's and Kramer Levin's lengthy, 40-page Opposition. In addition, the Reply contains a 5 page section addressing the inapplicability of the "law of the case" doctrine to a retrial, which responds to issues raised not only by the Opposition to this Motion, but also several other Oppositions filed on April 17, 2006.

For the foregoing reasons, Mr. Forbes respectfully moves for leave to file a Memorandum in excess of the 10-page limit.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: April 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Leave to Exceed the Page Limitation of Local Rule 7(d) to be filed electronically and to be served on April 28, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on April 28, 2006 to the following by Fed Ex:

Susan Brune, Esq.
Brune & Richard LLP
80 Broad Street, 30th Floor
New York, NY 10004

Kathleen Cody, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9162

_____
Barry S. Simon