# EXHIBIT 1

# EMPLOYEE EXPENSE REPORT

EMPLOYEE: Walter Forbes
LOCATION: Corp
DEPARTMENT:

| DATE | 1995 | 1996 | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|
| LOCATION | | | | | | |
| BREAKFAST | | | | | | |
| LUNCH | | | | | | |

Nancy
Put on T&E Walter
Schedule then
send through
payables.
Thks
Ste

Steve –
10/20 – needs to go to Merger
Reserve (But not this in
the DRAF File)

Chris – please make
a copy for me –
here

| MISC. EXP. ENTERTAINMENT (DETAIL BELOW) | | | | | | |
|---|---|---|---|---|---|---|
| TOTALS | 226,464 | 370,417 | | | | |

| | MINUS: ADVANCES FOR THE PERIOD | |
|---|---|---|
| | BALANCE TO BE REIMBURSED TO EMPLOYEE | 596,881 |

## FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

### ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to close hess for CUC business – See Shelley | |
| | ⅛ Charge to Merger Reserve | |

GOVERNMENT EXHIBIT
EX. 158

## Certification:

HFS Merger Costs → 83333

I certify that this statement describes
actual and necessary business expenses
incurred by me while engaged in company
related business.

| ACCOUNT NO. | EPT. CODE | AMOUNT |
|---|---|---|
| 83333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

SIGNATURE OF EMPLOYEE          9/30/97
DATE          SIGNATURE OF DEPARTMENT VICE PRESIDENT

204298

# EXHIBIT 2

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

**TODAY'S DATE** / /

**PERIOD COVERED** —

EMPLOYEE: *Walter Forbes*
LOCATION: *Corp*
DEPARTMENT:

EMPLOYEE PHONE # & EXT. ( ) X

EMPLOYEE VENDOR #

| | | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|
| DATE | 1995 | 1996 | | | | | |
| LOCATION | | | | | | | |
| BREAKFAST | | | | | | | |
| LUNCH | | | | | | | |
| DINNER | | | | | | | |
| LODGING | | | | | | | |
| TIPS | | | | | | | |
| TELEPHONE | | | | | | | |
| PARKING | | | | | | | |
| TRANSPORTATION | | | | | | | |
| TAXI | | | | | | | |
| MILEAGE | | | | | | | |
| AUTO RENTAL | | | | | | | |
| MISC. EXP. | | | | | | | |
| ENTERTAINMENT (DETAIL BELOW) | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | |

MINUS: ADVANCES FOR THE PERIOD

BALANCE TO BE REIMBURSED TO EMPLOYEE  596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

GOVERNMENT EXHIBIT
Ex. 388

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to close *hrs for CUC business* | |
| | *Fee Hockey* | |
| | *# Charge to Merger Reserve* | |

## Certification:

*HFS Merger Costs*

I certify that this statement describes the actual and necessary business expenses _____ by me while engaged in company business.

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 23333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

SIGNATURE OF EMPLOYEE        9/30/97  DATE        SIGNATURE OF DEPARTMENT VICE PRESIDENT        DATE

CENDANT 0002231

# EXHIBIT 3



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WHW)

CEN 0370150

Walter
Forbes
$T \frac{'}{,} \acute{E}$

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 78-1664 (WHW)

CEN 0370151

| VOUCHER NUMBER | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | 11-11-97 | 594891.69 | .90 | 594891.69 |
| | | | | 594891.89 | .90 | 594891.89 |

**CUC INTERNATIONAL INC.**
45 DANVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

PLEASE DETACH BEFORE DEPOSITING

**189279**

---

**CUC INTERNATIONAL INC.**
45 DANVIEW DRIVE, TRUMBULL, CONNECTICUT 06611

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

**189279**

| DATE | CHECK NO. | NET AMOUNT |
|---|---|---|
| 11/11/97 | 00199279 | 594,891.69 |

PAY

**NOT VALID AFTER 90 DAYS**

FIVE HUNDRED NINETY FOUR THOUSAND EIGHT HUNDRED EIGHTY ONE

TO THE ORDER OF

WALTER & FORBES
STRATEGIC CORPORATE



⑈189279⑈ ⑈021309379⑈ 501⸱2⸱36810⑈  Gave to Beth 11/19/97

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370152

To: Service Payables      From: _Nancy Koofera_

Ext: 2248      Ext: ___3360___

## BILL APPROVAL FORM

### Each invoice requires a separate Bill Approval Form

1.) Check Made Out To: _Walter Forbes_

2.) Description: _____

    _Walt - Forbes TLE_

3.) Amount to be paid: _596.78.70_

4.) Approved By *Asst have VP Signature*      Date: _____

_(see signature on TLE)_

5.) Please fill in all available information:

| | | |
|---|---|---|
| Client Code | _294411_ | **NOV 10 REC** |
| Invoice # | _C09596_ | Manual # _____ |
| P.O. # | _____ | Inv. Date _____ _r3.57_ |
| G.L. Account # | _33333-CCCC_ | Amount $ _596.78.CC_ |

**Special Instructions!**

_____

If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting    • Yellow Copy for Your Records

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1663 (WHW)

CEN 0370153

ROBERT P. RITTEREISER
36 WALL STREET
16ᵗʰ FLOOR
NEW YORK, NEW YORK 10005

**VIA FACSIMILE**

September 8, 1997

To:    Compensation Committee Members
       CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:  Walter A. Forbes (w/o attachment)
     Robert T. Tucker (w/attachment)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370154

 CUC INTERNATIONAL

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Ru:

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/lf

Attachments

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370155

**Amount Due WAF**

| | |
|---|---|
| 1995 amount not billed | $   226,464 |
| 1996 amount not billed | 370,417 |
| amount overflown 1995 & 1996 | ~~448,662~~ |
| | $ ~~1,045,543~~ |
| | $ 576,861 |

"we "overflew" the planes 15" 2 hours beyond my contract. these monies will go to
Executive Jet

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370156

*Buck, Simmons & Co., P.C.*

CERTIFIED PUBLIC ACCOUNTANTS

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WHW)

CEN 0370157

SEP 25 '97  JOSEPH BLOK.STUMER & CO                                    P.5

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5.084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5.084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5.084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5.084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5.084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5.084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5.084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5.084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5.084 | 126,083 | 96,800 | 39,283 |
| OCTOBER | 33.9 | 5.084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5.084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5.084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370158

SEP 28 '97  01:56PM BUCK STURMER & CO                    P.4

**WALTER FORBES**
**'''8 PLANE CHARGES**
**..D USE FOR CUC INTERNATIONAL**

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|-------|------|------|------|------|------|------|------|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,728 | 89,570 | 45,155 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.6 | 3.0 | 7.6 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 728,481 | $ 358,064 | $ 370,417 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WHW)

CEN 0370159

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.:  1100

## SUMMARY OF CHARGES

Lawyer 1003 - 530C5
0.25% Share
6/1/1995 - 6/01/2C00

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

|  |  |  |  |
|---|---|---|---|
| 95.4 | 0 | $4,855.33 | $463,167.48 |
|  |  | Federal Excise Tax | $6,316.70 |
|  |  | Total Amount Due | $589,483.73 |

Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,352.68

REMIT TO.    P.O. Box 369999    Columbus, OH 43225-9999

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
In Civil Action No. 98-1664 (WHW)

CEN 0370160

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stanford, CT 36904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.:  1100

## SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =268.9

Hours overflown on contract =92.0

Excess hourly charge:

|  |  | 92.0 | $ | 18,884.50 | $917,328.00 |
|  |  |  |  |  | $1,732.00 |
| Federal Excise Tax |  |  |  |  |  |
|  |  |  |  | Total Amount Due | $899,000.00 |

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.49

REMIT TO:   P.O. Box 389099    Columbus, OH 03236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Chil Action No. 98-1664 (WHW)

CEN 0370161

**CUC INTERNATIONAL**

**EMPLOYEE EXPENSE REPORT**

| | | TODAY'S DATE | PERIOD COVERED |
|---|---|---|---|
| EMPLOYEE | Walter Forbes | | ( ) x |
| LOCATION | Corp | | |
| DEPARTMENT | | | |

| | 1995 | 1996 | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | |
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC EXP | | | | | | | | |
| ENTERTAINMENT DETAIL BELOW | | | | | | | | |
| TOTALS | 220,444 | 376,417 | | | | | | |

MINUS ADVANCES FOR THE PERIOD

BALANCE TO BE REIMBURSED TO EMPLOYEE | 596,881

FOR INFORMATIONAL PURPOSES ONLY

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Salome due to piere this in CUC business for atterly | |
| | to Change to Merger Reserve | |

**Certification:**

HFS Merger costs

| ACCOUNT NO. | DEPT. CODE | AMOUNT |
|---|---|---|
| 73353 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

SIGNATURE OF EMPLOYEE    DATE 9/30/97    SIGNATURE OF DEPARTMENT VICE PRESIDENT    DATE

SEND WHITE COPY TO ACCOUNTING  RETAIN YELLOW COPY

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN Civil Action No. 98-1664 (WWW)

CEN 0370162

# EXHIBIT 4

To: Service Payables                          From: _____
     2248                                       Ext: _____

## BILL APPROVAL FORM

Each invoice requires a separate Bill /

.) Check Made Out To: _Winter Series_          Resove chge.

.) Description: _Winter Series T&E_

.) Amount to be paid: _596,881.00_

.) Approved By  (Must have V.P. Signature):     Date:

_per signature in T&E_

.) Please fill in all available information:

Client Code _____          Manual # _____
Invoice # _009546_                Inv. Date _____ .0397_
P.O. # _____
G/L Account # _55253-0000_        Amount $ _596,881.00_

**Special Instructions!**

If you have questions, please call Service Payables at ext. 2248

• White Copy To Accounting      • Yellow Copy for Your Records

201297

# CUC INTERNATIONAL

## EMPLOYEE EXPENSE REPORT

| | | TODAY'S DATE | PERIOD COVERED |
|---|---|---|---|
| | | / / | — |

EMPLOYEE    Walter Forbes

LOCATION    Corp

DEPARTMENT

| | | | ( ) | X |

| | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|
| DATE | 1995 | 1996 | | |
| LOCATION | | | | |
| BREAKFAST | | | | |
| LUNCH | | | | |

Nancy
Put in T&E matter
Schedule then
Send through
payables.
Thxs
ST---

STOP—
11/30 - Needs to go to merger
Wayne - (Bill note this in the WAF File)
Chris — please keep a copy for me-
time

| MISC. EXP. | | | | |
|---|---|---|---|---|
| ENTERTAINMENT (DETAIL BELOW) | | | | |
| TOTALS | 226,464 | 370,417 | | |

MINUS: ADVANCES FOR THE PERIOD

BALANCE TO BE REIMBURSED TO EMPLOYEE    596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance Due to please Reg for CUC Business — for attorney | |
| | ✓ Charge to Merger Reserve | |

## Certification:

HFS Merger Costs

I certify that this statement describes actual and necessary business expenses incurred by me while engaged in company related business.

| ACCOUNT NO. | DEPT CODE | AMOUNT |
|---|---|---|
| 73333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

SIGNATURE OF EMPLOYEE        DATE  9/30/97        SIGNATURE OF DEPARTMENT MANAGER        204298

ROBERT P. RITTEREISER
16 WALL STREET
16TH FLOOR
NEW YORK, NEW YORK 10005

**VIA FACSIMILE**

September 8, 1997

To:   Compensation Committee Members
      CUC International

Please see the attached material which will be discussed at the
Compensation Committee meeting on Tuesday, September 9.

Sincerely,

attachment

cc:  Walter A. Forbes (w/o attachment)
     Robert T. Tucker (w/attachment)

204299



**CUC INTERNATIONAL**

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit:

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments

204300

# Buck, Sturmer & Co., P.C.

### CERTIFIED PUBLIC ACCOUNTANTS

521 FIFTH AVENUE, NEW YORK, NEW YORK 10175
(212) 867-7223
FAX (212) 883-1901

330 T. FROND AVENUE, BOX 110
NYC, NEW YORK 10563
(516) 367-0677
FAX (516) 367-0406

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. PORLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD B. CARMODY, JR., C.P.A.
SUSAN TOMASSO, C.P.A.
NORMAN A. BERGERT, C.P.A.
KEVIN P. BOLAND, C.P.A.

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

*Note: See work performed on the Buck, Sturmer Schedules in the WAF Response Binder*

204301

'ALTER FORBES
,995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,990 | 1,861 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| ULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

204302

SEP 05 '97  01:56PM BUCK, STURMER & CO                                    P.4

WALTER FORBES
    PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.6 | 3.0 | 7.6 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,084 | $ 370,417 |

204303

**Amount Due WAF**

1995 amount not billed          $   226,464.
1996 amount not billed               370,417.
amount overflown 1995 & 1996     ~~448,667.~~
                                $ ~~1,045,549.~~

                                $ 576,881

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to
Executive Jet

204304

*Buck, Stemmer & Co., PC*

### CERTIFIED PUBLIC ACCOUNTANTS
3RD HARRISON AVENUE, NEW YORK, NEW YORK 100??
(212) 687-7200
FAX (212) 900-1900

350 T. FREED AVENUE, SUITE 110
NY?, NEW YORK 10000
(516) 567-0477
FAX (516) 567-3450

DOUGLAS BUCK, C.P.A.
RICHARD C. STEMMER, C.P.A.
JORGE T. NOBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD B. CARNEGIE, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENNETT, C.P.A.
KEVIN A. SOLANO, C.P.A.

September 19, 1996

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Walter:

After our meeting on Monday, and pursuant to your request, I analyzed the cost of operating the planes on an hourly basis.

For each plane, there are fixed and variable costs. We have decided to allocate the fixed costs over the number of hours you are permitted to use a particular plane during the course of the year, based on your contractual arrangement with the company.

Since you own a one-sixteenth interest in the Hawker 1000, you can use the plane fifty hours a year. You have a one-eighth interest in the Gulfstream and that permits you to use that plane one hundred hours a year.

Costs are as follows:

| Item | Hawker 1000 (Total Annual Costs) | Gulfstream (Total Annual Cost) |
|---|---|---|
| Lease Cost, including tax | $111,036 | |
| Management Fee | 56,856 | $174,000 |
| Depreciation @5% per annum | | 175,000 |
| Interest on Loan - 7.5625% | | 265,000 |
| Total Annual Fixed Cost | $167,892 | $614,000 |

N.K.: *See work performed in the WAF Response Binder*

204305

P.3

Mr. Walter Forbes
Page 2

| | | |
|---|---|---|
| Average Fixed hourly cost (50 hours a year) | $ 3,357 | |
| Average Fixed hourly cost (100 hours a year) | | $ 6,140 |
| Variable hourly cost (including cruise tax) | 1,727 | 2,728 |
| Total Hourly Cost | $ 5,084 | $ 8,868 |

Walter, I hope this is helpful, but of course, if you have any questions, please do not hesitate to let me know.

All my best,

Sincerely yours,

Douglas Buck

cc: Robert Tucker

204306

2/01/1994  16:88    385-532-8898                    EJA DAVE CLERY                      PAGE  05
SEP. 5 1997  9:59AM    EXECUTIVE JET AVIA                              NO. 3783  P  1.2

Walter A. Forbes                                    INVOICE NO.: PRELIMINARY
c/o CUC International                                Inv. Date:
787 Summer St., PO BOX 10049                        Cust. No.:    1108
Stamford, CT 06904-2049

SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 100
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =176.9
Hours flown for period 12/6/95 - 8/31/97 =268.9

Hours overflown on contract =92.0

Excess hourly charge:

                                    92.0    @    $8,884.00   $817,328.00

Federal Excise Tax                                            81,732.80

                                            Total Amount Due  8899,060.80

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,276.60

REMIT TO:  P.O. Box 389099   Columbus, OH 43236-9099

204307

Walter A. Forbes                                    INVOICE NO.: PRELIMINARY
c/o CUC International                                Inv. Date:
707 Summer St., PO BOX 10049                         Cust. No.:  1109
Stamford, CT 06904-2049


                              SUMMARY OF CHARGES


Hawker 1000 - 53008
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

                                      95.4      @    $4,855.00    $463,167.00

Federal Excise Tax                                                  46,316.70
                                                                  ============

                                      Total Amount Due    $509,493.70



Amount previously invoiced to Mr. Forbes for the 95.4  hours = $170,212.68



                  REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099

                                                          204308

# EXHIBIT 5

# EMPLOYEE EXPENSE REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMPLOYEE | Walter Forbes | | | | ( ) | | X |
| LOCATION | Corp | | | | | | |
| DEPARTMENT | | | | | | | |

| DATE | 1995 | 1996 | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| LODGING | | | | | | | | |
| TIPS | | | | | | | | |
| TELEPHONE | | | | | | | | |
| PARKING | | | | | | | | |
| TRANSPORTATION | | | | | | | | |
| TAXI | | | | | | | | |
| MILEAGE | | | | | | | | |
| AUTO RENTAL | | | | | | | | |
| MISC. EXP. ENTERTAINMENT (DETAIL BELOW) | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | |

*Charge to Mr. Mayer Reserve*

MINUS: ADVANCES FOR THE PERIOD

BALANCE TO BE REIMBURSED TO EMPLOYEE    596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to client fee attorney | Res for CUC Business |
| | * Charge to Mayer Reserve | |

## Certification:

I certify that this statement describes the actual and necessary business expenses incurred by me while engaged in company related business.

| ACCOUNT NO | DEPT. CODE | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

9/30/97

PB900001

 CUC INTERNATIONAL

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit:

Here are the plane charges – as you would expect, our use of planes has accelerated with
our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate
plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments

PB900002

**Amount Due WAF**

| | | |
|---|---|---|
| 1995 amount not billed | $ | 226,464. |
| 1996 amount not billed | | 370,417. |
| amount overflown 1995 & 1996 | | ~~448,662.~~ |
| | $ | ~~1,045,543.~~ |

*576,881* (signature)

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet

PB900003

*Buck, Sumner & Co., P.C.*

CERTIFIED PUBLIC ACCOUNTANTS

621 FIFTH AVENUE, NEW YORK, NEW YORK 10175

(212) 697-7333

FAX (212) 983-1209

290 T. FREND AVENUE, BOX 118

INE, NEW YORK 10880

(848) 987-0477

FAX (848) 987-3489

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. NOBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD B. CARMOSIN, JR., C.P.A.
SUSAN TOMASSI, C.P.A.
NORMAN A. BENVENT, C.P.A.
KEVIN P. BOLAND, C.P.A.

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

WALTER FORBES
1995 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $ 5,084 | $ 85,411 | $ 39,154 | $ 46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,063 | 86,800 | 39,263 |
| OCTOBER | 33.9 | 5,084 | 172,348 | 118,600 | 53,748 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $ 5,084 | $ 684,814 | $ 416,737 | $ 268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $ 684,814 | $ 458,350 | $ 226,464 |

PB900005

WALTER FORBES
1996 PLANE CHARGES
AND USE FOR CUC INTERNATIONAL

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 5.6 | | 5.6 | $ 5,084 | $ 33,554 | $ 22,440 | $ 11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,725 | 89,570 | 45,155 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,554 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.8 | 3.0 | 7.8 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,858 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,245 | | 84,245 |
| NOVEMBER | 8.1 | | 8.1 | 8,858 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $ 726,481 | $ 356,054 | $ 370,417 |

PB900006

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.:    1108

## SUMMARY OF CHARGES

Hawker 1000 - 530QS
6.25% Share
6/1/1995 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17

Hours allotted for period 6/1/95 - 8/31/97 (27 months) - 112.6
Hours flown for period 6/1/95 - 8/31/97 - 208.0

Hours overflown on contract - 95.4

Excess hourly charge:

| | | | |
|---|---|---|---|
| 95.4 | @ | $4,855.00 | $463,167.00 |
| Federal Excise Tax | | | 46,316.70 |
| | | Total Amount Due | $509,483.70 |

Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.68

REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099

PB900007

SEP  5 1997  3:59AM    EXECUTIVE JET AVIA                    NO. 2711   P. 12

Walter A. Forbes                          INVOICE NO.: PRELIMINARY
c/o CUC International                      Inv. Date:
707 Summer St., PO BOX 10049               Cust. No.:   1108
Stamford, CT 06904-2049

                        SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:


                              92.0      @    $8,884.00   $817,328.00

        Federal Excise Tax                                 81,732.90
                                                         ═══════════
                                  Total Amount Due    $899,060.90



Amount previously invoiced to Mr. Forbes for the 92.0 hours = $259,274.40



        REMIT TO:   P.O. Box 369099   Columbus, OH 43236-9099



                        PB900008

# EXHIBIT 6

**From:**        Cary, Rob
**Sent:**        Thursday, April 13, 2006 10:01 AM
**To:**          HARTFORD TRIAL TEAM
**Subject:**     FW: Attached Notice

**Attachments:**     WAF.Limine Notice.PDF

---

**From:**        Cary, Rob
**Sent:**        Thursday, April 13, 2006 10:01 AM
**To:**          'Martinez, Michael (USANJ)'
**Cc:**          Gross, Norman (USANJ); Simon, Barry
**Subject:**     Attached Notice

Mr. Martinez:

Is the attached notice addressing motions in limine that we will not be filing acceptable to the government?

Thank you.

Rob Cary



WAF.Limine
Notice.PDF (59 KB)

1

**DRAFT**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02CR264 (AHN) |
| | ) | |
| v. | ) | April 17, 2006 |
| | ) | |
| WALTER A. FORBES. | ) | |

### NOTICE

The defense will not be filing Motions in Limine regarding the following topics that were the subject of Motions in Limine in advance of Trial No. 2, because the government has agreed that it will not be offering evidence or arguing as follows.

1.    The government will not present any evidence, cross-examination or argument concerning the charging of Mr. Forbes' airplane expenses to the Cendant merger reserve.  This was the subject of Retrial Motion in Limine No. 2 before Trial No. 2.

2.    The government will not refer to Walter Forbes as the "Captain of the Ship" or other similar positions.  This was the subject of Retrial Motion in Limine No. 10 before Trial No. 2.

3.    The government will not offer or refer to Government Exhibit 1527.  This was the subject of Retrial Motion in Limine No. 12 before Trial No. 2.

4.      The government will not refer to Enron, Tyco, WorldCom or any other financial scandal. This was the subject of Retrial Motion in Limine No. 16 before Trial No. 2.

5.      The government will not (1) refer to Robert Tucker's handwritten notes as board minutes, and (2) will not present any evidence, cross-examination or argument concerning the differences between Government Exhibit 5, Government Exhibit 453 and Government Exhibit 77. This was the subject of Retrial Motion in Limine No. 18 before Trial No. 2.

6.      The government will not offer Government Exhibit 577 or Government Exhibit 578. This was the subject of Retrial Motion in Limine No. 20 before Trial No. 2.

The government reviewed this Notice before it was filed with the Court.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

_____

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)
Attorneys for Walter A. Forbes

Dated: April 17, 2006

# EXHIBIT 7

**From:**          Cary, Rob
**Sent:**          Friday, April 14, 2006 8:55 AM
**To:**            HARTFORD TRIAL TEAM
**Subject:**       FW: Attached Notice


-----Original Message-----
From: Martinez, Michael (USANJ) [mailto:Michael.Martinez2@usdoj.gov]
Sent: Thursday, April 13, 2006 4:55 PM
To: Cary, Rob
Subject: RE: Attached Notice

The attached notice is fine.  Mike Martinez

-----Original Message-----
From: Cary, Rob [mailto:RCary@wc.com]
Sent: Thursday, April 13, 2006 10:01 AM
To: Martinez, Michael (USANJ)
Cc: Gross, Norman (USANJ); Simon, Barry
Subject: Attached Notice

Mr. Martinez:

Is the attached notice addressing motions in limine that we will not be filing acceptable
to the government?

Thank you.

Rob Cary


  <<WAF.Limine Notice.PDF>>

----------------------------------------------------------------------
------
NOTICE:

This message is intended for the use of the individual or entity to which it is addressed
and may contain information that is privileged, confidential and exempt from disclosure
under applicable law. If the reader of this message is not the intended recipient or the
employee or agent responsible for delivering this message to the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this communication
is strictly prohibited. If you have received this communication in error, please notify us
immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately
delete this message and all its attachments.

==================================================================
======

1