UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AHN) |
| v. ) | |
| ) | |
| WALTER A. FORBES ) | April 28, 2006 |
| ) | |

REPLY MEMORANDUM CONCERNING
RENEWED MOTIONS OF DEFENDANT WALTER A. FORBES
(Forbes Third Trial Motion No. 11)

Defendant Walter A. Forbes, through undersigned counsel, hereby responds to the government's memorandum in opposition to Mr. Forbes' renewed motions.

The government is correct that two of the motions referenced in Mr. Forbes' renewed motions (Docket Nos. 39 and 40) are discovery motions directed to the superseding indictment returned in New Jersey, upon which the government is not proceeding (but which it has refused to dismiss). Mr. Forbes regrets any confusion created by the inadvertent inclusion of those two items in his renewed motions and hereby withdraws them from his renewed motions.

With respect to the remaining items in Mr. Forbes' renewed motions, Mr. Forbes is not asking the Court to "wade through," Opp. at 2, Mr. Forbes' previously-filed discovery motions. As Mr. Forbes stated in his renewed motions (Docket No. 2182), Mr. Forbes has filed a separate motion to compel discovery and production of Brady/Giglio material that raises the outstanding discovery issues as to which he seeks oral argument. See Forbes Third Trial Motion No. 2 (Docket No. 2189) (filed 3/31/06). With respect to the remaining issues identified in the pleadings listed in Docket No. 2182, Mr. Forbes is not seeking to make any argument to persuade

the Court to rule differently than Judge Thompson and merely seeks to preserve the record. <u>See</u> Tr. (3/23/2006) at 6-7.

          Respectfully submitted,

          WILLIAMS & CONNOLLY LLP

By: _____
   Brendan V. Sullivan, Jr. (Bar No. ct17115)
   Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

      - and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Reply Memorandum Concerning Renewed Motions of Defendant Walter A. Forbes (Forbes Third Trial Motion No. 11) to be filed electronically and to be served on April 28, 2006 to the following via e-mail:

    Norman Gross, Esq. (norman.gross@usdoj.gov)
    Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
    Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon