UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:02CR264 (AHN) |
| v. ) | |
| ) | April 28, 2006 |
| WALTER A. FORBES ) | |

## MOTION OF DEFENDANT WALTER A. FORBES
## FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL RULE 7(d)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for leave to file a reply memorandum in support of his motion to compel discovery and production of Brady/Giglio material (Forbes Third Trial Motion No. 2) that exceeds the page limitation in Local Civil Rule 7(d). It is necessary to exceed the page limitation because the government filed an opposition memorandum in response to Mr. Forbes' motion that is 47 pages in length. The government's lengthy opposition memorandum requires a detailed response.

For the foregoing reasons, Mr. Forbes respectfully moves for leave to file a reply memorandum in excess of the 10-page limit.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Leave to Exceed the Page Limitation of Local Rule 7(d) to be filed electronically and to be served on April 28, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon