## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:02CR264 (AHN) |
| | ) | |
| WALTER A. FORBES. | ) | May 1, 2006 |
| | ) | |

### MOTION OF WALTER A. FORBES FOR AN ORDER GOVERNING SUBPOENAS AD TESTIFICANDUM FOR THE THIRD TRIAL
### (Forbes Third Trial Motion No. 13)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for an Order making any trial subpoenas issued by Mr. Forbes for testimony in the third trial returnable upon 48 hours notice from his counsel absent application by the witness for more time upon a showing of undue hardship, as was done in the first two trials.[1]  He also requests that the Order specifically include subpoenas previously issued with a return date of May 22, 2006, based upon the previous trial date of May 15, 2006.

Mr. Forbes has issued subpoenas for witnesses to appear in the second retrial that have a return date of May 22, 2006 or later.[2]  These subpoenas were issued with the understanding that jury selection was to commence on May 15,

---

[1] The Order would not apply to witnesses currently or previously employed by Ernst & Young, the terms of whose appearance is the subject of an agreement between their counsel and counsel for Mr. Forbes.

[2] Mr. Forbes may issue additional subpoenas later in the trial as well, and asks that any Order issued by the Court extend to these subpoenas as well.

2006, but as the Court is aware, that date has now been cancelled and a specific

trial date has not been set.  Mr. Forbes seeks to have the return date of these

subpoenas extended to avoid having to reserve the subpoenas when a new trial date

is set.  Mr. Forbes is providing a copy of this Motion, and will provide a copy of any

Order extending the return date, to each person who was originally served with a

trial subpoena, or their counsel.

In addition, Mr. Forbes cannot predict the precise timing of when he

will need to call particular witnesses to testify.  Mr. Forbes has no control over the

timing of the government's case, or the length of the government's cross-

examinations.  Nor can he anticipate every issue that may crop up and interfere

with his planned timing for the presentation of witnesses.  Thus it is impossible for

Mr. Forbes to issue trial subpoenas in advance with a return date that will prove

certain.  In the first two trials, the 48 hour notice requirement imposed by the Court

(see, e.g., Docket No. 1926) resolved this dilemma in a fair and workable fashion,

permitting witnesses sufficient time to make travel and scheduling arrangements

while at the same time avoiding any delays or inefficiencies in the presentation of

testimony.  Thus Mr. Forbes requests that the Court issue an Order making any

subpoena that Mr. Forbes has issued, or may issue, for trial testimony returnable

upon 48 hours notice from Mr. Forbes' counsel.[3]  Any witness who believes that the

---

[3] These subpoenas ad testificandum, including several to SEC employees, were
served prior to the SEC filing its Motion to Quash those served on its witnesses.
Docket No. 2277.  The subpoenas to the SEC witnesses would obviously be subject
to whatever ruling the Court enters with respect to those subpoenas.

48 hour notice requirement imposes an undue burden on them may seek an agreement for more time from counsel for Mr. Forbes, or apply to the Court for additional time within a specified number of days after receiving a copy of the Court's Order, just as was done in the first two trials.

Mr. Forbes will of course endeavor to give witnesses as much notice as possible and, when he can, will alert witnesses further in advance that the time for their testimony is approaching, just as he did in the first two trials.

## CONCLUSION

For the foregoing reasons, Mr. Forbes respectfully requests that the Court order that Mr. Forbes' subpoenas for testimony in the second retrial be extended to whatever new trial date is set, and made returnable upon 48 hours notice from Mr. Forbes' counsel, absent application from the witness for more time upon a showing of undue hardship.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated:  May 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes for an Order Governing Subpoenas <u>Ad</u> <u>Testificandum</u> for the Third Trial (Forbes Third Trial Motion No. 13)  to be filed electronically and to be served on May 1, 2006 to the following via e-mail:

> Norman Gross, Esq. (norman.gross@usdoj.gov)
> Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
> Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on May 1, 2006 by Fed Ex to any subpoena recipient who is unable to accept electronic filing as indicated on the Notice of Electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by Fed Ex to any subpoena recipient who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


Barry S. Simon