UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
| | : | |
| v. | : | May 2, 2006 |
| | : | |
| WALTER A. FORBES | : | |

**GOVERNMENT'S SURREPLY TO DEFENDANT WALTER A. FORBES' MOTION FOR TRIAL DATE AND BRIEFING SCHEDULE ON PENDING MOTIONS**

**(Response to Forbes Third Trial Motion No. 12)**

By permission of the Court, the Government submits this surreply to Forbes' Reply Memorandum in Support of his Third Trial Motion No. 12, limited to Forbes' assertion about the identity and number of Assistant United States Attorneys "assigned to this case."  Forbes' Reply at 1-2.  Forbes' assertion is incorrect.  Although AUSA Kevin Walsh did some limited work on this case, he has had no involvement since before the start of the second trial.  Additionally, AUSA Craig Carpenito is not presently assigned to this case, owing to his involvement as trial counsel in another substantial securities fraud case for which trial is currently scheduled to begin on May 15, 2006 in the United States District Court for the District of New Jersey.  United States v. Alfred Teo, Docket 2:04-cr-00583 (KSH).  While previously employed at the Securities & Exchange Commission, Carpenito was one of the principal investigators in that case, and his services are now needed for trial.

Of the attorneys currently assigned to this case, only AUSA Norman Gross was available to begin working on Forbes' present in

limine motions when they were filed on April 17, 2006.  AUSA Martinez, the lead trial attorney for the Government, is presently occupied with other work on this case.[1]  Following an oral argument in the Third Circuit Court of Appeals on April 21, 2006, another AUSA began to assist AUSA Gross in responding to those motions.  Following completion of another assignment in the Court of Appeals, a third AUSA will be made available to work part-time on the pending Forbes' motions after this week.

     The Government is devoting a substantial level of resources to this case, but will be unable, notwithstanding working long hours during the work week and on weekends, to respond to what are now twenty pending motions in limine within the due date urged by Forbes.  The Government therefore respectfully requests that its responses to Forbes' Third Trial Motions In Limine numbers 2 through 18 not be due until May 26, 2006.  If the Government's request is granted, the Government will also file its responses to Forbes' Third Trial Motions In Limine Nos. 22 and 23, which were filed on April 28, 2006, by that date as well.

---

[1] The Government will make an *ex parte* representation to the Court regarding AUSA Martinez's present duties if requested to do so by the Court.

**CONCLUSION**

For the foregoing reasons, the Government requests that this Court order that the Government's Responses to Forbes' Third Trial Motions In Limine Nos. 2-18 be due no later than Friday, May 26, 2006.

                        Respectfully submitted,

                        CHRISTOPHER J. CHRISTIE
                        Special Attorney
                        U.S. Department of Justice

                        *Norman Gross/s*

                        NORMAN GROSS
                        Federal Bar Number 24933
                        MICHAEL MARTINEZ
                        Federal Bar Number PHV0423
                        Special Attorneys
                        U.S. Department of Justice
                        970 Broad Street
                        Room 700
                        Newark, N.J.  07102
                        (973) 645-2701

Newark, New Jersey
Date: May 2, 2006

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this day I caused to be served a copy of the Government's Response to Defendant Walter A. Forbes' Motion for Trial Date and Briefing Schedule on Pending Motions (Response to Forbes Third Trial Motion No. 12) via email on:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com

                                              _Norman Gross/s_
                                              NORMAN GROSS

Dated: May 2, 2006
       Camden, New Jersey