# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

USA

v.

Walter Forbes

APPEARANCE

FILED
2006 MAY -5 P 3: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:02CR264(AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  United States of America

5/5/06
**Date**

_____
**Connecticut Federal Bar Number**

609-989-2190
**Telephone Number**

609-989-2275
**Fax Number**

Mary.Futcher@usdoj.gov
**E-mail address**

Mary A. Futcher
**Signature**

Mary A. Futcher
**Print Clearly or Type Name**

402 East State Street
**Address**

Trenton, NJ

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24