CONSULTING SERVICES
SPECIAL REPORT 03-1



# Litigation Services and Applicable Professional Standards

*Member Innovation Team*

# CONTENTS

INTRODUCTION ................................................................................................................. 1

    Purpose of the Special Report ......................................................................................... 1
    Definition of Litigation Services ..................................................................................... 1
    Roles of the Practitioner .................................................................................................. 1
    Scope of Services ............................................................................................................ 1
    Other Engagements of the Practitioner ........................................................................... 2
    Consulting Services Provided by the CPA ..................................................................... 2

PROFESSIONAL STANDARDS APPLICABLE TO LITIGATION SERVICES .................. 2

    The AICPA Code of Professional Conduct .................................................................... 2
    Rule 201, *General Standards* ......................................................................................... 3
    Consulting Standards ...................................................................................................... 6

RELATIONSHIP OF ATTESTATION AND OTHER PROFESSIONAL STANDARDS
    TO LITIGATION SERVICES ......................................................................................... 8

    Comparison to Other Services ........................................................................................ 8
    Reporting Standards ...................................................................................................... 10

OTHER GUIDANCE ............................................................................................................ 11

    Federal and State Court Rules ....................................................................................... 11
    AICPA Special Reports and Practice Aids ................................................................... 12

CONCLUSION ...................................................................................................................... 12

APPENDIX A—Typical Litigation Services ........................................................................ 13

APPENDIX B—Decision Tree to Determine the Application of Professional Standards ..... 15

APPENDIX C—Working Papers and Documentation ......................................................... 16

APPENDIX D—Comparison of AICPA Professional Standards and Federal Rule of Evidence 702 ..... 18

APPENDIX E—Testimony Pyramid ..................................................................................... 19

APPENDIX F—AICPA Special Reports and Practice Aids .................................................. 20

APPENDIX G—Bankruptcy and Reorganization Services ................................................... 21

APPENDIX H—Professional Standards Case Studies .......................................................... 24

44. Litigation services are professional services rendered by a practitioner in accordance with the AICPA's SSCS. Litigation services differ in several ways from services provided in attestation engagements. In attestation engagements, the CPA assesses the fairness of the written assertions of others, which may be in the form of financial statements, parts of such statements, or information not of a financial nature. In litigation engagements, the practitioner typically renders an expert opinion or provides other consulting services based upon expert judgment, experience, education, training, and analysis in compliance with applicable professional standards. The foundation of and audience for this opinion are different from those addressed by the attestation standards.

45. In attestation engagements, the opinion expressed is that of the CPA firm. In litigation engagements, the practitioner is the person expressing an opinion, which is subject to extensive cross-examination of the bases and reasons. The litigation services practitioner is not exempt from professional standards but must comply with standards different from those that apply to attestation services. An understanding of the standards is essential to evaluate the performance of the practitioner. A decision tree to help practitioners determine which professional standards to comply with in an engagement is provided in Appendix B.

46. Attestation standards do not apply to litigation engagements when the practitioner does not issue a report expressing an opinion about the assertion of another party.[3] As part of a litigation services engagement, the practitioner may be asked to critique the written report of the opposing party's expert. This consulting service in and of itself does not constitute an attestation service. The practitioner is not subject to generally accepted auditing standards (GAAS), Statements on Standards for Attestation Engagements (SSAEs), or Statements on Standards for Accounting and Review Services (SSARSs) (unless specifically retained to provide such a service) when serving as a trier of fact or an expert witness, or developing a work product that is protected by the attorney work product privilege that is not intended to be used for any other purposes.[4]

47. When the Statements on Auditing Standards (SASs), SSAEs, or the SSARSs do not apply to litigation engagements, the work should be performed in compliance with the SSCS, as well as all the applicable provisions of the Code of Professional Conduct.

48. Other standards may be applicable to litigation services engagements under certain circumstances. For instance, the practitioner may be requested to perform certain litigation services that require compliance with attestation standards. To decide what standards to follow, the practitioner has to evaluate carefully the steps that will be taken to complete the engagement. The AICPA's SSAEs usually do not apply to litigation services engagements. They do apply, however, when the practitioner, as a part of a litigation services engagement, is engaged specifically to perform a service governed by those standards.[5]

---

[3] Attestation standards, according to the Interpretation of Statement on Standards for Attestation Engagements, "Attestation Standards: Attestation Engagements Interpretations of Section 100" (AICPA, *Professional Standards*, vol. 2, AT secs. 9101.34–.42), may apply if the practitioner "expresses a written conclusion about the reliability of a written assertion that is the responsibility of another party and that conclusion and assertion are for the use of others who, under the roles of the proceedings, do not have the opportunity to analyze and challenge such work.

[4] See Interpretation No. 3, "Applicability of Attestation Standards to Litigation Services," of Statement on Standards for Attestation Engagements (SSAE) No. 10, *Attestation Standards: Revision and Recodification* (AICPA, *Professional Standards*, vol. 1, AT secs. 9100.34–.42), and Interpretation No. 20, "Applicability of Statements on Standards for Accounting and Review Services to Litigation Services," of Statement on Standards for Accounting and Review Services (SSARS) No. 1, *Compilation and Review of Financial Statements* (AICPA, *Professional Standards*, vol. 2, AR sec. 9100.76–.79).

[5] The evaluation of statements contained in a written assertion of another party when providing a consulting service does not in and of itself constitute the performance of an attest service. See the "Standards of Reporting," in SSAE No. 1, *Attestation Standards* (AICPA, *Professional Standards*, vol. 1, AT sec. 10.74), for further explanation.