**PRIVILEGED & CONFIDENTIAL
SUBJECT TO ATTORNEY-CLIENT AND
ATTORNEY WORK PRODUCT PRIVILEGES**

# REPORT TO THE AUDIT COMMITTEE
## OF THE BOARD OF DIRECTORS
## OF CENDANT CORPORATION

PREPARED BY:

**WILLKIE FARR & GALLAGHER**

-and-

**ARTHUR ANDERSEN LLP**

August 24, 1998

In addition, AA, over a period of 16 weeks and expending in excess of 3,700 person-days, conducted investigations with respect to accounting irregularities; analyzed financial statements, financial documents, accounts and account elements, and accounting transactions involved in certain accounting irregularities; identified the apparent causes of such accounting irregularities; and analyzed certain CUC subsidiary accounting systems, records and transactions.

C.    Audit Committee Special Meetings

Following the commencement of the investigation, the Audit Committee held many special meetings to receive reports from AA and Willkie Farr as to the progress of the investigation and to discuss the information it received.

---

declined to be interviewed.  Just prior to the completion of this Report, new counsel for Bell re-opened discussions about a possible interview, but no interview took place.

Bell has stated, through counsel, that he has not been involved with any of CUC's annual financial statements since January 31, 1994 or any quarterly statements since October 31, 1994 and that during his tenure the company's accounting policies and practices were all undertaken in accordance with generally accepted accounting principles.