# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

US v. Forbes

**APPEARANCE**

**CASE NUMBER**:  3:02CR264 (AHN)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

THE UNITED STATES OF AMERICA

| | |
|---|---|
| May 16, 2006 | /s/ |
| **Date** | **Signature** |
| To Be Assigned | Mark E. Coyne |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (973) 297-2002 | U.S. Attorney's Office |
| **Telephone Number** | Address |
| (973) 297-2007 | 970 Broad Street, Suite 700 |
| **Fax Number** | |
| | Newark, New Jersey 07102 |
| mark.coyne@usdoj.gov | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001