Page 3 of 4

)proximately 100 million customer contacts annually.

Contact: Media: Jim Fingeroth/Victoria Weld, Kekst and Company, 212/521-4800.

Investors: David M Johnson, Cendant, 973/496-7909.

For Mr. Forbes: Nicole Reilly, 212/885-0353.


Statement from Henry Silverman, Chief Executive Officer, Cendant Corporation

    During the past three months, the shareholders and people of Cendant have suffered unfairly from at unconscionable fraud perpetrated against the company by a few individuals at the former CUC International. It has tarnished our company's reputation and created public uncertainty and speculation about the future leadership of Cendant.
    Like every other shareholder and employee, I am outraged at what has transpired. We intend to take appropriate action against those who conducted these fraudulent activities, and will continue cooperating fully with law enforcement authorities.
At the same time, we have an obligation to our shareholders and everyone associated with Cendant to move ahead with the business of our company. We must do everything we can to put this episode hind us, to eliminate the cloud hanging over this company, to dispel all of the uncertainty generated by recent events. As others have noted, it has been difficult for Cendant to rebuild trust in our company while this uncertainty exists.
    The corporate governance changes approved today by our Board of Directors end any uncertainty about the future direction and leadership of Cendant. We can now rebuild trust in our company. We can focus all of our energies on rebuilding value for Cendant's shareholders. The company's earnings and cash flow remain strong. We have some of the most valuable businesses in the world. Most importantly, we have outstanding people who are passionate about Cendant and its future.
    I look forward to working with all of the people of Cendant to move our company forward, build on our unique combination of strengths and realize the full potential of this great enterprise.


    Statement from Walter Forbes, Chairman, Cendant Corporation

    Together with many talented, hard working and decent people, I devoted 25 years of my life to creating and building CUC International, which became an innovative force in developing and marketing consumer services. In combining with HFS, another great

Confidential,
Produced Pursuant to Weissman,
AUSA, 10/30/98 Letter to Glekel.

CDAA 1-0115

Page 4 of 4

company, CUC became part of an enterprise with extraordinary
 rgy and vision - and an unsurpassed ability to capitalize on
 pidly changing consumer markets.

However, the people of Cendant and its shareholders have suffered in recent months as the result of fraudulent conduct and the uncertainty it has created. Today, it is apparent that the actions of a few have profoundly hurt us all. And, as I have said on many occasions, I had absolutely no knowledge of the accounting irregularities. However, I now believe it is in the best interest of our shareholders and employees to resolve this uncertainty.

I leave with tremendous confidence in the future success of Cendant. The vision and rationale behind its creation remain as compelling as ever. Its business fundamentals are strong. The operations are sound and profitable. The opportunities for synergy are numerous. The action I am taking today eliminates speculation about the future leadership of Cendant and helps the company focus all of its attention and resources on restoring the faith of its shareholders, its customers and its people.

I am proud to have helped create one of the most dynamic consumer enterprises in the world. I am grateful to all those bright, dedicated individuals with whom I have had the chance to work. I have an unshakable faith in Cendant's ability to create value for its shareholders, business partners and customers for many years to come. I wish everyone associated with the company the very best as it fulfills that mission.

(pj)PN

-END-

-0- (CRL) Jul/28/ 98   18:57

Confidential,
Produced Pursuant to Weissman,
AUSA, 10/30/98 Letter to Glekel.

CDAA 1-0116

