

# ARTHUR ANDERSEN

**PRIVILEGED AND CONFIDENTIAL SUBJECT TO ATTORNEY/CLIENT AND ATTORNEY WORK PRODUCT PRIVILEGE**

**To:** Memo to Files

**From:** Christina M. Dresch, New York

**Date:** June 29, 1998

**Subject:** HFS Merger Reserve - Check # 189279

---

The following check copy and support relate to Walter Forbes' T&E expenses for private plane hours. Included in this support is an analysis prepared by Buck, Sturmer & Co., a CPA firm, which details Forbes' plane charges incurred on behalf of CUC but were not billed to CUC during 1996 & 1995, totaling $596,881. Also attached is a letter from Robert T. Tucker, Secretary of the Company, informing Cosmo Corigliano, CUC CFO, that the Compensation Committee has approved the reimbursement of the charges.

Per Beth Freimour, Forbes' Executive Assistant, the expense report was prepared by Forbes himself who indicated that the merger reserve was to be charged. Walter Forbes and Kirk Shelton signed the report. Per Steve Speaks, he wrote in the account number, department code and amount. Speaks also indicated that "HFS Merger Costs" was written next to the account number by Anne Pember.

Based on the time period during which these charges were incurred, this does not relate to the CUC/HFS merger and therefore should not be charged against this reserve.

CMD

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER IN CIVIL ACTION NO. 98-1664 (WWE)

CEN 0168435



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WWE)

CEN 0168436

**CUC INTERNATIONAL**
**EMPLOYEE EXPENSE REPORT**

TODAY'S DATE: / /
PERIOD COVERED: —

EMPLOYEE: Walter Forbes
LOCATION: Corp
DEPARTMENT:
EMPLOYEE PHONE & EXT: ( ) x
EMPLOYEE VENDOR #:

| DATE | 1995 | 1996 | | | | | | | TOTAL CHARGES PAID BY EMPLOYEE |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | | |
| BREAKFAST | | | | | | | | | |
| LUNCH | | | | | | | | | |
| DINNER | | | | | | | | | |
| LODGING | | | | | | | | | |
| TIPS | | | | | | | | | |
| TELEPHONE | | | | | | | | | |
| PARKING | | | | | | | | | |
| TRANSPORTATION | | | | | | | | | |
| TAXI | | | | | | | | | |
| MILEAGE | | | | | | | | | |
| AUTO RENTAL | | | | | | | | | |
| MISC. EXP. | | | | | | | | | |
| ERTAINMENT (DETAIL BELOW) | | | | | | | | | |
| TOTALS | 226,464 | 370,417 | | | | | | | |

MINUS: ADVANCES FOR THE PERIOD ( )
BALANCE TO BE REIMBURSED TO EMPLOYEE: 596,881

FOR INFORMATIONAL PURPOSES ONLY:

| DATE | AMOUNT | DESCRIPTION OF CHARGES BILLED DIRECTLY TO CUC |
|---|---|---|
| | $ | |
| | $ | |

ENTERTAINMENT DETAIL

| DATE | PERSON(S) ENTERTAINED | NATURE AND PURPOSE |
|---|---|---|
| 95/96 | Balance due to plane | log for our business |
| | fee attached | |
| | # Change to Merger Reserve | |

Certification:
I certify that this statement describes and actual and necessary business expenses incurred by me while engaged in company related business.

| ACCOUNT NO | DEPT. CODE | AMOUNT |
|---|---|---|
| HFS Merger Costs 73333 | 0000 | $ 596,881 |
| | | $ |
| | | $ |
| | | $ |

PLEASE FILL IN YOUR EXPENSE REPORT COMPLETELY TO ASSIST IN A PROMPT REIMBURSEMENT.

SIGNATURE OF EMPLOYEE        DATE 9/30/97        SIGNATURE OF DEPARTMENT VICE PRESIDENT        DATE

CUCEER-1 (4/93)     SEND WHITE COPY TO ACCOUNTING, RETAIN YELLOW COPY

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WWW)                     CEN 0168437

To: Service Payables  
Ext: 2248

From: Nancy Aconfora  
Ext: 2360

## BILL APPROVAL FORM
Each invoice# requires a separate Bill Approval Form

1.) Check Made Out To: __Walter Forbes__
2.) Description: __Walter Forbes T&E__
3.) Amount to be paid: __596,881.00__
4.) Approved By (Must have V.P. Signature): __(see signature on T&E)__    Date: _____

5.) Please fill in all available information:
   Client Code __29411__        Manual # _____
   Invoice # __009596__          Inv. Date __10/3/97__
   P.O. # _____
   G/L Account # __33333-0000__   Amount $ __596,881.00__

**Special Instructions:**

_m474_

If you have questions, please call Service Payables at ext. 2248
• White Copy To Accounting    • Yellow Copy for Your Records

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WHW)

CEN 0168438

# ROBERT T. TUCKER
ATTORNEY AT LAW

61 PURCHASE ST.
RYE, N.Y. 10580

(914) 967-8105
FAX: (914) 967-8161

September 10, 1997

**VIA FEDERAL EXPRESS**

Mr. Cosmo Corigliano
CUC International Inc.
707 Summer Street
Stamford, CT 06901

Dear Cosmo:

At its meeting of September 9, 1997, the Compensation Committee approved the payment/reimbursement of the airplane charges set forth on the attached schedule. The committee asked that I send you this letter with a request that this payment/reimbursement occur as promptly as possible.

Very truly yours,

Robert T. Tucker

RTT/kau

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WWW)

CEN 0168439

ROBERT P. RITTEREISER
16 WALL STREET
16TH FLOOR
NEW YORK, NEW YORK 10005

**VIA FACSIMILE**

September 8, 1997

To: Compensation Committee Members
    CUC International

Please see the attached material which will be discussed at the Compensation Committee meeting on Tuesday, September 9.

Sincerely,

[signature]

attachment

cc: Walter A. Forbes (w/o attachment)
    Robert T. Tucker (w/attachment)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WWW)

CEN 0168440



707 Summer Street
P.O. Box 10570
Stamford, CT 06904-2049
203 324 9261

# CUC INTERNATIONAL

September 8, 1997

Robert Rittereiser
Gruntal & Company, Inc.
14 Wall Street
New York, NY 10005

Dear Rit:

Here are the plane charges - as you would expect, our use of planes has accelerated with our new life.

Going forward, we will have two planes (starting next April) and my use of the corporate plane will go away or be replaced by a direct contract with Executive Jet.

If you have any questions, please call.

Best regards,

Walter A. Forbes

WAF/bf

Attachments

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WHW)

CEN 0166441

**Amount Due WAF**

| | |
|---|---|
| 1995 amount not billed | $ 226,464. |
| 1996 amount not billed | 370,417. |
| amount overflown 1995 & 1996 | ~~448,667.~~ |
| | $ ~~1,045,549.~~ |
| | ) 594,881 [signature] |

*we "overflew" the planes 187.4 hours beyond my contract, these monies will go to Executive Jet

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 99-1664 (WHW)

CEN 0168442

## Buck, Sturmer & Co., P.C.
### CERTIFIED PUBLIC ACCOUNTANTS

DOUGLAS BUCK, C.P.A.
RICHARD C. STURMER, C.P.A.
JORGE T. ROBLES, JR., C.P.A.
JAMES A. BENNETT, C.P.A.
GERARD B. CARNOGIN, JR., C.P.A.
SUSAN TOMASSO, C.P.A.
NORMAN A. BENNERT, C.P.A.
KEVIN P. SOLANO, C.P.A.

September 5, 1997

Mr. Walter Forbes
CUC International
707 Summer Street
Stamford, CT 06901

Dear Mr. Forbes:

We have analyzed your charges to CUC International for use of plane(s) during 1995 and 1996. The enclosed schedules reflect charges you made and amounts for which you were reimbursed.

You have undercharged CUC substantially for both years, as reflected on the enclosed reports.

The 1996 report does not reflect any billing to CUC for use during the months of October, November and December which, hopefully, was billed to the corporation during 1997.

Sincerely,

Douglas Buck

DB/sc
Enc.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WHW)

CEN 0168443

SEP 05 '97 01:55PM BUCK, STURMER & CO     P.3

**WALTER FORBES**
**1995 PLANE CHARGES**
**AND USE FOR CUC INTERNATIONAL**

| MONTH | HAWKER HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|
| JANUARY | 16.8 | $5,084 | $85,411 | $39,154 | $46,257 |
| FEBRUARY | 6.6 | 5,084 | 33,554 | 17,945 | 15,609 |
| MARCH | 23.3 | 5,084 | 118,457 | 63,353 | 55,104 |
| APRIL | 4.4 | 5,084 | 22,370 | 11,964 | 10,406 |
| MAY | 4.3 | 5,084 | 21,861 | 19,980 | 1,881 |
| JUNE | 4.3 | 5,084 | 21,861 | 11,691 | 10,170 |
| JULY | 2.5 | 5,084 | 12,710 | 7,000 | 5,710 |
| AUGUST | 9.8 | 5,084 | 49,823 | 26,950 | 22,873 |
| SEPTEMBER | 24.8 | 5,084 | 126,083 | 86,800 | 39,283 |
| OCTOBER | 33.9 | 5,084 | 172,346 | 118,600 | 53,746 |
| NOVEMBER | 4.0 | 5,084 | 20,336 | 13,300 | 7,036 |
| DECEMBER | | | | | |
| | 134.7 | $5,084 | $684,814 | $416,737 | $268,077 |
| THREE MONTHS OF MANAGEMENT FEES BILLED, IN ADDITION | | | | 41,613 | (41,613) |
| | | | $694,814 | $458,350 | $226,464 |



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WWW)     CEN 0168444

SEP 05 '97 01:56PM BUCK,STURMER & CO                               P.4

**WALTER FORBES**
**16 PLANE CHARGES**
**AND USE FOR CUC INTERNATIONAL**

| MONTH | HAWKER HOURS | CITATION 5 ULTRA HOURS | TOTAL PLANE HOURS | RATE PER HOUR | TOTAL THAT SHOULD HAVE BEEN BILLED | ACTUALLY BILLED TO CUC | DIFFERENCE DUE FROM CUC |
|---|---|---|---|---|---|---|---|
| JANUARY | 6.6 | | 6.6 | $5,084 | $33,554 | $22,440 | $11,114 |
| FEBRUARY | 24.5 | 2.0 | 26.5 | 5,084 | 134,726 | 89,570 | 45,156 |
| MARCH | 6.5 | | 6.5 | | | | |
| APRIL | 17.3 | 2.0 | 19.3 | 5,084 | 162,688 | 127,564 | 35,124 |
| MAY | 6.2 | | 6.2 | | | | |
| JUNE | 4.6 | 3.0 | 7.6 | 8,868 | 69,170 | 44,880 | 24,290 |
| JULY | 8.6 | 0.5 | 9.1 | 8,868 | 80,699 | 45,220 | 35,479 |
| AUGUST | | 1.5 | 1.5 | 8,868 | 13,302 | 5,250 | 8,052 |
| SEPTEMBER | 2.9 | 0.5 | 3.4 | 8,868 | 30,151 | 21,140 | 9,011 |
| OCTOBER | 9.0 | 0.5 | 9.5 | 8,868 | 84,246 | | 84,246 |
| NOVEMBER | 8.1 | | 8.1 | 8,868 | 71,831 | | 71,831 |
| DECEMBER | 4.2 | 1.0 | 5.2 | 8,868 | 46,114 | | 46,114 |
| | 98.7 | 11.0 | 109.7 | | $726,481 | $356,064 | $370,417 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WHW)

CEN 0168445

02/01/1994 16:08  305-532-8898  EJA DAVE CLERY  No 5752  PAGE 04
SEP 5 1997 9:59AM  EXECUTIVE JET AVIA

Walter A. Forbes
c/o CUC International
707 Summer St., PO BOX 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.: 1108

## SUMMARY OF CHARGES

Hawker 1000 - 53006
6.25% Share
6/1/1993 - 6/01/2000

Contract Hours - 250
Hours Per Year - 50
Hours Per Month - 4.17
Hours allotted for period 6/1/95 - 8/31/97 (27 months) = 112.6
Hours flown for period 6/1/95 - 8/31/97 = 208.0

Hours overflown on contract = 95.4

Excess hourly charge:

                     95.4 @ $4,855.00  $463,167.00
                                        46,316.70

Federal Excise Tax

                              Total Amount Due  $509,483.70

Amount previously invoiced to Mr. Forbes for the 95.4 hours = $170,212.58

REMIT TO: P.O. Box 369099  Columbus, OH 43236-9099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WHW)
CEN 0168446

```
02/01/1994 16:08   305-532-0898        EJA DAVE CLERY              PAGE 05
SEP. 5 1997 9:59AM    EXECUTIVE JET AVIA                NO. 3792  P. 2
```

Walter A. Forbes
c/o CUC International
707 Summer St., PO Box 10049
Stamford, CT 06904-2049

INVOICE NO.: PRELIMINARY
Inv. Date:
Cust. No.:   1108

## SUMMARY OF CHARGES

Gulfstream IV/SP
12.5% Share
12/6/95 - 12/6/00

Contract Hours - 500
Hours Per Year - 100
Hours Per Month - 8.33

Hours allotted for period 12/6/95 - 8/31/97 (21 months) =174.9
Hours flown for period 12/6/95 - 8/31/97 =266.9

Hours overflown on contract =92.0

Excess hourly charge:

                              92.0   @   $8,884.00    $817,328.00
                                                       81,732.80
Federal Excise Tax                                   ─────────────
                                          Total Amount Due  $899,060.80

Amount previously invoiced to Mr. Forbes for the 92.0 hours = $359,274.40


REMIT TO:   P.O. Box 165099   Columbus, OH 43236-5099

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
IN CIVIL ACTION NO. 98-1664 (WHW)                    CEN 0168447