# ROBERT T. TUCKER
ATTORNEY AT LAW

61 PURCHASE ST.
RYE, N.Y. 10580

(914) 967-8105
FAX: (914) 967-8161

**VIA FEDERAL EXPRESS**

TO: The Board of Directors
CUC International Inc.

FROM: Robert T. Tucker

RE: <u>Minutes - Board of Directors Meetings</u>

DATE: April 28, 1997

*************************************************************

I enclose draft Minutes of the meeting of April 9, 1997. These Minutes will be submitted for approval at the upcoming meeting in June.

To ensure there are no misunderstandings, I also enclose Minutes of the meetings of September 10, 1996; December 4, 1996; January 19, 1997; January 31, 1997; and March 7, 1997. These minutes will also be submitted to the June meeting for approval.

Any comments may be directed to Amy or myself or, of course, may be presented at the June meeting.

Best Regards.

RTT/kau

CONFIDENTIAL

KSC 00289


DEFENDANT'S EXHIBIT F 9/20
841
02CR264

CN-DEF-1010

CUC INTERNATIONAL INC.     DRAFT

MINUTES

BOARD OF DIRECTORS

Pursuant to Notice duly given, a meeting of the Board of Directors was held in New York, NY on April 9, 1997. All Directors were present.

Also present were Cosmo Corigliano, Amy N. Lipton, and Robert T. Tucker. Various other members of the Company's management attended portions of the meeting. Walter A. Forbes, Chairman of the Company, presided and Robert T. Tucker acted as Secretary.

Mr. Corigliano reviewed the Company's financial results for the fourth quarter and for the fiscal year ended January 31, 1997. Such results were compared to results for the relevant period in the prior fiscal periods and the Company budgets for the fourth quarter and fiscal 1997.

Mr. Shelton then led a discussion on certain possible acquisitions which had been discussed at the previous meeting. Mr. Shelton advised that the acquisitions of S Corp and SH Corp were not proceeding at this time. Mr. Shelton also reviewed the status of several possible acquisitions which were in a very early exploratory stage. Mr. Shelton advised the Board that management would report further to the Board at its next meeting.

Mr. McLeod then led a discussion of certain of the Company's operating units including BCI, Interval, Entertainment Publications and FISI.

Ms. Lipton reported on the status of certain litigation matters relating to the acquisition of Ideon.

Mr. Burnap, Chairman of the Nominating Committee, then presented to the Board, the resolutions of the Committee relating to the 1997 Annual Meeting of Stockholders. After discussion, the following resolutions were approved by the Board. Robert Davidson and Janice Davidson abstained from the vote on this matter.

CONFIDENTIAL

KSC 00290

CN-DEF-1011

-2-

| | | |
|---|---|---|
| 1. | Date, Time and Place | June 11, 1997 - 9:15 AM<br>Hyatt Regency, Old Greenwich, CT. |
| 2. | Record Date | April 25, 1997 |
| 3. | Election Inspectors | Boston EquiServe |
| 4. | Proxies | Walter A. Forbes<br>E. Kirk Shelton |
| 5. | Size of Board | 11 Members |
| 6. | Candidates for the Board | |
| | Bartlett Burnap | Term Ending 2000 |
| | Robert M. Rittereiser | Term Ending 2000 |
| | Walter A. Forbes | Term Ending 2000 |
| 7. | Accountants for Fiscal Year<br>Ending January 31, 1998 | Ernst & Young |

Robert Davidson and Janice Davidson were then excused from the meeting and a discussion took place relating to certain aspects of the acquisition and operation of Davidson Associates, Inc. At the conclusion of this discussion, Robert Davidson and Janice Davidson rejoined the meeting.

Ms. Davidson then led a discussion concerning questions of the Company's values, particularly as these relate to the Company's entertainment software products. After discussion, the following resolution, presented by Ms. Davidson, was unanimously adopted:

> RESOLVED that the CUC management establish a Code of Decency containing guidelines for the treatment of sex violence and foul language in the subject and content of the Company's entertainment software products, for the Board to review at its June meeting.

There then ensued a short discussion of the format and scope of the minutes of the Board of Directors meetings. The Board agreed to table this discussion until the June, 1997 meeting.

CONFIDENTIAL

KSC 00291

CN-DEF-1012

- 3 -

Several members of the Company's management then led a lengthy presentation and discussion of the Company's interactive operations and, in particular, its present and future activities on the investment.

There being no further business, the meeting duly adjourned.

April 9, 1997

_____

Robert T. Tucker

Secretary

CONFIDENTIAL

KSC 00292

CN-DEF-1013