BEAR, STEARNS & CO., INC
LIBRARY

# BEAR STEARNS RECOMMENDATION FOLLOW-UP

*File Copy*

### EQUITY RESEARCH

## CUC INTERNATIONAL (CU-28)

**Rating: Strong Buy**

| 52-Week Range | — Earnings Per Share — | | | — P/E — | | Div | Yield | Common Shares (MM) | Book Value/ Share | ROE 1993 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1993 | 1994E | 1995E | 1994E | 1995E | | | | | |
| $10-$19 | $0.77 | $1.00 | $1.30 | 28.1x | 21.6x | Nil | Nil | 117.2 | $2.79 | 40.2% |

Fiscal year ends in January of the following calendar year.

**Capitalization (4/30/94)**

| | $ Mil | % |
|---|---|---|
| Long-Term Debt | 14.3 | 4.2 |
| Equity | 328.1 | 95.8 |
| TOTAL | 342.4 | 100.0 |

**Quarterly Earnings**

| | 1993 | 1994E | 1995E |
|---|---|---|---|
| April | $0.17 | $0.23A | |
| July | 0.18 | 0.24 | |
| October | 0.20 | 0.25 | |
| January | 0.22 | 0.28 | |
| YEAR | $0.77 | $1.00 | $1.30 |


Courtesy of Mansfield Chart Service

July 14, 1994

### SUMMARY AND RECOMMENDATION

We continue to rate CUC International a strong buy. We are convinced, and continue to become even more so, that CUC's core direct marketing business remains a cash-generating machine and that it can grow EPS at a 30% rate over the foreseeable future. The company's recent announcement that its licensee has successfully expanded onto the European continent is a major positive. Additionally, we believe that CUC is the best-positioned player to benefit from the eventual emergence of interactive television shopping, where it has huge potential EPS upside without any of the near-term inherent technology investment risks.

Steven Kernkraut
(272-4305)

Pamela Schwartz
(272-5867)

**ADMITTED FOR A LIMITED PURPOSE ONLY**

GOVERNMENT EXHIBIT 1400 F
02CR264
10/18/05

Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167
(212) 272-2000

Any recommendation contained in this report may not be suitable for all investors. Moreover, although the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. Bear Stearns may make markets and effect transactions, including transactions contrary to any recommendations herein, or have positions in the securities mentioned herein (or options with respect thereto) and may also have performed investment banking services for the issuers of such securities. In addition, employees of Bear Stearns may have positions and effect transactions in the securities or options of the issuers mentioned herein and may serve as directors of such issuers. Copyright 1994. All rights reserved by Bear, Stearns & Co., Inc.

Page 1 of 24