# BEAR STEARNS RECOMMENDATION FOLLOW-UP

**EQUITY RESEARCH**

## CUC INTERNATIONAL (CU-37⅞)

Rating: Buy

| 52-Week Range | Earnings Per Share | | | P/E | | Div | Yield | Common Shares (MM) | Book Value/ Share | ROE 1995 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1995 | 1996E | 1997E | 1996E | 1997E | | | | | |
| $40-$24 | $0.86 | $1.07 | $1.40 | 34.9x | 26.7x | Nil | Nil | 196.4 | $4.10 | 27.1% |

| Capitalization (4/30/96) | $ Mil | % |
|---|---|---|
| Long-Term Debt | 14.7 | 1.8 |
| Equity | 805.5 | 98.2 |
| TOTAL | 820.2 | 100.0 |

| Quarterly Earnings | | | |
|---|---|---|---|
| | 1995 | 1996E | 1997E |
| April | $0.19 | $0.25A | $ |
| July | 0.21 | 0.26 | |
| October | 0.22 | 0.26 | |
| January | 0.24 | 0.30 | |
| YEAR | $0.86 | $1.07 | $1.40 |

Note: Fiscal year ends January of the following calendar year.



Source: FactSet Research Systems Inc.

May 24, 1996

Steven Kernkraut
(272-4305)

Mark Picard
(272-9694)

Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167
(212) 272-2000

### SUMMARY AND RECOMMENDATION

CUC International (CUC) has been extremely successful over the last decade, consistently realizing 30% earnings growth as a result of its direct marketing of membership services. CUC's core operations are expected to continue growing at a 25% to 30% rate domestically and internationally. The company now appears poised to expand its universe of services further through Internet offerings, which could very well provide an upside to our estimates.

CUC's stock came under great pressure after the company announced its intent to buy two software companies (Davidson & Associates and Sierra On-Line) in February, dropping roughly 30% from its high of $40 earlier in the year. Since that time, management has explained CUC's Internet strategy more clearly, and the two software companies have posted strong results that were ahead of its peers. Consequently, the stock has rebounded recently, as

Any recommendation contained in this report may not be suitable for all investors. Moreover, the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. Bear Stearns may make markets and effect transactions, including transactions contrary to any recommendations herein, or have positions in the securities mentioned herein (or options with respect thereto) and may also have performed investment banking services for the issuers of such securities. In addition, employees of Bear Stearns may have positions and effect transactions in the securities or options of the issuers mentioned herein and may serve as directors of such issuers. Copyright © 1996. All rights reserved by Bear, Stearns & Co. Inc.



ADMITTED FOR A LIMITED PURPOSE ONLY

GOVERNMENT EXHIBIT 1409 F
CARDILLO 806-783-0399
10/18/05