**Merrill Lynch**

**New Buy Recommendation**

## CUC International

23 April 1996

1730074

Intermediate-term Investment Opinion Upgraded to Buy (1)

Country: United States

Currency: US$

| | | EPS (Jan)* | | P/E | Cash Flow/Sh | P/CF |
|---|---|---|---|---|---|---|
| Price (CU-NYSE): | $30 3/4 | 1997E: | $1.30-1.35 | 23.2x | $2.03 | 15.1 |
| 52-Week Range: | $39 7/8-24 1/4 | 1996: | $1.02-1.07 | 29.42x | $1.62 | 19.0 |
| | | 1995: | $0.86 | 35.8x | $1.29 | 23.8 |
| Book Value/Share (1/96) | $3.70 | | | | | |
| ROE 1996E Average: | 27% | | | | | |
| Shares Outstanding (mil.): | 196.4 | | | | | |
| Market Capital (mil.): | $6,039.3 | | | | | |
| LT Liability % of Capital: | 2.5% | | | Investment Opinion | | |
| Est. 5 Year EPS Growth: | 27% | Indicated | | Intermediate Term: | | Buy (1) |
| Options: | None | Dividend | | Long Term: | | Buy (1) |
| Inst. Ownership-Spectrum: | 76.8% | Rate | Yield | Income: | | No Cash Dividend (9) |
| Brokers Covering (Nelson): | 10 | Nil | Nil% | Investment Risk | | Average (B) |

* Of following calendar year.

### INVESTMENT HIGHLIGHTS:

- We recently upgraded our intermediate-term investment opinion from Accumulate (2) to Buy (1). Investment rating now Buy (1) for both the intermediate and long-terms.

- Yesterday, CUC announced an agreement in principle to acquire Ideon, which through its SafeCard Protection Services is the leading provider of credit card protection services in the US.

- Ideon is a natural fit with CUC's own credit card protection services. We expect significant EBIT improvement from SafeCard under CUC's management.

- Proxies for the acquisitions of Davidson & Associates and Sierra On-Line have been filed. July 1, 1996 is currently the anticipated completion date for these acquisitions.

- We continue to expect EPS to advance about 22% in 1996 to $1.02-to-$1.07, and then to accelerate to about a 25%-to-30% advance in 1997 to $1.30-to-$1.35.

- 5-year growth rate remains 27%.



REDACTED

---

Merrill Lynch & Co., Inc.
Global Securities Research & Economics Group
Global Fundamental Equity Research Department

Fran Blechman Bernstein
First Vice President
(212) 449-2316

**ADMITTED FOR A LIMITED PURPOSE ONLY**

Copyright 1996 Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S). Approved for publication in the United Kingdom by Merrill Lynch, Pierce, Fenner & Smith Limited, an affiliated company and regulated by The Securities and Futures Authority Limited. The information herein was obtained from various sources; we do not guarantee its accuracy. Additional information available.
Neither the information nor any opinion expressed constitutes an offer to buy or sell any securities or options or futures contracts. MLPF&S and its affiliates, may trade for their own accounts as odd-lot dealer, market maker, block positioner and/or arbitrageur in any securities or options of this issuer(s). MLPF&S, its affiliates, directors, officers, employees and employee benefit programs may have a long or short position in any securities or options of this issuer(s).
Foreign-currency-denominated securities are subject to fluctuations in exchange rates that could have a positive or adverse effect on an investor's return upon the conversion into local currency of dividends or interest received, or proceeds from the sale of such securities. In addition, investors in securities such as ADRs, whose values are influenced by foreign currencies, effectively assume currency risk.
428251/428200/428197/428100/428000

RC#2011145

10/31/05

**GOVERNMENT EXHIBIT F**

REDACTED

establishing a $100 million reserve for outstanding litigation, transaction fees and restructuring costs. CUC's management believes that this reserve will amply cover any potential liability that might arise from these law suits.) More important, CUC will be

REDACTED