**Merrill Lynch**

13 March 1997

Fran Blechman Bornstein
First Vice President
(1) 212 449-2316

*Comment*

United States
Retailing - Other Specialty

# CUC International Inc.

Momentum Continues, Buy

**BUY\***

Reason for Report: Fourth Quarter Earnings Release

Long Term
BUY

| | | | |
|---|---|---|---|
| Price: | $24 1/8 | | |
| 12 Month Price Objective: | $30 | | |

| Estimates (Jan) | 1997A | 1998E | 1999E |
|---|---|---|---|
| EPS: | $0.70# | $0.87-0.90 | $1.08-1.13 |
| P/E: | 34.5x | 27.3x | 21.8x |
| EPS Change (Y-o-Y): | | 26.4% | 24.8% |
| Consensus EPS: | | $0.89 | $1.10 |
| (First Call: 12-Mar-97) | | | |
| Q1 EPS (Apr): | $0.13 | $0.17 | NA |
| Cash Flow/Share: | $0.77 | $0.93 | $1.15 |
| P/CF: | 31.3x | 25.9x | 21.0x |
| Dividend Rate: | Nil | Nil | Nil |
| Dividend Yield: | Nil | Nil | Nil |

**Opinion & Financial Data**

Investment Opinion: B-1-1-9
Mkt. Value / Shares Outstanding (mn): $10,011.9 / 415
Book Value/Share (Jan-97): $3.03
Price/Book Ratio: 8.0x
ROE 1998E Average: NA
LT Liability % of Capital: 1.8%
Est. 5 Year EPS Growth: 27.0%

**Stock Data**

52-Week Range: $27 1/2-$18 3/8
Symbol / Exchange: CU / NYSE
Options: Phila
Institutional Ownership-Spectrum: 73.5%
Brokers Covering (First Call): 15

**ML Industry Weightings & Ratings\*\***

Strategy; Weighting Rel. to Mkt.:
Income: Underweight (07-Mar-95)
Growth: Overweight (07-Mar-95)
Income & Growth: Overweight (07-Mar-95)
Capital Appreciation: Overweight (05-Oct-95)
Market Analysis; Technical Rating: Average . (25-Oct-95)

Immediate term opinion last changed on 22-Apr-96.
The views expressed are those of the macro department and do not necessarily coincide with those of the Fundamental analyst.
full investment opinion definitions, see footnotes.
Excluding non-recurring items.

## Investment Highlights:

- EPS soared 44% in Q496, exceeding our estimate by $0.01, and hitting consensus expectations.
- Strength in software business in seasonally critical Q4 should alleviate market concerns.
- Membership growth strong internationally and domestically.
- CUC revealed its new Internet offering on time earlier in March.

## Fundamental Highlights:

- Revenue growth and leverage boosted EBIT margins 350 basis points in Q496 and 230 basis point for the year to 19.0%.
- Software business gained market share, and margins held firm.
- Project 25-30% EPS growth annually over the next 3-to-5 years.

ADMITTED FOR A LIMITED PURPOSE ONLY


GOVERNMENT EXHIBIT F
288
02CR264
10/31/05

**Stock Performance**



Merrill Lynch & Co.
Securities Research & Economics Group
Fundamental Equity Research Department
28200/428197/428100/427000

RC#20107227

CUC International Inc. – 13 March 1997

Merrill Lynch

REDACTED PAGE 2 OF 4



CUC International Inc. – 13 March 1997

REDACTED PAGE 3 of 4

CUC International Inc. – 13 March 1997

**Merrill Lynch**

Table 2: CUC INTERNATIONAL — Income Statement Analysis
$ millions

| | 1995 Q4 | 1995 YEAR | 1996 Q1 | 1996 Q2 | 1996 Q3 | 1996 Q4 | 1996 YEAR | 1997E Q1 | 1997E Q2 | 1997E Q3 | 1997E Q4 | 1997E YEAR | 1998E YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| Membership & fees | 435.8 | 1,643 | 455.0 | 487.2 | 503.6 | 526.7 | 1,972 | 551 | 587 | 611 | 647 | 2,397 | 2,795 |
| Software | 110.2 | 292 | 60.5 | 68.6 | 98.6 | 147.6 | 375.2 | 70 | 102 | 121 | 184 | 477 | 615 |
| TOTAL REVENUE | 546.0 | 1,935 | 515.5 | 555.7 | 602.2 | 674.2 | 2,348 | 621 | 689 | 732 | 831 | 2,874 | 3,410 |
| **PROFIT ANALYSIS** | | | | | | | | | | | | | |
| Operating expenses | 167.1 | 593.5 | 158.3 | 168.0 | 181.1 | 193.8 | 701.3 | 188.3 | 205.3 | 216.0 | 221.4 | 831.0 | 953.6 |
| % Revenue | 30.6% | 30.7% | 30.7% | 30.2% | 30.1% | 28.7% | 29.9% | 30.3% | 29.8% | 29.5% | 26.6% | 28.9% | 28.0% |
| Marketing expenses | 200.1 | 737.4 | 205.2 | 209.5 | 226.3 | 246.8 | 887.9 | 242.4 | 258.3 | 273.9 | 308 | 1,083 | 1,274 |
| % Revenue | 36.7% | 38.1% | 39.8% | 37.7% | 37.6% | 36.6% | 37.8% | 39.0% | 37.5% | 37.4% | 37.1% | 37.7% | 37.3% |
| G&A expenses | 78.1 | 281.6 | 70.1 | 74.2 | 81.7 | 85.9 | 311.9 | 83.3 | 91.6 | 96.7 | 107.8 | 379.3 | 444.8 |
| % Revenue | 14.3% | 14.6% | 13.6% | 13.4% | 13.6% | 12.7% | 13.3% | 13.4% | 13.3% | 13.2% | 13.0% | 13.2% | 13.0% |
| EBIT | 100.6 | 322.7 | 81.9 | 104.0 | 113.1 | 147.7 | 446.6 | 107.5 | 133.6 | 145.7 | 193.8 | 580.7 | 737.9 |
| Margin | 18.4% | 16.7% | 15.9% | 18.7% | 18.8% | 21.9% | 19.0% | 17.3% | 19.4% | 19.9% | 23.3% | 20.2% | 21.6% |
| Interest Expense (Inc.) | (1.6) | (9.7) | (2.2) | (1.6) | (2.3) | (3.2) | (9.5) | (4.9) | (4.8) | (5.6) | (7.5) | (22.8) | (32.1) |
| PRETAX - OPER. | 102.2 | 332.3 | 84.1 | 105.9 | 115.4 | 150.8 | 458.2 | 112.4 | 138.4 | 151.3 | 201.3 | 603.4 | 770.1 |
| Margin | 18.7% | 17.2% | 16.3% | 19.0% | 19.2% | 22.4% | 19.4% | 18.1% | 20.1% | 20.7% | 24.2% | 21.0% | 22.6% |
| Taxes | 37.0 | 125.3 | 32.0 | 40.3 | 43.8 | 57.2 | 173.4 | 42.7 | 52.6 | 57.7 | 76.5 | 229.4 | 292.6 |
| Tax Rate | 36.2% | 37.7% | 38.0% | 38.1% | 38.0% | 37.9% | 38.0% | 38.0% | 38.0% | 38.1% | 38.0% | 38.0% | 38.0% |
| Net Inc. Oper. | 65.3 | 207.1 | 52.1 | 65.5 | 71.5 | 93.6 | 282.8 | 69.7 | 85.8 | 93.7 | 124.8 | 374.0 | 477.4 |
| Margin | 12.0% | 10.7% | 10.1% | 11.8% | 11.9% | 13.9% | 12.0% | 11.2% | 12.5% | 12.8% | 15.0% | 13.0% | 14.0% |
| Transaction costs | (0.38) | (62.10) | (25.1) | (88.6) | (4.1) | (118.7) | | | | | | | |
| NET INCOME | 64.7 | 145.0 | 52.1 | 44.0 | (18.0) | 93.6 | 164.1 | 69.7 | 85.8 | 93.7 | 124.8 | 374.0 | 477.4 |
| **EARNINGS PER SHARE** | | | | | | | | | | | | | |
| OPERATIONS | 0.16 | 0.53 | 0.13 | 0.16 | 0.18 | 0.23 | 0.70 | 0.17 | 0.20 | 0.22 | 0.29 | 0.88 | 1.10 |
| Transaction costs | (0.00) | (0.16) | 0 | (0.05) | (0.22) | 0.00 | (0.29) | | | | | | |
| TOTAL EPS | $0.17 | $0.37 | $0.13 | $0.11 | ($0.04) | $0.23 | $0.41 | $0.17 | $0.20 | $0.22 | $0.29 | $0.88 | $1.10 |
| Shares Outstanding | 396.3 | 392.2 | 396.7 | 401.9 | 407.0 | 414.7 | 405.1 | 436.0 | 437.0 | 438.0 | 439.0 | 437.5 | 441.5 |
| **PERCENTAGE ANALYSIS** | | | | | | | | | | | | | |
| Individual Members | | | 8.8% | 8.9% | 6.3% | 7.4% | 7.4% | 11.0% | 13.2% | 15.1% | 16.3% | 16.3% | 12.1% |
| Wholesale Members | | | 19.7% | 24.7% | 27.5% | 22.6% | 22.6% | 23.6% | 22.5% | 21.2% | 20.0% | 20.0% | 16.8% |
| Discount Coupon Members | | | 60.8% | 54.3% | 52.4% | 12.0% | 12.0% | 22.6% | 23.0% | 22.6% | 17.9% | 17.9% | 13.8% |
| Membership & fees | | | 18.8% | 20.6% | 19.7% | 20.8% | 20.0% | 21.1% | 20.5% | 21.4% | 22.9% | 21.5% | 18.6% |
| Software Sales | | | 26.8% | 10.2% | 37.2% | 34.0% | 28.5% | 16.1% | 48.3% | 22.8% | 24.7% | 27.2% | 28.9% |
| Total Revenue | | | 19.7% | 19.2% | 22.3% | 23.5% | 21.3% | 20.6% | 24.0% | 21.6% | 23.3% | 22.4% | 18.7% |
| EBIT | | | 21.7% | 51.7% | 31.2% | 46.8% | 38.4% | 31.3% | 28.5% | 28.9% | 31.2% | 30.0% | 27.6% |
| Pretax - Operations | | | 19.6% | 48.4% | 30.5% | 47.5% | 37.3% | 33.6% | 30.7% | 31.2% | 33.4% | 32.3% | 22.6% |
| Net - Operations | | | 22.2% | 42.9% | 34.3% | 43.4% | 31.2% | 26.1% | 24.0% | 25.0% | 28.5% | 25.8% | 27.1% |
| EPS - Operations | | | 19.2% | 38.7% | 38.5% | 41.1% | 31.7% | 26.1% | 24.0% | 25.0% | 28.5% | 25.8% | 25.1% |
| **MEMBERSHIPS** | | | | | | | | | | | | | |
| Individual Members | 32.87 | 32.87 | 33.09 | 33.72 | 34.43 | 35.30 | 35.30 | 36.74 | 38.17 | 39.61 | 41.05 | 41.05 | 46.00 |
| Wholesale Members | 9.86 | 9.86 | 10.27 | 10.85 | 11.46 | 12.09 | 12.09 | 12.69 | 13.29 | 13.89 | 14.50 | 14.50 | 17.23 |
| Discount Coupon Members | 16.93 | 16.93 | 17.53 | 17.75 | 17.95 | 18.95 | 18.95 | 21.49 | 21.83 | 22.00 | 22.34 | 22.34 | 25.42 |
| Total | 59.65 | 59.65 | 60.88 | 62.32 | 63.84 | 66.34 | 66.34 | 70.92 | 73.29 | 75.50 | 77.88 | 77.88 | 88.64 |

E - Merrill Lynch estimates.

Industry: Retailing - Other Specialty
Investment Strategy Industry Weighting:
INCOME(-), GROWTH(+), CAPITAL APPRECIATION(+)
Technical Analysis Industry Rating: A

Opinion Key [X=a-b-c]: Investment Risk Rating (X): A - Low, B - Average, C - Above Average, D - High. Appreciation Potential Rating (c: Int. Term - 0-12 mo; b: Long Term ->1 yr.): 1 - Buy, 2 - Accumulate, 3 - Neutral, 4 - Reduce, 5 - Sell, 6 - No Rating. Income Rating (c): 7 - Same/Higher, 8 - Same/Lower, 9 - No Cash Dividend.
Copyright 1997 Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S). Approved for publication in the United Kingdom by Merrill Lynch, Pierce, Fenner & Smith Limited, an affiliated company and regulated by The Securities and Futures Authority Limited. The information herein was obtained from various sources; we do not guarantee its accuracy. Additional information available.
Neither the information nor any opinion expressed constitutes an offer to buy or sell any securities or options or futures contracts. MLPF&S, its affiliates, directors, officers, employees and employee benefit programs may have a long or short position in any securities or options of this issuer(s). MLPF&S, its affiliates, directors, officers, employees and employee benefit programs may have a long or short position in any securities or options or futures contracts. MLPF&S and its affiliates may trade for their own accounts as odd-lot dealer, market maker, block positioner and/or arbitrageur in any securities of this issuer(s).
Foreign-currency-denominated securities are subject to fluctuations in exchange rates that could have a positive or adverse effect on the investor's return upon the conversion into local currency of dividends or interest received or proceeds from the sale of such securities. In addition, investors in securities such as ADRs, whose values are influenced by foreign currencies, effectively assume currency risk.