

| Date | Price |
|---|---|
| 01/1990 | 1.6132 |
| 02/1990 | 2.1399 |
| 03/1990 | 2.2551 |
| 04/1990 | 2.0576 |
| 05/1990 | 2.5844 |
| 06/1990 | 2.6337 |
| 07/1990 | 2.4691 |
| 08/1990 | 2.3539 |
| 09/1990 | 2.2551 |
| 10/1990 | 2.1893 |
| 11/1990 | 2.535 |
| 12/1990 | 2.93 |



GOVERNMENT EXHIBIT F 6/29
EX 3058
02CR264

CN-4624

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date | Price |
|---|---|
| 01/1992 | 6.0741 |
| 02/1992 | 6.6914 |
| 03/1992 | 6.1728 |
| 04/1992 | 5.9012 |
| 05/1992 | 6.0988 |
| 06/1992 | 5.9012 |
| 07/1992 | 5.8148 |
| 08/1992 | 5.8889 |
| 09/1992 | 6.1481 |
| 10/1992 | 7.1111 |
| 11/1992 | 7.9259 |
| 12/1992 | 8.5926 |


[REDACTED]

| Date | Price |
|---|---|
| 01/1993 | 8.0741 |
| 02/1993 | 8.0741 |
| 03/1993 | 8.8148 |
| 04/1993 | 9.1481 |
| 05/1993 | 11.333 |
| 06/1993 | 12.333 |
| 07/1993 | 13.556 |
| 08/1993 | 14.778 |
| 09/1993 | 15.889 |
| 10/1993 | 17.00 |
| 11/1993 | 14.833 |
| 12/1993 | 16.00 |

| Date | Price |
|---|---|
| 01/1994 | 14.222 |
| 02/1994 | 13.333 |
| 03/1994 | 14.00 |
| 04/1994 | 13.056 |
| 05/1994 | 13.00 |
| 06/1994 | 12.00 |
| 07/1994 | 13.389 |
| 08/1994 | 15.222 |
| 09/1994 | 14.667 |
| 10/1994 | 14.278 |
| 11/1994 | 13.667 |
| 12/1994 | 14.778 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date | Price |
|---|---|
| 01/1995 | 15.389 |
| 02/1995 | 15.667 |
| 03/1995 | 17.278 |
| 04/1995 | 17.556 |
| 05/1995 | 16.333 |
| 06/1995 | 18.722 |
| 07/1995 | 20.083 |
| 08/1995 | 22.75 |
| 09/1995 | 23.25 |
| 10/1995 | 23.083 |
| 11/1995 | 25.333 |
| 12/1995 | 22.75 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date | Price |
|---|---|
| 01/1996 | 24.583 |
| 02/1996 | 21.75 |
| 03/1996 | 19.50 |
| 04/1996 | 22.00 |
| 05/1996 | 24.667 |
| 06/1996 | 23.667 |
| 07/1996 | 23.167 |
| 08/1996 | 22.917 |
| 09/1996 | 26.583 |
| 10/1996 | 24.50 |
| 11/1996 | 26.50 |
| 12/1996 | 24.25 |

CN-4629

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

| Date | Price |
|---|---|
| 01/1997 | 24.875 |
| 02/1997 | 24.125 |
| 03/1997 | 22.50 |
| 04/1997 | 21.125 |
| 05/1997 | 23.00 |
| 06/1997 | 25.813 |
| 07/1997 | 24.625 |
| 08/1997 | 23.688 |
| 09/1997 | 31.00 |
| 10/1997 | 29.563 |
| 11/1997 | 28.766 |
| 12/1997 | 34.375 |



| Date | Price |
|---|---|
| 01/1998 | 33.875 |
| 02/1998 | 37.50 |
| 03/1998 | 39.75 |
| 04/1998 | 19.063 |

■■■■■■■■■■■■■■■■■■■■■■

| Date | Price |
|---|---|
| 01/1991 | 3.3086 |
| 02/1991 | 3.6543 |
| 03/1991 | 4.3704 |
| 04/1991 | 4.3457 |
| 05/1991 | 5.1358 |
| 06/1991 | 4.8395 |
| 07/1991 | 4.9136 |
| 08/1991 | 4.9383 |
| 09/1991 | 5.6296 |
| 10/1991 | 5.3333 |
| 11/1991 | 5.2099 |
| 12/1991 | 6.1235 |