

CUC International/Cendant Monthly Closing Price

*Note: April 1998 reflects trading information as of April 16, 1998.