## PROFFER AGREEMENT

With respect to the interview of Kevin Kearney by Paul A. Weissman and Mark Winston, Assistant United States Attorneys for the District of New Jersey, and agents of the Federal Bureau Investigation and the United States Postal Inspection Service to be held on August 24, 1998, the following understandings apply:

1.  Any statements made by Mr. Kearney or his counsel, Robert Fettweis, Esq., during the course of the interview will not be used against him by the Government in any subsequent criminal proceeding in which he is a defendant, subject to the exceptions set forth in Paragraph 2 below.

2.  Notwithstanding anything in Paragraph 1 above:

    a.  The Government may use any information derived from the interview directly or indirectly for the purpose of obtaining leads to other evidence, and may use that other evidence against Mr. Kearney in any manner;

    b.  In the event that, in any subsequent criminal proceeding, Mr. Kearney gives testimony or presents other evidence which is substantially contrary to his statements in the interview, the Government may use those statements and all evidence obtained directly or indirectly therefrom for the purpose of cross-examining him or in rebuttal testimony against him; and

    c.  In the event that Mr. Kearney is convicted or pleads guilty in any subsequent criminal proceeding, Mr. Kearney's statements in the interview and all evidence obtained

DEFENDANT'S EXHIBIT 2367

- 2 -

directly or indirectly therefrom (i) may be disclosed by the Government to the sentencing Court to the extent necessary to fulfill the Government's obligation to provide the Court with all information in its possession relevant to sentence; and (ii) may be used by the Court in determining the guideline range applicable to Mr. Kearney's sentencing under the United States Sentencing Guidelines.

FAITH S. HOCHBERG
United States Attorney

By: PAUL A. WEISSMAN
Assistant U.S. Attorney

ACCEPTED AND AGREED TO:

KEVIN KEARNEY

ROBERT FETTWEIS, Esq.
Counsel to Kevin Kearney

Date: 8-6y c 48