# EXHIBIT A

# TO

# MIL NO. 16

NOV 03 '05 13:47 FR MAYER, BROWN, ROWE&MAW 212 262 1910 TO 912602931651 P.02
Case 3:02-cr-00264-AHN  Document 2381-2  Filed 06/15/2006  Page 2 of 7

Received 11/03/2005 01:24PM in 00:52 on line [0] for TM006315 * Pg 2/2
11-03-2005  14:25  From-ERNST & YOUNG LLP         2127733920        T-982  P.002/002  F-822

# DECLARATION

My name is Michele S. Grossman. I am of sound mind and capable of making this Declaration. I am an employee of Ernst & Young LLP ("Ernst & Young"). Based on personal knowledge and inquiry, I am familiar with the regularly conducted activities of Ernst & Young, and documents created during the course of those regularly conducted activities.

Attached hereto as Exhibit A is an index identifying by Bates number documents representing true and accurate copies of original records of Ernst & Young. I have reviewed the documents listed on Exhibit A, and I have determined that these documents were provided to Ernst & Young by CUC International, Inc., which was then a client of Ernst & Young; and that the handwritten notations on the documents were made by representatives of Ernst & Young (with the exception of the fax post-it on EYS 10/96 000217). I have determined that the aforementioned documents were received, and the notations by Ernst & Young contained therein were made, as a regular practice during the regularly-conducted activity of Ernst & Young, at or near the document dates, by a person with knowledge of those matters; that Ernst & Young kept these documents in the ordinary course of its business; that they are integrated into Ernst & Young's files; and that they were relied upon in the ordinary course of Ernst & Young's business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November 2005.

Michele S. Grossman

17332303

## DECLARATION

My name is Lee J. Goldberg. I am of sound mind, capable of making this Declaration and personally acquainted with the facts herein stated. I am an employee of Ernst & Young LLP ("Ernst & Young"). I am familiar with the regularly conducted activities of Ernst & Young, and documents created during the course of those regularly conducted activities.

I have reviewed the document attached to this certification, which is identified as Defendant's Exhibit No. 1081 and Bates-numbered EYS R 002267-2268. I have determined that this document is a true and accurate copy of an original record of Ernst & Young; that it was provided to Ernst & Young by CUC International, Inc., which was then a client of Ernst & Young; and that the handwritten notations on page 1 of this document, which is Bates-numbered EYS R 002267, were made by representatives of Ernst & Young. I have determined that the aforementioned document was received, and the notations by Ernst & Young contained therein were made, as a regular practice during the regularly-conducted activity of Ernst & Young, and at or near the time the matters set forth in it occurred by, or from information transmitted by, a person with knowledge of those matters; that Ernst & Young kept this document in the ordinary course of its business; that it is integrated into Ernst & Young's files; and that it was relied upon in the ordinary course of Ernst & Young's business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of July 2004.

_____
Lee J. Goldberg

## DECLARATION

My name is Lee J. Goldberg. I am of sound mind, capable of making this Declaration and personally acquainted with the facts herein stated. I am an employee of Ernst & Young LLP ("Ernst & Young"). I am familiar with the regularly conducted activities of Ernst & Young, and documents created during the course of those regularly conducted activities.

I have reviewed the documents attached to this certification, which are Bates-numbered EYS 1/97 000577-591 and EYS 7/97 000050-54. I have determined that these documents are true and accurate copies of original records of Ernst & Young; that the documents and information prepared by Ernst & Young contained therein <u>were made as a regular practice during the regularly-conducted activity of Ernst & Young, and</u> were made at or near the time the matters set forth in them occurred by, or from information transmitted by, a person with knowledge of those matters; that Ernst & Young kept these documents in the ordinary course of its business; that they are integrated into Ernst & Young's files; and that they were relied upon in the ordinary course of Ernst & Young's business.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 27 day of July 2004.

_____
Lee J. Goldberg

DEFENDANT'S
EXHIBIT
31,319

## DECLARATION

My name is Lee J. Goldberg. I am of sound mind, capable of making this Declaration and personally acquainted with the facts herein stated. I am an employee of Ernst & Young LLP ("Ernst & Young"). I am familiar with the regularly conducted activities of Ernst & Young, and documents created during the course of those regularly conducted activities.

I have reviewed the documents attached to this certification, which are Bates-numbered EYS 1/97 000577-591 and EYS 7/97 000050-54. I have determined that these documents are true and accurate copies of original records of Ernst & Young; that the documents and information prepared by Ernst & Young contained therein were made as a regular practice during the regularly-conducted activity of Ernst & Young, and were made at or near the time the matters set forth in them occurred by, or from information transmitted by, a person with knowledge of those matters; that Ernst & Young kept these documents in the ordinary course of its business; that they are integrated into Ernst & Young's files; and that they were relied upon in the ordinary course of Ernst & Young's business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of July 2004.

_____
Lee J. Goldberg

DEFENDANT'S EXHIBIT
31,319

## DECLARATION

My name is Lee J. Goldberg. I am of sound mind, capable of making this Declaration and personally acquainted with the facts herein stated. I am an employee of Ernst & Young LLP ("Ernst & Young"). I am familiar with the regularly conducted activities of Ernst & Young, and documents created during the course of those regularly conducted activities. Attached hereto as Exhibit A is an index identifying by exhibit number and Bates number documents representing true and accurate copies of the original records of Ernst & Young.

Regarding the indexed documents, I have determined that the documents and information prepared by Ernst & Young contained therein were made as a regular practice during the regularly-conducted activity of Ernst & Young, and were made at or near the time the matters set forth in them occurred by, or from information transmitted by, a person with knowledge of those matters; that Ernst & Young kept these documents in the ordinary course of its business; that they are integrated into Ernst & Young's files; and that they were relied upon in the ordinary course of Ernst & Young's business.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6 day of July 2004.

_____
Lee J. Goldberg

## DECLARATION

My name is Lee J. Goldberg. I am of sound mind, capable of making this Declaration and personally acquainted with the facts herein stated. I am an employee of Ernst & Young LLP ("Ernst & Young"). I am familiar with the regularly conducted activities of Ernst & Young, and documents created during the course of those regularly conducted activities. Attached hereto as Exhibit A is an index identifying by exhibit number and Bates number documents representing true and accurate copies of the original records of Ernst & Young.

Regarding the indexed documents, I have determined that the documents and information prepared by Ernst & Young contained therein <u>were made as a regular practice during the regularly-conducted activity of Ernst & Young,</u> and were made at or near the time the matters set forth in them occurred by, or from information transmitted by, a person with knowledge of those matters; that Ernst & Young kept these documents in the ordinary course of its business; that they are integrated into Ernst & Young's files; and that they were relied upon in the ordinary course of Ernst & Young's business.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of June 2004.

_____
Lee J. Goldberg