# EXHIBIT A

# TO

# MIL NO. 17

```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                        CIVIL NO. 1664(WHW)


IN RE: CENDANT LITIATION,     :
                              :         TRANSCRIPT OF
                              :         (PROCEEDINGS)
                              :
- - - - - - - - - - - - - - - -
                                        Newark, New Jersey
                                        March 8, 2001

B E F O R E:

                THE HONORABLE WILLIAM H. WALLS,
                UNITED STATES DISTRICT JUDGE
```

---

Pursuant to Section 753 Title 28 United States Code, the following transcript is certified to be an accurate record as taken stenographically in the above-entitled proceedings.

_____
Yvonne Davion
Official Court Reporter

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
 2                     CIVIL NO. 1664(WHW)

 3

 4   IN RE: CENDANT LITIATION,    :
                                  :           TRANSCRIPT OF
 5                                :           (PROCEEDINGS)
                                  :
 6   - - - - - - - - - - - - - - -
                                              Newark, New Jersey
 7                                            March 8, 2001

 8   B E F O R E:

 9              THE HONORABLE WILLIAM H. WALLS,
                UNITED STATES DISTRICT JUDGE
10

11

...

17       Pursuant to Section 753 Title 28 United States Code, the
     following transcript is certified to be an accurate record as
18   taken stenographically in the above-entitled proceedings.

19
                        _____
20                             Yvonne Davion
21                           Official Court Reporter
```

```
                                                                    2

 1

 2     JOHN J. CARNEY, ESQ.
       For the Government
 3
       CARL GREENBERG, ESQ.   (Budd, Larner,Gross, Rosenbaum, Greenberg
 4     & Sade)
       For Cendant
 5
       HERBERT J. STERN, ESQ. (Stern & Greenberg)
 6     For HFS

 7     GREG DANILOW, ESQ. (Weil, Gotshal & Manges)
       For CUC
 8
       RICHARD SCHAEFFER, ESQ.
 9     For Shelton

10     GREG DESKANT, ESQ.
       For Cendant
11
       SAMUEL KADET, ESQ.
12     For Cendant

13     WALTON BADER, ESQ.
       Shriners Hospital for Children
14
       DOUGLAS EAKELEY, ESQ.
15     ALAN SALPETER,ESQ. and
       and
16     KAREN JACOBS, ESQ.
       For Ernst & Young

17

18

19

20

21

22

23

24

25
```

1   MR. CARNEY: If I am there during the depositions I
2   won't be preparing for the criminal trial or I will be delayed
3   preparing for the criminal trial and that's my second point.
4   The more that the government and the defense, the parties to
5   the criminal action have to focus on the civil matter, the less
6   they can focus on the criminal matter.
7   THE COURT: There are various factors for me to
8   consider. What about, you know, you talk about the interest of
9   the government which obviously is the public interest in
10  prosecuting alleged criminal activity. What about the
11  harried -- what about the public interest represented by the
12  harried investors who have been waiting to be compensated for
13  what they consider the fraudulent activity that gives rise to
14  the civil activity?
15  MR. CARNEY: I understand your Honor and obviously
16  that's an important issue.
17  THE COURT: Some even argue that some may die in the
18  meantime and they argue that memories may fade.
19  MR. CARNEY: I understand that your Honor but what
20  will happen is -- the first thing the government wants to make
21  clear is the criminal case and the civil cases are in the
22  Government's view almost identical.
23  THE COURT: That may well be, so go ahead. So having
24  said that, if you win does that help close out the civil?
25  MR. CARNEY: I believe it absolutely does, your Honor.

1   THE COURT: How?
2   MR. CARNEY: Well, first of all, I believe the
3   government's going to be victorious at trial. And in the
4   criminal proceeding all of this, there will be lengthy
5   testimony in the function of having to depose these people, the
6   recollection of all the people who know about the fraud will be
7   made public, will be made on the record and will be transcribed
8   by your court reporter. So the recollections aren't going to
9   fade. In fact they are going to be locked in probably more
10  quickly if we get an early trial date in the case.
11       If the government is able to, as are in the papers, if
12  the government is going is able to secure a victory, obviously
13  it will have tremendous effect upon Mr. Forbes and Mr. Shelton
14  in the civil case. And I would also argue that it would have
15  an important impact upon Ernst & Young. Ernst & Young is
16  bright, when I say that, a part of our allegations in our
17  indictment is that Ernst & Young were lied to, that they were
18  misled.
19       THE COURT: Yeah, they want to clear their reputation.
20       MR. CARNEY: We want to prove the allegation in the
21  indictment, and significantly they are the same. We would like
22  to put on proof that in a criminal trial that Ernst & Young was
23  lied to, that they were misled. And so you know their interest
24  in being vindicated I think might even be stronger to have the
25  government be the one to vindicate them.

1    So I think that's -- I feel strongly that allowing the
2    civil case to go forward would only complicate matters as to
3    available lay witnesses for the government, the fact that a
4    number of witnesses will probably assert their fifth amendment
5    privilege, even though I know the Court doesn't believe that's
6    the wise thing to do, but they do maintain that right.  This
7    will only complicate matters and bring matters back before this
8    Court and before the magistrate instead of streamlining the
9    whole process make it go quicker for this court and having the
10   criminal case go as quickly as possible.  And your Honor has
11   obviously a great amount of control over setting when we can go
12   to trial.
13       The government is going to be ready to go soon in the
14   criminal case and we respect the fact that the defense is going
15   to have to build their defense.  They will need some time.
16   They're not going to need a year.  We should do this in a
17   realistic time frame.  Carve in stone.  I would like a trial
18   date in the fall in the criminal matter.
19       THE COURT:  The fall of what year?
20       MR. CARNEY:  The fall of this year, your Honor.  I
21   recognize the fact that my opponent --
22       THE COURT:  Your opponents are not here.  I appreciate
23   that.
24       MR. CARNEY:  And I recognize they are going to
25   probably want a longer period of time and the Court's going to

1  have to decide what's truly fair and maybe something in the
2  middle would be the right result. But I mean the government
3  wants to get to this as quickly as possible get this things on
4  trial, resolve the criminal matter, and then allow the civil
5  matter to proceed, to the extent that there's anything even
6  left.
7      The government was careful not to just ask for you
8  know a global stay of the whole thing.
9      THE COURT: I appreciate that. You asked for, as you
10 say, just a portion of those persons who are subject to
11 discovery. I understand that.
12     MR. CARNEY: Right. And I took you know great care in
13 trying to carve the number down as low as possible, but being
14 realistic and protecting the government's case. And I think
15 the Court is aware that this criminal matter is no ordinary
16 criminal matter. It's no run of the mill type of case. It has
17 a tremendous impact upon not only the defendants but truly upon
18 the public's interest. Because what is alleged to have
19 happened here is that the captains of a major public company
20 engaged in a type of earnings management which is fraud. And
21 if anything, this type of case is the type of thing that's
22 going to have the effect upon other, you know, CEO and chairman
23 and public companies and they are going to say look it's not
24 just going to be a suit here, a class action suit. It's not
25 just going to be the auditor suing the company. What's going

# EXHIBIT B

# TO

# MIL NO. 17

## Simon, Barry

| | |
|---|---|
| **From:** | Gross, Norman (USANJ) [Norman.Gross@usdoj.gov] |
| **Sent:** | Friday, May 26, 2006 9:17 AM |
| **To:** | lucia_brooks@ctd.uscourts.gov; Simon, Barry |
| **Cc:** | Martinez, Michael (USANJ); Coyne, Mark (USANJ) |
| **Subject:** | U.S. v. Walter Forbes, 3:02cr264(AHN); corrected Opposition to Forbes Third Trial Motion In Limine No. 17 |
| **Attachments:** | 05 26 06 Corrected Govt Opp to FTTMIL17.final.pdf |

Ms. Brooks and Counsel:

Yesterday, the Government filed its Opposition to Forbes' Motion to Preclude Hearsay Statements from Ernst & Young During the Testimony of Anne Pember (Opposition to Forbes Third Trial Motion In Limine No. 17). Footnote 3 of that brief states:

> Notably, Forbes made no contemporaneous objection to the statements in the Government's rebuttal argument that he now claims were improper. Nor did Forbes even raise this point in his submission lodging 27 objections to the Government's one hour and twenty-two minute rebuttal summation. Docket No. 2020.

After filing the brief, we realized that the foregoing statement was incorrect, and that Forbes' counsel had in fact objected to the portion of the Government's rebuttal summation identified in Forbes' motion. Accordingly, the Government is filing today a corrected version of its Opposition to Forbes Third Trial Motion In Limine No. 17, which omits that footnote, but is otherwise identical to the version filed yesterday. The Government's analysis of Forbes' argument is not affected by its erroneous statement regarding the absence of an objection. The corrected brief is attached to this email.

Please accept my apologies for any inconvenience caused by this oversight.

Respectfully submitted,

AUSA Norman Gross

<<05 26 06 Corrected Govt Opp to FTTMIL17.final.pdf>>

6/13/2006