# EXHIBIT 1

**CUC INTERNATIONAL INC.**
707 Summer Street
Stamford, CT 06901


cc: cosmo

# F A X   C O V E R   S H E E T

**DATE:** June 19, 1996

**TO:** Clifford E. Neimeth
Weil, Gotshal & Manges   **FAX:** (212) 735-4777

**FROM:** Amy N. Lipton   **PHONE:** (203) 965-5129
CUC International Inc.   **FAX:** (203) 348-1982
**EMAIL:** alipton@cuc.com

> The information contained in this facsimile message is intended only for the use of the individual or entity named above and may be attorney privileged and confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to the attention of the sender, at our cost, to CUC International Inc., 707 Summer Street, Stamford, Connecticut 06901. Thank you.

Number of pages including cover sheet: 3

---

**Message**

DEFENDANT'S EXHIBIT 1034

112672

Rider 82-1
In determining the amount of the reserve related to these outstanding litigation matters [delete unless absolutely necessary:(approximately $ 80-100 million)], CUC International estimated the cost of settling these litigation matters. In estimating the cost of settling these matters, CUC International considered potential liabilities related to these matters and the estimated cost of prosecuting and defending them (including both out- of-pocket costs, such as attorneys' fees, and the cost to CUC International of having its management involved in numerous complex litigation matters ). CUC International considered all of these litigation-related costs and liabilities, as well as integration and transaction costs, in determining the agreed upon exchange ratio.

In determining the amount of the reserve related to CUC's proposed integration and consolidation efforts, CUC International estimated the

112673

⁝⁝⁝ʟɴⅰST:R(M)   14-JUN-96   16:13   MERRILL/CORPORATE   (212) 820-5800   LEVEL(s) 12—13
(NY.N08384) N08384PD.A;68   SEQ: 2   Chksum: 31310

...ch period. Historical weighted average common and dilutive common equivalent outstand-
...of Company Common Stock, Davidson Common Stock and Ideon Common Stock for each
...ve been adjusted to reflect the Exchange Ratio in respect of the Merger (i.e., 1.225), the
...ge ratio in respect of the Davidson Merger (i.e., .85) and the Ideon Conversion Number in
...ct of the Ideon Merger (determined in accordance with the calculation set forth in note (c) above).
...addition, the weighted average number of common and dilutive common equivalent outstanding
...ares have been adjusted for, and give effect to in the case of CUC International, the 3:2 split of the
CUC International Common Stock effected on June 30, 1995, in the case of the Company, the 2:1 split
of the Company Common Stock effected on February 17, 1995 and in the case of Davidson, the 2:1 split
of the Davidson Common Stock effected on August 23, 1995.

(f) The unaudited pro forma condensed combined balance sheet includes integration and transaction costs associated with the Ideon Merger as well as costs relating to certain outstanding litigation matters, previously discussed in Ideon's public filings, giving consideration to CUC International's intended approach to these matters subsequent to the Merger, which are estimated by CUC International's management to approximate $125.0 million ($80.0 million after tax effect). CUC International considered these estimated liabilities in determining the agreed upon exchange ratio. As a result of these integration and consolidation efforts, there will be significant severance costs to be accrued upon the consummation of the Ideon Merger and costs relating to the expected obligations for certain third-party contracts (e.g., existing leases and vendor agreements) to which Ideon is a party and which are neither terminable at will nor automatically terminated upon a change-in-control of Ideon. CUC International expects to incur significant integration costs because Ideon's credit card registration and enhancement services are substantially similar to CUC International's credit card registration and enhancement services. All of the business activities related to these operations currently performed by Ideon's Jacksonville, Florida office will be transferred to CUC International's Comp-U-Card Division in Stamford, Connecticut promptly after the consummation of the Merger. CUC also expects that there will be additional consolidation affecting other parts of Ideon's business that are substantially the same as CUC International's existing businesses. CUC International does not expect any loss in revenue as a result of these integration and consolidation efforts. The unaudited pro forma condensed combined statements of income do not include integration and transaction costs associated with the Ideon Merger as well as costs relating to certain outstanding litigation matters previously discussed in Ideon's public filings, giving consideration to CUC International's intended approach to these matters, subsequent to the completion of the Ideon Merger and costs and expenses associated with the Merger and the Davidson Merger which are expected to approximate $25.0 million in the aggregate.

[handwritten: Insert 87-1]

(g) Reclassification to conform Ideon's deferred membership income to CUC International's presentation.

(h) To reflect Davidson's proposed acquisition of a warehouse facility, excluding any costs of improvement of the facility which have not yet been determined. The pro forma effect on the results of operations has been excluded as the amounts involved are not significant to Davidson's and the pro forma combined results of operations.

82

112674

```
••• TRANSMISSION REPORT •••

PRINT TIME 06/19 '96 11:51  ID: CUC LEGAL


D-  FILE START      MODE      LOCATION              STORE  TX    RX    TOTAL   CODE
No. No.  TIME                                       PAGE   PAGE  PAGE  TIME
00  099  06/19 11:49 TX       12127354777           3      3     0     01'29"  OK

                                                    REM.  RELAY
                                                    COPY  GROUP No.
```

**CUC INTERNATIONAL INC.**
707 Summer Street
Stamford, CT 06901

# F A X   C O V E R   S H E E T

**DATE:** June 19, 1996

**TO:** Clifford E. Neimeth
Weil, Gotshal & Manges    **FAX:** (212) 735-4777

**FROM:** Amy N. Lipton       **PHONE:** (203) 965-5129
CUC International Inc.    **FAX:** (203) 348-1982
                          **EMAIL:** alipton@cuc.com

The information contained in this facsimile message is intended only for the use of the individual or entity named above and may be attorney privileged and confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to the attention of the sender, at our cost, to CUC International Inc., 707 Summer Street, Stamford, Connecticut 06901. Thank you.

112675