UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
| | : | |
| V. | : | June 27, 2006 |
| | : | |
| WALTER A. FORBES and | : | |

**MOTION OF THE UNITED STATES REGARDING THE SCHEDULING OF ORAL ARGUMENT ON PENDING MOTIONS IN LIMINE AND OTHER PENDING MOTIONS DIRECTED TO THE UNITED STATES**

As the Court is aware, defendant Walter Forbes has filed twenty-two third trial motions in limine with this Court, and has requested oral argument for each of those motions. Forbes has also filed two other motions directed to the Government for which he has requested oral argument: Forbes' Third Trial Motions 2 and 3, Dockets 2189 and 2229.[1] The parties' memoranda of law regarding those twenty-four motions for which Forbes has sought argument number in the many hundreds of pages, and Forbes has submitted thousands of pages of exhibits in support of his motions.

The Government has filed a single third trial motion in limine, Docket 2259, and has not requested oral argument on any of the pending motions.

The Court has previously scheduled oral argument for six of Forbes' third trial motions directed to various third parties,

---

[1] Forbes has filed additional third trial motions directed to the Government for which he has not requested oral argument. Dockets 2181 and 2182.

and given two weeks advance notice of the argument date. Docket 2398. Given the substantial volume of in limine and other motions for which Forbes has sought argument, the Government respectfully requests that, in the event that the Court directs oral argument for any of the pending motions other than those identified in Docket 2398, the Court take the following steps to facilitate the parties' preparation for oral argument:

(1) identify which of those motions will be the subject of oral argument;

(2) schedule no more than six motions for argument on any one day and no more than twelve motions for argument in any week; and

(3) provide the parties with at least two weeks notice of any argument dates.

The Court has previously stated that it will not entertain argument on motions during the month of August. Additionally, the Government requests that:

(a) oral argument not be scheduled on Friday, July 28, 2006 to accommodate a previously scheduled and paid vacation for one of the Assistant United States Attorneys assigned to this case; and

(b) oral argument on the following motions not be scheduled during the week of July 10-14, 2006 to accommodate an oral argument by one of the assigned AUSAs in the Third Circuit Court of Appeals currently scheduled for that week:

(i) Forbes' Third Trial Motions In Limine Numbers 2 (Docket

2

2185), 4 (Docket 2273), 7 (Docket 2246), 12 (Docket 2248), 16 (Docket 2250), 17 (Docket 2249), 18 (Docket 2251), and 20 (Docket 2270); and

(ii) Government's Third Trial Motion In Limine (Docket 2259).

                        Respectfully submitted,

                        CHRISTOPHER J. CHRISTIE
                        Special Attorney
                        U.S. Department of Justice

*Norman Gross/s*

By: NORMAN GROSS

    Special Attorney
    U.S. Department of Justice
    Federal Bar No. 24933

Dated: June 27, 2006
Newark, New Jersey

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this day I caused to be served a copy of the Motion of the United States Regarding the Scheduling of Oral Argument on Pending Motions In Limine and Other Pending Motions Addressed to the United States via email on:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com

*Norman Gross/s*
NORMAN GROSS
U.S. Department of Justice

Dated: June 27, 2006
       Camden, New Jersey