UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:02CR264 (AHN) |
| WALTER A. FORBES. | ) | July 7, 2006 |
| | ) | |

## MOTION OF DEFENDANT WALTER A. FORBES FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF FORBES THIRD TRIAL MOTION NO. 4

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves for leave to file the attached six-page, Supplemental Memorandum in Support of His Motion for Leave to Issue Rule 17(c) Subpoenas to Cosmo Corigliano, Kramer Levin, Fried Frank, Neil Cartuciello, and Crystal Journey Candles (Forbes Third Trial Motion No. 4) in order to address a question raised by the Court during oral argument, and counsel for Mr. Corigliano's erroneous statement of law at oral argument that the Court must find that documents are admissible – not only potentially admissible – in order to permit Mr. Forbes to serve the requested Rule 17(c) subpoenas.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)

(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: July 7, 2006

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Leave to File a Supplemental Memorandum in Support of Forbes Third Trial Motion No. 4, and the proposed Supplemental Memorandum itself, to be filed electronically and to be served on July 7, 2006 to the following via e-mail:

> Norman Gross, Esq. (norman.gross@usdoj.gov)
> Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
> Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)
> Eric Tirschwell, Esq. (etirschwell@kramerlevin.com)

and to be sent on July 7, 2006 to the following by Fed Ex:

> Susan Brune, Esq.
> Brune & Richard LLP
> 80 Broad Street, 30th Floor
> New York, NY 10004
>
> Kathleen Cody, Esq.
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C. 20549-9162

_____
Barry S. Simon