# EXHIBIT A

ct of

)

tates for
Criminal
the pro-
the trial
arles W.
Motion.
emoran-
urt hav-
is hereby

nd made
d day of

l for the
certified
chard M.
is
lair, Spe-
suitable
Executive
22nd day
rvice.

A,
Judge.



United States District Court for the District of Columbia

No. 74-110

UNITED STATES OF AMERICA

*v.*

JOHN N. MITCHELL, ET AL.

To Richard M. Nixon, The White House, Washington, D.C., or any subordinate officer, official, or employee with custody or control of the documents or objects hereinafter described on the attached schedule.

You are hereby commanded to appear in the United States District Court for the District of Columbia at Constitution Ave. & John Marshall Place in the city of the District of Columbia on the day of 1974 at ten o'clock A.M. to testify in the case of *United States* v. *John N. Mitchell, et al.* and bring with you the documents or objects listed on the attached schedule.

This subpoena is issued upon application of the [1] United States.

APRIL 16, 1974.

LEON JAWORSKI,
*Attorney for the United States,*
1425 K St. N.W., Washington, D.C.
*Address*

JAMES F. DAVEY,
*Clerk.*

By ROBERT L. LINE,
*Deputy Clerk.*

[1] Insert "United States," or "defendant" as the case may be.

RETURN

Received this subpoena at on and on at served it on the within named by delivering a copy to h and tendering to h the fee for one day's attendance and the mileage allowed by law.[1]

By ..................

Dated:

.................., 19..

Service Fees

Travel .......... $

Service .......... ..........

Total .......... $

SCHEDULE OF DOCUMENTS AND OBJECTS TO BE PRODUCED BY OR ON BEHALF OF RICHARD M. NIXON

All tapes and other electronic and/or mechanical recordings or reproductions, and any memoranda, papers, transcripts, and other writings, relating to:

1. (a) Meeting on June 20, 1972, between the President and Charles W. Colson from 2:20 to 3:30 p.m. in the President's Executive Office Building office ("EOB"); (b) telephone conversation on June 20, 1972, between the President and Mr. Colson from 8:04 to 8:21 p.m. (placed from the EOB); and (c) telephone conversation between the President and Mr. Colson from 11:33 p.m. on June 20, 1972, to 12:05 a.m. on June 21, 1972 (placed from residence portion of the White House).

2. Three meetings on June 23, 1972, between the President and H. R. Haldeman from 10:04 to 10.39 a.m., from 1:04 to 1:13 p.m., and from 2:20 to 2:45 p.m. According to information furnished by the White House, the first meeting occurred in the Oval Office, and the third, in the EOB, with Ronald Ziegler in both cases present for part of the time. According to Mr. Haldeman's logs, the second meeting occurred in the Oval Office.

[1] Fees and mileage need not be tendered to the witness upon service of a subpoena issued in behalf of the United States or an officer or agency thereof. 28 USC 1825.

3. Meeting on the morning of November 15, 1972, among or between Messrs. Haldeman, John Ehrlichman, and John W. Dean, III in the President's office at Camp David.

4. Meeting and telephone conversation on January 5, 1973, between the President and Mr. Colson from 12:02 to 1:02 p.m. in the EOB and from 7:38 to 7:58 p.m. (placed from Camp David) respectively.

5. Meeting or telephone conversation in or about late January 1973 between the President and Mr. Colson in which E. Howard Hunt, Jr. was discussed.

6. Meetings between the President and Mr. Colson in the Oval Office on February 13, 1973, from 9:48 to 10:52 a.m. and on February 14, 1973, from 10:13 to 10:49 a.m. respectively.

7. Meeting on or about February 20, 1973, between the President and Mr. Haldeman in which Jeb Stuart Magruder was discussed.

8. Meeting on February 27, 1973, between the President and Mr. Dean from 3:55 to 4:20 p.m. in the Oval Office.

9. Meeting on March 17, 1973, between the President and Mr. Dean from 1:25 to 2:10 p.m. in the Oval Office.

10. Meetings on March 20, 1973, between the President and Mr. Haldeman from 10:47 a.m. to 12:10 p.m. (with Mr. Ehrlichman present from 11:40 a.m. on) and from 6:00 to 7:10 p.m. According to Mr. Haldeman's logs, these meetings occurred in the Oval Office.

11. Telephone conversation on March 20, 1973, between the President and Mr. Dean from 7:29 to 7:43 p.m.

12. Meeting on March 21, 1973, between the President and Mr. Ehrlichman from 9:15 to 10:12 a.m. in the Oval Office.

13. Telephone conversation on March 21, 1973, between the President and Mr. Colson from 7:53 to 8:24 p.m.

14. Meeting on March 22, 1973, between the President and Mr. Haldeman from 9:11 to 10:35 a.m. According to Mr. Haldeman's logs, this meeting occurred in the EOB.

15. Meeting on March 27, 1973, between the President and Mr. Ehrlichman from 11:10 a.m. to 1:30 p.m.,

with Mr. Haldeman present from 11:35 a.m. on. Mr. Ziegler and Stephen B. Bull were also present for parts of the time. According to Mr. Haldeman's logs, this meeting occurred in the EOB.

16. Meeting on March 30, 1973, between the President and Mr. Ehrlichman from 12:02 to 12:18 p.m. Mr. Ziegler may also have been present.

17. Telephone conversation on April 12, 1973, between the President and Mr. Colson from 7:31 to 7:48 p.m. (placed from residence portion of the White House).

18. Meeting on April 14, 1973, between the President and Mr. Ehrlichman from 8:55 to 11:31 a.m. in the EOB, with Mr. Haldeman present from 9:00 to 11:30 a.m.

19. Meeting on April 14, 1973, between the President and Mr. Haldeman from 1:55 to 2:13 p.m. in the Oval Office.

20. Meetings on April 14, 1973, among or between the President and Messrs. Ehrlichman and Haldeman from 2:24 to 3:55 p.m. and from 5:15 to 6:45 p.m. in the Oval Office and the EOB respectively.

21. Telephone conversation on April 14, 1973, between the President and Mr. Haldeman from 11:02 to 11:16 p.m. (placed from residence portion of the White House).

22. Telephone conversation on April 14, 1973, between the President and Mr. Ehrlichman from 11:22 to 11:53 p.m. (placed from residence portion of the White House).

23. Meeting on April 15, 1973, between the President and Mr. Ehrlichman from 10:35 to 11:15 a.m. (time approximate) in the Oval Office.

24. Telephone conversation on April 15, 1973, between the President and Mr. Haldeman from 3:27 to 3:44 p.m. (placed from the EOB).

25. Telephone conversation on April 16, 1973, between the President and Mr. Haldeman from 12:08 to 12:23 a.m. (placed from residence portion of the White House).

26. Telephone conversations on April 15, 1973, between the President and Mr. Ehrlichman from 8:18 to 8:22 a.m. and from 9:27 to 9:49 p.m. (placed from and

received in residence portion of the White House respectively).

27. Meetings on April 16, 1973, among or between the President and Messrs. Haldeman and Ehrlichman from 9:50 to 9:59 a.m. and from 10:50 to 11:04 a.m., both in the Oval Office.

28. Meeting on April 16, 1973, between the President and Mr. Haldeman from noon to 12:31 p.m. in the Oval Office.

29. Meeting on April 16, 1973, between the President and Mr. Ehrlichman from 3:27 to 4:02 p.m. in the EOB. Mr. Ziegler was present from 3:35 p.m. on.

30. Meeting on April 17, 1973, between the President and Mr. Haldeman from 9:47 to 9:59 a.m. in the Oval Office.

31. Three meetings on April 17, 1973, among or between the President and Messrs. Haldeman and Ehrlichman from 12:35 to 2:20 p.m. in the Oval Office (with Mr. Ziegler present for part of the time), from 3:50 to 4:35 p.m. in the Oval Office, and from 5:50 to 7:14 p.m. in the EOB (with then Secretary William P. Rogers present for part of the time).

32. Telephone conversation on April 18, 1973, between the President and Mr. Haldeman from 12:05 to 12:20 a.m. (placed from residence portion of the White House).

33. Meeting on April 18, 1973, between the President and Mr. Ehrlichman from 3:05 to 3:23 p.m. in the Oval Office.

34. Meeting on April 18, 1973, among or between the President and Messrs. Haldeman and Ehrlichman from 6:30 to 8:05 p.m. in Aspen Lodge, Camp David.

35. Meeting on April 19, 1973, among or between the President and Messrs. Haldeman and Ehrlichman from 9:31 a.m. to 10:12 a.m. in the Oval Office.

36. Meetings on April 19, 1973, between the President and Mr. Ehrlichman from 1:03 to 1:30 p.m. and from 5:15 to 5:45 p.m. in the Oval Office and the EOB respectively.

37. Telephone conversation on April 19, 1973, between the President and Mr. Haldeman from 9:37 to 9:35 p.m (placed from the EOB).

38. Telephone conversation on April 19, 1973, between the President and Mr. Ehrlichman from 10:54 to 11:04 p.m. (received in residence portion of the White House).

39. Meetings on April 20, 1973, between the President and Mr. Haldeman from 8:15 to 8:39 a.m. and from 11:07 to 11:23 a.m., both in the Oval Office.

40. Meeting on April 20, 1973, among or between the President and Messrs. Haldeman and Ehrlichman from 12:16 to 12:34 p.m. in the Oval Office.

41. Meeting on April 25, 1973, among or between the President and Messrs. Haldeman and Ehrlichman from 11:06 a.m. to 1:55 p.m. According to Mr. Haldeman's logs, this meeting occurred in the EOB.

42. Meeting on April 25, 1973, between the President and Mr. Haldeman from 4:40 to 5:35 p.m. According to Mr. Haldeman's logs, this meeting occurred in the EOB.

43. Telephone conversations on April 25, 1973, between the President and Mr. Haldeman from 6:57 to 7:14 p.m. and from 7:46 to 7:53 p.m.

44. Telephone conversations on April 25, 1973, between the President and Mr. Ehrlichman from 7:17 to 7:19 p.m. and from 7:26 to 7:39 p.m.

45. Meetings on April 26, 1973, between the President and Mr. Haldeman from 8:55 to 10:24 a.m. and from 3:59 to 9:03 p.m., the latter with Mr. Ehrlichman present from 5:57 to 7:14 p.m. Messrs. Bull and Ziegler were also present at the second meeting for parts of the time. According to Mr. Haldeman's logs, the first meeting occurred in the Oval Office, and the second, in the EOB.

46. Telephone conversations on June 4, 1973, between the President and Mr. Haldeman from 10:05 to 10:20 p.m. and from 10:21 to 10:22 p.m. (both placed from residence portion of the White House).