## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I caused copies of the foregoing

document, dated July 13, 2006, to be served via electronic mail this 13th day of July, 2006 upon

the following parties:

> Michael Martinez, Esq.
> Norman Gross, Esq.
> United States Attorney's Office
> District of New Jersey
> 970 Broad Street, 7th Floor
> Newark, New Jersey  07102
> michael.martinez2@usdoj.gov
> norman.gross@usdoj.gov
>
> Barry S. Simon, Esq.
> Margaret A. Keeley, Esq.
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C.  20005
> bsimon@wc.com
> mkeeley@wc.com

_____
Eric A. Tirschwell