UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | August 16, 2006 |
| ) | |

## MOTION OF WALTER A. FORBES TO SEAL PLEADINGS RELATING TO FORBES THIRD TRIAL MOTION NO. 3

Pursuant to Local Crim. R. 57, Walter A. Forbes, through undersigned counsel, respectfully moves the Court, consistent with the procedure followed with respect to Forbes Third Trial Motion No. 3, to enter an order sealing the Motion for Leave to File Supplemental (Post-*Ebbers*) Memorandum in Further Support of Forbes Third Trial Motion No. 3, and all subsequent pleadings relating thereto. The government previously consented to sealing such pleadings.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Seal Pleadings Relating to Forbes Third Trial Motion No. 3 to be filed electronically and to be served on August 16, 2006 to the following via e-mail:

> Norman Gross, Esq. (norman.gross@usdoj.gov)
> Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
> Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon