UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>WALTER A. FORBES. )<br>)<br>) | No. 3:02CR264 (AHN)<br>August 16, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Walter A. Forbes has manually filed a Motion for Leave to File Supplemental (Post-*Ebbers*) Memorandum in Further Support of Forbes Third Trial Motion No. 3. This document has not been filed electronically because it is being filed under seal pursuant to Local Rule of Criminal Procedure 57(b).

This document has been manually served on all parties.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes