UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2006 |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | August 16, 2006 |
| ) | (UNDER SEAL) |

**MOTION OF WALTER A. FORBES FOR LEAVE TO FILE
SUPPLEMENTAL (POST-*EBBERS*) MEMORANDUM IN
FURTHER SUPPORT OF FORBES THIRD TRIAL MOTION NO. 3
(Forbes Third Trial Motion No. 3) (FILED UNDER SEAL)**

Walter A. Forbes, through undersigned counsel, respectfully moves the Court for permission to file the attached supplemental memorandum in further support of Forbes Third Trial Motion No. 3. See Ex. A. This supplemental memorandum is necessary to address the Second Circuit's recent (post-argument) decision in United States v. Ebbers, __ F.3d __, 2006 WL 2106634 (2d Cir. July 28, 2006), and the non-published case of United States v. Rodriguez, No. 05-4412, slip op (2d Cir. June 27, 2006), brought to the parties' attention by the Court during oral argument, see Tr. (07/27/06) at 5-6.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion for Leave to File Supplemental (Post-*Ebbers*) Memorandum in Further Support of Forbes Third Trial Motion No. 3 to be sent on August 16, 2006 to the following via e-mail and Federal Express:

>Norman Gross, AUSA
>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street, Fourth Floor
>Camden, NJ 08101

_____
Barry S. Simon