UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
| | : | |
| v. | : | |
| | : | August 22, 2006 |
| | : | (UNDER SEAL) |
| WALTER A. FORBES | : | |

## NOTICE OF MANUAL FILING

Please take notice that the United States has manually filed its Opposition to Walter Forbes' Motion for Leave to File Supplemental Memorandum in Further Support of Forbes' Third Trial Motion No. 3. This document has not been filed electronically because it is being filed under seal pursuant to Local Rule of Criminal Procedure 57(b).

        Respectfully submitted,

        CHRISTOPHER J. CHRISTIE
        Special Attorney
        U.S. Department of Justice

        *Norman Gross/s*

        NORMAN GROSS
        Federal Bar Number 24933
        MICHAEL MARTINEZ
        Federal Bar Number phv0243
        MARK E. COYNE
        Federal Bar Number phv01079
        Special Attorneys
        U.S. Department of Justice
        970 Broad Street, Room 700
        Newark, New Jersey 07102
        Tel:  (973) 645-2700
        Fax:  (973) 645-2857

Newark, New Jersey
Date:  August 22, 2006

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this day I caused to be served a copy of the Notice of Manual Filing to be served via email on:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com


*Norman Gross/s*
NORMAN GROSS

Dated:   August 22, 2006
        Camden, New Jersey