## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 3:02CR00264 (AHN)** |
| | : | |
| | : | |
| | : | |
| **v.** | : | **August 22, 2006** |
| | : | **(UNDER SEAL)** |
| | : | |
| | : | |
| **WALTER A. FORBES** | : | |

### MOTION FOR ORDER SEALING OPPOSITION OF THE UNITED STATES TO FORBES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF HIS THIRD TRIAL MOTION NO. 3 <u>(FILED UNDER SEAL)</u>
### <u>(Related to Forbes Third Trial Motion In Limine No. 3)</u>

Pursuant to Local Crim. R. 57, the United States respectfully moves the Court to enter an Order sealing the Opposition of the United States to Forbes' Motion for Leave to File a Supplemental Memorandum in Further Support of Forbes' Third Trial Motion No. 3.  Forbes has consented to sealing all pleadings regarding that motion.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

*Norman Gross/s*

NORMAN GROSS
Federal Bar Number 24933
MICHAEL MARTINEZ
Federal Bar Number phv0243
MARK E. COYNE
Federal Bar Number phv01079
Special Attorneys
U.S. Department of Justice

970 Broad Street, Room 700
Newark, New Jersey 07102
Tel:  (973) 645-2700
Fax:  (973) 645-2857

Newark, New Jersey
Date:  August 22, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day I caused to be served a copy of the Opposition of the United States to Forbes' Motion for Leave to File Supplemental Memorandum in Further Support of His Third Trial Motion No. 3 (FILED UNDER SEAL)to be served via email on:

Barry S. Simon, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
(202) 434-5005
bsimon@wc.com



*Norman Gross/s*

NORMAN GROSS


Dated:  August 22, 2006
        Camden, New Jersey