UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | September 6, 2006 |
| ) | |

MOTION OF WALTER A. FORBES TO PRECLUDE
REFERENCES TO WHO WILL SENTENCE COSMO
CORIGLIANO, ANNE PEMBER AND CASPER SABATINO
(Forbes Retrial Motion *In Limine* No. 24)

Walter A. Forbes, through undersigned counsel, respectfully moves for an order precluding references to who will sentence Cosmo Corigliano, Anne Pember and Casper Sabatino. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street

Oral Argument Requested

Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Preclude References to Who Will Sentence Cosmo Corigliano, Anne Pember and Casper Sabatino (Forbes Third Trial Motion *In Limine* No. 24) to be filed electronically and to be served on September 6, 2006 to the following via e-mail:

        Norman Gross, Esq. (norman.gross@usdoj.gov)
        Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
        Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

                                    _____
                                    Barry S. Simon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | September 6, 2006 |
| ) | |
| ) | |

## MEMORANDUM IN SUPPORT OF MOTION OF WALTER A. FORBES TO PRECLUDE REFERENCES TO WHO WILL SENTENCE COSMO CORIGLIANO, ANNE PEMBER AND CASPER SABATINO
### (Forbes Third Trial Motion *In Limine* No. 24)

Walter A. Forbes, through undersigned counsel, respectfully submits this memorandum in support of his motion for an order precluding references to who will sentence Cosmo Corigliano, Anne Pember and Casper Sabatino.[1]

### ARGUMENT

During the first and second trials the government elicited testimony that the Honorable Alvin W. Thompson would be sentencing certain witnesses who had entered into plea agreements with the government. See, e.g., Tr. (06/08/04) at 3626 ("Q. Do you have an understanding sitting here today who the sentencing judge is? A. Yes. Q. Who is that? A. Judge Thompson."). During the first trial, the government also suggested, improperly, that Judge Thompson stood behind Mr. Corigliano's testimony as truthful because his plea agreement had not been revoked. See, e.g., Tr. (08/03/04) at

---

[1] Mr. Forbes did not file this motion earlier because the order reassigning Mr. Corigliano's case was not entered until June 27, 2006. Judge Thompson denied a motion seeking the same relief before the second trial. See Docket No. 1840.

Oral Argument Requested

9457 ("Q. And the last question: If the government or the Court would believe that you lied, how does that affect your plea? A. It makes it null and void.").[2]

If the government wants to make the point that the sentencing judge determines whether to grant a downward departure and how far to depart, it can make that point by simply referring to the "sentencing judge" as opposed to "Judge Nevas." There is no reason to personalize the sentencing process. Testimony regarding what particular judge will sentence the cooperating witnesses is not relevant under Fed. R. Evid. 401 and any marginal relevance is far outweighed by the danger of unfair prejudice and confusion of the issues under Fed. R. Evid. 403. The evidence will invite the jury to speculate that the Court is making contemporaneous credibility determinations as Mr. Corigliano testifies in this third trial.[3]

## CONCLUSION

Accordingly, Mr. Forbes respectfully requests that the Court enter an order precluding references to who will sentence Cosmo Corigliano, Anne Pember and Casper Sabatino.

---

[2] The Court struck this testimony and provided a limiting instruction. See Tr. (08/03/04) at 9499.

[3] Although the Second Circuit has held that it is not improper per se to reference the sentencing judge in summation, see United States v. Miller, 116 F.3d 641, 683 (2d Cir. 1997), that case does not address the separate question of whether the identity of the sentencing judge is relevant under Fed. R. Evid. 401 & 403.

- 2 -

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Memorandum in Support of Motion of Walter A. Forbes to Preclude References to Who Will Sentence Cosmo Corigliano, Anne Pember and Casper Sabatino (Forbes Third Trial Motion *In Limine* No. 24) to be filed electronically and to be served on September 6, 2006 to the following via e-mail:

        Norman Gross, Esq. (norman.gross@usdoj.gov)
        Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
        Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

        _____
        Barry S. Simon