UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:02CR264 (AHN) |
| WALTER A. FORBES. | ) | September 8, 2006 |
| | ) | |

**MOTION FOR PERMISSION TO FILE THE ATTACHED SUBPOENA AND
THE MEMORANDUM EXPLAINING THE ADMISSIBILITY OF THE
RECORDS SOUGHT *EX PARTE* AND UNDER SEAL
(Forbes Third Trial Motion No. 15)**

Mr. Forbes hereby moves for permission to file the attached Subpoena, and the

Memorandum explaining the admissibility of the documents sought, as required pursuant to this

Court's Order of March 31, 2006,[1] *ex parte* and under seal.[2]

The Court's Order requires Mr. Forbes to file a certification with the Court prior

to issuing any Rule 17(c) subpoenas for documents, and requires that Mr. Forbes explain the

admissibility of the documents sought. Mr. Forbes has provided such an explanation of

admissibility in the attached memorandum. However, the identity of the subpoena recipient, the

documents sought, and the explanation of admissibility each reveals defense strategies, theories

and investigation. Mr. Forbes therefore seeks to file both the subpoena and the Memorandum *ex*

*parte* and under seal. Cf. Fed. R. Crim. P. 17(b) (permitting subpoenas to be issued to named

witnesses upon the ex parte application of a defendant demonstrating his inability to pay the

---

[1] Filed over objection that the Court's Order improperly interferes with Walter Forbes' rights
under the Sixth Amendment.

[2] Mr. Forbes is also filing a Motion seeking that the Court's Order be amended to permit all
certifications or motions relating to Rule 17(c) subpoenas to be filed *ex parte* and under seal.
See Forbes Third Trial Motion No. 14.

witness fee).  See also United States v. Meriwether, 486 F.2d 498, 506 (5th Cir. 1973) (ex parte rule for trial subpoenas "intended to shield the theory of [the] defense from the prosecutor's scrutiny"); United States v. Tomison, 969 F. Supp. 587, 595 (E.D. Cal. 1997) (Rule 17 "should be interpreted to provide for ex parte applications in situations . . . where the defendant seeks to serve a subpoena duces tecum for the pre-trial production of documents on a third party, and cannot make the required showing without revealing trial strategy"); United States v. Beckford, 964 F. Supp. 1010, 1027 (E.D. Va. 1997) ("Forcing any defendant to confront the choice between issuing a pre-trial subpoena duces tecum and disclosing his defense to the Government places an unconstitutional limitation on the defendant's right to compulsory process. . . . [T]he Sixth Amendment supplies justification for interpreting Rule 17(c) to permit ex parte procedures respecting the issuance of pre-trial subpoenas duces tecum [when] a defendant would be required to disclose trial strategy, witness identities or attorney work-product to the Government in his pre-issuance application."); United States v. Reyes, 162 F.R.D. 468, 470 (S.D.N.Y. 1995) (listing a variety of factors in favor of ex parte applications for pretrial Rule 17(c) subpoenas, including the fact that "a party may have to detail its trial strategy or witness list in order to convince a court that the subpoena satisfies the Nixon standards of specificity, relevance, and admissibility")

## CONCLUSION

For the reasons stated herein, Mr. Forbes respectfully requests that the Court grant this motion for permission to file the attached Subpoena and Memorandum *ex parte* and under seal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated:  September 8, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Motion for Permission to File the

Attached Subpoena and the Memorandum Explaining the Admissibility of the Records Sought

*Ex Parte* and Under Seal (Forbes Third Trial Motion No. 15) (but not the attachments) to be filed

electronically and to be served on September 8, 2006 to the following via e-mail:

        Norman Gross, Esq. (norman.gross@usdoj.gov)
        Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
        Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

                                      Barry S. Simon