# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)   No. 3:02CR264 (AHN)<br>)   September 8, 2006<br>)<br>) |

### Certification Re:  Rule 17(c) Subpoena to Cosmo Corigliano[1]

Pursuant to this Court's Order regarding the Issuance of Rule 17(c) subpoenas, dated March 31, 2006, undersigned counsel for Mr. Forbes hereby certifies that after adequate investigation he reasonably believes:

1. that the subpoena attached as Exhibit 1 is being issued in good faith;

2. it calls for Cosmo Corigliano to appear to testify to matters within Mr. Corigliano's personal knowledge in the third trial of Mr. Forbes; and

3. the Court has not already quashed a prior subpoena demand calling for the testimony of Mr. Corigliano.

---

[1] Filed over objection that the Court's Order improperly interferes with Walter Forbes' rights under the Sixth Amendment.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP


By: _____

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated:  September 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Certification Re: Rule 17(c)

Subpoena to Cosmo Corigliano to be filed electronically and to be served on

September 8, 2006 to the following via e-mail:

>
> Norman Gross, Esq. (norman.gross@usdoj.gov)
> Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
> Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on September 8, 2006 to the following by Fed Ex:

Gary P. Naftalis, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036


_____
Barry S. Simon