# EXHIBIT 1

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

_____ DISTRICT OF _____ Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AHN)

TO:
Cosmo Corigliano
38 Watrous Point Rd.
Old Saybrook, CT 06475

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | Courtroom R |
| | DATE AND TIME<br>October 16, 2006 9:00 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | |
| (By) Deputy Clerk<br>_[signature]_ | September 8, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes