UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) No. 3:02CR264 (AHN) <br> WALTER A. FORBES. ) September 8, 2006 <br> ) <br> ) | |

### Certification Re: Rule 17(c) Subpoena[1]

Pursuant to this Court's Order regarding the Issuance of Rule 17(c) subpoenas, dated March 31, 2006, undersigned counsel for Mr. Forbes hereby certifies that after adequate investigation he reasonably believes:

1. that the subpoena attached as Exhibit 2 to Mr. Forbes' Motion to Seal is being issued in good faith;

2. it calls for documents admissible into evidence as business records of the subpoenaed company, as explained further in the accompanying Memorandum being filed under seal; and

3. the Court has not already quashed a prior subpoena demand calling for either identical or substantially similar documents or otherwise precluded the admission into evidence of such documents.

---

[1] Filed over objection that the Court's Order improperly interferes with Walter Forbes' rights under the Sixth Amendment.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: September 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Certification Re: Rule 17(c) Subpoena to be filed electronically and to be served on September 8, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

Barry S. Simon