UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | September 8, 2006 |
| ) | |

**MOTION OF WALTER A. FORBES TO SEAL PLEADINGS RELATING TO OBJECTIONS TO THE GOVERNMENT'S PRELIMINARY PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS FOR THE THIRD TRIAL (PART II)**

Pursuant to Local Crim. R. 57, Walter A. Forbes, through undersigned counsel, respectfully moves the Court, consistent with the procedure followed with respect to Forbes Third Trial Motion No. 3, to enter an order sealing the Objections to the Government's Preliminary Proposed Supplemental Jury Instructions for the Third Trial (Part II), and all subsequent pleadings relating thereto. The government previously consented to sealing such pleadings.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Seal Pleadings Relating to Objections to the Government's Preliminary Proposed Supplemental Jury Instructions for the Third Trial (Part II) to be filed electronically and to be served on September 8, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

Barry S. Simon