UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | September 8, 2006 |
| ) | |

**PRELIMINARY PROPOSED JURY INSTRUCTIONS OF
WALTER A. FORBES**

Walter A. Forbes, through undersigned counsel, respectfully submits his preliminary proposed jury instructions. Mr. Forbes reserves the right to supplement and/or modify these proposed instructions based on further developments in the case.

**ARGUMENT**

On September 1, 2006, the Court informed the parties that it preliminarily intended to give the same charge that Judge Thompson gave after the second trial. Mr. Forbes restates and incorporates by reference his proposed instructions contained in the Preliminary Proposed Jury Instructions of Walter Forbes (filed Nov. 15, 2005) [Docket No. 1988] and in the Supplemental Proposed Jury Instructions of Walter Forbes (filed November 18, 2005) [Docket No. 1997]. In addition, Mr. Forbes writes separately to supplement those proposed instructions.

1. Mr. Forbes does not at this time request that Proposed Jury Instruction Nos. 15.2 and 15.2.1 be included in the jury charge. He reserves the right to request these or similar instructions and/or other relief if Mr. Kernkraut again offers improper testimony.

2.    With respect to Proposed Jury Instruction No. 46, the word "case" should be inserted at the end of the second sentence.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Preliminary Proposed Jury Instructions of Walter A. Forbes to be filed electronically and to be served on September 8, 2006 to the following via e-mail:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon