072604.txt

15  else when I made my ruling.
16:25:02  16           MR. PUCCIO:  I see.
16:25:03  17           THE COURT:  But it seemed to me we wound up at
18  an okay place.  But I should disclose that I had something
19  else in mind where I thought you were going when I
20  admitted it for that limited purpose, and I wanted to
21  disclose that to the government as well.
16:25:23  22           I have to finish going over today's transcript
23  concerning the crime-fraud exception, but I did have
24  something I wanted to share with the parties, I think it's
25  my responsibility to do so.

Vol. XL - Page 8812

16:25:45  1           This is an area where we've had some very strong
2  assertions as to what has happened.  I'm not going to deal
3  with those; I'm going to deal with three things that I
4  want to note about Forbes' Trial Motion Number 22, which
5  is captioned Supplemental Memorandum in Support of an
6  Evidentiary Hearing on Applicability of Crime-Fraud
7  Exception.  One of them in particular concerns me.  I will
8  note that I am going to assume that all of these things I
9  mention were the result of defense counsel's fatigue.  It
10  was a hectic week last week.  But I think I do want to
11  point these out because they matter to me.  And I think
12  people want to be able to address my concerns.  At least I
13  hope so.
16:26:47  14           First, Footnote 1 totally ignores the fact that
15  I made a finding on July 20th, that is the day preceding
16  the date of the motion, that the defendants had failed to

Page 193

```
                              072604.txt
           17   meet their burden of showing that the crime-fraud
           18   exception applies.  This finding is at page 8030 of the
           19   transcript.  Counsel for Mr. Corigliano made this point in
           20   his opposition memorandum and Defendant Forbes' reply then
           21   acknowledges that the Court had previously ruled on,
           22   quote, "other issues."  I thought there should have been a
           23   more explicit acknowledgment of the Court's earlier
           24   ruling.
16:27:33   25            Second, before I directed that this motion be


                                                       Vol. XL - Page 8813

            1   filed, I expressed my concern that what the defendants
            2   were really seeking by asking for an evidentiary hearing
            3   was another bite at the apple.  This point was not
            4   addressed, at least not in my opinion.
16:27:56    5            The third point is the most serious one, from my
            6   perspective, at least, and it's the point that concerns
            7   me.  On July 20th, I noted, so the record would be clear,
            8   that Mr. Corigliano had testified that he had a general
            9   understanding that there were communications that his
           10   lawyer had with the government.  I stated that I had not
           11   found testimony that Mr. Corigliano had a general
           12   understanding of communications between his counsel and
           13   the government.  Although I did not say so at the time, I
           14   made this point because I thought that the summary
           15   prepared by Defendant Forbes, namely, Court Exhibit 7,
           16   either inaccurately or artfully, that is, too artfully for
           17   my taste, described the testimony.
16:29:06   18            In this district, when I say that kind of thing,
           19   people pick up on it.  I thought in retrospect, maybe I
                                 Page 194
```

072604.txt

16:29:18
```
20   should have been more explicit and now I'm going to be so.
21          Thus, I found it very unsettling to read at
22   page 4 of the supplemental memorandum dated July 21st,
23   2004, an assertion by Defendant Forbes with respect to the
24   January 1999 meeting that Mr. Corigliano, quote,
25   "testified that he went into the meeting intending to make
```

Vol. XL - Page 8814

```
 1   false statements," end quote, with a cite to page 7610 of
 2   the transcript.  This assertion leaves me concerned as to
 3   whether I can rely on counsel to not cite to the record
 4   inaccurately.  While it certainly would be proper to argue
 5   that the Court should draw the inference that
 6   Mr. Corigliano went into the meeting intending to make
 7   false statements, that statement at page 4 is not a fair
 8   or accurate characterization of what Mr. Corigliano
 9   testified at page 7610 of the transcript.
```
16:30:38
```
10          This is very significant because this point is
11   at the heart of the crime-fraud exception issue, and it
12   concerns me greatly to have that statement in the
13   supplemental memorandum.
```
16:30:56
```
14          Also, I am struck by the fact that this has
15   occurred in the briefing on this particular issue, where
16   the accuracy of the representations by Mr. Corigliano and
17   his counsel is being questioned, i.e, quote,
18   "Mr. Corigliano, assisted by his lawyers, committed a
19   crime or fraud by lying about and concealing
20   $1.8 million," close quote.  I'm struck also by the fact
21   that this has occurred in a case where I have been
```

Page 195

072604.txt
```
              22  repeatedly urged to conduct in camera reviews based on
              23  defense counsel's contention that the government cannot be
              24  trusted to live up to its obligations.
    16:31:53  25          It is always my goal to read things carefully,
```

Vol. XL - Page 8815

```
               1  but I must say I will now feel compelled to take extra
               2  care in reviewing papers submitted by Defendant Forbes
               3  purporting to cite to the record.
    16:32:09   4          I also am continuing to receive various oral
               5  representations as to things that have occurred, and I
               6  believe I have to give them similar scrutiny.
    16:32:23   7          I don't like hiding the ball from people, so I
               8  laid it out there for you.
    16:32:33   9          I will finish looking at the transcript from
              10  today where there is some additional discussion on this
              11  exception and you'll know as soon as I finish.  I don't
              12  know if that will be before I go home or not.
    16:32:53  13          Anything before we adjourn?
    16:33:02  14          MR. PUCCIO:  Nothing from us, Your Honor.
    16:33:04  15          MR. SIMON:  Your Honor, I do think that the
              16  government was going to respond with respect to other
              17  issues covered by Defendants' Motion Number 18.
    16:33:14  18          THE COURT:  Yes, I'm expecting a response from
              19  that promptly, this evening.  Or I expect to hear this
              20  evening.
              21          MR. CARNEY:  Yes, Your Honor.  That was our
              22  intention to immediately address this.
              23          THE COURT:  All right.  Thank you.
              24              (Proceedings adjourned at 4:33 p.m.)
                                        Page 196
```