# EXHIBIT 1

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

                                      Connecticut
_____ DISTRICT OF _____

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AHN)

TO:
Custodian of Records
Avis Budget Corporation
9 West 57th Street
New York, NY 10019

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | Courtroom R |
| | **DATE AND TIME**<br>October 16, 2006 9:00 a.m. |

[X] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

See Attached Schedule

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE<br>(By) Deputy Clerk<br>*[signature]* | September 19, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE A
# DOCUMENTS TO BE PRODUCED BY CENDANT CORPORATION

## DEFINITIONS AND INSTRUCTIONS

a. The term "Cendant" shall include Cendant Corporation, as well as any parent companies, subsidiaries, affiliates, divisions, successors, predecessors, officers, directors, employees, attorneys, agents, and other representatives acting on its behalf.

b. The term "documents" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

## DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All invoices for work performed by Raymond Melucci and/or his company E.E.D. Company, Inc. on behalf of Cendant from January 1, 1997 through December 31, 1997.

2. All checks paid to Raymond Melucci and/or his company E.E.D. Company, Inc. for work performed on behalf of Cendant from January 1, 1997 through December 31, 1997.

3. All general ledger entries for monies due or paid to Raymond Melucci and/or his company E.E.D. Company, Inc. for work performed on behalf of Cendant from January 1, 1997 through December 31, 1997.