UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | No. 3:02CR264 (AHN)<br>October 6, 2006 |

### Certification Re: Rule 17(c) Subpoena to Witness[1]

Pursuant to this Court's Order regarding the Issuance of Rule 17(c) subpoenas, dated March 31, 2006, undersigned counsel for Mr. Forbes hereby certifies that after adequate investigation he reasonably believes:

1. that the subpoena attached as Exhibit 1 to his *Ex Parte* Memorandum filed today is being issued in good faith;

2. it calls for a witness to appear to testify to matters within his or her personal knowledge in the third trial of Mr. Forbes; and

3. the Court has not already quashed a prior subpoena demand calling for the testimony of this witness.

---

[1] Filed over objection that the Court's Order improperly interferes with Walter Forbes' rights under the Sixth Amendment.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: October 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Certification Re: Rule 17(c) Subpoena to Witness to be filed electronically and to be served on October 6, 2006 to the following via e-mail:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be sent on October 6, 2006 to the following by Fed Ex:

>Eric Tirschwell, Esq.
>Kramer Levin Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, New York 10036

_____
Barry S. Simon