UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)     No. 3:02CR264 (AHN)<br>)     October 6, 2006<br>)<br>) |

## MOTION FOR PERMISSION TO FILE THE ATTACHED SUBPOENA AND THE MEMORANDUM EXPLAINING THE ADMISSIBILITY OF THE WITNESS TESTIMONY SOUGHT *EX PARTE* AND UNDER SEAL
(Forbes Third Trial Motion No. 16)

Mr. Forbes hereby moves for permission to file the attached Subpoena, and the Memorandum explaining the admissibility of the documents sought, as required pursuant to this Court's Order of March 31, 2006,[1] *ex parte* and under seal.[2]

The Court's Order requires Mr. Forbes to file a certification with the Court prior to issuing any Rule 17(c) subpoenas relating to Mr. Corigliano, even if such subpoena calls only for testimony, not documents. However, in the case of the present witness whom Mr. Forbes wishes to subpoena to provide trial testimony, the identity of the subpoena recipient, and the explanation of that witness's relevance, reveals defense strategies, theories and investigation. Mr. Forbes therefore seeks to file both the subpoena and the Memorandum *ex parte* and under seal. Cf. Fed. R. Crim. P. 17(b) (permitting subpoenas to be issued to named witnesses upon the ex parte application of a defendant demonstrating his inability to pay the witness fee). See also

---

[1] Filed over objection that the Court's Order improperly interferes with Walter Forbes' rights under the Sixth Amendment.

[2] Mr. Forbes has also filed a Motion seeking that the Court's Order be amended to permit all certifications or motions relating to Rule 17(c) subpoenas to be filed *ex parte* and under seal. See Forbes Third Trial Motion No. 14, Docket No. 2447.

United States v. Meriwether, 486 F.2d 498, 506 (5th Cir. 1973) (ex parte rule for trial subpoenas "intended to shield the theory of [the] defense from the prosecutor's scrutiny"); United States v. Tomison, 969 F. Supp. 587, 595 (E.D. Cal. 1997) (Rule 17 "should be interpreted to provide for ex parte applications in situations . . . where the defendant seeks to serve a subpoena duces tecum for the pre-trial production of documents on a third party, and cannot make the required showing without revealing trial strategy"); United States v. Beckford, 964 F. Supp. 1010, 1027 (E.D. Va. 1997) ("Forcing any defendant to confront the choice between issuing a pre-trial subpoena duces tecum and disclosing his defense to the Government places an unconstitutional limitation on the defendant's right to compulsory process. . . . [T]he Sixth Amendment supplies justification for interpreting Rule 17(c) to permit ex parte procedures respecting the issuance of pre-trial subpoenas duces tecum [when] a defendant would be required to disclose trial strategy, witness identities or attorney work-product to the Government in his pre-issuance application."); United States v. Reyes, 162 F.R.D. 468, 470 (S.D.N.Y. 1995) (listing a variety of factors in favor of ex parte applications for pretrial Rule 17(c) subpoenas, including the fact that "a party may have to detail its trial strategy or witness list in order to convince a court that the subpoena satisfies the Nixon standards of specificity, relevance, and admissibility").

## CONCLUSION

For the reasons stated herein, Mr. Forbes respectfully requests that the Court grant this motion for permission to file the attached Subpoena and Memorandum *ex parte* and under seal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: October 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion for Permission to File the Attached Subpoena and the Memorandum Explaining the Admissibility of the Witness Testimony Sought *Ex Parte* and Under Seal (Forbes Third Trial Motion No. 17) (but not the attachments) to be filed electronically and to be served on October 6, 2006 to the following via email:

      Norman Gross, Esq. (norman.gross@usdoj.gov)
      Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
      Craig Carpentino, Esq. (craig.carpentino@usdoj.gov)

And to be sent on October 6, 2006 to the following by Fed Ex:

      Eric Tirschwell, Esq.
      Kramer Levin Naftalis & Frankel LLP
      1177 Avenue of the Americas
      New York, New York 10036

*/s/ Barry S. Simon*
Barry S. Simon