UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WALTER A. FORBES. )<br>)<br>) | No. 3:02CR264 (AHN)<br>October 6, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that Walter A. Forbes has manually filed a subpoena and the Memorandum and supporting exhibits explaining the admissibility of the witness testimony sought by that subpoena. These documents have not been filed electronically because they are being filed ex parte and under seal pursuant to Local Rule of Criminal Procedure 57(b).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ *signature*
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

        James T. Cowdery (Bar No. ct05103)
        Thomas J. Murphy (Bar No. ct07959)
        COWDERY, ECKER & MURPHY, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

        *Attorneys for Walter A. Forbes*

Date:   October 6, 2006