# Exhibit 1

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF  Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AHN)

TO:

Custodian of Records
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549-9162

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | Courtroom R |
| | DATE AND TIME |
| | October 16, 2006 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | October 6, 2006 |
| (By) Deputy Clerk<br>[signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

# SCHEDULE A
## DOCUMENTS TO BE PRODUCED BY THE SECURITIES AND EXCHANGE COMMISSION

### DEFINITIONS AND INSTRUCTIONS

a.  The term "documents" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

c.  This subpoena does not require the SEC to reproduce those documents previously produced by the SEC to Mr. Forbes.

### DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All notes taken during the July 10, 2001 interview of Mr. Kevin Kearney, including but not limited to any notes of Ms. Susan Markel and Mr. Roger Paszamont.

2. All memoranda which describe what Mr. Kevin Kearney told the SEC at any time concerning: (1) his interactions with Stu Bell, (2) his knowledge (or lack of knowledge) concerning Walter Forbes, or (3) his knowledge of the involvement of those more senior to Cosmo Corigliano, and which does not identify Walter Forbes as someone as to whom Mr. Kearney has knowledge.

# Exhibit 2

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF    Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AHN)

TO:
Susan Markel
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549-9162

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | Courtroom R |
| | **DATE AND TIME**<br>October 16, 2006 9:00 a.m. |

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

See Schedule A

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
KEVIN F. ROWE

(By) Deputy Clerk
[signature]

DATE
October 6, 2006

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

## SCHEDULE A
## DOCUMENTS TO BE PRODUCED BY SUSAN MARKEL

### DEFINITIONS AND INSTRUCTIONS

a. The term "documents" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

c. This subpoena does not require you to reproduce those documents previously produced by the SEC to Mr. Forbes.

### DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All notes taken during the July 10, 2001 interview of Mr. Kevin Kearney.

2. All memoranda authored by you which describe what Mr. Kevin Kearney told the SEC at any time concerning: (1) his interactions with Stu Bell, (2) his knowledge (or lack of knowledge) concerning Walter Forbes, or (3) his knowledge of the involvement of those more senior to Cosmo Corigliano, and which does not identify Walter Forbes as someone as to whom Mr. Kearney has knowledge.

# Exhibit 3

Case 3:02-cr-00264-AHN    Document 2486-2    Filed 10/09/2006    Page 7 of 12

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF ____Connecticut____

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AHN)

TO:
Roger Paszamant
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549-9162

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | Courtroom R |
| | DATE AND TIME<br>October 16, 2006 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE<br>(By) Deputy Clerk<br>*/s/ Angela Luce* | October 6, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

## SCHEDULE A
## DOCUMENTS TO BE PRODUCED BY ROGER PASZAMONT

### DEFINITIONS AND INSTRUCTIONS

a. The term "documents" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

c. This subpoena does not require you to reproduce those documents previously produced by the SEC to Mr. Forbes.

### DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All notes taken during the July 10, 2001 interview of Mr. Kevin Kearney.

2. All memoranda authored by you which describe what Mr. Kevin Kearney told the SEC at any time concerning: (1) his interactions with Stu Bell, (2) his knowledge (or lack of knowledge) concerning Walter Forbes, or (3) his knowledge of the involvement of those more senior to Cosmo Corigliano, and which does not identify Walter Forbes as someone as to whom Mr. Kearney has knowledge.

# Exhibit 4

# United States District Court

DISTRICT OF Connecticut

United States of America

v.

Walter A. Forbes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:02CR00264 (AHN)

TO:
Matthew Greiner
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549-9162

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | Courtroom R |
| | DATE AND TIME |
| | October 16, 2006 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | October 6, 2006 |
| (By) Deputy Clerk<br>[signature: Angela Ohne] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Barry S. Simon, Williams & Connolly LLP,
725 Twelfth Street, N.W., Washington, DC 20005
(202) 434-5000, Attorneys for Defendant Walter A. Forbes

## SCHEDULE A
## DOCUMENTS TO BE PRODUCED BY MARK GREINER

### DEFINITIONS AND INSTRUCTIONS

a.  The term "documents" shall include material existing in both electronic and non-electronic form. When a document is stored electronically only, the electronic format shall be produced.

c.  This subpoena does not require you to reproduce those documents previously produced by the SEC to Mr. Forbes.

### DESCRIPTIONS OF DOCUMENTS TO BE PRODUCED

1. All memoranda authored by you which describe what Mr. Kevin Kearney told the SEC at any time concerning: (1) his interactions with Stu Bell, (2) his knowledge (or lack of knowledge) concerning Walter Forbes, or (3) his knowledge of the involvement of those more senior to Cosmo Corigliano, and which does not identify Walter Forbes as someone as to whom Mr. Kearney has knowledge.