# Exhibit 1

1    topside adjustments?

2    A.    Cosmo Corigliano.

3    Q.    I indicate on the easel "Corigliano."

4         Anybody else besides Mr. Corigliano and Mr. Sabatino?

5    A.    And Stu Bell.

6    Q.    I'm just going to indicate on the easel "Stu Bell."

7         Now, what I'd like to do for the record, I've simply

8    placed the words "Bell," "Corigliano" and "Sabatino."

9    Let's take these one at a time, Mr. Kearney.  Are you with

10   me?

11   A.    Yeah.

12   Q.    Let's start with Stu Bell.  Did Stu Bell give you any

13   directions to make unsupported topside adjustments?

14   A.    Yes.

15   Q.    Okay.  Let's start with the timing.  When did

16   Stu Bell give you any type of instruction to make an

17   unsupported topside adjustment?

18   A.    Very regularly at each quarter close.

19   Q.    In what year did Stu Bell give you such instruction?

20   A.    '97 and '98.

21   Q.    Stu Bell?

22   A.    Yes.

23   Q.    Was he at the company --

24   A.    Oh, I'm sorry.  '93 and '94.

25   Q.    What was Stu Bell's title in '93 and '94 when he gave

1    you instructions to make unsupported topside adjustments?

2    A.    CFO.

3    Q.    And did he meet with you to give you these

4    instructions?

5    A.    Yes.

6    Q.    Okay.  Let's start by asking:  What did Stu Bell tell

7    you?

8          MR. SCHECHTER:  Your Honor, 801(d)(2)(E).

9    BY MR. SCHECHTER:

10   Q.    What did Stu Bell tell you?

11   A.    He would often come back to us with the version in

12   the press release that we had given to him, a draft of the

13   press release.

14   Q.    I'm going to have to stop you there.  You said he

15   came back to "us."  Who is the "us" that Stu Bell came to?

16   A.    Myself, Casper Sabatino and Cosmo Corigliano.

17   Q.    You say Stu Bell came back to you with the press

18   release.  What are you talking about?

19   A.    We had given him a draft of the press release to

20   review.

21   Q.    Who is the "we"?

22   A.    Again, Sabatino and Corigliano and myself.

23   Q.    All right.

24   A.    And he would often handwrite on there --

25   Q.    You're going to have to be specific with names

1     because "he" is going to get very confusing.  I apologize

2     for interrupting.  If you can use the names of the people

3     who did things.

4     A.    Stu Bell would write on the draft of the press

5     release numbers that were different from what we had

6     included in there that he wanted the numbers changed to.

7     Q.    Give us an example.  What numbers are you talking

8     about?

9     A.    Usually revenue and expenses.

10    Q.    Tell us, give the jury an example, what did Stu Bell

11    write on this document that he gave you back?  What did he

12    write?

13    A.    He would write down the actual -- the numbers that he

14    wanted revenue and the expenses to be as well as

15    percentages because he was looking at certain key ratios

16    of expenses to revenue.

17    Q.    How do you know Stu Bell was looking at certain

18    expenses and ratios?  How do you know that?

19    A.    Through the discussions that he would have with us in

20    explaining these changes.

21    Q.    How often did Stu Bell give you instructions such as

22    the one you just described for the jury?

23    A.    Pretty much every quarter that I was there.

24    Q.    And what, if anything, did you do in response to

25    Stu Bell's instructions?

1    A.    We made the changes.

2    Q.    Did Stu Bell provide you with any support when he

3    instructed you to make changes to revenue numbers?

4    A.    No.

5    Q.    Did he provide you with any support when he gave you

6    instructions to make changes to expense numbers?

7    A.    No.

8    Q.    What words did Stu Bell use when he came to you,

9    Mr. Sabatino and Mr. Corigliano?

10   A.    He said that he was again looking at these ratios of

11   expenses to revenue, wanted them to come out a certain way

12   and was adjusting the numbers to be that way as well as he

13   would also be adjusting net income itself to be either

14   higher or lower than what we had originally.

15   Q.    Okay.  What were the numbers that you had given

16   Stu Bell to start with?  I don't mean the exact number,

17   but what type of financial information did you give

18   Stu Bell to start?

19   A.    A draft of the press release.

20   Q.    And what was in the draft of the press release,

21   accurate numbers or inaccurate numbers?

22   A.    I believe once it got to Stu, they were already

23   inaccurate numbers.

24   Q.    Why were they inaccurate numbers by the time they got

25   to Stu Bell?

1    A.    Because Cosmo Corigliano would tell us what EPS

2    needed to be, and we would already make the topside

3    adjustments so they were already reflected in the press

4    release by the time they got to Stu.

5    Q.    And what would Stu Bell tell you after he received

6    the -- give us an example of words he used when he came

7    back to you?

8            MR. SULLIVAN:    Objection.    Could we have a time

9    and place for these conversations, Your Honor?

10   BY MR. SCHECHTER:

11   Q.    Do you know the dates upon which Stu Bell came to

12   you?

13   A.    Not the exact dates, no.

14   Q.    Can you give the jury an idea what time period you're

15   talking about when Stu Bell gave you instructions?

16   A.    At the end of each quarter.

17   Q.    What year are we talking about?

18   A.    1993, '94; whenever he was there and I was working

19   there.

20   Q.    What was his title, Stu Bell's title in 1993 and

21   1994?

22   A.    CFO.

23   Q.    When you say "CFO," do you mean chief financial

24   officer?

25   A.    Yes.

1    Q.   And was he superior to Cosmo Corigliano in 1993 and

2    1994?

3    A.   Yes.

4    Q.   Was he superior to Casper Sabatino in '93 and '94?

5    A.   Yes.

6    Q.   Was he superior to you, Kevin Kearney, in '93 and

7    '94?

8    A.   Yes.

9    Q.   When Stu Bell came to you, did he indicate to you who

10   wanted these changes to be made?

11   A.   Yes.

12   Q.   What did Stu Bell tell you with respect to that?

13   A.   He would often come back to us and say Walter Forbes

14   wanted EPS to be a different number than what we had so we

15   needed to make those changes.

16          MR. SULLIVAN:  Objection.  Time and place of the

17   conversation and the words, please?

18          THE COURT:  If you would follow up,

19   Mr. Schechter.

20   BY MR. SCHECHTER:

21   Q.   Sure.  Let's start with the words.  What, to your

22   recollection, were the words Stu Bell used when he

23   mentioned Walter Forbes' name?  What words did he use?

24          MR. SULLIVAN:  And the date, please.

25          MR. SCHECHTER:  I can only ask one question at a

1    time.

2            MR. SULLIVAN:  Yes, but I've been asking for the

3    conversation and the dates.

4            THE COURT:  I've asked Mr. Schechter to try to

5    accommodate your request.

6            MR. SCHECHTER:  Your Honor, my contract with the

7    government doesn't run out today so I'm going to have time

8    to ask all of Mr. Sullivan's questions.

9            THE COURT:  I'm just saying I ask you to

10   accommodate his request.

11           MR. SCHECHTER:  I certainly will.

12           Can I start with the question I asked?

13           MR. SULLIVAN:  You can start with any question.

14   I'm just asking if it's possible if the witness knows,

15   that we have a date and a conversation.

16   BY MR. SCHECHTER:

17   Q.   And let's start with the conversation.  What was the

18   conversation, to the best of your recollection, of the

19   words Stu Bell used?

20   A.   He would say, Walter wants EPS to be a certain

21   number.

22   Q.   Okay.  Walter wants EPS to be a certain number.

23           Is that, to the best of your recollection, the words

24   Stu Bell used?

25   A.   Yes.

**8/4/2004 XLVI**

1   Q.   Let's write that down.  And I want to get it accurate

2   so I'm going to ask you to repeat it, Mr. Kearney.

3   Stu Bell's words.  I'm going to place on the top of the

4   easel, "Stu Bell's words."

5        If you would again, for the jury, what were the words

6   Stu Bell used?

7   A.   Walter wants EPS --

8   Q.   I'm going to ask you to go slowly.  Walter wants --

9   A.   -- EPS to be a certain number.

10  Q.   Would Mr. Bell use the number?

11  A.   Yes.

12  Q.   I'm going to put in parentheses (a certain number).

13       For the record, I've indicated "Walter wants EPS to

14  be" and then in parentheses "(a certain number)."

15       Did I get that down accurately?

16  A.   Yes.

17  Q.   Let's go to the date.  Do you recall on what date

18  Stu Bell used the words Walter wants EPS to be a certain

19  number?

20  A.   No.

21  Q.   Do you recall what year Stu Bell used the words,

22  Walter wants EPS to be a certain number?

23  A.   It was several times again in '93 and '94 when both

24  Stu and I were in those positions.

25  Q.   We've talked a lot about what the word "several"

1    means, what the words "few" means, a couple.

2        I'm going to ask you to be very specific.  How many

3    times are you talking about when you say "several"?

4    A.    Almost every quarter.

5    Q.    Almost every quarter in what year?

6    A.    In '93 and '94.

7    Q.    I'm now going to ask you what was the place, the

8    location?

9            MR. SULLIVAN:  Objection.  If it's almost every

10    quarter, could we pin it down to time period, who else was

11    present, where it was?

12            MR. SCHECHTER:  Your Honor, will Mr. Sullivan be

13    given an opportunity to examine the witness?  I think if

14    Mr. Sullivan does his thing and I do my thing, it's going

15    to proceed a lot quicker.

16            THE COURT:  Please continue, Mr. Schechter.

17    BY MR. SCHECHTER:

18    Q.    What was the place where the words Stu Bell uttered,

19    Walter wants EPS to be a certain number?  Where physically

20    were you when you heard Stu Bell utter those words?

21    A.    In our offices at 707 Summer Street.

22    Q.    Can you be as specific as possible?  When you say

23    offices at 707, where in the office were you located when

24    you heard Stu Bell use those words, Walter wants EPS to be

25    a certain number?

1    A.    Casper Sabatino's office and Cosmo Corigliano's

2    office.

3    Q.    Okay.    What I'd like to do is to ask you about the

4    word "Walter."    Did Stu Bell use the word "Walter" or did

5    he use the words "Walter Forbes"?

6    A.    Walter.

7    Q.    What did you, Kevin Kearney, understand the reference

8    to Walter to mean?

9    A.    Walter Forbes.

10    Q.    Was there anybody else you worked with in the

11    Accounting Department in 1993, 1994 and 1995 named Walter?

12    A.    No.

13    Q.    Who was Stu Bell's boss when he uttered the words,

14    Walter wants EPS to be a certain number?

15    A.    Walter Forbes.

16    Q.    Okay.

17         Now, what, if anything, did you, Kevin Kearney, do in

18    response to Stu Bell's direction when he told you Walter

19    wants EPS to be a certain number?

20         MR. SULLIVAN:    Objection.    Could we ask for the

21    participants in the discussion he described?

22         THE COURT:    Mr. Schechter, I'll leave it to you.

23         MR. SCHECHTER:    I'm unclear from Your Honor --

24         THE COURT:    I'll leave it up to you.

25         MR. SCHECHTER:    Thank you.

```
1              I'm getting so old I forgot the question I
2      asked.
3      BY MR. SCHECHTER:
4      Q.   The question I asked you, Mr. Kearney:  What did you,
5      Kevin Kearney, do in response to Stu Bell's instruction,
6      Walter wants EPS to be a certain number?
7      A.   We recorded unsupported topside adjustments in order
8      to arrive at those targets.
9      Q.   When you say you recorded unsupported topside
10     adjustments to arrive at those targets, what did you
11     actually do?
12     A.   They were recorded in the P&L reconciliation which
13     then flowed up to the consolidation.
14     Q.   Did you have support to change the EPS number from
15     what it was before Stu Bell said those words to what it
16     became after Stu Bell told you those words?
17     A.   No.
18     Q.   Let's, if we can, go to Cosmo Corigliano.  I'm just
19     going to place on the easel "Cosmo Corigliano."
20          Did you ever receive instructions or directions from
21     Cosmo Corigliano to make unsupported topside adjustments?
22     A.   Yes.
23              MR. SCHECHTER:  801(d)(2)(E), Your Honor.
24
25
```

1   Q.   And did you follow those instructions?

2   A.   Yes.

3   Q.   Sabatino, did he give you instructions regarding the

4   consolidation and when it should be released?

5   A.   Yes.

6   Q.   What were his instructions?  Casper Sabatino.

7        MR. SCHECHTER:  801(d)(2)(E) again, Your Honor.

8   A.   The same as Cosmo's, to not release it until we got

9   word and approval from Walter on the press release.

10  BY MR. SCHECHTER:

11  Q.   What I'd like to do, if I can, is ask you a little

12  about Ernst & Young.

13       Were they the auditors of the CUC International

14  company from the time period you arrived at CUC in 1993

15  through 1997?

16  A.   Yes.

17  Q.   And what role, if any, did you play with respect to

18  the auditors' reviews at the end of quarters and audits

19  and the end of the year?  Tell us about what role you

20  played.

21  A.   I was really the primary liaison between CUC as the

22  company and Ernst & Young.  I was Ernst & Young's main

23  contact.  And many of the documents that were provided to

24  them came through me.

25  Q.   Let's start with the documents that came through you

# Exhibit 2

CD                                                                7-10-01

Notes on interview of Kevin Keany

b4 — March — rejects in transit of
bank reconciliations

Dr. of Fin'l Reporting until March '97
to Spark until 2 or so years later

attendees: Fettners, $K^2$, RP, Weis, SM, & me

inv'l of KS & WF for March 2002
but gradually pumped

SM — gen'l focus

Bob Gildnist — yes — he worked @ EY b4;
he was the Review P. for the eng he
was on it ($K^2$ knew he was on it)
Louis Siena — similar capacity but
different years
NR asking different tech Qs

KW — main engage P for majority of time;
he would come out to office prime entity
→ speak w/ Ch. or DCS
— knew from EY; he was P on it
— other engagements — 1 other (DCA
Wearing Products)

MGR0168

CD                                                7-10-01

xxxxx          Notes on interview of Kevin Kearney

b4 -    _____  -  rejects in transit &
              bank reconciliations

              Dir. of Fin'l Reporting until March '97
              to Sparks until 2 or so years later

xxxx
attendees:   Fettweis, $K^2$, RP, M$^{ark}$ G$^{arber}$, SM, & me

trial of KS & WF for March 2002
        but probably p___ped

SM -  gen'l focus

Bob Gilchrist – yes – he worked @ EY b4;
        he was the Review P for the ___ he
        was on it ($K^2$ knew he was on it)
Louis Sierra -   similar capacity but
        different years
NR asking them tech Qs

KW -  main engage P for majority of time;
he  would come out to office; more likely
to speak w/ $C^2$ or CS
        - knew from EY; he was P on it
        - other engagements – 1 other (DCA
          Wearing Products)

MGR 0168

xtremely "detailed" very technical
good long relationship w/ $C^2$
- if $K^2$ couldn't settle an issue
w/ an audit mgr, it would
go up line & RW & $C^2$ would
settle it

e.g.,
1. Getko acq. / via pooling
   small materially so no restate;
   treated like bad purchase (balance
   sheet accepted) but something
   done w/ equity §
   prep'd in flux analysis (compare
   old & new balance sheet)
   equity § "popped out" & KW
   took to CS. CS said
   say "seasonality" b/c tied
   in to new homeowners & mailings
   to them, etc.; KW gave that to
   auditor in conf room (widely
   KW — may have raised in 1st
   place), KW was confused by expl.;
   KW pointed it 2 $C^2S$; then $C^2$;
   — was tied into ESOP, KW
   said "u promised that you weren't
   going to do that" to ($C^2$ (or CS)
   in auditor's conf. room; in fact
   took place in of auditors;
   $C^2$ or CS came in after $K^2$ gave
   explanation
   probably said we'd look into
   it & get back to them on it
   never heard further

extremely "detailed" very technical
good long relationship w/ $C^2$

→       - if $K^2$ couldn't settle an issue
w/ an audit mgr, it would
go up line & KW & CC would
settle it

e.g.,
1.     Getko acq. / via pooling
small materiality so no restate;
treated like ~~bal.~~ purchase (balance
sheet accepted) but something
done w/ equity
CUC prep'd a flux analysis (compare
old & new balance sheet)
equity § "popped out"; KW
took to CS; CS said
say "seasonality" b/c tied
in to new homeowners & mailings
to them, etc; KW gave that 2 the
auditors in conf room (incldg
KW – may have raised in 1st
place); KW was confused by expl.;
KW pointed it 2 CS $^{or\ C2}$; then $C^2$,
- was tied into ESOP; KW
said "U promised that you weren't
going to do that" to $C^2$ (or CS)
in auditor's conf room; in front
~~took place in~~ of auditors;
$C^2$ or CS came in after $K^2$ gave
explanation.
probably said he'd look into
it & get back to them on it
never _____

MGR 0169

DK if posted SAD
the entry was "fancy - business" related
this was something KW insisted upon
review of WPapers; KW gone to bush office
CK² DK?

KW personality; K2 thought gone to
after got 2 kids; but rep. as detail
oriented; would cash workpapers

no other examples of KW/CS merging
just recalls giving the longer the
party lines & but then it
say taken it to CS or C²
usually 1 or 2 stuffer intensely /
him if usual
dealt w/ Cassidy Not Id marvel
Joe Cap a lot

$L² = Cassidy$
$Joe = CS$
$KW = C²$

his expl of hierarchy

so as Q went up, less intense

started @ CMC in July 93; moved
until corp and Marsh 97
up Spark btwn 93 &
now @ Spark Network Services but
coming 2 end
said then back to Chicago
nothing else lined up — SEC restriction
are a struggle

MGR0170

DK if posted SAD
the entry was "funny-business" related
this was something KW noticed upon
review of WPapers; KW gave to _staffer
($K^2$ DK)



KW personality;  $K^2$ thought good t__
after got 2 __; but rep. as detail
freak; rev'd cash work papers

no other examples of KW/CS _____
just recalls giving the mgr the
party lines & not ___ it
say take it to CS or $C^2$
usually 1 or 2 staffers interacting w/
him; usually
dealt w/ Cindy Noti [mainly] &
Joe Cap  a lot

$K^2$ = Cindy
Joe = CS         ————— his expl of hierarchy
KW = $C^2$

So as Q went up, less interaction

started @ CUC in July 93; moved
out of corp around March 97
  w/ Spark btw 93 &
now @ Spark Network Services but
coming 2 end
   Sending them back to Chicago
nothing else lined up — SEC restrictions
are a struggle

MGR 0170

became director of fin'l reports after 2 yrs

MR

had some interaction
became main engagement P on K2's
last year
moving KW to "secondary review P"
1/31/97

[the what Scene
or camel 2 or Gilchrist
have been consulting P
but involved in some degree

KW's involvement in 1/31/97 — he made a
point to swing by & visit CS & K2
just to visit in last year
was seeing him less than in previous
years but also CUC were all
in the same building
in last year, there was work room
for auditors in the building where
CS & K2 (MR there periodically)

Bill Kennedy — NR

Jamie David — NR

Simon Wood    knew; on the org on last
year when MR came on

probably more on Quarterly work &
interim
most audit was shifting to CS & Salter

MGR0171

Became director of fin'l reports after 2 years

<u>MR</u>
    had some interaction
    became main engagement P on $K^{2's}$
       last year
    moving KW to "secondary review P"
    1/31/97

                           like what Scerra
         or could      |_or Gilchrist___
         have been consulting P
         but involved in some degree
      KW's involvement in 1/31/97 – he made a
          point to swing by & visit CS & $K^2$
          just to visit in last year
          was seeing him less than in previous
          years <u>but</u> also CUC were all
          in the same building
          in last year, there was work room
          for auditors in the building where
          CS & $K^2$ (MR there periodically)

<u>Bill Kennedy</u>      – NR
<u>James David</u>      - NR
<u>Simon Wood</u>      knew ~~on the xxx~~ on last
         year when MR came on
         probably more on Quarterly work &
         interim
         most audit was shifting to CS & Sattler

MGR 0171

in March, he was part-time w/ CUC
Corp. + 1 1/2 w/ Spark
NR issues

Bruce Mantia — never CS have — may L
when partner @ one point I
heard his name while @ CUC
NR meeting in, or being BM became
engaged?

Hy Schuil — Stamford managing P

Cindy hoti (Mancini)

NR specific issues
dealt w/ her a lot
thinks there were times he found her crap

J. Cap —
worked w/ him; but JC knew
CS well, so he'd turn to
if there was incomplete satisfaction

complete satisfaction — periodically
w/each annual audit, there were a
handful (4-5 issues) that went
that route (greater # than in his
explanation) for most part related

the "seasonality lies" — off the top of CS's
head
                   lies
in some cases these were thought of

MGR0172

in March, he was part-time w/ CUC
    Corp. & ½ w/ Spark
NR issues

<u>Bruce Mantia</u> -    recalls _____ – maybe
    review partner @ ~~one point~~ one point
    heard his name while @ CUC
    NR meeting him, or being __ became
    engagement P

<u>Hy Schweil</u> -  Stamford managing P

<u>Cindy Noti (Mancini)</u>
    NR specific issues
    dealt w/ her a lot
    thinks there were times he fed her crap

<u>J. Cap</u>
    worked w/ him; but J.C. knew
    CS well, so he'd turn to CS
    if there was _complete satisfaction



complete satisfaction - periodically
    w/ each annual audit, there were a
    handful (4-5 issues) that went
    that route  (greater # than in his
    explanation) for most part related

the "seasonality lies" – off the top of CS's
    head
    in some cases these lies were thought of

b4 lunch

K2 would, say we have to
"rehearse" this answer
& there were times when CS
went to C2 & asked how
to explain this one

the explanation comes after the $
is stuffed and; C2 — upin
was create it & explain it
later; wanted the P&L to say
something & also have the #s
bottom — up approach
then explain it

when C2 assumed role; worked w/ StuBell
closely; then not
@ some point, when C2 on own
recalls    C2 telling CS & K2    how much
they had to adjust the P&L by
number w/ H Walter

J. Cap. specifically said to CS, (b4 told
off him trial balance & considerable
still afraid to get 2 #s)

statement
I know what u guys are doing, you're
trying to get to certain #s.)
CS dismissed it
in CS's office
K2 thinks J. Cap. understood b/c
of the way he said it

b4 hand
   $K^2$ would say we have to
   "rehearse" the answer
   & there were times when CS
   went to $C^2$ & asked how
   to explain this one
the explanation comes after the $
is shifted around; $C^2$- \_\_\_\_
was create it & explain it
later; wanted the P&L to say
something & have the #'s
   bottom-up approach
   then explain it

when $C^2$ assumed role; worked w/ Stu Bell
   closely; then not     on his own
   @ some point, when $C^2$ in position,
   recalls $C^2$ telling CS & $K^2$ how much
   they had to adjust the P&L by
   nada w/r/t Walter

J. Cap. specifically said to CS, (b/c hold
off giving trial balance & consolidation
b/c still adjusting to get 2 #'s)



————
I know what U guys are doing, you're
trying to get to certain #'s.
CS dismissed it
in CS's office
$K^2$ thinks J. Cap <u>understood</u> b/c
of the way he said it

MGR 0173

Thinks when the news broke, EY reacted
~ holy shit
- then, if anything was going on, it
would be w/ (CVE )
- always holding off &
so vague
- always issues contested
anyone from senior top to ( J. Cap, Kw)
but $ amount blew then out of
the H₂O

du n'r thing & get on w/ it

J. Cap got buried in the details incding
those not relevant
CS said let him spin his wheels

all sharp @ EY
why not catch —
b/c · so widespread
· knew which got analysts only
(b/c agreed by hand)
(client assistance package)
knew by year end
but · on Q's they got an analyst · new
sharp anlst @ P&L vs.
prior Q & last year Q; &
no comparison tied back to
annual
(done @ very end)
~ understood that no G/L to
tied back to @ Q's

 thinks when the news broke, EY reacted
- holy shit
- then, if anything was going on, it
   would be w/ CUC
    - always holding off &
       so vague
    - always issues contested
anyone from senior up to (J. Cap, KW)
but $ amount blew them out of
the $H_2O$

do u'r thing & get on w/ it

J. Cap got buried in the details including
         those not relevant
         CS said let him spin his wheels

all sharp @ EY
why not catch —
          b/c     • so widespread
                  • knew which got analysts only
                     (b/c agreed b4 hand)
                     (client assistance package)
                     knew b4 year-end
          but     • in Qs they got an audit rev
                   showing current Q P&L vs.
                   prior Q & last Year Q; &
                   no comparison tied back to
                   annual
                   (done @ very end)
                  - understood that no GL to
                   tie it back to @ Qs

MGR 0174

not did push to CL b/c of some
explan.
(came up w/ everyone ___ here
comes on ___ list checklist)
Ceny or J.w would tell them they
can't check to CL b/c curtails
4/0 these yrs.

w/H/t Idea reserve img usage
. There was a sep. sched presented by AP
on use of charges vs.
CUC stretched; explanation
. There was an issue
J. Corp & MR in city when AP
explained what happened w/ reserve
keep & demand discrepy

able to hide under materiality

_____

this mtg; AP explaining; no real back & forth;
MR & SW/J. Corp. asking Qs.

one year (after YE) where consol. duty
entries off. by Below Shelf like cash &
cocts recie... & another payable
too
The Support ___ they couldn't provide
EX the doc. @ time of press release;
we'll do it later. this document
(later) was difficult &

not tied back to GL b/c of same
explanation
    (came up w/ everyone ___ ____
    comes in – hit checklist
    Cindy or Joe would tell them they
    can't check to GL b/c consistent
    w/ other year

w/r/t   Ideon reserve usage
• there was a sep. sched. presented by AP
    in use & charges vs.
    CUC stretched explanations
• There was an issue
    J. Cap & MR in mtg. when AP
    explained what happened w/ _____
    kept ___ _____

able to hide under materiality

this mtg:   AP explaining; no real back & forth;
    MR & SW/ J. Cap. asking Qs.

one year (after YE) where consolidating
    entries affecting Balance Sheet like cash &
    accts receivable & another _____

    xxx
    the support – they couldn't provide
    EY the docs @ time of press release;
    we'll do it later; the documentation
    (later) was diff_____ &

MGR 0175

J. dep & Kw use i CS's effort to
help get to #'s needed

what #s are there to support
to acct for recle bls
AR & cost
AR & AP

so no change in balance sheet
due YE
@ Q, they just compared to prior year,
they weren't making up documentation
a lot of outstanding checks that aren't
going to clear
trying to justify entries often made
b/c already
they pointed @ CS for doing it

not 1/97; probably 1/96 or 1/95

& they had these kind of entries in the
Qs before had
but ___ did a better as they
job of generating reports went
most fiction)

& big piece of the entry had to do w/
the billing types & not putting
into bank yet — very early

J. Cap & KW were in CS's office to
help get to #'s needed

what #s out there to support
to account for reclass btw
   AR & cash
   AR & AP

so no change in balance sheet

@ YE
@ Q, they just compared to prior year,

EY
they weren't making up documentation
   a lot of outstanding checks that aren't
   going to clear
trying to justify entries after made
b/c already

they _____
~~yelled~~ @ CS for doing it

not 1/97; probably 1/96 or 1/95

& they had these kind of entries in the
Qs beforehand
   but ▮▮▮ did a better
   job of generating reports as they
            went

most fiction

  big piece of the entry had to do w/
  the billing tapes xx not putting
  into bank yet – very early

MGR 0176

cut-off of cash
(e.g., Jan 3 rather than Ja 31)
so big adjustmts

The support was summaries of the
billing pages

they did a test of controls on the
membership billing system.
but the explantn didn't make
sense

Smith

cash/regists in transit

when @ EY, audity CUC where Semi
one of his unders did Cadj
they noted from bank recs that
rejects on accnt after accnt

they summed them up

if rejected files (not going to collect)
then no cash & no revenue
(not just Balance Sheet)
They took issue to mgr) (reclassifn) got kicked
upstairs til some whit got cut out
$K^2$ had Clayton documented it in
the work papers              maybe 1/92
KW was partner that year
$K^2$ jolied — & they hired him next
year

cut-off 4 cash
   (e.g., Jan 3 rather than Jan 31)
     so big adjustments

the support was summaries of the
billing tapes

they did a test of controls on the
membership billing system
  but the explanation didn't make
  sense

break

cash / rejects in transit

when w/ EY, auditing CUC when senior
one of his unders did Cash;
they noted from bank recs that
rejects on accnt after accnt

they summed them up

  if rejected files (not going to collect)
    then no cash & no revenue
    (not just Balance Sheet)

They took issue to mgr $^{\text{Steve Clayton}}$, got kicked
    upstairs 'til some what got _____
$K^2$ had Clayton documented it in
    the work papers
KW was partner that year $^{\text{maybe 1/92}}$
$K^2$ joked - & they hired him next
year

MGR 0177

they did Sameprocess the next year & if
Samsung wanted to waive it, they
could; & they did

⌐ three months of Xtra cash

C² had such a good relationship w/ Sue &
KW, so he could Xplain NEThing

Snowballed over time
once it got to be bigger, EX noticed
& then CUC said its how we've
been doing

things were more complicated b/c deffered
revenue & deffered cost

waive b/c on balance sheet not important

specifically recalls engain in conversation
w/ everyone from Tide to true
(including KW, J. Corp, Cindy hotti )
w: different rev & cost

EX testing of cash & rejects —           (but maybe
only at YE                                 not MR & SW)
some of the support was the
membership forms (tested via
test of controls)
for the Consolidating only

NR anyone fm EX presenting totals —
if dnd could have done @ CUC, then maybe.

they did same process the next year & if
some one wanted to waive it, they
could; & they did

three months of Xtra cash

$C^2$ had such a good relationship w/ Joe &
KW, so he could xplain NEthing

snowballed over time
once it go to be bigger, EY noticed
& then CUC said its how we've
been doing

things were more complicated b/c deferred
revenue & deferred cost

waive b/c on balance sheet not important

specifically recalls engaging in conversation
w/ everyone from time to time
(Including KW, J. Cap, Cindy Notti
re: deferred rev & cost
but maybe
not MR & SW)

EY testing of cash & rejects –
only at YE
some of the support was there
membership tapes (tested via
test of controls)
for the consolidating entry

NR anyone from EY presenting totals –
if <sup>done</sup> could have done @ CUC, then maybe

MGR 0178

brought to comp.; may have hopped him

EY audit program said reconcile items fewer than $1mm in subs so he thinks they waived b/c all the # (reconciling) was tiny

CUC used materiality thresholds

— NK anyone else doing add-up rejects

knows that when Clayton was his super, it was an issue to be raised w/ C² done @ 11th hour, Clayton said ok & someone

knows EY got membership reserve analysis he recalls it being short & minimal & he & CS so thought it funny w/ this huge acct this is all they did

the Ø's were cancel rates were supplied by AP recalls AP having IT run different analysis b/4 getting the right one too, CS knew it was on the list of things they needed put analysis in table (hidding under the memo pad — CS told K² that CS did it)

thus he wrote up a proped entry u

brought to corp.;  may have trapped
him
EY audit program said reconcile
items greater than $1mm in _____
so he thinks they waived b/c all
the # (reconciling) was tiny

CUC used materiality thresholds

NR anyone else doing add-up rejects

know that when Clayton was his super, it
was an issue to be raised w/ $C^2$
done @ 11th hour,   Clayton said
ok & someone

knows EY got membership reserve ~~summary~~ analysis
he recalls it being short & minimal
& he & CS   thought it funny w/
this huge accnt this is all they
did

the %'s were cancel rates were
supplied by AP
recalls AP having IT run different
analysis until getting the right
one ___, CS knew it was on
the list of things they needed.
put analysis on table (hiding under
the memo pad – CS told $K^2$ that
CS did it)

thinks he wrote up a _____ entry in

MGR 0179

Thelis  he knew it had a P&L effect of
          membership cancel reserve

the reserve was done @ C-U-C level
   so not much involve

AP told K2 of the computer people
   running multiple reports
        it was on the corp. list
        (membership reserve)
   just point of contact

he was the liason b/w EY & CUC
they took Q's to AP re: reserve

everyone would come in & ask for
   stuff b/c C2 hasn't "blessed consolidith"
   on Q's & YE
   they would have audit teams @ location
   meat of audit done w/ gun to their
   head ; 24 to 48 hrs b4 press release
   (never got changed)

EY took press release date seriously

~~the~~

Thinks he knew it had a P&L effect
     membership cancel reserve

the reserve was done @ C-U-C level
so not much involve

AP told $K^2$ of the computer people
running multiple reports
          it was in the corp. list
          (membership reserve)
     just point of contact

he was the liaison btw EY & CUC

████████

they took Qs to AP re: reserve
               EY
everyone  would come in & ask for
          stuff
          b/c $C^2$ hasn't blessed consolidation
          on Qs & YE
          they would have audit teams @ location
          & then
          meat of audit done w/ gun to their
          head; 24 to 48 hrs b4 press release
          ($^{release}$ never got changed)

████████

EY took press release date seriously

MGR 0180

$C^2$ would tweak #s at very end
every Q they tried to push
  EY
in some case the delay went 2 the
  subs.; not as delayed; a lot
  of the adjustments were w/ C-U-C
write @ $E than Q.

CD. reserve — not involved

in light of

wants witness fees & train fare
  to here (reimbursement)

(lunch)

─────────────────────────

Stu Bell
  — everything started when him but #s
    not as large
  — there were topside adjustments
  — $K^2$ dealt w/ $C^2$ while Bell there
  — when one of stock splits (restating Qs
    based on split); in one Q
    net income divided by new shares
    was very close to 15½ ¢ to take
    off the ½ ¢ (to trend better);
    who was doing average
  they asked him to do lower EPS;
  tax effect of disqualified
  dispositions was involved
              $K^2$ suggested the tax rate

MGR0181

$C^2$ would tweak #s at very end

every Q they $^{EY}$ tried to push
in some cases the delay went 2 the
subs.; not as delayed, a lot
of the adjustments were w/ C-U-C
worse @ YE than Q.

CD reserve – not involved

in light of

wants witness fees & train fare
　　　　to here　　　(reimbursement)



&lt;lunch&gt;

Stu Bell
- everything started with him but #s
  not as large.
- there were topside adjustments
- $K^2$ dealt w/ $C^2$ while Bell there
- when one of stock splits (restating Qs
  based on split) in one Q
  net income divided by new shares
  was very close to 15½ cents to take
  off the ½ cent; (to trend better);
  $K^2$ was doing average
  they asked him to do lower EPS;
  tax effect of disqualified
  dispositions was involved
　　　　　　　$K^2$ suggested the tax rate

MGR 0181