Stn: "effective tax rate a little low"
& $C^2$ & Stn agreed to do that

believe (effective tax rate)

Stn taught $C^2$ & AP what they know
very bright

he made sure the %s were where he wants
then ████████

he came back w/ adjustments
same approach

% of income grew as well

after Stn. left, they did acquisitions to get
reserves not for earnings (Stn was
good at securing targets — they rel
panned out)

doesn't think $C^2$ was doing this on his
own — points to $C^2$'s comment
about Shelton; DK more

$K^2$ questioned him the begining (CS);
CS said they're managing the #s every corp.
does it (other cos he'd been w/ b4)
$C^2$ would promise ████ it would get better
next Q, year, etc.

the people @ the divisions — they'd adjust
the little things & the divisions didn't
question anything

MGR0182

Stu: "effective tax rate a little low"

& $C^2$ & Stu agreed to do that
(effective tax rate)

believes Stu taught $C^2$ & AP what they know
very bright

he made sure the %s were where he wants
them ███████
    he came back w/ adjustments
    same approach

% of income grew as well

after Stu. left, they did acquisitions to get
reserves not for earnings. (Stu was
good at selecting targets – they all
panned out)

doesn't think $C^2$ was doing this on his
own – points to $C^2$'s comment
  about Shelton; DK more

$K^2$ questioned from the beginning (CS);
  CS said they're managing the #s, every corp.
  does it (other cos. he'd been w/ b4)
  $C^2$ would promise ████ it would get better
  next Q, year, etc.

the people @ the divisions – they'd adjust
the little things & the divisions didn't
question anything.

MGR 0182

Gerber left

~~topside entries~~

not know about them per se but
the effects (on C-U-C division)

the adjustmets @ Qs were to C-U-C
but @ y-ends, they went to
other divisions @ YE

compare 4Q vs. 3Q PY — wild
swings of revenue groupings &
expenses

very brief xplanation put on fluctation
explanations

These analizes were done @ Q & YE

would give EY several comparison
CQ vs PY CQ & last Q
YTD vs. PY YTD

put explanations on it (once scope provided)
done on an excel spreadsheet
they prepared as mud as they could

on Qs, they didn't give EY add'l
support, only xplanation
- simetimes give call to AP to find
things
- @ YE, they tried to relate...

MGR0183

Gerber left

<u>Topside entries</u>

not know about them per se   but
the effects (on C-U-C division)

the adjustments @ Qs were to C-U-C
but @ y-ends, they went to
        other divisions @ YE
compare 4Q vs. 3Q PY – wild
    swings of revenue groupings &
      expenses

very brief xplanation put on fluctuation
explanations

These analyses were done @ Q & YE

would give EY several comparisons
        Q vs PY Q & last Q
        YTD vs. PY YTD
put explanations on it (over scope provided)
        done on an excel spreadsheet
they prepared as much as they could

on Qs, they didn't give EY add'l
    support, only xplanations
    - sometimes give call to AP to ____
            things
    - @ YE, they tried to relate ...

MGR 0183

<u>membership costs in process</u>

K² didn't deal w/ this
similar to membership reserve in That it was
an operating account handled by AP's
staff
wasn't part of the fraud or to a lesser
degree
NR audit steps w/r/t this account

<u>overall audit approach</u>

do what done last year
new people came in & asked Q's. but
audit steps were repetitive.
K² would say ask J. Cay or KW,
done by, ▓▓▓▓▓▓

<u>acquisitions</u>
K² was brought once purchase agree't
signed
started working w/ departmental comptroller
to fulfill SEC filings
working w/ them to get info in a
good format for their reporting
only needed summary of fin'l statements
due diligence — not him, understands That
E/ was used as a consulting statement,
(pooling vs. purchase) — Stk & F² did
it (what he w/ the I-bankers)

purchase is easier for reserve abuse

<u>membership costs in process</u>

$K^2$ didn't deal w/ this
similar to membership reserve in that it was
an operational account handled by AP's
staff
wasn't part of the fraud or to a lesser
    degree
NR audit steps w/r/t this account


<u>overall audit approach</u>

do what done last year
new people came in & asked Qs but
    audit steps were repetitive
    $K^2$ would say ask J. Cap or KW,
    done b4 ███████

<u>acquisitions</u>
$K^2$ was brought once purchase agreem't
signed
started working w/ departmental comptroller
to fulfill SEC filings
working w/ them to get info in a
    good format for their reporting
only needed summary of fin'l statements
due diligence – not him; understands that
EY was used as a consulting statement
(pooling vs. purchase) – Stu & $C^2$ did
it (maybe w/ the I–bankers)

purchase is easier for reserve abuse


MGR 0184

<u>establishment of purchase reserves</u>

typically no involvement
this was passed down by CS or C²

only time was w/ Plextel Communications
(now Sprint); he went out there
b4 the final agreement was signed & went
out & got an understanding of the needs —
where a reserve was possible
(C² would then suggest

1.1 & 1 — make it 5 & 5
9 per ACR

EY would eventually see the goodwill
calc on the Balance sheet

They were presented w/ a reserve
analysis (also same year as Sierra &
Davidson) — had to show activity in what they
had that accrued
This schedule was prepped by K² & Sutller
for 1/31/97 audit

testing of activity in those accounts =
for certain items over a dollar amount,
needed support (I-banker &
atty fees)

may have given it to EY @ Quarterly, but
was audited @ year-end

MGR0185

<u>establishment of purchase reserves</u>

typically no involvement
this was passed down by CS or $C^2$

only time was w/ Plextel Communication
███ now Sparks); he went out there
b4 the final agreement was signed; went
out & got an understanding of the accnts –
where a reserve was possible
$C^2$ would then suggest

1.1 & 1 – make it 5 & 5
__ from ACR

EY would eventually see the goodwill
calc on the balance sheet

They were presented w/ a reserve
  analysis (also same year as Sierra &
  Davidson) – had to show activity,  what they
  had ____ accrued
This schedule was prepped by $K^2$ & Sattler
for 1/31/97 audit

testing of activity in these accounts ≈
  for certain items over dollar amount,
  needed support (I-banker &
  atty fees)

may have given it to EY @ Quarterly, but
  was audited @ year-end

MGR 0185

charges flowing through were, for the
most part, legit

may have also when they had the
Idea reserve as well
— a lot of those costs AP had to
explain
— he was involved in the one
w/o invoices

establishment of Idea reserve

done @ C²'s level
only w/ actual invoices that
they were tracking on that
analysis
recalls the one mtg where JCap
& NR talked to AP
she prepped a sched. for that

thought there was some gen't
comment where AP said that
severance costs & costs to
exit a facility the info came
from various people at ████████
that location — nothing concrete
we can show u" ≠from conversa-
tions w/ local management
didn't make any sense to K² —
they'd have to be be entries
in the GL
GL — NR & EY ashed 4 it

charges flowing through were for the
most part, legit

may have also when they had the
Ideon reserve as well
  - a lot of those costs AP had to
    explain
  - he was involved in the ones
    w/o invoices

<u>establishment of Ideon reserves</u>

done @ $C^2$'s level
only w/ actual invoices that
    they were tracking on that
    analysis
recalls the one mtg where J Cap
  & MR talked to AP
    she prepped a sched. for them

  thought there was some gen't
  amount where AP said that
  severance costs & costs to
  exit a facility   the info came
  from various people at ▮▮▮▮
  that location – nothing concrete
  we can show U   __# from conversa-
  tions w/ local management
didn't make any sense to $K^2$ –
  there'd have to be ~~bee~~ be entries
  in the GL
GL – NR if EY asked 4 it

MGR 0186

DK if anyone concerned about
G. ledger driven by EY

J. Cap comments on Iden issue — NR
        NR neither

EY — stressed about the Iden reserve

    was the reason for the mtg w/ AP
    some tension
    CS & $K^2$ were there, but let AP handle
    it all, they were there b/c they
    had given some of the info (the)
    costs that went then
NR — KW involved w/ Iden Res. mange

Establishment of Iden Resv — @
    $C^2$'s level
    the EY role

Purchase reserves in gen'l

    no talk w/ KW about how
    set-up, how used

@ some point in mid '90's, there
was a change in FASB on what
could be reserved — $C^2$ got a
summary; $C^2$ sent it down —
Kevin & Cap in lds make sure
purch reserves reflects the
buts of Iten — NR dealing w/
EY on this

MGR0187

DK if anyone concerned about
G. ledger review by EY

J. Cap comments on Ideon reserve - NR
   MR neither

EY – stressed about the Ideon reserve

- was the reason for the mtg w/ AP
- some tension
- CS & $K^2$ were there, but let AP handle
  it all, they were there b/c they
  had given some of the info (the
  costs that went thru)

NR – KW involved w/ Ideon Res usage

Establishment of Ideon Reserve  - @
        $C^{2'}$s level
        DK EY role

Purchase reserves in gen'l

        no talk w/ KW about how
        set-up, how used

@ some point in mid '90's; there
was a change in FASB on what
could be reserved – $C^2$ got a
summary;  $C^2$ sent it down –
Kevin & Casper    let's make sure
our reserves  reflects these
kinds of items – NR dealing w/
EY on this


                MGR 0187

$c_2$ when he estimated, he padded
in the reserves
   his xpl was that we'd worry
    about that down the road
he didn't worry about it
   spread it around as much as he could so
    less noticeable

DK of times when EX ▓▓▓▓ identified pinpoint
usage of merger reserve use
& posted to SAB (Print Essex)
not CUC Europe)

<u>Plextel</u> — issue of $2.2 mn reserve
adjustmt
EX didn't notice
They had accrued 4 the 1 banker
  fee (on Plextel's books)
bnt also had it on Ideon
  reserves (C-U-C books); had
it in 2 places

Spunk reserve takedown — EX no Qs
re: that

<u>Excess reserve schedule</u>

  there was one maintained locally
  ($c_2$ wanted it) bnt never shown
to EX; they never knew

One time, @ Q or YE, $K_2$ said in
on closing mtg (KW & J Cap
w/ $c_2$ on) more w/ revenue release

MGR0188

$C^2$, when he estimated, he padded
in the reserves
     his Xpl was that we'd worry
     about that down the road
he didn't worry about it
spread it around as much as he could so
  less noticeable

DK of times when EY ▮▮▮▮ identified improper
  usage of merger reserve use
  & posted to SAD (but Essex,
  not CUC Europe)

<u>Plextel</u>  -  issue of $2.2 mm reserve
     adjustment
     EY didn't notice
     they had accrued 4 the i-bankers
     fee   (on Plextel's books)
     but also had it on Ideon
     reserves (C-U-C books); had
     it in 2 places

Spark reserve takedown – EY no Qs
  re: that

<u>Excess reserves schedule</u>

     there was one maintained locally
     ($C^2$ wanted it   but never shown
     to EY; they never knew xx

One time, @ Q or YE, $K^2$ sat in
on closing mtg (KW & J Cap
w/ $C^2$) on _____ of press release

MGR 0188

(maybe b/c (Caspar not aunt)
KW asked C² → do u still
have "cushion" in balance
sheet yes!
C² — Yes pee mm in this
account that is more than we
need
KW wanted to be sure that there
was something there — conservativism
C² wasn't telly the truth; only
making KW happy (to feel that
things were conservative)
w/r/t other divisions & these reserves
e.g., FSI & BCI (insurance biz) &
normal biz reserve
gen't operating assets

## C² & KW social

heard that they played golf from time to time
& get tix to a ball game (KS & K.2
went w/ to Mets game)
C² took KW out on boat; also CS &
J. Cap (not usually just 2)
from what he heard; C² sold J. Cap
~~some out~~ car once

Never felt that EV specifically
~~knew~~ what was going on

sometimes they'd have to work harder
to agree — / C²

MGR0189

(maybe b/c Casper not around)
KW asked $C^2$ – do u still
have "cushion" in balance
sheet
$C^2$ - Yes, couple mm in this
account that is more than we
need
KW wanted to be sure that there
was something there – conservative
$C^2$ wasn't telling the truth; only
making KW happy (to feel that
things were conservative)
w/r/t other divisions & their reserves
e.g., FISI & BCI (insurance biz) &
normal biz reserve
gen't operating accounts

### $C^2$ & KW social

heard that they played golf from time to time
or get tix to ball game (KS & $K^2$
went w/ to Mets game)
$C^2$ took KW out on boat, also CS &
J. Cap (not usually just 2)
from what he heard;  $C^2$ sold J. Cap
some car once

Never felt that EY specifically
  knew what was going on

sometimes they'd have to work harder
to agree w/ $C^2$

MGR 0189

EY knew CUC was aggressive

believes EY rev'd GL for
interesting entries. but DK b/c
not @ his location

"P" entries — never asked about by EY
nor "post closing entries"

Significant Q-end entries —

recall checklist (they had 2 do every
Q)
they gave it to CUC to do; CUC
should say "no"
confirm. would be w/ CS or C2

"Kick-ups"

– some w/r/t fluxs w/ prior year &
prior Q — the explanation was
very vague & contradictory to
other
NR stuff

dumb Xplanation

– seasonality of Gutko

– some Xpl of fluxes were odd

EY knew CUC was aggressive

believes EY rev'd GL __ for
  interesting entries but DK b/c
  not @ his location

"P" entries – never asked about by EY
  nor "post closing entries"

Significant Q-end entries –

recalls checklist (they had 2 do every
  Q)
xxx
they gave it to CUC to do; ███ CUC
would say "no"
confirm would be w/ CS or C$^2$


"kick-ups"

- some w/r/t fluxs w/ prior year &
  prior Q – the explanations were
  very vague & contradictory to
  other

- ███ NR other

dumb xplanation

- seasonality of Getko
- some xpl of fluxes were odd


MGR 0190

prepped 4 responses

various P&L fluxes


why couldn't he Os to c/c

some for cash adjusted to accrual
(booked & then recorded)

didn't let GL get reveal — should
have been stopping ; some
xplanation provided — NR what


nothing belief him joke — he
him being hired


EY lied to a lot — explanations
& covering them managing their #s
— the info in the checklists
— cancel rates (not representative)

relied on system control testing

the support for cash & reject in that
the items were real — should have noted
the consolidation entry wasn't response

& not passed ones

MGR0191

<u>prepped – 4 responses</u>

various P&L fluxes

<u>why couldn't tie Qs to GL</u>

   some for cash adjusted to accrual
      (booked & then recorded)

didn't let GL get reviewed – should
  have been suspicious; some
  xplanation provided – NR what



nothing behind his joke ▮▮▮▮
  him being hired

EY lied to a lot – explanations
  concerning them managing their #s
     - info in the checklists
     - cancel rates (not representative)

   relied on system control testing

   the support for cash & rejects in transit
     the items were real – <sup>they</sup> should have noted
   the consolidation entry wasn't responsive

    & not passed over

MGR 0191

this EV should have entd

all the fluctuations on the C-U-C.
division were wild
should have raised flags
Sometimes the changes we (in dollars
& %s) were so extreme, that
CS said don't give them to EX
if they kept asking for it, $K^2$ & CS said
EX could do the computing themselves
certain ones the were left in
the open list"
(EX spoiled)
From time-to-time, EY gave them
copies of "open items"
quite often items still open at
time of press release
Sometimes there given

NR other open items left unfinished

nothing more than they dismissed

Knew or should have known known

nothing new — Swings

One thing — w/ 1t Iden Acq - Safecard;
very similar to C-U-C

they adjusted Safecard's deferred #s

<u>things EY should have noticed</u>

    all the fluctuations on the C-U-C
division were wild
      should have raised flags
sometimes the changes  (in dollars
& %s) were so extreme, that
CS said don't give them to EY
if they kept asking for it, KK & CS said
EY could do the comparing themselves
certain ones xxx were left in
the "open list" xx
(EY spoiled )
From time-to-time, EY gave them
copies of "open items"
quite often items still open at
time of press release
sometimes never given

NR other open items left unfinished

nothing more than they discussed

<u>Knew or should have xxxx known</u>

nothing new – swings

one thing – w/r/t Ideon acq – Safecard;
very similar to C-U-C

they adjusted Safecard's deferred #s

MGR 0192

( in my Excel Spreadsheet — grid )

CUC took Safecard amnt. scheds. & changed
#s — the dollar pmls ▬

EY never tied back to old Safecard
amort schedules.; only looked
at simple #s; not monthly

AP called him at home to ask him
On the schedule, he hadn't thought it
all the way through; he changed it
the next week

The rev. amort. period was shortened

▬▬▬▬▬

· They never tied Q. #s to GL
· relied on management representation
    instead of audit

· They were denied access to certain
    things — would try to satisfy them
    via some other methodology
· that CUC could control

hasn't seen anyone from EY since
April '98

(in big Excel spreadsheet – grids)

C-U-C took <sup>Safecard</sup> amort. scheds. & changed
#s  –  the dollar pools

EY never tied back to old Safecard
amort. schedules.; only looked
at sample #s; not monthly

AP called him at home to ask him
On the Schedule, he hadn't thought it
    all the way through; he changed it
    the next week

The rev. amort. period was shortened



• They never tied Q. #s to GL
• relied on management representation
        instead of auditing

• they were denied access to certain
    things – would try to satisfy them
    via some other methodology
    that CUC could control

hasn't seen anyone from EY since
        April '98

MGR 0193

dealt a little w/ B2 at end
(senior)
   no issues
end

MGR0194

dealt a little w/ $B^2$ at end
(senior)

no issues

end

MGR 0194

# Exhibit 3

1    Q.    Do you remember telling investigators at that time

2    that you do not believe you ever met with Cosmo and Bell?

3    A.    No, I don't recall that.

4    Q.    Okay.  Now, back to our chart here.  If I'm correct,

5    and please don't hesitate to correct me, you said that in

6    five quarters of '93 and '94 that Stuart Bell would have

7    told to you make topside adjustments, and you have a

8    general recollection of that, correct?

9    A.    Right.

10    Q.    So it would make sense, wouldn't it, that during this

11    time period at least you would not have been told by

12    anyone that -- strike that.

13        Now, is this testimony correct as well, and I'm

14    looking at page 9719.

15        "Question:  Can you give the jury an idea what time

16    period you're talking about when Stu Bell gave you

17    instructions?

18        "Answer:  At the end of each quarter.

19        "Question:  What year are we talking about?

20        "Answer:  '93, '94; whenever he was there and I was

21    working there."

22        So we're talking about these two but not the first

23    quarter of '93, correct?

24    A.    Yes.

25    Q.    Now, on page 9720 is this correct testimony?  You

1    said:

2         "Question:  When Stu Bell came to you, did he

3    indicate to you who wanted these changes to be made?

4         "Answer:  Yes.

5         "Question:  What did Stu Bell tell you with respect

6    to that?

7         "Answer:  He would often come back to us and say

8    Walter Forbes wanted EPS to be a different number than

9    what we had so we needed to make those changes."

10        Do you see that?

11   A.   Yes.

12   Q.   Sir, is it fair to say that in all of these

13   interviews that you had, you certainly never said that in

14   the first 13 interviews?

15   A.   No.

16   Q.   You think you said that earlier to the government

17   investigators?

18   A.   Yes.

19   Q.   You think you said it as early as the first two,

20   three, four interviews?

21   A.   I believe so.

22   Q.   Well, do you know or do you not know or is this a

23   recent piece of information that you might have been

24   refreshed on?

25   A.   No.

1    Q.    No?

2    A.    No.  I've -- I answered that way in several

3    interviews.

4    Q.    Were you aware, sir, that you never even said that

5    someone invoked Walter Forbes' name until the ninth

6    interview that you had?

7    A.    I don't know.

8    Q.    Now, at page 9721 yesterday you were asked this

9    question:

10        "Question:  And let's start with the conversation.

11   What was the conversation, to the best of your

12   recollection, of the words Stu Bell used?

13        "Answer:  He would say, Walter wants EPS to be a

14   certain number.

15        "Question:  Okay.  Walter wants EPS to be a certain

16   number.

17        "Is that, to the best of your recollection, the words

18   Stu Bell used?

19        "Answer:  Yes."

20        Do you remember that testimony?

21   A.    Yes.

22   Q.    And you generously corrected that testimony today by

23   saying that you had no specific recollection but just a

24   general recollection; am I correct?

25   A.    Yes.