# Exhibit 4

1      regarding topsides?

2      A.   Yes.

3      Q.   Who else?

4      A.   Stu Bell.

5      Q.   Stu Bell.  What was Stu Bell's title at the time he

6      gave you instructions?

7      A.   CFO.

8      Q.   Anyone else other than Casper Sabatino and Stu Bell?

9      A.   No.

10     Q.   Did you ever receive instructions from

11     Mr. Corigliano?

12     A.   Yes.

13     Q.   Now, did you receive instructions from him at the

14     same time that you did Mr. Bell?

15     A.   Sometimes, yes.

16     Q.   So let's start first with Mr. Stu Bell.

17          Did Stu Bell give you any directions to make

18     unsupported topside adjustments?

19     A.   Yes.

20     Q.   When did Stu Bell give you any type of instruction to

21     make an unsupported topside adjustment?

22     A.   Usually at each quarter end.

23     Q.   And for what years?

24     A.   '93, '94 and '95.

25               MR. SULLIVAN:   Objection; 701 and Motion in

1      Limine 23, and 801.

2             MR. CARPENITO:  801(d)(2)(E), Your Honor.

3             THE COURT:  Overruled.

4      BY MR. CARPENITO:

5      Q.    I don't recall your answer.

6      A.    1993 and 1994.

7      Q.    And what was Mr. Bell's title at that time?

8      A.    CFO.

9      Q.    Did he meet with you directly and give you those

10     instructions?

11     A.    Yes, in an office with Casper and/or Cosmo.

12     Q.    Now, what did Mr. Bell tell you specifically?

13     A.    He said that --

14            MR. SULLIVAN:  Objection, Your Honor; 801,

15     Wallach and Motion in Limine 23.

16            THE COURT:  Overruled.

17            You can restate the question.

18     BY MR. CARPENITO:

19     Q.    What did Mr. Bell tell you specifically about making

20     topside adjustments?

21            MR. SULLIVAN:  Objection, Your Honor.

22            THE COURT:  I just told him to restate the

23     question.

24            MR. SULLIVAN:  Sorry.

25            THE COURT:  Restate the question again.

1               MR. CARPENITO:  I apologize, Your Honor.

2               I'm not sure of the problem, Your Honor.  If I

3       could consult with co-counsel for a second?

4               THE COURT:  I meant just remind the witness and

5       the jury as to what the question was.

6               MR. CARPENITO:  I apologize, Your Honor.  I

7       thought there was a problem with my question.

8               THE COURT:  I didn't remember what it was

9       exactly.

10      BY MR. CARPENITO:

11      Q.   Mr. Kearney, could you please tell us what Mr. Stu

12      Bell told you directly about making topside adjustments?

13              MR. SULLIVAN:  Same objection, Your Honor.

14              THE COURT:  I was just trying to remind

15      everybody what the question was.  I've already ruled on

16      it.

17              MR. SULLIVAN:  Okay.

18              THE COURT:  I think -- you understand the

19      question, sir?

20              THE WITNESS:  Yes.

21              THE COURT:  Can you answer it, please, now?

22      A.   Stu Bell would ask us to adjust EPS to be a certain

23      number, and he said that Walter wanted it to be a certain

24      number.

25

1    BY MR. CARPENITO:

2    Q.   Now, when did Stu Bell tell you words to the effect

3    that Walter wanted it to be a certain number?

4            MR. SULLIVAN:   Your Honor, same objection.

5            THE COURT:   Noted.

6            MR. SULLIVAN:   And Wallach.

7    A.   Just about each quarter during '93, '94.

8    BY MR. CARPENITO:

9    Q.   Now, did you know who Stu Bell was referring to when

10   he said "Walter"?

11   A.   Yes.

12   Q.   Who was Stu Bell referring to?

13   A.   Walter Forbes.

14   Q.   And what, if anything, did you do in response to

15   Mr. Bell's instructions?

16   A.   We then recorded these topside adjustments in order

17   to arrive at that number that we were told to get to.

18   Q.   Did Mr. Bell provide you with any support when he

19   instructed you to make these adjustments?

20   A.   No.

21   Q.   What did these adjustments effect?

22   A.   The earnings of the company, the P&L of the company.

23   Q.   And how did it affect the P&L of the company?

24   A.   Typically it overstated the earnings.

25   Q.   And the numbers that you now -- let me just

```
 1      understand when this happened in the process.

 2           Did you already have numbers for the P&L before

 3      Mr. Bell gave you this instruction?

 4      A.   Yes.

 5                MR. SULLIVAN:  Objection, Your Honor.  Same

 6      objection.

 7                THE COURT:  Just so I'm clear --

 8                MR. SULLIVAN:  801, Wallach and Motion to Limine

 9      23.

10                THE COURT:  Okay.  And as to 801 --

11                MR. CARPENITO:  801(d)(2)(E), Your Honor.  The

12      numbers he's providing to Mr. Bell.

13                THE COURT:  I thought the question was:  Did you

14      already have numbers before Mr. Bell gave you this

15      instruction?

16                MR. CARPENITO:  I'm sorry.  I was walking him

17      through the process to provide context for the

18      conversation, Your Honor.

19                THE COURT:  As to whether he already had

20      numbers, there's no hearsay objection to that.

21                The question is:  Did he already have numbers at

22      the time he commenced the conversation with Mr. Bell?

23                MR. CARPENITO:  Yes, Your Honor.

24                THE COURT:  That was the question.

25                MR. CARPENITO:  Okay.
```

1                    THE COURT:  801 objection is just overruled,

2      plain and simple.

3                    MR. CARPENITO:  Thank you, Your Honor.

4      BY MR. CARPENITO:

5      Q.   Mr. Kearney, did you have numbers at the time that

6      you spoke to Mr. Bell?

7      A.   Yes.

8      Q.   And were those numbers accurate?

9      A.   No, they were not.

10     Q.   How were they inaccurate?

11                   MR. SULLIVAN:  Objection; 701.

12                   THE COURT:  Overruled.

13     BY MR. CARPENITO:

14     Q.   How were those numbers inaccurate?

15     A.   Typically, by the time the numbers got to Stu, Cosmo

16     had already directed us to adjust them in the first place.

17     So by the time Stu saw them, they were not the raw

18     numbers, but they already had these unsupported

19     adjustments.

20     Q.   And how did Mr. Bell ask you to further adjust those

21     numbers?

22                   MR. SULLIVAN:  Objection, 801.

23                   THE COURT:  Overruled.

24                   MR. CARPENITO:  801(d)(2)(E), Your Honor.

25

```
 1    BY MR. CARPENITO:

 2    Q.  How did Stu Bell direct you to further adjust those

 3    numbers?

 4    A.  He would tell us what the revenue number needed to be

 5    adjusted to and the expense items resulting in what the

 6    bottom line was.

 7    Q.  Did Mr. Bell indicate where he got those numbers

 8    from, his numbers?

 9            MR. SULLIVAN:  Objection, Your Honor.

10            THE COURT:  And it's -- just so we're clear --

11            MR. SULLIVAN:  801, Wallach, and Motion in

12    Limine 23.

13            THE COURT:  And as to 801?

14            MR. CARPENITO:  801(d)(2)(E), Your Honor.

15            THE COURT:  You can proceed.

16            MR. CARPENITO:  Thank you, Your Honor.

17    BY MR. CARPENITO:

18    Q.  .Did Mr. Bell indicate to you where he got the numbers

19    that he wanted the adjustments to be made were?

20    A.  Yes.

21    Q.  Where did Mr. Bell tell you he got those numbers

22    from?

23    A.  He said that EPS number was the number that Walter

24    wanted.

25    Q.  Who was he referring to when he said "Walter"?
```

1    A.    Walter Forbes.

2    Q.    Now, let's turn to Cosmo Corigliano.  Did you ever

3    receive instructions from Mr. Corigliano to record

4    unsupported topside adjustments?

5    A.    Yes.

6    Q.    When did you receive those instructions from

7    Mr. Corigliano?

8    A.    Again, every quarter.

9    Q.    And for what years?

10   A.    For Cosmo, it was from '93 through '97.

11   Q.    And what were Cosmo Corigliano's titles at those

12   times?

13           MR. SULLIVAN:  Excuse me, Your Honor.  Same

14   objection to the '93, '94 instructions, Motion in Limine

15   23.

16           THE COURT:  Okay.  Objection noted.

17           You can continue.

18   BY MR. CARPENITO:

19   Q.    What years did you receive those instructions from

20   Mr. Corigliano?

21   A.    Each quarter during 1993, '94, '95 and '96 and into

22   '97.

23   Q.    And what were Mr. Corigliano's titles within CUC at

24   those times?

25   A.    He was -- at the beginning he was senior vice

**10/25/2005  Jury Trial Volume VI**

```
1      president and corporate controller.  And then he was CFO

2      after -- for '95 through '97.

3      Q.    And when Mr. Corigliano came to you and gave you

4      those instructions, what did he say to you?

5                 MR. SULLIVAN:  Excuse me.  801 and Wallach.

6                 MR. CARPENITO:  801(d)(2)(E), Your Honor.

7                 THE COURT:  Okay.

8      BY MR. CARPENITO:

9      Q.    Go ahead, Mr. Kearney.

10     A.    Sometimes he would say that this was the EPS number

11     that Stu wanted and sometimes he would say it was the

12     number that Walter wanted.

13                MR. SULLIVAN:  Objection, Your Honor.  Could we

14     have a placing of such a conversation by year?

15                MR. CARPENITO:  I believe he did testify as to

16     years, Your Honor, but I can ask the question again.

17     BY MR. CARPENITO:

18     Q.    What years did these conversations with

19     Mr. Corigliano occur?

20     A.    From '93 through '97.

21     Q.    And how often within those years did those

22     conversations occur?

23     A.    Each quarter end.

24     Q.    And where within CUC did these conversations occur?

25     A.    Sometimes in Casper's office.  Sometimes in Cosmo's
```

1    office.

2    Q.    And again, what was the instruction that

3    Mr. Corigliano gave you?

4    A.    That we needed to change EPS to be what Stu wanted or

5    what Walter wanted.

6          MR. SULLIVAN:    Objection, Your Honor.    Same

7    objection; 801, Wallach, Motion in Limine 23.

8          THE COURT:    As to 801?

9          MR. CARPENITO:    801(d)(2)(E), Your Honor.

10         THE COURT:    Okay.

11   BY MR. CARPENITO:

12   Q.    Now let's start first with Stu.    Did you know who

13   Cosmo Corigliano was referring to when he told you that

14   Stu wanted the EPS to be a certain number?

15   A.    Yes.

16   Q.    Who was he referring to?

17   A.    Stu Bell.

18   Q.    And for the record, you used the term "EPS." What is

19   EPS?

20   A.    Earnings per share.

21   Q.    And when Cosmo Corigliano said to you words to the

22   effect Walter wants EPS to be a certain number, did you

23   know who he meant when he said "Walter"?

24   A.    Yes.

25   Q.    Who was he referring to?

1      A.   Walter Forbes.

2      Q.   And did Mr. Corigliano ever tell you why Mr. Forbes

3      or Mr. Stu Bell wanted EPS to be a certain number?

4      A.   Yes.

5                MR. SULLIVAN:   Objection; 801, Wallach, Motion

6      in Limine 23.

7                THE COURT:   And as to 801?

8                MR. CARPENITO:   801(d)(2)(E), Your Honor.

9      BY MR. CARPENITO:

10     Q.   Mr. Kearney, could you please tell us what

11     Mr. Corigliano told you as to why Mr. Stu Bell and

12     Mr. Walter Forbes wanted EPS to be a certain number?

13               MR. SULLIVAN:   Same objection, Your Honor.

14               THE COURT:   Yes.

15               You can answer the question, sir.

16     A.   Because that was what Wall Street was expecting.

17     BY MR. CARPENITO:

18     Q.   Did he tell you how he knew that?  Did he indicate

19     who said it to him?

20     A.   Yes.

21     Q.   Who did Cosmo Corigliano tell you said that to him?

22     A.   Walter.

23               MR. SULLIVAN:   Objection; same basis,

24     Your Honor.

25               THE COURT:   Same three?

**10/25/2005 Jury Trial Volume VI**

1          MR. SULLIVAN:  Yes.

2          THE COURT:  Okay.  And as to 801?

3          MR. CARPENITO:  801(d)(2)(E), Your Honor.

4    BY MR. CARPENITO:

5    Q.   Did Mr. Corigliano tell you who told him the reason

6    that Walter Forbes wanted the numbers to be a certain

7    number?

8    A.   Yes.

9    Q.   What did he tell you?

10   A.   He said that Walter wanted it to be a certain number

11   because that's what Wall Street was expecting.

12   Q.   And when you say "Wall Street," what are you

13   referring to?

14   A.   The Wall Street analysts.

15   Q.   And when Cosmo told you that Walter wanted EPS to be

16   a certain number, did you ever observe him holding

17   anything?

18   A.   Yes.

19   Q.   What did you observe him holding?

20   A.   There was one time when Cosmo was actually reviewing

21   the Wall Street reports that he had.

22   Q.   And did Cosmo say anything?

23   A.   Yes.

24   Q.   What did Mr. Corigliano say?

25   A.   He looked at each report and just kind of noted what

1      EPS number each of these stock analysts was expecting.

2      Q.   And after Cosmo Corigliano gave you the instructions

3      that either Stu Bell or Walter Forbes wanted EPS to be a

4      certain number, what, if anything, did you do?

5                 MR. SULLIVAN:  Objection; same three reasons.

6                 THE COURT:  Okay.

7                 MR. CARPENITO:  Again, 801(d)(2)(E), Your Honor.

8                 THE COURT:  Thank you.

9      A.   We recorded these unsupported topside adjustments in

10     order to arrive at those results.

11                THE COURT:  Just so I'm clear, the question was,

12     What did you do?  So I don't think 801(d)(2)(E) applies.

13     But I'll check on that.  We'll discuss that later.  I

14     don't think I have to make a finding.

15                MR. CARPENITO:  Okay, Your Honor.  Just so you

16     know, we think context for the actions.

17                THE COURT:  Okay.

18                MR. CARPENITO:  Thank you.

19     BY MR. CARPENITO:

20     Q.   And I'm sorry, Mr. Kearney, I'm going to ask you the

21     question again.  I don't recall your answer.

22          What, if anything, did you do as a result of Cosmo

23     Corigliano telling you that Stu Bell or Walter Forbes

24     wanted earnings per share, EPS, to be a certain number?

25     A.   We then recorded these unsupported topside

1     adjustments in order to arrive at those numbers.

2     Q.   And in your time at CUC between the years '93 to

3     1997, how often did that happen?

4     A.   Each quarter.

5                MR. SULLIVAN:   Objection; Motion in Limine 23.

6                THE COURT:   Objection noted.

7     BY MR. CARPENITO:

8     Q.   What, if anything, did you notice about the size of

9     the unsupported topside adjustments that were being made

10    on a quarterly basis between 1993 and 1997 while you were

11    at CUC International?

12    A.   They continued to grow each quarter.

13    Q.   What do you mean "they continued to grow"?

14                MR. SULLIVAN:   Objection; Motion in Limine 23,

15    701.

16                THE COURT:   Overruled.

17    BY MR. CARPENITO:

18    Q.   You can answer the question, Mr. Kearney.

19    A.   The total amounts of these unsupported topside

20    adjustments got larger and larger, basically snowballed

21    over time.

22    Q.   Did you ever discuss this with anyone --

23    A.   Yes.

24    Q.   -- within CUC?

25    A.   Yes.

1    consolidation work papers each quarter.

2    Q.   And did you ever receive any instructions from anyone

3    at CUC as to when you should hand those documents to the

4    auditors?

5    A.   Yes.

6    Q.   From whom did you receive the instructions?

7    A.   Casper and Cosmo.

8    Q.   What instructions did you receive from Mr. Corigliano

9    and Mr. Sabatino?

10               MR. SULLIVAN:   Objection; 801.

11               MR. CARPENITO:   801(d)(2)(E), Your Honor.

12               MR. SULLIVAN:   And Wallach, Your Honor, on that

13   one.

14               THE COURT:   Okay.

15               MR. CARPENITO:   Thank you.

16   BY MR. CARPENITO:

17   Q.   Mr. Kearney?

18   A.   The consolidation work papers cannot be handed to the

19   auditors until the press release was approved by Walter.

20   Q.   Did you understand what Mr. Corigliano and

21   Mr. Sabatino meant when they said "Walter"?

22   A.   Yes.

23   Q.   Did you follow those instructions?

24   A.   Yes.

25   Q.   Let's focus on your role again in dealing with the

1      A.   Yes.

2      Q.   And as of August 2004, you've probably interviewed

3      with the government about 15 or 20 times; am I correct?

4      A.   Yes.

5      Q.   And you were asked many times about topside

6      adjustments during that period during those interviews; am

7      I correct?

8      A.   Yes.

9      Q.   You were asked what happened during those meetings

10     that you attended many times; am I correct?

11     A.   Yes.

12     Q.   Now, isn't it true that in at least seven or eight of

13     those meetings you never even mentioned that someone that

14     you dealt with had invoked Walter Forbes' name for any

15     purpose?

16     A.   I don't know.

17     Q.   You don't know.

18     A.   I don't remember.

19     Q.   You don't remember.

20          Okay, take a look at Tab Number 17, if you would,

21     sir, in that binder that I've just given you.

22          Take a look.  That's marked as Exhibit 2357 for

23     identification.  Do you see that?

24     A.   Yes.

25     Q.   And do you note that the date on the top, does it

1    refresh your recollection that you had an interview on

2    July 10th of 2001 with various government representatives?

3    A.    Could be.

4    Q.    Could be?

5    A.    Yeah.    I don't remember what the dates were.

6    Q.    You did prepare for your testimony here, right?

7    Mr. Forbes is on trial.

8    A.    Yes.

9    Q.    This is important, right?

10    A.    Yes.

11    Q.    Did you review anything when you came to testify here

12    to refresh your recollection about what you'd said to the

13    government over 15 interviews?

14    A.    I reviewed my testimony from the prior trial.

15    Q.    I see.    Only your testimony.    Didn't look at any

16    notes or any memos?

17    A.    No.

18    Q.    Okay.

19        Take a look at this document, which was marked for

20    identification, and look at page marked 173.

21        Just take a look at pages 173.    Do you see where I

22    have them marked there in yellow highlighter?

23    A.    Yes.

24    Q.    All right, sir.

25        Now, my question to you is:    On or about July 10,

**10/25/2005  Jury Trial Volume VI**

1     2001, did you attend a meeting with government

2     representatives, and when they asked you whether you knew

3     anything at all about whether Walter Forbes was involved

4     in any financial misconduct, you said you had nothing with

5     respect to Walter Forbes.

6          Do you recall telling the agents that?

7     A.   No, I don't remember.

8     Q.   Okay.  Now, take a look at the document that I've

9     shown you marked for identification.  Look at the

10    highlighted point, and tell me -- read it to yourself.

11    A.   Okay.

12    Q.   Does that refresh your recollection that on or about

13    that date, July 10, 2001, that you told agents assembled

14    for an interview of you that you had nothing to say with

15    respect to Walter Forbes?

16    A.   No.

17    Q.   That you had nothing with respect to Walter Forbes at

18    all?

19    A.   No.

20    Q.   Now, sir, it is a fact, isn't it, that you have had

21    no direct discussions with Walter Forbes about any of the

22    matters that you testified about here today?

23    A.   Correct.

24    Q.   The fact of the matter is you never had any meetings

25    with Walter Forbes to discuss any of the matters you've

1      testified about; am I correct?

2      A.    Yes.

3      Q.    You never attended one meeting with Walter Forbes; am

4      I correct?

5      A.    Yes.

6      Q.    You never told -- Walter Forbes never told you to

7      increase EPS, did he?

8      A.    No.

9      Q.    Walter Forbes never told you to make topside

10     adjustments, did he?

11     A.    No.

12     Q.    You never gave Walter Forbes any of the documents you

13     testified about here today in the binder that the

14     government gave you; am I correct?

15     A.    Correct.

16     Q.    And I gather that the only reference you made to

17     Walter Forbes in your testimony is that in some of the

18     meetings you had with other persons, the other persons

19     made reference to Walter Forbes' name; is that correct?

20     A.    Yes.

21     Q.    That someone in a meeting with you invoked Walter

22     Forbes' name, correct?

23     A.    Yes.

24     Q.    And do you recall that at any of the seven or eight

25     first interviews that you ever had with the government you

1    never once indicated that any person invoked Walter

2    Forbes' name in any way, form or otherwise?

3    A.    I don't remember.

4    Q.    You just don't remember.

5          Isn't it a fact that Cosmo never -- Cosmo Corigliano

6    never indicated to you that Walter Forbes wanted a topside

7    adjustment made?

8    A.    Right.  He just referred to the EPS number.

9    Q.    Listen to my question.

10         Isn't it a fact that Cosmo Corigliano never indicated

11   or told you that Walter Forbes wanted a topside adjustment

12   made?

13   A.    Yes.

14   Q.    And neither did Mr. Sabatino; am I correct?

15   A.    Yes.

16   Q.    And the testimony that you've given here so far, the

17   only thing you said about Walter Forbes, since you have no

18   personal knowledge of Mr. Forbes' involvement in

19   wrongdoing, is that someone else mentioned his name; is

20   that accurate?

21   A.    Yes.

22   Q.    And the fact of the matter is you have no direct

23   knowledge of any kind that Walter Forbes was involved in

24   wrongdoing; am I correct?

25   A.    Yes.