# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,  )
           )
     v.       )    No. 3:02CR264 (AHN)
           )
WALTER A. FORBES    )    October 11, 2006
           )
           )

## MOTION OF DEFENDANT WALTER A. FORBES FOR PERMISSION TO REFER TO PRIOR TRIALS
### (Forbes Third Trial Motion No. 17)

Walter A. Forbes, through undersigned counsel, respectfully moves for permission to cross-examine government witnesses about the prior trials and their outcome. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

       Respectfully submitted,

       WILLIAMS & CONNOLLY LLP

By:  _____
     Brendan V. Sullivan, Jr. (Bar No. ct17115)
     Barry S. Simon (Bar No. ct24159)

     725 Twelfth Street, N.W.
     Washington, D.C. 20005
     (202) 434-5000 (phone)
     (202) 434-5029 (fax)
     bsimon@wc.com (e-mail)

Oral Argument Requested

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Permission to Refer to Prior Trials (Forbes Third Trial Motion No. 17) to be filed electronically and to be served on October 11, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____

Barry S. Simon