UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>WALTER A. FORBES )<br>) | No. 3:02CR264 (AHN)<br><br>October 12, 2006 |

**DEFENDANT WALTER A. FORBES'**
**COUNTER-DESIGNATIONS OF TESTIMONY CONCERNING ASSET TRANSFERS**

Based on the Court's ruling today permitting the government to call Mr. Danilow in its case-in-chief over Mr. Forbes' objection, and the Court's denial on October 11, 2006 of Mr. Forbes' motion for reconsideration concerning the issue of asset transfers (Docket No. 2480), Mr. Forbes hereby submits, over objection, the following counter-designations concerning asset transfers and Mr. Forbes' communication with Mr. Danilow on that subject:[1]

    1.    Prior Counter-Designations Permitted
By Judge Thompson
That Mr. Forbes Requests
(over objection):                                                Trial 1 Tr.:    14432:2-17;
14432:21-24;
14433:12-15;
14471:24-14472:8;
14472:13-21

---

[1] Mr. Forbes indicated in his October 9, 2006 pleading concerning counter-designations that he would supply counter-designations on this subject in the event the Court denied his then-pending motion for reconsideration and following the Court's ruling concerning whether Mr. Danilow would be permitted to testify in the government's case-in-chief. See Docket No. 2487.

2.  Additional Counter-Designations
    Requested By Mr. Forbes (over objection)
    That Judge Thompson Did Not Address:    Trial 1 Tr.:    14489:21-14490:13

    Trial 2 Tr.:    3045:1-7; 3053:21-25

In addition, Mr. Forbes requests that the testimony he identified in Section 9 of his counter-designations (Docket No. 2487 at 22) be read for the additional reason that it is relevant to the government's designations on the issue of asset transfers. The government contends that the testimony it seeks to read concerning asset transfers is probative of Mr. Forbes' purported consciousness of guilt. The Court is permitting the government to read that testimony to the jury over Mr. Forbes' objection. At a minimum, the jury should be allowed to hear that Mr. Forbes <u>denies</u> that he engaged in any wrongdoing or criminal conduct at CUC.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
    Brendan V. Sullivan, Jr. (Bar No. ct17115)
    Barry S. Simon  (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Defendant Walter A. Forbes' Counter-Designations of Testimony Concerning Asset Transfers to be filed electronically and to be served on October 12, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)
Mark Coyne, Esq. (mark.coyne@usdoj.gov)

_____
Barry S. Simon