UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | October 15, 2006 |
| ) | |

**MOTION OF DEFENDANT WALTER A. FORBES FOR A MISTRIAL BASED ON BRADY/GIGLIO VIOLATIONS AND THE TESTIMONY OF KEVIN KEARNEY**
(Forbes Third Trial Motion No. 18)

Walter A. Forbes, through undersigned counsel, respectfully moves for a mistrial based on the government's suppression of Brady/Giglio material, and the false and misleading testimony of Kevin Kearney. In the alternative, Mr. Forbes requests that the Court strike Mr. Kearney's testimony and issue a curative instruction. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

Oral Argument Requested

- 2 -

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for a Mistrial Based on Brady/Giglio Violations and the Testimony of Kevin Kearney (Forbes Third Trial Motion No. 18) to be filed electronically and to be served on October 15, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

Barry S. Simon