# EXHIBIT 2

LAW OFFICES OF
## COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET
HARTFORD, CONNECTICUT 06103-2703

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, Of Counsel

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012
E-MAIL: lawyers@cemlaw.com

## FACSIMILE COVER SHEET

For Assistance or Confirmation, please call (860) 278-5555

THIS COMMUNICATION IS INTENDED ONLY FOR THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT OR AGENT OR EMPLOYEE RESPONSIBLE FOR DELIVERING THIS TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US IMMEDIATELY.

FROM:   Thomas J. Murphy, Esq.                             DATE:   April 23, 2004

TO:     Eric H. Opin, Esq.
        Board Attorney

FIRM:   Connecticut State Board of Accountancy
        Office of the Secretary of the State

TELECOPY NUMBER:   (860) 509-6230

RE:     Freedom of Information Request

NUMBER OF PAGES (INCLUDING COVER):   4

REMARKS:



## LAW OFFICES OF
## COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
tmurphy@cemlaw.com

April 23, 2004

BY FACSIMILE

Eric H. Opin, Esq.
Connecticut State Board of Accountancy
Office of the Secretary of the State
30 Trinity Street
P.O. Box 150470
Hartford, CT 06106-0470

Re: Freedom of Information ("FOIA") Request

Dear Atty. Opin:

Would you please contact me early next week to advise me of the status of my FOIA request dated April 5, 2004? A copy of this request is attached. Thank you for your assistance.

Very truly yours,

Thomas J. Murphy

TJM:hbr
Enclosure

LAW OFFICES OF
# COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
murphy@cemlaw.com

April 5, 2004

BY FACSIMILE

State Board of Accountancy
30 Trinity Street
P.O. Box 150470
Hartford, CT 06115-0470

Re: Freedom of Information ("FOIA") Request

To Whom It May Concern:

I write pursuant to the Connecticut Freedom of Information Act, Conn. Gen. Stat. § 1-200, et seq., to request copies of certain documents in the possession, custody, or control of the State Board of Accountancy.

Specifically, I hereby request copies of any and all records or documents relating to each of the following three (3) subjects:

(1) Case 682, to include, but not be limited to, all written submissions by or on behalf of Kevin Kearney concerning a proposed settlement relating to his CPA certificate; all correspondence to, from, or related to Kevin Kearney; and all settlement agreements related to Kevin Kearney;

(2) proposed settlements with, and/or certificate revocations or reinstatements with respect to any of (a) Cosmo Corigliano; (b) Anne Pember; (c) Steven Speaks; (d) Mary Sattler Polverari; or (e) Paul Hiznay; and

(3) the so-called "other Cendant case," which is mentioned by the Board in its discussion of Case 682 in the Board's April 1, 2003 minutes.

Please contact me immediately with any questions you may have about these requests. I will of course provide any payment

COWDERY, ECKER & MURPHY, L.L.C.

State Board of Accountancy
April 5, 2004
Page 2

related to these requests as required by law promptly upon notification of the amount due.

    Thank you for your anticipated assistance.

                              Very truly yours,

                              Thomas J. Murphy

TJM:

P. 1

\* \* \* COMMUNICATION RESULT REPORT ( APR. 23. 2004  4:16PM ) \* \* \*

FAX HEADER: CE&M LLC

TRANSMITTED/STORED : APR. 23 2004  4:08PM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 906 | MEMORY TX | | G3 :95096230 | OK | 4/4 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
E-5) MAIL SIZE OVER

LAW OFFICES OF
COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET
HARTFORD, CONNECTICUT 06103-2703

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, Of Counsel

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012
E-MAIL lawyers@cemlaw.com

## FACSIMILE COVER SHEET

For Assistance or Confirmation, please call (860) 278-5555

THIS COMMUNICATION IS INTENDED ONLY FOR THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT OR AGENT OR EMPLOYEE RESPONSIBLE FOR DELIVERING THIS TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US IMMEDIATELY.

FROM:  Thomas J. Murphy, Esq.                              DATE:  April 23, 2004

TO:    Eric H. Opin, Esq.
       Board Attorney

FIRM:  Connecticut State Board of Accountancy
       Office of the Secretary of the State

TELECOPY NUMBER:  (860) 509-6230

RE:    Freedom of Information Request

NUMBER OF PAGES (INCLUDING COVER):    4

REMARKS: