# EXHIBIT 3

LAW OFFICES OF
## COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

May 5, 2004

**BY HAND DELIVERY**

**PRIVILEGED & CONFIDENTIAL**

Robert M. Cary, Esq.
c/o Residence Inn
942 Main Street
Room 519
Hartford, CT 06103

Re:  United States v. Forbes, et al.

Dear Rob:

In keeping with our discussion a short while ago, I enclose a copy of the response to my FOIA request to the Board of Accountancy, which I received today. As you will see from the Board's letter, they claim to be working on additional information related to Kevin Kearney and Paul Hiznay. I will let you know as soon as I hear anything further on those topics. Call me with any questions in the meantime.

Very truly yours,

Thomas J. Murphy

TJM:jtn
Enclosures

**Connecticut State Board of Accountancy**
**Office of the Secretary of the State**
30 Trinity Street
P. O. Box 150470
Hartford, Connecticut 06106-0470
(860) 509-6179 - Fax (860) 509-6230

MAY -5 2004

Thomas F. Reynolds, CPA, Chairman
Richard P. Bond
James S. Ciarcia
Philip J. DeCaprio, Jr., CPA
Richard H. Gesseck, CPA
Leonard M. Romaniello, CPA
Richard L. Sturvedant
Michael Weinshel, CPA

David L. Guay, Executive Director
Eric H. Opin, Board Attorney

April 30, 2004

Thomas J. Murphy, Esq.
Law Offices of Cowdery, Ecker & Murphy, P.C.
750 Main Street
Hartford, CT 06103

RE: Freedom of Information Request - Information

Dear Attorney Murphy:

Pursuant to your Freedom of Information Request as per Connecticut General Statutes §1-200 et. seq., I am updating you on the status your April 5, 2004 request. I am listing them by number:

(1) <u>Case 682, Kevin Kearney-</u> I am enclosing a copy of the Settlement Agreement the Connecticut State Board of Accountancy ("Board") reached with Kevin Kearney dated April 1, 2003. Please be advised that we are continuing to work on the additional information you requested in your April 5 letter regarding Mr. Kearney.

(2) <u>Proposed settlements with and/or certificate revocations or reinstatements with respect to:</u>

(a) <u>Cosmo Corigliano-</u> Please be advised that Mr. Corigliano does not hold a certificate with this office;
(b) <u>Anne Pember</u> - Please be advised that Ms. Pember does not hold a certificate with this office;
(c) <u>Steven Speaks</u> - Please be advised that Mr. Speaks does not hold a certificate with this office;
(d) <u>Paul Hiznay</u> – I have enclosed a copy of the Board's original proposed settlement with Mr. Hiznay and a copy of the Board's Revised settlement with Mr. Hiznay dated November 4, 2002. The original proposed settlement was agreed to by Mr. Hiznay in August, 2002, but was not formally adopted by the Board because the Board requested an increase in the number of community service hours from 40 to 80. The Board adopted the Revised Settlement on November 4, 2002.

(3) The so-called "other" Cendant case. This refers to Mr. Hiznay's case (see #2d above). Please be advised that we are continuing to work on the additional information you requested in your April 5 letter regarding Mr. Hiznay.

I apologize for the delay in this response, like other state agencies, we are understaffed. As I mentioned, will be forwarding the additional information you requested in your April 5, 2004 letter as soon as possible.

I can be reached at (860) 509-6179 if you have any questions.

Sincerely,

Eric H. Opin
Board Attorney

Attachments
1. Kearney Settlement
2. Hiznay Settlement
3. Hiznay Revised Settlement

# Connecticut State Board of Accountancy
## Office of the Secretary of the State
30 Trinity Street
P. O. Box 150470
Hartford, Connecticut 06115-0470
(860) 509-6179 - Fax (860) 509-6247

Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Veily, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

April 2, 2003

Mr. Kevin T. Kearney
121 Peaceable St.
West Redding, CT. 06896

At its meeting of April 1, 2003 the Board Members voted to accept your settlement agreement. Please find a copy of the signed settlement agreement. Please feel free to contact us should you have any further questions.

Sincerely,

Diane Ruggia
State Board of Accountancy

Cc: Larry Sopher
    Robert J. Fettweis



# Connecticut State Board of Accountancy
## Office of the Secretary of the State
30 Trinity Street
P. O. Box 150470
Hartford, Connecticut 06115-0470
(860) 509-6179 - Fax (860) 509-6247




Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Veily, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

New Docket # 682
Old Docket # 21005

**RECEIVED**

DEC 1 6 2002

SECRETARY OF THE STATE
STATE BOARD OF ACCOUNTANCY

In the matter of:

Mr. Kevin T. Kearney
121 Peaceable Street
West Redding, CT 06896

## SETTLEMENT AGREEMENT

This Settlement Agreement, by and between. Kevin T. Kearney, hereinafter sometimes referred to as "Respondent", and the authorized representative of the State Board of Accountancy (hereinafter sometimes referred to as the "Board"), is entered into in accordance with Connecticut General Statutes, Section 20-280c(c). In accordance herewith, the parties stipulate and agree that:

1. At all times relevant hereto Respondent held a Connecticut Certified Public Accountant Certificate issued under Chapter 389 of the Connecticut General Statutes.
2. At no time relevant hereto did Respondent hold a Connecticut Certified Public Accountant License or Permit to Practice Public Accounting issued under Chapter 389 of the Connecticut General Statutes.
3. Pursuant to Connecticut General Statutes, Sections 20-280b and 20-280c, and the Uniform Administrative Procedures Act, Connecticut General Statutes, Section 4-166 et seq., the State Board of Accountancy commenced an investigation into a possible violation of the Chapter 389 of the General Statutes by the Respondent.
4. While making no admissions of substantive facts, Respondent admits that the State Board of Accountancy has jurisdiction to issue the orders set forth herein.
5. Respondent waives:
    a. Any further procedural steps;
    b. The requirement that the Board's Decision and Order contain a statement of findings of fact and conclusions of law; and
    c. All rights to seek judicial review or otherwise to challenge or contest the validity of the Order entered pursuant to the Agreement.

6. This Agreement shall not become part of the official record unless and until it is accepted by the Board.
7. The following Order shall become final upon acceptance and approval by the board, without further

1

notice to the Respondent. When so entered, it shall have the same force and effect as if entered after a full hearing.

8. This agreement is executed by the parties hereto for the sole purpose of compromising and settling the matter involved in this dispute, and it is expressly understood and agreed, as a condition hereof, that this Agreement shall not constitute or be construed to be an admission by Respondent of the truth or correctness of any allegations.

## ORDER

Pursuant to Connecticut General Statutes, Sections 20-280b and 20-281a, the Connecticut State Board of Accountancy ORDERS that:

1. Respondent's Connecticut Certified Public Accountant Certificate is hereby revoked.
2. Respondent may apply for a reinstatement of his Connecticut Certified Public Accountant Certificate after July 13, 2005.
3. Together with any application for the reinstatement of his certificate Respondent shall deliver to the Board at its office at 30 Trinity Street, Hartford, CT 06106, evidence that within one year prior to such application, Respondent has passed the AICPA ethics exam with a score of 90% or better.
4. Nothing herein shall be construed to require the Board to grant any reinstatement of Respondent's certificate.

FOR RESPONDENT

Dated: 12/9/2002
Respondent, Kevin T. Kearney

Dated: 1/6/2003

FOR THE CONNECTICUT STATE BOARD OF ACCOUNTANCY

Michael T. Kozik
Staff Attorney
Complaint Counsel
30 Trinity Street
Hartford, CT 06106

This Settlement Agreement in the matter of Kevin T. Kearney, Docket No. 682 is accepted and approved, and the ORDER contained therein is entered by the Board of Accountancy on this 1st day of APRIL, 2003.

STATE OF CONNECTICUT
BOARD OF ACCOUNTANCY

2

BY: _____
       Bernard Blum
       Its Chairman




# Connecticut State Board of Accountancy
## Office of the Secretary of the State
30 Trinity Street
P. O. Box  150470
Hartford, Connecticut  06115-0470
(860) 509-6179 - Fax (860) 509-6247

Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Veily, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

November 15, 2002

Mr. Paul Hiznay
42 Topaz Lane
Trumbull CT. 06611

Re: New Docket #683
    Old Docket #21006



Dear Mr. Hiznay:

Enclosed please find a copy of a signed revised settlement agreement for the above referenced case. This agreement was approved at the November 4, 2002 Board meeting. Should you need any additional information, please contact this office at the above number.

Sincerely,

Diane Ruggia for
Attorney Michael Kozik

Cc: Larry Soper




# Connecticut State Board of Accountancy
## Office of the Secretary of the State
30 Trinity Street
P. O. Box 150470
Hartford, Connecticut 06115-0470
(860) 509-6179 - Fax (860) 509-6247

Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Veily, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

New Docket # 683
Old Docket # 21006

In the matter of:

Mr. Paul Hiznay
42 Topaz Lane
Trumbull, CT 06611

## REVISED SETTLEMENT AGREEMENT

This Settlement Agreement, by and between. Paul Hiznay, hereinafter referred to as "Respondent", and the authorized representative of the State Board of Accountancy, is entered into in accordance with Connecticut General Statutes, Section 20-280c(c). In accordance herewith, the parties stipulate and agree that:

1. At all times relevant hereto Respondent held a Connecticut Certified Public Accountant Certificate issued under Chapter 389 of the Connecticut General Statutes.
2. At no time relevant hereto did Respondent hold a Connecticut Certified Public Accountant License or Permit to Practice Public Accounting issued under Chapter 389 of the Connecticut General Statutes.
3. Pursuant to Connecticut General Statutes, Sections 20-280b and 20-280c, and the Uniform Administrative Procedures Act, Connecticut General Statutes, Section 4-166 et seq., the State Board of Accountancy commenced an investigation in a possible violation of the Chapter 389 of the General Statutes by the Respondent.
4. While making no admissions of substantive facts, Respondent admits that the State Board of Accountancy has jurisdiction to issue the orders set forth herein.
5. Respondent waives:
    a. Any further procedural steps;
    b. The requirement that the Board's Decision and Order contain a statement of findings of fact and conclusions of law; and
    c. All rights to seek judicial review or otherwise to challenge or contest the validity of the Order entered pursuant to the Agreement.

6. This Agreement shall not become part of the official record unless and until it is accepted by the Board.
7. The following Order shall become final upon acceptance and approval by the board, without further notice to the Respondent. When so entered, it shall have the same force and effect as if entered after a full hearing.

8. This agreement is executed by the parties hereto for the sole purpose of compromising and settling the matter involved in this dispute, and it is expressly understood and agreed, as a condition hereof, that this Agreement shall not constitute or be construed to be an admission by Respondent of the truth or correctness of any allegations asserted in the complaint issued by the State Board of Accountancy.

## ORDER

Pursuant to Connecticut General Statutes, Sections 20-280b and 20-281a, the Connecticut State Board of Accountancy ORDERS that:

1. Respondent is hereby officially reprimanded. A copy of the letter of reprimand is attached hereto as Schedule A.
2. Respondent shall perform 80 hours of community service by July 9, 2004.
3. Respondent shall deliver to the Board at its office at 30 Trinity Street, Hartford, CT 06106, no later than December 31, 2002, evidence that since January 1, 2002, Respondent has passed the AICPA ethics exam with a score of 90% or better.
4. Respondent shall deliver to the Board at its office at 30 Trinity Street, Hartford, CT 06106, no later than 4:00 PM July 9, 2004, a statement signed by a member of senior management of the organization or organizations for which he performed the community service required by paragraph 2 of the ORDER.
5. If Respondent fails to deliver the evidence required by paragraph 3 or to perform the community service required by, or fails to deliver the statement or statements required by, paragraph 4 of this ORDER, Respondent's Connecticut Certified Public Accountant Certificate will immediately be revoked without further notice to the Respondent or action by the Board.

FOR RESPONDENT

Dated: 10\24\02

Respondent, . Paul Hiznay

FOR THE CONNECTICUT STATE BOARD OF ACCOUNTANCY

Dated: 10/25/02

Michael T. Kozik
Staff Attorney
Complaint Counsel
30 Trinity Street
Hartford, CT 06106

2

This Settlement Agreement in the matter of Paul Hiznay, Docket No. 683 is accepted and approved, and the ORDER contained therein is entered by the Board of Accountancy on this _4th_ day of _NovEMBER_, 2002.

                                              STATE OF CONNECTICUT
                                              BOARD OF ACCOUNTANCY

                                   BY: _Bernard Blum_
                                                   Bernard Blum
                                                   Its Chairman

3

 

# Connecticut State Board of Accountancy
## Office of the Secretary of the State
30 Trinity Street
P. O. Box 150470
Hartford, Connecticut 06115-0470
(860) 509-6179 - Fax (860) 509-6247

Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Veily, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

## Schedule A

November 4, 2002

Mr. Paul Hiznay
42 Topaz Lane
Trumbull, CT 06611

Re:  New Case # 683
     Old Case # 21006

### LETTER OF REPRIMAND

Dear Mr. Hiznay:

A CPA, even when employed in private industry, must insure that his work conforms to all applicable professional standards and accounting principals. Failure to do so can have serious consequences for his employer, shareholders and the public at large. You are, therefore, hereby officially reprimanded by the Connecticut State Board of Accountancy. This reprimand will be retained in your file.

Connecticut State Board of Accountancy,

By _____
   Bernard Blum
   Its Chairman

# Connecticut State Board of Accountancy
## Office of the Secretary of the State
30 Trinity Street
P. O. Box 150470
Hartford, Connecticut 06115-0470
(860) 509-6179 - Fax (860) 509-6247



Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Veily, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

New Docket # 683
Old Docket # 21006

In the matter of:

Mr. Paul Hiznay
42 Topaz Lane
Trumbull, CT 06611

## SETTLEMENT AGREEMENT

This Settlement Agreement, by and between. Paul Hiznay, hereinafter referred to as "Respondent", and the authorized representative of the State Board of Accountancy, is entered into in accordance with Connecticut General Statutes, Section 20-280c(c). In accordance herewith, the parties stipulate and agree that:

1. At all times relevant hereto Respondent held a Connecticut Certified Public Accountant Certificate issued under Chapter 389 of the Connecticut General Statutes.
2. At no time relevant hereto did Respondent hold a Connecticut Certified Public Accountant License or Permit to Practice Public Accounting issued under Chapter 389 of the Connecticut General Statutes.
3. Pursuant to Connecticut General Statutes, Sections 20-280b and 20-280c, and the Uniform Administrative Procedures Act, Connecticut General Statutes, Section 4-166 et seq., the State Board of Accountancy commenced an investigation in a possible violation of the Chapter 389 of the General Statutes by the Respondent.
4. While making no admissions of substantive facts, Respondent admits that the State Board of Accountancy has jurisdiction to issue the orders set forth herein.
5. Respondent waives:
    a. Any further procedural steps;
    b. The requirement that the Board's Decision and Order contain a statement of findings of fact and conclusions of law; and
    c. All rights to seek judicial review or otherwise to challenge or contest the validity of the Order entered pursuant to the Agreement.

6. This Agreement shall not become part of the official record unless and until it is accepted by the Board.
7. The following Order shall become final upon acceptance and approval by the board, without further notice to the Respondent. When so entered, it shall have the same force and effect as if entered after a full hearing.

8. This agreement is executed by the parties hereto for the sole purpose of compromising and settling the matter involved in this dispute, and it is expressly understood and agreed, as a condition hereof, that this Agreement shall not constitute or be construed to be an admission by Respondent of the truth or correctness of any allegations asserted in the complaint issued by the State Board of Accountancy.

## ORDER

Pursuant to Connecticut General Statutes, Sections 20-280b and 20-281a, the Connecticut State Board of Accountancy ORDERS that:

1. Respondent is hereby officially reprimanded. A copy of the letter of reprimand is attached hereto as Schedule A.
2. Respondent shall perform 40 hours of community service by July 9, 2004.
3. Respondent shall deliver to the Board at its office at 30 Trinity Street, Hartford, CT 06106, no later than 4:00 PM July 9, 2004, a statement signed by a member of senior management of the organization or organizations for which he performed the community service required by paragraph 2 of the ORDER.
4. If Respondent fails to perform the community service required by or fails to deliver the statement or statements required by paragraph 3 of this ORDER, Respondent's Connecticut Certified Public Accountant Certificate will immediately be revoked without further notice to the Respondent or action by the Board.

Dated: 8/2/02

FOR RESPONDENT

_____
Respondent, Paul Hiznay

FOR THE CONNECTICUT STATE BOARD
OF ACCOUNTANCY

Dated:_____

_____
Michael T. Kozik
Staff Attorney
Complaint Counsel
30 Trinity Street
Hartford, CT 06106

This Settlement Agreement in the matter of Paul Hiznay, Docket No. 683 is accepted and approved, and the ORDER contained therein is entered by the Board of Accountancy on this _____ day of _____, 2002.

                        STATE OF CONNECTICUT
                        BOARD OF ACCOUNTANCY

                BY:_____
                        Bernard Blum
                        Its Chairman

Connecticut State Board of Accountancy
Office of the Secretary of the State
30 Trinity Street
P. O. Box 150470
Hartford, Connecticut 06115-0470
(860) 509-6179 - Fax (860) 509-6247




Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Veily, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

## Schedule A

October 1, 2002

Mr. Paul Hiznay
42 Topaz Lane
Trumbull, CT 06611

Re:   New Case # 683
      Old Case # 21006

### LETTER OF REPRIMAND

Dear Mr. Hiznay:

A CPA, even when employed in private industry, must insure that his work conforms to all applicable professional standards and accounting principals. Failure to do so can have serious consequences for his employer, shareholders and the public at large. You are, therefore, hereby officially reprimanded by the Connecticut State Board of Accountancy. This reprimand will be retained in your file.

Connecticut State Board of Accountancy,

By _____
    Bernard Blum
    Its Chairman

G:\ENF\CASES\OPEN\Hiznay\Ltr of Reprimand.doc