# EXHIBIT 4

Case 3:02-cr-00264-AHN   Document 2515-5   Filed 10/18/2006   Page 1 of 5

LAW OFFICES OF
# COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET
HARTFORD, CONNECTICUT 06103-2703

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012
E-MAIL tmurphy@cemlaw.com

## FACSIMILE COVER SHEET

For Assistance or Confirmation, please call (860) 278-5555

THIS COMMUNICATION IS INTENDED ONLY FOR THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT OR AGENT OR EMPLOYEE RESPONSIBLE FOR DELIVERING THIS TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US IMMEDIATELY.

FROM:    Thomas J. Murphy, Esq.                    DATE: May 13, 2004

TO:       Eric H. Opin, Esq., Board Attorney
          State Board of Accountancy

TELECOPY NUMBER:    (860) 509-6230

RE:       FOIA Request

NUMBER OF PAGES (INCLUDING COVER):    3

REMARKS:



LAW OFFICES OF
# COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES E. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL
murphy@cemlaw.com

May 13, 2004

BY FACSIMILE

Eric H. Opin, Esq.
Board Attorney
State Board of Accountancy
30 Trinity Street
P.O. Box 150470
Hartford, CT 06115-0470

Re: Freedom of Information ("FOIA") Request

Dear Mr. Opin:

I write to confirm the phone conversation I had with you and Director Guay last Friday, May 7th, following up on my April 5, 2004 request to the Board of Accountancy pursuant to the Connecticut Freedom of Information Act, Conn. Gen. Stat. § 1-200, et seq.

As I noted when we spoke, the materials sent to me by the Board on April 30, 2004, do not include any documents related to a submission to the Board by, or on behalf of, Mr. Kevin Kearney. I have reason to believe that documents relating to such a submission exist. Such documents would include any materials supplied in writing by Mr. Kearney or anyone acting on his behalf, including any counsel. They also would include any notes, memos, or other writings created by anyone connected with the Board reflecting any such information that may have been submitted orally by Mr. Kearney or anyone acting on his behalf, including any counsel.

As I mentioned during our phone call, I have a time-sensitive need for this information. Accordingly, I request that the Board produce any such material promptly, or, if it is the Board's position that there are no documents responsive to this request, that you please send me a letter representing that position promptly.

COWDERY, ECKER & MURPHY, L.L.C.

Eric H. Opin, Esq.
State Board of Accountancy
May 13, 2004
Page 2

    Thank you for your anticipated assistance. Please call me with any questions.

Very truly yours,

*[signature]*

Thomas J. Murphy

TJM:

```
* * * COMMUNICATION RESULT REPORT ( MAY. 13. 2004 10:52AM ) * * *                      P.  1

                                                              FAX HEADER:   CE&M LLC
TRANSMITTED/STORED : MAY. 13. 2004 10:45AM
FILE MODE            OPTION          ADDRESS                    RESULT       PAGE
120  MEMORY TX                    G3  :95096230                  OK           3/3

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL               E-2) BUSY
E-3) NO ANSWER                          E-4) NO FACSIMILE CONNECTION
E-5) MAIL SIZE OVER
```

## LAW OFFICES OF
## COWDERY, ECKER & MURPHY, L.L.C.
### 750 MAIN STREET
### HARTFORD, CONNECTICUT 06103-2703

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE: (860) 278-5555
FACSIMILE: (860) 249-0012
E-MAIL: tmurphy@cemlaw.com

### FACSIMILE COVER SHEET

For Assistance or Confirmation, please call (860) 278-5555

THIS COMMUNICATION IS INTENDED ONLY FOR THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT OR AGENT OR EMPLOYEE RESPONSIBLE FOR DELIVERING THIS TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US IMMEDIATELY.

FROM: Thomas J. Murphy, Esq.

TO: Eric H. Opin, Esq., Board Attorney
     State Board of Accountancy

DATE: May 13, 2004

TELECOPY NUMBER: (860) 509-6230

RE: FOIA Request

NUMBER OF PAGES (INCLUDING COVER): 3

REMARKS: