# PART 2 of EXHIBIT 6



# Connecticut
# State Board of Accountancy

Thomas F. Reynolds, CPA, Chairman
Richard P. Bond
James S. Ciarcia
Philip J. DeCaprio, Jr., CPA, Cr.FA, CVA
Richard H. Gesseck, CPA
Berthann Jones CFP®
Leonard M. Romaniello, Jr., CPA, CITP, MST
Richard L. Sturdevant
Michael Weinshel, CPA

David L. Guay, Executive Director
Rebecca E. Adams, Legal Counsel



## September 5, 2006
## ENFORCEMENT DOCKET BRIEFS

## A. REQUESTING SETTLEMENT APPROVAL

**2006 CPE Enforcement** (pursuant to discussion at July meeting regarding denial of requests for extension)

1. CPE James Whiting
2. CPE Mary Beauchene
3. CPE Robert Johnson
4. CPE Karen Benoit
*Seeking settlement approval.*

## B. KPMG PROGRESS REPORT

**Michael Conway 2005050-2869** (XEROX audit partner 2002)
Held a compliance meeting on August 15, 2006. Received several CDs and paper submissions from his attorneys regarding the actions taken by Mr. Conway, including letters written by him to the audit committee prior to the financial statements issuance. These letters, dated in 2002, raise issues regarding revenue recognition and corresponding changes to address improper reporting. Also included are communications with the SEC in which the SEC allows KPMG to use the revenue recognition mechanism that it later prosecuted Mr. Conway for applying.

**Ronald Safran 2005051-2870** (XEROX audit partner)
Compliance meeting is scheduled for September 21, 2006. Received several hundred pages of exhibits and argument stating that he, like Mr. Conway conducted the audit properly and reported in compliance with the SEC guidelines and interpretations in place at that time.

30 Trinity Street
Hartford, Connecticut 06106-1634
(860) 509-6179 – Fax (860) 509-6247
www.ct.gov/sboa
sboa@ct.gov

1

September 5, 2006

**Anthony Dolansky 2006021-2916**  (XEROX audit partner)
A compliance meeting is scheduled for September 12, 2006.
His attorney had indicated that he is willing to settle for the Board recommended settlement of $2,500 in penalties and suspension for one year eligible to reapply for reinstatement upon eligibility for reinstatement by the SEC.

**Thomas Yoho 2006023-2917**  (XEROX)
Scheduling a compliance meeting for the final week of September. Mr. Yoho was not suspended or censured by the SEC. If we prosecute Mr. Yoho we will do so based upon our own allegations that his conduct was at least negligent.

**KPMG, LLC. 2005026-2839 and 2006024-2922 (XEROX and tax shelter cases)**
Mr. Bond and I attended a compliance meeting with KPMG counsel on July 14, 2006. They are willing to further negotiate settlement. They have offered to include us in their continuing reporting to and investigation into compliance by the SEC.

## C.    OTHER ACTIONS

**Christine Festa** – *Denial of CPE extension request* - **no violation**
After her requested extension was denied, she submitted information regarding a conference she attended and found that she had qualifying coursework. She actually completed the required 40 hours by the deadline.
**Recommend withdrawing allegations since compliance has been tendered.**

**Kevin Kearney 21005-682** (2001 case) – Certificate number 8457
Mr. Kearney's attorney wrote on his behalf requesting reinstatement after demonstrating compliance with a 2002 settlement mandating revocation/suspension of certificate for 5 years and passage of the AICPA ethics examination with a 90% or higher. Eligibility commenced April 2005 and he has provided copies of the certification of the passing grade over 90 via fax – will follow by mail.
*Recommend reinstatement of Certificate number 8457*

**Lori Donovan  2004018-2539**.- *Requesting reconsideration/reopening of case number 2004018-2539*
Minutes of June 5, 2005 are attached for reference.
(A motion to reopen/reconsider must be made by someone who voted to dismiss the case)

Counsel recommends reconsideration based on the issues raised regarding the CPA's lack of knowledge and familiarity with the tax law of the State of Vermont. He knew that his client held rental property in Vermont but apparently he did not know the tax law applicable to rental properties there, which requires that rental owners also pay hotel occupancy and use taxes to the state. In addition, he did not file a Vermont tax return because the client had negative cash flow. However, Vermont law requires a tax return be filed even if no net income was earned if the taxpayer has more than 1000 in gross income from sources including rentals.   These facts form the basis for allegations of negligence and taking on an engagement that could not properly complete.

30 Trinity Street
Hartford, Connecticut 06106-1634
(860) 509-6179 – Fax (860) 509-6247
www.ct.gov/sboa
sboa@ct.gov

2

September 5, 2006

The tax is her responsibility. However, interest and penalties incurred due to the failure to pay the tax and submit the returns might be more equitably placed on the licensee.
*Recommend reconsideration.*

## D.    REQUESTING AUTHORITY TO SCHEDULE AND NOTICE COMPLIANCE MEETING

### Ralph DeLeo 2006033-2933 – *Fraud and misappropriation of funds*
Complaint from attorney Taiman on behalf of his 93 year old clients Mr. and Mrs. Lestorti. He alleges and provides evidence that Mr. DeLeo forged his client's signature on a document transferring over $500,000 out of the client's account. He also alleges and has supplied supporting documentation that Mr. DeLeo obtained his client's signature on a transfer of interest in a promissory note (on which 5 million dollars would be due his client) by misrepresenting the nature of a document that Mr. Lestorti was to sign.
*Requesting compliance meeting authority.*

### Richard Fazzuoli 2006020-2918 -*Negligence, failure to provide services, failure to return client records.*
The licensee has responded to the initial complaint and the complainant filed a very detailed follow up letter. Requesting compliance meeting authorization in order to have the licensee come in with the records to support his statements that he performed all of the work he billed for and that he completed it properly.
*Recommend compliance meeting*

## E.    RECOMMENDING AND REQUESTING DISMISSAL

### Michael Thibodeau  - *Failure to return client records* – **no violation found**
Complaint by Attorney D'Ambrosio regarding a request made to return records. The CPA inquired as to the authority of this person to have the client records and once he received confirmation that this was the wish of the client he forwarded the records. They received the records within 2.5 months of the request. No IRS/DRS action was at stake.
*Recommend Dismissal*

### Ann Rustici – 2005017-2822 – *Unauthorized use of the title Public Accountant*
An anonymous letter contained her business card for Income Tax Return Services which says "public accountant" in small letters in the bottom right hand corner. No advertisements of any kind were found in any phone book or anywhere on the internet. I spoke with her and she sent a letter stating that the card must have been very old because she has not been offering tax return services since 2003. She stated that she did not know at that time that she could not use the title "PA" but that she has never told anyone she was a CPA, even when she was doing taxes. She does not have any more business cards or any other letterhead, etc.... .
*Recommend dismissal as discussed at July meeting.*

### Edward Sodlosky 2006032-2932 -*Release of confidential information*
A copy of a business tax return was picked up by the wife of the client who was not a client herself. Mr. Sodlosky admitted the mistake and explained that one of his secretaries made a mistake because the father

30 Trinity Street
Hartford, Connecticut 06106-1634
(860) 509-6179 – Fax (860) 509-6247
www.ct.gov/sboa
sboa@ct.gov

3

September 5, 2006

and son are in a business as partners and she thought the son's wife was picking them up for him. He attempted to get the papers back immediately but she would not return them. Complainant wanted and apology and for the CPA to return the papers and forgive any fees. Mr. Sodlosky wrote a letter of apology admitting the mistake and stating that he would complete the work at no charge. He also sent a letter to Hope Petrarca, the person who received the documents, demanding that she return them or face legal action.
*Recommend dismissal*

**Zackin, Zimyeski, and Sullivan 2006014-2910** – *Negligence* – no violation/complaint withdrawn
Complainant, Dan Kusaila wrote stating that the firm had been negligent in its handling of his K-1. Investigation revealed that the firm provided the proper information and the complainant withdrew his complaint in writing.
*Recommend dismissal*

**F.      REQUESTING EITHER DISMISSAL OR COMPLIANCE MEETING AUTHORITY**

**Timothy Corlett  2006030-2930**  Unauthorized use of the title PA/CPA.
Mr. Corlett's letter response will be distributed at the September 5, 2006 meeting.
He did not send any advertisement forms out as a PA or CPA and does not use the title in any manner intentionally. He followed up on the ad that we had emailed to us and then checked a number of addresses and ads and found the ones that were listed as CPA or PA and had them discontinued or changed where he could. The yellow book/yellow pages ads cannot be altered until the next printing.
*Recommend dismissal or compliance meeting.*

**Robert Walsh 2006010-2899** – *negligence, lack of competence*
Complainant Attorney Ayars complained on behalf of her client that Mr. Walsh erred when he filed the tax returns on behalf of a business in which her client was a partner. Mr. Walsh called me and said that he did report the ownership of the business differently last year because one partner bought the other out and he thought he should report it according to the profits rather than the 50%- 50% ownership that the partners had asserted previously. There were no IRS/DRS problems or fines and no penalties.
*Recommend compliance meeting or dismissal*

30 Trinity Street
Hartford, Connecticut 06106-1634
(860) 509-6179 – Fax (860) 509-6247
www.ct.gov/sboa
sboa@ct.gov

4



TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
ATTORNEYS AT LAW

744 Broad Street
Suite 1510
Newark, NJ 07102
973/848-2900
Fax 973/623-0405
www.tsmp.com

Robert J. Fettweis
(973) 848-2902
rfettweis@tsmp.com

September 12, 2006

**Via Facsimile & Regular Mail**

Rebecca Adams, Esq.
Connecticut State Board of Accountancy
Office of the Secretary of State
30 Trinity Street
P.O. Box 150470
Hartford, Connecticut 06115-0470

**RECEIVED**

SEP 18 2006

CONNECTICUT STATE
BOARD OF ACCOUNTANCY

Re:    Kevin T. Kearney
       New Docket No.:    682
       Old Docket No.:    21005

Dear Ms. Adams:

        Attached to this letter is a copy of the test score results obtained by Kevin Kearney in *Professional Ethics: The AICPA's Comprehensive Course.*

                                          Very truly yours,

                                          Robert J. Fettweis

RJF/ams
Enclosure

5513.1#20699

---

CHICAGO, ILLINOIS          BOLINGBROOK, ILLINOIS          WHEATON, ILLINOIS

ORANGE COUNTY, CALIFORNIA     LOS ANGELES, CALIFORNIA     NEW YORK, NEW YORK

| ☒ AICPA Logo |

Search [_____] ☒ Go | Advance

Join AICPA | Member Benefits | Become a CPA | CPA Exam | Th
Store | Contact AICPA

September 12, 2006

About the AICPA

Accounting Standards

Accreditations

AICPA - Affiliated Sites

Antifraud Resource Center

Audit & Attest Standards

Audit Committee Matching System

Career Resources

Classified Advertising

Code of Conduct

Congressional & Federal Affairs

CPA Exam

CPA Links

CPA Vision Project

Disciplinary Actions

Educators

Interest Areas

AICPA Library at Ole Miss

Member Info

Online Journal of Accountancy

Online Newsletters

PCPS: The AICPA Alliance for CPA Firms

Home ·CPEcentral

## AICPA Continuing Professional Education (CPE) Self-Study Examinations

**Below are the Exam Results Files For Account: KEVIN KEARNEY. Results ar
chronologically. Please download and print certificate by clicking on the Cours**

| Date | Course Code | Course Name | Score |
|------|-------------|-------------|-------|
| 6/9/2006 | 738328 | PROFESSIONAL ETHICS: THE AICPA'S COMPREHENSIVE COURSE | 96 |

[Back] [Refresh]

# RECEIVED

SEP 18 2006

CONNECTICUT STATE
BOARD OF ACCOUNTANCY

AICPA Peer
Review Program

Peer Review
Public File

Professional
Ethics

SEC Practice
Section

State News &
Info

Students

Taxation

The AICPA is the premier national professional association for CPAs in the
©2006 The American Institute of Certified Public Accountants, ISO 9001 C
AICPA Online privacy policies and copyright information. | Using our secu
--Site best viewed with browsers version 4, or above--

AICPA, 1211 Avenue of the Americas, New York, NY 10036



**TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP**
ATTORNEYS AT LAW

744 Broad Street
Suite 1510
Newark, NJ 07102
973/848-2900
Fax 973/623-0405
www.tsmp.com

Robert J. Fettweis
(973) 848-2902
rfettweis@tsmp.com

August 30, 2006

Rebecca Adams, Esq.
Connecticut State Board of Accountancy
Office of the Secretary of State
30 Trinity Street
P.O. Box 150470
Hartford, Connecticut 06115-0470

**RECEIVED**

SEP 05 2006

CONNECTICUT STATE
BOARD OF ACCOUNTANCY

Re:    Kevin T. Kearney
       New Docket No.:     682
       Old Docket No.:    21005

Dear Ms. Adams:

        This firm represents Kevin T. Kearney. Pursuant to the terms of the December 2002, Settlement Agreement (copy enclosed) between Mr. Kearney and the Connecticut State Board of Accountancy, Mr. Kearney now applies for reinstatement of his Connecticut Certified Public Accountant Certificate.

        He has satisfied all pre-conditions for reinstatement as set forth in the Settlement Agreement. Among other things, he has passed the AICPA course on Professional Ethics with a score of 96%. I am enclosing his Certificate of Completion for that course.

        Please advise me if anything further is needed from Mr. Kearney or me to complete his application for reinstatement.

Very truly yours,

Robert J. Fettweis

RJF/ams
Enclosures
5513.1#20583

---

CHICAGO, ILLINOIS          BOLINGBROOK, ILLINOIS          WHEATON, ILLINOIS

ORANGE COUNTY, CALIFORNIA          LOS ANGELES, CALIFORNIA          NEW YORK, NEW YORK




# Connecticut State Board of Accountancy
## Office of the Secretary of the State
30 Trinity Street
P. O. Box  150470
Hartford, Connecticut  06115-0470
(860) 509-6179 - Fax (860) 509-6247

Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Velly, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

New Docket # 682
Old Docket # 21005

In the matter of:

Mr. Kevin T. Kearney
121 Peaceable Street
West Redding, CT 06896

## SETTLEMENT AGREEMENT

This Settlement Agreement, by and between. Kevin T. Kearney, hereinafter sometimes referred to as "Respondent", and the authorized representative of the State Board of Accountancy (hereinafter sometimes referred to as the "Board"), is entered into in accordance with Connecticut General Statutes, Section 20-280c(c).  In accordance herewith, the parties stipulate and agree that:

1.  At all times relevant hereto Respondent held a Connecticut Certified Public Accountant Certificate issued under Chapter 389 of the Connecticut General Statutes.

2.  At no time relevant hereto did Respondent hold a Connecticut Certified Public Accountant License or Permit to Practice Public Accounting issued under Chapter 389 of the Connecticut General Statutes.

3.  Pursuant to Connecticut General Statutes, Sections 20-280b and 20-280c, and the Uniform Administrative Procedures Act, Connecticut General Statutes, Section 4-166 et seq., the State Board of Accountancy commenced an investigation into a possible violation of the Chapter 389 of the General Statutes by the Respondent.

4.  While making no admissions of substantive facts, Respondent admits that the State Board of Accountancy has jurisdiction to issue the orders set forth herein.

5.  Respondent waives:

    a. Any further procedural steps;

    b. The requirement that the Board's Decision and Order contain a statement of findings of fact and conclusions of law; and

    c. All rights to seek judicial review or otherwise to challenge or contest the validity of the Order entered pursuant to the Agreement.

6.  This Agreement shall not become part of the official record unless and until it is accepted by the Board.

7.  The following Order shall become final upon acceptance and approval by the board, without further

1

notice to the Respondent. When so entered, it shall have the same force and effect as if entered after a full hearing.

8. This agreement is executed by the parties hereto for the sole purpose of compromising and settling the matter involved in this dispute, and it is expressly understood and agreed, as a condition hereof, that this Agreement shall not constitute or be construed to be an admission by Respondent of the truth or correctness of any allegations.

## ORDER

Pursuant to Connecticut General Statutes, Sections 20-280b and 20-281a, the Connecticut State Board of Accountancy ORDERS that:

1. Respondent's Connecticut Certified Public Accountant Certificate is hereby revoked.
2. Respondent may apply for a reinstatement of his Connecticut Certified Public Accountant Certificate after July 13, 2005.
3. Together with any application for the reinstatement of his certificate Respondent shall deliver to the Board at its office at 30 Trinity Street, Hartford, CT 06106, evidence that within one year prior to such application, Respondent has passed the AICPA ethics exam with a score of 90% or better.
4. Nothing herein shall be construed to require the Board to grant any reinstatement of Respondent's certificate.

FOR RESPONDENT

Dated: _12/9/2002_

Respondent, Kevin T. Kearney

FOR THE CONNECTICUT STATE BOARD OF ACCOUNTANCY

Dated: _____

Michael T. Kozik
Staff Attorney
Complaint Counsel
30 Trinity Street
Hartford, CT 06106

This Settlement Agreement in the matter of Kevin T. Kearney, Docket No. 682 is accepted and approved, and the ORDER contained therein is entered by the Board of Accountancy on this _____ day of _____, 2002.

STATE OF CONNECTICUT
BOARD OF ACCOUNTANCY

2



June 9, 2006
KEVIN   KEARNEY  [1046618]

156 GALLOWS HILL ROAD
REDDING  CT  06896

**Continuing Professional Education**
Harborside Financial Center
201 Plaza Three
Jersey City, NJ 07311-3881
(201) 938-3000 ● (212) 318-0500
Fax(201)938-3516

# CERTIFICATE OF COMPLETION

This certifies that you have successfully completed course: [738328]

## PROFESSIONAL ETHICS: THE AICPA'S COMPREHENSIVE COURSE

and are awarded this Certificate on

*Friday, June 09, 2006*

**Recommended CPE credit:     17 Credits \***

| Field of Study | Credits |
|---|---|
| Ethics | 17 |

**Passed for State Boards: CT**

*Please retain this document for your records*          Test ID: [1561572]

Important: CPAs should contact their state board to determine sponsor registration requirements.

*\*In accordance with the AICPA/NASBA Statement on Standards for Continuing Professional Education (CPE) Programs and the standards of the Quality Assurance Service (QAS), CPE credits have been granted based on a 50-minute hour.*

*Instructional Delivery Method: Self Study*

Courses in the personal development field of study are not part of the QAS program.

*David Tolson*

DAVID A. TOLSON, CPA -- TX
DIRECTOR -- CPE PRODUCT DEVELOPMENT

AICPA CPE SPONSOR REGISTRATION NUMBERS

| | | |
|---|---|---|
| Illinois: 158-000880 | Pennsylvania: PX-177106 | All Others: A-0001 |
| New Jersey: CE-00299 | Texas: 215 | QAS: 013 |
| New York: 648 | Florida Ethics Provider: 3459 | |



# Connecticut State Board of Accountancy
## Office of the Secretary of the State
### 30 Trinity Street
### P. O. Box  150470
### Hartford, Connecticut  06115-0470
#### (860) 509-6179 - Fax (860) 509-6247



Bernard Blum, CPA, Chairman
James S. Clarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Velly, CPA
Michael Weinshel, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney



April 2, 2003

Mr. Kevin T. Kearney
121 Peaceable St.
West Redding, CT. 06896

At its meeting of April 1, 2003 the Board Members voted to accept your settlement agreement.  Please find a copy of the signed settlement agreement.  Please feel free to contact us should you have any further questions.

Sincerely,

Diane Ruggia
State Board of Accountancy

Cc: Larry Sopher
      Robert J. Fettweis

# Connecticut State Board of Accountancy
## Office of the Secretary of the State
### 30 Trinity Street
### P. O. Box 150470
### Hartford, Connecticut 06115-0470 .
(860) 509-6179 - Fax (860) 509-6247



Bernard Blum, CPA, Chairman
James S. Ciarcia
Philip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Velly, CPA
Michael Weinshel, CPA .

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

New Docket # 682
Old Docket # 21005



In the matter of:

Mr. Kevin T. Kearney
121 Peaceable Street
West Redding, CT 06896

## SETTLEMENT AGREEMENT

This Settlement Agreement, by and between. Kevin T. Kearney, hereinafter sometimes referred to as "Respondent", and the authorized representative of the State Board of Accountancy (hereinafter sometimes referred to as the "Board"), is entered into in accordance with Connecticut General Statutes, Section 20-280c(c). In accordance herewith, the parties stipulate and agree that:

1. At all times relevant hereto Respondent held a Connecticut Certified Public Accountant Certificate issued under Chapter 389 of the Connecticut General Statutes.
2. At no time relevant hereto did Respondent hold a Connecticut Certified Public Accountant License or Permit to Practice Public Accounting issued under Chapter 389 of the Connecticut General Statutes.
3. Pursuant to Connecticut General Statutes, Sections 20-280b and 20-280c, and the Uniform Administrative Procedures Act, Connecticut General Statutes, Section 4-166 et seq., the State Board of Accountancy commenced an investigation into a possible violation of the Chapter 389 of the General Statutes by the Respondent.
4. While making no admissions of substantive facts, Respondent admits that the State Board of Accountancy has jurisdiction to issue the orders set forth herein.
5. Respondent waives:
   a. Any further procedural steps;
   b. The requirement that the Board's Decision and Order contain a statement of findings of fact and conclusions of law; and
   c. All rights to seek judicial review or otherwise to challenge or contest the validity of the Order entered pursuant to the Agreement.

6. This Agreement shall not become part of the official record unless and until it is accepted by the Board.
7. The following Order shall become final upon acceptance and approval by the board, without further notice to the Respondent. When so entered, it shall have the same force and effect as if entered after a full hearing.

1

8.  This agreement is executed by the parties hereto for the sole purpose of compromising and settling the matter involved in this dispute, and it is expressly understood and agreed, as a condition hereof, that this Agreement shall not constitute or be construed to be an admission by Respondent of the truth or correctness of any allegations.

## ORDER

Pursuant to Connecticut General Statutes, Sections 20-280b and 20-281a, the Connecticut State Board of Accountancy ORDERS that:

1.  Respondent's Connecticut Certified Public Accountant Certificate is hereby revoked.
2.  Respondent may apply for a reinstatement of his Connecticut Certified Public Accountant Certificate after July 13, 2005.
3.  Together with any application for the reinstatement of his certificate Respondent shall deliver to the Board at its office at 30 Trinity Street, Hartford, CT 06106, evidence that within one year prior to such application, Respondent has passed the AICPA ethics exam with a score of 90% or better.
4.  Nothing herein shall be construed to require the Board to grant any reinstatement of Respondent's certificate.

FOR RESPONDENT

Dated:_____         _____
                                      Respondent, Kevin T. Kearney


FOR THE CONNECTICUT STATE BOARD
OF ACCOUNTANCY

Dated:_____         _____
                                      Michael T. Kozik
                                      Staff Attorney
                                      Complaint Counsel
                                      30 Trinity Street
                                      Hartford, CT  06106


This Settlement Agreement in the matter of Kevin T. Kearney, Docket No. 682 is accepted and approved, and the ORDER contained therein is entered by the Board of Accountancy on this _____ day of _____, 2002.

STATE OF CONNECTICUT
BOARD OF ACCOUNTANCY


BY:_____
        Bernard Blum

2

Its Chairman

# Connecticut State Board of Accountancy
## Office of the Secretary of the State
30 Trinity Street
P. O. Box 150470
Hartford, Connecticut 06115-0470
(860) 509-6179 - Fax (860) 509-6247



Bernard Blum, CPA, Chairman
James S. Ciarcia
Phillip J. DeCaprio, Jr. CPA
James E. Quinn
Sandra M. Schork
George G. Velly, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney

Monday, April 08, 2002

Kevin T. Kearney
121 Peaceable Street
West Redding, CT 06896

COPY

Kevin T. Kearney:

It has come to the attention of the Connecticut State Board of Accountancy that your right to practice before the Securities and Exchange Commission has been suspended.

As the holder of a Connecticut Certified Public Accountant's Certificate, you are subject to Board discipline for violation of the Connecticut Accountancy Act. Section 20-281a (a) (4) of that Act provides that the Board my discipline the holder of a Connecticut CPA Certificate whose right to practice before any state or federal agency is suspended or revoked. Your suspension from practice before the SEC appears to be a clear violation of this provision of the Act. As such you are subject to sanctions including monetary penalties and the suspension or revocation of your Connecticut CPA Certificate.

Please contact me at your earliest convince so we can discuss this matter. Naturally, you are free to consult an attorney and have him contact me on your behalf. If, however, I have not been contacted by April 29, 2002, I will commence formal administrative proceedings against you.

Sincerely,

Michael T. Kozik
Attorney for the Board



# Connecticut State Board of Accountancy
## Office of the Secretary of the State
### 30 Trinity Street
### P. O. Box 150470
### Hartford, Connecticut  06106-0470
### (860) 509-6179 - Fax (860) 509-6247



Bernard Blum, CPA, Chairman
Donald S. Brodeur, Sr., CPA
James S. Ciarcia
Philip J. DeCaprio, Jr., CPA
James E. Quinn
Sandra M. Schork
George G. Velly, CPA

David L. Guay, Executive Director
Michael T. Kozik, Board Attorney



March 9, 2001

Mr. Thomas C. Newkirk
Associate Director
Division of Enforcement, Stop 0801
U.S. Securities and Exchange Commission
450 Fifth Street, N.W.
Washington, DC 20549

Re:  Kevin T. Kearney and Paul Hiznay

Dear Mr. West:

    We request access to the investigative and other non-public files of the U.S. Securities and Exchange Commission (the "Commission") related to the captioned matter.  This request is made in connection with an ongoing lawful investigation or official proceeding inquiring into a violation of, or failure to comply with, a criminal or civil statute or regulation, rule or order issued pursuant thereto, being conducted by the Connecticut Sate Board of Accountancy.

    We will establish and maintain such safeguards as are necessary and appropriate to protect the confidentiality of files to which access is granted and information derived therefrom.  The files and information may, however, be used for the purpose of our investigation and/or proceeding and any resulting proceedings.  They also may be transferred to criminal law enforcement authorities.  We shall notify you of any such transfer and use our best efforts to obtain appropriate assurances of confidentiality.

    Other than set forth in the proceeding paragraph, we will:

    Make no public use of these files or information without prior approval of your staff;

    notify you of any legally enforceable demand for the files or information prior to complying with the demand, and assert such legal exemptions or privileges on your behalf as you may request; and

    not grant any other demand or request for the files or information without prior notice to and lack of objection by your staff.

    We recognize that until this matter has been closed, the Commission continues to have an interest and will take further investigatory or other steps as it considers necessary in the discharge of its duties and responsibilities.

G:\ENF\ALL CASES\CLOSED\Kearney\21004a Newkirk request for file on Kearney, Hiznay case.doc

Should you have any questions, please contact Michael Kozik.

Sincerely,

Michael T. Kozik
Board Attorney