UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)    No. 3:02CR264 (AHN)<br>WALTER A. FORBES. )<br>)    October 20, 2006<br>) | |

### DEFENDANT WALTER A. FORBES REQUESTED DESIGNATIONS OF TESTIMONY OF SCOTT FORBES

Defendant Walter A. Forbes, through undersigned counsel, respectfully submits the following designations with respect to the previous trial testimony by Mr. Scott Forbes. We understand that Mr. Scott Forbes is now residing in London, and is "unavailable" to the defense as that term is defined in Federal Rule of Evidence 804(b).

### DESIGNATIONS

June 23, 2004 at:

5711:22 – 5712:25

5713: 4 – 5714:4

5716:20 – 5718:1

5719:4 – 5720:2

5727:10-11

5727:15 – 5728:5

5729:16 – 5730:14

5730:18 – 5736:19

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By /s/

---
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: October 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Defendant Walter A. Forbes Requested Designations of Testimony of Scott Forbes to be filed electronically and to be served on October 20, 2006 to the following via hand delivery:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon