# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

                :

UNITED STATES OF AMERICA:    :No. 3:02CR264(AWT)

                :

      vs.          :

                :

WALTER A. FORBES,     :

E. KIRK SHELTON,      :

                :HARTFORD, CONNECTICUT

        Defendants  :JUNE 23, 2004

                :

- - - - - - - - - - - - - - - - x

JURY TRIAL

VOLUME XXVI

BEFORE:

HON. ALVIN W. THOMPSON, U.S.D.J.

and a Jury of 12

Diana Huntington, RMR

Corinna Thompson, RPR

Melanie G. Collard, RDR

Official Court Reporters

```
1      APPEARANCES:
2
            FOR THE GOVERNMENT:
3
                 U.S. DEPARTMENT OF JUSTICE
4                     970 Broad Street, Suite 700
                      Newark, New Jersey 07101
5            BY:  JOHN J. CARNEY,  SPECIAL ATTORNEY
                      JAMES McMAHON,  SPECIAL ATTORNEY
6                     RICHARD J. SCHECHTER, SPECIAL ATTORNEY
                      KEVIN WALSH, SPECIAL ATTORNEY
7
8           FOR THE DEFENDANT WALTER FORBES:
9                WILLIAMS & CONNOLLY
                      725 Twelfth Street, N.W.
10                    Washington, D.C. 20005-5901
                 BY:  BARRY S. SIMON, ESQ.
11                    BRENDAN V. SULLIVAN, JR., ESQ.
                      ROBERT M. CARY, ESQ.
12                    MARGARET A. KEELEY, ESQ.
                      MARCIE R. ZIEGLER, ESQ.
13                    GABRIEL E. GORE, ESQ.
                      MICHAEL J. BYRNE, ESQ.
14
15          FOR THE DEFENDANT E. KIRK SHELTON:
16               THOMAS P. PUCCIO, ESQ.
                      230 Park Avenue
17                    Suite 301
                      New York, New York   10169
18
                 MILBANK, TWEED, HADLEY & McCLOY, LLP
19                    1 Chase Manhattan Plaza
                      New York, New York 10005
20               BY:  THOMAS A. ARENA, ESQ.
                      SCOTT A. EDELMAN, ESQ.
21
22
23
24
25
```

1                           TABLE OF CONTENTS

2      WITNESS              DIRECT     CROSS    REDIRECT     RECROSS

3      NORMAN SCHONFELD

4        BY   MR. WALSH:    5665

5      SCOTT FORBES

6        BY MR. McMAHON:    5686

7        BY MR. SULLIVAN:              5821

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    BY MR. McMAHON:

2    Q.    Okay.  After that, what's the next step after the

3    Audit Committee reviews it and comments on it?

4    A.    The press release, the earnings release is given to

5    the business wires for dissemination.

6    Q.    So how long does this whole process take from

7    starting to compile your numbers to getting it, getting

8    the earnings release out on the business wire?

9    A.    From the, starting with the point that the financial

10    information is combined for the calendar year, in this

11    case, 1997.  And again, I said that information was first

12    collected from CUC the second week in January.  HFS

13    information was compiled a little bit earlier.  And

14    February 4, 1998 was the date that it was ultimately --

15    the earnings release was ultimately released.

16    Q.    Okay.  And based on your, the position that you held

17    at the time at Cendant, do you have knowledge as to

18    approximately how many people worked on putting this

19    earnings release together and getting it out on the

20    business wire?

21    A.    Approximately 25 to 30 people.

22    Q.    Let's go right to February 2nd of 1998.  Do you

23    recall where you were in the process of putting your

24    earnings release together on February 2nd of 1998?

25    A.    Substantially complete.

1    Q.    All right.  And have you had a chance to present your

2    draft release to the Audit Committee yet at this point?

3    A.    No.

4    Q.    But do you have a draft release at this point?

5    A.    Yes.

6    Q.    And is your draft release substantially complete as

7    of February 2, 1998?

8    A.    As of the afternoon of February 2, 1998, yes.

9    Q.    And just so we know where we are in the time line,

10   when is it that you're planning to release your draft

11   press release?

12   A.    The Audit Committee -- it was planned for the Audit

13   Committee to receive the draft release on the 3rd of

14   February.

15   Q.    All right.  Did you have a plan as to when it would

16   be released to the public?

17   A.    4th of February.

18   Q.    Did you get any new information in the afternoon or

19   after the afternoon of February 2, 1998?

20   A.    Yes.

21   Q.    What did you get?

22   A.    I received a fax from Cosmo Corigliano the night of

23   the 2nd of February.

24   Q.    Let me ask you to turn in your book to what's been

25   marked as Government Exhibit 376b.

1            THE COURT:  For identification?

2            MR. McMAHON:  Yes, for identification.

3    BY MR. McMAHON:

4    Q.    Do you recognize what's been marked as Government

5    Exhibit 376b?

6    A.    Yes.

7    Q.    What is it?

8    A.    It's a fax that I received from Cosmo Corigliano on

9    the 2nd of February in the evening.

10   Q.    All right.  And do you know -- well, where were you

11   when you received this fax?

12   A.    I was in my office.

13   Q.    And where was that?

14   A.    Parsippany, New Jersey.

15   Q.    Do you know where Mr. Corigliano was when he sent you

16   this fax?

17   A.    I know that the fax number shows on the bottom of the

18   page shows that it's from a 203 area code.  So based on

19   that, it was in Connecticut.

20   Q.    On February 2nd, 1998, where was Mr. Corigliano's

21   office?

22   A.    Stamford, Connecticut.

23   Q.    And is this -- the copy that you have in front of

24   you, is that a fair and accurate copy of the fax that you

25   received on February 2nd, 1998 from Mr. Corigliano?

1    A.    The typed portions of the fax, yes.

2    Q.    Okay.  And you're looking at 376b?

3    A.    Oh.  The answer -- 376b -- to the same question, yes,

4    this is the document I received.

5                    MR. McMAHON:  Judge, I would move the admission

6    of Exhibit 376b not for the truth of the matter, notice,

7    and 801(d)(2)(E).

8                    THE COURT:  Okay.  Government Exhibit 376b.

9                    MR. SULLIVAN:  Excuse me, Your Honor.  May I ask

10   a couple of questions?

11                   THE COURT:  You may voir dire.

12

13                         VOIR DIRE EXAMINATION

14   Q.    Mr. Scott Forbes, my name is Brendan Sullivan.  Were

15   you mistakenly looking at the wrong document a second ago

16   when he was asking this question?

17   A.    I was.

18                   MR. SULLIVAN:  Okay.  I think all the questions

19   he responded to were --

20                   THE COURT:  Maybe we should go over them again

21   to make sure that we have all the questions --

22                   MR. SULLIVAN:  -- probably okay.

23                   THE COURT:  -- responded to the correct

24   document.

25                   MR. McMAHON:  Okay.

1    BY MR. McMAHON:

2        Q.   Take a look now at what's marked in the lower

3    right-hand corner of Government Exhibit 376b.

4        A.   Okay.

5        Q.   Is there any handwriting -- other than numbers in the

6    upper right-hand corner, is there any handwriting on the

7    document you're looking at now?

8        A.   No.

9        Q.   What is this Document 376b?

10       A.   It's the fax that I received from Cosmo Corigliano on

11   the 2nd of February in the evening.

12       Q.   All right.  Now, just generally, and perhaps if I

13   could lead through this, is the difference between the

14   document you were looking at a minute ago when you were

15   answering the questions and 376b just that there's some

16   more handwriting on 376 as opposed to 376b?

17       A.   Yes.

18       Q.   Other than the questions I asked you about the

19   handwriting, would any of the answers to the questions I

20   asked you be different for 376 as opposed to 376b?

21       A.   No.

22           MR. McMAHON:  Okay.  Judge, would I move the

23   admission of 376b.

24           MR. SULLIVAN:  No objection.

25           MR. PUCCIO:  What about the handwriting that's

1     on this one?

2     BY MR. McMAHON:

3     Q.   All right.   On 376b.   You see that there is some

4     handwriting in the upper right-hand corner.   Do you know

5     whose handwriting that is?

6     A.   I don't know whose handwriting it is.   It was on the

7     fax when I received it.

8     Q.   Do you recognize that number?

9     A.   Yes.

10    Q.   What number -- what is that number?

11    A.   It's my fax number in Parsippany, New Jersey.

12         MR. McMAHON:   I move it again, but I'll redact

13    it off.

14         MR. PUCCIO:   Just wanted to know what it was.

15         THE COURT:   I don't think there's any objection

16    to the handwriting.   It's been identified as the fax

17    number.

18         Government Exhibit 376b is admitted.

19    BY MR. McMAHON:

20    Q.   Now, I have displayed on the screen the document you

21    testified is a fax you received from Mr. Corigliano.

22         Can you describe for the jury what this fax is?

23    A.   Yes.   It's a fax of revenue and EBITDA.

24    Q.   Let me stop you there.   What's EBITDA?

25    A.   EBITDA is an acronym.   It means earnings before

1    interest, taxes, depreciation and amortization.

2    Q.    Okay.  Go ahead.

3    A.    And it's a fax of revenue and EBITDA for CUC

4    businesses for the four quarters of 1997 and for the full

5    year of 1997.

6    Q.    Let me -- let's zoom in and see if we can't get a

7    better look at it.

8         Now, is this top portion of 376b that I'm now

9    displaying.  Is that the revenue portion as opposed to the

10   EBITDA portion --

11   A.    Yes.

12   Q.    -- of this?  Okay.

13        If we look under where it says Revenue here, let me

14   circle the first line, Membership.  What's contained on

15   that line?

16   A.    Revenue for the various membership business units of

17   CUC.

18   Q.    Okay.  And so for example, if we go over, are these

19   figures revenue figures for the different quarters and

20   then the total year 1997 for the membership portion of

21   CUC?

22   A.    Yes.

23   Q.    And I'll ask the question we always have to ask it

24   seems on these documents:  Is this one of these documents

25   where you have to add three zeros at the end of all the

1    numbers?

2    A.    Yes, it is.

3    Q.    So this first revenue number -- let's go to the last

4    quarter of 1997.  For Membership, what's the revenue for

5    membership for that last quarter of 1997?

6    A.    558,363,000.

7    Q.    Now --

8           THE COURT:  Actually, Mr. McMahon, we're due for

9    our break in about 30 seconds.  I assume it's going to

10   take a least a couple of minutes to go through this?

11          MR. McMAHON:  It would.  So this is a good time.

12          THE COURT:  Why don't we let the jury take their

13   break now and if I can ask counsel to stay behind in the

14   courtroom for a few minutes I'll have an answer for my

15   questions that we were talking about yesterday.

16          We'll recess.

17          (Whereupon, a recess followed)

18

19          THE COURT:  We'll have the witness retake the

20   stand and bring in the jury.

21          (Whereupon, the jury entered the

22          courtroom.)

23          THE COURT:  Please be seated everyone.

24          Whenever you're ready, Mr. McMahon.

25

1    BY MR. McMAHON:

2        Q.    Okay.  Welcome back, Mr. Forbes.

3        A.    Thank you.

4        Q.    Before the break we were talking about Government

5    Exhibit 376b that's on the screen.  When you received this

6    fax from Mr. Corigliano, did you review it?

7        A.    Yes.

8        Q.    And when you reviewed it, did you notice anything?

9        A.    I noticed it was, the numbers were different than the

10   numbers previously reported.

11       Q.    All right.  And when you say "previously reported,"

12   what do you mean?

13       A.    The numbers were provided in the second, third week

14   of January for the calendar year 1997 and for the fourth

15   quarter.

16       Q.    Okay.  And do you mean reported from the former CUC

17   side of Cendant?

18       A.    Yes, I do.

19       Q.    And does that mean then that the numbers on

20   Mr. Corigliano's fax were different than the numbers that

21   were in your draft press release as of February 2nd?

22       A.    Yes, it does.

23       Q.    All right.  What did you then do with Government

24   Exhibit 376b after you received it and noticed that some

25   of the numbers were different?

1    A.    I made copies and gave it to a few people in, that

2    worked for me in the finance department at HFS.

3    Q.    Okay.  Who did you give it to?

4    A.    I gave it to Toby Ippolito, Chris Annese and Gary

5    Bell.

6    Q.    Are all those three people people that work for you

7    in the Accounting Department?

8    A.    At that time.

9    Q.    When you gave them a copy of 376b, did you give any

10   of them any instructions as to what they should do with

11   it?

12   A.    Asked them to look at it to see if they could

13   understand why the numbers changed.

14   Q.    Okay.  Did they do that?

15   A.    Yes.

16   Q.    And did they report back to you?

17   A.    They did not have an explanation.

18   Q.    Okay.  Did they report back to you anything about the

19   changes in the numbers?

20   A.    Yes, they did.

21   Q.    Okay.  Take a look at what's been marked for

22   identification as Government Exhibit 376, which I think if

23   you flip one page back in your book you'll see that.

24   A.    Yes, I have it.

25   Q.    Do you have that?

**6/23/2004 XXVI**

1    A.   376?

2    Q.   Yes.

3    A.   Yes.

4    Q.   Okay.  And without talking specifically about the

5    contents of this page, generally, what is it?

6    A.   It's a -- it's the work that Gary Bell had prepared

7    at my instruction.

8    Q.   Okay.  Now, was this document, 376, a document

9    prepared in the regular course of business in the Cendant

10    Accounting Department?

11    A.   No.

12    Q.   Okay.  Was this document something that you asked

13    Mr. Bell to do?

14    A.   The document represents a fax from Mr. -- from Cosmo

15    Corigliano.  And I asked Gary Bell to compare the numbers

16    provided on this document with the numbers that were

17    previously reported in January by the CUC Finance

18    Department.

19    Q.   All right.  And did Mr. Bell write the differences

20    between those numbers on Government Exhibit 376?

21    A.   Yes, he did.

22    Q.   And did he then give you a copy of 376?

23    A.   Yes, he did.

24    Q.   And was that a part of Mr. Bell's job to do that?

25    A.   Yes.

1    Q.    Was it a part of his job to follow your instructions

2    and directions in the Accounting Department?

3    A.    Yes.

4    Q.    And was comparing schedules like this part of his

5    regular duties in the Accounting Department at CUC?

6    A.    Could you ask the question again, please?

7    Q.    Well, was one of the things that he did of all the

8    things Mr. Bell did in the Accounting Department of CUC

9    was to compare schedules and analyze them?

10    A.    Mr. Bell worked for the HFS Finance Department.

11    Q.    Okay.

12    A.    His work was primarily focused on HFS financial data.

13    However, he was a financial analyst and this was a type of

14    task that he does in the normal course of business.

15    Q.    Okay.  Now, you mentioned HFS.  As of February 2nd,

16    1998 did he work for HFS or something else?

17    A.    He worked for Cendant Corporation.  Previously, he

18    was with HFS prior to the merger.

19    Q.    All right.  And was it the regular practice of the

20    Cendant Accounting Department in 1998 when Cendant was

21    formed to analyze documents like financial schedules and

22    compare one to the other?

23    A.    Yes.

24    Q.    And was this document with the handwriting on it

25    prepared by Mr. Bell at or near the time of the -- at the

1    time that you received this fax from Mr. Corigliano?

2    A.    This was prepared either that night or the next

3    morning.

4    Q.    And did Mr. Bell in the course of his employment

5    under your supervision have the duty to compare and

6    analyze these schedules accurately and report back to you

7    accurately?

8    A.    Yes.

9    Q.    And was this document, Government Exhibit 376,

10   maintained in Cendant's files in the regular course of

11   Cendant's business?

12   A.    Yes.

13          MR. McMAHON:   Judge, I would move to admit

14   Government Exhibit 376.

15          MR. SULLIVAN:   Could I ask a few questions?

16          THE COURT:   You may.

17                 VOIR DIRE EXAMINATION

18

19   BY MR. SULLIVAN:

20   Q.    I take it this is -- aside from the handwriting, the

21   typing on this document is what we've looked at before; is

22   that correct?

23   A.    Yes.

24   Q.    And is all the handwriting Mr. Bell's?

25   A.    No.

1    Q.   Can you actually read this tiny, tiny print?

2    A.   Some of the numbers.

3    Q.   Some of it you can't read?

4    A.   Well, I -- I'd say most of the numbers.

5    Q.   You need a magnifying glass to read this.

6              MR. SULLIVAN:  Is there a better copy?

7              MR. McMAHON:  This is I believe -- let me see.

8    This would be the best copy here that I have and I've made

9    extra copies.  That's the original.

10             MR. SULLIVAN:  Can I have one?

11             MR. McMAHON:  Sure.  Don't take my original.

12             MR. SULLIVAN:  I won't go far.

13   BY MR. SULLIVAN:

14   Q.   Sir, can you read all the writing on here?

15   A.   Not all of the writing.  I can read a lot of the

16   writing.

17   Q.   Some of it is so tiny that you can't, right?  Am I

18   correct?

19   A.   Some of it is tiny, yes.

20   Q.   And some of it you can't read it because you can't

21   see it because it's a bad copy, right?

22   A.   I haven't scanned 100 percent of the document right

23   now, but --

24             THE COURT:  To keep up with everybody, why don't

25   we turn off the jurors' screen, put it on the thing and

1    blow it up.

2                    MR. SULLIVAN:  Could I continue?

3                    THE COURT:  Sure.  I just want to be able to --

4                    MR. SULLIVAN:  Okay.

5                    THE COURT:  -- not be out of the loop.

6                    MR. McMAHON:  Let me show you what we've got as

7    an exhibit.

8    BY MR. SULLIVAN:

9    Q.    So, some of the writing you think is Mr. Bell's?

10   A.    Yes.

11   Q.    And some of the writing is other people's?

12   A.    Yes.

13   Q.    And how many other people do you think would have

14   writing on here?

15   A.    My writing is on here, Gary Bell's writing is on

16   here, Toby Ippolito's writing is on here.

17   Q.    I take it this is not a business record that reflects

18   the day-to-day activities of the business and which is put

19   in a file to track the business and remember what

20   happened, right?  This is a worksheet?

21   A.    It is a worksheet, but it is a worksheet that was

22   used to put together the annual report and the earnings

23   release.

24   Q.    Right.  Now, did Mr. Bell get all of the

25   information -- how did he get the information that's on

1    there?

2    A.    The CUC Finance Department, Anne Pember,

3    Mary Sattler, Casper Sabatino sent financial information

4    from CUC about the CUC businesses to HFS in January.

5    Q.    In other words, some of the information on here in

6    handwriting is from other people?

7    A.    No.  No.

8    Q.    You're talking about --

9    A.    The handwriting is, the numbers are from one person.

10    In the main body of this page --

11    Q.    Right.

12    A.    -- there is another document or series of documents

13    representing CUC financial information, pre-tax income

14    that was provided in January in the second and third week

15    of January.

16    Q.    Do you know where Mr. Bell got all the tiny little

17    figures?  There's got to be 100 of them on here; am I

18    right?

19    A.    Yes.

20    Q.    Do you know where he got all these figures?

21    A.    Yes.

22    Q.    From whom?

23    A.    From individual people.  He received it from Anne

24    Pember, Mary Sattler, Casper Sabatino.

25    Q.    Okay.

1          MR. SULLIVAN:  Your Honor, my objection would be

2     this is the wrong witness to explain the document.  It's

3     not a business record, it may be a work record.  Besides

4     the illegibility problems we have.  If there is an

5     original, we certainly would like to see it.  Maybe then

6     we could read at least most of it.

7          MR. McMAHON:  Judge, I submit it's largely

8     legible.

9          THE COURT:  Yes.  It's overruled.

10          Government Exhibit 376 is admitted.  If we can

11     locate an original, let's do that.

12

13          DIRECT EXAMINATION (Resumed)

14     BY MR. McMAHON:

15     Q.   Let's start going through the -- now that we have

16     Government Exhibit 376 on the screen, I'll focus out or

17     zoom out to give some perspective on the document and then

18     I'll zoom in.

19          Zoom in on the top part.

20          Okay.  Can you identify, Mr. Forbes, does your

21     handwriting appear anywhere on this top part?  And if you

22     want, I don't know if it's going to work on that screen or

23     not, but there's a light pen up there, looks like that, if

24     you touch it to the screen you might be able to circle it.

25     It may not work, but give it a try.  If there's any of

1    your handwriting on there, if you could circle it.

2    A.    (Witness complies.)

3    Q.    Okay.  Does your handwriting appear anywhere else on

4    this entire document, if you could look in your book?

5    A.    No.

6    Q.    Okay.  Do you recognize what I'll circle over here

7    which looks like VS CUC something?

8    A.    Toby Ippolito's handwriting.

9    Q.    All right.

10         MR. PUCCIO:  I didn't hear that answer.

11    A.    Toby Ippolito's handwriting.

12    BY MR. McMAHON:

13    Q.    Do you recognize the numbers?  Do you know who wrote

14    those in, the handwritten numbers?  Not the typed ones,

15    obviously.

16    A.    Gary Bell.

17    Q.    Let me now go down to the bottom of Government

18    Exhibit 376 and I'll circle a part in the lower left-hand

19    corner immediately above the fax line.  Do you recognize

20    that handwriting?

21    A.    No, I don't.

22    Q.    Okay.  How about immediately under the fax number, it

23    looks to say "BCI," do you recognize that?

24    A.    No, I don't.

25    Q.    How about over where it says "Other BU," that's what

1    it appears to say?

2    A.   Yes.  Toby Ippolito's handwriting.

3    Q.   Okay.  And then to the right of where it says "BCI"?

4    A.   Toby Ippolito.

5    Q.   Okay.  And then if we look at the numbers immediately

6    or under and a little bit to the left of the exhibit

7    sticker, the government exhibit sticker that says 376, do

8    you recognize that?

9    A.   Toby Ippolito.

10   Q.   And then if we go up under the EBITDA section of

11   Government Exhibit 376 and then go to the right of all the

12   typed figures, there's -- there are some numbers there

13   that are a little difficult to read.  Can you recognize

14   who wrote that?

15   A.   No.

16   Q.   All right.  Now, let's focus in, if we can, to the

17   top line, and I'm going to zoom in a little further on

18   this.

19        The top line, Revenue, Membership, and I see, for

20   example, let's take the first quarter of 1997.  There's a

21   number typed in, 438 -- is that million?

22   A.   Yes.

23   Q.   -- 231,000?

24   A.   Yes.

25   Q.   And then there's a number underneath there.  Do you

 1    know what that number represents?

 2    A.    The handwritten number --

 3    Q.    Yes.

 4    A.    -- are you referring to?

 5          The handwritten number represents the difference

 6    between the previously reported numbers and this, the

 7    number in this document.

 8    Q.    Okay.  And so if you look underneath, if you can read

 9    that, what's the difference between the previously

10    reported number and the 438,231,000 that's reported in

11    Government Exhibit 376 on the screen?

12    A.    15,251,000.

13    Q.    And which way is that difference going?

14    A.    Previously reported number was lower.

15    Q.    All right.  And how do you know that?

16    A.    I know that was Gary's style and I've seen the

17    schedule before.

18    Q.    Okay.  So if we go over -- let's go over to where, on

19    the same line, Membership Revenue.  Can you just read into

20    the record what the typewritten number for total year

21    membership revenue for 1997?

22    A.    1,981,721,000.

23    Q.    Okay.  And do you see what appears underneath?

24    There's handwriting underneath.  Do you know what that

25    handwriting represents?

1    A.    The difference between the number on this schedule

2    and the previously reported number.

3    Q.    All right.  Can you tell what the difference is?

4    A.    358,000.

5    Q.    All right.  Now, it looks like, let's go to the next

6    quarter, just sticking with the membership revenue line,

7    the quarter ending June 30th, 1997.  Can you tell us what

8    the difference is between the number 492 million that's

9    reported here and what was reported on the numbers

10   previously from the former CUC side of Cendant?

11   A.    The number previously reported was higher, 9,088,000

12   higher.

13   Q.    All right.  How about let's go still ahead and we'll

14   look at the next two quarters.  We'll look first at the

15   quarter ending, I assume would that be September 30th,

16   1997?

17   A.    Yes, it would.

18   Q.    Okay.  What's the difference there, between the

19   number previously reported to you by CUC and the number

20   that Mr. Corigliano is now reporting to you in this fax?

21   A.    59,432,000.

22   Q.    Okay.  And which way is that going?

23   A.    Previous number was higher.

24   Q.    All right.  And then for the quarter, for the fourth

25   quarter ending December 31st, 1997, I'll ask you the same

1    question.

2    A.    The number previously reported was $52,911,000 lower.

3    Q.    Okay.  So, would it be fair to say just looking at

4    this first line, Membership Revenue, that the changes go

5    both ways in the different quarters?

6    A.    Yes.

7    Q.    Did you ever discuss the differences in these numbers

8    that are reflected on Government Exhibit 376 with

9    Mr. Corigliano?

10    A.    Yes.

11    Q.    When did you do that?

12    A.    On February 3rd.

13    Q.    Okay.  And when on February 3rd did you discuss these

14    changes with Mr. Corigliano?

15    A.    After the Audit Committee meeting.

16    Q.    All right.  And was anyone else present for your

17    conversation with Mr. Corigliano about the changes?

18    A.    Henry Silverman and Michael Monaco.

19    Q.    All right.  And did Mr. Corigliano in that

20    conversation with those people provide any explanation for

21    these changes to these numbers as reflected in the

22    handwriting on Government Exhibit 376?

23    A.    Yes.

24    Q.    What did he say?

25    A.    He said the numbers were necessary to be changed by

1    the business segments that are reported here due to

2    calendarization.

3    Q.    Let me stop you there.  Did you have an

4    understanding, at that time, as to what Mr. Corigliano

5    meant by "calendarization"?

6    A.    Yes.

7    Q.    Okay.  Can you tell the jury what your understanding

8    of the word "calendarization," as he used it, was?

9    A.    CUC previously reported on a fiscal January 31st year

10    end, meaning that the fiscal year started on February 1st

11    and ended on January the 31st.  Therefore, the quarters

12    that would be -- that were reported were reported as of

13    April, July, October and January, rather than March, June,

14    September and December.

15    Q.    Okay.  And so what -- how does that fit into changing

16    numbers?

17    A.    CUC had to or needed to take previously reported

18    months and add January, February and March together, as an

19    example, to make the first quarter, and April, May, June,

20    for example, to make the second quarter, and so on.  And

21    so that required a degree of work which was referred to as

22    calendarization or calendarizing the quarters.

23    Q.    Okay.  Now, you were talking about what

24    Mr. Corigliano said about these changes and he mentioned

25    calendarization.  Did he give any other or did he say

1    anything else about these changes other than

2    calendarization?

3    A.    He also mentioned allocations.

4    Q.    Okay.  And did you at that time have an understanding

5    of what he meant by "allocations"?

6    A.    Allocations, in accounting speak, would be shared

7    expenses between businesses.

8    Q.    Okay.  And so how does that end up being called

9    allocations?

10    A.    One company incurs the expense and allocates a

11    portion to another business.

12    Q.    Okay.  Did Mr. Corigliano say anything else about

13    these changed numbers that he had faxed you the day

14    before?

15    A.    Just that they were the right numbers.

16    Q.    Now, you mentioned that Mr. Corigliano gave you this

17    explanation after the Audit Committee meeting.  At the

18    Audit Committee meeting, which numbers did they look at,

19    Mr. Corigliano's numbers that are in 376, or the numbers

20    that you had before?

21    A.    The total profits for CUC businesses did not change,

22    so the total profits were the same.  But the quarterly

23    information that was included in the draft release by

24    business segment was different.

25    Q.    Okay.  So did the Audit Committee have to review

1    these new numbers before the release went out?

2    A.   No.

3    Q.   All right.  Now, at this point when you're talking

4    with Mr. Corigliano after the Audit Committee meeting on

5    February 3rd, how much time do you have left before you're

6    supposed to get your earnings release out?

7    A.   The earnings release was due on the morning of

8    February the 4th, so about 20 hours.

9    Q.   All right.  And did you consider putting that

10   deadline off and releasing your earnings release at a

11   later date?

12   A.   No.

13   Q.   Why not?

14   A.   We had already announced that earnings would be

15   released on the 4th of February.

16   Q.   Okay.  So, here you are, you now had your numbers

17   from Mr. Corigliano that are different than your draft

18   earnings release.  What did you do?

19   A.   Well, still at the meeting I told Henry Silverman,

20   with Cosmo Corigliano and Mike Monaco present, that it was

21   going to take a good amount of work and we probably would

22   have to work through the night to update the earnings

23   release for these changes.

24   Q.   Okay.  And after you had that conversation, what did

25   you do?

1    A.    I went back to Parsippany and got together with the

2    financial reporting group in Parsippany and made the

3    changes to update the earnings release.

4    Q.    Okay.  How long did it take -- well, first of all,

5    you mentioned the people in the group.  How many people

6    worked that day on February 3rd and February 4th to change

7    the numbers and get your earnings release out?

8    A.    Between five and ten.

9    Q.    Okay.  And were you able to incorporate these new

10   numbers into your earnings release?

11   A.    Yes.

12   Q.    And how long did it take you to do that?

13   A.    We completed the earnings release after 2:00 in the

14   morning, the morning of the 4th of February.

15   Q.    And did you get your press release out?

16   A.    Yes.

17   Q.    And when did you get it out?

18   A.    Approximately 9:00, 9:30 the morning of February

19   the 4th.

20   Q.    All right.  Let me ask you to turn to what's been

21   marked for identification as Government Exhibit 828 in

22   your book.

23        Do you see what's been marked for identification as

24   Government Exhibit 828?

25   A.    Yes.