# EXHIBIT B

Sheet1

973 359-5115

**CENDANT CORPORATION**
**CUC COMPONENTS**
**SEGMENT DATA**

|  | 3/31/97 | 6/30/97 | 9/30/97 | 12/31/97 | Total Year |
|---|---|---|---|---|---|
| **REVENUE:** | | | | | |
| Membership | $ 438,231 | $ 492,393 | $ 492,734 | $ 558,363 | $ 1,981,721 |
| Travel | | | | | |
| Hebdo | 45,620 | 48,880 | 51,325 | 49,925 | 195,750 |
| ETS | 17,470 | 21,950 | 28,180 | 25,206 | 92,806 |
| Total | 63,090 | 70,830 | 79,505 | 75,131 | 288,556 |
| Real Estate | 15,810 | 17,960 | 25,460 | 14,842 | 74,072 |
| Other | | | | | |
| Software | 76,640 | 91,340 | 130,825 | 165,888 | 464,693 |
| Wright | 10,670 | 13,400 | 14,090 | 14,043 | 52,203 |
| Interval | 28,585 | 30,185 | 31,965 | 30,217 | 120,952 |
| Essex | 5,195 | 4,785 | 6,845 | 4,785 | 21,610 |
| Total | 121,090 | 139,710 | 183,725 | 214,933 | 659,458 |
| **Total Revenue** | 638,221 | 720,893 | 781,424 | 863,269 | 3,003,807 |
| | | | | | |
| **EBITDA:** | | | | | |
| Membership | 110,546 | 111,731 | 109,611 | 166,306 | 498,194 |
| Travel | | | | | |
| Hebdo | 12,216 | 11,711 | 12,271 | 15,094 | 51,292 |
| ETS | 4,310 | 7,867 | 7,575 | 5,904 | 25,656 |
| Total | 16,526 | 19,578 | 19,846 | 20,998 | 76,948 |
| Real Estate | 3,765 | 4,302 | 3,800 | 6,291 | 18,158 |
| Other | | | | | |
| Software | (2,408) | 22,478 | 30,940 | 36,696 | 87,706 |
| Wright | 1,738 | 1,867 | 1,841 | 8,433 | 13,879 |
| Interval | 8,300 | 6,092 | 6,536 | 6,317 | 27,245 |
| Essex | 1,604 | 1,626 | (54) | (3,197) | (21) |
| Total | 9,236 | 32,063 | 39,263 | 48,249 | 128,811 |
| **Total EBITDA** | 140,073 | 167,674 | 172,520 | 241,844 | 722,111 |
| | | | | | |
| **EBITDA MARGIN:** | | | | | |
| Membership | 25.2% | 22.7% | 22.2% | 29.8% | 25.1% |
| Travel | 26.2% | 27.6% | 25.0% | 27.9% | 26.7% |
| Real Estate | 23.8% | 24.0% | 14.9% | 42.4% | 24.5% |
| Other | 7.6% | 22.9% | 21.4% | 22.4% | 19.5% |
| | 21.9% | 23.3% | 22.1% | 28.0% | 24.0% |


GOVERNMENT EXHIBIT EX. 376b