UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)  No. 3:02CR264 (AHN)<br>)<br>)  October 23, 2006<br>)<br>) |

## MOTION TO WITHDRAW OR TERMINATE
## DUPLICATIVE DOCKET ENTRIES

Defendant Walter A. Forbes, through undersigned counsel, hereby respectfully moves to either withdraw or terminate the following duplicative docket entries:

1. Docket Entry 2482: notice of Certification Re: Rule 17(c) Subpoena to Witness by Walter A. Forbes (Simon, Barry) (Entered: 10/06/2006);

2. Docket Entry 2491: Sealed Document by Walter A. Forbes – Filed separately from case file. (Cody, C.) (Entered: 10/10/2006);

3. Docket Entry 2492: Sealed Document by Walter A. Forbes – Filed separately from case file. (Cody, C.) (Entered: 10/10/2006).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: October 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion to Withdraw or Terminate Duplicative Docket Entries to be served on October 23, 2006 to the following via hand delivery:

Michael Martinez, Esq.
Craig Carpenito, Esq.

Barry S. Simon