UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                            )<br>)<br>WALTER A. FORBES                    )<br>)<br>_____ ) | No. 3:02CR264 (AHN)<br><br>October 25, 2006 |

## SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS OF WALTER A. FORBES

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## TABLE OF CONTENTS

INTRODUCTION .................................................................................................................... ii

(Alleged Shareholder Loss) ........................................................................................................ 1

(Alleged Conspirator Not Testifying Under Plea Agreement) .................................................... 2

(Benefits Conferred by the Government) .................................................................................... 3

## INTRODUCTION

Defendant Walter A. Forbes, through undersigned counsel, respectfully submits the following supplemental proposed jury instructions. Mr. Forbes reserves the right to propose additional instructions and to make additional objections as the circumstances may warrant, including objections to the Court's actual jury instructions or failure to give a requested instruction pursuant to Fed. R. Crim. P. 30.

# **PROPOSED JURY INSTRUCTION NO. 14.1**
(Alleged Shareholder Loss)

I instruct you that any evidence about alleged shareholder losses or the drop in Cendant's stock price after the public announcement of alleged accounting irregularities may be considered only with respect to the issues of materiality, which I will describe later, and the bias of government witnesses like Henry Silverman who claimed to have suffered losses. You may not consider this evidence at all with respect to the question of whether Mr. Forbes was a knowing and willful participant in the alleged conspiracy or whether Mr. Forbes knowingly and willfully engaged in any wrongdoing.

Alternative request:

*You have heard evidence about alleged shareholder losses and the drop in Cendant's stock price after the public announcement of alleged accounting irregularities. You may not consider this evidence at all with respect to the question of whether Mr. Forbes was a knowing and willful participant in the alleged conspiracy or whether Mr. Forbes knowingly and willfully engaged in any wrongdoing.*

## PROPOSED JURY INSTRUCTION NO. 18.1
(Alleged Conspirator Not Testifying Under Plea Agreement)

You have heard the testimony of government witness Kevin Kearney, who testified that he committed crimes but who has not been prosecuted and is cooperating with the government. The government is entitled to call such cooperating witnesses. You are instructed that you may convict a defendant on the basis of such a witness's testimony alone, if you find that his or her testimony proves every element of the offense charged beyond a reasonable doubt. However, the testimony of a cooperating witness who has committed crimes, but has not been prosecuted should be examined by you with greater care than the testimony of an ordinary witness. You should scrutinize it closely to determine whether or not it is colored in such a way as to place guilt on Mr. Forbes in order to further the witness's own interests. Such a witness, confronted with the realization that he or she can win freedom by helping to convict another, has a motive to falsify his or her testimony. Such testimony should be received by you with suspicion. You may give it such weight, if any, as you believe it deserves.[1]

---

See Government Opposition to Motion for Mistrial Based on Brady/Giglio Violations at 8-9 Docket No. 2511] ("[T]here is no dispute that the Government has elected not to prosecute Kearney for his admitted involvement in the charged fraud. For that reason, Forbes can argue that Kearney has falsely implicated Forbes in the charged fraud based on Kearney's supposed hope and expectation that, in return for his cooperation against Forbes, Kearney would not be criminally prosecuted. Thus, Forbes already has sufficient information to mount an argument that Kearney's testimony against Forbes in this case was motivated by an interest that is much more powerful than the mere timing of when Kearney would be able to apply for reinstatement of his CPA license: the interest to avoid criminal prosecution and possible incarceration, criminal fines, and the payment of restitution. Impeachment evidence is not material where the undisclosed evidence merely constitutes an additional basis on which to impeach a witness whose credibility has already been shown to be questionable." (quotation omitted)).

---

[1] This instruction is being offered as an alternative to Proposed Instr. No. 18 regarding informal immunity. Mr. Forbes believes that Proposed Instr. No. 18 is warranted, but at the very least, the Court should give Proposed Instr. No. 18.1.

## **PROPOSED JURY INSTRUCTION NO. 20.1.1**
(Benefits Conferred by the Government)

You have heard testimony about various benefits that the government, including the prosecution and the SEC, conferred on certain witnesses. A witness who receives a benefit or lenient treatment from the government may shade his or her testimony to favor the government. In connection with your evaluation of the credibility of the witnesses, you should consider evidence of the benefits conferred by the government.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Supplemental Proposed Jury Instructions of Defendant Walter A. Forbes to be filed electronically and to be served on October 25, 2006 to the following via e-mail:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon