Plaintiff's
## LIST OF EXHIBITS

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/27/06 , 19
Kevin F. Rowe, Clerk
By Evid.
Deputy Clerk

| Exhibit # | Description | | | |
|---|---|---|---|---|
| | | | | |
| Ex. 1 | Facsimile from Kirk Shelton to Vincent D'Agostino re: Miscellaneous "Inquiring minds want to know" dated 2/23/98 | | | |
| Ex. 2 | CUC International printout with handwritten figures dated 1/31/97 | | | |
| Ex. 3 – 3a | Memorandum from Kirk Shelton to Cosmo Corigliano re: goals and objectives for 1996 with attachment (bates 700367-68) dated 4/19/95 | | | |
| Ex. 4 | Facsimile to Shelton from Welton re: highly confidential spreadsheet on potential revenue (702458-60) dated 3/28/97 | | | |
| Ex. 5 | Handwritten dated 4/9/97 | | 10/10/06 | Davidson |
| Ex. 5a | Facsimile from Amy Lipton to Robert Tucker 5/17/97 | | | |
| Ex. 5b | Minutes 4/9/97 | | | |
| Ex. 5c | Minutes draft | | | |
| Ex. 5d | Facsimile with attachments from Stephen Greyser | | | |
| Ex. 5e | Letter from Jan Davidson to Robert Tucker re: less specific board minutes preferable | | | |
| Ex. 5f | Minutes draft | | | |
| Ex. 5g | Letter from Tucker to Jan Davidson 4/14/97 | | | |
| Ex. 5h | Letter from Jan Davidson to Tucker 4/22/97 | | | |
| Ex. 5i | Memorandum from Walter Forbes to Board Members 4/4/97 | | | |
| Ex. 6 | Memorandum from Kirk Shelton to Stu, Chris, Jeff, Walter, Cosmo re: Kirk-Van Orsdel (KVI) dated 4/25/95 | | | |

10/10/06
r-25-06
Forbes

10/10/06

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 7 ✓ | Letter from Janice Davidson to Robert Tucker re: exact wording for motion dated 4/14/97 | | ✓ 10/10/06 | Davidson
| Ex. 8 | Forbes balance sheet (in thousands) stamped 407844-47 dated 8/21/97 | | |
| Ex. 8a | Letter from Walter Forbes to Laura Davis 11/11/97 | | |
| Ex. 9 | Facsimile from Bob Davidson to Kirk Shelton and Walter Forbes with attachments dated 2/29/96 | | |
| Ex. 10 | Email from Kirk Shelton to Vincent D'Agostino re: Steve's visit ta CT dated 7/16/97 | | |
| Ex. 11 | Memorandum from Henry Silverman to Kirk Shelton re: Cendant Organizational Charts dated 10/21/97 | | |
| Ex. 12 | Annual Performance Review from Kirk Shelton to Cosmo Corigliano dated 12/19/97 | | |
| Ex. 13 | Annual Performance Review from Kirk Shelton to Cosmo Corigliano dated 12/16/96 | | |
| Ex. 14 | Annual Performance Review from Kirk Shelton to Cosmo Corigliano dated 12/20/95 - unsigned | | |
| Ex. 15 | Letter from Kirk Shelton to Steve Wiggins re: resume of Lawrence Wolper dated 2/6/98 | | |
| Ex. 16 | Memorandum from Kirk Shelton to Burnap, Corigliano, Davidson, Davidson, Donnelley, Forbes, Greyser, McLeod, Perfit, Rittereiser, Rumbough Jr., Williams re: Acquisition Updates dated 10/24/96 | | |
| Ex. 17 ✓ | Memorandum from Kirk Shelton to distribution re: HFS Merger dated 6/3/97 | | p.17.06 ✓ | Corigliano
| Ex. 18 | CUC International Budget Summary dated 1/31/98 | | |
| Ex. 19 | Email from Shelton to Chris re: HFS Merger Charge/reserve dated 7/9/97 | | |

3

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 30d | The Essex Group Sales (CDAA 31-0122) | | |
| Ex. 30e | Sales document (CDAA 31-0123) | | |
| Ex. 31 ✓ | Email from Pember to Corigliano re: audit stuff forwarded with attachments dated 4/1/98 _Pember_ | | 10/13/06 |
| Ex. 32 | Memorandum from Shelton to Coz, Walter, Amy re: beagle dated 4/3/96 | | |
| Ex. 33 | Letter from Shelton to Davidson re: responsibilities under employment agreement dated 4/18/96 | | |
| Ex. 34 | Summary Review Memorandum-The Essex Group E&Y dated 1/31/96 | | |
| Ex. 35 | Email from Pember to Speaks re: audit stuff dated 3/31/98 | | |
| Ex. 36 | Memorandum from Silverman to Monaco re: executive terminations dated 12/29/97 | | |
| Ex. 37 | Memorandum from Forbes to All Employees re CUC Securities dated 11/8/89 | | |
| Ex. 38 | Memorandum from Shelton to Avery, Davidson, D'Agostino, Fernandes, Keith, Menchaca, Nash, Sarkie, Williams re: Wall Street and the Press dated 11/19/96 | | |
| Ex. 39 | Facsimile from Healy to Forbes re:-financial reporting dated 3/5/98 | | |
| Ex. 40 | Email from Shelton to 'Chris' re: HFS Merger Charge/reserve dated 7/9/97 | | |
| Ex. 41 | Consolidated Budget 1998 Adjustments HFS 1998 | | |
| Ex. 42 | CUC Comparative Income Statement 1998 | | |
| Ex. 43 | CUC Comparative Income Statement 1998 | | |
| Ex. 44 | Forbes Employee Expense Report dated 9/30/97 | | |
| Ex. 45 | Email from Speaks to Pember re audit stuff w/attachment dated 3/31/98 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 46 | Email from Hiznay to Staff, DJ Smith re 4th quarter rejects/charge backs | | |
| Ex. 47 | Cendant Membership Services- Journal Entries summary Worksheet | | |
| Ex. 48 | Handwritten Instructions on merger reserve entries | | |
| Ex. 49 | Smith Barney Analyst dated 3/17/97 | | |
| Ex. 50 | Merrill Lynch Buy Recommendation Analyst dated 12/3/96 | | |
| Ex. 51 | Furman Selz Analyst Report dated 9/16/97 | | |
| Ex. 52 | Hambract and Quist Research Network Analyst Report dated 12/3/97 | | |
| Ex. 53 | Furman Selz Analyst Report dated 12/5/97 | | |
| Ex. 54 | Morgan Stanley Dean Witter Analyst Report dated 9/11/97 | | |
| Ex. 55 | Schedule"getting to know you" w/ handwritten figures dated 12/3/97 | | |
| Ex. 56 | Memorandum from Shelton to Peterson re Exercise of Stock Options dated 4/13/98 (new #10,002) | | |
| Ex. 57 | The Essex Group Combined Financials for Fiscal Year Ending 1/31/97 | | |
| Ex. 57a | Memorandum from Corigliano to distribution re: fiscal planning and budget timetable dated 9/22/95 | | |
| Ex. 58 - 58a  10-23-06 Forney | Annual Revenue and Earning Summary 11/3/95 and 9/13/95  Pember Corigliano | | 10/13/06 |
| Ex. 59 | Fort Worth Star Telegram Article 4/23/96 | | |
| Ex. 59a | South Florida Business Journal Article 4/26/96 | | |
| Ex. 60 | Cendant Membership Services Cosmo Memo | | |
| Ex. 61 | Handwritten schedule re: Ideon Reserves undated | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 62** | CUC Reserve Consolidation with attached Spreadsheets (11pp.) dated 10/31/96 | | |
| **Ex. 62a** | Sierra Davidson Merger Integration and restructuring fees schedule | | |
| **Ex. 62b** AUSA ✓ | CUC Revenue and EBIT schedule  10-24-06 Forbes | | 10-17-06  Congluco |
| **Ex. 62c** | Handwritten analysis | | |
| **Ex. 62d** | Spreadsheet of differed revenue and marketing costs 1/29/97 | | |
| **Ex. 62e** | Membership Cancellation Reserve Analysis | | |
| **Ex. 62f** | Handwritten Analysis of reallocation 1/6/97 | | |
| **Ex. 62g** | Handwritten Reserve Summary Analysis 12/9/96 | | |
| **Ex. 62h** | Schedule of Sierra and Davidson Merger Integration and restructuring fees | | |
| **Ex. 62i** | Ideon reserve analysis spreadsheet 1/10/96 | | |
| **Ex. 62j** | Ideon reserve analysis spreadsheet 9/18/96 | | |
| **Ex. 63** | CUC -Ideon merger integration and restructuring fees w/ Sierra Davidson merger 10/31/96 1nd 7/31/96 | | |
| **Ex. 64** | Selected notes from 10Q 10/31/96 | | |
| **Ex. 65** | Bear Stearns Analyst Report dated 8/20/96 | | |
| **Ex. 66** | E&Y Reserve Restructuring Memo dated 12/31/97 | | |
| **Ex. 67** | Alex Brown Analyst Report dated 5/14/96 | | |
| **Ex. 68** AUSA ✓ | Merrill Lynch Report on Ideon dated 4/23/96 | | 10/17/06 Congluce |
| **Ex. 69** | New York Times article dated 4/23/96 | | |
| **Ex. 70** | Memorandum re: Financial Reporting and Corporate Relations Database from Shelton to Distribution dated 3/5/98 | | |
| **Ex. 71** | Letter to Speaks from Shelton re: option 12/17/97 | | |
| **Ex. 72** | Letter from Shelton to Steven P. Speaks re: Stock options dated 3/2/98 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 73** | Daily calendar dated 1/27/1997, 1/28/97 | | |
| **Ex. 74** | Letter from Forbes to Davis re: Pro forma balance sheet for WAF (JP Morgan) dated 11/11/97 | | |
| **Ex. 75** | Memo from Mark Piccolo to Marc Rubinus, Wilchfort, Wood, Botti re: Cosmo request for E&Y services provided to HFS business dated 9/11/97 | | |
| **Ex. 76** | CUC Board of Directors Minutes draft 4/9/97 | | |
| **Ex. 77** | CUC Board of Directors Minutes 4/9/97 | | Davidson |
| **Ex. 78** | Memorandum from Shelton to Distribution re financial reporting and corporate relations database 3/5/98 | | |
| **Ex. 79** | Memorandum from Shelton to Distribution re financial reporting and corporate relations database with attachment dated 3/5/98 | | |
| **Ex. 80** | Facsimile from Michelle Healy to Scott Forbes re Kirk Shelton with handwriting dated 3/5/98 | | |
| **Ex. 81** | Recommendations Memo with handwritten notes | | |
| **Ex. 82** | Memorandum from Scott Forbes to file re: Justification, Cendant Restructuring Charge-Severance dated 3/23/98 | | |
| **Ex. 83** | Memorandum from Silverman to Monaco re Executive Terminations dated 12/29/97 | | |
| **Ex. 84** | Executive terminations from Silverman to Monaco dated 12/29/97 | | |
| **Ex. 85** | CUC Check - Walter's Plane Reimbursement from CUC pay to the order of Walter Forbes in the amount of $596,881.00 dated 11/11/97 | | |
| **Ex. 86** | Memorandum from Shelton to Silverman re updates dated 12/10/97 | | |
| **Ex. 87** | Paine Webber Resource Management account for Walter Forbes dated 3/31/98 | | |

8

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 120** | Memorandum from Shelton to Distribution re: Strategy Meeting Follow-up dated 3/7/1997 | | |
| **Ex. 121** | Memorandum from Walter Forbes to Monaco and Silverman re: Financial Consolidation dated 3/4/1998 | | |
| **Ex. 122** | Silverman and Walter Forbes Statement (beginning at page 3) 7/28/98 | | |
| **Ex. 123** | Letter from Forbes to Davies re: Pro forma balance sheet for WAF dated 11/11/1997 | | |
| **Ex. 124** ✓ | Letter from Cosmo Corigliano to Cendant re: Termination dated 4/17/1998 | | 10/17/06 Corigliano |
| **Ex. 125** | Letter from Shelton to Cendant Audit Committee re: Accounting irregularities dated 4/20/1998 | | |
| **Ex. 126** | Letter from Shelton to Forbes, Silverman re: Accounting irregularities dated 4/20/1998 | | |
| **Ex. 127** | Memorandum from Albright to Shelton re: FYE January 1996 dated 6/22/1995 | | |
| **Ex. 128** | Employment Agreement between CUC and Ann Pember dated 8/1/1996 | | |
| **Ex. 129** | Quarterly Earnings Schedules FYE 1/31/91 | | |
| **Ex. 130** | Cooperation Agreement Steven Speaks dated 10/7/1998 | | |
| **Ex. 131** | CUC Documents for business overview Domestic Controllers Meeting  dated 12/11/1997. | | |
| **Ex. 132** | Calendar 1998 - Budget Distribution from Speaks dated 12/30/97 | | |
| **Ex. 133** | CUC Comparative Income Statement | | |

11

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 134 | CUC Comparative Income Statement for 1998 | | |
| Ex. 135 | Speaks Affidavit<br>dated 4/14/1998 | | |
| Ex. 136 ✓ | Handwritten reserve entry instructions | | 10/13/06 Pember |
| Ex. 137 | CUC Journal Entries 82-173 | | |
| Ex. 138 | CUC Balance Sheet Analysis<br>dated 12/31/1997 | | |
| Ex. 139 | CUC Account Journal Entry Summary | | |
| Ex. 140 | Journal Entry Form<br>dated 12/31/1997 | | |
| Ex. 141 | Post Close Adjustment Reconciliation<br>dated December 1997 | | |
| Ex. 142 | CUC handwritten figures (fax)<br>dated 1/20/1998 | | |
| Ex. 143 | CUC handwritten figures (not faxed) | | |
| Ex. 144 | CUC Journal Entries 10/97 to 12/97 - 10/31/1997<br>(33pp) | | |
| Ex. 145 | Handwritten Journal Entry Forms - 11/30/98 | | |
| Ex. 146 | Safeguard Services Journal Entry Edit Listing FYE<br>1997 | | |
| Ex. 147 | Memorandum from Speaks to Pember<br>re: Audit Stuff<br>dated 3/31/1998 | | |
| Ex. 148 | E-mail from Pember to Speaks<br>re: Grids<br>dated 3/11/98 | | |
| Ex. 149 | E-mail from Speaks to Corigliano, et al<br>re: 1997 vs 1998 financials<br>dated 4/9/98 | | |

10-13-06

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 376b** | Schedule faxed 2/2/98 Cendant Corp. CUC Corp. Segment Data | | |
| **Ex. 377** 10-24-06 Forbes S | Interoffice Memorandum from Mike Monaco to Henry Silverman  Gvt will redact first pg re: Organizational Issues  of this exhibit only 2/23/98 Silverman  (1) Page will go in as Ex 377 (Osner s | | 10/16/06 |
| **Ex. 378** | Cendant Organization Proposal | | |
| **Ex. 379** | Facsimile from Scott Forbes to Henry Silverman/Mike Monaco re: Yesterday's discussion 3/7/98   Silverman 10/16/06 | | 10-11-06   Monaco |
| **Ex. 380** | Facsimile from Scott Forbes to Henry Silverman/Mike Monaco re: reserve reversals 3/7/98 | | |
| **Ex. 381** | Ideon usage schedule | | |
| **Ex. 382** | Summary operating/non operating schedule 3/8/98 | | 10/17/06   Corigliano |
| **Ex. 382a** | Summary operating/non operating schedule 3/10/98 | | |
| **Ex. 383** | Memorandum from Scott Forbes to file re: Justification 3/23/98 | | |
| **Ex. 384** | Schedule CMS Supplemental Financial Data Y/E 12/31/97 | | |
| **Ex. 385** | Handwritten notes 4/13/98 | | |
| **Ex. 386** | Memorandum from Scott Forbes to file re: CUC Issues - Anne Pember 2/27/98 | | |
| **Ex. 387** | Schedule | | |
| **Ex. 388** | Plane Expense Voucher - Walter Forbes 9/30/97 | | |

10/16/06

10-11-06

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 389** | Performance Review and Memorandum from Menchaca to Shelton re: Goals/Review 2/2/98 | | |
| **Ex. 390** | Schonfeld's Second Quarter Report 7/31/96 | | |
| **Ex. 391** | Schonfeld's First Quarter Report 4/30/96 | | |
| **Ex. 392** | Schonfeld's Third Quarter Report 10/31/95 | | |
| **Ex. 393** | Merrill Lynch Statement trade for Norman Schonfeld 2/26/98 | | |
| **Ex. 394** | Schonfeld's Proxy (May 1998) | | |
| **Ex. 395** ✓ *Dey* | Schonfeld's Annual Report 12/31/97 (210502-210619) | | 10-31-06 |
| **Ex. 396** | Memorandum from Tolle, Onofrio to distribution re: charts of accounts - FY98 | | |
| **Ex. 397** | CUC Due Diligence Material | | |
| *Ex 398* ✓ | *Letter dated 12-9-93 to Robert RitteRaise* | | *10.27.06 Felber* |
| | **Intentionally left blank** | | |
| **Ex. 400** | Monthly Operating Budget - Essex Group 12/12/97 | | |
| **Ex. 401** | Calendar (Selected portions) 12/15/95 - 12/20/95 | | |
| **Ex. 402** | Memorandum from Tom Albright to Kirk Shelton re: Essex Earnings FY end 1/96 | | |
| **Ex. 403** | Pro Forma Report 1996 - Essex Corp | | |
| **Ex. 404** | Facsimile to Cendant Corporation from Cendant re: News release 4/15/98 | | |
| **Ex. 405** | Facsimile to: Capparelli, Wood from: Tucker 4/21/97 with attached draft of Board Minutes for 3/7/97 | | |

10/10/06

| Exhibit # | Description | Id. | Evid. |
|-----------|-------------|-----|-------|
| Ex. 427a.3 | Paine Webber Report  9/7/95 (NJDI-0000585-600) | | |
| Ex. 427a.4 ✓ | Annual report  1995 (NJDI-0000601-639) 10/24/06 Forbes | | 10-18-06 ✓ Davidson |
| Ex. 427a.5 | Bear Stearns Recommendation Follow-Up  5/24/96 (NJDI-0000640-687) | | |
| Ex. 427a.6 | CUC International 1996 Annual Report (NJDI-0000688-727) | | |
| Ex. 427a.7 | Paine Webber report  4/4/97 (NJDI-0000728-751) | | |
| Ex. 427a.8 | Article from Standard & Poors' Credit Week  6/4/97 (NJDI-0000752) | | |
| Ex. 427a.9 | Duff & Phelps Credit Rating Company Article dated 6/9/97 | | |
| Ex. 427a.10 | Equity Meeting Notes  1/20/94 (NJDI-0000755-759) | | |
| Ex. 427a.11 | Equity Meeting Notes  1/27/94 (NJDI-0000760-764) | | |
| Ex. 427a.12 | Equity Meeting Notes  2/18/94 (NJDI-0000765-770) | | |
| Ex. 427a.13 | Equity Meeting Notes  3/11/94 (NJDI-0000771-792) | | |
| Ex. 427a.14 | Equity Meeting Notes  3/24/94 (NJDI-0000793-797) | | |
| Ex. 427a.15 | Equity Meeting Notes  3/30/94 (NJDI-0000798-803) | | |
| Ex. 427a.16 | Equity Meeting Notes  4/7/94 (NJDI-0000804-808) | | |
| Ex. 427a.17 | Equity Meeting Notes  10/6/94 (NJDI-0000809-813) | | |
| Ex. 427a.18 | Equity Meeting Notes  1/13/95 (NJDI-0000814-820) | | |
| Ex. 427a.19 | Equity Meeting Notes  1/25/95 (NJDI-0000821-826) | | |
| Ex. 427a.20 | Equity Meeting Notes  2/9/95 (NJDI-0000827-832) | | |
| Ex. 427a.21 | Equity Meeting Notes  5/3/95 (NJDI-0000833-837) | | |
| Ex. 427a.22 | Equity Meeting Notes  6/14/95 (NJDI-0000838-844) | | |
| Ex. 427a.23 | Equity Meeting Notes  12/12/95 (NJDI-0000845-852) | | |
| Ex. 427a.24 | Equity Meeting Notes 1/2/96 (NJDI-0000853-858) | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 427a.25 | Equity Meeting Notes  2/20/96 (NJDI-0000859-867) | | |
| Ex. 427a.26 | Equity Meeting Notes  4/2/96 (NJDI-0000868-874 | | |
| Ex. 427a.27 | Equity Meeting Notes  5/22/96 (NJDI-0000875-883) | | |
| Ex. 427a.28 | Equity Meeting Notes  7/26/96 (NJDI-0000884-894) | | |
| Ex. 427a.29 | Equity Meeting Notes  7/31/96 (NJDI-0000895-900) | | |
| Ex. 427a.30 | Equity Meeting Notes  10/11/96 (NJDI-0000901-907) | | |
| Ex. 427a.31 | Equity Meeting Notes  11/27/96 (NJDI-0000908-912) | | |
| Ex. 427a.32 | Equity Meeting Notes 4/8/97 (NJDI-000013-917) | | |
| Ex. 427a.33 | Equity Meeting Notes 4/21/97 (NJDI-0000918-923) | | |
| Ex. 427a.34 | Equity Meeting Notes  5/23/97 (NJDI-0000924-931) | | |
| Ex. 427a.35 | Equity Meeting Notes  12/16/97 (NJDI-0000932-937) | | |
| Ex. 427a.36 | Equity Meeting Notes  3/10/98 (NJDI-0000938-942) | | |
| Ex. 427a.37 | Equity Meeting Notes  4/21/98 (NJDI-0000943-948) | | |
| Ex. 427a.38 | Equity Meeting Notes  4/28/98 (NJDI-0000949-952) | | |
| Ex. 427a.39 | Equity Meeting Notes  9/23/98 (NJDI-0000953-958) | | |
| Ex. 427a.40 | Equity Meeting Notes  3/16/99 (NJDI-0000959-963) | | |
| Ex. 427a.41 | Equity Meeting Notes  3/30/99 (NJDI-0000964-967) | | |
| Ex.427a.42 | Equity Meeting Notes 5/4/99 (NJDI-0000968-973) | | |
| Ex.427a.43 | Equity Meeting Notes  1/4/00 (NJDI-0000974-984) | | |
| Ex. 428 | Fiscal 97 Comp Grid | | |
| Ex. 429 | Forbes Balance Sheet  8/21/97 | | |
| Ex. 430 | Surveillance Invoice w/attachments bate stamped CEN0709075-6; CEN01471879-CEN014771916 | 10-3  04 | 1-23-04 |

31

| Exhibit # | Description | Id. | Evid. |
|-----------|-------------|-----|-------|
| Ex. 431 | Cosmo Corigliano's Smith Barney account Statement for 3/98 | | |
| Ex. 432 | Smith Barney New Account Information on Anne Pember and account statements | | |
| Ex. 433 | J.P. Morgan Statement Trade Date 3/11/98 | | |
| Ex. 434 ✓ | Paine Webber Account Summary March 1, 1998 | | 10-25-06 Forbes |
| Ex. 435 ✓ hosA | Letter From Walter Forbes to Robert Rittereiser re: compensation   10-25-06 Forbes 8/16/93 | | 10/17/06 |
| Ex. 436 | Facsimile with attachments from Robert Rittereiser to Robert Tucker re: incentive compensation 1/4/94 | Denied | Corigliano 10/18/06 e |
| Ex. 437 | Letter from Robert Rittereiser to Forbes re: compensation committee : 9/29/94 | Denied | Corigliano 10/18/06 e |
| Ex. 438 hosA ✓ | Letter from Walter Forbes To Robert Rittereiser re: crossroads   10-25-06 Forbes 11/16/94 | | 10/17/06 |
| Ex. 439 | Press Release 8/24/95 | | |
| Ex. 439.a | CUC International Milestones 8/16/95 | | |
| Ex. 440 | Handwritten Notes - CUC Board Meeting 11/1/95 RTT 13418-13424 | | |
| Ex. 441 | Letter from Forbes to Rittereiser re: salary 2/19/97 | | |
| Ex. 442 | Memorandum from Beth Freimour to Board members re: April board meeting 2/24/97 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 443 | Memorandum from Amy Lipton to Jan Davidson re: CUC's corporate governance policy 3/14/97 | | |
| Ex. 444 | 3/31/97 Facsimile from Robert Tucker to Amy Lipton with attached 3/26/97 letter to Janice Davidson | | |
| Ex. 445 | 3/31/97 Facsimile from Robert Tucker to Amy Lipton re: Letter from Robert Davidson to Tucker | | |
| Ex. 446 | Facsimile from Lipton to Robert Tucker re: draft minutes 4/1/97 | | |
| Ex. 447 | Memorandum from Walter Forbes to Board Members re: April 9 Board Meeting 4/4/97 | _Denied_ | 10-18-06 Corigliano |
| Ex. 448 | Board of Directors Meeting Agenda 4/9/97 | _Denied_ | 10-18-06 Corigliano |
| Ex. 449 | St. Regis Board Meeting file 4/9-10/97 | | |
| Ex. 450 | St. Regis Handwritten Notes re: Board Meeting 4/9/97 | | |
| Ex. 451 | Facsimile from Robert Tucker to Janice Davidson 4/14/97 | | |
| Ex. 452 | Draft Minutes  4/19/97 | | |
| Ex. 453 | Letter with attachments from Robert Tucker to Amy Lipton re: draft minutes 4/9/97 and 3/7/97 4/21/97 | | |
| Ex. 454 ✓ | Letter from Robert Tucker to Amy Lipton re: Board Meeting of April 9, 1997 4/21/97 | | 10-10-06 ✓ Davidson |
| Ex. 455 | Letter from Jan Davidson to Robert Tucker re: 4/9/97 Board Meeting Minutes 4/22/97 | | |

10/10/06

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 468 | Form 3 for Robert Tucker 12/15/97 *DEFTS EX* | | *(handwritten)* |
| Ex. 469 | 12/15/97 Form 3 for Robert Tucker with attached 3/4/98 letter to SEC | | |
| Ex. 470 | Facsimile Cover Sheet from Robert Tucker to Walter Forbes re: Cendant Corp 7/10/98 | | |
| Ex. 470.a | Facsimile to Tucker from W. Forbes re: no media contact 7/22/98 | | |
| Ex. 471 | Shelton Resignation  7/28/98 | | |
| Ex. 472 | Forbes Resignation  7/28/98 | | |
| Ex. 473 | Tucker Resignation  7/28/98 | | |
| Ex. 474 | Reserve Allocation Chart | | |
| Ex. 475 | Ideon Acquisition  Reserve Journal Entry | | |
| Ex. 476 | Ideon Reserve Analysis Chart | | |
| Ex. 477 | Email re:  Reserves  07/17/95 | | |
| Ex. 478 | Reserve Allocations Chart & Journal Entries | | |
| Ex. 479 | Journal Entry Form - P 179 and P180 | | |
| Ex. 480 | Multiple handwritten Journal Entry Forms date keyed 2/26/97 reducing merger reserve account | | |
| Ex. 481 | Journal Entry Form - P 183 and Safecard Services Journal Entry Edit Listing | | |
| Ex. 482 | YE Journal Entries made for YE 1/31/97 | | |
| Ex. 483 | Membership Reserve Chart  01/31/97 | | |
| Ex. 484 ✓ | Ideon reserve roll forward | | 10/3/06  Pember |

35

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 485 ✓ | Two version of Ann Pember letter to Audit File dated 04/11/1997 (one faxed to Capparelli) | | 10/13/06 | Pember |
| Ex. 485A ✓ | one page not faxed | | 10/13/06 | Pember |
| Ex. 486 | Reserves Chart  04/11/97 | | | |
| Ex. 487 | Reserves Chart  02/06/97 | | | |
| Ex. 488 | CUC Reserve roll forward 01/31/97 | | | |
| Ex. 489 | Acquisition Reserve Analysis FY 1998 08/13/97 | | | |
| Ex. 490 | CUC International Reserve Roll Forward 1/31/97 | | | |
| Ex. 491 | Roll Forward Ideon Reserve 1/31/97-4/30/97 | | | |
| Ex. 492 | Reserve Opportunities 06/03/97 | | | |
| Ex. 493 ✓  *10/13/06* | CUC/HFS Merger Related Costs 4/18/98  *10/17/06 Corigliano* | | 10/13/06 | Pember |
| Ex. 494 | Cendant Restructuring Charge Justification | | | |
| Ex. 495 | Cendant Merger & Related Costs & Other Unusual Charges Memorandum | | | |
| Ex. 496 | Email from Ann Pember to Casper Sabatino re: Visit to Davidson 10/15 | | | |
| Ex. 497 ✓  *10/13/06* | Employment Agreement between CUC and Anne Pember 08/01/96 | | 10/13/06 | Pember |
| Ex. 498 ✓  *10-11-06* | Letter from Forbes & Shelton to Pember re: Employment Agreement 11/17/97  *10-20-06 Forbes  10/17 Corigliano* | | 10/11/06 | Monaco |
| Ex. 499 | Employment Agreement between CUC and Ann Pember 08/01/96 | | | |
| Ex. 500 | CUC International Quarter Ended 10/31/95 Handwritten journal entries | | | |
| Ex. 501 | WAF Employee Expense Report with Post It 09/30/97 | | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 502** | Handwritten Entries 10/31/97 | | |
| **Ex. 503** | Comparative Income Statement | | |
| **Ex. 504** | Comparative Income Statement | | |
| | **Intentionally skipped** | | |
| **Ex. 506** | Email from Shelton to Pember re: blow our own horn - & needed to vent 1/15/98    Pember | | 10/13/06 |
| **Ex. 507** | Schedule EPS 1997 | | |
| **Ex. 508** | Schedule of EPS2 (another version) | | |
| **Ex. 509** | Acquisition Reserve Analysis 01/09/98 | | |
| **Ex. 510** | Handwritten Entries | | |
| **Ex. 511** | Handwritten Instructions to reduce and/or transfer reserves    Pember | | 10/13/06 |
| **Ex. 512** | Handwritten Entries to reduce and/or transfer reserves faxed 01/20/98 | | |
| **Ex. 513** | YE journal entry summary by division | | |
| **Ex. 514** | Memorandum from Ann Pember to Citro, Berry, Speaks, Lanthier, Johnson re: Inter-Company asset transfers & bonus liability 02/06/98 | | |
| **Ex. 515** | Email from S. Berry to A. Pember re: Asset write off 02/28/98 | | |
| **Ex. 516** | Established and used Cendant Merger Reserves | | |
| **Ex. 517** | Acquisition Reserve Analysis 04/13/98 | | |
| **Ex. 518** | Facsimile from Scott Forbes to Ann Pember re: CUC Quarterly Result Worksheet 01/20/98 | | |

37

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 519 | Email from Pember to Shelton, Corigliano re:  The good news and bad news 01/20/98 *Pember* | | *10/13/06* |
| Ex. 520 | Facsimile from Ann Pember to Corigliano and Shelton re:  Variance of actual's 1/21/98 | | |
| Ex. 521 *10/13/06* | Ideon usage schedule 1997 | | *10/13/06* *Pember* |
| Ex. 522 | Ideon usage schedule  1997 | | |
| Ex. 523 | Ideon usage schedule 1997 | | |
| Ex. 524 *10/13/06* | Ideon usage schedule 1997 with handwriting | | *10/13/06* *Pember* |
| Ex. 525 | Ideon usage schedule | | |
| Ex. 526 | Ideon usage schedule | | |
| Ex. 527 *10/13/06* | Ideon usage schedule | | *10/13/06* *pember* |
| Ex. 528 | Email with attachment from Ann Pember to Casper Sabatino  re:  try this for adjustment support 08/27/97 | | |
| Ex. 529 | Representation letter to E&Y from WAF 02/03/98 *10/13/06 pember* *Monaco 10/17/06 Corigliano* | | *10/12/06* *Monaco* |
| Ex. 530 | Schedule - Reconciliation 1998 Budgeted Operating Income with additional adjustments | | |
| Ex. 531 | Operating Income Budget 12/31/98 | | |
| Ex. 532 | Schedule tracking reallocation | | |
| Ex. 533 | CUC Services Inc. Summary of Revenue by Service Budget 1998 | | |
| Ex. 534 | E-mail from Pember to Speaks re: Bruce Tolle Review - Other Stuff | | |
| Ex. 535 | Schedule CUC 1998 | | |
| Ex. 536 | Actual vs. Budgeted adjustments CUC January Results | | |

38

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 537 | E-mail from Speaks to Pember with three attachments re: audit stuff dated 3/31/98 | | |
| Ex. 538 | Memorandum from W. Forbes to Pember 3/27/98, revised 4/2/98 | | |
| Ex. 539 | WAF Employee Expense Report  9/30/97 | | |
| Ex. 540 | Renumbered - See Ex. 1813 | | |
| Ex. 541 | Comp U Card Department Income Statement FY 1998 dated 1/27/98 | | |
| Ex. 542 | Comp U Card Department Income Statement  FY 1998 dated 1/8/98 | | |
| Ex. 543 | Memorandum from Walter Forbes to All Employees re: Insider Stock Trading 07/1/91 | | |
| Ex. 544 | Memorandum from Amy Lipton to Board of Directors re: Securities Trades by Directors - Reminder Memo 4/19/94 | | |
| Ex. 545 | Blackout memos - 1/30/96; 4/8/96; 10/12/95; 9/5/95; 5/8/90; 3/20/90 | | |
| Ex. 546 | Facsimile cover sheet from Ann Pember to Scott Forbes re: 4th Quarter Results 1/21/98 | | |
| Ex. 547 | Memorandum from Shelton to Board of Directors re: NASD inquiry 1/12/96 | | |
| Ex. 548 | Restated Employment Agreement of Walter Forbes 5/27/97 | | |
| Ex. 549 | Agreement between CUC International and Kirk Shelton 5/27/97 | | |
| Ex. 550 | Comp U Card Department Income Statement 5/12/97 | | |

*handwritten: 10-11-06 (left margin next to Ex. 538); Cenglano 10-17-06; Forbes 10-24-05; Pember 10/13/06; 10-11-06 (Evid. column); Morocco (right margin)*

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex.600 | Comp U Card Year End Projections (printed 3/15/94) 1/31/94 | | |
| Ex. 601 | Comp U Card Year End Projections 2/21/94 | | |
| Ex. 602 | Calendar selections 3/28/97 | | |
| Ex. 603 | WAF Itinerary 2/28/97 | | |
| Ex. 604 | Memorandum from Shelton to distribution re: Strategy Meeting 2/27/97 | | |
| Ex. 605 | Memorandum from Shelton to distribution re: Strategy Meeting follow up 3/7/97 | | |
| Ex. 606 | Graph | | |
| Ex. 607 | Facsimile from Beth Freimour to Jean McCarthy re: Contract 2/27/97 | | |
| Ex. 608 | Letters of Representation to E&Y from Walter Forbes, Shelton, Corigliano dated 3/10/97 and 5/1/97 | | |
| Ex. 609 *bosa* ✓ | Memorandum from Forbes to all Stamford Employees re: Management changes 12/13/94 | | *10/11/06 Corigliano* |
| Ex. 610 | Facsimile from Robert Davidson to Kirk/Walter re: Davidson & Associates Press Release 2/22/96 | | |
| *10-11-06* Ex. 611 ✓ | Memorandum from Shelton for Distribution *10-17-06 Corigliano* re: Financial Reporting and Corporate relations database 3/5/98 | | *10-11-06* ✓ *Monaco* |
| Ex. 612 | Facsimile from Healy to Scott Forbes re: Financial Reporting 3/15/98 | | |
| Ex. 613 | Memorandum from Walter Forbes to Monaco and Silverman re: Financial consolidation 3/4/98 | | |
| Ex. 614 | Confidential Memorandum from Walter Forbes to Pember 3/27/98 | | |
| Ex. 615 | Letter outlining agreement from Walter Forbes & Shelton to Pember 11/17/97 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 616 | Memorandum from Shelton to Silverman re: Cendant Organizational Charts 10/21/97 | | *monaco 10-12-06* |
| Ex. 617 | HFS/CUC Issues | | *corigliano 10-17-06* |
| Ex. 618 | Pember Amended Employee Agreement | | |
| Ex. 619 | Comp-U-Card Annual Report YE 1/31/84 | | |
| Ex. 620 | Letter from Forbes, Shelton, Corigliano to E&Y Regarding Representation 3/19/96 | | |
| Ex. 621 | Letters from Silverman, Monaco, Forbes to E&Y re: Cendant Membership Services 2/3/98 | | |
| Ex. 622 | Comp-U-Card Annual Report YE 1/31/85 | | |
| Ex. 623 | Comp-U-Card Annual Report to Shareholders 1985 | | |
| Ex. 624 | Comp-U-Card Annual Report YE 1/31/87 | | |
| Ex. 625 | Comp-U-Card Annual Report YE 1/31/88 | | |
| Ex. 626 | Comp-U-Card Annual Report YE 1/31/89 | | |
| Ex. 627 | Comp-U-Card Annual Report YE 1990 | | |
| Ex. 628 Ex. 628a Ex. 628bu | CUC Annual Report 1991 Corporate Officers Picture Blow up of corporate picture | | |
| Ex. 629 | CUC Investor Report 1992 | | |
| Ex. 630 | CUC Annual Report 1993 | | |
| Ex. 631 | CUC Annual Report 1994 | | |
| Ex. 632 | CUC Annual Report 1995 | | |
| Ex. 633 | CUC Annual Report 1996 | | |
| Ex. 634 | CUC Annual Report 1997 | | |
| Ex. 635 | Copy of Cendant Annual Report 1997 | | |
| Ex. 636 | Cendant Annual Report 1998 | | |
| Ex. 637 | Letter from Frances Johnson to Cosmo Corigliano re: confirm offer 5/13/83 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 651c | Insurance Form | | |
| Ex. 651d | Letter to Cosmo Corigliano from James Buckman re:  Agreement  4/16/98 | | |
| Ex. 651e | Agreement 5/27/97 | | |
| Ex. 652 | Annual Performance Review 12/19/97 | | |
| Ex. 653 | Letter from James Buckman to Cosmo Corigliano re: Termination for Cause  4/16/98 | | |
| Ex. 654 | Payroll changes 2/1/97 | | |
| Ex. 655 | Personnel Action Notice 2/1/95 | | |
| Ex. 656 | Personnel Action Notice 2/1/96 | | |
| Ex. 657 | Annual Performance Review by Kirk Shelton 12/20/95 | | |
| Ex. 658 | Annual Performance Review by Kirk Shelton 12/16/96 | | |
| Ex. 659 | Personnel Action Notice 2/1/97 | | |
| Ex. 660 | Personnel Action Notice 12/18/97 | | |
| Ex. 661 | Personnel Action Notice 4/17/98 | | |
| Ex. 662 | Physical Record 5/23/83 | | |
| Ex. 663 | CUC Fourth Quarter Print Out  11/8/90 | | Corigliano |
| Ex. 664 | Handwritten Schedule re: renewals and cancel rates | | |
| Ex. 665 | Handwritten Schedule re: adjustments | | |
| Ex. 666 | Copy of handwritten analysis of cancel rates | | Corigliano |
| Ex. 666a | Copy of handwritten analysis of membership cancellation reserves | | Corigliano |
| Ex. 667 | Membership Reserve Analysis (6 month) 1/31/91 | | |
| Ex. 667a | Membership Reserve Analysis (2 month)  1/31/91 | | |
| Ex. 667b | Membership Reserve Analysis (2 month)  1/31/91 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 667c | Membership Reserve Analysis (6 month)  11/30/90 | | |
| Ex. 667d | Membership Reserve Analysis (2 month)  11/30/90 | | |
| Ex. 668 | Membership Reserve as of 1/31/91 | | 10/17/06 |
| Ex. 668 (p.1) | Audit Reports Print Out 2/1/90 - 2/28/90 | | |
| Ex. 668 (p.2) | Audit Report Print Out 3/26/91 | | |
| Ex. 668 (p.3) | E-mail from : Barb Dickerson to: Anne Pember, Cosmo Corigliano re: Audit Report 3/28/91 | | |
| Ex. 668 (p.4) | E-mail from: Barb Dickerson to: Anne Pember, Cosmo Corigliano re: Audit Report 3/28/91 | | |
| Ex. 668 (p.5) | E-mail from: Barb Dickerson to: Anne Pember, Cosmo Corigliano re: Audit 90 Reports 3/28/91 | | |
| Ex. 668 (p.6) | E-mail from: Barb Dickerson to: Anne Pember, Cosmo Corigliano re: Audit 90 Reports 3/28/91 | | |
| Ex. 668 (p.7) | E-mail from Barb Dickerson to Anne Pember, Cosmo Corigliano re: Audit Report 3/28/91 | | |
| Ex. 669 | Handwritten Questions to Cosmo Corigliano | | |
| Ex. 669a | Handwritten notes - Public Relations | | |
| Ex. 670 | Print Out CUC - Fourth Quarter  1/31/91 | | |
| Ex. 671 | Floor Plan | | |
| Ex.700 | HSB Employees Retirement Trust Securities Voucher Settlement date 1/27/98 - $264,865 | | |
| Ex. 701 | HSB Trade confirm settlement date 1/27/98 Amount $264,825 | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex.800 | HSB Employee's Retirement Trust Securities Voucher 1/30/98 - $169,725 | | |
| | **Intentionally left blank** | | |
| Ex. 810 | CUC News Release  3/29/94 | | |
| Ex. 811 | CUC News Release  12/5/94 | | |
| Ex. 812 | HFS News Release  5/27/97 | | |
| Ex. 813 | HFS News Release  9/2/97 | | |
| Ex. 814 | HFS News Release  10/1/97 | | |
| Ex. 815 | CUC News Release  10/30/97 | | |
| Ex. 816 | Cendant News Release  12/18/97 | | |
| Ex. 817 | Cendant News Release  12/7/99 | | |
| Ex. 818 | Cendant News Release  1/25/99 | | |
| Ex. 819 | Cendant News Release 5/27/97 | | |
| Ex. 819a | Cendant News Release 9/29/98 | | |
| Ex. 820 | Cendant News Release  8/27/98 | | |
| Ex. 821 | Cendant News Release 8/13/98 | | |
| Ex. 821a | Cendant News Release 8/13/98 | | |
| Ex. 822 | Cendant News Release  7/28/98 | | |
| Ex. 823 | Cendant News Release  7/28/98 | | |
| Ex. 824 | Cendant News Release  7/14/98 | | |
| Ex. 825 | Cendant News Release  4/27/98 | | |
| Ex. 826 | Cendant News Release  4/17/98 | | |
| Ex. 827 | Cendant News Release  4/15/98 | | |
| Ex. 828 | 10-25-06 Force) Cendant News Release 2/4/98 | Introduced by Deft | 10-18-06 |
| Ex. 829 | Cendant News Release  12/18/97 | | |

49