UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

10/31/06

---------------------------------x
                                 :
UNITED STATES OF AMERICA         :
                                 :   Crim. No. 3:02CR264(AHN)
v.                               :
                                 :
WALTER A. FORBES                 :
                                 :
---------------------------------x

**VERDICT FORM**

**SECTION I.**

1. As to the charge of conspiracy, in violation of 18 U.S.C. § 371, as set forth in Count 1 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

    _____ Not Guilty            ✓ Guilty

2. As to the charge of false statement in a report required to be filed with the SEC, in violation of 15 U.S.C. § 78ff(a) and 18 U.S.C. § 2, as set forth in Count 2 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

    _____ Not Guilty            ✓ Guilty

3. As to the charge of false statement in a report required to be filed with the SEC, in violation of 15 U.S.C. § 78ff(a) and 18 U.S.C. § 2, as set forth in Count 3 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

    _____ Not Guilty            ✓ Guilty

4. As to the charge of securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2, as set forth in Count 4 of the Superseding Indictment, we the Jury unanimously find the defendant, Walter A. Forbes:

____✓____ Not Guilty          _____ Guilty

**SECTION II.**

You have now completed your deliberations. Please sign and date this form.

Dated at Bridgeport, Connecticut, on this 31ST day of OCTOBER 2006 at 2:10 a.m./(p.m.)

_____
Foreperson