# United States District Court

**DISTRICT OF** _____

USA
v.
Walter Forbes

CASE NUMBER: 3:02CR264 (AHN)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alan Nevas | Michael Martinez, Craig | Brendan Sullivan, Jimmy Simon, Robert Cary |
| TRIAL DATE(S) 20, 23, 24, 25, 26, 27, 30 10-10-06, 11, 12, 13, 16, 17, 18, 19 | COURT REPORTER Terri Fidanza, Vicky Stockmal | COURTROOM DEPUTY Mike Mantz, Yelena Gutierez, Roly Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10-10-06 | | | Jan Davidson, sworn + Test |
| | | 10-10-06 | | | James Rowan, W. Simsbury, CT, sworn + Test |
| | | 10-10-06 / 10-11-06 / 10-12-06 | | | Michael Monaco, Bert Brons, Oville, N.Y, sworn + Test  "  " |
| | | 10-12-06 | | | Kevin Kearney, Redding, CT, sworn + Test |
| | | 10-13-06 | | | Ann Pember, Madison, CT, sworn + Test |
| | | 10/16/06 | | | Henry Silverman, NY,NY, Sworn & Test |
| | | 10-17-06 | | | Timothy Michaud, New Jersey, sworn + Test |
| | | 10/17/06 | | | Greg Panilow, New York NY sworn + test |
| | | 10/17/06 | | | Cosmo Corigliano, Old Saybrook, sworn + test |
| | | 10/18/06 | | | "  "  " |
| | | 10-19-06 | | | Kevin Kearney, Redding CT, sworn & Test |
| | | " | | | Michael Kozick - South Windsor, CT, sworn & Test |
| | | " | | | Cosmo Corigliano, old saybrook, CT - Test |
| | | 10/20/06 | | | "  "  " |
| | | " | | | Brian Heckler, Illinois - Expert witness |
| ✓ | | 10-20-06 | | | Stuart Bells, Southport CT, sworn test |
| ✓ | | 10/23/06 | | | Susan Markel, Va |
| ✓ | | 10/23/06 | | | David Frolich, Oakton, Va |
| ✓ | | " | | | Roger Paszamant, FCC U.S. atty's office Maryland |
| ✓ | | " | | | Paul Weissman, Closter, NJ |
| ✓ | | 10/23/06 | | | Matt Greiner, Bienn, Va |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (REV. 7/87)
**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| USA | | vs. Forbes | | CASE NO. 3:02CR264 (AHN) | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 10/23/06 | | | Steven Kaufman, NY, NY |
| | ✓ | " | | | Phil Steven Laskewy, Greenwich CT, sworn/h.s.+ |
| | ✓ | " | | | Stephan Creyser Garber, Boston, MA |
| | ✓ | " | | | Caspar Sabatino, Sherman, CT |
| | ✓ | 10/24/06 | | | " " " |
| | ✓ | 10/24/06 | | | Walter Forbes – New Canaan, CT |
| | ✓ | 10/25/06 | | | " " |

Page ____ of ____ Pages

Note: This list is subject to modification. The Government expressly reserves the right to add or delete witnesses to this list.

## UNITED STATES V. FORBES

### Prioritized Witness List
as of September 15, 2006

A = Witness whom the United States is prepared and intends to call in its case-in-chief

B = Witness whom the United States may call in its case-in-chief

This list does not restrict the witnesses whom the United States may call in a rebuttal case.

| | | |
|---|---|---|
| A | Corigliano, Cosmo | 10/17/06   10/18/06 10/19/06 |
| A | Danilow, Greg | 10/17/06 |
| A | Davidson, Jan | 10/10/06 |
| A | Heckler, Brian | 10/20/06 |
| A | Kearney, Kevin | 10/12/06 & 10/19/06 |
| A | Kernkraut, Steven | |
| A | Michaud, Timothy (FBI Special Agent who will read excerpts of Walter Forbes's testimony from the first and second trials) | 10/17/06 |
| A | Monaco, Michael | 10/10/06, 10/11/06  10/12/06 |
| A | Pember, Anne | 10/13/06 |
| A | Rowan, James | 10/10/06 |
| B | Buckman, James | |
| B | Christopoul, Thomas | |
| B | Davidson, Robert | |
| B | Forbes, Scott | |
| B | Hamilton, Laura | |
| B | Mathews, Patricia (U.S. Postal Inspector) | |
| B | Sack, Robert | |
| B | Silverman, Henry | 10/16/06 |

Note: This list is subject to modification. The Government expressly reserves the right to add or delete witnesses to this list.

|   |   |
|---|---|
| B | Speaks, Steven |
| B | Spitz, Rita |
| B | Tucker, Robert |
| B | Various document custodians[1] |

---

[1]   As of the date of this list the Government anticipates the potential need to call document and electronic record custodians from the following entities: Patterson Belknap, Cendant, Trilegiant, Bear Stearns, Paine Webber, J.P. Morgan Chase, Merrill Lynch, Morgan Stanley, Furman Selz, Dean Witter, Smith Barney, SG Cowen, Arthur Andersen, Bloomberg, Thompson Financial, Business Wire, CNBC and CNN. The Government reserves the right to call additional custodians as needed during the trial.

2