3.02CR264(AHN)

USA VS Forbes

10/20/06

Defense Admitted Exhibits

10/25/06

As of 10/25/2006

KC

| Exhibit | Description | |
|---|---|---|
| DX 00001A | Corigliano Stock Sales | |
| DX 00002A | Money Spent Under Corigliano Budget Agreement | 10/27/06 |
| DX 00010 | Corigliano Stock Sales Binder | |
| DX 00019 | Vision House Record | |
| DX 00020 | Corigliano Quarterly Reports Binder | |
| DX 00023 | Vision Appraisal of Corigliano Property (38 Watrous) | |
| DX 00029 | Survey Map of Corigliano Property | |
| DX 00030 | Corigliano Quartelry Statement to SEC for QE 9/30/00 (no cover pgs) | |
| DX 00031 | Corigliano Quarterly Statement to SEC for QE 12/31/00 (no cover pgs) | |
| DX 00032 | Corigliano Quarterly Statement to SEC for QE 3/31/01 (no cover pgs) | |
| DX 00033 | Corigliano Quarterly Statement to SEC for QE 6/30/01 (no cover pgs) | |
| DX 00034 | Corigliano Quarterly Statement to SEC for QE 9/30/01 (no cover pgs) | |
| DX 00035 | Corigliano Quarterly Statement to SEC for QE 12/31/01 (no cover pgs) | |
| DX 00036 | Corigliano Quarterly Statement to SEC for QE 3/31/02 (no cover pgs) | |
| DX 00037 | Corigliano Quarterly Statement to SEC for QE 6/30/02 (no cover pgs) | |
| DX 00038 | Corigliano Quarterly Statement to SEC for QE 9/30/02 (no cover pgs) | |
| DX 00039 | Corigliano Quarterly Statement to SEC for QE 12/31/02 (no cover pgs) | |
| DX 00040 | Corigliano Quarterly Statement to SEC for QE 3/31/03 (no cover pgs) | |

10/20/06 - The 0119A listed as evidence on this list were to be redacted by the government (defendants). They were originally entered into evidence but they exhibits had a confidential stamping on them that exhibits as returned back to (defendants) counsel. - Berman

| DX 00041 | Corigliano Quarterly Statement to SEC for QE 6/30/03 (no cover pgs) |
| --- | --- |
| DX 00042 | Corigliano Quarterly Statement to SEC for QE 9/30/03 (no cover pgs) |
| DX 00043 | Corigliano Quarterly Statement to SEC for QE 12/31/03 (no cover pgs) |
| DX 00044 | Corigliano Quartelry Statement to SEC for QE 3/31/04 |
| DX 00049B | Printout of "Comparable Property" |
| DX 00094 | Corigliano Form 4, 7/5/90 |
| DX 00200 | Corigliano Proffer Agreement |
| DX 00268 | Minutes of 6/7/95 Audit Committee Meeting |
| DX 00296 | C. Corigliano Calendar Entry for 1 1/29/95, 8 am meeting with Ernst & Young |
| DX 00300 | Corigliano Plea Agreement, 1/14/2000 |
| DX 00315 | CUC Earnings Release, dated 3/19/96 |
| DX 00331 | E&Y Closing Conference Agenda for 5/22/96 Meeting |
| DX 00332 | Corigliano's Datebook from 5/22/96 |
| DX 00361 | CUC Management Letter to E&Y dated 9/4/96 |
| DX 00366 | Minutes from 9/12/96 CUC Audit Committee Meeting |
| DX 00378 | E&Y Engagement Letter to CUC dated 11/14/96 |
| DX 00380 | Corigliano's Calendar from 12/2/1996 |
| DX 00399 | Memorandum from C. Corigliano to Distribution Re: Minutes from January 1 9th Audit Committee Meeting, 1/20/97 |
| DX 00400 | Corigliano Agreement with the SEC, 8/28/00 |

| | |
|---|---|
| DX 00417 | Minutes of 9/27/95 Audit Committee Meeting |
| DX 00436 | Bear Stearns Letter to Corigliano re Signature, |
| DX 00437 | Memo from Corigliano attaching info re Signature, |
| DX 00444 | CUC Earnings Release, 3/11/97 |
| DX 00447 | Draft Letter from Corigliano's Computer, dated |
| DX 00448 | Memo re Issues with Signature Bid, 3/24/97 |
| DX 00459 | CUC SEC Filing, Form 10-K filed 4/28/97 |
| DX 00467 | Minutes of 5/15/97 CUC Board Meeting |
| DX 00467 | Minutes of 5/15/97 CUC Board Meeting |
| DX 00468 | Goldman Sachs Presentation to the CUC Board, |
| DX 00469 | Minutes of 5/20/97 CUC Board Meeting |
| DX 00473 | Bear Stearns Letter to Corigliano dated 5/22/97 |
| DX 00476 | Bear Stearns Letter to Katz dated 5/23/97 |
| DX 00477 | Minutes of 5/27/97 CUC Board Meeting |
| DX 00478 | Goldman Sachs Presentation to the CUC Board |
| DX 00481 | Board Financials from 6/10 - 6/11/97 Board Meeting |
| DX 00483 | Minutes from 6/10/1997 CUC Audit Committee Meeting |
| DX 00492 | Corigliano 7/7/97 Memo re Organizational Changes |
| DX 00500 | NetJets Document |

| Exhibit | Description |
|---|---|
| DX 00575 | E&Y Quarterly Checklist, 4/30/95 |
| DX 00576 | E&Y Independent Review Report, 5/31/95 |
| DX 00577 | E&Y Summary Review Memo, QE 4/30/95 |
| DX 00578 | CUC FY 1996 Closing Conference Agenda |
| DX 00582 | E&Y Independent Accountant's Review Report |
| DX 00583 | E&Y Checklist for Review of Quarterly Financials, |
| DX 00585 | CUC Closing Conference Agenda, QE 7/31/95 |
| DX 00587 | CUC Closing Conference Agenda for Meeting on 11/29/95 |
| DX 00588 | E&Y Independent Accountants' Review Report, 11/29/95 |
| DX 00589 | E&Y Checklist for Review of Quarterly Financials, 10/31/95 |
| DX 00593 | E&Y Audit Strategies Memo, 1/31/96 Audit |
| DX 00596 | E&Y Report to the CUC Audit Committee, YE 1/31/96 |
| DX 00599 | CUC Closing Conference Agenda, YE 1/31/96 |
| DX 00600B | Testimony in Prior Trials |
| DX 00600D | Testimony in Trial No. 1 |
| DX 00600E | Testimony in Trial No. 2 |
| DX 00604 | E&Y Summary Review Memo, 1/31/96 |
| DX 00605 | E&Y Summary of Audit Differences, 1/31/96 Audit |
| DX 00607 | E&Y Invoice to CUC, dated 5/17/96 |

| | |
|---|---|
| DX 00617 | CUC management Representation Letter to E&Y, |
| DX 00618 | E&Y Independent Accountants' Review Report, |
| DX 00619 | Vision Property Card for 90 Deerfield Drive |
| DX 00622 | E&Y Checklist for Review of Quarterly Financials, QE 4/30/96 |
| DX 00626 | CUC Management Letter to E&Y dated 9/4/96 |
| DX 00627 | E&Y Closing Conference Agenda for 9/4/96 Meeting |
| DX 00628 | E&Y Independent Accountants' Review Report dated 9/4/96 |
| DX 00629 | E&Y Checklist for Review of Quarterly Financials, 7/31/96 Audit |
| DX 00631 | CUC Management Letter to E&Y dated 9/16/96 |
| DX 00632 | E&Y Summary Review Memo, QE 7/31/96 |
| DX 00636 | E&Y Closing Conference Agenda for 10/31/96 Audit (12/2/96) |
| DX 00637 | CUC Management Representation Letter to E&Y, |
| DX 00638 | E&Y Independent Accountants' Review Report dated 12/2/96 |
| DX 00639 | E&Y Summary Review Memo for QE 10/31/96 |
| DX 00640 | E&Y Checklist for Review of Quarterly Financials, QE 10/31/96 |
| DX 00642 | E&Y File re Ideon/Software Merger Reserve |
| DX 00645 | E&Y Audit Strategies Meeting Agenda, 9/26/96 Meeting |
| DX 00648 | E&Y Engagement Letter to CUC re 1/31/97 Audit |
| DX 00649 | CUC Audit Instructions, 1/31/97 Audit |

| Exhibit | Description |
|---|---|
| DX 00651 | E&Y Report to the CUC Audit Committee, 1/19/97 Meeting |
| DX 00652 | E&Y Program for General Audit Procedures, 1/31/97 Audit |
| DX 00654 | CUC Management Representation Letter to E&Y, 3/10/97 |
| DX 00656 | E&Y Closing Conference Items, 3/12/97 Meeting |
| DX 00669 | CUC Management Representation Letter to E&Y, |
| DX 00670 | E&Y Independent Accountants' Review Report, |
| DX 00671 | E&Y Summary Review Memo for QE 4/30/97 |
| DX 00673 | E&Y Checklist for Review of Quarterly Financials, 4/30/97 |
| DX 00676 | E&Y Summary Review Memo for QE 7/31/97 |
| DX 00677 | E&Y Checklist for Review of Quarterly Financials, 10/31/97 |
| DX 00678 | E&Y File re Ideon Reserve Rollforward |
| DX 00681 | E&Y Checklist for Review of Quarterly Financials, 10/31/97 |
| DX 00687 | E&Y Planning Meeting Minutes, 7/30/97 Meeting |
| DX 00691 | E&Y Audit Strategies Memo, 12/31/97 Audit |
| DX 00692 | E&Y Internal Control and Fraud Considerations, |
| DX 00699 | E&Y Program for General Audit Procedures, |
| DX 00700 | Some Benefits Chart (8 1/2 x 11) |
| DX 00700B | Some Benefits from Plea Agreement |
| DX 00700B.1 | Board of Benefits from Plea Agreement |

| DX 00800 | 1998 March with Color Coded Dates |
|---|---|
| DX 00800A | January 1998, February 1998, March 1998 with Color Coded Dates |
| DX 00800B | March 1998 w/Analysts Contacted |
| DX 00800C | March 1998 w/Scared |
| DX 00800D | March 1998 w/Stock Sales |
| DX 00808 | Minutes of 9/9/97 CUC Board Meeting |
| DX 00818 | Minutes of 10/1/97 CUC Special Meeting of Stockholders |
| DX 00847 | Silverman 12/29/97 Memo re Executive Terminations |
| DX 00852 | Minutes of Cendant Audit Committee on 1/20/98 |
| DX 00900 | Corigliano Fax to Cendant Board, 4/17/98 |
| DX 00914 | Corigliano Check to Kramer, Levin for $100,000 |
| DX 00917 | SEC Subpoena to Corigliano, 4/21/98 |
| DX 00921 | Corigliano 5/24/98 Check to Kramer, Levin for $1 million |
| DX 00940 | SEC Subpoena to Corigliano, 9/28/98 |
| DX 00945 | Corigliano 11/11/99 Check to Kramer, Levin for $700,000 |
| DX 01004 | Corigliano Smith Barney Statement for Sept. 1993 |
| DX 01005 | Corigliano Smith Barney Statement for July 1994 |
| DX 01006 | Corigliano Smith Barney Statement for Sept. 1994 |
| DX 01007 | Corigliano Smith Barney Statement for Feb. 1995 |

| | |
|---|---|
| **DX 01008** | Corigliano Smith Barney Statement for Nov. 1995 |
| **DX 01009** | Corigliano Smith Barney Statement for Feb. 1998 |
| **DX 01010** | Corigliano Smith Barney Statement for March 1998 |
| **DX 01013** | Pember Quarterly Statement to SEC for QE 12/31/03 |
| **DX 01014** | Pember Quarterly Statement to SEC for QE 9/30/00 |
| **DX 01015** | Pember Quarterly Statement to SEC for QE 3/31/01 |
| **DX 01016** | Pember Quarterly Statement to SEC for QE 6/30/01 |
| **DX 01017** | Pember Quarterly Statement to SEC for QE 12/31/01 |
| **DX 01018** | Pember Quarterly Statement to SEC for QE 3/31/02 |
| **DX 01019** | Pember Quarterly Statement to SEC for QE 6/30/02 |
| **DX 01020** | Pember Quarterly Statement to SEC for QE 12/31/02 |
| **DX 01021** | Pember Quarterly Statement to SEC for QE 3/31/03 |
| **DX 01022** | Pember Quarterly Statement to SEC for QE 6/30/03 |
| **DX 01023** | Pember Quarterly Statement to SEC for QE 9/30/03 |
| **DX 01027** | Pember Letter to SEC re Signed Agreement, 8/28/00 |
| **DX 01028** | Pember Quarterly Statement to SEC for QE 12/31/00 |
| **DX 01031** | Pember Quarterly Statement to SEC for QE 9/30/02 |
| **DX 01034** | Fax from Amy Lipton to Weil Gotshal (bates pages 112672-112675) |
| **DX 01049** | Pember Quarterly Statement, 3/31/04 |

| | |
|---|---|
| DX 01050 | Pember Quarterly Reports |
| DX 01060 | Corigliano Settlement with SEC |
| DX 01063 | 5/20/97 Goldman Sachs Presentation |
| DX 01064 | 5/22/97 Letter from Bear Stearns to Katz re Big Bang (redacted version of Def. Ex. 472) |
| DX 01083 | EED Check, 11/17/1996 |
| DX 01084 | G/L Expense Report re EED Check |
| DX 01085 | One-Page Excerpt from Corigliano's Calendar (11/16/96) |
| DX 01089 | Fax from Tucker to E&Y attaching Draft Minutes |
| DX 01111 | E&Y 1/22/98 Memo to Monaco re Relationship Ceased |
| DX 01162 | Pember Plea Agreement |
| DX 01187 | Corigliano Bank Withdrawals |
| DX 01187A | Corigliano Bank Withdrawals Adding Tape |
| DX 01195 | Earnings Release Notebook |
| DX 01195 | Binder of CUC Earnings Releases (12 tabs) |
| DX 01209 | Proxy for CUC/HFS Merger, 8/29/97 |
| DX 01210 | Minutes of 2/3/98 Audit Committee Meeting |
| DX 01216 | 3/7/98 Fax from Scott Forbes to Silverman and Monaco |
| DX 01217 | 3/7/98 Fax from Scott Forbes to Silverman and Monaco |
| DX 01222 | 3/30/98 Cendant Representation Letter to D&T |

| Exhibit | Description |
|---|---|
| DX 01223 | 3/30/98 Representation Letter from Cendant to E&Y |
| DX 01238 | Letter from WAF to Silverman re Merger, 5/6/97 |
| DX 01243 | Cendant Proxy Statement for 1998 |
| DX 01245 | WAF and Silverman Memo to Employees re Merger, 12/18/97 |
| ✓ DX 01248 | Cendant 8-K, filed 12/18/1997 |
| DX 01278 | HFS Board Minutes |
| DX 01279 | HFS Board Minutes |
| DX 01280 | Bear Stearns Version of Engagement Letter re HFS Merger, 5/14/97 |
| DX 01282 | Bear Stearns Presentation to the HFS Board, 5/27/97 |
| DX 01283 | Cendant 10-K for FYE 12/31/97 |
| ✓ DX 01285 | Minutes of 1/25/98 Audit Committee Meeting |
| DX 01286 | Minutes of 1/26/98 Board Meeting |
| DX 01303 | Spreadsheet showing 1/31/97 and 12/31/97 Reserve Use |
| DX 01307 | Minutes of Cendant Exec. Committee Meeting, 1/25/98 |
| ✓ DX 01308 | D&T Letter to Monaco re Engagement, 1/20/98 |
| ✓ DX 01309 | Cendant 8-K, filed 1/22/98 |
| DX 01314 | Minutes of HFS Board Meeting, 4/23/97 |
| DX 01315 | Minutes of HFS Board Meeting, 5/12/97 |
| DX 01316 | Minutes of HFS Board Meeting, 5/22/97 |

| | |
|---|---|
| DX 01319 | 1/9/97 Letter from Bear Stearns to HFS with Presentation |
| DX 01321 | D&T Memo re Principle Auditor Following Merger |
| DX 01375 | WF Volume 9 (10-Qs of CUC International) 1995-1997 |
| DX 01403 | CNN Video of WAF Interview, 3/96 |
| DX 01403A | CDROM |
| DX 01405A | Notebook of press releases re: acquisitions (Tabs A-J) |
| DX 01552 | Pember to Fullmer, "Life is Over for Me" |
| DX 01559 | WF Volume 10 (10-Ks of CUC)) |
| DX 01600 | Memo from Fried Frank re Corigliano Retainer |
| DX 01621 | Sabatino Plea Agreement |
| DX 01646 | WF Volume 11 (Annual Reports) |
| DX 02105 | WAF Form 4, 6/88 |
| DX 02106 | WAF Form 4, 7/88 |
| DX 02108 | WAF Form 4, 7/91 |
| DX 02116 | WAF Form 4, 4/93 |
| DX 02137 | Journal Entries effecting Ideon Reserve |
| DX 02336 | Register Report on Corigliano Account (People's Checking) |
| DX 02336A | Adding tape for DX 2336 |
| DX 02339 | 2004 Tax Bill for 38 Watrous Point Raod |

DX 1394  10/25/06
DX 224C  10/25/06
DX 2245 - 10/25/06

DX - 2246 - 10/25/06
DX - 2247 - 10/25/06

| Exhibit | Description |
|---|---|
| DX 02340 | Memo re Kramer Levin Retainer |
| DX 02341 | 6/30/04 Check to Old Saybrook Tax Collector for $2134 |
| DX 02342 | 6/30/04 Check to Old Saybrook Tax Collector for $15,556 |
| ✓ DX 02345 | CUC 4/22/96 News Release re Announcement of Ideon Acquisition |
| DX 02385 | Fax from Massachusetts Financial Services to C. Corigliano Regarding My Cendant Earnings Model, |
| DX 02394 | Fax from Furman Selz, LLC to C. Corigliano Regarding Cendant Membership Model, 3/2/98 |
| DX 03332 | 2/8/89 Memo from Walter Forbes to All Employees re: Chris McLeod |
| DX 07602 | 10/29/87 Memo from Walter Forbes to all CUC International Employees re: Corporate Office |
| DX 11013 | 1/14/88 Memo from Walter Forbes to All CUC Employees re: Organizational Changes |
| DX 15683 | 6/5/91 Memo from Walter Forbes to All CUC International Employees re: Kirk Shelton |
| DX 24000 | 4/18/91 CUC International Board of Directors Meeting Minutes |
| DX 30530 | 2/9/98 Fax from Mark Miller to Corigliano |
| DX 30531 | 2/18/98 Fax from Joe Buckley to Corigliano |
| DX 30533 | 2/2/98 Fax from Morgan Stanley to Corigliano |
| DX 30534 | 2/27/98 Fax from Ritz Spitz to Corigliano |
| DX 30535 | 3/17/98 Fax from Rita Spitz to Corigliano |
| ✓ DX 30537 | 3/10/98 Fax from Chris Feiss and Seth Moshman o Corigliano |
| ✓ DX 30549 | Summary of HFS Issues Memo (long version) |
| DX 30702 | 2/10/98 Fax from Mark Miller to Corigliano |

DX- 29953 - 10/25/06
DX- 29694 - 10/25/06

| Exhibit | Description |
|---|---|
| DX 30706 | 3/23/98 Fax from Rita Spitz to Corigliano |
| DX 35065 | 4/14/97 Letter Fax from Tucker to J. Davidson enclosing request for text of resolution |
| DX 35066 | 4/14/97 Letter from J. Davidson to Tucker re Motion to establish a decency policy |
| DX 35072 | 4/22/97 Letter from J. Davidson to Tucker re state of 4/9/97 Board minutes |
| DX 35073 | 4/24/96 (Probably a misprint of 4/24/97) Fax from Tucker to J. Davidson |
| DX 35075 | 4/28/97 Memo from Tucker to Board of Directors, CUC, re Minutes of Board Meeting |
| DX 35076 | 5/2/97 Memo from S. Greyser to Tucker re corrections of Minutes of Board Meeting |
| DX 60023 | Memo To Anne Pember (Cc: Kathy Piro, Lisa Ormand) From Bil Pastor Re: Restructure Cost (Revision To 9/5/96 Memo) |
| DX 60033 ✓ | CUC International Conference Participant List - 4/22/96 (6 pages) |
| DX 60034 ✓ | Handwritten notes by analyst during conversations with CUC/Cendant management (WB 00217 - WB 00220) - 4/23/96 |
| DX 60041 | CUC International Conference Participant List - 4/22/96 (3 pages) |
| DX 60051 | Re: Reinstatement of Certificate #8457 from the CSBA for Kevin Kearney |
| DX 60053 | Signed Settlement Agreement Re Kevin Kearney from the CSBA |
| DX 60055 | Letter to Rebecca Adams (CSBA) from Robert Fettweis Re: Kevin Kearney |
| DX 60056 | Copy of the CSBA Settlement Agreement Re Kevin Kearney |
| DX 60057 | Letter from Michael Kozik (CSBA) to Kevin Kearney |
| DX 60104 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of June 30, 2004 |
| DX 60105 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of September 30, 2004 |
| DX 60106 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of December 31, 2004 |

GX 430   E.D.Cc, /ic cnvc/cc

| | |
|---|---|
| DX 60107 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of March 31, 2005 |
| DX 60108 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of June 30, 2005 |
| ✓ DX 60112 | Anne Pember Agreement |
| DX 60127 | Email from Anne Pember to Steve Speaks re "Bruce Tolle Review - other stuff" - 3/4/98 |
| DX 60134 | 9/30/05 - Quarterly Statement of Assets, Liabilities and Expenditures for Anne Pember - |
| DX 60135 | 12/31/05 - Quarterly Statement of Assets, Liabilities and Expenditures for Anne Pember |
| DX 60136 | 3/31/06 - Quarterly Statement of Assets, Liabilities and Expenditures for Anne Pember |
| DX 60137 | 6/30/06 - Quarterly Statement of Assets, Liabilities and Expenditures for Anne Pember |
| DX 60230 | Fax to Weil Gotshal from Amy N. Lipton re: Signature pages of Plan of Merger |
| DX 60232 | Trip Itinerary for Silverman Visit to CUC |
| DX 60232B | Trip Itinerary for Silverman Visit to CUC |
| DX 60232C | Trip Itinerary for Silverman Visit to CUC |
| DX 60237 | CUC International Inc. Form S-3 |
| DX 60248 | HFS Memo To Sam Katz from Jeanmarie Cooney re CUC Luncheon |
| DX 60288 | Comp-U-Card Corporate Objective |
| DX 60289 (DX 60289 handwritten) | Comp-U-Card Business Plan 1993 |
| DX 61006C | Press Releases |
| DX 61007B | Audit Committee Lied To |
| DX 61011E | Contact With Analysts |

Handwritten annotations:
DX - 60,113 - 10/25/06
DX - 60,114 - 10/25/06
DX - 60,115 - 10/25/06
DX - 60,116 - 10/25/06

DX - 60,126 - 10/25/06
DX - 60,287 - 10/25/06
DX - 60,291 - 10/25/06
DX - 1190 - 10/25/06

GX 828 - 10/18/06
GX 430