# United States District Court

DISTRICT OF _____ Conn

USA v. Walter Forbes — Court —    EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Neras | Martinez & Carpentino | Sullivan, Simon, Carey |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/23, 24, 25, 26, 27, 30 | Fidanza-Stockmal | Jaiman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/23/06 | | 1 | Email dated 10/22/06 to Court from Barry Simon |
| 2 | | 10/24/06 | | 2 | Email to the Court dated 10/23/06 Mark Coyne |
| 3 | | 10/25/06 | | 3 | Phone message note Re: Juror Fred Yall |
| 4 | | 10/26/06 | | 4 | Email dated 10/25/06 at 5:29pm to Barry Simon from Court |
| 5 | | 10/26/06 | | 5 | Email dated 10/25/06 at 8:39pm from Barry Simon to Court |
| 6 | | 10/26/06 | | 6 | Note to the Court Re: Juror #4 dated 10/25/06 |
| 7 | | 10/27/06 | | 7 | Note #1 from Jury |
| 8 | | 10/29/06 | | 8 | Note #2 from the Jury |
| 9 | | 10/30/06 | | 9 | Note #3 from the Jury |
| 10 | | 10/31/06 | | 10 | Note #4 from the Jury |
| 11 | | 10/31/06 | | 11 | Note #5 from the Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# United States District Court

DISTRICT OF ____

**USA v. Walter Forbes**

COURT EXHIBIT ~~AND WITNESS~~ LIST

PRESIDING JUDGE: Alan Nevas
TRIAL DATE(S): 10-4-06
COURT REPORTER: Vicky Stockmal / Terri Fidenza

PLAINTIFF'S ATTORNEY: Michael Martinez, Craig Carpenito

CASE NUMBER: 3:02cr264 (AHN)
DEFENDANT'S ATTORNEY: ~~Scott Edelman~~ Barry Simon, ~~Craig Carpenito~~ Robert Cary, Brendan Sullivan
COURTROOM DEPUTY: Mintz/Gutierrez/Jaiman

| Court Ex | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 1 | | 10-13-06 | | | Excused Juror - Theologus Dimitrades - Notes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages