UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

FILED
VICTORIA C. MINOR
CHIEF DEPUTY CLERK

2006 NOV -1  D 12:58  PRISTINE CODY
DEPUTY IN-CHARGE
BRIDGEPORT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

October 27, 2006

Michael Martinez
U.S. Attorney's Office - NJ
970 Broad Street
Newark, NJ 07102

Re: Case Name: USA vs. Forbes
    Number: 3:02cr264(AHN

Dear Attorney Martinez:

As the above matter has been disposed of in this court:

Enclosed is a list as well as the following exhibit(s) which were redacted. These exhibits had the wording confidential stamped on the bottom. These exhibits are being returned to you.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Rody Jaiman
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: 10/31/06

                                          10/31/06