**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

October 27, 2006

Robert M. Cary
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

Re: Case Name: USA vs. Forbes
    Number: 3:02cr264(AHN)

Dear Attorney Carey:

As the above matter has been disposed of in this court:

Attached is a list as well as the following exhibit(s) which are being returned to you.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Rody Jaiman
Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 10/2/13