# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

2006 NOV -1  P 12:58

October 27, 2006

Robert M. Cary
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

Re: Case Name: USA vs. Forbes
Number: 3:02cr264(AHN)

Dear Attorney Cary:

As the above matter has been disposed of in this court:

Enclosed is a list as well as the following exhibit(s) which were redacted. These exhibits had the wording confidential stamped on the bottom. These exhibits are being returned to you.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY /s/ Rody Jaiman
Rody Jaiman
Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 10/31/06