UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                              )<br>)                       No. 3:02CR264 (AHN)<br>WALTER A. FORBES.                    )       November 22, 2006<br>)<br>) | |

## MOTION OF DEFENDANT WALTER A. FORBES TO MODIFY THE CONDITIONS OF HIS RELEASE

Walter A. Forbes, through undersigned counsel, respectfully moves to modify the conditions of his release in order to permit a limited amount of travel outside the State of Connecticut. The government has reviewed this Motion and does not object to the modifications requested.

Mr. Forbes is currently prohibited from traveling outside the State of Connecticut without prior Court approval. See Tr. 10/31/2006 at 3822. Mr. Forbes seeks to modify that restriction to permit: (1) travel to New York City and Westchester County for work, (2) travel to Massachusetts to visit his 17 year old daughter who is in school there, (3) travel to Wisconsin to visit his brother who is dying from Amyotrophic Lateral Sclerosis ("ALS" or "Lou Gehrigs Disease"), and (4) travel to Washington, D.C. to meet with his attorneys. With respect to the latter three categories of travel, Mr. Forbes would notify the probation office as to the dates of travel prior to departing, and confirm his return by phone call to the probation office.

1. **New York City:** Mr. Forbes is currently employed by a venture capital firm, FGII. Mr. Forbes' business requires him to travel to New York City and parts of Westchester County. Mr. Forbes cannot continue to conduct that business effectively if his travel is restricted to the State of Connecticut.

2.  **Massachusetts:** Mr. Forbes' 17 year old daughter is currently attending high school in Massachusetts. Mr. Forbes seeks permission to visit her on the school campus once per month between now and the date of sentencing, and to travel to campus for purposes of picking her up and driving her home for the Christmas break.

3.  **Wisconsin:** Mr. Forbes' brother is suffering from the advanced stages of ALS or "Lou Gehrigs disease". He is unable to travel to Connecticut because of his condition. Mr. Forbes seeks permission to travel to Wisconsin every 4-6 weeks to meet with his brother between now and the date of sentencing. His intention is to spend approximately three days in Wisconsin on each trip.

4.  **Washington, D.C.:** As the Court is aware, Mr. Forbes' counsel is located in Washington, D.C. Although in most instances we intend to consult with Mr. Forbes by telephone or to travel to Connecticut to meet with Mr. Forbes, there may be occasion between now and the date of sentencing when it would be either necessary or more cost effective for Mr. Forbes to travel to Washington, D.C. to meet with us.

## CONCLUSION

For the foregoing reasons, Mr. Forbes respectfully requests that the Court modify the conditions of his release to permit the limited amount of travel identified above.

2

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: November 22, 2006

3

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Modify the conditions of His Release to be filed electronically and to be served on November 22, 2006 to the following via e-mail:

    Norman Gross, Esq. (norman.gross@usdoj.gov)
    Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
    Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon