# EXHIBIT 6

U.S. Department of Justice

United States Attorney
District of New Jersey

970 Broad Street, Suite 700　　　　973/645-2700
Newark, NJ 07102

April 3, 2006

**VIA FEDERAL EXPRESS**

Barry S. Simon
Williams & Connolly LLP
725 12th St. NW
Washington, D.C. 20005

Thomas P. Puccio
230 Park Avenue
Suite 301
New York, NY 10169

        Re:    *United States v. Forbes*, No. 3:02CR00264

Dear Counsel:

      Enclosed are hand-written notes prepared by former FBI Special Agent Mark Gerber, Bates-stamped MG 00324 through MG 00340. Those notes pertain to interviews of Cosmo Corigliano that Gerber attended on October 13, 2000, November 2, 2000, November 6, 2000, and December 14, 2000, and an interview of Starin Woodward that Gerber attended on November 29, 2000. These notes were not previously disclosed to the defense out of inadvertence. These notes, however, contain no information which the Government is required to disclose under Brady/Giglio, the Jencks Act, Fed. R. Crim. P. 16, or the standing order for discovery in this case. These notes are being turned over to you now in accordance with the Government's previous representations in this case that all agent interview notes would be disclosed to the defense, regardless of whether such disclosure was required.

      On March 30, 2006, while reorganizing the numerous boxes of documents that the Government has assembled in this case, an unlabelled box containing the personal effects of Gerber was discovered by a member of the trial team. In that box were several notepads belonging to Gerber. A review of those notepads revealed Gerber's interview notes identified above. The notes were not Bates-stamped and were not memorialized in the Government's index of disclosed documents.

      After consulting with Gerber, the current trial team concluded that he had inadvertently failed to turn over those notes to other members of the then-trial team for Bates-stamping,

indexing, and disclosure, because he had forgotten that those notes existed. No other member of the trial team was aware of the existence of these notes before they were discovered late last week.

                              Very truly yours,

                              CHRISTOPHER J. CHRISTIE
                              Special Attorney
                              U.S. Department of Justice

By:   MICHAEL MARTINEZ
       Special Attorney
       U.S. Department of Justice

Encs.
cc:   Hon. Alan H. Nevas
      Hon. Alvin W. Thompson

Cosmo Corigliano  10/13/00          AM, GN, AF
                                    John Carney, PM

- Goldstien Golub + Kesser + may now be owned by American Express. → May have handled the preparation of Amy Lipton's tax returns per Alan Friedman.

- First met Amy Lipton when she was at McKinsey and she was the staff accountant working on an acquisition.

- Meticulous in some ways, she wanted her files organized a certain way, but later at CUC she showed she could delegate and step back from the details.

Cosmo believed she make good decisions as to what she needed to know and delegated more minor matters.

Cosmo developed a very good relationship w/ Amy + they viewed themselves as being on the same level + would discuss w/ each other their compensation packages + would support each other in their negotiations.

MG 00324

- Amy would socialize w/ Kirk, Bob Sarkie & Stu Bell. (Richard Lipton, a medical doctor)
Amy's husband actually went into business w/ Stu after Stu left CUC. It was a medical research company that may have consulted w/ pharmaceutical companys to help get in getting new drugs approved. Cosmo couldn't recall the name of the company. They sold it about six months b/f this whole thing happened.
Kirk & Bob Sarkie were very close.

- Cosmo believes Chris McLeod will be the most honest person in this matter.
- Amy was politically astute.
- Amy is motivated by money, her stature in the community.
- Cosmo believed Amy's father was a lawyer.
- Amy had two children. Youngest is 10 or 11 boy & another child a few years older.
- Cosmo believes Amy will try very hard not to recollect things in order to protect herself.

- Cosmo has known Amy since 1983. She joined the company in

MG 00325

about 1986.

Cosmo said there were several times when Amy would say I don't like this + walks out. One time Kirk called her on the carpet and told her in a half joking, half serious manner to stop being a lawyer.

Amy did get involved w/ reviewing financial reports. She sometimes told Cosmo they needed to add more to the MD+A section.

Amy had the SEC, CHH documentation in her office.

Jeff Gershowitz

Casper would draft the 10K + Q's & send them to Cosmo, Kirk, Amy + Jeff Gershowitz, a member of Amy's staff who she used to review SEC filings.

Sometime in March, Amy began cleaning out her office. She advised Cosmo to the same. Cosmo questioned her & she said you never know, they might lock us out some day. Cosmo thought that was absurd.

MG 00326

- Amy's normal working hours were 9-9:30 A to sixish, usually gone by 7:00pm
- Amy heard many times over that they were using reserves to make their #s.

- Westchester C.C. meeting. It was an afternoon meeting & Cosmo believed it was a Friday.
Cosmo believes this was the only time he met @ the CC w/ CUC people.
Cosmo estimated this meeting lasted approximately 3 hours.

Cosmo & Amy had many conversations regarding selling their shares. Amy was a strong proponent of selling as soon as she could. This provoked Cosmo to consider selling more than he had originally planned to sell.

- Ideas Reserve          · T-shirt
- ~~Arthos settlement~~  · Lunch w/ Jim Beckman +
                           the conversation that Amy had
- Credit line              w/ Cosmo b/f she met w/ Jim
                           Beckman during which they clearly
                           discussed the improper use of merger reserves
                           to bolster earnings.

} Things & events that ~~occurred b/f~~ Amy sold off her shares of the Company.

MG 00327

Immediately following the March 6 meeting, Kirk, Cosmo, + Walter meet w/ Amy in her office to debrief each other. Kirk is almost gleeful that it didn't go that badly.

Walter relays a conversation he had w/ Henry where Henry said to Walter, "I hope we don't have two drunks holding up the lamp post" to which

LUNCH

- One time Walter said in his office, "we've fooled Henry + we've fooled Wall street". Walter pumped his arms in the air when he said that.

- There was a post March 10 meeting between Bob Sarko, Kirk + Cosmo where Bob asked Kirk why he was so pleased w/ himself + Cosmo told Bob it was because Kirk was so pleased to have pulled it over on Henry.

- Jerry Dubey - Smith Barney Broker who Cosmo used to rate his trades. (860)275-0763

MG 00328

Walter had a girlfriend running an investment compa FG2 or FG3.

Rumors that Walter may have had an affair w/ one of the previous Public Relations person, b/f Sandra Morgan.

Kirk & Sarkie are best of friends.

- Fulmer & Stu Bell were good friends, they owned a house together in Nantucket. [9/98]

- Cosmo also had a meeting w/ Fernandez.

- Stu managed a fund for people including Cosmo, Kirk, Sarkie, Fernandez. Cosmo invested ≈ $500,000 & Stu recently liquidated the fund & sent Cosmo a ck for $1.2 mil. [9/30/2000]

- Stu, Rick Fernandez & Vince D'Agostino formed an internet company Webloyalty.com

MG 00329

Kirk is the interim CEO of an internet company LiveCustomerService.com or some derivative. Cosmo read in businessweek.

McLeod & Shelton went to Yale together undergrad, after grad school Shelton (Harvard) McLeod (MIT) they went to work @ the same company.

Stu called Cosmo @ home after Corigliano made the announcement in April that there was acctg irregularities at the former CUC. Stu was mentoring Cosmo to go out & fight back. Their making mince meat of you.

6/98 One other call Stu made to Cosmo was in 6/98 when Stu was pumping Cosmo for information as to what Cosmo's lawyer thought.

• Walter Stu & Fuller opened a Restaurant in New Canaan.

MG 00330

Kirk openly proclaimed himself an activist.

STU's biggest fears
- loss of money, status, ability to do future deals on wall street.
- He wouldn't want his concealment of cancel rates to be known.
- Concealing info from E+Y.

Alda Boarccia — Amy's Secretary.

(Al Hoss)
Thersa Biase — formerly Kirk Shelton's secretary

Cathy Piro — H/R person who may be in the know.

Fran Johnson — Former H/R person.

MG 00331

Cosmo Corigliano  11/2/2000
Conf. Call

- Sarkis + the Sarkis' were very friendly w/ Kirk & his wife.
- Heard that Sarkis became very upset w/ Kirk & that Kirk had misled him.

- Sarkis is a bright person. He was not as financially sophisticated as Kirk & Chris. or Amy.

- Sarkis @ Westchester CC.

- Sarkis was in Kirk's office w/ Cosmo + Kirk in April 1998. The conversation was revolving around how angry Henry Silverman. Sarkis wanted to know why & while Kirk sat their w/ a smile on his face, Cosmo explained to Sarkis that Kirk was proud that he had out foxed Henry.

- Sarkis was extremely nervous about some of the aggressive accounting treatment they had

MG 00332

employed @ EPUB. Everyone was concerned he may have a nervous breakdown.

Sarkie has a boy & a girl. Early teens.

MG 00333