# EXHIBIT 6 continued

Cosmo Corigliano - phone call on 11/6

Fulmer (mid 50's)
- He was a marketing guy. Not very involved w/ the financials.
- He was very involved w/ the behind the scenes personal interaction ie, what was Walter doing.
- Class clown type of guy

- Fulmer had a big mouth, so it was not unusual that Kirk was not invite Fulmer to the Westchester C.C. meeting.
- Had coffee w/ Cosmo after the fact. Told Cosmo don't protect anybody.
- Fulmer & Stu good friends. Owned a house together in Nantucket.

Fernandez (~42)
- Rick was very close to Kirk & Stu
- Had lunch w/ Cosmo a few times after
- [and at blew up & may have been]
- They certainly used some very aggressive

MG 00334

accounting w/ regards to purchase reserves.
Cosmo did not remember having any detail
conversations re: purchase reserves.
- Harvard MBA, Princeton undergrad.
- One time they started to get into the details of purchase reserves + Rick said I don't want to know

Menchaca.
- He can tell us that he never got involved in setting up such a significant line item as purchase reserves. He never participated too

- At Goldman Sach's meeting & opened the paper to find a company.
- Very bright, he worked in the Treasury Dept @ General Motors.
- Stanford MBA
- worked closely w/ Walter.

MG 00335

Cosmo, 12/14 telephone call

- Jeff Epstein
- Started in 1995 + lasted at most a yr.
- Reported to Kirk + worked + worked on acquisitions. Did that for about 2 to 3 months maybe four to five months + then moved onto Marketing + then

- Was a member of YPO, Young Presidents Organization. + got to know Walter + Kirk their.
- Jeff was at King World + John Fullmer did several deals w/ him + liked him.
- Cosmo believes Jeff came in was a back up for him if he (Cosmo) didn't work out
- Others view of him was that he was abrasive the longer he was there.
- Probably worked on Getko acquisition.

MG 00336

Starin Woodward     11/29      203-972-1311(c)

DOB: 11/22/71
SSN: 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

- Went to college St. Lawrence, Canton NY
- Double major in Gov't & History 1993 Grad.
- Worked w/ JP Morgan for 3 yrs in credit analysis reports.
- Went to Merril Lynch, got 7, 63 & 65 series lic.
- Went to GE investments.
- Then went to investor Relations @ CUC Int'l. Started ≈ 10/97 Left ≈ 7/98.
- Now @ Solomon Smith Barney in New Canaan. Just passed series 8 exam.
- Went through an employment agency to get the job at CUC.
- Interviewed w/ Laura Hamilton & Cosmo Corrigliano & Sue Tober.
- Cosmo was very self sufficient, he had his palm pilot & did his own thing. She probably only spent 25% of her time working for Cosmo. He made reservations for his travel. He did all of his own typing w/ few exceptions.

MG 00337

- Worked 80% for Laura. Handle all investor calls.
- When she first started everything was great, nice people, everyone got along.
- You would never think anything would ever happen at a place like this. Everyone had stock, the price kept going up & everyone was happy.
- She said Henry & Walter were completely different a staunch business man & a happy go lucky self made man.

- Cosmo met w/ Ken Wilchfort on a regular basis Ken constantly called Cosmo. They were so close, She couldn't understand how E&Y & Ken in particular could not have known what was going on.
- Open door policy generally in the executive offices.
- Laura & Cosmo & then Walter would meet alot around the press release times.
- Laura was great to work w/ fair, very professional.

MG 00338

- Laura was not happy w/ Henry. She was expecting a child & got stressed out by Henry.
- Cosmo seemed like such a honest good person, she couldn't believe he could have done this. She also didn't think he could have done it without everyone else knowing about it because so many got involved w/ preparing the press release for earnings.
- Walter, Kirk, Amy all read & OK'd the earning releases.

- Walter Forbes - went to northwestern, nice person, cordial, polite, nice kids. Welcome people into his office. Pleasant, easy going.
- Her opinion of the Laura Hamilton → Walter Forbes relationship was professional. She didn't know what happened behind closed doors but both Laura & Walter appeared to be happily married.
- Walter never approached her in an unprofessional manner.
- She would highly surprised if Walter & Beth Franco

MG 00339

relationship went beyond anything but professional.

- She has stayed in touch w/ Beth. Had lunch about a month ago. E-mailed w/ in the past few weeks.

- She never saw the Amy, Kirk & Cosmo press release announcing they were leaving the day it was released. She thought OFS had prepared it because she normally saw the CUC releases well before that.

MG 00340