# EXHIBIT 7



U.S. Department of Justice

**United States Attorney**
**District of New Jersey**

---

NORMAN GROSS
Assistant United States Attorney

Camden Federal Building and
United States Courthouse
P. O. Box 2098
Camden, New Jersey 08101-2098

PHONE: (856) 968-4930
FAX:    (856) 968-4917

August 9, 2006

Barry Simon, Esquire
Williams and Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901

          Re: United States v. Walter Forbes
              3:02cr264 (AHN) District of Connecticut

Dear Mr. Simon:

     On July 27, 2006, I represented to you and to Judge Nevas that I
would ask former FBI Special Agent Mark Gerber whether he took any
notes or wrote any reports as a result of his attendance at an
interview of Kevin Kearney on July 10, 2001.  Mr. Gerber informed me
that he does not have a present recollection that he attended an
interview on that particular date, but he does recall attending an
interview of Mr. Kearney at the SEC Offices in New York City during
that time frame.  Mr. Gerber did not recall taking any notes during
the interview of Mr. Kearney at the SEC Offices or writing a report
regarding that interview.  In general, Mr. Gerber does not presently
recall that he took notes during any meetings or interviews that were
conducted at the offices of the SEC.

     Additionally, members of the prosecution team have again
conducted a thorough review of the files that are maintained by the
team to determine if those files contain any interview notes written
by Mr. Gerber regarding the July 10, 2001 interview.  We have
determined that there are no such notes in our files.

                         Very truly yours,

                         CHRISTOPHER J. CHRISTIE
                         United States Attorney

                     By:  NORMAN GROSS
                         Assistant United States Attorney

cc: Honorable Alan Nevas

# EXHIBIT 8

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

BARRY S. SIMON
(202) 434-5005
bsimon@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 14, 2006

**Via Facsimile (856-968-4917)**
**& First Class Mail**
Norman Gross
Assistant United States Attorney
District of New Jersey
401 Market Street, 4th Floor
Camden, NJ 08101

Re:     United States v. Forbes, 3:02CR264 (AHN)

Dear Mr. Gross:

I am writing in response to your August 9, 2006 letter, which we received today. Your letter does not discuss whether you asked Mr. Gerber if there were any questions posed to Kevin Kearney about Mr. Forbes during Mr. Kearney's SEC interview, which was held after Mr. Forbes had been indicted and after the SEC had sued Mr. Forbes. During the July 27, 2006 motions hearing, you represented that you would inquire of Mr. Gerber about that matter. See Tr. 7/27/06 at 60 (Mr. Simon: "The question should be put were there any questions put about Walter Forbes and in his post-indictment post-SEC suit having been filed." Mr. Gross: "I will ask that question as well, your Honor.").

Please notify us whether Mr. Gerber confirms that Mr. Kearney was, in fact, asked about Mr. Forbes during his SEC interview in July 2001. Thank you for your cooperation in this matter.

Sincerely,

Barry S. Simon

cc: The Honorable Alan Nevas

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1815 |
| CONNECTION TEL | 16180011918569684917 |
| CONNECTION ID | |
| ST. TIME | 08/14 16:20 |
| USAGE T | 00'56 |
| PGS. SENT | 2 |
| RESULT | OK |

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

BARRY S. SIMON
(202) 434-5005
bsimon@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

## TELECOPY

TO:                          Norman Gross, AUSA

FIRM OR COMPANY:             United States Attorney's Office

TELECOPY NUMBER:             856-968-4917

FROM:                        Barry S. Simon

TELEPHONE:                   (202) 434-5005

DATE:                        August 14, 2006

MATTER NUMBER:               41618.0011

NUMBER OF PAGES INCLUDING THIS PAGE:   2

IF THERE ARE ANY PROBLEMS RECEIVING THIS TRANSMISSION,

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

BARRY S. SIMON
(202) 434-5005
bsimon@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)


# TELECOPY

TO:                              Norman Gross, AUSA

FIRM OR COMPANY:                 United States Attorney's Office

TELECOPY NUMBER:                 856-968-4917

---

FROM:                            Barry S. Simon

TELEPHONE:                       (202) 434-5005

DATE:                            August 14, 2006

MATTER NUMBER:                   41618.0011

NUMBER OF PAGES INCLUDING THIS PAGE:   2

IF THERE ARE ANY PROBLEMS RECEIVING THIS TRANSMISSION,
PLEASE CALL (202) 434-5608 <u>IMMEDIATELY</u>.  THANK YOU.

*This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.*

# EXHIBIT 9



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*
Criminal Division

CAMDEN FEDERAL BUILDING and          856/757-5026
U.S. COURTHOUSE                      FAX 856/968-4917
401 Market Street, Fourth Floor
P. O. Box 2098
Camden, New Jersey 08102

## FACSIMILE COVER SHEET

TO: *Barry Simon, Esquire* NUMBER: ___202-434-5029___

FROM: *Norman Gross / vr* DATE: ___08/15/06___

NUMBER OF PAGES: ___1___ + cover page

SUBJECT: _____

_____

_____

_____

***************************************************************
This fax transmission is intended only for the use of the addressee and may contain privileged or confidential information that may not be disclosed under applicable law. If you received this transmission in error, please notify this office at telephone number (856) 757-5026 and return the original transmission to us at the above address via United States Mail.
***************************************************************

Note:      If you do not receive the total number of pages indicated or otherwise have trouble with this transmission, please call the sending individual. Thank you.



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

NORMAN GROSS
*Assistant United States Attorney*

Camden Federal Building and
United States Courthouse
P. O. Box 2098
Camden, New Jersey 08101-2098

PHONE: (856) 968-4930
FAX:   (856) 968-4917

August 15, 2006

**BY FACSIMILE AND FIRST CLASS MAIL**
Barry Simon, Esquire
Williams and Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901

        Re: <u>United States v. Walter Forbes</u>
            3:02cr264 (AHN) District of Connecticut

Dear Mr. Simon:

    I write in response to your letter to me of yesterday.  I spoke this morning with Mr. Gerber, and asked him if he could confirm, in the words of your most recent letter, "that Mr. Kearney, was in fact, asked about Mr. Forbes during his SEC interview in July 2001."  Mr. Gerber informed me that he has no present recollection of whether anyone at the SEC interview of Mr. Kearney asked Mr. Kearney about Mr. Forbes.

                        Very truly yours,

                        CHRISTOPHER J. CHRISTIE
                        United States Attorney


                By:     NORMAN GROSS
                        Assistant United States Attorney


cc: Honorable Alan Nevas

# EXHIBIT 10

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

BARRY S. SIMON
(202) 434-5005
bsimon@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 21, 2006

**Via Facsimile (856-968-4917)**
**& First Class Mail**
Norman Gross
Assistant United States Attorney
District of New Jersey
401 Market Street, 4th Floor
Camden, NJ 08101

Re:    **United States v. Forbes, 3:02CR264 (AHN)**

Dear Mr. Gross:

I am writing in response to your August 15, 2006 letter. Pursuant to the government's continuing obligations under Brady, Giglio, and their progeny, please notify us whether Mr. Gerber confirms that Mr. Kearney was, in fact, asked about Stuart Bell and/or Walter Forbes in any of Mr. Kearney's interviews prior to 2003. To our knowledge, Mr. Gerber attended at least the following interviews of Mr. Kearney prior to 2003:  July 15, 1998; August 24, 1998; March 4, 1999; April 14, 1999; April 29, 1999; and July 10, 2001.

Thank you for your cooperation in this matter.

Sincerely,

Barry S. Simon

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

BARRY S. SIMON
(202) 434-5005
bsimon@wc.com

# TELECOPY

**TO:**                              Norman Gross, AUSA

**FIRM OR COMPANY:**       United States Attorney's Office

**TELECOPY NUMBER:**       856-968-4917

---

**FROM:**                          Barry S. Simon

**TELEPHONE:**                  (202) 434-5005

**DATE:**                          August 21, 2006

**MATTER NUMBER:**          41618.0011

**NUMBER OF PAGES INCLUDING THIS PAGE:** 2

IF THERE ARE ANY PROBLEMS RECEIVING THIS TRANSMISSION,
PLEASE CALL (202) 434-5608 <u>IMMEDIATELY</u>.  THANK YOU.

*This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.*

Williams & Connolly LLP Telecopy Number: (202) 434-5029

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1836
CONNECTION TEL        16180011918589684917
CONNECTION ID
ST. TIME              08/21 15:44
USAGE T               00'42
PGS. SENT             2
RESULT                OK
```

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

BARRY S. SIMON
(202) 434-5005
bsimon@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

**TELECOPY**

TO:                              Norman Gross, AUSA

FIRM OR COMPANY:                 United States Attorney's Office

TELECOPY NUMBER:                 856-968-4917

FROM:                            Barry S. Simon

TELEPHONE:                       (202) 434-5005

DATE:                            August 21, 2006

MATTER NUMBER:                   41618.0011

NUMBER OF PAGES INCLUDING THIS PAGE:   2

IF THERE ARE ANY PROBLEMS RECEIVING THIS TRANSMISSION,