# EXHIBIT 11

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700
Newark, NJ 07102

973/645-2700

August 24, 2006

**VIA FEDERAL EXPRESS**

Barry S. Simon
Williams & Connolly LLP
725 12th St. NW
Washington, D.C. 20005

Thomas P. Puccio
230 Park Avenue
Suite 301
New York, NY 10169

    Re:   *United States v. Forbes and Shelton*, No. 3:02CR00264

Dear Counsel:

Enclosed are hand-written notes prepared by former Assistant United States Attorney ("AUSA") Paul Weissman, bates stamped G3-01660 through G3-01702. These notes pertain to interviews of Cosmo Corigliano that former AUSA Weissman attended on January 13, 1999, May 5, 2000, May 14, 2001, and May 15, 2001. The Government previously supplied defense counsel with the notes that were taken by other individuals who attended each of these meetings. Members of the current prosecution team recently discovered the enclosed notes of AUSA Weissman during an exhaustive review and reorganization of the files relating to this case. These notes were not previously disclosed to the defense out of inadvertence and are being turned over now in accordance with the Government's previous representations in this case that all interview notes taken by former AUSAs who did not participate in trial one or two would be

disclosed to the defense, regardless of whether such disclosure was required under <u>Brady/Giglio</u>, the Jencks Act, Rule 16 of the Federal Rules of Criminal Procedure, or the standing discovery order in this case.

        Very truly yours,

        CHRISTOPHER J. CHRISTIE
        Special Attorney
        U.S. Department of Justice

By:   MICHAEL MARTINEZ
       Special Attorney
       U.S. Department of Justice

cc:   Hon. Alan H. Nevas
      Hon. Alvin W. Thompson

P. Matthew

Cosmo Corigliano
Gary Naftalis
+ 2                          1/13/99

When Sth was CFO, he was very involved in quarterlies. 1983-95, he was involved. There were topside adjustments -- he had justification & proper documentation. Corigliano & he wd sit there & go through the topside adjustments that were appropriate.

Sucl adjustments:

1) BK1 profit-sharing (receivable; cd be higher (generally) or sometimes lower

②  Employee profit-sharing  ?

④ May have adjusted revenues for Entertainment bec. they needed to account for coupon redemptions? This = EPUB. (They had not recorded in the next Q. and wd calc it Rec. EPUB didn't accrue the revenue.)

③ Accrue expenses as well? Sometimes adjust them down

A very informal atmosphere. BK1 didn't look at it each quarter. They didn't set up a lot of formal procedures.

Biggest adj. he made = $5 or $6M — DNR $10M or more.

He wd have considered it approp. to make adjs. for reserves.

He & Sth both had understanding of what they were anticipating in terms of benefit from non-op items. They had an understanding of where the quarter year was going to come out, based on how the year was unfolding.

G3-01660

~~After end of q., wd look at costs already charged by subs. See if they wd have been charged to a reserve.~~

If it was obvious (fees to invest. bankers), division wd charge it to a reserve. If not obvious (e.g., restructuring), then might not.

He always had conv.'s c̄ divisions. This was openly discussed c̄ E&Y. He never looked at technical lits. alone, relied on E&Y. Then wd give him excerpts of it.

They were informal + very lean.

[?] ~~If controller explained it & it was nothing to do - restructuring he wd take it off his list.~~

*[?] ~~He may never had handwritten notes, he thinks they shd still be there.~~

He wd make adjustments at a very high level -- revenues, etc. Both didn't get pushed down until the end of the year.

He had a clear recollection of discussing BCI.

He didn't think much about materiality -- if adjs. were right, then were right.

Do big adjs. need more justification than little adjs.? He made sure everything they did was right.

He came to CUC just ~~before they~~ went public. ③

He was aware of analysts' reports. Stu had them. They factored into the discussion, looking for place they cd exercise jgmt.

Starting i 1993, he & Stu did it ~~together~~. Later, he was more ~~involved~~ removed, as Cosmo was after Stu left.

He wants to be able to ~~defend~~ it — he has proper documentation.

~~Expects~~ adjs. will flow through books at YE. Some may have been pushed down prior to YE; he's not sure. Casper + 2 or 3 people working for him focused exclusively on external reporting

(at division al level) Actual journal entries may not be made at the qs, but they are made at some pt. He isn't ~~think they wanted (at least sometimes)~~ jt the end of But he knew at the end of the year how they're going to make up the gap — he had the list? It was obvious — not even sure he had to do this. It sd have been automatic.

His impulse wd have been to tell divisions to record it in next q. He not sure if Casper did this.

(4)

Stu announces he's leaving -- both
Cosgan & Appose came to him & sd
they want to be Controller. He asked
* Kirk, who sd we don't need one;
he said he was going to get more
involved in this area. Kirk sd, his
focus sd be Wall St. + acquisition

Then:

① Told Anne he was going to entirely
pull himself out of Comp. v-Card

(?) ② Told Cosgan he was totally respon-
* sible for external reporting.

He did to Cosgan what Stu did to
him. He gave Cosgan targets for the
quarters. Divisions had budgets, but
some are not accrual-based. There
was no quarterly budget, so
Cosgan wdn't know what was the
number.

② He assumed net impact of accruals
= 0; so cash budget = the budget

Kirk + W. Forbes discussed the
target c him.
(He prepared this over the weekend.)
Budget process started at operating
levels. Kirk & Chris went to budget
meetings. Then looked at non-operating
components. He + Kirk wd sit down
& try to estimate non-operating
benefits. This then = his guideline
for monitoring progress. Kirk sd he

[left margin notes:] He called + non-returning, Kirk called + non-operating. rest of this = s/o memo to do for

[side stamp:] G3-01663

~~Then discussed this constantly.~~ Business very ratable (i.e., non-seasonal). So quarterly budgets were easy — just step it up 5-6-7% each quarter. Caspar wd just ask is the target 23 or 24¢. He pretty much knows what the target is, ~~thinks~~, but he's looking for a final no.

(?) Anne is promoted for a specific reason. — Caspar don't keep documentation, don't understand business, don't communicate c̄ Controller. E&Y very vocal about this. (N.E.)

[wellford, Rabinowitz, everyone]

(?) E&Y complained Caspar did'nt give them documentation re topside adj's. Late 1996, he started to get really concerned — talked to him about taking more resp. Told her she wd become corp. Controller later. (Had been informally giving her more resp. even earlier.) An emotional scene c̄ Caspar when he told Caspar.

He wd look at monthly reports to see they are on target.

He plans budget c̄ Shelton →
[non-operating] has a general idea of what adjustments have to be made. He don't know whether they're going to be made topside or not.

My Q:

How cd he rely on Casper to make sure this happened?

Anne was involved -- she took charge of the ~~Kleon~~ reserve.

\* ↓ He never sees the adjustments that ~~have been topside. He don't feel~~ ~~is part~~ of this responsibility. He don't learn what they are even. He feels as long as they're consistent c̄ the year, it's O.K.

He rec'd a consolidation model that was complete or near-complete. He wdn't even look at model, in ~~some~~ cases -- he wd look at final results.

Does he ever adjust Casper's figures? Maybe if Kirk or Walter has changed their target. Esp. re balance sheet -- he wd look at deferred income, etc. He myght say, can we justify an increase to ~~deferred~~ Wembesley reserve -- a ~~gross-up~~ adjustment ~~on BCI's books.~~

(?) He myght adjust EPS by a cent ~~or two~~ -- no more.

He myght make adjustments to cash + receivables. In 1997, less interested c̄ this.

He never discusses c̄ Casper whether they can make nos. up. He thinks he talked to him about non-operating pieces, but not ē detail. He assumed

G3-01665


Caspar is using the same (non-) operating pieces he had considered. Biggest one = Ideon reserve, which he knew Caspar knows about.

He understands, Caspar is doing an independent analysis of the actual numbers.

He wasn't sure to what extent Anne was involved in quarterly nos. -- she was trying but not sure that Caspar let her.

He understood Caspar wd have given him a complete account of what he had done to arrive at the nos. he was giving Kosmo.

Magnitude wd have startled him even in

March 9 memo = adjustments he assumed were being made during the year.

Cendant is taking a conservative position bec- they want to start @ a lower base in 1997.

Ideon reserve established with input from: Walter, Kirk, him, + Stu. Also E+Y. This is middle of 1996. Came up c̄, he thinks, $125M. By end of 1996, litigation settled + they were going to acquire

G3-01666

creditline.

Integration piece was not going as well.

They set up the reserve. ~~Anne at that point is totally managing it throughout~~ 1996. ~~Don't remember being involved~~ in or discussing usage w/r to 1996.

(Not sure re date) Beginning of '97 bd com. - Anne re reserve. Her concern = she doesn't know rules -- he suggested she ask E&Y for guidance.

He thought he had a good partial knowledge of reserve ~~accounting~~, but not an expert. He had run everything past E&Y.

// 1997 budget -- he ~~didn't discuss this~~ // c̄ E&Y, though much of it is based on // reserve usage. He felt capable by now of doing this.

He ~~told~~ Kirk on way up to Stamford on 3/9 that Anne had basically done Ideon reserve -- but he had confidence in her. And she bore this out -- she gave a presentation that satisfied everybody.

He agrees, can't put reserves into revenue.

Her presentation - he draws downs he thought were going to happen

throughout the year. But he agrees, it looks like it wasn't being booked that way -- it went to revenue.

G3-01667

...kept getting refused from them at Walter. Make Cendant reserve as long as you can justify.

⑨

The costs he thought, & still thinks, were justified = what she sd on the q&a. He didn't understand why ~~the~~ journal entries got posted to revenues rather than expense.

Prior to AA report, he had no idea that ~~Ideon~~ reserve was ~~being~~ used to boost revenues.

[margin: End of 1/98]

He went over at some pt to Anne & ~~Cosmo~~ -- ~~Anne~~ sd, how can he help. Anne sd, she had to support NCG & ESEX, didn't know anything about them. He volunteered to do Essex, & he did that himself.

[margin: Where is this?]

Prior to reading report, he didn't know that there had been big drawdowns fm Cendant reserve 1997. Anne was responsible for this too.

[margin: He DNR any involvement other than this in 1997 in reserve drawdowns etc.]

Report says he told Corigan $10-12 He denies this, says it was just a suggestion.

DNR involvement i Spark reversal.

* DNR knowing that they added to revenues by debiting (?) subsidiaries' retained earnings. He wdn't have approved of this.

G3-01668

He spent v. little time on financial reporting, bec. he thought he had competent people to do it.

He had knowledge of annual nos., ~~thought that was enough.~~

Cendant reserve memo -- E+Y looked at this & has entire trust in them. He wasn't involved in details. He can't say what level of detail or documentation Anne gave to E+Y.

He DNR going over reserve usage for 1997 -- general E. Pember or Sabatino. Discussion that wd take only a minute, no more.

Ira didn't have a quarterly budget. Budget figures had to be adjusted to adjustments. Never heard that budget nos. / budget package had been altered, except as above. Anne put the Bd packages together.

12/11/97 controllers' meeting. Anne was in his office before the meeting. He sd hello to Steve.

~~He didn't tell Speaks to increase~~ ~~his revenues by $100M.~~ He remembers Anne telling him she was going to include in the C-U-C budget the

(11)

recognition of deferred income they were going to recognize as a result of selling Interval. He estimated that it'd be as much as $80-90M.

He & MB singles wd have known of the Interval transaction. It wd be natural to run it through C-U-C.

After 10/17/98, Pember reported to K. Shelton. He had no financial responsibilities. Anne still talked to him, though.

They were frustrated, he started feeling co. was too big in 6/97, etc. etc.

He had no real expectations of becoming CFO.

(or Mona- co?) He was told right away by S. Forbes they wanted to take him out of the loop re financial responsibilities.

He found out about 3/6 meeting a few hours before it happened. He walked into Kirk's office, K + Anne were reviewing the schedule. He looked at it only for a minute. Then they went into conf. rm. Anne walked them through the schedule mechanically. S. Forbes questioned what adjustments were coming from

going into revenue -- he was surprised ~~she was adjusting it to revenue. He sd. it was just a placeholder.~~ That sd. o.k. He sd. to Kirk later -- this wasn't appropriate -- $80-90m was deferred income from Interval sale, so figure of $165m made it sound worse than it really was.

There was a shortfall to '98 budget -- Walter & Kirk had known that for a long time. He wd. say $50-75m.

~~April~~ 1998 -- things changed in that software did worse than expected. Walter had communicated a no. to Henry, didn't want to show a lower no.

Walter & Kirk sd, don't tell them what's in budget

There is a CMS budget, & Walter wants HFS to think is the budget

'98 budget = Chris, Kirk, Tony, you. $50-75m cushion explicit built into the budget.

Kirk, Walter & he meet c Henry, Mike & Scott to go over the budget c the cushion. They don't mention cushion.

G3-01671

↓ They didn't tell them afterward either -- Ayre complained to him about this at one pt.

The fact that they didn't know how they were going to make the budget was, he thinks, revealed in the 3/6 meeting.

↓ [Thinks $165m was a plug line to get to what they needed for the year.

He sd to Scott, CMS will incur tons of expenses -- we shd hire a person to track them. Scott thought that was a good idea.

Kirk did a lot of the talking in the 3/6 meeting. ONR "creative" remark, but something like this wd be consistent c fact that (evidently he had tended to use this meeting to come clean re the cushion.
Walter gave him the $1.1 (?) reimburse. Went; he cd have sd,

K. understood the details of what was in the

[He wd ask E&Y -- if some of Walter's expense had related to previous mergers, cd be charge it to certain reserve? But he didn't tell K. he cd charge the whole thing to the Cendant reserve.

17

~~He wd never have refused to give Edy any financial doc. Never told anyone not to.~~

3/9: Rabinowitz says, he's still waiting for receipt of $20m. in invoices.

He was shocked they had to justify themselves on 3/9. He was upset. After the meeting, Rabinowitz was upset too. He sd, we know you, Kirk & Shelton wanted to take aggressive positions.

Fri. night or Sat. S Forbes called him. Sd, I need to show this to Henry & Mike.

(?) S.Forbes talked to Kirk after 3/6 meeting + sd, he thought this cd be presented in a diff way that wd be less troublesome -- give me the weekend to see if I can do it better -- I don't want to give it to Henry this way. Then the above phone call.

Sun. morning, he got a call. fr Henry asking re non-operating options -- he was clearly upset. He called Kirk (+ Walter?) asked if he sd do the 3/9 schedule. He faxed it to Walter & Kirk, they looked at it + made revisions, then he faxed it to Henry Sunday

G3-01673

night, then they met Monday ~~morning~~

The working relationship started to sour almost the day after they signed the agreement. Henry was v. critical of them, both in the financial area & operationally.

There was no one to explain to AA what they wanted to do -- so they can't defend what they wanted to do.

Restatement wdn't have been necessary if he was right in his understanding of what the co. was doing.

(Don.) There is a budget summary for the year -- he presented it to BD in 1997. AA Ex. 5 -- it didn't include non-operating results. K.S. decided this. Thinks he wanted

(P.V.) to show actual operating results?

projected Due diligence presentation: '98 earnings are much higher.

He prepared the due diligence presentation. K. & Walter didn't want to give a whole lot of detail.

Due diligence includes non-operating income. They thought this was attainable. Then built in a

G3-01674

(16)

Walter

cushion bec. he wanted to show Henry they were growing at a certain rate, wd. [crossed out] promised, & they were actually growing more slowly.

Non-operating adjustments wh. are reflected in 4/97 due diligence budget = the same ones he always understood wd. be made, wh. he still thinks shd have been made, & wh. Anne l? presented on 3/9.

Tunless K.S. didn't concern himself much with the info he gave to the Bd.

Revenue recognition policy did not change significantly when he became CFO, or later.

There were certain products c̄ no ongoing service req's, they agreed c̄ E&Y that they cd recognize that revenue immediately. As long as their weighted average came close to 12 mos. you were O.K. taking the cost over 12 mos.

Historically, they've used a total weighted average cancellation rate. But he & Stu put in a product-specific cancellation rate.

G3-01675