# EXHIBIT 11 continued

(17)

~~Only q. he wd ask, maybe once a year, = what's our weighted average membership. Wanted it to be close to 12, bec. that's what they were taking.~~ He remembers, asked Anne the last time, she sd. > 11.5 months.

Ex. 105 -- Steve Speaks memo. He saw this, discussed it c̄ Anne. He sd to Anne, he thought it was over 11.5, she sd no, it's 11.17. ~~Told Anne, tell Steve to adjust it. Put it in symmetry.~~ She sd, I agree. Thinks Anne gave a day or two after this.

② They ~~discussed~~ commissions payable first time they had discussed it for years.

③ ~~He sd, haven't we been doing rejects in transit for yrs, & there's no membership impact.~~ She agreed. He ~~told~~ K.S. re this conversation, K. asked, no P&L impact? K.S. sd, are we using a 3-month lag or keeping the amount constant? He called Ann & she sd, the latter (wh. means a positive P&L impact bec. of growth of Co). Learned this on 4/13 or 4/14 -- had no time to d

G3-01676

omething about it.

Everything else in memo = no big deal.

He thinks there was no one there to explain product-specific cancellation system they had.

What's described in the Report seems a bit inconsistent c̄ what I understood the system was. He don't know what actually was done. (a result of)

2) Allocations cd be product-specific cancel rates.

B.V. He wd be surprised to learn that certain projection models were withheld from E+Y.

? EX. 25 -- Arve did this. On CUC, Cendant reserve justification.

York worked on CUC more than he did.

He understood, to give rise to adjustment: had to be
1) termination of K
2) driven by merger
3) some economic benefit.

Rationale they came up c̄ was: given size of merger, they wanted to

G3-01677

re-examine the CMA relationship. Spoke to Walkford or Rabinowitz re this.

Henry also wanted them to set up a software R&D Co., do it in conjunction c̄ Weger, set up a $300-400m charge. E&Y was very uncomfortable -- Deloitte was more comfortable -- but they had to tell Henry they didn't want to do it.

**EX. 15**

Henry + Walter sd. make Cendant Weger reserve as big as possible. 8/97 Monaco makes a presentation to 40 people, talks about Weger reserve. -- Henry says, can you make it bigger? He was amazed, they had worked hard to get it up over $500m, been over it c̄ E&Y. He dealt c̄ Rabinowitz primarily on this, made sure E&Y was c̄ them every step of the way.

He didn't get involved in calling Division controllers -- Anne did that, he assumes.

He had a conv. c̄ Amy (Dec '97 later?) -- she sd she was selling hundreds of thousands of options. He sd why? She sd, we're not senior

mgmt anymore, you should sell too. He decided she was right, he cd be financially independent, & that's what he did. He cleared ~$10m.

[net of taxes]

He still owns 136,000 shares, still has a few hundred thousand options. 380,000 options. They were in the money, now on the fringe.

He didn't sell more bec. he thought the stock was going to 60.

He felt he needed to diversify his wealth

He sold c Amy, about the same amount, used the same broker.

April '98 -- he took bonus i options exercisable at 37 1/4 -- cd have had $500k cash. Not exercisable for a while.

G3-01679

Cosmo Corigliano, 5/8/00
Gary ~~N.~~
~~Alan~~ Alan Friedman
Henry _____

[The 5/8/00 draft of his Information]

① ¶ 22: he agrees ≈ method used to calculate revenues was. by AF.

② Nos. have gone done in revenue allocations, ¶ 27.

③ ¶ 35: he's ok with the ¶.
~~Calculation Costs~~ [boxed] standard cost, + then it became routine. He put in place a standard cost along = E/I; it made sense on the surface, but then at the end of the q, stu wd use lower costs than were accurate. Then then put in place a rule that they will never have more than 3 months of expenses.

→ i.e., stu wd adjust at the end of each quarter, downward from what had been calculated at the corr. figure. He ~~had~~ ~~have~~ someone do this He can still do this ~~regardless~~ of the 3-month rule. When stu leaves, they do it for ~~one~~ more year. AF wd have to know about this!
He has no recollection re this particular calculation. But he wd have expected it to be something (the calculation to reduce the no.) AF wd have done.
Before stu leaves, AF simply receive he orders from stu and/or CC.

G3-01680

All solicitation expense accounts he believes, did go through the grids, + if they tried to put them in afterwards, he thinks EY wd have noticed it.

They were definitely doing it to get a P&L benefit.

If the credit goes to solicitation expense, in earlier years, then it goes through the grids + we get roughly half the amount (?- depending on when the credit is booked?). If it goes to unrelated accounts, he wd assume this wd be bec. they were trying to put them into immediately recognized expense accounts.

So they wd go through the grids.

But, looking at AA Ex. 122: these are all solicitation expense accounts. So there wd be only 6 or 7 months worth of P&L impact, bec. they backdate the entries a couple of months (see Ex. 122?). Any impact wd be in the next year, = to the amount of the entry, minus the small amount which impacted the previous year.

(P&L)

It's clear that for a no. of years Sth understated the costs. But he can't say for sure that this one is. It's possible that the solicitation expense calculation just got too high? He remembers that at one pt. (he DRR when) AP sd they were putting too much into the standard. But he agrees it looks

G3-01681

suspicious that they backdated entries over 3 months.

He's fairly confident that if we go into the workpapers we'll see adjustments to the standard costs almost every quarter, for a few million $.

John P: he has trouble = the idea that you book stuff to expense then go back to the grids? CC: they were trying to provide the business people c̄ numbers, + then go back to get the accounting numbers.

He agrees, if they didn't (also) go through the grids, they'd have an immediate impact. He thinks were the entries were irregular? Not necessarily if they decided something had been wrong c̄ the solicitation cost over the whole year.

We agree to change "1986" in the last sentence of ¶ 35 to "1987"
~~Commissions Payable~~
¶ 36 accurate except add, "or operating expense."

This again = a long-standing practice; many years before this we knew they were getting some benefit from it.

w/ the solicitation expense (above) you had to make a separate decision

each time you want a benefit.
Here, there cd have been a system
in place that wd produce an incorrect
result on a continuing basis -- e.g.
not reserving liability for some sales.

He recalls that at some pt they
didn't reserve at all for generic
clients. Then at some pt due to
the AAR, they started to do it, but
they underreserved (allowing only
1 month instead of 4 mos.) (see
AAR, p. 240). He thinks AP must
(even) have done this, since a year
or so (?) after AP got there he
wasn't going to Trumbull that
much. And though you cd tweak
this account, he didn't view
it as a big opportunity, a chance
for a signif. benefit.

Whoever made it, the decision
to go from 0 months to 1
month = still a decision to get
some benefit out of the account

He thinks E/Y prob. doesn't
spend a lot of time on this.

Before there were trial periods,
they probably only needed one
month. You need one month more
than the trial period. They always
had a one-month trial period

for new members, so they always needed 2 mos. for them.

(They had towards the end roughly a 50-50 split bet. new & renewal.)

The $9,119,877 in drawdowns on AAR, p. 241 = to <u>immediate revenue accounts</u>.

The impact of this = <u>immediate</u> boost to revenue of $9M. But assuming even that these entries are <u>designed</u> to conceal an <u>over-accrual</u> of the commissions payable liability wh. has been in existence throughout the year (& which has then to be amortized), the entry wd overstate income by ~$4.5M for 1/31/97.

Whoever did make this entry wd know it was an illegal entry. So it stands to reason this is made pursuant to the old Stu Bell system.

¶ 38. Changes OK.

<u>Writeoff of EPUB assets</u>

They wrote off various stuff. He wd agree they wrote off some

things that were not impaired; they tried to write off a lot of things using Microsoft as an excuse (gee. Their recurring argument was always that they had a new focus bec. of merger, wanted to focus now on Microsoft.)

BCI $3.2m for software

They had spent a lot of money on software that had a lot of starts & stops. They felt there was enough on the surface that w'd allow them to write it off. Ken & Mark sd, if it's small enough you can move it around & we're not going to care.

But: no impact in YE - 12/31/97; wasn't even being amortized yet bec. software hadn't yet been installed.

He's not sure he thought much about this or knew much about it bec. it was under EY's interest level; it just seemed like an easy one to do.

Cendant Reserve

See AA Ex. 088, pp. 19-21; shows a "cushion" for the reserve of $364m. So sh'd I say, "over $300m"?

G3-01685

— KS & WF got this doc.; WF asked about it.

He cd live w/e over 300; "250" wd not be a problem.

### WorldEx

Account in AAR pp. 135-36, doesn't mean anything to him. Agrees, this seems like a convoluted way of eliminating intercos, so maybe it's a way to get a benefit, but he DNR.

He DNR ~~doing~~ anything about this himself.

- - - - -

KS thought that Stu ~~was~~ had deliberately inflated the earnings & the stock price the year he left by using the BCI receivable.

While he's CFO, they definitely never miss the estimate. Maybe once a penny high, ~~but~~ not more -- it was getting harder & harder to make ~~the~~ nos.

Once Davidson (who was proud of always making his nos.) sd to WF, you missed your nos.

once, & WF got very indignant, sd we <u>never</u> missed our no's.

Some of our problems = maybe 1) the rounding of calculations for stock splits, & 2) impact of dilution.

They restate in 1989: from amortizing solicitation costs over 3 years to 1 year. He thought they did this bc. the analysts were discounting their earnings <u>anyway</u> for this.

There's no restatement after this.

(one- He means, before time charges.)

<u>EPS Calculation</u>

He thinks their tax rate was never above 40% & never below 36%. So 39% is right in there. In later years, he thinks the rate was 37% or 38%. Their average rate prob. went ~~down~~ as time went on.

He thinks 38% might be more accurate than 39%.

G3-01687

<u>Hebda Mag AAR, p. 257</u>

He recalls, there were stock payments to someone who helped run the co. & owned some options or some funky equity & he had to be paid when they bought the co.

If these were the payments & he DNK whether they were or not, it wd be legitimate to charge them to the Reserve.

---

Essentially the analysts say the day after they release their nos. whether they have made the nos. or not. If they don't make a fuss they haven't missed.

Laura H.'s predecessor = Sandra Morgan.

G3-01688