UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>WALTER A. FORBES.    )<br>) | No. 3:02CR264 (AHN)<br>November 29, 2006 |

**NOTICE OF FILING OF LIMITING INSTRUCTIONS**

Defendant, Walter A. Forbes, hereby submits the attached Limiting Instructions which he provided to the Court and requested be read to the jury during the third trial, see Tr. 10/10/06 at 167-71, 274-275, 290-96, and Tr. 10/11/06 at 313-14 and Tr. 10/20/2006 at 2514, but which do not appear to have been marked as Court exhibits or otherwise made part of the record.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

*Attorneys for Walter A. Forbes*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Filing of Limiting Instructions to be filed electronically and to be served on November 29, 2006 to the following via e-mail:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon