UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 3:02CR264 (AHN) |
| WALTER A. FORBES. | ) ) ) ) | November 29, 2006 |

### Motion to Withdraw Appearance Bond

On or about November 6, 2006, defendant Walter A. Forbes filed with the Court an "Appearance Bond" and a "Security for Appearance Bond," the latter of which attempted to post property at 687 Smith Ridge Road, New Canaan, CT, as security for $500,000 of the Appearance Bond. See Docket No. 2584. The Court subsequently informed counsel for Mr. Forbes that the "Appearance Bond" was not necessary, and that the "Security for Appearance Bond" was insufficient. See Exhibit 1.

Mr. Forbes subsequently filed a more extensive set of documents approved by the United States Attorneys' Office, including a mortgage deed and a warranty deed, which pledged a different piece of property as security for the $500,000 appearance bond. Accordingly, Mr. Forbes hereby seeks to withdraw Docket No. 2584.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: November 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion to Withdraw Appearance Bond to be filed electronically and to be served on November 29, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon