# EXHIBIT 1

**Keeley, Meg**

| | |
|---|---|
| **From:** | Lucia_Brooks@ctd.uscourts.gov |
| **Sent:** | Tuesday, November 07, 2006 2:55 PM |
| **To:** | Simon, Barry; Keeley, Meg |
| **Cc:** | Carpenito, Craig (USANJ); Coyne, Mark (USANJ); Martinez, Michael (USANJ); Gross, Norman (USANJ) |
| **Subject:** | Re: Forbes Filing |
| **Attachments:** | Appearance Bond1.pdf |

Judge Nevas asked me to advise you that the "Appearance Bond" you electronically docketed yesterday was not necessary and that the "Security for Appearance Bond" also docketed yesterday is not sufficient to satisfy Mr. Forbes's bond requirements. The practice in this district is for the defendant to make the appropriate arrangements with the U.S. Attorney's Office and then submit the bond package, which must include a mortgage deed, to the Clerk's Office.


"Keeley, Meg" <MKeeley@wc.com>

11/06/2006 02:31 PM

To: lucia_brooks@ctd.uscourts.gov, "Martinez, Michael (USANJ)" <Michael.Martinez2@usdoj.gov>, "Carpenito, Craig (USANJ)" <Craig.Carpenito@usdoj.gov>, "Gross, Norman (USANJ)" <Norman.Gross@usdoj.gov>, "Coyne, Mark (USANJ)" <Mark.Coyne@usdoj.gov>

cc

Subject: Forbes Filing


```
Attorney Brooks and Counsel,

Attached please find a copy of the Appearance Bond filed today on behalf
of Mr. Forbes.  We will send a courtesy copy to the Court by FedEx as
well.

Regards,
Meg Keeley

<<Appearance Bond1.pdf>>

------------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended
recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and
immediately delete this message and all its attachments.

========================================================================
```

11/28/2006