UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)  No. 3:02CR264 (AHN)<br>)  November 29, 2006<br>) |

## NOTICE OF FILING OF JURY SELECTION MATERIAL

Defendant, Walter A. Forbes, hereby submits the attached correspondence and other documents relating to jury selection in each of the three trials, including a declaration from Robert C. Cary regarding prior objections Mr. Forbes made with respect to jurors whose questionnaires were provided to the defense on or about October 3, 2006, and a declaration from Marcie R. Ziegler regarding the Batson challenge raised by the defense, and the government's response.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

*Attorneys for Walter A. Forbes*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Filing of Jury Selection Material to be filed electronically and to be served on November 29, 2006 to the following via e-mail:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)


_____
Barry S. Simon