# EXHIBIT A

## Cary, Rob

| | |
|---|---|
| **From:** | Martinez, Michael (USANJ) [Michael.Martinez2@usdoj.gov] |
| **Sent:** | Tuesday, September 19, 2006 11:26 AM |
| **To:** | Lucia_Brooks@ctd.uscourts.gov; cheryl_conti@ctd.uscourts.gov; Simon, Barry; Cary, Rob |
| **Cc:** | Carpenito, Craig (USANJ); Gross, Norman (USANJ) |
| **Subject:** | Juror Questionnaires |
| **Attachments:** | Joint Position Regarding Potential Jury (2).pdf |

<<Joint Position Regarding Potential Jury (2).pdf>>
Dear Attorney Brooks, Ms. Conti, and Counsel:

The parties have reviewed the 262 juror questionnaires that are available to date and have separated them into five lists: (1) jurors previously excused by the Court; (2) jurors the parties agree should be recalled; (3) jurors the parties agree should not be recalled; (4) jurors the United States wants to recall but Walter Forbes does not believe should be recalled; and (5) jurors Walter Forbes wants to recall but the United States does not believe should be recalled. I have attached the five lists to this email.

Michael Martinez

11/22/2006

List Of Jurors Previously Excused By The Court

| Juror No. | Name |
|---|---|
| 6 | MARCHETTI |
| 17 | LIGUORI |
| 21 | KEARNS |
| 31 | TOWNER |
| 35 | LAMPONE |
| 38 | GNESS |
| 48 | HARMON |
| 56 | COSCIA |
| 90 | DOWLING |
| 93 | ASHWORTH |
| 102 | MCDERMOTT |
| 131 | VALENTE |
| 132 | FORTUNATO |
| 153 | RAYDA |
| 157 | ROMANO |
| 177 | WARNER |
| 182 | MORAN |
| 195 | QUINN |
| 196 | PALMER |
| 227 | JOHNSON |
| 228 | MOREA |
| 233 | SALICK |
| 245 | KLEEFIELD |
| 246 | SIGNORE |
| 249 | RAMIREZ |
| 274 | ZARKAR |
| 281 | TARANTINO |
| 282 | GARRITY |
| 285 | HEDRICK |
| 293 | AUSTIN |
| 305 | THURNTON |
| 326 | HOYLAND |
| 358 | ZELSON |
| 360 | LEVALLE |
| 382 | AUDIFRED |
| 384 | ROFFE |
| 438 | CASTROVINCI |

List Of Jurors The Parties Agree Should Be Recalled

| Juror No. | Name |
|---|---|
| 8 | HYTAL-RAPORA |
| 36 | MANNING |
| 41 | GERVASONI |
| 52 | ANDERSON |
| 65 | DOYLE |
| 68 | HEMPSTEAD |
| 77 | MASELLA |
| 91 | ZARRILLI |
| 97 | EVANS |
| 103 | STEUER |
| 135 | NASIR |
| 139 | RAUCCI |
| 151 | PEREZ |
| 166 | TAMBURRI |
| 180 | ATHERLY |
| 188 | PONGETTI |
| 218 | BOGAN |
| 225 | COLEMAN |
| 252 | KRANCE |
| 273 | PETERSON |
| 297 | HARPER |
| 304 | SHOMSKY |
| 307 | DELLORCO |
| 385 | TODICE |
| 387 | DERUBEIS |
| 388 | VOGEL |
| 399 | HALL |
| 493 | GOLDSTEIN |
| 553 | MILLAN |
| 592 | RUSSELL |
| 594 | SABIA |
| 646 | M. WOJNARSKI |

List Of Jurors The Parties Agree Should Not Be Recalled

| Juror No. | Name |
|---|---|
| 3 | VAN SUMMERN |
| 7 | VITIELLO |
| 10 | LEITNER |
| 12 | CALHOUN |
| 13 | RIEBE DUNNE |
| 15 | MECHLER |
| 18 | CASATE |
| 20 | MARION |
| 23 | McPARTLAND |
| 25 | DEE |
| 26 | BELLIZI |
| 29 | RONEY |
| 34 | LIEB |
| 39 | FERNANDEZ |
| 43 | ANDERSON |
| 44 | GLEESON |
| 45 | LABELLA |
| 47 | DARBISI |
| 54 | CABRAL |
| 55 | JESSUP |
| 59 | FOUNTAIN |
| 62 | CIANCUILLO |
| 69 | HOLOMCKOFF |
| 75 | BROWN |
| 78 | CARDONA |
| 80 | J. RITCHIE |
| 84 | KUCHMA |
| 88 | MENDOZA |
| 95 | MACES |
| 105 | DESANTIS |
| 109 | PROULX |
| 111 | DYER |
| 112 | KNAB |
| 118 | GRINNELL |
| 119 | HELLIHALER |
| 122 | GAGE |
| 129 | KRINGEL |
| 130 | LOPREIATO |
| 134 | ZASLOW |
| 137 | PERNICE |
| 138 | DECEMBRE |
| 141 | SKUBA |
| 142 | FITZPATRICK |
| 149 | VAN TRONK |
| 161 | PORTER |
| 169 | GILLIS |
| 174 | McGRATH |

| | |
|---|---|
| 187 | BOAS |
| 191 | MARENAKOS |
| 192 | GESULLO |
| 205 | BIEBER |
| 214 | HARRICK |
| 215 | WHEELER |
| 217 | HOPE |
| 223 | ANDRADE |
| 236 | HUYSSEN |
| 237 | SEMENTILLI |
| 238 | SWANSON |
| 243 | NATALE |
| 244 | O'NEILL |
| 248 | LIGI |
| 250 | MINK |
| 251 | CARELLA |
| 255 | LUKASIK |
| 266 | MICCO |
| 267 | BARRETT |
| 268 | O'LEARY |
| 269 | MOY |
| 278 | BILLIMORIA |
| 280 | BAUER |
| 283 | ALLOCCA GODFRED |
| 287 | DENTON |
| 288 | PIASECKI |
| 289 | LINDABURY |
| 291 | MASE |
| 303 | MANCE |
| 318 | BACHARACH |
| 319 | BRENNAN |
| 320 | BAYTOS |
| 321 | GOODMAN |
| 323 | BRUEY |
| 325 | AHRENSFELD |
| 328 | VEIT |
| 333 | ALBA |
| 337 | BROOKLER |
| 350 | TURKEL |
| 353 | BATTINELLI |
| 355 | FARYWIARTZ |
| 356 | PIMENTEL |
| 357 | McGRATH |
| 366 | ROTKEWIECZ |
| 370 | MALACHOWSKI |
| 375 | EFFROS |
| 380 | BROKOW |
| 381 | SACHS |
| 389 | RYAN |
| 392 | GRUNERT |

```
396             HANNA
400             MAGEE
410            AZZOLINO
413             BASAR
416             BENESH
417            BISTYGA
419            GIOIELLO
429             BROWER
434             BUTERA
449            COLLINS
453         M. CUNNINGHAM
463             DOGALI
472             FAUGNO
477          FITZSIMMONS
484            GAUVAIN
489            GEREMIA
490           GIARRATANA
495             GREENE
505             HOBEN
507            HOYDILLA
510            HUNTLEY
515         JACKSIS-BONAZZO
528             KOSMA
535              LEE
536              LEE
541           MALINOSKI
542              MAS
548            McBRIDE
556           MILLIGAN
562           MORABITO
577           PETERSON
589            ROGERS
610             SHAW
617            SMOLENS
621           SVENDSEN
632           VISCONTI
637            WALDRON
640            WARTEN
```

List Of Jurors The United States Wants To Recall,
But Walter Forbes Does Not Believe Should Be Recalled

| Juror No. | Name |
|---|---|
| 60 | FREEMAN |
| 86 | DERMAN |
| 100 | BRINTON |
| 107 | HIBBERT |
| 113 | BURGDORF |
| 117 | MEYER |
| 123 | SZWAJA |
| 125 | NICK |
| 127 | NAHAN |
| 140 | LEVASSEUR |
| 155 | CHUTE |
| 158 | MIRRIONE |
| 171 | DELORENZO |
| 172 | CRAMER |
| 185 | SMITH |
| 190 | GETTLER |
| 206 | SILVIA |
| 212 | BARNEY |
| 219 | SOLDER |
| 220 | MAYER |
| 258 | FIORE |
| 262 | SPENCER |
| 275 | LIEBRAND |
| 294 | CHOLAK |
| 302 | NEVINS |
| 308 | KELESHIAN |
| 310 | LAZARUS |
| 339 | GIBSON HALLORAN |
| 343 | TODD |
| 348 | MALARKY |
| 371 | HENDERSON |
| 373 | WEINSTEIN |
| 374 | ALBRIGHT |
| 379 | RUZI |
| 386 | LANE |
| 391 | KING |
| 395 | AQUILANTE |
| 411 | BARBER |
| 423 | BREITWIESER |
| 439 | CATINO |
| 440 | CAZZOLLA |
| 448 | COE |
| 451 | COSTAREGNI |
| 474 | FERENCY |
| 496 | GREGORY |

```
497         GROSSBERNDT
512           IPPOLITO
530           VAZQUEZ
549           McKEON
568         OESTREICHER
611          SHELLMAN
629           TYRSECK
```

List Of Jurors Walter Forbes Wants To Recall,
But The United States Does Not Believe Should Be Recalled

| Juror No. | Name |
|---|---|
| 98 | HOGAN GENDRON |
| 221 | PHILBIN |
| 253 | CAMPODRADIO |
| 376 | LONGO |

*Please note that the Juror No. 450's (Copley) questionnaire was illegible. Also, Juror No. 543's (Maslowski) was not filled out. We are trying to locate a legible copy.