COSTAREGNI, #451

Q8.  Why does this case remind you of Enron, Adelphia or Tyco?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q31.  How did you feel about having to take early retirement?

Q33.  Can you explain your negative experience with a takeover?

Q35.  What do you mean when you say with respect to corporate wrongdoing, "depends on the greed"?

Q58.  Where does your cousin practice law?  What firm does your cousin practice with?  Are you close to your cousin?

<u>CROSBY, #452</u>

Q21. What does your spouse do?  Where does your spouse work?

Q21. You stated that your step-daughter is an account executive.  What type of accounts does she work with?  Where does she work?

Q25. You indicated that a credit bureau charged an improper fee to your credit card. Do you have strong feelings about that?  Do you blame any credit card companies for that?

Q31. You indicated that you were laid off from a job. Could you tell us more about that? Do you have strong feelings about that?

Q33.  You indicated that you had a negative experience with a merger, and lost benefits and pay. Do you have strong feelings about that?

Q51.  You stated that you have dealt with auditors doing annual inventories. Who were the auditors? Could you describe your interactions with them?

Q92. Will your employer pay you while you are on jury duty?

CUNNINGHAM, #272

Q21.  You stated that your wife is a freelance writer.  What type of writing does she do?

Q23.  You stated that your brother is a film director and writer.  What type of movies does he produce?  What type of books or scripts does he write?

Q28 & 78.  Do you have any particular view of the criminal justice system based upon your brothers' experiences?  What about based on your experiences as a juror?

Q31-32. How were you and your spouse impacted by the lay-offs you identify?

Q40. What issues were raised with regard to Cablevision's finances?

Q51.  What are you currently doing with regard to Sarbanes Oxley compliance?

Q58.  What firm did your wife work at as a librarian?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

DELLORCO, #307

Q21. What does your spouse do?  Where does your spouse work?

Q44.  You state that you served in the military.  What branch did you serve in?  What kind of discharge did you receive?

Q50. No answer

Q59. No answer

Q78. No answer

Q79. No answer

Q80. No answer

Q85. Why don't you think you'd be able to advise the Court if during the trial you realized that you were acquainted with persons or issues involved in this case?

Q92. Will your employer pay you while you are on jury duty?

DELORENZO, #171

Q10. Is the Caryn Jacobs you know a lawyer in Chicago?

Q10.  What did your brother do for Cendant?  When did he work there?  Do you have any views of the company based on his experience?  Did you ever discuss your brother's work with him?  Did you meet any of his co-workers from Cendant?

Q37. Why was it your passion to learn about the negative impacts of corporations, mergers, etc.?  Do you believe mergers always have a negative impact?

Q37.  You also stated that you especially enjoyed educating others about what really goes on behind the business names.  What did you mean by that?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q92. Will your employer pay you while you are on jury duty?

<u>DERUBEIS, #387</u>

Q21.  What does your spouse do?  Where does your spouse work?

Q22 & 50. Where does your son who is an accountant work?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q67. What does being on the Executive Board of your union entail?  Is it an elected position?

Q70.  What makes you certain you've seen movies concerning corporate misconduct?

DIEMUNSCH, #151

Q12.  Why did you terminate your membership in Travelers Advantage?  What was your view of the program?

Q32. What kind of impact did your wife's job termination have on your family?

Q35. What do you mean when you state that there is too much corruption within the higher ranks?

Q42. Who applied for a police job?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q66. What finance books do you read?

Q90.  Why do you think you would be "very comfortable" with someone like yourself on the jury?

<u>DIERKS, #167</u>

Q21. What does you spouse do?  Where does your spouse work?

Q29. Who in your family is in law enforcement?  For whom do they work?

Q37.  What do you mean that you understand what goes on behind the scenes?

Q92. Will your employer pay you while you are on jury duty?

DIMITRIADES, #106

Q21.  You state that your two daughters are in management.  What type of management?  Where do they work?

Q90.  Why do you think you would be "uncomfortable" with someone like yourself on the jury?

Q92.   Who would run your restaurant if you were in jury duty during the day?

DISBROW, #462

Q8. "Enron!; Tyco" What about those cases strike you as similar to the present case? Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q33. What happened with regard to a merger or acquisition of your employer? What company was it? Why neutral?

Q35. What do you mean when you say that big corporations are not fair to the working people?

Q36. How was your job affected by corporate wrongdoing?

Q37. Why don't you think that corporate executives deserve the compensation they receive?

Q38. You state that you don't have any strong feelings about people who make over $1 million as long as it's you. What if it's not you? Do you believe any job justifies a salary of over $1 million?

Q89. How do you think fear of subsequent criticism might affect your verdict?

Q90. Why do you think you would be "uncomfortable" with someone like yourself on the jury?

DOUGLASS, #467

Q24. What does your spouse do?  Where does your spouse work?

Q31. What happened to cause your division to close down?  Do you have any negative feelings about corporations after that experience?

Q73.  How do you think your belief in God could affect your verdict in this case?

Q84. No answer

Q87. Why do you think it might be difficult for you to follow the court's instructions on the law?

Q90.  Why do you think you would be "uncomfortable" with someone like yourself on the jury?

DOYLE, #65

Q21.  Is your husband still an investment banker?  Where has he worked other than Merrill Lynch?

Q34.  Why have you followed reports of corporate wrongdoing "somewhat closely"?

Q35. Who do you blame for the suffering of Enron employees and investors?  Do you believe that the employees always suffer in cases of accounting fraud?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q42. Are you close with your relatives who work for the government?  We had difficulty reading your handwriting – what exactly do those relatives do for the government?

Q59. Who is the judge who your husband is friends with?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q70. What did you think of the movie "The Smartest Guys in the Room"?

Q83. Were you satisfied with the outcome of the class action?

ECCLESTON, #69

Q87-   Why do you think you would have difficulty applying the legal instructions given to you by the Court?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

EVANS, #97

Q26.    How do you feel about timeshare companies generally after your negative experience in the Bahamas?

Q31.    Do you have negative feelings about corporations after not being able to cut back your hours after having you baby?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q90.    Why do you think you would be "very comfortable" with someone like yourself on the jury?

FALZETTI, # 354

Q8.  What about this case makes you think of "Enron, Tyco, Xerox, and others which have been in the news in the last few years"?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q12 – You stated that you have a friend who works for Deloitte & Touche.  What do they do for Deloitte?  How close are you to this friend?

Q35-   What do you mean when you refer to the apparent greed of some people in management positions?

Q45.   You state that you would give more weight to the testimony of a law enforcement officer or government agent.  Do your views concerning law enforcement testimony extend to prosecuting attorneys?  What about defense counsel?

Q50-51  Was the Director of Corporate Audit whom you worked for implicated in the allegations of wrongdoing at Xerox?  Was there any discussion of why Corporate Audit had not discovered or prevented the wrongdoing?

Q36 & 55-      How much did you lose on Worldcom?  Who do you blame for that loss?

Q72-   Why are you "not certain" you can apply the principle of "reasonable doubt"?

Q90.  Why do you think you would be "uncomfortable" with someone like yourself on the jury?

Q92.  When are you planning to go to Florida?

FERENCY, #474

Q8.    What is it about this case that strikes you as similar to Enron?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q33    How did your mother's job situation after the merger affect your family?

Q35.    Who do you think is responsible for employees losing their pensions as a result of corporate wrongdoing?

Q42    How close are you with your cousin who is a police officer?

Q45.    You state that you would give more weight to the testimony of a law enforcement officer or government agent.  Do your views concerning government agent testimony extend to prosecuting attorneys?  What about defense counsel?

Q46.    Why do you have strong feelings regarding witnesses who could receive less severe punishment or no punishment for their crimes as a result of cooperating with the government in some cases, but not in white collar criminal cases?

FIGLAR, #475

Q21.   What do your two children do for a living?

Q3.     Where do you live?  For how long?

Q19.   How far did you go in school?

Q78.   When and where did you serve on a grand jury?

Q79.   What types of a juries did you sit on, and what were the results of the trials?

<u>FUHR, #481</u>

Q16.  What did you do at IBM?  Jobs held?

Q21.  You state that your son and daughter are each in "business".  What exactly does each do, and who do they work for?

Q90.  Why do you think you would be "very uncomfortable" with someone like yourself on the jury?

GENDREAU, #487

Q8.    What do you recall about Tyco, and why does it remind you of this case?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case.

Q16.    You previously worked for Morrow & Co. as an Investors Relations Consultant.  What did that job require you to do?  What type of companies did you work with?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

GEORGIADES, #488

Q21.    What does your spouse do?  Where does she work?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q76.    No Answer

Q92. Will your employer pay you while you are on jury duty?

GERVASONI, NO. 41

Q8.  What did you mean when you say that in mergers people might not tell the truth?  Have you had any experience with mergers?

Q34-35.  What's your understanding of Enron?  What do you mean by "similar companies"?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q37.  What's your understanding of the "bad things" being done by some executives?

Q90.  Why do you think you would be "very comfortable" with someone like yourself on the jury?

GOLDSTEIN, #493

Q21.  Where does your spouse work?  What does she do?

Q91.  Does your employer pay you during jury service?

GREGORY, #496

Q21.  What type of company or firm was your wife a secretary at?

Q31-33 How did the lay-offs you identify affect you?  Do you have negative views of companies generally as a result of them?

Q45.    You state that you would give more weight to the testimony of a law enforcement officer or government agent.  Do your views concerning government agent testimony extend to prosecuting attorneys?  What about defense counsel?

Q50.    You state that two of your brothers are accountants.  Where do they work?  Are they involved in any auditing?

Q80    Were you satisfied with the outcome of your auto accident case?