GROSSBERNADT, #497

Q4.     What was your reaction to what you read about the case in the Advocate?

Q21.     You state that your husband is a Vice President of Sales. What type of company does he work for?

Q21.     What type of small business does your son own?

Q32.     What was your reaction to your father being let go right before retirement?  Do you have negative views of companies generally as a result of this?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

HALL, #399

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q73.    What do you mean when you say that you do not judge people, but if duty calls you will do what's right?

HARGER, #297

Q26.   What happened that caused you to feel taken advantage of in your home remodeling?

Q31-33. How do you feel about the people who ran the companies?

Q58.  Is your wife currently a legal secretary?  Where does she/did she work?

Q58. Where is your niece a paralegal?  What firm does she work for?  Are you close with her?

Q92. Will your employer pay you while you are on jury duty?

HASIOTIS, #192

Q21.    What does your spouse do?  Where does your spouse work?

Q28.    Any strong feelings about the criminal justice system based on your son's experience?

Q85.    Why did you answer "no" to the question of whether you would be able to let the court know if you become aware during the trial that you are acquainted with persons or issues related to the case?

HEMPSTEAD, #68

What business did you own between 1972-81?

Q8.    When you refer to "Enron, etc.", what's the etc.?  Why does this case remind you of those companies?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q19.    Where did you get your MBA?

Q35.    What do you mean when you say that stock holders and employees were lied to?  Who lied?

Q40.    Any strong feelings about the criminal justice system based on your employer's experience?

Q56.    What was the fraud at Norwalk Bank?

Q59    What local judges do you know?

Q63.    How often do you watch "Mad Money"?  Have you ever heard Cramer mention Cendant, Kirk Shelton, or this case?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q87.    Why do you think you would have difficulty applying the Court's instructions on the law?

HUGHES, #509

Q35.   What do you mean when you write "very unjust to shareholders" with regard to corporate wrongdoing?  Who has been unjust?

Q58.   No answer

Q92.   Will your employer pay you while you are on jury duty?

HYATT-RAPOZA, #8

Q31. Do you have any negative feelings toward corporations generally based upon your experience at Stop & Shop?

Q43.    You identify a situation where you had to contact the district attorney's office. What's your impression of the criminal justice system based on that experience?

Q64&65. What do you think of when you think of a prosecuting attorney? And what do you think of when you think of a defense attorney?

Q77.    Why would it be difficult for you to render a fair and impartial verdict if a conviction could result in prison time?

Q92. Will your employer pay you while you are on jury duty?

<u>IRVIN, #513</u>

Q20-21. What did your ex-husband do for a living?  When were you divorced?

Q13.    What is the name of your employer?  What do you do on your job?

Q16.    How long had you been with Hartford Insurance?

Q92.    Will your employer pay you while you are on jury duty?

KALINA, #363

Missing a lot of pages

Q8.  What is it about this case that strikes you as similar to Enron?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q13.    What is your job?

Q35    Who do you think is stealing workers' pensions?

Q58.    What type of attorney did your mother work for?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

KING, #391

Q4.    State that you've heard of Walter Forbes.  What have you heard?  What's your impression of him?

Q16.    Are you currently working full time?  What do you do on your job?

Q16.    You managed the Investment Management Division at JP Morgan Chase.  Did that department manage personal investments or institutional?  Did you oversee or have a say in which companies' stock was recommended?  Do you know whether any of the investments in your division were in CUC or Cendant?  Were any of the investments in your department affected by allegations of corporate wrongdoing?

Q11-12. What types of interactions have you had with Mr. Rittereiser?

Q11-12.  You state that you have general knowledge regarding Cendant Stock – what is that knowledge?  Do you know what it is trading at right now?  How would you separate what you already know from what you hear in the courtroom?

Q21.    What does your spouse do?  Who does she work for?

Q35.    What do you think is the scope of management's responsibility with regard to corporate accounting?

KRANCE, #252

Q11-12  You've had accounts with both Privacy Guard and Travelers Advantage.  What's your view of each of those programs?  Why did you cancel the Travelers Advantage membership?

Q21.    What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?[3]

Q33.    What company?  Why do you describe it as a "neutral" experience?

Q91.    Can you afford to serve?

---

[3] This question is warranted by the fact that he lives with his father, a retired police officer.

KREBBS, #529

Q10-12.  How do you know Peter Lewis?  Do you socialize with him?  How often?

Q10-12.  How do you know Mark Piccirrillo? Do you socialize with him?  How often?

Q28-29.  Did you form any impressions of the criminal justice system based upon either your uncle's or your brother's experiences?

Q32.    What type of false accusations were made against your sister?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q85.    Why do you think you would have difficulty alerting the Court if you became aware during the trial that you were acquainted with persons or issues in the case?

Q86.    Why do you think you would have difficulty alerting the Court to a bias or lack of fairness that you became aware of during the case?

Q87.    You marked both "Yes" and "No" with regard to whether you could follow the Court's legal instructions.  What do you mean?

Q89.  Why do you think you would let fear of subsequent criticism influence your verdict?

Q90.    Why do you think you would be "very uncomfortable" with someone like yourself on the jury?

Q93.   Why are you not confident that you can be fair to both sides?

LAUDERDALE, #263

Q4.    What have you read about this case?

Q37.    What do you mean when you state that executives "should operate with the highest integrity"? Should executives be held to a higher standard than other employees?

Q40.    Are the SEC inquiries of IBM ongoing?  Have you had any role in dealing with the SEC in regard to those inquiries?

Q50.    Is your wife a CPA?  Has she worked anywhere other than IBM?

Q51-52.  What is the nature of your involvement with accounting firms in connection with acquisitions?

Q70.    What did you think of each of these books or movies?

Q94.    How could you separate what you know from your job from what you learn about this case in the courtroom?

<u>LAZARUS, #310</u>

Q16.    You supervised some unemployment hearings for former Comp-U-Card employees. What was your view of the company based on that experience?

Q21.    What does your spouse do for the City of Bridgeport?

Q55.    Do you blame anyone for your loss in the stock market?

Q56.    How did Janus mislead investors?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

LEITE, #537

Q21.    What does your spouse do?  Where does your spouse work?

Q76.    Why do you think you would change your views simply for purposes of reaching a verdict?

Q80.    What is your current malpractice case about?

Q91.    Please explain to me further why you claim you are unavailable?

LIEBRAND, #275

Q15-16.  What are your responsibilities as Chairman of Oncura?  Does Oncura have its own financial statements?  Who is responsible for preparing those financial statements?

Q11.    How do you know Chris McLeod?

Q12.    What type of consulting did Arthur Andersen, Deloitte & Touche and Ernst & Young each do for your employer?

Q28.    What happened in your brother-in-law's case?  Has that influenced your views of the justice system?

Q51.    How do you utilize auditors when you conduct due diligence?

Q54-56.  You owned some of Enron's stock.  Are you a member of any of the class actions?  Any other lawsuit against the company or its executives?  Have you followed any of the lawsuits?  What's your reaction to the Enron situation?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

MANNING, #36

Q42.    Based on your father's and/or brother's experiences as police officers, what is your view of prosecutors?  What about defense attorneys?

Q90.  Why do you think you would be "very comfortable" with someone like yourself on the jury?

MASELLA, #77

Q12.    Who did you interact with at Cendant Mobility during your former job?  Did you ever hear anything about this case from that person?

Q15.    You state that you are the Assistant to President, CEO and CFO of Penwest Pharmaceuticals – is that one person, or three different persons you assist?  What is your understanding of the role of each?

Q50.    You state that the CFO of Penwest formerly worked for Ernst & Young.  What position did he or she hold at Ernst & Young?

Q76.    Why do you think you would surrender your judgement simply for purposes of reaching a verdict?

Q78.    When and where did you serve on a grand jury?

Q79.    What was the outcome of the murder trial you served on the jury for?

<u>MASLOWSKI, #543</u>

Did not fill out most of the questionnaire.

McCarthy, #33

Q4.    Why do you think you might have read about this case?

Q12.    You state that you have used Privacy Guard's services.  Were you satisfied with that experience?

Q35.    What do you mean when you state that there have been some pretty clear indications of abuse?

Q40.    How were Perkin-Elmer's management dishonest?

Q90.    Why do you state that you "don't know" if you would be comfortable with someone like yourself on the jury?

METZ, #345

Q10-12.  You state that you have heard of Michael Berger.  Where have you heard of Mr. Berger?  Do you know him?  If yes, how often do you see him?

Q10-12.  Same Questions re:  Eric Bernstein, James Coffman, Alan Friedman, Gabriel Gore, John Hardiman, James McMahon, Richard Schecter, Audrey Strauss, Claudia Taft, Eric Tunis, Marcie Ziegler, Tom Albright, Scott Forbes, Ken Keith, & Robert Torricelli.

Q33.    When did you have a "negative" experience with a merger or acquisition?  What happened?

Q50.    What type of SOX work did your father do?  Where did he do it?

Q71.    Why do you think you would have problem with the concept that the indictment is not considered evidence of any actual wrongdoing?

MILANESE, #552

Q9.    You state that you know a David Fox.  Is the David Fox you know a lawyer in New York City?  If yes, how do you know him?  How often do you see him?

Q21.    What does your spouse do?  Where does your spouse work?

Q25.    What did your father's caretaker do to him?

Q26.    What happened in the case you had in my Court?  Anything about your experience which would make it difficult for you to be a juror in a case before me?

Q35.    How would you describe your feelings concerning corporate wrongdoing?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

<u>MILLAN, #553</u>

Q8.    What is it about this case that strikes you as similar to Enron?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q21.    What does your spouse do?  Where does your spouse work?

Q31.    How did the lay-off you identify affect you?  Do you have any negative views of corporations in general based upon that experience?

Q42.    Are you close with your cousin who is a police officer?  Are you close with your sister-in-law who is a police officer?  Have they affected your view of the court system in any way?