MOFFAT, #558

Q21.    Does your spouse currently work as a CPA?  Who has your spouse worked for in the past?

Q40.    Were you involved in any way in the SEC's investigation of IBM?  In the underlying issues?  Is the SEC's inquiry on-going?

Q50.    What did you do at IBM Finance?

Q51.    What businesses were you CFO of?

Q58.    What attorney did your son work for?  What type of law practice did he or she have?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q92.    How burdensome would it be to reschedule your meetings?

MOK, #559

Q8.     What is it about this case that strikes you as similar to Enron?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q16.     What exactly does your job as a supervisor for the client services desk entail?

Q31-33. Having lost your job due to a merger or acquisition, do you have any negative feelings about other companies that go through mergers?

Q35.     Do you think what Enron's leadership did is common?

Q46.     What do you mean when you say with regard to cooperators that you "understand that this is part of the legal system"?  What is it you understand?

Q50.     Where is your father-in-law CFO?

Q78.     When were you a grand juror?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q90.  Why do you think you would be "very comfortable" with someone like yourself on the jury?

MONTELLO, #560

Q4,7,8. What have you read or heard about the case?

Q11.    Where have you heard of Stuart Bell?

Q21.    Where does your spouse work?  What does she do?

Q25.    You state that a bookkeeper stole money from your account.  Can you tell us about that situation?

Q58.    What kind of law does your brother do?

Q92.    Will your employer pay you while you are on jury duty?

MULCAHEY, #202

Q26.   What did you do when you discovered that you had been shorted on a commission?

Q35.   Can you explain how corporate wrongdoing has the potential of providing you business development opportunities?

Q36.   How much did you lose in your investment in Martha Stewart companies?  Who do you blame for that loss?

Q37.   How do you decide if an executive is overpaid?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

NAHAN, #127

Q8.    What about this case reminds you of these other news stories?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q9.    What type of ongoing relationship do you have with Cendant through your employer's relocation program?  Who do you work with at Cendant?  Have they ever said anything to you about this case?

Q31.   Do you have generally negative views of companies that go through mergers or acquisitions based on your experience at Champion?

Q35.   What do you mean when you say that companies make a lot of bad decisions simply for the sake of making money?

Q37.   What about executives causes you to say that they are not the people you would naturally choose as friends?

Q58.   What type of lawyer is your brother-in-law?  Where does he practice?

Q58.   Where is your sister-in-law a legal assistant? What type of cases does she work on?

NASIR, #135

Q21.    What does your spouse do?  Where does your spouse work?

Q31.    You state that you were laid off when a company moved out of state.  How did that affect your family and its financial situation?  Do you have any negative feelings toward corporations as a result of your experience?

Q76.    Why do you think you might surrender your own judgment simply to reach a verdict?

Q86.    Why do you think it would be difficult to let the Court know if you became aware of a lack of fairness or bias during the trial?

Q88.    Why do you think it would be difficult for you to wait until the end of the case to reach a conclusion regarding the charges against Mr. Forbes?

NEVINS, #302

Q10.    You state that you know James Cowdery.  How do you know Mr. Cowdery?  When did you last speak with him?

Q10.    Same questions regarding Harold Pickerstein.

Q32.    You state that your father-in-law was laid off after a merger.  Do you have any negative feelings toward either corporations generally or mergers in particular after this experience?

Q35. Do you think corporate financial problems result from cheating, fraud and greed of the top officers?

Q59.    Do you know any criminal defense lawyers?  If yes, who?  Do you know any prosecutors?  If yes, who?

Q64.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q70.  What did you think of the movie Fun with Dick & Jane?  Do you understand that the movie was pure fiction?

<u>OSTREICHER, #568</u>

Q21.  What does your spouse do?  Where does your spouse work?

Q32. When was your husband forced to retire due to a downsizing?  What was the affect of that on you and your family's financial situation?

Q35. What false statements and actions have distressed you?

Q37. What do you mean when you say that many executives are narcissistic?

Q39. Why do you envy people who fly on private jets?  Do you think they are undeserving?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

OZOLS, #126

Q21. What does your spouse do in accounts payable?  Where does your spouse work?

Q31. How did the lay-offs experienced by your wife affect you and your family's finances?  Any negative feelings as a result?

Q31 & 33. Do you have negative feelings about companies in general based upon the experience of losing your job after injuring your lung?  What about as a result of your negative merger experience?  What's your view of the management of the new company?

Q90.  Why do you think you would be "very comfortable" with someone like yourself on the jury?

PABELLON, No. 115

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q92. Will your employer pay you while you are on jury duty?

PABST, #572

Q26. How were you taken advantage of?

Q45. Why is it hard to explain whether or not you would give greater weight to a law enforcement officer's testimony?

Q55.  Why did you stop investing in the last 5 years?

Q56.  What kind of false or misleading information were you given that resulted in this loss?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

PEREZ, #151

Q20-21.  What does you spouse do?  Where does she work?

Q42.  How close are you to your nephew who is a police officer?

Q79.  What type of case was it that you served on a jury for, and what was the result?

Q86.  Why do you think you might have difficulty letting the Court know if you became aware of a bias or a lack of fairness?

PETERSON, #273

Q21.  What did your ex-husband do for a living?  When were you divorced?

Q27.  Are you close with your nephew who was beaten?  Do you have any particular views of the criminal justice system as a result of this situation?

Q31&32. How did you feel about your entire department being outsourced to Florida?  What did you do to find a new job?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q92. Will your employer pay you while you are on jury duty?

PHILBIN, #221

Q13-16. Not filled out

Q19. What are you studying at Fairfield University?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q90.  Why would you be "very comfortable" with someone like yourself on the jury?

Q92.  Will you miss classes because you are in court at jury duty?

PILLARI, #306

Q4.   What did you read about the class action against Cendant?

Q10. What business do you do with Cendant?

Q25. How did a client defraud your business?

Q34. Why have you followed the reports of corporate wrongdoing 'somewhat closely"?

Q50.  For what purpose do you review your clients' financial statements?  Do you rely on those statements being accurate in making decisions at work?  Do you require their financial statements to be audited?

Q55.  You state that you sustained a significant loss in the stock market.  Do you blame anyone for your losses in the stock market?

Q70.  No answer.

Q85. Why do you think it would be difficult to alert the court if you became aware that you were acquainted with persons or issues associated with the case?

Q90. Why do you say, "I may have a bias" and that you are "not too comfortable"?

Q91. What is the work conflict which would prevent you from serving?

Q92. Will your employer pay you while you are on jury duty?

PIQUERIA, #247

Q15.  Are you a CPA?  Do you specialize in auditing a particular type of company's financial statements?

Q21.  What kind of trading does Chris Piqueria do?  Is that your brother?

Q50.  Are you close with your uncle who is the CFO of Pitney Bowes?  Have you ever discussed his work with him?

Q55.  You state that you stopped investing because AOL's stock "crapped out."  Who do you blame for this?

Q90.  Why do you think you would be "uncomfortable" with someone like yourself on the jury?

PONGETTI, #188

Q16.  Did you like being a legal secretary?  How did you end up in your current field?

Q16.  Who did you work for at GTE?  What type of legal work was at issue?

Q16.  Who did you work for at Paul Weiss?  What type of law did they practice?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

PUCKO, #378

Q8.  What is it about this case that strikes you as similar to Enron?  Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q21.  What did your ex-husband do for a living?  When were you divorced?

Q21 & 42.  You state that your son is a state trooper.  Do you have any strong feelings about prosecutors as a result of his job?  What about criminal defense attorneys?

Q31. How did the lay-off you identify affect you and your family's situation?

Q35. What do you mean by corporations becoming "too greedy"?

RASHID, #74

Q21.  What does your spouse do?  Where does she work?

Q93.  Do you have someone to run the gas station should you be selected for the jury?

RAUCCI, #139

Q16.  What does your company do?  How many employees?  What is your role?  Does the company have financial statements?  Who prepares them?  Are they audited?  If yes, by whom?

Q21.  What does your spouse do?  Where does your spouse work?

Q11.  What kind of business have you done with Hartford Steam Boiler?

Q78.  Can you tell me more about your prior jury experience?

RIBEIRO, #211

Q21.  What does your husband do?

Q31 & 32.  How did the lay-offs you identify affect you and your family's situation?  Do you have any strong feelings toward corporations as a result?

Q90.  Why do you think you would be "very uncomfortable" with someone like yourself on the jury?

Q92. Will your employer pay you while you are on jury duty?

RIBINICKY, #209

Q8. What is it about this case that strikes you as similar to Enron and Martha Stewart? Why do you conclude that false statements were apparently made? Do you understand that this case has nothing to do with any of the other cases you may have heard or read about, and that you must judge this case on its own facts, not based upon anything you may have learned about another case?

Q19 & 48. Did you hope to go into law enforcement at one point?

Q31&32. How did the lay-offs you identify affect you and your family's situation? Do you have any strong feelings toward corporations as a result?

Q50. Are you close to your nephew who works in the finance department of Sikorsky?

E. ROBERTS, #586

Q21.  What does your spouse do?  Where does your spouse work?

Q25.  Can you explain more about how you were defrauded by Newtown Oil, and the resulting action?

Q32.    How do you feel about mergers generally after your negative experiences?  Do you have any negative feelings regarding corporations based on your experiences?

Q48.    You state that you have worked as a paralegal and as a legal administrator.  Who did you work for in each of these positions?  What type of law practice was each?

Q50.    When did you work in the controller's office?

Q59.    What did you do for the general counsel of International Counsel?

Q64&65.  What do you think of when you think of a prosecuting attorney?  And what do you think of when you think of a defense attorney?

Q90.  Why do you think you would be "very comfortable" with someone like yourself on the jury?