# EXHIBIT D

```
          ⎧ Agree    CAMERON-SHEFFIELD    050
 X        ⎪ AGREE    Cook                 330    ⚹
 X        ⎪          CURRY                454
          ⎪          INBRANDT             514      D out
          ⎪ AGREE    MATTEWS              545      G IN
          ⎪ AGREE    Morris               563
          ⎪          Manning              564    ⚹ D out
          ⎪ AGREE    Pereira              574      G IN
          ⎪ AGREE    Roonty               210
          ⎩ AGREE    Wright               648
```

D IN, G out

```
          BIRDSELL      324    ⚹ N
          Boros         419      N
          TAYLOR        341    ⚹ N
 Agree    Sugden        620      Y
 Agree    McCarthy      207
```