# EXHIBIT E

## Cary, Rob

**From:** Lucia_Brooks@ctd.uscourts.gov
**Sent:** Tuesday, November 07, 2006 3:26 PM
**To:** Cary, Rob
**Cc:** Brian_lamacchia@ctd.uscourts.gov; Simon, Barry; Carpenito, Craig (USANJ); mark.coyne@usdoj.gov; Martinez, Michael (USANJ); Keeley, Meg; Ziegler, Marcie
**Subject:** Re: U.S. v. Forbes Inquiries

Mr. Cary:
    We do not have a copy of the list you refer to.
    Doc. # 2574 is a sealed portion of the transcript for October 13, 2006.  Doc. # 2575 is a sealed portion of the transcript of October 16, 2006.

Lucia Brooks

---

"Cary, Rob" <RCary@wc.com>

11/07/2006 02:39 PM

To: lucia_brooks@ctd.uscourts.gov, Brian_lamacchia@ctd.uscourts.gov

cc: "Martinez, Michael (USANJ)" <Michael.Martinez2@usdoj.gov>, "Carpenito, Craig (USANJ)" <Craig.Carpenito@usdoj.gov>, mark.coyne@usdoj.gov, "Simon, Barry" <BSimon@wc.com>, "Ziegler, Marcie" <MZiegler@wc.com>, "Keeley, Meg" <MKeeley@wc.com>

Subject: U.S. v. Forbes Inquiries

```
Attorneys Brooks and Lamacchia:

On the morning of jury selection (October 4, 2006), I submitted a
handwritten list of the parties' positions on potential jurors whose
questionnaires we had just received the night before to Attorney
Lamacchia for consideration by the Court.  We would like to have that
list included with the record for appellate purposes.  Would you please
advise whether Chambers has a copy of that list?

Also, we noticed that two documents (Nos. 2574 and 2575) appear to have
been filed under seal on Thursday, November 2.  We do not know what
those documents are.  When my partner Meg Keeley last spoke with
government counsel Mark Coyne, Mr. Coyne did not know what those
documents were either.  If possible, could the Court please advise
counsel as to the nature of document Nos. 2574 and 2575 so that we may
request copies if appropriate?

Thank you.

Respectfully,

Rob Cary


-----------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain
information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of
```

11/22/2006

this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

==============================================================================

11/22/2006