# EXHIBIT 3

**Cary, Rob**

| | |
|---|---|
| **From:** | Cary, Rob |
| **Sent:** | Tuesday, September 19, 2006 11:47 AM |
| **To:** | BRIDGEPORT TRIAL TEAM |
| **Subject:** | FW: Juror Questionnaires |

| | |
|---|---|
| **From:** | Cary, Rob |
| **Sent:** | Tuesday, September 19, 2006 11:46 AM |
| **To:** | 'lucia_brooks@ctd.uscourts.gov' |
| **Cc:** | 'michael.martinez2@usdoj.gov'; Craig.carpenito@usdoj.gov; Simon, Barry; 'cheryl_conte@ctd.uscourts.gov' |
| **Subject:** | Juror Questionnaires |

Attorney Brooks:

As a follow-up to the list of jurors submitted by government counsel earlier today, defense counsel respectfully refer the Court to the following questions with respect to the "List of Jurors The United States Wants to Recall, But Walter Forbes Does Not Believe Should Be Recalled":

60 Freeman: 8, 25, 35 - 37, 55, 90
86 Derman: 4 - 9, 12 (Cendant), 25, 35 - 36, 55 - 56, 90, 91
100 Brinton: 8, 36, 42, 45, 49 (Credit Card Protection Packages)
107 Hibbert: 35
113 Burgdorf: 4 - 9, 12 (Cendant), 90, 91
117 Meyer: 35, 37, 39
123 Szwaja: 13 (works for Tyco), 35 - 36, 40, 42 (brother used to work for SEC), 50, 55
125 Nick: 8, 12 (ripped off by Travelers Advantage), 35 - 36, 49, 76
127 Nahan: 8, 9, 12 (Cendant), 35, 37
140 Levasseur: 37 - 38, 91
155 Chute: 8, 12 (KPMG, Trilegiant), 30, 35 - 38, 40, 45, 51, 55 - 56, 72
158 Mirrione: 12 (Deloitte), 91
171 Delorenzo: 12 (Cendant), 37
172 Cramer: 4 - 8, 12 (KPMG), 35, 50, 70, 90
185 Smith: 8, 12 (Deloitte), 35 - 36, 40
190 Gettler: 8, 35 - 37, 90 - 92
206 Silvia: 35, 37, 50 (sister formerly with Deloitte), 61
212 Barney: 35, 92
219 Solder: 12 (Deloitte), 35, 45, 71, 76, 90, 92
220 Mayer: 12 (Arthur Andersen, Cendant Mobility Services), 35, 40
258 Fiore: 8, 12 (Arthur Andersen, Cendant, Privacy Guard, Trilegiant), 49, 91
262 Spencer: 8, 90 - 92
275 Liebrand: 11 (Chris McLeod), 56
294 Cholak: 4, 6 - 8, 45, 91 - 92
302 Nevins: 35
308 Keleshian: 4 - 8, 35
310 Lazarus: 12 (Comp-U-Card), 56, 91
339 Gibson Halloran: 4, 6 - 8, 35 - 36
343 Todd: 8, 11 (Deloitte), 35 - 37, 91
348 Malarky: 8, 35, 37 - 38
371 Henderson: 4, 12 (Deloitte, Ernst & Young, KPMG), 32, 36, 40, 49, 50, 56, 90 - 91
373 Weinstein: 12 (Cendant, Deloitte, Thompson Financial), 35 - 37, 40, 49, 91
374 Albright: 4 - 8, 11 (David Fox), 35
379 Ruzi: 4, 7, 8, 35 - 37
386 Lane: 8, 35, 70
391 King: 9, 11 (Rittereiser), 35
395 Aquilante: 4 - 8, 45, 70, 94
411 Barber: 12 (Trilegiant), 31
423 Breitwieser: 35, 45
439 Catino: 35, 37 - 38, 91

440 Cazzolla: 35
448 Coe: 87, 94
451 Costaregni: 8, 35
474 Ferency: 8, 35, 45 - 46
496 Gregory: 45
497 Grossberndt: 91
512 Ippolito: 91
549 McKeon: 35, 49, 91
568 Oestreicher: 35, 37
611 Shellman: 8, 36
629 Tyrseck: 4 - 8, 12 (Cendant), 38, 91
630 Vasquez: 35, 37, 51, 91

Also, please note that I found one typographical error in the list that Mr. Martinez sent earlier this morning.  Potential juror Vasquez should be No. 630, not No. 530.

Thank you.

Respectfully submitted,

Robert M. Cary
Counsel for Mr. Forbes

# EXHIBIT 4

## Simon, Barry

| | |
|---|---|
| **From:** | Cary, Rob |
| **Sent:** | Tuesday, September 19, 2006 2:48 PM |
| **To:** | lucia_brooks@ctd.uscourts.gov |
| **Cc:** | michael.martinez2@usdoj.gov; Craig.carpenito@usdoj.gov; Simon, Barry; cheryl_conte@ctd.uscourts.gov |
| **Subject:** | FW: Juror Questionnaires |

Attorney Brooks: Here is the same e-mail I sent to you earlier, except that it is rearranged in alphabetical order. Respectfully, Rob Cary

| | |
|---|---|
| **From:** | Cary, Rob |
| **Sent:** | Tuesday, September 19, 2006 11:46 AM |
| **To:** | lucia_brooks@ctd.uscourts.gov |
| **Cc:** | michael.martinez2@usdoj.gov; Craig.carpenito@usdoj.gov; Simon, Barry; cheryl_conte@ctd.uscourts.gov |
| **Subject:** | Juror Questionnaires |

Attorney Brooks:

As a follow-up to the list of jurors submitted by government counsel earlier today, defense counsel respectfully refer the Court to the following questions with respect to the "List of Jurors The United States Wants to Recall, But Walter Forbes Does Not Believe Should Be Recalled":

374 Albright: 4 - 8, 11 (David Fox), 35
395 Aquilante: 4 - 8, 45, 70, 94
411 Barber: 12 (Trilegiant), 31
212 Barney: 35, 92
423 Breitwieser: 35, 45
100 Brinton: 8, 36, 42, 45, 49 (Credit Card Protection Packages)
113 Burgdorf: 4 - 9, 12 (Cendant), 90, 91
439 Catino: 35, 37 - 38, 91
440 Cazzolla: 35
294 Cholak: 4, 6 - 8, 45, 91 - 92
155 Chute: 8, 12 (KPMG, Trilegiant), 30, 35 - 38, 40, 45, 51, 55 - 56, 72
448 Coe: 87, 94
451 Costaregni: 8, 35
172 Cramer: 4 - 8, 12 (KPMG), 35, 50, 70, 90
171 Delorenzo: 12 (Cendant), 37
86 Derman: 4 - 9, 12 (Cendant), 25, 35 - 36, 55 - 56, 90, 91
474 Ferency: 8, 35, 45 - 46
258 Fiore: 8, 12 (Arthur Andersen, Cendant, Privacy Guard, Trilegiant), 49, 91
60 Freeman: 8, 25, 35 - 37, 55, 90
190 Gettler: 8, 35 - 37, 90 - 92
339 Gibson Halloran: 4, 6 - 8, 35 - 36
496 Gregory: 45
497 Grossberndt: 91
371 Henderson: 4, 12 (Deloitte, Ernst & Young, KPMG), 32, 36, 40, 49, 50, 56, 90 - 91
107 Hibbert: 35
512 Ippolito: 91
308 Keleshian: 4 - 8, 35
391 King: 9, 11 (Rittereiser), 35
386 Lane: 8, 35, 70
310 Lazarus: 12 (Comp-U-Card), 56, 91
140 Levasseur: 37 - 38, 91
275 Liebrand: 11 (Chris McLeod), 56
348 Malarky: 8, 35, 37 - 38
220 Mayer: 12 (Arthur Andersen, Cendant Mobility Services), 35, 40
549 McKeon: 35, 49, 91
117 Meyer: 35, 37, 39
158 Mirrione: 12 (Deloitte), 91

127 Nahan:  8, 9, 12 (Cendant), 35, 37
302 Nevins:  35
125 Nick:  8, 12 (ripped off by Travelers Advantage), 35 - 36, 49, 76
568 Oestreicher:  35, 37
379 Ruzi:  4, 7, 8, 35 - 37
611 Shellman:  8, 36
206 Silvia:  35, 37, 50 (sister formerly with Deloitte), 61
219 Solder:  12 (Deloitte), 35, 45, 71, 76, 90, 92
262 Spencer:  8, 90 - 92
123 Szwaja:  13 (works for Tyco), 35 - 36, 40, 42 (brother used to work for SEC), 50, 55
343 Todd:  8, 11 (Deloitte), 35 - 37, 91
629 Tyrseck:  4 - 8, 12 (Cendant), 38, 91
630 Vasquez:  35, 37, 51, 91
373 Weinstein:  12 (Cendant, Deloitte, Thompson Financial), 35 - 37, 40, 49, 91

Also, please note that I found one typographical error in the list that Mr. Martinez sent earlier this morning.  Potential juror Vasquez should be No. 630, not No. 530.

Thank you.

Respectfully submitted,

Robert M. Cary
Counsel for Mr. Forbes

# EXHIBIT 5

**Cary, Rob**

| | |
|---|---|
| **From:** | Carpenito, Craig (USANJ) [Craig.Carpenito@usdoj.gov] |
| **Sent:** | Friday, September 22, 2006 12:41 PM |
| **To:** | lucia_brooks@ctd.uscourts.gov |
| **Cc:** | Martinez, Michael (USANJ); Simon, Barry; Cary, Rob; cheryl_conte@ctd.uscourts.gov |
| **Subject:** | Juror Questionnaires |

Attorney Brooks:

As a follow-up to the list of jurors submitted, below are the United States reasons why we do not believe the following jurors should be recalled:

Juror No. 253 (Campodradio) - Question No. 91 indicates that the juror is currently unemployed and needs to looks for a job immediately.

Juror No. 98 (Hogan Gendron) - Question No. 91 indicates that the juror had recent back surgery and other severe problems that would make it difficult for her to sit for the trial.

Juror No. 376 (Longo) - Question No. 91 indicates that the juror would lose 10-15 hours of overtime pay, which could cause a hardship to their family.

Juror No. 221 (Philbin) - The juror is presently a student at Fairfield University.  Due to the length of the trial the United States is concerned that she would have to miss several weeks of her classes.

Thank you for your consideration.

Respectfully submitted,

Craig Carpenito
Assistant U.S. Attorney
(973) 645-2891

# EXHIBIT 6

# UNITED STATES DISTRICT COURT



### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 915 LAFAYETTE BOULEVARD
### BRIDGEPORT, CONNECTICUT 06604

TO: Rob Carey

FROM: Cheryl Conte

TOTAL NUMBER OF PAGES (excluding this page): 3

COMMENTS: Forbes
Circled numbers have been excused
by Judge Nevas

RESPOND TO :


TELEPHONE (203) 579-5861
FAX: (203) 579-5867

*Judge Nevas has*
*excused circled #'s*
*out*
*9/26/06*

**LIST OF JURORS THE UNITED STATES WANTS TO RECALL, BUT WALTER
FORBES DOES NOT BELIEVE SHOULD BE RECALLED**

| Juror No. | Name |
|-----------|------|
| 374 | ALBRIGHT |
| 395 | AQUIDANTE |
| 411 | BARBER |
| 212 | BARNEY |
| 423 | BREITWIESER |
| 100 | BRINTON |
| 113 | BURGDORF |
| 439 | CATINO |
| 440 | CAZZOLLA |
| 294 | CHOLAK |
| 155 | CITERO |
| 448 | COE |
| 451 | COSTAREGNI |
| 172 | CRANER |
| 171 | DELORENZO |
| 86 | DERMAN |
| 474 | FERENCY |
| 258 | FIORE |
| 60 | FREEMAN |
| 496 | GREGORY |
| 497 | GROSSBERNDT |
| 371 | HENDERSON |
| 107 | HIBBERT |
| 308 | KELESHIAN |
| 391 | KING |
| 386 | LANE |
| 310 | LAZARUS |
| 140 | LEVASSEUR |
| 275 | LIEBRAND |
| 348 | MALARKY |
| 220 | MAHER |
| 549 | MCLEON |
| 117 | MINER |
| 158 | MIRABONE |
| 127 | NAHAN |
| 302 | NEVINS |
| 125 | NICK |
| 568 | OESTREICHER |
| 379 | RUZI |

(206)  SILVIA
(185)  SMITH
(219)  SOLDER
(252)  SPENCER
(122)  ESKARA
(343)  TODD
(629)  STNBECK
(330)  VAZQUEZ
(373)  WEINSTEIN

List Of Jurors Walter Forbes Wants To Recall,
<u>But The United States Does Not Believe Should Be Recalled</u>

**Juror No.**          **Name**
    98          HOGAN GENDRON
   221              PHILBIN
  ~~253~~         ~~CAMPODRADIO~~
   376               ~~LONGO~~

*Please note that the Juror No. 450's (Copley) questionnaire was
illegible.  Also, Juror No. 543's (Maslowski) was not filled out.
We are trying to locate a legible copy.

# EXHIBIT 7

**Cary, Rob**

| | |
|---|---|
| **From:** | Cary, Rob |
| **Sent:** | Wednesday, September 27, 2006 2:50 PM |
| **To:** | BRIDGEPORT TRIAL TEAM |
| **Subject:** | FW: Potential Juror Follow-up |

| | |
|---|---|
| **From:** | Cary, Rob |
| **Sent:** | Wednesday, September 27, 2006 2:50 PM |
| **To:** | 'lucia_brooks@ctd.uscourts.gov' |
| **Cc:** | 'michael.martinez2@usdoj.gov'; Craig.carpenito@usdoj.gov; Simon, Barry; 'cheryl_conte@ctd.uscourts.gov' |
| **Subject:** | Potential Juror Follow-up |

Attorney Brooks:

With respect to those jurors whom the government believes should be called back, but Mr. Forbes does not, we respectfully refer the Court to the following questions and answers:

Ali (284):  35, 37 (has not answered 8-9, 70)
Bryant (431): 28 (appears to have a felony conviction), 37-38
Burgess (432): 35, 37
Calia (364):  37, 90, 92 (gets paid for 15 days only)
Cammorota (436):  8, 45, 63 (Television personality Jim Cramer spoke at Kirk Shelton's sentencing and has spoken about this case on his television show)
Chandler (443):  90-92 (has not fully answered a number of questions)
Diemunsch (151):  12 (member of Traveler's Advantage, a CUC program), 35
Disbrow (462):  8, 35-37, 89-90
Douglass (467):  73, 87, 90 (has not answered 84)
Falzetti (354):  8, 30, 35-36, 40, 45, 55, 90-91
Hughes, Peter (509):  35 (has not answered a number of questions)
Kalina (363):  8, 35 (missing pages 32 - 35)
Lauderdale (263):  4-8, 37, 40, 70, 94
Metz (345):  12 (will be working for ERA Realtors), 49(d) (credit card protection a "scam"), 71
Montello (560):  4, 6-7, 9, 11 (heard of Stuart Bell)
Mulcahey (202):  35-37
Pillari (306):  4, 6-7, 12 (Cendant is client, Skadden Arps, KPMG, E&Y, Deloitte), 25, 36, 58 (Willike Farr lawyer), 90-91
Piqueira (247):  50, 55, 90
Pucko (378):  8, 35
Ribeiro (211):  90 -91
Ribnicky (209):  8
Roberts, P. (587):  8, 35, 49(d) (credit card protection packages), 56(a) (Fidelity)
Rodriguez, A. (156):  8, 12 (might have represented or defended case involving Arthur Andersen and Cendant; good friend at Deloitte), 42, 51 (didn't answer 72-74, 79)
Sorensen (618):  2 (70 years old), 4, 6, 8, 35-37, 39, 90-92
Trainer (183):  4, 6-7, 35-36, 38, 56, 83, 91-92, 94
Vega (631):  8, 37, 40, 84, 90
Wade (189):  8, 90-91
Wahnquist (636):  35
Williams (644):  8, 35

Also, with respect to Potential Juror Leite (537), the defense believes that she should be recalled, but the government objects. The defense recognizes that she has claimed a hardship, but notes that she appears to work full time and appears to be paid while on jury duty. The defense respectfully requests that the Court follow-up with Potential Juror Leite regarding whether in light of those facts it might be possible for her to serve after all.

Respectfully submitted,

Rob Cary

# EXHIBIT 8

**Cary, Rob**

| | |
|---|---|
| **From:** | Carpenito, Craig (USANJ) [Craig.Carpenito@usdoj.gov] |
| **Sent:** | Thursday, September 28, 2006 1:44 PM |
| **To:** | lucia_brooks@ctd.uscourts.gov; cheryl_conte@ctd.uscourts.gov |
| **Cc:** | Martinez, Michael (USANJ); Coyne, Mark (USANJ); Simon, Barry; Cary, Rob |
| **Subject:** | United States' Potential Juror Follow-up |

Dear Mss. Brooks and Conte,

The United States believes that the following jurors should not be called back:

French (Juror No. 121) – this potential juror feels this case is similar to accusations made against her husband's employer and good friend, Maurice Greenberg, which accusation, in turn, she believes to be unjust and to have harmed her family (see Qs. 8, 30, 32, 35-36). She also has preconceived notions regarding the credibility of cooperating witnesses (see Q. 46). Furthermore, while with the Securities and Exchange Commission, AUSA Carpenito interviewed a David French from Westport, CT as part of an investigation. It is unclear whether that is the husband of this juror, so at a minimum we would have to request an individual voir dire of this juror.

Leite (Juror No. 188) – this potential juror indicates that she does not trust the law enforcement (see Q. 41). She also has preconceived notions regarding the credibility of cooperating witnesses (see Q. 46 and 47). Furthermore, she stated that she may have accepting principles of law (see Q. 72).

Moffat (Juror No. 39) – the United States concern is only that this potential juror indicated that a 4-5 week trial would conflict with a scheduled business meeting of executives at his company (see Q. 91).
Should he be able to serve, we have no objection.

Pabst (Juror No. 572) – this potential juror does not believe he can sit in judgment of others (see Q. 73, "I do not like to convict for any reason" and Q. 77, "I do not like to be part of a person or persons being found guilty or not guilty"). Furthermore, this juror also indicated he may have difficulty following the law and that he might become very confused (see Q. 72 and Q 75).

Thank you for your consideration.

Respectfully submitted,

Craig Carpenito
Assistant U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Tele: (973) 645-2891
Fax: (973) 297-2045

# EXHIBIT 9

**Cary, Rob**

| | |
|---|---|
| **From:** | Carpenito, Craig (USANJ) [Craig.Carpenito@usdoj.gov] |
| **Sent:** | Thursday, September 28, 2006 1:51 PM |
| **To:** | lucia_brooks@ctd.uscourts.gov; cheryl_conte@ctd.uscourts.gov |
| **Cc:** | Martinez, Michael (USANJ); Coyne, Mark (USANJ); Simon, Barry; Cary, Rob |
| **Subject:** | RE: United States' Potential Juror Follow-up |

I apologize.  There was a typographical error in the United States response regarding
Leite.  It should read:

Leite (Juror No. 188) - this potential juror indicates that she does not trust the law
enforcement (see Q. 41).  She also has preconceived notions regarding the credibility of
cooperating witnesses (see Q. 46 and 47).  Furthermore, she stated that she may have
trouble accepting principles of law (see Q. 72).  Also, this juror indicated that she has
child care concerns and, therefore, would be unable to serve.


-----Original Message-----
From: Carpenito, Craig (USANJ)
Sent: Thursday, September 28, 2006 1:44 PM
To: lucia_brooks@ctd.uscourts.gov; cheryl_conte@ctd.uscourts.gov
Cc: Martinez, Michael (USANJ); Coyne, Mark (USANJ); Simon, Barry; 'Cary, Rob'
Subject: United States' Potential Juror Follow-up

Dear Mss. Brooks and Conte,

The United States believes that the following jurors should not be called back:

French (Juror No. 121) - this potential juror feels this case is similar to accusations
made against her husband's employer and good friend, Maurice Greenberg, which accusation,
in turn, she believes to be unjust and to have harmed her family (see Qs. 8, 30, 32,
35-36).  She also has preconceived notions regarding the credibility of cooperating
witnesses (see Q. 46).  Furthermore, while with the Securities and Exchange Commission,
AUSA Carpenito interviewed a David French from Westport, CT as part of an investigation.
It is unclear whether that is the husband of this juror, so at a minimum we would have to
request an individual voir dire of this juror.

Leite (Juror No. 188) - this potential juror indicates that she does not trust the law
enforcement (see Q. 41).  She also has preconceived notions regarding the credibility of
cooperating witnesses (see Q. 46 and 47).  Furthermore, she stated that she may have
accepting principles
of law (see Q. 72).

Moffat (Juror No. 39) - the United States concern is only that this potential juror
indicated that a 4-5 week trial would conflict with a scheduled business meeting of
executives at his company (see Q. 91).
Should he be able to serve, we have no objection.

Pabst (Juror No. 572) - this potential juror does not believe he can sit in judgment of
others (see Q. 73, "I do not like to convict for any reason" and Q. 77, "I do not like to
be part of a person or persons being found guilty or not guilty").  Furthermore, this
juror also indicated he may have difficulty following the law and that he might become
very confused (see Q. 72 and Q 75).

Thank you for your consideration.

Respectfully submitted,

Craig Carpenito
Assistant U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Tele: (973) 645-2891
Fax: (973) 297-2045