UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal No. 3:02 CR 00264 (AWT) |
| v. | : | |
| WALTER A. FORBES and<br>E. KIRK SHELTON, | : | |
| Defendants. | : | DECEMBER 8, 2006 |

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), C. Donald Neville, Esq. hereby moves to withdraw his appearance on behalf of the Interested Parties listed below because he is leaving the employ of Murtha Cullina LLP. Other counsel from this firm (Francis J. Brady, Esq.) has appeared on behalf of the Interested Parties.

<u>Interested Parties</u>

(1) Cendant Corporation
(2) Skadden, Arps, Slate, Meagher & Flom LLP
(3) Patterson Belknap Webb & Tyler LLP
(4) DeCotiis Fitzpatrick Cole & Wisler LLP
(5) Henry R. Silverman
(6) David Wyshner
(7) Edward S. Nathan
(8) Herbert J. Stern
(9) James E. Buckman
(10) Jeffrey D. Smith
(11) John H. Carley

-2-

| | | | | |
|---|---|---|---|---|
| (12) | Leonard S. Coleman | | (18) | Brian Mulroney |
| (13) | Christel Dehaan | | (19) | Robert E. Nederlander |
| (14) | Martin L. Edelman | | (20) | E. John Rosenwald, Jr. |
| (15) | Scott E. Forbes | | (21) | Leonard Schutzman |
| (16) | Robert D. Kunisch | | (22) | John D. Snodgrass |
| (17) | Michael P. Monaco | | | |

By /s/ C. Donald Neville
C. Donald Neville – ct24001
dneville@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Fax:  (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2006, a copy of foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      /s/ C. Donald Neville
                                      C. Donald Neville – ct24001

923992