# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALTER A. FORBES )<br>) | No. 3:02CR264 (AHN) |

## DECLARATION OF ROBERT M. CARY, ESQUIRE

1. My name is Robert M. Cary. I am an attorney licensed to practice by the District of Columbia, the State of Maryland and the Commonwealth of Virginia. I am also admitted to practice before a number of federal courts, including the United States District Court for the District of Columbia.

2. I am a partner in the law firm of Williams & Connolly, LLP. I represent Mr. Forbes in this action.

3. I was responsible for informing the Court of Mr. Forbes' peremptory challenges in this case. Government counsel and I informed the Court of our respective peremptory challenges by writing the name of the potential juror whom we were challenging on a form provided by the courtroom deputy. A copy of the form used in this case is attached hereto as Exhibit A.

4. The exercise of peremptory challenges took place in the courtroom, but the trial judge was not present during the exercise of peremptory challenges.

5. Peremptory challenges were exercised against the first 36 potential jurors to arrive at the Jury of 12 in the following order:

- Round 1
  - Government – 1 challenge
  - Mr. Forbes – 2 challenges
- Round 2
  - Government – 1 challenge
  - Mr. Forbes – 2 challenges
- Round 3
  - Government – 1 challenge
  - Mr. Forbes – 1 challenge
- Round 4
  - Government – 1 challenge
  - Mr. Forbes – 2 challenges
- Round 5
  - Government – 1 challenge
  - Mr. Forbes – 2 challenges
- Round 6
  - Government 1 challenge
  - Mr. Forbes – 1 challenge
- Round 7
  - Government – 1 challenge
  - Mr. Forbes – 2 challenges
- Round 8
  - Government – 1 challenge

- Mr. Forbes – 2 challenges
- Round 9
  - Government – 1 challenge
  - Mr. Forbes – 1 challenge

6. Peremptory challenges were exercised against the next 10 potential jurors to arrive at the four alternates in the following order:

- Round 1
  a. Government: 1 challenge
  b. Mr. Forbes: 1 challenge
- Round 2
  a. Government: 1 challenge
  b. Mr. Forbes: 1 challenge
- Round 3
  a. Government: 1 challenge
  b. Mr. Forbes: 1 challenge

7. Peremptory challenges were exercised against the first 36 potential jurors to arrive at the Jury of 12 as follows:

- Round 1
  - Government: Beatrice Doyle (12)[1] (Female)
  - Mr. Forbes: Thomas King (40) (Male) and David Mok (52) (Male)
- Round 2

---

[1] The number in parenthesis reflects the numbers assigned to the juror on October 4, 2006.

- Government: Pamela Sugden (23) (Female)
- Mr. Forbes: Patricia Roberts (4) (Female) and Deloris Oestreicher (33) (Female)

- Round 3
  - Government: Joseph Pabst (20) (Male)
  - Mr. Forbes: Rafael Perez (54) (Male)

- Round 4
  - Government: Vernette Coleman (49) (Female)
  - Mr. Forbes: Anthony Lazarus (24) (Male) and Patricia Burgess (16) (Female)

- Round 5
  - Government: Barbara Andrews (1) (Female)
  - Mr. Forbes: Richard Gregory (31) (Male) and Frederick Gervasoni (30) (Male)

- Round 6
  - Government: Adrienne Irvin (25) (Female)
  - Mr. Forbes: Nessah Smith (59) (Female)

- Round 7
  - Government: Teresa Leite (58) (Female)
  - Mr. Forbes: Jerome Liebrand (62) (Male) and Matthew McCarthy (28) (Male)

- Round 8
  - Government: Paul Ribnicky (5) (Male)
  - Mr. Forbes: Karen Cammarota (41) (Female) and Thomas McCarthy (7) (Male)

- Round 9

    - Government: Anatoli Georgiades (29) (Female)

    - Mr. Forbes: David Bogan (44) (Male)

8. Peremptory challenges were exercised against the next 10 potential jurors to arrive at the four alternates as follows:

- Round 1

    - Government: Vincent DeRubeis (71) (Male)

    - Mr. Forbes: John Cook (76) (Male)

- Round 2

    - Government: Billie Jo Evans (72) (Female)

    - Mr. Forbes: Emma Taylor (78) (Female)

- Round 3

    - Government: Juli Dierks (89) (Female)

    - Mr. Forbes: Maria Ribeiro (68) (Female)

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2007.

*[signature: Robert M. Cary]*

Robert M. Cary