UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal Action No. |
| Plaintiff, | : 3:02 CR 00264 (AHN) |
| v. | : |
| WALTER A. FORBES and E. KIRK SHELTON, | : |
| Defendants. | : JANUARY 9, 2007 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of CENDANT CORPORATION in the above-captioned action in addition to those appearances already on file.

CENDANT CORPORATION

By *Amanda Lawrence*
Amanda F. Lawrence – ct27008
alawrence@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Fax: (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Amanda F. Lawrence – ct27008

928339