# EXHIBIT A

(CD.9-Rev.9/92)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
        v.                    : CASE NO. 3:02CR264(AHN)
Walter Forbes

## CRIMINAL CHALLENGES

1. 612 Beatrice Doyle
2. 23 Pam Sugden
3. 20 Joe Pabst
4. 49 Vernette Coleman
5. 1 Barbara Andrews
6. 25 Adrienne Irvin
7. 58 Teresa Leite
8. 5 Paul Ribnicky
9. 29 Anatoli Georgialis
10. 71 Vincent Derubeis
11. 72 Billie Jo Evans
12. 89 Juli Dierks

_[signature]_
COUNSEL FOR THE GOVERNMENT

1. 40 King
2. 52 Mok
3. 4 Roberts, P.
4. 33 Oestreicker
5. 54 Perez
6. 24 Lazarus
7. 16 Burgess
8. 31 Gregory
9. 30 Gervasoni
10. 59 Smith, N.
11. 62 Liebrand
12. 28 McCarthey
13. 41 Cammorato
14. 7 McCarthey, T.
15. 44 Bogan
16. 76 Cook
17. 78 Taylor
18. 68 Ribeiro

_[signature]_
Counsel for Defendant

_____
Counsel for Defendant