UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | January 16, 2007 |
| ) | |

## MOTION OF WALTER A. FORBES TO SEAL PLEADINGS RELATING TO HIS MOTION FOR RELEASE PENDING APPEAL

Pursuant to Local Crim. R. 57, Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing his motion for release pending appeal, and any subsequent pleadings relating thereto. The memorandum supporting the motion refers to matters concerning jury selection that the Court previously placed under seal. We have no objection if the Court decides that the pleading should not be sealed.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes to Seal Pleadings Relating to His Motion for Release Pending Appeal to be filed electronically and to be served on January 16, 2007 to the following via e-mail:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon