UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES | No. 3:02CR264 (AHN)<br><br>January 16, 2007<br>**FILED UNDER SEAL** |

FILED
2007 JAN 17 A 9: 55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION OF DEFENDANT WALTER A. FORBES FOR RELEASE PENDING APPEAL
### (FILED UNDER SEAL)

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves the Court for release pending appeal. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

Oral Argument Requested

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Release Pending Appeal to be sent on January 16, 2007 to the following via e-mail and Federal Express:

>Norman Gross, AUSA
>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street, Fourth Floor
>Camden, NJ 08101

_____
Barry S. Simon