UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)   No. 3:02CR264 (AHN)<br>)   January 31, 2007<br>)<br>) |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Walter A. Forbes hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment in a Criminal Case entered on the docket in this action on the 29th day of January, 2007 (Docket No. 2641), including (i) Mr. Forbes' conviction on Counts 1 through 3 of the Superseding Indictment, and (ii) the sentence on Counts 1 through 3 of the Superseding Indictment.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: January 31, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Amended Notice of Appeal to be served by e-mail on January 31, 2007 to the following:

Norman Gross, Esq. (norman.gross@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon