UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
| | : | |
| v. | : | February 7, 2007 |
| | : | |
| WALTER A. FORBES | : | |

**UNOPPOSED MOTION OF THE UNITED STATES FOR A
ONE-WEEK EXTENSION OF TIME TO FILE ITS OPPOSITION
TO DEFENDANT FORBES' MOTION FOR BAIL PENDING APPEAL**

The Government hereby requests a one-week extension of time to file its opposition to Defendant Forbes' motion for bail pending appeal. The opposition presently is due Friday, February 9, 2006, (i.e., 21 days plus 3 days following service of the motion on January 16, 2007 by means other than by hand). See Fed. R. Crim. P. 45(c) (additional time after service other than by hand); D. Conn. R. Crim. P. 1(c) (adopting D. Conn. R. Civ. P. 7(a)(1) & (2) and 7(b) concerning motion practice). This is the Government's first such request, and counsel for Forbes does not object to it. If this request is granted, the Government's opposition will be due Friday, February 16, 2007.

A one-week extension is necessary because, despite diligent efforts on my part, I am unable to draft and finalize a memorandum in opposition to Forbes' bail motion in time for the February 9th due date. I have not been dilatory: since receiving the bail motion, I have had to draft and file appellate

**NO ARGUMENT REQUESTED**

briefs in three different criminal appeals pending in the United States Court of Appeals for the Third Circuit.  I also have had to draft a pretrial brief in a capital case pending in the United States District Court for the District of New Jersey.  Meanwhile, Forbes' bail motion is 22 pages long and raises in some detail six separate issues that he claims present substantial questions in his appeal.  Given the voluminous record in this case, it will take me until next week to prepare an opposition brief that addresses Forbes' claims appropriately in light of the exacting standard governing applications for bail pending appeal.

    Accordingly, the Government respectfully requests that this motion for a one-week extension be granted.  I apologize to the Court, opposing counsel and Defendant Forbes for any inconvenience this extension causes.

    Respectfully submitted,

    CHRISTOPHER J. CHRISTIE
    Special Attorney
    U.S. Department of Justice

---

    MARK E. COYNE
    Federal Bar Number phv01079
    Special Attorney
    U.S. Department of Justice
    970 Broad Street, Room 700
    Newark, New Jersey 07102
    Tel:  (973) 297-2002
    Fax:  (973) 297-2007

Newark, New Jersey
Date:  February 7, 2007

**Certificate of Service**

    The undersigned certifies that on this day I caused to be served a copy of the foregoing motion via email on:

        Barry S. Simon, Esq.
        Williams & Connolly LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005-5901
        (202) 434-5005
        bsimon@wc.com

                                    _____
                                    MARK E. COYNE

Dated:  February 7, 2007
        Newark, New Jersey