## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) No. 3:02CR264 (AHN) |
| WALTER A. FORBES. | ) February 21, 2007 |
| | ) |
| | ) |

## INDEX TO RECORD FOR APPEAL

Appellee Walter A. Forbes, through undersigned counsel, hereby submits this Index to the Record for Appeal.  The Index consists of the following:

1. The entire Court Record of the Docket Sheet, Docket Nos. 1-2653 inclusive;

2. The Transcripts of all Proceedings in this matter, including the 2004, 2005, and 2006 trials and all pretrial hearings;[1]

3. Admitted Trial Exhibits;

4. Trial Exhibits Marked for Identification but not Admitted; and

5. Court Exhibits.

Appended hereto as Exhibit 2 is an index to the admitted defense and government exhibits, trial exhibits marked for identification but not admitted, and Court exhibits included in the Record for Appeal.

---

[1] The transcripts are listed on the Docket Sheet.  Mr. Forbes has requested additional transcripts not yet included in the Docket Sheet, which are identified in his Transcript Request (Exhibit 1 hereto).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____

Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: February 21, 2007

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Index to Record for Appeal
to be filed electronically and to be served on February 21, 2007 to the following via e-mail:


Mark Coyne, Esq. (mark.coyne@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)


_____

Barry S. Simon