# EXHIBIT 1

Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

_____ District of Connecticut

United States
_____

Walter A. Forbes
_____

Docket No.: 02 CR264 _____

Nevas/Thompson _____
(District Court Judge)

Notice is hereby given that (Notice of Appeal Previously Filed) appeals to the United States Court of Appeals for the Second

Circuit from the judgment [_____], other [_____] _____
(specify)

entered in this action on _____.
(date)

Offense occurred after November 1, 1987      Yes   [ ___ ]     No [ ___ ]

This appeal concerns: Conviction only [ ___ ]     Sentence only [ ___ ]     Conviction and Sentence [ ___ ]

Date _____
TO

_____
(Counsel for Appellant)

Address _____

_____

_____

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: _____

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ _____ ] I am ordering a transcript<br>[ _____ ] I am not ordering a transcript<br>Reason<br>[ _____ ] Daily copy is available<br>[ _____ ] U.S. Attorney has placed order<br>[ _____ ] Other. Attach explanation | Prepare transcript of<br>[ X ] Prepare proceedings  See attached<br>[ X ] Trial  See attached<br>[ _____ ] Sentencing _____<br>[ _____ ] Post-trial proceedings _____ | Dates<br>_____<br>_____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ X ] Funds [ _____ ]    CJA Form 24 [ _____ ]

ATTORNEY'S SIGNATURE  *Margaret A. Keeley*      DATE  2/9/2007

▶ COURT REPORTER ACKNOWLEDGMENT            To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

## **Transcripts Requested by Walter A. Forbes**

Walter A. Forbes hereby requests that transcripts of all proceedings in which he or his counsel participated in Case No. 02-264 be transcribed and filed as part of the record, whether such proceedings were held before Judge Alvin Thompson or Judge Alan Nevas.

Mr. Forbes understands that at least the following transcripts have yet to be transcribed and/or filed:

| Date | Description |
|---|---|
| 12/15/04 | pp. 16,731-16,752 (Trial Volume CVII) (SEALED) (J. Thompson) |
| 12/17/04 | pp. 15-32; 35 (Telephonic Status Conference) (SEALED) (J. Thompson) |
| 12/20/04 | pp. 16,771-16,786; 16,791-16,792 (Trial Volume CIX) (SEALED) (J. Thompson) |
| 01/03/05 | pp. 16,925-16,935 (Trial Volume CXVII) (SEALED) (J. Thompson) |
| 01/04/05 | pp. 16,956-16,959; 16,961 (Trial Volume CXVIII) (SEALED) (J. Thompson) |
| 2/14/06 | Telephonic Status Conference (J. Thompson) |
| 2/23/06 | Telephonic Status Conference (J. Thompson) |
| 10/16/06 | Jury Trial: Sealed Portion (J. Nevas) |