# EXHIBIT 2

| Exhibit | Description |
| --- | --- |
| DX 00001A | Corigliano Stock Sales |
| DX 00002A | Money Spent Under Corigliano Budget Agreement |
| DX 00010 | Corigliano Stock Sales Binder |
| DX 00019 | Vision House Record |
| DX 00020 | Corigliano Quarterly Reports Binder |
| DX 00023 | Vision Appraisal of Corigliano Property (38 Watrous) |
| DX 00029 | Survey Map of Corigliano Property |
| DX 00030 | Corigliano Quarterly Statement to SEC for QE 9/30/00 (no cover pgs) |
| DX 00031 | Corigliano Quarterly Statement to SEC for QE 12/31/00 (no cover pgs) |
| DX 00032 | Corigliano Quarterly Statement to SEC for QE 3/31/01 (no cover pgs) |
| DX 00033 | Corigliano Quarterly Statement to SEC for QE 6/30/01 (no cover pgs) |
| DX 00034 | Corigliano Quarterly Statement to SEC for QE 9/30/01 (no cover pgs) |
| DX 00035 | Corigliano Quarterly Statement to SEC for QE 12/31/01 (no cover pgs) |
| DX 00036 | Corigliano Quarterly Statement to SEC for QE 3/31/02 (no cover pgs) |
| DX 00037 | Corigliano Quarterly Statement to SEC for QE 6/30/02 (no cover pgs) |
| DX 00038 | Corigliano Quarterly Statement to SEC for QE 9/30/02 (no cover pgs) |
| DX 00039 | Corigliano Quarterly Statement to SEC for QE 12/31/02 (no cover pgs) |
| DX 00040 | Corigliano Quarterly Statement to SEC for QE 3/31/03 (no cover pgs) |
| DX 00041 | Corigliano Quarterly Statement to SEC for QE 6/30/03 (no cover pgs) |
| DX 00042 | Corigliano Quarterly Statement to SEC for QE 9/30/03 (no cover pgs) |
| DX 00043 | Corigliano Quarterly Statement to SEC for QE 12/31/03 (no cover pgs) |
| DX 00044 | Corigliano Quarterly Statement to SEC for QE 3/31/04 |
| DX 00049B | Printout of "Comparable Property" |
| DX 00094 | Corigliano Form 4, 7/5/90 |
| DX 00200 | Corigliano Proffer Agreement |
| DX 00268 | Minutes of 6/7/95 Audit Committee Meeting |
| DX 00296 | C. Corigliano Calendar Entry for 1 1/29/95, 8 am meeting with Ernst & Young |
| DX 00300 | Corigliano Plea Agreement, 1/14/2000 |
| DX 00315 | CUC Earnings Release, dated 3/19/96 |
| DX 00331 | E&Y Closing Conference Agenda for 5/22/96 Meeting |
| DX 00332 | Corigliano's Datebook from 5/22/96 |
| DX 00361 | CUC Management Letter to E&Y dated 9/4/96 |
| DX 00366 | Minutes from 9/12/96 CUC Audit Committee Meeting |
| DX 00378 | E&Y Engagement Letter to CUC dated 11/14/96 |
| DX 00380 | Corigliano's Calendar from 12/2/1996 |
| DX 00399 | Memorandum from C. Corigliano to Distribution Re: Minutes from January 19th Audit Committee Meeting, 1/20/97 |
| DX 00400 | Corigliano Agreement with the SEC, 8/28/00 |
| DX 00417 | Minutes of 9/27/95 Audit Committee Meeting |
| DX 00436 | Bear Stearns Letter to Corigliano re Signature |
| DX 00437 | Memo from Corigliano attaching info re Signature |

| | |
|---|---|
| DX 00444 | CUC Earnings Release, 3/11/97 |
| DX 00447 | Draft Letter from Corigliano's Computer |
| DX 00448 | Memo re Issues with Signature Bid, 3/24/97 |
| DX 00459 | CUC Form 10-K filed 4/28/97 |
| DX 00467 | Minutes of 5/15/97 CUC Board Meeting |
| DX 00468 | Goldman Sachs Presentation to the CUC Board |
| DX 00469 | Minutes of 5/20/97 CUC Board Meeting |
| DX 00473 | Bear Stearns Letter to Corigliano dated 5/22/97 |
| DX 00476 | Bear Stearns Letter to Katz dated 5/23/97 |
| DX 00477 | Minutes of 5/27/97 CUC Board Meeting |
| DX 00478 | Goldman Sachs Presentation to the CUC Board |
| DX 00481 | Board Financials from 6/10 - 6/11/97 Board Meeting |
| DX 00483 | Minutes from 6/10/1997 CUC Audit Committee Meeting |
| DX 00492 | Corigliano 7/7/97 Memo re Organizational Changes |
| DX 00500 | NetJets Document |
| DX 00575 | E&Y Quarterly Checklist, 4/30/95 |
| DX 00576 | E&Y Independent Review Report, 5/31/95 |
| DX 00577 | E&Y Summary Review Memo, QE 4/30/95 |
| DX 00578 | CUC FY 1996 Closing Conference Agenda |
| DX 00582 | E&Y Independent Accountant's Review Report |
| DX 00583 | E&Y Checklist for Review of Quarterly Financials |
| DX 00585 | CUC Closing Conference Agenda, QE 7/31/95 |
| DX 00587 | CUC Closing Conference Agenda for Meeting on 11/29/95 |
| DX 00588 | E&Y Independent Accountants' Review Report, 11/29/95 |
| DX 00589 | E&Y Checklist for Review of Quarterly Financials, 10/31/95 |
| DX 00593 | E&Y Audit Strategies Memo, 1/31/96 Audit |
| DX 00596 | E&Y Report to the CUC Audit Committee, YE 1/31/96 |
| DX 00599 | CUC Closing Conference Agenda, YE 1/31/96 |
| DX 00600B | Testimony in Prior Trials |
| DX 00600D | Testimony in Trial No. 1 |
| DX 00600E | Testimony in Trial No. 2 |
| DX 00604 | E&Y Summary Review Memo, 1/31/96 |
| DX 00605 | E&Y Summary of Audit Differences, 1/31/96 Audit |
| DX 00607 | E&Y Invoice to CUC, dated 5/17/96 |
| DX 00617 | CUC management Representation Letter to E&Y |
| DX 00618 | E&Y Independent Accountants' Review Report |
| DX 00619 | Vision Property Card for 90 Deerfield Drive |
| DX 00622 | E&Y Checklist for Review of Quarterly Financials, QE 4/30/96 |
| DX 00626 | CUC Management Letter to E&Y dated 9/4/96 |
| DX 00627 | E&Y Closing Conference Agenda for 9/4/96 Meeting |
| DX 00628 | E&Y Independent Accountants' Review Report dated 9/4/96 |
| DX 00629 | E&Y Checklist for Review of Quarterly Financials, 7/31/96 Audit |

| | |
|---|---|
| DX 00631 | CUC Management Letter to E&Y dated 9/16/96 |
| DX 00632 | E&Y Summary Review Memo, QE 7/31/96 |
| DX 00636 | E&Y Closing Conference Agenda for 10/31/96 Audit (12/2/96) |
| DX 00637 | CUC Management Representation Letter to E&Y |
| DX 00638 | E&Y Independent Accountants' Review Report dated 12/2/96 |
| DX 00639 | E&Y Summary Review Memo for QE 10/31/96 |
| DX 00640 | E&Y Checklist for Review of Quarterly Financials, QE 10/31/96 |
| DX 00642 | E&Y File re Ideon/Software Merger Reserve |
| DX 00645 | E&Y Audit Strategies Meeting Agenda, 9/26/96 Meeting |
| DX 00648 | E&Y Engagement Letter to CUC re 1/31/97 Audit |
| DX 00649 | CUC Audit Instructions, 1/31/97 Audit |
| DX 00651 | E&Y Report to the CUC Audit Committee, 1/19/97 Meeting |
| DX 00652 | E&Y Program for General Audit Procedures, 1/31/97 Audit |
| DX 00654 | CUC Management Representation Letter to E&Y, 3/10/97 |
| DX 00656 | E&Y Closing Conference Items, 3/12/97 Meeting |
| DX 00669 | CUC Management Representation Letter to E&Y |
| DX 00670 | E&Y Independent Accountants' Review Report |
| DX 00671 | E&Y Summary Review Memo for QE 4/30/97 |
| DX 00673 | E&Y Checklist for Review of Quarterly Financials, 4/30/97 |
| DX 00676 | E&Y Summary Review Memo for QE 7/31/97 |
| DX 00677 | E&Y Checklist for Review of Quarterly Financials, 10/31/97 |
| DX 00678 | E&Y File re Ideon Reserve Rollforward |
| DX 00681 | E&Y Checklist for Review of Quarterly Financials, 10/31/97 |
| DX 00687 | E&Y Planning Meeting Minutes, 7/30/97 Meeting |
| DX 00691 | E&Y Audit Strategies Memo, 12/31/97 Audit |
| DX 00692 | E&Y Internal Control and Fraud Considerations |
| DX 00699 | E&Y Program for General Audit Procedures |
| DX 00700 | Some Benefits Chart (8 1/2 x 11) |
| DX 00700B | Some Benefits from Plea Agreement |
| DX 00800 | 1998 March with Color Coded Dates |
| DX 00800A | January 1998, February 1998, March 1998 with Color Coded Dates |
| DX 00800B | March 1998 Calendar - Analysts Contacted |
| DX 00800C | March 1998 Calendar - Date Corigliano Scared (3/9/98) |
| DX 00800D | March 1998 Calendar - Stock Sales |
| DX 00808 | Minutes of 9/9/97 CUC Board Meeting |
| DX 00818 | Minutes of 10/1/97 CUC Special Meeting of Stockholders |
| DX 00847 | Silverman 12/29/97 Memo re Executive Terminations |
| DX 00852 | Minutes of Cendant Audit Committee on 1/20/98 |
| DX 00900 | Corigliano Fax to Cendant Board, 4/17/98 |
| DX 00914 | Corigliano Check to Kramer, Levin for $100,000 |
| DX 00917 | SEC Subpoena to Corigliano, 4/21/98 |
| DX 00921 | Corigliano 5/24/98 Check to Kramer, Levin for $1 million |

| | |
|---|---|
| DX 00940 | SEC Subpoena to Corigliano, 9/28/98 |
| DX 00945 | Corigliano 11/11/99 Check to Kramer, Levin for $700,000 |
| DX 01004 | Corigliano Smith Barney Statement for Sept. 1993 |
| DX 01005 | Corigliano Smith Barney Statement for July 1994 |
| DX 01006 | Corigliano Smith Barney Statement for Sept. 1994 |
| DX 01007 | Corigliano Smith Barney Statement for Feb. 1995 |
| DX 01008 | Corigliano Smith Barney Statement for Nov. 1995 |
| DX 01009 | Corigliano Smith Barney Statement for Feb. 1998 |
| DX 01010 | Corigliano Smith Barney Statement for March 1998 |
| DX 01013 | Pember Quarterly Statement to SEC for QE 12/31/03 |
| DX 01014 | Pember Quarterly Statement to SEC for QE 9/30/00 |
| DX 01015 | Pember Quarterly Statement to SEC for QE 3/31/01 |
| DX 01016 | Pember Quarterly Statement to SEC for QE 6/30/01 |
| DX 01017 | Pember Quarterly Statement to SEC for QE 12/31/01 |
| DX 01018 | Pember Quarterly Statement to SEC for QE 3/31/02 |
| DX 01019 | Pember Quarterly Statement to SEC for QE 6/30/02 |
| DX 01020 | Pember Quarterly Statement to SEC for QE 12/31/02 |
| DX 01021 | Pember Quarterly Statement to SEC for QE 3/31/03 |
| DX 01022 | Pember Quarterly Statement to SEC for QE 6/30/03 |
| DX 01023 | Pember Quarterly Statement to SEC for QE 9/30/03 |
| DX 01027 | Pember Letter to SEC re Signed Agreement, 8/28/00 |
| DX 01028 | Pember Quarterly Statement to SEC for QE 12/31/00 |
| DX 01031 | Pember Quarterly Statement to SEC for QE 9/30/02 |
| DX 01034 | Fax from Amy Lipton to Weil Gotshal (bates pages 112672-112675) |
| DX 01049 | Pember Quarterly Statement, 3/31/04 |
| DX 01050 | Binder of Pember Quarterly Statements |
| DX 01060 | Corigliano Settlement with SEC |
| DX 01063 | 5/20/97 Goldman Sachs Presentation |
| DX 01064 | 5/22/97 Letter from Bear Stearns to Katz re Big Bang (redacted version of Def. Ex. 472) |
| DX 01083 | EED Check, 11/17/1996 |
| DX 01084 | G/L Expense Report re EED Check |
| DX 01085 | One-Page Excerpt from Corigliano's Calendar (11/16/96) |
| DX 01089 | Fax from Tucker to E&Y attaching Draft Minutes |
| DX 01111 | E&Y 1/22/98 Memo to Monaco re Relationship Ceased |
| DX 01162 | Pember Plea Agreement |
| DX 01187 | Corigliano Bank Withdrawals |
| DX 01187A | Corigliano Bank Withdrawals Adding Tape |
| DX 01193 | Walter Forbes Stock Sales by Year chart |
| DX 01194 | Stock Sales of Walter Forbes chart |
| DX 01195 | Binder of CUC Earnings Releases (12 tabs) |
| DX 01209 | Proxy for CUC/HFS Merger, 8/29/97 |

| DX 01210 | Minutes of 2/3/98 Audit Committee Meeting |
|---|---|
| DX 01216 | 3/7/98 Fax from Scott Forbes to Silverman and Monaco |
| DX 01217 | 3/7/98 Fax from Scott Forbes to Silverman and Monaco |
| DX 01222 | 3/30/98 Cendant Representation Letter to D&T |
| DX 01223 | 3/30/98 Representation Letter from Cendant to E&Y |
| DX 01238 | Letter from WAF to Silverman re Merger, 5/6/97 |
| DX 01243 | Cendant Proxy Statement for 1998 |
| DX 01245 | WAF and Silverman Memo to Employees re Merger, 12/18/97 |
| DX 01248 | Cendant 8-K, filed 12/18/1997 |
| DX 01278 | HFS Board Minutes, 5/27/97 |
| DX 01279 | HFS Board Minutes, 7/29/97 |
| DX 01280 | Bear Stearns Version of Engagement Letter re HFS Merger, 5/14/97 |
| DX 01282 | Bear Stearns Presentation to the HFS Board, 5/27/97 |
| DX 01283 | Cendant 10-K for FYE 12/31/97 |
| DX 01285 | Minutes of 1/25/98 Audit Committee Meeting |
| DX 01286 | Minutes of 1/26/98 Board Meeting |
| DX 01303 | Spreadsheet showing 1/31/97 and 12/31/97 Reserve Use |
| DX 01307 | Minutes of Cendant Exec. Committee Meeting, 1/25/98 |
| DX 01308 | D&T Letter to Monaco re Engagement, 1/20/98 |
| DX 01309 | Cendant 8-K, filed 1/22/98 |
| DX 01314 | Minutes of HFS Board Meeting, 4/23/97 |
| DX 01315 | Minutes of HFS Board Meeting, 5/12/97 |
| DX 01316 | Minutes of HFS Board Meeting, 5/22/97 |
| DX 01319 | 1/9/97 Letter from Bear Stearns to HFS with Presentation |
| DX 01321 | D&T Memo re Principle Auditor Following Merger |
| DX 01375 | Binder of the 10-Qs for CUC International 1995-1997 |
| DX 01394 | Silverman Form 4, 3/9/98 |
| DX 01403A | CDROM |
| DX 01405A | Notebook of press releases re: acquisitions (Tabs A-J) |
| DX 01552 | Pember to Fullmer, "Life is Over for Me" |
| DX 01559 | Binder of 10-Ks for CUC |
| DX 01600 | Memo from Fried Frank re Corigliano Retainer |
| DX 01621 | Sabatino Plea Agreement |
| DX 01646 | Binder of Annual Reports |
| DX 02105 | Form 4, 6/88 |
| DX 02106 | Form 4, 7/88 |
| DX 02108 | Form 4, 7/91 |
| DX 02114 | Form 4, 12/92 |
| DX 02116 | Form 4, 4/93 |
| DX 02137 | Journal Entries effecting Ideon Reserve |
| DX 02240 | PaineWebber Branch Checklist for Verbal Approvals |
| DX 02245 | 2/6/1998 Fax from Tucker to Paine Webber |

| DX 02246 | 3/5/1998 Rule 144 Seller's Representation Letter |
|---|---|
| DX 02247 | 3/5/1998 Letter from Cendant to Paine Webber |
| DX 02336 | Register Report on Corigliano Account (People's Checking) |
| DX 02336A | Adding tape for DX 2336 |
| DX 02339 | 2004 Tax Bill for 38 Watrous Point Raod |
| DX 02340 | Memo re Kramer Levin Retainer |
| DX 02341 | 6/30/04 Check to Old Saybrook Tax Collector for $2134 |
| DX 02342 | 6/30/04 Check to Old Saybrook Tax Collector for $15,556 |
| DX 02345 | CUC 4/22/96 News Release re Announcement of Ideon Acquisition |
| DX 02385 | Fax from Massachusetts Financial Services to C. Corigliano |
| DX 02394 | Fax from Furman Selz, LLC to C. Corigliano, 3/2/98 |
| DX 03332 | 2/8/89 Memo from Walter Forbes to All Employees re: Chris McLeod |
| DX 07602 | 10/29/87 Memo from Walter Forbes to all CUC International Employees re: Corporate Office |
| DX 07667 | 10/16/1997 Email from Amy Lipton to Alda Bracchia re: Pember |
| DX 11013 | 1/14/88 Memo from Walter Forbes to All CUC Employees re: Organizational Changes |
| DX 15683 | 6/5/91 Memo from Walter Forbes to All CUC International Employees re: Kirk Shelton |
| DX 24000 | 4/18/91 CUC International Board of Directors Meeting Minutes |
| DX 29694 | Cendant Road Show Schedule |
| DX 29958 | WAF Itinerary |
| DX 30530 | 2/9/98 Fax from Mark Miller to Corigliano |
| DX 30531 | 2/18/98 Fax from Joe Buckley to Corigliano |
| DX 30533 | 2/2/98 Fax from Morgan Stanley to Corigliano |
| DX 30534 | 2/27/98 Fax from Rita Spitz to Corigliano |
| DX 30535 | 3/17/98 Fax from Rita Spitz to Corigliano |
| DX 30537 | 3/10/98 Fax from Chris Feiss and Seth Moshman to Corigliano |
| DX 30549 | Summary of HFS Issues Memo |
| DX 30702 | 2/10/98 Fax from Mark Miller to Corigliano |
| DX 30706 | 3/23/98 Fax from Rita Spitz to Corigliano |
| DX 35037 | 11/12/96 Letter from R. Davidson to Shelton |
| DX 35065 | 4/14/97 Letter from Tucker to J. Davidson |
| DX 35066 | 4/14/97 Letter from J. Davidson to Tucker |
| DX 35072 | 4/22/97 Letter from J. Davidson to Tucker |
| DX 35073 | Fax from Tucker to J. Davidson |
| DX 35075 | 4/28/97 Memo from Tucker to Board of Directors, CUC, re Minutes of Board Meeting |
| DX 35076 | 5/2/97 Memo from S. Greyser to Tucker re corrections of Minutes of Board Meeting |
| DX 60023 | Memo To Anne Pember From Bill Pastor |
| DX 60033 | CUC International Conference Participant List - 4/22/96 |

| | |
|---|---|
| DX 60034 | Handwritten notes by analyst during conversations with CUC/Cendant management |
| DX 60041 | CUC International Conference Participant List - 4/22/96 |
| DX 60051 | Re: Reinstatement of Certificate #8457 from the CSBA for Kevin Kearney |
| DX 60053 | Signed Settlement Agreement Re Kevin Kearney from the CSBA |
| DX 60055 | Letter to Rebecca Adams (CSBA) from Robert Fettweis Re: Kevin Kearney |
| DX 60056 | Copy of the CSBA Settlement Agreement Re Kevin Kearney |
| DX 60057 | Letter from Michael Kozik (CSBA) to Kevin Kearney |
| DX 60104 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of June 30, 2004 |
| DX 60105 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of September 30, 2004 |
| DX 60106 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of December 31, 2004 |
| DX 60107 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of March 31, 2005 |
| DX 60108 | Pember Quarterly Statement of Assets, Liabilities and Expenditures as of June 30, 2005 |
| DX 60112 | Anne Pember Agreement |
| DX 60113 | Personnel Action Notice for Laura Hamilton |
| DX 60114 | Agreement Between Cendant and Laura P. Hamilton |
| DX 60115 | Letter from Cendant to Laura A. Hamilton Confirming Agreement |
| DX 60116 | Agreement and General Release |
| DX 60126 | Personnel Action Notice for Laura Hamilton |
| DX 60127 | Email from Anne Pember to Steve Speaks, 3/4/98 |
| DX 60134 | 9/30/05 - Quarterly Statement of Assets, Liabilities and Expenditures for Anne Pember |
| DX 60135 | 12/31/05 - Quarterly Statement of Assets, Liabilities and Expenditures for Anne Pember |
| DX 60136 | 3/31/06 - Quarterly Statement of Assets, Liabilities and Expenditures for Anne Pember |
| DX 60137 | 6/30/06 - Quarterly Statement of Assets, Liabilities and Expenditures for Anne Pember |
| DX 60230 | Fax to Weil Gotshal from Amy N. Lipton re: Signature pages of Plan of Merger |
| DX 60232 | Trip Itinerary for Silverman Visit to CUC |
| DX 60232B | Trip Itinerary for Silverman Visit to CUC |
| DX 60232C | Trip Itinerary for Silverman Visit to CUC |
| DX 60237 | CUC International Inc. Form S-3 |
| DX 60248 | HFS Memo To Sam Katz from Jeanmarie Cooney re CUC Luncheon |
| DX 60287 | Memorandum from WAF to Executive Committee re: Davidson Ultimatum |
| DX 60288 | Comp-U-Card Corporate Objective |
| DX 60289 | Comp-U-Card Business Plan 1993 |

| DX 60290 | Subpoena to Avis Budget Group Custodian re: EED documents |
|---|---|
| DX 60291 | Walter Forbes Stock Sales Notebook |
| DX 61006C | Press Releases |
| DX 61007B | "Audit Committee Lied To" Chart |
| DX 61011E | "Contact With Analysts" Chart |

U.S. v. Forbes        Defense Exhibits Marked for Identification (But Not Admitted)        Case No. 3:02-cr-264

| Exhibit | Description |
|---|---|
| DX 00867 | Cendant Earnings Press Release, dated 2/4/98 |
| DX 01001 | Willkie Farr Interview Memo of Monaco |
| DX 01403 | Transcript of CNN Pinnacle Interview |
| DX 01606 | Willkie Farr Notes of Interview with Kearney, 4/17/98 |
| DX 01609 | Mark Gerber Notes of Interview with Kearney, 3/4/99 |
| DX 01616 | Kearney Response to the CUC Director Defendants Interrogatories |
| DX 01617 | CUC Director Defendants' Interrogatories to Kevin Kearney, Anne Pember, Steven Speaks |
| DX 02207 | Weissman Notes of 3/1/00 Interview w/ Corigliano |
| DX 02351 | Patricia Mathews Memo of Interview with Kearney |
| DX 02352 | Weissman Notes of Interview with Kearney |
| DX 02353 | Weissman Notes of Interview with Kearney |
| DX 02354 | Weissman Notes of Interview with Kearney |
| DX 02355 | Weissman Notes of Interview with Kearney |
| DX 02356 | Weissman Notes of Interview with Kearney |
| DX 02357 | Greiner Notes of Interview with Kearney |
| DX 30545 | 1/31/98 Email from Corigliano to Pember |
| DX 35125 | Frohlich Notes of 3/1/2000 Interview w/ Corigliano |
| DX 35127 | Markel Notes of 3/1/2000 Interview w/ Corigliano |
| DX 35129 | Paszamant Notes of 3/1/2000 Interview w/ Corigliano |
| DX 35137 | Markel Notes of 3/9/2000 Interview w/ Corigliano |
| DX 35139 | Paszamant Notes of 3/9/2000 Interview w/ Corigliano |
| DX 35151 | Greiner Notes of 6/19/2002 Interview w/ Corigliano |
| DX 60000 | Letter J. Carney to B.Simon Attaching Transcription of Notes of Telephonic Conversation Between Paul Weissman and Gary Naftalis, 7/26/04 |

| Exhibit | Description |
|---|---|
| GX 00005 | Handwritten notes dated 4/9/97 |
| GX 00007 | Letter from Janice Davidson to Robert Tucker dated 4/14/97 |
| GX 00017 | Memorandum from Kirk Shelton to distribution re: HFS Merger dated 6/3/97 |
| GX 00031 | Email from Pember to Corigliano with attachments dated 4/1/98 |
| GX 00058A | 1/31/1996 Annual Review Summary |
| GX 00062B | CUC Revenue and EBIT schedule |
| GX 00068 | Merrill Lynch Report on Ideon dated 4/23/96 |
| GX 00077 | CUC Board of Directors Minutes 4/9/97 |
| GX 00124 | Letter from Cosmo Corigliano to Cendant re: Termination dated 4/17/1998 |
| GX 00136 | Handwritten reserve entry instructions |
| GX 00288 | Merrill Lynch Comment - 3/13/97 |
| GX 00377 | Interoffice Memorandum from Mike Monaco to Henry Silverman re: Organizational Issues 2/23/1998 (redacted cover page only) |
| GX 00379 | Facsimile from Scott Forbes to Henry Silverman/Mike Monaco 3/7/1998 |
| GX 00382 | Summary operating/non operating schedule 3/8/98 |
| GX 00395 | Annual Report 12/31/1997 |
| GX 00398 | 12/9/1993 Letter from WAF to Rittereiser |
| GX 00427.A4 | Annual Report - 1995 |
| GX 00430 | Surveillance Invoice with attachments |
| GX 00434 | Paine Webber Account Summary - March 1, 1998 |
| GX 00435 | Letter From Walter Forbes to Robert Rittereiser, 8/16/1993 |
| GX 00438 | Letter from Walter Forbes To Robert Rittereiser, 11/16/1994 |
| GX 00454 | Letter from Robert Tucker to Amy Lipton re: Board Meeting of April 9, 1997 |
| GX 00484 | Ideon reserve roll forward |
| GX 00485 | Pember letter to Audit File 4/11/1997 |
| GX 00485A | Pember letter to Audit File 4/11/1997 with handwritten notes |
| GX 00493 | CUC/HFS Merger Related Costs 4/18/98 |
| GX 00497 | Employment Agreement between CUC and Pember 8/1/1996 |
| GX 00498 | Letter from Forbes & Shelton to Pember re: Employment Agreement 11/17/1997 |
| GX 00506 | Email from Shelton to Pember, 1/15/98 |
| GX 00511 | Handwritten Instructions to reduce and/or transfer reserves |
| GX 00519 | Email from Pember to Shelton, Corigliano re: The good news, the bad news |
| GX 00521 | Ideon usage schedule 1997 |
| GX 00524 | Ideon usage schedule 1997 with handwriting |
| GX 00527 | Ideon usage schedule |
| GX 00529 | Representation letter to E&Y from WAF 2/3/1998 |

| | |
|---|---|
| GX 00538 | Memorandum from W. Forbes to Pember 3/27/98, revised 4/2/98 |
| GX 00609 | Memorandum from Forbes to all Stamford Employees re: Management changes 12/13/94 |
| GX 00611 | Memorandum from Shelton for Distribution re: Financial Reporting and Corporate Relations database 3/5/1998 |
| GX 00616 | Memorandum from Shelton to Silverman re: Cendant Organizational Charts 10/21/97 |
| GX 00617 | HFS/CUC Issues |
| GX 00628 | CUC Annual Report 1991 |
| GX 00629 | CUC Annual Report 1992 |
| GX 00630 | CUC Annual Report 1993 |
| GX 00631 | CUC Annual Report 1994 |
| GX 00633 | CUC Annual Report 1996 |
| GX 00634 | CUC Annual Report 1997 |
| GX 00663 | CUC Fourth Quarter Print Out 11/8/90 |
| GX 00666 | Copy of handwritten analysis of cancel rates |
| GX 00668 | Membership Reserve as of 1/31/91 |
| GX 00828 | Cendant 2/4/98 Earnings Release |
| GX 00904 | Memorandum from Silverman to HFS Board of Directors 1/28/1997 |
| GX 00905 | Letter from Silverman to W. Forbes 1/30/1997 |
| GX 00931 | Memorandum from Silverman to Monaco 12/29/1997 |
| GX 01200 | HSB Employee's Retirement Trust Securities Voucher, 2/23/98 |
| GX 01261 | Selected Portions of 1997 Calendar |
| GX 01262 | Selected Portions of 1998 Calendar |
| GX 01304 | CUC 10-Q, 4/30/95 |
| GX 01305 | CUC 10-Q, 7/31/95 |
| GX 01306 | CUC 10-Q, 10/31/95 |
| GX 01307 | CUC 10-K, 1/31/96 |
| GX 01308 | CUC 10-Q, 4/30/96 |
| GX 01309 | CUC 10-Q, 7/31/96 |
| GX 01310 | CUC 10-Q, 10/31/96 |
| GX 01311 | CUC 10-Q, 10/31/96 |
| GX 01312 | CUC 10-K, 1/31/97 |
| GX 01313 | CUC 10-Q, 7/31/97 |
| GX 01314 | CUC 10-Q, 10/31/97 |
| GX 01315 | Cendant 10-K, 12/31/97 |
| GX 01323 | Form 4, 2/6/97 |
| GX 01324 | Form 4, 2/10/97 |
| GX 01331 | Form 4, 4/10/98 |
| GX 01500 | Letter to Rittereisser from W. Forbes w/attached chart 12/11/1997 |
| GX 01524 | Minutes of Audit Committee Meeting 1/20/1998 |
| GX 01529 | CUC Due Diligence Presentation - selected portion |

| | |
|---|---|
| GX 01531 | Consolidated Budget 1998 Adjustments |
| GX 01539 | CUC Summary |
| GX 01546 | Plea Agreement with Cosmo Corigliano 1/14/2000 |
| GX 01775 | Reserve Consolidation |
| GX 01777 | 1/31/1997 Annual Review Summary |
| GX 01792 | EBIT Revenue Comparison 97-98 |
| GX 01792A | 10/1/1997 Version of EBIT Comparison |
| GX 01813.1 | Press Release 4/23/96 |
| GX 01815 | Minutes of Audit Committee Meeting 1/25/1998 |
| GX 01817 | Executive Committee Meeting Agenda 1/16/1998 |
| GX 01828 | Quit Claim Deed dated 6/8/98 From Walter and Caren Forbes to Caren Forbes for 362 Mill Creek Circle, Vail, CO, Lot 9, Block 1 |
| GX 01830 | Warranty Deed dated 12/4/98 from Walter and Caren Forbes to Caren Forbes for 100 Ocean Rd, Apt 312, Vero Beach, FL |
| GX 01832 | Quit Claim Deed dated 12/15/99 from Walter Forbes to Caren Forbes for 687 Smith Ridge Road, New Canaan, CT |
| GX 01953 | CUC Press Release 12/2/96 |
| GX 03044 | Consolidated Condensed Income Statement 7/31/97 |
| GX 03058 | Stock Price by Month 1990-1998 |
| GX 03059 | CUC International/Cendant Monthly Closing Price 1990-1998 |
| GX 03070 | 3/19/96 Letter to E&Y from CUC International |
| GX 03075 | 1/28/1997 Check for $2960.00 from CUC to EED, Inc. |
| GX 09320 | 8/30/1993 Business Wire Article re: CUC Releasing 2nd Quarter Results |
| GX 09321 | Consolidated Condensed Income Statement 7/31/1993 |
| GX 09322 | CUC - P&L Reconciliation 7/31/1993 |
| GX 09510 | CUC Earnings Release, Business Wire, 5/31/95 |
| GX 09512 | CUC - P&L Reconciliation 4/30/95 |
| GX 09520 | CUC Earnings Release, Business Wire, 8/29/95 |
| GX 09530 | CUC Earnings Release, Business Wire, 11/29/95 |
| GX 09610 | CUC Earnings Release, Business Wire, 5/22/96 |
| GX 09620 | CUC Earnings Release, Business Wire, 9/4/96 |
| GX 09630 | CUC Earnings Release, Business Wire, 12/2/96 |
| GX 09710 | CUC Earnings Release, Business Wire, 5/28/97 |
| GX 09720 | CUC Earnings Release, Business Wire, 9/4/97 |
| GX 09730 | CUC Earnings Release, Business Wire, 12/2/97 |
| GX 11007 | E&Y Manager/Senior Manager Periodic Performance Review: Bruce Botti |
| GX 20500 | CUC Proxy and Cover Letter Dated 5/18/93 |
| GX 20501 | CUC Proxy and Cover Letter Dated 5/5/94 |
| GX 20502 | CUC Proxy and Cover Letter Dated 5/5/95 |
| GX 20503 | CUC Proxy and Cover Letter Dated 6/5/96 |
| GX 20504 | CUC Proxy and Cover Letter Dated 6/11/97 |

| GX 20507 | Form 4, 7/9/93 |
|---|---|
| GX 20508 | Form 4, 11/10/93 |
| GX 20509 | Form 4, 12/9/93 |
| GX 20510 | Form 4, 10/7/94 |
| GX 20511 | Form 4, 12/11/95 |
| GX 20512 | Compensation Chart for Walter A. Forbes |
| GX 20513 | Form 4, 4/8/91 |
| GX 20514 | March 31, 1998 Proxy |
| GX 20515 | Form 4, 8/7/92 |
| GX 20516 | Form 4, 12/7/92 |
| GX 20518 | Form 4, 4/93 |
| GX 20519 | Form 4, 6/4/93 |
| GX 20525 | 3/31/1997 Letter from HFS to Deloitte & Touche |
| GX 20527 | Form 8-K, 1/22/1998 for Cendant Corporation |

| TRIAL #1 | |
|---|---|
| 1 | Note from Juror #8 |
| 2 | Note from Juror #2 |
| 3 | Note from Juror #2 |
| 4 | Note from Juror #7 |
| 5 | Note from Juror #3 |
| 6 | Note from Juror #13 |
| 7 | Submission re: Evidence |
| 8 | Note from Juror #2 |
| 9 | Document placed under seal for in camera review (unsealed: Peoples Bank documents) |
| 10 | Note from Juror #5 |
| 11 | Note from Juror #2 |
| 12 | Note from Juror #2 |
| 13 | Note from Juror #13 |
| 14 | Copy of cover of textbook: Understanding the Law |
| 15 | Note from Juror #5 |
| 16 | Note from Juror #2 |
| 17 | List of defendants' exhibits admitted re: acquisitions section (limited purpose) |
| 18 | Draft of Jury Charge |
| 19 | Note from Juror #2 |
| 20 | Note from Juror #11 |
| 21 | Redacted Superseding Indictment |
| 22 | Submissions re: Proposed Curative Instruction |
| 23 | Verdict Form for Walter A. Forbes |
| 24 | Verdict Form for E. Kirk Shelton |
| 25 | Jury Charge |
| 26 | Note from the Jury |
| 27 | Note from Juror #15 |
| 28 | Note from the Jury |
| 29 | Note from the Jury |
| 30 | Note from the Jury |
| 31 | Note from the Jury |
| 32 | Note from the Jury |
| 33 | Note from Alternate Jurors |
| 34 | Note from the Jury |
| 35 | Submission in response to Jury question (court exhibit #34) |
| 36 | Note from the Jury |
| 37 | Note from the Jury |
| 38 | Note from the Jury |
| 39 | Note from the Jury |
| 40 | Note from the Jury |
| 41 | Note from the Jury |
| 42 | Note from the Jury |
| 43 | Note from the Jury |
| 44 | Document placed under seal |
| 45 | Document placed under seal |
| 46 | Note from the Jury |
| 47 | Document placed under seal |
| 48 | Document placed under seal |
| 49 | Document placed under seal |

| | |
|---|---|
| 50 | Note from the Jury |
| 51 | Note from the Jury |
| 52 | Note from the Jury |
| 53 | Note from the Jury |
| 53A | Note from the Jury |
| 54 | Document placed under seal |
| 55 | Note from the Jury |
| 56 | Note from the Jury |
| 57 | Note from the Jury |
| 58 | Note from the Jury |
| 59 | Note from the Jury |
| 60 | Note from the Jury |
| 61 | Note from the Jury |
| 62 | Supplemental Jury Charge (response to court exhibit #58) |
| 63 | Documents placed under seal |
| 64 | Note from the Jury |
| 65 | Note from the Jury |
| 66 | Note from the Jury |
| 67 | Note from the Jury |
| **TRIAL #2** | |
| 1 | Note from Juror #17 |
| 2 | Note from Juror #17 |
| 3 | Note from Juror #17 |
| 4 | Note from Juror #17 |
| 5 | Note from Juror #7 |
| 6 | Note from Juror #17 |
| 7 | Note from Juror #17 |
| 8 | Redacted Indictment |
| 9 | Jury Charge |
| 10 | Note from Jury |
| 11 | Note from Jury |
| 12 | Note to Jury |
| 12A | Jury Charge (copy) |
| 13 | Note from Jury |
| 14 | List of Limiting Instructions |
| 15 | Note from the Jury |
| 16 | Note from the Jury |
| 17 | Note from Juror #7 |
| 18 | Note from the Jury |
| 19 | Note from the Jury (placed under seal) |
| 20 | Note from Juror #17 (placed under seal) |
| 21 | Letter (placed under seal) |
| 22 | Note from Juror #7 |
| 23 | Note from the Jury |
| 24 | Note from the Jury |
| 25 | Note from the Jury |
| 26 | Draft of proposed supplemental jury charge |
| 27 | Supplemental Jury Charge |
| 28 | Note from Juror #17 (placed under seal) |
| 29 | Note from the Jury |
| 30 | Note from Juror #7 |

| | |
|---|---|
| 31 | Note from the Jury |
| 32 | Note from the Jury |
| 33 | 1/10/06 email, Keeley/Martinez, et al. |
| 34 | 1/10/06 email, Mathews/Mattei, et al. |
| 35 | 1/11/06 email, Martinez/Mattei, et al. |
| 36 | 1/11/06 email, Simon/Mattei, et al. |
| 37 | Note to the Jury |
| 38 | Note from the Jury |
| 39 | 1/11/06 Draft of readback |
| 40 | 1/17/06 Draft of readback |
| 41 | Court's conclusions as to testimony of Cosmo Corigliano designated for readback |
| 42 | Note from the Jury |
| 43 | Note from the Jury |
| 44 | Note from the Jury |
| 45 | 1/25/06 email, Carpenito/Mattei |
| 46 | 1/25/06 email, Keeley/Carpenito & Mattei |
| 47 | 1/25/06 email, Keeley/Carpenito & Mattei |
| 48 | 1/25/06 email, Keeley/Carpenito & Mattei |
| 49 | 1/25/06 email, Keeley/Mattei |
| 50 | 1/25/06 email, Carpenito/Mattei & Keeley |
| 51 | 1/25/06 email, Mattei/Carpenito |
| 52 | 1/25/06 email, Carpenito/Mattei |
| 53 | 1/25/06 email, Carpenito/Keeley & Mattei |
| 54 | 1/25/06 email, Carpenito/Mattei & Keeley |
| 55 | Note to the Jury |
| 56 | Note from the Jury |
| 57 | Note from the Jury (response to court exhibit #55) |
| 58 | Pages designated for readback of Walter A. Forbes |
| 59 | Note from the Jury |
| 60 | Note from the Jury |
| 61 | Note from the Jury |
| 62 | Note from the Jury |
| **TRIAL #3** | |
| 1 | Excused Juror - Theologus Dimitrades - Notes (10/13/06) |
| 1 | Email dated 10/22/06 to Court from Brendan Sullivan |
| 2 | Email to the court dated 10/23/06 - Mark Coyne |
| 3 | Phone message note Re: Juror |
| 4 | Email dated 10/25/06 at 5:29pm to Barry Simon from Court |
| 5 | Email dated 10/25/06 at 8:39pm from Barry Simon to Court |
| 6 | Note to the Court Re: Juror #4 dated 10/25/06 |
| 7 | Note #1 from Jury |
| 8 | Note #2 from Jury |
| 9 | Note #3 from Jury |
| 10 | Note #4 from Jury |
| 11 | Note #5 from Jury |