UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AHN) |
|---|---|---|
| | : | |
| | : | |
| | : | |
| v. | : | February 22, 2006 |
| | : | |
| | : | |
| | : | |
| WALTER A. FORBES | : | |

SUPPLEMENTAL INDEX TO RECORD FOR APPEAL
AND OBJECTIONS TO EXHIBITS IMPROPERLY INCLUDED
IN DEFENDANT FORBES' INDEX TO RECORD FOR APPEAL

The United States hereby supplements the Index to Record for Appeal filed by Defendant Walter A. Forbes (Docket No. 2654) with the following exhibits:

| GX 00548 | 5/27/97 employment agreement (first trial exhibit) |
|---|---|
| GX 01300 | 8/28/97 S-4 (first trial exhibit) |
| GX 10200 | Heckler Demonstrative - Topics |
| GX 10201 | Heckler Demonstrative - Quarterly Topside Adjustments |
| GX 10202 | Heckler Demonstrative - Revenue Allocation |
| GX 10203 | Heckler Demonstrative - Membership Cancellation Reserves |
| GX 10204 | Heckler Demonstrative - Merger Reserves |
| GX 10205 | Heckler Demonstrative - Cendant & Ideon Merger Reserves |
| GX 10206 | Heckler Demonstrative - Summary of Overstatements |

In addition, at this time, the United States objects to the inclusion of DX 01001, DX 01606, DX 01609, DX 01616, DX 01617, DX 02207, DX 02351, DX 02352, DX 02353, DX 02354, DX 02355, DX 02356, DX 02357, DX 35125, DX 35127, DX 35129, DX 35137, DX 35139, DX 35151 and DX 60000 in Forbes'

Index to Record for Appeal. Docket 2654-3, at 10. These "Defense Exhibits" were used to refresh recollection, or portions of them were read into the record; the exhibits themselves were not admitted into evidence at trial. Thus, these exhibits are not properly part of the record on appeal. *Rayborn v. Scully*, 858 F.2d 84, 93 n.2 (2d Cir. 1988) (where police officer's "notes were never entered into evidence at trial" but officer "use[d] them to refresh his recollection when he testified," the "notes technically form no part of the record on appeal"); *see Barcamerica Int'l v. Tyfield Importers, Inc.*, 289 F.3d 589, 594 (9th Cir. 2002) ("[p]apers not filed with the district court or admitted into evidence by that court are not part of the record on appeal") (internal quotation marks omitted).

                    Respectfully submitted,

                    CHRISTOPHER J. CHRISTIE
                    Special Attorney
                    U.S. Department of Justice

                    _____
                    MARK E. COYNE
                    Federal Bar Number phv01079
                    Special Attorney
                    U.S. Department of Justice
                    970 Broad Street, Room 700
                    Newark, New Jersey 07102
                    Tel: (973) 645-2700
                    Fax: (973) 645-2857

Newark, New Jersey
Date: February 22, 2007

**Certificate of Service**

    The undersigned certifies that on this day I caused to be served a copy of the forgoing document via email on:

> Barry S. Simon, Esq.
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005-5901
> (202) 434-5005
> bsimon@wc.com


_____
Mark E. Coyne

Dated:  February 22, 2007
        Newark, New Jersey