UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WALTER A. FORBES. ) <br> ) <br> ) | No. 3:02CR264 (AHN) <br> February 22, 2007 |

### SUPPLEMENT TO INDEX TO RECORD FOR APPEAL

Appellant Walter A. Forbes, through undersigned counsel, hereby submits this Supplement to the Index to the Record for Appeal. In addition to the materials identified in Docket No. 2653 (filed 2/21/07), the Record includes:

1. Certain Government Exhibits Admitted in Trial 1; and

2. Certain Government Exhibits Marked for Identification But Not Admitted in Trial 3.

Appended hereto as Exhibit A is an index to these additional materials.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

        James T. Cowdery (Bar No. ct05103)
        Thomas J. Murphy (Bar No. ct07959)
        COWDERY, ECKER & MURPHY, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

        Attorneys for Walter A. Forbes

Dated: February 22, 2007

CERTIFICATE OF SERVICE

       I hereby certify that I caused the foregoing Supplement to Index to Record for Appeal to be filed electronically and to be served on February 22, 2007 to the following via e-mail:

       Mark Coyne, Esq. (mark.coyne@usdoj.gov)
       Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
       Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

Barry S. Simon