# EXHIBIT A

| Exhibit | Description |
|---|---|
| GX 160 | Cendant Corp. Consolidated Budget, 1998 Adjustments |
| GX 530 | Schedule reflecting "Reserves being managed to meet quarterly targets" |
| GX 546 | Pember 1/21/98 Fax to Scott Forbes |
| GX 548 | 5/27/97 Employment Agreement |
| GX 1300 | 8/28/97 S-4 |

U.S. v. Forbes | Government Exhibits Marked for Identification (But Not Admitted) - Trial 3 | Case No. 3:02-cr-264

| Exhibit | Description |
|---|---|
| GX 10200 | Heckler Demonstrative - Topics |
| GX 10201 | Heckler Demonstrative - Quarterly Topside Adjustments |
| GX 10202 | Heckler Demonstrative - Revenue Allocation |
| GX 10203 | Heckler Demonstrative - Membership Cancellation Reserves |
| GX 10204 | Heckler Demonstrative - Merger Reserves |
| GX 10205 | Heckler Demonstrative - Cendant & Ideon Merger Reserves |
| GX 10206 | Heckler Demonstrative - Summary of Overstatements |