UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) <br> ) No. 3:02CR264 (AHN) |
| WALTER A. FORBES. | ) February 26, 2007 <br> ) <br> ) |

**CONSENT MOTION TO UNSEAL**
**THE ATTACHED DOCKET ENTRIES**

Defendant Walter A. Forbes respectfully moves the Court to enter an order unsealing the docket entries and other materials identified in Exhibit 1. This list attached as Exhibit 1 was compiled jointly by the government and Mr. Forbes, and represents some of the sealed docket entries and other sealed items which may be necessary to the appeal of Mr. Forbes' conviction and sentencing.[1] Unsealing these items will substantially assist the preparation and presentation of the appeal. Moreover, as described below, the reasons for sealing most of these items no longer exist, and any reasons which may remain are outweighed by the burden that continued sealing of the materials would impose on the parties and the courts during the appeal. The government consents to the relief sought herein.

The docket entries sought to be unsealed fall into the following categories:

1. **Documents Relating to Pending Jury Deliberations** (Transcripts from 12/15/04, 12/17/04, 12/20/04, 1/3/05 and 1/4/05 (to be transcribed and filed) and Court Exhibit 54 from the First Trial (to be filed)): these documents were placed under seal because they related to then-deliberating jurors. Now that all three juries have concluded their deliberations there is no need for continuing to keep these documents under seal.

---

[1] There are certain additional docket entries which are under seal that are highly relevant to the jury selection issues that will be pursued on appeal. Because the government does not consent to unsealing these items at this time, they are not addressed in this consent motion.

2. **Documents Disclosing Stuart Bell's Intention to Invoke the Fifth Amendment** (Docket Entries 1205, 1207, 1208, 1209, 1210, 1211, 1212, 1252, 1253, 1254, 1255, 1306, 1307, 1308, 1317, 1689, 1690, 1691, 1692, 1758, 1693, 1755, 1766, 1768, 1814, 1815, 1863, 1864, 2301, 2302, 2329, 2438, 2439, 2450, 2457, 2468, 2470): These documents were filed under seal to avoid the public disclosure of Mr. Bell's intention to invoke the Fifth Amendment. That fact has now been the subject of public disclosure, and there is no need for continuing to keep these documents under seal.

3. **Documents Pertaining to the Extrinsic Evidence of Bias of Henry Silverman** (Docket Entries 2523, 2574, 2575): These documents were filed under seal because they referenced information that at the time of filing had not been disclosed in open court. There is no need to continue to keep this information under seal.

## CONCLUSION

For the foregoing reasons, Walter A. Forbes respectfully requests that the Court unseal the docket entries and other items identified in Exhibit 1.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

*Attorneys for Walter A. Forbes*

# EXHIBIT 1

## Docket Entries for Unsealing

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2004 | 1205 | MOTION to Seal by Walter A. Forbes as to Walter A. Forbes, E. Kirk Shelton. (D'Onofrio, B.) (FORBES TRIAL MOTION #39) (re Compelled Immunity) (re Bell testimony) |
| 09/27/2004 | 1207 | SEALED MOTION - Filed separately from case. by Walter A. Forbes as to Walter A. Forbes, E. Kirk Shelton. (FORBES TRIAL MOTION #36) (re Bell testimony) |
| 09/27/2004 | 1208 | Sealed Document re [1207] SEALED MOTION - Filed separately from case file. (re Bell testimony) |
| 09/27/2004 | 1209 | Sealed Document re [1207] SEALED MOTION - Filed separately from case file. (re Bell testimony) |
| 09/27/2004 | 1210 | SEALED MOTION - Filed separately from case. by Walter A. Forbes as to Walter A. Forbes, E. Kirk Shelton. (D'Onofrio, B.) (re Bell testimony) |
| 09/27/2004 | 1211 | Sealed Document re [1210] SEALED MOTION, [1207] SEALED MOTION - Filed separately from case file. (re Bell testimony) |
| 09/28/2004 | 1212 | Sealed Document re [1207] SEALED MOTION - Filed separately from case file. (re Bell testimony) |
| 10/04/2004 | 1252 | SEALED MOTION - Filed separately from case. by Walter A. Forbes as to Walter A. Forbes, E. Kirk Shelton. (FORBES TRIAL MOTION #44) (re Bell testimony) |
| 10/04/2004 | 1253 | Sealed Document re [1252] SEALED MOTION - Filed separately from case. (re Bell testimony) |
| 10/04/2004 | 1254 | Sealed Document filed by USA re [1252] SEALED MOTION - Filed separately from case. (re Bell testimony) |
| 10/04/2004 | 1255 | SEALED MOTION - Filed separately from case. by Walter A. Forbes as to Walter A. Forbes, E. Kirk Shelton. (FORBES TRIAL MOTION #43) (re Bell testimony) |
| 10/28/2004 | 1306 | MOTION to Seal Pleadings related to Trial Motion #51 by Walter A. Forbes as to Walter A. Forbes, E. Kirk Shelton. (FORBES TRIAL MOTION #52) (re Bell testimony) |
| 10/28/2004 | 1307 | SEALED MOTION - Filed separately from case. by Walter A. Forbes as to Walter A. Forbes, E. Kirk Shelton. (FORBES TRIAL MOTION #51) (re Bell testimony) |
| 10/28/2004 | 1308 | Sealed Document by Walter A. Forbes as to Walter A. Forbes, E. |

| | | |
|---|---|---|
| | | Kirk Shelton re [1307] SEALED MOTION - Filed separately from case. - Filed separately from case file. (re Bell testimony) |
| 10/29/2004 | 1317 | Sealed Document by USA as to Walter A. Forbes, E. Kirk Shelton re [1307] SEALED MOTION - Filed separately from case (re Bell testimony). |
| 09/06/2005 | 1689 | SEALED MOTION - Filed separately from case. by Walter A. Forbes. (FORBES RETRIAL MOTION #7) (re Bell testimony) |
| 09/06/2005 | 1690 | Sealed Document by Walter A. Forbes - Filed separately from case file. (re Bell testimony) |
| 09/06/2005 | 1691 | Sealed Document by Walter A. Forbes - Filed separately from case file. (re Bell testimony) |
| 09/06/2005 | 1692 | SEALED MOTION - Filed separately from case. by Walter A. Forbes. (FORBES RETRIAL MOTION IN LIMINE #9) (D'Onofrio, B.) (Entered: 09/07/2005) |
| 09/06/2005 | 1693 | Sealed Document by Walter A. Forbes - Filed separately from case file. (re Bell) |
| 09/27/2005 | 1755 | Sealed Document by USA as to Walter A. Forbes re [1689] SEALED MOTION - Filed separately from case. (re Bell testimony) |
| 09/27/2005 | 1758 | Sealed Document by USA as to Walter A. Forbes re [1692] SEALED MOTION - Filed separately from case. (Forbes Retrial Motion In Limine #9)(D'Onofrio, B.) (Entered: 09/27/2005) |
| 09/28/2005 | 1766 | SEALED MOTION - Filed separately from case. by USA as to Walter A. Forbes. (D'Onofrio, B.) (re Bell) |
| 09/28/2005 | 1768 | Sealed Document by Walter A. Forbes re [1766] SEALED MOTION - Filed separately from case. (re Bell) |
| 10/11/2005 | 1814 | Sealed Document by Walter A. Forbes re [1689] SEALED MOTION - Filed separately from case. (Forbes Retrial Motion #7)(re Bell testimony) |
| 10/11/2005 | 1815 | Sealed Document by Walter A. Forbes re [1692] SEALED MOTION - Filed separately from case. (Forbes Retrial Motion in Limine #9)(D'Onofrio, B.) (Entered: 10/11/2005) |
| 10/17/2005 | 1863 | SEALED MOTION - Filed separately from case. by Walter A. Forbes. (Attachments: # (1) Memorandum in Support) (FORBES RETRIAL MOTION IN LIMINE #23) (re pre-1995 accounting) |
| 10/19/2005 | 1864 | Sealed Document by USA as to Walter A. Forbes re [1863] SEALED MOTION - Filed separately from case. (Forbes Retrial Motion in Limine #23) (re pre-1995 accounting) |

2 of 4

| Date | Doc # | Description |
|---|---|---|
| 4/17/2006 | 2301 | Sealed Motion re Gov't Opp. to Forbes' Third Trial Motion No. 3 (re Bell Testimony) |
| 4/17/2006 | 2302 | Sealed Memorandum by Gov't in Opposition to Forbes' Third Trial Motion No. 3 (re Bell Testimony) |
| 4/28/2006 | 2329 | Sealed Document by Walter A. Forbes re Motion Of Walter A. Forbes For An Order Requiring The Government To Confer Use Immunity On Stuart Bell (Forbes Third Trial Motion No. 3) |
| 8/22/2006 | 2438 | Motion For Order Sealing Opposition of The United States To Forbes' Motion For Leave To File Supplemental Memorandum In Further Support of His Third Trial Motion No. 3 (re Bell testimony) |
| 8/22/2006 | 2439 | Opposition of the United States to Forbes' Motion for Leave to File Supplemental Memorandum in Further Support of His Third Trial Motion No. 3 (re Bell testimony) |
| 9/8/2006 | 2450 2457 | Objections of Walter A. Forbes To The Government's Preliminary Proposed Supplemental Jury Instructions For The Third Trial (Part II) |
| 9/25/2006 | 2468 | Transcript of Proceedings (9/20/06) |
| 9/25/2006 | 2470 | Transcript of Proceedings (9/21/06) |
| 10/18/2006 | 2523 | Sealed Document by USA as to Walter A. Forbes re 2509 MOTION Permission to Introduce Extrinsic Evidence of Bias (Forbes Third Trial Motion No. 19) |
| 11/1/06 | 2574 | Transcript of Proceedings (10/13/06) |
| 11/1/06 | 2575 | Transcript of Proceedings (10/16/06) |

In addition, we also request that the following transcripts which are under seal, and which Mr. Forbes has requested be transcribed and filed with the record, be unsealed:

| | |
|---|---|
| 12/15/04 | pp. 16,731-16,752 (Trial Volume CVII) |
| 12/17/04 | pp. 15-32, p.35 (Telephonic Status Conference) |
| 12/20/04 | pp. 16,771-16,786; pp.16,791-16,792 (Trial Volume CIX) |
| 01/03/05 | pp. 16,925-16,935 (Trial Volume CXVII) |
| 01/04/05 | pp. 16,956-16,959, pp.16,961 (Trial Volume CXVIII) |

3 of 4

And the following Court Exhibit, which we are requesting be filed with the Record:

    First Trial, Court Exhibit 54

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Consent Motion to Unseal the Attached Docket Entries to be filed electronically and to be served on February 26, 2007 to the following via e-mail:

      Mark Coyne, Esq. (mark.coyne@usdoj.gov)
      Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
      Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon