UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:02CR264 (AHN) |
| WALTER A. FORBES. | ) | March 8, 2007 |
| | ) | |

### NOTICE OF MANUAL FILING

Please take notice that Walter A. Forbes has manually filed his Reply Memorandum in Support of Motion for Release Pending Appeal. This document has not been filed electronically because it is being filed under seal pursuant to Local Rule of Criminal Procedure 57(b).

This document has been manually served on all parties.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Manual Filing to be sent on March 8, 2007 to the following via e-mail and Federal Express:

>Norman Gross, AUSA
>Michael Martinez, AUSA
>Craig Carpenito, AUSA
>U.S. Attorney's Office
>District of New Jersey
>401 Market Street, Fourth Floor
>Camden, NJ 08101

_____
Barry S. Simon