```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :

          v.                  :    Criminal No. 3:02CR264(AHN)

WALTER A. FORBES              :
```

RULING AND ORDER RE UNSEALING DOCUMENTS

The Clerk is hereby ordered to unseal doc. # 2491, the currently sealed portion of the October 4, 2006 transcript of jury selection, and doc. # 2492, the currently sealed transcript of the October 5, 2006 Batson/J.E.B. hearing.

Consistent with the court's assurance to the prospective jurors who completed confidential juror questionnaires that their answers would be kept confidential and under seal, all such juror questionnaires shall remain under seal. There is, however, no compelling reason to order the sealing of the parties' briefs supporting and opposing the Defendant's motion for bail pending appeal. To the extent those briefs contain prospective jurors' confidential information, the privacy interests of those individuals will be adequately protected by requiring the parties to refer to them only by initials and gender, as opposed to name. See Press Enterprise Co. V. Superior Court of Calif., 464 U.S. 501, 512 (1984); United States v. King, 140 F.3d 76, 80 (2d Cir. 1998). This requirement will not impose an undue burden on either the parties or the court and is a narrowly-drawn, reasonable alternative that will protect both the venire members'

privacy interests as well as the public's presumptive right of access to judicial documents.  See United States v. Amodeo, 44 F.3d 141, 145-46 (2d Cir. 1995).

    Accordingly, the Defendant and the Government shall withdraw any memorandum in support of or in opposition to the Defendant's motion for bail pending appeal that has been filed under seal and shall re-file a redacted version that refers to venire persons solely by initials and gender.

    SO ORDERED this 12th day of March, 2007 at Bridgeport, Connecticut.

```
                          _____
                               Alan H. Nevas
                          United States District Judge
```