UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES ) | |

## DECLARATION OF ROBERT M. CARY

I, Robert M. Cary, declare:

1. I am a partner at Williams & Connolly LLP. I have been responsible for management of the jury questionnaires in the matter of United States v. Walter Forbes, No. 3:02CR264 (AHN).

2. My firm has retained copies of the juror questionnaires for the 46 jurors against whom peremptory challenges were exercised in order to select the final panel of 12 jurors and 4 alternate jurors.

3. I have directed that all remaining juror questionnaires from the third trial in the case of United States v. Walter Forbes, No. 3:02CR264 (AHN), be destroyed, and I have insured that they in fact have been destroyed.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on the 15th day of March, 2007.

_____
Robert M. Cary

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Declaration of Robert M. Cary to be filed electronically and to be served on March 21, 2007 to the following via e-mail:

>Mark Coyne, Esq. (mark.coyne@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Margaret A. Keeley