UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:02CR264 (AHN) |
| | ) | |
| WALTER A. FORBES | ) | March 23, 2007 |
| | ) | |
| | ) | |

**WALTER A. FORBES' NOTICE OF FILING OF PLEADINGS
RELATING TO HIS MOTION FOR RELEASE PENDING APPEAL**

Pursuant to the Court's instructions, Walter A. Forbes, through undersigned counsel, respectfully submits this Notice of Filing attaching his (A) Motion for Release Pending Appeal and redacted Memorandum in Support; and (B) Reply Memorandum in Support of his Motion for Release Pending Appeal. These pleadings were previously filed under seal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Filing of Pleadings Relating to Motion for Release Pending Appeal to be filed electronically and to be served on March 23, 2007 to the following via e-mail:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon