UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : No. 3:02CR264 (AHN) |
| v. | : |
| | : April 10, 2007 |
| | : |
| WALTER A. FORBES | : |
| | : |

### DECLARATION OF MICHAEL MARTINEZ

Michael Martinez, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an Assistant United States Attorney for the District of New Jersey, and I have been appointed as a Special Attorney to the United States Attorney General under 28 U.S.C. § 515. As a Special Attorney, I am authorized to participate in criminal and civil proceedings in the District of Connecticut.

2. I, together with Special Attorneys Craig Carpenito, Mark E. Coyne, and Norman Gross, represented the United States in United States v. Walter A. Forbes, 3:02CR264 (AHN).

3. The United States has retained copies of juror questionnaires for the 46 potential jurors against whom the parties exercised peremptory challenges on October 4, 2006, in connection with the criminal trial of Defendant Forbes that began on October 10, 2006.

4.	I have directed and supervised the destruction of the remaining juror questionnaires from the October 2006 criminal trial of Defendant Forbes. In addition, I have directed and supervised the destruction of all juror questionnaires from the previous two criminal trials of Defendant Forbes.

5.	I declare under penalty of perjury that the foregoing is true and correct.

_____
Michael Martinez

Executed on April 10, 2007
Newark, New Jersey

## CERTIFICATE OF SERVICE

I certify that I caused the attached Declaration of Michael Martinez to be filed electronically and to be served on April 10, 2007 to the following by electronic mail:

Barry S. Simon, Esq. (bsimon@wc.com)
Robert M. Cary, Esq. (rcary@wc.com)
Margaret A. Keeley, Esq. (mkeeley@wc.com)

Mark E. Coyne