CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

FILED

2007 APR -5 P 1: 11

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             *Plaintiff,*<br>v.<br><br>WALTER A. FORBES,<br><br>             *Defendant,*<br>and<br><br>BUCK, STURMER & COMPANY, P.C.,<br>and its successors or assigns,<br><br>             *Garnishee.* | HON. ALAN H. NEVAS<br><br>Criminal No. 3:02-264<br><br><br>CLERK'S NOTICE OF<br>POST-JUDGMENT<br>GARNISHMENT |

## TO THE ABOVE-NAMED DEFENDANT AND ALL OTHER PERSONS INTERESTED:

You are hereby notified that property in the possession, custody, or control of Buck, Sturmer & Company, P.C., in which you have an interest, is being taken by the United States of America which has a Court judgment in Criminal No. 3:02-264 in the sum of $3,275,000,000.00. A balance of $3,273,085,723.00 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Walter A. Forbes can show that the exemptions apply. Attached is a summary of the exemptions which are applicable pursuant to 18 USC §3613(a).

If you are Walter A. Forbes you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

The instructions for objection to the Answer of the Garnishee and for obtaining a hearing on the objections are set forth in the "Notice of Garnishment and Instructions to the Above-Named Defendant" served upon you by the United States of America.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing.

If you wish, you may use this notice to request the hearing by completing the Request for Hearing Form which is attached to the Writ of Garnishment. You must either mail it or deliver it in person to the Clerk of the United States District Court, District of Connecticut, 915 Lafayette Blvd., Bridgeport, CT 06604. You must also send a copy of your request to the United States Attorney's Office, District of New Jersey, 970 Broad Street, Suite 700, Newark, NJ 07102, Attn: John G. Silbermann, Assistant U.S. Attorney, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, a Court Order will be entered attaching the wages, monies, and/or commissions which will then be applied against the judgment owed the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court, District of Connecticut, 915 Lafayette Blvd., Bridgeport, CT 06604. You must also send a copy of your request to the United States Attorney's Office, District of New Jersey, 970 Broad Street, Suite 700, Newark, NJ 07102, Attn: John G. Silbermann, Assistant U.S. Attorney, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

KEVIN F. ROWE
CLERK, U.S. DISTRICT COURT

By: _Chrystие 16. Соф_
Deputy Clerk