CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

FILED

2007 APR -4 P 2: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                                *Plaintiff,*<br>v.<br><br>WALTER A. FORBES,<br><br>                                              *Defendant,*<br>and<br><br>**JPMORGAN CHASE BANK, N.A.,<br>and its successors or assigns,**<br><br>                                             *Garnishees.* | HON. ALAN H. NEVAS<br><br>Criminal No. 3:02-264<br><br>**APPLICATION AND ORDER<br>FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Walter A. Forbes, Social Security number *******5664, whose last known address is 687 Smith Ridge Road, New Canaan, CT 06840 in the above cited action in the amount of $3,275,000,000.00.

The total balance due and owing as of March 29, 2007 is $3,273,085,723.00.

Demand for payment of the above-stated debt was made upon the debtor not less than 30

days from March 29, 2007, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Walter A. Forbes has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Walter A. Forbes.

The name and address of the Garnishee or his authorized agent is:

> JPMorgan Chase Bank, N.A.
> 451 Florida Street, 3rd Floor
> Baton Rouge, LA 70801

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

> CHRISTOPHER J. CHRISTIE
> SPECIAL ATTORNEY
> U.S. DEPARTMENT OF JUSTICE
>
> By:   JOHN G. SILBERMANN, JR.
>       SPECIAL ATTORNEY

IT IS, on this ___3___ day of __April__, 2007,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
HON. ALAN H. NEVAS
UNITED STATES DISTRICT COURT