DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE COOY
DEPUTY-IN-CHARGE
BRIDGEPORT

April 11, 2007

Robert Cary
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Facsimile (202)434-5029

Re:   **Expedited Transcript**
      **in the matter of USA v. Forbes, et al**
      **Case No. 3:02cr264(AHN)**
      **Held on April 11, 2007**

Dear Mr. Cary,

This is to confirm your request for a transcript in the above referenced case. Your request will be handled within 7 days by the following transcription company:

> Stephen C. Bowles
> BOWLES REPORTING SERVICE
> P. O. Box 607
> Gales Ferry, CT 06335
> Tel. No. (860)464 -1083

The estimated amount for the above captioned matter is $158.40. **Please forward your deposit to the Bowles Reporting Service.** Your deposit is needed before the transcript can be started. Since this is only an estimate, upon completion of the transcript a final bill will accompany it.

If you have any questions please don't hesitate to contact me at (203)579-5713.

Sincerely,
Kevin F. Rowe, Clerk

*Maria Corriette*
Maria Corriette, ECRO