CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

FILED

2007 APR 16  A 10: 06

U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>WALTER A. FORBES,<br><br>*Defendant,*<br><br>and<br><br>SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK,<br>and its successors or assigns,<br><br>*Garnishee.* | HON. ALAN H. NEVAS<br><br>Criminal No. 3:02-264<br><br>ANSWER OF THE GARNISHEE |

Frederick L. Wortman , BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

_____

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which

Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/~~she~~ is the (State Official Title) ___(1)___ of Garnishee, ___(2)___ a

corporation, organized under the laws of the State of ~~New York~~

    On __April 12__, 2007_, Garnishee received the Writ of Garnishment by ~~certified mail/~~ Federal Express Priority Overnight delivery.

The Garnishee was informed of its right to have the Writ served by the United States Marshal.

The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal

and accepts service of the Writ of Garnishment by ~~certified mail/~~ Federal Express Priority Overnight delivery.

    5.    The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Please see attached schedule | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

    Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. Please see attached schedule. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___    [The Garnishee makes the following claim of exemption on the part of Defendant:]

___    [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___    [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, <u>Walter A. Forbes</u>, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Walter A. Forbes, at (debtor's address):

> 687 Smith Ridge Road
> New Canaan, CT 06840

(2) Barry S. Simon, Esq., Counsel for Walter A. Forbes, Williams & Connolly, LLP, 725 12th Street, NW, Washington, D.C. 20005, and (3) the United States Attorney's Office, District of New Jersey, 970 Broad Street, Suite 700, Newark, NJ 07102, Attn: John G. Silbermann, Jr., AUSA.

_____
Garnishee

Subscribed and sworn to before me this
13th day of April 2007.

_____
Notary Public
(Seal)

My Commission expires: _____

10/27/2010



**SECURITY MUTUAL LIFE**
**INSURANCE COMPANY OF NEW YORK**
SECURITY MUTUAL BUILDING • 100 COURT STREET
P.O. BOX 1625 • BINGHAMTON, NEW YORK 13902-1625
607-723-3551 • www.smlny.com

ANSWER OF THE GARNISHEE
SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK

1. Frederick L. Wortman is the Senior Vice President, Administration and Chief Compliance Officer of Security Mutual Life Insurance Company of New York.

2. Security Mutual Life Insurance Company of New York, a mutual life insurance corporation organized under the laws of the State of New York.

5. The attached schedule shows the three currently in force life insurance policies issued by Security Mutual Life Insurance Company of New York in which Walter A. Forbes has an interest, whether as insured or owner or both. Our records do not show that Walter A. Forbes is a beneficiary of any policy.

The approximate vale of each of the policies is shown as "Cash Surrender Value as of 4/12/07."

The amounts "Garnishee anticipates owing to the judgment-debtor in the future" is shown as "Death Benefit as of 4/12/07." These amounts would need to be brought current as of the date of death of Walter A. Forbes, and assume that the life insurance policy is in force on the date of death.

| Policy # | Insured | Owner | Beneficiary | Plan | Anniv | Death Benefit as of 4/12/07 | | Cash Surrender Value as of 4/12/07 | |
|---|---|---|---|---|---|---|---|---|---|
| 001046438 | Walter A Forbes | Walter A Forbes | Caren S Forbes, wife | Customizer | 12/28/1988 | Base Policy | 4,398,000 | Base Policy | 3,501,046.87 |
| | | | | | | PUA Rider | 669,893 | PUA Rider | 347,828.59 |
| | | | | | | Loan | 3,382,412.41 | Loan | 3,382,412.41 |
| | | | | | | Loan Interest | 72,884.05 | Loan Interest | 72,884.05 |
| | | | | | | Net Death Benefit | 1,612,596.54 | Net Cash Surr Value | 393,579.00 |
| 001071502 | Walter A Forbes | Walter A Forbes | Caren S Forbes, wife | Pd Up Cust | 2/21/1991 | Base Policy | 2,088,223 | Base Policy | 1,423,783.81 |
| | | | | | | Loan | 1,181,982.47 | Loan | 1,181,982.47 |
| | | | | | | Loan Interest | 10,524.51 | Loan Interest | 10,524.51 |
| | | | | | | Net Death Benefit | 895,716.02 | Net Cash Surr Value | 231,276.83 |
| 001262488 | Walter A Forbes | Walter Forbes Family Trust UTA 9/24/1990 | Walter Forbes Family Trust UTA 9/24/1990 | Security UL | 5/8/2001 | Base Policy | 7,500,000 | Base Policy | 368,998.39 |
| | | | | | TOTAL | Net Death Benefit | 10,008,312.56 | Net Cash Surr Value | 993,854.22 |