UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 3:02-CR-264 (AHN) |
| WALTER A. FORBES | ) ) ) ) | April 20, 2007 |

### OBJECTIONS TO GARNISHMENT AND MOTION TO STAY RESTITUTION AND TO QUASH THE SUBPOENA SERVED ON BUCK, STURMER & COMPANY, P.C.

Walter A. Forbes, through undersigned counsel, respectfully objects to the garnishments that have been served on third-parties seeking to garnish his property and moves to stay restitution and to quash the subpoena served on Buck, Sturmer & Company, P.C. The grounds for Mr. Forbes' objections and motion are set forth in the accompanying Objections to Garnishment and Memorandum in Support of Motion to Stay Restitution and to Quash the Subpoena Served on Buck, Sturmer and Company, P.C.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)
Robert M. Cary (Bar No. ct24198)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (email)

Hearing Requested