UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | |
| WALTER A. FORBES. ) | May 16, 2007 |

## CONSENT MOTION OF DEFENDANT
## WALTER A. FORBES FOR PERMISSION TO TRAVEL

Walter A. Forbes, through undersigned counsel, respectfully moves to modify the conditions of his release in order to permit him to travel to Wisconsin to attend to the affairs of his deceased brother, James Forbes.

As the Court may recall, the Court previously permitted Walter Forbes to travel to Wisconsin to visit his brother, James Forbes, who was suffering from ALS or "Lou Gehrig's disease." Walter Forbes was required to give notice to the Probation Office of his travel plans before departure from Connecticut and upon his return to Connecticut.

James Forbes succumbed to ALS in January 2007. Walter Forbes is now needed to assist James Forbes' son in wrapping up James Forbes' affairs. Mr. Forbes needs to make two trips to Wisconsin, each lasting two days.

Mr. Forbes would notify the Probation Office of his travel plans before departure from Connecticut and upon his return to Connecticut.

The government consents to the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, Mr. Forbes respectfully requests that the Court modify the conditions of his release to permit Mr. Forbes to travel to Wisconsin to attend to his deceased brother's affairs.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ 
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and –

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: May 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Consent Motion of Defendant Walter A. Forbes for Permission to Travel to be filed electronically and to be served on May 16, 2007 to the following via e-mail:

>John Silbermann (john.silbermann@usdoj.gov)
>Mark Coyne, Esq. (mark.coyne@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon