# EXHIBIT A

## KNOWN ASSETS OF WALTER A. FORBES, 2001 - 2006

| Account/Asset | 01/01/01 | 01/01/02 | 01/01/03 | 01/01/04 | 01/01/05 | 01/01/06 |
|---|---|---|---|---|---|---|
| **Bank & Brokerage Accounts** | | | | | | |
| Smith Barney #XXX-XXX66-16 (Walter A. Forbes Pension Plan & Trust DTD 12/27/95) | | | | | | $166,512.38 |
| Smith Barney #XXX-XXX64-13 (Mr. Walter Forbes CGM IRA Custodian) | | | | $179,169.86 | $100,059.62 | $140,081.37 |
| Smith Barney #XXX-XXX12-10 | | | $1,300.00 | | | |
| PaineWebber #XX XXX11-04 | $852,793.54 | $175,069.58 | | | | |
| PaineWebber #XX XXX44-04 | $384,666.00 | $389,552.60 | $139,318.00 | $100,000.00 | $100,000.00 | |
| PaineWebber #XX XXX72-04 (Walter A. Forbes and Robert T. Tucker Trustees - Walter A. Forbes Pension Plan & Trust) | $95,673.54 | $89,614.30 | | | | |
| PaineWebber #XX XXX78-04 (Walter A. Forbes and Robert T. Tucker Trustees - Walter A. Forbes Pension Plan & Trust) | $134,963.04 | $187,251.36 | | | | |
| PaineWebber #XX XXX59-04 | $18,511.05 | | | | | |
| PaineWebber #XX XXX45-04 | $262,550.66 | $178,866.61 | $111.82 | $3.25 | $240.55 | $240.77 |
| Allen & Company #XXX-X8313 | | $115,097.00 | $117,265.00 | $43,243.00 | $3,332.00 | $3,416.00 |
| Banc of America Securities, LLC #XXX-X6259 (Walter A. Forbes & Robert T Tucker Trustees FBO Walter A. Forbes Pension Plan & Trust) | | | $69,571.23 | | | |
| Banc of America Securities, LLC #XXX-X6260 (Walter A. Forbes & Robert T Tucker Trustees FBO Walter A. Forbes Pension Plan & Trust #2) | | | $194,976.47 | | | |
| Banc of America Securities, LLC #XXX-X6357 | | $141,382.58 | $695,138.17 | | | |
| Banco of America Securities, LLC #XXX-X3867 (Guarantee & Trust Co. Trustee FBO Walter Forbes) | | | $221,241.88 | | | |
| ING Barings #XXX-X3198 | $208,260.00 | | | | | |
| JPMorgan Private Bank #XXX-X5-345 | $123,795.81 | $59,655.41 | $13,339.05 | $79,260.68 | $29,184.48 | $6,980.78 |
| JPMorgan Private Bank #X-XXXX0002 | $505,936.91 | $184,808.05 | $176,283.71 | $113,075.28 | $28,188.95 | $43,676.24 |
| Northern Turst #XX3988 | | | | $15,508.76 | $35,846.75 | $6,137.19 |
| Northern Turst #XX-X3925 (Marie Forbes Trust FBO Walter A. Forbes) | | $151,615.29 | $139,019.92 | $152,454.60 | $157,016.26 | $158,782.20 |
| Offitbank (Wachovia) #XXXX0245 | $10,278.00 | $15,389.00 | | | | |
| Offitbank (Wachovia) #XXXX0251 | | $72,807.00 | | | | |

## KNOWN ASSETS OF WALTER A. FORBES, 2001 - 2006

| Account/Asset | 01/01/01 | 01/01/02 | 01/01/03 | 01/01/04 | 01/01/05 | 01/01/06 |
|---|---|---|---|---|---|---|
| Smith Barney #XXX-X7108 | | | | $335,319.11 | $929,548.58 | $290,889.63 |
| Smith Barney #XXX-X7116 (Walter A. Forbes Pension Plan & Trust #2) | | | | $252,737.75 | $244,061.52 | $147,361.06 |
| Smith Barney #XXX-X7126 (Walter A. Forbes Pension Plan & Trust DTD 12/27/95) | | | | $78,380.30 | $75,218.70 | |
| The Bank of New York #XXX-XXX6404 | | | $218,286.05 | | | |
| **Bank & Brokerage Accounts Subtotals** | **$2,597,428.55** | **$1,761,108.78** | **$1,985,851.30** | **$1,349,152.59** | **$1,702,697.41** | **$964,077.62** |
| | | | | | | |
| **Partnership Capital Accounts** | | | | | | |
| A.F.F. Production, LLC | $0.00 | $0.00 | | | | |
| Barings/Digital Associates | $20,000.00 | $15,000.00 | | | | |
| BFFR, LLC - Capital Account | $189,137.00 | $184,613.00 | $187,679.00 | $190,713.00 | $199,236.00 | $192,743.00 |
| Blount Springs Recolonization Partners LP - Capital Account | $36,238.00 | $34,994.00 | $33,928.00 | $32,713.00 | $31,043.00 | $27,265.00 |
| Carson Street, LLC - Capital Account | $25,019.00 | $25,019.00 | | | | |
| Consor Capital I, LP | | | | | | $24,653.00 |
| Crown Pacific Partners, LP - Capital Account | $250,000.00 | $14,355.00 | $6,220.00 | $3,935.00 | $0.00 | |
| Ding.Com, LLC - Capital Account | | $0.00 | | | | |
| DLJ Millennium Partners, LP - Capital Account | $205,843.00 | $188,284.00 | $177,613.00 | $176,867.00 | $101,926.00 | $85,763.00 |
| F.G. - ATM, LLC - Capital Account | $24,053.00 | $0.00 | $0.00 | | | |
| F.G. - BLU - Capital Account | $706.00 | $0.00 | $0.00 | | | |
| F.G. - BLWTR, LLC - Capital Account | $16,548.00 | $0.00 | $0.00 | | | |
| F.G. - BLWTR, LLC - Capital Account (WAF/IRA) | $24,627.00 | $0.00 | $0.00 | | | |
| F.G. - BWB, LLC - Capital Account | $19,507.00 | $0.00 | $0.00 | | | |
| F.G. - CAP, LLC - Capital Account | $108,430.00 | $109,930.00 | $0.00 | | | |
| F.G. - DP, LLC - Capital Account | $24,624.00 | $0.00 | | | | |
| F.G. - EC, LLC - Capital Account | $44,986.00 | $45,754.00 | $0.00 | | | |
| F.G. - ECB, LLC - Capital Account | $24,395.00 | $25,603.00 | $0.00 | | | |
| F.G. - MF, LLC - Capital Account | $33,500.00 | $33,500.00 | $0.00 | | | |
| F.G. - OCG, LLC - Capital Account | $19,676.00 | $20,286.00 | $19,491.00 | $15,253.00 | $11,261.00 | $10,796.00 |
| F.G. - OCTV, LLC - Capital Account | $0.00 | $25,577.00 | $0.00 | | | |
| F.G. - SKY, LLC - Capital Account | $29,552.00 | $30,052.00 | $0.00 | | | |
| F.G. - SWB, LLC - Capital Account | $101,924.00 | $101,924.00 | $0.00 | | | |

## KNOWN ASSETS OF WALTER A. FORBES, 2001 - 2006

| Account/Asset | 01/01/01 | 01/01/02 | 01/01/03 | 01/01/04 | 01/01/05 | 01/01/06 |
|---|---|---|---|---|---|---|
| F.G. II Seed Fund III, LLC - Capital Account | $13,210.00 | $13,404.00 | $8,166.00 | $6,805.00 | $5,895.00 | $2,911.00 |
| F.G. II Ventures, LLC - Capital Account | $172.00 | $0.00 | $0.00 | $97,674.00 | $0.00 | $0.00 |
| Father Gordon Development, LLC - Capital Account | | | $0.00 | $50,000.00 | $215,579.00 | $476,898.00 |
| Father Greenwood, LLC | | | | | $0.00 | $2,702.00 |
| FG - SWB2 - Capital Account | | | | $0.00 | $14,841.00 | $14,841.00 |
| FG II - CHINA, LLC - Capital Account | | | | $0.00 | $925,000.00 | $0.00 |
| FG II - DCA, LLC - Capital Account | | | $0.00 | $326,397.00 | $462,740.00 | $503,651.00 |
| FG II - GEM, LLC - Capital Account | | $0.00 | $37,899.00 | $37,899.00 | $37,899.00 | $37,899.00 |
| FG II - WEB, LLC - Capital Account | | $0.00 | $25,000.00 | $25,000.00 | $25,143.00 | $25,559.00 |
| Lakefront, LLC - Capital Account | $186,414.00 | $195,672.00 | | | | |
| LJ Partners, LP - Capital Account | $356,562.00 | $0.00 | $0.00 | | | |
| Oceanfront, LLC - Capital Account | $311,464.00 | $147,165.00 | $0.00 | | | |
| OCG Investors, LLC - Capital Account | $34,774.00 | $49,541.00 | $47,600.00 | $37,253.00 | $27,506.00 | $26,372.00 |
| PW Health Sciences Fund, LLC - Capital Account (PW ACF Walter A. Forbes) | $140,056.00 | $137,205.00 | $0.00 | | | |
| PW Juniper Crossover Fund, LLC - Capital Account | $50,559.00 | $46,591.00 | $0.00 | | | |
| PW Sequoia Fund, LLC - Capital Account | | $105,977.00 | $0.00 | | | |
| PW Willow Fund, LLC - Capital Account | | $135,855.00 | $0.00 | | | |
| Queenwood Development Group, LLC - Capital Acct. | $9,834.00 | $9,734.00 | $79,634.00 | $79,534.00 | $79,476.00 | $84,391.00 |
| Queenwood Farm Golf Club, LLC - Capital Account | $103,681.00 | $103,888.00 | $103,801.00 | $103,756.00 | $350.00 | $0.00 |
| Red Stick Golf Investments, Ltd. - Capital Account | $155,511.00 | $55,373.00 | $30,231.00 | $30,142.00 | $78.00 | $23.00 |
| SCGP, LLC - Capital Account | | | | | $28,295.00 | $53,947.00 |
| SL Partners, LP - Capital Account | $338,142.00 | $0.00 | | | | |
| St. Cloud Capital Partners, LP - Capital Account | $0.00 | $124,572.00 | $94,270.00 | $87,374.00 | $380,694.00 | $446,096.00 |
| Tricordia, LLC - Capital Account | | | $0.00 | $13,650.00 | $0.00 | $0.00 |
| Whitney Strategic Partners VI, LP | | | | | $0.00 | $82,634.00 |
| **Partnership Capital Accounts Subtotals** | **$2,899,144.00** | **$1,979,868.00** | **$851,532.00** | **$1,314,965.00** | **$2,546,962.00** | **$2,099,144.00** |
| | | | | | | |
| **Stock Options*** | | | | | | |
| Stock options - Cendant 234,560 shares @ $21.42304/share (expired on 7/24/06) | -- | -- | -- | $123,604.00 | $414,458.00 | -- |
| Stock options - Cendant 216,996 shares @ $19.66446/share (expired on 4/21/07) | -- | -- | -- | $495,953.00 | $765,028.00 | -- |

## KNOWN ASSETS OF WALTER A. FORBES, 2001 - 2006

| Account/Asset | 01/01/01 | 01/01/02 | 01/01/03 | 01/01/04 | 01/01/05 | 01/01/06 |
|---|---|---|---|---|---|---|
| Stock options - Cendant 4,169,960 shares @ $30.09622/share (will expire on 12/17/07) | -- | -- | -- | -- | -- | -- |
| Stock options - Cendant 1,772,233 shares @ $32.91399/share (will expire on 1/27/08) | -- | -- | -- | -- | -- | -- |
| Stock options - Cendant 62,549 shares @ $35.97157/share (will expire on 3/2/08) | -- | -- | -- | -- | -- | -- |
| **Stock Options Subtotals** | -- | -- | -- | $619,557.00 | $1,179,486.00 | -- |
| | | | | | | |
| **Life Insurance**** | | | | | | |
| Security Mutual Policy #XXXX6438 | $4,776,458.93 | $5,194,218.35 | $5,636,729.24 | $4,907,165.09 | $527,239.77 | $485,174.92 |
| Security Mutual Policy #XXXX1502 | $1,560,864.14 | $1,721,797.88 | $2,023,859.53 | $2,141,554.20 | $293,515.19 | $233,674.14 |
| **Life Insurance Subtotals** | $6,337,323.07 | $6,916,016.23 | $7,660,588.77 | $7,048,719.29 | $820,754.96 | $718,849.06 |
| | | | | | | |
| **Loans and Mortgages** | | | | | | |
| Loan to Waterfront, LLC (CSF single member) | N/A | N/A | N/A | $25,000.00 | $25,000.00 | $25,000.00 |
| Promissory note to Millie H. Becker | N/A | N/A | N/A | $10,500.00 | $10,500.00 | $10,500.00 |
| Loan to Forbes Family Trust (advances) | N/A | N/A | N/A | $1,319.00 | $1,319.00 | $1,319.00 |
| Loan to FS Investment Co., LLC (proceeds from stock sale due to WAF) | N/A | $44,602.00 | $44,602.00 | $44,602.00 | $44,602.00 | $44,602.00 |
| Mortgage to Stephen J. Podgorak | N/A | N/A | N/A | $129,828.00 | ? | ? |
| **Loans and Mortgages Subtotals** | N/A | $44,602.00 | $44,602.00 | $211,249.00 | $81,421.00 | $81,421.00 |
| | | | | | | |
| **Real Estate**** | | | | | | |
| Parcels No. WA 032010500, WA0320107501 and WA0320107700, Town of Wascott, Douglas County, Wisconsin | $2,530,800.00 | N/A | N/A | N/A | N/A | N/A |

## KNOWN ASSETS OF WALTER A. FORBES, 2001 - 2006

| Account/Asset | 01/01/01 | 01/01/02 | 01/01/03 | 01/01/04 | 01/01/05 | 01/01/06 |
|---|---|---|---|---|---|---|
| 7194 E. County Road, Wascott, WI (Parcel No. WA0320200200) | $381,500.00 | N/A | N/A | N/A | N/A | N/A |
| 7129 E. Lakewood Dr., Wascott, WI (Parcel No. WA0320146400) | $58,100.00 | N/A | N/A | N/A | N/A | N/A |
| 13621 N. 16th Ave., Phoenix, AZ (50% interest) | $89,000.00 | $89,000.00 | $93,000.00 | $93,000.00 | $100,500.00 | $100,500.00 |
| Real Estate Subtotals | $3,059,400.00 | $89,000.00 | $93,000.00 | $93,000.00 | $100,500.00 | $100,500.00 |
| | | | | | | |
| TOTAL | $14,893,295.62 | $10,790,595.01 | $10,635,574.07 | $10,636,642.88 | $6,431,821.37 | $3,963,991.68 |

\* The United States is not in possession of the actual values of each of the known stock options owned by Mr. Forbes during the time period in question. Values stated herein are based strictly on market price minus exercise price for each option on first trading day of each calendar year.

\*\* Life insurance policies without cash surrender values are not included as assets herein. In addition, insufficient information was provided to calculate cash surrender values for Canada Life Policy No. 2633-125 during the time period in question.

\*\*\* Real estate values are based on tax assessment values for 2001. Only values for Parcels No. WA0320107500, WA0320107501, WA0320107700, WA0320200200 and WA0320146400, Town of Wascott, Douglas County, Wisconsin are included.