# EXHIBIT B - 1

*January 2001*

PAINEWEBBER INC.
8 MAIN STREET
SOUTHAMPTON, NY 11968-4819

99.X46 · 0101 · UQ · 1

**PaineWebber.**
Resource Management Account*

Account Number ____ 11 04

Your Financial Advisor
DODGE/ECKART 631/324-4800     631-287-1300/800-344-2222

MR. DOUGLAS BUCK
BUCK, STURMER & CO PC, CPA'S
521 FIFTH AVENUE
NEW YORK        NY 10175-0003

I..I.lllI...IlI...I.I.I.I...II.lll.III...I.II.I.I...I.I.I.I.I

Duplicate statement for the account of
MR W A FORBES
FG II
537 STEAMBOAT ROAD
GREENWICH    CT 06830-7153

Account Instructions
Statement copies are sent to 2 interested parties.

Bulletin Board
ED KERSCHNER SAYS THIS IS ONE OF THE 5 BEST
OPPORTUNITIES TO OWN STOCKS IN THE PAST
20 YEARS. VIEW HIS WEBCAST ON PAINEWEBBER.COM
OR LOGIN TO PAINEWEBBER ONLINE SERVICES.
RESOURCELINE 1-800-RMA-1000: ACCOUNT # ____ 6511

|  | Page   1 of   8 |
|---|---|
| Value on December 29 | $     852,793.54 |
| Value on January 31 | $   1,730,280.50 |
| Money funds in 01/31 value | $      59,984.02 |
| Restricted securities in 01/31 value (est.) | $   1,600,839.46* |

\* These securities may be illiquid and/or subject to restrictions on resale/
surrender which may substantially reduce their value. See the back of the
first page for additional information.

## Activity highlights

|  | Current period | Year-to-date |
|---|---|---|
| Deposits | $     703,681.67 | $     703,681.67 |
| Withdrawals | -2,542,371.59 | -2,542,371.59 |
| Money fund checks paid | -18,812.10 | -18,812.10 |
| Bank card payments | -9,021.24 | -9,021.24 |
| Loan/Late payment interest charged | . | . |
| Resource Management Account fee | -908.44 | -908.44 |
| Miscellaneous charges and adjustments | -95.00 | -95.00 |
| Securities transferred in (valued at time of transfer) | -64.99 | -64.99 |
|  | 2,053,541.88 | 2,053,541.88 |
| Net change from activity listed above | $     185,950.19 | $     185,950.19 |

## Portfolio summary

|  | Current period | Year-to-date |
|---|---|---|
| Opening value | $     852,793.54 | $     852,793.54 |
| Net change from Activity Highlights | 185,950.19 | 185,950.19 |
| Net security earnings | 404.79 | 404.79 |
| Change in value of investments | 691,131.98 | 691,131.98 |
| Value on January 31 | $   1,730,280.50 | $   1,730,280.50 |

# PaineWebber.
## Retirement Account

*January 2001*
**Individual Retirement Account**

PAINEWEBBER INC.
8 MAIN STREET
SOUTHAMPTON, NY 11968-4819

3-X46 - 0101 - UQ - 1

Account Number ███44 04          631-287-1300/800-344-2222

**Your Financial Advisor**
DODGE/ECKART631/324-4800

DOUGLAS BUCK
BUCK, STURMER & CO PC, CPA'S
521 FIFTH AVENUE
NEW YORK      NY 10175-0003

**Duplicate statement for the account of**
WALTER A FORBES
FG II
537 STEAMBOAT ROAD
GREENWICH    CT 06830-7153

**Account Instructions**
PaineWebber is your IRA custodian.
Statement copies are sent to 1 interested party.

**Bulletin Board**
ED KERSCHNER SAYS THIS IS ONE OF THE 5 BEST
OPPORTUNITIES TO OWN STOCKS IN THE PAST
20 YEARS. VIEW HIS WEBCAST ON PAINEWEBBER.COM
OR LOGIN TO PAINEWEBBER ONLINE SERVICES.

Page  1 of  3

| | | |
|---|---|---|
| Value on December 29 | $ | 384,666.00 |
| Value on January 31 | $ | 397,656.14 |
| Money funds in 01/31 value | $ | 2,248.73 |

## Portfolio summary

| | Current period | | Year-to-date |
|---|---|---|---|
| Opening value | $ | 384,666.00 $ | 384,666.00 |
| Net security earnings | | 10.04 | 10.04 |
| Change in value of investments | | 12,880.10 | 12,980.10 |
| Value on January 31 | $ | 397,656.14 $ | 397,656.14 |

## Contribution summary

We have categorized deductible and non-deductible contributions based on information you have provided.
*To ensure accuracy, please provide the most current information.*

| | Current period | Tax year 2001 | Tax year 2000 |
|---|---|---|---|
| Transfers | .00 | .00 | 396,469.31 |

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | | Year-to-date |
|---|---|---|---|
| PaineWebber Money fund dividends | $ | 5.80 $ | 5.80 |
| Other dividends | | .44 | .44 |
| Total current year security earnings | $ | 6.24 $ | 6.24 |
| Prior year(s) entries and adjustments | | 3.80 | 3.80 |
| Net security earnings | $ | 10.04 $ | 10.04 |

January 01/ ███ 44 04

*January 2001*
Defined Benefit Plan

PAINEWEBBER INC.
8 MAIN STREET
SOUTHAMPTON, NY 11968-4819

75-X46 · 0101 · UQ · 1

**Page    1 of    4**

PaineWebber.
Retirement Account

Account Number ▉▉72 04

**Your Financial Advisor**
DODGE/ECKART 631/324-4600    631-287-1300/800-344-2222

PAUL ROSENBAUM
BUCK, STURMER & CO. CPA'S
521 FIFTH AVENUE
NEW YORK      NY 10175-0003

Duplicate statement for the account of
WALTER A. FORBES AND
ROBERT T. TUCKER TTEES, WALTER
A. FORBES PENSION PLAN & TRUST
FG II
537 STEAMBOAT ROAD
GREENWICH    CT 06830-7153

**Account Instructions**
Statement copies are sent to 2 interested parties.

**Bulletin Board**
ED KERSCHNER SAYS THIS IS ONE OF THE 5 BEST
OPPORTUNITIES TO OWN STOCKS IN THE PAST
20 YEARS. VIEW HIS WEBCAST ON PAINEWEBBER.COM
OR LOGIN TO PAINEWEBBER ONLINE SERVICES.

January 01/ ▉▉72 04

## Portfolio summary

| | Current period | Year-to-date |
|---|---|---|
| Value on December 29 | | $   95,673.54 |
| Value on January 31 | | $   97,429.21 |
| Money funds in 01/31 value | | $   11,216.94 |

| | Current period | | Year-to-date | |
|---|---|---|---|---|
| Opening value | $ | 95,673.54 | | 95,673.54 |
| Net security earnings | | 62.71 | | 62.71 |
| Change in value of investments | | 1,692.96 | | 1,692.96 |
| Value on January 31 | $ | 97,429.21 | $ | 97,429.21 |

## Earnings summary
Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.

| | Current period | | Year-to-date | |
|---|---|---|---|---|
| PaineWebber Money fund dividends | $ | 39.06 | $ | 39.06 |
| Prior year(s) entries and adjustments | | 23.65 | | 23.65 |
| Net security earnings | $ | 62.71 | $ | 62.71 |

## Asset summary
Refer to the disclosure on the back of the first page for information on assets excluded from this summary.

| | % of portfolio | Value |
|---|---|---|
| Equities | 51.47 | 50,147.00 |
| Money funds | 11.51 | 11,216.94 |
| Mutual funds | 37.02 | 36,065.27 |
| Net invested assets | 100.00 | $   97,429.21 |
| Value on January 31 | | $   97,429.21 |

10-1688

*January 2001*
Po****folio Management Program
De****ined Benefit Plan

PAINEWEBBER INC.
8 MAIN STREET
SOUTHAMPTON, NY 11968-4819

**PaineWebber**
**Retirement Account**

Page    1 of    6

Value on December 29                $    134,963.04
Value on January 31                  $    145,836.08
Money funds in 01/31 value           $     32,002.66

Account Number █████████ 978 04

Your Financial Advisor
DODGE/ECKART  631/324-4800    631-287-1300/800-344-2222

PAUL ROSENBAUM
BUCK STURMER & CO CPA'S
521 FIFTH AVENUE
NEW YORK    NY 10175-0003

Duplicate statement for the account of
WALTER A FORBES AND ROBERT T
TUCKER TTEES WALTER A FORBES
PENSION PLAN & TRUST #2 PMP AC
FG II
537 STEAMBOAT ROAD
GREENWICH    CT 06830-7153

## Earnings summary
*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

|  | Current period | Year-to-date |
|---|---|---|
| Dividends | $    194.61 | $    194.61 |
| Prior year(s) entries and adjustments | 75.77 | 75.77 |
| **Net security earnings** | $    270.38 | $    270.38 |

## Asset summary
*Refer to the disclosure on the back of the first page for information on assets excluded from this summary.*

|  | % of Portfolio | Value |
|---|---|---|
| Equities | 78.05 | 113,833.42 |
| Money funds | 21.95 | 32,002.66 |
| **Net invested assets** | 100.00 | $    145,836.08 |
| **Value on January 31** |  | $    145,836.08 |

## Investment objectives
*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

**Return objective:** Current income & capital appreciation
**Risk profile:**  Primary: Moderate    Secondary: Aggressive/Speculative

**Account Instructions**
Your account is managed by your Financial Advisor
under the Portfolio Management Program.
Your account is authorized for Discretionary Trading.
Your account has a designated Power of Attorney.
Statement copies are sent to 2 interested parties.

*January 2001*
**Individual Retirement Rollover Account**

PAINEWEBBER INC.
8 MAIN STREET
SOUTHAMPTON, NY 11968-4819

X46 - 0101 - UG - 2

**PaineWebber.**
**Retirement Account**

Account Number ▓▓ 04

Page    1 of    3

Your Financial Advisor
DODGE/ECKART 631/324-4800    631-287-1300/800-344-2222

DOUGLAS BUCK
BUCK, STURMER & CO PC, CPA'S
521 FIFTH AVENUE
NEW YORK        NY 10175-0003

I..lllll...ll.l..l.l.l.l...ll.l.l.l.l..l.l.l.l

Duplicate statement for the account of
WALTER A FORBES
FGII
537 STEAMBOAT ROAD
GREENWICH    CT 06830-7153

**Account Instructions**
PaineWebber is your IRA Rollover custodian.
Statement copies are sent to 2 interested parties.

**Bulletin Board**
ED KERSCHNER SAYS THIS IS ONE OF THE 5 BEST
OPPORTUNITIES TO OWN STOCKS IN THE PAST
20 YEARS. VIEW HIS WEBCAST ON PAINEWEBBER.COM
OR LOGIN TO PAINEWEBBER ONLINE SERVICES.

## Portfolio summary

|  | | Current period | | Year-to-date |
|---|---|---|---|---|
| Opening value | $ | 18,511.05 | $ | 18,511.05 |
| Net security earnings | | .22 | | .22 |
| Change in value of investments | | 688.34 | | 688.34 |
| Value on January 31 | $ | 19,199.61 | $ | 19,199.61 |

Value on December 29                    $   18,511.05
Value on January 31                     $   19,199.61
Money funds in 01/31 value              $       36.00

## Distribution summary

|  | Current period | Tax year 2001 | Tax year 2000 |
|---|---|---|---|
| Transfers | .00 | .00 | 396,469.31 |

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

|  | | Current period | | Year-to-date |
|---|---|---|---|---|
| PaineWebber Money fund dividends | $ | .14 | $ | .14 |
| Prior year(s) entries and adjustments | | .08 | | .08 |
| Net security earnings | $ | .22 | $ | .22 |

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective:   Capital appreciation
Risk profile:       Primary: Moderate        Secondary: Aggressive/Speculative

January 01▓▓ 04

10-1510

*January 2001*

# PaineWebber | InsightOne℠
## Resource Management Account®

**Page 1 of 5**

PAINEWEBBER INC.
8 MAIN STREET
SOUTHAMPTON, NY 11998-4819

793-X46  - 0101 - UQ - 1

**Account Number** 5 04

Value on December 29         $ 262,550.66
Value on January 31          $ 247,279.06
Debit balance in 01/31 value $ -378,261.16

**Your Financial Advisor**
DODGE/ECKART631/324-4800    631-287-1300/800-344-2222

MR. DOUGLAS BUCK
BUCK, STURMER & CO
521 FIFTH AVENUE
NEW YORK          NY 10175-0003

Duplicate statement for the account of
WALTER A FORBES ( PAA ACCT )
FGII
537 STEAMBOAT ROAD
GREENWICH     CT 06830-7153

**Account Instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
SEE THE NEW LOAN INTEREST RECONCILIATION SEC-
TION THAT FOLLOWS THE MONTHLY ACTIVITY. THIS
WILL APPEAR WHEN THE BASE LOAN RATE CHANGES
OR MULTIPLE RATES ARE USED IN A BILLING CYCLE.
RESOURCELINE 1-800-RMA-1000: ACCOUNT #: 446015945

## Loan summary

| | | | |
|---|---|---|---|
| Loan balance January 01 | $ | 306,939 | Average loan interest rate | 8.498 % |
| Loan balance January 21 | $ | 1,110 | Loan interest charged this period $ | 508.28 |
| Average loan balance | $ | 195,728 | Year-to-date loan interest $ | 508.28 |
| Closing account balance Jan 21 | $ | -1,110 | | |
| Number of loan (debit) days | | 11 | | |
| Loan interest period | 01/01 - 01/21 | | | |

## Asset summary
*Refer to the disclosure on the back of the first page for information on assets excluded from this summary.*

| | % of portfolio | Value |
|---|---|---|
| Equities | 100.00 | 625,540.22 |
| Less debit balance | | -378,261.16 |
| Value on January 31 | | $ 247,279.06 |

## Investment objectives
*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective:  Capital appreciation

Risk profile:  Primary: Aggressive/Speculative     Secondary: None Selected

January 01 ... 945 04

*Recd 2/10/01*



# ING ✦ BARINGS

ING BARINGS LLC
55 East 52nd Street
New York, N.Y. 10055
Tel.: (212) 409-1000
Member NYSE, NASD & SIPC

**SIPC**

| Account | A.E. | Tax I.D. | Period Ending | Last Statement | Page |
|---------|------|----------|---------------|----------------|------|
| ██████98 | N05 | ████-5664 | 01/31/01 | 12/29/00 | 1 of 2 |

| Your Account Executive | Telephone |
|------------------------|-----------|
| WALTERS, ROBERT | 000-000-0000 |



PAUL ROSENBAUM
BUCK STURNER & CO
521 5TH AVENUE
NEW YORK NY  10175

519

** DUPLICATE **    FOR THE ACCOUNT OF    ** DUPLICATE **
WALTER FORBES

## Account Summary

MARKET VALUE OF SECURITIES:

|  | LONG | SHORT |
|--|------|-------|
| Equities | $172,750 | $0 |
| Security Totals | $172,750 | $0 |

TOTAL VALUE OF SECURITIES THIS PERIOD     $172,750
• Cash Balance                            86,924
  y Market Fund Balance                        0
NET EQUITY THIS PERIOD                    $259,674
Net Equity Last Statement, 12/29/00       $208,260
Equity Change from Last Statement          $51,414

## Cash Balance Summary

| CASH BALANCES | OPENING | CLOSING |
|---------------|---------|---------|
| Cash | $17,449.32 | $86,924.05 |
| Net Cash Balance | $17,449.32 | $86,924.05 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|--|-------------|--------------|
| Credit Balance Int. | $71.78 | $71.78 |
| Total Income | $71.78 | $71.78 |

## ACTIVITY THIS PERIOD

| Date Mo/Day | Account Type | Transaction Type | Quantity | Description | Price/Rate | Amount Debit | Credit |
|-------------|--------------|------------------|----------|-------------|------------|--------------|--------|
| 01/09 | CASH | BOUGHT | 1,000 | KNIGHT TRADING GROUP INC WE MAKE A MKT IN THIS SECURITY REPORTED PRICE 17 1/8 DIFFERENCE + 0.08 | 17 2050 | 17,205.00 | |
| 01/09 | CASH | SOLD | 500 | SPINNAKER EXPL CO *12/20/00 14625* SEE -T- CODE | 38 6250 | | 19,111.85 |
| 01/22 | CASH | BOUGHT | 1,200 | CORRECTIONS CORP AMERICA NEW CUM CONV PFD SER B 12% | 9 | 10,920.00 | |
| 01/22 | CASH | INTEREST | | INTEREST ON CREDIT BALANCE AT 5 3/4% 12/21 THRU 01/03 | | | 22.36 |
| 01/22 | CASH | INTEREST | | INTEREST ON CREDIT BALANCE AT 5 1/4% 01/04 THRU 01/21 | | | 49.42 |
| 01/23 | CASH | BOUGHT | 1,300 | CORRECTIONS CORP AMERICA NEW CUM CONV PFD SER B 12% | 9 | 11,830.00 | |
| 01/23 | CASH | SOLD | 1,000 | KNIGHT TRADING GROUP INC WE MAKE A MKT IN THIS SECURITY REPORTED PRICE 20 1/8 DIFFERENCE - 0.08 | 20 0450 | | 20,044.33 |
| 01/31 | CASH | SOLD | 4,000 | CONSECO INC *7/13/00 4000 39,150* AS OF 01/26/01 | 17 7500 | | 70,201.77 |

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.                    SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# JPMorgan

Page 1 of 5

**01** | 2001

Account Number: ●●●●-345
**W A FORBES**

Morgan Guaranty Trust Company Of New York
500 Stanton Christiana Road
Newark, Delaware 19713-2107

January 1 - January 31, 2001

XXXXX-XXXXXX-XXXX-XX-XXXXXXXX-XXXX-XXX
W A FORBES
HOUSE ACCOUNT
C/O BUCK STURMER AND CO PC
521 5TH AVE STE 2100
NEW YORK NY 10175-0003

## Checking Account

W A FORBES
Account Number: ●●●●-345

### Account Summary

| | |
|---|---|
| Beginning Balance | 123,795.81 |
| Deposits and Credits | 697,032.74 |
| Checks, Withdrawals, and Debits | 810,242.64 |
| Ending Balance | 10,585.91 |

Average Balance this Period | 131,820.65

### Daily Activity

| Date | Transaction | Description | Amount | Daily Balance |
|---|---|---|---|---|
| Jan 2 | INCOMING WIRE TRNSFR | BK OF NYC FED# 000553 WR W A FORBES FG II 537 STEAMB OAT ROAD UQ 06511 | 30,000.00 | 153,795.81 |
| Jan 2 | CHECK PAID | Check Number: 0008074 Ref. Number: ●●●●83627 | - 50.00 | 153,745.81 |
| Jan 2 | CHECK PAID | Check Number: 0008076 Ref. Number: ●●●●4655 | - 613.42 | 153,132.39 |
| Jan 2 | CHECK PAID | Check Number: 0008075 Ref. Number: ●●●●778 | - 15,690.00 | 137,442.39 |
| Jan 4 | CHECK PAID | Check Number: 0008085 Ref. Number: ●●●●9032 | - 1,107.98 | 136,334.41 |
| Jan 4 | CHECK PAID | Check Number: 0008086 Ref. Number: ●●●●6031 | - 48,603.30 | 87,731.11 |
| Jan 5 | CHECK PAID | Check Number: 0008071 Ref. Number: ●●●●897 | - 912.00 | 86,819.11 |
| Jan 5 | CHECK PAID | Check Number: 0008087 Ref. Number: ●●●●0896 | - 47,725.49 | 39,093.62 |
| Jan 8 | CHECK PAID | Check Number: 0008029 Ref. Number: ●●●●814 | - 18.49 | 39,075.13 |
| Jan 8 | CHECK PAID | Check Number: 0008069 Ref. Number: ●●●●890 | - 106.37 | 38,968.76 |
| Jan 9 | CHECK PAID | Check Number: 0008102 Ref. Number: ●●●●9584 | - 8,757.63 | 30,211.13 |
| Jan 10 | CHECK PAID | Check Number: 0008088 Ref. Number: ●●●●9777 | - 163.54 | 30,047.59 |

8-01290

**01** |zu01

Account Number: ███████00-2
WALTER A. FORBES

# Portfolio Summary

**JPMorgan**

Morgan Guaranty Trust
345 Park Avenue, New York

Custody Account Portfolio
January 01, 2001 - January 31, 2001

Page 2 of 10

## Overview

| | Market Value USD Jan 31 | Market Value USD Dec 31 | Tax Cost USD | Estimated Annual Income USD | Yield % |
|---|---|---|---|---|---|
| Cash & Short Term | 128,364.43 | 6,273.74 | 128,364.43 | 4,856.27 | 4.2 |
| Equities | 72,993.90 | 499,641.00 | 45,550.00 | | 0.0 |
| **Total** | **201,358.33** | **506,914.74** | **173,914.43** | **4,856.27** | **2.7** |
| | | 22.17 | | | |
| Accrued Income | 162.90 | | | | |
| **Total Portfolio Value** | **201,521.23** | **506,936.91** | | | |

## Income Summary

| | This Period USD | Year to Date USD* |
|---|---|---|
| Taxable Interest | 7.36 | 7.36 |
| U.S. Tax Exempt Dividends | 14.81 | 14.81 |
| **Total** | **22.17** | **22.17** |

## Net Gain/Loss Summary

| | Realized This Period USD | Realized Year to Date USD* | Unrealized USD |
|---|---|---|---|
| Net Short Term Gain/Loss | | | 1,781.40 |
| Net Long Term Gain/Loss | 232,200.79 | 232,200.79 | 25,662.50 |
| **Total** | **232,200.79** | **232,200.79** | **27,443.90** |

*Year to date information is calculated on a calendar year basis.

## Asset Allocation



■ 64% Cash and Short Term

■ 36% Equities

I.0022.0649.10.02.0.00.Z-O101957003

# OFFITBANK

The Wealth Management Bank

A WACHOVIA COMPANY

## WALTER FORBES
## CLIENT APPRAISAL
### INVESTMENT POSITION AS OF DECEMBER 31, 2000

| | COST / ADJ BASIS | MARKET VALUE | % OF TOTAL | ESTIMATED ANNUAL INCOME | YIELD |
|---|---|---|---|---|---|
| CASH & EQUIVALENTS | 10,278 | 10,278 | 100.0 | 656 | |
| TOTAL PORTFOLIO | 10,278 | 10,278 | 100.0 | 656 | 6.41 |
| ACCRUED INCOME | | 0 | | | |
| TOTAL | | 10,278 | | | |

30158

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ ____5664

Partnership's identifying number ▶ 06-1582973

Partner's name, address, and ZIP code

WALTER FORBES
687 SMITH RIDGE RD
NEW CANAAN, CT 06840

Partnership's name, address, and ZIP code

BARINGS/DIGITAL ASSOCIATES
C/O FG II VENTURES, LLC 537 STEAMBOAT RD
GREENWICH, CT 06830

**A** This partner is a [X] general partner   [ ] limited partner
[ ] limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a [X] domestic or a [ ] foreign partner?

**D** Enter partner's percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | _____ % | 8.0000000% |
| Loss sharing | _____ % | 8.0000000% |
| Ownership of capital | _____ % | 8.0000000% |

**E** IRS Center where partnership filed return CINCINNATI, OH

**F** Partner's share of liabilities:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Other $ 0.

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

**I** Check applicable boxes: (1) [X] Final K-1  (2) [ ] Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7 Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 20,000. |  | <20,000.> |  | 0. |

|  | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 0. | }  See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | <20,000.> | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Line 4 of worksheet for Sch D, line 29 |
| | 5 | Guaranteed payments to partner | 5 | | Enter on applicable line of your return |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | } Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | } See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

111151
01-22-02

10000530 758230 21411    2001.05040 BARINGS/DIGITAL ASSOCIATES   21411__1

6

7-00157

30095

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

2

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____, and ending _____

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ ~~5664~~    Partnership's identifying number ▶ 06-1491828

Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code

WALTER FORBES
687 SMITH RIDGE ROAD
NEW CANAAN CT 06840

BFFR LLC
C/O STUART L BELL  688 N WILTON RD
NEW CANAAN, CT  06840

A  This partner is a ☐ general partner    ☐ limited partner
      ☒ limited liability company member
B  What type of entity is this partner? ▶ INDIVIDUAL
C  Is this partner a ☒ domestic or a ☐ foreign partner?
D  Enter partner's     (i) Before change     (ii) End of
   percentage of          or termination        year
   Profit sharing _____% 34.6200000%
   Loss sharing _____% 34.6200000%
   Ownership of capital _____% 34.6200000%
E  IRS Center where partnership filed return. CINCINNATI, OH

F  Partner's share of liabilities:
   Nonrecourse                              $ _____
   Qualified nonrecourse financing          $ _____
   Other                                    $        0.
G  Tax shelter registration number ▶ _____
H  Check here if this partnership is a publicly traded partnership
   as defined in section 469(k)(2)          ☐
I  Check applicable boxes  (1) ☐ Final K-1   (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 189137. | | 41616. | ( 46140. ) | 184613. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities | 41769. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2  Net income (loss) from rental real estate activities | | |
| | 3  Net income (loss) from other rental activities | | |
| | 4  Portfolio income (loss): a  Interest | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends | | Sch. B, Part II, line 5 |
| | c  Royalties | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) | | Sch. D, line 5, col (f) |
| | e  (1) Net long-term capital gain (loss) | | Sch. D, line 12, col (f) |
| | (2) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | | Line 4 of worksheet for Sch D, line 29 |
| | f  Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| | 5  Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6  Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| | 7  Other income (loss) (attach schedule) | | Enter on applicable line of your return |
| **Deductions** | 8  Charitable contributions (attach schedule) SEE STATEMENT | 153. | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10  Deductions related to portfolio income (attach schedule) | | |
| | 11  Other deductions (attach schedule) | | |
| **Credits, Investment Interest & S.E.** | 13  Other credits | | (Enter on applicable lines of your return) |
| | 14 a  Interest expense on investment debts | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | (2) Investment expenses included on line 10 above | | |
| | 15 a  Net earnings (loss) from self-employment | 0. | Sch. SE, Section A or B |
| | b  Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c  Gross nonfarm income | | |
| **Adjustments and Tax Preference** | 16 a  Depreciation adjustment on property placed in service after 1986 | 1122. | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b  Adjusted gain or loss | | |
| | c  Other adjustments and tax preference items (attach schedule) | | |
| **Other** | 19  Tax-exempt interest income | | Form 1040, line 8b |
| | 20  Other tax-exempt income | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21  Nondeductible expenses | | |
| | 22  Distributions of money (cash and marketable securities) | 46140. | |
| | 23  Distributions of property other than money | | |

JWA  For Paperwork Reduction Act Notice, see Form 1065 Instructions.    No Information Required for Page 2 Schedule K-1 (Form 1065) 2001

111161
01-22-02

2

7-00045

10043

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
► **See separate instructions.**

For calendar year 2001 or tax year beginning ____ , 2001, and ending ____ , 20____

OMB No 1545-0099

**2001**

| Partner's identifying number ► ~~5664~~ | Partnership's identifying number ► 63-0990770 |
|---|---|

| Partner's name, address, and ZIP code  PARTNER # 11<br>W.A. FORBES<br>10 II 3107 ATLANTIC STREET 10 FLOOR<br>STAMFORD, CT 06902 | Partnership's name, address, and ZIP code<br>BLOUNT SPRINGS RECOLONIZATION PARTNERS, L.P.<br>ONE GREENWICH PLAZA<br>GREENWICH, CT 06830 |
|---|---|

A  This partner is a ☐ general partner  ☒ limited partner
   ☐ limited liability company member
B  What type of entity is this partner?  ►  INDIVIDUAL
C  Is this partner a ☒ domestic or a ☐ foreign partner?

| | (i) Before change or termination | (ii) End of year |
|---|---|---|

D  Enter partner's percentage of:
   Profit sharing . . . . . . . . . VARIOUS %  VARIOUS%
   Loss sharing . . . . . . . . . . VARIOUS %  VARIOUS%
   Ownership of capital . . . . VARIOUS %  1.193 %
E  IRS Center where partnership filed return: CINCINNATI, OH

F  Partner's share of liabilities (see instructions):
   Nonrecourse . . . . . . . . . . . . . $ _____
   Qualified nonrecourse financing . . . $ _____
   Other . . . . . . . . . . . . . . . . . $ _____

G  Tax shelter registration number . ► _____

H  Check here if this partnership is a publicly traded
   partnership as defined in section 469(k)(2) . . . . . ☐

I  Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

**J      Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 36,238 | | (1,244) | ( ) | 34,994 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1   Ordinary income (loss) from trade or business activities . . . | 1 | ( 742) | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2   Net income (loss) from real estate activities . . . . . | 2 | | |
| | 3   Net income (loss) from other rental activities . . . . . . | 3 | | |
| | 4   Portfolio income (loss): | | | |
| | a   Interest . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b   Ordinary dividends . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c   Royalties . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d   Net short-term capital gain (loss) . . . . . . . . | 4d | | Sch. D, line 5, col (f) |
| | e   (1) Net long-term capital gain (loss) . . . . . . . | 4e(1) | | Sch. D line 12, col (f) |
| | (2) 28% rate gain (loss) . . . . . . . . . . | 4e(2) | | Sch. D, line 12, col (g) |
| | (3) Qualified 5-year gain . . . . . . . . . . | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f   Other portfolio income (loss) (attach schedule) . . . | 4f | | Enter on applicable line of your return |
| | 5   Guaranteed payments to partner . . . . . . . . . | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6   Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7   Other income (loss) (attach schedule) . . . . . . . . | 7 | | Enter on applicable line of your return |
| **Deductions** | 8   Charitable contributions (see instructions) (attach schedule) . | 8 | | Sch. A, line 15 or 16 |
| | 9   Section 179 expense deduction . . . . . . . . . | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10  Deductions related to portfolio income (attach schedule) . . . | 10 | | |
| | 11  Other deductions (attach schedule) . . . . . . . . . . | 11 | | |
| **Credits** | 12a  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships . . . . . . . . | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) . . . . . . . . . . | 12a(2) | | |
| | b   Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . . | 12b | | |
| | c   Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities . . . . . . . | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | d   Credits related to other rental activities . . . . . . . | 12d | | |
| | 13  Other credits . . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.      Cat No 11394R      Schedule K-1 (Form 1065) 2001

013102 4/12/2002 4:38 PM

1

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ ____ -5466 | Partnership's identifying number ▶ 22-3713385

Partner's name, address, and ZIP code

WALTER A. FORBES
C/O PG II
537 STEAMBOAT ROAD, SUITE 200
GREENWICH, CT 06830

Partnership's name, address, and ZIP code

CARSON STREET LLC
537 STEAMBOAT ROAD, SUITE 301
GREENWICH, CT 06830

**A** This partner is a ☐ general partner ☐ limited partner
☒ limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's percentage of:
|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.0000000% |
| Loss sharing | % | 0.0000000% |
| Ownership of capital | % | 5.0000000% |

**E** IRS Center where partnership filed return CINCINNATI, OH

**F** Partner's share of liabilities:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Other $ 0.

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

**I** Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 25,019. | 0. | ( | ) | 25,019. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 0. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 Net income (loss) from rental real estate activities | | |
| | 3 Net income (loss) from other rental activities | | |
| | 4 Portfolio income (loss): a Interest | | Sch. B, Part I, line 1 |
| | b Ordinary dividends | | Sch. B, Part II, line 5 |
| | c Royalties | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | | Line 4 of worksheet for Sch. D, line 29 |
| | f Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| | 5 Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| | 7 Other income (loss) (attach schedule) | | Enter on applicable line of your return |
| **Deduc- tions** | 8 Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 Deductions related to portfolio income (attach schedule) | | |
| | 11 Other deductions (attach schedule) | | |
| **Credits, Investment Interest & S.E.** | 13 Other credits | | (Enter on applicable lines of your return) |
| | 14a Interest expense on investment debts | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | (2) Investment expenses included on line 10 above | | |
| | 15a Net earnings (loss) from self-employment | 0. | Sch. SE, Section A or B |
| | b Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c Gross nonfarm income | | |
| **Adjustments and Tax Preference** | 16a Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b Adjusted gain or loss | | |
| | c Other adjustments and tax preference items (attach schedule) | | |
| **Other** | 19 Tax-exempt interest income | | Form 1040, line 8b |
| | 20 Other tax-exempt income | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 Nondeductible expenses | | |
| | 22 Distributions of money (cash and marketable securities) | | |
| | 23 Distributions of property other than money | | |

JWA    For Paperwork Reduction Act Notice, see Form 1065 instructions.    No Information Required for Page 2 Schedule K-1 (Form 1065) 2001

111181
01-22-02

4

FINAL RETURN

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
▶ See separate instructions.

30191

OMB No. 1545-0099

**2001**

For calendar year 2001 or tax year beginning _____ , 2001, and ending _____

Partner's identifying number ▶ ████████-5664

Partnership's identifying number ▶ 13-4136318

Partner's name, address, and ZIP code **PARTNER # 43**

WALTER A. FORBES
537 STEAMBOAT ROAD
GREENWICH, CT 06830

*NOMINEE ONLY*

*To be reported on Barings Digital Associates Partnership*  (NJ)

Partnership's name, address, and ZIP code

DING.COM LLC
1325 AVENUE OF THE AMERICAS, 8TH
FLOOR C/O ING
NEW YORK, NY   10019

| | |
|---|---|
| A  This partner is a ☐ general partner ☐ limited partner [X] limited liability company member | F  Partner's share of liabilities (see instructions): Nonrecourse _____ Qualified nonrecourse financing _____ Other _____ |
| B  What type of entity is this partner? ▶ INDIVIDUAL | |
| C  Is this partner a [X] domestic or a ☐ foreign partner? | G  Tax shelter registration number ▶ _____ |
| D  Enter partner's percentage of: (i) Before change or termination (ii) End of year | H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . ☐ |
| Profit sharing . . . . NONE  %VARIOUS % Loss sharing . . . . NONE  %VARIOUS % Ownership of capital  NONE  %VARIOUS % | |
| E  IRS Center where partnership filed return CINCINNATI | I  Check applicable boxes (1) [X] Final K-1  (2) ☐ Amended K-1 |

**J  Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 250,000. | | -250,000. | | |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities . . . . . | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2  Net income (loss) from rental real estate activities | 2 | | |
| | 3  Net income (loss) from other rental activities | 3 | | |
| | 4  Portfolio income (loss) | | | |
| | a  Interest | 4a | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e  (1)  Net long-term capital gain (loss) . . . . . . . STMT. 1 | 4e(1) | -250,000. | Sch. D, line 12, col (f) |
| | (2)  28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col (g) |
| | (3)  Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f  Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5  Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6  Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7  Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8  Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10  Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11  Other deductions (attach schedule) | 11 | | |
| **Credits** | 12a  Low-income housing credit | | | |
| | (1)  From section 42(j)(5) partnerships . . . . . . . . | 12a(1) | | Form 8586, line 5 |
| | (2)  Other than on line 12a(1) | 12a(2) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d  Credits related to other rental activities | 12d | | |
| | 13  Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

JSA
1P1200 2.000

KJ2086   2231   04/02/2002  14:58:18  V01-5.1

144

97

30097

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ ████-5664 | Partnership's identifying number ▶ 13-3942647

Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code

WALTER A. FORBES
20 DAYTON AVE.
GREENWICH, CT 06830

DLJ MILLENNIUM PARTNERS, L.P.
ELEVEN MADISON AVENUE
NEW YORK, NY  10010

**A** This partner is a ☐ general partner ☒ limited partner
☐ limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's percentage of

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VARIOUS % | VARIOUS % |
| Loss sharing | VARIOUS % | VARIOUS % |
| Ownership of capital | VARIOUS % | VARIOUS % |

**E** IRS Center where partnership filed return ▶ MEMPHIS, TN

**F** Partner's share of liabilities:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Other $ 0.

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership
as defined in section 469(k)(2) ☐

**I** Check applicable boxes: (1) ☐ Final K-1    (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 205,843. | 2,394. | 25,902. | ( 45,855. ) | 188,284. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2 | Net income (loss) from rental real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 1,897. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | 1,692. | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | 22,721. | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Line 4 of worksheet for Sch. D, line 29 |
| | 5 | Guaranteed payments to partner | 5 | | Enter on applicable line of your return |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) STMT | 10 | 353. | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

111151
01-22-02

97

7-00047

30174

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____ 5664, and ending _____

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ _____ 5664
Partnership's identifying number ▶ 06-1578882

Partner's name, address, and ZIP code

WALTER FORBES
687 SMITH RIDGE RD
NEW CANAAN, CT 06840

Partnership's name, address, and ZIP code

F.G. - ATM, LLC
C/O FG II VENTURES, LLC 537 STEAMBOAT RD
GREENWICH, CT 06830

A This partner is a ☐ general partner ☐ limited partner
[X] limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a [X] domestic or a ☐ foreign partner?

D Enter partner's percentage of:
|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | | 3.7069400 % |
| Loss sharing | | 3.7069400 % |
| Ownership of capital | 3.7069400 % | 0.0000000 % |

E IRS Center where partnership filed return ▶ CINCINNATI, OH

F Partner's share of liabilities:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Other $ 0.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) [X] Final K-1  (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 24,053. | | 4. | ( 24,057. ) | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2 Net income (loss) from rental real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | 4. | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5 Guaranteed payments to partner | 5 | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

**Schedule K-1 (Form 1065) 2001**

111151
01-22-02

7-00193

30/36

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No 1545-0099

**2001**

| Partner's identifying number ▶ ███-5664 | Partnership's identifying number ▶ 58-2543169 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| WALTER FORBES AS NOMINEE C/O FG ENTERPRISES, LLC 537 STEAMBOAT RD GREENWICH, CT 06830 | F.G. - BLU C/O F.G. II VENTURES, LLC  537 STEAMBOAT GREENWICH, CT  06830 |

A This partner is a [X] general partner  [ ] limited partner
   [ ] limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.0000000% |
| Loss sharing | % | 0.0000000% |
| Ownership of capital | % | 0.0000000% |

E IRS Center where partnership filed return  CINCINNATI, OH

F Partner's share of liabilities:
   Nonrecourse                         $ _____
   Qualified nonrecourse financing     $ _____
   Other                               $        0.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2)  [ ]

I Check applicable boxes  (1) [X] Final K-1  (2) [ ] Amended K-1

**J  Analysis of partner's capital account.**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 706. |  | <338.> | ( 368. ) | 0. |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on |
|---|---|---|---|
| 1 Ordinary income (loss) from trade or business activities | 1 | 0. | |
| 2 Net income (loss) from real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 3 Net income (loss) from other rental activities | 3 | | |
| 4 Portfolio income (loss): | | | |
| a Interest | 4a | | Sch. B, Part I, line 1 |
| b Ordinary dividends | 4b | 5. | Sch. B, Part II, line 5 |
| c Royalties | 4c | | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| 5 Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| 8 Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| 9 Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 10 Deductions related to portfolio income (attach schedule)  STMT | 10 | 344. | |
| 11 Other deductions (attach schedule) | 11 | | |
| 12 a Low-income housing credit: | | | |
| (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| (2) Other than on line 12a(1) | 12a(2) | | |
| b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| d Credits related to other rental activities | 12d | | |
| 13 Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

30171

**SCHEDULE K-1**
**(Form 1065)**
(Department of the Treasury
Internal Revenue Service)

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year

OMB No 1545-0099

**2001**

Partner's identifying number ▶ ___-__-5664   beginning _____, and ending _____

Partnership's identifying number ▶ 06-1605381

Partner's name, address, and ZIP code

WALTER A. FORBES
687 SMITH RIDGE RD
NEW CANAAN, CT 06840

Partnership's name, address, and ZIP code

F.G. - BLWTR, LLC
C/O FG II VENTURES, LLC 537 STEAMBOAT RD
GREENWICH, CT 06830

A  This partner is a ☐ general partner ☐ limited partner
   [X] limited liability company member

B  What type of entity is this partner? ▶ INDIVIDUAL

C  Is this partner a [X] domestic or a ☐ foreign partner?

D  Enter partner's percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.5515640% |
| Loss sharing | % | 0.5515640% |
| Ownership of capital | 0.5515640% | 0.0000000% |

E  IRS Center where partnership filed return  CINCINNATI, OH

F  Partner's share of liabilities

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Other | $ 0. |

G  Tax shelter registration number ▶

H  Check here if this partnership is a publicly traded partnership
   as defined in section 469(k)(2) ☐

I  Check applicable boxes: (1) [X] Final K-1   (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 16,548. | | <16,548.> | ( ) | |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2 | Net income (loss) from rental real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch B, Part II, line 5 |
| | c | Royalties | 4c | | Sch E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | <16,548.> | Sch D, line 5, col (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch D, line 12, col (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch D, line 12, col (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a | Low-income housing credit | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No. 1545-0099

**2001**

| Partner's identifying number ▶ ~~XXX~~-5664 | Partnership's identifying number ▶ 06-1605381 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| WALTER A. FORBES IRA<br>687 SMITH RIDGE RD<br>NEW CANAAN, CT 06840 | F.G. - BLWTR, LLC<br>C/O FG II VENTURES, LLC 537 STEAMBOAT RD<br>GREENWICH, CT 06830 |

**A** This partner is a ☐ general partner ☐ limited partner
☒ limited liability company member

**B** What type of entity is this partner? ▶ IRA

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's percentage of | (i) Before change or termination | (ii) End of year |
Profit sharing _____% 0.8208140%
Loss sharing _____% 0.8208140%
Ownership of capital 0.8208140% 0.0000000%

**E** IRS Center where partnership filed return CINCINNATI, OH

**F** Partner's share of liabilities
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Other $ 0.

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

**I** Check applicable boxes: (1) ☒ Final K-1  (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 24,627. | | <24,627.> | ( ) | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | **2** Net income (loss) from rental real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | **3** Net income (loss) from other rental activities | 3 | | |
| | **4** Portfolio income (loss) | | | |
| | **a** Interest | 4a | | Sch B, Part I, line 1 |
| | **b** Ordinary dividends | 4b | | Sch B, Part II, line 5 |
| | **c** Royalties | 4c | | Sch E, Part I, line 4 |
| | **d** Net short-term capital gain (loss) | 4d | | Sch D, line 5, col (f) |
| | **e** (1) Net long-term capital gain (loss) | 4e(1) | <24,627.> | Sch D, line 12, col (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Sch D, line 12, col (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | **f** Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | **5** Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | **6** Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | **7** Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | **8** Charitable contributions (attach schedule) | 8 | | Sch A, line 15 or 16 |
| | **9** Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | **10** Deductions related to portfolio income (attach schedule) | 10 | | |
| | **11** Other deductions (attach schedule) | 11 | | |
| **Credits** | **12 a** Low-income housing credit | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | **b** Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | **c** Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | **d** Credits related to other rental activities | 12d | | |
| | **13** Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

111151
01-22-02

14200404 758230 21522        2001.05010 F.G. - BLWTR, LLC        21522__1

8

7-00340

30173

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ _____5664
Partnership's identifying number ▶ 06-1605382

Partner's name, address, and ZIP code
Partnership's name, address, and ZIP code

**WALTER FORBES**
**687 SMITH RIDGE RD**
**NEW CANAAN, CT  06840**

**F.G. - BWB, LLC**
**C/O FG II VENTURES, LLC 537 STEAMBOAT RD**
**GREENWICH, CT  06830**

A  This partner is a ☐ general partner  ☐ limited partner
☒ limited liability company member

B  What type of entity is this partner? ▶ **INDIVIDUAL**

C  Is this partner a ☒ domestic or a ☐ foreign partner?

D  Enter partner's percentage of:
| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 3.9014780 % |
| Loss sharing | % | 3.9014780 % |
| Ownership of capital | 3.9014780 % | 0.0000000 % |

E  IRS Center where partnership filed return **CINCINNATI, OH**

F  Partner's share of liabilities:
| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Other | $ 0. |

G  Tax shelter registration number ▶ _____

H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ▶ ☐

I  Check applicable boxes  (1) ☒ Final K-1  (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 19,507. | | <19,507.> | ( ) | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | <19,507.> | |
| | 2 | Net income (loss) from rental real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

111151
01-22-02

14180408  758230  21529      2001.05020 F.G. - BWB, LLC      21529__1      13

7-00190

23

30/85

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year

OMB No. 1545-0099

**2001**

beginning _____ , and ending _____

| Partner's identifying number ▶ ___-5664 | Partnership's identifying number ▶ 58-2542489 |
|---|---|

Partner's name, address, and ZIP code

WALTER FORBES
687 SMITH RIDGE RD
NEW CANAAN, CT 06840

Partnership's name, address, and ZIP code

F.G. - CAP, LLC
C/O FG II VENTURES, LLC 537 STEAMBOAT RD
GREENWICH, CT 06830

**A** This partner is a ☐ general partner ☐ limited partner
☒ limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 3.6143380% | 3.6643380% |
| Loss sharing | 3.6143380% | 3.6643380% |
| Ownership of capital | 3.6143380% | 3.6643380% |

**E** IRS Center where partnership filed return CINCINNATI, OH

**F** Partner's share of liabilities:

| Nonrecourse | $ _____ |
|---|---|
| Qualified nonrecourse financing | $ _____ |
| Other | $ 0. |

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

**I** Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 108,430. | 1,500. | 0. | ( ) | 109,930. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2 | Net income (loss) from rental real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

111151
01-22-02

11340314 758230 21515    2001.04030 F.G. - CAP, LLC    21515    23
                                                                    1

7-00229

30184

19

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ ~~5664~~

Partnership's identifying number ▶ 58-2542487

Partner's name, address, and ZIP code

WALTER FORBES
C/O FG II VENTURES, LLC
537 STEAMBOAT ROAD
GREENWICH, CT 06830

Partnership's name, address, and ZIP code

F.G. - DP, LLC
C/O FG II VENTURES, LLC 537 STEAMBOAT RD
GREENWICH, CT 06830

**A** This partner is a [ ] general partner   [ ] limited partner
[X] limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a [X] domestic or a [ ] foreign partner?

**D** Enter partner's percentage of:
|  | (i) Before change or termination | (ii) End of year |
| --- | --- | --- |
| Profit sharing | _____ % | 2.5126900 % |
| Loss sharing | _____ % | 2.5126900 % |
| Ownership of capital | 2.5126900 % | 0.0000000 % |

**E** IRS Center where partnership filed return   CINCINNATI, OH

**F** Partner's share of liabilities:
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Other | $ 0. |

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

**I** Check applicable boxes  (1) [X] Final K-1   (2) [ ] Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
| --- | --- | --- | --- | --- |
| 24,624. | 490. | <25,114.> | ( ) | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
| --- | --- | --- | --- | --- |
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2 | Net income (loss) from rental real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | <25,114.> | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 12 |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a | Low-income housing credit | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | } Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

111151
01-22-02

16

30180

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____, and ending _____

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ ___-5664 | Partnership's identifying number ▶ 58-2542502

Partner's name, address, and ZIP code

WALTER FORBES
C/O FG II VENTURES, LLC
537 STEAMBOAT ROAD, STE.2
GREENWICH, CT 06830

Partnership's name, address, and ZIP code

F.G. — EC, LLC
C/O FG II VENTURES, LLC 537 STEAMBOAT RD
GREENWICH, CT 06830

A This partner is a ☐ general partner ☐ limited partner
  ☒ limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 2.9990910 % | 3.0490910 % |
| Loss sharing | 2.9990910 % | 3.0490910 % |
| Ownership of capital | 2.9990910 % | 3.0490910 % |

E IRS Center where partnership filed return  CINCINNATI, OH

F Partner's share of liabilities:
  Nonrecourse $ _____
  Qualified nonrecourse financing $ _____
  Other $ 0.

G Tax shelter registration number ▶ _____

H Check here if this partnership is a publicly traded partnership
  as defined in section 469(k)(2) ☐

I Check applicable boxes  (1) ☐ Final K-1  (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 44,986. | 750. | 18. | ( ) | 45,754. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2 Net income (loss) from rental real estate activities | 2 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss) | | | |
| | a Interest | 4a | 18. | Sch B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Sch B, Part II, line 5 |
| | c Royalties | 4c | | Sch E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Sch D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Sch D, line 12, col. (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 Charitable contributions (attach schedule) | 8 | | Sch A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12 a Low-income housing credit | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | } Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

111151
01-22-02

18290403 758230 21517        2001.05010 F.G. — EC, LLC        21517    1

16

7-00216