# EXHIBIT C

                                                                    1

```
 1                   UNITED STATES DISTRICT COURT
 2                      DISTRICT OF CONNECTICUT
 3   _____
     UNITED STATES OF AMERICA,   )
 4              Plaintiff.       )   NO: 3:02CR0264(AHN)
                                 )
 5   vs.                         )
                                 )   January 17, 2007
 6   WALTER FORBES, ET AL        )   10:02 A.M.
                Defendants.      )
 7   _____
                                     915 Lafayette Boulevard
 8                                    Bridgeport, Connecticut

 9
                           SENTENCING
10

11
     B E F O R E:
12              THE HONORABLE ALAN H. NEVAS, U.S.D.J.

13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF    :        CRAIG CARPENITO
15                                 MICHAEL MARTINEZ
                                   U.S. Attorney's Office
16                                 401 Market Street
                                   Camden, NJ 08101
17

18   FOR THE DEFENDANT    :        BRENDAN SULLIVAN
     WALTER FORBES                 BARRY S. SIMON
19                                 ROBERT M. CARY
                                   Williams & Connolly LLP
20                                 725 Twelfth Street, N.W.
                                   Washington, D.C.  2005
21
     Court Reporter       :        Viktoria Stockmal, RMR, CRR
22

23

24
     Proceedings recorded by mechanical stenography,
25   transcript produced by computer.
```

                        SANDERS, GALE & RUSSELL
                            (203) 624-4157

13

1  age can be a factor in your sole judgment.  There's
2  nothing to preclude it from being a factor.  That's my
3  view of it.  I recognize the Sixth Circuit opinion and I,
4  as you did, smiled when I saw the youth on that panel.
5           THE COURT:  Just so the record is clear
6  that the Court did consider the factors.  Another issue
7  that you raised were charitable contributions and good
8  works on -- that Mr. Forbes has engaged in.  Again, for
9  the record, those factors are discouraged as grounds for
10 departure and I would note for the record that in
11 November of 1997, Mr. Forbes' net worth was about $200
12 million and from 1995 to 1999 he reported income -- his
13 reported income was $85 million.  Over a 17-year period,
14 his charitable contributions were two and a half million
15 dollars.  Relatively speaking, it seems to me with that
16 net worth and that income, that two and a half million
17 dollars of charitable giving is very modest.
18          MR. SULLIVAN:  Your Honor, I understand
19 that point being made by the government.  And I point out
20 that the value of $200 million came very late in
21 Mr. Forbes' business career.  It came at a time after the
22 merger, basically, when the stock and benefits were of
23 that value.  He did not have that kind of wealth
24 throughout the 17 year period that you're talking about.
25 Moreover, I think you judge a man by more than the amount

SANDERS, GALE & RUSSELL
(203) 624-4157