Case 3:02-cr-00264-AHN   Document 2704   Filed 05/22/2007   Page 1 of 2

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

FILED

2007 MAY 22   A 8: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br>v.<br><br>WALTER A. FORBES,<br><br>  *Defendant,*<br>and<br><br>BUCK, STURMER & COMPANY, P.C.<br>and its successors or assigns,<br><br>  *Garnishee.* | HON. ALAN H. NEVAS<br><br>Criminal No. 3:02-264<br><br>**ORDER DISSOLVING WRIT OF GARNISHMENT** |

**WHEREAS** an Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Buck, Sturmer & Company, P.C. ("Buck Sturmer") was duly issued,

**WHEREAS** the Writ of Garnishment was served upon the Defendant and Buck Sturmer, and

**WHEREAS** the parties in this case have agreed to the withdrawal and dissolution of the above Writ of Garnishment,

**NOW THEREFORE, IT IS ORDERED** that the Writ of Garnishment issued to Buck Sturmer be and hereby is dissolved and is of no further effect.

DATED: 5/18/07

HON. ALAN H. NEVAS
UNITED STATES DISTRICT COURT