CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

FILED

2007 MAY 22  A 8: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>v.<br><br>WALTER A. FORBES,<br><br>    *Defendant*,<br>and<br><br>SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK,<br>and its successors or assigns,<br><br>    *Garnishee*. | HON. ALAN H. NEVAS<br><br>Criminal No. 3:02-264<br><br>ORDER DISSOLVING WRIT OF GARNISHMENT |

**WHEREAS** an Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Security Mutual Life Insurance Company of New York ("Security Mutual") was duly issued,

**WHEREAS** the Writ of Garnishment was served upon the Defendant and Security Mutual,

**WHEREAS** Security Mutual filed an Answer to the Writ of Garnishment stating that at the time of the service of the Writ it had in its possession, custody or control, personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $993,854.22, and

**WHEREAS** the parties in this case have agreed to the withdrawal and dissolution of the above Writ of Garnishment,

**NOW THEREFORE, IT IS ORDERED** that the Writ of Garnishment issued to Security Mutual be and hereby is dissolved and is of no further effect.

DATED: 5/18/07

HON. ALAN H. NEVAS
UNITED STATES DISTRICT COURT