CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

```
                                      FILED

                                   2007 MAY 22  A 8: 20

                                   U.S. DISTRICT COURT
                                   BRIDGEPORT, CONN
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        *Plaintiff,*<br>v.<br><br>**WALTER A. FORBES,**<br><br>        *Defendant,*<br>and<br><br>**JPMORGAN CHASE BANK, N.A.,**<br>**and its successors or assigns,**<br><br>        *Garnishee.* | **HON. ALAN H. NEVAS**<br><br>**Criminal No. 3:02-264**<br><br>**ORDER DISSOLVING WRIT OF GARNISHMENT** |

  **WHEREAS** an Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to JPMorgan Chase Bank, N.A. ("JPMorgan Chase") was duly issued,

  **WHEREAS** the Writ of Garnishment was served upon the Defendant and JPMorgan Chase, and

**WHEREAS** the parties in this case have agreed to the withdrawal and dissolution of the above Writ of Garnishment,

**NOW THEREFORE, IT IS ORDERED** that the Writ of Garnishment issued to JPMorgan Chase be and hereby is dissolved and is of no further effect.

DATED: 5/18/07

HON. ALAN H. NEVAS
UNITED STATES DISTRICT COURT