UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 MAY 29  A 9:59

UNITED STATES DISTRICT COURT
BRIDGEPORT, CONN

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 3:02CR264 (AHN) |
| WALTER A. FORBES. | ) May 25, 2007 |

## NOTICE OF APPEAL

Notice is hereby given that Walter A. Forbes hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's May 24, 2007 oral denials of his motion to stay the sentence providing for restitution in this case and his request to maintain the confidentiality of his personal financial information.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _Barry S. Simon /MRL_
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

        James T. Cowdery (Bar No. ct05103)
        Thomas J. Murphy (Bar No. ct07959)
        COWDERY, ECKER & MURPHY, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703
        (860) 278-5555 (phone)
        (860) 249-0012 (fax)
        tmurphy@cemlaw.com (e-mail)

        Attorneys for Walter A. Forbes

Dated: May 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Appeal to be served by e-mail and first class mail on May 25, 2007 to the following:

        Mark Coyne, Esq. (mark.coyne@usdoj.gov)
        Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
        Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

        U.S. Attorney's Office
        District of New Jersey
        970 Broad Street, Suite 700
        Newark, NJ  07102


_/s/ Marcie Ziegler_
Marcie R. Ziegler