UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | June 5, 2007 |
| WALTER A. FORBES. ) | |

**Unopposed Motion of Walter A. Forbes To Seal Docket No. 2703 Pending Decision by U.S. Court of Appeals for the Second Circuit**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing Docket No. 2703, the Memorandum of the United States in Opposition to Memorandum of Defendant Forbes Addressing Pre-2001 Discovery Being Sought (filed May 22, 2007), pending a decision from the U.S. Court of Appeals for the Second Circuit concerning whether that pleading should be filed under seal.

The government does not oppose the relief sought by Mr. Forbes.

The grounds for Mr. Forbes' motion are as follows:

1. Mr. Forbes has noticed an appeal to the U.S. Court of Appeals for the Second Circuit from the Court's May 24, 2007 oral ruling denying Mr. Forbes' request to place Docket No. 2703 under seal.

2. On May 31, 2007, Mr. Forbes filed a motion in the U.S. Court of Appeals for the Second Circuit for, *inter alia*, an Order precluding the government from disclosing Mr. Forbes' personal financial information to third parties. Mr. Forbes has received oral notice from the Court of Appeals that the motion will be heard on June 20, 2007.

3.  Mr. Forbes has a compelling interest in protecting the privacy of his personal financial information from disclosure to third parties. See Statharos v. New York City Taxi & Limousine Commission, 198 F.3d 317, 322-23, 326 (2d Cir. 1999) ("[T]his Court has recognized the existence of a constitutionally protected interest in the confidentiality of personal financial information. . . . . [T]he plaintiffs' confidentiality interest in protecting their financial information from being revealed to the world at large is significantly greater than their interest in protecting that information from being revealed to the [government].") (collecting cases). "[T]he degree of intrusion stemming from public exposure of the details of a person's life is exponentially greater than that stemming from disclosure to government officials." Id. at 326 (quoting Barry v. City of New York, 712 F.2d 1554, 1561 (2d Cir. 1983) (brackets omitted).

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

2

                James T. Cowdery (Bar No. ct05103)
                Thomas J. Murphy (Bar No. ct07959)
                COWDERY, ECKER & MURPHY, L.L.C.
                750 Main Street
                Hartford, CT 06103-2703
                (860) 278-5555 (phone)
                (860) 249-0012 (fax)
                tmurphy@cemlaw.com (e-mail)

                Attorneys for Walter A. Forbes

Dated: June 5, 2007

## CERTIFICATE OF SERVICE

        I hereby certify that on June 5, 2007 I caused a true and correct copy of Mr. Forbes' Motion to Seal Docket No. 2703 Pending Decision by U.S. Court of Appeals for the Second Circuit to be served by e-mail on the following:

        John Silbermann
        United States Attorney's Office for the District of New Jersey
        970 Broad Street
        Newark, N.J. 07102
        john.silbermann@usdoj.gov

_____
Marcie R. Ziegler