UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AHN) |
| ) | July 3, 2007 |
| WALTER A. FORBES. ) | |

CONSENT MOTION OF DEFENDANT WALTER A. FORBES FOR
MODIFICATION OF SELF-SURRENDER DATE AND
PERMISSION TO TRAVEL TO CALIFORNIA FOR
WEDDING RECEPTION

Walter A. Forbes, through undersigned counsel, respectfully moves to modify his July 16, 2007 self-surrender date until August 7, 2007 and to modify the conditions of his release in order to permit him to travel to California to attend the wedding reception of his daughter, Alison Forbes. The reception, and related family events, are scheduled for the weekend of August 3-5, 2007. Mr. Forbes requests permission to depart for California on or about August 2, 2007 and return on or about August 6, 2007.

The government consents to the relief requested by Mr. Forbes. The probation office (Nicole Owens) has no objection to Mr. Forbes' request.

Mr. Forbes' scheduled self-surrender date is July 16, 2007. The requested modification of Mr. Forbes' self-surrender date until August 7 would allow Mr. Forbes to be present at one of the most important events of his daughter's life. If the Court grants the requested relief, Mr. Forbes would call probation each day he is California. Mr. Forbes respectfully requests that the Court grant the requested modification of the self-surrender date and permit Mr. Forbes to travel to California for the weekend of August 3-5, 2007.

## CONCLUSION

For the foregoing reasons, Mr. Forbes respectfully requests that the Court modify Mr. Forbes' self-surrender date until August 7, 2007 and modify the conditions of his release to permit Mr. Forbes to travel to California for the events of August 3-5, 2007.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: July 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Unopposed Motion of Defendant Walter A. Forbes for Modification of Self-Surrender Date and Permission to Travel to California for Wedding Reception to be filed electronically and to be served on July 3, 2007 to the following via e-mail:

    Mark Coyne, Esq. (mark.coyne@usdoj.gov)
    Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
    Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon