UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | )<br>)<br>)<br>)<br>)   No. 3:02CR264 (AHN)<br>)   July 6, 2007<br>)<br>) |

**Motion of Walter A. Forbes to Unseal Docket No. 2703**

Defendant Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order unsealing Docket No. 2703, the Memorandum of the United States in Opposition to Memorandum of Defendant Forbes Addressing Pre-2001 Discovery Being Sought (filed May 22, 2007). This Court previously sealed the docket entry pending a decision from the U.S. Court of Appeals for the Second Circuit concerning whether that pleading should be filed under seal. The Second Circuit has now denied Mr. Forbes' request that the information contained in the pleading remain confidential.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

                                                  James T. Cowdery (Bar No. ct05103)
                                                  Thomas J. Murphy (Bar No. ct07959)
                                                  COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: July 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Unseal Docket No. 2703 to be filed electronically and to be served on July 6, 2007 to the following via e-mail:

Mark Coyne, Esq. (mark.coyne@usdoj.gov)
Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

Barry S. Simon