C  New Haven
02-cr-264
Nevas

# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

HON. DENNIS JACOBS
Chief Judge

CATHERINE O'HAGAN WOLFE
Clerk



Before:   Hon. Roger J. Miner,
          Hon. Robert D. Sack,
          Hon. Peter W. Hall,
             *Circuit Judges.*

United States of America,

   *Appellee,*

-v-

Walter A. Forbes,

   *Defendant-Appellant,*

E. Kirk Shelton,

   *Defendant,*

Anne M. Pember, et al.,

   *Interested-Parties.*

Docket Nos. 07-0348-cr(L),
            07-2313-cr(CON)

## ORDER

On May 14, 2007, defendant Walter Forbes moved for release pending appeal. On May 30, 2007, he further moved for a stay of that portion of his sentence providing for restitution and for an order protecting the confidentiality of certain financial information filed or to be filed in the district court. The motions for release pending appeal and for a confidentiality order are hereby DENIED in all respects. The motion for a stay of sentence providing for restitution is also hereby DENIED, provided, however, that consistent with representations made by counsel for the government to the Court during oral argument, it is further ORDERED that the government shall not seek to garnish

CERTIFIED:  6/22/07

*USA v. Forbes, Docket No. 07-0348-cr(L), 07-2313-cr(CON)*
Page 2

or otherwise obtain the funds, assets, or other property of the defendant before final judgment is rendered in this appeal.

6/22/07
Date

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by: 
Deputy Clerk