UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) No. 3:02CR264 (AHN)<br>WALTER A. FORBES ) July 12, 2007<br>) | |

### MOTION OF DEFENDANT WALTER A. FORBES FOR PERMISSION TO TRAVEL TO COLORADO FOR BOARD MEETING

Walter A. Forbes, through undersigned counsel, respectfully moves to modify the conditions of his release in order to permit him to travel to Bloomfield, Colorado on the morning of July 17, 2007 and return to Connecticut on the afternoon of July 18, 2007 in order to attend Board meetings of Quintess, LLC on July 17 and 18, 2007.

Quintess, LLC is a corporation that runs a world-wide vacation residence membership club. Mr. Forbes has a significant financial interest in Quintess and is one of two Board observers for the Quintess Board. He regularly attends Quintess Board meetings and has attended approximately twelve Board meetings over the past few years. The Board meets on a quarterly basis. The last meeting was in Connecticut.

The July 17 and 18 Board meetings are at the company's headquarters in Colorado. The government opposes Mr. Forbes' motion and has suggested that Mr. Forbes could participate by telephone. Participation by telephone, however, would not be feasible because the agenda for the Board meetings is extensive. Committees of the Board are scheduled to begin meeting at 3:00 p.m. on July 17. A dinner Board meeting is scheduled to commence at 7:00 p.m. on July 17. On July 18, the Board is scheduled to meet from 8:00 a.m. until noon. The meetings will involved extensive presentations, and it will be difficult for Mr. Forbes to

participate in any meaningful way if he is required to participate by phone. It is particularly important for Mr. Forbes to participate in the July Board meeting because he will not be able to participate in the conduct of the company's business after he begins his incarceration.

## CONCLUSION

For the foregoing reasons, Mr. Forbes respectfully requests that the Court permit him to travel to Colorado for the Board Meetings of July 17 and 18, 2007.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: July 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Defendant Walter A. Forbes for Permission to Travel to Colorado for Board Meeting to be filed electronically and to be served on July 12, 2007 to the following via e-mail:

    Mark Coyne, Esq. (mark.coyne@usdoj.gov)
    Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
    Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_Barry S. Simon/MRZ_
Barry S. Simon