**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------x
UNITED STATES OF AMERICA :
                         :
v.                       :      Criminal No. 3:02CR00264(AWT)
                         :
WALTER A. FORBES         :
--------------------------x
```

**ORDER**

Chambers received a request from counsel for defendant Walter Forbes with respect to juror lists from Mr. Forbes' first and second trials.  Accordingly, the Clerk's is hereby authorized to confirm in writing the authenticity of the juror lists from the first and second trials.

It is so ordered.

Dated this 1st day of August 2007 at Hartford, Connecticut.

_____
/s/AWT
Alvin W. Thompson
United States District Judge