IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2008 JAN 22 P 12: 46

U.S. DISTRICT COURT

—————————————————x

UNITED STATES OF AMERICA,

          No. 3:02CR264 (AHN)

v.

WALTER A. FORBES.

          January 17, 2008

—————————————————x

## NOTICE OF APPEARANCE

TO:    Clerk

Please enter my appearance as Attorney for the Movant, Buck, Sturmer & Co., P.C., 520

Fifth Avenue, New York, New York 10175 in the above-entitled case.

Dated at Stamford, Connecticut this 17th day of January, 2008.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Movant, Buck, Sturmer & Co., P.C.

By:    _David S. Poppick_

David S. Poppick, Esq.
Federal Bar # ct13202
One Landmark Square, Suite 1800
Stamford, Connecticut 06901
(203) 348-3737

ST:65395v1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing *Notice of Appearance* was sent to the following via e-mail this 17th day of January 2008:

Robert M. Cary, Esq. (rcary@wc.com)
Barry S. Simon, Esq. (bsimon@wc.com)
Brendan V. Sullivan, Jr., Esq. (bsullivan@wc.com)
James T. Cowdery, Esq. (jcowdery@cemlaw.com)
Marcie R. Ziegler, Esq. (mziegler@wc.com)
Gabriel E. Gore, Esq. (ggore@wc.com)
Margaret A. Keeley, Esq. (mkeeley@wc.com)
Michael J.F. Byrne, Esq. (mbyrne@wc.com)
Robert M. Cary, Esq. (rcary@wc.com)
Thomas J. Murphy, Esq. (tmurphy@cemlaw.com)
John Silberman, Esq (john.silberman@usdoj.gov)
Robert Tucker, Esq. (rttucker@optonline.net)

David S. Poppick