UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2008 JAN 22 P 12: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES OF AMERICA,

v.

WALTER A. FORBES.

No. 3:02CR264 (AHN)

January 17, 2008

## MOTION OF BUCK, STURMER & CO., P.C.
## FOR ORDER ALLOWING DEFENDANT'S REPRESENTATIVE
## TO REIMBURSE IT FOR COSTS AND EXPENSES

Buck, Sturmer & Co., P.C. ("Buck, Sturmer"), by its undersigned counsel, respectfully moves this Court, pursuant to its ancillary jurisdiction, for an order allowing the personal representative of the Defendant, Walter A. Forbes, to pay Buck Sturmer an amount of money up to $50,000, for certain costs and expenses incurred and billed in calendar year 2007, and an amount of money up to $50,000 for certain costs and expenses as they are incurred and billed in calendar year 2008.

Buck, Sturmer, located at 521 Fifth Avenue, New York, NY 10175, is the long-time certified public accounting firm for the Defendant, the Defendant's family and various entities that they sponsor and control. Buck, Sturmer not only prepares the income tax returns for various of these individuals and entities, but also, upon direction, pays certain of their expenses, and maintains their financial records. These accumulated records are kept both in computerized financial data-bases and in hard copies occupying more than 120 file boxes. Moreover, several accountants and administrative persons employed by Buck, Sturmer are

Oral Argument Not Requested

unique repositories of knowledge concerning the location and contents of these records and the circumstances and details surrounding the events that these records describe.

In order that the Defendant could prepare his case for his most recent trial, Buck Sturmer personnel met with Defendant's lawyers on multiple occasions in 2007, to assist them in identifying records and information that they deemed essential in formulating his defense. After the jury returned its ultimate verdict, Buck Sturmer personnel spent many hours in identifying and describing records that the Defendant's counsel believed necessary in the pre-sentencing proceedings, and also in determining whether records being requested by the government were privileged. The value of the time of Buck, Sturmer personnel so occupied has been fully documented and bills have been sent to the Defendant's representative for payment.

The Defendant's personal representative is Robert Tucker, Esquire, 17 Meadowlark Road, Rye Brook, NY 10573.

Some payments have been made but some invoices yet are outstanding. Buck, Sturmer also has been represented by counsel throughout its dealings with the government and has incurred fees for this activity as its counsel has been active in negotiating with and assisting the government in its inquiry.

During the period before the ultimate trial, and more frequently thereafter, Buck, Sturmer also met on several occasions with federal agents and prosecutors, and retrieved and identified thousands of pages of records, created and submitted data bases of computerized information and submitted to lengthy interviews with the government aimed at the identification of assets of interest to the government and the reasons for various payments and the identities of their recipients. These activities involved hundreds of hours of Buck, Sturmer's time and have been the subject of careful record keeping.

Although Buck, Sturmer discussed billing for its time and effort with the Office of the United States for the District of New Jersey (which has the lead concerning asset recovery), it was agreed that, because there was no identifiable source of federal funds from which payment could be made, no bills would be submitted to the government and that Buck Sturmer was free to seek reimbursement from the Defendant's representative. This motion follows, and government has stated that it will not oppose the motion.

The amounts billed by Buck Sturmer for its professional services through year-end 2007 in this matter but not yet paid are somewhat less than $50,000. Assuming that its professional services are sought in 2008, particularly by the government, Buck, Sturmer would not expect its costs and expenses to exceed $50,000.

WHEREFORE, Buck, Sturmer respectfully asks this Court to authorize the Defendant's representative, Robert Tucker, Esquire, to pay Buck Sturmer's fully documented, but yet unpaid statements for fees, costs and expenses related to this matter incurred in 2007 in an amount not to exceed $50,000, and to authorize the Defendant's representative to pay Buck, Sturmer's fully documented statements for fees, costs and expenses related to this matter as they are incurred in 2008.

Dated: January 17, 2008

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

Attorneys for Buck, Sturmer & Co., P.C.

By: _____ (David S. Bunch)

David S. Poppick,
Federal Bar No. CT13202
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-373

Of counsel:

Stuart M. Gerson,
Epstein Becker & Green, P.C.
1227 25th Street, NW Suite 700
Washington, D.C. 20037-1175
(202) 861-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------x
UNITED STATES OF AMERICA,        :
                                 :   No. 3:02CR264 (AHN)
                                 :
v.                               :
                                 :
WALTER A. FORBES.                :   January 17, 2008
                                 :
                                 :
---------------------------------x

### CERTIFICATION OF SERVICE

I hereby certify that I caused the foregoing Motion of Buck, Sturmer & Co., P.C. for Order Allowing Defendant's Representative to Reimburse it for Costs and Expenses to the following via e-mail this 17th day of January 2008:

Robert M. Cary, Esq. (rcary@wc.com)
Barry S. Simon, Esq. (bsimon@wc.com)
Brendan V. Sullivan, Jr., Esq. (bsullivan@wc.com)
James T. Cowdery, Esq. (jcowdery@cemlaw.com)
Marcie R. Ziegler, Esq. (mziegler@wc.com)
Gabriel E. Gore, Esq. (ggore@wc.com)
Margaret A. Keeley, Esq. (mkeeley@wc.com)
Michael J.F. Byrne, Esq. (mbyrne@wc.com)
Robert M. Cary, Esq. (rcary@wc.com)
Thomas J. Murphy, Esq. (tmurphy@cemlaw.com)
John Silberman, Esq (john.silberman@usdoj.gov)
Robert Tucker, Esq. (rttucker@optonline.net)

_____
David S. Poppick

ST:65396v1