UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | CRIMINAL ACTION |
| : | NO. 3:02 CR 00264 (AHN) |
| v. : | |
| WALTER A. FORBES, : | |
| Defendant. : | JUNE 6, 2008 |

**JOINT MOTION FOR LEAVE TO DEPOSE DEFENDANT WALTER A.
FORBES IN AID OF EXECUTION OF RESTITUTION ORDER**

The United States of America and Cendant Corporation, also known as Avis Budget Group, Inc. ("Cendant") hereby jointly move, pursuant to Federal Rules of Civil Procedure 30(a)(2)(B) and 69(b), for an order of the Court granting leave to depose defendant Walter A. Forbes in aid of execution of the Restitution Order issued on January 17, 2007. In support of this Motion, the Government and Cendant jointly represent as follows:

(1)   On October 31, 2007, Mr. Forbes was convicted by a jury on one count of Conspiracy and two counts of making a False Statement in a Report to be Filed with the SEC.

(2)   On January 17, 2007, this Court sentenced Mr. Forbes to 151 months in prison and ordered him to pay restitution in the amount of $3.275 billion (the "Restitution Order"). The Court identified Cendant as a victim and a recipient of the restitution payments. Mr. Forbes is currently serving his sentence in Allenwood Federal Correctional Complex in White Deer, Pennsylvania.

(3)   On April 24, 2007, the Court ordered Mr. Forbes to provide the United States with a written declaration disclosing all assets owned individually or jointly by Mr. Forbes.

(4)   On May 4, 2007, Mr. Forbes provided the United States a Declaration of Assets pursuant to the Court's Order. (Declaration attached hereto as Exhibit A.)

(5)   On May 30, 2007, Mr. Forbes moved for a stay of that portion of his sentence providing for restitution pending appeal.

(6)   On June 22, 2007, the United States Court of Appeals for the Second Circuit denied Mr. Forbes's motion to stay subject to the representations made by the Government's counsel at oral argument that the Government would not seek to garnish or otherwise obtain the funds, assets, or other property of the defendant before final judgment was rendered on appeal.

(7)   On January 13, 2008, the Second Circuit denied Mr. Forbes's appeals in all respects. Mr. Forbes thereafter filed a Petition for Writ of Certiorari with the United States Supreme Court.

(8)   On May 19, 2008 the United States Supreme Court denied Mr. Forbes's petition for certiorari. Pursuant to the Second Circuit's June 22, 2007 Order, the Government may now begin collection proceedings to enforce the Restitution Order. As an identified victim, Cendant has the right to participate and may also seek to enforce the Restitution Order.

(9)   Accordingly, the Government and Cendant now seek to depose Mr. Forbes regarding his May 4, 2007 Declaration of Assets. The Declaration, on its face, lacks sufficient detail to enable the Government and Cendant to adequately pursue enforcement of the Restitution Order. By way of example, Mr. Forbes's Declaration lists interests in numerous partnerships, LLCs and real estate, but does not identify (with few exceptions) the extent or approximate value of those interests or where they are maintained.

(10)   Moreover, as this Court is aware, Mr. Forbes has acknowledged during his trial having made certain transfers of assets, which may otherwise be subject to avoidance to satisfy

the Restitution Order. The Government and Cendant also wish to examine Mr. Forbes regarding such transfers and to determine what other transfers he may have made, to whom, and why. Now that Mr. Forbes's appeals have run, there is an even greater fear that he will attempt to dissipate his assets to avoid his obligations under the Restitution Order.

WHEREFORE, based on the aforementioned, the Government and Cendant respectfully request that the Court grant this Motion and enter the attached proposed order granting leave to depose Walter A. Forbes at Allenwood Federal Correctional Complex on or before June 27, 2008.

MOVANTS – UNITED STATES OF AMERICA

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
By   /s/ Jordan Anger
    Jordan Anger

Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 353-6094
PHV02694

AND

CENDANT CORPORATION


By   /s/ Robert E. Kaelin
    Francis J. Brady - ct04296
    fbrady@murthalaw.com
    Robert E. Kaelin - ct11631
    rkaelin@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of the foregoing Joint Motion for Leave to Depose Defendant Walter A. Forbes In Aid Of Execution Of Restitution Order was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 /s/ Robert E. Kaelin
Robert E. Kaelin – ct11631

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: rkaelin@murthalaw.com