UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02-CR-264 (AHN) |
| ) | |
| WALTER A. FORBES ) | May 4, 2007 |
| ) | |

### DECLARATION

I submit this declaration in response to the Court's Order of April 24, 2007.

1. My liquid assets and their respective values as reflected in the most recent statement for each account are as follows:

| | |
|---|---:|
| J.P. Morgan Chase Checking House Account (#000-165345) (as of 3/30/07 statement).................. $ | 4,524.86 |
| Northern Trust Checking Account (#713988) (as of 3/31/07 statement).................. $ | 16,928.33 |
| Citigroup – Smith Barney – Brokerage & Checking (#232-47108-19) (as of 3/28/07 statement).................. $ | 280,398.00 |
| J.P. Morgan Chase – Brokerage (#C88420-00-2) (as of 3/31/07 statement).................. $ | 42,553.68 |
| UBS Financial Services – Brokerage (#UQ1594504) (as of 3/30/07 statement).................. $ | 264.38 |
| Citigroup Smith Barney – Brokerage IRA (#232-6B764-13) (as of 2/28/97 statement).................. $ | 44,862.87 |
| Citigroup Smith Barney – Brokerage Keogh (#232-47116-19) (as of 2/28/07 statement).................. $ | 163,471.32 |
| Citigroup Smith Barney – Brokerage Keogh (#232-58066-16) (as of 2/28/07 statement).................. $ | 184,230.32 |

EXHIBIT A

        Life Insurance Policy – Security Mutual
(#001071502)
(as of 4/12/07).................................................... $ 232,276.83
Life Insurance Policy – Security Mutual
(#001046438)
(as of 4/12/07).................................................... $ 393,579.00
Life Insurance Policy – Canada Life
(#26333-125)
(as of 5/2/07)..................................................... $   28,930.00
Cash-on-Hand (Approximate)........................... $    5,000.00

2. The only liquid assets that I own jointly with my spouse are a joint checking account and a joint certificates of deposit account at the Bank of New Canaan. The value of the joint checking account (#102021931) as of today is $16,992.90. The value of the certificates of deposit account (#1054947) as of today is $94,650.27.

3. My illiquid assets are:

    Stock options in the corporation formerly known as Cendant
Receivable from Waterfront LLC
Receivable from Beth Freimour
Receivable from FG II Ventures, LLC
Receivable from Millie Becker
Receivable from Forbes Family Trust
Receivable from FS Investment Co., LLC
Receivable from Stephen J. Podgorak
Life Insurance Policy – Guardian Life #2913144
Life Insurance Policy – Guardian Life #3023808
Life Insurance Policy – Guardian Life #3001153
Miscellaneous clothing, jewelry and personal effects
8286 East Forbes Road, Gordon, Wisconsin (22% interest)
13621 N. 16th Avenue, Phoenix Arizona (50% interest)
Time Share Intervals at Post Montane, Beaver Creek, Colorado
Receivable (Mortgage) from Estate of James D. Forbes
Membership at Nantucket Golf Club
Membership at Queenwood Golf Club
Membership at Red Stick Golf Club
Underwood Towers LTD (partial interest)
Blount Springs Recolonization PA (partial interest)
PALC Investment Corp.
BFFR LLC (partial interest)
DLJ Millennium Partners, LP (partial interest)
Father Gordon Limited

2

        Red Stick Golf Investments, Inc. (partial interest)
        Queenwood Farm Golf Club LLC (partial interest)
        Siasconset Management, Inc. (partial interest)
        Queenwood Development Group (partial interest)
        F.G. II Ventures, LLC (partial interest)
        OCG Investors, LLC (partial interest)
        F.G. – OCG, LLC (partial interest)
        F.G. II Seed Fund III, LLC (partial interest)
        SCGP LLC (partial interest)
        St. Cloud Capital Partners, LP (partial interest)
        FG II – GEM, LLC (partial interest)
        FG II – WEB, LLC (partial interest)
        Tricordia, LLC (partial interest)
        FG II – DCA, LLC (partial interest)
        Father Gordon Development, LLC (partial interest)
        FG – SWB2 (partial interest)
        FG II – China, LLC
        Greenwich River Investment Group
        FBO Consulting, LLC
        Airtroductions, LLC (partial interest)
        Select Holdings, LLC (partial interest)
        Consor Capital I, LP (partial interest)
        Whitney Strategic Partner VI, LP (partial interest)
        Nextwave Wireless, LLC (partial interest)
        Father Greenwood, LLC (partial interest)

4.     I am also the beneficiary of the Marie Forbes Trust (#36-6212859).

5.     I also own jointly with my spouse various home furnishings. I also own jointly with my spouse a membership at the John's Island Golf Club. I also own jointly with my spouse art as follows:

| Artist | Title |
| --- | --- |
| Innerst | The Great Lawn (Shaded Figure) |
| Shaw | Large Falling Card Stack |
| Israel | Untitled, Interior (small) |
| Blossfeldt | Art Forms in Nature |
| Crawford | National Pastime |
| Horrigan | Fella |
| Baldwin | White vessel |
| Nelson | Untitled (George Caleb Bingham) |
| Wood | Untitled (Woman in Red Dress) |
| Nelson | Untitled (Vines Covering Trees) |

| | |
|---|---|
| Houston | Mourn |
| Guild | Bee Canvas |
| Fredericks | Small patch Pig |
| Fredericks | 1980 |
| Attie | After Courbet |
| Israel | Blackboard People, from the Pedes |
| Israel | Untitled interior(small) |
| Nelson | Untitled |
| McKenzie | Pineapple |
| Kennedy-Onassis | Neoclassical Chairs |
| Attie | Hidden |
| Innerst | Red & White Ribbons |
| Wood | Untitled (Turquoise Pot…) |
| Fraser | Vortex |
| Warhol | Cake (Torte a la Duboch) |
| Wood | Angel |
| MacIver | Romantic Breakfast for Two |
| Nelson | Untitled (Paul Brill 1621 Landscape) |
| Peyton | Comptess du Barry |
| Torr | Abstract Design #7 |
| Wood | Business Mtg. |
| Israel | Untitled Interior Study |
| Wood | Untitled (Green Lava glazed bowl) |
| Wood | That's Me |
| Wood | Finally |
| Wood | Untitled (White lava bowl) |
| Wood | Untitled (3 figures busts of…) |
| Wood | Untitled (2 handled blue bottle) |
| Wood | The Corset |
| Wood | First Date |
| Wood | Dreaming of Regan |
| Wood | Untitled (Lustre Marriage Vessel) |
| Wood | Old Story |
| Wood | Untitled (2 gold luster stick figures) |
| Wood | Her Mistake |
| Kulicke | Red Tomato w/Wedge Removed |
| Nelson | Untitled (#379) |
| Vath | White Apple |
| Woodman | Patchwork |
| Lakerman | Containers #36 |
| Woodman | Lush Black Pillow Pitcher |
| Rasley | Jung at Heart |
| Dillingham | Gas Can |
| Dillingham | Dillingham Cone (Feb. 84-1) |
| Sarkisian | Untitled |
| Lucero | Hercules Beetle |

4

| | |
|---|---|
| Brady | Peaches |
| Gonzalez | La Cuna |
| Baeder | Wally's Diner |
| Rubenstein | Oyster Pails |
| Murphy | Chalkboard |
| Ziawinska | Bad Boys |
| Flanagan | Index |
| Benglis | Cummings Special (from the Racer) |
| Stewart | Still Life with Fan |
| Chard | Oldwick |
| Hershberg | Four quinces |
| Stuart Ingle | Plum Blossoms |
| Wickenberg | Sean Scully |
| Eberle | Beyond the Fortress Walls |
| Earl | Red Suit & Bride |
| Devore | Untitled |
| Wood | Untitled (Man Scolding Women) |
| Wood | Untitled (Two Women on Couch) |
| Wood | Kindly do not Make Wisecracks.. |
| Wood | you Better Let me Share... |
| Lendas | Blue-Green Ceramic Bowl |
| Bert | Pairing: Frontal Profile |
| Wood | Untitled (Self-Portrait w/sad...) |
| Bertoni | Reciprocal Circuits |
| Wood | HE WANTS TO BE A SAINT |
| Wood | Susan and Cat |
| Wood | Why do they Never come Nearer |
| Wood | Untitled (Self-Portrait before..) |
| Wood | The Modem Bride |
| Wood | Untitled (Women in Black Dress) |
| Wood | Untitled (Nude Female Figure...) |
| Bailey | Untitled (Half Figure Turned...) |
| Wood | Untitled (Reclining Female Figure) |
| Levine | D.I.A. Bag (84-3A) |
| Wood | Untitled (Man Flanked by 2 women) |
| Wood | The Temptation of Adam |
| Wood | Lunch Bar |
| Moonelis | Woman in Bed |
| Wood | the Woman who was certain |
| Wood | Untitled (Bride and Groom) |
| Maberry | Cave Man |
| Nevelson | Expanding View #IV |
| Wood | The Rich Discussing Proverty |
| Wood | Rape Story |
| Chabot | Scuttloe |
| Vuksonnovich | Amana Man |

5

| | |
|---|---|
| Vuksonnovich | Carla |
| Sarkisian | #16 |
| Tanis | Five Pears |
| Han | Still Life with Apples... |
| Edelman | Wrapped Blue Package |
| Dillingham | large Globe (July 87-11) |
| Shaw | Still Life w/Sketched Hat |
| Duecker | Nicklaus Bag and Clubs |
| Spinski | Ceramic Box w/Baseballs,... |
| Perrone | Dwelling in Bijapur |
| Furman | Paint Can Bouquet |
| Doner | Untitled |
| Maberry | NMY 048 Ceramic Pedestal |
| Israel | People Powdered Light |
| Vath | Braid |
| Elozua | Oasis' Drive-In |
| Morris | Feminine Inclinations |
| Kraus | Antiquey Mug |
| Wood | Gold Luster Teapot B179 |
| Melchert | Untitled (Photo Negative) |
| Wyman | Bleu de Travail |
| Kienholz | For $430.00 |
| Rauschenberg | Tampa Clay Piece 5 |
| Kraus | The Garden – Mounted Pitcher |
| Eberle | Transparent rising of the Seas |
| Shaw | Wrapped Bird |
| Boyle Family | Study for the Westminster Series |
| Notkin | Cube Skill Teapot (YIX Series) |
| VendenBerge | Basket of Old World Vegetables.. |
| Tsivin | Large Torso |
| Attie | The Anxious Object |
| Attie | Walking into the Woods |
| Ameson | Hydrox |
| Vath | Bees |
| Kraus | Big Award Mug |
| Lakerman | Container #59 |
| Duckworth | Untitled (Maquette No. 1) |
| Melchert | A as in Alchemy |
| Dudley | Control Group |
| Hirsch | Vessel and Stand No. 4 |
| Nelson | Untitled #305 |
| Attie | Father Always Swore |
| Williams | Untitled (cup and saucer) |
| Ameson | 24 Park |
| Arkin | Cave |
| Wood | Chalice (#375) |

6

| | |
|---|---|
| Melchert | She Will Serve the Guests… |
| Wilson | JIMMY (WAITING IN THE…) |
| Leon | Branch Teapot |
| Stewart | Arm on the Pillow w/Lizard |
| Pompilli | Ave Maria Venue |
| Sterback | Attitudes, Pillows |
| Melchert | It is Now Up to Frank |
| Duecker | Ten Apples |
| Du Champ | Absolutely Chinese |
| Du Champ | Black leather Jacket |
| Mackenzie | Artichokes |
| Mackenzie | Woman Taking Tea |
| Kraus | Deafening Chaos Cup and Saucer |
| Mangold | Untitled, AKA Tape Painting |
| Attie | Reader, I Married Him |
| Attie | Sudden Paleness |
| Lucero | Antihopomorphic Plate Form |
| Israel | Red Tulips |
| Israel | Parrot Tulips |
| Israel | Untitled Floral |
| Israel | Thoughts of Distance Places #3 |
| Barlett | Nuance Sympathique |
| Rosenquist | Gift Wrapped Doll #33 |

6. To the best of my knowledge, the foregoing lists all of my assets as of May 4, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of May 2007.

_____
Walter A. Forbes

7