UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,      :<br>                  :<br>     Plaintiff,             :     CRIMINAL ACTION<br>                  :     NO. 3:02 CR 00264 (AHN)<br>v.                :<br>                  :<br>WALTER A. FORBES,             :<br>                  :<br>     Defendant.             : | |

ORDER OF DEPOSITION IN AID OF EXECUTION

In connection with the Motion in Aid of Execution filed jointly by the United States of America and Cendant Corporation, and sufficient cause appearing therefor, it is hereby

**ORDERED** that the deposition of Walter A. Forbes now confined at Allenwood Federal Correctional Complex be taken jointly by the United States and Cendant Corporation on or before June 27, 2008.

Dated at Bridgeport, Connecticut this ____ day of _____, 2008.

BY THE COURT

_____
Alan H. Nevas
United States District Judge

1021288v1