# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Docket No. 3:02CR264 (AHN) |
| WALTER A. FORBES | : | June 9, 2008 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Jordan M. Anger, Assistant United States Attorney.

UNITED STATES OF AMERICA

CHRISTOPHER J. CHRISTIE

Special Attorney
U.S. Attorney's Office, District of New Jersey

*/s/ Jordan M. Anger*
Jordan M. Anger - PHV02694
jordan.anger@usdoj.gov
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 645-2829
Facsimile: (973) 297-2010

<u>Certification</u>

  This is to certify that on June 9, 2008, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 <u>/s/ Jordan M. Anger</u>
                 Jordan M. Anger