UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :

      v.                          :        Criminal No. 3:02CR264(AHN)

WALTER A. FORBES             :

<u>RULING AND ORDER ON JOINT MOTION FOR LEAVE TO DEPOSE DEFENDANT</u>

Upon a showing of sufficient cause and pursuant to Fed. R. Civ. P. 30(a)(2)(B) and 69(b), the joint motion of the United States and Cendant Corporation [doc. # 2787] for leave to depose the defendant, Walter A. Forbes, in aid of execution of the Restitution Order issued on January 17, 2007, is GRANTED.

Accordingly, it is hereby ORDERED that the deposition of Walter A. Forbes, now confined at Allenwood Federal Correctional Complex, be taken jointly by the United States and Cendant Corporation on or before August 29, 2008.

The deposition shall take place at the United States Courthouse & Federal Building, 240 West Third Street, Williamsport, Pa. under the auspices of Senior United States District Judge James F. McClure, Jr., who will be available to resolve any issues that may arise during the deposition. Counsel for the United States and Cendant shall contact Judge McClure's Chambers to make the necessary arrangements for space and scheduling.

SO ORDERED this 8th day of July, 2008 at Bridgeport, Connecticut.

                                    /s/_____
                                          Alan H. Nevas
                                 United States District Judge