CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JORDAN M ANGER (phv02694)
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov

**FILED**

2008 JUL 21  P 2: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | *Plaintiff,* | Hon. ALAN H. NEVAS |
| v. | | CRIMINAL No. 3:02CR00264(AHN) |
| **WALTER A. FORBES,** | *Defendant,* | **APPLICATION AND ORDER FOR WRIT OF GARNISHMENT** |
| and | | |
| **UBS PAINE WEBBER, and its successors or assigns,** | *Garnishee.* | |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Walter A. Forbes, social security number *******5664, whose last known address is New Canaan, CT 06840 in the above cited action in the amount of $3,275,000,000.00.

The total balance due and owing as of June 24, 2008 is $3,239,824,249.42.

Demand for payment of the above-stated debt was made upon the debtor not less than 30

days from June 24, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Walter Forbes has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Walter Forbes.

The name and address of the Garnishee or his authorized agent is:

> UBS Paine Webber
> c/o Alexandra McInerney
> 499 Washington Boulevard
> Jersey City, New Jersey 07310

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

CHRISTOPHER J. CHRISTIE
SPECIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE

By: _____
JORDAN M. ANGER
SPECIAL ATTORNEY

IT IS, on this ___ day of July, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

/s/ Alan H. Nevas, SUSDJ
_____
HON. ALAN H. NEVAS
SENIOR, UNITED STATES DISTRICT JUDGE