UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CRIMINAL ACTION |
| | : | NO. 3:02 CR 00264 (AHN) |
| v. | : | |
| WALTER A. FORBES, | : | |
| Defendant. | : | JULY 25, 2008 |

## MOTION FOR ORDER

In furtherance of this Court's Ruling and Order dated July 8, 2008 (Dkt. #2792), the United States of America and Cendant Corporation hereby jointly move that the Court enter the attached proposed Writ of Habeas Corpus Ad Testificandum to effect the appearance of Defendant Walter A. Forbes at the United States Courthouse & Federal Building, 240 West Third Street, Williamsport, Pennsylvania on August 13, 2008 to be deposed in the above captioned matter.

1030823v1

MOVANTS – UNITED STATES OF AMERICA

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice


By   /s/ Jordan Anger
    Jordan Anger

Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 353-6094
PHV02694

AND

CENDANT CORPORATION


By   /s/ Robert E. Kaelin
    Francis J. Brady - ct04296
    fbrady@murthalaw.com
    Robert E. Kaelin - ct11631
    rkaelin@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile:  (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       /s/ Robert E. Kaelin
Robert E. Kaelin – ct11631

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: rkaelin@murthalaw.com