UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal Action No. |
| Plaintiff, | : |
| | : 3:02 CR 00264 (AWT) |
| v. | : |
| WALTER A. FORBES and E. KIRK SHELTON, | : |
| Defendants. | : |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE UNITED STATES MARSHAL'S OFFICE, WILLIAMSPORT, PENNSYLVANIA:

By authority of the United States of America, you are hereby commanded to bring **Walter A. Forbes**, inmate no. 23905-050, who is now confined at FCI Allenwood Low, Federal Correctional Institution, White Deer, Pennsylvania 17887 before the Honorable James F. McClure at the United States District Court, Middle District of Pennsylvania, Williamsport Division, at 240 West Third Street, Williamsport, Pennsylvania on the 13th day of August, 2008, at 9:00 a.m., to be deposed in a criminal action known as <u>United States of America v. Walter A. Forbes</u>, bearing docket number 3:02CR264(AHN) now pending in the United States District Court, District of Connecticut.

Dated at Bridgeport, Connecticut, this 25 day of July, 2008.

BY ORDER OF THE COURT

/s/ Alan H. Nevas, SUSDJ

ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE