CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JORDAN M. ANGER (phv02694)
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ  07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov

FILED

2008 AUG -8  P 4: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon. ALAN H. NEVAS** |
| *Plaintiff,* | *CRIMINAL No.* **3:02CR00264(AHN)** |
| v. | **ANSWER OF THE GARNISHEE** |
| **WALTER FORBES,** | |
| *Defendant,* | |
| and | |
| **UBS PAINE WEBBER,** **and its successors or assigns,** | |
| *Garnishee.* | |

*Ivan Sterling*, BEING DULY SWORN DEPOSES AND SAYS:
     (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

*U.B.S Financial Services Inc., 499 Washington Boulevard Jersey City, NJ 07310*
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which

Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (**State Official Title & telephone number**) *Paralegal* (201) 318-2729 of

Garnishee, *UBS Financial Services Title* a corporation. organized under the laws of the State of *N.J.*

On _____, 200_, Garnishee received the Writ of Garnishment by certified mail. The

Garnishee was informed of its right to have the Writ served by the United States Marshal. The

Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and

accepts service of the Writ of Garnishment by certified mail.

5.    The Garnishee has custody, control or possession of the following property

(non-earnings), in which the Debtor maintains an interest, as described

below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. *Please see Attachment A for a listing of frozen accounts restrained.* | | |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the
future. the following amounts:

| Amount | Estimate date or Period Due |
|---|---|

1.    $_____          _____

2.    $_____          _____

3.    $_____          _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___    [The Garnishee makes the following claim of exemption on the part of Defendant:]

___    [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply

Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___    [The Garnishee was then in no manner and upon no account indebted or under liability to

the Defendant, Walter Forbes , and that the Garnishee did not have in his/her possession

or control any property belonging to the Defendant, or in which the Garnishee has an

interest; and is in no manner liable as Garnishee in this action.]

        The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor,

Walter Forbes at:

        Barry S. Simon, Esq.
        Williams & Connolly, LLP
        725 12th Street, N.W.
        Washington, D.C. 20005
        Attorney for Walter A. Forbes

and (2) the United States Attorney of the District of New Jersey, 970 Broad Street, 7th Floor,

Newark, NJ  07102, Attn: Jordan M. Anger, Special Attorney.

Garnishee  *Ivan Sterling*
*(201) 318-2729*

Subscribed and sworn to before me this
_5_ day of _Aug_ 2008

Notary Public
(Seal)

ALEXANDRA McINERNEY
Notary Public, State of New Jersey
No. 2330243
Qualified in Bergen County
Commission Expires June 14, 2010

My Commission expires:

**UBS**

**UBS Financial Services Inc.**
499 Washington Boulevard
Jersey City, NJ 07310-1998

Legal Processing Control

Ivan Sterling
Tel. 201-318-2729
Fax. 201-318-2890

www.ubs.com

# **Attachment A**

Investment Account number UQ15945, held in the name of Walter A. Forbes. This account has a current balance of $97.98 in a security.

Individual Retirement Account number UQ15659, in the name of Walter A. Forbes. This account has a zero balance and closed since 03/29/04.

Individual Retirement Account number UQ06544, in the name of Walter A. Forbes. This account has a zero balance and closed since 03/29/04.

Trust Account number UQ15784, held in the names of Walter A. Forbes and Robert T. Tucker Trustees, Walter A. Forbes Pension Plan & Trust. This account has a zero balance and closed since 02/24/05.

Trust Account number UQ13978, held in the names of Walter A. Forbes and Robert T. Tucker Trustees, Walter A. Forbes Pension Plan & Trust. This account has a zero balance and closed since 02/16/05.

Accounts will remain restrained until further order of the court.