CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JORDAN M ANGER (phv02694)
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov

FILED

2008 AUG -8 P 4:33

DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>WALTER FORBES,<br><br>*Defendant,*<br><br>and<br><br>SMITHBARNEY,<br>**and its successors or assigns,**<br><br>*Garnishee.* | Hon. ALAN H. NEVAS<br><br>*CRIMINAL No.* **3:02CR00264(AHN)**<br><br>ANSWER OF THE GARNISHEE |

__Mayra Oviedo__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/(she) is Garnishee herein doing business in the name of:

__Smith Barney at 485 Lexington Ave. New Yor NY 10017__
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/(she) is the (State Official Title & telephone number) __VP_____ of Garnishee, _Smith Barney_ a corporation, organized under the laws of the State of _NY_.

On _8/6_, 200_8_ Garnishee received the Writ of Garnishment by certified mail. The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by certified mail.

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | Brokerage Acct | $0.00 | n/a |
| 2. | Brokerage Acct | $0.00 | n/a |
| 3. | Brokerage IRA acct. | $10,513.4 | see attached |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| $10,513.61 plus unpriced securities | See attached |

1. $_____        _____

2. $_____        _____

3. $_____        _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___ [The Garnishee makes the following claim of exemption on the part of Defendant:]

___ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, <u>Walter Forbes</u>, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Walter Forbes at:

Barry S. Simon, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
Attorney for Walter A. Forbes

and (2) the United States Attorney of the District of New Jersey, 970 Broad Street, 7th Floor, Newark, NJ 07102, Attn: Jordan M. Anger, Special Attorney.

_____
Garnishee

Subscribed and sworn to before me this
_7_ day of _Aug_/200_8_.

_____
Notary Public
(Seal)

RICHARD L. APICELLA
Notary Public, State of New York
No. 02A_____370
Qualified in Nassau County
Commission Expires Dec. 31, 20__

My Commission expires: _12-31-09_

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

        Clerk, United States District Court
        Hon. Alan H. Nevas
        Senior, United States District Judge
        Brian McMahon Federal Building
        915 Lafayette Blvd.
        Bridgeport, Connecticut 06604

and a copy of this Answer to:

        United States Attorney
        970 Broad Street
        7th Floor
        Newark, NJ 07102
        Attention: Jordan M. Anger
        Special Attorney

and to:

        Barry S. Simon, Esq.
        Williams & Connolly, LLP
        725 12th Street, N.W.
        Washington, D.C. 20005
        Attorney for Walter A. Forbes

```
A   232-6B764-1-3-777 SEL IRA        CHTR                         BALANCE PAGE
*** MR. WALTER FORBES                HOME:                          0004 08/07
    CGM IRA CUSTODIAN                BUS:                         AGE: 65 Y  8 M
    687 SMITH RIDGE ROAD                              3P DSCR     RISK: AGGRESSIVE
    NEW CANAAN CT 06840-3225                                      INVEST OBJECT:
                                     SSN:      -5664             1=GROWTH
                                     SWEEP: BDP        BDP        2=CURR INCOME
                                                                  4=TAX DEFERRAL
    UNPRICED SECUR                                                3=LIQUIDITY
    BANK DEPOSITS       10,513.61   NET CASH          10,513.61   SPECULATION: Y
    ACCOUNT VALUE       10,513.61                                 NO SYND/NO-EOD
                                                                  HOLD DIV




    GOTO: XBal, XSum, XDetail, XMarg bal
    VERB TOPIC/SUBJECT         PGE OFF FC#
    _____   _____
    F1 BKMK   F2 BACK   F3 A    F4 S    F5 EXEC   F6 CMN  (A)
```

Please be advised that this account balance is based upon the current value of certain securities held in the account. The value of these securities fluctuate, therefore no Order directing Smith Barney to pay a sum certain should issue. Smith Barney has a lien to the extent permitted in the applicable Client Agreement and under applicable law.

Please send all correspondence regarding this order to Mayra Oviedo, Legal Department at 485 Lexington Avenue, 14th Floor, NY, NY 10017. If you have any questions please call (212) 783-4067. Fax Number 212-783-4140.

```
A   232-6B764-1-3-777  SEL IRA       CHTR              POSITION SUMMARY
*** MR. WALTER FORBES                HOME:                0002 08/07
CGM IRA CUSTODIAN                    BUS:               AGE: 65 Y  8 M
                                              3P  DSCR RISK: AGGRESSIVE

LN SYM/SEC  RANK/DESCRIPTION      QUANTITY      PRICE       VALUE     T-C DV
01 #BDP         BANK DEPOSIT PRO    10,510       1.00     10,513.61   1-3
                FRACTION OF A SHARE  .86000
02 S169230      STONE TOWER CDO    150,000 *     0.00          0.00   1-3


GOTO: XBal, XSum, XDetail, XMarg bal
VERB  TOPIC/SUBJECT          PGE OFF FC#

F1 BKMK   F2 BACK   F3 A     F4 S      F5 EXEC   F6 CMN  (A)
```

Please be advised that this account balance is based upon the current value of certain securities held in the account. The value of these securities fluctuate, therefore no Order directing Smith Barney to pay a sum certain should issue. Smith Barney has a lien to the extent permitted in the applicable Client Agreement and under applicable law.

Please send all correspondence regarding this order to Mayra Oviedo, Legal Department at 485 Lexington Avenue, 14th Floor, NY, NY 10017. If you have any questions please call (212) 783-4067. Fax Number 212-783-4140.

Date: 8/7/2008 Time: 12:42:31 PM (MMO)