UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
2008 AUG 15 A 10:33

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   *Plaintiff,*<br><br>v.<br><br>WALTER FORBES,<br><br>                   *Defendant,*<br><br>and<br><br>THE NORTHERN TRUST COMPANY,<br>and its successors or assigns,<br><br>                   *Garnishee.* | Hon. ALAN H. NEVAS<br><br>CRIMINAL No. 3:02CR00264(AHN)<br><br>ANSWER OF THE GARNISHEE |

<u>Kathryn Klein</u>, BEING DULY SWORN DEPOSES AND SAYS:
  (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

_____
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP

    That he/she is a member _____ of a partnership composed of

which Garnishee is a partner.

IF GARNISHEE IS A COPORATION:

    That <u>she</u> is the (**State Official Title & Telephone number**) <u>Second Vice

President, (312) 444-3976</u> of Garnishee, <u>The Northern Trust Company</u>, a corporation,

organized under the laws of the State of <u>Illinois</u>.

    On <u>August 5, 2008</u>, Garnishee received the Writ of Garnishment by certified mail.

The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by certified mail.

    5.    The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest In Property |
|---|---|---|---|
| 1. | Checking Account | $6,271.19 | Sole Owner |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $0.00 | _____ |
| 2. | ____ | _____ |
| 3. | ____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___ [The Garnishee makes the following claim of exemption on the part of Defendant:]

___ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___    [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, <u>Walter Forbes</u>, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Walter Forbes at:

Barry S. Simon, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
Attorney for Walter A. Forbes

and (2) the United States Attorney for the District of New Jersey, 970 Broad Street, 7th Floor, Newark, NJ 07102, Attn: Jordan M. Anger, Special Attorney.

_____
Garnishee

Subscribed and sworn to before me this
____ day of _____ 200_.

_____
Notary Public

OFFICIAL SEAL
ASHLEY PAUL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/20/11

My Commission expires: _____

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

>Clerk, United States District Court
>Hon. Alan H. Nevas
>Senior, United States District Judge
>Brian McMahon Federal Building
>915 Lafayette Blvd.
>Bridgeport, Connecticut 06604

and a copy of this Answer to:

>United States Attorney
>970 Broad Street
>7th Floor
>Newark, NJ 07102
>Attention: Jordan M. Anger
>Special Attorney

and to:

>Barry S. Simon, Esq.
>Williams & Connolly, LLP
>725 12th Street, N.W.
>Washington, D.C. 20005
>Attorney for Walter A. Forbes