CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JORDAN M ANGER (phv02694)
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov

FILED
2008 AUG 19 A 9: 59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WALTER FORBES,<br><br>　　　　　　　　　　　Defendant,<br><br>and<br><br>JPMORGAN CHASE BANK, N.A.,<br>and its successors or assigns,<br><br>　　　　　　　　　　　Garnishee. | Hon. ALAN H. NEVAS<br><br>CRIMINAL No. 3:02CR00264(AHN)<br><br>ANSWER OF THE GARNISHEE |

_Linda N. Young_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

_____
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title & telephone number) Legal Specialist (225) 332-7310 of Garnishee, JPMorgan Chase Bank, U.A. corporation, organized under the laws of the State of LA.

On 8/6, 2008, Garnishee received the Writ of Garnishment by certified mail. The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by certified mail.

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Checking Acct. | $6195.32 | Sole Owner |
| 2. Trust-Checking | $0.00 | Sole Owner |
| 3. | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|

1. $ 6,195.32      N/A

2. $_____    _____

3. $_____    _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___    [The Garnishee makes the following claim of exemption on the part of Defendant:]

___    [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___    [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, <u>Walter Forbes</u>, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Walter Forbes at:

Barry S. Simon, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
Attorney for Walter A. Forbes

and (2) the United States Attorney of the District of New Jersey, 970 Broad Street, 7th Floor, Newark, NJ 07102, Attn: Jordan M. Anger, Special Attorney.

_Linda N. Young, Legal Specialist_
Garnishee
Linda N. Young

Subscribed and sworn to before me this
13 day of Aug 2008.

_Debra B. Kemp_
Notary Public
(Seal)   Debra B Kemp – Notary Public #77536

My Commission expires:   **My Commission for life**

Instrument not prepared by signing Notary Public. Notary Public attesting to signature(s) only.
Debra B. Kemp - Notary Public



OFFICIAL SEAL
Debra B. Kemp
Notary Public #77536
State of Louisiana
East Feliciana Parish
My commission is for Life