CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JORDAN M. ANGER (phv02694)
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. WALTER FORBES, *Defendant,* and SECURITY MUTUAL LIFE INSURANCE, and its successors or assigns, *Garnishee.* | Hon. ALAN H. NEVAS<br><br>CRIMINAL No. **3:02CR00264(AHN)**<br><br>**ANSWER OF THE GARNISHEE** |

Frederick L. Wortman, BEING DULY SWORN DEPOSES AND SAYS:
    (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

_____
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (**State Official Title & telephone number**) (1) _____ of Garnishee, (2) _____ a corporation, organized under the laws of the State of <u>New York</u>

On <u>8/4</u>, 200<u>8</u> Garnishee received the Writ of Garnishment by certified mail. The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by certified mail.

    5.    The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. PLEASE SEE ATTACHED SCHEDULE | _____ | |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|

1.   $ <u>PLEASE SEE ATTACHED SCHEDULE.</u>

2.   $_____    _____

3.   $_____    _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___   [The Garnishee makes the following claim of exemption on the part of Defendant:]

___   [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, <u>Walter Forbes</u>, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Walter Forbes at:

   Barry S. Simon, Esq.
   Williams & Connolly, LLP
   725 12th Street, N.W.
   Washington, D.C. 20005
   Attorney for Walter A. Forbes

and (2) the United States Attorney of the District of New Jersey, 970 Broad Street, 7th Floor, Newark, NJ 07102, Attn: Jordan M. Anger, Special Attorney.

_____
Garnishee

Subscribed and sworn to before me this
6th day of August 2008

_____
Notary Public
(Seal)

My Commission expires: 10/27/2010

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

>Clerk, United States District Court
>Hon. Alan H. Nevas
>Senior, United States District Judge
>Brian McMahon Federal Building
>915 Lafayette Blvd.
>Bridgeport, Connecticut 06604

and a copy of this Answer to:

>United States Attorney
>970 Broad Street
>7th Floor
>Newark, NJ 07102
>Attention: Jordan M. Anger
>Special Attorney

and to:

>Barry S. Simon, Esq.
>Williams & Connolly, LLP
>725 12th Street, N.W.
>Washington, D.C. 20005
>Attorney for Walter A. Forbes

ANSWER OF THE GARNISHEE
SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK

1. Frederick L. Wortman is the Executive Vice President, Administration and Chief Compliance Officer of Security Mutual Life Insurance Company of New York.

   Telephone No.: 607-338-7427

2. Security Mutual Life Insurance Company of New York, a mutual life insurance company organized under the laws of the State of New York.

5. The attached schedule shows the three currently in force life insurance policies issued by Security Mutual Life Insurance Company of New York in which Walter A. Forbes has an interest, whether as insured or owner or both. Our records do not show that Walter A. Forbes is a beneficiary of any policy.

   The approximate value of each of the policies is shown as "Cash Surrender Value as of August 6, 2008."

   The amounts "Garnishee anticipates owing to the judgment-debtor in the future" is shown as "Anniversary Death Benefit." These amounts would need to be brought current as of the date of death of Walter A. Forbes, and assume that the life insurance policy is in force on the date of death.

| Policy # | Insured | Owner | Beneficiary | Plan | Anniversary Death Benefit | | Cash Surrender Value as of August 6, 2008 | |
|---|---|---|---|---|---|---|---|---|
| 1046438 | Walter A Forbes | Walter A Forbes | Caren S Forbes, wife | Customizer | 12/28/1988 | Base Policy $4,540,791.00<br>PUA Rider $669,893.00<br>Loan ($3,602,269.21)<br>Loan Interest ($152,035.50)<br>Net Death Benefit $1,456,379.29 | Base Policy $3,687,228.05<br>PUA Rider $360,951.79<br>Loan ($3,602,269.21)<br>Loan Interest ($152,035.50)<br>Net Cash Surrender $293,875.13 | |
| 1071502 | Walter A Forbes | Walter A Forbes | Caren S Forbes, wife | Paid Up Cust | 2/21/1991 | Base Policy $2,088,223.00<br>PUA Rider $0.00<br>Loan ($1,258,811.33)<br>Loan Interest ($37,212.54)<br>Net Death Benefit $792,199.13 | Base Policy $1,502,528.09<br>PUA Rider $0.00<br>Loan ($1,258,811.33)<br>Loan Interest ($37,212.54)<br>Net Cash Surrender $206,504.22 | |
| 1262488 | Walter A Forbes | Walter Forbes Family Trust UTA 9/24/1990 | Walter Forbes Family Trust UTA 9/24/1990 | Security UL | 5/8/2001 | Base Policy $7,500,000.00<br>Net Death Benefit $7,500,000.00 | Accumulated Value $454,828.51<br>Surrender Charge ($101,718.75)<br>Net Cash Surrender $353,109.76 | |
| | | | | | TOTOAL | Net Death Benefit $1,456,379.29<br>$792,199.13<br>$7,500,000.00<br>**$9,748,578.42** | Net Cash Surrender $293,875.13<br>$206,504.22<br>$353,109.76<br>**$853,489.11** | |