UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal Action No. |
| Plaintiff, | : 3:02 CR 00264 (AHN) |
| v. | : |
| WALTER A. FORBES and E. KIRK SHELTON, | : |
| Defendants. | : AUGUST 19, 2008 |

### APPEARANCE

Please enter the appearance of the undersigned on behalf of CENDANT CORPORATION in the above-captioned action in addition to those appearances already on file.

                                       CENDANT CORPORATION

                                       By _____
                                            Christopher R. Drake - ct27477
                                            cdrake@murthalaw.com

                                       Murtha Cullina LLP
                                       CityPlace I - 185 Asylum Street
                                       Hartford, Connecticut 06103-3469
                                       Telephone: (860) 240-6000
                                       Facsimile: (860) 240-6150
                                       Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Christopher R. Drake - ct27477

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: cdrake@murthalaw.com

1034844v1