UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| Plaintiff, | : | 3:02 CR 00264 (AHN) |
| v. | : | |
| WALTER A. FORBES and<br>E. KIRK SHELTON, | : | |
| Defendants. | : | AUGUST 19, 2008 |

APPEARANCE

Please enter the appearance of the undersigned on behalf of CENDANT CORPORATION in the above-captioned action in addition to those appearances already on file.

CENDANT CORPORATION

By _____
Christopher R. Drake - ct27477
cdrake@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          Christopher R. Drake - ct27477

                                          Murtha Cullina LLP
                                          CityPlace I - 185 Asylum Street
                                          Hartford, Connecticut 06103-3469
                                          Telephone: (860) 240-6000
                                          Facsimile: (860) 240-6150
                                          Email: cdrake@murthalaw.com

1034844v1