AUG 2 9 2008

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
_____, 20 08
Roberta D. Tabora, Clerk
By _____
Deputy Clerk

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JORDAN M ANGER (phv02694)
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                              *Plaintiff,*<br><br>v.<br><br>WALTER FORBES,<br><br>                                              *Defendant,*<br><br>and<br><br>CANADA LIFE,<br>and its successors or assigns,<br><br>                                              *Garnishee.* | Hon. ALAN H. NEVAS<br><br>CRIMINAL No. 3:02CR00264(AHN)<br><br>ANSWER OF THE GARNISHEE |

<u>Lisa McDonnell</u>, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

        n/a
_____
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member ____n/a____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title & telephone number) Assistant Vice President, Life & Annuity Administration 306-751-6382 of Garnishee, __A__ a corporation, organized under the laws of ~~the State of~~ through Michigan The Canada Life Assurance Company  Canada, with a port of entry

On 08/14, 2008, Garnishee received the Writ of Garnishment by certified mail. The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by certified mail.

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Whole Life Policy | $30,296.36* | Owner |
| 2. | | |
| 3. | | |

* current cash value as of 08/14/2008

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|

1.  $ 58,299.44                    Upon death**
    Face value of policy as of 08/14/2008.
2.  $_____              _____
3.  $_____              _____
    **Assumes policy remains in force

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___ [The Garnishee makes the following claim of exemption on the part of Defendant:]

___ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Walter Forbes, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Walter Forbes at:

Barry S. Simon, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
Attorney for Walter A. Forbes

and (2) the United States Attorney of the District of New Jersey, 970 Broad Street, 7th Floor, Newark, NJ 07102, Attn: Jordan M. Anger, Special Attorney.

_____
Garnishee
Lisa McDonnell
Assistant Vice President Life & Annuity
Administration

Subscribed and sworn to before me this
21 day of Aug 2008.

_____
Notary Public
(Seal)

My Commission expires: August 31, 2012