CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JORDAN M ANGER (phv02694)
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov

**FILED**

2008 SEP -5  A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* <br><br> v. <br><br> **WALTER A. FORBES,** *Defendant,* <br><br> and <br><br> **SECURITY MUTUAL LIFE INSURANCE,** **and its successors or assigns,** *Garnishee.* | **Hon. ALAN H. NEVAS** <br><br> **CRIMINAL No.** **3:02CR00264(AHN)** <br><br> **CERTIFICATION OF SERVICE OF DOCUMENTS** |

The United States of America, the judgment creditor herein, hereby certifies that on the date set forth below the following documents were served on Barry S. Simon, Esq., attorney for defendant by certified mail.

1. Copy of Application For Writ of Garnishment and Order.
2. Copy of Writ of Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Notice of Garnishment and Instructions For Objecting to the Answer.

Date Served: <u>August 6, 2008</u>.

The United States of America further certifies that on the date set forth below the following documents were served on the Garnishee by certified mail:

1. Copy of Application for Writ of Garnishment and Order.
2. Copy of Writ of Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Answer of Garnishee and accompanying instructions.

Date Served:  August 4, 2008.


CHRISTOPHER J. CHRISTIE
SPECIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE

By:  _____
KATHLEEN M. CONNORS
FINANCIAL LITIGATION PROGRAM SPECIALIST