CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JORDAN M ANGER (phv02694)
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-297-2010
email: jordan.anger@usdoj.gov

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT

9-10 2008
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | Hon. ALAN H. NEVAS |
|---|---|
| Plaintiff, | |
| v. | CRIMINAL No. 3:02CR00264(AHN) |
| WALTER A. FORBES, | |
| Defendant, | GARNISHEE ORDER |
| and | |
| SECURITY MUTUAL LIFE INSURANCE, and its successors or assigns, | |
| Garnishee. | |

An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by certified mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to defendant in

-2-

the sum of $853,489.11.

IT IS ORDERED that the garnishee pay the sum of $853,489.11 of the defendant's account so that it may be applied to the defendant's financial obligation to the United States of America.

DATED: 9/10/08

/s/ Alan H. Nevas, SUSDJ
_____
HON. ALAN H. NEVAS
SENIOR, UNITED STATES DISTRICT JUDGE