**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 3:02CR00264(AWT)
                              )
WALTER A. FORBES              )
                              )
-------------------------------
```

## AMENDED ORDER APPOINTING RECEIVER

By Order dated January 27, 2009 (Doc. No. 2836), the Court granted the Joint Motion of the United States of America and Cendant Corporation seeking the appointment of a receiver on behalf of the defendant Walter A. Forbes ("Mr. Forbes") to administer Mr. Forbes' assets and liquidate those assets in satisfaction of this Court's Restitution Order dated January 17, 2007 with the Receiver to be subsequently appointed. ("Original Order")  By Supplemental Order dated February 25, 2009 (Doc. No. 2842), the Court supplemented the Original Order by appointing Anthony S. Novak, Esq. as the Receiver for Mr. Forbes (the "Receiver") .

By this Order, the Court hereby further amends the Original Order by adding the following additional authority and duties to the Receiver set forth in Section 1:

### RECEIVER'S AUTHORITY AND DUTIES

l.   The Receiver is hereby authorized to execute any and all legal documents, such as, but not limited to, Warranty

-1-

and/or Quit Claim Deeds to convey and otherwise sell legal ownership in any real property in the name of Walter A. Forbes, or on behalf of Walter A. Forbes, as well as executing any mortgage releases or other such encumbrances against any real property in the name of Walter A. Forbes.

In all other respects, the terms and conditions of the Supplemental Order dated February 25, 2009 (Doc. No. 2842) remain in full force and effect.

It is so ordered.

Signed this 10th day of November, 2009 at Hartford, Connecticut.

                              _____/s/AWT_____
                                   Alvin W. Thompson
                            United States District Judge